1             DR. HUSSEIN HAMID HASSAN

2          UNITED STATES DISTRICT COURT

3            DISTRICT OF NEW YORK

4                 03-MDL-1570 (GBD) ECF CASE

5  -----------------------------------------------------

6  In re Terrorist Attacks on September 11, 2001

7  -----------------------------------------------------

8

9

10

11

12  Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 3,

13  taken by AILSA WILLIAMS, Certified Court Reporter, held at

14  the offices of Jones Day LLP, London, UK, on 3 August, 2017

15               at 8:30 am

16

17

18

19

20

21

22

23

24

25  Job No. 127594

1                    DR. HUSSEIN HAMID HASSAN

2                      A P P E A R A N C E S:

3    For the Plaintiff:

4               COZEN O'CONNOR

5               One Liberty Place

6               1650 Market Street

7               Philadelphia, PA 19103

8               BY: SEAN CARTER

9

10

11

12               MOTLEY RICE

13               28 Bridgeside Boulevard

14               Mount Pleasant, SC 29464

15               BY: ROBERT HAEFELE

16

17

18

19

20

21

22

23

24

25

Page 247

1          DR. HUSSEIN HAMID HASSAN

2     Attorneys for the Defendants:

3          JONES DAY

4          51 Louisiana Avenue, N.W.

5          Washington, DC 20001

6          BY: STEVEN COTTREAU

7          RAYMOND JACKSON

8

9

10

11

12     ALSO PRESENT:

13     JUAN MORILLO:  QUINN EMANUEL

14     COURT REPORTER:  AILSA WILLIAMS

15     VIDEOGRAPHER:  SIMON ADDINSELL

16

17

18

19

20

21

22

23

24

25

1          DR. HUSSEIN HAMID HASSAN

2                  I N D E X

3  HUSSEIN HAMID HASSAN

4  EXAMINATION BY MR. CARTER:  Pg. 250

5  EXAMINATION BY MR. HAEFELE:  Pg. 318

6                  INDEX OF EXHIBITS

7

   Exhibit 16 Web pages, . ... ... ... ... ... ... ... 255
8          www.hussein-hamid.com

9  Exhibit 17 Study prepared by Dr. .. ... ... ... ... 256
           Hassan

10

   Exhibit 18 Excerpt from The 9/11 .. ... ... ... ... 263
11         Commission Report

12 Exhibit 19 Document in Arabic,  ... ... ... ... ... 268
           FED-PEC0233091-93

13

   Exhibit 20 "Muslim Jurists of . ... ... ... ... ... 269
14         America: Support for
           Resistance Necessary"

15

16

17

18

19

20

21

22

23

24

25

1      DR. HUSSEIN HAMID HASSAN

2      THE VIDEOGRAPHER:  This is the beginning

3   of DVD one in volume 3 of the deposition of

4   Dr. Hussein Hamid Hassan.  This matter is in Re

5   terrorist attacks on September 11, 2001.  This is

6   in the United States District Court, Southern

7   District of New York.  The case number is 03

8   MDL1570 (GBD) ECF CASE.

9      Today's date is 3 August 2017 and the

10  time is 8:40 am.  The deposition is taking place

11  at the offices of Jones Day in London.

12     The court reporter is Ailsa Williams,

13  the videographer Simon Addinsell, both with TSG

14  Reporting.  Could counsel please introduce

15  themselves and state who they are representing

16  today, please.

17     MR. CARTER:  Sean Carter,

18  Cozen O'Connor, on behalf of plaintiffs.

19     MR. HAEFELE:  Robert Haefele from Motley

20  Rice on behalf of plaintiffs.

21     MR. COTTREAU:  Stephen T. Cottreau, on

22  behalf of Dubai Islamic Bank, and with me today

23  are Ray Jackson, also of Jones Day, and Juan

24  Morillo of Quinn Emanuel.

25     THE VIDEOGRAPHER:  The witness has been

1      DR. HUSSEIN HAMID HASSAN

2  sworn in on this case.  So are you happy with

3  that?

4          THE WITNESS:  Dr. Hussein Hamid Hassan.

5          THE VIDEOGRAPHER:  You are on the

6  record.  It is 8:40.  Please begin.

7              DR. HUSSEIN HAMID HASSAN

8            Having been previously sworn

9              Testified as follows,

10           EXAMINATION BY MR. CARTER:

11      MR. CARTER:  Good morning, Dr. Hassan.

12      A.  Good morning.

13      Q.  We are here today for the

14  continuation of your testimony in this case.  Do

15  you understand that you remain under oath?

16      A.  Yes.

17      Q.  And pursuant to the oath you took

18  the other day, you promise to tell the truth and

19  the whole truth?

20      A.  Yes.

21      Q.  During your questioning by

22  Mr. Cottreau yesterday, you provided some

23  testimony concerning Islam.

24      A.  Yes.

25      Q.  And you were very adamant in that

1      DR. HUSSEIN HAMID HASSAN

2  testimony that Islam is a religion of peace.  Do

3  you recall that?

4           A.  Yes.

5           Q.  You also discussed a bit the problem

6  of terrorism and the need to get to the root cause

7  of that problem.  Do you recall that?

8           A.  Yes.

9           Q.  Can we agree at the outset that with

10 regard to those subjects we are talking about some

11 complicated issues?

12          A.  Again?

13          Q.  Can we agree that with regard to

14 those subjects we are talking about some

15 complicated issues?

16          A.  Yes.

17          Q.  And let's take something like the

18 word "Islam" itself, just to begin with.  Do you

19 recall yesterday you testified that the literal

20 meaning of Islam is peace.  Do you remember that?

21          A.  Yes.

22          Q.  Are there some interpreters who

23 suggest that a more accurate interpretation is

24 perhaps "submission to Allah"?

25          A.  It is the same, I mean peace and

1                DR. HUSSEIN HAMID HASSAN

2  submission to Allah, will, to Allah's will.

3          Q.  Submission to Allah's will being

4  another way of saying peace?

5          A.  Yes.

6          Q.  And when we are talking about Islam,

7  am I correct that there are actually different

8  branches of Islam?

9          A.  Islam covers all aspects of life, of

10  its followers.

11          Q.  I was asking a bit of a different

12  question.  Are there different branches of Islam?

13  For instance, is there a Sunni Islam and then

14  a separate branch called Shia Islam?

15          A.  Yes.

16          Q.  And within those different branches

17  of Islam, do we also have different sects and

18  schools of thought?

19          A.  Yes.

20          Q.  And within those different sects and

21  within those different schools of thought, do we

22  then have scholars who offer opinions concerning

23  the proper interpretation of the Koran and the

24  Sunnah?

25          A.  Yes.

1          DR. HUSSEIN HAMID HASSAN

2          Q.   And there is not universal agreement

3    among those scholars about the proper

4    interpretation of the Koran and the Sunnah, is

5    there?

6          A.   There are a lot of principles which

7    are unanimously agreed by all kinds of schools of

8    thoughts, we call it Ijma, unanimous agreed

9    principles.  Allah is one, prayer is compulsory

10   obligation, zakat, fasting.  There are many, many

11   principles, Islamic principles which are common,

12   agreed abroad by all scholars of all Muslim

13   schools, and if one denies one of these basic

14   fundamental principles, he is not to be considered

15   a Muslim, means he goes out of Islam.

16          Q.   So, setting aside the areas where

17   there is this universal agreement, in your view,

18   there are matters as to which there is

19   disagreement among scholars?

20          A.   Yes.

21          Q.   For instance, even with regard to

22   something like the nature of the state of

23   relations between Islam and the non-Islamic world,

24   there might be some disagreement?

25          A.   If you go to the interpretation,

1          DR. HUSSEIN HAMID HASSAN

2  some scholars may misunderstand, interpret wrongly

3  the texts of the Koran and the Sunnah relating to

4  this issue, the relation between Muslims and

5  non-Muslims, but if you go by the majority of

6  schools of thoughts, during the 14 centuries, they

7  agree that the relation between Muslims and

8  non-Muslims is based on brotherhood, and that sole

9  protection of human rights are agreed between

10  Muslims of all thoughts, of all schools of all

11  sorts.

12          Q.  But there are scholars who have

13  a different view of that issue, are there not?

14          A.  Yes, you may have.

15          Q.  During testimony the other day, we

16  discussed some of the work you have done with the

17  Muslim World League and the Fiqh Council in Saudi

18  Arabia.  Do you recall that?

19          A.  Yes.

20          Q.  We also discussed that there is

21  a website that your son-in-law created, that is

22  essentially a bit of a biography of you.  Is that

23  correct?

24          A.  Yes.

25          Q.  I think you told me that the

1                    DR. HUSSEIN HAMID HASSAN

2    materials on that website are accurate?

3              A.  Yes.

4              Q.  I am going to show you a document we

5    are going to mark as Exhibit 16.

6                 (Exhibit 16 marked for identification)

7              I will just ask you to look at that.  It is

8    a paper that we pulled from the website, Hussein Hassan?

9              A.  Yes.

10             Q.  I just ask if you are familiar with

11   that and can identify it?

12             A.  Yes, this is my paper.

13             Q.  That is a paper that you authored?

14             A.  Yes.

15             Q.  What is the title of that paper?

16             A.  This, I tried to explain the

17   relation between Muslims and non-Muslims at the

18   days of peace and at the days of war.  And

19   I presented different views of the scholars and

20   their own arguments and their opinions.  This is

21   the content of the paper.

22             Q.  And was this paper prepared for

23   a conference held by the Muslim World League

24   in May 2002?

25             A.  Yes.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  Was that conference held in Mecca,

3   Saudi Arabia?

4          A.  Yes.

5          Q.  Did other scholars submit papers for

6   that conference?

7          A.  Yes, representatives of almost all

8   Muslim countries.

9          Q.  Did other scholars submit papers on

10  this same subject?

11         A.  Yes.

12         Q.  I am going to mark as Exhibit 17 an

13  English language translation of the paper that we

14  received early this morning.

15         (Exhibit 17 marked for identification.)

16         I am going to ask you some questions about the

17  paper, based on the English translation.  Dr. Hassan, in the

18  paper you author concerning the different views on the

19  relationship between Islam and the non-Muslim world, you

20  have a discussion in chapter 1 about the basis for the

21  relationship between Muslims and others.  I believe that

22  begins on page 4.  They are not numbered.  You are just

23  going to have to page to page 4.

24         MR. COTTREAU:  You can feel free to use

25  the Arabic, whatever you feel more comfortable

Page 257

1                    DR. HUSSEIN HAMID HASSAN

2        with.

3                    MR. CARTER:  You have arrived at the

4        page?

5                    A.  In the English version?

6                    Q.  In the English version.

7                    A.  Yes.

8                    Q.  Within that section of your paper,

9        you state that:

10                   "Some of the interpreters and commentators on the

11       Haziz and Fiqh jurisprudence, both ancient and modern, see

12       the relationship between Muslims and others as being a state

13       of war.  My opinion is to adhere to some recent writings on

14       the international relationships in Islam.  This opinion

15       holds that Jihad is an obligation that remains in effect

16       until the day of judgment.  Muslims must engage in Jihad for

17       the sake of Allah until the word of Allah is supreme and the

18       word of the unbelievers is subservient.  This occurs

19       according to the capabilities of the Islamic state, since

20       one is assigned according to their capability and according

21       to its higher interest, according to those in authority.

22       This means that the Islamic state needs no legal

23       justification to wage war about that which serves its

24       interests within its capabilities.  The principle does not

25       require evidence to justify war."

1                    DR. HUSSEIN HAMID HASSAN

2          Do you see that?

3          A.  Yes.

4          Q.  Are you presenting there the views

5   of certain scholars who have opined on the subject

6   of the nature of the relationship between Islam

7   and the non-Muslim world?

8          A.  Yes.

9          Q.  Based on what you wrote there, do

10  you agree that there are, unfortunately, some

11  scholars who believe that the nature of the

12  relationship between the Muslim world and the

13  non-Muslim world is a state of war?

14         A.  Yes.

15         Q.  And do you also agree that some of

16  those scholars have advocated violence and

17  aggression against non-Muslims based on their

18  interpretations?

19         A.  I don't know if they -- this is

20  theoretical.  This is research.  Practice is

21  different, if the scholars themselves are inviting

22  for this violation or not, but this is written

23  research.  I quote their opinions but I am not

24  following their own actions or opinions.  If they

25  are really practicing that in life, calling the

1                          DR. HUSSEIN HAMID HASSAN

2      others, inviting the others, I didn't know.

3               Q.   Just as a matter of paying attention

4      to current events, are you aware whether there are

5      any Islamic scholars who have called for violence

6      against the United States?

7               A.   No.

8               Q.   Do you know whether there are any

9      Islamic scholars who have called for violence

10     against Jews?

11              A.   Before this preparation, I didn't

12     know.

13              Q.   Do you know whether any Islamic

14     scholars have sought to justify suicide bombings

15     based on their interpretations of Islam?

16              A.   No, I didn't know before.

17              Q.   Do you know whether some Islamic

18     scholars have sought to justify acts of aggression

19     against civilians in the name of Islam?

20              A.   I didn't know.

21              Q.   You have been an Islamic scholar for

22     almost the entirety of your life, correct?

23              A.   Again, please.

24              Q.   You have been an Islamic scholar for

25     almost the entirety of your life, correct?

1                    DR. HUSSEIN HAMID HASSAN

2          A.   Again, please, reframe the question.

3          Q.   Have you been an Islamic scholar for

4    many years?

5          A.   Yes.

6          Q.   As an Islamic scholar, have you

7    followed the writings and statements of other

8    Islamic scholars?

9          A.   Almost.  Almost, not necessarily,

10   but I am reading all materials written about the

11   topic.

12         Q.   You don't recall ever having seen in

13   the media or anywhere else someone who claimed to

14   be an Islamic scholar calling for violence against

15   the United States?

16         A.   No.

17         Q.   You told Mr. Cottreau, during his

18   questioning of you, that you were familiar with

19   Alqaeda, from the media, correct?

20         A.   Yes, from the media.

21         Q.   From what you know about Alqaeda in

22   the media, you told him you thought it was

23   a terrorist organization, correct?

24         A.   Correct.

25         Q.   And you told him that you knew who

1            DR. HUSSEIN HAMID HASSAN

2   Osama Bin Laden was, correct?

3            A.  Yes.

4            Q.  And you felt that Bin Laden was

5   a terrorist, correct?

6            A.  Again?

7            Q.  You also told Mr. Cottreau in your

8   testimony that you thought that Bin Laden was

9   a terrorist?

10            A.  Who?

11            Q.  You testified that Osama Bin Laden

12   was a terrorist?

13            A.  Yes.

14            Q.  Are you aware, from what you have

15   read in the media, that Alqaeda was responsible

16   for the September 11 attacks?

17            A.  Yes.

18            Q.  Are you aware from what you have

19   read in the media that Alqaeda was responsible for

20   the bombings in 1998 of the US embassies in Kenya

21   and Tanzania?

22            A.  Yes, from the media.

23            Q.  Do you happen to know whether

24   Alqaeda seeks to justify its acts of violence,

25   based on teachings of Islamic scholars?

1          DR. HUSSEIN HAMID HASSAN

2          A.  No, I didn't know.

3          Q.  Do you know whether Alqaeda claims

4   itself to be an Islamic organization?

5          A.  Again?

6          Q.  Do you know whether Alqaeda claims

7   itself to be an Islamic organization?

8          A.  Yes, from media, I came to know they

9   claim.

10         Q.  But you are unaware that Alqaeda has

11  sought to justify its actions in the name of

12  Islam?

13         A.  I didn't know.

14         Q.  Are you familiar from what you have

15  heard in the media of an entity called "The 9/11

16  Commission"?

17         A.  Again?

18         Q.  Do you know what The 9/11 Commission

19  was?

20         A.  No.

21         Q.  You are unaware of a US

22  investigation into the September 11 attacks called

23  The 9/11 Commission?

24         A.  No.

25         Q.  I just want to mark a document as

1          DR. HUSSEIN HAMID HASSAN

2    Exhibit 18.

3               (Exhibit 18 marked for identification)

4               Dr. Hassan, the document I have marked as

5    Exhibit 18 is a page from a report that was produced by

6    Dubai Islamic Bank in discovery, and the report was authored

7    by an entity called The 9/11 Commission, which was a US

8    Government appointed commission to investigate the root

9    causes of the September 11 attacks and related issues.  It

10   was produced by Dubai Islamic Bank at Bates DIB -- this page

11   was produced at DIB000380.  I would like to draw your

12   attention about midway down the page.  There is a paragraph

13   that says:

14               "As we mentioned in chapter 2, Osama Bin

15   Laden, and other Islamist terrorist leaders, draw on

16   a long tradition of extreme intolerance within one

17   stream of Islam, (a minority tradition), from at least

18   Ibn Taimiyyah through the founders of Wahhabism,

19   through the Muslim brotherhood, to Sayyid Qutb.  That

20   stream is motivated by religion and does not

21   distinguish politics from religion, thus distorting

22   both."

23               Do you see that language?

24               A.  Yes.

25               Q.  Have you ever received or heard

1          DR. HUSSEIN HAMID HASSAN

2     information indicating that Osama Bin Laden

3     justified his actions based on views expressed by

4     scholars like Ibn Taimiyyah or Sayyid Qutb?

5          A.  I haven't got this information, just

6     before that.

7          Q.  Are you familiar with a scholar of

8     Islam named Ibn Taimiyyah?

9          A.  Yes.

10          Q.  In fact, I think you cite him

11     a number of times in your paper that you submitted

12     to the Muslim World League?

13          A.  He is a great scholar.

14          Q.  Do you view him to be a moderate?

15          A.  I think, in my opinion, he is

16     moderate compared with those who are calling for

17     violence.  He never in his writings called --

18     invited for violence, to my knowledge.

19          Q.  To your knowledge, did he ever

20     express any views that could be perceived as

21     intolerant to non-Muslims?

22          A.  No.

23          Q.  Are you familiar with Sayyid Qutb?

24          A.  Again?  The name again?

25          Q.  I apologize, my pronunciation of

1                    DR. HUSSEIN HAMID HASSAN

2    Arabic names is not very good.

3              A.  No, I am sorry, because my hearing.

4    If I am asking you to repeat, forgive me.

5              Q.  Are you familiar with a scholar of

6    Islam named Sayyid Qutb?

7              A.  Yes, from media.

8              Q.  Is he Egyptian?

9              A.  He is Egyptian.

10             Q.  Was he a prominent scholar during

11   your lifetime?

12             A.  No, he was not.

13             Q.  Was he before your lifetime?

14             A.  No, he was not.

15             Q.  You don't recall having read any of

16   his writings?

17             A.  No, I didn't.

18             Q.  You mentioned that you were aware of

19   the Alqaeda organization.  Are you also aware of

20   an organization called Hamas?

21             A.  Yes, from media.

22             Q.  Do you believe from what you know

23   about Hamas from the media that it is a terrorist

24   organization?

25             A.  I believe it.

1              DR. HUSSEIN HAMID HASSAN

2         Q.   And from what you know in the media,

3    does Hamas engage in acts of violence?

4         A.   Yes, from media also.

5         Q.   Does Hamas, from what you know in

6    the media, seek to justify its actions in the name

7    of Islam?

8         A.   No.  They never justify.  All these

9    terrorist organizations they just go and do and

10   say "we are for responsible for that".  They never

11   give base or declaration why they have done it.

12   They are doing it like that.

13        Q.   So in your view Hamasa has not

14   sought to justify its actions based in some

15   interpretation of Islam?

16        A.   No, I haven't seen.  I haven't read

17   that they are justifying.

18        Q.   Are you familiar with an

19   organization called Hezbollah?

20        A.   Yes.

21        Q.   Do you believe, based on and what

22   you know about Hezbollah that Hezbollah is

23   a terrorist organization?

24        A.   I believe it.

25        Q.   Does Hezbollah, to your knowledge,

1           DR. HUSSEIN HAMID HASSAN

2    engage in acts of violence?

3           A.  Yes, I believe it.

4           Q.  Does Hezbollah claim itself to be an

5    Islamic organization in nature?

6           A.  They claim to be Shia Muslims.  They

7    claim to be Shia Muslims, but I can't combine

8    Islam with violence.  This is my own opinion.  To

9    combine Islam with violence, with terrorists, it

10   is impossible.

11          Q.  Just to unpack that a little,

12   Dr. Hassan, I am not asking whether you agree with

13   these organizations.  Rather, I am asking if you

14   are aware that there are organizations that engage

15   in terrorism and violence and claim to be

16   justified in doing so based in some interpretation

17   of Islam?

18          A.  What I can say, I came to know from

19   media that they are committing violence, but I am

20   not aware if they are justifying -- giving

21   evidences from shariah, from Islam, justifying

22   this evils of terrorism.

23          Q.  Have you ever given any views about

24   the activities of Hezbollah?

25          A.  Never.

1      DR. HUSSEIN HAMID HASSAN

2          Q.  Do you know an organization called

3   Islam Online?

4          A.  No.

5          Q.  Do you recall ever having been

6   interviewed by an organization called Islam

7   Online?

8          A.  No, I don't remember.

9          Q.  Are you associated with an entity

10  called the Association Of Muslim Jurists of

11  America?

12         A.  Yes.

13         Q.  Are you the Chair of that

14  organization?

15         A.  Yes.

16         (Exhibit 19 marked for identification)

17         Q.  Dr. Hassan, we have just marked as

18  Exhibit 19 an article from a website, Islam

19  Online.net, which I understand is titled "Muslim

20  Jurists of America Support for Resistance

21  Necessity", which I understand to be an account of

22  an interview conducted by that organization of

23  individuals affiliated with the Assembly of Muslim

24  Jurists of America, and it includes what appears

25  to be statements from an interview of you, or at

1           DR. HUSSEIN HAMID HASSAN

2    least what they are purporting to be.  I have

3    marked as Exhibit 20 an English language

4    translation of that document.

5           (Exhibit 20 marked for identification)

6           MR. COTTREAU:  Just one question for

7    you.  Did you produce this to Dubai Islamic Bank

8    as part of your production to us?

9           MR. CARTER:  My understanding is that it

10   was sent to you in the package of materials Scott

11   sent to you before we came here.  It was part of

12   the material that we found in preparation for the

13   deposition.

14          MR. COTTREAU:  I don't believe that we

15   got this document in advance.

16          MR. CARTER:  I apologize, Steve.  We did

17   produce it to you and I am now seeing that it is

18   at FED-PEC 0233091.

19          MR. COTTREAU:  I think most documents

20   that you have produced to Dubai Islamic Bank as

21   part of the litigation have a different Bates

22   number, including "DIB" in the production.

23          MR. HAEFELE:  That means it was produced

24   to everybody.  The "FED-PEC" would have been

25   produced to all defendants.

Page 270

1              DR. HUSSEIN HAMID HASSAN

2              MR. COTTREAU:  Okay.  I will look at the

3    issue, thank you.

4              MR. CARTER:  Have you had a chance to

5    read that document now?

6              A.  These documents I haven't seen

7    before, of course.

8              Q.  Let me ask you a question.  Were you

9    the Chair of the Assembly of Muslim Jurists of

10   America in 2006?

11             A.  2000?

12             Q.  2006?

13             A.  Yes.

14             Q.  Do you know an individual named

15   Dr. Wahbah Al Zoheily?

16             A.  Yes.

17             Q.  Was he the second deputy of the

18   Assembly of Muslim Jurists of America in 2006?

19             A.  Yes.

20             Q.  Do you recall, now having read that

21   document, giving an interview in 2006 on the issue

22   of the Lebanese resistance?

23             A.  Again, the question?

24             Q.  Do you recall having now read that

25   document --

Page 271

1                   DR. HUSSEIN HAMID HASSAN

2          A.   Yes.

3          Q.   -- having given an interview in 2006

4   on the issue of the Lebanese resistance?

5          A.   No.

6          Q.   Do you recall ever having given an

7   interview on the issue of the Lebanese resistance?

8          A.   I have never given.

9          Q.   The article purports to quote you as

10  having stated to this outlet that the entire

11  Islamic ummah and all Arabs and free men in the

12  world should push back against aggression and be

13  united in solidarity for the victory of the

14  Lebanese and Palestinians.  The messenger, peace

15  be upon him, worked hand in hand with the infidels

16  and the Jews to demand rights from the oppressors.

17  We in the ummah believe we are advocates for truth

18  and justice, and we defend the vulnerable and

19  every oppressor should be held accountable."

20               Do you see that?

21          A.   Yes, I have seen it but I have never

22  given it to this reporter.

23          Q.   Would you agree that the nature of

24  that statement is political?

25          A.   Is?

1    DR. HUSSEIN HAMID HASSAN

2         Q.   Political?

3         A.   The reporter, it is media reporting.

4    It is smell of political, political opinions, but

5    I have never given this, such views to this --

6    I don't know what paper or what newspaper, I don't

7    know, because I am not -- always, all my life,

8    when I became the Chairman of this Assembly of

9    Muslim Jurists of the United States, I have made

10   declaration to determine the relation between

11   Muslims and non-Muslims on brotherhood basis, and

12   in all terrorist evils I -- we have issued

13   a declaration to condemn the terrorist action acts

14   in France, in Canada, in Africa, everywhere.

15   I have this on our side, on our record.  We

16   condemn all kinds of violation, terrorism, and we

17   issue a declaration clear.  These ideas, I am

18   not -- I am sure that I have never given such

19   statements in a newspaper.

20        MR. HAEFELE:  Move to strike as

21   non-responsive.

22        MR. CARTER:  Dr. Hassan, you do agree,

23   though, at the time the interview reported in this

24   document was alleged to have occurred, in July,

25   2006, that you were the Chair of the Assembly of

Page 273

```
 1                  DR. HUSSEIN HAMID HASSAN
 2   Muslim Jurists of America, correct?
 3              A.  Yes.
 4              Q.  You also agree that Dr. Wahbah Al
 5   Zoheily, who is identified in this article as also
 6   having been interviewed and identified as the
 7   second deputy of the Assembly of Muslim Jurists,
 8   was in fact the second deputy of the Assembly of
 9   Muslim Jurists at that time?
10              A.  Yes.
11              Q.  At the bottom of the first page of
12   the article --
13              A.  My article?
14              Q.  No, the news article --
15              A.  Second page?
16              Q.  The bottom of the first page.
17              A.  Bottom of the first page, yes.
18              Q.  There is a discussion relating to
19   Hezbollah, and the article states:
20              "On the other hand, the Jurists reject fatwas
21   that call for not supporting Hezbollah.  Hassan thinks
22   'issuing fatwas on the impermissibility of supporting
23   Hezbollah is 'fitna', by which I mean 'dissension' and
24   'division'."
25              Do you deny ever having given that quote --
```

Page 274

                    DR. HUSSEIN HAMID HASSAN

1

2          A.  I deny all, even to give such

3   statements to any newspaper.  I have never done

4   it, because I have issued declaration condemning

5   violence, terrorists, in all occasions through the

6   history of this Assembly of Muslim Jurists of

7   United States.

8          Q.  Are you familiar with the

9   organization known as ISIS or Isil or Daesh?

10         A.  Again?

11         Q.  Are you familiar with the

12  organization that is called ISIS or sometimes Isil

13  or Daesh.

14         A.  ISIS?

15         Q.  Yes.

16         A.  ISIS, from media, this Daesh, from

17  media everyone in the world knows about Daesh.  We

18  issued a long declaration of 3 pages to defeat the

19  Daesh basis related to Islam, that they are not

20  Muslims, and what they say that is taking the

21  ideology from Islam, this is wrong, and we said

22  that military action is not sufficient, although

23  it is needed, but the family, the media, the

24  governments should deal with this Daesh, because

25  they spoiled the minds, they washed the brains of

1            DR. HUSSEIN HAMID HASSAN

2    the young people of the world, west and east,

3    Muslims and non-Muslims.

4            Q.  Given the issuance of that

5    statement, I take it that you were then in fact

6    aware that Daesh justified its acts of violence

7    based on interpretations of Islam?

8            A.  Yes.

9            Q.  Because I think -- maybe I am

10   wrong -- but earlier I thought you told me that

11   you were not really familiar with any

12   organizations that were justifying violence in the

13   name of Islam?

14           MR. COTTREAU:  Objection,

15   mischaracterizes prior testimony.

16           A.  No, what I mean -- when you asked me

17   about Daesh, I said we have issued this

18   declaration to defeat, to say -- make it clear

19   that they are not, as I said, they are not

20   Muslims.  If they believe to start to establish

21   Islamic state, they are not Muslims.  What they

22   are saying, to establish Islamic state, they have

23   nothing to do with Islam, with Islamic state.

24   They have no basis of that.  But in details,

25   I don't know that Daesh or others, they are saying

1          DR. HUSSEIN HAMID HASSAN

2   "our argument from Islam is one, two, three, four"

3   as I researched, but it seems that they want to

4   establish Islamic state for Iraq and Syria,

5   Islamic.  I say they are not Islam.  They are not

6   Muslims.  And therefore, to attach themselves to

7   Islam is not correct.  But I haven't gone into

8   details.  That is why I am sawing -- when I know

9   from media that the terrorist organizations, they

10  are not, when they declare they are responsible

11  for some terrorist act, they are not making in the

12  media, because this is Islamic, this verse of the

13  Koran, this is the tradition of the prophet.  They

14  never did it.  And even Daesh, they never did it.

15  They never say: "We are responsible for that

16  because Koran says, Haziz says, this, this and

17  this", like research for the -- but they consider

18  themselves as Muslims, they want to establish an

19  Islamic state.  Then we say: "No, they are not.

20  They are killing civilians, they are violating,

21  and this is against Islam."  That is why they are

22  not Muslims.

23          Q.  Do you know an individual who was at

24  least for a certain time the head of Daesh called

25  Abu Bakr al Baghdadi?  Have you heard that name in

1                DR. HUSSEIN HAMID HASSAN

2   the media?

3         A.  Yes, I heard in the media also.

4         Q.  Do you happen to know whether Abu

5   Bakr al Baghdadi has a PhD in Islamic studies?

6         A.  I don't know.

7         Q.  Do you know from the media whether

8   Abu Bakr al Baghdadi presented himself as an

9   Islamic scholar?

10         A.  No, I didn't know also.

11         Q.  Do you know from the media whether

12   Abu Bakr al Baghdadi ever gave sermons seeking to

13   justify what ISIS was doing in the name of Islam?

14         A.  No, I have not read any statement

15   from that man, al Baghdadi, but I heard his name

16   from media.  Some people even doubt that there is

17   such a name exists, even.  This is what I heard,

18   but I believe there is such a name exists.

19         Q.  Based on the discussion we have just

20   had, can we agree that there are, in fact,

21   terrorist organization which claim to be Islamic

22   in nature and which claim to justify their actions

23   in the name of Islam?

24         A.  Yes.

25         Q.  So, unfortunately, there are people

1        DR. HUSSEIN HAMID HASSAN

2  who disagree with the testimony you gave

3  concerning whether the state of affairs between

4  Islam and the rest of the world is one of peace?

5           A.  Again?

6           Q.  There are people who disagree with

7  some of the views that you expressed yesterday,

8  concerning the nature of the relationship between

9  Islam and non-Muslims being one of peace?

10          A.  Of course, if some people are

11 expressing their opinions, it is their right to

12 express it.  But from my own paper, it is clear

13 evidence, the relation, I said brotherhood,

14 relation of Muslims and non-Muslims, and

15 I narrated evidences from Koran and Sunnah, and

16 I am sure this is what I believe it.  I said my

17 opinion.  I declare it in front of the

18 representatives of scholars from all over the

19 Muslim world in Mecca, and they agreed with it.

20 They said the opinion I am giving -- and it was

21 all agreed by Muslims who attend this conference.

22          Q.  And the testimony you gave yesterday

23 on this subject was based on your opinion, based

24 on your scholarship?

25          A.  Yes.

Page 279

                    DR. HUSSEIN HAMID HASSAN

1
2       Q.  It was not a statement of
3  a universally held view by every Muslim scholar?
4       A.  Again?
5       Q.  It wasn't a statement of some
6  universally held view of every Muslim scholar?
7       A.  Until now, majority.  There are some
8  organizations, the Islamic Academy, it has
9  majority of Muslim scholars, but not -- all Muslim
10 scholars of the world, until now we don't have
11 such organization, until today.
12      Q.  In response to a question
13 Mr. Cottreau asked you yesterday, you also I think
14 testified that Islam doesn't differentiate between
15 men and women?
16      A.  Yes, of course.
17      Q.  When we spoke the other day you
18 testified that you had lived in Saudi Arabia for
19 a period when you were working at the university
20 in Mecca, correct?
21      A.  Yes.
22      Q.  Based on that, and some of your
23 other life experiences, are you familiar with the
24 country of Saudi Arabia?
25      A.  Yes, I am.

1          DR. HUSSEIN HAMID HASSAN

2          Q.   And is Saudi Arabia an Islamic

3   country?

4          A.   Supposed to be like that.

5          Q.   Does it purport to base its laws and

6   system of governance on shariah?

7          A.   Supposed to be like that.

8          Q.   Are woman permitted to drive in

9   Saudi Arabia?

10         A.   For a long time, I think until now,

11  not allowed.

12         Q.   Does Saudi Arabia justify that

13  disparate treatment of men and women on its view

14  of Islam?

15         A.   No, no, never, never.  Islam does

16  not differentiate.  It has nothing to do with

17  Islam at all.  To drive, a man, a woman, it is not

18  like -- this is our habits, and how you say,

19  customs like that has nothing to do with Islam at

20  all.

21         Q.   You are unaware of any Saudi

22  religious scholars having issued views that

23  allowing women to drive would be forbidden by

24  Islam?

25         A.   No, I don't know.

1            DR. HUSSEIN HAMID HASSAN

2            Q.  Are men allowed to have more than

3     one wife in Saudi Arabia?

4            A.  Yes.

5            Q.  Are women allow to have more than

6     one husband?

7            A.  No, of course.  How it comes?  This

8     never happened in the world.

9            Q.  Is that treating men and women

10    differently?

11           A.  I mean, excuse me, there is

12    differences between a religion and the follower of

13    this religion.  Religion is a religion revealed

14    from God.  But followers sometimes, some of them,

15    extremists, misunderstand, misuse even religion.

16    And it is not an evidence against the religion

17    that some followers are misusing, misunderstanding

18    this.  Like this woman driving a car.  How can you

19    say Allah said woman is not allowed to drive

20    a car?  It is impossible.

21           Q.  I think this is getting to the heart

22    of the matter.  There are extremists?

23           A.  Yes, there are, in all religions,

24    yes.

25           Q.  And unfortunately some of those

1               DR. HUSSEIN HAMID HASSAN

2    extremists have supporters?

3               A.  I think so, I think so, that there

4    are extremists who are supporting extremists, but

5    all of them they are extremists, but some leaders

6    trying to wash brains of the others, and some just

7    are following blindly, executing and permitting

8    what the others ask them to do.  How do you

9    imagine that someone is killing himself, bombing

10   himself, to kill civilians and innocent people?

11   What for?  Unless he is a mental case.

12               Q.  Mr. Cottreau asked you a few

13   questions yesterday about two individuals, Ali

14   Muhyiddin Al Qaradaghi and Ajeel Jaseem Nashmi.

15   Do you recall that?

16               A.  Yes.

17               Q.  Did both of those individuals serve

18   at one time with you on Dubai Islamic Bank's

19   Shariah Board?

20               A.  Yes.

21               Q.  I know you testified to Mr. Cottreau

22   that during the time you served alongside them you

23   were unaware of any extremist or violent

24   proclamations they had made, correct?

25               A.  Yes.

DR. HUSSEIN HAMID HASSAN

1

2     Q.  As you sit here today, are you aware

3  of any proclamations that they have made that you

4  would regard to be extremist or violent in nature?

5     A.  Again?

6     Q.  As you are sitting here today, are

7  you aware of any proclamations by those two

8  individuals that you would regard as extremist or

9  violent in nature?

10     A.  Just, I want to make it clear,

11  I don't see any documents, any information before

12  this, before this preparation, they expressed for

13  violence.  I didn't know.  Had it been brought to

14  my notice, while they were serving with me,

15  I could have taken action.  I could have

16  instructed the management to dismiss them and to

17  report to the concerned authorities, even to the

18  Government.  I didn't know at all.

19     Q.  Based on what you know now, do you

20  believe that they ever should have been appointed

21  to the DIB Shariah Board?

22     A.  Had I known, I should have --

23  I would have asked the appointing authority to

24  dismiss them.

25     Q.  And is that because you now

1              DR. HUSSEIN HAMID HASSAN

2    understand that they have issued proclamations of

3    a violent nature?

4              A.  No, I didn't know.  How I know?

5    Until now I didn't know.

6              Q.  No.  Is the reason you are saying

7    you would have asked to have them removed based on

8    what you know today?

9              A.  Yes, had.

10             Q.  And what you know today --

11             A.  Yes.

12             Q.  -- is that they did in fact issue

13   proclamations of a violent nature?

14             A.  This act, if it proved to be they

15   have said it, yes they deserve to be dismissed

16   from the membership of the Shariah Board.

17             Q.  What do you understand they said or

18   might have said that warranted their dismissal?

19             A.  Again?

20             Q.  What do you now understand that they

21   might have said that would have warranted their

22   dismissal?

23             A.  Again?

24             Q.  What were the kinds of things that

25   you have now heard that they said that would have

DR. HUSSEIN HAMID HASSAN

1

2   caused you to ask for them to be dismissed, if you

3   had known about it?

4          A.  Yes.

5          Q.  What kinds of things did they say?

6          A.  They issued articles, articles that

7   what I came to know from here, they issued an

8   article encouraging one to bomb himself, and to

9   assist terrorist organization.  That is what

10  I came to know from this preparation, now, after

11  I have seen their articles.

12         Q.  Do you remember during what years Al

13  Qaradaghi served alongside with you on the Shariah

14  Board?

15         A.  1998.  As I recall, 1998.

16         Q.  Do you recall when he was dismissed

17  or left the Board?

18         A.  I am not sure about the date, but

19  maybe he served some time, maybe 6 years, 5 or 6,

20  8 years, something.  My memory for dates is not

21  helping me.

22         Q.  What about Nashmi?  Do you recall

23  when he was appointed to the board?

24         A.  I can recollect that, after 2002/03,

25  almost.

1     DR. HUSSEIN HAMID HASSAN

2   Q. So am I correct that Qaradaghi

3 continued to serve on the board after

4 the September 11 attacks?

5   A. Yes.

6   Q. And am I also correct that Qaradaghi

7 continued to serve on the Shariah Board for

8 a number of years after the 1999 New York Times

9 article, including information alleging that DIB

10 had supported Bin Laden?

11   A. Which? My article?

12   Q. I am not referring to your article,

13 Dr. Hassan, sorry. During your testimony

14 yesterday with Mr. Cottreau, and two days ago with

15 me, we discussed the existence of a July 1999

16 article in the New York Times?

17   A. Yes.

18   Q. And in that article there is

19 information indicating or alleging that Dubai

20 Islamic Bank had provided assistance to Osama Bin

21 Laden. Do you remember that?

22   A. Yes, I remember.

23   Q. And that article was published in

24 1999?

25   A. Uh-huh, yes.

1           DR. HUSSEIN HAMID HASSAN

2       Q. Am I correct then, that

3 Dr. Qaradaghi served on the Shariah Board for

4 quite a number of years after that article was

5 published, in 1999?

6       A. Yes.

7       Q. Am I correct that Nashmi was

8 appointed in the first instance to DIB Shariah

9 Board after the September 11 attacks?

10       A. Yes.

11       Q. And was Nashmi then also appointed

12 to DIB Shariah Board a number of years after the

13 publication of the 1999 New York Times article?

14       A. I suggest.

15       Q. Based on the information you have

16 now received about the views that were expressed

17 by Dr. Qaradaghi and Nashmi, what steps have you

18 taken to make sure that Dubai Islamic Bank never

19 again appoints someone with views of that nature

20 to the Shariah Board?

21       A. After the information, I may advise

22 the Board of Directors of the Bank, which has

23 appointing authority to do due diligence to make

24 sure when selecting any member of the Shariah

25 Board, and other employees of the bank, which

1          DR. HUSSEIN HAMID HASSAN

2    I believe they are doing.  I don't believe that

3    the Board of Directors has appointed one knowingly

4    that he is supporting terrorists.  I do not

5    believe it at all.  Because normally, in all

6    organizations, we may appoint someone but we

7    didn't know that he has something in his heart,

8    and he can express some views supporting

9    terrorists, but of course I would advise the Dubai

10   Islamic Bank for sure now to be very careful, to

11   make more due diligence when appointing someone in

12   the Shariah Board or any employee, because this is

13   Islamic bank.  One condition for any employee, he

14   should be a Muslim.  Islam is against terrorists

15   supporting even expressing the opinion to support

16   terrorism.

17          Q.  Am I correct in understanding that

18   you have in fact now had the benefit of reading

19   some of the violent proclamations that were made

20   by Qaradaghi and Nashmi?

21          A.  Of course, had it been correct, and

22   they have already said it, then I got very good

23   benefit for future to instruct the bank, to advise

24   the bank to be careful, as I said.

25          Q.  I am asking a slightly different

Page 289

                    DR. HUSSEIN HAMID HASSAN

1    question.

3            A.  Yes.

4            Q.  Have you now had a chance to see and

5    read some of the violent proclamations that have

6    been made by Qaradaghi and Nashmi?

7            A.  Yes, I have seen it, but I don't

8    know if they have issued these opinions or not.

9    This is not my -- I have not investigated.  I have

10   not established this.  Only Allah knows.  All the

11   investigations should be done, just to make sure

12   that they have said it, they have written it.

13           Q.  How long ago did you receive the

14   information about the violent proclamations that

15   Qaradaghi and Nashmi have made?

16           A.  No, I haven't, only when we come to

17   preparation of this deposition.  Before that

18   I didn't know.

19           Q.  But how long ago did that happen?

20           A.  How long?

21           Q.  Yes.  How long ago did you come to

22   receive that information, in connection with

23   preparation for the deposition?

24           A.  One week back, yes.

25           Q.  In the intervening week, have you

Page 290

1          DR. HUSSEIN HAMID HASSAN

2  called anyone at Dubai Islamic Bank to raise

3  concerns about the procedures that are being used

4  to evaluate candidates for the Shariah Board?

5          A.  No.  I am here for this deposition.

6  If in preparation I came to know something, I have

7  been shown some documents, I am not establishing

8  anything to tell the Dubai Islamic Bank.  And they

9  are not there anymore.  I mean there is no urgency

10  that I should tell Dubai Islamic Bank to remove

11  them.  They are not there anymore.  They have

12  resigned a long time ago.

13          Q.  In the last several years, are you

14  aware of Dubai Islamic Bank implementing any new

15  procedures for evaluating and conducting due

16  diligence relating to potential candidates for the

17  Shariah Board?

18          A.  No.

19          Q.  Do you have an understanding at all

20  of the process that they are using to evaluate

21  candidates for the Shariah Board?

22          A.  No, I didn't know.

23          Q.  Do you have any understanding of the

24  process that they were using back in 1998?

25          A.  No, I didn't either.

1          DR. HUSSEIN HAMID HASSAN

2          MR. COTTREAU:  Can we take a break?

3          MR. CARTER:  Sure.

4          THE VIDEOGRAPHER:  Going off the record

5    at 9:37.

6                    (A short break).

7          THE VIDEOGRAPHER:  Back on the record at

8    9:53.

9          MR. CARTER:  Dr. Hassan, before we took

10   a short break, we were talking about the selection

11   of individuals to serve on the Shariah Board.  Do

12   you recall that?

13         A.  Yes.

14         Q.  Am I correct that it is the

15   responsibility of the Board of Directors to elect

16   members to the Shariah Board?

17         A.  Correct.

18         Q.  We spoke a couple of days ago,

19   during the first day of your testimony, about the

20   Royal Decree and Articles of Association for Dubai

21   Islamic Bank.  Do you recall that?

22         A.  Yes.

23         Q.  If I remember correctly, you said

24   you had familiarized yourself with the provisions

25   relating to the Shariah Board when you joined the

1          DR. HUSSEIN HAMID HASSAN

2   bank?

3          A.  Yes.

4          Q.  I think we marked that document as

5   Exhibit 5.  Can you take a look at Exhibit 5 for

6   a moment for me.  In particular, Dr. Hassan,

7   I would like to direct your attention to articles

8   77 and 78.

9          A.  Yes.

10          Q.  Is Article 77 the provision that

11   provides that the Board of Directors is

12   responsible for appointing the Shariah Board?

13          A.  Yes.

14          Q.  And Article 78 says that:

15          "Members of the Fatwa and Shariah Supervisory

16   Board shall be elected from scholars specialized in

17   Islamic Jurisprudence in general, and financial

18   transactions in particular, preferably having knowledge

19   of economic, legal and banking systems."

20          Do you see that?

21          A.  Yes.

22          Q.  Is that your correct understanding

23   of the baseline qualifications that a member of

24   the Board should have?

25          A.  Yes.

1    DR. HUSSEIN HAMID HASSAN

2         Q.  Given that provision, do you agree

3    that the Board of Directors of Dubai Islamic Bank

4    should be looking for individuals with specialized

5    knowledge of Islamic jurisprudence in general?

6         A.  According to the ordinance, yes,

7    they should.

8         Q.  So they should not be concerned

9    solely with someone's understanding of finance and

10   banking, but looking more broadly to whether or

11   not they are credible scholars on Islamic

12   jurisprudence in general, correct?

13        A.  Yes.  The case that no one will be

14   specialized in economics or in banking

15   transactions, unless he is a scholar of the

16   general Islamic jurisprudence, by nature, because

17   he should study basics, fairness -- this is

18   general, common Islamic jurisprudence.  And after

19   that he is specialized in one branch of that.

20   Means for any scholar to be specialized in

21   transactions, law, for example, it is after he

22   passed the general education of the Islamic

23   general jurisprudence.  Like in any other branch,

24   like in medical school, he should study a few

25   years all medical subjects and then for heart,

1        DR. HUSSEIN HAMID HASSAN

2   children, eyes, specialized after that.  It means

3   everyone who is specialized in the law of

4   transactions, he should be -- I mean should study,

5   should have been qualified for general Islamic

6   jurisprudence.

7        Q.  Consistent with this provision,

8   assuming the Board of Directors was doing its job,

9   it must have concluded that Dr. Qaradaghi and

10  Nashmi were specialized in Islamic jurisprudence

11  in general, correct?

12       A.  Yes.

13       Q.  And you don't have any understanding

14  of what the process is within the Board of

15  Directors for making that assessment?

16       A.  I don't know.

17       Q.  Do you think it is reasonable to

18  expect that people who work at Dubai Islamic Bank

19  will look up to the members of the Shariah Board

20  as prominent scholars?

21       A.  The employees?

22       Q.  Sure, the employees, the managers?

23       A.  No, they should not -- they should

24  not be scholars.

25       Q.  I am sorry, I am not asking whether

1              DR. HUSSEIN HAMID HASSAN

2     the employees or management should be scholars.

3     I am asking whether you think it is reasonable to

4     expect that the employees and managers will look

5     up to the members of the Shariah Board as

6     prominent scholars?

7              A.  Yes.

8              Q.  And the views of the members of the

9     Shariah Board are likely to inform the employees

10    and officials of the Bank on Islamic teaching?

11             A.  No.  Their role is to give shariah

12    opinions on the cases, agreements submitted to the

13    Shariah Board, but they are not directly or

14    permanently to educate or to instruct the

15    employees of the Bank, who are maybe 6,000 or

16    something like that, not to issue any instructions

17    for the individual employees.  They have, as

18    a matter of fact, no direct relation between

19    Shariah Board and the individuals working as

20    employees of the Bank.

21             Q.  But the more basic, I guess, issue

22    is does Dubai Islamic Bank promote the members of

23    the Shariah Board as distinguished scholars?

24             A.  Yes.

25             Q.  Do you think that the employees and

```
 1              DR. HUSSEIN HAMID HASSAN
 2    officials of the Bank are aware that those
 3    individual are being promoted as distinguished
 4    Islamic scholars?
 5              A.  Not all of them.  Some employees of
 6    the bank, they didn't know even the names of the
 7    members of the Shariah Board.
 8              Q.  Just to circle back on a little
 9    minor point, I would just like to confirm, you
10    have had the opportunity to read in connection
11    with your preparation for your testimony, some of
12    the proclamations that were written by or
13    allegedly written by Qaradaghi and Nashmi?
14              A.  Again?
15              Q.  I just want to confirm, in
16    connection with your preparation for your
17    testimony, did you have a chance to read some of
18    the proclamations advocating violence that were
19    attributed to Qaradaghi and Nashmi?
20              A.  Yes.
21              Q.  You spoke during your questioning by
22    Mr. Cottreau a bit about your interactions with
23    Saeed Lootah.  Do you recall that?
24              A.  Yes.
25              Q.  Am I correct that you testified that
```

1              DR. HUSSEIN HAMID HASSAN

2      you never had any one on one interactions with

3      Saeed Lootah?

4              A.  Yes, you can confirm.

5              Q.  To the extent that you had any

6      interactions with him, was it always in a group

7      setting?

8              A.  Yes.

9              Q.  Were those group settings typically

10     surrounding some sort of business meeting, or

11     something of that nature?

12             A.  Yes, discussing Islamic issues,

13     Islamic finance transactions.  He is a customer of

14     the Dubai Islamic Bank himself, and comes from

15     time to time, but he has no relation with the

16     Shariah Board.   I mean no direct contact.

17             Q.  So the nature of the meetings you

18     were at, where Saeed Lootah was also present, were

19     not political in nature?

20             A.  No.

21             Q.  Is it fair to say that you don't

22     have a close personal relationship with Saeed

23     Lootah?

24             A.  No, I don't have a personal

25     relationship, yes.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  So you don't really know anything

3    about his political views, do you?

4          A.  No, I don't know.

5          Q.  Given the nature of the environment

6    in which you have interacted with him, and the

7    fact that it was always in the context of business

8    meetings, it is not surprising that he didn't make

9    any declarations during those meetings on

10   political issues?

11         A.  No, I didn't know.

12         Q.  But given the kinds of meetings

13   where you saw him, you wouldn't expect him to have

14   made any statements on political issues?

15         A.  No, I didn't expect such a person to

16   deal with politics at all.  He is a very simple

17   man.

18         Q.  I believe you also testified, during

19   questioning by Mr. Cottreau, that you don't recall

20   ever having heard any employees of the bank

21   advocate that the bank should help Alqaeda or help

22   terrorists, correct?

23         A.  Correct.

24         Q.  A second ago I believe you told me

25   that there are nearly 6,000 employees at the bank?

1                    DR. HUSSEIN HAMID HASSAN

2              A.  Again?

3              Q.  Am I correct that you testified

4    a moment ago that there are nearly 6,000 employees

5    of the bank?

6              A.  No, this is approximately, just

7    I said as an example.  For example.  I didn't know

8    how many employees of the bank now.

9              Q.  You don't know how many employees?

10             A.  No, I don't know.

11             Q.  There are quite a large number?

12             A.  Quite a large number.

13             Q.  Did you also tell me a moment ago

14   that the Shariah Board has essentially no

15   interaction with the employees of the bank?

16             A.  Yes.

17             Q.  So it is really not surprising that

18   you would not have had conversations with

19   employees of the bank on political matters, right?

20             A.  Yes.

21             Q.  There is no way for you to know for

22   certain whether anyone at Dubai Islamic Bank

23   working there between 1995 and 2001 knew Osama Bin

24   Laden, is there?

25             A.  Again?

DR. HUSSEIN HAMID HASSAN

1

2     Q.   There is no way for you to know for

3  certain whether or not someone working at Dubai

4  Islamic Bank in the years before the September 11

5  attacks might have known Osama Bin Laden?

6     A.   No.

7     Q.   There is no way for you to know for

8  certain whether there might have been someone

9  working at Dubai Islamic Bank in the years before

10  the September 11 attacks who supported Osama Bin

11  Laden?

12     A.   No.

13     Q.   We have spoken a number of times

14  about the 1999 New York Times article that was

15  marked as Exhibit 11 for your testimony.  Do you

16  recall that article?

17     A.   Yes.

18     Q.   As I understand it, you testified

19  that you did not see that article contemporaneous

20  with its publication in 1999, correct?

21     A.   Yes, I have not seen it.

22     Q.   And you don't recall having seen

23  that article at any point before your preparation

24  for testifying in this case?

25     A.   Correct.

Page 301

DR. HUSSEIN HAMID HASSAN

1

2     Q.  And you don't recall having ever

3  received, prior to your preparations for your

4  testimony in this case, the information that was

5  contained in that article, correct?

6     A.  Yes.

7     Q.  But I believe you said that if you

8  had been aware of that information, you would have

9  demanded that the bank take steps to defend

10  itself, correct?

11     A.  Yes, I would have asked the

12  management and especially the legal department to

13  investigate and to take action, not only within

14  the bank but also to inform the Government.

15     Q.  And would you have done that because

16  the accusations in that article were a pretty big

17  deal?

18     A.  Again?

19     Q.  Would you have taken those steps

20  because the allegations in that 1999 New York

21  Times article are a pretty big deal?

22     A.  Had I known, had I known, I would

23  have done it, but it never came to my notice, even

24  this publication.

25     Q.  To the extent that the management

1                    DR. HUSSEIN HAMID HASSAN

2     did know about the article at the time it was

3     published, would you have expected them to take

4     very serious action?

5                    A.  Of course, for sure.

6                    Q.  Would you have expected the Board of

7     Directors to be directly involved in ensuring

8     there was an adequate investigation?

9                    A.  I am sure about that.

10                   Q.  And would you have expected the

11    Executive Committee to have been actively involved

12    in investigating the information?

13                   A.  I didn't know.

14                   Q.  No, would you have expected --

15                   A.  I mean, the Executive Committee or

16    the Board of Directors, I am not sure about the

17    jurisdiction between both of them, who will take

18    action.

19                   Q.  But someone in the --

20                   A.  Someone should take action.

21                   Q.  So someone in the senior management,

22    you agree, should have taken very serious action?

23                   A.  Very serious action, and otherwise,

24    if there is no action taken by the concerned body,

25    I would invite the General Assembly of the

1          DR. HUSSEIN HAMID HASSAN

2    Shareholders.  This was within my power.

3          Q.  To the extent the management knew

4    about this reporting, do you think it is an issue

5    that they should have reported to the General

6    Assembly, and to have reported their findings?

7          A.  I would have called the General

8    Assembly if I report such cases to the management

9    or Board of Directors, and the Board is not taking

10   action.

11         Q.  I am asking a bit of a different

12   question.  To the extent the management of Dubai

13   Islamic Bank did in fact know about the 1999 New

14   York Times article, do you believe the management

15   should have informed the General Assembly about

16   that?

17         A.  Yes, I believe.

18         Q.  Is there an annual meeting of the

19   General Assembly?

20         A.  Yes.

21         Q.  So would you have expected the

22   management of Dubai Islamic Bank to have discussed

23   that issue, the New York Times article, at the

24   annual meeting?

25         A.  No, I didn't know.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  No, would you have expected them to

3  do it?

4          A.  Yes, I expected.

5          Q.  Would you have expected -- again, to

6  the extent the management of Dubai Islamic Bank

7  knew about the 1999 New York Times article, would

8  you have expected them to have discussed it at

9  meetings of the Board of Directors?

10          A.  I assume that.  I assume.

11          Q.  And would you expect --

12          A.  But I am unsure.  I expect.

13          Q.  Would you expect their discussions

14  to have been reflected in any minutes of the

15  meeting of the Board of Directors?

16          A.  I didn't know.

17          Q.  Let's talk just for a moment about

18  Abdullah Azzam.  Do you recall speaking about

19  Abdullah Azzam?

20          A.  Yes.

21          Q.  If I remember correctly, you first

22  met Abdullah Azzam when you were working at the

23  King Abdul Aziz University in Mecca, and he was at

24  that time serving as a lecturer at the university.

25  Is that right?

1                    DR. HUSSEIN HAMID HASSAN

2          A.   No.   I first met Abdullah Azzam when

3   I was Vice Chancellor of the International Islamic

4   University, and he was seconded, deputed to this

5   university from King Abdul Aziz University.

6   Before that I don't know Abdullah Azzam.

7          Q.   Do you happen to know whether the

8   two of you overlapped at all at King Abdul Aziz

9   University, even though you may not have known

10  him?

11         A.   No, I have never asked.

12         Q.   Do you remember the approximate year

13  when Abdullah Azzam came to the International

14  Islamic University in Islamabad?

15         A.   I don't remember exactly, but

16  I guess something like 85/86.   85/86.

17         Q.   And he was sent to the International

18  Islamic University of Islamabad by the King Abdul

19  Aziz University?

20         A.   Yes, seconded by Abdul Aziz

21  University, paid by Abdul Aziz University.

22         Q.   So they also paid him --

23         A.   Yes.

24         Q.   What kind of interactions did you

25  have with Azzam while he was at the International

1    DR. HUSSEIN HAMID HASSAN

2  Islamic University in Islamabad?

3         A.  You know that the university has

4  different faculties.  Each faculty has a Dean, and

5  Vice Dean.  When we receive deputed teachers from

6  foreign universities helping this university, the

7  direct relation is between the teachers and the

8  Dean of the faculty.  Sometimes I used to visit

9  the faculty.  The Dean used to bring the teachers

10  in his room, in his office, and introduce them to

11  me, because otherwise I didn't know this teacher

12  is coming from some foreign universities,

13  Egyptian, Jordanians, Saudis, Lebanese.  I came to

14  know them, just "This is Mr. so and so, this is

15  Dr. Abdullah Azzam."  I have no time, no direct

16  relation, nothing with my teachers, they are many,

17  and I am not to deal directly with every one of

18  them.

19         Q.  You were in a superior position at

20  the International Islamic University of Islamabad

21  at the time?

22         A.  Yes, I was Vice Chancellor, and the

23  President of Pakistan was the Chancellor.  I was

24  given the title after that as President, instead

25  of Vice Chancellor.

1              DR. HUSSEIN HAMID HASSAN

2          Q.  You have testified that Azzam never

3     gave you a copy of his book, or it is sometimes

4     referred to as a fatwa "Defense of Muslim Lands".

5     Is that right?

6          A.  Never.

7          Q.  And you also testified that he did

8     not show it to you back in that time period when

9     you were working together at any point, correct?

10         A.  Correct.

11         Q.  And you have testified that you did

12    not approve it, correct?

13         A.  Correct.

14         Q.  Can you think of any reason why

15    Azzam would have included a statement in that book

16    that he had shown it to a scholar named

17    Dr. Hussein Hamid Hassan, and that Dr. Hussein

18    Hamid Hassan had agreed with it?

19         A.  This is very strange.  I didn't know

20    exactly why someone is saying this.  I don't know

21    if it is true.  But for me he has never shown me

22    or got my approval for his book or his articles or

23    his fatwa, and I doubt if this is my correct

24    spelling name.  Maybe it is someone with my name,

25    because at that time I am the President of the

1              DR. HUSSEIN HAMID HASSAN

2  University.  How he dare to attribute to me

3  something while I am not in a position to read

4  articles or books of the teachers, how many

5  teachers, and to approve or disapprove?  I mean

6  I don't think that -- maybe I don't even -- this

7  is not my name.

8         Q.  You think that perhaps the reference

9  is to someone else?

10        A.  Yes.  I doubt -- I don't believe.

11  I don't know anything.  But I think this is

12  another name maybe.  But anyhow I haven't given my

13  consent.  He has not shown me any article, any

14  book, asking my endorsement to read and endorse

15  his views.

16        Q.  Were you considered a distinguished

17  Islamic scholar in that time period?

18        A.  No, even less than normal.

19        Q.  You were not considered an

20  accomplished scholar at that time period?

21        A.  Yes.

22        Q.  You were?

23        A.  Yes, I was.

24        Q.  Were there any other prominent,

25  accomplished Islamic scholars who shared the same

Page 309

DR. HUSSEIN HAMID HASSAN

1      name as yours?

2              A.  In International Islamic University,

3      no.

4              Q.  Or someone that you were aware of

5      working in the field of Islamic study during that

6      period?

7              A.  No, I didn't know.

8              Q.  Are you aware of any prominent

9      Islamic scholars who were working in the field

10     during that time period who had a name that is

11     similar to yours?

12             A.  No.

13             Q.  We have marked as an exhibit a copy

14     of Dr. Azzam's book and an English publication of

15     the book.  Do you recall that?

16             A.  Yes.

17             Q.  I think you questioned whether or

18     not the reference in that English version was the

19     same name as your name, correct?

20             A.  No, English, no.  Different.  In

21     English version, it was written H-I-S-S-E-M, and

22     "Hassan", instead of "HASSAN", it is HI.  I mean

23     the spelling.  It is not my name in English like

24     that spelling.

25

1              DR. HUSSEIN HAMID HASSAN

2         Q.  So the English version that we

3    marked as an exhibit doesn't include a correct

4    English spelling of your name, correct?

5         A.  No.

6         Q.  Have you ever had a chance to see

7    the Arabic version of Azzam's book "Defense of

8    Muslim Lands"?

9         A.  Before preparation, I haven't seen

10   it, but I saw it in this preparation.

11        Q.  Within the Arabic version, do you

12   see a name identical to yours?

13        A.  This spelling is correct, but three

14   names.  We used to have four names, Hussein Hamid

15   Saeed Hassan.  Hassan is a family name.  My name

16   usually we say Hussein Hamid Saeed Hassan.  It is

17   written Hussein Hamid Hassan, but it is correct

18   spelling in Arabic.

19        Q.  Do you happen to know whether Azzam

20   came to achieve some notoriety?

21        A.  Again?

22        Q.  Do you happen to know whether Azzam

23   went on to become a somewhat infamous figure?

24        A.  Again, the question, please?

25        Q.  Do you happen to know whether Azzam

1          DR. HUSSEIN HAMID HASSAN

2     went on to become a prominent and well known

3     figure?

4          A.  No, I don't know.

5          Q.  Do you know whether Azzam had

6     a prominent role in the so-called Jihad in

7     Afghanistan in that time period?

8          A.  No, I don't know.

9          Q.  Have you ever, from the media or any

10    place else, heard that Azzam had worked with Bin

11    Laden during that time period?

12         A.  I didn't know at that time.

13         Q.  Did you at some point come to learn

14    that?

15         A.  Yes, after he was killed.  I came to

16    know from media that he has a role with Jihad in

17    Afghanistan, because the media gave reasons why he

18    was bombed, he was killed, because he has a role

19    in the Jihad, but when he was working with me in

20    Islamabad, I didn't have any such information.

21         Q.  During that time period, were you

22    aware of any recruiting activities being conducted

23    at the International Islamic University in

24    Islamabad, to try to bring young men to fight in

25    Afghanistan?

1      DR. HUSSEIN HAMID HASSAN

2           A.   No.

3           Q.   Did you at any point receive

4    information indicating that Azzam was in many ways

5    the inspiration for what Bin Laden did?

6           A.   No.

7           Q.   I would like to just quickly shift

8    to another subject, just to clarify some points.

9           A.   Okay.

10          Q.   Mr. Cottreau, during your testimony

11   yesterday, asked you some questions about the

12   compensation you receive for serving on Dubai

13   Islamic Bank's Shariah Board.

14          A.   Yes.

15          Q.   I believe you testified that back in

16   the period around 1998 you would receive about

17   $1,000 for each meeting of the Shariah Board that

18   you participated in.  Correct?

19          A.   Yes, meeting plus the preparations

20   of the documents before the meeting, because we

21   used to send documents to the members of the

22   Shariah Board 15 days before meeting.  They are to

23   read it, to correct it, to write their

24   observations, and then, when we meet, they are all

25   prepared to discuss it and to get shariah opinion.

Page 313

DR. HUSSEIN HAMID HASSAN

1

2      Q.  So during that 1998 time period, you

3  would have received $1,000 in compensation for

4  both your preparation for a meeting and the

5  attendance at that individual meeting, correct?

6          MR. COTTREAU:  Objection,

7  mischaracterizes the testimony.

8          A.  Correct.

9          Q.  Did you also receive, in addition to

10  the compensation for the individual meetings, an

11  annual payment for being on the Shariah Board?

12          A.  Yes.

13          Q.  What was the amount of that annual

14  payment?

15          A.  Yes.

16          Q.  No, what was the amount of that

17  annual payment, back in 1998?

18          A.  $10,000.

19          Q.  And now, today, you are still

20  serving on the Dubai Islamic Bank Shariah Board,

21  correct?

22          A.  Correct.

23          Q.  Do you continue to receive an annual

24  payment for serving on the Shariah Board?

25          A.  Yes.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  What is the amount of the annual

3     payment today?

4          A.  30,000.

5          Q.  Do you consider to receive payments

6     for meetings of the Shariah Board?

7          A.  Yes.

8          Q.  And today, how much do you receive

9     for each meeting of the Shariah Board?

10          A.  $2,000.

11          Q.  And approximately how many meetings

12     of the Shariah Board are there a year now?

13          A.  Now, almost monthly.

14          Q.  So the total amount approximately

15     that you receive at this time for annual work on

16     the Shariah Board would include the $30,000 annual

17     payment and $2,000 for each of about 12 meetings,

18     right?

19          A.  Yes.

20          Q.  So it would come out to somewhere

21     around $55,000?

22          A.  Yes, calculating like that.  If

23     sometimes it is not regular meetings, maybe not

24     necessarily every month, maybe summer period maybe

25     we don't have monthly, maybe every two or three

1                    DR. HUSSEIN HAMID HASSAN

2    months, in summer, because the bank work is very

3    small and employees take vacations, but almost

4    like that, maybe less/more, almost like that.

5              Q.  And it is not a full-time job,

6    correct?

7              A.  Not a full-time job and not

8    part-time job.  It is only to attend a meeting.

9              Q.  About how many hours a year do you

10   spend these days in connection with your work for

11   Dubai Islamic Bank Shariah Board?

12             A.  A meeting takes from 4 to 5 hours

13   for the meeting itself.  Preparation, it depends

14   on the documents.  Sometimes you have 30/40

15   documents, contracts.  One transaction sometimes

16   for sukuk you have 13 documents.  Maybe you spend

17   40 hours, sometimes 60 hours.  It depends on the

18   quantum of the work of the agenda.

19             Q.  Do you currently serve on Shariah

20   Boards of other banks, financial institutions or

21   insurance companies?

22             A.  Yes, insurance company, yes, I do.

23             Q.  Do you remember how many Shariah

24   Boards you are currently serving?

25             A.  At one time it may be something

1              DR. HUSSEIN HAMID HASSAN

2     maybe like 20/25, it happened sometimes.  But

3     sometimes I am Chairman of a Shariah Board,

4     I leave it, and sometimes I am appointed as

5     Chairman for a new bank.  For the time maybe

6     I have served as a Chairman of the Shariah Board

7     for more than this, but I remember at one time

8     I may be serving between maybe 20 to 25 at one

9     time.

10              Q.  Do you know how many you are

11    currently sitting on today?

12              A.  Yes, I can just remember -- I mean,

13    I don't remember at that moment.

14              Q.  You can approximate?

15              A.  Yes, approximate.  14, almost.

16    I could remember, now I counted, I remember now.

17    I can, yes, I can say 14.  I can say what are

18    these 14 nowadays.

19              Q.  Do you receive compensation from all

20    14 of those entities for your service as a member

21    of the Shariah Board?

22              A.  Yes.

23              Q.  So the total amount of compensation

24    you receive in a year for working in the field of

25    shariah finance includes the compensation from all

1              DR. HUSSEIN HAMID HASSAN

2    14 of those organizations?

3              A.  I can't calculate now, but most of

4    these organizations the compensation is more or

5    less very little, not like the Dubai Islamic Bank.

6    Dubai Islamic Bank is a leading bank, it has many

7    branches.  The work is a lot of work.  But the

8    other banks are small banks, and some other

9    financial institutions, small insurance companies,

10   and their payment is nominal.

11             Q.  You testified during questioning by

12   Mr. Cottreau that you were very honored to have

13   received an award that recognized you as one of

14   the fathers of Islamic finance.  Do you remember

15   that?

16             A.  Yes.

17             Q.  And you have worked in this field

18   for much of your professional life, correct?

19             A.  Yes.

20             Q.  Would it be fair to say that you

21   feel very honored to have seen the Islamic banking

22   and financial industry grow while you have been

23   working in that field?

24             A.  Yes.

25             Q.  Do you have a particular affection

1          DR. HUSSEIN HAMID HASSAN

2    for Dubai Islamic Bank, given that it was the

3    first Islamic finance institution to operate

4    effectively?

5          A.  This is true.

6          Q.  I take it it is fair to say that you

7    would not want to see anything happen to Dubai

8    Islamic Bank that would cause it substantial harm

9    or imperil the bank?

10          A.  Correct.

11          Q.  I think that my colleague, Mr.

12   Haefele, has a few questions for you, as well, and

13   I am going to let him go.

14          A.  Welcome.

15          MR. HAEFELE:  Why don't we take a few

16   minutes and switch microphones and we will come

17   back.

18          THE VIDEOGRAPHER:  I will change the

19   tape now, yes.  End of volume one in volume three

20   of the deposition of Dr. Hassan.  Going off the

21   record at 10:31.

22                    (A short break)

23          THE VIDEOGRAPHER:  This is the beginning

24   of DVD one in volume 3 of the deposition of

25   Dr. Hussein Hamid Hassan.  Back on the record at

```
 1              DR. HUSSEIN HAMID HASSAN

 2    11:45.

 3                 EXAMINATION BY MR. HAEFELE:

 4            MR. HAEFELE:  Good morning, Dr. Hassan.

 5            A.  Good morning.

 6            Q.  My name is Robert Haefele, also one

 7    of the lawyers representing the plaintiff in the

 8    case.  I just have a handful of questions and then

 9    we should be finished for the day, unless

10    Mr. Cottreau has some questions.  Can you hear me

11    okay if I talk like this.

12            A.  Just --

13            Q.  A little louder?

14            A.  Yes.

15            Q.  I am a soft-talker, I apologize.

16            Dr. Hassan, have you in connection with your time

17    preparing for today's deposition and appearing today, have

18    you received compensation or have you received a commitment

19    for compensation for that time and your trip here?

20            A.  This time?

21            Q.  Yes.

22            A.  I have not until now.

23            Q.  Pardon me?

24            A.  I have not received.

25            Q.  Have you received a commitment to be
```

DR. HUSSEIN HAMID HASSAN

1  

2 compensated for it?

3         A. No, but usually the system of the

4 bank, if I am traveling to come to another place,

5 I am compensated, tickets, hotel, and some daily

6 allowance. Usually the system of bank is like

7 that. But I am not promised, but the system is

8 like that. I understand that this may happen.

9         Q. In connection with your work on this

10 case, have you been asked to prepare for DIB or

11 for the counsel for DIB a written report?

12         A. No.

13         Q. I want to make sure I understand.

14 You have not prepared a written report at all,

15 either for DIB or for its counsel in connection

16 with your opinions that you have expressed today

17 or yesterday?

18         A. I have not written.

19         Q. Have you ever prepared a written

20 report in connection with any litigation wherein

21 you have offered your opinions as an expert?

22         A. Again?

23         Q. Have you ever prepared in connection

24 with any litigation a report wherein you offered

25 your opinions as an expert?

1                    DR. HUSSEIN HAMID HASSAN

2              A.   I didn't get it.

3              Q.   Have you ever been asked to write

4    a report giving your opinions as an expert in any

5    litigation?

6              A.   Yes.  I am a lawyer.  I am lawyer in

7    my country.

8              Q.   I don't mean acting as a lawyer, but

9    have you ever testified as a witness, as an expert

10   witness?

11             A.   No.  No.

12             Q.   Just to clarify, in any court in the

13   United States, have you ever testified or offered

14   an opinion in a report or in deposition testimony,

15   or in a trial, expert testimony?

16             A.   No.

17             Q.   I take it from your testimony

18   a moment ago where you -- it has been the bank's

19   practice to provide compensation for you for trips

20   such as this, you have not provided Mr. Cottreau

21   or anybody a statement as to what you anticipate

22   getting paid for your time here or in preparation,

23   correct?

24             A.   Again, the question?

25             Q.   Have you provided a statement of the

1          DR. HUSSEIN HAMID HASSAN

2    compensation that you have received or that you

3    anticipate receiving with regard to your testimony

4    and your time in preparation?

5          A.  No, I have not received any

6    statement, but as I have said, I understand that

7    the system in the bank, if I am sent to such

8    mission, that the bank is paying for according to

9    the rules and regulations of the bank.

10          Q.  In connection with this case, and

11    your testimony over the past few days, do you have

12    an understanding as to whether or not counsel for

13    DIB knew of the opinions you were testifying about

14    before the deposition?

15          A.  No.

16          Q.  Did you have to spend time in

17    preparation with counsel for DIB before your

18    testimony today?

19          A.  Yes, I did.

20          Q.  When did that preparation period

21    start?

22          A.  A few days back.

23          Q.  Okay.  You were previously scheduled

24    to testify several months ago.  Do you recall

25    that?

Page 323

DR. HUSSEIN HAMID HASSAN

1

2      A.  Again?

3      Q.  There was some dialogue between

4  counsel for the plaintiffs and Mr. Cottreau,

5  wherein there was some discussion about having

6  your testimony a few months ago.  Were you aware

7  of that?

8      A.  Again, the question, please?

9      Q.  All right.  It is now August 1, 2

10  and 3, or the past three days we have been here in

11  deposition.

12      A.  Yes.

13      Q.  Were you aware of the fact that this

14  deposition that has happened over the past few

15  days was scheduled to take place several months

16  ago and then got adjourned?

17      A.  I don't remember exactly seven

18  months or --

19      Q.  No, several, not seven?

20      A.  Several?

21      Q.  A few months ago?

22      A.  Yes, yes.  I was informed at least

23  to prepare myself, I mean to meet my time schedule

24  and to be ready, and they took my opinion if I can

25  free myself to come here.

1            DR. HUSSEIN HAMID HASSAN

2       Q.  What did you do to prepare yourself

3 during that time period?

4       A.  Just to free my schedule, because

5 I am busy.  I have my own work.  Also I am

6 somewhat taking medication.  I am making dialysis,

7 three times a week I should go to the hospital,

8 make dialysis, and I should arrange with the

9 hospital in London.  Before I come, I should find

10 a place to make dialysis.  Then I am in Cromwell

11 Hospital.  I go three times a week, after I finish

12 here, I go directly to the hospital to make

13 dialysis, and this needs arrangement.  Sometimes

14 I ask the Cromwell Hospital, they may tell me "We

15 can't book you before that time".  They are maybe

16 busy.  They can tell me like that.  Then I should

17 tell them some time before.

18       Q.  Did you do anything else to prepare

19 back several months ago?

20       A.  No, I didn't.

21       Q.  Do you do any reading?  Did you read

22 any documents?

23       A.  No, nothing.  I was just waiting for

24 the question to be asked and to answer it.

25       Q.  If counsel for DIB had asked you to

```
1                    DR. HUSSEIN HAMID HASSAN
2    commit your opinions to writing in a written and
3    signed report months ago, could you have done
4    that?
5            A.  No.
6            Q.  Why is that?
7            A.  If you just again repeat the
8    question, just to get ...
9            Q.  Sure.  If the lawyers for Dubai
10   Islamic Bank had asked you to commit your opinions
11   in writing, could you have done that?
12           A.  No, I am not under any obligation to
13   give my opinions just in vague -- just for some
14   lawyer to come to me telling me "What do you think
15   about this, about that", no.  My opinions are for
16   me, I am not to give my opinions to anybody,
17   unless I accept to be a witness, and then on the
18   spot I give my opinions.
19           Q.  Would you have been able to do it?
20           A.  I mean now I am giving my opinions.
21           Q.  Would you have been capable of
22   writing your opinions down?
23           A.  Again?
24           Q.  Would you have been capable of
25   writing your opinions down?
```

1              DR. HUSSEIN HAMID HASSAN

2        A.  What do you mean by "capable"?

3        Q.  What I hear you saying to me is you

4 would have been unwilling to do it.  What I am

5 asking you is would you have had the ability to do

6 it?

7        MR. COTTREAU:  Objection,

8 mischaracterizes prior testimony.

9        A.  I believe the question -- just to

10 put it in this form -- I said that if the counsel

11 came to me and asked me "Write your opinions on

12 such, such, such", and I have never done it and

13 I don't allow anyone to come to me just to tell me

14 "Give your opinions in writing."  What for?  Why

15 do I give my opinions?  Why?  I would have never

16 done it at all.

17        Q.  During the course of the deposition

18 over the past few days you have testified about

19 the nature of Islam, correct?

20        A.  Yes.

21        Q.  And could you have written your

22 opinions on that issue in a report?

23        A.  To whom?

24        Q.  If the bank or if the attorneys for

25 the bank had asked you to do that, could you have

1                    DR. HUSSEIN HAMID HASSAN

2    done that?

3                    A.  If I am asked for a conference, the

4    arrangers of the conference, they ask me to write

5    a paper, I may accept, I may reject, but yes, many

6    times I wrote a paper about many issues given to

7    me by the arranger of the conferences.  If I am

8    asked in a case where I am a lawyer, then I write

9    my opinions.  But I am not a volunteer for anyone

10   to come to me and to tell me "Write your opinion

11   on this issue or that issue".  This never

12   happened, and I would never allow anyone to come

13   to me to open my heart and to write something,

14   volunteer to him.  Why should I do?  No.

15                   Q.  You have come here at the request of

16   Dubai Islamic Bank, correct?

17                   A.  Yes.

18                   Q.  And you have sat with us over the

19   course of three days, and in response to some

20   questions you have given your opinions, correct?

21                   A.  If I am asked, I am giving.

22                   Q.  And if someone had asked you to give

23   those opinions, as opposed to in a deposition like

24   that, just to write them down, your response to

25   the answers, could you do that?  Are you capable

1        DR. HUSSEIN HAMID HASSAN

2    of doing that?

3            A.  Again the question, please?

4            MR. COTTREAU:  Dr. Hassan, if you could

5    please pause after his questions, that would give

6    me an opportunity to object, if I need to.

7            A.  Yes.

8            MR. COTTREAU:  I would just suggest

9    maybe you could speak up a little.  I think he is

10   having difficulty understanding long and quieter

11   questions.

12           A.  Thank you.

13           MR. HAEFELE:  Over the past few days you

14   have sat with us and given your opinions orally?

15           A.  Yes.

16           Q.  If someone had asked you to do that

17   in writing, for example, if the bank had asked you

18   to do that in writing, could you have done that?

19           A.  I could not understand -- now in

20   deposition, I accept to come as a witness.  And

21   I am now -- if I am asked, I am giving my

22   testimony, and if you ask me "Please write it down

23   with your handwriting", I question why should

24   I write it?  It is recorded.  You can record it

25   for yourself.  But it is not to give -- to write

```
1                     DR. HUSSEIN HAMID HASSAN
2      in my handwriting, and to sign it -- I have never
3      seen such a thing in a deposition, that the
4      witness should write for himself and sign for
5      himself.  It is for you to write, to register.
6      I allow to record, I allow to write, but not -- if
7      you ask me, I will reject.  I will say no, I am
8      not writing.
9               Q.  Okay.  Before the time period over
10     the past two days before this deposition, were you
11     asked at any point by either the bank or by the
12     bank's counsel to provide a complete list of the
13     data, the information that you considered in order
14     to form the opinions that you have expressed over
15     the past few days?
16              MR. COTTREAU:  I am going to object to
17     the extent that it calls for the revelation of
18     privileged information.  Mr. Haefele, I have given
19     you a lot of latitude, you have asked a lot of
20     silly questions.  I am not going to allow you to
21     start asking the witness hypotheticals about what
22     he would say to his lawyer or what in fact he did
23     say to his lawyer, as a bank employee.  So I am
24     going to instruct the witness not to answer the
25     question.
```

DR. HUSSEIN HAMID HASSAN

1

2     Q.  Do you have a list of the data that

3 you considered to form your opinions that you have

4 expressed over the past few days?

5     A.  Again?

6     Q.  Do you have a list of the

7 information that you have considered to form the

8 opinions that you have expressed over the past few

9 days?

10     A.  I could not get the question.

11     Q.  Sure.  Do you possess --

12     THE VIDEOGRAPHER:  Sorry, he was

13 blocking his microphone.  It was blocking the

14 sound.

15     MR. HAEFELE:  Who is.

16     THE VIDEOGRAPHER:  The attorney.  It is

17 all right.

18     MR. HAEFELE:  Do you have a list of

19 information that you have considered in order to

20 form the opinions that you have explained to us

21 over the past few days?

22     MR. COTTREAU:  Object to the extent it

23 calls for revelation of privileged information.

24 I am not going to allow questions that ask the

25 witness what documents the attorneys may have

1        DR. HUSSEIN HAMID HASSAN

2   shown him in connection with this deposition.

3   Beyond that, I will allow the witness to answer.

4           A.   I haven't prepared any list of any

5   information.  As you see now, I am not reading

6   from a list.  I don't expect -- to prepare what?

7   I cannot know what question you will raise.  Then

8   how will I know it in advance.  Only Allah knows

9   what you will ask me.  Then to prepare -- how to

10  prepare it?   To prepare it, it is not practical.

11  That is why on my oath I swear to say the truth.

12  This is in my heart, in my brains.  I am giving

13  you the answer, the truth from my brain from my

14  heart directly.  Since I could not expect any

15  question, then I can't prepare any material for

16  this deposition.  But I am ready.  I am ready,

17  willing, happy to receive any questions of any

18  kind for any time to answer, for the sake of the

19  truth.

20          MR. COTTREAU:  Can we take a quick

21  break?

22          MR. HAEFELE:  Not yet.  I just have

23  a few more minutes.

24          MR. COTTREAU:  Just a very quick break?

25          THE VIDEOGRAPHER:  Going off the record

1                 DR. HUSSEIN HAMID HASSAN

2  at 11:02.

3        (Mr. Cottreau and the witness left the room.)

4         MR. HAEFELE:  For the record, tell Steve

5  to come back in.  I want to put on the record --

6  I only have a few more questions.

7         MR. MORILLO:  He just went to the

8  bathroom.

9         MR. HAEFELE:  He is not in the bathroom.

10  He went the other way.

11         MR. MORILLO:  I'm not chasing him.  You

12  can make your record.

13         MR. HAEFELE:  I am making my record

14  right now.  We are still on the record.  I have

15  not gone off the record.  I am objecting to the

16  witness leaving the room.

17         THE VIDEOGRAPHER:  Sorry, I thought you

18  said okay, that I should have gone off.

19         MR. HAEFELE:  That's okay.

20              (A short break)

21         THE VIDEOGRAPHER:  Back on the record at

22  11:07.

23         MR. COTTREAU:  I am going to note for

24  the record, I have taken a look at the record

25  after I left the room to use the restroom.  There

1            DR. HUSSEIN HAMID HASSAN

2 was a statement put on the record that I was not

3 in the restroom.  There are two restrooms on this

4 floor.  I can only assume counsel in good faith

5 did not check both, but I am going to leave that

6 for them to explain.

7           MR. CARTER:  My point was that there was

8 no reason to leave the room.

9           MR. COTTREAU:  I had an exigency that

10 required me to leave the room.

11           MR. HAEFELE:  Thank you for your time.

12 I appreciate you coming to London to meet with us.

13           A.  Please, loud?

14           MR. HAEFELE:  I am explaining to you

15 that I am appreciative of you spending the time

16 over the past few days with us and that I am done

17 asking you questions.  Thank you.

18           THE VIDEOGRAPHER:  This is the end of

19 DVD two, volume three, in the deposition of

20 Dr. Hussein Hamid Hassan.  We are going off the

21 record at 11:08.

22

23

24

25

Page 334

1              DR. HUSSEIN HAMID HASSAN

2                CERTIFICATE OF WITNESS

3

4    I, HUSSEIN HAMID HASSAN, am the witness in the

5    foregoing deposition.  I have read the foregoing

6    statement and, having made such changes and

7    corrections as I desired, I certify that the

8    transcript is a true and accurate record of my

9    responses to the questions put to me on 3 August,

10   2017.

11

12

13

14

15   Signed:  .......................

16   Name:    HUSSEIN HAMID HASSAN

17   Date:    .......................

18

19

20

21

22

23

24

25

Page 335

1        DR. HUSSEIN HAMID HASSAN

2        CERTIFICATE OF COURT REPORTER

3

4    I, AILSA WILLIAMS, an Accredited LiveNote

5    Reporter, hereby certify that HUSSEIN HAMID HASSAN

6    was duly sworn, that I took the Stenograph notes

7    of the foregoing deposition and that the

8    transcript thereof is a true and accurate record

9    transcribed to the best of my skill and ability.

10   I further certify that I am neither counsel for,

11   related to, nor employed by any of the parties to

12   the action in which the deposition was taken, and

13   that I am not a relative or employee of any

14   attorney or counsel employed by the parties

15   hereto, nor financially or otherwise interested in

16   the outcome of the action.

17

18

19

20

21

22   Signed:  ........................

23   AILSA WILLIAMS

24   Dated: August 15, 2017

25

Page 336

1                    DR. HUSSEIN HAMID HASSAN

2

3                        E R R A T A

4          Deposition of HUSSEIN HAMID HASSAN

5     (Please show all corrections on this page, not in

6     the transcript.)

7     Page/Line No.          Description          Reason for

8     change

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23     Signed:    ...................

24     Name:    HUSSEIN HAMID HASSAN

25     Date:          ...................