Welcome to the official website of His Eminence Prof. Dr. Ali Mohi al Din Qaradaghi        7/13/2015

Website Mission        Bio of Qaradaghi        Contact Us

Official website of Prof. Dr. Ali Mohi al Din Qaradaghi

**Is it permissible to send money to Hamas at this time?**
Sunday: February 21, 2010        13:44
**Question:** Is it permissible to send money to Hamas at this time? I am asking because some people feel reluctant about this as if Hamas is a terrorist organization.
May Allah reward you.
**Answer:**
In the name of Allah, the Gracious, the Merciful
Praise be to Allah, the lord of the worlds. May prayer and peace be upon the messenger who was sent as mercy to the world, and upon his household and companions.
Muslims should perform their Sharia obligation toward their brethren in Palestine, who are sacrificing their lives, blood, money, homes, children, and wives. These are sacrificing their blood and everything that they own in the cause of Allah to defend their religion and homeland. So, how could Muslims not perform their obligation toward them? It was supposed for all Muslims to pronounce a public call against the tyrannical, conquering Zionist enemy. This enemy does not want to make any religious, international, or UN agreement with us. These Zionists filled the earth with corruption and tormented our brethren in the worst way possible. Therefore, I would sincerely and honestly say that jihad today is a mandatory obligation to everyone who is capable to do so, by using money, the body, the media, the pen, and all means of jihad.
Throughout the ages, all Muslims unanimously agreed that jihad must be a mandatory obligation if a Muslim land is occupied and if a Muslim nation is humiliated.

Today, we witness occupation and seizing of the lands of Muslims such as what is happening in Palestine. I would say that the countries with borders with Palestine should open these borders to the Muslim peoples so that they may perform their obligation if these countries cannot defend our brethren in Palestine by themselves. Jihad in Palestine is the best type of jihad ever, and anyone who can perform jihad there would be getting great honor that is desired by each Muslim in the whole Islamic world.
Through the IslamOnline, I would openly announce and say that anyone who bans jihad in Palestine, does not open the borders, or does not perform their obligation toward their brethren in Palestine is a transgressor with whom Allah will be dissatisfied in the hereafter.
Brothers and sisters, haste to aid your brethren in Palestine using all that you have. This might be a unique chance by sacrificing money, yourselves, and everything that is expensive and precious for the sake of the blessed land: the land of Palestine, Al Quds, and Al-Aqsa Mosque which is blessed by Allah.

رسالــة الموقــع  سيرة القره داغي  اتصــــل بنــــا

الموقع الإلكتروني الرسمي
## فضيلة أ.د على محيي الدين القره داغي

| | |
|---|---|
| وثائق وبيانات | Like 0  Tweet 0  Share  +1 0 |
| محاضرات ومؤتمرات | **هل يجوز ارسال الأموال الى حماس في الظرف الراهن؟** |
| المكتبه الإلكترونية | اقرا فتاوى الشيخ - ملف الفتاوى |
| فيديو ومرئيات | الأحد, 21 شباط 2010 13:44 |

**السؤال :**

هل يجوز في الظرف الراهن ارسل اموالا الى حماس ، اسال لان هناك من يتحرج من هذا الامر كما لو كانت حماس منظمة ارهابية جزاكم الله خيرا.

**الجواب :**

بسم الله الرحمن الرحيم
الحمد لله رب العالمين والصلاة والسلام على المبعوث رحمة للعالمين وعلى آله الطيبين وصحبه أجمعين وبعد
فيجب أن يقوم المسلمون بواجبهم الشرعي نحو إخوانهم في فلسطين الذين يضحون بأنفسهم ودمائهم وأموالهم وبيوتهم وبأبنائهم ونسائهم، فهؤلاء يدفعون دماءهم وكل ما لديهم في سبيل الله وفي سبيل الدفاع عن دينهم ووطنهم، فكيف إذن لا يقوم المسلمون بواجبهم نحوهم، بل كان المفروض أن يقوم المسلمون جميعاً بالنفير العام ضد العدو الصهيوني المحتل الغاشم الظالم الذي لا يرغب فينا أي عهد ديني ولا دولي ولا أممي ، فهؤلاء الصهاينة عاثوا في الأرض فساداً وأذاقوا إخواننا الأمرين، ولذلك أقول بكل صدق وصراحة : فإن الجهاد اليوم فرض عين على كل من هو قادر على ذلك بالنفس بالمال بالبدن بالإعلام بالقلم بكل وسائل الجهاد.
وقد أجمع المسلمون قاطبة على مر العصور على أن الجهاد يصبح فرض عين إذا احتل أرض من أراضي الإسلام وأذل شعب من شعوب الإسلام، واليوم نجد احتلالا وغصبا لأراضي المسلمين مما يحدث في فلسطين ، وأقول هنا يجب على الدول التي لها حدود مع فلسطين أن تفتح هذه الحدود للشعوب المسلمة لتقوم بواجبها إذا لم تستطع هذه الدول بنفسها أن تقوم بواجب الحماية لإخواننا في فلسطين ، فالجهاد في فلسطين أفضل أنواع الجهاد على الإطلاق ، ومن استطاع أن يجاهد فيه فهذا شرف عظيم يتمناه كل مسلم ومسلمة في العالم الإسلامي كله ، وأنا من خلال منبر إسلام أون لاين أعلن ذلك بكل صراحة وأقول كل من يمنع الجهاد في فلسطين أو لا يفتح الحدود أو لا يقوم بواجبه نحو إخوانه في فلسطين، فإنه آثم يلقى الله تعالى وهو عنه غير راض .
أيها الإخوة والأخوات هبوا لنجدة أخوانكم في فلسطين بكل ما تملكون، فهذهٍ فرصة قد لا يتكرر مثلها في التضحية بالمال والأنفس، وكل ما هو غال ونفيس في سبيل الأرض المباركة ، أرض فلسطين القدس المسجد الأقصى الذي بارك الله حوله .

والله أعلم

| | |
|---|---|
| روابط مهمة | |
| الرئيسية | |
| أخبار فضيلة الدكتور القره داغي | |
| إذاعة القرداغي | |
| الرابطة الإسلامية الكردية | |
| الاتحاد العالمي لعلماء المسلمين | |
| اتصل بنا | |
| الفتاوى الجديدة | |
| 2011 | |
| وثائق وبيانات | |



Dr. Ali Al Qarad...
105,249 likes

Like Page  Share

Be the first of your friends to like this

| الرئيسية |
|---|
| المقالات |
| الكتب |
| الفتاوي |
| الأبحاث |
| الخطب |
| دراسات |
| المؤتمرات |

**احصائيات**



| | |
|---|---|
| اليوم | 566 |
| الامس | 1382 |
| هذا الاسبوع | 1948 |
| الاسبوع الماضي | 11440 |
| هذا الشهر | 19422 |
| الشهر الماضي | 44842 |
| الكل | 2039035 |

**الخطب**



◄ خطب 2011
◄ خطب 2010
◄ خطب 2009
◄ خطب 2008
◄ خطب 2007

**تحميل ملفات**



التصويت

ما رأيك في التصميم للموقع

○ ممتاز
○ جيد
○ مقبول

[التصويت] [النتائج]

أكثر المواضيع قراءة

Qatar First Investment Bank trains staff on Shari'ah compliant banking practices

Al Qaradaghi: Islamic Banking Really Does Differ from Conventional Rival

مشاكل و حلول

Huge growth potential seen for Takaful market

Alqaradaghi: Objective journalism facing new challenges

English Articles

**Bioethics seminar adopts Qaradaghi's proposal linking them to Shariah purposes**



A bioethics seminar has recently adopted the proposal by IUMS Secretary General Dr. Ali Al-Qaradaghi linking the general principles of medical and biological ethics to the objectives of Shariah instead of the prevailing four principles.

**Protecting the environment, inspired by faith**



Interfaith leaders highlighted the important link between faith and good environmental stewardship at a seminar in the Qatar National Convention Centre. The seminar was presented by Muslim and Christian leaders, a leader from the Brahma Kumaris spiritual tradition and a scientific researcher from the Gulf Organisation for Research and Development.



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220606_UPY

**Language**: Arabic

**Document title:** www.qaradaghi.com

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli _____

**Qualifications**: BA in Translation and interpretation studies, 16 years of experience, certified in Medical Terminology _____

**Signed**: _Farah Alshekhli_ _____    **Date**: Jun 6, 2022 _____

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095