Martyrdom Operations | Official Website of His Eminence Sheikh Prof. Dr. Ajil Jasim al Nashmi

## Martyrdom Operations

9 December 2005          2588 visits          Politics

**Question:**

If a Muslim's land is occupied and he cannot fight the enemy except by killing oneself – as if by using an explosive belt to blow himself up and killing many members of the enemy, blowing himself up with a car, etc., will he be considered as having committed suicide or as a martyr? Would he be considered as if he threw himself into destruction while Allah the almighty says, "do not let your own hands throw you into destruction"?

**Answer:**

Suicide is when one kills oneself by oneself, as if by stabbing oneself with a knife, shooting oneself with a gun, eating poison, throwing oneself from a height, refraining from eating and drinking, or leaving oneself bleeding without treatment while being able to stop it.

Suicide requires intent. If the intent is lacking, the act is not suicide. Abu Dawood reported on the authority of a man from the companions of the prophet, PBUH, saying, "We attacked a tribe of Juhaynah. A man from the Muslims pursued a man of them and struck him but missed him. He struck himself with the sword." The messenger of Allah, PBUH, said, "Your brother, O group of Muslims." The people hastened toward him but found him dead. The messenger of Allah, PBUH, wrapped him with his clothes and his blood, and offered (funeral) prayer for him and buried him. They said, "Messenger of Allah, is he a martyr?" He said, "Yes, and I am witness to him."

Mohamed ibn al Hasan al Shaibani said, "Makhul mentioned that a man from the companions of the messenger of Allah, PBUH, pursued a man of the enemy to strike him but missed him. He struck his leg and bled until he died. The messenger of Allah, PBUH, offered (funeral) prayer for him. His companions asked him, "Is he a martyr?" He said, "Yes, and I am witness to him."

Al Sarkhasi said in explanation: The understanding of the hadith indicating that the person is a martyr is related to his reward in the hereafter. He killed himself, but he had his own excuse because he intended to kill the enemy, not himself. So, he is a martyr according to the judgment of the hereafter. And he will get the same treatment as a person who dies in this world.

A similar saying was narrated by Salama bin al Akwa, may Allah be pleased with him. He said, "I said, O messenger of Allah, Usayd bin Hudair claimed that the good deed of Amir bin Sinan bin al Akwa was lost. He had struck a Jew and cut off his leg. But the sword came back onto Amir and stuck him, so Amir died because of this." The messenger of Allah said, "whoever says so is a liar, for Amir will have a double reward. He acted like a mujahid, and no other way of killing would have granted him greater reward." (Al Sayr Al Kabeer by Mohamed bin al Hasan al Shaybani and its explanation by al Sarkhasi 1/102).

Ibn Qudamah said, "If a martyr is killed by his own weapon by mistake, then it is like he is killed at the hands of the enemy (Al Mughni 397/2). The religious jurists have agreed that one who intends to kill oneself on purpose is committing a major sin which is greater than killing others, and that he will be immortalized in the fire of Jahannam (Hell). The prophet, PBUH, said, "He who throws himself from a mountain and kills himself will be thrown down in the fire of Jahannam and remain in it forever." (al Bukhari 10/247 and Muslim 103/1). Allah has forbidden killing oneself saying, "Do not take a human life—made sacred by Allah—except with legal right" Sura Al Isra 33. Allah the almighty also said, "And do not kill each other or yourselves. Surely Allah is ever merciful to you" Sura Al Nisa 29.

The verse is clear that one does not control oneself and cannot dispose of oneself as one pleases. The real owner is Allah the almighty, so whoever kills himself has transgressed against the possession of Allah the almighty and deserves punishment.

A young man who kills himself through an explosive belt, a car, or any means is not considered a suicide unless he intends to kill himself without purpose. If his intention behind killing himself through these means is to kill and torment the enemy and elevate the word of Allah, then he is not considered a suicide. Rather, he is considered a martyr, Allah willing. No doubt that killing oneself by direct act on the part of the person is severer than being killed by others. This is a witness with determination, and this ruling is not absolute but restricted by requirements that, if met, it will be martyrdom, Allah willing.

The first requirement is – as we had mentioned – that the performer's intention is to elevate the word of Allah, die in the cause of Allah, and elevate the banner of religion. If the enemy occupies a Muslim land or part of it, the enemy must be fought, and fighting is jihad, unless there is reconciliation. It is not permissible to reconcile with the enemy permanently on the condition that the enemy takes part of the land of the Muslims. This is not a matter of preference.

The second requirement is that killing oneself is the only way to kill the enemy or the method with the biggest impact on the enemy. If it is thought that this method of killing will not most likely affect the enemy, will not kill anyone of the enemy, or if there are possible means that are more successful in achieving the goal, the performer should not perform this act.

Case 0:03-cr-01670-GBD-SN Document 1842-35 Filed 08/23/24 Page 2 of 9

Martyrdom Operations | Official Website of His Eminence Sheikh Prof. Dr. Ajil Jasim al Nashmi

Page 2 of 4

The third requirement is that the assessment of the effect of killing oneself by these means should be made by a group not by an individual. The group assesses the bad and good sides. Such act might torment the enemy and kill many members from them, but might cause severer harm to the people, the clan, or the group.

The enemy might kill several times of those who were killed from among its ranks, or might expose more honors, blood, and lands to harm and robbery. The whole matter is left to the assessment of the group, to those who are affiliated with a group. This act may not be initiated individually or without a careful study outweighing the pros over the cons. If the pros are more than the cons, and if those requirements are met, the act is permissible, if not obligatory. A Muslim may kill oneself by blowing it up or attacking the enemy alone, with the assurance that s/he will be killed. The religious jurists stated that this act is permissible according to the texts of the verses, hadiths, and sayings. The Hanafis stipulated that this is permissible. Al Jassas said, "Mohamed ibn al Hasan al Shaybani said, 'If a man wanted to attack a thousand men alone, there would be no harm if he intends to be rescued or to defeat the enemy. If he does not intend to be rescued or to defeat the enemy, I would not like this to occur to him, because he subjects himself to ruin and harms the Muslims. A man must do this only if he intends to be rescued or to benefit the Muslims. If he does not intend to be rescued or to defeat the enemy, but he wants to encourage Muslims to do exactly as he did – i.e., killing and humiliating the enemy – that is all right. And I wish he may get the reward.'" (The Provisions of the Quran by al Jassas 1/309). The Malikis said according to the text of Khalil and al Dardir, "It is permissible for a Muslim to attack many infidels if he does not intend to show his courage, but rather to exalt the word of Allah." Al Desouki said, "The permissibility of one person attacking many people is limited to two things: intending to exalt the word of Allah and thinking this will harm the enemy. It seems that the first requirement is that boasting in war is only meant to be aversion" (al Desouki 2/183 and al Qurtubi 2/363).

Referring to some Maliki scholars, al Qurtubi said in explaining the saying of Allah the almighty, "and do not let your own hands throw you into destruction": There is nothing wrong with a man attacking a mighty army alone if he has strength and pure intention toward Allah, because he intends to harm a member of the enemy. This is clear in the saying of Allah the almighty, "And of the people is he who sells himself, seeking means to the approval of Allah" (Sura Al Baqrah 207). Ibn Khuwaiz Mundad said, "As for a man who attacks a hundred or more soldiers, there are two cases: If he knows and thinks that he will most likely kill those whom he is attacking and survives, this is permissible. If he knows and thinks that he will most likely be killed but will inflict harm to the enemy or make an impact to benefit the Muslims, this is also permissible.

On the battle of Al Yamamah, when Banu Hanifa barricaded themselves in the garden, al Bara ibn Malik said, "Give me the leather gear and push me into them." They did so and he fought them alone and opened the door. Al Qurtubi said, "It has been reported on the authority of Anas bin Malik that the messenger of Allah, PBUH, was left with only seven men from the Ansar and two men from the Quraish on the day of the Battle of Uhud. When the enemy advanced toward him, he said, "Who turns them away from us will attain paradise or will be my companion in paradise." A man from the Ansar came forward and fought (the enemy) until he was killed. This went on until the seven were killed, one after the other (Narrated by Muslim, al Qurtubi 342/2). It was reported that the messenger of Allah, PBUH, mentioned paradise, and a man said to him, "Where would I be if I am killed in the cause of Allah?" He said, "In paradise." So, the man threw dates in his hands and then fought until he was killed" (Muslim 3/1309). Ibn Taymiyyah considered the permissibility of this as a matter of prioritizing the benefit of religion, saying, "Muslim narrated in his Sahih on the authority of the prophet, PBUH, the story of the People of the Ditch. The boy ordered to kill himself for the benefit of religion." Thus, the four imams allowed a Muslim to put himself in the ranks of infidels, even if he thinks that they will most likely kill him, if that is for the benefit of Muslims. This is permissible as long as a man does what he thinks he is killing for the sake of jihad, even though killing oneself is greater than killing someone else. It is more appropriate for one to kill others for the sake of a benefit that can only be achieved by that, and to ward off the harm of the enemy which is corrupting the religion and the present world" (Fatwas 28/540).

Based on that, a young man who kills himself this way with sincere intention toward Allah by seeking to exalt the word of Allah – while his group favors exalting religion and the word of Allah by doing this; and while the desired goals are met and the pros more than beyond the cons – is doing the best act and gaining Allah's satisfaction. He is meant by the saying of Allah the almighty, "And there are those who would dedicate their lives to Allah's pleasure. And Allah is Ever Gracious to His servants" (Sura Al Baqrah 207). It is reported that among the reasons for the revelation of this verse was that it is regarding those who break into the fight. Hisham bin Aamir, may Allah be pleased with him, attacked the ranks in Constantinople and fought until he was killed. So, Abu Huraira, may Allah be pleased with him, read, "And there are those who would dedicate their lives to Allah's pleasure. And Allah is Ever Gracious to His servants." The same was narrated from Abi Ayyoub (al Qurtubi 3/21).

If we say that a Muslim's undertaking of such act depends on the decision of his group, emir, army commander, etc. – for fear that his act does not achieve the goal but causes more harm to the general Muslims than inflicting the enemy – then the ruling is different. If he is attacked by one or more from the enemy, then he would attack them back with everything he could, even by blowing himself up thinking that they had fought him inevitably. This way, he would kill as many of them as he could. In such case, his behavior would not be restricted to what we mentioned regarding the opinion of his group and taking the benefit into account. His condition at that time is of one who was attacked by the enemy. According to the opinion of most religious jurists, he should kill the one who attacked him. Allah the almighty said, "and do not let your own hands throw you into destruction" (Sura Al Baqarah 195). If he surrenders himself to them to be killed or to identify other people, he throws

Martyrdom Operations | Official Website of His Eminence Sheikh Prof. Dr. Ajil Jasim al Nashmi

himself into destruction and may cause the death of others. If he is killed, then he is a martyr because the prophet, PBUH, said, "He who is killed in self-defense is a martyr" (al Tirmidhi 4/30). It is said that this is a sound, authentic hadith. Rather, if he is unable to repel the one who intends to attack him; if his location is besieged while he has nothing to defend himself with; if he has secrets that if forced to reveal when captured he would expose others to peril and cause the Muslims' plans to fail – then it is permissible for him to kill himself or surrender to them. This is due to him. If he thinks that he can endure torture without revealing a secret, he may surrender himself. If he thinks that he cannot bear it, he may kill himself, and I do not think that the rules of Sharia reject that. The religious jurists stipulated that a person whose death is determined by two causes which are equally bad may choose one of them. An example is a person whose ship is burnt while he does not know swimming, or when predatory fish wait for him to throw himself. It is permissible if he chooses his death by drowning or burning. If he thinks that a method is easier than the other, he may opt for the easier one. Most religious jurists agree to this opinion. Ibn al Subki said, "If a person falls into a burning fire and cannot be saved except by water that would drown him, and he thought water would be easier for him than the whiffs of fire, he may choose to die by drowning" (Al Ashbah and Al Nazaer by al Suyuti 865). The words of religious jurists do not apply if a person ascertains or thinks that he will most likely die and has nothing to defend himself with. He may kill himself by drinking poison or by using any other means that he chooses rather than to be killed by them, because he will die anyway. If he knows secrets that he cannot keep, then choosing to kill himself would be more appropriate and much safer – as previously said – and he is in all cases a martyr, Allah willing, because he intends to kill himself by choice. At the least, he is compelled to kill himself, let alone the status of witness, exalting the religion, and achieving the benefit of Muslims.

The last part of the question is about the possibility that the saying of Allah the almighty, "do not let your own hands throw you into destruction" refers to such young man, i.e., whether he falls under the prohibition of Allah the almighty or not. This is far from the meaning of the verse, especially if we take into account the requirements that we mentioned for the permissibility of a Muslim blowing himself up.

Most commentators said that the meaning of the verse is what al Tirmidhi narrated on the authority of Yazid bin Abi Habeeb on the authority of Aslam Abi Imran who said, "We were in a Roman city, when a large column of Romans came out to us. So, about the same number or more of the Muslims went toward them. One man among the Muslims reached the Roman line until he entered amidst them, so the people started screaming, 'O Allah! He has thrown himself into destruction!' Abu Ayyub al Ansari said, 'O people! You give this interpretation to this verse while it was only revealed about us, the people among the Ansar, when Allah made Islam mighty and increased its supporters. Some of us secretly said to each other, away from the messenger of Allah, PBUH, 'Our wealth has been ruined, and Allah has strengthened Islam and increased its supporters, so if we tend to our wealth then what we lost shall be restored to us." So, Allah revealed to his prophet, PBUH, rebuking what we said, 'Spend in the cause of Allah and do not let your own hands throw you into destruction.' Destruction meant tending to our wealth and trying to restore it while abandoning the battle" (al Tirmidhi 8/311 and al Qurtubi 2/341.) See the narrations about this in the interpretation of Ibn Kathir 1/28 and the hadith of Abu Ayyub as narrated by Muslim, al Nasai, Abu Dawood, al Tirmidhi, Ibn Hibban, and al Hakim. Ibn Hajar Fath al Bari 8/185 said that the verse was revealed about abandoning the battle, as al Bukhari and other commentators said. This does not exclude its generality, for what matters is the generality of the expression, not the particularity of the cause. There is no confusion or suspicion in the verse regarding a young man who bombs himself among the enemy members because – as we mentioned – he does not intend to kill himself. Rather, this depends on the requirements and benefits previously mentioned. If that is the case, he is a martyr, Allah willing. We hope he may get the testimony of the prophet, PBUH, and may be deemed as a martyr.

Martyrdom Operations | Official Website of His Eminence Sheikh Prof. Dr. Ajil Jasim al Nashmi

Case 1:03-md-01570-GBD-SN Document 10647-35 Filed 12/28/24 Page 5 of 9

# العمليات الاستشهادية

⏱ 9 ديسمبر، 2005   👁 2,588 زيارة   📁 السياسة

**السؤال:**

هل يجوز للمسلم في أرض كانت أرضه محتله ولا يستطيع أن يقاتل العدو إلا بقتل نفسه، كأن يضع في وسطه حزاما ناسفا، فيفجر نفسه فيقتل من العدو العدد الكثير، أو يفجر نفسه بسيارة وما إلى ذلك. هل يعتبر منتحرا أو يعتبر شهيدا، وهل يعتبر هذا الشاب قد ألقى بنفسه في التهلكة والله عز وجل يقول: ” ولا تلقوا بأيديكم إلى التهلكة “.

**الجواب:**

الانتحار هو أن يقتل الإنسان نفسه بنفسه، كان يطعن نفسه بسكينة أو يطلق على نفسه رصاص بندقية أو يأكل سما، أو يلقي بنفسه من شاهق، أو يمتنع عن الأكل والشرب، أو يترك جرحه ينزف، وهو قادر على وقفه. والانتحار يحتاج إلى القصد، فإن انتفى القصد فلا يعد الفعل انتحارا. روى أبو داود عن رجل من أصحاب النبي صلى الله عليه وسلم قال: ” أغرنا على حي من جهينة فطلب رجل من المسلمين رجلا منهم، فضربه فأخطأه ، فأصاب نفسه بالسيف، فقال رسول الله صلى الله إلى عليه وسلم: أخوكم يا معشر المصلين، فابتدره الناس، فوجدوه قده مات، فلقه رسول الله صلى الله عليه وسلم بثيابه ودمائه، وصلى عليه، فقالوا: يا رسول الله: أشهيد هو: قال: نعم وأنا له شهيد، وقال محمد بن الحسن الشيباني: ذكر مكحول أن رجلا من أصحاب رسول الله صلى الله عليه وسلم تناول رجلا من العدو ليضربه فأخطأ فأصاب رجله فنزف حتى مات، فصلى عليه رسول الله صلى الله عليه وسلم، فقال أصحابه رضى الله عنهم: أشهيد هو: قال: ” نعم، وأنا عليه شهيد “ . قال السرخسي شارحا: تأويل الحديث أنه شهيد فيما تناول من الثواب في الآخرة.. وهذا صار مقتولا بفعل نفسه ولكنه معذور في ذلك، لأنه قصد العدو لا نفسه، فيكون شهيد في حكم الآخرة، ويصنع به ما يصنع بالميت في الدنيا، ومثله ما روى عن سلمة بن الأكوع رضى الله عنه قال: قلت: يارسول الله، زعم أسيد بن حضير أن عامر بن سنان بن الأكوع حبط عمله ، وكان ضرب يهوديا فقطع رجله ورجع السيف على عامر فعقره فمات منها، فقال: كذب من قال ذلك، إن له لأجرين، إنه جاهد مجاهد، وإنه ليعوم في الجنة عوم الدعموص) و الدعموس- دويبة سوداء- (السير، الكبير لمحمد بن الحسن الشيباني وشرحه للسرخسى 1/102) وقال ابن قدامة : فإن كان الشهيد عاد عليه سلاحا فقتله، فهو كالمقتول بأيدي العدو (المغنى 397/2) وقد اتفق الفقهاء على أن قاصد قتل نفسه عمدا مرتكب لكبيرة أكبر من قتل نفس الغير وهو من المخلدين في النار لقوله صلى الله عليه وسلم: ” من تردى من جبل فقتل نفسه فهو في نار جهنم يتردى فيها خالداً مخلداً فيها أبداً ” (البخاري 247/10 ومسلم 103/1) وقد حرم الله قتل النفس فقال: ” ولا تقتلوا النفس التي حرم الله إلا بالحق ” الأنعام: 151، وقال عز وجل: ” ولا تقتلوا أنفسكم إن الله كان بكم رحيما ” (النساء:29). والآية صريحة في أن الإنسان لا يملك نفسه حتى يتصرف فيها كما يشاء، فالمالك الحقيقي هو الله عز وجل، فمن قتل نفسه فقد تعدى على ملك الله عز وجل واستحق العقوبة. والشاب الذي يقتل نفسه بحزام ناسف أو سيارة أو أية وسيلة لا يعتبر منتحرا، إلا إذا قصد أن يقتل نفسه دون غاية من وراء ذلك فإن كان قصده من التسبب بقتل نفسه بهذه الوسائل إحداث القتل والنكاية بالعدو، وإعلاء كلمة الله فلا يعد منتحرا بل يعد شهيدا إن شاء الله، ولا شك أن التسبب بقتل النفس بفعل مباشر من الشخص من القتل من النفس من قتل الغير له، فهذه شهادة مع عزيمة، وهذا الحكم ليس مطلقا وإنما هو مقيد بقيود إن توافرت كان شهادة إن شاء الله. أولها: ما ذكرناه من أن يكون قصد الفاعل إعلاء كلمة الله والموت في سبيله وإعزاز الدين، والعدو إذا احتل أرضاً مسلمة أو جزء منها وجب قتاله، وقتاله جهاد. إلا إذا صالحوه، ولا يجوز صلحه صلحاً دائماً على أن يأخذ جزء من أرض المسلمين- وليس هنا محل التفضيل. ثانيها: أن يكون قتل النفس الطريق الوحيد لإحداث القتل في

العدو أو الطريقة الأكثر تأثيراً بالعدو، فإذا غلب على الظن أن هذا الأسلوب في القتل لن يؤثر في العدو، ولن يحقق قتل أحد منهم، أو كان هناك وسائل ممكنة أنجح في تحقيق الغاية، فلا يقدم على هذا العمل. ثالثها: أن يكون تقدير أثر قتل النفس بتلك الوسائل إلى جماعة لا إلى فرد، بحيث تقدر الجماعة المفاسد والمصالح، فقد يحدث هذا الفعل النكاية في العدو، ويحدث القتل فيه وبأعداد كبيرة، لكنه سيعود على غيره من أهل أو عشيرة أو جماعة بالأذى الأشد وسيقتل العدو منهم أضعاف ما قتل منه، أو قد يعرض مزيداً من الأعراض والدماء و الأراضي للأذى والسلب، فذلك كله موكول إلى تقدير الجماعة لمن كانت له جماعة ولا يجوز الإقدام عليه فردياً أو دون دراسة متأنية ترجح فيها المصالح على المفاسد، فإن غلبت وتوافرت تلك الشروط كان الإقدام على العمل جائزاً إن لم يكن واجباً، ويقدم المسلم على قتل نفسه بتفجيرها، أو الهجوم وحده على العدو، مع يقينه انه سيقتل. وقد نص الفقهاء على جواز هذا الفعل اهتداء وفهما لنصوص الآيات والأحاديث والآثار التي سترد في كلام الفقهاء . فقد نص الحنفية على جواز ذلك وقال الجصاص: قال محمد بن الحسن الشيباني: " لو أن رجلا حمل على ألف رجل وهو وحده لم يكن بذلك بأس إذا كان يطمع في نجاة أو نكاية، فإن كان لا يطمع في نجاة ولا نكاية فإني أكره له ذلك، لأنه عرض نفسه للتلف في غير منفعة للمسلمين، وإنما ينبغي للرجل أن يفعل هذا إذا كان يطمع في نجاة أو منفعة للمسلمين، فإن كان لا يطمع في نجاة أو نكاية ولكنه يجرئ المسلمين بذلك حتى يفعلوا مثل ما فعل فيقتلون وينكون في العدو فلا بأس وأرجو أن يكون فيه مأجوراً " (أحكام القرآن للجصاص 1/309) . وقال المالكية في نص خليل والدردير: " وجاز إقدام المسلم على كثير من الكفار إن لم يكن قصده ليظهر شجاعته، بل لإعلاء كلمة الله، قال الدسوقي: الحاصل جواز إقدام الواحد على الكثير مقيد بأمرين : أن يكون قصده إعلاء كلمة الله، وأن يظن تأثيره فيهم ، والظاهر أن الشرط الأول للكمال بم لأنه يجوز الافتخار في الحرب فمفهومه الكراهة فقط. (الدسوقي 2/183 ،والقرطبي 2/363). وقال القرطبي في تفسير قوله تعالى: "ا ولا تلقوا بأيدكم إلى التهلكة " عن بعض علماء المالكية: لا بأس أن يحمل الرجل وحده على الجيش العظيم إذا كان فيه قوة، وكان لله بنية خالصة، لأن مقصوده واحد منهم وذلك بين في قوله تعالى: " ومن الناس من يشري نفسه ابتغاء مرضات الله " (البقرة:207) وقال ابن خويز منداد: فأما أن يحمل الرجل على مائة أو على جملة العسكر. فلذلك حالتان : إن علم وغلب على ظنه أنه سيقتل من حمل عليه وينجو فحسن، وكذلك لو علم وغلب على ظنه أن يقتل ولكن سينكي نكاية أو سيبلى أو يؤثر أثراً ينتفع به المسلمون فجائز أيضا، وفي يوم اليمامة لما تحصنت بنو حنيفة بالحديقة قال البراء بن مالك: ضعوني في الجحفة – ترس يتخذ من الجلود– و ألقوني إليهم. ففعلوا وقاتلهم وحده وفتح الباب. قال القرطبي: ومن هذا ما روي عن أنس بن مالك أن رسول الله صلى الله عليه وسلم أفرد يوم أحد في سبعة من الأنصار ورجلين من قريش، فلما رهقوم - أي لحقه العدو- قال: " من يردهم عنا وله الجنة أو هو رفيقي في الجنة " فتقدم رجل من الأنصار فقاتل حتى قتل، فلم يزل كذلك حتى قتل السبعة... " (رواه مسلم، القرطبي 342/2) وقد ورد أن رسول الله صلى الله عليه وسلم ذكر الجنة فقال له رجل: " أرأيت أن قتلت في سبيل الله فأين أنا، فقال: في الجنة، فألقى تمرات في يديه ثم قاتل حتى قتل " (مسلم 3/1309) واعتبر ابن تيمية جواز ذلك من باب ترجيح مصلحة الدين فقال: " روى مسلم في صحيحه عن النبي صلى الله عليه وسلم قصة أصحاب الأخدود وفيها: " أن الغلام أمر بقتل نفسه لأجل مصلحة ظهور الدين " ولهذا جوز الأئمة الأربعة أن ينغمس المسلم في صف الكفار وإن غلب على ظنه أنهم يقتلونه، إذا كان في ذلك مصلحة للمسلمين. فإذا كان الرجل يفعل ما يعتقد أنه يقتل به لأجل مصلحة الجهاد مع أن قتله نفسه أعظم من قتله غيره. كان ما يفضي إلى قتل غيره لأجل مصلحة التي لا تحصل إلا بذلك، ودفع ضرر العدو المفسد للدين والدنيا الذي لا يندفع إلا بذلك أولى" (الفتاوى 28/ 540). وعلى ذلك فالشاب الذي يقتل نفسه بهذا الأسلوب مخلصاً نيّته لله ، مبتغياً إعلاء كلمة الله، ورجحت جماعته إعزاز الدين وإعلاء كلمة الله بفعله هذا، وتحقيق الأهداف المرتجاة وغلبة المصالح على المفاسد، فانه أقدم على خير العمل، وشرى نفسه ابتغاء مرضاة الله وهو معني بقوله تعالى: " ومن الناس من يشري نفسه ابتغاء مرضات الله والله رؤف بالعباد )( البقرة:207)، وقد ورد من أسباب نزول هذه الآية أنها فيمن يقتحم القتال، كما حمل هشام بن عامر رضي الله عنه على الصف في القسطنطينية

فقاتل حتى قتل فقرأ أبو هريرة رضى الله عنه: " ومن الناس من يشري نفسه ابتغاء مرضاة الله " وروى مثله عن أبى أيوب (القرطبي 3/21) . وإذا قلنا إن إقدام المسلم على مثل هذا العمل طريقه قرار جماعته أو أميره، أو قائد جيشه، ومن في حكمهم حذرا من أن يكون إقدامه على هذا العمل لا يحقق غايته، ويعود على عموم المسلمين بأشد من نكايته في العدو فإن الحكم يختلف لو كان الهجوم عليه من العدو واحدا أو اكثر فيبادرهم حينئذ بكل ما يستطيع ولو بتفجير نفسه على ظن انهم قاتلوه لا محالة ، ويقتل منهم أكبر عدد يستطيع، ولا يتقيد تصرفه حينئذ بما ذكرنا من رأي جماعته، ومراعاة المصالح، فحاله حينئذ حال من صال عليه العدو، فيجب عليه- على رأى جمهور الفقهاء- أن يقتل من هجم عليه وصال، لقوله تعالى: " ولا تلقوا بأيديكم إلى التهلكة " (البقرة: 195) فإذا أسلم أمره لهم ليقتلوه، أو يستدلوا به على غيره. فقد ألقى بنفسه إلى التهلكة وربما تسبب في هلكة غيره ، فإن قتل فهو شهيد، لقوله صلى الله عليه وسلم : " من قتل دون دمه فهو شهيد " (الترمذي 4/30 وقال : حديث حسن صحيح). بل لو لم يستطع أن يرد من يعزم الهجوم عليه، أو حوصر موقعه، وليس لديه ما يدفع به عن نفسه، وعنده من الأسرار التي لو أجبر على إظهارها عند الأسر يعرض غيره للهلاك ويتسبب في إفشال خطط المسلمين، ويكشف عورتهم جاز أن يقتل نفسه، أو يستسلم لهم، ويرجع تقدير ذلك له، فإن علم من نفسه صلابة لا تلين تحت التعذيب فلا يفشى سرا، استسلام وسلم نفسه، وإن غلب على ظنه أو تيقن أنه لا يتحمل ذلك، قتل نفسه ولا أرى قواعد الشرع تأبى عليه ذلك. وقد نص الفقهاء على أن من تعين موته بسببين واستويا في السوء فله أن يتخير بينهما، كمن احترقت سفينته ولا يحسن السباحة أو كانت الأسماك المفترسة تحته تنتظر إلقاء نفسه إليها فلو اختار موته غرقا أو احتراقا جاز، وإن غلب على ظنه أن أحد السببين أهون من الآخر، فيتبع الأهون وبه قال جمهور الفقهاء، قال ابن السبكى: " لو وقع في، نار محرقة ولم يخلص إلا بماء يغرقه، ورآه أهون عليه من الصبر على نفحات النار فله الانتقال إليه في الأصح " (الأشباه والنظائر للسيوطي 865) ويتخرج على كلام الفقهاء هذا لو أيقن أو غلب على ظنه أنه ميت وليس عنده ما يدافع به عن نفسه، فله أن يقتل نفسه فيحتسي سما، أو أي وسيلة أخرى يختارها عن قتلهم له لأنه ميت بأحد السببين فيختار، فإن كان صاحب أسرار لا يقوى على كتمانها كان اختيار قتل نفسه أولى وأسلم- كما سبق القول- وهو في كل الأحوال شهيد إن شاء الله، لأنه يقصد قتل نفسه اختيارا، فحكمه في أقل أحواله حكم المكره إكراها ملجئا لقتل نفسه بل قياسه على المكره قياس أولوي لموضع الشهادة وإعزاز الدين وتحقيق مصلحة المسلمين. أما الجزء الأخير من السؤال وهو احتمال شمول قوله تعالى: " ولا تلقوا بأيديكم إلى التهلكة " لهذا الشاب فيقع تحت نهى الله عز وجل. فإن هذا بعيد عن مفهوم الآية، خاصة إذا راعينا القيود التي ذكرناها لجواز تفجير المسلم نفسه. وقد ذهب أكثر المفسرين إلى أن معنى الآية ما رواه الترمذي عن يزيد بن أبى حبيب عن أسلم أبى عمران قال: " كنا بمدينة الروم القسطنطينية- فأخرجوا إلينا صفا عظيما من الروم فخرج إليهم من المسلمين مثلهم أو أكثر.. فحمل رجل من المسلمين على صف الروم حتى دخل فيهم، فصاح الناس، وقالوا: سبحان الله، يلقى بيديه إلى التهلكة، فقام أبو أيوب الأنصاري فقال: يا أيها الناس، إنكم تتأولون هذه الآية هذا التأويل، وإنما أنزلت هذه الآية فينا معاشر الأنصار لما أعز الله الإسلام وكثر ناصروه ، قال بعضنا لبعض سرا دون رسول الله صلى الله عليه وسلم: إن أموالنا قد ضاعت، وإن الله قد أعز الإسلام وكثر ناصروه، فلو أقمنا في أموالنا فأصلحنا ما ضاع منها، فأنزل الله على نبيه صلى الله عليه وسلم يرد علينا ما قلنا: " وأنفقوا في سبيل الله ولا تلقوا بأيديكم إلى التهلكة " فكانت التهلكة الإقامة على الأموال وإصلاحها وتركنا الغزو" (الترمذي 8/ 311 والقرطبي 2/341، وانظر الروايات في هذا في تفسير ابن كثير 1/28 وحديث أبى أيوب اخرجه مسلم والنسائي وأبو داود والترمذي وابن حبان والحاكم كما قال ابن حجر فتح الباري8/185) فالآية نزلت في ترك النفقة كما قال البخاري وغيره من المفسرين. وهذا لا يمنع عمومها فالعبرة بعموم اللفظ لا بخصوص السبب، ولا إشكال فيها ولا شبهة تلحق الشاب المفجر نفسه بين أفراد العدو لما ذكرناه من عدم قصد نفسه بالقتل، بل لتوقف ذلك على الاعتبارات والمصالح السابق ذكرها، فإن كان كذلك فهو شهيد إن شاء الله، ونرجو أن تلحقه شهادة النبي صلى الله عليه وسلم، وهو عليه شهيد.



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220606_UPY

**Language**: Arabic

**Document title**: www.dr-nashmi.com-fatwa

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and interpretation studies, 16 years of experience, certified in Medical Terminology

**Signed**: _Farah Alshekhli_

**Date**: Jun 6, 2022