الدكتور عبدالله عزام

# الدفاع عن أراضي المسلمين

## أهم فروض الأعيان

# DEFENSE OF THE MUSLIM LANDS

## *The First Obligation After Iman*

By **Dr. Abdullah Azzam**
(May Allah accept him as Shaheed)
English translation work done by
Brothers in Ribatt.



DEPOSITION
EXHIBIT
15
8.1.17 AW

بسم الله الرحمن الرحيم

# **Biography of**

# *Shaheed Abdullah Azzam*

Abdullah Yusuf Azzam was born in a village in the North of Palestine named Selat Al Harithia in Genine District in the year 1941. His father's name was Mustafa Azzam who died a year after his son was assassinated. His mother was Zakia Saleh who died one year before the Sheikh was killed. She was buried in Pabi camp.

The Azzam family is a well-known family, one of its members being Sheikh Abdullah Azzam, distinguished as child, who started making Da'wah at an early age. He was already showing signs of excellence and was recognized by his teachers while he was in elementary school. His peers knew him as a pious child. Since he was a small boy he was known for his determination and serious dispositions. Before he had even come of age, he joined the Muslim Brotherhood.

Sheikh Abdullah Azzam received his early elementary and secondary school education in his village, and continued his education at the agricultural Khadorri College where he obtained a Diploma. Although he was the youngest of his colleagues, he was the brightest and most astute. After he graduated from Khodori College, he worked as a teacher in a village named Adder in the South of Jordan. Later he joined *Shariah* College in Damascus University where he obtained a B.A. Degree in *Shariah* in 1966. After the Jews captured the West Bank in 1967, Sheikh Abdullah Azzam decided to migrate to Jordan, because he could not live under the Jewish occupation of Palestine. The sacrilege of the Israeli tanks rolling in the West Bank without any resistance made him more determined to migrate to learn the skills necessary to fight.

In the late 1960's he joined the Jihad against the Israeli occupation of Palestine from Jordan. During that time he received a Masters degree in *Shariah* from the University of Al Azhar. In 1970 and after the jihad came to a halt, when the PLO was forced out of Jordan, he assumed a teaching position in the Jordanian University in

Amman. In 1971 he was awarded a scholarship to Al Azhar University in Cairo from which he obtained a Ph.D. Degree in *Ussul al Fiqh* in 1973. During his stay in Egypt he came to know the family of Saeed Qutb.

In 1979, when he was expelled from the university, he moved to Pakistan to be close to the Afghan Jihad. There, he became aquatinted with the leaders of the Jihad in Afghanistan. During the early period of his stay in Pakistan, he was appointed as a teacher in the International Islamic University in Islamabad. Eventually, it was necessary for him to resign his position in order to devote his full time and energy to the Jihad in Afghanistan.

Abdullah Azzam was greatly influenced by the Jihad in Afghanistan and the Jihad was greatly influenced by him. To it he concentrated his full effort, that he ultimately became the most prominent figure in the Afghani Jihad aside from the Afghan leaders. He spared no effort to promote the Afghan cause to the whole world, especially throughout the Muslim Ummah... He changed the minds of Muslims about Jihad in Afghanistan and presented the Jihad as an Islamic cause which concerns all Muslims around the world. Due to his efforts, the Afghani Jihad became universal, in which Muslims from every part of the world came to fight.

Jihad in Afghanistan had made Abdullah Azzam the main pillar of the Jihad movement in modern times. By taking part in this Jihad, by promoting it and banishing the misconceptions which had been planted in the path of Jihad. He became an example to follow for the next generation that responded to the call of Jihad.

Once he said, "I feel that I am nine years old, seven and a half years in the Afghan Jihad, one and a half years in Jihad in Palestine and the rest of the years have no value." On Friday the 24th of November 1989 in Peshawar, Pakistan he was assassinated along with his two sons Mohammed and Ibrahim, by 20kg of TNT activated by remote control while he was driving to Friday prayer. His car was blown to fragments in the middle of a busy street. Pieces his sons were discovered up to a hundred meters away. One of his son's legs was suspended to an overhanging telephone line. Nevertheless, Allah be glorified, the Sheikh was found intact, except for an internal hemorrhage, that caused of his death. Many can attest to the musk that emanated from his body.

His son had asked that he be taken *Shaheed* along with his father. Sheikh Abdullah Azzam was buried in Pabi Graveyard of the Shuhada where he joined thousands of Shuhada (martyrs).

{ والذين قتلوا فى سبيل الله فلن يضل أعمالهم... }

**"...But those who are killed in the Way of Allah, He will never let their deeds be lost."**

Mohammed: 4.

# <u>Note From Your Brothers in Ribatt</u>

*There is no Khalifa. After 1300 years of Islamic rule. A glorious empire the world once feared. A people entrusted with the final revelation of God. The religion destined for the whole of humanity. Where is it today. The Najasun*[10] *have duped the dull masses of Muslims by installing their wooden-headed puppets as false figureheads of states that remain under their control. Colonialism has taken a new face. They have come from every horizon to share us amongst them like callers to a feast. There is no greater humiliation for the people expected to lead humanity to redemption. How will they recognize the gravity of the situation. Their house is crumbling and their neighbors are laughing. Again, what will make them realize the gravity of the situation.*

{ و الذين كفروا بعضهم أولياء بعض إلا تفعلوه تكن فتنة فى الأرض وفساد كبير }

**"And those who disbelieve are allies to one another, (and) if you** (Muslims of the whole world collectively) **do not do so** (i.e. become allies, as one united block with one *Khalifa* - chief Muslim ruler for the whole Muslim world to make victorious Allah's religion of Islamic Monotheism), **there will be** *Fitnah* ( wars, battles, polytheism, etc.) **and oppression on earth, and a great mischief and corruption** ( appearance of polytheism)." Al Anfal: 73.

أجعلتم سقاية الحاج وعمارة المسجد احرام كمن ءامن بالله واليوم الأخر وجاهد فى سبيل الله لا يستون عند الله والله }

{ لا يهدى القوم الظالمين }

**"Do you consider the providing of drinking water to the pilgrims and the maintenance of** *Al Masjid al Haram* (at Mecca) **as equal to the worth of those who believe in Allah and the Last Day, and strive hard and fight in the Cause of Allah? They are not equal in the Sight of Allah. And Allah guides not those people who are the** *Zalimun* (polytheists and wrong-doers)." At Tauba: 19

Abdullah Ibn Mubarak (may Allah have mercy on him) sent a letter to Al Fuzail ibn Ayazz in which he says: "Oh you who offer prayer in the sacred mosque, had you

---

[10] *Najassun*: impurity. Their impurity is spiritual and physical: spiritual, because they don't believe in Allah's Oneness and in His Prophet Mohammed (saw); and physical, because they lack personal hygiene (filthy or *Junuban* as regards urine, stools and sexual discharges).

participated with us in the fields of battle, you would have known that, compared to our jihad, your worship is the trifling of children. For every tear you have shed upon your cheek, we have shed in its place blood, on our chests. You are jesting with your worship, while you worshippers offer your worship, mujahideen offer their blood and person."

بسم الله الرحمن الرحيم

إن الحمد لله نحمده, و نســـــتعينه و

و نعوذ بالله من شرور ,نســـــتغفره

أنفسنا و من سيات أعمالنا, مــــــن

يهده الله فلا مضل له و من يضلل

فلا هادي له, و أشهد أن لا إله إلا

الله و أشهد أن محمـــــدا عبـــده و

رسوله , اللهم لا سهل إلا ما جعلته

سهلا و أنت تجعل الحزن إذا شئت

سهلا ، أما بعد ؛

All Praise is for Allah. We praise him and seek his assistance. We ask for his forgiveness and take refuge in him from the evil within ourselves and from the evil of our deeds. He whom Allah guides will never be diverted yet whomever he sends astray will never find his way, and I bear witness that there is no God but Allah, alone, he has no partners, and I bear witness that Mohammed is his servant and messenger. O Lord, nothing is easy except for what you make easy. And you lighten distress if you wish.

I wrote this *Fatwa* and its was originally larger than its present size. I showed it to our Great Respected Sheikh Abdul Aziz Bin Bazz. I read it to him, he improved upon it and he said "it is good" and agreed with it. But, he suggested to me to shorten it and to

write an introduction for it with which it should be published. But the sheikh was busy, it being Hajj season, so he had not the time to review it again.

Then the Sheikh (may Allah protect him) declared in the mosque of Ibn Ladna in Jeddah and in the large mosque of Riyadh that jihad with your person today is *Fard Ayn* ( global obligation ). Then I showed this *Fatwa*, without the six questions at the end, to the peers of Sheikh Abdullah al Waan, Saeed Hawa, Mohammed Najeeb al Mutyey, Dr. Hassin Hamid Hissan and Umar Sayaf. I read it to them, they agreed with it and most of them signed it. Likewise, I read it to Sheikh Mohammed Bin Salah Bin Uthaimin and he too signed it.

I also read it to Sheikh Abdur Razaq Afiffi, Hasan Ayub and Dr. Ahmad al Assal.

Then I spoke on the topic in a lecture in Minna in the General Guidance Center during the Hajj season where there were gathered more than one hundred scholars from the entire Islamic world. I said to them: "Agreed are the *Salaf*, the Pious Predecessors, all people of understanding, and the *Muhaditheen* that in all ages of Islam: "That if a piece of Muslim land the size of a hand span is infringed upon, then jihad becomes *Fard Ayn* (global obligation) on every Muslim male and female, where the child shall march forward without the permission of its parents and the wife without the permission of the husband.

"I decided in the presence of the *Amir* of the Mujahideen (Sayyaf) and by my time of three years spent in the Afghani jihad that, the jihad in Afghanistan needs men. So whoever has an objection from you O *Ulama* then let him raise it". And there was not one objection. On the contrary, Dr. Sheikh Idriss said "Oh my brother! there is no difference of opinion in this matter".

So finally, I published this *Fatwa*. Maybe Allah will cause it to be useful for us in this world and the next, and for all Muslims.

*Dr. Abdullah Azzam*

# Letters

## Letter from Sheikh Mohammed Najeeb al Mu'ti



All praise be to Allah and may His peace and blessings be upon his messenger. upon his family, companions and whoever follows him.

Jihad in Allah's cause is to achieve martyrdom, about which Allah has given the good news of their election with his blessed words " **...and that He may take martyrs from among you**" (Al Imran: 140). It is a progression from one abode to another. From a problematic, deceptive and unjust life to a life of happiness and pleasure.

On this topic the generous, the mujahid, the courageous, the wise, Dr. Abdullah Azzam has written calling to Jihad. Explaining and showing the right agenda providing sufficient evidence from *Fiqh*, hadith and *Tafseer*. Revising and discussing with proofs, causing throat swelling distress in the opposition and a splinter in the eyes of the cowards and hypocrites. I say on this topic a few words of *Da'wah* to the path from which there are no other paths, in this critical moment, to remove the cancer from the *Ummah* and to defend the faith. It is the whole point of this life, that it is lived in the path of Allah and His prophet and His Book. That His *Ummah* may be raised and honored and perpetuated. The believer fights jihad for Allah that: if he falls he learns and if he is injured he is forgiven for his sins, if he is exiled he is a traveler, if he is imprisoned it is time for him for worship, if he lives he will become a leader, if he dies he is a martyr and for him is good and more.

And peace be upon the ones who listen to the call and respond (and if your are called to march forward, march forward,) with the mercy and blessing of Allah.

**Mohammed Najeeb al Mu'ti'**
**Servant of the *Sunnah* with the most original chain**

Author of *Takmilatu al Majmua Sharhul Muhathab*
Member of the Egyptian Writers Union

# Letter from Sheikh Saeed Hawa

بسم الله الرحمن الرحيم

After hearing this letter from our Sheikh Dr. Abdullah Azzam, I consider this *Fatwa* to be the truth and to it I call the people.

Saeed Hawa

# Letter from Sheikh Umar Sayyaf

بسم الله الرحمن الرحيم

All praise be to Allah and may his blessings be upon Mohammed, his family, companions and whoever follows him.

and what follows:

This great *Fatwa* and its advises in the rules of Jihad and of when Jihad becomes *Fard Ayn* was showed to me by my brother in Islam, the Sheikh, the righteous the truthful, the mujahid, Dr. Abdullah Azzam. I read all of it and saw it to be the correct view, the truth from which there can be no divergence, and that there is no room for anyone who has an atom of *Iman* in his heart but to accept these evidences from the Book of Allah, the *Sunnah* of the prophet (saw), and the consensus of the *Ulama*. I say, it must be propagated, haste carried out in marching forward and fulfilling this *Fard* without hesitation, otherwise one would fall into the description given by Allah: **"...But when a decisive Soorat** (explaining an ordering things) **is sent down, and fighting** (Jihad-holy war) **is mentioned** (i.e. ordained) **therein, you will see those in whose hearts is a disease** (of hypocrisy) **looking at you with a look of one fainting to death"**.(Mohammed: 20).

May Allah reward the Sheikh, the servant of Allah for his intention and his enlightenment.

May Allah help us to follow His good pleasure. the truth that jihad now is *Fard Ayn* and that there is no excuse for anybody.

Umar Sayyaf
Grand Chair of the Ulama
Sana Yemen.

# Letter from Sheikh Abdullah Nassah al Waan



All praise be to the Lord of the Worlds, and may his peace and blessings be upon Mohammed, upon his family and companions who carried the flag of jihad throughout the world. And, on those who invite to the truth and on the callers to good until the Last Day.

The Sheikh Dr. Abdullah Azzam, may Allah protect him, showed me what he had written about the rules of jihad today pertaining to Afghanistan, Palestine and other countries of the Muslims. I say, and with Allah's help:

Wherever he went he declared this *Fatwa*, quoting from the *Mathhab*s and the predecessors, what is correct and true, that any Islamic country occupied by the Unbelievers, as decided by the people of understanding, fighting becomes *Fard Ayn* upon its people. Consequently, the wife will go forward without the permission of her husband, and the child without the permission of its parents. Furthermore, jihad will remain *Fard Ayn* upon every country close by until sufficient forces are attained to liberate the Muslim countries from the grip of the Unbelievers. If the Unbelievers are not beaten back, then, the *Fard Ayn* of jihad spreads in the shape of a circle. The nearest to the next in nearness. Until, the jihad has become *Fard Ayn* upon the whole earth, the destruction of the enemy and their complete expulsion from the Muslim land. Now in this time we find many Muslims in all Muslim countries, lazy, ill equipped and idle. So in truth, for Afghanistan and Palestine as well as other countries of the Muslims, jihad has today become *Fard Ayn* on everyone until sufficient manpower and money are collected.

Therefore it is incumbent upon every Muslim today, capable of carrying a weapon, to march forward to jihad to aid their Muslim brothers in Afghanistan and in every place in need, even though his or her parents do not permit it, until sufficient forces are attained and Allah knows best.

Your brother,
Abdullah Nassah al Waan
University of King Fahd Abdul Aziz
Jeddah

الدفاع عن أراضي المسلمين

أهم فروض الأعيان

# Defense of the Muslim Lands
*The First Obligation After Iman*

# **Table of Contents**

**Chapter 1**: Defense of the Muslim Lands
Jihad Against the Kuffar is of Two Types
Opinions of the Mathhabs
Evidence for the General March and it Justification
**Chapter 2:** The Ruling of Fighting in Palestine and Afghanistan
To Begin With Afghanistan
**Chapter 3:** Fard Ayn and Fard Kifaya
Permission For Parents. Husband and Creditor
An Example of Fard Ayn and Fard Kifaya
Permission from Sheikh or Teacher
Jihad With One's Wealth
**Chapter 4:** Big Questions and Important Questions
Can We Fulfill this Fatwa?
First Question: *Can we apply a general march practically in our time?*
Second Question: *Can we fight while we haven't an Amir?*
Third Question: *Can we fight in Afghanistan while Leaders are separated?*
Fourth Question: *Does one fight alone if the rest stay behind?*
Fifth Question: *Do we fight Alongside Muslims that are under acceptable level of Islamic education?*
Sixth Question: *Can we seek help from Kuffar if we are weak?*

Revelation of the Order to Fight
Conditions For Making Peace Treaties With Kuffar.
**Final Word**
**Glossary**

# Chapter 1
# Defense of the Muslim Lands
*The First Obligation After Iman*

*"The first obligation after Iman is the repulsion of the enemy aggressor who*
*assaults the religion and the worldly affairs"  Ibn Taymia*

فالعلم الصائل الذي يفسد الدين والدنيا لا شيء أوجب بعد الإيمان من دفعه ) ابن تيمية )

All praise be to Allah, we praise Him, we seek His refuge, and we seek his
forgiveness.   We seek refuge in Him from the evil of our own selves and the evil of our
deeds.  Whomsoever Allah guides there is none to send him astray and whomsoever Allah
sends astray there is none  to guide and I bear witness that there is no god but Allah and
Mohammed is his servant and messenger.  May His blessings be upon him, his family and
companions.

And what follows;

Allah has chosen this religion to be a mercy for the  worlds.  He sent the most
blessed of the messengers to be the last prophet for this religion.  To bring it victory by
the sword  and the spear, after he had clearly expounded it with evidences and arguments.
The Prophet (saw) said  in a sahih hadith narrated by Ahmad and Tabarani: "I have been
raised between the hands  of the Hour with the sword, until Allah the Exalted is
worshipped alone with no associates.   He has provided sustenance  from beneath the

shadow of spears and has decreed humiliation and belittlement for those who oppose my order. And whoever resembles a people, he is of them."[11]

Allah the Exalted, in his wisdom, established the salvation of humanity by this rule of fighting, for the Exalted said: "**...and if Allah did not check one set of people by means of another, the earth would indeed be full of mischief. But Allah is full of bounty to the *Alamin* (mankind, jinns and all that exists).**"[12] Hence, Allah the Almighty the Majestic has bestowed this judgment as a favor upon mankind, and made it unambiguous. In other words, the battle between truth and falsehood is for the reformation of mankind, that the truth may be made dominant and good propagated. Also, that their practices and places of worship may be safeguarded. Allah the Exalted said: "**...for had it not been that Allah checks one set of people by means of another, monasteries, churches, synagogues, and mosques, wherein the name of Allah is mentioned much would surely have been pulled down. Verily Allah will help those who help his** (cause). **Truly, Allah is All Strong, All Mighty.**"[13]

This rule of defense or jihad has occupied many pages in the Book of Allah the Almighty the Majestic, to make clear that the truth must have a power to protect it. For how many times has truth been defeated because of neglect of its possessors, and how many falsehoods have been raised by its allies and men willing to sacrifice.

Jihad is built on two main pillars. Patience which reveals bravery of the heart, and generosity, by which one spends ones wealth and spirit. Yet, the sacrifice of one's person is the greatest generosity, and in the sahih hadith.[14] reported by Ahmad: "*Iman* is patience and generosity". Ibn Taymiya says[15] : "The amendment of the children of Adam in their religion and worldly affairs would be not complete without bravery and generosity. And Allah has made it clear that whoever turned away from Jihad by the person, that He would replace them with a people who would perform it. **"If you march not forth, He will punish you with a painful torment and will replace you with another people, and you cannot harm Him at all, and Allah is able to do all things.**"[16]

The Prophet (saw) also underlined two of the most evil of faults: miserliness, and cowardice. These faults lead to the corruption of the soul and deterioration of the society. In a sahih hadith[17] : "the most evil of what is in a man is niggardliness and cowardice". Narrated by Abu Daud and it is sahih.

---

[11] Sahih al Jamia al Saghir 2828 by Albani.

[12] Soorat al Baqarah : 251.

[13] Soorat Al Hajj: 40.

[14] Silsilah al Hadith as Sahih 554 by Albani

[15] Majmua al Fatawa 28/157.

[16] Soorat At Tauba: 39

[17] Reported by Abu Daud and Bukhari in "Al Tarikh" see Sahih Al Jamia 3603

There have passed ages when the pious predecessors held fast to this rule of fighting and became masters of this world and the teachers of mankind. The Exalted said: **"And we made from among them** (Children of Israel)**, leaders, giving guidance under Our command, when they were patient and used to believe with certainty in Our** *Ayat* (proofs, evidences, verses, lessons, signs, revelations, etc..)**."**[18]

As the Prophet (saw) has stated in a sahih hadith[19]: "the first of this *Ummah* was reformed with abstinence and certainty of belief, and the last of this *Ummah* will be destroyed by miserliness and longing." Narrated by Ahmad and Tabarani in *Al Awsat* and *Al Bahiqi*.

Unfortunately, there were generations that succeeded the Muslims who neglected the rules of Allah. They forsook their Lord, so He forsook them. They deserted His rules, and so they were lost. **"Then, there has succeeded them a posterity who have given up prayers** (i.e. made their prayers to be lost, either by not offering them or by not offering them perfectly, or by not offering them in their proper fixed times, etc.) **and have followed lusts. So they will be thrown in Hell."**[20]

They followed their desires and evil of their deeds was made appealing to them. In a sahih hadith[21]: "Allah hates every selfish arrogant, rambling in the marketplaces, a corpse by night and an ass by day, knowledgeable in worldly affairs yet ignorant of the after world."

One of the most important lost obligations is the forgotten obligation of fighting. Because it is absent from the present condition of the Muslims, they have become as rubbish of the flood waters. Just as the Prophet (saw) said: "it is expected that the nations will call each other from all horizons, as diners calling each other to feast from a platter of food in front of them." A person asked the Prophet (saw) would that be because of our small number that day. The Prophet (saw) said, "no, but you will be rubbish like the rubbish of flood water. Allah will put W*ahn* into your hearts and remove the fear from the hearts of your enemies because of your love for the world and your hate of death". In another narration it was said: "and what is the W*ahn* O messenger of Allah? He (saw) said: "love of the world and the hate for fighting."[22] Narrated by Ahmad with a good chain. Narrated by Abu Daud with the words "hate for death", and it is a sahih hadith.

---

[18] Soorat as Sajdah: 24.

[19] Sahih al Jamia 3739.

[20] Soorat Maryam: 59.

[21] Sahih al Jamia as Saghir 1874.

[22] Silsilah al Ahadith as Sahih 958

# Jihad Against the Kuffar is of Two Types

**Offensive Jihad** (where the enemy is attacked in his own territory).

Where the *Kuffar* are not gathering to fight the Muslims. The fighting becomes *Fard Kifaya* with the minimum requirement of appointing believers to guard borders, and the sending of an army at least once a year to terrorize the enemies of Allah. It is a duty of upon the Imam to assemble and send out an army unit into the land of war once or twice every year. Moreover, it is the responsibility of the Muslim population to assist him, and if he does not send an army he is in sin.[23]

And the *Ulama* have mentioned that this type of jihad is for maintaining the payment of *Jizya*. The scholars of the principles of religion have also said: "Jihad is *Da'wah* with a force, and is obligatory to perform with all available capabilities, until there remains only Muslims or people who submit to Islam."[24]

## Defensive Jihad

This is expelling the *Kuffar* from our land, and it is *Fard Ayn*, a compulsory duty upon all. It is the most important of the compulsory duties and arises in the following conditions:

A) If the *Kuffar* enter a land of the Muslims.
B) If the rows meet in battle and they begin to approach each other.
C) If the Imam calls a person or a people to march forward then they must march.

---

[23] Haashiyat Bin Aabideen 3/238.
[24] Hashiyat Ash Shouruni and Ibn al Qasim in Tahfa al Mahtaj ala al Minhaj 9/213.

D) If the *Kuffar* capture and imprison a group of Muslims.

**The First Condition**: If the Kuffar Enter a Muslim Land.

In this condition the pious predecessors, those who succeeded them, the *Ulama* of the four *Mathhabs* (Maliki, Hanafi, Shaffie and Hanbali), the *Muhadditheen*, and the *Tafseer* commentators, are agreed that in all Islamic ages, Jihad under this condition becomes *Fard Ayn* upon the Muslims of the land which the *Kuffar* have attacked and upon the Muslims close by, where the children will march forth without the permission of the parents, the wife without the permission of her husband and the debtor without the permission of the creditor. And, if the Muslims of this land cannot expel the *Kuffar* because of lack of forces, because they slacken, are indolent or simply do not act, then the *Fard Ayn* obligation spreads in the shape of a circle from the nearest to the next nearest. If they too slacken or there is again a shortage of manpower, then it is upon the people behind them, and on the people behind them, to march forward. This process continues until it becomes *Fard Ayn* upon the whole world.

Sheikh Ibn Taymia says on this topic: "About the defensive jihad, which is repelling an aggressor, is the most tasking type of jihad. As agreed upon by everyone, it is obligatory to protect the religion and what is sacred. The first obligation after *Iman* is the repulsion of the enemy aggressor who assaults the religion and the worldly affairs. There are no conditional requirements such as supplies or transport, rather he is fought with all immediate capability. The *Ulama*, our peers and others have spoken about this." Ibn Taymia supports his opinion of the absence of the requirement of transport in his reply to the Judge who said: "If jihad becomes *Fard Ayn* upon the people of a country, one of the requirements, in comparison to Hajj, is that one must have supplies and a ride if the distance is such that one shortens the prayer". Ibn Taymia said: "What the Judge has said in comparison to Hajj has not been stated before by anybody and is a weak argument. Jihad is obligatory because it is for the repulsion of the harm of the enemy, therefore it has priority over *Hijr*. For *Hijr* no transport is considered necessary. Of the jihads some take priority. It is furthered in a sahih hadith narrated by Ebaad Bin Asaamat that the Prophet (saw) said: "it is upon the Muslim to listen and obey in hardship and prosperity, in what he likes and dislikes, and even if he is not given his rights". Therefore, the pillar of the most important of obligations, is the marching forward in times of hardship as well as prosperity. As has been stated, contrary to Hajj, the obligation remains present in times of hardship. And this is in offensive jihad. So it is clear that defensive jihad carries a greater degree of obligation. To defend the sacred things and the religion from the aggressor is obligatory, as agreed upon by everyone. The

first obligation after *Iman* is repulsion of the enemy aggressor who assaults the religion and the worldly affairs"[25]. Now we look at the opinions of the four *Mathhabs* who are all in agreement on this point.

# Opinions of the Mathhabs

## *Hanafi Fiqh*

Ibn Aabidin said[26] : "Jihad becomes *Fard Ayn* if the enemy attacks one of the borders of the Muslims, and it becomes *Fard Ayn* upon those close by. For those who are far away, it is *Fard Kifaya*, if their assistance is not required. If they are needed, perhaps because those nearby the attack cannot resist the enemy, or are indolent and do not fight jihad, then it becomes *Fard Ayn* upon those behind them, like the obligation to pray and fast. There is no room for them to leave it. If they too are unable, then it becomes *Fard Ayn* upon those behind them, and so on in the same manner until the jihad becomes *Fard Ayn* upon the whole *Ummah* of Islam from the East to the West".

And the following have like *Fatawa*: Al Kassani[27], Ibn Najim[28] and Ibn Hammam[29].

## *Maliki Fiqh*

In *Hashiyat ad Dussuqi* it is stated: Jihad becomes *Fard Ayn* upon a surprise attack by the enemy. Dussuqi said: "Wherever this happens, jihad immediately becomes *Fard Ayn* upon everybody, even women, slaves and children, and they march out even if their guardians, husbands and creditors forbid them to."[30]

---

[25] From Al Ikhtiyaraat Al Fuqaha by Ibn Taymia followed by Fatawa Kubra 4/608.

[26] Hashiyat Ibn Aabidin 3/238.

[27] Bida'y as Sanaiy 7/72.

[28] Al Bahr ar Raa'iq by Ibn Najim 5/191.

[29] Fath al Qadir by Ibn Hammam 5/191.

[30] Hashiyat ad Dussuqi 2/174.

*Shaffie Fiqh*

In the *Nihayat al Mahtaj* by Ramli: "If they approach one of our lands and the distance between them and us becomes less than the distance permitting the shortening of prayers, then the people of that territory must defend it and it becomes *Fard Ayn* even upon the people for whom there is usually no jihad: the poor, the children, the slaves, the debtor and the women."[31]

*Hanbali Fiqh*

In *Al Mughni* by Ibn al Qadamah: "Jihad becomes *Fard Ayn* in three situations:

1) If the two sides meet in battle and they approach each other.
2) If the Kuffar enter a land, jihad becomes *Fard Ayn* upon its people.
3) If the Imam calls a people to march forward it is obligatory upon them to march forward."[32]

And Ibn Taymia remarked: "If the enemy enters a Muslim land, there is no doubt that it is obligatory for the closest and then the next closest to repel him, because the Muslim lands are like one land. It is obligatory to march to the territory even without the permission of parents or creditor, and narrations reported by Ahmad are clear on this."[33]

This situation is known as the General March.


# Evidence for The General March and its Justification


Allah the Almighty the Majestic says: **"March forth, whether you are light**(being healthy, young and wealthy) **or heavy**(being ill, old and poor), **strive hard with your wealth and your lives in the cause of Allah. This is better for you if you but knew."**[34]

---

[31] Nihayat al Mahtaj 8/58.

[32] Al Mughni 8/354.

[33] Al Fatawa al Kubra 4/608.

[34] Soorat At Tauba: 41.

In a preceding verse the arrangement of punishment and the replacement by a people who carry Islam, has been mentioned as a recompense for those who do not march forward. Allah does not punish except those who leave an obligation or perform forbidden acts. **"If you march not forth, he will punish you with a painful torment and will replace you by another people, and you cannot harm him at all and Allah is able to do all things."**[35]

Ibn Kathir said: "Allah the Exalted ordered that everybody march forward with the Messenger of Allah (saw) (the General March) in the expedition of Tabuk to fight the enemies of Allah, the unbelieving Romans of the People of the Book". Bukhari has written a chapter in *Sahih Bukhari* (entitled The Chapter On The Obligation of Marching Forward and What is Required from Jihad and Intention for It) and quoted this verse". It was a general call because it became known to the Muslims that the Romans were gathering on the borders of the Arabian Peninsula and were preparing to invade Medina. So what is the situation is the *Kuffar* enter a Muslim country, does not the march forward become the ultimate priority?. Abu Talha (ra) said about the Exalted's words:**"...light or heavy..."**: "old and young Allah did not listen to anyone's excuse".[36] And Hasan al Basri said: "in hardship and in ease."

Ibn Taymia said in *Majmua al Fatawa* 28/358: "If the enemy intends an attack upon the Muslims, then repelling him becomes obligatory upon the population under attack as well as the population not under attack. The Exalted has said: **"...But if they seek your help in religion, it is your duty to help them...".**[37] As well, the Prophet (saw) ordered the assisting of a Muslim in need. Whether or not one is a salaried soldier, and no matter what his capabilities, it is an obligation upon everybody with their persons and wealth, little or much, riding or on foot. As it was when the enemy attacked Medina in the Battle of the Trench, Allah allowed no one to be exempted."

Az Zuhuri said: "Saeed Bin al Mussayb went on a military expedition and he lost one of his eyes. It was said to him: "you are injured". He replied, "Allah has ordered the light and the heavy to march forward, therefore if it is not possible for me to fight, I will make your numbers seem greater by my presence and I can watch over your things".[38]

**2** Allah Almighty the Majestic says: **"...and fight the *Mushrikun* (polytheists, pagans, idolaters, disbelievers in the oneness of Allah) collectively, as they fight against you**

---

[35] Soorat At Tauba: 39

[36] Mukhtasir Ibn Kathir 2/144.

[37] Soorat Al Anfal: 72.

[38] Al Jamia Li Ahkam al Qur'an 8/150.

**collectively.   But  know that Allah is with those who are** *Al Muttaqun*[39]."[40] Ibn Arabi said:  "collectively  means  besieging  them  from  every  side  and  in  all  possible circumstances."[41]

**3**    Allah Almighty and Majestic says: **"And fight them until there is no more** *Fitnah* (disbelief  and  polytheism:  i.e.  worshipping  others  besides  Allah) **and  the  religion** (worship)  **will all be for Allah alone** (in the whole of the world)..."[42]  The *Fitnah* means *Shirk* as Ibn Abbas and as Siddi said[43]: "When the *Kuffar* attack and control a country, the *Ummah*  is  endangered  in  its  religion  and  it  becomes  susceptible  to  doubt  in  its  belief. Fighting then becomes an obligation to protect the religion, lives, *'Ard* and wealth."

**4**    He  (saw) has said: "There is no *Hijr* after the Opening (of Mecca) but there is jihad and  the  intention  for  it.  So  if  you  are  called  to  march  forth  then  march  forth".  Reported by Bukhari.
   It  is  an  obligation  to  march  forth  if  the  *Ummah*  is  called  to  do  so, and in the situation  of  an  enemy  attack.   The  *Ummah*  is  called  to  march  forward  to  protect  its religion.   The  extent  of  the  obligation  is  related  to  the  need  of  the  Muslims  or  demand  of the Imam.  As Ibn Hajr has clarified in the explanation of this hadith.
   Al Qurtubi said: "Anyone who is  aware  of the weakness of the Muslims in the face of  their  enemy,  knows  that  he  can  reach  them  and can assist them,  it  is  also upon him to march forward."[44]

**5**   Every religion which Allah has revealed safeguards five essential aspects: the religion, life, *'Ard*, the mind and property.
   Consequently,  there  must  be  measures to safeguard these five by any means.  So, Islam orders repelling the aggressor."  The aggressor is one who imposes himself with violence upon others, seeking their life, their wealth or their *'Ard*.

---

[39] *Al Muttaqun*: means pious and righteous persons who fear Allah much (abstain form all kinds of sins and evil deeds which he has forbidden) and love Allah much (perform all kinds of good deeds which he has ordained).

[40] Soorat At Tauba: 36.

[41] Jamia Li Ahkam al Qur'an 8/150.

[42] Soorat Al Anfal: 39.

[43] Al Qurtubi 2/253.

[44] Fath al Bari 6/30.

[45] Jamia al Ahkam 8/150.

**A-**The aggressor against *'Ard*.

Even if a Muslim displays aggression against *'Ard*, it is obligatory to defend it from him by the agreement of the *Ulama* even if this leads to killing him.

Accordingly, the *Ulama* have stated that it is not permitted for a Muslim woman[46] to surrender or allow herself to be captured even if she is killed, if she fears for her *'Ard*.

**B-** Repulsion of the aggressor who attacks property and life is obligatory as agreed upon by majority of the *Ulama*, and corresponds to the consensus of the Maliki and Shaffie *Mathhabs*. Even if this leads to killing a Muslim aggressor. In a sahih hadith: "Whoever is killed protecting his wealth, he is a martyr. Whoever is killed protecting his blood, he is a martyr. Whoever is killed protecting his family, he is a martyr".[47] Hadith sahih narrated by Ahmad, Abu Daud, at Tirmidhi and Nisa'i.

Al Jassas after coming to knowledge of this hadith, said: "We know of no difference of opinion, that if a man bears his sword to another man to kill him unjustly, that it is upon the Muslims to kill this aggressor."[48]

In this situation if the aggressor is killed he will be in the Hellfire, even if he was a Muslim. Whereas, if the defender is killed he will be a martyr. This is the ruling for a Muslim aggressor, so how will it be if the *Kuffar* invade a Muslim land, where they would oppress and assail the religion. *'Ard*, lives and property to the point of disappearance. Is it not the foremost obligation upon the Muslims in this situation to repel this disbelieving aggressor, whether he be alone or a whole nation!?

**6**    If the *Kuffar* use Muslim captives as human shields in front of them in an advance to occupy a Muslim land, it remains an obligation to fight the *Kuffar* even if this leads to the killing of the Muslim captives.

Ibn Taymia said in *Majmua al Fatawa* 28/537: "If with the *Kuffar* there are pious people from the best of mankind and it is not possible to fight these *Kuffar* except by killing them, then they are to be killed as well. The leading scholars are in accord that if the *Kuffar* use Muslim captives as human shields, and there is fear for the rest of the Muslims if they are not fought, then it is permitted to shoot them aiming the *Kuffar*. One of the sayings of the scholars is that, even if we do not fear for the Muslims in general, it is permissible to shoot the Muslim captives". And on pg.45 he said: "The *Sunnah* and

---

[46] Women are included in the defenition of the Arabic word "*Ard*".

[47] Hashiyat Ibn Abidin 5/383, Zila'i 6/110, Muwahib al Jaleel 6/323, Tata al Majtaj 4/124, al Inna' 4/290, ar Rawda al Bahi 2/371, al Bahr az Zukhar 6/268 and Taj al Arus Sahih al Jamia al Saghir by Albani 6321.

[48] Ahkam al Qur'an by Jasssas 1/2402.

*Ijma* agree that if the aggression of a Muslim aggressor cannot be stopped except by killing him, then he must be killed, even if his transgression is over a fraction of a dinar. Because, in a sahih hadith: "whoever is killed protecting his wealth, he is a martyr"."

And this is because the protection of the remaining Muslims from *Fitnah* and *Shirk*, and the protection of the religion, *'Ard* and wealth are more of a priority than a small number of Muslims captives in the hands of the *Kuffar.*

## 7 The fighting of the renegade Muslim group.

Allah the Exalted has said: **"And if two parties or groups among the believers fall into fighting, then make peace between both, but if one of them rebels against the other, then fight you** (all) **against the one that which rebels till it complies with the command of Allah; then if it complies, then make reconciliation between them justly, and be equitable. Verily! Allah loves those who are equitable."**[49] If Allah had made it an obligation to fight the renegade Muslim group, to unify the Muslims and protect their religion, *'Ard* and wealth, then, what will the ruling be for fighting the aggressing *Kaffir* nation? Does it not take priority?

## 8 The ruling for the one who wages war.

The Almighty the Majestic says: **"The recompense of those who wage war against Allah and His messenger and do mischief in the land is only that they shall be killed or crucified or their hands and feet be cut off from the opposite sides, or exiled from the land. That is their disgrace in this world, and a great torment is theirs in the hereafter."**[50]

This is the ruling applied on the one who wages war from among the Muslims. He spreads distress and corruption in the land and he infringes upon wealth and *'Ard*. This is the ruling which the Messenger of Allah (saw) carried out upon the sick Bedouins who turned apostate as has been reported in the *Sahihs*.[51]

What should be the treatment of the *Kaffir* nation that brings calamity upon the people, their religion, their wealth and their *'Ard*? Is not the first obligation upon the Muslims to fight them?

These are some of the evidences and reasons that corroborate the ruling on the General March when the *Kuffar* enter a Muslim land.

---

[49] Soorat Al Hujurat: 9.

[50] Soorat Al Ma'idah: 33.

[51] See al Fatha al Rabbani , Tarteeb Masnad al Imam Ahmad ash Shaybani by Ahmad Abdur Rahman al Banai 8/128.

Verily, the repelling of the *Kaffir* enemy is the most important obligation after *Iman*, as said Ibn Taymia: "The first obligation after *Iman* is the repulsion of the enemy aggressor who assaults the religion and the worldly affairs".

و ما لكم لا تقاتلون فى سبيل الله والمستضعفين من الرجال والنساء والولدان الذن يقولون }

ربنا أخرجنا من هذه القرية الظالم أهلها واجعل لنا من لدنك وليا واجعل لنا من لدنك نصيرا

{

**"And what is wrong with you that you fight not in the Cause of Allah, and for those weak, ill-treated and oppressed among men, women, and children, whose cry is:**
**"Our Lord! Rescue us from this town whose people are oppressors; and raise for us from You one who will protect, and raise for us from You one who will help."**
An Nisa: 75.

# Chapter 2
# The Ruling of Fighting in Palestine and Afghanistan

It has been made clear in the previous chapter that if the *Kuffar* infringe upon a hand span of Muslim land, jihad becomes *Fard Ayn* for its people and for those near by. If they fail to repel the *Kuffar* due to lack of resources or due to indolence, then the *Fara'id* of jihad spreads to those behind, and carries on spreading in this process, until the jihad is *Fard Ayn* upon the whole earth from the East to the West.

In this condition, no permission is required from the husband for the wife, the parent for the child, the creditor for the debtor.

**1-** The sin is suspended to the necks of all Muslims as long as any hand span of land that was Islamic is in the hands of the Kuffar.

**2-** The sin is measured according to one's authority or capabilities. The sin for the *Ulama*, leaders, and *Da'i*, who are well known in their communities, is greater than for the ordinary civilian.

**3-** The sin upon this present generation, for not advancing towards Afghanistan, Palestine, the Philippines, Kashmir, Lebanon, Chad, Eritria etc, is greater than the sin inherited from the loss of the lands which have previously fallen into the possession of the *Kuffar*. We have to concentrate our efforts on Afghanistan and Palestine now, because they have become our foremost problems. Moreover, our occupying enemies are very deceptive and execute programs to extend their power in these regions. If we were to resolve these dilemma, we would resolve a great deal of complications. Their protection is the protection for the whole area.

# To Begin With Afghanistan

Whoever can, from among the Arabs, fight jihad in Palestine, then he must start there. And, if he is not capable, then he must set out for Afghanistan. For the rest of the Muslims, I believe they should start their jihad in Afghanistan. It is our opinion that we should begin with Afghanistan before Palestine, not because Afghanistan is more important than Palestine, not at all, Palestine is the foremost Islamic problem. It is the heart of the Islamic world, and it is a blessed land but, there are some reasons which make Afghanistan the starting point.

1- The battles in Afghanistan are still raging and have reached a level of intensity, the like of which have not been witnessed in the mountains ranges of Hindu Kush, nor in recent Islamic history.

2- The Islamic flag being raised in Afghanistan is clear:

" لا إله الا الله محمد رسول الله"

and the aim is clear "to make Allah's words uppermost". The second article in the constitution of *Itihad Islamy* consisting of Afghani Mujahideen is: "The goal of this unification is to bring forth an Islamic state in Afghanistan." And in the third article it states: "Our goal is taken from the words of the Exalted: **"...the command** (or the judgment) **is for none but Allah..."**[52] The rule is solely for the Lord of the Worlds."

3- The Islamists have been the first to take control of the battles in Afghanistan. Those who lead the jihad in Afghanistan are the sons of the Islamic movement, the *Ulama* and *Hafiz* of Qur'an. While, in Palestine the leadership has been appropriated by a variety of people, of them sincere Muslims, communists, nationalists and modernist Muslims. Together they have hoisted the banner of a secular state.

4- The situation in Afghanistan is still in the hands of the mujahideen. They continue to refuse help from any *Kaffir* country, while Palestine depends completely on the Soviet Union, who withheld their help in Palestine's time of dire need. They were left to face their predicament by themselves in front of the world conspiracy. The situation has become a game in the hands of the great powers. Gambling with the land, the people and the *'Ard* of Palestine, pursuing them even into the Arab states, until their military power is exhausted.

5- There are more than 3000kms of open border in Afghanistan and regions of tribes not under political influence. This forms a protective shield for mujahideen. However, in Palestine the situation is entirely different. The borders are closed, their hands are bound, the eyes of the authorities spy from all sides for anyone who attempts to infiltrate its borders to kill the Jews.

Shaffie said in *Al Umm* 4/177: "If there is a situation of different enemies, one is more threatening and more frightening than the others, the Imam engages the more frightening and threatening. This is acceptable, even if his home is further

---

[52] Soorat Yusuf: 40.

away. The reason being. *Insha Allah*, in this manner you prove that you are not afraid. and make an example for the others. This decision is because of necessity, being that what is permitted in times of necessity is not permitted in other times. This happened in the time of the Messenger of Allah (saw) when he heard that Harith Abi Dirar was gathering his forces to fight him. He (saw) attacked him, though there was an enemy closer to him. Also, when he was informed that Khalid Bin Abi Sufian Ibn Shuh had gathered a force, he sent Ibn Annis who killed him, thus engaging him though there were closer enemies.

6- The people of Afghanistan are renowned for their strength and pride. It seems as if the Glorified and Exalted prepared the mountains and the land there especially for jihad.

لو كان عرضا قريبا و سفرا قاصدا لا تبعوك و لكن بعدت عليهم الشقة و سيحلفون بالله لو }
استطعنا لخرجنا معكم يهلكون أنفسهم و الله يعلم إنهم لكاذبون . }   سورة التوبة الآية 42

**Had it been a near gain** (booty in front of them) **and an easy journey, they would have followed you, but the distance** (Tabuk expedition) **was long for them, and they would swear by Allah, "If we only could, we would certainly have come forth with you." They destroy their own selves, and Allah knows that they are liars.**

Soorat At Tauba, verse 42.

# Chapter 3
# Fard Ayn and Fard Kifaya

## Fard Ayn

It is the Fard that is a compulsory duty on every single Muslim to perform like praying or fasting.

## Fard Kifaya

It is the *Fard* that if performed by some, the obligation falls from the rest. The meaning of *Fard Kifaya*, is that if there are not enough people that respond to it, then all the people are in sin. If a sufficient amount of people respond, the obligation falls from the rest. The call for it in the beginning is like the call for establishing a *Fard Ayn*, but it differs in that a *Fard Kifaya* is absolved by the performance of some of the people. But a *Fard Ayn* is not absolved by any number of people performing it.[53] That is why Fakhr ar Razi defined *Fard Kifaya* as the obligation that is carried out without looking to the souls of the ones who perform it.

Shaffie said: "A *Fard Kifaya* is a command directed towards everyone seeking only a response from some".[54] The definition agreed upon by the majority of scholars, of them Ibn Hajib, al Amdi and Ibn Abdu Shakur, state that *Fard Kifaya* is obligatory upon everyone, but is absolved upon the performance of some. People are now arguing about the jihad ruling, and they consider it as *Fard Kifaya*, that means it is obligatory upon everyone, but is absolved when some perform it. According to this opinion, the *Fard* of jihad in Afghanistan is, *Fard Kifaya*. Rather, it is obligatory upon all Muslims on the earth until the completion of this *Fard*, which is the expulsion of the Russians and communists from Afghanistan. The sin is suspended to the necks of all the people until the expulsion of all the communists is complete. Because the *Fard*, or obligation, in the condition of an attack by the *Kuffar* is: the expulsion of the *Kuffar* from the Muslim land.

Some people from far away say, "jihad in Afghanistan needs money and not men". This talk is bare of truth, because the interval of approximately six years of Russian aggression against Afghanistan, the migration of 5 million to the outside, and 7 million refugees inside, scattered in mountains and in the wilderness, is enough to answer this claim.

---

[53] Al Mughni by Ibn Qadamah 8/345.

[54] see Al Mahsool by ar Rasi and Tahqiq by Dr. Taha Jabiraj sec.2 31 ص.

As Sayyaf said: "14 countries, the first of them the Soviet Union, followed by the Warsaw Pact and the international communists, are unified in their attack against us. While the Muslims in the Muslim world are still arguing: "is jihad in Afghanistan *Fard Ayn* or *Fard Kifaya*?" So let the Muslims wait until the last man becomes *Shaheed*, then they will believe that jihad is *Fard Ayn*, while its known that up to now there have already been nearly one and a half million *Shuhada.*

The Afghani people say: "The presence of one Arab among us is more loved by us than one million dollars."

The scholar Sayyaf in a call to the *Ulama* and *Da'i* in *Jihad* magazine, ninth issue:

We quote:

بسم الله الرحمن الرحيم

السلام عليكم و رحمة الله و بركاته

All praise be to Allah and may peace and blessings be upon the Messenger of Allah, upon his family, companions and whoever is guided by his guidance.
And what follows:

You are aware that jihad in Afghanistan, began and still continues to raise the words of Allah, and to establish a state founded on the Qur'an. To realize this objective we need mujahideen who properly understand Islam and who are can safeguard the principles of true Islamic jihad, therefore we need *Da'i* and *Ulama*, to continually teach and instruct. You should know that there have already been many tutors and scholars martyred in the fields of jihad in Afghanistan. That is why we are in great need of men who are capable of teaching, tutoring and directing in mujahideen schools, training camps, refugee camps and battle fronts until Allah the Exalted helps us to bring about our expected our aims. We need scholars and tutors more than any other professionals or specialists. May Allah assist us and you in serving Islam and the Muslims.

Your Brother
Abdur Rabbir Rassool Sayyaf.
Baktiya Jaji
3rd Shawal 1405 A.H..

# Permission From Parents, Husband and Creditor.

The need for permission is related to the status of the enemy:

**1)** If the enemy is inside his country, he is not gathering around borders, there is no effect on the Muslim country, and borders are full of soldiers, then jihad in such a situation is only *Fard Kifaya*, and permission is required. This is because obedience to parents and husband is *Fard Ayn* and jihad is merely *Fard Kifaya*. *Fard Ayn* is advanced over *Fard Kifaya*.

**2)** If the enemy attack a Muslim border or enter any Islamic land, then as we mentioned before, jihad becomes *Fard Ayn* upon the entire population of the country and all around it. In this situation permission is not required. There is no permission for anyone from the other, even the child goes out without the permission of his parents, the wife without the permission of her husband, and the debtor without the permission of his creditor.

The situation of the permission from parents and husband not being required is sustained until the enemy is expelled from the Muslim land, or when there is the accumulation of sufficient numbers to expel the enemy even if all the Muslims in the earth are assembled.

Jihad, when it is *Fard Ayn*, takes precedence over the obedience to parents, which is also *Fard Ayn*. Because, jihad is the protection of the religion, and obedience to parents, is caring for the individual. That is, jihad (with the parents grief and distress it may entail) is protection of the religion which has priority over the protection of the individual. Moreover, Jihad itself is the destruction of the mujahid's self if he is martyred. In which case the protection of the religion is assured. While it is not certain that one's parents would be distressed. The certain takes precedence over the uncertain.

# An Example of Fard Ayn and Fard Kifaya

For instance, some people are walking along the sea shore and amongst them is a group of good swimmers. They see a child about to drown. It shouts "save me!", and nobody moves towards him. One of the swimmers wants to move to save him but his father forbids him. Can any scholar in this day and time say that he must obey his father and let the child drown?

This is the example of Afghanistan today. She is crying out for help, her children are being slaughtered, her women are being raped, the innocent are killed and their corpses scattered, and when sincere young men want to move to save and assist them they are criticized and blamed: "how could you leave without your parents' permission?"

Saving the drowning child is *Fard* on all the swimmers who witness him. Before anyone moves there is a call for all to save him. If someone moves to save him, the sin falls from the rest. But, if no one moves, all the swimmers are in sin.

No permission is required before anyone moves, even if the parents forbid the son to save the drowner, they must not be obeyed. Because, the call in the beginning for a *Fard Kifaya* is the same as the call for a *Fard Ayn*. The difference emerges only after. If some answer the call, then the sin falls from the rest. If none respond, all are in sin.

Ibn Taymia said: "If the enemy attacks, there is no room for argument. In fact defense of their onslaught on religion, lives and all things held dear is obligatory as agreed upon by all"[55].

The evidence for the permission from parents in *Fard Kifaya* and the absence of permission in *Fard Ayn* is taken from the reconciliation of two hadith:

**First**: A hadith reported by Bukhari. Abdullah Ibn Amr Ibn al Aas (ra) said: "A man came to the Prophet (saw) asking his permission for jihad. He said, "are your parents alive". He answered yes. He said, "in them is your jihad".

**Second**: Ibn Haban narrated from Abdullah Ibn Amr (ra)[56]: "A man came to the Prophet (saw) and asked him about the best deed. He said, "the prayer". He said, "and what?". He said, "jihad". He said, "I have two parents". He said, "I order you good by them". He said, "by the One who sent you with the truth I will fight jihad and leave them". He said, "you know best".[57]

Al Hafiz said: "It is understood that here jihad was *Fard Ayn* in order to reconcile the two (hadith)."[58]


# Permission From the Sheikh and Tutor


There is no narration that we know of from any of the earlier scholars or predecessors saying that the sheikh or tutor has the right to give permission to his pupil for acts of worship, whether they are *Fard Kifaya* or *Fard Ayn*. Whoever says otherwise, let him bring forward an item from the *Shariah* or a clear evidence. Every Muslim must

---

[55] Al Fatawa al Kubra 4/607.

[56] see Fath al Bari 6/105.

[57] Fath al Bari 6/106 verified by Ibn Haban and it is sahih and devalued by al Hafiz in Al Fath, he said it was hasan or sahih.

[58] Fath al Bari 6/106.

set out for jihad without asking permission from his sheikh or tutor. The permission from the Lord of the Worlds takes precedence, and He has already given permission. More than that, he has obligated it.

Ibn Hubayra said: "Of the plots of the *Shaytaan* is to raise false gods in misinterpretations to make idols worshipped besides Allah. When the truth is made evident he suggests: "This is not the practice of our *Mathhab.*" Thus, remaining loyal to one he esteems and preferring him to the truth.

If this pupil wants to study engineering, medicine or history in a western country or in America, where the *Fitnah* is like a black night, where temptation crashes around him like waves and the oceans of aflamed desires are astir. I say, if this pupil leaves without permission of his sheikh, he or any others would not be angered. But if he goes out for *Ribatt* or jihad, you find the tongues directed towards him from every side saying: "How can he go out without permission?" The sheikh failed to recall the noble words of the Prophet (saw): "One night of guard duty in the cause of Allah the Exalted is better than a thousand nights stood in prayer and days of fasting."[59]

In sahih Muslim: "*Ribatt* one day and one night is better than a month of fasting and praying. If he dies, his works continue on after him, his sustenance is provided for, and he is safe from the *Fittan*.[60]"[61] And: "A march by morning in the cause of Allah, or an afternoon march, is better than the world and what is in it." Agreed upon.

It is upon the sheikh and his pupil to rush towards deeds and hasten towards good, and not to let the advice of the Messenger of Allah (saw) escape them: "Take opportunity of five before five: your life before your death, your health before your sickness, your spare time before you are occupied, your youth before your old age and your wealth before your poverty."[62] It is also upon them to pay close attention to the sahih hadith: "To stand one hour in the battle line in the cause of Allah is better than sixty years of night prayer." Reported by Ahmad, al Hakim and ad Darami.[63] Ash Shaffie said: "The Muslims are agreed that if a *Sunnah* of the prophet is made clear to you, it is not permitted to leave it upon the saying of anyone."

# Jihad With One's Wealth

---

[59] Narrated by Ibn Maja, at Tabarani, al Bahiqi, Sahih al Hakim, aknowledged by ath Thahabi, and al Hafiz said its chain of narration is hasan, see al Fath al Rabbani 10/95.

[60] *Fittan*: who causes the great *Fitnah*, i.e. questioning in the grave or *ad Dajjal* (the Antichrist)

[61] Mukhtassir Muslim 1075.

[62] Narrated by al Hakim and al Bahiqi and it is sahih. See Sahih al Jamia as Sahih by Albani 1088.

[63] Sahih al Jamia as Saghir by Albani 4305.

There is no doubt that jihad by one's person is superior to jihad by one's wealth. Consequently, the rich in the time of the Prophet (saw), were not excused from participating with their persons, such as Uthman and Abdur Rahman Ibn Auf (ra). Because, the purification of the soul and the evolution of the spirit, is lifted to great heights in the midst of the battle. That is why the Prophet (saw) advised one of his companions in these words: "...hold to jihad, because it is the monasticism of Islam."[64] Hadith sahih reported by Ahmad.

That is why, when the Prophet (saw) was asked: "is a person put to trial in his grave?" He said, "the flashing of swords above his head is sufficient trial for him."[65] Hadith sahih, reported by Nasa'i.

Furthermore, the Prophet (saw) warned about being preoccupied with the world away from jihad. He once pointed to a plough and said: "It does not enter a people's homestead except that Allah enters humiliation with it".[66] Reported by Bukhari in his *Sahih*. Also, in sahih hadith: "If you practiced *Tabaiya al Ainiya* (i.e. selling goods to a person for a certain price and then buying them back from him for a far lesser price), followed the tails of cows, satisfied yourselves with agriculture, and abandoned jihad, Allah will cover you with humiliation and will not remove it until you return to your religion."[67] Reported by Abu Daud.

Similarly, in the sahih hadith: "Do not take *Day'at*, it will make you satisfied with the life of this world".[68] Reported by at Tirmithi. *Day'at* is real estate or craft. In this hadith the Messenger of Allah (saw) has listed the distractions of the world and the sources of preoccupation: agriculture, trading with interest and the con of *Al Ainiya*, animal farming, industry and craft (*Day'at*). To be preoccupied with these, in the time when Islam is being subjected to confrontation in the battle field, verging on eradication, is considered *Harram* and a tremendous sin according to the *Shariah*.

The jihad by one's wealth is obligatory if the mujahideen are in need of it, *Fard* upon women and children's wealth, even if jihad is *Fard Kifaya*, as decided by Ibn Taymia.[69] That is why it is forbidden upon the people to make savings in the time of need. Ibn Taymia was asked the question: "we have only sufficient moneys to feed the starving, or to fund the jihad, which would otherwise suffer". He answered, "We give

---

[64] Sahih al Jamia as Saghir by Albani 4305.

[65] Sahih al Jamia as Saghir by Albani 4359.

[66] Silsilah al Ahadith as Sahih by Albani 10.

[67] Silsilah al Ahadith as Sahih by Albani 11.

[68] Silsilah al Ahadith as Sahih by Albani 12.

[69] Al Fatawa al Kubra 4/608.

priority to the jihad, even if the starving must lose their lives. As in the case of the human shield, in which they are inadvertently killed by our hands, here they die by Allah's action".[70]

Al Qurtubi said[71] : The scholars are in agreement that if any need befalls the Muslims, after they have paid out the *Zakat*, they are required to spend from their own resources to take care of that need". Malik said[72] : "It is obligatory upon the people to pay the ransom on those taken hostage from among them, even if it exhausts their wealth. This too is agreed upon."

The protection of the religion takes precedence over the protection of individuals, the protection of individuals takes precedence over the protection of wealth. Therefore the wealth of the rich is not more valuable than the blood of mujahideen.

Let the rich beware and take heed of the law of Allah concerning their wealth, while jihad is in great need of that wealth, as is the religion of the Muslims and their countries which are on the brink of disappearance. The rich are drowning in their desires yet, if they could just abstain for one day from their desires, and hold back their hands from wasting money on trivialities, and instead direct it to mujahideen in Afghanistan, whose feet are lacerated by the ice and who are dying from the cold. They find no food for their day nor any ammunition with which to defend their blood.

I say, if the rich were to direct what they waste in one day to the Afghani mujahideen, their money, by the permission of Allah, would help to cause a great leap forward towards victory. The major scholars, the foremost among them, the Honorable Sheikh Abdul Aziz Bin Bazz, have passed a *Fatwa* which declares that directing the *Zakat* to the Afghani mujahideen is of the finest deeds and the best charity.


## Summary

**One:** Jihad by your person is *Fard Ayn* upon every Muslim in the earth.

**Two:** No permission for one from another for Jihad and no permission from the parents for the child.

---

[70] Al Fatawa al Kubra 4/608.

[71] Al Qurtubi 2/242.

[72] Al Qurtubi 2/242.

**Three:** Jihad by your wealth is *Fard Ayn* and it is *Harram* to make savings while the jihad is in need of the Muslims' money.

**Four:** Neglecting the jihad is like abandoning fasting and praying. more than that. neglecting the jihad is worse in these days. We quote from Ibn Rushd: "It is agreed that when jihad becomes *Fard Ayn* it takes precedence over the *Fard* of Hajj."

# Chapter 4
# Big Questions
# Important Questions

## Can we fulfill this Fatwa in our time?

Someone might say after all this: We already know that jihad with your person today is *Fard Ayn* and that jihad is now obligatory like prayer and fasting, moreover, that jihad by your person takes precedence over prayer and fasting by the saying of Ibn Taymia: "The first obligation after *Iman* is the repulsion of the enemy aggressor who assaults the religion and the worldly affairs".[73]

The prayer may be delayed. joined together. its *Rakat*'s reduced or it's positions altered when in jihad. In the two *Sahih*: "Allah filled their homes and their graves with fire as they kept us busy from our middle prayer until the sun disappeared".

And. the mujahid can break his fast in Ramadan. as reported by Muslim. that the Messenger of Allah (saw) broke his fast on his way to open Mecca and said: "You are going to meet your enemy in the morning. Breaking your fast makes you stronger. therefore, break your fasts".

---

[73] Al Fatawa al Kubra 4/608.

It has been made clear to us that no permission is required for anyone when jihad is *Fard Ayn*, as no permission is required from the father, the sheikh or the master for the obligatory morning prayer before the rising of the sun.

Similarly, no permission is required in obligatory jihad. Let us say, if the father and the son slept in one place, and the son wanted to pray *Fajr* but his father sleeps. Does anyone suggest that the son must take permission from his father to pray the obligatory prayer? Suppose that the father forbid his son from performing the prayer for some reason or other, perhaps not to disturb the other people who are sleeping (who don't pray *Fajr*) or because his father does not want to pray. Does the son obey his father? The answer is clear: "Obedience is in what is right".[74] Agreed upon, *Sahih al Jamia* 2323. "There is no obedience to the creation in disobedience to the Creator". Hadith sahih reported by Ahmad and al Hakim. "There is no obedience to one who obeys not Allah".[75] Hadith sahih reported by Ahmad. Neglecting jihad is a sin, and there is no obedience to the creation in disobedience to the Creator.


## About Permission

The matter of permission: To clarify this question we say, with the assistance of Allah, the companions (ra) never sought permission from the Messenger of Allah (saw) once the flag was raised and the *Ummah* was called forth. But the seeking of permission and consultation from the Messenger of Allah (saw), was sought if they had personally decided to go out or after they had registered their names for an expedition. In the sahih hadith reported by Ahmad and Nasa'i from Muawiya Ibn Jahima as Salmi: "Jahima came to the prophet and said. "Oh! Messenger of Allah (saw) I want to join an expedition and I came to consult you". He said, "do you have a mother?" He said yes. He said, "stay with her for Paradise is at her feet".[76]

In another narration: "I have been registered for such and such an expedition" i.e."I signed up". This was at a time when jihad was *Fard Kifaya*.

If jihad becomes *Fard Ayn* after the call. to ask permission of the Prophet (saw) would be a clear sign of hypocrisy. For the decisive verses have been revealed: **"Those who believe in Allah and the Last Day would not ask your leave to be exempted from fighting with their properties and their lives, and Allah is the all knower of** *Al*

---

[74] Sahih al Jamia as Saghir by Albani 3967.

[75] Sahih al Jamia as Saghir by Albani 7397.

[76] Nayl al Autar 8/37.

*Muttaqun*[77]. **It is only those who believe not in Allah and the Last Day and whose hearts are in doubt that ask your leave** (to be exempted from jihad). **So in their doubts they waver."**[78]

With reference to the Rightly Guided Caliphs, Abu Bakr, Umar, Uthman and Ali (ra), we don't know of the companions or predecessors asking their permission. It was not the case that every single one who wanted to join an expedition or to fight jihad, came to Abu Bakr for his permission. The important thing is that the flag must be raised, and troops sent out.

Furthermore, with reference to *Amirul Mu'mineen* after the Caliphs, we don't know of anyone who wanted to make *Ribatt* or fight in jihad who was taking authorization from them. Neither do we know of any Muslim in Islamic history being punished by an *Amir* for participating in jihad or an expedition without authorization. Actually, authorization was sought from the commander in the battle field during the expedition or attack in order to maintain organization and not to spoil the plan of the Muslims.

Some Muslim scholars like Auza'i specified that authorization from the Imam is only for soldiers salaried by the state. Ar Ramli said in *Nihayat al Mahtaj* 8/60: "To join an expedition without authorization from the Imam or his second in command is a hated thing, except under the following three conditions:

1- If seeking permission jeopardizes the objectives.
2- If the Imam incorrectly calls off the expedition.
3- If one thinks he will be unjustly or incorrectly refused authorization. Confirmed by al Balqini."

We point out that all this is when jihad is *Fard Kifaya*. But, if jihad becomes *Fard Ayn* there is no permission. Ibn Rushd said: "The Imam must be obeyed even if he is unjust. As long as he does not order a sin. Forbidding from the jihad which is *Fard Ayn* is a sin.[79]

We continue declaring this case: permission is required in *Fard Kifaya*, only after sufficient numbers of mujahideen have been assembled to be able to fulfill the *Fard*. Before this sufficiency is attained, the call is directed to all and is obligatory upon all, but is absolved by the performance of some. There is no difference between *Fard Kifaya* and *Fard Ayn* before the sufficiency (*Kifaya*) is met.

---

[77] Pious God-fearing people.

[78] Soorat At Tauba 44,45.

[79] see Fath al 'Ali al Malik by Sheikh 'Alish 1/390.

Before the sufficiency, there is no seeking of permission. Permission is sought for only after it is known from the Muslims in the battle field that the required numbers have been assembled to enable the fulfillment of the *Fard*.

After all this someone may say:

We know that jihad is *Fard Ayn* and there is no permission whatsoever from any for jihad. yet there are still some important questions:

# First Question
*How can we apply the General March practically in our time?*

Some people feel that the General March as it is required in Islam, that the woman leaves without her husband's permission, and the son without his father's permission, is very demanding for the following reasons:

1- Any Islamic territory is not large enough for one thousandth of all the thousands of Muslims.
2- This leads to the disruption of the Islamic education process which is considered to be the hope, with Allah's permission, for saving the *Ummah*.
3- This leads to a process of evacuation of Islamic areas, that if everyone left for jihad in Palestine or Afghanistan, they would leave an openings for Communists, Bathists, Nationalists and Secularist.

***Answer:***

If only the Muslims would apply their Lord's command and implement the laws of their *Shariah* concerning the General March for just one week in Palestine, Palestine would be completely purified of Jews. Similarly, the situation in Afghanistan would not last long if only the *Ummah* would march forward. Moreover, there would not be an absence of *Da'i*, nor would their homes be destroyed by the going out of their women. Instead, in every instance, we wait and we weep. We watch the Islamic region as it falls under the domination of the *Kuffar*, until it is swallowed whole, then we finally eulogize with much sighing and streaming tears.

Unfortunately, when we think about Islam we think nationalistically. We fail to let our vision pass beyond geographic borders that have been drawn up for us by the *Kuffar*.

The son of the town of Ar Ramsa in Jordan on the Syrian border senses a belonging and thinks Islamically about the son of Aqaba in Jordan, six hundred kilometers away, more than he does about the son of Dara, a Syrian town, ten kilometers from Ar Ramsa.

In spite of the fact that the son of Dara and the son of Aqaba are both Muslim worshippers, though the son of Dara is more religious than the son of Jordanian Aqaba.

# Second Question
## *Can we fight jihad while we haven't an Amir?*

Yes we fight, and we haven't an *Amir*. None has said that the absence of a community of Muslims under an *Amir* cancels the *Fard* of jihad. In fact we have seen Muslims at the time of the Crusades and during the Tar-tar invasions fighting with different *Amir*'s. In Halab (in Syria) there was an *Amir*, in Damascus there was an *Amir*, and in Egypt there was more than one *Amir*. Some of these even asked help from Christians against their brother *Amir*, as what happened when Shawar asked help from Christians against another *Amir*. Dar Gham, in Egypt.

Not one of the scholars has said that such a situation and such corruption cancels the obligation of jihad for the defense of the Muslim lands. On the contrary it multiplies their duty. The same thing happened in Andalusia, as the poets said:

> *"They were divided into sects, each in their places,*
> *Each place an Amir and each its pulpit"*

And another wrote,

> *"That which made me dispair of Andalusia, were the king's titles,*
> *Great titles of which they were not worthy,*
> *Like the cat who mimics the lion by puffing himself up"*

Not one of the scholars has said that there is no jihad under these conditions, in fact, the scholars were themselves in the front lines of Andalusia.

The battle may be void of a legitimate commander appointed by the *Amir*. As it was on the Day of Mu'tah, Khalid Bin Walid stood up and raised the flag, that by him, Allah saved the Muslim army. And, for this he was commended by the Prophet (saw).

Maybe the Imam or the *Amir al Mu'mineen* is not present, this does not annul the obligation of fighting and the defense of the Muslim lands. We do not wait for the Caliphate to be restored. Because, the Caliphate does not return through abstract theories, amassed knowledge and studying. Rather, jihad is the right way to reform the divided authorities to the ultimate authority of the Caliphate.

The mujahideen choose their *Amir* for jihad from amongst themselves. He organizes them and unifies their efforts and makes the strong support the weak. In a sahih hadith from Uqbah Bin Amar, who was amongst the to-be-mentioned party, said: "The Prophet (saw) sent out a party and he chose from amongst them a swordsman (leader). When he returned he said, "I have not seen the like of when the Prophet (saw) blamed us. He said, "are you unable that if I send a man and he fails to apply my order to replace him with one who applies my order."[80]

The Messenger of Allah (saw) encouraged them to change the *Amir* of the party even if he was given the flag by the noble hand of the Prophet himself. So how is it if there is no *Amir* from the beginning? Of the most critical situations requiring an *Amir* is that of wartime.

Ibn Qadama said in *Al Mughni* 8/253: "The absence of an Imam does not postpone the jihad because much is lost in its postponement".

If the people choose an *Amir*, he must be obeyed. As mentioned in *Fath al Ali al Malik* 1/253.

The Sheikh Miyara stated that if there is an absence of an *Amir*, and the people are agreed to appoint a great one in this time, to pave their ways, to make the strong support the weak, and he exerts his effort to achieve this to the best of his ability, it is evident that to stand against him is not permitted. Who opposes him seeking to create sedition, disobeys Islam and disrupts the *Jamat*. In *Sahih Muslim*: "Surely it will be predicaments and predicaments and who wants to disrupt the order of this *Ummah* while they are a whole, kill him whoever he is". And: "Who came to you while you are united under one man, and wants to disrupt your *Jamat* kill him".

# Third Question
### *Can we fight in Afghanistan while the leaders are separated and at difference?*

It is obligatory to fight in Afghanistan with leaders that are separated and who are at difference with each other. Because, fighting is for the defense of the Muslims against the aggression of Atheists.

There is nothing which forbids fighting against unbelievers and atheists when there is more than one Islamic group present. That we consider the leader of each group as the *Amir* of combat for that group.

---

[80] Abu Daud and Ahmad and Sahih al Hakim and agreed upon by ath Thahabi. See Fath ar Rabbani 14/45.

# Fourth Question

*Does one fight alone if the rest stay behind?*

Yes he fights alone because Allah the Almighty the Majestic revealed these words to His Prophet (saw): **"Then fight** (O Mohammed s.a.w.) **in the cause of Allah, your are not tasked** (held responsible) **except for yourself, and incite the believers** (to fight along with you) **it may be that Allah restrain the evil might of the disbelievers. And Allah is stronger in might and stronger in punishing."**[81]

This verse orders the Messenger (saw) in two obligations:

      **1**- Fight, even if alone.
      **2**- Incite the believers.

The Lord of Honor relates the wisdom of fighting. It is for restraining the evil might of the unbelievers because unbelievers fear not our presence unless we fight: **"And fight them until there is no more** *Fitnah* (disbelief and polytheism: i.e. worshipping others besides Allah) **and the religion** (worship) **will all be for Allah alone..."**[82] By neglecting fighting, *Shirk*, which is the *Fitnah* spreads, and *Kufr* becomes victorious. The companions (ra) understood this verse according to its apparent meaning. Abi Ishaq said: "When a man throws himself at the *Mushrikun* does *he throw himself into destruction by his own hands?*" He said, "No, because Allah sent his Messenger (saw) and He said: **"Then fight** (O Mohammed s.a.w.) **in the cause of Allah, your are not tasked** (held responsible) **except for yourself..."**, what you cited refers to spending.[83]" Reported by Ahmad and verified by al Hakim and agreed upon by ath Thahabi. Ibn Arabi said in *Ahkam al Qur'an* 2/954: "There may arise such a situation in which it is obligatory upon each and every one to march forward, when jihad is *Fard Ayn* if the enemy invades one of our countries or he surrounds one of our territories. Then, it is obligatory upon the whole of creation to march out for jihad. If they fail to respond, they are in sin. If the march is general, due to the enemy's occupation of a territory or capture of prisoners, the march is obligatory upon everyone. The light, the heavy, the riding, the walking, the slave and the

---

[81] Soorat An Nisa': 84.

[82] Soorat Al Anfal: 39.

[83] The meaning of "what you cited refers to spending" is derived from the verse "**And spend in the cause of Allah** (i.e. jihad of all kinds etc.) **and do not throw yourselves into destruction by your own hands..."** for neglecting the spending in the cause of Allah is the destruction. Al Fath ar Rabbani 14/8.

free man shall all go out. Whoever has a father, without his permission and whoever has not a father, until Allah's religion prevails, defends the territory and the property, humiliates the enemy and rescues the prisoners. On this there is no disagreement. What does he do is the rest stay behind?

He finds a prisoner and pays his ransom. He attacks by himself if he is able, and if not he prepares a warrior."

Fighting alone pleases Allah. As in a *Hasan* hadith reported by Ahmad and Abu Daud, he (saw) said: "Our Lord marvels at a man who attacks in the cause of Allah while his companions are beaten back and he knows what is upon him and he returns towards the fight until his blood is spilt and Allah the Almighty the Majestic says to his Angels: "Look at my slave he returned desiring that which is with Me and fearing that which is from Me until his blood was spilt.""

# Fifth Question
## *Do we fight alongside Muslims that are below acceptable levels of Islamic education?*

This question comes from certain people and some of them are sincere. They ask how can we fight with people like Afghanis, amongst them truthful, amongst them the dishonest, where smoking and *Niswar* (type of Tobacco) is widespread, for which he would even sell his gun? They are a people who adamantly follow their Hanafi *Mathhab* and some of them wear talismans.

Before I clarify the ruling of the *Shariah*, I say: show me a Muslim people on the earth who do not have similar problems. Shall we leave the Kuffar in every Muslim land because these problems are present?

*Answer*
We must fight because fighting is based on confronting the greater harm. This principle is mentioned in *Al Ahkam al Adial al Mad*, article 26: "The private harm should be bared to protect the public from it". Article 27: "The greater harm may be resolved by the lesser harm". Article 28: "If one cannot act except by committing one of two evils, he performs the lesser to repel the greater". Article 29: "The lesser of two evils is selected first". We must choose from two evils: which is the greater evil: that Russia takes Afghanistan, turns it into a *Kaffir* country and forbids Qur'an and Islam for it. Or, jihad with a nation with sins and errors?

Ibn Taymia said in *Majmuat al Fatawa* 28/506: "It is from the principles of *Ahlul Sunnah wal Jammah* to participate in an expedition with every good and bad Muslim. As the Prophet (saw) informed us, Allah may support this religion even with a bad man or an immoral people. If an expedition is not possible except with bad *Amir*s or with sinful soldiers, he must select one of the following two: to turn away from them, leaving the expedition in their hands, in which case the enemy could overrun the remaining people, which is a greater harm for them in their religion and their lives. Or, participate in an expedition with a bad *Amir*, and in this way the more harmful of the two options may be resolved. Even if the Muslims cannot manage to preserve all of their practices, at least they manage to preserve most of them. It is obligatory in this situation and in any similar situation. Many expeditions with the Rightly Guided Caliphs happened in this manner. The Prophet (saw) affirmed: "There is good in the forelocks of horses until the day of resurrection as reward and booty". As long as they are Muslims it is obligatory to fight alongside with them." The banner in Afghanistan is Islamic and the goal is the establishment of the religion of Allah in the earth.

If only the Muslims had fought in Palestine, in spite of the corruption that was present in the early stages, and before the situation had become aggravated with the arrival of George Habash, Naif Hawatma, Father Capici and their likes, Palestine would not have been lost.

While all the leaders of the Afghani jihad fast and pray, along with other practices, and are calling for Islam.

It is obligatory to fight with any Muslim people as long as they are Muslims. It does not matter how bad or corrupted they are as long as they are fighting the *Kuffar*, People of the Book or Atheists.

Shawkani said in *Nayl al Awtar* 8/44: "The scholars agree that it is allowed to seek help from bad or corrupted Muslims against the *Kuffar*."

# Sixth Question
*Can we seek help from the Mushrikun if we are in a weak condition?*

Some people believe in seeking help from America and western states for jihad in Afghanistan, and seeking help from Russia against Jews in Palestine. This type of assistance is *Harram* by the agreement of the scholars of *Fiqh* and it forfeits the ultimate aim of jihad. There are several contradictory hadith on this subject. The following are hadith that forbid seeking help from *Kuffar*.

1- Hadith in *Sahih Muslim*: He (saw) said to a *Mushrik* on the Day of Badr, "Get back. I will not accept the help of a *Mushrik*."[84]

2- Another hadith: "We do not seek help from *Mushrikun* against *Mushrikun*." Reported by Ahmad and at Tabarani. Haythami said in *Majmuat az Zawayd*: "The men Ahmad and at Tabarani are trustworthy." And there is a sahih narration that Safwaan Bin Umaya fought alongside the Prophet (saw) and he was a *Kaffir*."

An Nawawi said, in *Tahtheeb al Asma wal Loughat* 263: "Safwan Bin Umaya saw Hunayn with the Prophet (saw) as a *Kaffir*". The Messenger of Allah (saw) borrowed on the Day of Hunayn the shields from Safwan Bin Umay. He said to him, "this loan will be returned to you". Sahih hadith reported by al Hakim, see *Sahih al Jamia* 3862. It is well narrated by the Biographers that Qasman marched out with the Prophet (saw) on the day of Uhud and killed three flag bearers of the *Mushrikun*. The Prophet (saw) said of him: "Allah may support this religion by an evil man." Consequently, because of the contradictory hadiths the scholars differ as to how to reconcile them. The seeking of help from the *Mushrikun* was forbidden but later abrogated. Al Hafiz in *Al Talkhees* said this is the best reconciliation, and ash Shaffie agrees.[85]

The four major scholars of *Fiqh* are in agreement that seeking assistance from the *Kuffar* is restricted to conditions:

1) The rule of Islam must have the upper hand, that is to say, the Muslims must be stronger than the combined group of the *Mushrikun* from whom they are seeking help as well as the *Mushrikun* they are fighting. In case of the collaboration of the *Kuffar* against the Muslims.

2) The *Kuffar* must have a good opinion of the Muslims, and the Muslims must feel safe from their treachery and this is estimated from their behavior.

3) The Muslims must be in need of the *Kaffir* or the *Kuffar* they ask help from.

# Opinions of the Mathhabs

*Hanafi Opinion*

Mohammed Bin al Hasan said[86]: "It is acceptable for Muslims to ask help from the *Mushrikun* against the *Mushrikun* if the rule of Islam has the upper hand." Al Jassas[87]

---

[84] Nayl al Autar 7/128.

[85] Nayl al Autar 8/44.

[86] Sharaha Kitab as Sir Faqara 201.

said: "Our peers said, "it is acceptable to seek help in fighting from *Mushrikun* against *Mushrikun* that when the coalition becomes dominant, the rule of Islam is uppermost.

## Maliki Opinion

Ibn al Qasim said[88]: "It is not my opinion that they may seek their assistance in fighting alongside with them unless they occupy servant roles, then I see no problem with this." Malik said[89]: "It is not my opinion that they may seek help from *Mushrikun* against *Mushrikun* unless they occupy servant roles".

## Shaffie Opinion

Ar Ramli said[90] "The Imam or second in command may ask help from the *Kuffar* even if they are *Ahlul Harb* if he knows they have a good opinion of us under the condition that we need them to serve or fight because we are few."

## Hanbali Opinion

Ibn Qadamah said[91]: "From Ahmad it is permissible to ask help from the *Mushrikun*, in fact it is Ahmad's opinion that the *Kaffir* has a share in the booty if he participated in the expedition under the Imam. He went outside of the opinion of the majority which does not allow him a share.

# The Revelation of the Order to Fight

Many writers commit errors on the subject of the permissibility of making peace. They quote Qur'anic text without knowing the chronological order of the revelation. While they must have knowledge of the succession of verses on jihad in the Qur'an that

---

[87] Ahkam al Qur'an by Jasssas.

[88] Al Maduna 2/40.

[89] Al Qurtubi 8/100.

[90] Nihayat al Mahtaj 8/58 and Takmila al Majmua 19/28.

[91] Al Mughni 8/414.

lead up to the revelation of the Verse of the Sword in soorat At Tauba: **"...and fight against the *Mushrikun*** (polytheists, pagans, idolaters, disbelievers in the oneness of Allah, etc.) **collectively, as they fight against you collectively, but know that Allah is with those who are *Al Muttaqun*."**[92]

**"...Then kill the *Mushrikun* wherever you find them, and capture them and besiege them and prepare for them each and every ambush..."**[93] Ibn al Qayim explained in *Zad al Mi'ad* that jihad was permitted during the *Hijr*, then it was ordered to combat those who fought them, finally it was ordered to fight the *Mushrikun* in general.

Ibn Abidin said[94]: "Know that the order to fight was revealed in stages. The Prophet (saw) was initially ordered with *Tabligh* and turning away. The Exalted said: **"Therefore proclaim openly** (Allah's message - Islamic monotheism) **that which you are commanded and turn away from the *Mushrikun*."**[95] Then to invite with wisdom: **"Invite** (mankind, O Mohammed s.a.w.) **to the way of your Lord** (i.e. Islam) **with wisdom** (i.e. with the divine inspiration and the Qur'an) **and fair preaching, and argue with them in a way that is better..."**[96] Then, permission to fight was granted: **"Permission to fight is given to those** (i.e. believers against disbelievers). **who are fighting them,** (and) **because they** (believers) **have been wronged, and surely, Allah is able to give them** (believers) **victory."**[97] Then they were ordered to fight if they were attacked: **"...but if they attack you, then kill them. Such is the recompense of the disbelievers."**[98] Then, they were ordered to fight with conditions, when the sacred months had passed: **"Then when the sacred months** (the 1st, 7th, 11th, and 12th months of the Islamic calendar) **have past, them kill the *Mushrikun* wherever you find them..."**[99] Finally, he was ordered to fight all out in general: **"And fight in the way of Allah those who fight you, but transgress not the limits. Truly Allah likes not the transgressors."**[100]

This is why it is so essential to have knowledge of the sequence of the revelation. It is also necessary to clarify that initially it is not permitted to enter into political negotiations in the stage which is for *Da'wah*, before the *Da'wah* is properly established with an authority which can preserve its aims. If the Islamic *Da'wah* enters negotiations

---

[92] Soorat At Tauba: 36.
[93] Soorat At Tauba: 5.
[94] Hashiyat Ibn Abidin 3/239.
[95] Soorat Al Hijr: 94.
[96] Soorat An Nahl: 125.
[97] Soorat Al Hajj: 39.
[98] Soorat Al Baqara: 191.
[99] Soorat At Tauba: 5.
[100] Soorat Al Baqarah: 190.

in the initial stage, then its agenda becomes compromised and muddled and it will become inconsistent in the people's understanding. It will have no solid foundation and the *Da'wah* is lost in political games and national ties.

The example for this period is the noble *Soorat*: **"Say: O *Al Kafirun* (disbelievers in Allah, in his oneness, in His angels, in His books, in his messengers, in the Day of Resurrection, in *Al Qadar*, etc.)! I worship not that which you worship, nor you worship that which I worship..."**[161] and the example of the position of the believers in this period: **"...Say** (O Mohammed s.a.w.)**: call your** (so-called) **partners** (of Allah) **and then plot against me and give me no respite! Verily, my *Wali*** (protector, supporter, and helper, etc.) **is Allah who has revealed the book** (the Qur'an)**, and he protects** (supports and helps) **the righteous."**[162] We must proclaim our beliefs, make them heard. The callers must raise their voices until they are sacrificed on a pyre of *Fitnah* in which their souls will be tried to the limit of their patience. As it was with the Prophet (saw) and his companions during the Meccan period. But once the Islamic state was established nothing prevented them from making pacts.

# Conditions for Making Peace Treaties With the Kuffar

The scholars of *Fiqh* are divided as to whether or not it is permitted to make peace treaties with the *Kuffar*. Among them are some who permit it based on the pact of Hudaybia. Others permit it if the Muslims are extremely weak. Others still, say that we are no longer permitted to make peace treaties with the *Kuffar* because they say that all pacts with the *Kuffar* are canceled by the Verse of the Sword. We say, it is permitted to make peace treaties, if in the treaty there is good for the Muslims, but under the condition that there is no clause within the treaty that nullifies or corrupts it. Such as:

1- It is not permitted to include a condition in the treaty that relinquishes even a hand span of Muslim land to the *Kuffar*. Because, the land of Islam belongs to no one, therefore none can make negotiations over it. Such a condition nullifies the treaty because the land belongs to Allah and to Islam. It is not permitted for anyone to misuse anything in a domain not his own. Or to barter the Son of Adam that does not belong to him. With reference to the Russians, it is not permitted to negotiate with them until they

---

[161] Soorat Al Kafirun.

[162] Soorat Al A'raf: 195-196.

retreat from every hand span of Afghani territory. With the Jews in Palestine, likewise.

**2-** If the jihad becomes *Fard Ayn* it nullifies the peace treaty such as when the enemy enters the Muslim lands or intends harm upon them. *Fath Aliy* of Malik 1/289 on the subject of peace treaties in *Mayir* in the chapter *Jihad*: "The Caliph signs a peace treaty with Christians but the Muslims feel the only solution is Jihad, then his peace treaty is annulled and his deed rejected." Wherever the jihad is *Fard Ayn* it is not permitted to have peace, such as when the enemy conquers Muslims. All that we have cited on that which makes jihad *Fard Ayn* annuls the peace treaty, because it discontinues the *Fard Ayn*, which is jihad to remedy the situation. Qadi Ibn Rushd reported that the scholars are agreed that when jihad becomes *Fard Ayn* it has more of a priority than fulfilling the *Fard* Hajj. The reason for this being, that if jihad is *Fard Ayn* it must be carried out immediately, whereas Hajj may be postponed. The mentioned treaty must be abandoned because it does not conform to the *Shariah*, it is not valid nor are its rules binding, according to everyone who has a true understanding of the principles of *Shariah.* Also, the mentioned treaty includes the abandonment of the *Fard* jihad. The abandonment of the *Fard* jihad is an illegality and every illegality is not binding.

**3-** Every condition which entails the abandonment of the *Shariah* of Allah or neglect of Islamic practices nullifies the treaty. It is not permitted for Russia to interfere with the government because this corrupts jihad and its aim.

**4-** It is not permitted to contract a treaty including a condition that humiliates the Muslims or creates such a sentiment. As reported in a hadith from az Zuhri, who said[103]: "when tribulations upon the people became great, the Messenger of Allah (saw) sent someone to Uyaina Bin Husn Bin Hanifa Ibn Badr and to Harith Bin Abi Auf al Muzni - they were the chiefs of Ghatafan. He offered them one third of the fruits of Medina under the condition that they and their forces withdraw from him and his companions. They held negotiations but did not finalize the agreement. When he wished to finalize the agreement he sent for Saad Bin Muath and Saad Bin Ubadah in order to consult with them. He explained to them the situation and said, "as you know the Arabs are shooting us through one bow (gathered in their attack against us), what do you think of offering them some of the fruits of Medina? They said, "O Messenger of Allah (saw) if you say this is your opinion, then your opinion we follow. But, we

---

[103] I'ala as Sinan 12/8.

never offered them dates except to sell them to them or if they were our guests, and that was when we were *Kuffar*. Now Allah has honored us with Islam". The Prophet (saw) was pleased with what they said". Strong with interrupted chain of narration. The *Ansaar* felt that they would be humiliated. And in some narration's: "we don't give you but the sword."

**5-** Not to contract a condition which opposes the *Shariah* of Islam. For Example:
  **a-** An agreement allowing *Mushriks* to reside in the land of *Harramain* (the land of the two holy mosques, i.e. the entire Arabian peninsula) because in a hadith: "Expel all Jews and Christians from the Arabian peninsula".[104]
  **b-** To return Muslim women to the *Kuffar*: **"...Then if you know them for true believers, send them not back to the disbelievers, they are not lawful** (wives) **for the disbelievers nor are the disbelievers lawful** (husbands) **for them..."**[105]
    About sending a Muslim man back to the *Kuffar* there is disagreement among the scholars of *Fiqh*. Some allow for them to be returned in relation to a similar condition in the Hudaybia pact. But the rest of the scholars maintain that permission for this condition in the Hudaybia treaty was specifically for the Messenger of Allah (saw). Because he knew that Allah would find a way out for them. This is the majority opinion. Bara Bin Azib said: "The Messenger of Allah (saw) laid down three conditions on the day of Hudaybia with the *Mushrikun*. Whoever went to them from the Prophet (saw) would not be sent Back. Who came to us from them, they would be returned. The Prophet (saw) said, "who from us went to them, Allah distanced him". Agreed upon and Muslim adds: "and who left them Allah will make for them an opening and a way out".[106]

**6-** Similarly, it is not permitted to contract a condition which permits the exposure of the practices of the *Kuffar* in Muslim land. For example, allowing the construction of churches, monasteries or the circulation of missionaries, all which create *Fitnah* for the Muslims and corrupt their beliefs. Most importantly in the Arabian peninsula. Therefore, agreements and the political solution in Palestine are void. Void from their very origin. Any amendments are not permissible. In Afghanistan it is permitted under conditions:

  **1-** Withdrawal of Russians from all Muslim territory.

---

[104] Reported by Muslim/ Al Fath ar Rabbani 14/120.
[105] Soorat Al Mumtahinah: 10.
[106] Al Qurtubi 8/39.

2- If an Islamic state is established in Afghanistan after withdrawal and there is no interference in the forth-coming government such as attempting to return the king or imposing practices that aim to undermine the beliefs of the Afghani people.

3- The withdrawal must be without conditions or restraints.

4- The Russians must fully acknowledge the mujahideen and ask peace from them: **"But if they incline to peace, you also incline to it, and** (put your) **trust in Allah**[107]**..."** Sudi and Ibn Zaid said: "If the call for a treaty respond to them."[108] Ibn Hajr al Haythami said: "a corrupt condition corrupts the contract. For example, a condition that prevents the release of prisoners, the withdrawal from captured territory, the return of any Muslim prisoners that escape from them, their settling in the *Hijaz*, the appearance of alcohol in our land, or sending back who came to us from them".[109]

5- If mujahideen are satisfied that the Russians are sincere in asking for peace and will not deceive them. But, those who want to have peace or be its intermediaries fail to uphold the aim of the Jihad which is the establishment of an Islamic state, because the western countries will not accept it and will resist it. These people fail to comprehend the aim of jihad and they haven't a clear Islamic vision. Furthermore is not permitted for these people to be fighters in jihad, a favor from Allah, nor can they be its leaders. For Allah the Almighty the Majestic said: **"If Allah brings you back to a party of them** (the hypocrites)**, and they ask your permission to go out** (to fight)**, say: never shall you go out with me, nor fight an enemy with me..."**[110] Qurtubi said 8/218: "This indicates that the accompaniment of the foolish in an expedition is not permitted". The major scholars of *Fiqh* have stated in *Al Jihad* that it is not permitted for the arrogant, the pessimist, the hesitant, the coward or the hinderer to accompany the army.

*O Allah give victory to the Mujahideen in Afghanistan, in Palestine, in the Philippines, in Lebanon and everywhere. And raise the flag of Islam, the rule of the Qur'anic state, and grant us martyrdom in your cause.*

---

[107] Al Anfal: 61.

[108] Hasshiyat Aah Sharawai and Ibn al Qasim upon Tahfa al Mahtaj 9/306.

[109] Al Qurtubi 8/39.

[110] Soorat At Tauba: 83.

*Glory be to your Lord, Lord of Honor and Power. He is free from that which they attribute to him and peace be upon the messengers and all the praise and gratitude*

*be to Allah Lord of the Worlds. Salutations upon our Prophet Mohammed, upon his family, his companions and the predecessors and whoever follows them in righteousness until the Day of Judgment.*

# Final Word

Finally we say, the case is not settled by long lists of quotations or the bringing forward of witnesses. Rather, the matter is referred to the heart. If Allah gives it light it will see the truth, in which everything is apparent. Otherwise, if the hearts are darkened they will not see. **"...Verily, it is not the eyes that grow blind, but it is the hearts which are in the breast that grow blind."**[111]

The vision of the heart is for evidences, and the signs of the Lord are for cultivating *Taqwa*, obedience and enthusiasm for acts of worship. **"Verily, proofs have come to you from your Lord, so whoever sees, will do so for** (the good of) **his own self, and whosoever blinds himself, will do so to his own harm, and I** (Mohammed s.a.w.) **am not a watcher over you."**[112] This vision opens forth in the heart the springs of perception. A perception not earned by studying. Verily, it is an understanding given by Allah to his servant for His Book and His religion according to the capacity of the heart's vision. This vision grows in the field of the heart, that he may discern truth from

---

[111] Soorat Al Hajj: 46.
[112] Soorat Al An'am: 104.

falsehood, the honest from the liar. The Exalted said: **"Surely! Therein is indeed a sign for the believers."**[113]

Mujahid said: "In at Tirmithi, Abi Said al Khudri (ra) reported that the Prophet (saw) said: "Fear the perception of the believer for he sees with the light of Allah the Almighty the Majestic." Then he read: **"Surely! Therein is indeed a sign for the believers."**[114]

Everyone who prefers the life of this world from among the scholars, he must lie concerning Allah in his *Fatawa* and rulings, in his lectures and his commands, because many of the rules of the Lord conflict with the desires of the people, especially those endowed with authority.

Those who serve their lusts, their desires will not be satisfied except by contradicting the truth or rejecting a great part of it. If the scholars and those who govern love power and pursue their desires, they will not find fulfillment unless they oppose the truth. Especially when the doubtful coincides with their lusts, thus tempting his lower nature. What is right becomes hidden and the face of truth is covered.

If the truth is evident and without doubt, he chooses the controversial and excuses himself by saying that he will find an exit in repentance.

About those, and those like them the Exalted said: **"Then, there has succeeded a posterity who have given up prayers** (i.e. made their prayers to be lost, either by not offering them or by not offering them perfectly or by not offering them in their proper fixed times, etc.) **and have followed lusts..."**[115] The Exalted also said about them: **"Then after them succeeded them an** (evil) **generation, which inherited the Book, but they chose** (for themselves) **the good of this low life** (evil pleasures of this world) **saying** (as an excuse)**: **(Everything) **will be forgiven to us. And if** (again) **the offer of the like** (evil pleasures of this world) **came their way, they would** (again) **seize them** (would commit those sins). **Was not the covenant of the Book taken from them that they would not say about Allah anything but the truth? And they studied what is in it** (the Book). **And the home of the hereafter is better for those who are *Al Muttaqun*. Do not you then understand?"**[116]

To follow vain desires blinds the eye of the heart, until it can no longer differentiate between *Sunnah* and *Bid'ah*, or it inevitably reverses them that it perceives the *Bid'ah* as *Sunnah*. This is the plague the scholars suffer when they prefer the life of this world and pursue lusts and follow after leaders.[117] The following verses refer to them: **"And recite

---

[113] Soorat Al Hijr: 77.
[114] Soorat Al Hijr: 77.
[115] Soorat Maryam: 59.
[116] Soorat Al A'araf: 169.
[117] Al Fuayid: 113-114.

(O Mohammed) **to them the story of him to whom we gave our *Ayat* (proofs evidences lessons signs revelations, etc.) but he threw them away, so Satan followed him up, and he became of those who went astray. And had We willed, we would surely have elevated him therewith but he clung to the earth and followed his own vain desire. So his description is the description of a dog: if you drive him away, he lolls his tongue out, or if you leave alone he** (still) **lolls his tongue out..."**[118]

Quotations will not suffice, because the perception of the truth relies on the enlightenment of the heart.

When the heart has a strong attachment to the life of this world, and the bearer of this heart is immersed in sin, *Ran* (black covering) overcomes the heart. Because, every sin is a black stain on the heart. These black stains accumulate until the *Ran* is total and prevents the penetration of light to the heart.

When the heart is darkened, things no longer appear as they truly are, for truth is confused and its face no longer apparent. The heart is inverted and sees truth as falsehood and falsehood as truth.

There must be *Taqwa* that the capacity for discernment is developed, the heart cleansed, that if may accord things their proper order: **"O you who believe! If you obey and fear Allah, He will grant you *Furqan* a criterion** (to judge between right and wrong or *Makhraj*, i.e. making a way for you to get out from every difficulty), **and will expiate for you your sins, and forgive you, and Allah is the owner of the great bounty."**[119]

When they were in confusion over difficult questions they should say, "ask the people of the battle fronts because they are the nearest to Allah".

They asked Ahmad Bin Hanbal: "Who do we ask after you?" He said, "ask Aba Bakr al Waraq for he possesses *Taqwa* as it ought to be, and I hope he will be successful in answering."

In Bukhari and Muslim a hadith *Marfu*: "In the past among the nations before you there were inspired men and if there was one in my nation it would be Umar Bin Khattab," and Umar was true to this.

Muslim narrates in his sahih from Aisha (ra), who said: "The Messenger of Allah (saw) would open his prayer when he stood at night with: Our Lord of Jibreel and Mikaeel, Originator of the heavens and the earth, Knower of the unseen and the seen, you judge between your slaves in that in which they are at difference. Guide me from that in which they differ to the truth by Your leave. You guide whom You will to the straight path."

---

[118] Soorat Al A'raf: 175-176.
[119] Soorat Al Anfal: 29.

Finally we supplicate by the blessed verse: **"...O Lord! Judge between us and our people in truth, for you are the best of those who give judgment."**[120] We repeat the supplication of the Messenger of Allah (saw) as reported in sahih Muslim:

"O Allah guide us from that in which they differ to the truth by your permission. You guide whom you will to the straight path. Our Lord forgive us and our brethren who preceded us in faith and put not in our hearts any hatred towards those who have believed. Our Lord you are indeed Full of Kindness, Most Merciful.

O Allah make us live in contentment and die as *Shaheed* and gather us among the group of Mustafa (saw). Glory be to you O Allah and praise. I bear witness that there is no god but you. I seek your forgiveness and to you I repent.

# Glossary

***Ansaar***: anyone of the companions of the Prophet (saw) from the inhabitants of Medina, who received and hosted the Muslim immigrants from Mecca and other places.

***Ahlul Harb***: all people belonging to the nation of the enemy.

***Ahlul Sunnah wa Jammah***: those who follow the authentic *Sunnah* of the prophet according to the understanding of the companions of the Prophet (saw).

***Alim***: scholar or man of knowledge.

***Amir***: chief, commander, leader, master.

***Amirul Mu'mineen***: leader of the believers.

***'Ard***: all things held in honor: women, family, country, dignity etc.

---

[120] Soorat Al A'raf: 89

**Bid'ah**: innovation in religion. any act or practice not found in the Sunnah of the Prophet (saw) or the Qur'an.

**Da'wah**: preaching. inviting. calling (to Islam. jihad. etc.)

**Da'i**: one who performs *Da'wah*.

**Fara'id**: plural of Fard.

**Fard**: compulsory, obligatory duty.

**Fard Ayn**: greatest degree of obligation. compulsory such as five daily prayers. Hajj, fasting the month of Ramadan and so on.

**Fard Kifaya**: Initially compulsory. but voluntary upon fulfillment of specific conditions.

**Fatawa**: plural of Fatwa.

**Fatwa**: legal ruling.

**Fiqh**: Islamic jurisprudence.

**Fitnah**: trial. tribulation. temptation.

**Hadith**: report of the Prophet's (saw) words or actions.

**Hafiz**: one who has committed the Qur'an in its entirety to memory.

**Harram**: forbidden according to the *Shariah*.

**Hasan**: good. second highest degree of authenticity in hadith classification.

**Hijaz**: the Arabian peninsula.

**Hijr**: emigration in the cause of Allah.

**Ijma**: consensus of the *Ulama*.

**Iman**: belief. faith.

**Jamat**: group. gathering. community.

**Jizya**: head tax imposed by Islam on non-Muslims living under the protection of an Islamic government.

**Kaffir**: disbeliever. infidel.

**Kuffar**: plural of Kaffir.

**Kufr**: disbelief.

**Marfu'**: uninterrupted chain of narration leading to the Prophet (saw). therefore reporting directly.

**Mathhab**: school of thought in Islamic jurisprudence. The four major ones being: Maliki. Shaffie. Hanbali and Hanafi.

**Muhaditheen**: Scholar specializing in hadith.

**Mushrikun**: polytheist. pagans. idolaters. people who practice Shirk.

**Qiyas**: (Principle of Fiqh) Juristic reasoning. inference by deduction. by analogy.

**Rakat**: unit of prayer. consisting of one series of prostrations.

**Ribatt**: waiting in preparation to meet the enemy.

**Sahih**: correct. certified. highest ranking of authenticity in hadith classification.

**Salaf**: pious people of the early generations of Islam.

*Shariah*: Islamic law.
*Shaheed*: Martyr in the cause of Allah.
*Shaytaan*: Satan, demon.
*Sheikh*: elder. Title usually attributed to man of knowledge.
*Shirk*: associating partners with Allah, the worship of false gods or idols.
*Shuhada*: plural of Shaheed.
*Sunnah*: legal ways, practices, orders, acts of worship and statements etc. of the Prophet (saw) that have become model followed by Muslims.
*Tabligh*: to convey, notify, inform, declare.
*Tafseer*: commentary, interpretation of Qur'an.
*Taqwa*: fear of Allah, piety, devoutness, religiousness
*Ulama*: plural of Alim.
*Ummah*: the entire community of Muslims.
*Zakat*: compulsory Islamic charity.

## Bibliography

All translation of Qur'anic text taken from:

**THE NOBLE QUR'AN:** *A summarized Version of At-Tabari, Al Qurtubi and Ibn Kathir with comments from Sahih al Bukhari.* Summarized in One Volume. trans. by Dr. Mohammed Taqi-ud-Din Al-Hilali and Dr. Mohammed Muhsin Khan. Maktaba Dar-us-Salam: Kingdom of Saudi Arabia, 1993.