# Exhibit 3

# REDACTION KEY

A. CLASSIFIED FBI INFORMATION RE-REVIEWED PURSUANT TO EXECUTIVE ORDER 14040.

C-1. INFORMATION OBTAINED FROM FOREIGN GOVERNMENT(S) AND WITHHELD AT THE DIRECTION OF ANOTHER U.S. GOVERNMENT AGENCY OR DEPARTMENT PENDING ONGOING CONSULTATION.

C-2 INFORMATION OBTAINED FROM FOREIGN GOVERNMENT(S) AND WITHHELD AT THAT GOVERNMENT"S DIRECTION FOLLOWING CONSULTATION IN ACCORDANCE WITH EXECUTIVE ORDER 14040.

D. INFORMATION FOR WHICH JUDICIAL AUTHORIZATION TO RELEASE IS REQUIRED. INFORMATION FOR WHICH JUDICIAL AUTHORIZATION IS OBTAINED WILL BE RELEASED.

F. ADMINISTRATIVELY DESIGNATED FBI FILE AND/OR SERIAL NUMBERS OR HANDLING INFORMATION.

G. SENSITIVE LAW ENFORCEMENT INFORMATION WITHHELD PURSUANT TO THE LAW ENFORCEMENT PRIVILEGE.

J-1. SECTION 102A(i)(1) OF THE NATIONAL SECURITY ACT OF 1947, AS AMENDED BY THE INTELLIGENCE REFORM AND TERRORISM PREVENTION ACT OF 2004, 50 U.S.C. § 3024(i)(1).

J-2. INFORMATION PROTECTED FROM DISCLOSURE BY THE BANK SECRECY ACT (BSA) AND THE U.S. DEPARTMENT OF THE TREASURY REGULATIONS IMPLEMENTING THE BSA. SEE 31 C.F.R. § 5311 ET SEQ; 31 C.F.R. CHAPTER X.

J-3 INFORMATION DETERMINED BY ANOTHER DEPARTMENT OR AGENCY TO BE PROTECTED FROM DISCLOSURE PURSUANT TO 8 U.S.C. § 1202(f).

O-1. INFORMATION WITHHELD AT THE DIRECTION OF ANOTHER U.S. GOVERNMENT AGENCY OR DEPARTMENT.

P. INFORMATION RESTRICTED FROM PUBLIC RELEASE UNDER THE PRIVACY ACT OF 1974. SUCH INFORMATION WILL BE PRODUCED IN MDL 03-1570 (S.D.N.Y.) PURSUANT TO THE PRIVACY ACT PROTECTIVE ORDER ENTERED IN THAT CASE.

P-1. INFORMATION SUCH AS SOCIAL SECURITY NUMBERS, DATES OF BIRTH, AND OTHER SENSITIVE PERSONAL INFORMATION.

S. NAMES AND OTHER PERSONAL IDENTIFYING INFORMATION OF LAW ENFORCEMENT PERSONNEL.

NOTE: Classification markings (classification banners and portion markings) are redacted without a code throughout the release.

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION


**Precedence:** PRIORITY                                **Date:** 10/17/2001

**To:**   (G)                                           **Attn:** Legat

    New York                        **Attn:**   (G), (S)

    Washington Field                **Attn:**

    Pittsburgh                      **Attn:**

    Newark                          **Attn:**

    Boston                          **Attn:**

    San Diego                       **Attn:**
    Counterterrorism                **Attn:**

**From:** Criminal Investigative
      (G)
**Contact:** (S)

**Approved By:** (S)

**Drafted By:**

**Case ID #:** (F)

**Title:** PENTTBOMB;
      MAJOR CASE #182

**Synopsis:** Set lead for Legat (G) to obtain bank records associated with Omar Al-Bayoumi.

**Enclosure(s):** 1. Bank of America wire transaction printouts for the following transfers:

    Date:  September 1, 1998    Amount:  $1,185.00
           September 23, 1999         9,995.00
           November 9, 1999          3,031.60
           February 9, 2000          4,985.00
           April 17, 2001            5,314.00
           April 10, 2001          12,985.00.
    2. Riyad Bank, bank check number (P-1) made payable to Omar Al Bayoumi, in the amount of $1,000, dated November 7, 1998.

To: (G)    From: Criminal Investigative
Re: (F)   , 10/17/2001

3. Saudi American Bank, bank check number (P-1) made payable to Omar Al Bayoumi, in the amount of $13,318.42, dated May 28, 2000.

**Details:** Khalid Almihdhar and Nawaf Alhazmi were hijackers on American Airlines Flight 77 which departed from Washington Dulles Airport and crashed into the Pentagon on September 11, 2001.

Prior to September 11, 2001, Almihdhar and Alhazmi resided in an apartment in San Diego, California. Omar Ahmed Al-Bayoumi co-signed for the apartment and is suspected of providing direct financial support to Almihdhar and Alhazmi.

San Diego Division performed a preliminary review of Al-Bayoumi's bank accounts. It was determined that from 1998 through 2001, Al-Bayoumi received numerous wire transfers into his Bank of America account from financial institutions located in Saudi Arabia.

Fahad Nazi Al Hazmi, was identified by the Las Vegas Division as having a possible association with Nawaf AlHazmi (Flt. 77) During the course of covering leads related to the travel and financial transactions of several of the suspected hijackers, Las Vegas Division discovered that Fahad AlHazmi traveled to Las Vegas, Nevada, during the same time period as Nawaf Al Hazmi, Hani Hanjour and Mohamed Atta.

A review of Fahad's MasterCard and Visa card accounts, indicate that Fahad traveled extensively to New Jersey, New York, Washington DC, Arlington/Crystal City, Virginia, San Francisco, California, Pennsylvania and Arizona during approximately the same time period as several of the suspected hijackers. Interviews conducted by Las Vegas indicated that Fahad had a conversation with a travel representative wherein he made specific inquiries about New York and the World Trade Center. Fahad is a citizen of Saudi Arabia. Fahad returned to Saudi Arabia approximately one month prior to the September 11, 2001, terrorist attacks.

EO14040-002927

To: (G)  From: Criminal Investigative
Re: (F)  10/17/2001

**LEAD(s):**

**Set Lead 1:**

(G)

AT (G)

    1. Conduct logical investigation to identify the originating United Saudi Bank account associated with the following wire transfer:

        Wire Transfer From: United Saudi Bank
        Date: September 1, 1998
        Amount: $1,185.00
        Sender DBT # (P-1)
        ID/Other #

    2. Obtain any and all United Saudi Bank account records associated with this account and/or any and all United Saudi Bank accounts belonging to Omar Al-Bayoumi.

**Set Lead 2:**

(G)

AT (G)

    1. Conduct logical investigation to identify the originating Saudi American Bank account associated with the following wire transfer:

        Wire Transfer From: Saudi American Bank
        Date: September 23, 1999
        Amount: $9,995.00
        Sender Ref Number (P-1)
        Possible Acct #

    See enclosure for wire transfer instruction details.

    2. Obtain any and all Saudi American Bank account records associated with this account and/or any and all Saudi American Bank accounts belonging to Omar Al-Bayoumi.

**Set Lead 3:**

3

To: ▓(G)▓   From: Criminal Investigative
Re: ▓(F)▓   10/17/2001

▓(G)▓

AT ▓(G)▓

   1. Conduct logical investigation to identify the originating Saudi American Bank account associated with the following wire transfer:

      Wire Transfer From: Saudi American Bank
      Date: November 9, 1999
      Amount: $3,031.60
      Sender Ref Number ▓(P-1)▓
      Possible Acct # 

See enclosure for wire transfer instruction details.

   2. Obtain any and all Saudi American Bank account records associated with this account and/or any and all Saudi American Bank accounts belonging to ▓(P)▓

**Set Lead 4:**



AT ▓(G)▓

   1. Conduct logical investigation to identify the originating Dubai Islamic Bank account associated with the following wire transfer:

      Wire Transfer From: Dubai Islamic Bank
      Date: November 4, 1999
      Amount: $190.50
      Sender Ref Number ▓(P-1)▓
      Possible Acct # 

See enclosure for wire transfer instruction details.

   2. Obtain any and all Dubai Islamic Bank account records associated with this account and/or any and all Dubai Islamic Bank accounts belonging to Sulaiman El Ali.

**Set Lead 5:**

▓(G)▓

4

EO14040-002929

To:       (G)        From:  Criminal Investigative
Re:   (F)                   10/17/2001

AT         (G)

    1. Conduct logical investigation to identify the originating Alrajhi Banking & Investment Corporation account associated with the following wire transfer:

    Wire Transfer From:  Alrajhi Banking & Investment Corporation
    Date:              February 9, 2000
    Amount:            $4,985.00
    Sender Ref Number  (P-1)
    Possible Acct #

    See enclosure for wire transfer instruction details.

    2. Obtain any and all Alrajhi Banking & Investment Corporation account records associated with this account and/or any and Alrajhi Banking & Investment accounts belonging to Mohamed A Aziz Al Habib.

**Set Lead 6**

(G)

AT         (G)

    1. Conduct logical investigation to identify the originating Alrajhi Banking & Investment Corporation account associated with the following wire transfer:

    Wire Transfer From:  Alrajhi Banking & Investment Corporation
    Date:              April 17, 2001
    Amount:            $5,314.00
    Sender Ref Number  (P-1)
    Possible Acct #

    See enclosure for wire transfer instruction details.

    2. Obtain any and all Alrajhi Banking & Investment Corporation account records associated with this account and/or any and Alrajhi Banking & Investment accounts belonging to SK Mohd Abdul Aziz Al Habib.

EO14040-002930

To: (G)  From: Criminal Investigative
Re: (F), 10/17/2001

**Set Lead 7**

(G)

AT (G)

    1. Conduct logical investigation to identify the originating Alrajhi Banking & Investment Corporation account associated with the following wire transfer:

    Wire Transfer From:  Alrajhi Banking & Investment Corporation
    Date:               April 10, 2001
    Amount:            $12,985.00
    Sender Ref Number
    Possible Acct # (P-1)

    See enclosure for wire transfer instruction details.

    2. Obtain any and all Alrajhi Banking & Investment Corporation account records associated with this account and/or any and Alrajhi Banking & Investment accounts belonging to Al Sheikh Abdulaziz M. AlHabib.

**Set Lead 8**

(G)

AT (G)

1. Conduct logical investigation to identify and obtain any and all Saudi American Bank records for Fahad Nahi Alhazmi. Fahad Nahi Alhazmi is described as follows:

    Name:          Fahad Nahi Alhazmi
    DOB:           (P-1)
    POB:
    Citizenship:  Saudi Arabia
    Address:      Al-Rihab District
                 Jeddah, Saudi Arabia
    i DL: (P-1)   Passports: (P-1)
    Saudi American
    Bank CC#s:  (P-1)

6

To:      (G)      From: Criminal Investigative
Re:      (F)            10/17/2001

**Set Lead 9**

   (G)

      AT          (G)

   1.   Conduct logical investigation to identify the remitter of Riyad Bank, bank check number (P-1) made payable to Omar Al Bayoumi, in the amount of $1,000, dated November 7, 1998.  (See copy of enclosed check.)

   2.   Once identified, obtain any and all Riyad Bank account records belonging to the remitter.

**Set Lead 10**

   (G)

      AT          (G)

   1.   Conduct logical investigation to identify the remitter of Saudi American Bank, bank check number (P-1) made payable to Omar Al Bayoumi, in the amount of $13,318.42, dated May 28, 2000.  (See copy of enclosed check.)

   2.   Once identified, obtain any and all Saudi American Bank account records belonging to the remitter.


      Forward a copy of all records to       (G)       Intel Section, Room (G)

♦ ♦


cc.   (G), (S)

7

EO14040-002932

To: (G) From: Criminal Investigative
Re: (F) 10/17/2001

8