# Exhibit 3.1

Redacted and Authorized for Public Filing on the MDL Docket by the DOJ/FBI

# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

CIVIL ACTION NO. MDL 03-1570 (S.D.N.Y.)



EO14040-002929-MDL-UPDATED

EXCISED COPY

Redacted and Authorized for Public Filing on the MDL Docket by the DOJ/FBI

**REDACTION KEY**

A.   CLASSIFIED FBI INFORMATION RE-REVIEWED PURSUANT TO EXECUTIVE ORDER 14040.

C-1.   INFORMATION OBTAINED FROM FOREIGN GOVERNMENT(S) AND WITHHELD AT THE DIRECTION OF ANOTHER U.S. GOVERNMENT AGENCY OR DEPARTMENT PENDING ONGOING CONSULTATION.

C-2   INFORMATION OBTAINED FROM FOREIGN GOVERNMENT(S) AND WITHHELD AT THAT GOVERNMENT"S DIRECTION FOLLOWING CONSULTATION IN ACCORDANCE WITH EXECUTIVE ORDER 14040.

D.   INFORMATION FOR WHICH JUDICIAL AUTHORIZATION TO RELEASE IS REQUIRED. INFORMATION FOR WHICH JUDICIAL AUTHORIZATION IS OBTAINED WILL BE RELEASED.

F.   ADMINISTRATIVELY DESIGNATED FBI FILE AND/OR SERIAL NUMBERS OR HANDLING INFORMATION.

G.   SENSITIVE LAW ENFORCEMENT INFORMATION WITHHELD PURSUANT TO THE LAW ENFORCEMENT PRIVILEGE.

J-1.   SECTION 102A(i)(1) OF THE NATIONAL SECURITY ACT OF 1947, AS AMENDED BY THE INTELLIGENCE REFORM AND TERRORISM PREVENTION ACT OF 2004, 50 U.S.C. § 3024(i)(1).

J-2.   INFORMATION PROTECTED FROM DISCLOSURE BY THE BANK SECRECY ACT (BSA) AND THE U.S. DEPARTMENT OF THE TREASURY REGULATIONS IMPLEMENTING THE BSA. SEE 31 C.F.R. § 5311 ET SEQ; 31 C.F.R. CHAPTER X.

J-3   INFORMATION DETERMINED BY ANOTHER DEPARTMENT OR AGENCY TO BE PROTECTED FROM DISCLOSURE PURSUANT TO 8 U.S.C. § 1202(f).

O-1.   INFORMATION WITHHELD AT THE DIRECTION OF ANOTHER U.S. GOVERNMENT AGENCY OR DEPARTMENT.

P.   INFORMATION RESTRICTED FROM PUBLIC RELEASE UNDER THE PRIVACY ACT OF 1974.  SUCH INFORMATION WILL BE PRODUCED IN MDL 03-1570 (S.D.N.Y.) PURSUANT TO THE PRIVACY ACT PROTECTIVE ORDER ENTERED IN THAT CASE.

P-1.   INFORMATION SUCH AS SOCIAL SECURITY NUMBERS, DATES OF BIRTH, AND OTHER SENSITIVE PERSONAL INFORMATION.

S.   NAMES AND OTHER PERSONAL IDENTIFYING INFORMATION OF LAW ENFORCEMENT PERSONNEL.

NOTE: Classification markings (classification banners and portion markings) are redacted without a code throughout the release.

Redacted and Authorized for Public Filing on the MDL Docket by the DOJ/FBI

To: (G) From: Criminal Investigative
Re: (F) 10/17/2001

(G)

AT (G)

1. Conduct logical investigation to identify the originating Saudi American Bank account associated with the following wire transfer:

    Wire Transfer From: Saudi American Bank
    Date: November 9, 1999
    Amount: $3,031.60
    Sender Ref Number (P-1)
    Possible Acct #

See enclosure for wire transfer instruction details.

2. Obtain any and all Saudi American Bank account records associated with this account and/or any and all Saudi American Bank accounts belonging to Asif Javed.

**Set Lead 4:**

(G)

AT (G)

1. Conduct logical investigation to identify the originating Dubai Islamic Bank account associated with the following wire transfer:

    Wire Transfer From: Dubai Islamic Bank
    Date: November 4, 1999
    Amount: $190.50
    Sender Ref Number 06JH
    Possible Acct # 6533.

See enclosure for wire transfer instruction details.

2. Obtain any and all Dubai Islamic Bank account records associated with this account and/or any and all Dubai Islamic Bank accounts belonging to Sulaiman El Ali.

**Set Lead 5:**

(G)

SUBJECT TO FBI PROTECTIVE ORDER

EO14040-002929-MDL-UPDATED
Redacted and Authorized for Public Filing on the MDL Docket by the DOJ/FBI