# Exhibit 4.1

Redacted and Authorized for Public Filing on the MDL Docket by the DOJ/FBI

To: Investigative Services   From: San Diego
Re: ▓▓▓▓ (F) ▓▓▓▓, 09/29/2001

With respect to Al-Bayoumi and Bagader, San Diego requests that the (G) obtain foreign-based bank account information for the individuals/accounts affiliated with the below listed transactions:

(1) Twenty-One wire transfers (W/T) made into Al-Bayoumi's BofA account# ▓▓▓▓3926:

| Date | Amount | Originator/Bank |
|---|---|---|
| 09/01/1998 | $ 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 09/14/1998 | 2,000 | Sharif Mohammed Abu Baker/GCNRUHCD; SAMBA RBG |
| 09/28/1998 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 10/26/1998 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 12/01/1998 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 01/07/1999 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 02/16/1999 | 9,985 | Omar Al-Bayoumi/United Saudi Bank |
| 02/17/1999 | 20,000 | *Unknown |
| 02/18/1999 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 03/02/1999 | 1,185 | *Unknown |
| 05/04/1999 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 05/24/1999 | 2,000 | **Soliman A. Elay/Citibank Washington |
| 06/03/1999 | 1,185 | Omar Al-Bayoumi/United Saudi Bank |
| 07/06/1999 | 1,180 | Omar Al-Bayoumi/United Saudi Bank |
| 09/23/1999 | 9,995 | Omar Al-Bayoumi/Saudi American Bank |
| 11/04/1999 | 190 | Sulaiman El Ali Sharjah UAE/Dubai Islamic Bank |
| 11/09/1999 | 3,031 | Asif Javed/Saudi American Bank |
| 02/09/2000 | 4,985 | Mohamed A Aziz Alhabib/Al Rajhi Banking & Investment Corp. |
| 12/26/2000 | 2,898 | Abdullah Bin Abdulaziz/NCB Head Office |
| 04/10/2001 | 12,985 | *Unknown |
| 04/17/2001 | 5,314 | SK Mohd Abdul Aziz Alhabib/Al Rajhi Banking & Investment Corp. |

Addresses for the above listed originating banks are contained within the enclosed wire transfer documents.

* To date, Bank of America has been unable to locate any supporting documents for these transactions. San Diego requests that the (G) query the Saudi Arabian banks for any records relating to these wire transfers.
** A complete accounting of this 05/24/1999 transaction will also be requested by San Diego from Citibank in Washington, DC.

(2) Seven ACH payments made into Al-Bayoumi's and Bagader's BofA accounts# ▓▓▓▓3926 and ▓▓▓▓0308, respectively. Although identified on their bank statements as EDI (Electronic Data Interchange)

3

SUBJECT TO FBI PROTECTIVE ORDER   EO14040-003075-MDL

Redacted and Authorized for Public Filing on the MDL Docket by the DOJ/FBI