# Exhibit 5

# DOCUMENT 55

CIA_000719

C05432020





# Intelligence Report
*Office of Transnational Issues*

# Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

*A Research Paper*



## Intelligence Report

*Office of Transnational Issues*

# Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

*A Research Paper*

CIA_000721

C05432020

### Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions █████

**Key Findings**

*Information available as of 20 November 1997 was used in this report.*

Several Islamic financial institutions—those that ascribe to the Koran's principles against the payment of interest—regularly serve as financial conduits and sources of financial support for a range of Islamic extremist groups, organizations, and political parties. Some of these extremists have been involved in terrorist activities. Our study of ██████ ███ on some 130 Islamic financial entities has revealed that Bank Al Taqwa and Dubai Islamic Bank demonstrate especially close financial and personal ties to Algeria's Islamic Salvation Front (FIS), Egypt's Gama'at al Islamiyya (IG), the Palestinian Islamic Resistance Movement (HAMAS), Saudi exile Usama Bin Ladin's terrorist Islamic Army, and other Muslim Brotherhood–backed groups ████████████████████ ████████████████ extremist ties to the Saudi-owned Dar Al Maal Al Islami and Dallah Al Baraka bank groups and Al Rajhi Banking & Investment Company, ████████████████ Specifically:

- Bank Al Taqwa, based in Nassau, is one of the most important financial conduits for the International Muslim Brotherhood (MB), ████████ ████████████. Along with its affiliate in Geneva, the bank has been a source of financial support for the Afghan and Bosnian Mujahaddin, the IG, FIS, and Tunisia's banned An Nahda movement. The bank's president has been a top MB financial officer in Europe since at least the mid-1980s, ████████. Its board of directors also includes a notable financial supporter of the IG and a prominent radical cleric based in Qatar.

- Dubai Islamic Bank (DIB) is a key financial conduit for Usama Bin Ladin's Islamic Army, HAMAS, and Oman's Muslim Brotherhood, ████████████████████. The bank's chairman, Saeed Ahmed Lootah, is a member of the MB and a close friend of Bin Ladin's, ████████████. Bin Ladin and his Sudan-based companies maintain several accounts at DIB. The bank also is used by such nongovernment humanitarian organizations (NGOs) as Human Appeal International—an alleged financial conduit for HAMAS—and the Dar al-Birr Society, which has financed the Bosnian Mujahaddin.

- Dar Al Maal Al Islami Trust (DMI), a Nassau-based holding company for about a dozen Islamic banks founded by Saudi Prince Muhammad Al Faisal Al Saud, has strong links to the ruling Sudanese National Islamic

CIA_000722

C05432020

Front (NIF). Six NIF members have been identified as directors or share-
holders of DMI's Khartoum subsidiary, Faisal Islamic Bank of Sudan
(FIBS); NIF leader Hasan al-Turabi is a past DMI board member, accord-
ing to bank annual reports. In addition, ████████████████████████
Istanbul-based Faisal Finance Institution and Faisal Islamic Bank of
Egypt in Cairo—both DMI subsidiaries—are key conduits for funding
Turkey's recently ousted Refah Party and Egypt's Muslim Brotherhood,
both of which are relatively moderate Islamic political parties.

- The Dallah Al Baraka Group owns several banking subsidiaries used
  extensively by extremists. Albaraka Bank (Sudan) is a financial conduit
  for the NIF and is used by the Islamic Army, ███████████████████

- The religiously ultraconservative Al Rajhi family—owners of the Al
  Rajhi Banking & Investment Company, with $8.6 billion of total assets—
  appears to be a key financial backer of the Afghan Mujahaddin, ████████
  ████████████████████████████████ The family and the bank
  purportedly also support NGOs who help finance the Bosnian Mujahad-
  din, HAMAS, and other extremists.

████████████████ Islamic Bank, Bahrain Islamic Bank, the Islamic Bank of
Yemen for Finance & Investment, and Qatar International Islamic Bank
maintain financial ties to radical extremist groups and suspect Islamic
NGOs, ██████████████████████████████████████

In addition to providing the ability to bank in accordance with their reli-
gious beliefs, Islamic activists—and militants—are attracted to Islamic
banks for two other reasons:

- Top management affiliations with the MB, HAMAS, and the NIF make
  Islamic banks a safehaven for extremist funds. ██████████████████
  ████████████████████████████████████████
  ████████████████ employees at Islamic institutions—who are

CIA_000723

C05432020



often hired on the basis of commitment to Islam—may turn a blind eye to money movements by extremist groups. Finally, a general lack of local regulatory scrutiny—as compared with regulation at conventional institutions—may offer additional confidence to extremists that their financial activities will not be closely examined.

- Islamic banks share profits with Islamic political groups and sometimes benefit Islamic sectors of the economy—through loans and employment—at the expense of non-Islamic communities. Islamic financial institutions in Sudan have been key financial supporters of the NIF, and those in Egypt generate income for the MB, ███████ Istanbul-based subsidiaries of Dallah Al Baraka, DMI, and the Kuwait Finance House have financially supported Islamic movements in Turkey. ███████

Because of a significant amount of cross-ownership among Islamic financial institutions, Islamic bank boards of directors and management teams share common personnel that may result in influence over bank policy with regard to dealings with extremists. Approximately 60 of the Islamic financial institutions examined were capitalized by Sheikh Kamel's Dallah Al Baraka Group and Prince Muhammad's Dar Al Maal Al Islami Trust, according to the financial press and bank annual reports, which affords them representation on numerous Islamic bank boards. In addition, MB member and DIB Chairman Lootah is a director of four Islamic banks in Bahrain and Bangladesh, and Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi is director or religious supervisor of Islamic financial institutions in Egypt, Kuwait, Malaysia, and Qatar. ███████



C05432020

vi

C05432020



# Contents

|  | Page |
| --- | --- |
| Key Findings | iii |
| Scope Note | ix |
| Islamic Financial Institutions: Ties to Extremist Groups | 1 |
| Bank Al Taqwa | 1 |
| Dubai Islamic Bank | 7 |
| Dar Al Maal Al Islami Group | 11 |
| Dallah Al Baraka Group | 14 |
| Al Rajhi Banking & Investment Company | 16 |
| Suspect Financial Activities at Other Islamic Banks | 18 |
| Motivations for Using Islamic Banks (U) | 19 |
| Financial Safehaven | 19 |
| Ability To Bank in Accordance With Religious Beliefs | 21 |
| Profit Sharing and Financing | 21 |
| Common Ownership and Management of Islamic Financial Institutions (U) | 22 |
|  | 23 |
|  | 23 |
|  | 27 |
| Appendix |  |
| Islamic Financial Institutions Worldwide (U) | 29 |

*Reverse Blank*

C05432020



**Scope Note**

This paper analyzes the financial and personal ties of Islamic radical movements to Islamic financial institutions ███████████████. It is not intended to suggest that most Islamic fin██████████████ conduct dealings with terrorists or that Islamic militants use Islamic banks exclusively to conduct financial dealings. Indeed, Islamic banks engage in a myriad of legitimate development projects, trade finance arrangements, and commercial partnerships. Moreover, Islamic extremist groups have been observed using conventional banks, couriers, business fronts, and other entities worldwide to move funds. A handful of Islamic banks, however, appear to be actively engaged in financing militant groups, and some bank executives have personal ties to Islamic extremists and activists. The purpose of this paper is to document reporting on this particular avenue for the financing of radical Islam and Islamic extremists and to assess its vulnerabilities. ██████

ix

CIA_000727

C05432020

## Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

### Islamic Financial Institutions: Ties to Extremist Groups

Our review ▮▮▮▮ suggests that Islamic extremist groups—some of which have undertaken extensive terrorist operations—make regular use of Islamic banks to maintain accounts and transfer funds (see insets on Islamic banking and terrorist groups).[1] ▮▮▮▮ Islamic nongovernment humanitarian organizations (NGOs) that are suspected of serving as fronts for Islamic radicals make extensive use of Islamic banks to channel financial support. Of the roughly 130 Islamic financial entities examined, ▮▮▮▮ Bank Al Taqwa and Dubai Islamic Bank stand out from other Islamic financial institutions because of their management's apparently witting involvement in the financial activities of Egypt's Gama'at al Islamiyya (IG), the Palestinian Islamic Resistance Movement (HAMAS), Usama Bin Ladin's Islamic Army, as well as numerous Muslim Brotherhood factions that are bent on establishing Islamic states.[2]

radical Islamic financial links of the Saudi-owned Dar Al Maal Al Islami and Dallah Al Baraka banking groups, and the Al Rajhi Banking & Investment Company;

▮▮▮▮ For a detailed list of Islamic financial institutions, their key officers, ownership, holdings, and links to Islamic political entities, see the appendix. ▮▮▮▮

### Bank Al Taqwa

Established in Nassau in 1988, Bank Al Taqwa (Piety Bank) has been described as the single-most-important financial conduit for the International Muslim Brotherhood (MB) ▮▮▮▮ [3]



---

[1] Islamic groups also use conventional banks as needed. Cells of Islamic organizations operating in Europe and the Americas, for example, use Western banks because of the lack of Islamic financial institutions in these continents. Islamic groups also may find it necessary to spread their holdings among a variety of conventional and Islamic banks to deter security forces watching for terrorist-related transactions. It is interesting to note that Middle Eastern terrorist groups whose primary goal is the destruction of Israel rather than the establishment of Islamic states—the Abu Nidal organization, the Popular Front for the Liberation of Palestine–General Command (PFLP-GC), the PFLP, and the like—overwhelmingly use conventional financial institutions and make use of Islamic banks on an infrequent basis. ▮▮▮▮

[2] According to the International Association of Islamic Banks (IAIB), approximately 180 Islamic financial institutions operate worldwide. The number of Islamic financial institutions in this paper differs from the number reported by the IAIB because our analysis focused on those establishments that are, in large part, privately owned and that specifically were established with Islamic charters. In this regard, we have excluded the 10 government-owned banks operating under Iran's Islamic regime; some 40 banks in Pakistan and 20 in Sudan that adopted Islamic banking principles under government law; and another 20 entities in Malaysia that are IAIB members but do not appear to be deposit-taking and lending institutions. Included here are an additional 40 Islamic financial institutions and investment companies ▮▮▮▮ that apparently are not IAIB members.

[3] The term "International Muslim Brotherhood" is generally used to refer to a political movement that promotes the use of Islamic law within the existing political systems of Muslim states. It does not exist as a formal or recognized organization; indeed the Muslim Brotherhood, as a formal political organization, is outlawed in every Middle Eastern country except Kuwait. Nevertheless, illegal or unrecognized factions operate in almost every Muslim country. In addition, significant qualitative differences exist among these movements. The Egyptian Muslim Brotherhood, for example, operates largely as a peaceful, political force under a government that significantly represses its activities. Extremist Muslim Brotherhood factions—such as Algeria's Armed Islamic Group and Egypt's Al Gama'at al Islamiyya—seek to overthrow their secular governments and impose Islamic law. ▮▮▮▮

C05432020

*A Profile of Islamic Banking* (U)

O ye who believe! Fear God and give up what remains of your demand for usury if ye are indeed believers. If ye do it not, take notice of war from God and his Apostle. But if ye turn back, ye shall have your capital sums. Deal not unjustly, and ye shall not be dealt with unjustly.

Sura II - Al-Baqarah
Verses 278-279, The Koran (U)

*Islamic banking is a financial system that conforms to the principles of Islamic law (shari'a), which forbids the payment of interest and other guaranteed returns on loans and investments.[a] It began to flourish during the latter 1970s when prominent Muslim scholars from oil-rich states began to actively promote a conservative interpretation of the shari'a in relation to politics, economics, and finance. Although some teach that the prohibition of interest affects only exploitative or exorbitant charges, most scholars in the Arabian Peninsula and Sudan believe in eliminating interest in all dealings on the basis that lenders, like borrowers, must share in the risk of an enterprise. In lieu of interest, Islamic banks earn income by sharing in the profits on loaned capital provided to business—viewing themselves as business partners that share in the returns of a project. On the other hand, the lending institution also shares in the risk of losses and may not be able to recover the principal from a failed project. During the*

*past two decades, the number of Islamic banks has increased markedly.[b] This growth coincided with—and probably was favorably affected by—the adoption of Islamic banking systems in Iran, Pakistan, and Sudan, and the general rise of Islamic fundamentalism throughout the Middle East. (U)*

*Several basic lending structures are used in Islamic financing, each of which describes particular partnerships between the bank and the customer:*

- **Murabaha**—*the most widely used Islamic financial product—is often used in international trade in place of letters of credit. In this arrangement, the bank purchases goods and resells them to the borrower at a higher price. The borrower might pay for the goods in a lump sum or installments.*

- **Mudaraba**, *or "speculation in partnership," involves bank financing of an entire investment project in return for a share of the profits. The client contributes management, labor, and technical skill. Such financing resembles the raising of venture capital in the West, although the borrower usually is well known to the Islamic bank, which may help lower the credit risk.*

---

[a] *The overriding principles of Islamic economics are justice and equity and the prohibition of anything exploitative or burdensome. In Islamic banking, interest is a guaranteed (riskless) return that is to be paid regardless of whether the borrower's venture is successful. Islamic law contends that interest payments should not be borne by unfortunate borrowers whose projects fail. A corollary offered by conventional bankers, on the other hand, is that highly successful borrowers face the prospect of paying Islamic banks far more in shared profits than they would to a conventional bank, which demands the payment of a usually lower, fixed return.* (U)

[b] *Despite the increase in the number of Islamic financial institutions operating worldwide, the Islamic banking sector represents a tiny slice of the international financial system. According to the financial press, the industry controls about $100 billion of assets—which is equivalent to roughly half of the total assets of Citibank NA in New York.* (U)

CIA_000729



*A Profile of Islamic Banking* (U) (continued)

- **Al-Qard Al-Hasan** *is a no-interest loan primarily for use in the initial phases of one of the above arrangements to help the borrower establish his operation.* (U)

*Depositors can earn returns from Islamic bank–financed projects by placing funds in participatory profit and loss accounts (PPLA). PPLAs are similar to Western mutual funds because returns may be positive or negative—depending on the profitability of the underlying investment projects. Other deposit accounts yield no return under Islamic law. Small savers who desired to adhere to Islamic principals initially were the major source of Islamic deposits, although wealthy individuals increasingly are using Islamic banks to manage their portfolios*

*Islamic banks have religious supervisory boards composed of clerics that oversee borrowing and lending activities. The board ensures that financial activities are in line with the shari'a by making certain that bank funds are not used to promote businesses such as those dealing in alcoholic beverages, gambling, pork production, and pornography. In addition, religious boards enforce prohibitions governing Islamic investment in businesses that earn income from interest-based debt instruments. Religious boards further ensure that the bank's balance sheet is liquid out of concern that depositors may demand their funds; Islamic banks cannot cover a run on deposits, as conventional banks can, by readily borrowing from other banks.[d] Finally, the boards ensure that banks pay zakat, a tax usually amounting to 2.5 percent of profits that is distributed to charities.* (U)

[d] *Islamic banks are cut off from conventional capital markets because of restrictions on interest, which has limited their investment opportunities. The problem has resulted in surplus liquidity in the industry because Islamic banks are unable to structure their investment portfolios over longer terms.* (U)

3

CIA_000730

C05432020

*Profiles of Some Key Islamic Extremist Groups* (U)

### Al Gama'at al Islamiyya (IG)
*An indigenous Egyptian Islamic extremist group active since the late 1970s, the IG seeks to overthrow the government of President Hosni Mubarak and replace it with an Islamic state. The IG has led armed attacks against Egyptian security and other government officials, Christians, and Egyptian opponents of Islamic extremism. Apparently, the IG has lost some of its leadership during the past several years. IG leader Tallat Fuad Kassem purportedly has not been seen since his arrest and extradition to Egypt in 1995. IG spiritual leader Sheikh Umar Abd Al-Rahman, also known as the Blind Sheikh, is in US prison for his role in conspiring to bomb the World Trade Center in New York.*

### Armed Islamic Group (GIA)
*GIA began its violent activities nine months after Algiers voided the victory of the Islamic Salvation Front (FIS) in the December 1991 legislative elections. GIA members, who number several hundred to several thousand, seek to overthrow the secular Algerian regime and replace it with an Islamic state. GIA's terrorist campaign against foreigners living in Algeria began in September 1993 and has resulted in the killing of about 100 expatriates to date through assassinations, bombings, and slitting the throats of kidnap victims.* (U)

### Islamic Resistance Movement (HAMAS)
*Formed in late 1987, HAMAS is an outgrowth of the Palestinian branch of the Muslim Brotherhood concentrated in the Gaza Strip and a few areas of the West Bank. Various elements of HAMAS have used both political and violent means—including terrorism—to pursue the goal of establishing an Islamic Palestinian state in place of Israel. HAMAS is loosely structured, with some elements working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda. HAMAS maintains maximum secrecy and discretion in moving funds to and from the occupied territory, using a diverse network of charities, educational organizations, money couriers, and Islamic and conventional financial institutions.*

### Islamic Salvation Front (FIS)
*This Algerian Islamic fundamentalist movement was banned in March 1992 after winning the December 1991 elections. The official FIS leadership was imprisoned in Algeria, and many other officials went into exile throughout the Middle East and Europe following the regime crackdown on the movement. Since 1992, Algerian Government forces have made substantial progress against the military wing of the FIS, although some militant offshoots of the group continue to operate in Algeria and abroad.* (U)

### Jihad Group
*Also known as Al-Jihad, Islamic Jihad, and Vanguards of Conquest, the Egyptian Islamic extremist group has been active since the 1970s. The various Jihad factions regard "Blind Sheikh" Umar Abd Al-Rahman as their spiritual leader. The goal of Al-Jihad is to replace the secular Egyptian Government with an Islamic state. It specializes in armed attacks against Egyptian Government officials, unlike the IG, which targets low-level security personnel, tourists, and Coptic Christians.* (U)

CIA_000731

C05432020





ATMO and the Governments of Iran and Kuwait.

*Key Bank Officials.* Bank President Youssef Nada is an Egyptian-born, naturalized Italian citizen who is an engineer by profession. Nada has a long history as a financial officer for the MB. ████████ Nada was the top MB officer in Europe and was entrusted to invest MB funds under the cover of personal and business-related investments.

- The French press raised allegations in 1995 that ATMO finances Algeria's Islamic Salvation Front (FIS) and the Armed Islamic Group (AIG). ████████.[5] In addition, the article identified Khaldoun Dia-Eddine as an ATMO employee who also represents the Swiss office of the Irish charity, Mercy International—an NGO that has supported the Bosnian Mujahaddin and Somalia's Al Ittihad Al Islamiyya,[6]

█████ Al Taqwa's president also heads Nada International Anstalt, in Vaduz, Liechtenstein, and Youssef M. Nada & Company GmbH, in Vienna,█████; these are apparently

- ██████████ leaders of the outlawed Hisb al Tahrir al Islami (Islamic Liberation Party), an anti-Jordanian-Government group, are funded by donations from

[6] Khaldoun Dia-Eddine is secretary of the Islamic Community Center in the canton of Ticino in Switzerland, according to a Swiss business database. Ahmed Idriss Nasreddin and Ali Ghaleb Himmat are president and vice president, respectively, of the center. Dia-Eddine also operates Dia-Eddine & Company in Zug, Switzerland, according to Dunn & Bradstreet.████

5

C05432020

affiliates in the Al Taqwa group.[8]

Ali Ghaleb Himmat—the senior officer of the bank—is a Tunisian national and long-time MB member, ███████████████████Like Nada, Himmat is also a naturalized Italian citizen and a director of Nada International Anstalt, in Vaduz. (S NF OC)

Wealthy international businessman Ahmed Idriss Nasreddin plays a key, though unspecified, role in the Al Taqwa Group. He is a prominent IG financial supporter ████████████████████

███████████████████████ adivsers to the bank include Sheikh Youssef Al Qaradawi, a radical Islamic cleric based in Qatar, and Syrian MB member Abdul Fattah Abou Ghodda. Qaradawi is an exiled Egyptian national who purportedly supports closer ties to Egypt's IG. He has called publicly for the overthrow of the Mubarak government, ████████████████████. He has had past contact with Gama'at spiritual leader Sheikh Umar Abd Al-Rahman—the "Blind Sheikh"—who was convicted of conspiracy in the World Trade Center bombing.[10] ████████████ Qaradawi helped form the Omani Muslim Brotherhood (OMB) during the early 1980s, ████████████████

Professor Khurshid Ahmad, a senator in the Pakistani legislature representing the Jamaat-i-Islami (Pakistan's MB), also may be affiliated with the bank. An expert in Islamic economics, Ahmad has personal and financial ties to Nasreddin. ███████████████

*Operations.* Bank Al Taqwa was incorporated in The Bahamas ████████████████████ The bank and its affiliates apparently operate on a secretive level, making little known about their specific financial dealings, █████████████

[8] Corporate records of Nada International indicate that until 1983 Jamal Al Barzinji, Hisham Altalib, and Muhammad Shamma were directors of the Liechtenstein firm. Barzinji and Altalib currently are directors of a US affiliate of a Saudi charitable foundation. This US affiliate, based in Virginia, is headed by Saudi national Ahmed Totonji, who is a major financier of Islamic extremist organizations throughout Europe, ████████████████████████████████████████████. Muhammad Shamma probably is identical to the senior HAMAS political leader, ██████████████

[9] The Nasreddin family has extensive corporate and financial interests emanating from The Bahamas. Ahmed Idriss Nasreddin and his family control a worldwide network of companies engaged in commodities trading and real estate through The Bahama's-registered holding company, Nasreddin Group International. In addition, he probably established the Al Akida Islamic Bank, also registered in Nassau.

[10] ████████████████ Qaradawi has gained increasing stature as an MB cleric and scholar throughout the Gulf region. ████████████████ in 1994, Saudi Arabia awarded Qaradawi the King Faisal International Prize for his research and writings on Islamic law, and, █████████████ Qaradawi has been a paid religious affairs adviser to Qatari Emir Khalifa bin Hamad al-Thani for several years.

CIA_000733



Figure 1. *Dubai Islamic Bank Chairman Saeed Ahmed Lootah, friend and banker to terrorist financier Usama Bin Ladin, also has ties to several charities that support HAMAS, the Bosnian Mujahaddin, and Muslim Brotherhood causes worldwide. The photograph is taken from the 1994 Albaraka Islamic Investment Bank B.S.C. Annual Report.*

Although Bank Al Taqwa's capital clearly was provided from MB coffers, ████████████. The French press reported in 1995, for example, that the Saudi-owned Dallah Al Baraka Islamic banking group was a part owner of the bank.

████████████ US press reports cite the existence of a branch of the bank in Algeria; ████████████ Finally, the Turkish press reported in 1990 that Turkish Refah Party hardliners Oguhzan Asilturk and Recai Kutan were among seven founders of the bank.[11]

### Dubai Islamic Bank

Dubai Islamic Bank (DIB) is a financial conduit for Usama Bin Ladin's Islamic Army and HAMAS, ████████████ ties of the bank and its directors to several NGOs that

allegedly remit funds to HAMAS and militant Afghani and Bosnian extremist groups. Saeed Ahmed Lootah, DIB's chairman (see figure 1), is anti-Western—ascribing to various conspiracy theories regarding the intentions of the United States and other Western countries to control the Islamic world. He also is known for deep religious conservatism and strong support—financial and otherwise—for Islamic political causes, ████████████

████████████. Lootah (see figure 2) also has ties to Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi, Usama Bin Ladin, and NIF leader Turabi. His religious conservatism apparently extends to DIB's personnel policy; bank employees are forbidden to be involved in outside business activities, nor are they to associate with non-Muslims, ████████████. The Lootah family lives in the isolated community of Medinat Al Lootah, located outside Dubai and the "corrupting influences of the city," ████████████

[11] Asilturk is a key adviser to recently ousted Turkish Prime Minister Necmettin Erbakan, and Kutan was his Minister of Energy and Natural Resources. The allegations of Turkish Refah Party capitalization of Bank Al Taqwa may have some merit, given longstanding ties of Refah's leadership to the MB.



CIA_000734

C05432020





*Figure 2. Chairman Lootah (center) hosts Bank Al Taqwa adviser and radical Qatar-based Muslim Brotherhood member Sheikh Youssef Al Qaradawi (right) and Egyptian journalist Fahmi Howaidy at Dubai Islamic Bank headquarters sometime in 1995. Qaradawi also is a significant backer of Oman's Muslim Brotherhood. Howaidy is a well-respected columnist for several Egyptian and Gulf newspapers,* ▮▮▮ *The photograph is taken from the 1995 Dubai Islamic Bank Annual Report.* ▮▮

### Financial Links to Usama Bin Ladin and the Islamic Army. ▮▮▮▮▮▮▮▮▮▮ Lootah is a

close friend and business associate of Usama Bin Ladin's, head of the Islamic Army—a pan-Islamic militant group established during the Afghan war (see inset). Its goal is to bring about the return of the Caliphate—the office held by a successor to the prophet Muhammad who serves as the spiritual leader of Islam. ▮▮▮▮▮▮▮ that Bin Ladin's Sudan-based companies are customers of DIB.[12]

Lootah and DIB have alleged ties to other Dubai-based individuals and firms that maintain financial links to Bin Ladin:

- Hisham Ihsan Koprulu, the General Manager of Koprulu Trading Company in Dubai, is a DIB customer who has had regular business and financial dealings with Bin Ladin, his Al-Hijra company, and Islamic Army members. ▮▮▮▮▮▮▮▮



[12] Until around 1996, Bin Ladin controlled some 20 companies in Sudan that are registered in the names of trusted Islamic Army members ▮▮▮▮▮ He was to have sold the firms in 1996 when he departed Sudan, ultimately for Afghanistan. Although some have been liquidated or are winding down operations, Bin Ladin purportedly retains control of others. ▮▮▮▮

8

CIA_000735

C05432020

## Terrorist Financier Usama Bin Ladin: Background and Islamic Financial Ties (U)

Saudi exile Usama bin Muhammad bin Awad Bin Ladin is arguably one of the most significant financial sponsors of Islamic extremists in the world today. One of 24 sons of Saudi construction magnate Muhammad Bin Ladin—founder of the Kingdom's Bin Ladin Group business empire—Usama joined the Afghan resistance movement almost immediately after the December 1979 Soviet invasion of Afghanistan. He gained prominence during the Afghan war for his role in financing the recruitment, transportation, and training of Arab nationals who volunteered to fight alongside the Afghan Mujahaddin. By 1985, Bin Ladin had drawn on his family's wealth and donations from sympathetic Gulf merchants to organize the Islamic Army, or al-Qaida, to fight in Afghanistan. His experiences there cemented his dedication to militant Islamic causes. Bin Ladin relocated to Sudan in 1991, where he was welcomed by ruling National Islamic Front (NIF) leader Hasan al-Turabi. During his five-year stay in Sudan, Bin Ladin had a close association with Sudan's Islamic banks:



Usama Bin Ladin (U)

Mohamed Bin Ladin is a director of the Dar Al Maal Al Islami Group (DMI).

- Bin Ladin provided $50 million toward the capital of Al Shamal Islamic Bank, according to press reports.

- Bin Ladin possibly owned a third each of the Animal Resources Bank (ARB) and the Farmers Bank for Investment & Rural Development, ARB helps facilitate the flow of funds to various Islamic groups in Sudan from abroad.

- Bin Ladin's companies and the Islamic Army conducted substantial business through Albaraka Bank (Sudan), Al Shamal Islamic Bank, Faisal Islamic Bank of Sudan (FIBS), and Tadamon Islamic Bank.

The late Salim Bin Ladin, Usama's half-brother, was among the original investors in FIBS , and half-brother Haydar

Bin Ladin's choice of financial institutions in Sudan and abroad probably is based on personal contacts at the banks and security concerns. NIF cadre dominate bank boards and the top management positions at the Islamic banks in Sudan and probably are business associates or sympathizers to Bin Ladin's cause.

His use of Dubai Islamic Bank probably stems from his purported friendship with DIB Chairman Lootah:

- Because Islamic institutions are limited in number and have little or no presence in many developed countries, Bin Ladin purportedly is forced to maintain accounts at conventional banks throughout the world. to adhere to Islamic principals, a fatwa (religious opinion) was issued to allow Bin Ladin to keep funds in non-Islamic banks. Bin Ladin donates any interest he earns on these accounts to charitable causes.

9

**Financial Links to Oman's Muslim Brotherhood.**
Lootah was one of the principal financial supporters of the Omani Muslim Brotherhood (OMB) as of late 1994, █████████████████. He purportedly aided Hamid Al Ghazali—a leader of a group of Islamic extremists in Oman—who controlled and directed the OMB's sizable portfolio of investments at that time. In addition to DIB, an important repository for OMB investments was Abrar Investments in the United States. ████████████
[13]
████████████████████████████ Muscat arrested hundreds of OMB members in 1994 for plotting to overthrow the government. ████

**Ties to Radical NGOs.** DIB and Lootah have connections to several Islamic NGOs that purportedly fund militant causes. A principal connection probably is through DIB board member Sheikh Yousif Jassim Al Haji—an important leader in Kuwait's extensive network of private charities. Al Haji is chairman of the Kuwait-based International Islamic Charities Organization (IICO), an NGO that oversees 150 member organizations worldwide. ████████████████ ████████████, the IICO was established in 1986 as a cover entity for the safe and efficient management of

MB finances ████ [15] ████ the IICO sends funds ████████ to the Peshawar, Pakistan-based Maktab-ul Khedamat, an NGO that coordinates activities of militant Afghanis and supports the Bosnian Mujahaddin. [16] In addition, Al Haji is an executive board member of the Khartoum-based Islamic Dawa Organization (IDO)—which is, ████ ████████████ an NGO controlled by the NIF. Al Haji's position as DIB director suggests that some of the Kuwati ownership in DIB is held by IICO and that some of DIB's annual *zakat* payments (charitable donations) are channeled to the IICO and IDO. In addition:



---

[13] Abrar was established in the United States in 1990 by Malaysian national Wan Muhamad Hasni Wan Sulaiman and has grown into one of the largest Islamic investment vehicles in the world, ████ ████████████. Its holding company, Abrar Group International, was subsequently established in Kuala Lampur in 1992. (U)

[15] In April 1995, according to Kuwaiti press reports, Egyptian terrorist Ashraf Abdul-Halim Abdul Gaffar attended three days of meetings held by the IICO General Assembly. Gaffar reportedly kept a low profile; it is not clear how he entered Kuwait or why he attended the meetings.
[16] Maktab-ul Khedamat (MK) was established in 1985 in Pakistan by a member of the Jordanian MB. It serves as a coordinating organization for the Mujahaddin in Afghanistan and Pakistan and, despite its involvement in legitimate charitable activities, its primary aim is the prosecution of *jihad* (holy war) against those who oppress Muslims. Employees of MK have been implicated in several terrorist incidents, including the World Trade Center bombing. ████

CIA_000737

Figure 3. The banks owned by Dar Al Maal Al Islami Chairman Prince Muhammad Al Faisal Al Saud provide significant financial support for the Egyptian Muslim Brotherhood, Sudan's National Islamic Front, and Turkey's Refah Party. The photograph is taken from the 1994 Faysal Islamic Bank of Bahrain Annual Report. (S NF)

dozen Islamic bank subsidiaries. █████ ████████████ DMI acts as a financial conduit for various Islamic extremist groups, MB factions, and Islamic political parties ████ DMI has strong financial links to Sudan's NIF, ████████ ████████████████. NIF leader Hasan al-Turabi, a onetime member of DMI's board of directors, is a personal friend of DMI Chairman and founder Prince Muhammad Al Faisal Al Saud—a Saudi royal family member (see figure 3) who has provided the NIF significant funding, ████████████████████████████ ████████████████████████. Turabi has attended DMI shareholder meetings with Prince Muhammad in Geneva. According to bank directories and annual reports, other members of DMI's board of directors include:

- Radical Qatar-based cleric and Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi, who is on DMI's religious supervisory board.

- Saudi businessman Abdullah Othman Abdurrahman Al-Hussaini, President of the Saudi-based Al-Waqf Al-Islami Foundation. ████████ ████████ Al-Waqf Al-Islami is a charity that supports Egypt's IG. Through its Dutch office, the NGO is affiliated with Rachid Nafih, an IG-linked religious leader in the Netherlands. ████████

- ████████████████████████ Lootah actively participates in the UAE-based Jama'iyah Al-Islah Ad-Diny (Association for Religious Reform), which collects donations throughout the UAE to support MB causes worldwide. ████████████

### Dar Al Maal Al Islami Group

Registered in Nassau in 1981 and administered from Geneva, Dar Al Maal Al Islami (DMI)—the House of Islamic Funds—is the holding company for roughly a

11

C05432020

[blackout] board of directors, according to bank directories.

[blackout]

in the DMI network promote fundamentalist movements by financing Islamic businesses and charities through the various Faisal Islamic Banks. [blackout] the DMI network is a financial conduit for the Afghan Mujahaddin, Algeria's FIS, Tunisia's banned An Nahda movement, and extremists operating in Egypt, Morocco, and the United States.

*Faisal Islamic Bank of Sudan (FIBS).* This DMI subsidiary stands out as a financial and logistic hub for the NIF and apparently is under its virtual control. At least six FIBS directors and shareholders are top-level NIF members or financial backers of the government:

[blackout]

- London-based FIBS director and shareholder El Nur Zarroug has been described as one of the top financial supporters of the NIF in Europe, [blackout]

  [blackout]

  El Tayeb Mohamed El Nous, and Hashim Hago—all FIBS shareholders—are among key NIF financial supporters.

- Religious Supervisor Ahmed Mahjoub Haj Nour is among the most radical members of the NIF, [blackout]

  [blackout]

FIBS branches are used regularly to channel financial support, obtained largely from the Gulf states, to the NIF.

- FIBS is closely affiliated with several NIF-controlled charities, such as the Sudanese chapter of the IDO, which provides financial and political support for subversive Islamic causes. [blackout] [blackout] key individual contributors to the IDO have included Prince Muhammad and Dallah Al Baraka Chairman Sheikh Saleh Kamel, both of whom supported the NIF in taking control of the organization.[19] The IDO generates revenue from

[19] [blackout] the IDO's 60-member executive board is a virtual who's who of Islamic bank and NGO directors. Sudanese nationals—composing the bulk of the IDO board—are NIF cadre; foreign members have strong ties to the NIF or have been otherwise described as among the most militant members of the MB. Top Islamic bank managers on the IDO executive committee include IDO National Committee President Eissa Mohamed al Khalifa, chairman of Bahrain Islamic Investment Company; Sheikh Abdul Rahman bin Abdulla al Mahmoud, chairman of Qatar Islamic Bank; Dr. Othman Abdul Wahab, chairman of Sudan's Al Shamal Islamic Bank and manager of the Islamic Insurance Company—an FIBS subsidiary firm; Sheikh Ahmed Sa'ad al Jaser, chairman of the International Investment Group in Kuwait; Ibrahim Khalifa Ali al Khalifa, a director of DMI and Faisal Islamic Bank of Bahrain (FIBB); Ahmed Salah Jamjoom, a director of FIBB and FIBS; Sheikh Yousif Jassim Al Haji, head of Kuwait's IICO and a director of DIB; Sheikh Youssef Al Qaradawi, an adviser to Al Taqwa Bank and religious supervisor of DMI, Faisal Islamic Bank of Egypt, Qatar International Islamic Bank, Kuwait's Majestic Global Investments, and Commerce MGI in Kuala Lampur; Dr. Salah Abu al Naja, general manager of Sudan's Tadamon Islamic Bank; Sheikh Abdul Basit Ali, a shareholder in Tadamon Islamic Bank; Mohamed Abduh Yamani, a director of the Dallah Al Baraka Group and various Al Baraka subsidiaries; Sheikh Mohamed Othman Khalifa, a manager of the Sudanese Islamic Bank; Dr. Abdulla Omer Nasif, secretary general of the Muslim World League (MWL) and an FIBS director; Amin Aqil Attas, MWL assistant general secretary and an FIBS director; Sheikh Muhamad Abdallah Al Dabbagh, head of the Qatar Charitable Society, a director of Qatar Islamic Bank, and the Qatar Islamic Insurance Company; and Saudi "businessman" Ahmed Totonji, a director of a US affiliate of a Saudi foundation and alleged financer of extremist organizations. In addition to accounts at five Islamic banks in Sudan, the IDO maintains one or more accounts at Bahrain Islamic Bank, Dubai Islamic Bank, the Islamic Investment Company of the Gulf in Manama, Kuwait Finance House, and Qatar Islamic Bank.

CIA_000739

C05432020

its commercial arm—the Danfodio Charitable Trust—a shareholder in FIBS and Sudan's Al Shamal Islamic Bank.

***Faisal Finance Institution (FFI).*** A DMI subsidiary based in Istanbul, FFI ██████████████████████████████████ ██████████ Turkish national ████████ who is a close friend of DMI Chairman Prince Muhammad's ████████ was on FFI's Executive Committee as of 1993, according to the 1993 Telerate Bank Directory and, ████████████ ████████ is a founder of the Saudi-based Muslim World League (MWL).

***Faisal Islamic Bank of Egypt (FIBE).*** This DMI subsidiary has been affiliated with Egypt's MB since the mid-1980s, ██████████████████████████████ ██████ FIBE general manager ████████ was senior MB member Ahmad Ali Kamal, who was a close friend of DMI and FIBE Chairman Prince Muhammad's and who was second-in-command of the MB's secret military wing during the 1950s. The chairman also was a close friend and business partner of senior

Egyptian MB member Tawfiq al Shawi—who became an adviser to DMI. Although the Egyptian MB operates as a political group and publicly opposes violence, Cairo has sought to deny it direct political power out of concern that it poses a threat to civil unrest. In May 1993, President Mubarak informed Saudi Arabia's King Fahd that violent Islamic groups in Egypt are financed through FIBE branches, according to press reports, although some of his concern probably stems from the secular government's anxiety over even Islamic groups that seek to advance through mainstream political and legal channels. Nevertheless, ████████████████ FIBE may serve as a source of financial support for some of Egypt's less moderate Islamists. ████████████████ FIBE is one of the few entities still supporting radical Egyptian exile Salem Azzem—a onetime supporter of Egypt's Islamic Jihad and the Blind Sheikh. In addition:

- ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████

- FIBE probably maintains accounts for the Ansar Al Sunna, a strict Islamic fundamentalist sect that, until recently, maintained close ties to Sudan's NIF.

- In 1991, ██████████████████████████████, the IG hung posters in Cairo and Alexandria calling for Egyptians to finance the Palestinian uprising in the occupied territory by depositing funds into specific FIBE accounts. In addition, ████████████ ██████████ Faten Mohamed Shoaeb, the wife of the "Blind Sheikh" Umar Abd Al-Rahman, maintained US dollar and sterling accounts at FIBE purportedly to support the Jihad Organization.

CIA_000740

C05432020

***Faysal Islamic Bank of Bahrain (FIBB).*** This DMI subsidiary maintains a branch in Lahore, Pakistan,





*Figure 4. Subsidiaries under the control of Dallah Al Baraka Chairman Sheikh Saleh Abdullah Kamel profit and serve as financial conduits for the Jordanian Muslim Brotherhood, Sudan's National Islamic Front, and Turkey's Refah Party.*

*The photograph is taken from the 1994 Al Baraka Bank Bangladesh LTD Annual Report.*

#### Dallah Al Baraka Group

A few banking subsidiaries of Sheikh Saleh Abdullah Kamel's $4.5 billion Al Baraka Investment & Development Company in Jeddah—generally known as the Dallah Al Baraka Group—have links to Islamic extremists (see figure 4). [redacted], Albaraka Bank (Sudan) is another NIF-controlled financial institution whose board of directors once included NIF leader Hasan al-Turabi and currently includes several high-ranking NIF members; Dallah Al Baraka Chairman Kamel has been a key financier of the NIF. In addition, [redacted] branches of Albaraka Bank (Sudan)—especially the Al-Burg branch—have been used by firms owned by Usama Bin Ladin and members of his Islamic Army [redacted] Bin Ladin maintained an account at Albaraka Bank (Sudan) in his own name [redacted] the Al-Burg branch is a base of operation for the Al Ikhlas International Company—a firm that operates as a front for Bin Ladin's money:

- [redacted] the NIF finances Islamic groups in Djibouti through accounts with Banque Albaraka

Djibouti, as well as through three other banks operating locally. The NIF uses Djibouti as a base to recruit students for military training in Sudan and to support security forces in Ethiopia and Somalia; NIF cadre work with hardline Islamic fundamentalists employed by the Saudi International Islamic Relief Organization. [redacted] Islamic deposits are tightly controlled at Banque Albaraka Djibouti, and the bank will accept deposits only if a name is accompanying the money; otherwise, the deposit will be returned to the remitter. [redacted] Albaraka would prefer not to handle individual Islamic deposits because of the money's potential links to terrorists. [redacted] Banque Albaraka Djibouti purposely created administrative problems for the Sudanese Embassy in March 1994 that forced the NIF to use another bank. [redacted]

Al Baraka director Mohammad Abduh Yamani (see figure 5)—a former Saudi Minister of Information and Kamel's brother-in-law—apparently has close ties to the NIF as evidenced by his membership on the executive board of Sudan's IDO, [redacted]

14

CIA_000741



Figure 5. Mohamed Abduh Yamani, former Saudi Minister of Information and Sheikh Kamel's brother-in-law, is a director of several Dallah Al Baraka subsidiaries. Yamani is on the executive board of the NIF-controlled Islamic Dawa Organization

The photograph is taken from the 1994 Albaraka Islamic Investment Bank B.S.C. Annual Report



**Beit Al Mal Al Philistini.** Sheikh Kamel is a founder and financial backer of Beit Al Mal Al Philistini (Palestinian Treasury) in Ramallah on the West Bank

20

Several financial organizations named "beit al mal" (treasury) operate worldwide.

In addition, Bait Al-Mal Al-Islam is registered in London as a religious trust.

[20] Al Baraka and Yamani have a potential commercial tie to the MB through ownership in a Malaysian firm. Dallah Al Baraka owns roughly a third of the Joint Arab Malaysian Investment (JAMI) Company, an investment, holding, and trading company based in Kuala Lampur. Kamel controls another 4 percent of JAMI through the Jeddah-based Iqra Charitable Foundation, which he and Yamani established. Corporate records indicate that other JAMI investors include Fahad Suleiman al Rajhi (33 percent), a director of Al Rajhi Banking & Investment Company; the Virginia affiliate of a radical Saudi charitable foundation (14 percent); Saudi businessman Ibrahim al Afandi, who has been invited to the NIF-dominated Popular Arab and Islamic Conference in Khartoum; and Sheikhs Abdul Rahman bin Aqeel and Fouad al Khateeb, Saudi nationals who have been described as militant MB members

Bait Al-Mal Al-Islam is a repository for funds for the London-based Muslim Institute, an anti-West, pan-Islamic political movement established by the late Kalim Siddiqui. Virulently pro-Iranian, Siddiqui fully supported Tehran's *fatwa* against Salman Rushdie and traveled extensively to Iran, according to press reports. A 1996 report from the US Embassy in Pretoria alleges that Siddiqui's institute was used to channel Iranian funds for extremist purposes.

15

the Al Rajhi family and ARBIC documents their financial support for the Afghan Mujahaddin in Pakistan via humanitarian organizations. ████████ ███████████████ Suleiman Al Rajhi is the Kingdom's largest payer of *zakat* (charitable donations); he reportedly maintains a staff of 20 to manage his unpublicized charitable endeavors:

- ████ 1997, ████████ a "Sheikh Rajhi" deposited ████████ into bank accounts held by the director of Maktab-ul Khedamat (MK)[24] and another NGO

- In 1995, Islamic activist Sulayman Agbariyah admitted ████████ that he held shares in Beit Al Mal. Agbariyah is deputy mayor of Umm al Fahm, an Arab city in Israel bordering the West Bank, and involved in disbursing aid to Palestinians.

████████ In addition, an unspecified member of the Al Rajhi family is charged with overseeing financial support to the Afghan Mujahaddin along with the IIRO Director in Kabul, ████████

- ARBIC apparently has been a conduit for funding the Mujahaddin since the early 1990s.

**Al Rajhi Banking & Investment Company**
Riyadh-based ARBIC, with some $8.6 billion in assets—is 80-percent owned by the secretive and religiously ultraconservative Al Rajhi family, ████ ████████ The most compelling information on Islamic extremist links to

████████ Al Rajhi financial support for several other Saudi NGOs that purportedly divert funds to Islamic extremists:

[24] See footnote 16. (U)

16

the Al Rajhis were routinely contacted by officials of the World Assembly of Muslim Youth (WAMY)—a Saudi NGO whose personnel often pursue an extremist agenda, ██████████████ WAMY officials have couriered private Saudi donations to Islamic groups in Afghanistan and Bosnia. In some cases, WAMY puts foreigners requesting aid in direct contact with Saudi donors who are looking for worthwhile Islamic causes; WAMY sometimes will broker requests with potential donors if the NGO has an ideological interest.

• The use of ARBIC by extremists in some of these cases probably denotes convenience rather than Al Rajhi family involvement in financing radical groups. The bank's dominance of the foreign remittance business, coupled with strong financial links to Africa and the Asian subcontinent, probably make ARBIC the only choice for transferring funds to some regions. ██████████ for example, that ARBIC was the only bank in the Kingdom authorized to remit funds to banks in Jordan and the West Bank and, therefore, was a primary conduit for funds transfers by Palestinians.

The Saudi Government undoubtedly is aware of Al Rajhi's role in providing support to Muslim groups and probably even sanctions some of the support.[25] █

[25] Saudi Arabia, as well as other Gulf states, has long been a source of financial support for Islamic causes; at least some of these funds are diverted to militants and terrorists. Riyadh provides official funding to various groups to promote Sunni Islam and to counter regional Iranian influence; other funding emanates from semiofficial charities, such as the Muslim World League and IIRO, and from private donations that are often difficult to track. Funds collected from individuals are often made in cash and disguised as religious offerings; NGO funds, on the other hand, are usually diverted by unregulated offices located abroad. The difficulty of supervising overseas operations offers Riyadh a plausible defense when NGO links to radical groups are brought to light. ███████

Al Rajhi financial ties to Islamists is inconclusive.

17

, AAIB has been financing the military and terrorist training of an Islamic group under the direction of the Bosnian Mujahaddin. The group plans to attack institutions in Kosovar if Serbian President Milosevic's reneges on promises of greater independence for the region.

- *Bahrain Islamic Bank (BIB)* is a key correspondent of Dubai Islamic Bank and Faisal Islamic Bank of Sudan;

  As of early 1992, BIB employed fundamentalist members of the Islamic Association of Bahrain and used the bank for its financial dealings. The Islamic Association has no history of violence; however, its members tend to be affiliated with the MB and are anti-Western. public addresses by senior Islamic Association members have adhered to the principle that any form of government that is not theocratic and Islamic must be impious and corrupt.

- *Qatar International Islamic Bank (QIIB)*

  QIIB is one of the five Islamic financial institutions that radical Sheikh Youssef Al Qaradawi serves as religious supervisor.

- The *Islamic Bank of Yemen for Finance & Investment*, in Sanaa, established in June 1996, finances Yemen's radical Islamic Reform (Islah) Party. Islah Party leader Abdul Majid al Zindani owns 1 percent of the bank and is a member of its board of directors. Despite the nominal

---

- Riyadh, on the other hand, apparently has attempted to stifle some funding of militant groups.

**Suspect Financial Activities at Other Islamic Banks**

A few other Islamic banks as conduits for suspect Islamic NGOs and Islamic extremist groups, for example:

- *Arab Albanian Islamic Bank (AAIB),* established in 1994, is used by several humanitarian organizations that probably finance radical groups, including Sudan's Islamic African Relief Agency and Third-World Relief Agency; the Qatar Charitable Society; and the Saudi-based World Assembly of Muslim Youth, the Saudi-based IIRO owns a stake in the bank.

CIA_000745

C05432020

shareholding, Zindani's place on the board raises concern over the integrity of the bank. Zindani has close ties to Iran, Sudan, and Usama Bin Ladin and has been involved in the training of Arab extremists, ██████ ██████ the bank helps provide Zindani an independent base of financial support and is critical to his success and influence. ██████ ██████ 1996, Zindani hosted an international conference on Islamic banking in Sanaa that was attended in large part by MB members, ██████ ██████ The most important recommendation made by the conference was that Islamic bank capital be directed to Sudan to help overcome the effects of economic sanctions. ██████ ██████ ██████ ██████ The 20-percent foreign ownership in the Islamic Bank of Yemen is split among Dallah Al Baraka, the Islamic Development Bank, Jordan Islamic Bank for Finance & Investment, and Qatar Islamic Bank. ██████

## Motivations for Using Islamic Banks  (U)

Drug traffickers and other criminals seek out financial institutions that they believe will turn a blind eye to their financial activities or become discreet partners in their dealings. Such banks often are located in off-shore centers known for bank secrecy or in countries with weak regulation of the financial sector. ██████ ██████ Islamic militants similarly bank with financial institutions that provide assurance that their deposits and financial activities will not be scrutinized by government or enforcement authorities. Islamic banks in many countries apparently provide such confidence. In addition, these banks offer financial services that are in line with religious beliefs and, sometimes, significant financial support for local Islamic movements. ██████

## Financial Safehaven
Top management affiliations with the MB, HAMAS, and the NIF almost certainly help attract customers with similar backgrounds to Bank Al Taqwa, Dubai Islamic Bank, Beit Al Mal Al Philistini in the West Bank, and Islamic banks operating in Sudan. The overwhelming Islamic management and personnel in

### The Islamic Development Bank  (U)

*The Jeddah-based Islamic Development Bank (IDB) is an international financial institution whose purpose is to "foster the economic development and social progress of member countries and Muslim communities . . . in accordance with the principles of Islamic law," according to the 1995 IDB Annual Report. In its capacity as a development institution, the IDB functions much like the World Bank or International Monetary Fund. Its capital is provided by 48 member countries, all of whom must be members of the Organization of Islamic Conference. According to the annual report, Iran, Kuwait, Libya, Saudi Arabia, Turkey, and the UAE provided some 75 percent of the capital.* ██████

*The IDB cooperates closely with privately owned Islamic banks, according to the annual report. For example, the Islamic Banks' Portfolio for Investment and Development is an independent fund set up by the IDB and 21 Islamic banks to channel excess liquidity of the Islamic financial sector into productive trade and investment opportunities. During 1995, the fund financed $300 million worth of projects throughout the Muslim world. In addition, the IDB has minority ownership stakes in nine Islamic banks,* ██████ ██████ *(U)*

██████ *a few countries have leveled charges that the IDB has funded extremist organizations,* ██████ ██████

*The Bank finances development projects in many regions engaged in conflict, such as Bosnia, Kashmir, and Lebanon, and some financial aid might be siphoned off by radicals, unwitting to the bank.* ██████ ██████ *, IDB President Ahmed Mohammad Ali is a capable and principled administrator. Except for a two-year stint with the Muslim World League (MWL), Dr. Ali has been at the helm of the bank since it was established in 1975.* ██████ *he had an unhappy tenure at MWL because he found it difficult to deal with fundamentalist clerics who dominated the high council.* ██████

19

CIA_000746

the banks probably helps assure Islamic activists and extremists that their financial affairs will not be scrutinized or their assets seized. Indeed, some of these banks may seek out questionable Islamic clientele who wish to avoid scrutiny of their financial affairs.

- DIB Chairman Lootah personally authorized, stamped, and signed some letters of credit opened by Bin Ladin's companies in Khartoum through DIB, ▮▮▮ It may be the case that Lootah routinely authorizes all letters of credit beyond a particular monetary value that require confirmation by DIB; however, Lootah's purported friendship with Bin Ladin suggests greater personal service for this customer.

- In early 1994, senior bank management at Al Shamal Islamic Bank in Khartoum implemented security procedures related to the accounts of Usama Bin Ladin in reaction to US press reports documenting Bin Ladin's role in terrorist activities. ▮▮▮ Al Shamal's management feared the bank's assets would be frozen if word leaked that it was an accessory in Bin Ladin's financial dealings. The new procedures required that Bin Ladin's banking with Al Shamal be handled only by top staff. By ▮▮▮ 1994, ▮▮▮ ▮▮▮ Al Shamal General Manager Hassan Satti had taken a personal interest in Bin Ladin's accounts and restricted access of Al Shamal's computer system to NIF members.

▮▮▮ Islamic banks serve as a safehaven for the assets of Turkey's Islamic Refah Party.

▮▮▮ low-level bank personnel may tend to "look the other way" when dealing with Islamic extremists groups and NGOs. ▮▮▮ a prospective employee's dedication to Islam often is essential to gaining employment at an Islamic financial institution. Indeed, ▮▮▮ Islamic banks prohibit the hiring of non-Muslims except for executive positions requiring specialized banking experience; such positions probably require minimal direct dealings with customers or individual accounts:

- According to Middle East press reports from early 1995, the Saudi Government arrested some 250 Sudanese in an effort to ferret out individuals linked to extremist networks. The article noted that most were employed by relief agencies and Islamic financial institutions specializing in insurance and banking. ▮▮▮

A general lack of regulatory control over Islamic banks may lend additional confidence to Islamic extremists that their financial dealings will not be scrutinized by government authorities. Although bank oversight of financial institutions in many Muslim states is often lacking compared to those in the West, Islamic banks historically have fallen under even less local regulatory control than their conventional counterparts because of the types of financial products they market. Islamic bank deposits are similar to mutual funds, where depositors knowingly face the risk of losses; thus, central banks do not have to guarantee their safety and, in turn, make more cursory

CIA_000747

inspections.[27] In addition, bank regulators have been better grounded in ascertaining the creditworthiness of borrowers and interest-rate risk at conventional banks rather than the soundness of various Islamic bank partnerships covering numerous types of goods or businesses. As a result, central banks in most countries have not yet compiled a uniform set of standards for Islamic institutions. A banker in Turkey once complained ▮▮▮▮▮ that he might have the Ministry of Finance, Central Bank, or Treasury arrive at his bank at any time but that Islamic banks are not subject to these intrusions and controls.[28]

### Ability To Bank in Accordance With Religious Beliefs

Islamic extremist groups are certainly attracted to Islamic banks because the institutions offer the ability to bank in accordance with religious beliefs. ▮▮▮▮▮▮▮▮▮▮▮▮, since the mid-1980s, Muslim clerics and MB officials throughout the Middle East increasingly have called on Muslims to use Islamic banks at the expense of interest-based financial institutions. Several years before his imprisonment in late 1994, for example, radical Saudi cleric Salman al Awdah preached that the Al Rajhi Banking & Investment Company was the only financial institution in Saudi Arabia that followed Islamic guidelines and, therefore, the only bank worthy of Muslim deposits. ▮▮▮▮▮▮▮▮ the sermon was distributed throughout the country on tape, and the Al Rajhi family subsequently became a major financial supporter of

Awdah. In early 1997, Russia's press reported that Islamic political candidates in Chechnya advocated the transformation of the republic into a state whose laws were in accordance with Islamic tenets. In this vein, former Information Minister Movladi Udugov called for the creation of an Islamic bank and the prohibition of interest payments. ▮▮▮▮

### Profit Sharing and Financing

▮▮▮▮▮▮ Islamic institutions in some countries have turned over bank profits to Islamic political parties and benefited the Islamic political and economic sectors with loans and employment, sometimes at the expense of non-Islamic groups:

- Islamic banks in Sudan have been among the most important businesses financially supporting the NIF, its charities, and businesses. ▮▮▮▮▮ Faisal Islamic Bank of Sudan (FIBS), Albaraka Bank (Sudan), Tadamon Islamic Bank, the Islamic Bank of Western Sudan, Al Shamal Islamic Bank, and the Sudanese Islamic Bank routinely remit a portion of their profits to the ruling party. The banks also bring hard currency into the country because bank capital provided by foreign shareholders has usually been paid in US dollars, although Sudanese nationals purchase shares in local currency. In forging a symbiotic relationship with the NIF, FIBS and Albaraka were used to help influence the election outcome in favor of the NIF by suspending loans to local businesses until after the election, ▮▮▮▮▮▮▮▮▮▮ The suspension served to maintain reserves at the banks for the NIF's use in buying votes as well as signaling to local businesses that they should support the party if they expect to receive loans from the banks in the future. In return, the NIF manipulated Islamic banking laws to enable Islamic banks to acquire sizable cash reserves and gain advantages over non-Islamic competitors.

- The subsidiaries of Dallah Al Baraka, Dar Al Maal Al Islami, and the Kuwait Finance House have been sources of financial support and employment opportunities for the Refah Party and rival Islamic political parties in Turkey, ▮▮▮▮▮▮▮▮▮▮▮

---

[27] Nevertheless, the degree of oversight varies across countries. Bank regulators in Egypt, for example, pay close attention to the financial dealings of Islamic banks. In addition to believing that they serve as financial havens for terrorist groups, Cairo saw its financial system jolted by the failure of several large Islamic investment companies in the late 1980s. The firms operated essentially as pyramid schemes—luring deposits with the promise of high returns and paying existing depositors with new funds. Egyptian press reports from that time indicate that customers were doubly appalled when the companies failed because they not only lost their savings but also were exploited by con men willing to sink low enough to use Islam as part of their fraud. Although deposits in Islamic banks potentially face the risk of loss, regulators generally contend that they would not let Islamic institutions in their countries fail, according to the financial press.

[28] The lack of regulation may have its drawbacks. Press reports from 1996 indicate that Moody's assigned the balance sheet of Kuwait Finance House a low rating on the basis that it operates as an investment company under the more lenient auspices of the Commerce and Industry Ministry, rather than under the rigid regulations imposed by Kuwait's Central Bank. (U)

CIA_000748

- Faisal Islamic Bank of Egypt and the Islamic International Bank for Investment & Development are run by and profit the Egyptian MB ███████
███████

## Common Ownership and Management of Islamic Financial Institutions (U)

Ownership and top management of Islamic banks are close-knit, with capital essentially provided from a relatively small population of wealthy, religious individuals in Gulf countries. About 60 of the 130 financial institutions examined are subsidiaries of the Dallah Al Baraka and Dar Al Maal Al Islami (DMI) banking groups, and some 25 others are joint ventures between two or more Islamic banks.[29] Cross ownership, in turn, has created interlocking executive boards and managerial teams that share personnel from other banks. While some interbank ownership is common among Western banks, shareholdings in the Islamic financial sector appear to be more concentrated, relative to its size, probably for a couple of reasons:

- Islamic finance remains in its infancy compared to the centuries-old interest-based banking system and, despite growing numbers of Islamic financial institutions, only a small core of wealthy individuals, Islamic holding companies, or conventional banks are willing to risk capital in the Islamic financial arena.

- The *shari'a* (Islamic law) prohibits many financial arrangements that can be undertaken with conventional banks; therefore, Islamic banks usually look to each other when seeking investors for new ventures.████

[29] This figure is probably higher because many of these banks provide little detail on minority shareholders. The lack of detailed reporting on ownership is common among Islamic and conventional banks in the Middle East. (U)

Cross ownership and management of Islamic financial institutions possibly results in some degree of influence over bank policy with regard to dealings with extremist groups. ███████ ███████ several Islamic bank directors identifiable with the Muslim Brotherhood raise concern over their influence in more benign institutions:

- Dubai Islamic Bank (DIB) Chairman Saeed Ahmed Lootah is a Director of Albaraka Islamic Investment Bank in Bahrain, Bahrain Islamic Bank, Bahrain Islamic Investment Company, and Islami Bank Bangladesh, according to various annual reports. Lootah also may wield influence through DIB's shareholding in Al Baraka Turkish Finance House and Tadamon Islamic Bank.

- Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi is a director of Faisal Islamic Bank of Egypt and serves as religious supervisor of Dar Al Maal Al Islami. Qaradawi also is chairman of the religious supervisory boards of Commerce MGI in Kuala Lampur, Majestic Global Investments in Kuwait, and Qatar International Islamic Bank.

- DMI shareholder and director Ahmed Salah Jamjoom is on the boards of three DMI subsidiaries, including the chairmanship at Faisal Bank Limited, in Lahore, Pakistan. Jamjoom also is a director of Islami Bank Bangladesh, although he does not represent DMI in this position. The Jamjoom family is a financial supporter of the NIF, ███████ ███████, and Ahmed Salah Jamjoom is on the executive board of Sudan's Islamic Dawa Organization (IDO), ████. ███████ extensive commercial ties between Jamjoom's Jeddah-based firms and the Danfodio Charitable Trust—the commercial arm of the IDO and a shareholder in Faisal Islamic Bank of Sudan. Jamjoom's vehicle company has even established a joint venture with Danfodio.

CIA_000749

C05432020



23

CIA_000750

C05432020

## Islamic Financial Systems Worldwide: No Interest? (U)

*Since the mid-1980s, Iran, Malaysia, Pakistan, and Sudan have implemented Islamic financial systems in which interest generally has been abolished in favor of profit-sharing financial arrangements between banks and customers. Each country has had different experiences in establishing its own system, and, of particular interest, none of the countries have completely abandoned "usury."*

*At the direction of the late Ayatollah Ruhollah Khomeini, Iran's parliament passed Islamic banking laws in 1983, and the country's banks fully converted to an Islamic financial system in March 1984.[e] Domestically, Iranian banks engage only in interest-free financial arrangements. The Iranian Government also finances its public debt on an interest-free basis through borrowings from commercial banks. Foreign branches of Iranian banks, however, have remained on an interest-based system.* Iranian religious leaders who helped transform Iran into an Islamic economy also held pragmatic views on the country's need to conduct dealings with Western banks. The transition to Islamic banking in Iran met stiff resistance, *even though all 10 of Iran's commercial banks had been nationalized since the 1979 revolution.*

*Pakistan converted to an Islamic financial system in mid-1985 after completing a detailed study initiated in 1979 by the Council of Islamic Ideology (CII). According to the Encyclopedia of Islamic Banking & Insurance, the study "suggested an alternative mechanism for domestic commercial banking transactions with the realization that a complete elimination of interest from international trade transactions cannot be achieved by the lone efforts of a single country." Pakistani banks and branches of foreign banks operating in Pakistan are required to apply profit- and loss-sharing arrangements to domestic deposit-taking and lending. As with Iran, however, Islamisation does not apply to foreign branches of Pakistani banks. In addition, the CII did not tackle the problem of public debt; Islamabad still pays interest on public borrowings. In recent years, an important issue emerged with the Federal Islamic (Shari'at) Court's 1994 ruling that payments of interest on foreign debt could be deemed un-Islamic and, therefore, unlawful. The judgment has yet to be seriously challenged, however, and* *probably will be swept under the rug for a considerable period of time. The financial sector's transformation to Islamic banking did not cause the upheaval that some exp ough there were e mps d.* *the overnment had to protect the banks from de ault on existing loans from borrowers who claimed the interest-based loans were un-Islamic under the new system.*

CIA_000751

C05432020

*Islamic Financial Systems Worldwide: No Interest?* (U) (continued)

*In mid-1990,* **Sudan's** *National Islamic Front (NIF) revised the country's banking act to eliminate all articles related to interest, appoint a religious board to supervise the central bank, and instruct each financial institution to appoint its own religious board to ensure compliance with the shari'a (Islamic law). At that time, five Islamic banks—most of which were established with Gulf capital—already were in operation, along with approximately 15 conventional banks that had the shari'a imposed upon them.* ███████ ██████████████████████ *early on in Sudan's conversion to Islamic banking, conventional banks merely replaced the term "interest" with "profit" to placate the NIF.* ████████████████████████ *all banks in Sudan must follow the precepts of the shari'a when conducting financial transactions;* ██████ ███████████ the Encyclopedia of Islamic Banking & Insurance, *indicate that the country still operates a dual system with Islamic banks operating alongside conventional banks. Those banks in Sudan truly operating with Islamic charters are among the country's most important financial institutions,* ████████ ██████████ *and are looked upon most favorably by the NIF.* ██████ *the mismanagement of the banks at the hands of the NIF, however, raises questions over whether good favor under NIF control translates into good financial performance.* ███

*Since 1983,* **Malaysia** *has fostered the development of an Islamic banking system to serve its 8 million Muslims. Until the early 1990s, however, the industry remained a relatively small part of the financial system and was dominated by Bank Islam Malaysia Bhd, which remains the country's only true Islamic bank. At the direction of Prime Minister Mahathir bin Mohamad and Deputy Prime Minister Anwar*

*Ibrahim, the government has become determined to make Malaysia the center of Islamic finance in Asia. Beginning in March 1993 other financial institutions were permitted—and encouraged—to offer Islamic banking services through their existing branches. At present, 23 trading banks and 19 other financial institutions offer 25 types of products in compliance with the shari'a, along with conventional, interest-based banking services, according to Malaysian press reports.* ███

██ *Malaysia was first to establish an Islamic interbank money market and check-clearing system. In 1996 it launched an Islamic index comprising the shares of 180 Malaysian companies whose core businesses are acceptable to Islamic principles. Malaysia ultimately hopes to develop a thriving Islamic capital market that all financial experts agree is necessary for the industry to expand and invest its excess liquidity.* ███████████████ *Islamic banking is a serious effort but, at the same time, is a tool being used to strengthen Mahathir's Islamic credentials. In addition, Mahathir and Ibrahim are pragmatic leaders who would not allow these institutions to usurp Western-oriented business practices or threaten Malaysia's attractive international investment climate. Because Malaysia's banks are allowed to offer both Islamic and conventional financial services, its version of an Islamic financial system clearly is the most liberal. According to the financial press, some Islamic economists based in Pakistan, India, and the Middle East have stated that Malaysia has not implemented a true Islamic financial system and claim that its parallel, interest-based system is heretical.* ███

CIA_000752

*Although Gulf states acknowledge the problem of financial support to extremist groups via Islamic banks, they probably will do little to tackle the problem in the near term:*

- Gulf states are not likely to scrutinize the financial activities of powerful and wealthy merchants and royal family members owning shares in Islamic banks and holding director positions on their boards.

*The proliferation of nonbank Islamic financial institutions creates additional regulatory problems:*

- Islamic trusts—which might be established as religious foundations, cultural endowments, or charitable organizations—operate in Europe and North America, where regulatory authorities largely prohibit Islamic bank operations.

*The expanding network of Islamic banks into new regions of the world creates additional avenues for channeling funds to foreign extremist groups.*

CIA_000753

C05432020

*Reverse Blank*

27

CIA_000754

Appendix

**Islamic Financial Institutions
Worldwide** (U)

29

*Reverse Blank*

CIA_000755

CIA_000756

# Appendix

## Islamic Financial Institutions Worldwide (U)

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Albania | Arab Albanian Islamic Bank, Tirana, 1994; Domestic Branches: 1; Paid-in Capital: $20 million (12/31/94) | | National Commercial Bank of Albania (40), Arab Islamic Bank, Manama (20), Islamic Development Bank, Jeddah (15), Dallah Al Baraka Group (10). The remaining 15 percent is owned by Saudi shareholders, probably to include Dar Al Maal Al Islami, the International Islamic Relief Organization, Al Medina Al Monawwara Company for Commercial Investment & Development, Sayyid Hisham Ali Hafiz, Mansal H. Mochabaghei, Sulaiman Al Winangi, Adnan H. Bughary | Directors: Sabieran Abdullah Abdullah Al-Khenji (C), Surma Piravini, Osama Bin Hamdi; Management: Dr. El Gharib Nasser (GM), Emum Kusnazi (VP) | [redacted] account at the bank under the cover [redacted] main, an NGO banned in Saudi Arabia. Other IG-linked businesses also include Dar Al Maal Al Islami. Support NGOs—the Islamic African Relief Agency, Third World Relief Agency, Qatar Charitable Society, and the World Assembly of Muslim Youth—maintain accounts with AAIB. GM Nasser may now head the Yemen Islamic Bank for Finance and Development, a conduit for Yemen's radical Al Islah party, [redacted] bank finances the [redacted] # of an anti-Serbian Islamic group under the direction of the Bosnian Mujhaddin. | Shareholder Mochbaggni is a director of Arab Islamic Bank and Riyadh-based Al Bank Al Saudi Al Fransi. Director Piravini and VP Kusnazi are Albania's Minister and Deputy Minister of Industry, Transportation, and Trade, respectively. Opposition Albanian media claim the two are illegally involved in the bank. |
| Algeria | Banque Albaraka d'Algerie, Hydra; Total Assets: $P7.1 million; Paid-in Capital: $9.6 million (12/31/94) | Probably affiliated with Akida Management & Trust in Switzerland. | Al Baraka Investment & Development Company, Jeddah (100) | Mohd. Siddiq Abdul Ibrahim (GM) | | |
| The Bahamas | Al Akida ("Akida")? Islamic Bank International, Nassau; Foreign Branch: Tangiers Free Zone, Morocco | Probably Ahmad Idris Naureddin. | Probably Ahmad Idris Naureddin | | Akida Management & Trust—liquidated in 1994 Akida Islamic Bank, Bank al-International was controlled by Ahmed Idris Naureddin, an International businessman who financed Egypt's Gama'a al Islamiya. Naureddin is a close business associate of Muslim Brotherhood member Yousnf Nazmiyha Nada, who | |

1

CIA_000757

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| | Al Aksa Islamic Bank International (Continued) | | | | ███████ Bank is ██████. | Nsouli holds a Kuwaiti diplomatic passport because of his on-again role as a "Honorary Consul." His family operates real estate and trading companies worldwide, as well as Gulf Office Associations per Al-Suhaefa in Lugano, an alleged front for the Muslim Brotherhood. Al Aksa and Bank al Taqwa operate adjoining branches in the Tangiers Free Zone. Information suggests that the branches are poorly patronized because Islamic law prohibits payment of interest on deposits. |
| The Bahamas (Continued) | Bank Al Taqwa Ltd ("Pious Bank"), Nassau, 1988. Foreign Offices: Tangiers Free Zone, Morocco. Total Assets: $202 million. Paid-in Capital: $50 million (12/31/95). | Al-Taqwa Management Organization, Lugano; DA Taqwa for Commerce and Real Estate Company, Liechtenstein; Al-Taqwa for Trade, Property, and Industry Company Ltd, Liechtenstein (all probably wholly owned); Nada International Anstalt in Liechtenstein and Youssef M. Nada & Company GmbH I. in Vienna are affiliates. | ██████████ the bank is █████ Muslim Brotherhood and the bank's capital was provided by prominent MB members, possibly to include Silah Abdullah Kamel (Dallah Al Baraka Group), Saudi Ahmad London (Dubai Islamic Bank), and Oguzan Asiturk, Secretary General of Turkey's Refah Party. | Youssef Mustapha Nada (P); Ghaleb Himmat (Senior Officer); Youssef al Qaradawi and Abdul Fattah Abou Ghedda serve as advisers. Worshy Ismicemman, Ahmed Idriss Nkereddin is purportedly a key member of the Al Taqwa group. Pakistani legislator and Muslim Brotherhood member, Khurshid Ahmed, may also be affiliated with the bank. | Together with Al Taqwa Management Organization, is the most important financial conduit for the MB's secret financier of Islamic extremist organizations worldwide. █████████ Group, Algeria's FIS & AIS, HAMAS, and Yemen's Al Islah Party have been past clients. Nada is a close business associate of Central financier Ahmed Idriss Nkereddin, who operates the Nassau-based Al Aksa Bank International. Adviser Ghedda is a top official of the Syrian Muslim Brotherhood; Qaradawi is a radical Islamic cleric based in Qatar. | Nada is an Egyptian-born naturalized Italian citizen who is the owner of a Geneva-based Islamic business organization. Nada co-founded Al Taqwa Management Organization in Lugano, Switzerland. Qaradawi is director or religious supervisor of several Islamic financial institutions ███████. █████████ Bin ███ is a rich financier in ██████ and probably provided ████████. ██████ is seven financial crisis in 1994 after much boycotts of the financial ties to Islamic extremists. |

2

**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| The Bahamas (Continued) | Dar Al-Maal Al-Islami Trust (DMI), Nassau | Dar Al-Maal Al-Islami (DMI) S.A., Geneva (100); Faisal Investment Bank of Bahrain BT (100) | Over 14,000 shareholders, however, Prince Mohammad al-Faisal al-Saud and other wealthy Gulf individuals probably own the majority of the shares. | Omar Abdi Ali (I EC). See DMI in Geneva, below, for complete information on Executive Board members | | DMI is the parent holding company for Dar Al Maal Al Islami SA in Geneva, which controls the Faisal Islamic Banks operating worldwide. Non-Muslims may purchase only non-voting shares in DMI. |
| | International Islamic Trading (IIT) Limited, Nassau | | | Directors: Prince Mohammad Al Faisal Al Saud (C), Omar Abdi Ali, Mas'ud Al Sakhaf | | |
| | Islamic Investment Company of the Gulf (Bahamas), EC | Dar Al Maal Al Islami SA, Geneva (100) | | | | |
| | Islamic Takaful & Re-Takaful Company (Bahama) Limited, Nassau | Dar Al Maal Al Islami SA, Geneva (100) | | Directors: Prince Mohammad Al Faisal Al Saud (P), Abdullah Ahmed Zaynal Alireza, Omar Abdi Ali, Zafar Ahmed Khan, Mawardi Hosny, Ahmed Suleiman (GM), Yus. Ibn'l Hana (Assistant Secretary) | | The bank manages a major portion of DMI Group funds, according to open sources. Ahmed Suleiman may be Osman Ahmed Suleiman—sometime Director of the Takhla Al Baraka Group and former GM of El Nielein Bank in Sudan. |
| | Massraf Faisal Al Islami (Stock & Trust) Bahamas Ltd., Nassau, 1984. Funds under Management: $616 million (12 31 89) | | | | | |
| Bahrain | Al Ameen Securities Company, Manama | Al Ibrain Investment & Development Company, Jeddah (95); Shaikh Salah Abdullah Kamel (5) | | Directors: Shaikh Salah Abdullah Kamel (C), Hassan A. Kamel (VC), Muhammed Abdin Yamani, Muhammed M. Tawfiq, Religious Supervisors: Shaikh Abdel Latif Al Saul | The African Muslim Agency (AMA)—a Kuwait-based NGO which employed a suspect in the intercepted assassination of President Mubarak—maintains an account at the Karachi branch. The AMA has ties to Usama Bin Ladin, according to an Algerian service. | The firm is co-located with Al Tawfeek Company for Investment. |
| | Foreign Interest: Karachi Total Assets: $311 million, Paid-in Capital: $60 million (12 31 95) | | | | | |

3

C05432020

CIA_000759

**Appendix,**
**Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| **Bahrain** (Continued) | Al Ameen Securities Company (Continued) | | | | | |
| | Al Vanda Islamic Investment Bank, USC (IC), Manama, 1986; Foreign Branches: Kuwait, Labuan Representative Offices: Jeddah; Total Assets: $157 million; Paid-in Capital: $50 million; Funds Under Management: $84 million (12/31/93) | Domestic: Islamic Insurance & Reinsurance Company (5), Arab Agricultural Investment Company (5), Al Towfick Company for Investment Funds; Foreign: H.E.S.T. Reinsurance, Tunis (3.33) | Albaraka Investment & Development Company, Jeddah (10); Sheikh Saleh Abdullah Kamel (5.66), Dr. Hasavi M. Al-Derbiy, (10); Sh. Mohieldin Saleh Kamel (5); Islamic Investment Company (2), Dubai Islamic Bank (1), Jordan Islamic Bank for Finance & Investment (.5) Others, Dr. Kamel Ibrahim Al-Amin, Mohamad Abdul Qadr Banaga, Ismail, Mohamed Hamed Ihtemleh, and Sheikh Salih Al-Abdi (17.5) | Directors: Sh. Saleh Abdullah Kamel (FC), Mahmoud Jassim Hamouna (GA, Abdellatif Abdullahim Al-Saud (BaO), Dr. Sadiq Ismael Al-Mahza, Sheikh Saad Ahmed Loutah, A. Hamood Moienene Nasher, Sh. Hamoud bin Mohammad bin Salman Al-Khalifa, Dr. Abdul Sattar Abu Ghuddah, Sh. Abul Rak Suleiman Al-Mozai, Sh. Abdul Abdul Latif al Abul, Abdallahilih Abul Fadil Ali; Management: Abdul Rahim Mohamed Abdul Rahman Abdul Malik (AGM), Esra Ghrab; Religious Supervisory Board: Abdul Sattar Abu Ghuddah, Sh. Abdullah bin Sulayman Al Menai, Sh. Mohd. Abdul Latif Al-Saud | President Mubarak alleged in only 1993, that Sheikh Kamel and shareholder Mohamad Abdullahim Al-Saud (BaO), Dr. Abdullah Yunani were financing unspecified radical Islamic groups in Egypt | Yunani is former Saudi Minister of Information and press reports note he is President of the Igra Foundation, founded by Kamel, which finances Islamic educational activities. He is sometimes described as a religious ultraconservative. One Abdul Fadil Abu Ghuddah, a member of the Syrian MB and board member of Bank Al-Taqwa in Nassau may be related to Religious Supervision, Abdul Sattar Abu Ghuddah. |
| | Al Towfick Company for Investment Fund, Manama, 1987; Total Assets: $392 million; Paid-in Capital: $300 million (3/93) | Al Baraka Islamic Investment Bank (99.5), Al Baraka Investment & Development Company (.5) | Al Baraka Islamic Investment Bank (99.5), Al Baraka Investment & Development Company (.5) | Al Baraka Investment & Development Company (Parent); Directors: Saleh Abdullah Kamel (C), Mohammed Nabia Younani, Omar Abdullah Kamel, Omar Khalifay, Mohammed Ismail Habib; Management: Saleh Mahzia (GM) | | The firm is co-located with Al Ameen Securities Company. |

C05432020

CIA_000760

**Appendix, Continued**



| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| **Bahrain** (Continued) | Arab Islamic Bank, Manama; Domestic Branches; Total Assets: $191 million. Paid In Capital: $50 million (12/31/92) | Arab Albanian Islamic Bank (20) | Tar Al Mal X1 Islam Trust, Al Baraka Investment & Development Company, Bahrain Islamic Bank, Al Madina Al Monawwara Company for Commercial Investment & Development, Al Sawani, and Arab Transport Company (41.9); Individuals (58.4) | Directors: Sayyid Hisham Ali Hafiz (C), Hamed H. Merzhagani (VC), Haydar Bin Ladin (MD), Ousmn bin Shaykh (DMD), Dr. Hssen A. Kamel, Tareq Bin Ladin, Yusuf Al-Aqeel, Abdul Elah Sabahi, Abdullah Atif Abdelrahim Janahi, Mohammed. A. Al Khateeb, Khadar M. Al-Ibrahim, Dr. Talal A. Bakir Management: Dr Omar Zabair Hafaz (GM), Isa Mohammed Habib, Abdel Wahed M. Al Barloodi, Adel M. Noor, Aziz Hanafy, Mohamed Juma Al-Nashoan, Sayyid Fawzi | Religious Director Mohamed Jamal al Nabneri was a member of the Al-Ishk (Reform) Society as of 1992. Although nonviolent, Al-Ishk espouses strictly fundamentalist views; has supported the Afghan mujahidin and HAMAS; and has ties to the Muslim Brotherhood. ▓▓▓ has ▓▓▓ tional Islamic Relief Organization to ▓▓▓ | Director Muishagani is a shareholder of Arab Albanian Islamic Bank; Janahi is MD of Bahrain Islamic Bank and Director of Dubai Islamic Bank. Haydar Mohamed Bin Ladin and Tareq Bin Ladin are half-brothers of terrorist financier Usama Bin Ladin. |
| | Bahrain Islamic Bank, Manama, 1979; Domestic Branches: 4; Total Assets: $377 million; Paid-In Capital: $31 million (6/30/93) | Bahrain Islamic Investment Company (25.5), Bahrain Islamic Insurance Company (42.3), The Islamic Insurance & Reinsurance Company (-5), Arabian Agri-Business Consultancy International (-23), Arab Islamic Bank (3), Albaraka Islamic Investment Bank (2), Islamic Trading Company (2) Foreign: Tadamon Islamic Bank (28), Islamic Bank of Western Sudan (25), Khartoum; Al Baraka Turkish Finance House, Istanbul (2), Islami Bank Bangladesh, Dhaka (623); Islamic International Plastics & Chemical Industry Co., Cairo (10), Al Ukuela Islamic | Islamic Development Bank, Jeddah (13), Kuwait Finance House (8.7), General Corporation for the Social Insurance (8.7), Ministry of Justice & Islamic Affairs (1.74), Kuwait Finance House (8.7), Ministry of Waqfs and Islamic Affairs (4.35). Ministry of Finance (8.7), Ministry of Justice (4.35), UAE: Dubai Islamic Bank (4.35) | Directors: Shaykh Abdul Rahman Bin Mohamed Bin Rashid Al Khalifa (C), Khalid Rashid Al Zayani, Mohamed Yousef Al Roomi (DC), Abdullatif Abdulrahim Janahi (MD), Ibrahim Mohamed Zainal, Mohamed Abdulla Al Hamed Al Zamil, Mubarek Jasmin Kanoo, Ahmed Mansour Al Aly, Mohamed Barjas Mohamed, Yousif Mohamed Saleh Al-Kawari, Yousif Hassan Mada, Saeed Ahmad Looah, Mohamed Jawad Bin Hasan Management: Abdullatif Abdulrahim Janahi (GM), Mohamed Salman Al Zayad (DGM), Monem Ahmed Al Mahmood, Abdul Rahman A. Fahkr, Abdul Razak A. Kalish Abdulla, Abdulrahim Mohammed Ibrahim, Hisham Mohamed Hamdi, Abdallah Ismail Mohamed, Salim Yusuf Al Shamlan, Jamal Hassan Nagi Religious Supervisory Board: | Close correspondent relationship with Dubai Islamic Bank and Faisal Islamic Bank of Sudan ▓▓▓ ▓▓▓ of the Islamic Association of Bahrain; while non violent, the Association is fundamentalist. The bank maintains account of Sudanese Islamic Dawa Organization of 1993. | Religious Board member Mohamed Mansour al-Sotti is a leading Shia mufflah in Bahrain. |

C05432020

CIA_000761

## Appendix, Continued



| Country | Bank, Home Office, Year Established; Domicile and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Bahrain Islamic Bank (Continued) | Investment Company | | Sh. Yousef Ahmed Al Siddiqi, Sh. Mohamed Abdul Latif Al Sabil, Sh. Abdul Hussain (Chalaf Al-Jabor, Sh. Ibrahim Mohamed Al-Mahmood, Sh. Mohamed Monawar Al Soni, Sh. Dr. Abdul Latif Mahmood Al Mahmood | Chairman Essa Bin Mohammed al-Khalifa was among a dozen militant Muslim Brotherhood members who were forced to flee Egypt during the Nasser regime. [redacted] Islamic Charities Organization, a charity that served as a cover for Muslim Brotherhood finances and for remitting funding to the Islamic... Afghan mujaheddin. | Chairman Essa Bin Mohammed al-Khalifa is former Minister of Labor and on the board of Khartoum-based [redacted] |
| Bahrain (Continued) | Bahrain Islamic Investment Company BSC (Closed), Manama, 1981; Total Assets: $26 million; Paid-in Capital: $13 million (12/31/94) | Affiliates—Bahrain: Albaraka Islamic Investment Bank, Arabian Agri-Business Consultants International, Islamic Company for Insurance and Re-insurance, United Oil Services Company, Bahrain Islamic Insurance Company; Foreign: Albaraka Turkish Finance House | Bahrain Islamic Bank (23.5), General Organization for Social Insurance (20), Institutions and Individuals (7.5), Kuwaiti Ministry of Awqaf & Islamic Affairs (7), UAE Dubai Islamic Bank (15) | Essa Bin Mohamed Abdulla Al Khalifa (C), Abdul Latif Abdulrahim Janahi (DC), Ibrahim Mohamed Ali Zainal (MD), Hassan Ibrahim Kamal (DMD), Mohd Yousef Al Rumi (MD/Kuwait), Saeed Ahmed Lootah (MD), Khalid Rashed Al Zayani, Mohammad Ali Al Khalidi, Khalid Abdulla Al Zeer, Ahmad Al Abdulla Bismawi Management: Abdulilah Al Abdulrahim (GM), Religious Supervisor: Sheikh Afghan mujaheddin. | | |
| | Oil Islamic Investment Bank EC, Manama, 1996 | | Citibank, New York (100) | Directors: Mohammed Al Shirqi (C) Management: Shafqat Ali Memon (GM), Youssef Shahed | | Formerly the Islamic Leasing Company |
| | Faysal Investment Bank of Bahrain E.C., Manama, 1981; Total Assets: $221 million, Paid-in Capital: $26 million (12/31/94) | | Faysal Islamic Bank of Bahrain (47) | Dar al-Maal al-Islami Trust (53), Saudi Investors (47) | Hierarchy: Prince Mohamed Al-Faisal Al-Saud (C), Abdullah Alawi Zaid Alireza, Ahmed Salah Jamjoom (DG al-Nabil Naudd (P & CEO), Abdulrauf al Faisal, Yusuf Fesal Al Saud, Ibrahim khalifa Al Khalifa, Bandar Mohammed Bin Laden | [redacted] Pioneer Abdulla Othman Al-Hosaini probably is identical to the head of the Netherlands-based Waqf | Holds offshore and onshore commercial licenses issued by the Bahrain Monetary Agency. The bank was planning to raise capital to $100 million in 1996. Religious Supervisor Mohammed Khatir |
| | Faysal Islamic Bank of Bahrain E.C. (a.k.a Ahmed Faysal al-Islami of Bahrain E.C. (C), Manama, 1982; Domestic Offices: One commercial branch and one investment | Investment: Faysal Investment Bank of Bahrain (47.40); Advanced Technology Services (99), Faysal Securities & Financial Services W.L.L. (66), Islamic Trading Company (23), Al Faysal... | | | 6 | |

C05432020

CIA_000762

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | nFaisal banking unit: Representative Offices: Saudi Arabia (5). Total Assets: $1.46 billion. Funds Under Management $1,125 billion. Public-Capital: $70 million (12/23/94) | Investment Transact Company Ltd. Foreign - Faisal Bank Ltd, Pakistan (66). Faisal Finance Institution incorporated AS, Istanbul (51). Faisal Islamic Bank of Egypt, Cairo, (1.3). Al Faisal Investment Bank Ltd., Pakistan | | Mohammad Abdullah Al Jupan, Mohamed Abdallah H Kherji, Omar Abdu Ala, Jamil Abdullah Al Zami, Abdallah Othman Al Hawalri, Iief Bin Ahmad Al Qahtani, Junior Ahmed Fevezz Management Mohamad Y Kerouze (VP), Anwar Lutfallah, Salam Abdul Satar, Abdalrahman Shebab, Mohamed Tariq, Jmal L Aludi, Ibrahim Jeehed Wase, Mohammed Bacheere, Abdul Aziz Al Hailag, El Rashid Abdul Wahab H Haidar, Mohamad Najeeb, Radimeddin Moosk, Rizwan Said Religious Supervisory Board; Sh. Mohammad Khater Mohamed al Sheikh (C), Abdullah Bin Manih, Abdulrahman Al Mahmood, Sh. Khalil Gomeer, Justice Mohammed Taqi Usmani, Mustafa Hissay | al-Islami, an NGO that has funded Gurrat'ai and Nadirs mosque, Hurolai owes the Saudi-based Halal Food Company, which has funded the Egyptian Muslim Brotherhood in the past. Directors Ahmed Shieh Jampiem and Ibrahim Kbaleb al-Khatib are on the board of the Khartoum-based IPO. | Mohamed al Shebh may be identified to Mohamed Khater, Grand Mufti of Egypt during the 1970s and [redacted] a close friend of President Mubarak. |
| | First Islamic Investment Bank, Manama, 1997; Public Kuwait (100), probably via Majestic Global Investments. (6/30/97) | Majestic Global Investments, Majestic Global Investments. Crysus Islamic E-Commerce MGI, Kuala Lumpur (99) | Al Jumaih Group (20), Saudi financial institutions (10), Majestic Global Investments & other Kuwaiti financial entities (21), Allied Bank (Malaysia) Bhd (5), Other Malaysian investors (14), UAE Investors (14), Investors from Bahrain, Oman, & Qatar. | Mohammad Abdulaziz Al Jumaih (C), Majid al Refii (CEO), Asif Abdel Malik | [redacted] be Al Jumaih has retained Ata Al Jumaih. Yousef Al Qasabei is a director of Majestic Global Investments, a minority owner of this bank. | Established to target Islamic investments in Europe, the Gulf, the United States and, especially, Southeast Asia. [redacted] specific Global Investments is Kuwait but have subsumed into the new bank. CEO Refii heads MGI. Abdulaziz and Mohammad al Jumaih & Company is a Riyadh-based conglomerate involved in an array businesses, including ownership of GM, Pepsi and Isuzu distributorships. |

7

C05432020

CIA_000763

Appe...
Cont...

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Investors Bank, Manama, 1992; Paid-in Capital: $15 million (10/10/97) | Islamic Insurance & Reinsurance Company; Islamic Investment Company of the Gulf (Bahrain) E.C. 1995, Representative office; Core Fund Under Management; $264 million (includes $255 million invested with other DMI companies); Paid-In Capital: $30 million (12/31/94) | International Investment Group, Kuwait (see below); Ministry of Awqaf & Islamic Affairs, Kuwait; Pearl of Kuwait Real Estate Company; Fahd Al Salim & Sons

Dallah Albaraka Group

Dar Al Maal Al Islami S.A. Geneva | Directors, relate Muhammad Al Faisal Al Saud (C); Dr. Abdel Aziz Abdullah F. Jalal, Sh, Haydar Mohamed Ibn Laden, Omar Abd Ah, Dr. Mahmoud El Din - Management; Ghazi Ahmad Khan (GM & CEO); Mohammed Gedal Al-Ajaly; S. Iftikar Ali, Razi S. Faith, Haj Zeyd Ahmed, M. Waqas Alecim Religious Supervisory Board; Sheikh Mohamed Victor Nkhamed El Sheikh (C); Sheikh Abdullah Ben Mazek, Nawabet Halil Conece, Dr. Morocfa Ilovey | | The bank's founders expect to the bank to begin operations by yearend 1997. |
| | Bahrain Islamic Bank (48), Bahrain Islamic Investment Company, Manama, 1980; Total Assets: $46 million; Paid in Capital: $22.5 million (6/30/91) | | Bahrain Islamic Bank (48), Bahrain Islamic Investment Company | Directors: Abdel Latif Janahi (C); Ahmed Mansoor al Aali (DC); Fuad Kanoo; Hasan Ibrahim Kanad; Sh. Othman Thabet al Mahmood, Sh. Ali Ahmed al Janahi; Sh. Abdul Rahim al Mahmood; Management: Rashid al Jowaisry (GM); Taif Khalifa Mohd Noor, Mohammed Abdulla Hamid Al Khozaab | | Janahi is a Director of Dubai Islamic Bank, Islami Bank Bangladesh, and several other Islamic banks in Bahrain. |
| Bangladesh | Al Arafah Islami Bank Ltd., Dhaka, 1995 | | | Nurul Haque (MD); A. Abul A. Khlic, A. O. Choudhury | | Haque is a Director of Islami Bank Bangladesh. |

8

CIA_000764

**Appendix,
Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bangladesh (Continued) | Albaraka Bank Bangladesh Ltd, Dhaka, 1987; Domestic Branches: 28; Foreign Offices: None; Total Assets: \$222.7 million; Paid-in Capital: \$9.4 million (12/94) | | Al Baraka Investment & Development Company, Jeddah; Unspecified local investors | Directors: Sheikh Saleh Abdullah Kamel, Mahmood Jamool Hassanhalif(CLK M Ehsanul Haq (VC), Qamar Ahmad Sulelman, Dr. El-Sayed Ali Ahmed Zaki, Mohamed Abdu Yanani, Ardinul Islam Khan, S. S. Nazim Abu City, Annmallah Miah Mohammed Abdul Khaleque

Selina Begum, A.H.M. Kamaluddin, F.M.Rafiqul Islam, Md. Ashraf Ali, Homayun Kabir, Barrister M. Moslmuzzaman Khan Management: Dr. S.A. Shakoor, Mohammad Fazlul Karim (EP), Nadiruddin Ahmed, A.R. Gizauddin, Mohammed Mesovore, Mohammed Suleiman, F.M. Jirul-Islam, Awamuddin Khan, Nasiruddin Ahmed Religious Supervisory Board: Aminul Islam (C), Sharif Mohamed Abdul Qadir, Mohamed Salahedin | Al Baraka Investment & Development Company, Jeddah; Unspecified local investors | Osman Ahmed Suleiman is a member of Sudan's National Islamic Front and former GM of El Nielen Bank in Sudan. He may be identical to Ahmed Suleiman, the GM Islamic of Faisal Al-Fayssal al Islami (Bank & Trust) in Nassau. |
| | Islami Bank Bangladesh, Dhaka, 1983; Domestic Branches: 94; Total Assets: \$570 million; Paid-in Capital: \$4 million (12/95) | | Al-Rajhi Banking & Investment Corporation; Bahrain Islamic Bank; Dubai Islamic Bank; Islamic Development Bank; Islamic Investment & Exchange Corporation, Dubai; Jordan Islamic Bank for Finance & Investment; Kuwait Finance House; Government & Private Financial Institutions (64% Local Sponsors (31); Public (10); Government of Bangladesh (5) | Directors: M.A. Rahman (C), Fahad Abdullah Al Rajhi (VC), Lutfar Rahman Sarker (EP), M. Azizul Haq (DIP), M. Kamalhaddu Chowdhury, Syedur Rahman Chowdhury (EVPs), Moulana Mohammed Abdul Jabbar, Mir Quasem Ali, Mohammed Mohktar Hossain Md. Alimullah Amin Khan, Moslem Mohammed Shamsuddin, Mohammed Mobil Miar, Mohammad Abdullah, Mohammad Younus, Mohammad Shafiuddin Dewan, Mohammad Sharif Hussain, Mohammed Ataur Rahman Khan, A.K.M.A. Zaher, M. M. Nural Haque, Professor Kazul Qui, Jamal-ul-Anam, Abdulhaif Abdulrahm Jamid, Ahmed Salah Jamjoom, Foazul Abdul Hameed Al-Khateeb, Saed Ahmed Loorah, Hamad Al-Hajeri, Abdul Wahhab A. Al-Hadi | Al The bank is closely linked with the non-militant Jamaat-E-Islami, the largest Muslim fundamentalist political party in Bangladesh, which desires to establish a "fundamentalist Islamic state."

Al Abdul Hameed Al Khateeb, a Saudi National, was described as a militant member of the Muslim Brotherhood.

Director of the JAMI Company in Kuala Lumpur—a joint venture with Suleiman Al Rajhi, Dalhih Al Baraka, and US Foundation that possibly finances extremist groups. Dubai Islamic Bank Chairman Saeed Ahmed Loorah is a longtime Muslim Brotherhood member. Ahmed Salah Jamjoom—Director | Kamist Ozal, brother of the late Turkish President, Turgut Ozal fundamentalist political party led by Islamic Front and served as establishment of the Al Baraka Turkish Finance House. Together with Dalhih Al Baraka of Al Fayssal Ozal formed the Berekat Ozal founded 44 militant/affiliated (Adianaince) Foundations, a charitable institution in Turkey. |

9

C05432020

CIA 000765

## Appendix (Continued)

| Country | Bank, Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bangladesh (Continued) | Islami Bank Bangladesh (Continued) | | | Management ▓▓▓▓ ▓▓ Salam Nabi Abu Nasr, A▓▓▓ Haibhar Sh. Md. Abd▓▓▓ (Khona Arefin, Md ▓▓▓ Sharif (Khondokar A.K.M. Fakhul ▓▓▓ghuly ▓▓▓ Ruzaul Hossain ▓▓ Sharey Mohd Abdul ▓▓ mer Amin, A.T.M. N▓▓▓ghuly ▓▓ Fariduddin Ahm▓▓d ▓▓▓ul ▓ Bhuiyan, Md ▓▓▓ Md. Simjul Islam Khandokar, Md. ▓▓ul ▓ Nurul Majid Hossain, Md. Abdul Kalam Azad Sh. Mohd. Nazrul Islam, Golam Jilani Chowdhury, Abdul Matin Bhuiyan, Mohd Shahjahan Chowdbury, Syed Serbafiul Haque, Mohd Zillar Rahman, Mohd. Liaqat Ali Khan, Md. Motiur Rahman | ▓▓▓ of Sheur Dar Al Maal Al Islami subsidiaries—it ▓▓▓ (Senior VP)A▓▓▓ on the Executive Board of Sadar's Islamic Mahbbal ▓▓▓ Dawa Organization. Md. Abdul Sye▓A. Awwal, Md. ▓▓ul | |
| Bosnia and Herzegovina | Sch-la Islamic Bank (officially, The Bank of Bosnia and Herzegovina and Sch-la Arabia)Sch-la Islamic Bank (probably became operational in March 1997. Authorized Capital: $22.2 million | Sch-la Bin Baz Koerpnrijn | Investors probably include Saudir Solaleh, Editora Praic, Hasan Numanovic, Alija Izetbegovic, and the Commercial Investment Bank of Zenica; Saudi-citizen Abdul Rahman A. Bin Baz may own as much as 90 percent of the shares. The International Islamic Relief Organization also may have purchased shares, based on or pursuant to a late 1996 meeting that resulted in an agreement to establish the bank. | | Bin Baz, who presides over Saudi Arabia's Ulema Council and is close to King Fhad, funds Mahhdbu al-Khedamat (MK), an NGO based in Peshawar, Pakistan closely linked with the Afghan mujahedin, the Organization funded by Usama Bin Ladin. ▓▓▓ finances a range of radical Islamic-based militants to ▓▓ seek trained militants to ▓▓▓ Bosnia, Chechnya, Palestine and elsewhere. | Solaleh had been working with the Families of Martyrs and Fallen Soldiers Organization and the Association of War Invalids on this project. |

10

CIA_000766

**Append...**
**Contin...**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bosnia and Herzegovina (Continued) | An Islamic bank was established in early 1992 in downtown Sarajevo into a main mosque, according to clandestine sources. The name of the bank was not specified. | | El Fatih Hassanein of the NIF-controlled Third World Relief Agency and Turkey's Refah Party provided the share capital. | | The bank was established to finance the Bosnian Mujahedin. A Sudanese diplomat, close to NIF leader Hasan al Turabi, Hassanein allegedly financed arms shipments to Bosnian Muslims through the TWRA office in Vienna. | |
| Brunei | (The) Islamic Bank of Brunei Bhd, Bandar S. Begawan. Domestic Branches: 6. Total Assets: $276 million. Paid-in Capital: $73 million (12/31/92) | | | Directors: Haji Abdul Rahman bin Haji Abd Karim (C), Haji Abu bin Haji Serudin, Awang Ada bin Abdul Rahman (GD) Management: Dyangku Hajjah Umi/Hadi Pen. Ali, Haji Awang bin Karuna, Awang Haji Abdul Hamid bin Haj Junaidi | | Was known as the International Bank of Brunei until 13 January 1993. |
| | Perbadanan Tabung Amarah Islam Brunei, Bandar S. Begawan. Total Assets: $3.6 million (12/31/94) | | | | | |
| | Takaful (BBD) Sdn Bhd, Bandar S. Begawan. Total Assets: $5.5 million. Paid-in Capital: $0.8 million (12/31/94) | | | | | An Islamic insurance company. |
| | Takaful (TAIB) Sdn Bhd, Bandar S. Begawan. Total Assets: $7.3 million. Paid-in Capital: 3.4 million | | | | | An Islamic insurance company. |
| Cayman Islands | Al-Lareeja Company for Investment (Saudi Ltd) | Probably Al Tawfeek Investment Company, Alexander (92) | | | | |

11

CIA-000767

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (Percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Cayman Islands (Continued) | Majestic Global Investments | Probably Majestic Global Investments, Kuwait | Probably First Islamic Investment Bank, Manama (100) | | | The firm probably serves only as a shell company for registering Majestic Global Investments in Kuwait. |
| China | Atlantis Nexyus Neutualistic International Trust and Investment Company, Nexguic Capital: 200 million | Islamic International Investment Company, Yinchuan Province, PRC | Small Entities and Individuals (60) | Na Shengqong (C) | | Formerly the Islamic International Trust & Investment Company, according to press reports. Chinese authorities reportedly changed the name of the company to avoid connections with the rise of Islamic fundamentalism. The Islamic International Investment Company was a joint venture with Faisal Islamic Bank of Egypt. |
| Cyprus | Faisal Islamic Bank of Cyprus (a.k.a. Kibris Faisal Islam Bankasi Ltd), Nicosia, 1983. Total Assets: SIF 7 million. Paid In Capital: $1.1 million (92.51.94) | Faisal Islamic Bank of Cyprus (a.k.a. Kibris Faisal Islam Bankasi Ltd), Nicosia | 2 asset Islamic Bank of Egypt has an unspecified stake. | Director: Tes; Ahmed Abdelhadi El Nagzier (C), Muhammad Al-Faisal Al-Saud, Osman Shiker, Abdelhamid Mahmoud El Bissl, Nappeli Ishak El Khalili, Abdul Aziz A Al Fahd | El Naggar was Secretary General of the International Association of Islamic Banks (IAIB) and Dean of the Institute for Islamic Banks in Turkey's Kanthasam Campus—which is a fundraising source and press reports allege is a key conduit for financing the training of extremist Sudanese Brotherhood members as Shiite martyrs in Lebanon | By late August 1992, negotiations were in their final stages to sell the bank in Turkey's Kanthasam Campus—which is a fundraising source and press reports allege is a key conduit for financing the Pushin Party. Egypt's defunct Al-Rayan Islamic Investment Company owned 17 percent of the bank as of 1988. Al-Rayan—a pyramid scheme—collapsed and was shut down by Egyptian authorities in mid-1988. |
| Denmark | Faisal Islamic of Denmark A/S (formerly Faisal International Bank of Denmark A/S), Copenhagen, 1983. Total | Dar Al-Maal Al-Islami owns 100 percent through Faisal Holding in Luxembourg. | Dar Al-Maal Al-Islami owns 100 percent through Faisal Holding in Luxembourg. | Directors: Raider Dae (C), Mahmoud El Helw (VC), Paul Bent Hansen (MD), Ahmed Ahmed, Peter Jentsbow, Monaugha Sakhaf, Gunter Theelund-Jepsen, Ole Tím. Management: Henning Mickels, John Jorgensen, Henrik | In 1992, [redacted] receive [redacted] into an account held by Al-Aqsa Company—a possible reference to Al-Aksul I.Y, which is involved in Germany press reports as an organization that | International of Denmark. The ownership and name changed in February 1992. |

C05432020

CIA_000768

## Appendix Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Officers; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Denmark (Continued) | Assets: 396 million Pak-... in Danish: 30.6 million (12/31/94) | | | Weiss Jensen, Steen Adelsted, Flemming Fenecre, Hassan Aboudieh | Sources: HAMAS. The transfer originated from Qatar Islamic Bank. | Sources: HAMAS. The transfer originated from fixed significant losses from unpaid loans to three Iranian banks. |
| Djibouti | Banque Albaraka-Djibouti 1991; Domestic Branches: 1; Total Assets: $26.5 million; Public Capital: $3.4 million (12/31/94) | Albaraka Investment and Development Company (42); Dallah Albaraka Holding Company, Bahrain (100); Islamic Development Bank, Jeddah (10); Qatar Islamic Bank (5); Djibouti nationals (15) | | Directors: Sh. Salih (Abdullah Kamel (P); Osman Ahmad Suleiman (C); Saleh Al (7); Osman Abdallah, Ali Naseer, Freij Zina, Abdul Rahma Moutick, Saul Wanzana (represent Djiboudian nationals); Ahmed Omid Salen (OM); Mohamed Afifi, Said Ahmed Said | Maintains account for Islamic Afram Relief Agency (HAKA), an NGO controlled by Sudan's National Islamic Front. | Freij Zaig is Chairman of BEST Hami in Tunis, an Albaraka subsidiary; Abdul Rahman Moutick is an the head of Qatar Islamic Bank. |
| | | | | | | No additional information was found on this bank. |
| Egypt | Faisal Islamic Bank of Egypt, Cairo, 1977; Domestic Branches: 14; Representative Office: Jeddah; Total Assets: ... Banque Saudi Finance bank, Cairo, 1980; Domestic Branches: 5; Total Assets: $122 million; Paid-in Capital: $17.8 million (12/93) | Domestic: Islamic Company for Annual Wealth, Islamic Company for Islamic Refrigeration, Islamic Foreign Trade Company; International: International Company for Import ... ; 1 gypsum materials (5), Saudi and other Arabians (9) | Al Baraka Investment & Development Company (46); Other Saudi Nationals (3.5); National Bank of Egypt (8.6); Banque du Caire (4.5); Bank of Alexandria (8.4); Banque Misr & Misr Insurance Company (12.5); Individuals and Others (18.3) | Directors: Salih Abdullah Kamel (C); Abdul Latif Yousef Abdul Latif (GM & MD), Ibrahim Fouad Mohamed Nassar, Sobhy Badawy Yehia, Mohamed Mohamed Tawfik El Moghraby, Kamal El Din Abdullah Saeed, Taher Amin Hassan, Aly Aly Fang, Gaafar Abdul Salim... Al Ezmail Tamoon, Shawky Al Hassany Mohamed Fouzy, Sh. Abdullah Salih Abdullah, Henry Mourny El Collahy (Management: Hazem El Rahway) Mazraat (MD); Directors: Prince Mohammed al-Faisal Al Saud (4); El Sayed Ahmed Zandou, Ahmed Thabet El-Halla, Ibrahim Gamal Badran, Ahmed Heliry Abdel-Magid, Mohamed Gamal Al Shennwy, Ahmed Abdelaziz El-Naggar, Hasan | Key source of financial support for Egypt's Muslim Brotherhood. Director Qandawi is a director of the Al Manki Al Hanki... person, and has been described as a militant MB member. | Formerly Pyramids Bank until 1988 when the Al Baraka Group purchased the shares and converted it to an Islamic bank. Qatar/Saud Qandawi is a director in religious supervision of several Islamic financial institutions. |

13

C05432020

CIA_000769

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Egypt (Continued) | Islamic Investment House; 1981; Cairo; Capital: 5100 Million (S JG44) | Al Tayeb, Islamic Company for Acrylic Products; Islamic Company for Pharmaceuticals, Electronic Industries Company, Cairo Medical Center, New International Hospital, Islamic Company for Investment & Development Al-Solam Investment Company; Teraska National Company for Food Staff Industries, Islamic Company for Industrial Detergents, Islamic Company for P.V.C. Floor Tiles, Sporting Shoes Company, Arab Company for Purification Works, Pan Islamic Threading Group, Islamic Company for Education Engineering Industries, Thermofrio & Medical Responses; Foreign: Damascus Company for Agricultural and Live-Stock Production; Khartoum, Islamic Development Company—Khartoum, Faisal Islamic Bank of Sudan, Dar al-Maal al-Islami, Sudanese Islamic Bank, Islamic Bank of Western Sudan, Faisal Finance Institution, Istanbul, Faisal Islamic Bank of Cyprus. | | Abdurrahim, Dr. Abu Hasan, Sultan Abou Ali, Abdel Aziz Abd Allah Al Essikh, Ali Ahmed Hamdi, Omar Abdel Rahman Naem, Omar Mali Ali, Mohamed Kamal Abdel Aziz Hashem, Dr. Youssef Abdallah Al Quraei and Management: El Sayed Ahmed Zaeem (Governor), Ahmed Amin Hassan, Abdel Hamid Abou Moussa, Dr. Ismail El Mahrouki, Dr. Shoukry Ismail Shehata (Supervisor of Zakat fund); Religious Supervisory Board: Sh. Mohammad Mutter Mahrouki Al-Sheikh, Dr. Mohamed Moustafa Shaltby, Dr. Mohamed El-Tayeb El-Naggar, Dr. Ali Hasan Youness, Mohamed Hamed Abdel Aal | | |

C05432020

CIA_000770

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Egypt (Continued) | Islamic International Bank for Investment and Development, Cairo, 1981; Domestic Branches: 7; Total Assets: $341 million. Paid-in Capital: $40 million (12/31/85) | Domestic subsidiaries in real estate, publishing, technology, and pharmaceuticals. Foreign: Islamic Bank for Western Sudan | National Bank of Egypt (20), Banque du Caire (20), Bank of Alexandria (20), Misr Banque (20), Individuals (20) | Directors: Mohamed Abdel Wakil Gaber (P & C), Mohamed Salah Abdel-Gayed, Ahmed Moustafa Al-Ahlbai, Mohamed Abdul Razik Anwar, Fahmy Mohamed Abdul Ali, Mahmoud Sayed Hassan, Yousef Hassan Ibrahim, Sheik Ahmed Khalil, Henok Azayed Mohbih Mohamed Helmi. Zaghoul Management: Ibrahim Saba (GM), Ahmed Ezz el Din Al-Tayouni, Abdel-Moneim Habib, Mohamed D Khadahm, Ali Abdu-Sadek, Samir Al-Sheikh, Ali Nazhani, Abdel Hakim Abou Alam, Ali Abdel Gawad, Ashin Gahini, Fathi Habib, Al Ghazib Nassru Mohamed. Maamed Abdel Azim Selim, Ahmed Al-Bashary, Shaker Hamdan, Ahmed Al-Arashi, Mahmoud Al-Ghammaz, Ahmed Al-Gindi | ███ in the mid-1980s that the bank was run by the Egyptian Muslim Brotherhood. | |
| | Islamic Investors and Development Company, Cairo, 1985 | | | Directors: Omar Abdel Rahman Azzam (C), Omar Abdu Ali, Osama El Hosy, Mohammed Abulaleb Abdelfazim Li Kherepp, Ahmed Zmako, Hamed Habib, Ahmed Holmi Abdul Mejoed, Mashhour Arafm, Mohmoud Zakli, Shawki Farug, Sheikh El Khalifa, Fouad El Eazary (GM) | | |
| | Nasser Social Bank, 1971; Domestic Branches: 21; Total Assets: $2DN million; Paid-in Capital: $44 million | One of 25 shareholders in the National Bank for Development, Cairo | Government of Egypt (100), although not under the control of the Central Bank | Management: Ahmed Mohammed Al Minshawi | | By a special law, it operates as a social welfare fund—making donations for social purposes while receiving 2 percent of the profits on some public sector companies. |

15

C05432020

CIA_D00771

| | Head Office, Year Established; Domestic and Foreign Officers; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Guinea | Banque Islamique de Guinee; c.1983, 1983. Total Asset: $15 million Paid-In Capital: $3 million (12-31-04) | | | Directors: Dr Mahmoud El Heln. & Pt. Mohamed Yayo Keatouma (DG) Management: Abdelaziz Alaini (Acting GM) | | financial results. Efforts are being made to use the institution by arresting borrowers with outstanding non-performing loans. |
| India | Al-Baraka Finance House Ltd, Bombay; Total Assets: $24.domestic companies. Foreign: $24 million Paid-In Capital: $12 million | Equity participation in more than 20 domestic companies. Foreign: Al Baraka Investment and Development Company Ltd, Jeddah | | Directors: Sh. Saleh A. Kamel (Chairman Emeritus), Mahmoud I. Hasanpahli (C), A. Rauf, Osman A. Sulaiman, I.T.-P., Madibub, Ghulam Ghouse, Habil F. Khorakiwala, R. S. Gousr (MD) Management: Salim J. Abdulla (GM), Aalilaj Hussain, V. Ravi, Shabbir Ali, Mz. Shaqeha Khan | | |
| Indonesia | PT Bank Muamala International, Jakarta, 1989; Domestic Branches: 4; Total Asset: $156 million; Foreign: $21 million (12/31/95) | | PT Muyagala Karib Corporation (50); PT Muyagala Karina Corporation (50) | Directors: Jeffrey Koos Woomas (C); Haryono Tjahjosjadi (P) Management: Edito Rianti, Tilok holyeni, Iluly Mufri | | Fifth Islamic bank to be established in Indonesia this century (three others failed). A scandal ensued shortly after Bank Muamalat was established, when it was discovered that the foundation that administers the national lottery purchased shares; Islam forbids gambling. |
| | PT Bank Muamalat Indonesia, Jakarta, 1991; Total Asset: $77 million; Paid-In Capital: $45.4 million (12/1/93) | | Shareholders include Soeharto, Vice President Sudharmono, Dah Ham. Bimantra Citra, Various Indonesian Cabinet Ministers, and Muslim Employees of Leading Chinese-Indonesian Conglomerates. | Directors: Radheej Salzh, Omar Abdalla, Saleumzini Sahild Olmandjane, Amir Rajab Bauhars, Mahmud Amin Aziz, Zichalbahur Noor, Maman Wirasi Nazupreuadi, Anang M. Surpini, Ismail A. Saief, Religious Supervisory Board: Kysi Hajji Hasan Basri (C), Hajj Mohamad Qurisah Shihob, Kysi Hajj Ibrahim Honen, Kysi Hajj Yalle, Kysi Hajj Achmad Azhar Basjir | | |
| Iran | | | | | | Tehran established an Islamic financial system in 1984. Because they are wholly government-owned and do not universally conduct business according to Islamic banking practices, Iran's 10 commercial banks are not discussed here. |

16

C05432020

CIA_000772

**Appendix Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Iraq | Iraqi Islamic Bank for Development & Investment, Baghdad, 1992; Capital: ID equivalent of $54 million at black market rate (12/31/92) | | Arab Bank PLC, Amman (100) | Abd-el-Latif Humayn Mohammed (C) | | The bank was founded by the Al-Dulaym clan. Humayn is a leading Iraqi capitalist. |
| Jordan | Jordan Islamic Bank for Finance and Investment, Amman, 1978; Domestic branches: 26; Total Assets: $673 million (12/31/95); Paid-in Capital: $31 million (6/31/96) | Irtid al'Ayad al Palistini, Ramallah, the West Bank (14), Al Aqsa Bank, West Bank | Private Sector (90), Government of Jordan (2) | Directors: Sheikh Salih A. Kamel (C), Badr Mohamed Sa'eed Hirsh (VC), Hamdi Al Tabbaa, Al Baraka Investment and Development Company, Kuam/Suni Advisor, Salem Husseh Abu Anal Management: Musa A. Shihda (GM), Faisil M. Rebeed, Saleh El Shameer, Salah Eddin Dish (GGM) Religious Supervisory Board: Sh. Abdul Hamid Easayeh | | At the request of Jordan's Central Bank, Arab Bank PLC—one of the Middle East's largest conventional banks—purchased the license of the near-bankrupt Amman Bank for Investment and converted it into an Islamic bank. Bank management advised MB members to boycott other banks because they practice usury. Religious Supervisor Easayeh was a member of the Palestine Liberation Organization as of 1987; [redacted] headed the [redacted] Council in that [redacted] time. |

17



CIA_000773

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Kazakstan | *Iwan-i-Yuki (formerly Al Barrka African Bank), Alma Ata, 1991 | | Government of Kazakhstan (50), Al Barrka Investment & Development Company, Jeddah (25), AO LUKOIL Kazahstan (25) | Vladimir Nikitenko (C) | | Until April 1996, the bank was 50-percent owned by Dahlah al Barrka. Financial problems forced Al Barrka to sell its shares to the Russian oil firm, LUKOIL and the bank's name subsequently was changed to Zhonevel Bank. |
| Kuwait | Investbank: Investment Group A.S.C., Kuwait, 1992; Representative Office: Manama; Paid-in Capital of Reserves 158 million | Investex Bank, Manama (to be capitalized by yearend 1997) | Al Barrka Investment & Development Company (90); Ministry of Awqaf & Islamic Affairs (50); Private Sector Shareholders, Kuwait (25); Public Institution for Social Security (10), Industrial Bank of Kuwait (5) | Directors: Ahmed Saad al-Janti (C), Khalid Rashed al-Hajri (VC), Sami al-Saoir al-Amal (MD), Muhammed Aisha Yasuro, Yacib Yaoussef al-Mutairie, Abdul Mohsen Mohammadi-Othman, Saleh Jouezi Hala'En, Sheikh Mohammed Abdulla Al Mobarak Sabhhat | Chairman Janti and Director Yasuni are on board of Khartoum-based Islamic Dawa Organization. | TII is an Islamic financial services company, which provides international private banking services and global investment banking to exclusive clients. Shaykhu Adnan Al Bahar is considered a black sheep by his family because of his adherence to strict Islamic principle. His merchant family purportedly feels betrayed by Al Bahar because they preferred its traditional areas of commerce and finance. |
| | (The) International Investers, Kuwait, 1992; Representative Office: UK; Total Assets: 566 million, Paid-in Capital: 557 million (31-Dec-94) | Wholly-Owned: Bahrain: SAALT 1EC, SAALT 2 EC, SAALT 3 EC, SAALT 4 EC, SAALT 5 EC; British Virgin Islands: TII LSD1 Fund Limited, TII KD Fund 1 Ltd, TII Short Term, Sterling Fund Ltd, TII USD U Fund Limited, TII Property Fund Limited, TII Property Management Limited, The International Investor Real Estate Fund Limited (50) | Major Shareholders: The Public Institution for Social Security (Kuwait), The Ministry of Awqaf and Islamic Affairs of Kuwait, The Public Authority for Minors Affairs of the Ministry of Justice of Kuwait, Al-Rajhi Banking & Investment Company (12) | Yousaf Management: Ahmed Al Janbi (EVP), Soliman A. Rafid, Abdurrahman Al Rashdy, Mukhtar Ali, Yahya Sanderam (VPs) Directors: Adnan Al Bahar (C & MD), Najeeb Abdulla Al Mulla (VC), Fahad Maroufi al Rajabi, Sayer Badar Al Sayer, Salih Al Ward, Rashr M. Al-Marzoki, Abdullah Sulaiman, Khalid Management: Basil Ghalayini (GM-London office) | | |

18

CIA_000774

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Kuwait (Continued) | Kuwait Finance House, 1977; Domestic Branches: 17; Total Assets: SA.7 billion; Paid-in Capital: $150 million (12/31/95) | Domestic: International Turnkey System (100); Al-Enma'a Real Estate Services Company (99.6); Al-Bashaër (Human Resource) Investment Company (50); Kuwait Privatization Enterprises. Foreign: KFH Ijara House (Malaysia); Kuala Lumpur (70); Kuwait Turkish Evkaf Finance House, Istanbul (50) | Individuals (51), Ministry of Finance (30), Ministry of Awqaf and Ministry of Justice (9); only Kuwaitis may [Dubai] | Directors: Bader Abdul Mohsin Al Mukhaizeem (C & MD), Mohammed Yousef Al-Roumi (VC), Jamil Adan Mulakhm, Khalid Abdullah Al-Zouz, Sameer Yaqoub Al-Nafeesi, Abdullah Kabhd Al-Jassar, Abdul Mohsen, Abdulla Mijjhm, Adnan Abdul Wahran al Marzouk, Mohammed Ali Al-Khurafi, Faoud Abdullah Al Omar, Ibrahim Abdullah Al-Khamees Management: Waleed A. Al-Rawaih (DGSM), Ahmad A. Al-Doheary, Hemik F. Al Sabeeh, Suleiman A. Al Balhan, Hamid A. Al Bader, Nabil Ahamd Amm, Abdulla Y al-Nafisi Faisal (Abdullah Al Zamili (AGMdir; Ahmad M. Amcen, Abdul Rahman A Benaki, Ibrahim Abdullah Al Khamees, Talal Abd Al Nabi, Isam M. Al-Arbaw, Fahad M. Al-Dasma, Yousif A. Al-Malim Religious Supervisory Board: Ahmad Bazie al-Yaseen (C), Sh. Bader al-Motawally A. Al Bader, Sh. Khaled al-Modarwa, Sh. Ajeel i. S Nashmi, Sh. Mohammad Fawzi Feisfulla | Religious Supervisor Ahmad Bazie Al Yaseen and Director Faoud al Omar were among a group of militant Muslim Brotherhood cadres from Egypt in the mid-1960s. [Both were identified as Directors of the International Islamic Charities Organization, established to manage Muslim Brotherhood finances. Arab press reports from Paris noted in 1994 that HAMAS used KFH as a conduit for funding without the bank's knowledge. | KFH is considered by some in the banking community to be one of the most well-run Islamic financial institutions. It plans to establish an Islamic bank in Indonesia, according to 1994 annual report. Director Faoud al Omar is a Director of the Islamic Development Bank in Jeddah. Religious Supervisor Yaseen is Chairman of Kuwait Turkish Evkaf Finance House in Istanbul and a shareholder in Faisal Islamic Bank of Sudan as of 1984. |
| | Majestic Global Investments, Kuwait | Majestic Global Investments. | First Islamic Investment Bank, Manama (100) probably via Majestic Global Investments, Cayman Islands | | | |
| Lebanon | Al-Baraka Bank Lebanon SAL, Beirut; Foreign Branches: none; Total Assets: $13 million; Paid-in Capital: $7 million (12/94) | | | Director: Majid Bader Al-Rabi (C); Religious Supervisory Boards: Yousief Al Qaradawi (C); Khalid Tenash (CM) | Bank Al Taqwa Advisor Qaradawi is a militant member of the Muslim Brotherhood, executive board member of Sudan's IPO, and Director of several other Islamic financial institutions. | been involved in establishing the First Russian Islamic Bank (a.k.a. Badr Bank) in Moscow. |

C05432020

CIA_000775

| Country | Bank, Home Office, Year Established | Subsidiaries, Affiliates, and Other Information | Ownership | Directors and Top Management | Links to Islamic Fundamentali... | Other Information or ... |
|---|---|---|---|---|---|---|
| Lebanon (Continued) | Beirut, 1989 | | | Muhammad Ahmad Darjal helped found the ... | Hizballah financial officer, 'Ali Zarayq was a ... | ... |
| Liechtenstein | Nada International Anstalt, Vaduz, 1976; Foreign ... | The firm is owned by or affiliated with Bank Al Taqwa in Nassau. Al ... | | Yousef Mustapha Nada, Ali Ghaleb Himmat, ... | Nada and Himmat are longtime members of the ... with the Iranian Government ... | Resignation documents in the ... |
| Luxembourg | Faisal Holding (Luxembourg) S.A. Public (former ... | Faisal Investment Company ... | Dar al-Maal al-Islami Trust (100) | | | |
| Malaysia | ... banking | ... in which financial institutions offer both conventional and Islamic products. ... | | | | |

20

Continued

CIA_000776

# Appendix Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Arab-Malaysian Group International Kuala Lumpur; 1992; Paid-In Capital: $50 million | | Wholly owned Arour Investments in the United States and has shareholdings in numerous businesses in Malaysia | ████████ Kamaruddin Taha (C), Wan ████████ and Hami Wan Sulaiman, Abdul Rahim ████████ Ghazar, Nor Mohamed Yakcop, Mohamad Salleh, Shaikh Yusuf Al | Al Qadi is affiliated with the Saudi-based Muwafaq Foundation, which has provided arms to the Bosnian Mujahideen and supported ties to Osama. Al Qadi is Al Islamiyya in Milan, Italy. ████████ Muwafaq is a shareholder in the Animal Resources ████████ Bank in Sudan and linked to the NIF-controlled Islamic Dawa Organization. Arour Group is a holding company for Arour Investments in the US—a key investment vehicle for the Omani Muslim Brotherhood. | Al Qadi was among a group of influential officials who used a prominent magazine for alleging a Sudan-Al Islamiyya in Milan, Italy ████████ attempted assassination of President Mubarak in Ethiopia and other terrorist activities. The magazine held information that Al Qadi was actively engaged in terrorism in Afghanistan and Sudan. |
| Malaysia | Bank Islam Malaysia Berhad, Kuala Lumpur; 1983; Domestic Branches & Offices: 75; Total Assets: $779 million; Paid-In Capital: $52 million (12/31/45) | Bank Islam Labuan, 1997 | Wholly-Owned: Bank Islam Labuan, Syarikat Al-Ijarah Sdn Bhd (Leasing), Al-Wakala Nominees (Tempatan) Sdn Bhd, BIMB Securities (Holding) Sdn Bhd, BIMB Unit Trust Management Berhad; Syarikat Takaful Malaysia Sdn Bhd (67.15) | Lembaga Tabung Haji (28), Al Ihwalas Investment & Development Company, Jordan (18), Majlis Ugama Islam Sabah (6), Lembaga Tabung Angkatan Tentera (5), (AMI Company, Kuala Lumpur (5); Malaysia Government & nationals (47) | Bank Islam Malaysia Bhd (100) | Ahmad Tajudin Abdul Rahman (MD) | Lehrani's Malaysia's offshore financial cover.
BIMB Unit Trust Mgt manages Amanah Saham Bank Islam (ASBI)-Tabung Persama-a unit trust fund established by the Bank. Bank[tj] personally held 10,000 shares in the bank as of mid-1995. |
| | | | | Directors: Shamsuddin Abdul Kadir (C), Ahmad Tajudin Abdul Rahman (MD), Haronah Ismail Tuan H.W.M Ismail Wan Hussain, Dr. Jamil Mohammad Bardisji, Ibrahim Mohamadin Fadel, Mahmood Jamil Jilaawhohin, Dr. Ismail al-Said, Tan Sri D.A Mohamed Busbini, Dr. Abdullah Hoji Ibrahim, Dr. Ahmad Shahbahri, Hashim Haji Yakays, Haji M. Khadratsi Haji Daisari. Management: Ahmad T A Rahman Ismail Mahayudin, Noshee Abidi Ibrahim Mustapha Hassan, Hamden Mohd Bintang, Fadzil Yusoff, Thalip Md. Yasin (GM) Religious Supervisory Board: Dr. Abdullah Hoji Ibrahim (C) | Bardisji
Al-Said is the Islamic Institute for International Though in Malaysia; is a board member of the IASIT Company in Kuala Lumpur and a former board member of Liechtenstein-based Nida International Awash-an affiliate of Bank Al Taqwa in Nassau. | |

21

C05432020

CIA_000777

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Commerce MGI (formerly Majestic Global Investment Ltd), Kuala Lumpur, 1994<br><br>Dallah Albaraka (Malaysia) Holding, Kuala Lumpur. Total Assets: $20.3 million; Paid-in Capital: $7.x million | | First Islamic Bank of Bahrain (39). Remaining shares probably are owned by Majestic Global Investments in Kuwait or the Cayman Islands. | Hamle Haslem (C & CEO), Asim Zafar (DCEO), Ivan Fred. Refiglus Supervisory Board: Yusuf Abdallah Al-Qaradawi (C)<br><br>Vasecher Hassan Abdul Razak (CEO) | Qaradawi is an Egyptian exile and longtime member of the Muslim Brotherhood. He purportedly serves as an advisor to Dallah Al Taqwa in Nassau and on the boards of several other Islamic financial institutions. | Dr. Hamia Haslem is the only female director of an Islamic financial institution. Majestic Global Investments is formerly Premier Excellant Sdn Bhd.<br><br>Vasecher Hassan Abdul Razack is Chairman of the JAMI Company in Kuala Lumpur. |
| | John Ateb Malaysian Investment (JAMI) Company Sdn Bhd, Kuala Lumpur, 1988 | Jami-Swilaya Sdn Bhd, Kuala Lumpur | Al Ibraika Investment & Development Company (JA), Sh. Sulaiman al Rajhi (JA), A Saudi-based foundation in Virginia (JA), Kamaruddin Mohammed Nor (9,4), Ipra Charitable Foundation (J,8), Sh. Ibrahim al Affandi (2,7), Sh. Abdul Rahman Faqih, Sh. Fuoad al Khateeb, Sh. Abdulrab al Moyyad, Said Saad bin Said, Sh Abdul Rahman bin Aqeel, Sh. Sulaiman al Yahya, Muhammad Bassam al Estewani, Shaukat Ali Mahmood, Kinana Company for Trading & Contracting, Jeddah (2,1) | Directors: Vasecher Hassan bin Abdul Razack (CEO), Mahmoud Jamil Hasanobidn, Dr. Jamal Muhammad Barzinjii, Fohad Suleiman al Rajhi, Mohmed Mohamed Towfick, el Megumile, Abdukiim al Moyyad, Kamaruddin Mohammed Nor | Liechtenstein. ... national Awrah in as affiliates of the Brotherhood-controlled Bank Al Taqwa in Nassau. Fuoad al Khateeb and Abdul Rahman bin Aqeel are militant MB members and Directors of the International Islamic Charities Organization in Kuwait—a financial conduit for the Muslim Brotherhood. Mohamed al Estewani operates a mosque in Virginia and is former Director of a US office of Mercy International (MI). The uncle of World Trade Center bomber Ramzi Yusef is a Director of MI's office in Peshawar, Pakistan. | Sheikh Salih Kamel and Mohammed Abdah Yamni founded the Saudi-based Ipra Charitable Foundation and have been accused by Egypt's President Mubarak of financing Egyptian extremists. Yamani and Barzinji were on the board of JAMI-Swilaya. ... rd the Ipra Charitable Agency funded Sensibili Al Ittihad Al Islamiye, Megaddah's leading extremist group. |

C05432020

CIA_000778

App
Con

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalist, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Lembaga Tabung Haji, Kuala Lumpur, 1969 (?est). Assets: RM 2.2 billion. Paid-in Capital: RM 79 million. (10/31/xx) | Wholly-owns eight companies in Malaysia primarily involved in property management and real estate. It has at least a 20-percent stake in 20 other Malaysian firms. | | Directors: Ahmad Tajudin b. Abdul Rahman (C), Haji Abdul Muttalib B. Haji Mohd. AFAI Fauvie, Haji Khalid b. Mat Zin, Mohamed Ariff b. Abdul Rashid, Mustapha b. Hassan Haji, Mohamed b. Hanifa, Ismail b. Mahyuddin, Mohd. Fadzil b. Yusof Management: Mohd. Fadzil b. Yusof (GM), Zainuddin b. Mzir, Mohamed Arif b. Abdul Rashid, Headman b. Haji Mohd. Noor. Religious Supervisory Board: Maqse Mohammed Hasim b. Yahya (C). | | Lembaga Tabung Haji is one of the largest property owners in Malaysia. The firm was established to financially assist pilgrims in making the Haj. It probably is identical to Pilgrims Management & Fund Board. |
| | Syarikat Takaful Malaysia Sendirian Berhad, Kuala Lumpur. Domestic and Foreign Offices: 28. Total Assets: N/A. Paid-in Capital: $4.3 million. (10/31/xx) | Bank Islam Malaysia Berhad (87.1%), Islamic Religious Council and Malaysian Street (12.9%) | | | | |
| Mauritania | Banque Al-Baraka Mauritanienne Islamique, Nouakchott, 1986, ? total assets 50, Paid-in Capital: $11.5 mln. (10/31/xx) | Fungate Al Islamic Islamic Investment Stock, District, Al-Banko Bhe national Ltd., London | Al-baraka Investment & Development Company (40), Central Bank of Mauritania (10), Al-Baraka Islamic Investment Bank, Manama (SM), Mauritania Private Sector (40), Dubai Islamic Bank (36) | Directors: Hassan A. Kamel (C), Ahmed Ould Sidi Baba (P & VC), Musa Shaikh Sidya (GM), Onar A. Suleiman, Nagi Nazer, Musa A. Shibania, Mohammad El Imili, Akaloa Maktari, A. Sidek M. Lemine, Mohammad O.Morana, Sidi M. Elmrase, Tayk Khayar Ben Cheikh Mamme. Religious Supervisor: Sheikh Hamidan Q. Tah | | Baba is a prominent Mauritanian businessman, a former professor at the Sorbonne in France, and key figure in one of Mauritania's opposition parties. |
| Netherlands | Faisal Finance (Netherlands) BV, 1982 | Dar al Maal al Islami Trust (100) | | | | |

23

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Netherlands (Continued) | Islamic Development Company BV, Rotterdam | | | | | Possibly an affiliate of the NIF-controlled Islamic Development Company in Khartoum, which is partly owned by Faisal Islamic Bank in Egypt and Sudan. |
| Netherlands Antilles | Islamic Takafol Company SA, S-Gravenhage | | | | | |
| Niger | Al Rajhi Banking & Investment Corporation Holland | | | | | |
| | Banque Islamique du Niger, Niamey, 1983 | | | Directors: Mahmoud Mohamed H. Hofn #(1), Abderraouf Ibrentouah | | |
| Oman | Al Baraka Financial Services (stock and bond holders) | | | | | Oman prohibits the establishment of Islamic banks, possibly because of its wariness of the Muslim Brotherhood. |
| Pakistan | Al Baraka Investment Bank (a.k.a. Al Tawfeek Investment Bank Limited), Lahore, 1990; Domestic Branches: 3; Total Assets: $91 million; Paid-in Capital: $13 million (31 Dec 94) | Only share basis that were specifically established with Islamic charters and operate according to Islamic law (domestically and internationally) are discussed here. Equity participation in 65 Pakistani firms, including 22 banks and financial institutions. | Sponsored by Dallah Albaraka Group; Jeddah; Banking/Investment Companies (50), 5 individuals (21), Other individuals (11), Other entities (5) | Directors: Mahmoud J. Hasanin(ch), G. Broun A. Solaiman, Haider Soowar, Omer Abdallah Siddiqy, Abdul Waheed Abas, Adeel Yousef Siddiqy, S.M. Siddiqui Management: Abdul Waheed Alavi (CEO), Wasim Ali, Faisal A. Jamal, Khalid Majid, G. Mustafa Butt, Adf Al Hashimi, M. Adle Thair, Ahsan Rafiq Naqvi, Omer Hikhu Butt | The Al Baraka Muslim Agency-an NGO bank in Kuwait which employed a suspect in the attempted assassination of President Mubarak-maintains an account at the bank's Karachi branch. | Adeel Y. Siddiqul is on board of numerous Al Baraka subsidiaries and affiliates in London. |

24

C05432020

CIA_000779

C05432020

CIA_000780

Appendix
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Additional Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Pakistan (Continued) | Al Toqwa Investment Bank Ltd. Informal, 1991. Domestic Branches: 2. Paid-in Capital: $4.2 million (12.31.92) | Bar Al Maal Al Islami Trust, Nassau ($6) | | | | |
| | Faisal Bank Limited (Pakistan) Lahore, 1994. Domestic Branches: 3. Total Assets: $552 million. Paid-in Capital & Reserves: $61 million (12.31.95) | Faisal Islamic Bank of Bahrain (60%; Pakistani interests (40) | Directors: Prince Mohammed Al-Faisal Al Saud (C), Moezem Ali (VC), Zafar Iqbal (P. & CEO), Abdullah Mansur Amal Ali; Prince Amr Mohamed Al-Faisal Al Saud, Omer Abd Ali Nahrooned Hilleh, Zaki Ahmad Khan, Nabil Nassef, Ibrizz Ahmad Fowzi | | |
| | | | | Directors: Ahmed Salah Jamjoom (C), Nabil Naaldi (VC), Prince Ami Mohammed al Faisal Saud, Imtab Perwez, Omer Abd-Ali, Mohamed Khawaji, M. Panjpai, A. A. AB. Management: Imtaz Akar Shaikh (P & CEO), Meezoer Kamal (Chief Operating Officer), Shameid Hasan, Akbar Chughtai, Ashraf M. Wahba, Soorem ullah Choudhry, Sarfraz Sheikh, Raheel Ijaz, Mohammed Iqbal | Chairman Jamjoom has close commercial ties to Sudan NIF and was a member of the NIF-controlled Islamic Dawa Organization. | |
| Philippines | Al-Amanah Islamic Investment Bank of the Philippines, Manila; Total Assets: $35.6 million, Paid-in Capital: $1.5 million (12.31.92) | | in 1993. | August A. Anadji (EVP), Amado S. Balnaian (Senior VP), Breton T. Duran, Farouk A. Carpizo may be bank | | |
| Qatar | Al Jazeera Investment Company, Doha; Total Assets: $63 million; Paid-in Capital: $5.5 million

Islamic Investment Company of the Gulf (Sharjah), Doha | Qatar Islamic Bank (80) | Wholly owned by Islamic Investment of the Gulf (Bahrain) and Dar Al Maal Islamic Group | Aladdin Yousuf Bader (Manager) | | Faysal Bank Ltd is a holding company created to manage the operations of Faysal Islamic Bank of Bahrain in Pakistan.

As of late 1996, the bank was in very poor financial condition. |



C05432020

CIA_000781

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Ownership (percent-owned, where known) | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Qatar (Continued) | Qatar International Islamic Bank. Date: 1991. Domestic Branches: 2; Total Assets: $226 million, of which $202 million is Islamic holdings; Paid-in Capital # (12/31/92) | ███████ ████ of 1994, the bank had some 6,000 shareholders, with no foreign or government participation. | Directors: Sh. Ali Bin Abdallah Al Thani (C), Dr Issa bin Al Abdallah (VC), Sh. Khalid bin Thani Al-Thani (MD); Sh. Thani bin Shaikh Al-Thani, Abdolrahman Moftah Al Moftha, Nasser Abdolghani, Yusof Al Nessa (Management); Qasim Ali Qasim (GM), Ismail I. Kharbish, Adeb Mahmoud Kohil, Abdelbari Al Shaikh, Jinal Ahmad Kano, Zakaria Al Qassim, Mohsen Jamal Eddin Khaled, S. Azim Mahmoud, Yusof Carlo, Munir Ali, Kamar Abdul Kuwari, Yasser Al Qawdani (K), Sh. Abdul Qadir Al Ammari, Sa Adi Al Santlagi. | Accounts at the bank are used by a top financial officer of Osama Bin Laden's Islamic Army as transfer funds. Religious board member Qardawi is an Egyptian Muslim Brotherhood figure as well as Qatar's spiritual leader. Qardawi is on the Executive Board of the Sudanese Islamic Dawa Organization. | Qardawi is a paid religious adviser to Qatar state Islamic. Khalifa Bin Hamad Al-Thani: He is a son-in-law of the Egyptian Muslim Brotherhood. Bank Qardawi and Shaikh Abdul. Qadir is an adviser—a judge on Qatar's Sharia court—and is the head of the Khartoum-based IDO. |
| | Qatar Islamic Bank. Date: 1983. Domestic Branches: 5; Total Assets: $879 million; Paid-in Capital# $41 million (12/31/94) | Domestic: Qatri Nationals (100) | Domestic: Al Jazeera Investment Company (82); International Beverage Company (80); Majority interest ownership is the Qatar Islamic Insurance; Company | Directors: Abdul Rahman Bin Abdallah Al Mansuri (C); Abdul Rahman Bina Al Mansuri (DC), Khalid Bin Ahmad Al-Sowaidi (mD); Nasser Mohamad Al-Meksi, Saad Bin Faisal Al Menzal, Al Sabah, Abdul Rahman Bin Gassir Al Nessri, Abdul Hadi Al-Sherawi, Sh. Hamad Bin Nasser Bin Jasim al Thani, Khalifa Bin Jassim Bin Mohamad Al Kuwari, Abdalla Mohamad Abdalla Al Abtahi, Abdalla Bin Fadal Bin Gorfa Al Mirai; Mohamad Abdalla Al Dorekhasp (mD for a known Management); Syed Merjul Qader (GM), Jaber M. Dowehi, Fahd El-Jahman A El Shaikh, Mohamad Bin Abdalla Al Musnafa, Abdul Hadi Tahibb Bin Noyb Al Shalwani, Nasser Bin Mohamad Al Fadhel Al Wajih Religious Supervisory Board: Yusof Abdolla Mohamad Al-Samily. | Claims: Abdul Rahman bin Abdulel al Mahmud and Mohammad Abdulah Al Dabbagh are on the board of Khartoum-based IDO. Al Dabbagh heads the Qatar Charitable Society. | Director of Qatar Islamic Bank as of 1990; however, the 1996/97 Polk Bank Directory is the only source that still lists his position on the board. Al Dabbagh is a director of the Qatar Islamic banking. Sharia adviser Al-Samily is an Iraqi national who was provided a Qatar passport in 1994, and he holds a Kuwaiti ID card issued in 1995. Hamad Bin Nasser Al Thani is a police officer in the Investigation Department of Qatar Interior Ministry. |

26

C05432020

CIA_000782

**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremism | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Qatar (Continued) | Qatar Islamic Insurance Company, Doha, 1995; Paid-in Capital: \$20 million | | Qatar International Islamic Bank and Qatar Islamic Bank are among 200 shareholders, each holding 1,000 shares | Directors: Nasser Bin Mohammed Al-Faisal Al-Abdulla Mohammed Al Dabbagh leads the Hejri (C), Faisal Mohamed Al-Sulaiti (VC), Abdulla Mohammed al Dabbagh, Sh. Mohamed Bin Eid Al Thani, Sh. Hamad Bin Nasser Bin Jasim Al Thani, Faisal Bin Mohamed Al-Sowaidi | Abdulla Mohammed Al Dabbagh leads the Qatar Charitable Society and is an Executive Board member of the Khartoum-based Islamic Dawa Organization | Chairman Al Hejri is a Director of Qatar Islamic Bank. |
| Russia | First Russian Islamic Bank (Badr-Bank), Moscow, 1997; Paid-in Capital: \$18 million, will open in early 1998. | | Russian Nationals (51), Islamic Shareholders from Iran and Gulf Countries (49) | Aslan Dzhabiyev (C) | | |
| Saudi Arabia | Al Baraka Investment and Development Company Ltd (a.k.a. Dallah al-Baraka Group), Jeddah, 1982; Representative Office: Jakarta, Shanghai | Banking Subsidiaries: Albania Investment Company, London; Albania International Ltd, London; Al Baraka Islamic Bank, Manama; BEST Bank, Tunis; Albaraka Bank Sudan; Albaraka Turkish Finance House; Banque Albaraka Mauritanienne; Jordan Islamic Bank, Bangladesh, Phnec, Al Tawfeek Investment Bank, Lahore; Banque Albaraka D'Algerie, Algeria; Albaraka Finance House Ltd, Bombay; Other Holdings: Jordan Islamic Bank for Finance & Investment, Amman; Arab Albanian Islamic | Sheikh Salih Abdullah Kamel (90), Dallah Al Baraka Holding Company, Jeddah (25), Mrs. Mitashi M. Nasrat (5), Mr. Abdullah S. Kamel (3), Jelas Ghoshers, A. Kamed (3), Mr. Melik El Din S.A. Kamel, Miss Haneen S. A. Kamel | Directors: Sheikh Salih Abdulla Kamel (C), Hassan Abdullah Kamel, Omar Abdullah Kamel, Mohammed Arafa Yumani, Mohamed Jamil Hazoubah, Majeed al-Abbab Management: Mohamed Al Maghrabi | | |

27

C05432020

CIA_000788



**Appendix X**
**Conti...**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-own where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | At Tlanka Investment & Development Company (Continued) | Bank (10). Egyptian Saudi Finance Bank, Cairo; Bid al-Mal, Rawalde, Al Aqsa Bank, The West Bank; and unspecified shareholdings in IDB and Al-Shamal Islamic Bank in Sudan. Shcikh Kamel holds 2.8 percent of Takarone Islamic Bank. | | | | The bank is the successor to Al Rajhi Company for Currency Exchange and Commerce. The Sulaiman Abd al-Aziz Al Rajhi Company for Development & Investment probably is the NIF-controlled Sudanese Development Company for investment, possibly headquartered in Bahrain, and is front company and profit center for the NIF and shareholder in Fajsal Islamic Bank of Sudan. |
| | Al Rajhi Banking & Investment Corporation, Riyadh, 1978; Domestic branches: 350 Foreign representative offices: Cairo, London; Total Assets: $6.4 billion; Paid-in Capital: $266 million (12/31/95) | Foreign: / Al Rajhi Aviation Ltd, AR Aviation 1 Limited, AR Aviation 2 Limited, AR Aviation 4 Limited, AR Aviation 5 Limited, AR Aviation 6 Limited, Perfection Limited, Airport Investments Limited, Xenqy, Xenqx VAT Services Limited, UK; AR Company for Islamic Investments Limited, London; Al Rajhi Investment Corporation, Amsterdam; Isnoona Limited, Hong Kong; Catafield Limited, Hong Kong; Traia Corporation Limited, Curacao; AR Lease Management, Jersey; SPC Limited, British Virgin Islands; Other Holdings: Environmental Allica N.V, Curacao | Shcikh Salih Abd al Aziz Al Rajhi and Sheikh Sulaiman Al Rajhi 1972; New founders of the Bank Gbs Founders Pari (7). General Public (1) ... Ja Salih Al Rajhi, Abdullah Al Rajhi, and Mohammed Al Rajhi (40); (about (30) | Directors: Sh. Salih Bin Abdul Aziz Al Rajhi (C), Sh. Sulaiman Bin Abdul Aziz Al Rajhi (MD & GM), Sh Abdullah Bin Abdul Aziz al Rajhi, Sh Abdul Rahman Bin Abdul Aziz al Rajhi, Mohamed Bin Abdullah Bin Abd Aziz al Rajhi, Saleh Bin Sulaiman Bin Abdul Aziz Al Rajhi, Sh. Omar Ghassim Afandi, Ibrahim Afora, Sh. Abdulilah Saeed / the Mufia, Saleh Atif Abdullah Abu Al Khail, Smhaleara Bin Saleh Bin Abdul Aziz Al Rajhi, Mohamed Bin Abdul Aziz Al Rajhi, Mohamed the Owner Bin Ahmed Al Bidar, Ali Bin Mohamed Bin Abdullah Al Rajhi, Nasir Bin Mohamed Al Subaity, Al Ahmed Al Shady | Used by some members of Usama Bin Laden's Islamic Army to mitigate accounts and transfer funds, fund Islamic movements, including Tunisia's outlawed An Nahda, movement and the Egyptian Governme has accused the bank of financing Egyptian extremists. The bank is a primary donor to Al-Nada-wal-Islamiyya / Al Shabab al Islami, a Saudi NGO that is suspected of financing HAMAS. Al Rajhi have financed radical Afghani and Kashmiri organizations in Pakistan and elsewhere. Some of the aid was provided under the guise of orphan relief and deemed to solicit ... [redacted] A Aviation companies related to Ship ownership or leasing Airbuses mostly—possibly unwilling to the UAE Government. |

28

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Officers; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Al Bajhi Banking & Investment Company (Continued) | (30); Scientific Lease Investment Corporation NV, Curacao (83); Sudanese African Company for Development & Investment, Khartoum (33), Islamic Trading Company, Manama (13), The International Investor, Kuwait (12) | | Directors: Sh. Abdulrahaman A. Al Rajhi (C), Dr. Ibrahim A. Al Hokhail (VC), Management: Dr. Samir Abdul Fattah, Aref A. Kashgi (DGM) | | Established as a sole proprietorship. |
| | Adajhi Commercial Foreign (Verbeeg, Jeddah, 1979; Domestic Branches: 73 Foreign: Bangkok, Cairo, Geneva, Karachi) | | | | | |
| | International Association of Islamic Banks, Jeddah, 1977; Foreign Branches: Dhaka, Heliopolis, Egypt; and Karachi | | | Dr. Fuad Al Hokees (Secretary General), Dr. Mahmood El Ansari (Assistant Secretary General) Management: Said Mohmood El Menshawy (DGM); Walih Youssef Ismail, Hisham Mouzm, Mahmood El Olamzz | | |
| | Islamic Development Bank, Jeddah, 1975; Total Assets: $4.8 billion Paid-in Capital: $2.5 billion (4QMO). | Arab Albanian Islamic Bank (15), Bahrain Islamic Bank (13), Bank Albaraka Djibouti (10), Albaraka Turk Ozel Finans Kurumu A/S (13), Kuwait Turkish Evkof Finans House (9), Islamic Bank of Yemen for Finance & Investment (10), Islamic Bank Bangladesh | Capital is provided by 44 Islamic countries. Major shareholders are Saudi Arabia (25), Libya (15.5), Kuwait (12.6), Iran (6.7), Turkey (7.9), and UAE (7.1) | Executive Directors: Dr. Ahmed Mohamed Ali (P), Rafia Ahmed Alkhrid (Pakistan); Yousef Abdul Latif Alddel (UAE); Jaderethlin Boulous (Algeria); Lamine Diouf (Senegal), Jamila bin Haji Hashim (Brunei); Mohamed Jawid bn Hassan (Oman) Aboujirb Ali Rashid (Libya); Omar Abdullah Sejrlid (Saudi Arabia); Faisal Abdul Aziz Al-Zamil (Kuwait), Ojmia Mahamad Haid (Djibouti), Diraz Ahmad Heessan Osman (Malaysia), Altdahif Loudyi (Morocco), Ahmad Hamid Al Maami (Qatar), Burhriq Oudfranou | VP Fuad Abdullah al Omar was described as a million Kuwaiti  close to Omar is an al Finance House and on the Executive Board of Khartoum-based Islamic Dawa Organization. | IDB finances development in member countries and member Muslim communities in accordance with the principals of the Shari'a. In recent years it has supported the establishment of Islamic banks. IDB President Ali is former head of the Saudi-based Muslim World League. He perpetually left this post over continuous disagreements with Islamic fundamentalist clerics. |

29

Appendix,
Continued



| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Islamic Development Bank (Continued)<br><br>Islamic Insurance and Reinsurance Company, Jeddah, 1985<br><br>Offices of HRH Prince Mohamed Al Faisal Al Saud and the Islamic Investment Company of the Gulf (Sharjah; Total assets: ?2.3 million; Paid-In Capital: $10 million (12.31.95) | | Sh. Saleh Abdallah Kamel, Al Baraka Investment and Development Company, Kuwait Finance House | (Bashier Fuad, Korkut Ozal (Turkey), Ali Nasser (Cameroon) Management; Oumrane Seck, Fouad Abdallah, Al Omari, Imam Ahmed Chaudhary, (Vice President); Abderrahman Naif Herfi (Advisory)<br><br>Saleh Saleh Abdallah Kamel (C), Sheikh Abdel Latif Gharbi (MD) | | |
| Senegal | Banque Islamique du Senegal, Dakar | | Directors: Mahmoud Mohimmed Hitche, et al. Abdenaif Besseistala Management: Adame Diop (DM) | | | |
| Somalia | Al Ittehad Bank of Somalia, Mogadishu, 1996; Paid-in Capital: $2 million | The bank's owners also own Al Barakat Telecommunications Services in Mogadishu. | Ahmed Nour Ali Jumale heads a group of rich Somali investors. | Ahmed Nour Ali Jumale (C & MD), Abbas Abdi Ali (DCC) | Principal bank and fundraiser for Al Ittihad Al Islamiye, the leading Islamic group in Somalia allegedly financed by Usama Bin Ladin. Al Ittihad seeks to establish an Islamic regime in Somalia and expand control over the Ogaden territory from Ethiopia. | Specializes in small loans to Somali traders and domestic and international currency transactions. Al Barakat Al may be related to Somali nationals and Dar Al Mal Al Islami (?), Omar Abid Ali. |

30

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Somalia (Continued) | In May or June 1997, an Islamic bank (name not specified) opened in Mogadishu. The bank's capital purportedly is $3 million, paid in Somali shillings. | | Unidentified Malaysian nationals provided the capital for the bank. The █████ is part of the UN contingent in Somalia. | All War Mohammed (Pr. Ahmed Darale is a principal bank officer who serves as a liaison between the Malaysians and the bank. | | The bank has been termed the "central bank" for the unrecognized government of Hassan Mohammed Farah Aideed. To date, the Aideed government is the only significant customer of the bank. |
| South Africa | Albaraka Bank Limited, Durban, 1989; Domestic Branches: 3; Total Assets: $44.4 million; Paid-in Capital: $4.9 million (1994) | Albaraka Properties (Pty) Limited (100) | Al Baraka Investment & Development Company (59), Local Muslim investors (50) | Directors: T. O. Al Kandi, (C); Dr. A. Boyakebede, M. Yousef, Y M Farah, A I Mahomed, E E Vawda, Y D Ismail, I A Kalla, O F Khan, A H Moosa, N Osman, I Y Yamla, E Y Vawda (South African), Management: Ibrahim Vawda (CEO) | | |
| | Islamic Bank Ltd., Johannesburg | | Wholly South African owned | E.E. Kharassy (CEO) | | |
| Sri Lanka | Seweedib Bank Limited, Colombo; Authorized Capital: $33 million | | Local Investors (51); Al Baraka Investment & Development Company, Dar Al Maal Al Islami SA, Kuwait Finance House, Islamic Development Bank are shareholders. | | | |
| Sudan | Only those banks that were specifically established with Islamic charters and operate according to Islamic law domestically and internationally are discussed here. | | | | | |
| | Albaraka Bank (Sudan), 1984; Domestic Branches: 31 Saudi Arabia (2); Total Assets: $42 million; Paid-in Capital: $42 million (12/31/93) | Foreign: Al Baraka Islamic Investment Bank, Bahrain; Al Baraka International Ltd, London; Arabian Thai Investment Company, Bangkok; ISTIT Bank, Tunis | Al Baraka Investment & Development Company (60/80); Sh. Saleh Abdullia Kamel family (31); Sudanese nationals (18,2) | Directors: Sh. Saleh Abdullia Kamel (Pr. Sh. Mohmmed Ahmed Hosseinbaldib(V.P. Faisl El Bashawi Al Bashar (VC), Ibrahim Mohammed El Mahi, Abdulla Khoury, Abd Rahman Ahmed, Dr El Haj Medni, Salih, Michael Girgis Abdel Salem Elamin, Ibrahim Fadal Nasir, Seed Morcom Al Bisir, Ibrahim Hagu, Dafag11 Saud Khalil, Ibrahim Idd, Ali Volcar, Sayed Shikmg Osman Ahmed Suliman, Zinch Abdalla Zinda Management: Ibrahim Mohd El Mahi (GM). | Has maintained accounts for extremist financier Usama bin Ladin, his firm, and his Islamic Army associates; the branch in the Al-Ilnag district in Khartoum houses an office for Ladin's Al Hibba International Company, which allegedly is a front for bin Ladin's money. The bank and its profits have been used to support the NIF, The NIF-controlled Islamic African Relief Agency (IARA) also maintains | Vice Chairman El Bashir was suggested as a potential director of a new hotel construction firm in Sudan established by El Nur Zorawy—Director of FHIS and the NIF's chief financial officer in Europe. In mid-1993 █ █ of Albaraka Chairman Salah and |

CIA_000787

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Deposits and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Al Baraka Insurance Company, Khartoum, 1985 | | | Majdei Orgy Manal, the El Hajj Mohamed Saleh, as involved in the bank. Ahmed Mohamed El Fadai, Abdel Salam Elantie, Burhan Fadai Nasir, Suleiman Supervisory Board, Al Siddiq, M. Taam, Editor, Ameed Ali Eltema, Abdel Moneim Elgani | | Banoor Haja will convince in intercepting to encapsulate Sudanese Industries. Haja is a Sudanese businessman and prominent NIF financier; according to DOD reporting, the bank is located in the Shahbin Plaza Building, Omson. |
| | | | Al Baraka Bank, Sudan (75), Al Baraka Investment & Development Company (25) | Rak Shahmat Elbashir (C), Ahmed Mohamed Elema (GM) | | Ahmed Suleiman previously was GM of El Nelem Bank in Sudan and keeps its interests in the GM of Mashafi Faysal Al Islami (Islami & Trust) in Sennar. |
| | Al Shmaal Islamic Bank (Northern Islamic Bank), Khartoum 1990; branches 16 as of... Capital: LS 538 million (1021992) | Domestic: Modern International Company for Investment Ltd (MICI) Godalia Company for Agricultural Services & Investment in Shaboose Animal Development Company (AMLAND) National Products Company (Sodka) Development Products for Insurance... Sudanese Telecommunications | (Saleh al-Naeda Group), Tariqi Nimr... Islamic Bank... Baraka Bin Laden (not...) of the bank's Nalel Capital | Directors: Dr. Abdulwahab Osman (C), President: Elsayed Gafir Oytime Faki; Northern Sinc, Ganthraum-Sudan, Turkman Islamic Bank, Islamic Sobq, Sabena Al-Mareek, Koma General Tested Company-Sudan, Mohamed Faki, Faysl Tuland Bank of Sudan Pic Aid Abdulaziz Mohamed, National Social Insurance Fund, Sudan, Enderbu's..., Sheikha Ibrahim Kastel, Alberia Investment & Development Company-Jeddah (Management), Hassan Mohamed Saïd (GM) | NIF-controlled bank and key financial conduit for Usama Bin Ladin. He incorporated and indirect the NIF Executive Comit and Al-Shmaal Git Saïd with a principal interest in Tea Ladin's accounts and toward right-security. Chairman Mohamed Osman... board member of Khartoum-based Islamic Charitable Company and the Dariffalie Charitable Trust the commercial arm of the IDO. Osman headed Dariffalie Charitably... | Chairman El Bashir is VC of Albaraka Bank (Sudan). During 1993, the bank incorporated its assets in the Ahmad Krietieven Bank, Dongola & Company for Development & Investment, and Al-Jeewi Jubilie Investment and...a Dev-Jeewine Company. The Modern International Company for Investment & Development Company are identified as subsidiaries in the bank's annual report. Chairman. |

32

CIA_000788

**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Officer; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Al-Shamil Islamic Bank (Confined) | | The Al Shaheed (Martyrs) Organization, Shihab An Watan, Marwaha Foundation, and Al Rawasi Company—all of which are linked to the NIF-dominated IDO-own. Al Shaheed is identifi _____ Islamic Bank of Sudan _____ crucial to this bank. Usama Bin Ladin owns as much as a third of the bank's shares with the rest being controlled by the NIF through Al Shaheed. Al Shamil Islamic Bank also has an unspecified—though probably small—stake, according to its annual report. | Mohamed Shaikh Mohamed (DGM), Ismail Mohamed Osman (AGM), Religious Supervisory Board: Dr. Ahmed Ali Abdalhi (C), Dr. Ahmed Ali Al Imam, Abdulrahman Sharifi. Bashir _____ Dr. Sa _____ Bashir Adam Rahamat al-Dar Al Sirfe (GM) _____ Bashir _____ M _____ | Trust as of 1991. The NIF-controlled Islamic Relief Agency (IARA), Saudi-based IIRO, and a senior HAMAS official in Sudan also maintain accounts at the bank. | Osman was Minister of Finance in mid-1990s. Religious Supervisor Ahmed Ali al Imam headed Sudan's Ulama Establishment as of the late 1980s, according to the US Embassy. Dr. Ali Abdulaziz Mohamed is a Director of the Islamic Bank for Western Sudan. |
| | Animal Resources Bank (a.k.a. Animal Wealth Bank), Khartoum, 1993; Domestic Branches: 20; Paid-in Capital: $21 million (for the 1993 official rate of the Sudanese pound) | Livestock Agricultural Company, Murwabba (Dry Animals) Company, Animal Resources Service Company, all are presumably wholly owned. | | 33 | ASB helps facilitate the flow of funds from Lebanon, Saudi Arabia, Syria, Iran, Iraq, and Afghanistan for the support of various Islamic groups in Sudan. Branches in southern Sudan are used to channel funding to Abu Nidal, Hamas, Islamic Jihad, and Jihad Islami in Lebanon—a terrorist designation of the Hizballah—that maintain training camps in the ar _____ . The bank is under tight control of the NIF. _____ its activities are closely monitored by and routinely interfaced with by Sudanese security services. Director Rahamat is a member of the NIF's Internal Security Organization. _____ military advisor to President | A Dr. Hashim, an NIF member who owns Al-Rawasi—a food company—is a shareholder in ASB. The Marwaha company is an investment and trading firm as well an affiliate of _____ unspecified companies owned by Usama Bin Ladin. Marwaha probably is identical to the Marwaha (Al-Khartum) Investment Foundation—a Saudi-based NGO with an office in Sudan. Marwaha allegedly provided arms to Bosnian Muslims and supported the Al Gama'at Al Islamiya in Milan. |

G05432020

CIA_000789

## Appendix, Continued

| Country. | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Cooperative Association and Charitable | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|---|
| Sudan (Continued) | Animal Resources Bank (Continued) | | | | | Bashir, has his security office in the bank's building. The Meyers Organization has been used as a cover for training government militias and is an affiliate of the NIF-controlled Islamic Dawa Organization (IDO). | ■■■■ Bashir, Mawafaq linked with the NIF-controlled IDO. ■■■ Animal Resources Bank was established, the US Embassy commented that it probably would provide short-term loans for NIF-connected businessmen. |
| | Farmers' Bank for Investment & Rural Development, Khartoum, 1992; Domestic Branches: 10 | | Imam Ria owns one-third of the bank; the Al Siad based Organization owns the remaining shares | | | The Muzammel at Shaheed (Martyrs) Organization has been used as a cover for training government militias and are affiliate of the NIF-controlled Islamic Dawa Organization | |
| | Faisal Islamic Bank (Sudan), Khartoum, 1979; (Al-Baraka Branches: 19 Nusuf Vrader: 5; Authorized Capital=; Net: S,000 in 34-93) | The Islamic Trading & Service Company (100); The Real Estate & Development Company (100); & Development Company (100); The Islamic Insurance Company (100) | Sudanese investors (40), including El Nur Hashim Nasr, Bashir M. Khalt, El Tayeb El Nasr, Dr. Abu El Gasim ... Shareholders (60), including Mohammed Al-Faisal Al-Saud, Amr Al Tawil Al Saud, DMI, International Islamic Insurance Company; | | Directors: Prince Mohammed Saud ibn Al Fahd Al Faisal Al Saud, Mohamed Saleh Bakarin, Abdel Rahman Azam, Ahmed Abdelaziz El Naggar; | Chairman Faisal al-Saud and Directors and shareholders El-Nur Zarruq, Ibrahim Mohammed El Qbel, El Tayeb Mohamed El Nasr, Nusheir Bana ... are key financiers of the NIF; Bank; and Nasr also are members of the Sudanese | ■■■■ Sheikha Salih Kamel, Saeed Ahmed Lootah, and Ahmad Rafik Al Yanzar were founders and shareholders in FIBS as of 1994, while NIF Feder Hassan al Turabi was a director of FIBS and wing of (Gena'a) al Islamiya) |
| | | | | | | | League (MWL) and Ahmed Saleh Jamjoom |

34

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Faisal Islamic Bank of Sudan (continued) | | Shaykh Ahmed Salah Jamjoom, Shaikh Fahd El Owaida, Dr. M. F. El Samal, Umar Mohammad Salah El Din, Baha Motyedin, Abdalla Ali Rassan, Faisal Islamic Bank of Egypt | Directors: Khalid (DOHA); Dr. Abdia A. Salam, Ahmed Ibrahim El Tanbi, Rabie Hasan Ahmed (AGHM) Baligh and Rabie ..., Mohammed al Amin al Darrir (C), Sh. Siddiq Ahmed Abdel Hai, Dr. Yoosef Khalifa Abu Bakr, Shaikh Ahmed (Mahdia); Haj Nour, Dr. Ahmed Ali al Imam | serve on the board of Islamic Dawa Organization (IDO); the Daebada Charitable Foundation in the commercial arm of the IDO. The bank is has been used by some members of [redacted] ___. | Imam, is considered to be near the top of the NIF hierarchy. Religious Supervisor, Haj Nour is among the most extremist of NIF members. Shareholder SDC almost certainly is the Sudanese Development Company for Investment—probably the same firm owned 33 percent by Al Rajhi Banking & Investment Company. |
| | Islamic Bank of Western Sudan (El Gharb Islamic Bank), Khartoum, 1984; Domestic: Branches: 28; Total Assets: SP 5.5 billion; Paid-in Capital: SP 290 million (12/31/94) | | Sudanese businessmen and individuals own at [redacted] of 1988. [redacted] foreign Islamic banks [redacted] own [redacted] age and the Cairo-based International Islamic Bank for Investment & Development have unspecified shareholdings. Tadamon Islamic Bank in Sudan also owns an unspecified stake, according to its annual report, and Al Shamal Islamic Bank probably has a stake. | Directors: Ibrahim Moslem Mansour (C), Adam Mahmood Madhoa (DC), Adan Yagoob Haroun, Adil Abdalrahman Mohamed, Abdel Rahman Abu Seet, Taha El Sayed El Rohl, El sayed Ali Ahmed Zaki, Mohamed Abdalh Gar El Nabi, Yahya Mohamed Mahmood; Khajiji Abdul Raheem Abu Bakr, Omer Mahajer Mohamoden, El Tigani Mohamed El Haj, Musa Kamus (Rep-National Fund for Social Security), Salih Abd Ulla (Rep-El Hagaz Company), Local Islamic Bank of Egypt, Islamic International Bank for Investment & Development (Cairo) Management: Khajiji Abdul Raheem Abu Bakr (MD), Ibrahim Ahmed al Talal (DGM) Religious Supervisory Board: Shoikka, Al Sadiq Ahmed Abdul Hai (C), Abdullatif Mohd Sayed, Abdul Rahman Sharif | Usama Bin Ladin and an Islamic Army member maintained several company accounts in the bank. | |
| | Islamic Co-Operative Development Bank, Khartoum, 1983; Total Assets: [redacted] million; Paid-in Capital: SP 17 million (12/31/87) | | Government of Sudan (29); Local governments (12); Sudanese co-operative societies (51); Individuals (8) | Directors: Ahmed Suliman M. Ahmed (C & GM), Hussein M. O. Elmahi (DC), Ibrahim Hamza (GM), El Dirdin O. El Nur, Nasur El Haj Tordol, El Amin A. Elsharig, Mohamed N. Hamid, Ibrahim Ali Ibrahim, Kaifatis H. Moutah, Abdelhag [Ahmed] Ali Gaber. | The bank has a close relationship with the NIF-controlled Islamic Dawa Organization. | |

35

CIA_000791

**Appendix,**
**Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Islamic Co-Operative Development Bank (Continued) | | | Abd Alla Abdelboot, Mohamed H. Ahmed, Idris A. Abdelrahman. Management: Ibrahim Hassan Idris (DGM), Mohammad A. Omari, Abyas A. Abd Alla, Bakri H. Fadel, Mrs. Balqees A. Hassoor, Adil S. Abdelmanah, Mohamed I. Idris, Mohamed Y. Salih, Mohamed A. Emour | | Abdalla Hassan Ahmed is a former Chairman of Faisal Islamic Bank of Sudan and, as of mid-1996, Governor of Sudan's Central Bank. He probably no longer holds this position. |
| | Islamic Investment Company (Sudan) Limited. Khartoum | | Dar Al-Maal Al-Islami Geneva | Abdalla Hassan Ahmed (GM as of 1988) | | |
| | Sudanese Islamic Bank, Khartoum, 1983; Domestic Branches: 15; Total Assets: $64 million "Paid-in Capital: $3 million (1997) | | Sudanese Nationals (76), Gulf and other investors (24), original investors included Dubai Islamic Bank and Ruler of Sharjah, El Shaikh Sultan El Qasimi. | Director: Mohammed Uthman al-Khalifa; Religious Supervisory Board: Sayed Mohammed Uthman El Mirghani | Mohammed Othman al-Khalifa is on the board of the Khartoum-based Islamic Dawa Organization. | Exiled oppositionist, Al-Mirghani, is spiritual leader of the Islamic Khatmiyn Sect and heads its political wing of the Democratic Unionist Party in Sudan. His brother, Ahmed al-Mirghani, was Chairman of the bank as of early 1988. Although a member of the Khatmiyn Sect, Al-Khalifa is close to NIF leader Turabi and was chosen as Minister of Social Planning in February 1993. |
| | Tadamon ("solidarity" or "joint liability") Islamic Bank, Khartoum, 1981; Domestic Branches: 28; Total Assets: $57b | Domestic, Wholly Owned: Tadamon Islamic Company for Trade & Investment Ltd, Tadamon Islamic Company for Agricultural Development Ltd, El | Sudanese (51), non-Sudanese (49); Faisal Islamic Bank, Sudan (15.5); Abdrahim Mohamed Makwei (6.03); Kuwait Finance House (5.5); Ministry of Religious Affairs & Endowment, Sudan (5); Sh. Saleh Abdalla. | Directors: Sayed Abliqasin Hilal (C-Mohamed Khair Abdulgadir (DG); Abd Allu Ibrahim Al Shaikh; Abdul Gadir Hamza Jaffar, Abdul Rahim Mohamed Makkawi, Ali Khidir Hassan Kambol, Dr. Ahmed Khalid Bashir. | Used by several of Usama Bin Ladin's companies and Islamic Army member to transfer funds. Sudanese office of UAE-based Human Appeal International, which allegedly moves funds for HAMAS. | Tadamon is the largest bank in Sudan in terms of total assets. |

36

C05432020
CIA-000792



## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | million; Paid-in Capital: $20 million (9/31/93) | Tadamon Real Estate Company Ltd (Tadamon Exchange & Financial Services Company; Partially Owned: Islamic Bank of Western Sudan, Al Shamal Islamic Bank, Al Baraka Hospital Company, Sudanese Animal Development Company (ANADCO), Sudanese Brick Company, Modern Medical Services Company, Welfare for Modern Storage Company, Sudanese Investment Company, Sudanese Company for Petrol, Sudan Development of Eastern Gabal Awliya company (SONDUS), Islamic Investment Company | Kuwait (3.3), Mohamed and Abdalla Ibrahim El Sahari Exchange Dealers & Merchants, Saudi Arabia (3.3), El Sheikh Abdulbasel Ali (3.3); Mohammed & Abdullah Ibrahim Hakeem, Oman (Abdelgalil Ibrahim Abu Zaid Hakeem), Islamic Bank (7), Bahrain Islamic Bank (25) | Aljibai Trading & Contracting Establishment, El Shabbi Abdel Basit Ali, Fakhi Gijaria Faisal, Hashem Elias Bashir, Ibrahim Hamid Abde Salam, Dr. Ibrahim Oheid Alla, Mounir Yousif Al Management: Salah Ali Abel Al Nale (GM), Mohamed Sheikh Mohamed, Ahmed Mohamed El Mesela, Ali Omer Ibrahim, Soliman Hashim Mohamed, (AGMs), Mahawi Madawi Mekhawa, Sh. El Gira Abdul rahman Abdelgafir, Abel Albonji Dirdiliie Alsamia, Mohamed Sakimia Ahmed, Abdel Gafoor Zeid Amin, Ahmed Al Badani Abd Alazzam, Mesad Mohamed Ahmed, Al-Mukedafor Ali Almahaed | solicitis account at Tadamon. Board membership suggests some NIF-connected El Sheikh Abdul Basit Ali is a member of the Sudanese wing of the Gamaat al-Islamiya, while Bank Ali and Salah Ali Abel Al Nale are NIF-connected Islamic Dawa Organization Executive Board members of the | |
| Switzerland | Al Taqwa Management Organization SA (ATMO), Lugano, 1988; Paid-in Capital: The Swiss Franc equivalent of roughly SF7,619 divided into 1,000 bearer shares (11/21/95) | Nada International Anstalt, Liechtenstein | Bank Al Taqwa, Nassau (100) | Mohamed Mansour (C), Zeineb Mansour Himmat, Albert Frederick Amim al Helbawi, Yousef Nustaphia Neda, Ali Ghaleb Himmat | the-ot-most the Hilly An Nahda Green, Algeria's FIS & AIG, HAMAS, and Yemen's Al Islah Party. Directors Neda and Himmat are longtime MB financial officers | he firm engages in administration, bookkeeping, mercial and commercial services, publishing and fiduciary services. It runs industrial firms and engages in asset management transport, trade in raw materials, securities, and foreign exchange. It promotes business contacts between Islamic and Western financial institutions. Corporate records identify it as banker Bano del Gottardo in Lugano. Although corporate |

CIA_000793



| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|
| [Switzerland (Continued)] | Dar Al-Maal Al-Islami (DMI) (U.S. Congress, 1981) Representative Offices: Istanbul, Islami, Tetali Source: MSI (organized 1981), Faisal Islami Management: Management: X.2 billion Paid-in Capital: $284.5 million (12/31/91) | Bahamas: Dar Al-Maal Al-Islami Trust, Islamic Investment Company of the Gulf (Bahamas) LTD, Islamic Investment Company of the Gulf (Bahamas) LTD, Pan Islamic Bank of Bahrain, Islamic Leasing Company; Islamic Investment & Development Company; Faisal Islamic Bank of Egypt, Jersey: The Islamic Investment Company; The Islamic Xaved (Jersey) Al-Islami (Jersey) Ltd; DMI Administrative Services Ltd, Luxembourg: Faisal Holding Company; Netherlands: Faisal Finance (Netherlands) Pakistan Faisal Islamic Bank of Bahrain FC, Al | Directors: Mohamed Al-Faisal Al-Saud (C), Maktoum Al-Amoui Hussein (VC), Abdullatif Abdullah El-Jidah, Abdullah Othman Al-Hurabat, Abdullah Ahmed Zainal Aireza, Bashir Khaled Al-Khalifat, Mohamed Abdulla Abdulkarim El Khereiji. Faial Al-Abdulla Al-Fouaddih, Mohamed Abdulaziz Al-Wazzin, Omar Abdul Rahman Ayreza, Hoyalo, Mohamed Bin Laden, Abdulfattah Hamida Keskin, Ibrahim El-Layeh El-Rayeh, Abmez/Jamil Faisal Islamic Bank of Egypt, Bagsir Youssef Maalim (Faisal Islamic Bank of Sudan) Management: Omar Abdi Ali (C7/1), Maktoum Al-Hobo, Osama El Huy, Mahdi Hasen, Mohamed Fouad El Samit/Zafar, Ahmed Khan (CVP), Ridghwa'i Supervisory Board: Mohamed Khater Mohamed (Faisal Islamic Bank of Sudan), Mohamed Al Amin el Banit, Hafel Genote, Youssef al Qarradavi, Abdullah Bin Mamik, Mohamed Kutara Shah, Valeh Abdul Azo/Sy, Youssef Mohamed Mahmoud Kassem | investment by financing Islamic businesses and cultural/charitable Islamic DMI and its. Not particularly close ties to Sudan's NIF; indeed, NIF leader Hasan Al Turabi and DMI board member during the late 1980s. Role Roleholized investment Quradawi also is affiliated with Bahamas-based Bank Al Taqwa. Quradawi MGT'a Kuala Lumpur, Faisal Islamic Bank of Egypt, and Qatar International Islamic Bank. Director Abdullah Othman Al-Hurabat funds Netherlands-based Wand al-Islam, an NGO that has funded Egypt's Gamal al-Kneoya, and is an associate of Rached Gulfa, an Imam at a mosque in the Netherlands, that supports the NI | records identify Mohamed Mansur as Chairman, Yousef Nada is actually in charge. Mansor may be identical to Said Mansoor, a senior Group's official in Zurich. Pakistan-related Sinnaran Ali is Director of Talwaar Press International and director of Pan Islamic Steamship Company, both based in Karachi. He also heads the International Center for Islamic Studies, based in London, which houses the Institute of Islamic Banking & Insurance |

38

C05432020

CIA_000794

**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | Dar Al Maal Al Islami (Continued) | Faysal Investment Bank; Islamic Investment Company of the Gulf (Sharjah); Turkey, Faisal Finance Institution, Faisal Foreign Trade & Marketing Company, Faisal Real Estate & Construction Company, Tadra Group of Companies, (the Massraf Faysal ...); Al Islam of the United Kingdom Limited; Elsewhere: Arab Albanian Islamic Bank, Tirana; Faisal Finance Company; Denmark, Banque Islamique de Guinee, Banque Islamique du Niger; Islamic Investment Company of the Gulf (Sharjah); Banque Islamique du Senegal, Faisal Finance (Switzerland) SA; Islamic Takaful (insurance); Companies in the Bahamas, Bahrain, Germany, and Luxembourg. | Dar al Maal al Islami Trust (100) | | | |
| | Faisal Finance (Switzerland) SA, Geneva, 1990 (formerly Sharia Investment Services); Total Assets: $51 million; Paid-in Capital: $18 | Al Faisal Investment Bank Ltd, Pakistan (?) | | Directors: HRH Prince Mohamed Al Faisal Al Saud (C), Omar Abdi Ali (VC), Pierre Besuchet, Lucien Reuillier, Moumidi Houry (Management); Mahmood El Huder (P & CEO), Rachid Teymour, Frank Fedwitz, Stephen O'Mahony, Saleri Hessamih, Jamal Holziger. | | FFS, specialty is private banking; it invests funds for high-net worth clients—including several US firms—on a fiduciary basis. Most business is off-balance sheet. Portfolio values of is. 1,100 |

39

C05432020

CIA_000795

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Managers | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | | | | Bohrane Bayat, Suleiman Darkeb, Sayed Hassan, Mohmed Ali Eid, Religious Supervisory Board: Mohamed Khater Mohamed Al-Shaikh (Ch. Halil Goeste, Abdallah Ben Al Mareca, Moustafa Hosn) | | client range between $200,000 and 500 million. TFI annual report highlights that Swiss bank secrecy is assured in all transactions. Manager Saleh Hoscoein possibly is related to Sukarno TWRA Director El Fatih Hosscoein. |
| | International Islamic Trading (IIT Ltd, Caslexia, 1996 | | | Mohamed Al Faisal Al Saud (C), Mostafa Abdelrahman, Frank A. Davis | | An import-export company that probably is owned by the International Islamic Trading Company in Nassau, a DMI subsidiary. In 1994, Frank Davis was hired to head DMI's Maravai Pyrodule Mareta (Bison and Trust) in Nassau immediately after |
| | | | | | | he was fired from his job as a Bahamian bank regulator. Davis allegedly accepted a bribe from DMI in hopes of Mareta's approval for a license. |
| Thailand | Arabian Thai Investment Company Ltd | Delah Albaraka Group | | Sumit Saleuang Na Ayolaya (MD), Pairoj Pienpangpet, Sheikh Saleh Abdullah Kameel, Mahmoud Jamil Hassanbelib, Pairoj Pijeapangpet, Mohamed Abdo Yamani, (Kamon Abdoleah Kamel, Anek Sriamit, Ahmed Salem, Chali Sineee | | |
| Tunisia | Beit El Tamaeel Saudi Touuni (BEST) Bank, Tunis, 1979; domestic branches; Representative Office: Paris Total assets: $205 | BEST Re-Insurance, Tunis (100) | Al Baraka Investment Company and other Saudi investors (80), Central Bank of Tunisia (20) | Directors: Sh. Saleh Abdullah Kamel (Honorary Chairman), Monef Cheikhrouhou (VC & GM), Al Saliim, Fafel Ben Rachid, Abderazak Kamel, Mohamed Saad Yamani Management: S. Al Mahbi (GM), Mafteeb Bararei, Fredj Zerai, Abdelmonem Meddeb, | | BEST Bank engages in offshore and onshore investment and commercial banking. Cheikh-Rouhou is a Tunisia Central Banker. Mohamed Saad Yamani is a Saudi billionaire involved in steel |

40

App...
Con...

C05432020

CIA_000796.

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Tunisia (Continued) | | | | Habib Lazar, Slah Mesloub, A. Khoulili, Rachida Triami, Bachir M'Hedhbi. Religious Supervisory Board: Mohamad Mokhtar Selami, Mufti of the Republic of Tunisia | | estate development. |
| | | | Al Baraka Investment and Development Company (59), Islamic Development Bank (13), Dubai Islamic Bank (2), Qatar Islamic Bank (1), Bahrain Islamic Bank (1), Sharia Islamic Investment Company (5), Jordan Islamic Bank for Finance & Investment (.5); Turkish nationals—the largest of which is Bakriye Textiles (20); Other Foreign Nationals (12) | Directors: Thattes A Kamel (C), Mustij Tophat (VC), Abdul Latif Omer Ghouch, Yousuf Abdullatif Al Sabad, Abdur Razzak Kamel, Kemal Unulkan, I Malik Cinmec, Yakin Oner. Management: Yakin Oner (GM), Osman Akyuz, Nazif Gundogan, Saber Affan. Saudesia Caldag, Adnar Bayeldemi (Albaraka Bank, South Africa) | Key financial supporter to recently ousted Turkish Refah Party and Islamic-owned businesses. Top NIF member, El Fatih Hassanein—who heads the Third World Relief Agency (TWRA)—ministries on account of the banks. The TWRA has facilitated the transport of weapons to Bosnia. | Erven Topbas is owner of Baikriya Textiles and former Istanbul Provincial leader of the Motherland Party. He and Ali Baraka founded the Ihecdes (Aleolanci) Foundation in Turkey—which offers scholarships in religious studies, organizes conferences, and provides funding to religious publications. |
| Turkey | Al Baraka Turk Ozel Finans Kurumn AS (Al Baraka Turkish Finance House). Istanbul, 1985. Domestic Branches: 3; Total Assets: $434 million; Paid-In Capital: $4 million (12/31/94) | Domestic Subsidiaries: Tobas Group of Companies (100) Tobas Foreign Trade and Marketing Company (99), Faisal Real Estate Development Company (10), Tobas Nationals-Bostan Group and Ulker Company (10) | | Directors: Mohamed al-Faisal al-Saud (C & P). Used as a conduit to provide significant financial support to the Refah Party in an effort to restore "Islamic influence" in the country. Refah funding is passed through account-held by Saudi-based international Islamic Relief Organization (IIRO). | | Possibly an office of the Jeddah-based Islamic Development Bank. |
| | | Islamic Development Bank (a.k.a. Islam Kalkinma Bankasi), Istanbul | Mohammed al Faisal al-Saud (3), Dar al-Saud Islamic Bank (41), Faisal Islamic Bank of Egypt (25), Faisal Islamic Bank of Sudan (9), Tadul Islamic Bank of Bahrain (5), Turkish | Directors: Mohamed al-Faisal al-Saud (C & P), Saleb Ozean (DC), Dr. Fouad al-Sanal, Omer Abd-Al-Khalek Abdullrahman al-Ali, Abdelhamid Abou Moussa, Yassin Omer al Imam & Solomon Hismat Celer (GM) | Subsidiary companies overlay Refah Party members. | | On the board of Faisal Islamic Bank of Sudan. Founders of the bank include Salih Ozcan and Ahmed Totloh, both of which were members of the secret leadership of the Turkish Islamic Council as of 1980. |

41

CIA_00079

Appendix
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent known) | Ownership (percent-owned, where known) | Directors and Top Management | Link to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Turkey (Continued) | [redacted] Total Assets: [redacted] [redacted] | [redacted] | [redacted] Security, Kuwait (?); the institutional funds, various, Kuwait (?); when [redacted] Virtual Islamic Development Bank (?); Parsdex Fund of Vakifbank Employees, Turkey (?%). Foundation of Turkish Religious Affairs (?); Social Foundation of Turkish Vakifbank Employees (?); Turkish individuals | Directors: Ahmed Harde Al-Yanera (C), Meran (VC); Adnan A. Al-Haber; Abdul Tiwakik; Husayn Omr Mezreci, Fahid A. Zemat, Rashid Al-Haber; Management Aldi (GM) | Provides financial support to secretly control Refah Party. [redacted] (Muslim Brotherhood) and board member of the Muslim Brotherhood and Kuwaiti-based Islamic Charities Organization—a financial conduit for the Muslim Brotherhood. | Ahmed Shule al-Yanera is on the board of Kuwait Finance House. Adnan Haber, General Manager of Kuwait Finance House, may have resigned this position when he established the International investor in Kuwait. |
| United Arab Emirates | Abu Dhabi Islamic Bank, Abu Dhabi, 1997; Authorized Capital: $272 million<br><br>Dubai Islamic Bank (DIB), Dubai, 1975; Domestic Branches: 8<br>Foreign Branches: Fujeirah, Pakistan, Turkmenistan; Total Assets: $2.2 billion<br><br>* Paid-in Capital: $911 million (12/31/95) | Domestic: DIB – Printing Press (80), Al Abdi Aluminium Company (?)A Gulf Takaten LLC (50), Al Bastan Center LLC (50), Gencal Gypsun Company (20), Textiles Industries Company—under formation (98); Foreign: Liftied Liferaat Water Company, Egypt (?4), Bahrain Islamic Bank (4.35), Al Baraka Turkish Finance House (2), Tadamon Islamic Bank, Sudan | Government of Abu Dhabi (?), President of Abu Dhabi (?)<br><br>Dubai Government (20), Government of Kuwait (10), DIB Board of Directors (70), Kuwait Finance House | Alfred Mohammed Al Shrrali, Hassin; Mohammed Salim Al-Moraia, Chief Nasser Looah (ESM) Religious Supervisory Board: Mohammed Abdulhakim Zohir<br><br>Directors: Saad Ahmed Looah (C & MD), Salim Ahmed Looah (DC), Yousif Justin al Haji, Nasser Ahmed Looah, Abdullatif Lamshi, Salim Rashid Al-Muhandy, Hussin Mirza al Sayegh, Saleh Saeed Looah, Tarik Hilal Looah; Management: Mohammed Ayub Mohammed, | Looah Jr. is close friend and business associate of [redacted] Brasolar Usama Bin Ladin, whose companies are online customers of DIB. The Islamic institution manages [redacted] which are suspected of financing radical Islamic groups, it appears.<br><br>for example, to be one of the principal banks for Hamas. Ayyed International, an NGO that funds HAMAS; [redacted] Former Kuwaiti Minister of Endowment, Yousif Justin al Haji, head, the Kuwait Joint Relief Committees; Kuwait's International International Islamic Charities Organization (IICO), and is a board member of Sudan Islamic Bank Organization. | Saad and Salim Ahmed Looah also operate Sandal and Sultan Looah Contracting Company and Saad and Salim Ahmed Looah Partners. Salim Ahmed Looah is Chief Executive of Emirates.<br><br>[redacted] for Packaging Company, Hussin Mirza al Sayegh represents the Government of Dubai on the board of directors. Yousif Justin al Haji's position as a DIB Director suggests the IICO owes a role in the bank. Looah was one of the original founders of Faisal Islamic Bank of Sudan. Director Lamshi is a director of several Islamic banks in Bahrain and Islami Bank Bangladesh. |

42

C05432020

CIA_000798



**Appendix,
Continued**

| Country | Banks, Home Offices, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Arab Emirates (Continued) | Islamic Arab Insurance Company, Abu Dhabi; Domestic Branches: 1 | | Dallah Albaraka Group | | | |
| | Islamic Investment Company of the Gulf, Sharjah, 1977; Domestic Branches: 5 Foreign Branches: Cairo, Doha, Saudi Arabia (20) | | | Abdullah Al Turki (Manager) | | |
| United Kingdom | Al Baraka Investment Company, London, 1983; Total Assets: $522 million; Capital & Reserves: $65 million (12/31/89) | Al Baraka International Bank Ltd. (London); Al Baraka Islamic Investment Bank, Bahrain; Al Baraka Bank Sudan; Al Baraka Turkish Finance House; Al Baraka Bank of Mauritania; Arrikaz Misr International Co. Ltd.; Arabian Islamic Bank for Finance & Investment; Egyptian Saudi Finance Bank; Cairo; Al Baraka Group Representative, Amsterdam; Saudi Tunisian Finance House, Tunis; United States: Dallah Al Baraka Haskovry Inc, Chicago, Texas, and California | Al Baraka Investment & Development Company, Jeddah (99); Sheikh Saleh Abdullah Kamel (1) | Directors: Dr. Hassan A. Kamel (IC); Musa A. Shihata (VC); Dr. Musa A. Al-Aswati (MD); Denzo Ahmed Suleiman, Mahmoud Tawfiek, Naji H. El Nadir, Abdullah S. Kamel Management: Dr. Yousef A. Al-Awadi, Dzek A.W. Newman (GM), Bruce W. Robinson, Christopher R. Jenkins, Robert Menzer, David Sibbick, Keith M. Smith, Bilal K. Al-Hasan, David Oseling | Naji M. El Nadir is a director of the Ikra Trust in London, a charitable foundation funded by Sheikh Salah Kamel and Al Baraka (Director: Mohamed Adale Youssefi (President). It may be identical to the "Ikra Charitable Agency", which purportedly finances Al Ittihad Al Islamiyya—Somalia's leading extremist group. | Naji Nadir probably is identical to Naola Nazir, DVP of Albaraka Bancorp (Texas) in 1991. Musa Shihata is GM of the Jordan Islamic Bank for Finance & Investment, purportedly a financial conduit for HAMAS (see above). |
| | Ibn Al-Abi Al-Islam (a.k.a. Islamic Trust) A Company, 1992; Gross Income: $318,000 (1993) | Halal Food Authorities, Human Rights Committee, Muslim Women's Institute | The Muslim Parliament, London | Dr. Mohamed G. Siddique, Secretary and Trustee | London-based Muslim fundament-en-talWestern, pan-Islamic political movement established by the late Kalim Siddiqui. Virulently pro Iranian. | the entity is classified as a religious trust and its aims are to contribute to the advancement Muslim relief efforts worldwide. |

43

C05432020

CIA_000799

**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings, where known | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Kingdom (Continued) | Bait Al-Mal Al-Islam (Continued) | | | Dr. Hazem A. Ezzat (CI), Abdallah S. Kamel, Mohamed Towfick El Maghrabi, Khalid M. Shoman (MD), Askel Yusef Siddiqi (Secretary) | Siddiqi fully supported the fatwa against Salman Rushdie and traveled frequently to Tehran. Ironhate has used to channel Iranian funds to re-enforce Tehran's extremist agenda. | ▮▮▮▮ The Muslim Parliament and all subsidiaries are co-located at the London address with Bait al Mal al Islam. |
| | Hafida Albania (UK) Limited, London, 1982; Total Assets: $268 million. Paid-in Capital: $166 million | Subsidiaries incorporated in England and Wales. Wholly Owned: Al Baraka Investment Company Limited, Dallah Albania Investment Company Limited, Albaraka International Limited, Cresstalia Traders Limited, Williams James Estate Agents Limited, RIMCO Limited Kemimgous Gestions France Limited, African Limited, Jaxellery Limited, Minaccicreach Limited, Albar Trade Services Limited, Bonal Limited, Albamba Nominees Limited, Albaraka Management Limited, St. Giles Construction plc 1993 United States: Azalyn Smoky Hill L.P. in Colorado—a Real Estate Development firm—is listed as a subsidiary. | | | | Created by the consolidation of Albaraka International Bank Limited, Albaraka Investment Company, and Dallah Albaraka Investment Company Limited, formerly Hafindan Limited. Its principal activity is Islamic trade finance and investment. Chairman Human Kamil heads Al Baraka Turkish Finance House in Istanbul and Al Baraka's offices in the United States. |
| | First Islamic Investment Trust Limited, London, 1988 | | | Paul J. Loach (CEO), Gary C. Fitzgerald, Michel Haski, Celia L. Walters | | Paul Loach was MD of Finsbury plc as of 1977. |
| | H.K. Islamic Investment & Finance (UK) Limited, Woking | | | | | |

44

C05432020

CIA_000800

## Appendix, Continued

| Country | Bank, Home Office, Year Established: Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Kingdom (Continued) | Islamic House of Finance, London, 1996 | Islamic Investment and Finance Consortium Limited, Ilford (The) Holmes Investment Company, Ltd, London, 1982 | | Adel Y. Siddiqi (CEO); Prince F. Khan, HRH; Dr. Amr Y. Coron | | Adel Y. Siddiqui is director of several London-based Dallah al Baraka affiliates and the Al Baraka Investment Bank in Pakistan. |
| | | | | Mohamed Al Faisal, Omar Abdul Aznan, Ibrahim Tayeb Hayyah, D-anu El Hilsy | | No additional information. |
| United States | Akesa Investments, Stamford, Connecticut, 1999 | Akesa Group International Sdn Bhd, Kuala Lumpur (100) | | Directors: Wan Muhamed Hanzi, Wan Sulaiman (P & CEO); Kamaruddin Taha (SVP), Abdul Rahim Mohd. Ghouser (VP) | Akesa is a key investment vehicle for the Omar Muslim Brotherhood (IGMB). [redacted] Uthman Said Ahmed Loosah personally transferred GMB funds to Akesa for investment purposes. | Akesa currently is involved in money market operations, investment banking, finance, offshore trusts, futures trading, and stock brokering for high net worth clients; press reports indicate that it is eyeing an ownership stake in a commercial bank. |
| | Albaraka Bancorp (California) Inc, Pasadena, 1987 | | Albaraka Incorporated, Delaware USA (100) | Directors: Hassan A. Kamel (C), Omar Omar (VP) | | |
| | Albaraka Bancorp (Chicago) Inc, 1989; Total Assets: $21.6 million; Paid in Capital: $46.7 million (1994) | | Albaraka Incorporated, Delaware USA (100) | Directors: Hassan A. Kamel (C), Khaled Shair (CEO) Management: Chari Aweledh, Manager | | Hassan A. Kamel is a director of numerous Al Baraka financial subsidiaries. |

45

CIA_00080

**Appendix**
**Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United States (Continued) | Alberda Hncorp (Trust) Inc. Houston, 1987; Total Assets: $4 million, Paid-in Capital: $250,000 (12/31/89) | Ashton Incorpo... | Delaware USA (10...) | Directors: Hazan A. Kaneel (EVP), Hazmi Elhelaa (AVP) | Nasja Nasr probably is identical to Nasji M. El Nasja, Director of Al Husaja Investment company in London and director of the Iqra... was in London—a charitable foundation founded by Shaikh Shakil Kanadi and Al Baraka Director Mohamed Abdub Yamani ... Trust Presidency. The charity may be identical to the "Iqra Charitable Agency" which reportedly helps to finance Somalia's leading extremist group, Al Ittihad Al Motwayra. | |
| | Alberda Bank Bangladesh Limited, Pozzhen | | | | | |
| West Bank and Gaza Strip | Al Aqsa Bank, 1995; Paid-in Capital: $20 million | The Arabia Islamic Bank for Finance & Investment, Jeddah-based Al Barraka Investment & Investment Company, and Beit al Mal al Phillsilall in Ramallah were to provide 75 percent of the capital. Remaining shares were to be sold to the public. | | | | |
| | Arab Islamic Bank, 1995; Paid-in Capital: $15 million | ... bank is a subsidiary of Yahaya Kashnaqzi (VC) the Bank of Jordan and is 15-percent owned by Al-Iqbal for Development & Investment. Jordanian Michel Sayigh was responsible for establishing the bank and is part owner. | | | HAMAS supporter Walid al Kbli had applied to the Palestinian Authority to establish the bank in early 1996. Kbli was an officer of Ramallah-based Beit al Mal. | Sayigh is Jordanian and General Director of the Jordanian Sayigh Brothers Industrial Group, which is involved in paints and industrial goods. |
| | Beit al Mal al Philistini (Palestinian Trust?), Ramallah, 1994; Hundreds Branches; Possibly in Gaza and Islamic Foreign Offices: Amman | Al Aqsa Bank, West Bank | foreign capital provided by 13Al and Jordan Islamic Bank for Finance and Investment (15), Israeli intelligence identifies Shaikh Ziyad Sbaih as founder. Karam Sbaih as ... | Dr. Mohammed Samer, a US citizen residing in Ramallah, is Director General; Hamas Shaikhaat (PA), Yusuf Shanti, Wada al-Aqsa, al-Mazaria, and Salih ... and Salih are board members. | | ... the bank was to have been that owned by the Palestinian Authority in March 1996, but is still operating as of Nov 1997 ... ...the ban. |

46

C05432020

CIA_000802



**Appendix, Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; and Financial Information (Continued) | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| West Bank and Gaza Strip (Continued) | | | 22 the largest local shareholders. Other local owners include Asad Hassen, Hana Abu Anela, Adiv Abdalla, Ahaman Anela, Jawal Tarifi, Sulayman Aghbariyah | | Sulayman Aghbariyah founded the Nazareth-based Islamic Salvation Committee—a HAMAS front. Palestinian security elements relied on its office and confidential list records in March 1996. | unreliable in terms of surface management and financial equipment. Fouad Shihada may be related to Mazn Shihada, Director of Jordan Islamic Bank for Finance & Investment and Albaraka Investment Company in London. |
| | Palestinian Islamic Bank, 1995 Domestic Branches: 2; Capital: $10 million | | Investors from the Palestinian Authority, Jordan, and the Gulf States—including Faisal Islamic Bank of Bahrain and Qatar International Islamic Bank—directly provided 75-percent of the capital; remaining shares were to be sold to the public. | | Founders of the bank are identified with "moderate Muslim Brotherhood circles", according to press reports. One founder is Ahmad 'Abidin, former head of the Bethlehem Islamic Association. | |
| Yemen | Islamic Bank of Yemen for Finance & Investment, Sanaa, 1996; Paidein Capital: $7 million | | Domestic: 'Abd Al Karim Al Juwali (30); Al Sayid Al Juwali (13); M.S. Thabet Group (10); Red Sea Flour Mill (10); Salah Al Din Fenoty (6); Al Anzi Group (2); Social Insurance Company (2); Ministry of Religious Affairs (2); Al Sowail Company (1); Sheikh Abd Al Majid Al Zindani (1); Jamilah Ahmed Al Juwali (1); Foreign: Islamic Development Bank (10); Dallah Al Baraka Group (5); Bahrain Islamic Bank (3); Qatar Islamic Bank (2); Ababa Islamic Bank (1) | Religious Supervisory Board: Sheikh Nasr Al-Shebami, Sheikh Omar Ahmed Saif, Qazi Muhammad Al Shami | Abdul Majid al-Zindani is Chairman of the Advisory Council of the Islamic Reform Party in Yemen. He has close ties to Iran, the MB and, Usama Bin-Ladin and has been involved in militant and hardline Arab activities. Zindani is a founder of the bank and noted its importance to financing this institution. Tehran funds Zindani through the sale of Iranian oil products through an intermediary in Qatar. | Charifi Nasser, the CEO of Arab Albaraka Islamic Bank. The bank is registered as an Islamic investment company unit. Yemen's President Salih signs Islamic banking law. Yemeni law limits foreign ownership in the bank to 20 percent. Zindani is President of Iman University |

47

CIA_000803

Appendix
Confid...

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Yemen (Continued) | Islamic Solidarity Bank, 1996, Paid-in Capital: 315 million | Hayel Saeed Anam Group and Qatar Islamic Bank | Al Ahmar Group and Foreign Partners | Tawfiq Dubaish (DG) | The Al Ahmar Group is controlled by the family of Al Islah parliamentarian Sheikh Abdullah Husayn Al Ahmar. | Dubaish is a Jordanian who claimed in mid-1996 that there is the Yemeni riyal equivalent of $750 million of Yemeni funds waiting to be invested by people reluctant to deposit funds in Western-oriented institutions. |
| | Saba Islamic Bank (Not Yet Opened) | | | | | |
| | Yemen-Kuwaiti Real Estate Company, Sanaa, 1977 | | Yemeni interests (44.6); Kuwaiti interests (41.6); Sh. Saleh Kamel and Sh. Husayn Al Harithi (13.8) | | | |

This appendix is Top Secret UMBRA Nicion Orcon GUARRA.

C05432020

CIA_000804

# Key

Institutions in **bold** represent parent entities; individuals in **bold** either are prominent Islamic bank owners or referred to again in subsequent columns.

**Ownership:**

Al Rajhi Group

Bank Al Taqwa Ltd

Dallah Al Baraka Group

Dar Al Maal Al Islami Group

Dubai Islamic Bank

Islamic Development Bank

Kuwait Finance House

Other

**Position:**

C—Chairman
DC—Deputy Chairman
EC—Executive Chairman
VC—Vice Chairman
GM—General Manager
AGM—Assistant General Manager
DGM—Deputy General Manager
MD—Managing Director
CEO—Chief Executive Officer
P—President
SVP—Senior Vice President
VP—Vice President

49

*Reverse Blank*