# Exhibit 9

# DOCUMENT 22

CIA_000360

C01164983



```
96 6391400    MSP                    PAGE 001
                          TOT: 192036Z DEC 96
```

TO: PRIORITY DIRNSA, SECSTATE WASHDC, DIA WASHINGTON DC, DA WASHINGTON DC, ONI WASHINGTON DC, CNO WASHINGTON DC, CMC WASHINGTON DC, CSAF WASHINGTON DC, TREASURY DEPT, SECRET SERVICE, FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE WASH DC//OIPR//, WHITE HOUSE SITUATION ROOM, ZEN/DEPT OF TRANSPORTATION, FAA NATIONAL HQ, ███

SECRET NOFORN ███

SECRET NOFORN



---
CENTRAL INTELLIGENCE AGENCY
---
WARNING: INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE



DIST:       19 DECEMBER 1996

COUNTRY:    SUDAN/INTERNATIONAL

SUBJ:       TERRORISM: RESPONSIBILITIES AND BACKGROUND OF ISLAMIC
            ARMY SHURA COUNCIL MEMBERS

DOI:        EARLY 1996

TEXT:    1.  (⬛⬛⬛⬛⬛⬛⬛ THE FOLLOWING INFORMATION MAY HAVE BEEN INTENDED TO INFLUENCE AS WELL AS TO INFORM. THAT SAID, SOME OF THE INFORMATION PROVIDED BY THIS SOURCE TO DATE HAS BEEN CORROBORATED.)

         2.  AS OF EARLY 1996, THE SHURA COUNCIL OF USAMA ((BIN LADIN))'S ISLAMIC ARMY CONSISTED OF A VARIETY OF MEMBERS WHO REPRESENT ISLAMIC EXTREMISTS GROUPS OR CELLS WORLD-WIDE. THESE GROUPS OPERATE BOTH AUTONOMOUSLY AND AS ISLAMIC ARMY PARTICIPANTS. SHURA COUNCIL MEMBERS ARE APPOINTED BY BIN LADIN HIMSELF. (⬛⬛⬛⬛⬛⬛ WITH THE EXCEPTION OF THE EGYPTIAN AL-JIHAD, AL-GAMA'AT AL-ISLAMIYYA (IG), AND POSSIBLY THE ALGERIAN GROUPS, MOST OF BIN LADIN'S SHURA COUNCIL MEMBERS APPEAR TO REPRESENT SMALL ISLAMIC EXTREMIST CELLS. WE SUSPECT THESE SMALL CELLS ARE LARGELY BEHOLDEN TO BIN LADIN AND BASICALLY CONSTITUTE HIS OVERSEAS NETWORK.) THE FOLLOWING IS BACKGROUND INFORMATION ON ISLAMIC ARMY SHURA COUNCIL MEMBERS.

         3.  DR. ((FADL AL-MASRI)), AKA 'ABD AL-QADIR MUHAMMAD

SECRET NOFORN

CIA_000362

((AHMAD)) - HE IS THE DEPUTY TO BIN LADIN AND IS EXPECTED TO TAKE BIN LADIN'S PLACE SHOULD THE NEED ARISE, HOWEVER, THE SAUDI MEMBERS OF THE ISLAMIC ARMY DO NOT LIKE HIM. HE REPRESENTS THE AL-JIHAD. HE IS AN ORTHOPEDIC DOCTOR AND IS FROM QURAYSH. HE TOOK PART IN THE AFGHANISTAN OPERATIONS, ESPECIALLY IN THE AREAS OF HEALTH AND ISLAMIC LAW. HE IS CALM AND MOVES AROUND A LOT. HE LOOKS SHORT BUT ISN'T. HE IS A BIT HEAVY, WEARS GLASSES, HAS THIN HAIR AND IS BALDING, LIGHT SKIN, EXTREMELY HAIRY ARMS, QUIET, MODEST, CALM, HAS A SMALL MUSTACHE AND BEARD, IS CIRCA 50 YEARS OLD, IS APPROXIMATELY 5'8" TALL. HE HAS WRITTEN BOOKS ON HOW AND WHY TO FIGHT, AND WHICH GOVERNMENTS ONE SHOULD BELIEVE. SOME OF HIS BOOKS WERE ENTITLED: "AUTHORITATIVE WORK FOR PREPARATION OF WAR" (AL 'UNDAFI I'DAD AL-'UDDA), AND "CAUSES OF CONSIDERING SOMEONE AN INFIDEL" (DAWA BIT AL-TAKFIR). ( ████████████████ "AFGHANISTAN OPERATIONS" PROBABLY IS A REFERENCE TO HIS ACTIVITIES DURING THE AFGHAN WAR.)

   3.  MADANI AL-((TAYYIB)), AKA ABU AL-FADL - HE IS THE OVERALL SUPERVISOR FOR THE FINANCIAL COMMITTEE AND IS IN CHARGE OF ALL ISLAMIC ARMY FINANCES. HE IS SAUDI BUT IS ORIGINALLY FROM MOROCCO. HE IS LOVED BY BIN LADIN AND IS MARRIED TO BIN LADIN'S NIECE, THE DAUGHTER OF SA'ID ((BIN LADIN)). HIS RIGHT LEG WAS AMPUTATED. BIN LADIN TRUSTS HIM IMPLICITLY. HE TRAVELS FREQUENTLY AND HAS BANK ACCOUNTS ALL OVER THE WORLD. HE TRAVELS TO QATAR OFTEN AND USES A SUDANESE OFFICIAL PASSPORT WHEN HE TRAVELS. HIS FAMILY ROOTS ARE FROM MOROCCO. HE IS A HANDSOME MAN, HAS LIGHT SKIN, GREEN EYES, REDDISH HAIR, IS SHORT, SOMETIMES WEARS A BEARD, AND IS CIRCA 35-40 YEARS OLD.

   4.  ABU 'UBAYDA AL-((BANSHIRI)), AKA 'ABD AL-HALIM MUHAMMAD (('UTHMAN)) - HE IS A MILITARY ADVISOR TO BIN LADIN AND IS THE OVERALL LEADER OF THE MILITARY COMMITTEE. HE WAS A FIELD COMMANDER IN AFGHANISTAN. HE IS LOVED BY ALL THE ISLAMIC ARMY MEMBERS AND IS CLOSE TO BIN LADIN. HE WAS AN EGYPTIAN ARMY OFFICER AND FOUGHT AGAINST ISRAEL IN THE LATE 1960S OR EARLY 1970S. HE PLANS ALL ISLAMIC ARMY OPERATIONS WORLDWIDE FROM KHARTOUM. IN THE 1990S, HE WORKED FOR THE MOST PART IN KHARTOUM, WHERE HE HAS TWO OFFICES, ONE IN BIN LADIN'S VIP GUESTHOUSE, AND A SECOND ON RIYADH STREET, WHICH RUNS BETWEEN THE RIYADH QUARTER AND TA'IF QUARTER. BANSHIRI'S OFFICE IS IN THE TA'IF QUARTER, CLOSE TO THE INTERSECTION OF RIYADH STREET WITH JURAYF WEST/MANSHUYYA STREET. ACROSS THE STREET FROM BANSHIRI'S OFFICE IS A BOOKSHOP. CLOSE TO HIS OFFICE ARE THE RESIDENCES OF 'UTHMAN AL-((SAYYID)) AND BABIKR WADD AL-((JABAL)). BANSHIRI HAS TRAVELED OUTSIDE OF SUDAN. CIRCA 1991-1992 HE TRAVELED TO PAKISTAN. IN 1992 HE TRAVELED TO MOGADISHU AND OGADEN TO CHECK ON BIN LADIN FIGHTERS, AND IN 1993 HE TRAVELED TO ALGERIA WITH ((ABU YASIR AL-SAGHIR AL-JAZAIRI)) TO CHECK ON ISLAMIC ARMY OPERATIONS. HE USES LANDLINE PHONES AND A PORTABLE PHONE. HE HAS THREE CARS, A TOYOTA HI-LUX DOUBLE CAB PICK-UP, A LAND CRUISER, AND STATION WAGON. HIS TRUE FIRST NAME IS 'ALI. HE HAS A DAUGHTER NAMED MERIAN. HE IS OVER 50 YEARS OLD, CIRCA 6'2" TALL, HAS A STRONG BUILD, HAS LARGE FEET SO THAT HE NEEDS SPECIAL SHOES, IS SLIGHTLY BALDING, HAS THIN

C01164983

HAIR AND A BIG NOSE. HE IS QUIET AND WELL-RESPECTED. PEOPLE OFTEN APPROACH HIM WHEN THEY ARE TOO TIMID TO GO TO BIN LADIN. HE PRACTICES GOOD OPERATIONAL SECURITY AND HE OFTEN HAS PREMONITIONS WHEN SOMETHING IS GOING TO HAPPEN. HIS RESIDENCE IS IN THE RIYADH QUARTER FROM THE EXTENSION OF NASSER QUARTER. IT IS APPROXIMATELY 200 METERS FROM THE SQUARE NINE MOSQUE IN THE RIYADH QUARTER. CLOSE TO HIS HOUSE, BUT LOCATED IN THE EXTENSION OF NASSER QUARTER, IS A BARBER SHOP. BANSHIRI IS A MEMBER OF BOTH THE EGYPTIAN AL-JIHAD AND AYMAN ((ZAWAHIRI))'S VANGUARDS OF CONQUEST FACTION. BANSHIRI IS VERY EXPERIENCED IN MILITARY TACTICS AND IS WELL-RESPECTED FOR HIS MILITARY KNOWLEDGE. ( BANSHIRI IS POSSIBLY THE SAME AS 'UBAYDA AL-PANSHIRI, AKA 'ALI AMIN AL-RASHIDI, AKA JALAL, WHO , WAS KILLED IN THE 21 MAY 96 FERRY DISASTER ON LAKE VICTORIA IN TANZANIA.)

5. ((ABU HAJIR AL-'IRAQI)), AKA MAMDOUH ((SALIM)) - HE REPRESENTS IRAQI AND KURDISH GROUPS. HE IS AN ELECTRONICS AND COMMUNICATIONS ENGINEER AND DEALS WITH COMMUNICATIONS OUTSIDE OF SUDAN. HE HAS COMMITTED THE KORAN TO MEMORY. HE WAS THE OFFICER IN CHARGE OF COMMUNICATION EQUIPMENT IN AFGHANISTAN. IN 1991 HE TRAVELED OUTSIDE OF SUDAN AND PURCHASED COMMUNICATIONS EQUIPMENT FOR SUDANESE SECURITY. HE IS PROFICIENT IN FIXING COMMUNICATIONS EQUIPMENT INSIDE SUDAN. HE HAS TRAVELED TO ASIA, SPECIFICALLY HONG KONG AND JAPAN. HE IS TALL, HAS LIGHT SKIN, STRAIGHT HAIR, LARGE NOSE, THIN MUSTACHE, A BABY FACE, AND IS OVER 45 YEARS OLD. HE LIVES NEAR THE OFFICES OF THE WORLD COUNCIL OF CHURCHES IN THE RIYADH SECTION OF KHARTOUM.

6. ((ABU IBRAHIM AL-'IRAQI)) - HE HAS COMMITTED THE KORAN TO MEMORY. HE IS A CIVIL ENGINEER AND SERVED IN THE IRAQI ARMY FOR SOME TIME. HE IS A SHARIA SCHOLAR.

7. SA'D AL-((SHARIF)) - HE IS THE HEAD OF THE ISLAMIC ARMY'S POLITICAL AND SHARIA COMMITTEE. HE IS A SAUDI AND A GRADUATE OF AL-MADINA AL-MUNAWWARA IN SHARIA SCIENCES. HE IS A COMPANION OF BIN LADIN AND CLOSE TO HIM. BIN LADIN IS MARRIED TO HIS SISTER. HE WAS IN AFGHANISTAN PREVIOUSLY.

8. ((ABU YASIR AL-MASRI)) - HE IS IN CHARGE OF THE IG OFFICE IN SUDAN AND IS THE IG REPRESENTATIVE TO THE ISLAMIC ARMY. HE IS AN ADMINISTRATOR OF BIN LADIN'S CAMPS IN SUDAN. HE SPECIALIZES IN EXPLOSIVES AND HAS COMMERCIAL ENTERPRISES IN SUDAN. HE IS FROM ASWAN, EGYPT. HE WAS A COMMANDER AT ONE OF BIN LADIN'S SOBA CAMPS. HE WAS ALSO THE HEAD OF THE IBRAHIM ABU HASANAYN TRADING COMPANY. HE HAS DARK SKIN, IS SHORT, STOUT, HAS A SCAR ON HIS LEFT PALM FROM WOUNDS RECEIVED IN AFGHANISTAN, AND IS IN HIS 40S. HE HAS CLOSE TIES TO HIZBALLAH AND RECEIVED TRAINING IN LEBANON. HE HELPS COORDINATE THE MOVEMENTS INTO AND OUT OF EGYPT OF EGYPTIAN MEMBERS OF THE ISLAMIC ARMY.

9. DR. 'ABD AL-((MU'IZZ)), AKA ((AYMAN AL-ZAWAHIRI)) - HE IS THE LEADER OF THE VANGUARDS OF CONQUEST FACTION OF THE EGYPTIAN

SECRET NOFORN

AL-JIHAD AND REPRESENTS THIS FACTION. HE IS EGYPTIAN AND A MEDICAL DOCTOR AND WAS IN AFGHANISTAN PREVIOUSLY. HE HAS PUBLISHED ON THE SUBJECT OF THE SHARIA.

10. ((ABU RIDA AL-TUNISI)) - HE IS THE COMMANDER OF A TUNISIAN GROUP AND REPRESENTS TUNISIAN ISLAMIC EXTREMISTS. HE FORMERLY WAS A COMMANDER OF SECURITY. HE IS A MILITARY AIDE TO BANSHIRI. HE ACTS AS A BODYGUARD FOR BIN LADIN AND IS WITH HIM AT ALL TIMES, INCLUDING ON TRIPS OUTSIDE OF SUDAN. HE ALSO OVERSEES THE PREPARATION OF BIN LADIN'S FOOD. HE IS TALL, HAS A GOOD BODY, LIGHT SKIN, SOFT DARK HAIR, AND A BIG HEAD AND NECK. HE IS A TOUGH MAN.

11. ((JA'FAR AL-TAYYAR)) - HE IS EGYPTIAN AND SPECIALIZES IN EXPLOSIVES AND BOOBYTRAPS. HE WAS IN AFGHANISTAN DURING THE AFGHAN WAR WHERE HE WAS THE DEMOLITIONS EXPERT AND INSTRUCTOR FOR EXPLOSIVES AND AMBUSH TRAINING. HE IS LOCATED IN SUDAN. HE IS ONE OF THE BEST EXPLOSIVES EXPERTS AND TRAINERS. HE TRAINS ISLAMIC ARMY MEMBERS IN HOW TO USE EXPLODING BOOBYTRAPS. HE IS TALL AND SKINNY, YET MUSCULAR, HAS WAVY HAIR, BIG NOSE, SUNKEN CHEEKS, AND IS CIRCA 40 YEARS OLD.

12. ((SAYF AL-LIBI)) - HE REPRESENTS LIBYAN ISLAMIC EXTREMISTS AND IS THE COMMANDER OF A LIBYAN GROUP. HE IS THE DEPUTY TO ABU JA'FAR AL-LIBI. HE COORDINATES THE TRAINING OF LIBYAN GROUPS IN SUDAN. HE IS FROM BENGHAZI IN LIBYA AND HAS COMPLETED GENERAL TRAINING SESSIONS. HE IS OF AVERAGE HEIGHT, LIGHT SKIN, WAVY HAIR, HAS A FEW HAIRS ON HIS CHIN, HAS WATERY EYES, AND IS CIRCA 35 YEARS OLD. HE HAS A FATHER IN THE LIBYAN GOVERNMENT.

13. ((SALIM AL-MASRI)) - HE IS AN EXPLOSIVES TRAINING INSTRUCTOR AND WAS IN AFGHANISTAN DURING THE AFGHAN WAR. HE COMPLETED TRAINING SESSIONS IN INFANTRY AND STORMING ENEMY POSITIONS. HE LIVES IN SUDAN AND IS A MEMBER OF THE EGYPTIAN AL-JIHAD.

14. ((ABU AKRAM AL-URDUNI)) - HE IS IN CHARGE OF THE JORDAN-PALESTINE OFFICE AND REPRESENTS PALESTINIAN ISLAMIC GROUPS. HE IS A FORMER MEMBER OF THE MUSLIM BROTHERHOOD IN JORDAN AND A FORMER MANAGER OF THE MAKTAB AL-KHIDMAT. HE IS STOUT.

15. ((ABU HABIB AL-TA'IFI)) - HE OVERSEES BIN LADIN-RELATED WORK IN SAUDI ARABIA AND REPRESENTS A GROUP THERE. ( ▇▇▇▇▇▇▇▇ IT IS NOT CLEAR IF THE GROUP HE REPRESENTS IN SAUDI ARABIA IS DIRECTLY UNDER CONTROL OF BIN LADIN'S AUTHORITY BUT IT MAY BE.) DURING THE AFGHAN WAR, HE WAS IN CHARGE OF MAINTAINING AL-QAIDA PASSPORTS. HE ALSO CONTROLLED ISLAMIC ARMY PASSPORTS UNTIL 1994 WHEN HE MOVED TO SAUDI ARABIA. THERE HE JOINED A SAUDI DISSIDENT GROUP RUN BY IBN AL-MUBARAK AL-((SHARQAWI)), WHO WAS A CLOSE ASSOCIATE OF BIN LADIN'S IN AFGHANISTAN. HE HAS COMPLETED GENERAL TRAINING SESSIONS. HE IS SHORT, SLIM, AND STOOPED AND LOOKS LIKE A BEDOUIN. HE IS APPROXIMATELY 33 YEARS OLD. HE IS

SECRET NOFORN

ORIGINALLY FROM TAYIF, SAUDI ARABIA. THE ENTIRE RIGHT SIDE OF HIS FACE AND FOREHEAD ARE BADLY SCARRED FROM A BURN HE SUFFERED AS A CHILD. THE SCAR IS QUITE PROMINENT AND RED IN COLOR.

16. ((ABU HUSAYN AL-SUMALI)) - HE IS THE OFFICER-IN-CHARGE OF SOMALIA AND REPRESENTS AN ISLAMIC EXTREMIST GROUP IN OGADEN. HE IS LOCATED IN OGADEN WHERE HE IS INVOLVED IN PROVIDING SOME TRAINING TO EXTREMISTS. HIS REAL JOB, HOWEVER, IS ANTI-U.S. PROPAGANDA. HE COMPLETED GENERAL TRAINING SESSIONS. HE TRAVELED TO KENYA PREVIOUSLY. HE WAS IN AFGHANISTAN DURING THE AFGHAN WAR. HE IS SOMEWHAT TALL, OLIVE COMPLEXION, HAS NEITHER BEARD NOR MUSTACHE.

17. ((SAYF AL-ISLAM AL-JANUBI)), AKA SAYF AL-ISLAM AL-ADANI - HE REPRESENTS A SOUTH YEMENI ISLAMIC EXTREMIST GROUP. HE COMPLETED TRAINING SESSIONS IN AFGHANISTAN. HE IS TALL AND CROSS-EYED. HE COMPLETED TRAINING SESSION IN STORMING ENEMY POSITIONS. HE FORMERLY WAS THE COMMANDER OF YARMUK.

18. ((ABU YASIR AL-SAGHIR)) - HE REPRESENTS AN ISLAMIC GROUP IN ALGERIA. THE GROUP'S FORMER COMMANDER WAS ABU 'ABDALLAH AL-JIZARI.
HE IS ALGERIAN AND COORDINATES ACTIVITIES BETWEEN THE ISLAMIC ARMY AND ALGERIA. HE PREVIOUSLY WAS A FINANCIAL OFFICER IN AFGHANISTAN IN CHARGE OF BENEFITS, PENSIONS, AND SALARIES.

19. ABU HAFS AL-MASRI AL-((KABIR)) - HE ACTS AS A CAMP ADMINISTRATOR IN SUDAN AND OFTEN VISITS THE VARIOUS CAMPS. HE SOMETIMES PROVIDES MILITARY EDUCATION TRAINING. HE IS A FORMER OFFICER IN THE EGYPTIAN ARMY. HE WAS A COMMANDER IN AFGHANISTAN DURING THE AFGHAN WAR. HE TRAVELED TO SOMALIA IN THE PAST. HE IS TALL AND A MEMBER OF THE EGYPTIAN AL-JIHAD.

20. NIDAL (LNU), AKA ((ABU AL-RIDA AL-SURI)) - HE REPRESENTS A GROUP OF SYRIAN ISLAMIC EXTREMISTS. HE IS THE HEAD OF THE FOREIGN PURCHASES COMMITTEE. HE MANAGES BIN LADIN'S AL-IKHLAS INTERNATIONAL COMPANY. HE LIVES CLOSE TO THE STREET WHICH RUNS BETWEEN THE TA'IF AND THE RIYADH SECTIONS OF KHARTOUM; HIS OFFICE IS LOCATED IN THE BURJ AL-BARAKA BUILDING, OPPOSITE THE ARAK HOTEL, CLOSE TO THE INTERSECTION OF AL-QASR STREET WITH AL-JUMHURIYYA STREET. HE HAS LIGHT SKIN AND IS DESCRIBED AS BEING A LIGHT-HEARTED MAN. ( ) HE NO LONGER ACCEPTS THE PHILOSOPHY OF BIN LADIN'S ISLAMIC ARMY. HE HAS BECOME A CORRUPT ARMS MERCHANT FOR BIN LADIN AND HE LOVES MONEY TOO MUCH.)

21. ((ABU KHADIJA AL-'IRAQI)), AKA ABU AMINA - HE HAS BEEN ASSIGNED A VARIETY OF JOBS BY BIN LADIN, OFTEN INVOLVING TRAVEL. HE COMPLETED A TRAINING SESSION IN EXPLOSIVES AND ALSO COMPLETED GENERAL TRAINING SESSIONS IN AFGHANISTAN. HE IS AN IRAQI-BORN U.S. CITIZEN AND IS MARRIED TO A U.S. CITIZEN FROM SAN FRANCISCO, CALIFORNIA. IN 1991, AFTER FIGHTING IN THE AFGHAN WAR, HE WENT TO SUDAN, WHERE HE MAINTAINS A RESIDENCE IN KHARTOUM. HE IS OF AVERAGE HEIGHT, HAS LONG HAIR, NICE FACE, ABD IS HANDSOME.

(SOURCE COMMENT: HE MAY HAVE AN INTELLIGENCE ROLE, WHICH INVOLVES TRAVELING, OBTAINING INFORMATION, WRITING REPORTS, ETC. ISLAMIC ARMY MEMBERS WITH U.S. PASSPORTS ARE NEVER USED IN OPERATIONS; THEIR ABILITY TO TRAVEL WITH THE U.S. PASSPORT IS USED EXTENSIVELY. THEY ARE OFTEN INVOLVED IN PLANNING, INTELLIGENCE COLLECTION, AND CASINGS, ETC. SA'ID ABU AMBENAH MAY BE ANOTHER ALIAS FOR HIM.)

22. ((USAMA AL-LUBNANI)) - HE REPRESENTS A SMALL GROUP OF LEBANESE ISLAMIC EXTREMISTS AND IS IN CHARGE OF ISLAMIC ARMY AFFAIRS IN LEBANON. HE LIVES IN LEBANON BUT TRAVELS FREQUENTLY. HE ALSO FACILITATES THE TRAINING OF ISLAMIC ARMY MEMBERS BY HIZBALLAH IN SOUTHERN LEBANON. HE RUNS A GUESTHOUSE IN WESTERN BEIRUT, HARAT HURAYK DISTRICT, ON BEHALF OF BIN LADIN, WHICH HOUSES ISLAMIC ARMY MEMBERS WHO TRAVEL TO LEBANON FOR TRAINING. HE COMPLETED GENERAL TRAINING SESSIONS INCLUDING TRAINING IN GENERAL EXPLOSIVES. HE IS A U.S. CITIZEN. HE IS CIRCA 30-35 YEARS OLD, 59, SLENDER, FAIR SKINNED WITH FRECKLES, AND WITH DENSE HAIR ON HIS ARMS. ( HE PROBABLY IS INVOLVED IN OTHER COORDINATING ROLES FOR BIN LADIN AS WELL.)

23. AL-SHAYKH QARI' ((SA'ID)) - HE IS A FINANCIAL OFFICER FOR THE ISLAMIC ARMY. HE HAS COMMITTED THE KORAN TO MEMORY. HE HAS COMPLETED SHARIA TRAINING. HE LIVES TWO KILOMETERS AWAY FROM BIN LADIN'S RESIDENCE IN THE RIYADH DISTRICT OF KHARTOUM. HIS OFFICE IS AT BIN LADIN'S TABA INTERNATIONAL COMPANY, WHICH IS LOCATED OPPOSITE THE VOLUNTARY WORK COMMISSION, CLOSE TO THE INTERSECTION OF MAK NIMR STREET.

24. ((ASMARAI AL-SU'UDI)) - HE IS A FIELD COMMANDER. HE WAS IN AFGHANISTAN, TAJIKISTAN, AND THE PHILIPPINES. 1989 HE WAS IN JALALABAD, AFGHANISTAN. HE HAS GLASSES, LOOKS CHINESE, AND IS MISSING TWO FINGERS. ( ASMARAI AL-SU'UDI MAY BE USAMA ((ASMURAI)), AKA WALI KHAN AMIN SHAH, AN ASSOCIATE OF RAMZI AHMED ((YOUSEF)), WHO WAS INVOLVED IN YOUSEF'S 1995 PLOT IN THE PHILIPPINES TO ATTACK U.S. AIRLINES AND THE POPE. USAMA ASMURAI IS CURRENTLY IN U.S. CUSTODY.)

25. ((AL-SHAYKH 'ARFA)) - HE IS ERITREAN AND REPRESENTS AN ERITREAN ISLAMIC EXTREMIST GROUP. HE SPECIALIZES IN SHARIA SCIENCES

26. (('UTHMAN AL-MASRI)) - HE IS AN EXPLOSIVES EXPERT AND TRAINER WHO IS BASED IN SUDAN. HE IS ALSO A MEMBER OF THE VANGUARDS OF CONQUEST.

27. 'ABD ((AL-QADIR)) AL-LIBI - HE IS THE COMMANDER OF A LIBYAN GROUP. HE COMPLETED GENERAL TRAINING SESSIONS AND SPECIALIZES IN SHARIA SCIENCES. HE WAS IN AFGHANISTAN PREVIOUSLY.

28. ((ABU MUHAMMAD AL-MAGHRIBI)) - HE REPRESENTS A GROUP OF MOROCCAN ISLAMIC EXTREMISTS. HE WAS IN AFGHANISTAN PREVIOUSLY AND

SPECIALIZES IN EXPLOSIVES.

   29. MAWLANA FADL AL-((RAHMAN)) AL-PAKISTANI - HE REPRESENTS A GROUP OF PAKISTANI ISLAMIC EXTREMISTS. HE PARTICIPATED IN THE AFGHAN WAR. HE SPECIALIZES IN SHARIA SCIENCES.

   30. ((ABU KHALIFA AL-'UMMANI)) - HE REPRESENTS ISLAMIC EXTREMISTS FROM OMAN. IN ADDITION, HE IS IN CHARGE OF SOME CELLS IN SAUDI ARABIA, YEMEN, UAE, AND KUWAIT. HE IS ALSO INVOLVED IN RECRUITMENT AND FINANCIAL AFFAIRS OF THE ISLAMIC ARMY. HE IS A FINANCIAL OFFICER FOR BIN LADIN'S OVERSEAS OPERATIONS. HE DEALS WITH FINANCIER AHMED ((LOOTAH)). HE WAS IN AFGHANISTAN PREVIOUSLY. HE TRAVELS BETWEEN KHARTOUM AND SAUDI ARABIA. HE LIVES IN A FAMILY APARTMENT HOUSE AT A DISTANCE OF ABOUT 50 METERS FROM THE INTERSECTION OF AL-MANSHIYYA STREET WITH AL-TA'IF STREET, IN THE AL-TA'IF SECTION OF KHARTOUM.

   31. ABU KHALIL AL-((MADANI)) AL-VOLTAWI - THIS IS A NOM DE GUERRE FOR THE INDIVIDUAL WHO HEADS BIN LADIN'S LONDON OFFICE. HE IS RESPONSIBLE FOR BIN LADIN'S ACTIVITIES IN LONDON, WHERE HE LIVES. HE WAS A FIELD COMMANDER IN AFGHANISTAN DURING THE AFGHAN WAR. HE COMPLETED GENERAL TRAINING SESSIONS. HE IS A SAUDI CITIZEN FROM UPPER VOLTA. HE IS VERY DARK, TALL, MUSCULAR, HAS AN UGLY FACE.          BIN LADIN'S LONDON OFFICE MAY BE A REFERENCE TO THE ADVICE AND REFORMATION COMMITTEE (ARC) WHICH WAS ESTABLISHED BY BIN LADIN IN LONDON IN 1994. THE DIRECTOR OF THE ARC IS KHALID AL-((FAWWAZ)). ABU KHALIL AL-MADANI AL-VOLTAWI COULD BE THE NOM DE GUERRE FOR FAWWAZ, HOWEVER, WE CANNOT CONFIRM THIS.)

   32. IBN AL-((MUBARAK)) - HE OVERSEES INTERNAL ACTIVITIES IN SAUDI ARABIA AND IS BIN LADIN'S PRIMARY FOCAL POINT FOR CONTACT WITH SHIAS IN SAUDI ARABIA. HE RESIDES IN AL-KHOBAR, SAUDI ARABIA. HE IS SAUDI AND WAS A FIELD COMMANDER IN AFGHANISTAN DURING THE AFGHAN WAR. HE IS A SPECIALIST IN SHARIA SCIENCES. HE COMPLETED INFANTRY TRAINING SESSIONS AND HE HAS BEEN TRAINED IN EXPLOSIVES. HE TRAVELED TO SUDAN IN 1993 AND ON ANOTHER OCCASION. HE IS OF AVERAGE BUILD, HAS A BIG CHEST, WALKS ON THE BALLS OF HIS FEET, IS OF NORMAL HEIGHT, HAS A ROUND FACE, FULL EYEBROWS, GOOD TEETH, DARK HAIR, AND IS CIRCA 35 YEARS OLD.

   33. ((ABU FARIJ AL-YAMANI)) - HE IS A COMMANDER AND SCHOLAR WHO WORKS WITH THE FATWA COMMITTEE. HE LIVES IN SUDAN. HE HAS TWO CHILDREN AGES 14 AND 16. HE IS CIRCA 50 YEARS OLD AND A MEMBER OF AL-JIHAD. HE WAS IN AFGHANISTAN PREVIOUSLY. HE TRAVELS FREQUENTLY BETWEEN YEMEN AND SUDAN. HE IS A FAMOUS TEACHER OF ISLAMIC LAW.



SECRET NOFORN

SECRET NOFORN

C01164983 | CIA_000369

