# Exhibit 11

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

DIRECT NUMBER: (202) 879-5572
SCOTTREAU@JONESDAY.COM

September 10, 2018

**Via email**
J. Scott Tarbutton, Esq.
Sean Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

**Re: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Scott and Sean:

Pursuant to the Court's Order of July 11, 2018 (Dkt. 4046), Dubai Islamic Bank has searched for the 629 search terms identified in the Order. As a result of the search, Dubai Islamic Bank did not identify for production any additional responsive opening and closing statements, periodic statements, or other electronic information to produce. As a result, Dubai Islamic Bank's productions to plaintiffs of bank customer and account information is complete.

Sincerely,

Steven T. Cottreau

cc: Robert Haefele
    Alan Kabat

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON