# EXHIBIT A

| Current Plaintiff | Para. at *Grazioso* ECF 29 | Proposed Substitution | Nationality on 9/11 | 9/11 Decedent | Relationship | Court Issuing Letters |
|---|---|---|---|---|---|---|
| Joan Ann Coale | 34 | Leslie Coale Brown, as Personal Representative of the Estate Joan Ann Coale, Deceased | US | Jeffrey Coale | Parent | State of Maryland, Anne Arundel County, No. 104553 |
| Cirilo Fernandez | 54 | Corazon Fernandez, as Personal Representative of the Estate of Cirilo Fernandez, Deceased | US | Judy Fernandez | Parent | State of New Jersey, Ocean County Surrogate's Court, 260190 |
| Hank Grazioso | 216 | Kristy Grazioso, as Personal Representative of the Estate of Hank Grazioso, Deceased | US | John Grazioso | Parent | State of New Jersey, Bergen County, 2023-0507 |
| Hank Grazioso | 20 | Kristy Grazioso, as Personal Representative of the Estate of Hank Grazioso, Deceased | US | Timothy Grazioso | Parent | State of New Jersey, Bergen County, 2023-0507 |
| Loretta Haines | 28 | Melanie D. Buchman, as Personal Representative of the Estate of Loretta Haines, Deceased | US | Sandra Wright-Cartledge | Sibling | Commonwealth of Pennsylvania, County of Bucks |