UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    :
                                                                                :
                                                                                :          1:03 MDL 1570 (GBD)(SN)
                                                                                :
                                                                                :
------------------------------------------------------------------X

This document relates to:
*Grazioso, et al., v. Islamic Emirate of Afghanistan a/k/a the Taliban, et al.,*
1:22-cv-01188 (GBD)(SN)

## **PROPOSED ORDER OF SUBSTITUION**

AND NOW, having considered the *Grazioso* Plaintiffs' Motion to Substitute under Rule 15(d), Fed. R. Civ. P., which is unopposed, it is **HEREBY**:

**ORDERED** that the following parties stated on **EXHIBIT A** are substituted as Plaintiffs in the governing *Grazioso* Second Amended Complaint at ECF 29:

| Current Plaintiff | Para. at *Grazioso* ECF 29 | Substituted Party Plaintiff | Nationality on 9/11 | 9/11 Decedent | Relationship |
|---|---|---|---|---|---|
| Joan Ann Coale | 34 | Leslie Coale Brown, as Personal Representative of the Estate Joan Ann Coale, Deceased | US | Jeffrey Coale | Parent |
| Cirilo Fernandez | 54 | Corazon Fernandez, as Personal Representative of the Estate of Cirilo Fernandez, Deceased | US | Judy Fernandez | Parent |
| Hank Grazioso | 216 | Kristy Grazioso, as Personal Representative of the Estate of Hank Grazioso, Deceased | US | John Grazioso | Parent |
| Hank Grazioso | 20 | Kristy Grazioso, as Personal Representative of the Estate of Hank Grazioso, Deceased | US | Timothy Grazioso | Parent |
| Loretta Haines | 28 | Melanie D. Buchman, as Personal Representative of the Estate of Loretta Haines, Deceased | US | Sandra Wright-Cartledge | Sibling |

Counsel will coordinate with the Clerk of Court to enter the substitutions on the docket.

The Clerk is directed to terminate the Motion at MDL ECF 10648 and *Grazioso* ECF 82.

BY THE COURT:

Dated: _____   _____
     New York, New York   SARAH NETBURN
                                                  United States Magistrate Judge