```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                              03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001
                                                             ORDER

-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The conference that was previously scheduled for Friday, January 24, 2025, will now be held on Tuesday, February 4, 2025, at 10:00 a.m. in Courtroom 318, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. <u>See</u> ECF No. 10629. The parties may now file their joint proposal by Friday, January 24, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 3, 2025
         New York, New York