UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

*This document relates to:*
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from each and every part of the January 6, 2025 Order at MDL ECF No. 10657 and the Clerk's Rule 54(b) Judgment at MDL ECF No. 10658 (both based on the Court's March 9, 2023 Memorandum Decision and Order at MDL ECF No. 8911), entered by the United States District Court for the Southern District of New York, which granted Defendant Dubai Islamic Bank's motion for summary judgment for lack of personal jurisdiction.

Dated: New York, New York
January 6, 2025

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
           bstrong@andersonkill.com
           agreene@andersonkill.com

*Attorneys for the O'Neill Plaintiffs*

docs-100747820.1