UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

This document relates to:
Estate of John Patrick O'Neill Sr., et al. v. The
Republic of Iraq, et al., 1:04-cv-01076 (GBD)(SN)
Estate of John Patrick O'Neill Sr., et al. v. Al Baraka
Investment and Development Corporations, et al.,
I:04-cv-01923(GBD)(SN)
Gladys Lopez et al. v. Islamic Republic of Iran, No.
I:23-cv-08305 (GBD)(SN)

Docket No: _03_ MDL _157_ ( GBD)
( SN )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have
completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court
and all parties.

Rodriguez, Justin                                      ☑ Plaintiff
                                                       ☐ Defendant
---
Name (Last, First, MI)

5340 San Mateo Blvd  Albuquerque          NM              87109
---
Address              City                  State           Zip Code

404-804-7269                              justin.r.rodriguez1@gmail.com
---
Telephone Number                          e-mail address

11.14.2024
---
Date                                      Signature