# EXHIBIT B

Estates - (description)
United States National Estate w/o prior judgments

| | Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Last | Suffix | First | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Rosa | Jimenez | | Luis | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 18cv12347, 1 at allegation 51, appendix 1 | 9865 | $ 2,000,000.00 |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | |