**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

January 31, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs' Executive Committees ("PECs") write in response to the letter from WAMY's counsel, ECF No. 10690, responding to the PECs January 29 request, ECF No. 10689, to add to the agenda for the upcoming February 4, 2025 conference discussion of the issues addressed in the Court's January 13 Order, as authorized by that Order, ECF No. 10664.

      The PECs take no position, and leave to the Court's discretion, as to whether the issue should be addressed at the February 4, 2025 conference, or another date in the near term. However, the PECs continue to request that the Court consider the matter as proposed in our January 29 letter. The PECs also take no position as to whether the Court should hear the matter either in person or remotely.[1]

      Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
*For the Plaintiffs' Executive Committees*

cc:    The Honorable George B. Daniels, via ECF
        All Counsel of Record, via ECF

---

[1] To the extent the arguments in WAMY's letter need to be addressed, Plaintiffs propose they should be addressed before the Court and not in letters exchanged regarding agenda proposals. The PECs' January 29 agenda proposal was intended to propose the agenda item, as invited by the Court's January 13 order, including the nature of the anticipated proposal.