UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2025

**SARAH NETBURN, United States Magistrate Judge:**

The Court is scheduling a conference to discuss the WAMY deposition issue at 10:00 a.m. on February 28, 2025. See ECF Nos. 10689, 10690. The conference will be held in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The Court will provide the courtroom closer to the date. The Court is therefore not adding this issue to the agenda for its upcoming February 4, 2025, conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 31, 2025
               New York, New York