UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The conference scheduled for 10:00 a.m. on February 28, 2025, will be held in Courtroom 110 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 3, 2025
                New York, New York