**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*

*Continental Casualty Co. , et al. v. Al Qaeda, et al.,* Case No. 04 Civ. 5970

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Valley Forge Insurance Company, Transportation Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania hereby appeal to the United States Court of Appeals for the Second Circuit from each of every part of the January 6, 2025 Order at MDL ECF No. 10657 and the Clerk's Rule 54(b) Judgment at MDL ECF No. 10658 (both based on the Court's March 9, 2023 Memorandum Decision at MDL ECF No. 8911), entered by the United States District Court for the Southern District of New York, which granted Defendant Dubai Islamic Bank's motion for summary judgment for lack of personal jurisdiction.

SIGNATURE BLOCK APPEARS ON THE FOLLOWING PAGE

Dated: February 4, 2025

Respectfully submitted,

/s/ *Edward M Pinter*
Edward M. Pinter, Esq.
Janine Balzofiore Esq.
FORD MARRIN ESPOSITO WITMEYER
& GLESER, LLP
Wall Street Plaza, 16th Floor
New York, NY 10005
Tel: (212) 269-4900
Fax: (212) 344-4294
epinter@fordmarrin.com
jbalzofiore@fordmarrin.com
*Attorneys for Continental Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Ingrid Stenquist, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Corrected Notice of Appeal was served on all counsel of record via the Court's Electronic Case Filing ("ECF") system on this 4th day of February, 2025.

                                                 By: */s/ Ingrid Stenquist*
                                                       Ingrid Stenquist, Paralegal
                                                       Ford Marrin Esposito Witmeyer & Gleser
                                                       Wall Street Plaza, 16th Floor
                                                       New York, NY 10005