UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*

*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03 Civ. 6978

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs ACE American Insurance Company, ACE Bermuda Insurance Ltd., ACE Capital V Ltd. for itself and as representatives for ACE Global Markets Syndicate 2488, ACE INA (Canada), ACE Indemnity Insurance Company, ACE Insurance SA-NV, ACE Property & Casualty Insurance Company, Allstate Insurance Company, American Alternative Insurance Corporation, American Employers Insurance Company, Atlantic Employers Insurance Company, AXA Art Insurance Corporation, AXA Cessions, AXA Corporation Solutions Assurance, AXA Corporate Solutions Assurance (Canada), AXA Corporate Solutions UK Brand, AXA Corporate Solutions Insurance Company, AXA Corporate Solutions Reinsurance Company, AXA Global Risks UK, Ltd., AXA RE Asia Pacific Pte. Limited, AXA RE Canadian Branch, AXA Re Madeira Branch, AXA RE n/k/a Colisee Re, AXA RE UK Plc., AXA Versicherung AG, Bankers Standard Insurance Company, Boston Old Colony Insurance Company n/k/a Buckeye Union Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, CNA Casualty of California, Commercial Insurance Company of Newark, NJ,  Compagnie Generale de Reinsurance de Monte Carlo, Continental

LEGAL\75471923\2

Insurance Company, Continental Insurance Company of New Jersey, Federal Insurance Company, Fidelity and Casualty Company of New York, Glens Falls Insurance Company, Great Lakes Reinsurance UK, PLC, Great Northern Insurance Company, Hiscox Dedicated Corporation Member, Ltd., Homeland Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, National Ben Franklin Insurance Company of Illinois, One Beacon American Insurance Company, One Beacon Insurance Company, Pacific Employers Insurance Company, Pacific Indemnity Company, SPS Reassurance, The Camden Fire Insurance Association, The Princeton Excess and Surplus Lines Insurance Company, TIG Insurance Company, Vigilant Insurance Company, Westchester Fire Insurance Company, Westchester Surplus Lines Insurance Company and Woburn Insurance Ltd. hereby appeal to the United States Court of Appeals for the Second Circuit from each of every part of the January 6, 2025 Order at MDL ECF No. 10657, a copy of which is attached as **Exhibit A**, and the Clerk's Rule 54(b) Judgment at MDL ECF No. 10658, a copy of which is attached as **Exhibit B** (both based on the Court's March 9, 2023 Memorandum Decision at MDL ECF No. 8911, a copy of which is attached as **Exhibit C**), entered by the United States District Court for the Southern District of New York, which granted Defendant Dubai Islamic Bank's motion for summary judgment for lack of personal jurisdiction.

SIGNATURE BLOCK APPEARS ON THE FOLLOWING PAGE

LEGAL\75471923\2

Dated:  February 4, 2025	Respectfully submitted,


	COZEN O'CONNOR

	*/s/ Sean P. Carter*
	Sean P. Carter, Esq.
	J. Scott Tarbutton, Esq.
	Abby Sher, Esq.
	One Liberty Place
	1650 Market Street, 28th Floor
	Philadelphia, PA  19103
	scarter@cozen.com
	starbutton@cozen.com
	asher@cozen.com
	(215) 665-2000 Phone
	(215) 665-2013 Fax

	*Attorneys for Plaintiffs/Appellants*

LEGAL\75471923\2

## CERTIFICATE OF SERVICE

      I, Coleen Dougherty Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Corrected Notice of Appeal was served on all counsel of record via the Court's Electronic Case Filing ("ECF") system on this 4th day of February, 2025.

      By: */s/ Coleen Dougherty Williams*
           Coleen Dougherty Williams, Paralegal
           Cozen O'Connor
           One Liberty Place
           1650 Market Street, 28th Floor
           Philadelphia, PA 19103