UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*
*Euro Brokers Inc, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04 Civ. 7279 (GWB)(SN)

## **NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from each and every part of the January 6, 2025 Order at MDL ECF No. 10657 a copy of which is attached as **Exhibit A**, and the Clerk's Rule 54(b) Judgment at MDL ECF No. 10658, a copy of which is attached as **Exhibit B** (both based on the Court's March 9, 2023 Memorandum Decision and Order at MDL ECF No. 8911, a copy of which is attached as **Exhibit C**), entered by the United States District Court for the Southern District of New York, which granted Defendant Dubai Islamic Bank's motion for summary judgment for lack of personal jurisdiction.

Dated: February 5, 2025

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
Robert T. Haefele, Esq.
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9184
Facsimile: (843) 216-9450
rhaefele@motleyrice.com
jflowers@motleyrice.com
dmigliori@motleyrice.com

*Attorneys for the Burnett Plaintiffs*