UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On February 4, 2025, the Court held a hearing with the Plaintiffs' Executive Committees and the Republic of the Sudan ("Sudan") to set a preliminary discovery schedule. Having considered the parties' respective proposals, the Court orders that (1) the Plaintiffs shall serve interrogatories concerning document preservation and the status of relevant repositories, as well as their initial document requests, within 30 days of this Order; (2) Sudan shall respond with any objections within 30 days of service of the discovery demands; and (3) Sudan shall send its substantive responses, including by producing responsive documents, on a rolling basis, with substantial completion within 60 days of service.

    The Court intends to evaluate an appropriate date to close fact discovery at a status conference at 10:00 a.m. on May 30, 2025, in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties shall each file a status letter with a proposed schedule for the completion fact discovery, including depositions, no later than May 23, 2025.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    February 5, 2025
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2025