Exhibit A

| # | Personal Representative ||||  Claimant |||||  9/11 Decedent |||||||  Claim Information |||  Solatium Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 |  |  |  |  | Jordan | A. | Lyles |  | U.S. | CeeCee | L. | Lyles |  | U.S. | 9/11/01 | PA | 9903 | 15-cv-09903, 251, at 17 |  | Stepson |  |  | $ 8,500,000.00 |
| 2 |  |  |  |  | Justin | A. | Lyles |  | U.S. | CeeCee | L. | Lyles |  | U.S. | 9/11/01 | PA | 9903 | 15-cv-09903, 251, at 18 |  | Stepson |  |  | $ 4,250,000.00 |