Estates - (description)

| # | Personal Representative |  |  |  | 9/11 Decedent |  |  |  |  |  |  | Claim Information |  |  | Pain & Suffering Damages |  | Economic Damages |  |  |  | Total Damages |  | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | Compensatory | Treble |  |
| 1 | Joseph |  | Carpeneto |  | Joyce | Ann | Carpeneto |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 24 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 1,926,378 | $ 3,926,378 | $ 11,779,134 |  |
| 2 | Herman |  | Ray |  | Denease |  | Conley |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 196 |  | 19cv00012 (Ray) ECF 5985 at pg. 12 | $ 2,000,000 | ECF 10348-1 | 10/1/24 | 19cv00012 (Ray) ECF 10387 at p. 4 | $ 6,341,635 | $ 8,341,635 | $ 25,024,905 |  |
| 3 | Tanya |  | Davis |  | Wayne | T. | Davis |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 185 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 9,388,123 | $ 11,388,123 | $ 34,164,369 |  |
| 4 | Vito |  | Garfi |  | Francisco |  | Garfi |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 215 |  | 19cv00012 (Ray) ECF 5985 at pg. 12 | $ 2,000,000 | ECF 10348-1 | 10/1/24 | 19cv00012 (Ray) ECF 10387 at p. 4 | $ 22,829,152 | $ 24,829,152 | $ 74,487,456 |  |
| 5 | Deborah |  | Grazioso |  | Timothy |  | Grazioso |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 12 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 307,289,003 | $ 309,289,003 | $ 927,867,009 |  |
| 6 | Melodie |  | Homer |  | LeRoy | W. | Homer | Jr. | US | 9/11/01 | PA | 22cv01188 | 22cv01188 ECF 29 at para. 176 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 9,281,150 | $ 11,281,150 | $ 33,843,450 |  |
| 7 | Barbara |  | Lurman |  | Leon |  | Lebor |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 174 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 747,568 | $ 2,747,568 | $ 8,242,704 |  |
| 8 | Elizabeth |  | Medaglia-Cordes |  | Rocco |  | Medaglia |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 241 |  | 19cv00012 (Ray) ECF 5985 at pg. 12 | $ 2,000,000 | ECF 10348-1 | 10/1/24 | 19cv00012 (Ray) ECF 10387 at p. 4 | $ 5,800,381 | $ 7,800,381 | $ 23,401,143 |  |
| 9 | Amy |  | Martinez |  | Louis | J. | Nacke |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 183 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 8,185,357 | $ 10,185,357 | $ 30,556,071 |  |
| 10 | Dian |  | Dembinski |  | Sandra |  | Wright-Cartledge |  | US | 9/11/01 | NY | 22cv01188 | 22cv01188 ECF 29 at para. 26 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 2,000,000 | ECF 3194-11 |  | 11cv07550 (Hoglan) ECF 3382 at pg. 2 | $ 1,132,626 | $ 3,132,626 | $ 9,397,878 |  |
| 11 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | **TOTAL** | **$ 20,000,000.00** |  |  | **TOTAL** | **372,921,373** | **392,921,373** | **1,178,764,119** |  |