**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

IN RE: TERRORIST ATTACKS ON : Civil Action No.
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD) (SN)
_____:

This Document Relates to:
*Grazioso, et al. v. Islamic Emirate of Afghanistan aka the Taliban, et al.*,
1:22-cv-01188 (GBD)(SN)

## [Proposed] ORDER GRANTING THE *GRAZIOSO* PLAINTIFFS PARTIAL FINAL DEFAULT JUDGMENT AGAINST DEFENDANT THE TALIBAN

GEORGE B. DANIELS, United States District Judge:

**WHEREAS**, this Court previously, on December 22, 2011, entered an Order of Judgment as to liability against Defendant the Islamic Emirate Taliban aka the Taliban in the case of *Havlish, et al. v. bin Laden, et al.*, 1:03-md-1570 (GBD)(SN); 1:03-cv-09848 (GBD)(SN) at MDL ECF No. 2516;

**WHEREAS**, this Court previously, on October 12, 2012, issued a final Order and Judgment as to damages against Defendant the Taliban in the case of *Havlish, et al. v. bin Laden, et al.*, 1:03-md-1570 (GBD)(SN); 1:03-cv-09848 (GBD)(SN) at MDL ECF No. 2624;

**WHEREAS**, the *Grazioso* Plaintiffs filed suit against Defendant the Taliban on February 15, 2022, *Grazioso* Doc. No. 1;

**WHEREAS**, the operative pleading in this matter is the Second Amended Complaint filed on August 23, 2022 (*Grazioso* Doc. No. 29; MDL Doc. No. 8428);

**WHEREAS**, this Court, on April 17, 2023, issued an Opinion and Order authorizing the *Grazioso* Plaintiffs to use alternative service methods to serve their pleadings and related

materials on Defendant the Taliban pursuant to Fed. R. Civ. P. 4(f)(3) (the "*Grazioso* Service Order"). *See Grazioso* Doc. No. 52; MDL Doc. No. 9024;

**WHEREAS**, pursuant to the *Grazioso* Service Order, *Grazioso* Plaintiffs' counsel drafted a notice of this action in compliance with CPLR § 316 and had it translated into the Arabic language and into Pashto, the recognized official language of Afghanistan, and such notice was published for four consecutive weeks in the *Al-Quds Al-Arabi* newspaper, as well as the U.S. editions and international editions of *The New York Times*. *See* Certificate Of Service, dated August 2, 2023, at *Grazioso* Doc. No. 57; MDL Doc. No. 9258, ¶¶ 4,7-10;

**WHEREAS**, pursuant to the *Grazioso* Service Order and as stated in their published legal notices, *Grazioso* Plaintiffs' counsel facilitated the creation of a publicly-accessible online website at www.wigginschilds.com/grazioso which contains the text of the legal notice in English, Arabic and Pashto, as well as the *Grazioso* Second Amended Complaint and Summons in English and Pashto, see id. ¶6;

**WHEREAS**, pursuant to the *Grazioso* Service Order, *Grazioso* Plaintiffs' counsel further served the Defendant Taliban by sending notice in English, Arabic, and Pashto to known Taliban-related Twitter accounts through a counsel-created account for the *Grazioso* Plaintiffs with the handle "@Grazioso_Plaintiffs" which sent messages in English and Pashto to the Twitter accounts of prominent Taliban leaders, as follows: Abdullah Azzam, the secretary to Taliban Acting First Deputy Prime Minister Abdul Ghani Baradar; Taliban political spokesman Mohammed Naeem; Abdul Qahar Balkhi, a spokesperson for the Taliban's Ministry of Foreign Affairs; Qari Yousaf Ahmadi, a Taliban spokesperson; Suhail Shaheen, a Taliban spokesman; and Zabihullah Mujahid, a spokesperson for the Taliban, *see id.*, ¶¶11-21;

;

**WHEREAS**, although not required to do so by the *Grazioso* Service Order, Plaintiffs' counsel sent three additional packages of the *Grazioso* Service Materials, with cover letters translated into Pashto, to three different representatives of Defendant the Taliban in Kabul, Afghanistan, via Federal Express International ("FedEx") courier, which Federal Express was unable to track;

**WHEREAS**, although not required to do so by the *Grazioso* Service Order, *Grazioso* Plaintiffs' counsel sent an additional package of the *Grazioso* Service Materials, with a cover letter translated into Pashto, via FedEx to the Embassy of Afghanistan in Doha, Qatar, delivery of which was refused by the recipient after having apparently opened the package, and said package was returned to sender;

**WHEREAS**, although not required to do so by the *Grazioso* Service Order, *Grazioso* Plaintiffs' counsel sent an additional package of the *Grazioso* Service Materials, again with a cover letter translated into Pashto, via United States Postal Service ("USPS") registered mail to the Embassy of Afghanistan in Doha, Qatar, delivered of which was never confirmed by USPS;

**WHEREAS**, based on the above facts, all of the relevant pleadings documents, including the *Grazioso* Plaintiffs' Second Amended Complaint (*Grazioso* Doc. No. 29; MDL Doc. No. 8428), and Summons, dated August 23, 2021, (*Grazioso* Doc. No. 31; MDL Doc. No. 8424), and certified translations of each (the *"Grazioso* Service Materials"), were served on Defendant the Taliban in accordance with law, and in a manner reasonably calculated to provide the Taliban with notice of this proceeding and give them an opportunity to appear and defend;

**WHEREAS**, Defendant the Taliban has failed to enter an appearance in this Court and has not filed any responsive pleading to the *Grazioso* Plaintiffs' Second Amended Complaint,

nor any other pleading filed by the *Grazioso* Plaintiffs, even though Defendant the Taliban has been afforded more than sixty (60) days to file responses;

**WHEREAS**, based on the above facts, a Certificate of Default was issued on November 8, 2023, by the Clerk of the Court, Southern District of New York, *see Grazioso* Doc. No. 62, MDL Doc. No. 9425;

**WHEREAS**, evidence as to liability and damages in this matter was submitted by Plaintiffs in filings with this Court on _____, 2025;

**WHEREAS**, an evidentiary hearing on liability was held on _____, 2025, at which evidence was presented, including the evidence previously submitted by Plaintiffs in *Havlish, et al. v. bin Laden, et al.*, 03-cv-09848 (GBD)(FM) on May 19, 2011, July 13, 2011, August 19, 2011, and December 15, 2011, *see* MDL Doc. Nos. 2430-2433, 2502, and 2474, and *Hoglan, et. al v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (GBD)(SN), on August 17, 2015, *see* MDL Doc. No. 3027, along with additional evidence introduced by Plaintiffs, all of which was admitted into evidence by this Court;

**AND NOW**, upon consideration of the *Grazioso* Plaintiffs' Motion for Partial Final Judgment against the Islamic Emirate of Afghanistan *aka* the Taliban, any Exhibits attached thereto, the accompanying Memorandum of Law, the Declaration of Timothy B. Fleming, Esq., the Declaration of Andrew Levitt, and the entire record in this multidistrict litigation, **IT IS HEREBY**

**ORDERED** that judgment as to liability is entered in favor of the *Grazioso* Plaintiffs, with the lead Plaintiff being Deborah Grazioso, Personal Representative of the Estate of Timothy Grazioso, Deceased, and the surviving Spouse of Timothy Grazioso, Deceased, and against the Islamic Emirate of Afghanistan aka the Taliban under the Anti-Terrorism Act, 18 U.S.C. §2333,

4

which provides for trebling of compensatory damage amounts; and **IT IS FURTHER**

**ORDERED** that damages are entered in favor of the following Plaintiffs, the Estate of Joyce Ann Carpeneto, the Estate of Denease Conley, the Estate of Wayne T. Davis, the Estate of Francisco Garfi, the Estate of Timothy Grazioso, the Estate of LeRoy W. Homer, the Estate of Leon Lebor, the Estate of Rocco Medaglia, the Estate of Louis J. Nacke, the Estate of Sandra Wright-Cartledge, each of whom is a 9/11 Decedent for whom damages have been already determined in another case within this MDL, and against the Islamic Emirate of Afghanistan aka the Taliban as follows, and as reflected on the submitted Standard Exhibits accompanying the Motion:

a) Compensatory damages for pain and suffering (non-economic loss) in the amount of $2,000,000 each, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333, for a total of $6,000,000 each;

b) Economic Loss damages totaling, for the ten *Grazioso* 9/11 Decedent Estate Plaintiffs whose damages have been determined previously in another case within this MDL as set forth in **Exhibit A**, the amount of $372,921,373, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333, for a total amount of $1,118,764,119, as follows:

    i. the Estate of Joyce Ann Carpeneto in the amount of $1,926,378, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $5,779,134;

    ii. the Estate of Denease Conley in the amount of $6,341,635, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $19,024,905;

5

 iii. the Estate of Wayne T. Davis in the amount of $9,388,123, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $28,164,369;

 iv. the Estate of Francisco Garfi in the amount of $22,829,152, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $68,487,456;

 v. the Estate of Timothy Grazioso in the amount of $307,289,003, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $921,867,009;

 vi. the Estate of LeRoy W. Homer in the amount of $9,281,150, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $27,843,450;

 vii. the Estate of Leon Lebor in the amount of $747,568, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $2,242,704;

 viii. the Estate of Rocco Medaglia in the amount of $5,800,381, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $17,401,143;

 ix. the Estate of Louis J. Nacke in the amount of $8,185,357, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $24,556,071; and

 x. the Estate of Sandra Wright-Cartledge in the amount of $1,132,626, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333 for a total of $3,397,878.

c) The total amount of compensatory pain-and-suffering and economic loss damages awarded in favor of the ten *Grazioso* 9/11 Decedent Estate Plaintiffs, trebled under the Anti-Terrorism Act, 18 U.S.C. § 2333, is $1,178,764,119:

|  | **Plaintiff Estate of 9/11 Decedent** | **Personal Representative** | **Pain & Suffering** | **Pain & Suffering Trebled** | **Economic Loss** | **Economic Loss Trebled** | **All Compensatory Damages Trebled** |
|---|---|---|---|---|---|---|---|
| 1. | Estate of Joyce Ann Carpeneto | Joseph Carpeneto | $2,000,000 | $6,000,000 | $1,926,378 | $5,779,134 | $11,779,134 |
| 2. | Estate of Denease Conley | Herman Ray | $2,000,000 | $6,000,000 | $6,341,635 | $19,024,905 | $25,024,905 |
| 3. | Estate of Wayne T. Davis | Tanya Davis | $2,000,000 | $6,000,000 | $9,388,123 | $28,164,369 | $34,164,369 |
| 4. | Estate of Francisco Garfi | Vito Garfi | $2,000,000 | $6,000,000 | $22,829,152 | $68,487,456 | $74,487,456 |
| 5. | Estate of Timothy Grazioso | Deborah Grazioso | $2,000,000 | $6,000,000 | $307,289,003 | $921,867,009 | $927,867,009 |
| 6. | Estate of LeRoy W. Homer | Melodie Homer | $2,000,000 | $6,000,000 | $9,281,150 | $27,843,450 | $33,843,450 |
| 7. | Estate of Leon Lebor | Barbara Lurman | $2,000,000 | $6,000,000 | $747,568 | $2,242,704 | $8,242,704 |
| 8. | Estate of Rocco Medaglia | Elizabeth Medaglia-Cordes | $2,000,000 | $6,000,000 | $5,800,381 | $17,401,143 | $23,401,143 |
| 9. | Estate of Louis J. Nacke | Amy Martinez | $2,000,000 | $6,000,000 | $8,185,357 | $24,556,071 | $30,556,071 |
| 10. | Estate of Sandra Wright-Cartledge | Dian Dembinski | $2,000,000 | $6,000,000 | $1,132,626 | $3,397,878 | $9,397,878 |
|  | **TOTAL** |  | **$20,000,000** | **$60,000,000** | **$372,921,373** | **$1,118,764,119** | **$1,178,764,119** |

and **IT IS FURTHER**

**ORDERED** that compensatory damages are entered in favor of the two-hundred and thirteen (213) *Grazioso* Solatium Plaintiffs and against the Islamic Emirate of Afghanistan aka the Taliban in the amount of $1,339,125,000 as stated below and as reflected on the submitted

7

**Exhibit B** accompanying the Motion, which are trebled under the Anti-Terrorism Act, 18 U.S.C. §2333, to the amount of $4,017,375,000:

|     | 9/11 Solatium Plaintiff | 9/11 Decedent | Relationship | Solatium Award | Compensatory. Damages Trebled |
| --- | --- | --- | --- | --- | --- |
| 1.  | Aaron Adler | Lee Alan Adler | Sibling | $4,250,000 | $12,750,000 |
| 2.  | Isabell Dansinger Adler | Lee Alan Adler | Parent | $8,500,000 | $25,500,000 |
| 3.  | Jay Adler | Lee Alan Adler | Sibling | $4,250,000 | $12,750,000 |
| 4.  | Arline Peabody-Bane | Michael Bane | Step-Parent | $4,250,000 | $12,750,000 |
| 5.  | Brenda E. Jobe | Michael Bane | Step-Sibling | $2,125,000 | $6,375,000 |
| 6.  | Brian Major | Michael Bane | Step-Sibling | $2,125,000 | $6,375,000 |
| 7.  | Joseph Carpeneto | Joyce Ann Carpeneto | Sibling | $4,250,000 | $12,750,000 |
| 8.  | James Casazza | John F. Casazza | Sibling | $4,250,000 | $12,750,000 |
| 9.  | Michael Chirchirillo | Peter Chirchirillo | Child | $8,500,000 | $25,500,000 |
| 10. | Nicholas Chirchirillo | Peter Chirchirillo | Child | $8,500,000 | $25,500,000 |
| 11. | Leslie Coale Brown, as Personal Representative of the Estate of Joan Ann Coale | Jeffry Coale | Parent | $8,500,000 | $25,500,000 |
| 12. | Daniel D. Coffey, M.D., as Personal Representative of the Estate of Daniel F. Coffey, Jr. | Daniel M. Coffey | Parent | $8,500,000 | $25,500,000 |
| 13. | Daniel D. Coffey, M.D., as Personal Representative of the Estate of Jeanette Coffey | Daniel M. Coffey | Parent | $8,500,000 | $25,500,000 |
| 14. | Colleen McDonald | Jason Coffey | Spouse | $12,500,000 | $37,500,000 |
| 15. | Susan Bohan | Jeffrey Collman | Step-Sibling | $2,125,000 | $6,375,000 |
| 16. | Keith Bradkowski | Jeffrey Collman | Spouse | $12,500,000 | $37,500,000 |
| 17. | Kathryn E. Collman | Jeffrey Collman | Step-Parent | $4,250,000 | $12,750,000 |
| 18. | Charles Edward Gengler | Jeffrey Collman | Step-Sibling | $2,125,000 | $6,375,000 |
| 19. | Steven Gengler | Jeffrey Collman | Step-Sibling | $2,125,000 | $6,375,000 |
| 20. | Vicki Lynn Michel | Jeffrey Collman | Sibling | $4,250,000 | $12,750,000 |
| 21. | Keith Bradkowski, as Personal Representative of the Estate of Beverly Sutton | Jeffrey Collman | Parent | $8,500,000 | $25,500,000 |
| 22. | Carolyn Sutton | Jeffrey Collman | Sibling | $4,250,000 | $12,750,000 |
| 23. | Cherrie L. Allen | Denease Conley | Sibling | $4,250,000 | $12,750,000 |
| 24. | Irma Joyce Fletcher | Denease Conley | Sibling | $4,250,000 | $12,750,000 |
| 25. | Barbara Haynes-Jenkins | Denease Conley | Sibling | $4,250,000 | $12,750,000 |
| 26. | Myra Bird, as Personal Representative of the Estate of Earl Ray | Denease Conley | Sibling | $4,250,000 | $12,750,000 |
| 27. | Herman Ray | Denease Conley | Sibling | $4,250,000 | $12,750,000 |
| 28. | Herman Ray, as Personal Representative of the Estate of James Ray | Denease Conley | Sibling | $4,250,000 | $12,750,000 |
| 29. | Odetta Haywood, as Personal Representative of the Estate of Stanley Ray | Denease Conley | Sibling | $4,250,000 | $12,750,000 |

| | | | | | |
|---|---|---|---|---|---|
| 30. | Gabrielle Hunter Davis | Wayne T. Davis | Child | $8,500,000 | $25,500,000 |
| 31. | Malachai Roarke Davis | Wayne T. Davis | Child | $8,500,000 | $25,500,000 |
| 32. | Tanya Davis | Wayne T. Davis | Spouse | $12,500,000 | $37,500,000 |
| 33. | Noverta Davis-Dean | Wayne T. Davis | Parent | $8,500,000 | $25,500,000 |
| 34. | Anita DeBlase | James V. DeBlase | Parent | $8,500,000 | $25,500,000 |
| 35. | Anthony DeBlase | James V. DeBlase | Sibling | $4,250,000 | $12,750,000 |
| 36. | Richard DeBlase | James V. DeBlase | Sibling | $4,250,000 | $12,750,000 |
| 37. | Jason Diehl | Michael Diehl | Child | $8,500,000 | $25,500,000 |
| 38. | Harley DiNardo, as Personal Representative of the Estate of Esterina DiNardo | Maria DiNardo-Schorpp | Parent | $8,500,000 | $25,500,000 |
| 39. | Harley DiNaro | Maria DiNardo-Schorpp | Sibling | $4,250,000 | $12,750,000 |
| 40. | Pio DiNardo | Maria DiNardo-Schorpp | Parent | $8,500,000 | $25,500,000 |
| 41. | Andrew Economos | Constantine Economos | Sibling | $4,250,000 | $12,750,000 |
| 42. | Andrew Economos and Olga Valinotti, as co-Personal Representatives of the Estate of Leon Economos | Constantine Economos | Parent | $8,500,000 | $25,500,000 |
| 43. | Olga Valinotti | Constantine Economos | Sibling | $4,250,000 | $12,750,000 |
| 44. | Corazon Fernandez, as Personal Representative of the Estate of Cirilo Fernandez | Judy Fernandez | Parent | $8,500,000 | $25,500,000 |
| 45. | Richard Fernandez | Judy Fernandez | Sibling | $4,250,000 | $12,750,000 |
| 46. | Timothy Regan, as Personal Representative of the Estate of Emma Fernandez Regan | Judy Fernandez | Sibling | $4,250,000 | $12,750,000 |
| 47. | Constance Finnicum | Richard Gabrielle | Sibling | $4,250,000 | $12,750,000 |
| 48. | George "Gabe" Gabrielle | Richard Gabrielle | Sibling | $4,250,000 | $12,750,000 |
| 49. | Renee L. Gamboa | Ronald Gamboa | Parent | $8,500,000 | $25,500,000 |
| 50. | Renee L. Gamboa, as Personal Representative of the Estate of Ranulf Gamboa | Ronald Gamboa | Parent | $8,500,000 | $25,500,000 |
| 51. | Maria Joule | Ronald Gamboa | Sibling | $4,250,000 | $12,750,000 |
| 52. | Rachael G. Malubay | Ronald Gamboa | Sibling | $4,250,000 | $12,750,000 |
| 53. | Marianna Garfi | Francesco Garfi | Parent | $8,500,000 | $25,500,000 |
| 54. | Salvatore Garfi | Francesco Garfi | Parent | $8,500,000 | $25,500,000 |
| 55. | Vito Garfi | Francesco Garfi | Sibling | $4,250,000 | $12,750,000 |
| 56. | John Haller, as Personal Representative of the Estate of James Bond Godshalk | William Godshalk | Parent | $8,500,000 | $25,500,000 |
| 57. | Jane G. Haller | William Godshalk | Sibling | $4,250,000 | $12,750,000 |
| 58. | Carolee Azzarello | John Grazioso | Sibling | $4,250,000 | $12,750,000 |
| 59. | Kristy Grazioso, as Personal Representative of the Estate of Hank Grazioso | John Grazioso | Parent | $8,500,000 | $25,500,000 |

| | | | | | |
|---|---|---|---|---|---|
| 60. | Kathryn Grazioso | John Grazioso | Child | $8,500,000 | $25,500,000 |
| 61. | Kristen Grazioso | John Grazioso | Child | $8,500,000 | $25,500,000 |
| 62. | Kristy Grazioso | John Grazioso | Sibling | $4,250,000 | $12,750,000 |
| 63. | Michael Grazioso | John Grazioso | Child | $8,500,000 | $25,500,000 |
| 64. | Carolee Azzarello, as Personal Representative of the Estate of Sandra Grazioso | John Grazioso | Parent | $8,500,000 | $25,500,000 |
| 65. | Karen Ventre | John Grazioso | Sibling | $4,250,000 | $12,750,000 |
| 66. | Carolee Azzarello | Timothy Grazioso | Sibling | $4,250,000 | $12,750,000 |
| 67. | Briana Grazioso | Timothy Grazioso | Child | $8,500,000 | $25,500,000 |
| 68. | Deborah Grazioso | Timothy Grazioso | Spouse | $12,500,000 | $37,500,000 |
| 69. | Kristy Grazioso, as Personal Representative of Hank Grazioso | Timothy Grazioso | Parent | $8,500,000 | $25,500,000 |
| 70. | Kristy Grazioso | Timothy Grazioso | Sibling | $4,250,000 | $12,750,000 |
| 71. | Lauren Grazioso | Timothy Grazioso | Child | $8,500,000 | $25,500,000 |
| 72. | Carolee Azzarello, as Personal Representative of the Estate of Sandra Grazioso | Timothy Grazioso | Parent | $8,500,000 | $25,500,000 |
| 73. | Karen Ventre | Timothy Grazioso | Sibling | $4,250,000 | $12,750,000 |
| 74. | Douglas Halvorson | James D. Halvorson | Child | $8,500,000 | $25,500,000 |
| 75. | Kate Halvorson, as Personal Representative of the Estate of Evelyn Halvorson | James D. Halvorson | Parent | $8,500,000 | $25,500,000 |
| 76. | Kate Halvorson | James D. Halvorson | Sibling | $4,250,000 | $12,750,000 |
| 77. | Lea Michaela Havlish | Donald G. Havlish | Step-Child | $8,500,000 | $25,500,000 |
| 78. | Sean Bitterman | Donald G. Havlish | Step-Child | $8,500,000 | $25,500,000 |
| 79. | Derrick Hobin | James Jeffrey Hobin | Child | $8,500,000 | $25,500,000 |
| 80. | Teresa Cooke | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 81. | Christine Homer, as Personal Representative of the Estate of Thomas Freimark | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 82. | Michelle Hargis | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 83. | Christine Homer | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 84. | Ilse Homer | LeRoy W. Homer | Parent | $8,500,000 | $25,500,000 |
| 85. | Laurel Homer | LeRoy W. Homer | Child | $8,500,000 | $25,500,000 |
| 86. | Melodie Homer | LeRoy W. Homer | Spouse | $12,500,000 | $37,500,000 |
| 87. | Monique Homer | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 88. | Marilyn Johnson | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 89. | Cheryl Homer-Wilson | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 90. | Germaine Wilson | LeRoy W. Homer | Sibling | $4,250,000 | $12,750,000 |
| 91. | Kevin Jian | Hweidar Jian | Child | $8,500,000 | $25,500,000 |
| 92. | William Jian | Hweidar Jian | Child | $8,500,000 | $25,500,000 |
| 93. | Audrey R. Jones | Donald Jones | Parent | $8,500,000 | $25,500,000 |
| 94. | Candy Jones-Moyer, as Personal Representative of the Estate of John R. Jones | Donald Jones | Parent | $8,500,000 | $25,500,000 |
| 95. | Robert A. Jones | Donald Jones | Sibling | $4,250,000 | $12,750,000 |
| 96. | Candy Jones Moyer | Donald Jones | Sibling | $4,250,000 | $12,750,000 |
| 97. | Andrew Brian Jordan, Jr. | Andrew Brian Jordan, | Child | $8,500,000 | $25,500,000 |

| | | | | | |
|---|---|---|---|---|---|
| | | Sr. | | | |
| 98. | Dina LaFond | Jeanette LaFond-Menichino | Parent | $8,500,000 | $25,500,000 |
| 99. | Paul Lavelle | Denis Lavelle | Sibling | $4,250,000 | $12,750,000 |
| 100. | Rina "Joy" Kaufman | Leon Lebor | Sibling | $4,250,000 | $12,750,000 |
| 101. | Rina "Joy" Kaufman, as Personal Representative of the Estate of Bessie Lebor | Leon Lebor | Parent | $8,500,000 | $25,500,000 |
| 102. | David Lebor | Leon Lebor | Sibling | $4,250,000 | $12,750,000 |
| 103. | Rina "Joy" Kaufman, as Personal Representative of the Estate of Philip Lebor | Leon Lebor | Parent | $8,500,000 | $25,500,000 |
| 104. | Barbara Lurman | Leon Lebor | Child | $4,250,000 | $12,750,000 |
| 105. | Cathryn Lostrangio | Joesph Lostrangio | Child | $8,500,000 | $25,500,000 |
| 106. | Diane Lostrangio, as Personal Representative of the Estate of James Lostrangio | Joesph Lostrangio | Parent | $8,500,000 | $25,500,000 |
| 107. | Joseph Lostrangio, Jr. | Joesph Lostrangio | Child | $8,500,000 | $25,500,000 |
| 108. | Erich Maerz | Noell Maerz | Sibling | $4,250,000 | $12,750,000 |
| 109. | Daniel R. Maher | Daniel L. Maher | Child | $8,500,000 | $25,500,000 |
| 110. | Joseph F. Maher | Daniel L. Maher | Child | $8,500,000 | $25,500,000 |
| 111. | MaryEllen Megaglia, as Personal Representative of the Estate of Annemarie Medaglia | Rocco Medaglia | Parent | $8,500,000 | $25,500,000 |
| 112. | Diana Medaglia | Rocco Medaglia | Child | $8,500,000 | $25,500,000 |
| 113. | MaryEllen Medaglia | Rocco Medaglia | Sibling | $4,250,000 | $12,750,000 |
| 114. | Michael Medaglia | Rocco Medaglia | Sibling | $4,250,000 | $12,750,000 |
| 115. | Elizabeth Medaglia-Cordes | Rocco Medaglia | Child | $8,500,000 | $25,500,000 |
| 116. | Kathleen Medaglia-Dellapenna | Rocco Medaglia | Sibling | $4,250,000 | $12,750,000 |
| 117. | Jesse Melendez | Mary Melendez | Child | $8,500,000 | $25,500,000 |
| 118. | Ramon Melendez, Jr. | Mary Melendez | Child | $8,500,000 | $25,500,000 |
| 119. | Ricky Melendez | Mary Melendez | Child | $8,500,000 | $25,500,000 |
| 120. | Tyler Melendez | Mary Melendez | Child | $8,500,000 | $25,500,000 |
| 121. | Margaret Montanez | Mary Melendez | Sibling | $4,250,000 | $12,750,000 |
| 122. | Florence Rosario | Mary Melendez | Sibling | $4,250,000 | $12,750,000 |
| 123. | Peter C. Milano | Peter T. Milano | Child | $8,500,000 | $25,500,000 |
| 124. | Jessica Milano-Starks | Peter T. Milano | Child | $8,500,000 | $25,500,000 |
| 125. | Maria Lambert | Joseph D. Mistrulli | Sibling | $4,250,000 | $12,750,000 |
| 126. | Maria Lambert and Johnny S. Mistrulli, as co-Personal Representatives of the Estate Anne Mistrulli | Joseph D. Mistrulli | Parent | $8,500,000 | $25,500,000 |
| 127. | Joanne Mistrulli, as Personal Representative of the Estate of Frank Mistrulli | Joseph D. Mistrulli | Sibling | $4,250,000 | $12,750,000 |
| 128. | Johnny S. Mistrulli | Joseph D. Mistrulli | Sibling | $4,250,000 | $12,750,000 |
| 129. | Jason Ruben Moreno | Yvette Nichole Moreno | Sibling | $4,250,000 | $12,750,000 |
| 130. | Leiana Moreno | Yvette Nichole Moreno | Sibling | $4,250,000 | $12,750,000 |

| | | | | | |
|---|---|---|---|---|---|
| 131. | Noelia Moreno | Yvette Nichole Moreno | Sibling | $4,250,000 | $12,750,000 |
| 132. | Mary Ellen Murach, as Personal Representative of the Estate of Edward John Murach | Robert M. Murach | Parent | $8,500,000 | $25,500,000 |
| 133. | Mary Ellen Murach | Robert M. Murach | Parent | $8,500,000 | $25,500,000 |
| 134. | Richard J. Murach | Robert M. Murach | Sibling | $4,250,000 | $12,750,000 |
| 135. | Katherine Tynion | Robert M. Murach | Sibling | $4,250,000 | $12,750,000 |
| 136. | Amy Martinez | Louis J. Nacke | Spouse | $12,500,000 | $37,500,000 |
| 137. | Dale Allen Nacke | Louis J. Nacke | Sibling | $4,250,000 | $12,750,000 |
| 138. | Joseph Nicholas Nacke | Louis J. Nacke | Child | $8,500,000 | $25,500,000 |
| 139. | Kenneth Nacke | Louis J. Nacke | Sibling | $4,250,000 | $12,750,000 |
| 140. | Dale Allen Nacke, as Personal Representative of the Estate of Louis P. Nacke | Louis J. Nacke | Parent | $8,500,000 | $25,500,000 |
| 141. | Louis Paul Nacke II | Louis J. Nacke | Child | $8,500,000 | $25,500,000 |
| 142. | Paula Nacke-Jacobs | Louis J. Nacke | Sibling | $4,250,000 | $12,750,000 |
| 143. | Dale Allen Nacke, as Personal Representative of the Estate of Philomena Millace Nacke | Louis J. Nacke | Parent | $8,500,000 | $25,500,000 |
| 144. | Thomas Papasso | Salvatore T. Papasso | Sibling | $4,250,000 | $12,750,000 |
| 145. | Joel R. Perry, as Personal Representative of the Estate of James Leslie Perry | John Perry | Parent | $8,500,000 | $25,500,000 |
| 146. | Amanda Rogers | Marsha Ratchford | Sibling | $4,250,000 | $12,750,000 |
| 147. | Claudia Stallworth | Marsha Ratchford | Sibling | $4,250,000 | $12,750,000 |
| 148. | Roosevelt Stallworth | Marsha Ratchford | Sibling | $4,250,000 | $12,750,000 |
| 149. | Angela Stallworth-Blunt | Marsha Ratchford | Sibling | $4,250,000 | $12,750,000 |
| 150. | Adam Reiss | Joshua Reiss | Sibling | $4,250,000 | $12,750,000 |
| 151. | Gary Reiss | Joshua Reiss | Parent | $8,500,000 | $25,500,000 |
| 152. | Jennifer Reiss | Joshua Reiss | Sibling | $4,250,000 | $12,750,000 |
| 153. | Johnathan Reiss | Joshua Reiss | Sibling | $4,250,000 | $12,750,000 |
| 154. | Jordan Reiss | Joshua Reiss | Sibling | $4,250,000 | $12,750,000 |
| 155. | Diana Diaz | Elvin Romero | Sibling | $4,250,000 | $12,750,000 |
| 156. | Diana Diaz, as Personal Representative of the Estate of Carmen Romero | Elvin Romero | Parent | $8,500,000 | $25,500,000 |
| 157. | Diana Diaz, as Personal Representative of the Estate of Isaac Romero | Elvin Romero | Parent | $8,500,000 | $25,500,000 |
| 158. | Audrey Model | Richard Rosenthal | Sibling | $4,250,000 | $12,750,000 |
| 159. | Loren Rosenthal, as Personal Representative of the Estate of Evan Rosenthal | Richard Rosenthal | Child | $8,500,000 | $25,500,000 |
| 160. | Audrey Model, as Personal Representative of the Estate of the Estate of Florence Rosenthal | Richard Rosenthal | Parent | $8,500,000 | $25,500,000 |
| 161. | Audrey Model, as Personal | Richard Rosenthal | Parent | $8,500,000 | $25,500,000 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Representative of the Estate of the Estate of Leonard Rosenthal |  |  |  |  |
| 162. | Loren Rosenthal, as Personal Representative of the Estate of Seth Rosenthal | Richard Rosenthal | Child | $8,500,000 | $25,500,000 |
| 163. | Raymond Santillan | Maria Theresa Santillan | Sibling | $4,250,000 | $12,750,000 |
| 164. | Victor Santillan | Maria Theresa Santillan | Sibling | $4,250,000 | $12,750,000 |
| 165. | Lori Brody | Scott Schertzer | Sibling | $4,250,000 | $12,750,000 |
| 166. | Naomi-Ruth Shefi | Hagay Shefi | Child | $8,500,000 | $25,500,000 |
| 167. | Roy-Yetkutiel Shefi | Hagay Shefi | Child | $8,500,000 | $25,500,000 |
| 168. | Sarah Funk | Paul K. Sloan | Sibling | $4,250,000 | $12,750,000 |
| 169. | Matt Sloan | Paul K. Sloan | Sibling | $4,250,000 | $12,750,000 |
| 170. | Barbara Hargrove | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 171. | Christine Jackson | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 172. | Raymond Smith, as Personal Representative of the Estate of Deborah Sallad | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 173. | Carl Smith | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 174. | Kevin Smith | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 175. | Korry Smith | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 176. | Letricia Smith | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 177. | Raymond Smith, Jr. | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 178. | Elania Smith-Wylie | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 179. | Raymond Smith, as Personal Representative of the Estate of Marion Thomas | George Smith | Grandparent (Functional Equivalent of a Parent) | $8,500,000 | $25,500,000 |
| 180. | Tanya Warren | George Smith | Sibling | $4,250,000 | $12,750,000 |
| 181. | Michelle Donlan | Timothy Soulas | Sibling | $4,250,000 | $12,750,000 |
| 182. | Andrew J. Soulas | Timothy Soulas | Child | $8,500,000 | $25,500,000 |
| 183. | Christopher Soulas | Timothy Soulas | Child | $8,500,000 | $25,500,000 |
| 184. | Daniel Soulas | Timothy Soulas | Child | $8,500,000 | $25,500,000 |
| 185. | Daniel D. Soulas | Timothy Soulas | Sibling | $4,250,000 | $12,750,000 |
| 186. | Frederick Soulas | Timothy Soulas | Parent | $8,500,000 | $25,500,000 |
| 187. | Frederick Soulas III | Timothy Soulas | Sibling | $4,250,000 | $12,750,000 |
| 188. | Matthew Soulas | Timothy Soulas | Child | $8,500,000 | $25,500,000 |
| 189. | Nicole Soulas | Timothy Soulas | Child | $8,500,000 | $25,500,000 |
| 190. | Stephen Soulas | Timothy Soulas | Sibling | $4,250,000 | $12,750,000 |
| 191. | Timothy P. Soulas | Timothy Soulas | Child | $8,500,000 | $25,500,000 |
| 192. | Aaron Straub | Edward W. Straub | Child | $8,500,000 | $25,500,000 |
| 193. | Edward A. Straub | Edward W. Straub | Parent | $8,500,000 | $25,500,000 |
| 194. | Johnathan Straub | Edward W. Straub | Child | $8,500,000 | $25,500,000 |
| 195. | Matthew Straub | Edward W. Straub | Sibling | $4,250,000 | $12,750,000 |
| 196. | Michael Straub | Edward W. Straub | Child | $8,500,000 | $25,500,000 |
| 197. | Stanley Straub | Edward W. Straub | Sibling | $4,250,000 | $12,750,000 |
| 198. | Jeffrey Tino | Jennifer Tino | Sibling | $4,250,000 | $12,750,000 |
| 199. | Salvatore Tino, Jr. | Jennifer Tino | Parent | $8,500,000 | $25,500,000 |
| 200. | Salvatore Tino III | Jennifer Tino | Sibling | $4,250,000 | $12,750,000 |
| 201. | Christopher Barton | Jeanmarie Wallendorf | Sibling | $4,250,000 | $12,750,000 |

| | | | | | |
|---|---|---|---|---|---|
| 202. | John Barton | Jeanmarie Wallendorf | Sibling | $4,250,000 | $12,750,000 |
| 203. | Mellanie Chafe | Jeanmarie Wallendorf | Sibling | $4,250,000 | $12,750,000 |
| 204. | Joseph Nicklo | Jeanmarie Wallendorf | Sibling | $4,250,000 | $12,750,000 |
| 205. | Lynne Dunn, as Personal Representative of the Estate of John "Jack" Bradish | Sandra Wright-Cartledge | Sibling | $4,250,000 | $12,750,000 |
| 206. | Dian Dembinski | Sandra Wright-Cartledge | Sibling | $4,250,000 | $12,750,000 |
| 207. | Stephen Bradish | Sandra Wright-Cartledge | Sibling | $4,250,000 | $12,750,000 |
| 208. | Melanie D. Buchman, as Personal Representative of the Estate of Loretta Haines | Sandra Wright-Cartledge | Sibling | $4,250,000 | $12,750,000 |
| 209. | Patricia Mason | Sandra Wright-Cartledge | Sibling | $4,250,000 | $12,750,000 |
| 210. | Geraldine Deborah Spaeder | Sandra Wright-Cartledge | Sibling | $4,250,000 | $12,750,000 |
| 211. | Debra Zeplin | Marc Scott Zeplin | Spouse | $12,500,000 | $37,500,000 |
| 212. | Ethan Zeplin | Marc Scott Zeplin | Child | $8,500,000 | $25,500,000 |
| 213. | Ryan Zeplin | Marc Scott Zeplin | Child | $8,500,000 | $25,500,000 |
| | | | **TOTAL** | **$1,339,125,000** | **$4,017,375,000** |

and **IT IS FURTHER**

**ORDERED** that the total award in favor of the *Grazioso* Plaintiffs and against the Islamic Emirate of Afghanistan aka the Taliban is in the amount of **$5,196,139,119**;

**ORDERED** that the *Grazioso* Plaintiffs are awarded prejudgment interest at the rate of 4.96% per annum, compounded annually, running from September 11, 2001, until the date of partial final judgment; **AND IT IS FURTHER**

**ORDERED** that the *Grazioso* Plaintiffs may submit a further application for punitive damages consistent with a future ruling of the Court on this issue; **AND IT IS FURTHER**

**ORDERED** that this Court expressly finds that there is no just reason for delay in this case, and this is a final appealable order pursuant to Rule 54(b), **AND IT IS FURTHER**

**ORDERED** that the Clerk of Court may terminate the Motions at MDL Doc. No. 10720 and *Grazioso* Doc. No. 90.

**IT IS SO ORDERED.**

```
```
Dated: _____  
     New York, New York

_____  
GEORGE B. DANIELS  
UNITED STATES DISTRICT JUDGE