**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| | : |
| **IN RE: TERRORIST ATTACKS ON** | :    **Civil Action No.** |
| **SEPTEMBER 11, 2001** | :    **03 MDL 1570 (GBD) (SN)** |
| | : |

---

**This Document Relates to**
*Grazioso, et al. v. The Taliban, et al.*, **1:22-cv-01188 (GBD)(SN)**
*Maher v. World Assembly of Muslim Youth, et al.,* **1:23-cv-02845 (GBD)(SN)**


**[*Proposed*] ORDER**

Upon consideration of the *Grazioso* and *Maher* Plaintiffs' joint Letter Motion requesting

an evidentiary hearing on Plaintiffs' Motions For Partial Final Judgment (MDL Doc. Nos. 10720

and _____, *Grazioso* Doc. No. 90, and *Maher* Doc. No. __) against the Defendant the Taliban,

the grounds therefor, together with the entire record in this MDL, **IT IS HEREBY**

**ORDERED** that *Grazioso* and *Maher* Plaintiffs' Letter Motion requesting a joint

evidentiary hearing on the merits of said Plaintiffs' respective Motions for Partial Final

Judgment is **GRANTED,** and **IT IS FURTHER**

**ORDERED** that an evidentiary hearing shall be held jointly on the merits of the

*Grazioso* Plaintiffs' and the *Maher* Plaintiffs' respective Motions for Partial Final Default

Judgment against the Defendant the Taliban; said hearing is set for _____, 2025, at ____, _.m.,

in Courtroom _____, and **IT IS FURTHER**

**ORDERED** that the *Grazioso* and *Maher* Plaintiffs may lodge the evidence to be

introduced at the joint evidentiary hearing, some publicly and some under seal, with the Court by

hand-delivering a copy of such evidence to chambers on or before _____, 2025, **and IT IS**

**FURTHER**

**ORDERED** that, in advance of the hearing, the *Grazioso* and *Maher* Plaintiffs may file

under seal, by hand-delivery to the SDNY Sealed Records Department, the liability and damages evidence that was admitted in *Havlish, et al. v. bin Laden, et al.* (1:03-cv- 9848 (GBD)(FM)), and *Hoglan, et al. v. Iran, et al.*, 1:11-cv-7550 (GBD)(SN) that was filed in those cases under seal, as well as similar damages evidence for *Grazioso* and *Maher* Plaintiffs who were not parties in *Havlish* or *Hoglan,* on multiple CD-ROMs, and **IT IS FURTHER**

      **ORDERED** that the *Grazioso* and *Maher* Plaintiffs shall, on or before _____, 2025, file proposed Findings Of Fact and Conclusions Of Law, which shall include liability and damages findings, and **IT IS FURTHER**

      **ORDERED** that the Plaintiffs shall, on or before _____, 2025, file jointly supporting memoranda of law or trial briefs that may exceed the Court's maximum page-limit restriction and may include appendices.


**SO ORDERED:**

New York, New York

DATED:_____

George B. Daniels
United States District Judge