| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Joseph A. Fava, individually as Child and as Personal Representative of the Estate of Shannon Marie Fava, Deceased | Frank Fava, as Personal Representative of the Estate of Shannon Marie Fava, Deceased and on behalf of all beneficiaries of Shannon Marie Fava | 1:15-cv-09903, 53, at 481 | Shannon M. Fava |
| 2 | Crystal Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott, Deceased | Abraham Scott, as Personal Representative of the Estate of Janice Marie Scott, Deceased and on behalf of all beneficiaries of Janice Marie Scott | 1:15-cv-09903, 53, at 2867 | Abraham Scott |
| 3 | Angel Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott, Deceased | Abraham Scott, as Personal Representative of the Estate of Janice Marie Scott, Deceased and on behalf of all beneficiaries of Janice Marie Scott | 1:15-cv-09903, 53, at 2867 | Abraham Scott |
| 4 | Renato Olaes, Individually, as Spouse and Personal Representative of the Estate of Dalisay Saenz Olaes, Deceased | Dalisay Saenz Olaes, in their own right as an injured party | 1:15-cv-09903, 53, at 4538 | Dalisay Saenz Olaes |
| 5 | Carmen Bridgeforth, Individually, as Spouse and Personal Representative of the Estate of David Allen Bridgeforth, Deceased | David Allen Bridgeforth, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3734 | David Allen Bridgeforth |
| 6 | Alice Anne Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4142 | Edward Henry |
| 7 | Edward Henry, Jr., as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4142 | Edward Henry |
| 8 | Michael Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4142 | Edward Henry |
| 9 | Mary Ann Leach, as Personal Representative of the Estate of Dolores Ladley, Deceased Parent of James Patrick Ladley, Deceased | Dolores Ladley in their own right as the Parent of James Patrick Ladley, Deceased | 1:15-cv-09903, 53, at 1536 | James Patrick Ladley |
| 10 | Nathan J. Hersch, as Personal Representative of the Estate of Leslie Sue Hersch, Deceased Spouse of Jefffrey A. Hersch, Deceased | Leslie Sue Hersch, as Personal Representative of the Estate of Jeffrey A. Hersch, Deceased and on behalf of all beneficiaries of Jeffrey A. Hersch | 1:15-cv-09903, 53, at 1366 | Jeffrey A. Hersch |
| 11 | Sandra L. Racaniello, individually as Parent as Personal Representative of the Estate of Christopher A. Racaniello | Frank V. Racaniello, as Personal Representative of the Estate of Christopher A. Racaniello, Deceased | 1:15-cv-09903, 53, at 2505 | Christopher Anthony Peter Racaniello |
| 12 | Patti Ann Valerio, as Personal Representative of the Estate of Matthew James Grzymalski, Deceased | Patricia Grzymalski, as Personal Representative of the Estate of Matthew James Grzymalski, Deceased and on behalf of all beneficiaries of Matthew James Grzymalski | 1:15-cv-09903, 53, at 3436 | Matthew James Grzymalski |

| | | | | |
|---|---|---|---|---|
| 13 | Gina Maria Grassi, as Personal Representative of the Estate of Laura Alessi, Deceased Parent of Pamela J. Boyce, Deceased | Laura Alessi, as Personal Representative of the Estate of Pamela J. Boyce, Deceased and on behalf of all beneficiaries of Pamela J. Boyce | 1:15-cv-09903, 53, at 1210 | Pamela J. Boyce |
| 14 | Raymond Edward Walz, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz in their own right as the Parent of Jeffrey P. Walz, Deceased | 1:15-cv-09903, 53, at 1005, 10252, at 388, 10256 | Jeffrey P. Walz |
| 15 | Karen L. Ciaccio, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz in their own right as the Parent of Jeffrey P. Walz, Deceased | 1:15-cv-09903, 53, at 1005, 10252, at 388, 10256 | Jeffrey P. Walz |
| 16 | Alexandra Klenovich, as Personal Representative of the Estate of Gerard Iken, Deceased Sibling of Michael Patrick Iken, Deceased | Gerard Iken in their own right as the Sibling of Michael Patrick Iken, Deceased | 1:15-cv-09903, 53, at 434 | Michael Patrick Iken |
| 17 | Dorine Anita Hetzel-Dand, as Personal Representative of the Estate of Egon Hetzel, Deceased Parent of Thomas J. Hetzel, Deceased | Egon Hetzel in their own right as the Parent of Thomas J. Hetzel, Deceased | 1:15-cv-09903, 53, at 1560 | Thomas J. Hetzel |
| 18 | Lauri T. Isbrandtsen, as Co-Representative of the Estate of Erik Hans Isbrantsen, Deceased | Lauri T. Isbrandtsen, as Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased and on behalf of all beneficiaries of Erik Hans Isbrantsen | 1:15-cv-09903, 53, at 3177 | Erik Hans Isbrandtsen |
| 19 | David McEachern, as Co-Representative of the Estate of Erik Hans Isbrantsen, Deceased | Lauri T. Isbrandtsen, as Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased and on behalf of all beneficiaries of Erik Hans Isbrantsen | 1:15-cv-09903, 53, at 3177 | Erik Hans Isbrandtsen |
| 20 | Jacqueline Pickering, as Personal Representative of the Estate of Maureen Pickering, Deceased Sibling of Joann Tabeek, Deceased | Maureen Pickering in their own right as the Sibling of Joann Tabeek, Deceased | 1:15-cv-09903, 53, at 565 | Joann Tabeek |
| 21 | Susan Tighe, as Personal Representative of the Estate of Timothy J. Tighe, Deceased Sibling of Stephen Edward Tighe, Deceased | Timothy J. Tighe in their own right as the Sibling of Stephen Edward Tighe, Deceased | 1:15-cv-09903, 53, at 1341 | Stephen Edward Tighe |
| 22 | Rose Ann DeFazio, as Personal Representative of the Estate of James Christopher DeFazio, Deceased Parent of Jason Christopher DeFazio, Deceased | James DeFazio, in their own right as the Parent of Jason DeFazio, Deceased | 1:15-cv-09903, 53, at 523 | Jason Christopher DeFazio |