UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON					Civil Action No.
SEPTEMBER 11, 2001						03 MDL 1570

------------------------------------------------------------x

This document relates to:
 *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10730 in 03-MDL-1570 (GBD)(SN) and ECF No. 922 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

_____
February ___, 2025					SARAH NETBURN
New York, New York					United States Magistrate Judge