| | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in Complaint | Plaintiff's Additional Capacity in Amended Caption | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Reference to Plaintiff in Complaint |
| 1 | McDay, Tonyell F. | Rufus J. McDay, Jr. | McDay, Jr. Rufus J., individually, as Parent and as Personal Representative of the Estate of Tonyell F. McDay | Parent/Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 2850 |