| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Kenneth May, as Personal Representative of the Estate of Ronald F. May, Deceased Parent of Renee A. May, Deceased | Ronald F. May, in his own right and as Representative of the Estate of Renee A. May, Deceased | 1:02-cv-01616, 1, at 376;10609-1, 31, 10613 | Renee A. May |
| 2 | Raymond Edward Walz, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz, in his own right as the Father of Jeffrey P. Walz, Deceased | 1:02-cv-01616, 3, at 1724 | Jeffrey P. Walz |
| 3 | Karen L. Ciaccio, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz, in his own right as the Father of Jeffrey P. Walz, Deceased | 1:02-cv-01616, 3, at 1724 | Jeffrey P. Walz |
| 4 | Alexandra Klenovich, as Personal Representative of the Estate of Gerard Helmut Iken, Deceased Sibling of Michael Patrick Iken, Deceased | Gerard Iken, in his own right as the Brother of Michael Patrick Iken, Deceased | 1:02-cv-01616, 3, at 1260 | Michael Patrick Iken |
| 5 | Jacqueline Pickering, as Personal Representative of the Estate of Maureen Pickering, Deceased Sibling of Joann Tabeek, Deceased | Maureen Pickering, in her own right as the Sister of Joann Tabeek, Deceased | 1:02-cv-01616, 1, at 607 | Joann Tabeek |
| 6 | Dorine Anita Hetzel-Dand, as Personal Representative of the Estate of Egon Hetzel, Deceased Parent of Thomas J. Hetzel, Deceased | Egon Hetzel (P1087), in his own right as the Father of Thomas J. Hetzel, Deceased | 1:02-cv-01616, 26, 29, at 2040 | Thomas J. Hetzel |
| 7 | Christopher D. Betterly, as Personal Representative of the Estate of Joan C. Betterly, Deceased Parent of Timothy D. Betterly, Deceased | Joan C. Betterly (P1385), in her own right as the Mother of Timothy D. Betterly, Deceased | 1:02-cv-01616, 26, 29, at 2660 | Timothy D. Betterly |
| 8 | Stacey Marie Booker, as Co-Representative of the Estate of Rose Booker, Deceased Parent of Sean Booker, Deceased | Rose Booker in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Sean Booker |
| 9 | Laverne Booker, as Co-Representative of the Estate of Rose Booker, Deceased Parent of Sean Booker, Deceased | Rose Booker in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Sean Booker |

|  |  |  |  |  |
|---|---|---|---|---|
| 10 | Paula Boyle, Individually, as Spouse and Personal Representative of the Estate of James R. Boyle, Deceased | James R. Boyle (P5003) | 1:03-cv-9849, HAND FILED, at P5003 | James R. Boyle (PI) |
| 11 | Mary Margaret Jurgens, as Personal Representative of the Estate of Beverly Burnett, Deceased Parent of Thomas E. Burnett, Jr., Deceased | Beverly Burnett, in her own right as the Mother of Thomas E. Burnett, Jr., Deceased | 1:02-cv-01616, 1, at 5 | Thomas E. Burnett, Jr. |
| 12 | Mary Margaret Jurgens, as Personal Representative of the Estate of Thomas Burnett, Sr., Deceased Parent of Thomas E. Burnett, Jr., Deceased | Thomas Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr., Deceased | 1:02-cv-01616, 1, at 4 | Thomas E. Burnett, Jr. |
| 13 | Thomas Michael Byrne, as Personal Representative of the Estate of Anne Patricia Byrne, Deceased Parent of Patrick D. Byrne, Deceased | Michael Cain (P1446), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 2755 | Patrick D. Byrne |
| 14 | Joni Jane Carlo, as Personal Representative of the Estate of Robert D. Carlo, Deceased Parent of Michael Scott Carlo, Deceased | Robert D. Carlo (P1463), in his own right as the Father of Michael Scott Carlo, Deceased | 1:02-cv-01616, 26, 29, at 2805 | Michael Scott Carlo |
| 15 | Brendan K. Cawley, as Personal Representative of the Estate of John J. Cawley, Deceased Parent of Michael Joseph Cawley, Deceased | John J. Cawley (P1472), in his own right as the Father of Michael J. Cawley, Deceased | 1:02-cv-01616, 26, 29, at 2823 | Michael Joseph Cawley |
| 16 | Suzanne Mary Valentino, as Co-Representative of the Estate of Edward Coll, Jr., Deceased Parent of Robert Joseph Coll, II, Deceased | Suzanne Mary Valentino, as Personal Representative of the Estate of Edward Coll, Jr., Deceased | 1:02-cv-01616, 155, at P2851, 8397-1, at 6, 8433 | Robert Joseph Coll, II |
| 17 | Edward Aloysius Coll, III, as Co-Representative of the Estate of Edward Coll, Jr., Deceased Parent of Robert Joseph Coll, II, Deceased | Suzanne Mary Valentino, as Personal Representative of the Estate of Edward Coll, Jr., Deceased | 1:02-cv-01616, 155, at P2851, 8397-1, at 6, 8433 | Robert Joseph Coll, II |
| 18 | Kimberly Smith, as Personal Representative of the Estate of Carmen Michael D'Auria, Deceased Parent of Michael D'Auria, Deceased | Carmen D'Auria (P1541), in his own right as the Father of Michael D'Auria, Deceased | 1:02-cv-01616, 26, 29, at 2949 | Michael D'Auria |
| 19 | Rose Ann DeFazio, as Personal Representative of the Estate of James Christopher DeFazio, Deceased Parent of Jason DeFazio, Deceased | James DeFazio, in his own right as the Father of Jason DeFazio, Deceased | 1:02-cv-01616, 1, at 175 | Jason DeFazio |
| 20 | Michael Deleo, as Personal Representative of the Estate of Lillian Rita Deleo, Deceased Parent of Vito Joseph Deleo, Sr., Deceased | Lillian Deleo (P1558), in her own right as the Mother of Vito Joseph Deleo, Deceased | 1:02-cv-01616, 26, 29, at 2983 | Vito Joseph Deleo, Sr. |

| | | | | |
|---|---|---|---|---|
| 21 | Joseph Michael Esposito, as Personal Representative of the Estate of Salvatore Thomas Esposito, Deceased Sibling of Michael Esposito, Deceased | Sal Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 207 | Michael Esposito |
| 22 | Devin Frederick Farrelly, as Personal Representative of the Estate of Stacey Ellen Farrelly, Deceased Spouse of Joseph Dennis Farrelly, Deceased | Stacey Farrelly, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Joseph Farrelly, Deceased | 1:02-cv-01616, 3, at 1094 | Joseph Dennis Farrelly |
| 23 | Andrew Charles Fialko, as Personal Representative of the Estate of Evelyn L. Fialko, Deceased Parent of Jennifer Louise Fialko, Deceased | Evelyn L. Fialko (P1648), in her own right and as the Co-Representative of the Estate of Jennifer L. Fialko, Deceased | 1:02-cv-01616, 26, 29, at 3153 | Jennifer Louise Fialko |
| 24 | Andrew Charles Fialko, as Personal Representative of the Estate of Robert John Fialko, Deceased Parent of Jennifer Louise Fialko, Deceased | Robert J. Fialko (P1647), in his own right and as the Co-Representative of the Estate of Jennifer L. Fialko, Deceased | 1:02-cv-01616, 26, 29, at 3152 | Jennifer Louise Fialko |
| 25 | John Alfred Foster, as Personal Representative of the Estate of Marion Rosette Foster, Deceased Parent of Noel John Foster, Deceased | Marion Rosette Foster, in her own right as the Mother of Noel John Foster, Deceased | 1:02-cv-01616, 3, at 1129 | Noel John Foster |
| 26 | Denise E. Kelly, Individually, as Spouse and Personal Representative of the Estate of Thomas J. Kelly, Deceased | Thomas J. Kelly (P1855), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 3531 | Thomas J. Kelly |
| 27 | Robert Ksido, as Personal Representative of the Estate of Felix Ksido, Deceased Spouse of Lyudmila Ksido, Deceased | Felix Ksido, in his own right, on behalf of the Minor Child, and as the Representative of the Estate of Lyudmila Ksido, Deceased | 1:02-cv-01616, 3, at 1310 | Lyudmila Ksido |
| 28 | Edward James Colligan, as Personal Representative of the Estate of Eileen Ladley, Deceased Sibling of James Patrick Ladley, Deceased | Eileen Spina (P1136), in her own right as the Sister of James Patrick Ladley, Deceased | 1:02-cv-01616, 26, 29, at 2122 | James Patrick Ladley |
| 29 | Thomas A. LaVerde, as Personal Representative of the Estate of Dolores Mary LaVerde, Deceased Parent of Jeannine M. LaVerde, Deceased | Delores LaVerde, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Jeannine LaVerde, Deceased | 1:02-cv-01616, 3, at 1324 | Jeannine M. LaVerde |
| 30 | Theresann Lostrangio, Individually, as Spouse and Personal Representative of the Estate of Joseph Lostrangio, Deceased | Theresann Lostrangio, in her own right and as Executrix of the Estate of Joseph Lostrangio, Deceased | 1:02-cv-01616, 1, at 715 | Joseph Lostrangio |
| 31 | Deborah Rusin, as Personal Representative of the Estate of James P. McAneney, Deceased Sibling of Patricia A. McAneney, Deceased | James McAneney (P1981), in his own right and as the Representative of the Estate of Patricia A. McAneney, Deceased | 1:02-cv-01616, 26, 29, at 3776 | Patricia A. McAneney |

| # | | | | |
|---|---|---|---|---|
| 32 | Alicia A. Arancibia, as Personal Representative of the Estate of Ann Claire McDonnell, Deceased Parent of Brian Grady McDonnell, Deceased | Ann Claire McDonnell (P2001), in her own right as the Mother of Brian McDonnell, Deceased | 1:02-cv-01616, 26, 29, at 3812 | Brian Grady McDonnell |
| 33 | Patricia McKenna, as Personal Representative of the Estate of Eugene Francis McKenna, Deceased Parent of Stephanie Marie McKenna, Deceased | Eugene McKenna (P2026), in his own right as the Father of Stephanie McKenna, Deceased | 1:02-cv-01616, 26, 29, at 3859 | Stephanie Marie McKenna |
| 34 | William J. McLaughlin, as Personal Representative of the Estate of Catherine Cecilia McLaughlin, Deceased Sibling of Peter Matthew West, Deceased | Catherine C. McLaughlin (P2478), in her own right as the Sister of Peter Matthew West, Deceased | 1:02-cv-01616, 26, 29, at 4693 | Peter Matthew West |
| 35 | Lynn Anne Mullin, as Personal Representative of the Estate of Fredric John Mullin, Deceased Parent of Michael Joseph Mullin, Deceased | Fredric Mullin (P2085), in his own right as the Father of Michael Joseph Mullin, Deceased | 1:02-cv-01616, 26, 29, at 3979 | Michael Joseph Mullin |
| 36 | Joan Virginia Murphy, as Personal Representative of the Estate of William Charles Murphy, Jr., Deceased Parent of James Thomas Murphy, Deceased | William C. Murphy, Jr. (P2088), in his own right as the Father of James Thomas Murphy, Deceased | 1:02-cv-01616, 26, 29, at 3985 | James Thomas Murphy |
| 37 | Jenette Carole Nelson, as Co-Representative of the Estate of Gary Stanley Nelson, Deceased Parent of Ann Nicole Nelson, Deceased | Gary Stanley Nelson, Individually, as Parent and Personal Representative of the Estate of Ann Nicole Nelson, Deceased | 1:02-cv-01616, 232, at P3868, 8393-1, at 3, 8487 | Ann Nicole Nelson |
| 38 | Scott Travis Nelson, as Co-Representative of the Estate of Gary Stanley Nelson, Deceased Parent of Ann Nicole Nelson, Deceased | Gary Stanley Nelson, Individually, as Parent and Personal Representative of the Estate of Ann Nicole Nelson, Deceased | 1:02-cv-01616, 232, at P3868, 8393-1, at 3, 8487 | Ann Nicole Nelson |
| 39 | Suzanne Oelschlager, Individually, as Spouse and Personal Representative of the Estate of Douglas E. Oelschlager, Deceased | Spouse Doe #22, in her own right, on behalf of the Minor Children, and as Representative of the Estate of Decedent Doe #22, Deceased | 1:02-cv-01616, 1, at 821 | Douglas E. Oelschlager |
| 40 | Renato Olaes, Individually, and Spouse and Personal Representative of the Estate of Dalisay Saenz Olaes, Deceased | Dalisay Saenz Olaes (P2147), in her own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4085 | Dalisay Saenz Olaes |
| 41 | Clifford Irving Olsen, as Personal Representative of the Estate of Barbara Anne Olsen, Deceased Parent of Eric Taube Olsen, Deceased | Barbara Olsen (P1197), in her own right as the Mother of Eric Taube Olsen, Deceased | 1:02-cv-01616, 26, 29, at 2238 | Eric Taube Olsen |
| 42 | Mary Frances Palmer-Murphy, as Personal Representative of the Estate of Agnes Louise Palmer, Deceased Parent of Orio Joseph Palmer, Deceased | Agnes L. Palmer, individually as the Parent of Orio Joseph Palmer, Deceased | 1:02-cv-01616, 3, at 1808, 5284-1, at 8, 5296 | Orio Joseph Palmer |

| | Plaintiff | Additional Plaintiff | Case Cite | 9/11 Decedent |
|---|---|---|---|---|
| 43 | Helen Olga Carlucci, as Personal Representative of the Estate of Juana Olga Pappageorge, Deceased Parent of James N. Pappageorge, Deceased | Juana Olga Pappageorge (P2158), in her own right as the Mother of James N. Pappageorge, Deceased | 1:02-cv-01616, 26, 29, at 4108 | James N. Pappageorge |
| 44 | Irene Provenzano, Individually, as Spouse and Personal Representative of the Estate of Salvatore Provenzano, Deceased | Salvatore Provenzano, in his own right as an Injured Party | 1:02-cv-01616, 3, at 1540 | Salvatore Provenzano |
| 45 | Cecilia Riccoboni, as Personal Representative of the Estate of John Riccoboni, Deceased Spouse of Ann Marie Riccoboni, Deceased | John Riccoboni (P2234), in his own right as the Husband of Ann Marie Riccoboni, Deceased | 1:02-cv-01616, 26, 29, at 4253 | Ann Marie Riccoboni |
| 46 | Brian W. Saber, as Co-Representative of the Estate of Elaine P. Saber, Deceased Parent of Scott Howard Saber, Deceased | Elaine Saber (P1247), in her own right as the Mother of Scott Saber, Deceased | 1:02-cv-01616, 26, 29, at 2328 | Scott Howard Saber |
| 47 | Bruce David Saber, as Co-Representative of the Estate of Elaine P. Saber, Deceased Parent of Scott Howard Saber, Deceased | Elaine Saber (P1247), in her own right as the Mother of Scott Saber, Deceased | 1:02-cv-01616, 26, 29, at 2328 | Scott Howard Saber |
| 48 | Carolyn A. Shay, as Personal Representative of the Estate of Maureen Shay, Deceased Parent of Robert J. Shay, Jr., Deceased | Maureen Shay (P1256), in her own right as the Mother of Robert J. Shay, Jr., Deceased | 1:02-cv-01616, 26, 29, at 2348 | Robert J. Shay, Jr. |
| 49 | Brenda Smith Clark, as Co-Representative of the Estate of Madeline W. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Madeline W. Smith, in her own right as the Mother of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1660 | Jeffrey R. Smith |
| 50 | Jerrald Smith, as Co-Representative of the Estate of Madeline W. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Madeline W. Smith, in her own right as the Mother of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1660 | Jeffrey R. Smith |
| 51 | Brenda Smith Clark, as Co-Representative of the Estate of Arthur A. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Arthur A. Smith, in his own right as the Father of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1659 | Jeffrey R. Smith |
| 52 | Jerrald Smith, as Co-Representative of the Estate of Arthur A. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Arthur A. Smith, in his own right as the Father of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1659 | Jeffrey R. Smith |
| 53 | Matthew G. Smith, as Co-Representative of the Estate of Georgia K. Smith, Deceased Parent of Karl T. Smith, Deceased | Georgia Smith (P2334), in her own right as the Mother of Karl T. Smith, Sr., Deceased | 1:02-cv-01616, 26, 29, at 4431 | Karl T. Smith |

| # | Personal Representative | Plaintiff | Case / Docket | Decedent |
|---|---|---|---|---|
| 54 | Philip Trumbull Smith, III, as Co-Representative of the Estate of Georgia K. Smith, Deceased Parent of Karl T. Smith, Deceased | Georgia Smith (P2334), in her own right as the Mother of Karl T. Smith, Sr., Deceased | 1:02-cv-01616, 26, 29, at 4431 | Karl T. Smith |
| 55 | Alan Shimel, as Personal Representative of the Estate of Ina Stanley, Deceased Sibling of Myrna Yaskulka, Deceased | Ina Stanley (P2517), in her own right as the Sister of Myrna Yaskulka, Deceased | 1:02-cv-01616, 26, 29, at 4757 | Myrna Yaskulka |
| 56 | Christine Verzosa Trotta, as Personal Representative of the Estate of Estrella V. Sumaya, Deceased Parent of Hilario Soriano Sumaya, Jr., Deceased | Estrella Sumaya, in her own right as the Mother of Hilario Soriano Sumaya, Jr., Deceased | 1:02-cv-01616, 3, at 1692 | Hilario Soriano Sumaya, Jr. |
| 57 | Danielle Cioffi, as Personal Representative of the Estate of William Tracy, Deceased | William Tracy (P2405), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4564 | William Tracy |
| 58 | Madeline Varriano, Individually as Spouse and Personal Representative of the Estate of Frank Angelo Varriano, Deceased | Spouse Doe #53, in her own right, and as Representative of the Estate of Decedent Doe #53, Deceased | 1:02-cv-01616, 3, at 1805 | Frank Angelo Varriano |
| 59 | Phyllis Woods, as Personal Representative of the Estate of Chris Woods, Deceased Sibling of Patrick Woods, Deceased | Chris Woods, in his own right as the Brother of Patrick Woods, Deceased | 1:02-cv-01616, 3, at 1746 | Patrick Woods |
| 60 | Katherine Agnes Bailey, individually as Parent and as Personal Representative of the Estate of Todd Garnet Bailey, Deceased Child of Garnet Edward Bailey, Deceased | Todd G. Bailey (P2815) | 1:02-cv-01616, 155, at P2815 | Garnet Edward Bailey |
| 61 | Lauri T. Isbrandtsen, as Co-Representative of the Estate of Erik Hans Isbrandtsen, Deceased | Lauri T. Isbrandtsen, Individually, as Parent and Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased | 1:02-cv-01616, 305, at P4335, 8393-1, at 24, 8487 | Erik Hans Isbrandtsen |
| 62 | David McEachern, as Co-Representative of the Estate of Erik Hans Isbrandtsen, Deceased | Lauri T. Isbrandtsen, Individually, as Parent and Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased | 1:02-cv-01616, 305, at P4335, 8393-1, at 24, 8487 | Erik Hans Isbrandtsen |
| 63 | Kara Kasper, as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, Individually, as Spouse and as the Personal Representative of the Estate of Charles Kasper, Deceased | 1:03-cv-9849, HAND FILED, at P5108, 1:02-cv-01616, 1, at 363 | Charles Lewis Kasper |
| 64 | Melissa Kasper, as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, Individually, as Spouse and as the Personal Representative of the Estate of Charles Kasper, Deceased | 1:03-cv-9849, HAND FILED, at P5108, 1:02-cv-01616, 1, at 363 | Charles Lewis Kasper |

| | | | | |
|---|---|---|---|---|
| 65 | Michael Roman Kasper, as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, Individually, as Spouse and as the Personal Representative of the Estate of Charles Kasper, Deceased | 1:03-cv-9849, HAND FILED, at P5108, 1:02-cv-01616, 1, at 363 | Charles Lewis Kasper |
| 66 | Susan Tighe, as Personal Representative of the Estate of Timothy J. Tighe, Deceased Sibling of Stephen Edward Tighe, Deceased | Timothy J. Tighe (P1288), in his own right as the Brother of Stephen E. Tighe, Deceased | 1:02-cv-01616, 26, 29, at 2399 | Stephen Edward Tighe |
| 67 | Gina Maria Grassi, as Personal Representative of the Estate of Laura Alessi, Deceased Parent of Pamela J. Boyce, Deceased | Laura Alessi (P4777) | 1:02-cv-01616, 432, at P4777 | Pamela J. Boyce |
| 68 | Nicholas Paul Chiofalo, Jr., as Personal Representative of the Estate of Nicholas Paul Chiofalo, Deceased | Joan Nardello Chiofalo, Individually, as Spouse and Personal Representative of Nicholas Paul Chiofalo, Deceased | 1:02-cv-01616, 155, at P2847, 8393-1, at 61, 8487 | Nicholas Paul Chiofalo |
| 69 | Maria Lipari, as Personal Representative of the Estate of Geraldine Luparello, Deceased Spouse of Anthony Luparello, Deceased | Geraldine Luparello (P3801) | 1:02-cv-01616, 232, at P3801 | Anthony Luparello |
| 70 | Gina Grassi, as Personal Representative of the Estate of Pamela J. Boyce, Deceased | Laura Maria Alessi, Individually, as Parent and Personal Representative of Pamela J. Boyce, Deceased | 1:02-cv-01616, 432, at P4777, 8393-1, at 62, 8487 | Pamela J. Boyce |