| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Sandra L. Racaniello, as Personal Representative of the Estate of Frank V. Racaniello, Deceased Parent of Christopher Anthony Peter Racaniello, Deceased | Frank V. Racaniello (P3917) | 1:02-cv-01616, 232, at P3917 | Christopher Anthony Peter Racaniello |
| 2 | Cecile M. Apollo, as Personal Representative of the Estate of Peter Apollo, Jr., Deceased Parent of Peter Paul Apollo, Deceased | Peter Apollo (P3585) | 1:02-cv-01616, 232, at P3585 | Peter Paul Apollo |
| 3 | Teri D. Fields, as Personal Representative of the Estate of Adolfo Martin Arzu, Deceased | Adolfo Martin Arzu (P5314) | 1:03-md-01570, 432, at P5314 | Adolfo Martin Arzu |
| 4 | Michael Thomas Bavis, as Personal Representative of the Estate of Mary Bavis, Deceased Parent of Mark Lawrence Bavis, Deceased | Mary Bavis (P4043) | 1:02-cv-01616, 232, at P4043 | Mark Lawrence Bavis |
| 5 | Eileen M. Bertorelli-Zangrillo, as Personal Representative of the Estate of Alice Mary Bertorelli, Deceased Sibling of John Marcy Talignani, Deceased | Alice Bertorelli (P3114) | 1:02-cv-01616, 155, at P3114 | John Marcy Talignani |
| 6 | Keith Andrew Blass, as Personal Representative of the Estate of Barbara Blass, Deceased Parent of Craig Michael Blass, Deceased | Barbara Blass (P3600) | 1:02-cv-01616, 232, at P3600 | Craig Michael Blass |
| 7 | Paul A. Bowden, as Personal Representative of the Estate of Sheilah L. Bowden, Deceased Parent of Thomas H. Bowden, Jr., Deceased | Sheilah L. Bowden (P4614) | 1:02-cv-01616, 313, at P4614 | Thomas H. Bowden, Jr. |
| 8 | Peter Matthew Canty, as Personal Representative of the Estate of Kathryn Frey Canty, Deceased Parent of Michael R. Canty, Deceased | Kathryn F. Canty (P2839) | 1:02-cv-01616, 155, at P2839 | Michael R. Canty |
| 9 | Peter Matthew Canty, as Personal Representative of the Estate of Edward James Canty, Deceased Parent of Michael R. Canty, Deceased | Edward J. Canty (P2837) | 1:02-cv-01616, 155, at P2837 | Michael R. Canty |
| 10 | Joyce Conner, as Personal Representative of the Estate of Michael Anthony Conner, Deceased Spouse of Margaret Mary Conner, Deceased | Michael Conner (P3658) | 1:02-cv-01616, 232, at P3658 | Margaret Mary Conner |
| 11 | Nancy Eileen Costello, as Personal Representative of the Estate of James P. Costello, Deceased Parent of Michael S. Costello, Deceased | James P. Costello (P3659) | 1:02-cv-01616, 232, at P3659 | Michael S. Costello |

| # | Representative | Decedent | Case Citation | Related Party |
|---|---|---|---|---|
| 12 | Grace Elizabeth Friend, as Co-Representative of the Estate of Ronald B. Cregan, Deceased Parent of Joanne Mary Cregan, Deceased | Ronald B. Cregan (P4209) | 1:02-cv-01616, 305, at P4209 | Joanne Mary Cregan |
| 13 | Ronald Patrick Cregan, as Co-Representative of the Estate of Ronald B. Cregan, Deceased Parent of Joanne Mary Cregan, Deceased | Ronald B. Cregan (P4209) | 1:02-cv-01616, 305, at P4209 | Joanne Mary Cregan |
| 14 | Deirdre Dickinson Sullivan, as Personal Representative of the Estate of Helene F. Dickinson, Deceased Parent of Lawrence Patrick Dickinson, Deceased | Helene Dickinson (P2875) | 1:02-cv-01616, 155, at P2875 | Lawrence Patrick Dickinson |
| 15 | Carole Lynn Ricci, as Personal Representative of the Estate of Ruth M. Fangman, Deceased Parent of Robert John Fangman, Deceased | Ruth M. Fangman (P4835) | 1:02-cv-01616, 432, at P4835 | Robert John Fangman |
| 16 | Mary F. Waterman, as Personal Representative of the Estate of Beverly F. Faragher, Deceased Parent of Kathleen Faragher, Deceased | Beverly Faragher (P4262) | 1:02-cv-01616, 305, at P4262 | Kathleen Faragher |
| 17 | Daniel Aaron Gerlich, as Personal Representative of the Estate of Rochelle Gerlich, Deceased Spouse of Robert J. Gerlich, Deceased | Rochelle Gerlich (P4293) | 1:02-cv-01616, 305, at P4293 | Robert J. Gerlich |
| 18 | Philip G. Geyer, as Personal Representative of the Estate of Jo Ann S. Geyer, Deceased Parent of James G. Geyer, Deceased | Jo Ann S. Geyer (P2598) | 1:02-cv-01616, 77, at P2598 | James G. Geyer |
| 19 | Susan Gilligan, as Personal Representative of the Estate of Colin Vincent Gilligan, Deceased Sibling of Ronald L. Gilligan, Deceased | Colin Vincent Gilligan (P3701) | 1:02-cv-01616, 232, at P3701 | Ronald L. Gilligan |
| 20 | Hillary Katzman, as Personal Representative of the Estate of Howard Katzman, Deceased | Howard Katzman (P5380) | 1:03-md-01570, 432, at P5380 | Howard Katzman |
| 21 | Darlene Marie Keohane, as Personal Representative of the Estate of Donald Edward Keohane, Deceased Parent of John Richard Keohane, Deceased | Donald Keohane (P2971) | 1:02-cv-01616, 155, at P2971 | John Richard Keohane |
| 22 | Dominick R. LaFalce, as Personal Representative of the Estate of Dominick Vincent LaFalce, Jr., Deceased Sibling of Joseph A. LaFalce, Deceased | Dominick V. LaFalce (P2982) | 1:02-cv-01616, 155, at P2982 | Joseph A. LaFalce |
| 23 | Michelle Luchetti, as Personal Representative of the Estate of Alfred Luchetti, Deceased | Alfred Luchetti (P5394) | 1:03-md-01570, 432, at P5394 | Alfred Luchetti |

| # | Plaintiff | Decedent | Citation | 9/11 Decedent |
|---|---|---|---|---|
| 24 | Maria Lipari, as Personal Representative of the Estate of Geraldine Luparello, Deceased Spouse of Anthony Luparello, Deceased | Geraldine Luparello (P3801) | 1:02-cv-01616, 232, at P3801 | Anthony Luparello |
| 25 | Barbara Ann McManus, as Personal Representative of the Estate of Catherine Theresa Lynch, Deceased Parent of Michael Francis Lynch, Deceased | Catherine T. Lynch (P3012) | 1:02-cv-01616, 155, at P3012 | Michael Francis Lynch |
| 26 | Daniel John Lynch, as Personal Representative of the Estate of Daniel Francis Lynch, Deceased Parent of Michael Francis Lynch, Deceased | Daniel F. Lynch (P3013) | 1:02-cv-01616, 155, at P3013 | Michael Francis Lynch |
| 27 | James E. Martin, as Personal Representative of the Estate of Mary C. Martin, Deceased Sibling of Kevin W. Donnelly, Deceased | Mary Cay Martin (P2281) | 1:02-cv-01616, 155, at P2881 | Kevin W. Donnelly |
| 28 | Darlene Thomas, as Personal Representative of the Estate of Jaysen Jeffrey Mayo, Deceased | Jaysen J. Mayo (P5401) | 1:03-md-01570, 432, at P5401 | Jaysen Jeffrey Mayo |
| 29 | Catherine Francese, as Personal Representative of the Estate of Agnes Marie McErlean, Deceased Parent of John T. McErlean, Jr., Deceased | Agnes M. McErlean (P4418) | 1:02-cv-01616, 305, at P4418 | John T. McErlean, Jr. |
| 30 | Catherine Francese, as Personal Representative of the Estate of John Thomas McErlean, Sr., Deceased Parent of John T. McErlean, Jr., Deceased | John T. McErlean (P4417) | 1:02-cv-01616, 305, at P4417 | John T. McErlean, Jr. |
| 31 | Lynn McKnight, as Personal Representative of the Estate of Roger J. McKnight, Deceased | Roger J. McKnight (P3031) | 1:02-cv-01616, 155, at P3031 | Roger J. McKnight |
| 32 | Carol Ann Niedermeyer, as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased | Alfonse Niedermeyer (P3052) | 1:02-cv-01616, 155, at P3052 | Alfonse J. Niedermeyer |
| 33 | Stella Olender, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | John Olender (P4914) | 1:02-cv-01616, 432, at P4914 | Christine Olender |
| 34 | Andrea Lee Ouida, as Personal Representative of the Estate of Herbert Ouida, Deceased Parent of Todd Joseph Ouida, Deceased | Herbert Ouida (P3876) | 1:02-cv-01616, 232, at P3876 | Todd Joseph Ouida |
| 35 | Michael N. Delgass, as Personal Representative of the Estate of Rekha D. Packer, Deceased Spouse of Michael B. Packer, Deceased | Rekha D. Packer (P3879) | 1:02-cv-01616, 232, at P3879 | Michael B. Packer |

| # | | | | |
|---|---|---|---|---|
| 36 | Devora Wolk Kirschner, as Personal Representative of the Estate of Darin Howard Pontell, Deceased | Devora Wolk Pontell (P4703) | 1:02-cv-01616, 313, at P4703 | Darin Howard Pontell |
| 37 | Sabine Sadocha, as Personal Representative of the Estate of Norma Teresa Sadocha, Deceased Parent of Francis John Sadocha, Deceased | Norma T. Sadocha (P4509) | 1:02-cv-01616, 305, at P4509 | Francis John Sadocha |
| 38 | Sabine Sadocha, as Personal Representative of the Estate of Susan T. Sadocha, Deceased Sibling of Francis John Sadocha, Deceased | Susan T. Sadocha (P4511) | 1:02-cv-01616, 305, at P4511 | Francis John Sadocha |
| 39 | George A. Sayegh, Jr., as Personal Representative of the Estate of Diana Jean Sayegh, Deceased Parent of Jackie Sayegh Duggan, Deceased | Diana J. Sayegh (P2698) | 1:02-cv-01616, 77, at P2698 | Jackie Sayegh Duggan |
| 40 | Richard J. Sullivan, as Personal Representative of the Estate of Kathleen Marie Sullivan, Deceased Sibling of Kevin Michael McCarthy, Deceased | Kathleen M. Sullivan (P3828) | 1:02-cv-01616, 232, at P3828 | Kevin Michael McCarthy |
| 41 | Diane Frances Antolos, as Personal Representative of the Estate of Frances Vignola, Deceased Parent of Frank J. Vignola, Jr., Deceased | Frances Vignola (P4003) | 1:02-cv-01616, 232, at P4003 | Frank J. Vignola, Jr. |
| 42 | Martin N. Youngberg, as Personal Representative of the Estate of Margaret L. Walsh, Deceased | Jane Doe # 113 (AP241) | 1:02-cv-01616, 232, at AP241 | Margaret L. Walsh |
| 43 | Thomas D. Duling, as Personal Representative of the Estate of Marion Morvet Ward, Deceased | Marion M. Ward (P3144) | 1:02-cv-01616, 155, at P3144 | Marion Morvet Ward |