UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

### [PROPOSED] ORDER ON PLAINTIFFS' NOTICE OF MOTION TO AMEND

Upon consideration of the arguments submitted by Plaintiffs identified in Exhibit A to this Order, it is hereby:

**ORDERED** that Plaintiffs' Amended Complaint is amended to include the capacities of Plaintiffs set forth in Exhibit A; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10737 in 03-MDL-1570 (GBD)(SN) and ECF No. 1222 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

Dated:  February _____, 2025         _____
        New York, New York            SARAH NETBURN
                                      United States Magistrate Judge