Exhibit A

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Justin | Michael | Bennett | | U.K. | Oliver | Duncan | Bennett | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3572 | 10207, at 161, 10219 | Sibling | | | $ 4,250,000.00 |
| 2 | | | | | Joy | | Bennett | | U.K. | Oliver | Duncan | Bennett | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3571 | 9962, at 4, 10036 | Parent | | | $ 8,500,000.00 |
| 3 | | | | | Angela | Elizabeth | Rogers | | U.K. | Karlie | Barbara | Rogers | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3595 | 9962, at 12, 10036 | Parent | | | $ 8,500,000.00 |
| 4 | | | | | Keith | | Rogers | | U.K. | Karlie | Barbara | Rogers | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3596 | 9962, at 13, 10036 | Parent | | | $ 8,500,000.00 |
| 5 | | | | | Joanna | K. | Wells | | U.K. | Vincent | Michael | Wells | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3615 | 10207, at 182, 10219 | Sibling | | | $ 4,250,000.00 |
| 6 | | | | | Timothy | | John | | U.K. | Nicholas | | John | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3215 | 9962, at 11, 10036 | Sibling | | | $ 4,250,000.00 |
| 7 | | | | | Keith | Trevor | Cudmore | | U.K. | Neil | James | Cudmore | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3325 | 10207, at 178, 10219 | Sibling | | | $ 4,250,000.00 |