EXHIBIT A
U.S. National Decedent Estate

| # | Personal Representative ||||  9/11 Decedent |||||||  Claim Information |||  Pain & Suffering Damages ||  Economic Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Eugene | R. | Springer |  | Lucy | A. | Fishman |  | U.S. | 9/11/01 | NY | 44 | 1:19-cv-00044, 1, 11 |  | 6040 |  |  | 11/15/2024 |  | $ 11,777,501.00 |
| 2 | Virginia | Ann | Hindy |  | Mark | D. | Hindy |  | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1319 | 10443-1, at 6, 10454 |  |  |  | 1/2/2025 |  | $ 23,514,283.00 |