# EXHIBIT B

Personal & Latent Injuries - (Non-Citizen on 9/11)

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | | Notes |
| 1 | Zofia | | Cieslik | | Andrzej | | Cieslik | | Poland | NY | 02cv06977 | 1463 at 26 | 9868, 9897 | | | $ 7,000,000.00 | | | |