# EXHIBIT E

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)  Certificate# 356799

# Surrogate's Court of the State of New York
## Queens County
### Certificate of Appointment of Administrator

File #: 2022-3925

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** **Andrzej Cieslik**
aka Andrzej A Cięslik

**Date of Death: October 25, 2006**

**Domicile:** **Queens County**
**Fiduciary Appointed:** **Zofia Cieslik**
**Mailing Address:** 59-53 56th Road
Maspeth NY 11378

**Type of Letters Issued:** **LIMITED LETTERS OF ADMINISTRATION**
**Letters Issued On:** **April 30, 2024**

**Limitations:** THESE LETTERS HOWEVER BEING ISSUED ARE SUBJECT TO THE RESTRICTIONS AND LIMITATIONS CONTAINED IN THE DECREE DATED APRIL 30, 2024. THE DECREE AUTHORIZES THE COLLECTION OF $0.00. ANY COLLECTION IN EXCESS OF THIS AMOUNT MUST BE AUTHORIZED BY AN ORDER OF THIS COURT.

and such Letters are unrevoked and in full force as of this date.

**Dated: May 3, 2024**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Queens County Surrogate's Court at Jamaica, New York.

WITNESS, Hon. Peter J Kelly, Judge of the Queens County Surrogate's Court

Janet Edwards Tucker, Chief Clerk
Queens County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Queens County Surrogate's Court*