UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] FINAL DEFAULT JUDGMENT ON BEHALF OF *ASHTON 27 (Revised)* PLAINTIFF IDENTIFIED AT EXHIBIT B

Upon consideration of the evidence and arguments submitted by the Plaintiff identified in Exhibit B to this Order, plaintiff in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who is the estate of a victim injured in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiff in *Ashton,* as identified in the attached Exhibit B, who is the Personal Representatives of the estate of the victim injured in the terrorist attacks on September 11, 2001; and it is further

**ORDERED** that Plaintiff, on behalf of the estate identified in Exhibit B, is awarded pain and suffering damages as set forth in Exhibit B and as supported by the declaration and medical records filed as Exhibits C and D to the Declaration of James P. Kreindler, Esq.; and it is further

**ORDERED** that Plaintiff, on behalf of the estate identified in Exhibit B, is awarded a final damages judgment for compensatory damages for the victim's pain and suffering in the amount of $ _____ ; and it is further

**ORDERED** that the Plaintiff identified in Exhibit B is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that the Plaintiffs identified in Exhibit B may submit an application for punitive damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing in Exhibit B may submit in later stages applications for damages awards, to the extent such requests have not previously been granted.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 2230 in 1:02-cv-06977-GBD-SN and ECF No. 10751 in 1:03-md-01570-GBD-SN.

Dated: New York, New York                          **SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge