# EXHIBIT A

## DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

   Motion: ECF No. __10751__

   Memorandum of law: ECF No. _____

   Declaration & supporting exhibits: ECF No. __10752__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | U.S. national personal representative of non-U.S. national (naturalized after 9/11) seeking personal injury damages for now-deceased victim | common law; FSIA (28 USC ss. 1605A 1605B) |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

   Islamic Republic of Iran

**COMPLIANCE**

   As stated in ECF No. __10752__ at ¶ __3-5__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

   As stated in ECF No. __10752__ at ¶ __4,10__, these plaintiffs have not previously received judgments against these defendants.

   Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __02__ / __28__ / __2025__.

**SUBJECT MATTER JURISDICTION**

   ☒  The Court previously addressed subject matter jurisdiction over these claims in ECF No. __10727 at 6-7__

   ☐  The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

   ☒  The Court previously addressed personal jurisdiction over these defendants in ECF No. __10727 at 7-8__

   ☐  The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

   ☐  This motion requests ☐ new functional equivalence findings; ☒ new personal injury assessments; or ☐ resolution of a new issue: _____

   ☐  This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 02-cv-6977 (SDNY) ECF 465 (6th Amended Cmp.) | 03-md-1570 (SDNY) ECF 9868, 9868-1, 9897; 02-cv-6977 (SDNY) ECF 2079, 2079-1, 2084 | ECF 3015 | ECF 1238 (09/16/2005) | ECF 2510 (12/22/2011) | ECF 3021 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |