UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570

------------------------------------------------------------x

This document relates to:
*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   February 24, 2025                    Respectfully submitted,

                                              MOTLEY RICE LLC

                                              /s/ John C. Duane
                                              John C. Duane, Esq.
                                              Mount Pleasant, SC 29464
                                              Telephone: (843) 216-9000
                                              Facsimile: (843) 216-9450
                                              jduane@motleyrice.com

                                              Counsel for Plaintiffs

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Joseph A. Fava, individually as Child and as Personal Representative of the Estate of Shannon Marie Fava, Deceased | Frank Fava, as Personal Representative of the Estate of Shannon Marie Fava, Deceased and on behalf of all beneficiaries of Shannon Marie Fava | 1:15-cv-09903, 53, at 481 | Shannon M. Fava |
| 2 | Crystal Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott, Deceased | Abraham Scott, as Personal Representative of the Estate of Janice Marie Scott, Deceased and on behalf of all beneficiaries of Janice Marie Scott | 1:15-cv-09903, 53, at 2867 | Abraham Scott |
| 3 | Angel Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott, Deceased | Abraham Scott, as Personal Representative of the Estate of Janice Marie Scott, Deceased and on behalf of all beneficiaries of Janice Marie Scott | 1:15-cv-09903, 53, at 2867 | Abraham Scott |
| 4 | Renato Olaes, Individually, as Spouse and Personal Representative of the Estate of Dalisay Saenz Olaes, Deceased | Dalisay Saenz Olaes, in their own right as an injured party | 1:15-cv-09903, 53, at 4538 | Dalisay Saenz Olaes |
| 5 | Carmen Bridgeforth, Individually, as Spouse and Personal Representative of the Estate of David Allen Bridgeforth, Deceased | David Allen Bridgeforth, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3734 | David Allen Bridgeforth |
| 6 | Alice Anne Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4142 | Edward Henry |
| 7 | Edward Henry, Jr., as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4142 | Edward Henry |
| 8 | Michael Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4142 | Edward Henry |
| 9 | Mary Ann Leach, as Personal Representative of the Estate of Dolores Ladley, Deceased Parent of James Patrick Ladley, Deceased | Dolores Ladley in their own right as the Parent of James Patrick Ladley, Deceased | 1:15-cv-09903, 53, at 1536 | James Patrick Ladley |
| 10 | Nathan J. Hersch, as Personal Representative of the Estate of Leslie Sue Hersch, Deceased Spouse of Jefffrey A. Hersch, Deceased | Leslie Sue Hersch, as Personal Representative of the Estate of Jeffrey A. Hersch, Deceased and on behalf of all beneficiaries of Jeffrey A. Hersch | 1:15-cv-09903, 53, at 1366 | Jeffrey A. Hersch |
| 11 | Sandra L. Racaniello, individually as Parent as Personal Representative of the Estate of Christopher A. Racaniello | Frank V. Racaniello, as Personal Representative of the Estate of Christopher A. Racaniello, Deceased | 1:15-cv-09903, 53, at 2505 | Christopher Anthony Peter Racaniello |
| 12 | Patti Ann Valerio, as Personal Representative of the Estate of Matthew James Grzymalski, Deceased | Patricia Grzymalski, as Personal Representative of the Estate of Matthew James Grzymalski, Deceased and on behalf of all beneficiaries of Matthew James Grzymalski | 1:15-cv-09903, 53, at 3436 | Matthew James Grzymalski |

| | | | | |
|---|---|---|---|---|
| 13 | Gina Maria Grassi, as Personal Representative of the Estate of Laura Alessi, Deceased Parent of Pamela J. Boyce, Deceased | Laura Alessi, as Personal Representative of the Estate of Pamela J. Boyce, Deceased and on behalf of all beneficiaries of Pamela J. Boyce | 1:15-cv-09903, 53, at 1210 | Pamela J. Boyce |
| 14 | Raymond Edward Walz, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz in their own right as the Parent of Jeffrey P. Walz, Deceased | 1:15-cv-09903, 53, at 1005, 10252, at 388, 10256 | Jeffrey P. Walz |
| 15 | Karen L. Ciaccio, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz in their own right as the Parent of Jeffrey P. Walz, Deceased | 1:15-cv-09903, 53, at 1005, 10252, at 388, 10256 | Jeffrey P. Walz |
| 16 | Alexandra Klenovich, as Personal Representative of the Estate of Gerard Iken, Deceased Sibling of Michael Patrick Iken, Deceased | Gerard Iken in their own right as the Sibling of Michael Patrick Iken, Deceased | 1:15-cv-09903, 53, at 434 | Michael Patrick Iken |
| 17 | Dorine Anita Hetzel-Dand, as Personal Representative of the Estate of Egon Hetzel, Deceased Parent of Thomas J. Hetzel, Deceased | Egon Hetzel in their own right as the Parent of Thomas J. Hetzel, Deceased | 1:15-cv-09903, 53, at 1560 | Thomas J. Hetzel |
| 18 | Lauri T. Isbrandtsen, as Co-Representative of the Estate of Erik Hans Isbrantsen, Deceased | Lauri T. Isbrandtsen, as Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased and on behalf of all beneficiaries of Erik Hans Isbrantsen | 1:15-cv-09903, 53, at 3177 | Erik Hans Isbrandtsen |
| 19 | David McEachern, as Co-Representative of the Estate of Erik Hans Isbrantsen, Deceased | Lauri T. Isbrandtsen, as Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased and on behalf of all beneficiaries of Erik Hans Isbrantsen | 1:15-cv-09903, 53, at 3177 | Erik Hans Isbrandtsen |
| 20 | Jacqueline Pickering, as Personal Representative of the Estate of Maureen Pickering, Deceased Sibling of Joann Tabeek, Deceased | Maureen Pickering in their own right as the Sibling of Joann Tabeek, Deceased | 1:15-cv-09903, 53, at 565 | Joann Tabeek |
| 21 | Susan Tighe, as Personal Representative of the Estate of Timothy J. Tighe, Deceased Sibling of Stephen Edward Tighe, Deceased | Timothy J. Tighe in their own right as the Sibling of Stephen Edward Tighe, Deceased | 1:15-cv-09903, 53, at 1341 | Stephen Edward Tighe |
| 22 | Rose Ann DeFazio, as Personal Representative of the Estate of James Christopher DeFazio, Deceased Parent of Jason Christopher DeFazio, Deceased | James DeFazio, in their own right as the Parent of Jason DeFazio, Deceased | 1:15-cv-09903, 53, at 523 | Jason Christopher DeFazio |

The motion to substitute is GRANTED.
SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 4, 2025
New York, New York