

United States Department of State

*Washington, D.C.   20520*

February 26, 2025

Tammi M. Hellwig
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

  **Re: *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 1:02-cv-06977 (and member case *Burlingame v. Bin Laden, et al.*, 1:02-cv-07230)**

Dear Ms. Hellwig:

  I am writing regarding the Court's request for transmittal of an Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibit A (ECF No. 10266, August 28, 2024) with moving papers and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

  Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1159-IE, dated December 22, 2024, and delivered on January 13, 2025.  A certified copy of the diplomatic note is enclosed.[1]

        Sincerely,

        Jared N. Hess
       Attorney Adviser
      Office of the Legal Adviser
        L/CA/POG/GC

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:    Jeanne O'Grady
        Speiser Krause
        800 Westchester Ave., Suite South 608
        Rye Brook, NY 10573