

| | | |
|---|---|---|
| Robert G. Sullivan<br>Nicholas Papain<br>Vito A. Cannavo<br>John F. Nash<br>Frank V. Floriani<br>Eleni Coffinas<br>Hugh M. Turk<br>Albert B. Aquila<br>Brian J. Shoot | Eric K. Schwarz<br>Elizabeth Montesano<br>Deanne M. Caputo<br>Liza A. Milgrim<br>Thomas J. McManus<br>Glenn W. Nick<br>Mark A. Apostolos<br>Craig M. Silverman | 120 BROADWAY • NEW YORK • NEW YORK 10271<br>TELEPHONE: (212) 732-9000<br>FACSIMILE: (212) 266-4141<br>SPBMC-NY@TrialLaw1.com<br>TrialLaw1.com<br><br>PLEASE REPLY TO:<br><br>New York City Office | Jessica P. Denninger<br>Christopher J. DelliCarpini<br>Ana-Marija Turkovic<br>NallyAnn Scaturro<br>Michael P. Napolitano<br>Jacqueline P. Lasker<br>Joseph I. Rozovsky<br>Danielle Goldfinger<br>Amber Volz | Katie Prior<br>Joseph Fattorusso<br>Laura Raphael<br>Nicole M. LaGrega<br>James Kilduff<br>Samantha Menicucci<br>Matthew L. Rubino<br>Sahil S. Koul<br>Christian Naber |

Hon. Joseph N. Giamboi *(1925-2018)*
Michael N. Block *(1943-2024)*
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Beth N. Jablon
Ina Pecani
*Counsel to the Firm*

Author's E-Mail Address:
NPapain@TrialLaw1.com
Direct Telephone Line:
(212) 266-4101
Private Fax Line:
(212) 266-4161

March 5, 2025

**VIA ECF**

The Honorable George B. Daniels, United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn, United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, **Case No. 03 MDL 1570 (GBD)(SN)**
           *Accardi et al v. Islamic Republic of Iran,* **Case No. 21-cv-06247**
           *Alexander et al v. Islamic Republic of Iran,* **Case No. 21-cv-03505**
           *Betso et al v. Islamic Republic of Iran,* **Case No. 21-cv-01394**

           **Request for a 14-Day Extension of the Deadline to File Written Objections to the Report and Recommendation, dated Feb. 28, 2025, ECF No. 10755**

Dear Judge Daniels and Judge Netburn:

    The undersigned, as the attorney for the Plaintiffs in the above-referenced actions, respectfully submits this Letter Motion to request a 14-day extension of the deadline to submit objections to a limited part of the Report and Recommendation issued by the Court on February 28, 2025, ECF No. 10755 ("R. & R."); specifically, that part of the R. & R. which recommended denying the claims for solatium damages brought by 200 Surviving Family Members of Latent Injury Decedents.

| SUFFOLK OFFICE | NASSAU OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| 33105 Main Road, Cutchogue, New York 11935<br>TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502<br>SPBMC-LI@TrialLaw1.com | 1140 Franklin Avenue, Garden City, New York 11530<br>TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350<br>SPBMC-LI@TrialLaw1.com | 25 Main Street, Suite 602, Hackensack, New Jersey 07601<br>TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461<br>SPBMC-NJ@TrialLaw1.com |

SULLIVAN PAPAIN BLOCK McMANUS COFFINAS & CANNAVO P.C.

*Page 2 of 2*

    The R. & R. having been issued on February 28, 2025, the current deadline to file written objections is Friday, March 14, 2025. Given that the adoption of this part of the R. & R. would, in effect, result in the dismissal of these 200 individual solatium claims, it is respectfully requested that the deadline to submit objections be extended by 14 days to March 28, 2025, to properly and fully brief this matter.

    Thank you for the Court's consideration of the above request.

Respectfully submitted,

Nicholas Papain, Esq.
Sullivan Papain Block McManus
Coffinas & Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
COUNSEL FOR PLAINTIFFS
*IN THE ACCARDI, ALEXANDER,*
AND *BETSO ACTIONS*