**EXHIBIT A**

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | | Pain & Suffering Damages | | | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Documentation | Prior Award | Amount | | Report | Date of Report | Prior Award | Amount |
| 1 | Renato | | Olaes | | Dalisay | Saenz | Olaes | | U.S. | VA | 9903 | 1:15-cv-09903, 53, at 4538 | 10730-1, 4, 10759 | | | | | | | | | |