# EXHIBIT 3

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sophia | | Addo | | Roberta | | Agyeman | | Child | Ghana | Ghana | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 2 | Sophia | | Addo | | Joseph | | Ameyaw | | Spouse | Ghana | Ghana | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 3 | Antonio | J. | Alvarez | | Filiberta | | Barragan | | Spouse | Mexico | Mexico | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 4 | Luis | A. | Chimbo | | Luis | | Chimbo | | Child | Ecuador | Ecuador | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 5 | Luis | A. | Chimbo | | Ana | | Soria | | Spouse | Ecuador | Ecuador | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 6 | Jaime | | Concepcion | | Juana | | Colon | | Spouse | Dominican Republic | Dominican Republic | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 7 | Jaime | | Concepcion | | Mercedes | | Concepcion | | Child | Dominican Republic | Dominican Republic | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 8 | Jaime | | Concepcion | | Virginia | | Concepcion Desoto | | Child | Dominican Republic | Dominican Republic | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 9 | Jaime | | Concepcion | | Kirsy | | Concepcion Salazar | | Child | Dominican Republic | Dominican Republic | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 10 | Helen | | Cook | | Blanca | M. | Garcia | | Sibling | Honduras | Honduras | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 11 | Helen | | Cook | | Edson | | Garcia | | Sibling | Honduras | Honduras | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 12 | Helen | | Cook | | Keidy | | Garcia | | Sibling | Honduras | Honduras | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Helen | | Cook | | Teoflia | | Garcia | | Parent | Honduras | Honduras | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 14 | Titus | | Davidson | | Delores (Monica) | | Akinshara | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 15 | Titus | | Davidson | | Denzil | | Davidson | | Sibling | Jamaica | Jamaica | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 16 | Titus | | Davidson | | Janet | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 17 | Titus | | Davidson | | Merna | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 18 | Titus | | Davidson | | Michelle | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 19 | Titus | | Davidson | | Noel | | Davidson | | Sibling | Jamaica | Jamaica | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 20 | Titus | | Davidson | | Phillip | | Davidson | | Sibling | Jamaica | Jamaica | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 21 | Titus | | Davidson | | Rose | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 22 | Titus | | Davidson | | Sam | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 23 | Titus | | Davidson | | Trevor | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 24 | Titus | | Davidson | | William | | Davidson | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Titus | | Davidson | | Carol | | Davidson-Simpson | | Sibling | Jamaica | Jamaica | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 26 | Titus | | Davidson | | Evis | | Jones | | Sibling | Jamaica | Jamaica | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 27 | Titus | | Davidson | | Amy | M. | Knight | | Sibling | Jamaica | Jamaica | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 28 | Titus | | Davidson | | Shirley | | White | | Sibling | Jamaica | Canada | Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 29 | Ramzi | A. | Doany | | Camille | | Doany | | Sibling | Jordan | Jordan | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 30 | Ramzi | A. | Doany | | Ibrahim | | Doany | | Sibling | Jordan | Jordan | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 31 | Syed | Abdul | Fatha | | Syed | | Farhan | | Child | India | India | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 32 | Syed | Abdul | Fatha | | Banu | | Khursheed | | Child | India | India | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 33 | Syed | Abdul | Fatha | | Syed | | Reehan | | Child | India | India | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 34 | Syed | Abdul | Fatha | | Syed | | Yaseen | | Child | India | India | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 35 | Syed | Abdul | Fatha | | Syed | | Zeeshan | | Child | India | India | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 36 | Godwin | Orville | Forde | | Elaine | | Cunnea | | Sibling | United Kingdom | United Kingdom | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

docs-100725242.1

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Godwin | Orville | Forde | | Charlene | Carmen | Forde | | Child | United Kingdom | United Kingdom | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 38 | Godwin | Orville | Forde | | Dorepha | Evangeline | Forde | | Parent | United Kingdom | United Kingdom | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 39 | Godwin | Orville | Forde | | Dorna | | Forde | | Sibling | United Kingdom | United Kingdom | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 40 | Godwin | Orville | Forde | | Dorolyne | | Forde | | Sibling | United Kingdom | United Kingdom | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 41 | Godwin | Orville | Forde | | Godwin | Marlon Junior | Forde | | Child | United Kingdom | United Kingdom | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 42 | Godwin | Orville | Forde | | Raymond | | Forde | | Sibling | United Kingdom | United Kingdom | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 43 | Godwin | Orville | Forde | | Romel | DaCosta | Forde | | Child | United Kingdom | United Kingdom | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 44 | Godwin | Orville | Forde | | Myrna | | Thomas | | Sibling | United Kingdom | United Kingdom | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 45 | Wilder | Alfredo | Gomez | | Luz | America Piedrahita | Ayala | | Parent | Colombia | Colombian | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 46 | Wilder | Alfredo | Gomez | | Jairo | Hernan | Gomez | | Sibling | Colombia | Colombian | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 47 | Wilder | Alfredo | Gomez | | Omar | Orlando | Gomez | | Sibling | Colombia | Colombian | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 48 | Wilder | A. | Gomez | | Tatiana | R. | Gomez | | Spouse | Colombia | Ecuador | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Wilder | Alfredo | Gomez | | Walter | Osuardo | Gomez | | Sibling | Colombia | Colombian | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 50 | Peter | | Gyulavary | | Paul | | Gyulavary | | Sibling | Australia | Australia | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 51 | Gricelda | E. | James | | Jacobo | | Castro | | Child | Honduras | Honduras | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 52 | Gricelda | E. | James | | Jairo | | Castro | | Child | Honduras | Honduras | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 53 | Gricelda | E. | James | | Obed | | Garo | | Sibling | Honduras | Honduras | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 54 | Gavkharoy | | Kamardinova | | Bakhtiyar | | Kamardinova | | Sibling | Uzbekistan | Uzbekistan | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 55 | Gavkharoy | | Kamardinova | | Farida | | Kamardinova | | Parent | Uzbekistan | Uzbekistan | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 56 | Gavkharoy | | Kamardinova | | Fotima | | Kamardinova | | Sibling | Uzbekistan | Uzbekistan | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 57 | Gavkharoy | | Kamardinova | | Mukhamet | | Kamardinova | | Parent | Uzbekistan | Uzbekistan | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 58 | Gavkharoy | | Kamardinova | | Zahro | | Kamardinova | | Sibling | Uzbekistan | Uzbekistan | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 59 | Gavkharoy | | Kamardinova | | Zukhra | | Koragoz | | Sibling | Uzbekistan | Uzbekistan | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Rajesh | | Khandelwal | | Shweta | | Khandelwal | | Spouse | India | India | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 61 | Manuel | E. | Mejia | | Dolores | | Lara | | Parent | Dominican Republic | Dominican Republic | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 62 | Manuel | Emilio | Mejia | | Hector | Guillermo | Mejia | | Sibling | Dominican Republic | Dominican Republic | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 63 | Manuel | E. | Mejia | | Jacqueline | | Mejia Peguero | | Child | Dominican Republic | Dominican Republic | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 64 | Manuel | E. | Mejia | | Manuel | E. | Mejia Peguero | | Child | Dominican Republic | Dominican Republic | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 65 | Antonio | | Melendez | | Marco | A. | Melendez | | Child | Mexico | Mexico | Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 66 | Antonio | | Montoya | | Amanda | | Castrillon | | Spouse | Colombia | Colombia | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 67 | Antonio | | Montoya | | Jorge | | Montoya | | Child | Colombia | Colombia | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 68 | Stephen | Philip | Morris | | Katherine | Ann | Collier | | Sibling | United Kingdom | United Kingdom | Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN) | 8/29/2024 | # 10277 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 69 | Stephen | Philip | Morris | | Andrew | Paul | Morris | | Sibling | United Kingdom | United Kingdom | Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN) | 8/29/2024 | # 10277 | N/A | 8115 | Common Law | $4,250,000.00 | N/A |
| 70 | Stephen | Philip | Morris | | Philip | Leslie | Morris | | Parent (Deceased) | United Kingdom | United Kingdom | Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN) | 8/29/2024 | # 10277 | N/A | 8115 | Common Law | $8,500,000.00 | N/A |

docs-100725242.1

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| # | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Damion | | Mowatt | | Deval | | Mowatt | | Sibling | Jamaica | Jamaica | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 72 | Damion | | Mowatt | | Devon | | Mowatt | | Parent | Jamaica | Jamaica | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 73 | Leobardo | L. | Pascual | | Mirna | Huerta | Aguirre | | Spouse | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 74 | Leobardo | L. | Pascual | | Carmen | Yosef | Lopez | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 75 | Leobardo | L. | Pascual | | Cristobal | | Lopez | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 76 | Leobardo | L. | Pascual | | Lizeth | | Lopez Huerta | | Child | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 77 | Leobardo | L. | Pascual | | Mariela | | Lopez Huerta | | Child | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 78 | Leobardo | L. | Pascual | | Ana | Luisa | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 79 | Leobardo | L. | Pascual | | Elena | De La Cruz | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 80 | Leobardo | L. | Pascual | | Flor | | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 81 | Leobardo | L. | Pascual | | Janet | | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 82 | Leobardo | L. | Pascual | | Manuela | | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | Leobardo | L. | Pascual | | Maria | Elvia | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 84 | Leobardo | L. | Pascual | | Rafael | | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 85 | Leobardo | L. | Pascual | | Raquel | | Lopez Pascual | | Sibling | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 86 | Leobardo | L. | Pascual | | Diego | | Lopez Reyes | | Child | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 87 | Leobardo | L. | Pascual | | Juan | | Lopez Reyes | | Child | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 88 | Leobardo | L. | Pascual | | Ana | | Pascual Ortiz | | Parent | Mexico | Mexico | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 89 | Manuel | D. | Patrocino | | Keyla | | Patrocino | | Child | Dominican Republic | Dominican Republic | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 90 | Manuel | D. | Patrocino | | Sandra | | Patrocino | | Spouse | Dominican Republic | Dominican Republic | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 91 | Alejo | | Perez | | Marina | Z. | Perez | | Spouse | Dominican Republic | Dominican Republic | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 92 | Kiran | Kumar | Reddy Gopu | | Adilakshumma | | Gopu | | Parent | India | India | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 93 | Kiran | Kumar | Reddy Gopu | | Venkata | Subba | Reddy Gopu | | Parent | India | India | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 94 | Rahma | | Salie | | Afkham | | Salie | | Sibling | Sri Lanka | Sri Lanka | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

docs-100725242.1

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | Rahma | | Salie | | Haleema | | Salie | | Parent | Sri Lanka | Sri Lanka | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 96 | Rahma | | Salie | | Ysuff | | Salie | | Parent | Sri Lanka | Sri Lanka | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 97 | Rahma | | Salie | | Michael | | Theodoridis | | Spouse (Deceased) | Switzerland | Switzerland | N/A | N/A | N/A | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 98 | Nolbert | | Salomon | | Antoine | | Salomon | | Parent | Haiti | Haiti | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 99 | Nolbert | | Salomon | | Edison | | Salomon | | Sibling | Haiti | Haiti | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 100 | Nolbert | | Salomon | | James | | Salomon | | Sibling | Haiti | Haiti | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 101 | Hugo | | Sanay | | Clara | | Sanay | | Spouse | Ecuador | Ecuador | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 102 | Hugo | | Sanay | | Hugo | | Sanay | Jr. | Child | Ecuador | Ecuador | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 103 | Mohammed | | Shajahan | | Mansura | | Shajahan | | Spouse | Bangladesh | Bangladesh | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 104 | Derek | Olgilvie | Sword | | David | Beaumont | Sword | | Parent | United Kingdom | United Kingdom | Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 105 | Derek | Olgilvie | Sword | | Graeme | David | Sword | | Sibling | United Kingdom | United Kingdom | Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 106 | Derek | Olgilvie | Sword | | Irene | Olgilvie | Sword | | Parent | United Kingdom | United Kingdom | Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 107 | Harshad | S. | Thatte | | Pallavi | | Shirolkar | | Spouse | India | India | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $12,500,000.00 | N/A |

Ex. A
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Michael | | Theodoridis | | Rahma | | Salie | | Spouse (Deceased) | Greek | Sri Lanka | N/A | N/A | N/A | N/A | 8117 | Common Law | $12,500,000.00 | N/A |
| 109 | Michael | | Theodoridis | | Constantinos | | Theodoridis | | Parent (Deceased) | Switzerland | Switzerland | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 110 | Michael | | Theodoridis | | Jordanis | | Theodoridis | | Sibling | Switzerland | Switzerland | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 111 | Michael | | Theodoridis | | Margarita | | Theodoridis | | Parent | Switzerland | Switzerland | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 112 | Vanavah | | Thompson | | Tsahai | S. | Santiago | | Sibling | Guyana | Guyana | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 113 | Vanavah | | Thompson | | Doreen | | Thompson | | Parent | Guyana | Guyana | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |
| 114 | Martin | Morales | Zempoaltecatl | | Gonzalo | | Morales | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 115 | Martin | Morales | Zempoaltecatl | | Benjamin | Morales | Zempoaltecatl | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 116 | Martin | Morales | Zempoaltecatl | | Delfino | Morales | Zempoaltecatl | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 117 | Martin | Morales | Zempoaltecatl | | Eusebio | Morales | Zempoaltecatl | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |

Ex. A
**Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)**
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Decedent's Nationality on 9/11/01 | Plaintiff's Nationality on 9/11/01 | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Solatium Damages Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | Martin | Morales | Zempoaltecatl | | Glafira | Morales | Zempoaltecatl | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 119 | Martin | Morales | Zempoaltecatl | | Jose | Morales | Zempoaltecatl | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 120 | Martin | Morales | Zempoaltecatl | | Julia | Morales | Zempoaltecatl | | Sibling | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $4,250,000.00 | N/A |
| 121 | Martin | Morales | Zempoaltecatl | | Maria | P.M. | Zempoaltecatl Cortez | | Parent | Mexico | Mexico | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8117 | Common Law | $8,500,000.00 | N/A |

$829,250,000.00

Ex. B
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| W | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Decedent Nationality on 9/11/01 | Relationship | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sophia | | Addo | | Ghana | Estate | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $2,133,404.00 | $2,000,000.00 | $4,133,404.00 | N/A |
| 2 | Antonio | J. | Alvarez | | Mexico | Estate | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $3,930,183.00 | $2,000,000.00 | $5,930,183.00 | N/A |
| 3 | Ivhan | Luis | Bautista | | Peru | Estate | N/A | N/A | N/A | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 4 | Luigi | | Calvi | | Italy | Estate | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN) | 8/29/2024 & 9/4/2024 | # 10277 & # 10300 | N/A | 8017 | Common Law | $5,847,348.00 | $2,000,000.00 | $7,847,348.00 | N/A |
| 5 | Luis | A. | Chimbo | | Ecuador | Estate | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $1,538,381.00 | $2,000,000.00 | $3,538,381.00 | N/A |
| 6 | Juan | Pablo Alvarez | Cisneros | | Guatemala | Estate | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 7 | Jaime | | Concepcion | | Dominican Republic | Estate | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $1,243,593.00 | $2,000,000.00 | $3,243,593.00 | N/A |
| 8 | Helen | | Cook | | Honduras | Estate | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 9 | Titus | | Davidson | | Jamaica | Estate | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN) | 8/29/2024 | # 10277 | N/A | 8017 | Common Law | $151,917.00 | $2,000,000.00 | $2,151,917.00 | N/A |
| 10 | Manuel | | De Jesus Molina | | Dominican Republic | Estate | Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $3,513,253.00 | $2,000,000.00 | $5,513,253.00 | N/A |
| 11 | Ramzi | A. | Doany | | Jordan | Estate | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv- | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $1,157,557.00 | $2,000,000.00 | $3,157,557.00 | N/A |

docs-100725243.1

Ex. B
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| W | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Decedent Nationality on 9/11/01 | Relationship | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 05306 (GBD) (SN) | | | | | | | | | |
| 12 | Godwin | Orville | Forde | | United Kingdom | Estate | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 13 | Wilder | A. | Gomez | | Colombia | Estate | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $2,310,555.00 | $2,000,000.00 | $4,310,555.00 | N/A |
| 14 | Kiran | Kumar Reddy | Gopu | | India | Estate | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $2,132,029.00 | $2,000,000.00 | $4,132,029.00 | N/A |
| 15 | Peter | | Gyulavary | | Australia | Estate | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $2,638,852.00 | $2,000,000.00 | $4,638,852.00 | N/A |
| 16 | Gricelda | E. | James | | Honduras | Estate | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $683,893.00 | $2,000,000.00 | $2,683,893.00 | N/A |
| 17 | Stephen | | Joseph | | Trinidad and Tobago | Estate | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 18 | Gavkharoy | | Kamardinova | | Uzbekistan | Estate | Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 19 | Rajesh | | Khandelwal | | India | Estate | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 20 | Manuel | E. | Mejia | | Dominican Republic | Estate | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $421,216.00 | $2,000,000.00 | $2,421,216.00 | N/A |

Ex. B
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| W | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Decedent Nationality on 9/11/01 | Relationship | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Antonio | | Melendez | | Mexico | Estate | Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 22 | Yelena | | Melnichenko | | Lithuania | Estate | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $4,422,805.00 | $2,000,000.00 | $6,422,805.00 | N/A |
| 23 | Nurul | Haque | Miah | | Bangladesh | Estate | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 24 | Antonio | | Montoya | | Colombia | Estate | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 25 | Stephen | Philip | Morris | | United Kingdom | Estate | Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $6,006,042.00 | $2,000,000.00 | $8,006,042.00 | N/A |
| 26 | Damion | | Mowatt | | Jamaica | Estate | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $788,962.00 | $2,000,000.00 | $2,788,962.00 | N/A |
| 27 | Jerome | O. | Nedd | | Trinidad | Estate | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $1,367,777.00 | $2,000,000.00 | $3,367,777.00 | N/A |
| 28 | Manuel | D. | Patrocino | | Dominican Republic | Estate | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $1,490,646.00 | $2,000,000.00 | $3,490,646.00 | N/A |
| 29 | Alejo | | Perez | | Dominican Republic | Estate | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 30 | Rahma | | Salie | | Sri Lanka | Estate | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv- | 6/17/2024 & 9/3/2024 | # 9931 & # 10292 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |

docs-100725243.1

Ex. B
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| W | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Decedent Nationality on 9/11/01 | Relationship | Case Name and Case Number of Prior Damage Award(s) Against Iran | Date of Prior Damage Award(s) Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgment Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiffs' Cause of Action for Damages Against Taliban | Total Economic Damages Amount ($) | Total Non-Economic Damages Amount ($) | TOTAL Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 05321 (GBD) (SN) | | | | | | | | | |
| 31 | Nolbert | | Salomon | | Haiti | Estate | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 32 | Hugo | | Sanay | | Ecuador | Estate | Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $796,621.00 | $2,000,000.00 | $2,796,621.00 | N/A |
| 33 | Mohammed | | Shajahan | | Bangladesh | Estate | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $3,016,757.00 | $2,000,000.00 | $5,016,757.00 | N/A |
| 34 | Derek | Olgilvie | Sword | | United Kingdom | Estate | August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 35 | Harshad | S. | Thatte | | India | Estate | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $4,151,054.00 | $2,000,000.00 | $6,151,054.00 | N/A |
| 36 | Michael | | Theodoridis | | Switzerland | Estate | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $8,514,726.00 | $2,000,000.00 | $10,514,726.00 | N/A |
| 37 | Vanavah | | Thompson | | Guyana | Estate | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | | $2,000,000.00 | $2,000,000.00 | N/A |
| 38 | Martin | Morales | Zempoaltecatl | | Mexico | Estate | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN) | 6/17/2024 | # 9931 | N/A | 8017 | Common Law | $1,945,440.00 | $2,000,000.00 | $3,945,440.00 | N/A |
| | | | | | | | | | | | | | $60,203,011.00 | $76,000,000.00 | $136,203,011.00 | |