# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patricia Fennelly, et al.,

-v-

Islamic Republic of Iran

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:23-cv-10824-GBD

I hereby certify under the penalties of perjury that on the 2nd day of May 2024, I served defendant Islamic Republic of Iran at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> Attn: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No.: 8161 1184 2731, to the Secretary of State, ATTN: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons;
2. Complaint dated December 13, 2023;
3. Civil Cover Sheet;
4. Related Case Statement;
5. Letter to Honorable Sarah Netburn dated December 13, 2023;
6. Notice to conform to Sudan Consolidated Amended Complaint or *ASHTON* Sudan Amended Complaint dated December 18, 2023;
7. Notice to Conform to Consolidated Amended complete dated December 18, 2023;
8. Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;
9. Affidavits of Translator;
10. Translations of the above-mentioned documents.

Dated: New York, New York
       May 2, 2024

RUBY J. KRAJICK
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk