# EXHIBIT C

From: NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
Sent: Wednesday, March 12, 2025 11:17 AM
To: CourtMail@nysd.uscourts.gov
Subject: Activity in Case 1:23-cv-10824-GBD-SN Fennelly et al v. Islamic Republic of Iran Clerk Certificate of Mailing Received

**EXTERNAL SENDER**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 3/12/2025 at 11:16 AM EDT and filed on 3/12/2025
**Case Name:** Fennelly et al v. Islamic Republic of Iran
**Case Number:** 1:23-cv-10824-GBD-SN
**Filer:**
**Document Number:** 44

**Docket Text:**
**CLERK CERTIFICATE OF MAILING RECEIVED for the 1. Summons; 2. Complaint dated December 13, 2023; 3. Civil Cover Sheet; 4. Related Case Statement; 5. Letter to Honorable Sarah Netburn dated December 13, 2023; 6. Notice to conform to Sudan Consolida ted Amended Complaint or ASHTON Sudan Amended Complaint dated December 18, 2023; 7. Notice to Conform to Consolidated Amended complete dated December 18, 2023; 8. Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611; 9. Affidavits of Translator; 10. Translations of the above-mentioned**

1

documents. mailed to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran Attn: H.E. Hossein Amir-Abdollahian mailed to Islamic Republic of Iran on 5/2/2024 by Federal Express tracking # 8161 1184 2731, as per [14] Clerk Certificate of Mailing. RECEIVED ON: 03/12/2025. (tae)

**1:23-cv-10824-GBD-SN Notice has been electronically mailed to:**

Jerry Stephen Goldman    jgoldman@andersonkill.com, courtmail@andersonkill.com, erybicki@andersonkill.com, gpinas@andersonkill.com, jbuniak@andersonkill.com

Bruce Elliot Strong    bstrong@andersonkill.com, dfraser@andersonkill.com

Alexander Greene    agreene@andersonkill.com, dfraser@andersonkill.com

**1:23-cv-10824-GBD-SN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/12/2025] [FileNumber=32690962-0] [666044b27ddd1e5b51b007ebea55b642b4546b0afe85266385e0b2450328271c24 0e84077af800860bd8909ace03e3558b1b6c62edc9505e65396d9e08423e21]]