```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Estate of John P. O'Neill, Sr. v. The Republic of Iraq, No. 04-cv-01076 (GBD)(SN)
    Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., No. 04-cv-01923 (GBD)(SN)
    Jessica DeRubbio v. Islamic Republic of Iran, No. 18-cv-05306 (GBD)(SN)
    Roberta Agyeman v. Islamic Republic of Iran, No. 18-cv-05320 (GBD)(SN)
    Horace Morris v. Islamic Republic of Iran, No. 18-cv-05321 (GBD)(SN)
    Laurence Schlissel v. Islamic Republic of Iran, No. 18-cv-05331 (GBD)(SN)
    Bakahityar Kamardinova v. Islamic Republic of Iran, No. 18-cv-05339 (GBD)(SN)
    Audrey Ades v. Islamic Republic of Iran, No. 18-cv-07306 (GBD)(SN)
    Lloyd A. Abel, Sr. v. Islamic Republic of Iran, No. 18-cv-11837 (GBD)(SN)
    Chang Don Kim v. Islamic Republic of Iran, No. 18-cv-11870 (GBD)(SN)
    Alexander Jimenez v. Islamic Republic of Iran, No. 18-cv-11875 (GBD)(SN)
    Maureen Moody-Theinert v. Islamic Republic of Iran, No. 18-cv-11876 (GBD)(SN)
    Cheryl Rivelli v. Islamic Republic of Iran, No. 18-cv-11878 (GBD)(SN)
    Lloyd A. Abel, Sr. v. Kingdom of Saudi Arabia, No. 18-cv-11880 (GBD)(SN)
    Margarite Bonomo v. Kingdom of Saudi Arabia, No. 18-cv-11885 (GBD)(SN)
    William Cintron-Lugos v. Kingdom of Saudi Arabia, No. 18-cv-11888 (GBD)(SN)
    David DeConto v. Kingdom of Saudi Arabia, No. 18-cv-11904 (GBD)(SN)
    Stephanie E. Lang v. Kingdom of Saudi Arabia, No. 18-cv-11926 (GBD)(SN)
    David Gordenstein v. Kingdom of Saudi Arabia, No. 18-cv-11941 (GBD)(SN)
    Arthur Harris v. Kingdom of Saudi Arabia, No. 18-cv-11946 (GBD)(SN)
    Rodney Bush v. Kingdom of Saudi Arabia, No. 18-cv-11964 (GBD)(SN)
    Hopeton Richards v. Kingdom of Saudi Arabia, No. 18-cv-11969 (GBD)(SN)
    Deborah Rooney v. Kingdom of Saudi Arabia, No. 18-cv-11970 (GBD)(SN)
    Barbara Carroll Spence v. Kingdom of Saudi Arabia, No. 18-cv-11971 (GBD)(SN)
    Gordon Aamoth, Sr. v. Kingdom of Saudi Arabia, No. 18-cv-12270 (GBD)(SN)
    Richard A. Deuel v. Kingdom of Saudi Arabia, No. 18-cv-12272 (GBD)(SN)
    Kristian G. Kincaid v. Kingdom of Saudi Arabia, No. 18-cv-12273 (GBD)(SN)
    Ana Pascual Ortiz v. Kingdom of Saudi Arabia, No. 18-cv-12274 (GBD)(SN)
    Michael Stackpole v. Kingdom of Saudi Arabia, No. 18-cv-12275 (GBD)(SN)

<u>Gordon Aamoth, Sr. v. Islamic Republic of Iran</u>, No. 18-cv-12276 (GBD)(SN)
<u>Marinella Hemenway v. Islamic Republic of Iran</u>, No. 18-cv-12277 (GBD)(SN)
<u>Jack Zelmanowitz v. Kingdom of Saudi Arabia</u>, No. 18-cv-12381 (GBD)(SN)
<u>Matthew Rowenhorst v. Islamic Republic of Iran</u>, No. 18-cv-12387 (GBD)(SN)
<u>BNY Mellon v. Islamic Republic of Iran</u>, No. 19-cv-11767 (GBD)(SN)
<u>Deborah Bodner v. Islamic Republic of Iran</u>, No. 19-cv-11776 (GBD)(SN)
<u>August Bernaerts v. Islamic Republic of Iran</u>, No. 19-cv-11865 (GBD)(SN)
<u>Ber Barry Aron v. Islamic Republic of Iran</u>, No. 20-cv-09376 (GBD)(SN)
<u>Jeanmarie Hargrave v. Islamic Republic of Iran</u>, No. 20-cv-09387 (GBD)(SN)
<u>Paul Asaro v. Islamic Republic of Iran</u>, No. 20-cv-10460 (GBD)(SN)
<u>Michael Bianco v. Islamic Republic of Iran</u>, No. 20-cv-10902 (GBD)(SN)
<u>Nicole Amato v. Islamic Republic of Iran</u>, No. 21-cv-10239 (GBD)(SN)
<u>Susan M. King v. Islamic Republic of Iran</u>, No. 22-cv-05193 (GBD)(SN)

The motion to substitute filed at ECF No. 10777 is GRANTED. The Court has also reviewed the plaintiffs' letter at ECF No. 10779 and notes that the motion to substitute does not include the following estates referenced in the letter: the Estate of Michael Lomax (motion pending at ECF No. 8577); the Estate of Victoria Alvarez-Brito (motion pending at ECF No. 8577); the Estate of Mario Brito (motion pending at ECF No. 8577); the Estate of Walter Weaver (motion pending at ECF No. 8577); the Estate of Frederick Kuo, Jr. (motion pending at ECF No. 8748); and (vii) the Estate of Paul Hamilton Geier (motion pending at ECF No. 8748).

The plaintiffs are thus directed to file another motion to formally substitute any new personal representatives, including those for the aforementioned estates, that are listed in their updated exhibits. The Clerk of the Court is respectfully directed to close the motion at ECF No. 10777.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  March 14, 2025
        New York, New York