| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Ryan David Lee, individually as Child and as Personal Representative of the Estate of David S. Lee, Deceased | Angela F. Lee, individually as Spouse and as Personal Representative of the Estate of David S. Lee, Deceased and on behalf of all beneficiaries of David S. Lee, Deceased | 1:15-cv-09903, 53, at 1901, 10207, at 79, 10219 | David S. Lee |
| 2 | Michael Margiotta, as Personal Representative of the Estate of Amelia Janine Margiotta, Deceased Parent of Charles Joseph Margiotta, Deceased | Amelia J. Margiotta in their own right as the Parent of Charles Joseph Margiotta, Deceased | 15-cv-09903, 53, at 632 | Charles Joseph Margiotta |
| 3 | Dominic J. Puopolo, Sr., as Personal Representative of the Estate of Dominic J. Puopolo, Jr., Deceased Child of Sonia Morales Puopolo, Deceased | Dominic J. Puopolo, Jr. in their own right as the Child of Sonia Morales Puopolo, Deceased | 1:15-cv-09903, 53, at 3472 | Sonia Morales Puopolo |
| 4 | Martin J. Cummins, III, as Personal Representative of the Estate of Maureen Ellen Cummins, Deceased Parent of Brian Thomas Cummins, Deceased | Maureen Cummins, as Personal Representative of the Estate of Brian T. Cummins, Deceased and on behalf of all beneficiaries of Brian T. Cummins | 1:15-cv-09903, 53, at 809 | Brian Thomas Cummins |
| 5 | Martin J. Cummins, III, as Personal Representative of the Estate of Brian Thomas Cummins, Deceased | Maureen Cummins, as Personal Representative of the Estate of Brian T. Cummins, Deceased and on behalf of all beneficiaries of Brian T. Cummins | 1:02-cv-01616, 3, at 1044 | Brian Thomas Cummins |
| 6 | James E. Martin, as Personal Representative of the Estate of Mary Cay Martin, Deceased Sibling of Kevin W. Donnelly, Deceased | Mary Cay Martin in their own right as the Sibling of Kevin W. Donnelly, Deceased | 1:15-cv-09903, 53, at 2170 | Kevin W. Donnelly |