# EXHIBIT A

| Identification of Plaintiff | General Nature of Claim Asserted in Appendix 1 to the Short Form Complaint | General Nature of Claim Asserted in Appendix 1 to the Short Form Complaint as amended | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Kary Seminerio | Solatium | Personal Injury | 18-cv-12398, 1 at Allegation 43 of Appendix 1 |