IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>*This document relates to:*<br><br>*Knight, et al. v. The Islamic Republic of Iran, No. 18-cv-12398* | Case No. 1:03-md-01570-GBD-SN |

**(PROPOSED) ORDER ON PLAINTIFFS' NOTICE OF MOTION TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15**

Upon consideration of Plaintiffs' Notice of Motion to Amend Pursuant to Federal Rule of Civil Procedure 15(a)(2) and arguments submitted in support thereof, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and Appendix 1 to the Plaintiffs' Iran Short Form Complaint is amended to correctly state the claim asserted for the Plaintiff as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 for the addition of plaintiffs to the case listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10787 in 03-md-1570 (GBD)(SN) and ECF No. 98 in 18-cv-12398 (GBD)(SN).

**SO ORDERED**.

March ___, 2025  
New York, New York

_____  
SARAH NETBURN  
United States Magistrate Judge

1