UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2025

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570

-----------------------------------------------------------x

This document relates to:
   *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   March 14, 2025                 Respectfully submitted,

                                        MOTLEY RICE LLC

                                        */s/ John C. Duane*
                                        John C. Duane, Esq.
                                        Mount Pleasant, SC 29464
                                        Telephone: (843) 216-9000
                                        Facsimile: (843) 216-9450
                                        jduane@motleyrice.com

                                        Counsel for Plaintiffs

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Ryan David Lee, individually as Child and as Personal Representative of the Estate of David S. Lee, Deceased | Angela F. Lee, individually as Spouse and as Personal Representative of the Estate of David S. Lee, Deceased and on behalf of all beneficiaries of David S. Lee, Deceased | 1:15-cv-09903, 53, at 1901, 10207, at 79, 10219 | David S. Lee |
| 2 | Michael Margiotta, as Personal Representative of the Estate of Amelia Janine Margiotta, Deceased Parent of Charles Joseph Margiotta, Deceased | Amelia J. Margiotta in their own right as the Parent of Charles Joseph Margiotta, Deceased | 15-cv-09903, 53, at 632 | Charles Joseph Margiotta |
| 3 | Dominic J. Puopolo, Sr., as Personal Representative of the Estate of Dominic J. Puopolo, Jr., Deceased Child of Sonia Morales Puopolo, Deceased | Dominic J. Puopolo, Jr. in their own right as the Child of Sonia Morales Puopolo, Deceased | 1:15-cv-09903, 53, at 3472 | Sonia Morales Puopolo |
| 4 | Martin J. Cummins, III, as Personal Representative of the Estate of Maureen Ellen Cummins, Deceased Parent of Brian Thomas Cummins, Deceased | Maureen Cummins, as Personal Representative of the Estate of Brian T. Cummins, Deceased and on behalf of all beneficiaries of Brian T. Cummins | 1:15-cv-09903, 53, at 809 | Brian Thomas Cummins |
| 5 | Martin J. Cummins, III, as Personal Representative of the Estate of Brian Thomas Cummins, Deceased | Maureen Cummins, as Personal Representative of the Estate of Brian T. Cummins, Deceased and on behalf of all beneficiaries of Brian T. Cummins | 1:02-cv-01616, 3, at 1044 | Brian Thomas Cummins |
| 6 | James E. Martin, as Personal Representative of the Estate of Mary Cay Martin, Deceased Sibling of Kevin W. Donnelly, Deceased | Mary Cay Martin in their own right as the Sibling of Kevin W. Donnelly, Deceased | 1:15-cv-09903, 53, at 2170 | Kevin W. Donnelly |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 17, 2025
New York, New York