# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Patricia Fennelly, et al.<br><br>-v-<br><br>Islamic Republic of Iran, et al. | **CERTIFICATE OF MAILING**<br><br>Case No.: 1:23-cv-10824-GBD |

I hereby certify under the penalties of perjury that on the 1st day of February 2024, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
ATTN: H.E. Hossein Amir-Abdollahian

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3)

1 copy of the Request for Summons, Summons, Complaint dated December 13, 2023, Civil Cover Sheet, Related Case Statement, Letter to Honorable Sarah Netburn dated December 13, 2023, Notice to Conform to Sudan Consolidated Amended Complaint or *ASHTON* Sudan Amended Complaint dated December 18, 2023, Notice to Conform to Consolidated Amended Complaint dated December 18, 2023, Notice of suit prepared pursuant to 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1130, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator and Translations of the above-mentioned documents in both English and Farsi.

by **USPS RH003921326US**

Dated: New York, New York
       February 1, 2024

                RUBY J. KRAJICK
                CLERK OF COURT

                /s/Rachel Slusher
                DEPUTY CLERK