

United States Department of State

*Washington, D.C.   20520*

December 10, 2024

Daniel Ortiz
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD-SN)

Dear Mr. Ortiz:

I am writing regarding the Court's request for transmittal of Partial Final Default Judgment for the Estate of Geoffrey E. Guja (ECF 8976), Memorandum Decision and Order (March 22, 2023), Partial Judgment (ECF 137), and Notices of Default Judgments to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1112-IE dated September 22, 2024, and delivered on October 1, 2024. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:     Susan M. Davies
        FLEISCHMAN BONNER & ROCCO
        81 Main St., Suite 515
        White Plains, NY 10601