# DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

   Motion: ECF No. __10808__

   Memorandum of law: ECF No. __10809__

   Declaration & supporting exhibits: ECF No. __10810__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| A | Non-U.S.-national immediate family members | IIED under New York law |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

   Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Central Bank of the Islamic Republic of Iran
   _____

**COMPLIANCE**

   As stated in ECF No. __10810__ at ¶ __9__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

   As stated in ECF No. __10810__ at ¶ __9__, these plaintiffs have not previously received judgments against these defendants.

   Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __03__ / __26__ / __2025__.

**SUBJECT MATTER JURISDICTION**

   ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____

   ☒ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

   ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

   ☒ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

   ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☒ resolution of a new issue: __IIED claims for non-U.S. nationals under New York law__

   ☐ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 15-cv-9903 (GBD)(SN), 53 | 15-cv-9903 (GBD)(SN), 826 at 1, 2, 3 | | 11/10/2016, 15-cv-9903, 64 | 12/5/2016, 15-cv-9903, 67 | sought 4/20/2024, 9733 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |