UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 27st day of March 2025, I served defendant:

Islamic Revolutionary Guard Corps
Ali Bagheri
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Imam Khomeini Square
Tehran, Iran

by dispatching via Federal Express, Tracking No. 8800 5758 7092, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10681 in the Burnett case; Order Granting Partial Final Default Judgment, dated January 29, 2025, Document 10681 and Report & Recommendation dated November 4, 2024, Document 10488 (in English and Farsi) entered in the Burnett case; A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated:  March 27, 2025
        New York, New York

                                        TAMMI M. HELLWIG
                                        CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk