UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

In Re Terrorist Attacks on September 11, 2001                03 MDL 1570 (GBD)(SN)

------------------------------------------------------------------------------X

This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02-cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02-cv-7209 (GBD)(SN)
*Ashton, et. Al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

## [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF SCHNEIDER PLAINTIFFS IDENTIFED IN EXHIBIT B

Upon consideration of the evidence and arguments submitted by plaintiffs identified in

Exhibit B to this Order, plaintiffs in *Schneider*, who are each the estate of victim killed in the

terrorist attacks on September 11, 2001 ("*Schneider*" Plaintiffs), and the Judgment by Default

for liability only against the Islamic Republic of Iran, August 31, 2015 (ECF 3021), together

with the entire record in this case, it is hereby;

**ORDERED,** that service of process was effected upon the Iran Defendants in accordance

with 28 U.S.C. §1608(a) for sovereign defendants and 28 U.S.C. §1608(b) for agencies and

instrumentalities of sovereign defendants; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on

behalf of the Plaintiffs in *Schneider*, as identified in the attached Exhibit B, who are the Personal

Representatives of the estates of victims of the terrorist attacks on September 11, 2001, as

indicated in Exhibit B, and it is

**ORDERED** that plaintiffs identified in the expert reports furnished as Exhibit C, are

awarded economic damages as set forth in Exhibit B and as supported by the expert reports and

analyses submitted as Exhibit C to the Reiter Declaration, and it is

**ORDERED** that plaintiffs identified in Exhibit B are awarded pre-judgment interest of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment in the amount of $_____; and it is

**ORDERED** that Plaintiffs identified in Exhibit B may submit an application for punitive, economic damages or other damages (to the extent that such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2025

                               **SO ORDERED:**

                               _____

                               GEORGE B. DANIELS
                               United States District Judge