# EXHIBIT A

# DEFAULT JUDGEMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. 10815

Memorandum of law: ECF No. ______

Declaration & supporting exhibits: ECF No. 10819

**PLAINTIFFS**

Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | United States national estate plaintiff w/o | ATA (18 USC s. 2333); FSIA (28 USC s. 1605A); |
| | prior economic damages judgments | common law |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**

Please list all defendants the plaintiffs are moving against:

Islamic Republic of Iran

**COMPLIANCE**

As stated in ECF No. 10819 at ¶ 8, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. 10819 at ¶ 7, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on 03/28/2025.

**SUBJECT MATTER JURISDICTION**

☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. 3021

☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. 3021

☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: ______

☒ This motion does not raise novel factual or legal issues.

**RELEVENT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page is additional space is needed.

| **Member Case & Operative Complaint** | **Notices of Amendment & Substitutions** **list entries relevant to moving plaintiffs** | **Alternative Service Order** **complete if applicable** | **Affidavit of Service** | **Certificate of Default** | **Liability Judgment** **leave blank if requesting liability judgment** |
|---|---|---|---|---|---|
| 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ECF No. 11 (Consolidated Master Complaint) | 02-cv-6977 (S.D.N.Y)(GBD)(SN) ECF 10374 | | ECF No. 1238 (09/16/2005) | ECF No. 2510 (12/22/2011) | ECF No. 3021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |