| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Alfred | | Bordenabe | | Krystine | | Bordenable | | USA | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2 | Nicole | | DeMartini a/k/a Fasnacht-DeMartini | | Francis | Albert | DeMartini | | USA | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 5 | | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1.* | 12/1/2024 | N/A | $2,177,861.00 | N/A |
| 3 | John | T. | Genovese | | Steven | Gregory | Genovese | | USA | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 6 | | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24.* | 1/1/2025 | N/A | $30,789,724.00 | N/A |
| 4 | Deborah | | Ivory | | Lacey | Bernard | Ivory | | USA | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |
| 5 | Christopher | | Cuomo | | Vanessa | Lang | Langer | | USA | 9/11/2001 | NY | 120cv09387 | 20cv09387, 1 at 2 | 10482 at 3 (granted at 10486) | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 46.* | 4/1/2025 | N/A | $2,740,991.00 | N/A |
| 6 | Terri | | Langone | | Peter | | Langone | | USA | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 3 | | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 69.* | 11/1/2024 | N/A | $5,218,129.00 | N/A |
| 7 | Reza | | Mashayekhi | | Darya | | Lin | | USA | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1-2 | 10222 at 3 (granted at 10227) | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 87.* | 12/1/2024 | N/A | $2,925,648.00 | N/A |
| 8 | Bradley | D. | Noack | | Katherine | | McGarry Noack | | USA | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 4 | 8074 at 3 (granted at 8079) | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 110.* | 3/1/2025 | N/A | $4,855,324.00 | N/A |
| 9 | Alana | | McKenzie | | Molly | Lou | McKenzie | | USA | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 4 | | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 133.* | 4/1/2025 | N/A | $1,416,213.00 | N/A |
| 10 | John | | Capodanno | | Mario | | Nardone | Jr. | USA | 9/11/2001 | NY | 18cv11876 | 18cv11876, 1 at 2 | | N/A | N/A | N/A | *See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 156.* | 1/1/2025 | N/A | $7,950,931.00 | N/A |
| 11 | Teresa | J. | Pycior | | Joseph | J. | Pycior | | USA | 9/11/2001 | VA | 18cv11876 | 18cv11876, 1 at 7 | | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1.* | 4/1/2025 | N/A | $2,715,670.00 | N/A |
| 12 | Debra | | Roberts | | Leo | Arthur | Roberts | | USA | 9/11/2001 | NY | 15cv09903 | 15cv09903, 53 at 119 | | N/A | $2,000,000.00 | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 17.* | 3/1/2025 | N/A | $6,401,059.00 | N/A |
| 13 | Josephine | | Romito | | James | | Romito | | USA | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 11 | 7461 at 3 (granted at 7477) | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 40.* | 4/1/2025 | N/A | $1,900,202.00 | N/A |
| 14 | Theresa | | Russo-Kempf | | Michael | Thomas | Russo | | USA | 9/11/2001 | NY | 18cv12387 | 18cv12387, 1 at 1 | 7525 at 3 (granted at 7555) | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 52.* | 4/1/2025 | N/A | $3,382,813.00 | N/A |
| 15 | Ayleen; George | | Arroyo; Santiago | | Ayleen | J. | Santiago | | USA | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 7-8 | 9261 at 4 (granted at 9263); 9266 at 3 | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 70.* | 1/1/2025 | N/A | $1,226,072.00 | N/A |
| 16 | Yubelly | | Santos | | Rafael | Humberto | Santos | | USA | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 6 | | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 93.* | 1/1/2025 | N/A | $2,401,344.00 | N/A |
| 17 | Patricia | | Rafter | | Bonnie | | Smithwick | | USA | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 6 | | N/A | N/A | N/A | *See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 117.* | 12/1/2024 | N/A | $2,745,019.00 | N/A |