UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:
*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   :
                    : ss.
COUNTY OF NEW YORK  :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

    Jerry S. Goldman, Esq., an attorney at law duly admitted before the Courts of the State of New York, being duly sworn, hereby deposes and says that:

    1.    Plaintiffs' Summons, Complaint, and Notice of Suit, and translations of each, filed in the above-captioned matter, were served upon defendant Islamic Republic of Iran.

    2.    Service was effectuated upon the Iranian Ministry of Foreign Affairs as transmitted by the Foreign Interests Section of the Embassy of Switzerland in Tehran on February 11, 2025, in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.* True and correct copies of the Return of Service and supporting U.S. Department of State documents, provided in a cover letter from Jared Hess to Tammi M. Hellwig dated March 6, 2025, are attached hereto as Exhibit A.

    3.    A copy of the Clerk of the Court's transmittal to the State Department, pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.*, made at my request and after payment of the requisite fees as set forth in the Clerk's Certificate of Mailing, ECF No. 18 (individual case docket), September 17, 2024, is attached hereto as Exhibit B.

4. Receipt of transmittal by the State Department was acknowledged by the Clerk of the Court on the docket on March 19, 2025. *See* attached Exhibit C; *see also* ECF No. 38 (individual case docket).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: April 2, 2025

_____
Jerry S. Goldman, Esq.

Sworn on before me this 2nd day of April, 2025.

_____
Notary Public

HAZEL V. CHRISTOPHER
NOTARY PUBLIC, State of New York
No. 01CH6057347
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 16, 2027

docs-100777183.1