# EXHIBIT C

## Weiss, Amy

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, March 19, 2025 11:29 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-05520-GBD-SN Jelnek et al v. Islamic Republic of Iran, Clerk Certificate of Mailing Received |

**EXTERNAL SENDER**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/19/2025 at 11:28 AM EDT and filed on 3/19/2025

**Case Name:** Jelnek et al v. Islamic Republic of Iran,
**Case Number:** 1:24-cv-05520-GBD-SN
**Filer:**
**Document Number:** 38

**Docket Text:**
**CLERK CERTIFICATE OF MAILING RECEIVED for the Request for Summons; Summons; Iran Short Form Complaint, dated July 22, 2024; Civil Cover Sheet, dated July 22, 2024; Related Case Statement; Corrected Civil Cover Sheet, dated July 25, 2024; Notice t o Conform to Consolidated Amended Complaint, dated August 6, 2024; Notice to Conform to Sudan Consolidated Amended Complaint or ASHTON Sudan Amended Complaint, dated August 6, 2024; Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611; Affidavit of Translator; Translations of the above-mentioned documents mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri mailed to Islamic Republic of Iran on 9/17/2024 by Federal Express tracking # 8182 8358 0290, as per [18] Clerk Certificate of Mailing. RECEIVED ON: 3/18/2025.(tae)**

**1:24-cv-05520-GBD-SN Notice has been electronically mailed to:**

Jerry Stephen Goldman    jgoldman@andersonkill.com, courtmail@andersonkill.com, erybicki@andersonkill.com, gpinas@andersonkill.com, jbuniak@andersonkill.com

Bruce Elliot Strong    bstrong@andersonkill.com, dfraser@andersonkill.com

Alexander Greene    agreene@andersonkill.com, dfraser@andersonkill.com

Jeremy Benjamin Shockett    jshockett@andersonkill.com

**1:24-cv-05520-GBD-SN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/19/2025] [FileNumber=32727428-0] [a55bb399dfce528ebcbbed052cf4e7896756828773d516d5ed5aaf4a525841c494 75065f2917af9da46d2256055df48e8e3fd53c0444ffa88f6d9a27869592f3]]