# EXHIBIT C

Exhibit C - Ashton Solatiums (all US nationals)

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Mitchell | | Curia | | US | Laurence | | Curia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 6 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 2 | | | | | Bobby | | Griffin | | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 | |
| 3 | | | | | Bobby | | Griffin | Jr | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 4 | Anne | | Galizia | | Virginia | | Howard | | US | Joseph | | Howard | | US | 9/11/01 | NY | 02cv06977 | 1463 at 13 | 02cv06977, 2245 | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 5 | | | | | Joanne | | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 997 | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 | |
| 6 | | | | | Tara | Anne | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 7 | | | | | Leonard | W. | Hatton | III | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 8 | | | | | Jessica | L. | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 9 | | | | | Courtney | M. | Nash | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |