| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Thomas J. Cangialosi, Jr., as Personal Representative of the Estate of Helen J. Cangialosi, Deceased Parent of Stephen Jeffrey Cangialosi, Deceased | Helen J. Cangialosi in their own right as the Parent of Stephen J. Cangialosi, Deceased | 1:15-cv-09903, 53, at 1142 | Stephen Jeffrey Cangialosi |
| 2 | Claire Gorayeb, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb in their own right as the Parent of Catherine C. Gorayeb, Deceased | 1:15-cv-09903, 53, at 2895 | Catherine C. Gorayeb |
| 3 | Raymond J. Dowd, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb in their own right as the Parent of Catherine C. Gorayeb, Deceased | 1:15-cv-09903, 53, at 2895 | Catherine C. Gorayeb |
| 4 | John J. Roberts, as Personal Representative of the Estate of Veronica M. Roberts, Deceased Parent of Michael Edward Roberts, Deceased | Veronica M. Roberts in their own right as the Parent of Michael Edward Roberts, Deceased | 1:15-cv-09903, 53, at 1534 | Michael Edward Roberts |
| 5 | James Michael Harlin, as Personal Representative of the Estate of Caroline Anna Harlin, Deceased Parent of Daniel Edward Harlin, Deceased | Caroline Harlin in their own right as the Parent of Daniel Edward Harlin, Deceased | 1:15-cv-09903, 53, at 1855 | Daniel Edward Harlin |
| 6 | Christine Marie Marlo-Triemstra, as Personal Representative of the Estate of Rosemary Claire Meyer, Deceased Parent of Kevin D. Marlo, Deceased | Rosemary Meyer in their own right as the Parent of Kevin D. Marlo, Deceased | 1:15-cv-09903, 53, at 1613 | Kevin D. Marlo |
| 7 | Karen Murphy, as Personal Representative of the Estate of Kenneth George Murphy, Deceased Sibling of Raymond E. Murphy, Sr., Deceased | Murphy, Kenneth George | 1:15-cv-09903, 259, at 12 | Raymond E. Murphy, Sr. |
| 8 | Stephen Frank Jezycki, Jr., as Personal Representative of the Estate of Catherine Frances Jezycki, Deceased Parent of Margaret Alario, Deceased | Catherine Jezycki in their own right as the Parent of Margaret Alario, Deceased | 1:15-cv-09903, 53, at 617 | Margaret Alario |
| 9 | Jeffrey Michael May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May, Deceased | Kenneth Ronald May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May, Deceased | 1:15-cv-09903, 53, at 29; 10611-1,9,10614 | Renee A. May |
| 10 | John P. Baeszler, as Personal Representative of the Estate of Rita Baeszler, Deceased Parent of Jane Ellen Baeszler, Deceased | Baeszler, Rita | 1:15-cv-09903, 275, at 3 | Jane Ellen Baeszler |