UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

*Re: Terrorist Attacks on September 11, 2001, No. 03-MDL-1570 (GBD)(SN) Burnett, et al. v. Islamic Republic of Iran, et al., No. 1: l 5-cv-9903 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 4th day of April 2025, I served defendant:

>Central Bank of the Islamic Republic of lran
>Mohammad Reza Farzin, Governor
>No. 198, Mirdamad Blvd.
>Tehran, Iran
>Islamic Republic of Iran

The head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3) one (1) copy (in English and Farsi) of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing this judgment in the *Burnett case*; Order Granting Partial Final Default Judgment, dated January 29, 2025, Document 10681 (in English and Farsi); A copy of 28 U.S.C. 1330, 1391(t), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only) by USPS Registered Mail RB596338048US.

Dated: April 7, 2025
New York, New York

Tammi M. Hellwig
Clerk of Court

/s/Rachel Slusher
Deputy Clerk