USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON					Civil Action No.
SEPTEMBER 11, 2001						03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   April 7, 2025					Respectfully submitted,

							MOTLEY RICE LLC

							*/s/ John C. Duane*
							John C. Duane, Esq.
							Mount Pleasant, SC 29464
							Telephone: (843) 216-9000
							Facsimile: (843) 216-9450
							jduane@motleyrice.com

							Counsel for Plaintiffs

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Ryan David Lee, individually as Child and as Personal Representative of the Estate of David S. Lee, Deceased | Angela F. Lee, individually as Spouse and as the Personal Representative of the Estate of David S. Lee, Deceased and on behalf of minor child R.L. and on behalf of all survivors of David S. Lee | 1:02-cv-01616, 26, 29, at 4802, 5284-1, at 7, 5296 | David S. Lee |
| 2 | Michael Margiotta, as Personal Representative of the Estate of Amelia Janine Margiotta, Deceased Parent of Charles Joseph Margiotta, Deceased | Amelia J. Margiotta in their own right as the Mother of Charles Joseph Margiotta, Deceased | 1:02-cv-01616, 1, at 364 | Charles Joseph Margiotta |
| 3 | Mary F. Waterman, as Personal Representative of the Estate of Beverly A. Faragher, Deceased Parent of Kathleen Faragher, Deceased | Beverly Faragher (P4262) | 1:02-cv-01616, 305, at P4262 | Kathleen Faragher |
| 4 | Dominic J. Puopolo, Sr., as Personal Representative of the Estate of Dominic J. Puopolo, Jr., Deceased Child of Sonia Morales Puopolo, Deceased | Dominic J. Puopolo, Jr. (P5500) | 1:03-md-01570, 602, at P5500 | Sonia Morales Puopolo |
| 5 | Martin J. Cummins, III, as Personal Representative of the Estate of Maureen Ellen Cummins, Deceased Parent of Brian Thomas Cummins, Deceased | Maureen Cummins, in her own right and as the Representative of the Estate of Brian Cummins, Deceased | 1:02-cv-01616, 3, at 1044 | Brian Thomas Cummins |
| 6 | Martin J. Cummins, III, as Personal Representative of the Estate of Brian Thomas Cummins, Deceased | Maureen Cummins, in her own right and as the Representative of the Estate of Brian Cummins, Deceased | 1:02-cv-01616, 3, at 1044 | Brian Thomas Cummins |
| 7 | Thomas J. Cangialosi, Jr., as Personal Representative of the Estate of Helen J. Cangialosi, Deceased Parent of Stephen Jeffrey Cangialosi, Deceased | Helen J. Cangialosi in their own right as the Mother of Stephen J. Cangialosi, Deceased | 1:02-cv-01616, 3, at 967 | Stephen Jeffrey Cangialosi |
| 8 | Claire Gorayeb, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb (P3703) | 1:02-cv-01616, 232, at P3703 | Catherine C. Gorayeb |

| # | Personal Representative | Decedent | Citation | Estate |
|---|---|---|---|---|
| 9 | Raymond J. Dowd, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb (P3703) | 1:02-cv-01616, 232, at P3703 | Catherine C. Gorayeb |
| 10 | John J. Roberts, as Personal Representative of the Estate of Veronica M. Roberts, Deceased Parent of Michael Edward Roberts, Deceased | Veronica M. Roberts (P1237), in her own right as the Mother of Michael Edward Roberts, Deceased | 1:02-cv-01616, 26, 29, at 2309 | Michael Edward Roberts |
| 11 | James Michael Harlin, as Personal Representative of the Estate of Caroline Anna Harlin, Deceased Parent of Daniel Edward Harlin, Deceased | Caroline Harlin (P1765), in her own right as the Mother of Daniel Edward Harlin, Deceased | 1:02-cv-01616, 26, 29, at 3379 | Daniel Edward Harlin |
| 12 | Christine Marie Marlo-Triemstra, as Personal Representative of the Estate of Rosemary Claire Meyer, Deceased Parent of Kevin D. Marlo, Deceased | Rosemary Meyer (P1962), in her own right as the Mother of Kevin D. Marlo, Deceased | 1:02-cv-01616, 26, 29, at 3739 | Kevin D. Marlo |
| 13 | Stephen Frank Jezycki, Jr., as Personal Representative of the Estate of Catherine Frances Jezycki, Deceased Parent of Margaret Alario, Deceased | Catherine Jezycki, in her own right as the Mother of Margaret Alario, Deceased | 1:02-cv-01616, 1, at 34 | Margaret Alario |
| 14 | Jeffrey Michael May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May, Deceased | Kenneth May, as Personal Representative of the Estate of Ronald F. May, Deceased Parent of Renee A. May, Deceased | 1:02-cv-01616, 1, at 376; 10609-1, 31, 10613, 10735-1, 1, 10758 | Renee A. May |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 8, 2025
New York, New York