# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, 1:04-cv- 01923 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, 1:18-cv-07306 (GBD)(SN)
*Allison Garger, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11950 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, 1:23-cv-05790 (GBD)(SN)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included in Exhibit A are to be substituted into the cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10843.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**EXHIBIT A to Motion to Substitute Parties**

| | **Previous Personal Representative:** | **Case Number:** | **Substituted Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | John Doe 102, being intended to designate the Estate of Nehamon Lyons, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons | No. 1:04-cv-01923 (GBD)(SN) | Gregory Taylor as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons | AR | Nehamon Lyons |
| 2. | John Doe 102, being intended to designate the Estate of Nehamon Lyons, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or | No. 1:04-cv-01076 (GBD)(SN) | Gregory Taylor as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons | AR | Nehamon Lyons |

2

docs-100779905.1

| | | | | | |
|---|---|---|---|---|---|
| | having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon LyonsMarquis Lyons, individually, as surviving sibling of Nehamon Lyons | | | | |
| 3. | Jewel Lyons as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons | No. 1:18-cv-07306 (GBD)(SN); No. 1:18-cv-11950 (GBD)(SN) | Gregory Taylor as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons | AR | Nehamon Lyons |
| 4. | Kristen Graf, as the Personal Representative of the Estate of Edwin J. Graf, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III | No. 1:23-cv-05790 (GBD)(SN); No. 1:04-cv-01923 (GBD)(SN) | Susan Fennell being intended to designate the Personal Representative of the Estate of Edwin J. Graf, III, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a | NC | Edwin J. Graf, III |

3

docs-100779905.1

| | | | | | |
|---|---|---|---|---|---|
| | | court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III | | | |