**EXHIBIT A**

| # | Plaintiff Group | ECF No. of Pending Motion | Motion Filing Date | Claims Subject to Pending Motion |
|---|---|---|---|---|
| 1 | *Ashton* Plaintiffs | ECF No. 6123 | April 6, 2020 | Objections to Reports and Recommendations Regarding Non-Immediate Family Members at ECF Nos. 5387 and 5701 |
| 2. | *O'Neill* Plaintiffs | ECF No. 10326 | September 9, 2024 | Non-U.S. national solatium plaintiffs |
| 3. | *Burnett* Plaintiffs | ECF No. 10362 | September 16, 2024 | U.S. national personal injury plaintiffs |
| 4. | *Burnett* Plaintiffs | ECF No. 10424 | October 15, 2024 | Non-U.S. national estate plaintiffs |
| 5. | *O'Neill* Plaintiffs | ECF No. 10524 | November 12, 2024 | U.S. national estate and solatium plaintiffs |
| 6. | *Burnett* Plaintiffs | ECF No. 10583 | December 6, 2024 | U.S. national estate and solatium plaintiffs |
| 7. | *Burnett* Plaintiffs | ECF No. 10619 | December 11, 2024 | U.S. national estate plaintiffs |
| 8. | *Burnett* Plaintiffs | ECF No. 10740 | February 26, 2025 | Non-U.S. national solatium plaintiffs |
| 9. | *Burnett* Plaintiffs | ECF No. 10744 | February 26, 2025 | U.S. national estate plaintiffs |
| 10. | *Burnett* Plaintiffs | ECF No. 10772 | March 7, 2025 | U.S. national personal injury plaintiffs |
| 11. | *Burnett* Plaintiffs | ECF No. 10808 | March 26, 2025 | Non-U.S. national solatium plaintiffs |
| 12. | *Burnett* Plaintiffs | ECF No. 10814 | March 28, 2025 | U.S. national estate and solatium plaintiffs |
| 13. | *O'Neill* Plaintiffs | ECF No. 10822 | April 1, 2025 | U.S. national estate and solatium plaintiffs |
| 14. | *Ashton* Plaintiffs | ECF No. 10827 | April 3, 2025 | U.S. national estate and solatium plaintiffs |