

United States Department of State

Washington, D.C. 20520

Tammi M. Hellwig
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

March 27, 2025

**Re: *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN):**
***Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, 1:15-cv-09903**

Dear Ms. Hellwig:

I am writing regarding the Court's request for transmittal of an Order Granting Partial Final Default Judgment for the Burnett Plaintiffs Listed in Exhibits A and B (ECF 10373), Order Granting Partial Final Default Judgment for the Burnett Plaintiffs Listed in Exhibits A and B (ECF 10388), and Notice of Default Judgments to the Islamic Republic of Iran and the Iranian Revolutionary Guard Corps pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes No. 1020-IE and 1021-IE both dated February 19, 2025, and delivered on February 26, 2025. Certified copies of the diplomatic notes are enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc: John Duane
   Motley Rice
   28 Bridgeside Blvd.
   Mt. Pleasant, SC 29464