UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court thanks the parties for their letter informing it about the U.S. Victims of State Sponsored Terrorism ("VSST") Fund deadline. See ECF No. 10845. The Court will endeavor to address the motions for default judgment in advance of this new deadline but cannot guarantee that it will reach all such claims before June 1, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 9, 2025
               New York, New York