# Exhibit A

## Knight Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| | Claimant | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|
| | First | Mi dd | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Kimberly | | Bastible | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 1 of Appendix 1 | | $ 5,000,000.00 |
| 2 | Richard | | Daoust | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 10 of Appendix 1 | | $ 5,000,000.00 |
| 3 | John | | Highfield | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 12 of Appendix 1 | | $ 5,000,000.00 |
| 4 | Oscar | | Perez | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 30 of Appendix 1 | | $ 5,000,000.00 |
| 5 | Giovanni | | Seminerio | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 38 of Appendix 1 | | $ 5,000,000.00 |
| 6 | Kary | | Seminerio | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 43 of Appendix 1 | 10792 | $ 7,000,000.00 |
| 7 | Patricia | | Jirak | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 17 of Appendix 1 | | $ 7,000,000.00 |
| 8 | Ava | | Becklund | | US | NY | 18cv12398 | 18cv12398, 1 at Allegation 3 of Appendix 1 | | $ 5,000,000.00 |