# Exhibit B

## Kimberly Bastible

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Knight, et al. v. The Islamic Republic of Iran* | 18-cv-12398 (GBD)(SN)<br>ECF Case |

**DECLARATION OF KIMBERLY BASTIBLE**

I, Kimberly Bastible, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1.  I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration.

2.  I was a citizen of the United States on September 11, 2001, and I remain so today.

3.  On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred. At the time of these attack, I was employed as a medicolegal investigator for the New York City Office of Chief Medical Examiner (OCME).

4.  My duties with the OCME included investigating suspicious, unexpected, unexplained, and violent deaths. On the morning of September 11th, our office received information that a small plane had hit the Word Trade Center (WTC). We were dispatched to Ground Zero to investigate.

5.  Upon arrival, the scene of the attacks can only be described as apocalyptic. There was little to no visibility. It was dark and gray. The air was filled with smoke, soot, ash and dust and debris from the remnants of what had been the WTC. The atmosphere was chaotic. Large banks of lights had to be set up to provide at least some visibility for the fire fighters and other emergency personnel that covered the area as the rescue operations continued.

1

6.    The environment was extremely compromised. All of us who were working there were forced to breathe air which burned and irritated our noses, throats, and lungs with each breath. The protective equipment that I had with me, such as it was, was inadequate to cope with the situation in which I found myself. I inhaled large quantities of smoke and dust in the course of that day. As the day went on, breathing became increasingly more difficult.

7.    The job I was engaged the in for OCME on September 11 was to determine whether bones and indistinguishable parts of bodies recovered from the carnage were human or animal remains.

8.    I was the investigator on duty from 11:30 p.m. on September 10 until 3:30 p.m. on September 11. I left Ground Zero at the end of my shift, around 3:00 p.m. on September 11, and returned the following morning at 3:00 a.m. to continue the work. The conditions at the site were not appreciably different from that of the day before.

9.    In the months that followed the attacks, the OCME office continued to maintain a presence at Ground Zero. Working in this environment the amid the devastation, I was constantly reminded of the horror of that day. I continued to be exposed, as did all of those working with me, to chemical and other toxic substances present at the site. Our normal protective equipment was insufficient to protect us in these circumstances. Our office was on-site at Ground Zero, identifying human remains, from September 1, 2001 until May 2004.

10.    As a result of my exposure to the chemicals, fumes, gases and dust on September 11 and thereafter, I sought medical treatment for persistent and debilitating conditions including chronic irritation of my nose and throat, difficulty swallowing, and chest pain. I have also suffered from post-traumatic stress disorder following the events I witnessed on 9/11.

11.     In 2002, I developed bleeding gastric ulcers and I have been under the care of a pulmonologist for asthma since the terrorist attacks. Many of my physical injuries and conditions have been confirmed through the World Trade Center Health Program (WTCHP) and determined to be eligible for compensation by the Victim Compensation Fund (VCF).

12.     I continue to seek medical treatment for the injuries I suffered on 9/11 and its immediate aftermath. Following the evaluation of my conditions by the WTCHP, I pursued a claim with the VCF and was found eligible for compensation for chronic rhinitis, gastro-esophageal reflux disease without esophagitis, asthma, sinusitis and related conditions including chronic cough. A true and correct copy of the VCF eligibility determination letter documenting the physical injuries I suffered as a result of 9/11 is submitted with this Declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 26th day of March, 2025.

Declarant Kimberly Bastible

3



September 11th
Victim Compensation Fund

July 16, 2020

KIMBERLY BASTIBLE



### Re: CLAIM NUMBER: VCF0003475

Dear KIMBERLY BASTIBLE:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for eligibility.

### The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

*   CHRONIC RHINITIS
*   GASTRO-ESOPH REFLUX DISEASE WITHOUT ESOPHAGITIS
*   UNSPECIFIED ASTHMA
*   UNSPECIFIED SINUSITIS AND RELATED PHYSICAL CONDITIONS:  COUGH

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above,** you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries that are not being treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend your claim. If you choose to amend your claim, you must first seek certification for the condition(s) from the WTC Health Program. Seeking certification for your



September 11th
Victim Compensation Fund

condition provides the VCF with the necessary evidence that the condition is eligible for compensation. Please note, however, that because additional certifications do not necessarily impact the amount of your award, we recommend that you wait to receive your award letter to determine whether to seek certification for any additional condition(s).

**If you do not have injuries other than those listed above,** you should submit the compensation section of your claim form and the required supporting materials if you have not already done so. If you have already submitted this information, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0003475**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

P.O. Box 34500, Washington, D.C. 20043
VCF0003475EL0716201A