# Exhibit I

## Ava Becklund

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Knight, et al. v. The Islamic Republic of Iran* | 18-cv-12398 (GBD)(SN) <br> ECF Case |

### DECLARATION OF AVA BECKLUND

I, Ava Becklund, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1.    I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration.

2.    I was a citizen of the United States on September 11, 2001, and I remain so today.

3.    On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred.

4.    On the morning of September 11, 2001, I was in my apartment on the sixth floor of 80 North Moore Street, three blocks from the World Trade Center, preparing to take my mother to work. A short time after 8:30 we heard a roar and then an explosion. We turned on the television and learned that a plane had hit the WTC.

5.    I immediately went to check on my grandmother who lived in an apartment at 40 Harrison Street on the thirty-sixth floor of a building, facing the WTC. I arrived at her apartment and we saw the second plane hit the south tower of the WTC. Paper and other debris from the impact began hitting the windows of the apartment. We were afraid to leave the apartment so we watched the news on television to find out what was happening. We could hear the sirens of the emergency vehicles and see the towers burning and people jumping to their deaths. There was an

1

incredible amount of noise. We saw the chaos of panicked people running away from the towers while the firemen and policemen were moving toward them. We were still in my grandmother's apartment when the towers collapsed. We also witnessed the collapse of 7 WTC. The smoke was so thick at that point we could no longer see outside.

6. We left my grandmothers apartment and returned to the building where my mother was waiting in our apartment. We continued to watch television to see if we were supposed to evacuate. We stayed in our apartment the night of the eleventh and the following morning went out to see what the situation was in our neighborhood. We were allowed only around our neighborhood. Everything was covered with dust and debris.

7. In the days that followed the National Guard came in to keep people from outside the area from coming in. We were able to walk around a bit more to see what had happened. It looked like a ghost town. We saw very few people and those we did see were covered in dust. In the months that followed the barges continued to carry debris from the buildings and bodies from the area. The air had a very weird smell that lingered for months. It was that of smoke combined with combination of everything that had burned, the buildings with whatever materials they contained and the bodies of the victims.

8. Approximately one and a half years after the attack I began experiencing shortness of breath, wheezing, and difficulty breathing in general. I went to an internist who diagnosed me with asthma. I was referred to a pulmonologist who confirmed that diagnosis and indicated I was also suffering from gastro-intestinal reflux disease which caused the burning sensation in my throat. I was told these conditions would likely get progressively worse over time.

9. Since 9/11 I have continued to experience breathing problems and shortness of breath. It affects my daily life in that I am unable to lift heavy objects and I cannot use many

ordinary household chemicals such as bleach. I have also been treated for depression stemming from the horrific and gruesome things I saw on 9/11 and in the days that followed. I still have difficulty with loud noises, especially airplanes. I am still under the care of a psychologist.

10.    As a result of my exposure to the chemicals, dust, and ash emanating from Ground Zero in the days and months following 9/11, in addition to what I was exposed to on the day of the attacks, I have continued to suffer from medical issues.

11.    After several years under the care of a private physicians, I was informed of the World Trade Center Health Program (WTCHP). I contacted the Program to see if there was anything that that could be done in addition to the treatment I was already receiving. My physical injuries and conditions were confirmed through the WTCHP and determined to be eligible for compensation by the Victim Compensation Fund (VCF).

12.    I continue to seek medical treatment for the injuries I suffered in the immediate aftermath of 9/11. Following the evaluation of my conditions by the WTCHP, I pursued a claim with the VCF and was found eligible for compensation for gastro-esophageal reflux disease and asthma. A true and correct copy of the VCF eligibility determination letter documenting the physical injuries I suffered as a result of the attacks on 9/11 is submitted with this Declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 9 day of April, 2025.

Declarant Ava Becklund

3



September 11th
Victim Compensation Fund

October 26, 2020



AVA BECKLUND

### Re: CLAIM NUMBER: VCF0090630

Dear AVA BECKLUND:

The September 11th Victim Compensation Fund ("VCF") previously sent you an Eligibility determination letter on December 28, 2017 explaining the outcome of the review of your claim. The letter included a list of condition(s) deemed eligible for compensation. You then amended your claim to add one or more new conditions.

The VCF has considered your amended claim and reviewed the new information you provided. This letter sets forth the revised eligibility determination and supersedes and replaces the previous letter.

### The Decision on your Claim

Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the injuries listed below. *This list includes all injuries for which you have been found eligible.*

- GASTRO-ESOPH REFLUX DISEASE WITHOUT ESOPHAGITIS
- UNSPECIFIED ASTHMA UNCOMPLICATED

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

You submitted the Compensation portion of your claim form. The VCF will contact you if additional information is needed in order to calculate your award. **If you believe your new condition(s) changes your compensation claim**, you should amend your claim. For example, if your new condition is the reason you are not able to work, you should provide that



**September 11th**
**Victim Compensation Fund**

information to the VCF by amending your claim.  Please see the www.vcf.gov website for additional details on how to amend your claim.

**If your newly eligible condition(s) does not change your compensation claim,** you do not need to take any action at this time.

**If in the future the WTC Health Program certifies you for treatment for a condition that was not previously certified,** you may amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0090630**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: GINA VITI