# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Mary Jelnek, et al., | |
|---|---|
| v. | |
| Islamic Republic of Iran | |

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:24-cv-05520-GBD

I hereby certify under the penalties of perjury that on the 17th day of September 2024, I served defendant:

Islamic Republic of Iran
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0290, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Request for Summons; Summons; Iran Short Form Complaint, dated July 22, 2024; Civil Cover Sheet, dated July 22, 2024; Related Case Statement; Corrected Civil Cover Sheet, dated July 25, 2024; Notice to Conform to Consolidated Amended Complaint, dated August 6, 2024; Notice to Conform to Sudan Consolidated Amended Complaint or *ASHTON* Sudan Amended Complaint, dated August 6, 2024; Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611; Affidavit of Translator; Translations of the above-mentioned documents.

Dated: September 17, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk