UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:
*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

## **CLERK'S CERTIFICATE OF DEFAULT**

I, Tammi M. Hellwig, Clerk of the United States District Court for the Southern District of New York, do hereby certify that plaintiffs commenced this action on July 22, 2024 by filing a summons and complaint, and served defendant Islamic Republic of Iran ("Iran") as follows:

As evidenced by letter dated March 6, 2025 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Tammi M. Hellwig, Clerk of Court, service was effectuated on Iran on February 11, 2025, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran, delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1007-IE. *See* Affidavit of Service filed on April 2, 2025, ECF No. 10826.

I further certify that the docket entries indicate that Iran has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Iran is hereby noted.

Dated: New York, New York
    __April 14__ ___, 2025

                                TAMMI M. HELLWIG,
                                Clerk of Court

                                By: _K. Mango_____
                                    Deputy Clerk

docs-100777198.1