## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Mary Jelnek et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party identified in Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative an immediate relative of an individual killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the 9/11 decedent related to the immediate relative of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

Dated: April 14, 2025

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com

2

**EXHIBIT A to Motion to Substitute Party**

|   | **Previous Personal Representative:** | **Case Number:** | **Substituted Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | John Doe 157 as Personal Representative of the Estate of Donald Bittner, deceased, the late parent of Jeffrey Bittner | No. 1:24-cv-05520 (GBD)(SN) | Pamela Bittner-Conley as Personal Representative of the Estate of Donald Bittner, deceased, the late parent of Jeffrey Bittner | FL | Jeffrey Bittner |

docs-100780839.1