UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Mary Jelnek et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party identified in Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative an immediate relative of an individual killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the 9/11 decedent related to the immediate relative of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

docs-100781902.1

Dated: April 15, 2025

        */s/ Jerry S. Goldman*
        Jerry S. Goldman, Esq.
        Bruce E. Strong, Esq.
        Alexander Greene, Esq.
        ANDERSON KILL P.C.
        7 Times Square, 15th Floor
        New York, NY 10036
        Tel: (212) 278-1000
        Fax: (212) 278-1733
        Email: jgoldman@andersonkill.com
               bstrong@andersonkill.com
               agreene@andersonkill.com

docs-100781902.1

**EXHIBIT A to Motion to Substitute Party**

|   | **Previous Personal Representative:** | **Case Number:** | **Substituted Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | John Doe 155, as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker | No. 1:24-cv-05520 (GBD)(SN) | Anthony Stewart, as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker | MD | Chapelle Sarker |

docs-100781902.1