## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Mary Jelnek et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of an immediate relative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individual included in Exhibit A is to be substituted into the case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10865.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100781901.1

## EXHIBIT A to Motion to Substitute Party

|   | **Previous Personal Representative:** | **Case Number:** | **Substituted Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | John Doe 155, as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker | No. 1:24-cv-05520 (GBD)(SN) | Anthony Stewart, as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker | MD | Chapelle Sarker |

docs-100781901.1