# EXHIBIT A

| Identification of Party To be Substituted | Previous Reference to Plaintiff in ECF (18-cv-12337) | State of Residence at Filing | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Christopher Kelly | Christopher Kelly | New York | ECF No. 1-1 (18-cv-12337) at Allegation 57 of Appendix 1 |
| Marianne Kelly | Christopher Kelly | New York | ECF No. 1-1 (18-cv-12337) at Allegation 58 of Appendix 1 |