UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

**[PROPOSED ORDER]**

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative for a deceased family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the Bauer Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above captioned cases.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 10871, and the related motion at 02-cv-6977 (S.D.N.Y.) ECF No. 2250, 02-7236 (S.D.N.Y.) ECF No. 309, and 17-2003 (S.D.N.Y.) ECF No. 373.

Dated: _____, 2025
          New York, New York             SO ORDERED:

                                         _____
                                         SARAH NETBURN
                                         United States Magistrate Judge