USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Case No. 1:03-md-01570-GBD-SN

This document relates to:

*Gaston, et al. v. The Islamic Republic of Iran, No.
18-cv-12337*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Fed. R. Civ. P. 15(d) Plaintiffs move the Court to allow substitution of the
following parties in the above referenced action. The individual being substituted into the case is
personal injury plaintiff Marianne Kelly. Christopher Kelly, her spouse, also a personal injury
plaintiff, was erroneously included twice in the Appendix to the Complaint. The allegation of
Christopher Kelly, referenced in 18-cv-12337 ECF 1 at Allegation 57 of Appendix 1, will remain
unchanged as indicated below.

The following chart demonstrates the how these parties were previously named in the
Complaint and how they wish to proceed going forward:

| Identification of Party To be Substituted | Previous Reference to Plaintiff in ECF (18-cv-12337) | State of Residence at Filing | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Christopher Kelly | Christopher Kelly | New York | ECF No. 1 (18-cv-12337) at Allegation 57 of Appendix 1 |
| Marianne Kelly | Christopher Kelly | New York | ECF No. 1 (18-cv-12337) at Allegation 58 of Appendix 1 |

The motion to substitute is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: April 16, 2025
New York, New York

Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

Dated: April 15, 2025

Respectfully submitted,

 /s/  Robert Keith Morgan
Robert Keith Morgan (*pro hac vice*)
David J. Dickens (*pro hac vice*)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com
ddickens@millerfirmllc.com

Attorneys for Plaintiffs