EXHIBIT A
SOLATIUM

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Daniel | Walter | Hunt | | U.S. | William | Christopher | Hunt | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 976, at 1 | Sibling | | | $ 4,250,000.00 |