## DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No.  10879

Memorandum of law: ECF No.  10880

Declaration & supporting exhibits: ECF No.  10881

**PLAINTIFFS**

Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---------|--------------------------|--------------------|
| A | Solatium of U.S. National Decedents | 28 U.S.C. Sec. 1605A(c) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**

Please list all defendants the plaintiffs are moving against:

Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Central Bank of the Islamic Republic of Iran

**COMPLIANCE**

As stated in ECF No.  10881  at ¶  10 , counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No.  10881  at ¶  10 , these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on  04  /  17  /  2025 .

**SUBJECT MATTER JURISDICTION**

☑ The Court previously addressed subject matter jurisdiction over these claims in ECF No.  85

☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

☑ The Court previously addressed personal jurisdiction over these defendants in ECF No.  85

☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

☑ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions<br><br>*list entries relevant to moving plaintiffs* | Alternative Service Order<br><br>*complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment<br><br>*leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 1:15-cv-9903, 53 | 1:15-cv-9903, 976 | | 11/10/2016, 1:15-cv-9903, 64 | 12/5/2016, 1:15-cv-9903, 67 | 1/31/2017, 1:15-cv-9903, 85 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |