# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**
    Motion: ECF No. __10883__
    Memorandum of law: ECF No. __10884__
    Declaration & supporting exhibits: ECF No. __10885__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | U.S. national solatium plaintiffs | FSIA (28 U.S.C. s. 1605A) |
| C | U.S. national estate plaintiffs | FSIA (28 U.S.C. s. 1605A) |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:
    Islamic Republic of Iran

**COMPLIANCE**
    As stated in ECF No. __10885__ at ¶ __11__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. __10885__ at ¶ __10-14__, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __4__ / __17__ / __2025__.

**SUBJECT MATTER JURISDICTION**
    ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____    see Page 2 (Liability Judgment) (except for Fennelly and Jelnek)
    ☐ The Court has not previously addressed subject matter jurisdiction over these claims. see Page 2 (Liability Judgment) (except for Fennelly and Jelnek)

**PERSONAL JURISDICTION**
    ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____
    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**
    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____
    ☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN), ECF No. 6 | MDL ECF No. 8078 (granted at 8084) | | ECF No. 55 | ECF No. 54 | MDL ECF No. 4595 |
| Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD)(SN), ECF No. 1 | MDL ECF No. 10843 (granted at 10848) | | ECF No. 31 | ECF No. 34 | MDL ECF No. 4594 |
| Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN), ECF No. 1 | MDL ECF No. 9145 (granted at 9170) | | MDL ECF No. 4686 | MDL ECF No. 4806 | MDL ECF No. 5050 |
| Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 4694 | MDL ECF No. 4814 | MDL ECF No. 5054 |
| Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD)(SN), ECF No. 1 | MDL ECF No. 7459 (granted at 7476); 10874 (granted at 10878) | | MDL ECF No. 6896 | MDL ECF No. 6936 | MDL ECF No. 7522 |
| Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN), ECF No. 1 | MDL ECF Nos. 10482 (granted at 10486); 10840 | | MDL ECF No. 8887 | MDL ECF No. 8928 | MDL ECF No. 9416 |
| Celestine Kone, et al. v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN), ECF No. 10 | MDL ECF Nos. 10842; 10843 (granted at 10848) | | MDL ECF No. 10070 | MDL ECF No. 10119 | MDL ECF No. 10306 |
| Danielle Kelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-07283 (GBD)(SN), ECF No. 15 | | | MDL ECF No. 10094 | MDL ECF No. 10113 | MDL ECF No. 10306 |

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| Patricia Fennelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN), ECF No. 1 | | | MDL ECF No. 10781 | MDL ECF No. 10802 | Pending at MDL ECF No. 10822 |
| Mary Jelnek, et al. v. Islamic Republic of Iran, No. 1:24-cv-05520 (GBD)(SN), ECF No. 1 | MDL ECF Nos. 10841; 10863 (granted at 10867); 10865 (granted at 10869) | | MDL ECF No. 10825 | MDL ECF No. 10861 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |