| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Diane B. Aguiar, as Personal Representative of the Estate of Joao A. Aguiar, Sr., Deceased Parent of Joao A. Aguiar, Jr., Deceased | Joao A. Aguiar, Sr., in their own right as the Parent of Joao A. Aguiar, Jr., Deceased | 1:15-cv-09903, 53, at 2758 | Joao A. Aguiar, Jr. |
| 2 | Darlene M. Keohane, individually and as the Personal Representative of the Estate of John Richard Keohane, Deceased | Darlene Keohane in their own right as the Sibling of John Richard Keohane, Deceased | 1:15-cv-09903, 53, at 2297 | John Richard Keohane |
| 3 | Laura D. Fornuff, as Personal Representative of the Estate of Janet A. Dunstan, Deceased Spouse of Richard Anthony Dunstan, Deceased | Janet A. Dunstan, as Personal Representative of the Estate of Richard A. Dunstan, Deceased and on behalf of all the beneficiaries of Richard A. Dunstan | 1:15-cv-09903, 53, at 1154 | Richard Anthony Dunstan |
| 4 | Daniel T. Kirwin, as Personal Representative of the Estate of Barbara Davis Kirwin, Deceased Parent of Glenn Davis Kirwin, Deceased | Barbara Kirwin in their own right as the Parent of Glenn Davis Kirwin, Deceased | 1:15-cv-09903, 53, at 1620 | Glenn Davis Kirwin |
| 5 | Antonio Temple, as Co-Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased | Jacklyn Temple in their own right as the Sibling of Dorothy Temple, Deceased | 1:15-cv-09903, 53, at 622 | Dorothy Pearl Temple |
| 6 | Valencia Temple, as Co-Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased | Jacklyn Temple in their own right as the Sibling of Dorothy Temple, Deceased | 1:15-cv-09903, 53, at 622 | Dorothy Pearl Temple |
| 7 | Robert J. Fox, as Co-Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr., as Personal Representative of the Estate of Alison M. Wildman, Deceased and on behalf of all beneficiaries of Alison M. Wildman | 1:15-cv-09903, 53, at 2306 | Alison M. Wildman |
| 8 | George T. Wildman, as Co-Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr., as Personal Representative of the Estate of Alison M. Wildman, Deceased and on behalf of all beneficiaries of Alison M. Wildman | 1:15-cv-09903, 53, at 2306 | Alison M. Wildman |
| 9 | Richard Edward DelleFemine, Sr., as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased Parent of Carol Marie Bouchard, Deceased | Kenneth E. DelleFemine, as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased Parent of Carol Marie Bouchard, Deceased | 1:15-cv-09903, 53, at 1682, 10252, at 103, 10256 | Carol Marie Bouchard |
| 10 | Kelly Grady, as Personal Representative of the Estate of Brendan M. Grady, Deceased Sibling of Christopher Michael Grady, Deceased | Brendan M. Grady in their own right as the Sibling of Christopher Michael Grady, Deceased | 1:15-cv-09903, 53, at 1251 | Christopher Michael Grady |