UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

----------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10891 in 03-MDL-1570 (GBD)(SN) and ECF No. 982 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

_____

April ___, 2025                              SARAH NETBURN
New York, New York                           United States Magistrate Judge