

Re:  In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)

This Plaintiffs' exhibit comprises a digital media file and has been filed on the public docket on a DVD.  Plaintiffs' counsel will make copies available upon request – either via duplicate DVD, or by posting digital files on a dedicated Sharefile or weblink for download.  ECF No. 9923. Please direct requests to Plaintiffs' counsel using the following contact information (during business hours):

ON BEHALF OF PLAINTIFFS

By:  /s/ James Gavin Simpson

JAMES GAVIN SIMPSON
KREINDLER & KREINDLER LLP
485 Lexington Avenue
New York, NY 10017
Tel.: (212) 687-8181

Email:      911documentarchive@kreindler.com



Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

This Plaintiffs' exhibit comprises a digital media file and has been filed on the public docket on a DVD. Plaintiffs' counsel will make copies available upon request – either via duplicate DVD, or by posting digital files on a dedicated Sharefile or weblink for download. ECF No. 9923. Please direct requests to Plaintiffs' counsel using the following contact information (during business hours):

ON BEHALF OF PLAINTIFFS

By:  /s/ James Gavin Simpson

JAMES GAVIN SIMPSON
KREINDLER & KREINDLER LLP
485 Lexington Avenue
New York, NY 10017
Tel.: (212) 687-8181

Email:    911documentarchive@kreindler.com



Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

This Plaintiffs' exhibit comprises a digital media file and has been filed on the public docket on a DVD. Plaintiffs' counsel will make copies available upon request – either via duplicate DVD, or by posting digital files on a dedicated Sharefile or weblink for download. ECF No. 9923. Please direct requests to Plaintiffs' counsel using the following contact information (during business hours):

ON BEHALF OF PLAINTIFFS

By: /s/ James Gavin Simpson

JAMES GAVIN SIMPSON
KREINDLER & KREINDLER LLP
485 Lexington Avenue
New York, NY 10017
Tel.: (212) 687-8181

Email:     911documentarchive@kreindler.com