# EXHIBIT 10F-TR

## MPS2023-003-TR

## VIDEO TRANSCRIPT

## - ERRATA VERSION -

| Time Stamp | Speaker | Translation from Arabic into [ENGLISH] | Transcription of Original Speech [ARABIC] |
|---|---|---|---|
| 00:34 | Omar Al-Bayoumi a.k.a Abu Emad ("Bayoumi") | In this area there is a church of course | في هذه المنطقة في كنيسة طبعا |
| 00:38 | Bayoumi | And this church is white in color. | وهذه الكنيسة بيضاء اللون. |
| 00:44 | Bayoumi | Sheikh Mutaeb wants to sleep. | الشيخ متعب يبغى ينام. |
| 00:47 | Bayoumi | He is the leader, he is our Emir for this trip. | وهو القائد، وهو أميرنا في هذه الرحلة. |
| 00:53 | Bayoumi | And this is our brother Adel, covering his face with the – the – the – the – map. | وهذا أخينا عادل، يغطي وجهه بال...ال...ال *map*. |
| 01:00 | Bayoumi | However, I can say that… | ولكني أستطيع أن أقول أنه. . . |
| 01:02 | Bayoumi | Nobody covers their faces in these places except for the women. | لا يغطي وجهه في هذه الأماكن إلا النساء. |
| 01:06 | Bayoumi | Even the women are not covering their faces in this area. | حتى النساء لا يغطون وجوههم في هذه المنطقة. |

| 01:13 | Bayoumi | This is Watergate. | هذه ووترجيت. |
|---|---|---|---|
| 01:16 | Bayoumi | This is where Monica is. And Sheikh Clinton! | هنا مونيكا..والشيخ كلينتون! |
| 01:22 | Bayoumi | Hey, our Sheikh… where is the Saudi Embassy?  Where is the Embassy? | شيخنا. . . فين السفارة السعودية؟  فين السفارة؟ |
| 01:30 | Bayoumi | Where is the Embassy guys? | وين السفارة شباب؟ |
| 01:30 | Bayoumi | So… I studied in… | ف ...درست في. . . |
| 01:35 | Bayoumi | This is the Saudi Embassy.  By Allah, it's far. | هذه السفارة السعودية ...والله بعيدة. |
| 01:40 | Bayoumi | This is Space Kennedy.  John Kennedy Space. | وهذه *Space Kennedy*. /English/ |
| 01:52 | Bayoumi | Alexandria. | /English/ |
| 01:54 | Bayoumi | Alexandria, in Virginia. | /English/ |
| 01:58 | Bayoumi | This is the river, these are the trees, and this is the moon. | هذا النهر، وهذا الشجر، وهذا القمر. |

| | | | |
|---|---|---|---|
| **02:04** | Bayoumi | Where is the moon?  There is the moon. Allah is the Greatest. | أين القمر؟ هذا القمر. الله أكبر. |
| **02:12** | Bayoumi | Moon, trees… | قمر، وشجر. . . |
| **02:20** | Bayoumi | and ducks. | وبط. |
| **02:37** | Bayoumi | Sheikhs… and rocks. | وشيوخ وحجر. |
| **02:42** | Bayoumi | Mutaeb!  O Mutaeb, O Sudairy! | سديري يا متعب يا !متعب! |
| **02:47** | Bayoumi | O  Sudairy,  you  are  needed  here immediately! | يا سديري مطلوب فورا! |
| **02:55** | **Unseen speaker** | Hey, film the remote-controlled boat. | صور الباخرة بالريموت كونترول. |
| **03:01** | Bayoumi | And this is a boat that is going on its own. | وهذه باخرة تمشي لوحدها. |
| **03:05** | Bayoumi | Where  did  it  disappear  to?    It  has disappeared.  Where did it go? | أين إختفت؟ لقد إختفت .أين ذهبت؟ |
| **03:12** | Bayoumi | And this is a barking dog. | وهذا كلب ينبح. |

| | | | |
|---|---|---|---|
| **03:15** | Unseen speaker | Where is the boat? | فين الباخرة؟ |
| **03:19** | Bayoumi | Here it is people… a nuclear submarine. | ها يا جماعة...غواصة ذرية. |
| **03:34** | Unseen speaker | … the dog is barking… | ...الكلب ينبح...! |
| **03:46** | Bayoumi | Brother Mutaeb, may you have long life, how do you feel on this day, in Washington, DC? | أخ متعب. إيش شعورك في هذا اليوم، طال عمرك، وإنت في واشنطن دي سي؟ |
| **03:50** | Bayoumi | Of course, this is the tenth day for you. | هذا طبعا عاشر يوم ليك. |
| | | **// video footage cut //** | |

| | | | |
|---|---|---|---|
| | | **// video footage restarts //** | |
| **03:51** | Bayoumi | George Washington University. | /English/ |
| **04:14** | Bayoumi | Buildings that belong to the university. The colors are beautiful of course. | مباني خاصة بالجامعة. الألوان جميلة طبعا. |

| 04:47 | Bayoumi | All these areas, these surrounding areas, belong to the university. | هذه المناطق كلها، المناطق المحيطة هذه تخص الجامعة. |
| 05:07 | Bayoumi | New Hampshire.  The famous street in America. | نيو هامبشر، الشارع المشهور في أمريكا. |
| 05:11 | Bayoumi | This is the street where the Embassy is located. | هذا الشارع الذي تقع فيه السفارة. |
| 05:13 | Bayoumi | Located in it is the Watergate Building. | تقع فيه *Watergate Building*. |
| 05:17 | Bayoumi | This is the Watergate Building.  Watergate Building. | هذه *Watergate Building*. *Watergate Building* |
| 05:23 | Bayoumi | This is the Saudi Educational Attachée.  The Saudi Educational Attachée in this area. | وهذا الملحق التعليمي السعودي. الملحق التعليمي السعودي في هذه المنطقة. |
| 05:28 | Bayoumi | The area here is very beautiful and very old, and… | المنطقة هنا جميلة جدا وقديمة جدا و. . . |
| 05:41 | Bayoumi | Beautiful, and the sky also is filled with clouds, sometimes. | جميلة، والسماء أيضا مليئة بالغيوم أحيانا. |
| 05:53 | Bayoumi | Back to the Watergate Building. | عودة لل *Watergate Building*. |

| 05:57 | Bayoumi | And this is the Saudi Embassy. And that is the flag of the Kingdom of Saudi Arabia. | وهذه سفارة السعودية. وهذا علم المملكة العربية السعودية. |
|---|---|---|---|
| 06:03 | Bayoumi | Flying with the phrase "There is No Other Deity but Allah, Muhammad is the Messenger of Allah." | يطير بلا إله إلا الله، محمد رسول الله. |
| 06:08 | Bayoumi | And this street is Virginia, here. | وهذا الشارع فيرجينيا ، هنا. |
| 06:16 | Bayoumi | This statue belongs to Uncle George Washington. | هذا التمثال يخص العم جورج واشنطن. |
| 06:24 | Bayoumi | I don't know what the inscription is, because I can't see it. I can hardly see it from here. | أنا لا أدري ما هي هذه الكتابة لأني لا أراها، لا أكاد أراها من هنا. |
| 06:28 | Bayoumi | But I am transmitting it as it is. | لكنني أنقلها كما هي. |
| 06:32 | Bayoumi | But what I can transmit is... | لكن الذي أستطيع نقله هو. . . |
| 06:37 | Bayoumi | The flag of the Kingdom of Saudi Arabia. | علم المملكة العربية السعودية. |
| 06:41 | Bayoumi | Certainly the land is beautiful here. | طبعا الأرض جميلة هنا. |
| 06:45 | Bayoumi | Parking is very difficult. | المواقف صعبة جدا. |

| 06:48 | Bayoumi | And bridges are weaving into one another a lot. | والكباري متداخلة جدا. |
|---|---|---|---|
| 07:00 | Bayoumi | This is Watergate. | /English/ |
| 07:05 | Bayoumi | 25th Avenue, or 25th Street. | /English/ |
| 07:13 | Bayoumi | The Saudi Embassy is in this location. | سفارة السعودية في هذا المكان. |
| 07:19 | Bayoumi | And this is the Embassy's number. | هذا رقم السفارة. |
| 07:30 | Bayoumi | And here is the Saudi Attachée… the Saudi Education Attachée. | وهنا توجد الملحق السعودي...ملحقة التعليم السعودي. |
| 07:45 | Bayoumi | Watergate. | /English/ |
| 07:47 | Bayoumi | And here the flags appear in the background. | وهنا تبدو الأعلام في الخلف. |
| 08:00 | Bayoumi | And here the roses appear… the roses appear on the corner. | وهنا تبدو الورود ...تبدو الورود في الركن. |
| 08:08 | Bayoumi | And this is part of the Embassy building in this beautiful area. | وهذه هنا جزء من مبنى السفارة في هذه المنطقة الجميلة. |

| 08:24 | Bayoumi | This is also Watergate. | أيضا هذه *Watergate*. |
|---|---|---|---|
| 08:30 | Bayoumi | This is Kennedy Space. | هذا *Kennedy Space*. |
| 08:37 | Bayoumi | This here is the Saudi Embassy. | هذه هنا سفارة السعودية. |
| 08:51 | Bayoumi | This is the flag here, fluttering up high.  Allah is the Greatest. | هذا العلم خفاقا برفرف هنا .الله أكبر. |
| 09:11 | Bayoumi | This is the hall I used to go to. | هذه القاعة اللتي كنت أذهب إليها. |
| 09:20 | Bayoumi | Close to this location. | قريبة من هذا المكان. |
| 09:24 | Bayoumi | New Hampshire. | /English/ |
| **// video footage cut //** | | | |

| **// video footage restarts //** | | | |
|---|---|---|---|
| 09:29 | Bayoumi | This is the Islamic Center, right? | هذا المركز الإسلامي، هه؟ |
| 09:30 | Unseen speaker | Yeah. | /English/ |

| 09:32 | Unseen speaker | This is over… about 50 years old. | هذا عمره فوق …حوالي خمسين سنة. |
|---|---|---|---|
| 09:35 | Bayoumi | God bless. | ما شاء الله. |
| 09:36 | Bayoumi | The Islamic Center. | المركز الاسلامي. |
| 09:37 | Unseen speaker | Yeah.  From the time of the Ottoman State. | من ايام الدولة العثمانية. |
| 09:39 | Bayoumi | God bless. | ما شاء الله. |
| 09:40 | Unseen speaker | The same states, after the… all Arab states, each one of them put something into it. | نفس الدول، بعد ما …الدول العربية كلها، كلمن حط شي فيه. |
| 09:45 | Bayoumi | Aha.  Each one of them contributed? | اها …كلن ساهموا؟ |
| 09:46 | Unseen speaker | Egypt… yes, gave the stones.  Turkey gave the carpets.  And Iran also gave rugs. | مصر   …نعم، حطت الحجارة وتركيا حطت السجاد، وايران كمان حطت سجاد. |
| 09:52 | Bayoumi | And they all worked together, huh? | والله تعاونوا يعني هه؟ |
| 09:53 | Unseen speaker | Yes, they cooperated. | اه تعاونوا. |

| 09:54 | Unseen speaker | You can say this is a place for diplomats. | ممكن يعني تقول هدا مكان دبلوماسي اكتر. |
|---|---|---|---|
| 09:58 | Bayoumi | Uh-huh.  Meaning for all of them? | اهه.  للجميع يعني؟ |
| 09:59 | Unseen speaker | For Embassies. | للسفارات. |
| 10:01 | Bayoumi | By Allah, that's good.  That's an idea… | والله طيب.  فكرة. . . |
| 10:02 | Unseen speaker | It's a prayer center for the embassies. | مركز مصلى للسفارات. |
| 10:05 | Bayoumi | Yes. | نعم. |
| 10:06 | Unseen speaker | For the embassies. | السفارات. |
| 10:07 | Bayoumi | Really nice. | طيب. |
| 10:08 | Bayoumi | Do the Ambassadors pray here? | هو السفرا يصلوا هنا؟ |
| 10:09 | Unseen speaker | Yes.  The majority of Ambassadors pray here. | نعم معظم السفرا هنا. |
| 10:11 | Bayoumi | Friday prayers? | الجمعة؟ |

| 10:11 | Unseen speaker | Yes, Friday prayers and Eid. | الجمعة والعيد. |
|---|---|---|---|
| 10:14 | Bayoumi | And those Shias around here, where do they pray? | والشيعة دول اللي هون وين يصلون؟ |
| 10:17 | Unseen speaker | I think on the street. | أظن في الشارع. |
| | | **// video footage cut //** | |

| | | **// video footage restarts //** | |
|---|---|---|---|
| 10:18 | Bayoumi | This is the Islamic Center in Washington. | هذا هو المركز الاسلامي في واشنطن. |
| 10:42 | Bayoumi | And these are its pillars. | وهذه أعمدته. |
| 11:06 | Bayoumi | The inscriptions in it. | النقوش التي فيه. |
| 11:17 | Bayoumi | "*And we have relieved you of the burden.*" [reading Qur'anic verse] | ووضعنا عنك وزرك. |
| 11:26 | Bayoumi | And this is its ceiling. | وهذه سقيفته. |
| 11:47 | Bayoumi | And this is one of its entrances. | وهذا أحد مداخله. |

| 11:51 | Bayoumi | And this is its clock. | وهذه ساعته. |
|---|---|---|---|
| 11:57 | Bayoumi | The Islamic Center in Washington. | المركز الاسلامي في واشنطن. |
| 12:02 | Bayoumi | *"Surely, we shall turn you to a Qiblah [direction of prayer] that shall please you."* [reading Qur'anic verse] | فلنولينك قبلة ترضاها. |
| 12:08 | Bayoumi | *"Verily, we have seen the turning of your face towards heaven."* [reading Qur'anic verse] | قد نرى تقلب وجهك في السماء. |
| 12:15 | Bayoumi | And this is its carpeting. | وهذا فرشه. |
| 12:19 | Bayoumi | Its carpeting is good quality carpeting. | فرشه من الفرش الجيد. |
| 12:22 | Bayoumi | You may see here a gift, on which it is written… | وقد ترى هنا هدية كتب عليها. . . |
| 12:41 | Bayoumi | Whatever was written. | ما كتب. |
| 12:44 | Bayoumi | Here is the carpet… it's truly good. | هنا السجاد  …جيد حقيقة. |

| 12:53 | Bayoumi | And these are its walls. | وهذه جدرانه. |
|---|---|---|---|
| | | **// video footage cut //** | |

| | | **// video footage restarts //** | |
|---|---|---|---|
| 13:05 | Unseen speaker | This is from Rabat… -- where we met ten of them. | هذا من الرباط .. تقابلنا فيه عشرة. |
| 13:09 | Bayoumi | Ah, just like *Al-Ribat* where Sheikh Anwar is. | آه مثل الرباط اللي فيه الشيخ أنور.. |
| 13:11 | Unseen speaker | That's the one where Sheikh Anwar is, yeah. | هدا اللي فيه الشيخ أنور يه. |
| 13:13 | Unseen speaker | Where does that Sheikh Anwar come from? | من وين بيصير الشيخ أنور؟ |
| 13:16 | Bayoumi | From Yemen *Al-Shaqeeq* [our brother country, Yemen]. | من اليمن الشقيق. |
| 13:18 | Unseen speaker | Oh, Anwar that skinny one! | اوه انور النحيل هدا! |
| 13:20 | Unseen speaker | The one with the thick beard, the Imam! | أبو اللحية الكثيفة الإمام! |

| 13:22 | Bayoumi | Yes. | نعم. |
|---|---|---|---|
| 13:22 | Unseen speaker | What about him? | ويش به؟ |
| 13:24 | Bayoumi | I'm saying that, may Allah bless him, he is active in *Da'wah* [propagation]. | اقول هو ما شاء الله نشط في الدعوة. |
| 13:27 | Bayoumi | Do the people here get enough of it? | فهل الجماعة هنا مكتفيين؟ |
| 13:29 | Unseen speaker | Well, actually, there are other centers. | والله في مراكز أخرى. |
| 13:31 | Unseen speaker | It's different, you cannot do that here. For someone who has a style that is different from the Center's style. | الموضوع مختلف، ما تقدر هنا، لواحد يكون له طريقة تختلف عن طريقة المركز. |
| 13:38 | Unseen speaker | And why is that? | ليش يعني؟ |
| 13:39 | Man in dark glasses | Well, actually, it's a matter of... the activities here, they are, what do you call it, community-based. | والله دي عبارة ...النشاط هنه بصورة تقدر تقول ايش، بصورة إجتماعية. |
| 13:50 | Bayoumi | So you mean, it's not done in a direct way. | ما هو بصورة مباشرة يعني؟ |

| 13:52 | Man in dark glasses | Not in a direct way, in an indirect way. | ما بصورة مباشرة بصورة غير مباشرة. |
|---|---|---|---|
| 13:54 | Bayoumi | May Allah reward you.  Thanks to you – CNN. | جزاك الله خيرا، شكرًا لك ـ سي ان ان. |
| **// video footage cut //** | | | |

| **// video footage restarts //** | | | |
|---|---|---|---|
| 13:59 | Bayoumi | This is the Islamic Center in Washington. The year 1368 Hijri, corresponding to 12 January 1949 AD. | هذا هو المركز الاسلامي في واشنطن. السنة ١٣٦٨ هجرية الموافق ١٢ يناير ١٩٤٩ ميلادية. |
| 14:17 | Bayoumi | And these are the flags of the Islamic states. | وهذه اعلام الدول الاسلامية. |
| 14:20 | Bayoumi | Fluttering alongside the flag of "There is No Other Deity but Allah, Muhammad is the Messenger of Allah." | ترفرف الى جانب راية لا اله الا الله محمد رسول الله. |
| 14:27 | Bayoumi | Which is in the middle of this place, with the signboard that says "This is The Islamic Center." | تتوسط هذا المكان وبلوحة مكتوب عليها:<br>*This is The Islamic Center* |
| **// video footage cut //** | | | |

| | | // video footage restarts // | |
|---|---|---|---|
| **14:54** | Bayoumi | Muhammad.  He's making some calls. | محمد، بيجري بعض الاتصالات. |
| **14:57** | Bayoumi | Due to his schedule of back-to-back meetings. | عشان بعض الاجتماعات المتلاحقة. |
| **15:07** | Bayoumi | He's still taking some meetings over the telephone. | وما زال ياخد بعض الاجتماعات بالتليفون. |
| **15:10** | Bayoumi | May Allah reward you. | جزاك الله خيرا. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| **15:30** | Bayoumi | This is the street… | هذا الشارع. . . |
| **15:35** | Bayoumi | And this is the Center. | وهذا هو المركز. |
| **15:38** | Bayoumi | Our Center is inviting the pioneers of youth, Come in, Come in – let us hear you roar! | مركزنا ينادي طلائع الشباب هلموا هلموا هدر الشباب! |
| | | // video footage cut // | |

| // video footage restarts // |
|---|

MPS2023-003-TR

VIDEO TRANSCRIPT

16

| 15:57 | Bayoumi | Al Gore… Al Gore lives here. | ‏ال غور  …ال غور يسكن هنا! |
| 16:05 | Bayoumi | May Allah one day guide him, God willing, so that he may invite us over. | ‏ان شاء الله في يوم من الايام الله يهديه ان شاء الله ويعزمنا. |
| 16:37 | Bayoumi | This building here is actually close to The White House. | ‏هذي البيلدنغ قريبة طبعًا من البيت الأبيض. |
| 16:46 | Bayoumi | And this is the old White House.   It comprises the Old Executive Building.  Called it. | ‏وهذا البيت الأبيض القديم هو عبارة عن الاولد اكزكتيف بيلدينغ. |
| 17:21 | Bayoumi | Old Executive Building. | /English/ |
| | | // video footage cut // | |

| | | // video footage restarts // | |
| 17:26 | Bayoumi | This is the new White House. | ‏هذا هو البيت الابيض الجديد. |
| 17:39 | Bayoumi | Here is where decisions are made. | ‏هنا تصنع القرارات. |
| 17:44 | Bayoumi | Here is where decisions are made. | ‏هنا تصنع القرارات. |
| 17:49 | Bayoumi | Here is where some animals feel safe. | ‏هنا تشعر بالامان بعض الحيوانات. |

| 18:06 | Bayoumi | This is the Office of the President. | هذا مكتب الرئيس. |
|---|---|---|---|
| | | // video footage cut // | |

| | | | |
|---|---|---|---|
| | | // video footage restarts // | |
| 18:17 | Bayoumi | Here is a square.  And there are other squares. | هنا فيه ميدان وهناك ميادين أخرى. |
| | | // video footage cut // | |

| | | | |
|---|---|---|---|
| | | // video footage restarts // | |
| 19:12 | Bayoumi | And here are some buildings surrounding The White House. | وهنا بعض المباني المحيطة بالبيت الابيض. |
| 19:35 | Bayoumi | This sign indicates Executive Park. | هذه اللوحة تشير إلى اكزكتيف بارك. |
| 19:40 | Bayoumi | And these are some buildings too. | وهذه بعض المباني ايضا. |
| 19:47 | Bayoumi | Adjacent to the Palace of The White House. | التابعة لقصر البيت الابيض. |
| 19:51 | Bayoumi | These roses are beautiful here. | وهذه الورود الجميلة هنا. |
| 20:12 | Bayoumi | And this is the Jackson Statue. | وهذه جاكسون ستاتيو. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| **20:19** | Bayoumi | And these are adjacent Palaces here… on which is written here, follow with me: The Treasury Department. | وقصور تابعة هنا ...مكتوب عليها  تابع معي: <br> *The Treasury Department* |
| **20:38** | Bayoumi | The Treasury Department. | /English/ |
| **20:41** | Bayoumi | The American Ministry of the Treasury. | وزارة الخزانة الامريكية. |
| **20:45** | Bayoumi | Here comes the money. | هنا تأتي الفلوس. |
| **20:55** | Bayoumi | Here come the *Dirhams* [Gulfi currency]. | هنا تأتي الدراهم. |
| **20:58** | Bayoumi | And this is in the middle of the entrance. | وهذا يتوسط المدخل. |
| **21:06** | Bayoumi | I don't know what's written on it because it can't be seen from here. | لا أدري ماذا كتب عليه لإنه لا يبين من هنا. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| **21:10** | Bayoumi | These are the gardens surrounding The White House. | هذه الحدائق المحيطة بالبيت الابيض. |
| **21:19** | Bayoumi | And these are the beautiful roses surrounding The White House. | وهذه الورود الجميلة المحيطة بالبيت الابيض. |
| **21:31** | Bayoumi | And these are some statues that were put in front of this place. | وهذه بعض التماثيل التي وضعت أمام هذا المكان. |
| **21:58** | Bayoumi | And this is the Ministry of the Treasury. | وهذه وزارة الخزانة. |
| **22:07** | Bayoumi | And this is the entrance to The White House. | وهذا المدخل للبيت الابيض. |
| **22:19** | Bayoumi | And these people… | وهؤلاء الناس. . . |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| **22:25** | Bayoumi | These tall trees, these large trees. | هذه الاشجار العالية. هذه الأشجار الكبيرة. |
| **22:30** | Bayoumi | These trees that have filled up this area here. | هذه الاشجار التي ملأت هذه المنطقة هنا. |

MPS2023-003-TR
VIDEO TRANSCRIPT

| 22:40 | Bayoumi | It is truly a large tree.  Look at the branches, look. | انها شجرة كبيرة حقًا .لاحظ الفروع، لاحظ. |
|---|---|---|---|
| 22:45 | Bayoumi | Notice the strength of the branches, while in the sky, tall and prominent. | ،لاحظ قوة الفروع وهي في السماء، عالية جلية. |
| 22:51 | Bayoumi | Allah is the greatest. | الله أكبر. |
| // video footage cut // |||||

| // video footage restarts // |||||
|---|---|---|---|
| 23:11 | Bayoumi | Across from here there is this tower whose name I haven't discovered yet. | في المقابل هناك هذا البرج الذي لم اكتشف اسمه بعد. |
| 23:21 | Bayoumi | I will get over there, and I will report – I will report to you in detail what is there. | ولكنني سأصل الى هناك وسأنقل لكم بالتفصيل ماذا هناك. |
| // video footage cut // |||||

| // video footage restarts // |||||
|---|---|---|---|
| 23:30 | Bayoumi | This is the White House from the back. | هذا هو البيت الابيض من الجهة الخلفية. |
| // video footage cut // |||||

MPS2023-003-TR
VIDEO TRANSCRIPT

21

| // video footage restarts // | | | |
|---|---|---|---|
| **24:01** | Bayoumi | Here is the tower. | هنا البرج. |
| **24:04** | Bayoumi | And I have not yet found out what this tower is about. | ولم أكتشف بعد ما هو هذا البرج. |
| **24:07** | Bayoumi | However, it is nearby or in front of the White House, next to some external buildings close to the White House. | ولكنه قريب او امام البيت الابيض بجانب بعض المباني الخارجية القريبة من البيت الابيض. |
| **24:18** | Bayoumi | This is a building… I need to film it in a clearer manner. | هذه عمارة ... أريد ان اصورها تصوير اوضح. |
| **24:24** | Bayoumi | These people, naturally, are taking some souvenir pictures. | هؤلاء الناس، طبعًا، يلتقطون الصور التذكارية. |
| **24:31** | Bayoumi | Around the White House, you will also notice some Muslim brothers and sisters. | حوالي البيت الابيض وأيضًا تلاحظ بعض الاخوة والاخوات المسلمين. |
| **24:45** | Bayoumi | And people here in this garden, which is in front of the White House, are playing frisbee | والناس هنا في هذه الحديقة التي أمام البيت الابيض يلعبون الفريزبي |
| **24:52** | Bayoumi | and playing some games like football and volleyball. | ويلعبون بعض الألعاب مثل كرة القدم والكرة الطائرة. |

| 25:09 | Bayoumi | Also, the airport is not far away. | ايضا المطار ليس بالبعيد. |
| 25:12 | Bayoumi | Here is the airplane taking off from there. | وهذه طائرة المقلعة هناك. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 25:21 | Bayoumi | Washington Monument. | /English/ |
| 25:35 | Bayoumi | Washington Monument. | /English/ |
| 25:40 | Bayoumi | And here are flags surrounding it. | وهذه أعلام محيطة به. |
| 25:50 | Bayoumi | This is the garden of the American White House and these are some of the buildings surrounding it. | حديقة البيت الابيض الامريكي وهذه بعض المباني المحيطة به. |
| | | // video footage cut // | |

| // video footage restarts // | | | |
|---|---|---|---|
| **26:00** | Bayoumi | Some tents are erected here.  Some tents, erected in front of… | خيام منصوبة هنا. خيام منصوبة امام. . . |
| **26:07** | Bayoumi | The White House. | البيت الأبيض. |
| **26:10** | Bayoumi | And the places surrounding it. | والأماكن المحيطة به. |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| **29:51** | Bayoumi | It almost can't be seen. | لا يكاد يرى. |
| **30:01** | Bayoumi | And here are some… beautiful roses. | وهذه بعض الورود الجميلة. |
| **30:15** | Bayoumi | From Washington, Omar Al-Bayoumi is greeting and welcoming you all. | من واشنطن عمر البيومي يحييكم ويرحب بحضراتكم. |
| **30:31** | Bayoumi | I don't know if the writing here is clear or not. | لا ادري اذا كانت الكتابة هنا واضحة ام لا. |
| **30:36** | Bayoumi | But I would like to transmit an image of this place. | ولكن اريد ان انقل صورة لهذا المكان. |

| 30:47 | Bayoumi | Museum of American History. | /English/ |
|---|---|---|---|
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 30:50 | Bayoumi | George Washington and his shoes.  As if he's telling us to rise up high, so rise up… to the upper level. | جورج واشنطن وحذاءه .كأنه يقول لنا اصعدوا للأعلى فاصعدوا ...الطابق العلوي. |
| 30:58 | Bayoumi | And in his hand is the sword. | وبيده السيف. |
| 31:04 | Bayoumi | And his shoes – look at his shoes. | وحذاءه لاحظوا حذاءه. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 32:39 | Bayoumi | This is the Ministry of Agriculture. | هذه هي وزارة الزراعة. |
| 32:48 | Bayoumi | And in front of it are kiosks, which appear to be like some kind of Swap Meet for those people. | هذه وزارة الزراعة وأمامها الأكشاك التي كأنها في "سواب ميت "لهؤلاء الناس. |

| 32:59 | Bayoumi | And that place behind us is the National Museum of American History. | وهذا الذي خلفنا هو *National Museum of American History.* |
| --- | --- | --- | --- |
| | | **// video footage cut //** | |

| | | **// video footage restarts //** | |
| --- | --- | --- | --- |
| 33:12 | Bayoumi | This is, from afar, Capitol Hill – which is the American Congress. | وهذه من بعيد الكابيتول والتي هي مجلس الكونغرس الاميركي. |
| 33:22 | Bayoumi | I mean all the sites are so close to each other. | يعني الأماكن متقاربة جدا. |
| 33:29 | Bayoumi | Here is this, I don't know what it is called. | هنا هذه لا ادري ما اسمها. |
| 33:37 | Bayoumi | This is the castle. | هذه الكاسل. |
| 33:39 | Bayoumi | This beauty is seen in it. | هذا الجمال فيها. |
| 33:54 | Bayoumi | And I am not sure if this is a church or not, but we will discover later. | ولا ادري اذا كانت هذه كنيسة ام لا ولكننا سنكتشف لاحقا. |
| 34:10 | Bayoumi | And here everyone is settled in an orbit | وهنا كل في فلك مستقر. |

| 34:17 | Bayoumi | Everyone is floating in an orbit [Qur'anic verse]. | "كل في فلك يسبحون". |
| 34:19 | Bayoumi | Even this one is eating watermelon right in front of him. | حتى هذا يأكل حبحبا أمامه. |
| 34:27 | Bayoumi | I mean, with God's will, he ate watermelon. | يعني، ما شاء الله، أكل حبحبا. |
| 34:31 | Bayoumi | And the dear soul is sitting there finishing it off, with God's will. | وجالس الحبيب، ما شاء الله، يأتيها. |
| 34:35 | Bayoumi | And when he saw me filming, he started wiping his fingers. | وعندما رآني أصور بدأ يمسح أصابعه. |
| 34:42 | Bayoumi | I can only say "may you eat with wellness." | لا أستطيع إلا أن أقول، بالعافية. |
| 34:48 | Bayoumi | With good health and wellness. | بالصحة والعافية. |
| 34:52 | Bayoumi | Among the odd things in America, everyone is floating in an orbit… | من الغرائب في أمريكا، كل في فلك يسبحون. . . |

| 34:56 | Bayoumi | In every aspect. You see it in every aspect. | في كل شيء، ترى في كل شيء. |
|---|---|---|---|
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 35:01 | Bayoumi | Here are the cooks. Here is the cooked food. | هنا الطهاة. هنا الطبيخ. |
| 35:04 | Bayoumi | Here are the contenders. | هنا المتسابقات. |
| 35:06 | Bayoumi | All of it is very strange and unusual. | عجائب وغرائب. |
| 35:12 | Bayoumi | In front of the American White House. | قدام البيت الأبيض الأمريكي. |
| 35:16 | Bayoumi | In front of the White House. | قدام البيت الأبيض. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 35:43 | Bayoumi | And this is the Center of the Senate Members. | وهذا مركز أعضاء الشيوخ. |

| 35:48 | Bayoumi | And here is what you see, before your very eyes. | وهنا ما تراه أعينكم. |
|---|---|---|---|
| 35:56 | Bayoumi | This is the barbeque. | ده الباربكيو |
| 35:59 | Bayoumi | And uncle Bakr. | والعم بكر. |
| 36:35 | Bayoumi | No comment here, because I did not get to know this place exactly. | لا تعليق هنا لأنني لم أتعرف على هذا المكان بالضبط. |
| 36:42 | Bayoumi | But I am transmitting to you only what I see. | ولكنني أنقل اليكم ما أراه فقط. |
| 37:03 | Bayoumi | This is uncle George Washington. | هذا العم جورج واشنطن. |
| 37:06 | Bayoumi | Here you see him everywhere in Washington. | هنا تراه في كل مكان في واشنطن. |
| 37:55 | Bayoumi | This castle is huge. | كبيرة هذه القلعة. |
| 38:00 | Bayoumi | And next to it are the tents. | وبجوارها الخيام. |
| 38:05 | Bayoumi | And next to it is… | وبجوارها. . . |

**// video footage cut //**

| // video footage restarts // | | | |
|---|---|---|---|
| **38:37** | Bayoumi | We greet you, the esteemed brothers, and we welcome you from Washington. | نحييكم أيها الأخوة الكرام ونرحب بكم من واشنطن. |
| **38:42** | Bayoumi | Washington – the American capital city. | وواشنطن العاصمة الأمريكية. |
| **38:51** | Bayoumi | This is the Congress. | هذا هو الكونغرس. |
| **38:56** | Bayoumi | Here is where the decisions are made and the procedures are effected. | هنا تصنع القرارات وتتخذ الاجراءات. |
| **39:05** | Bayoumi | They say that our kids are demons.  However, these are the demons of the White House.  They are going upwards, as you are seeing. | يقولون أن أبناءنا شياطين .ولكن هؤلاء شياطين البيت الأبيض .يصعدون كما تلاحظون. |
| **39:23** | Bayoumi | They are hanging, and they are climbing… | يتعلقون ويتسلقون. . . |
| **39:26** | Bayoumi | And they are also even on the opposite side. Look! | وأيضا حتى في الجهة المقابلة .لاحظ. |
| **39:36** | Bayoumi | And in front of whom?  In front of the Congress.  There is no Power nor Strength except through Allah! | وأمام من؟ أمام الكونغرس لا حول ولا قوة الا بالله. |

| 39:49 | Bayoumi | Capitol Hill. | /English/ |
|---|---|---|---|
| 40:00 | Bayoumi | And these are the areas surrounding it.  And this is the pool belonging to it. | وهذه المناطق المحيطة بها. وهذه البحيرة الخاصة بها. |
| 40:07 | Bayoumi | And these are the areas adjacent to it. | وهذا ما جاورها من أماكن. |
| 40:11 | Bayoumi | Just imagine, I have walked this whole time from that place over there in front of you, which is called *Al-Burj*, the Tower. | فتصوروا أنني مشيت هذه الفترة من ذاك المكان الذي هناك أمامكم، والذي يسمى بالبرج *The Tower*، |
| 40:24 | Bayoumi | I am zooming in on it now. | وأنا أقربه الآن. |
| 40:28 | Bayoumi | And next to it are the tents, as well as that building to which I made reference previously. | وبجانبه الخيام، وبجانبه ذلك المبنى الذي أشرت إليه في السابق. |
| 40:41 | Bayoumi | And around it is a group of Koreans, surrounding it. | وحواليه مجموعة من الكوريين يحيطون به. |
| 40:47 | Bayoumi | And we come back once more to this building, whose name I don't know as of yet. | ونرجع عودة أخرى إلى هذا المبنى، والذي لم أعرف إسمه بعد. |

| 40:55 | Bayoumi | However, I will provide you with the results soon. | لكنني سأوافيكم بالنتائج قريبا. |
|---|---|---|---|
| 41:01 | Bayoumi | In any case, this is the Congress, in which are congregating approximately 500, and I don't how many more. | على العموم، هذا هو الكونغرس، الذي يجتمع فيه خمسمائة وما أدري كم. |
| 41:15 | Bayoumi | 500 plus.  500.  Deciding the fate of the nation here. | خمسماية وشي. خمسماية. يقررون مصير الأمة هنا. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 41:40 | Bayoumi | These are some of the paintings here. | هذه بعض اللوحات الموجودة هنا. |
| 41:50 | Bayoumi | The Congress from the inside. | الكونغرس من الداخل. |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| 41:59 | Bayoumi | Capitol Hill – time is 6pm. | /English/ |
| 42:20 | Bayoumi | These are the areas surrounding it. | هذه المناطق المحيطة بها. |

| 42:44 | Bayoumi | It has two entrances.  One entrance is from this side. | إلها مدخلين .مدخل من هذه الجهة. |
|---|---|---|---|
| 43:18 | Bayoumi | These are some paintings that exist here | هذه بعض الصور الموجودة. |
| **// video footage cut //** ||||

| **// video footage restarts //** ||||
|---|---|---|---|
| 44:12 | Bayoumi | The upper ceiling. | السقف الأعلى. |
| 44:28 | Bayoumi | Abraham Lincoln. | /English/ |
| 44:38 | Unseen speaker | Umm – go down here, and thorugh this – uh… | /English/ |
| 44:43 | Unseen speaker | Down here, and through this doorway, and take this elevator to the third floor. | /English/ |
| 44:48 | Unseen speaker | And you'll be here, and you can go right to the House, and left to the Senate. | /English/ |
| 44:51 | Unseen speaker | Oh, thanks – thank you very much. | /English/ |
| 44:53 | Unseen speaker | You're welcome. | /English/ |
| **// video footage cut //** ||||

| // video footage restarts // | | | |
|---|---|---|---|
| **45:03** | Bayoumi | Republican legislative scheduling office. | /English/ |
| **45:13** | Bayoumi | Private. | /English/ |
| // video footage cut // | | | |


| // video footage restarts // | | | |
|---|---|---|---|
| **45:15** | Bayoumi | This view, I was taking it… or I took it, from the inside. | هذا المنظر آخذه ...أو أخذته من الداخل. |
| **45:20** | Bayoumi | Outside, you will notice in front of you, the Monument. | الخارج تلاحظ أمامك ال *Monument*. |
| **45:29** | Bayoumi | From the inside.  The model. | من الداخل  .المجسم. |
| **45:50** | Bayoumi | And here… the models. | وهنا... المجسمات. |
| **45:55** | Bayoumi | … for viewing. | . . . للشوف. |
| **45:57** | Bayoumi | This is a different perspective. | هذا منظر آخر. |
| **45:59** | Bayoumi | This is a different perspective. | هذا منظر آخر. |
| // video footage cut // | | | |

| | | // video footage restarts // | |
|---|---|---|---|
| **46:06** | Bayoumi | Here are a few visitors | هنا عدة زوار. |
| **46:08** | Bayoumi | And here you notice the columns, an abundance of them. | وهنا تلاحظ الأعمدة وكثرتها. |
| **46:12** | Bayoumi | So many of them | كثرتها. |
| **46:14** | Bayoumi | This is also a beautiful view. | وهذا أيضا منظر جميل. |
| **46:24** | Bayoumi | This is the Monument. | هذا ال *Monument*. |
| **46:26** | Bayoumi | This is an astronaut. | هذا رائد فضاء . |
| **46:37** | Bayoumi | With his helmet is in his hand. | وقبعته في يده. |
| **46:43** | Bayoumi | And his name is Colorado. | واسمه كولورادو. |
| **46:56** | Bayoumi | Astronaut. | /English/ |
| **47:11** | Bayoumi | This is the grand entrance. | وهذا هو المدخل الكبير. |
| **47:13** | Bayoumi | Illustrated on it is the United States of America. | موضح عليه الولايات المتحدة الأمريكية. |

| 47:39 | Bayoumi | This is one of the entrances. | وهذه إحدى المداخل. |
|---|---|---|---|
| 47:42 | Bayoumi | The stairs. | الدرج. |
| 47:44 | Bayoumi | And this elevator leads to the upper floor. | وهذا المصعد للدور العلوي. |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| 47:58 | Bayoumi | This is an entrance. | هذا مدخل. |
| 48:01 | Bayoumi | It leads to the upper floor. | يؤدي للدور العلوي. |
| 48:06 | Bayoumi | Of course, the ceiling is patterned in a very beautiful way. | طبعا السقف منقوش بطريقة جميلة جدا. |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| 48:34 | Bayoumi | A hanging chandelier. | ثريا معلقة . |
| 48:47 | Bayoumi | Artistic paintings. | لوحات فنية. |
| 48:50 | Bayoumi | Painted inside… the palace | مرسومة في داخل القصر . |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| **49:17** | Bayoumi | Edward. | /English/ |
| **49:23** | Bayoumi | This guy, his face is… | هذا وجهه ... |
| **49:42** | Bayoumi | And this here. | وهذا هنا. |
| **49:58** | Bayoumi | And this is the upper level, in a different location. | وهذا الطابق العلوي في مكان اخر. |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| **50:47** | Bayoumi | Where are you from? | /English/ |
| **50:48** | Man in white shirt | I'm from Idaho. | /English/ |
| **50:49** | Bayoumi | Idaho? | /English/ |
| **50:50** | Man in white shirt | Yes. | /English/ |
| **50:51** | Bayoumi | Nice meeting you. | /English/ |
| **50:52** | Man in white shirt | Nice meeting you too. You have a nice trip. | /English/ |
| **50:54** | Bayoumi | You too. Bye. | /English/ |
| // video footage cut // | | | |

| | | | |
|---|---|---|---|
| // video footage restarts // | | | |
| 50:57 | Bayoumi | And below it are located the telephones, which are set up for… | وتحتها أماكن التلفونات المهيئة … |
| 51:03 | Bayoumi | Underneath the artistic adornments up there in the ceiling. | تحت الزخارف في أعلى السقف . |
| 51:15 | Bayoumi | And these, like I mentioned, are some calling booths. | وهذه كما ذكرت بعض كبائن الإتصالات. |
| // video footage cut // | | | |

| | | | |
|---|---|---|---|
| // video footage restarts // | | | |
| 52:13 | Bayoumi | And, of course, these are some paintings spread around here. | وطبعًا هذه … بعض اللوحات… المنتشرة هنا. |
| 52:34 | Bayoumi | Here: "Private, no entry…" "Don't enter". | وهنا /English/ … |
| // video footage cut // | | | |

| | | | |
|---|---|---|---|
| // video footage restarts // | | | |
| 53:06 | Bayoumi | Here are other… and other entrances. | هنا … أخرى ومداخل أخرى. |
| // video footage cut // | | | |

| | | // video footage restarts // | |
|---|---|---|---|
| **53:19** | Bayoumi | Everyone is in a hurry to leave their place. | كلهم مستعجل لمغادرة مكانه . |
| **53:24** | Bayoumi | The working day is about to end. Theirs, of course, not mine. | وأوشك الدوام على ان ينتهي. عندهم بالطبع وليس عندي. |
| **53:31** | Bayoumi | That's one of the other halls. | وهذه احدى القاعات الأخرى. |
| **53:37** | Bayoumi | And as you see… | وكما ترى... |
| **53:48** | Bayoumi | Foreign relations. | /English/ |
| **54:00** | Bayoumi | This is the workplace. | هذا مكان العمل. |
| **54:06** | Bayoumi | The offices, the employees, and the people. | المكاتب والموظفين والناس . |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| **54:10** | Bayoumi | This is one of the employees who work here. | هذا أحد الموظفين اللذين يعملون هنا . |
| | | // video footage cut // | |

| // video footage restarts // | | | |
|---|---|---|---|
| **55:16** | Bayoumi | This here is… | ... هذه هنا |
| **55:28** | Bayoumi | And this here is… | ... وهذه هنا |
| **55:43** | Bayoumi | Some of them are visitors. | بعضهم من الزوار. |
| **55:48** | Bayoumi | And some of them are guards. | وبعضهم من الحراسات. |
| **55:55** | Bayoumi | It is a workshop.  Indeed, it is a workshop.  Senators, employees, security personnel, visitors.  All of them respectable. | ورشة عمل .ورشة عمل. سيناتورز، موظفين، رجال أمن، زوار.  كلهم محترم. |
| **56:09** | Bayoumi | You wouldn't know… | لا تدري. . . |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| **56:16** | Bayoumi | Senators only. | /English/ |
| **56:34** | Unseen speaker | You're not meant to be here. | /English/ |
| // video footage cut // | | | |

| // video footage restarts // | | | |
|---|---|---|---|
| **57:05** | Bayoumi | Court Chamber 1810-1860. | /English/ |
| // video footage cut // | | | |

MPS2023-003-TR
VIDEO TRANSCRIPT

40

| | | **// video footage restarts //** | |
|---|---|---|---|
| **58:03** | Bayoumi | Capitol Hill. | /English/ |
| **58:17** | Bayoumi | Their cars.  You said that in the plan. | سياراتهم.  *You said that in the plan*. |
| **58:38** | Bayoumi | This is the area surrounding it. | هذه المنطقة المحيطة بها. |
| | | **// video footage cut //** | |

| | | **// video footage restarts //** | |
|---|---|---|---|
| **58:52** | Bayoumi | Peace, mercy and blessings of Allah be upon you. | السلام عليكم ورحمة الله وبركاته. |
| **58:55** | Bayoumi | From the United States of America. | من الولايات المتحدة الأمريكية. |
| **58:58** | Bayoumi | Omar Al-Bayoumi from Capitol Hill -- Capitol Building. | عمر البيومي من كابيتول هيل، كابيتول بيلدينج. |
| **59:16** | Unseen speaker | All good here. Okay. | /English/ |
| **59:19** | Bayoumi | Thanks. | /English/ |
| | | **// video footage cut //** | |

MPS2023-003-TR VIDEO TRANSCRIPT (ARABIC / ENGLISH)

| // video footage restarts // | | | |
|---|---|---|---|
| **59:20** | Bayoumi | Once again, my esteemed viewers, I greet you and I welcome you from The Capitol Hill. | مرة أخرى أيها المشاهدون الكرام، أحييكم وأرحب بكم من الكابيتال هيل. |
| **59:30** | Bayoumi | These are some visitors… | وهؤلاء هم بعض الزوار . . . |
| **59:35** | Bayoumi | And some security officers. | وبعض رجال الأمن. |
| **59:38** | Bayoumi | He doesn't care.  And I'm not care too. | /English/ |
| **1:00:15** | Bayoumi | These are the lamps, found in many places around here. | هذه المصابيح المنتشرة هنا. |
| **1:00:22** | Bayoumi | And these are the water fountains, found in many places around here too. | هذه النوافير المنتشرة هنا أيضا. |
| **1:00:38** | Bayoumi | One of the water fountains, found in many places around here. | هذه احدى النوافير المنتشرة. |
| **1:00:46** | Bayoumi | One of the side gates. | إحدى البوابات الجانبية. |
| **1:00:52** | Bayoumi | Here are some security officers, walking around the most important building. | وهاهنا في بعض رجال الأمن يتجولون في أهم بناية. |
| **1:01:04** | Bayoumi | Here, we welcome you, from the Capitol Hill. | هنا نرحب بكم من الكابيتال هيل. |

MPS2023-003-TR
VIDEO TRANSCRIPT
42

| 1:01:13 | Bayoumi | The American Congress. | مجلس الشيوخ الأمريكي. |
| 1:01:26 | Bayoumi | O beloved, esteemed brothers, a greeting to you from Omar Al-Bayoumi. | أيها الأخوة الأحبة الكرام، تحية لكم من عمر البيومي. |
| **// video footage cut //** | | | |

| **// video footage restarts //** | | | |
| 1:01:36 | Bayoumi | This is another building. | هدا مبنى آخر. |
| 1:01:38 | Bayoumi | On which is written: "Equal Justice Under Law." | كتب عليه: *Equal Justice Under Law*. |
| 1:01:52 | Bayoumi | Equal Justice Under…   This is the Ministry of Justice. | *Equal Justice Under* . . هذه وزارة العدل. |
| 1:01:58 | Bayoumi | This is the Ministry of Justice. | هذه وزارة العدل. |
| 1:02:01 | Bayoumi | And look what is written here by some of the objectors… [reads from signboard] | و أنظر هنا ماذا كتب من بعض المعترضين: *We and the World Know America Can and Must Do Better than the Death Penalty*. |

| 1:03:08 | Bayoumi | In front of the Ministry of Justice, and this is the security, and here are some people who are looking … | أمام وزارة العدل، وهذا السكيوريتي، وهذه بعض الناس الموجودين ينظرون. . . |
| --- | --- | --- | --- |
| **// video footage cut //** |

| **// video footage restarts //** |
| --- |

| 1:03:18 | Bayoumi | This phrase will … for you: [reads from sign] | سوف ...لكم العبارة : *Why do we kill people who kill people to show that killing people is wrong?* |
| --- | --- | --- | --- |
| 1:03:29 | Bayoumi | And, of course, where? In front of Capitol Hill, and in front of the Senate, and in front of the Judicial council. | طبعًا ، وأين؟ أمام الكابيتول هيل وأمام مجلس الشيوخ وأمام مجلس القضاء. |
| **// video footage cut //** |

| | | // video footage restarts // | |
|---|---|---|---|
| **1:04:02** | Bayoumi | Naturally… A mule is a mule wherever he goes. This mule has his stereo blasting. | طبعًا. . .هو الجحش جحش في كل مكان، هذا الجحش رافع المسجّل. |
| **1:04:10** | Bayoumi | He is disturbing us. May Allah guide him. | مأذينا .الله يهديه. |
| **1:04:26** | Bayoumi | Actually, this is the old Capitol. | طبعًا ...هذا الكابيتول هيل القديم |
| **1:04:33** | Bayoumi | I am transmitting these scenes to you from the heart of the American capital, Washington. | انقل لكم المشاهد هذه من قلب العاصمة الأمريكية واشنطن. |
| **1:04:39** | Bayoumi | This is First Street. | /English/ |
| **1:04:43** | Bayoumi | This is Constitution. | /English/ |
| **1:04:47** | Bayoumi | This is the famous street that leads to The White House. | هذا الشارع المشهور الذي يؤدي الى البيت الابيض. |
| **1:04:54** | Bayoumi | And it leads to the Senate. | ويؤدي الى مجلس الشيوخ و... |
| | | // video footage cut // | |

| | | // video footage restarts // | |
|---|---|---|---|
| **1:06:06** | Bayoumi | Here – where I live. | /English/ |
| | | // video footage cut // | |

| // video footage restarts // | | | |
|---|---|---|---|
| **1:06:10** | Bayoumi | Where I live. The River Inn | /English/ |
| **1:06:18** | Bayoumi | The River Inn. | /English/ |
| **1:06:30** | Bayoumi | And here are the flowers. | وهذه الزهور. |
| // end of video footage // | | | |



Screenshot **MPS2023-003_41.01**



Screenshot **MPS2023-003_39.53**



Screenshot **MPS2023-003_42.01**



Screenshot **MPS2023-003_59.01**

# Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

## To Whom It May Concern

I, Marwan Abdel-Rahman, owner/director of Aaita Arabic Consultants, hereby affirm that I transcribed, translated and conducted errata review of the attached **Video Transcript – Errata Version** presented to the Court. I have verified the time-stamps on this transcript to correspond with all audible speech heard on the original **Video Exhibit**.

I certify the accuracy of each page of the transcription in the Arabic language and the corresponding translation into English. I also warrant the accuracy of translations completed by translators on my staff, under my supervision.

**Document Title(s):**

### MPS2023-003-TR VIDEO TRANSCRIPT - Errata version

[Corrections to transcript and translation of MPS-2023-003 Video Exhibit]

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations and errata review completed by my staff under my supervision.

I hereby declare that, to the best of my knowledge and belief, the attached is a true, accurate and complete transcription and translation of the original as described.

Sincerely,

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Dated:**     March 1, 2024

Cell: (201) 920-7475          218 Eagles Creek CT, Easton, PA 18042
Fax (610) 438-0611          Marwan711@aol.com