# Exhibit 450-TR

## TRANSCRIPTION OF AUDIO RECORDINGS

## MPS365-401-TR

- - -

TRANSCRIPTIONS OF TAPE-RECORDED

INTERVIEWS

MPS 365-401

- - -

AUDIO RECORDINGS PRODUCED IN 03-MDL-1570

BY THE METROPOLITAN POLICE SERVICE (MPS)

- - -

Multi-part Transcript of Audio-Recorded

Interviews of Omar Al-Bayoumi in MPS

Police Custody, London, U.K.

September 22-28, 2001

- - -

Transcriptions of Tape

Recorded Interviews of Omar Al-Bayoumi,

by Amanda Maslynsky-Miller, a Certified

Realtime Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

```
 1                        -   -   -
 2                    I N D E X
 3                        -   -   -
 4    TAPE NUMBER                PAGE
 5
 6    MPS 365                    3
 7    MPS 367                    10
 8    MPS 369                    63
 9    MPS 371                    105
10    MPS 373                    162
11    MPS 375                    222
12    MPS 377                    262
13    MPS 379                    317
14    MPS 381                    365
15    MPS 383                    399
16    MPS 385                    406
17    MPS 387                    465
18    MPS 389                    506
19    MPS 391                    568
20    MPS 393                    629
21    MPS 395                    694
22    MPS 397                    743
23    MPS 399                    811
24    MPS 401                    849
```

```
 1                        -   -   -

 2                     MPS 365

 3                        -   -   -

 4

 5    PERSON INTERVIEWED:   Omar Al-Bayoumi

 6

 7    PLACE OF INTERVIEW:   Paddington Police

 8    Station

 9

10    DATE OF INTERVIEW:   22/09/2001

11

12    DURATION OF INTERVIEW:   5 minutes

13

14    TIME OF INTERVIEW: 2010-2015

15

16    INTERVIEWING OFFICERS:   DC Campbell,

17    DC Dean

18

19    OTHER PERSONS PRESENT:   The Solicitor,

20    Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

1                      -  -  -

2                DC CAMPBELL:  This interview

3       is being audio and video recorded.

4                I'll just explain to you,

5       firstly, the operation of the

6       machine.  Behind me you can see

7       the machine that I've just placed

8       three videotapes, which you saw me

9       unwrap, and also two

10      audiocassettes into the machine

11      behind me.

12               At this moment in time, as

13      you can see on the monitor, you

14      can see a picture of yourself from

15      the camera above.

16               Do you understand that?

17               AL-BAYOUMI:  Yeah.

18               DC CAMPBELL:  So this means

19      that this interview is being video

20      and audio recorded.

21               Do you agree to this

22      interview being recorded on video,

23      first of all?

24               AL-BAYOUMI:  I'm not sure

Page 5

1          because, you know, I have to, for

2          example, get the response from the

3          embassy to make sure it's okay or

4          not.

5                    DC CAMPBELL:  Is that to the

6          interview being video recorded?

7                    AL-BAYOUMI:  Uh-huh.

8                    DC CAMPBELL:  Right.  Can

9          you tell me why -- do you want to

10         tell me why you don't want to be

11         video recorded at this stage,

12         or --

13                   AL-BAYOUMI:  As I told you,

14         I don't know the procedures.

15                   DC CAMPBELL:  Right.

16                   AL-BAYOUMI:  As to what I

17         should do or what I -- you know,

18         because they have to tell me if

19         it's okay or not or -- and, you

20         know.

21                   DC CAMPBELL:  Well, you've

22         got your legal representative

23         here.

24                   AL-BAYOUMI:  Uh-huh.

Page 6

1              DC CAMPBELL:  You can speak

2         with your legal representative,

3         should you wish.

4              As I understand it, you've

5         already spoken with

6         representatives from the Saudi

7         Embassy this morning; is that

8         correct?

9              AL-BAYOUMI:  Yes.

10             DC CAMPBELL:  The matter is

11        for you.  It's your option whether

12        or not you want to be video

13        recorded and whether or not you

14        want the interview to be recorded

15        on audio as well.  However, we

16        shall interview you today.

17             So the decision is up to you

18        as to whether or not this

19        interview is being recorded on

20        video.  But of what I can say is

21        that because it's recorded on

22        video, it is greater protection

23        for myself as a police officer to

24        make sure no untoward incidents

1          occur and also for yourself.

2              So it's a protection

3          mechanism for you to make sure

4          that everything that is conducted

5          in this interview is conducted

6          properly, fairly and in accordance

7          with the law.  So it's for

8          protection for yourself and also

9          for everyone here.

10             Do you understand that?

11         That is the reason why it's being

12         video recorded.

13             AL-BAYOUMI:  Yeah, I

14         understand that.  But I prefer it

15         on the recorder.

16             SOLICITOR:  Prefer it to be

17         audio recorded --

18             AL-BAYOUMI:  Yes, audio.

19             DC DEAN:  -- not video?

20             SOLICITOR:  Yeah, not video.

21             DC CAMPBELL:  Okay.  In that

22         case, what I shall do is I will

23         have to turn off --

24             AL-BAYOUMI:  Or --

Page 8

1          DC CAMPBELL:  Yeah.

2          AL-BAYOUMI:  Or let me ask

3     them now, if I can call, if it's

4     okay for video or for audio or

5     something like that, I'm not sure.

6          DC CAMPBELL:  Okay.

7          AL-BAYOUMI:  You know, I'm

8     not sure, you know, the --

9          SOLICITOR:  We are all

10    together.

11         AL-BAYOUMI:  -- what the

12    right thing to do.

13         DC CAMPBELL:  Right.  Okay.

14         In that case, what I'm going

15    to have to do is terminate the

16    interview now for you to seek

17    advice from your solicitor or your

18    embassy, as it may be, and we will

19    conduct a second interview when

20    that becomes clear.

21         Do you understand that?

22         AL-BAYOUMI:  Yes.

23         DC CAMPBELL:  Okay.  The

24    time by my watch is 8:15 p.m.  I

Page 9

1           shall now stop the audio, and I

2           shall also stop the video

3           recording of this interview.

4                   Do you understand that?

5                   AL-BAYOUMI:  Uh-huh.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 10

```
 1                    -  -  -

 2                   MPS 367

 3                    -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  22/09/2001

11

12   DURATION OF INTERVIEW:  45 minutes

13

14   TIME OF INTERVIEW: 2100-2145

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT:  The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

```
 1                    -  -  -

 2              DC CAMPBELL:  This interview

 3         is being recorded on

 4         audiocassette.  The time by my

 5         watch is 9:00 p.m.

 6              At the conclusion of this

 7         interview, I'll give you a notice

 8         which sets out what happens to the

 9         two tapes that you saw me unwrap

10         and place into the machine behind

11         me.

12              Do you understand that?

13              Now, I would just ask that

14         whenever you give any replies to

15         your answer, if you can speak up

16         so that the microphones in this

17         room can hear everything that you

18         say quite clearly.

19              Do you understand that,

20         Omar?

21              AL-BAYOUMI:  Yeah.

22              DC CAMPBELL:  Good.  Now,

23         just to clarify one point, that

24         the videocassettes are not
```

Page 12

1          recording at this stage.

2                  Do you understand that?

3                  AL-BAYOUMI:  Yeah.

4                  DC CAMPBELL:  There are no

5          videos in this machine.

6                  AL-BAYOUMI:  Yes.

7                  DC CAMPBELL:  And so we're

8          only subject to audio recording.

9                  Now, I am DC David Campbell.

10         I am attached to the

11         anti-terrorist branch at Scotland

12         Yard, and this police officer is

13         also attached to the

14         anti-terrorist branch.  For the

15         benefit of the tape, he will

16         identify himself on audiotape.

17                 DC DEAN:  DC 4269, Ian Dean.

18                 DC CAMPBELL:  And for the

19         benefit of the tape, can you state

20         your full name and date of birth

21         for me, please?

22                 AL-BAYOUMI:  Omar

23         Al-Bayoumi.

24                 DC CAMPBELL:  And also

1          present is your legal

2          representative.

3                May I also have your name,

4          please?

5                SOLICITOR:  Jacqui

6          Gordon-Lawrence, authorized

7          representative with Fisher

8          Meredith.  I'm now required to

9          explain my role.  It is to protect

10         my client's rights.  I will

11         continue to advise my client

12         throughout this interview.  I will

13         intervene if my client asks for or

14         needs legal advice or your

15         questioning is inappropriate or

16         you raise matters which have not

17         been made known to me.

18                After receiving legal

19         advice, my client has decided to

20         answer questions which you may

21         raise that are relevant to his

22         arrest.

23                DC CAMPBELL:  If at any

24         stage during this interview you

Page 14

1          wish to speak to your solicitor,

2          let me know.  And if it needs to

3          be in private, we will stop the

4          interview as soon as possible and

5          you can consult with your

6          solicitor in private.

7                  Do you understand this?

8                  AL-BAYOUMI:  Yes.

9                  DC CAMPBELL:  Now, you've

10         been examined recently by the

11         doctor, that was this afternoon,

12         as I understand, and the doctor

13         has said that you are fit for

14         interviewing.

15                 Is that still the case?  Do

16         you feel fit enough for interview?

17         Are you --

18                 SOLICITOR:  Do you feel

19         well?

20                 AL-BAYOUMI:  Yes.

21                 SOLICITOR:  Yes.  For

22         yourself to be interviewed.

23                 DC CAMPBELL:  And as I

24         understand it, you've also had a

1          meal; is that right?  Earlier

2          today?

3                AL-BAYOUMI:  Earlier, yeah.

4          But I didn't eat my dinner yet.

5                DC CAMPBELL:  But a meal has

6          been provided for you.

7                AL-BAYOUMI:  Yes.

8                DC CAMPBELL:  And I

9          understand that you're going to

10         have a meal after this interview.

11               AL-BAYOUMI:  Yeah.

12               DC CAMPBELL:  And you've

13         been provided with a cup of tea;

14         is that right?

15               AL-BAYOUMI:  Yeah, right.

16               DC CAMPBELL:  Okay.  And are

17         you happy for this interview now

18         to be conducted?  Are you happy

19         for me to interview you about

20         these matters?

21               AL-BAYOUMI:  Yeah, sure.

22               DC CAMPBELL:  Okay.  Now,

23         I'm going to caution you, and if

24         you can listen carefully to what

1          I've got to say.  You do not have

2          to say anything, but it may harm

3          your defense if you do not

4          mention, when questioned,

5          something which you later rely on

6          in court.  Anything you do say may

7          be given in evidence.

8               Do you understand this?

9               AL-BAYOUMI:  Yes.

10              SOLICITOR:  Could you

11         explain, please?  I have explained

12         it to him once, but could you

13         explain it on tape?

14              DC CAMPBELL:  What this

15         means is that you do not have to

16         answer any of the questions that I

17         ask of you.  That is your right.

18              However, if you do not

19         answer those questions and this

20         matter goes before a court, then

21         under certain circumstances the

22         court can make a reference as to

23         why you did not answer my

24         questions here today at this

Page 17

1          police station.  That is a matter

2          for the courts to decide.

3               Okay?

4               AL-BAYOUMI:  Okay.

5               DC CAMPBELL:  So the

6          question is, you don't have to

7          answer any of my questions, that

8          is a matter for you.  And

9          obviously, if it goes before a

10         court, then they can draw an

11         inference if you do not answer

12         those questions.

13              Do you understand that?

14              AL-BAYOUMI:  Yes.

15              DC CAMPBELL:  Good.  Now,

16         the time again by my watch is

17         9:03, and I am acknowledging the

18         fact that you have understood the

19         caution.

20              I'm now going to clarify the

21         reasons why you have been put

22         under arrest.  Last evening at

23         8:15 police attended your home

24         address in Birmingham.  And your

Page 18

```
 1          home address was 34 Dymoke Street,

 2          Highgate, Birmingham, West

 3          Midlands.  And, as I said, at 6:15

 4          hours you were arrested for the

 5          preparation, instigation and

 6          commission of acts of terrorism in

 7          the United States.  And that is

 8          contrary to Section 41(b) of the

 9          Terrorism Act 2000.

10               Do you understand the reason

11          why you've been arrested?

12               AL-BAYOUMI:  Exactly, I

13          don't know.

14               DC CAMPBELL:  Okay.  What we

15          are saying is that we believe that

16          you have been involved in either

17          the instigation --

18               AL-BAYOUMI:  What -- what

19          does it mean, instigation?

20               DC CAMPBELL:  Instigation

21          means the starting of, the

22          beginning of.  The preparation

23          means planning.

24               AL-BAYOUMI:  Yeah, I know
```

1          preparation.  Yeah.

2                 DC CAMPBELL:  Or the

3          commission means actually doing

4          acts of terrorism in connection

5          with the events on the 11th of

6          September of this year in America.

7                 That's what the allegation

8          is against you.  Do you understand

9          that allegation?

10                AL-BAYOUMI:  Yeah, I

11         understand.

12                DC CAMPBELL:  Would you like

13         to say anything about this

14         allegation that we've made against

15         you?

16                AL-BAYOUMI:  Yeah, I can say

17         I don't have any idea about this

18         situation, from the beginning

19         until now.  I don't also follow on

20         with it because I am busy with my

21         studying, and I have no idea.

22                DC CAMPBELL:  The reason why

23         we're interviewing you is to find

24         out what you know about the events

Page 20

1           of the 11th of September in

2           America.  This is your opportunity

3           now to tell us about what has

4           happened and for us to ask you

5           questions about what has happened.

6                   Do you understand that?

7                   AL-BAYOUMI:  Yeah.

8                   DC CAMPBELL:  Now, what I

9           would like to do, at this stage,

10          is to ask you questions about your

11          background, about your family

12          life, about your friends and so

13          on.

14                  It is the case that we are

15          going to -- we are going to need

16          more than one interview before we

17          have finished all our questions.

18                  So, firstly, can you tell me

19          something about yourself and your

20          background?

21                  AL-BAYOUMI:  Yeah.  The

22          background, I am a Saudi student

23          here in Aston University for the

24          Ph.D. program.  I moved from Saudi

Page 21

1       Arabia to the United States in

2       August 1994 to study English and,

3       after that, Master.

4            And then I get acceptance in

5       Aston University last year for

6       Ph.D. program, and I moved from

7       the United States to UK to pursue

8       my education.

9            While I was here, I

10      sometimes go to the United States

11      because my family is still there

12      because my kids at school, and I

13      have to go to see them.  I go back

14      and forth until they finished.

15      When they finished, they go to

16      Saudi Arabia, and I went with them

17      to Saudi Arabia.  And I come back

18      here to finish my project at the

19      university, and they joined me on

20      the 25th of August.

21            I have four kids; two are

22      boys and two girls.  And we are --

23      we live a normal life.  And just

24      we moved to this house three days

Page 22

1        ago, maybe now today is fourth

2        day.

3                DC CAMPBELL:  Can you tell

4        me about where you lived in Saudi

5        Arabia and your education in Saudi

6        Arabia?  If we can deal with

7        before you went to the United

8        States, first of all.

9                AL-BAYOUMI:  Yeah.  I live

10       in Jeddah in Saudi Arabia.  And my

11       education, yeah.  My education is

12       I have a Bachelor from King

13       Abdulaziz University.

14               DC CAMPBELL:  In what?

15               AL-BAYOUMI:  In management

16       science.  Science management,

17       yeah.

18               DC CAMPBELL:  And did you

19       meet your wife whilst you were in

20       Saudi?

21               AL-BAYOUMI:  Yeah.  I get

22       married in 1985.

23               DC CAMPBELL:  And what did

24       she do for a living?  What did she

Page 23

1        do?

2                AL-BAYOUMI:  What we do for

3        a living?

4                DC CAMPBELL:  What did your

5        wife do?

6                AL-BAYOUMI:  For a living?

7                DC CAMPBELL:  Yes.

8                AL-BAYOUMI:  Just, she's a

9        wife, you know.

10                DC CAMPBELL:  Sorry, but

11        while she was in Saudi Arabia,

12        when you met her, was she working?

13                AL-BAYOUMI:  No.  She was

14        studying at school.

15                DC CAMPBELL:  Okay.  Did you

16        marry whilst you were in Saudi?

17        Did you marry whilst you were in

18        Saudi Arabia?

19                AL-BAYOUMI:  Yeah.

20                DC CAMPBELL:  When you were

21        in Saudi Arabia, what were you

22        working as?

23                AL-BAYOUMI:  I work for

24        civil aviation in the area of

Page 24

```
1         finance.
2              DC CAMPBELL:  What did that
3         involve?
4              AL-BAYOUMI:  This involve,
5         for -- for example, salaries
6         involved with -- to pay the, what
7         do you call it, to the companies,
8         for example.  When they've done a
9         project, for example, we reimburse
10        them for contracts and the other
11        things.
12             DC CAMPBELL:  And what was
13        the name of the company that you
14        worked for?
15             AL-BAYOUMI:  Actually, I
16        work, the main job for me in civil
17        aviation.  And when I started my
18        Master in the United States, I get
19        loaned to a private company.  And
20        they support me to finish my
21        education.
22             And then --
23             DC CAMPBELL:  But, sorry.
24             What I wanted to know was
```

Page 25

1          what was the name of the company

2          that you worked for whilst you

3          were in Saudi Arabia, okay,

4          because we were dealing with Saudi

5          Arabia.

6              AL-BAYOUMI:  Yeah.

7              DC CAMPBELL:  And then we'll

8          move on to what you did in

9          America.

10             So what was the name of the

11         company that you were working for

12         whilst you were in Saudi Arabia?

13             AL-BAYOUMI:  In Saudi

14         Arabia, for the government company

15         is Civil Aviation and the private

16         company is Dallah Avco.

17             DC CAMPBELL:  Can you spell

18         that, please?

19             AL-BAYOUMI:  D-A-L-L-A-H.

20             DC CAMPBELL:  Okay.  I -- I

21         don't mean to be rude, but there's

22         certain things that you will need

23         to spell for us because --

24             AL-BAYOUMI:  Yeah, I know

1          that.

2                    DC CAMPBELL:  -- we will

3          have difficulty with the

4          pronunciation.

5                    AL-BAYOUMI:  Yeah, no

6          problem.

7                    DC CAMPBELL:  How long did

8          you work for the government Civil

9          Aviation?

10                   AL-BAYOUMI:  I think since I

11         was 19.

12                   DC CAMPBELL:  And at that

13         stage, were you carrying on your

14         studies?

15                   AL-BAYOUMI:  Say it again.

16                   DC CAMPBELL:  Were you

17         carrying on your studies?  Were

18         you still in education whilst you

19         were working?

20                   AL-BAYOUMI:  No, no.

21                   DC CAMPBELL:  No.

22                   When you were in Saudi

23         Arabia?

24                   AL-BAYOUMI:  Yeah.  When I

1        was in Saudi Arabia, first when I

2        joined the Civil Aviation, I was

3        maybe 19 years.  And I worked and

4        I studied at the same time to

5        finish my Bachelor.

6              When I finished my Bachelor

7        -- at the same time, you know, in

8        the evenings sometimes and

9        sometimes in the weekends also.

10             And when -- and actually, I

11       promoted from different stages in

12       my -- my job over there.  Until

13       now I'm still with them, but they

14       gave me to this company loan, they

15       call it loan, for five years.

16             Then I came back to my

17       original job in civil aviation.

18       Then when I go back to Saudi

19       Arabia, I told them that I want to

20       finish my Ph.D.  And the company

21       say we are willing to, you know,

22       support you, but the government --

23       because it's a different system, I

24       have to get vacation from them to,

Page 28

1          you know, finish my education.

2               DC CAMPBELL:  Yes, I

3          understand.

4               AL-BAYOUMI:  But the company

5          pays the --

6               DC CAMPBELL:  The cost of

7          your tuition?

8               AL-BAYOUMI:  The cost.

9               DC CAMPBELL:  So when did

10          you leave Saudi Arabia to go to

11          America?

12               AL-BAYOUMI:  August 25th,

13          1994.

14               DC CAMPBELL:  Was that the

15          first time that you had left Saudi

16          Arabia?

17               AL-BAYOUMI:  No.

18               DC CAMPBELL:  Where else had

19          you gone?

20               AL-BAYOUMI:  I came before

21          to, I think '93, to Florida.  And

22          the city which you call it Boca

23          Raton.  Boca Raton.  This is a

24          Spanish name.  It's close to

1          Miami.

2                    DC CAMPBELL:  Right.

3                    AL-BAYOUMI:  Yeah.  I

4          spent -- I go just for English,

5          you know, for two months, I think,

6          or something like that.  And then

7          I go back to Saudi Arabia.

8                    DC CAMPBELL:  Where were you

9          studying?

10                   AL-BAYOUMI:  Where?

11                   DC CAMPBELL:  Yes.

12                   AL-BAYOUMI:  Where?

13                   DC CAMPBELL:  Yes.

14                   AL-BAYOUMI:  Where I study?

15                   DC CAMPBELL:  On the first

16         time that you went to America,

17         where did you study?

18                   AL-BAYOUMI:  At Boca Raton,

19         yeah.

20                   DC CAMPBELL:  Have you

21         traveled anywhere else before you

22         went to America?

23                   AL-BAYOUMI:  Yeah.  Before I

24         went to America, yeah.  I went

Page 30

```
 1         to -- when I married, I went to
 2         Turkey, then Bahrain.  And I think
 3         transfer -- no -- transit from
 4         Egypt because I used the airline,
 5         Egypt Airlines.
 6              DC CAMPBELL:  Okay.  So tell
 7         me about why you chose America for
 8         your studies.
 9              AL-BAYOUMI:  Why I choose
10         America.  Everybody like to learn
11         English in Saudi Arabia.  And
12         the -- you know, the -- actually,
13         because I went to in 1993, and I
14         like it.
15              DC CAMPBELL:  That's a good
16         enough reason, really, isn't it?
17              AL-BAYOUMI:  Yeah.  And then
18         I decided to go back to study
19         English.  In the beginning, I
20         studied just English in San Diego.
21         And then I decided to complete my
22         education, to finish my education.
23              DC CAMPBELL:  Okay.  Can you
24         tell me how you actually went
```

1          about joining the university in

2          America?

3                    AL-BAYOUMI:  Say it again.

4                    DC CAMPBELL:  Can you tell

5          me how you started your education

6          in America?

7                    AL-BAYOUMI:  Yeah.

8                    DC CAMPBELL:  Can you tell

9          me how you did that?

10                   AL-BAYOUMI:  How I did that?

11                   DC CAMPBELL:  Yes.

12                   AL-BAYOUMI:  Yeah, actually,

13         when I went to the United States,

14         I joined the San Diego State

15         University, American Language

16         Institute, in the beginning.  Then

17         I moved to an institute called ELS

18         institute for English.  ELS

19         institute, or ELS.  This is an

20         institute for English.

21              Then I moved to the

22         university, which called it -- I

23         think it's West Coast University.

24         Then I transferred to the United

```
1        States International University.

2        United States International

3        University.

4            DC CAMPBELL:  Was there a

5        particular reason why you made so

6        many different changes in the

7        universities that you attended?

8            AL-BAYOUMI:  Yeah.  For

9        example, in the -- in -- when I

10       was in the American Language

11       Institute -- for example, if I

12       studied in -- if I studied in the

13       ELS institute, there is different

14       levels.  If I finished, what do

15       you call it, O9, that's how I have

16       the right to go to the university

17       directly without doing, what do

18       you call it, TOEFL.  TOEFL is test

19       of second language or something

20       like that.

21           DC CAMPBELL:  Can you tell

22       me where you lived when you went

23       to California?

24           AL-BAYOUMI:  I lived in
```

Page 33

```
 1              three, I think, places.  But in
 2              the same area.
 3                   DC CAMPBELL:  Do you
 4              remember the addresses that you
 5              were living at?
 6                   AL-BAYOUMI:  I'm not sure.
 7              I'm not -- exactly -- two of them,
 8              they're on Beadnell Way.  They
 9              call it Beadnell Way.  Okay.
10                   And the third one on a
11              street called Ada Street.  Ada.
12              A-D-A.
13                   DC CAMPBELL:  How did you
14              find that accommodation?
15                   AL-BAYOUMI:  For the last
16              one?
17                   DC CAMPBELL:  For all three
18              that you have mentioned.
19                   AL-BAYOUMI:  You know, when
20              someone came to, for example, to
21              America, for example, or Britain,
22              here, he has to, for example, ask
23              people who, for example, speak in
24              Arabic or the people who have
```

Page 34

1          experience or to ask the office at

2          the university, for example, to

3          find a house, or, you know.

4               And for me, I -- you know,

5          for the first house I get it

6          through, I think it was someone

7          gave me a ride to the central

8          mosque over there, and then --

9          what do you call it, San Diego --

10         San Diego Islamic Center, yeah.

11              I went there and I, you

12         know, told them that I need to get

13         house close to here, close to this

14         area, because my kids new to this

15         area and they need to talk with

16         the people in the same language,

17         for example, or something like

18         that.  And I found a house.  And I

19         rent it.

20              For the other house, just I

21         moved from the previous one to

22         this house.  And for the third one

23         I was, you know, searching for

24         house, and I found it because it's

Page 35

1          a little bit neat.

2                    DC CAMPBELL:  Okay.  When

3          you went to America, should you

4          not have had a place to live

5          before you entered America?  Is

6          that not the system?

7                    AL-BAYOUMI:  No.  I don't

8          have an idea about a place to

9          live.  No, not at all.

10                   But when I went there, I

11         asked where is the closest area,

12         for example, to -- to the mosque,

13         for example, or to people who --

14         you know, because I -- at that

15         time I just want to, you know,

16         enlist my kids at school.  And

17         there is an Islamic school over

18         there, and I enlisted them to

19         there because I want them to go

20         walking.

21                   DC CAMPBELL:  How many

22         children did you have?

23                   AL-BAYOUMI:  I have four

24         children.

```
 1              DC CAMPBELL:  But when you
 2         went to America?  Because your
 3         daughter is very young, isn't she?
 4              AL-BAYOUMI:  No, the little
 5         one, she came last year.  Last
 6         year, yeah, I think.  2000.
 7              DC CAMPBELL:  So you had
 8         your eldest daughter.
 9              AL-BAYOUMI:  Eldest, no.  I
10         have the first is Emad, 15 years.
11              DC CAMPBELL:  And then?
12              AL-BAYOUMI:  And then Bayan,
13         a girl.  Emad is a boy, and Bayan
14         is a girl, 13 years.  And Firas
15         now is between 9 and 10.
16              DC CAMPBELL:  And then there
17         is your youngest child?
18              AL-BAYOUMI:  Yeah, the
19         little one, she was born there, in
20         the United States, last year.
21              DC CAMPBELL:  Okay.  Who did
22         you live with when you were
23         staying at your first house?
24              AL-BAYOUMI:  My wife and my
```

1            kids.

2                  DC CAMPBELL:  No one else?

3            You weren't sharing your house

4            with anyone else?

5                  AL-BAYOUMI:  No.

6                  DC CAMPBELL:  And the second

7            house?

8                  AL-BAYOUMI:  Yeah.  No.

9                  DC CAMPBELL:  And the third

10           house?

11                 AL-BAYOUMI:  No.

12                 DC CAMPBELL:  Okay.  When we

13           searched you at your home address,

14           you remember that we placed all

15           the personal items that you had in

16           a large plastic bag, and we got

17           you to sign that bag last night?

18                 Do you remember when this

19           officer, DC Dean, searched you?

20                 AL-BAYOUMI:  Say it again.

21                 DC CAMPBELL:  Last night,

22           this police officer searched you.

23                 AL-BAYOUMI:  Yeah.

24                 DC CAMPBELL:  And he placed

Page 38

1           your wallet, your keys --

2                  AL-BAYOUMI:  Yes.

3                  DC CAMPBELL:  -- and all

4           your property into a large bag; is

5           that correct?

6                  AL-BAYOUMI:  A large bag,

7           you mean?  Yeah.

8                  DC CAMPBELL:  Last night,

9           when we brought that property here

10          to London, we looked through and

11          separated each item of property.

12                 I have here an exhibit,

13          which is, for the benefit of the

14          tape, NF-15, which shows as one

15          Californian driver's license in

16          the name of Omar Ahmed Al-Bayoumi.

17                 I'll show you a copy of this

18          driver's license and the bag that

19          it was placed in, for the benefit

20          of the tape.

21                 Can you confirm that that is

22          a copy of the driver's license

23          that was in your wallet last

24          night?

Page 39

```
 1                AL-BAYOUMI:  Yeah.  This is
 2        the old address here.  6602.
 3                DC CAMPBELL:  Can you tell
 4        me which address that was?
 5                AL-BAYOUMI:  This is the
 6        second house.
 7                DC CAMPBELL:  That is the
 8        second house.
 9                AL-BAYOUMI:  Yeah.  You know
10        what, I went to the DV, called DV
11        for motor license, and I filled
12        card for changing address.  But
13        they didn't send it to me.
14                DC CAMPBELL:  Okay.
15                AL-BAYOUMI:  Yeah.  They
16        didn't send it to me.  I don't
17        know exactly because I --
18                DC CAMPBELL:  But what I was
19        trying to do was assist you and
20        assist your memory as to which
21        addresses we were talking about.
22                AL-BAYOUMI:  Yeah.  This is
23        the second one.
24                DC CAMPBELL:  That's the
```

Page 40

1          second address.

2                  AL-BAYOUMI:  Yes.  6602

3          Beadnell Way, yeah.

4                  DC CAMPBELL:  Okay.

5                  AL-BAYOUMI:  Yeah, Beadnell

6          Way.  Apartment Number 6.

7                  DC CAMPBELL:  It appears, on

8          the bottom of this license, that

9          the date of issue was the 9th --

10         sorry, the 16th day of the 9th

11         month, 1998.  You can see on the

12         bottom of that.  It says

13         09/16/1998.

14                 AL-BAYOUMI:  Is this

15         expiration date?

16                 DC CAMPBELL:  No.  The

17         expiry date is on the top.

18                 AL-BAYOUMI:  Yeah.

19                 DC CAMPBELL:  Which is 11 --

20                 AL-BAYOUMI:  Yeah, this is

21         the latest one.  Because I had one

22         before.  Yeah.

23                 DC CAMPBELL:  But was that

24         for your previous address, your

Page 41

```
 1            first ever address?

 2                 AL-BAYOUMI:  No.  This is

 3            the -- the first one, I think, for

 4            the previous address.  But this

 5            one for the second address.

 6                 DC CAMPBELL:  Okay.

 7                 AL-BAYOUMI:  Yeah.  But I --

 8            as I told you, I filled a form to

 9            change the address.  They didn't

10            send it to me and I was busy with

11            my moving here.

12                 DC CAMPBELL:  Yes, I quite

13            understand.

14                 And the third address you

15            mentioned was Ada Street?

16                 AL-BAYOUMI:  Yeah.  Mount

17            Ada Street.

18                 DC CAMPBELL:  Do you

19            remember what number on Ada

20            Street?

21                 AL-BAYOUMI:  I'm not sure

22            exactly.  I think 6333.  Mountain

23            Ada.  Yeah, 633 Mountain Ada.

24                 DC CAMPBELL:  And was there
```

Page 42

1          an apartment number?

2                AL-BAYOUMI:  Mount Ada.

3                152.

4                DC CAMPBELL:  What sort of

5          property is that?

6                AL-BAYOUMI:  This is a

7          complex.

8                DC CAMPBELL:  A complex.

9                AL-BAYOUMI:  Yeah.

10               DC CAMPBELL:  In London,

11         would you call it flats?

12               AL-BAYOUMI:  Well, for my

13         apartment is a townhouse, called a

14         townhouse.  Two floors, okay.  The

15         bedrooms are upstairs and the

16         dining room or living room

17         downstairs, with a kitchen and one

18         bathroom.

19               DC CAMPBELL:  And is there

20         properties either side or --

21               AL-BAYOUMI:  Yeah.

22               DC CAMPBELL:  -- is it a

23         house on its own?

24               AL-BAYOUMI:  No.  Yeah,

1           either side.

2                   DC CAMPBELL:  How many --

3                   AL-BAYOUMI:  But there --

4                   DC CAMPBELL:  And how many

5           apartments in a block?

6                   AL-BAYOUMI:  I'm not sure.

7           Maybe 40 or more than that.  I'm

8           not sure exactly.

9                   DC CAMPBELL:  You described

10          this as neat.  You said neat?

11                  AL-BAYOUMI:  Yeah.

12                  DC CAMPBELL:  Does that mean

13          it's a nicer property than the

14          previous one you were in?

15                  AL-BAYOUMI:  Yeah.  Yeah,

16          exactly.  Because the -- the

17          previous one just one floor, you

18          know.  One -- down, you know, down

19          -- downstairs.  Just one floor.

20                  But the other one, because,

21          you know, kids sometimes want to

22          play or something like that and

23          make noise.  And I have sometimes

24          to, when I get home, to take a nap

Page 44

1        a little bit to study.  And they

2        know the rules and they play

3        quietly downstairs.

4                DC CAMPBELL:  Did you like

5        that property?

6                AL-BAYOUMI:  Yeah.  It's

7        okay.

8                DC CAMPBELL:  Good area?

9                AL-BAYOUMI:  Yeah, it's a

10       good area.  But it's okay, not the

11       -- you know, nothing, the -- you

12       know, for example, the best area

13       in San Diego, no, no.  But it's

14       okay.

15               DC CAMPBELL:  It's not

16       Beverly Hills.

17               AL-BAYOUMI:  No.

18               DC CAMPBELL:  Did you make

19       many friends whilst you were there

20       in America?

21               AL-BAYOUMI:  Yeah.

22               DC CAMPBELL:  You

23       mentioned --

24               AL-BAYOUMI:  There is a

1          difference between friend and

2          people to -- for example, to know

3          or to meet.

4               DC CAMPBELL:  Yes.  We all

5          understand it.  Ian and I, we work

6          together.  You know -- that

7          doesn't make Ian and I friends

8          because we don't know each other

9          for all that long.  So I

10         understand that.

11              What I want to know from you

12         is, did you make friends whilst

13         you were out there?

14              AL-BAYOUMI:  Yeah.

15              DC CAMPBELL:  And was that

16         from work or university?

17              AL-BAYOUMI:  No, mostly I

18         know them from the mosque, for

19         example.  Or, for example, if we

20         have dinner in -- a friend, for

21         example, an invitation or

22         something like that, we, you know,

23         introduce each other or --

24              DC CAMPBELL:  Those friends,

1          were they generally people from

2          similar backgrounds as yourself?

3                    AL-BAYOUMI:  Yeah.  Also I

4          have, you know, American friends.

5          Yeah.

6                    DC CAMPBELL:  Whilst you

7          were in America, can you tell me

8          what you were actually studying?

9                    AL-BAYOUMI:  I studied a lot

10         over there.  First of all, I

11         start -- I started with the -- for

12         the Masters.  Then I moved a

13         little bit to do the -- what do

14         you call it, Key -- I forgot the

15         pronunciation.

16                   DC CAMPBELL:  Ph.D.?

17                   AL-BAYOUMI:  No.  For -- for

18         accounting.  I forgot the name

19         exactly, to be professional in

20         accounting.

21                   And I spent, for example, a

22         year with them.  But I don't -- I

23         don't think -- or, actually, I

24         don't like the subject.  And then

Page 47

1          I moved to, or registered for

2          another Master, through the

3          institute at George Washington

4          University.  And they held their

5          meeting or they held the classes

6          in San Diego, except the last

7          class was in Washington.

8               DC CAMPBELL:  So when you

9          went to America, you went to San

10         Diego?

11              AL-BAYOUMI:  Yeah.

12              DC CAMPBELL:  And you

13         attended a number of universities

14         or institutes whilst you were in

15         San Diego?

16              AL-BAYOUMI:  Yeah.

17              DC CAMPBELL:  Did you go

18         anywhere else in America to live

19         or to work or to study?

20              AL-BAYOUMI:  To live -- to

21         live, no.  But to travel, yes.

22              DC CAMPBELL:  Where did you

23         go?

24              AL-BAYOUMI:  Where?

1              DC CAMPBELL:  Uh-huh.

2              AL-BAYOUMI:  I went to Los

3      Angeles because it's close.  I

4      went to San Francisco, Las Vegas,

5      Washington, D.C.  I think this is

6      -- in the United States, this is,

7      you know, where I go.

8              DC CAMPBELL:  And how did

9      you travel?

10             AL-BAYOUMI:  In Washington?

11     Mostly walking.

12             Sorry.

13             DC CAMPBELL:  No, I mean

14     from San Diego to Washington.

15             AL-BAYOUMI:  Airplane.

16     Airplane.

17             DC CAMPBELL:  And from San

18     Diego to --

19             AL-BAYOUMI:  Los Angeles.

20             DC CAMPBELL:  -- Los

21     Angeles?

22             AL-BAYOUMI:  By car.

23             DC CAMPBELL:  By car.

24             AL-BAYOUMI:  And also to San

Page 49

1          Francisco by car, with my family.

2          You know, I usually go with my

3          family.

4               DC CAMPBELL:  And did you

5          have your own car whilst you were

6          living in America?

7               AL-BAYOUMI:  Yes.  I have my

8          car and my wife has car also.

9               DC CAMPBELL:  And that's

10         whilst you were in America?

11              AL-BAYOUMI:  Say it again.

12              DC CAMPBELL:  That's while

13         you were in America?

14              AL-BAYOUMI:  Yeah.

15              DC CAMPBELL:  And you have

16         sold those cars?

17              AL-BAYOUMI:  Yeah.

18         Actually, the -- my car, actually,

19         broke down before -- because I was

20         studying here and we go back and

21         forth to America when the semester

22         finished, for example, to see my

23         kids and come back again here.

24         And the -- my car broke down and I

Page 50

1          sell it as-is.

2                  And my wife has a car, her

3          car.

4                  DC CAMPBELL:  And just let

5          me be clear that the wife you're

6          referring to is the lady that we

7          spoke with last night who lives in

8          Birmingham; is that correct?

9                  AL-BAYOUMI:  Say it again.

10                 DC CAMPBELL:  When you refer

11         to your wife, you mean the lady

12         that we spoke to last night in

13         Birmingham?

14                 AL-BAYOUMI:  Yeah.

15                 DC CAMPBELL:  That's your

16         wife and family, yes?

17                 AL-BAYOUMI:  Yeah.  They --

18         actually, they close to our house,

19         you know, the people who -- my

20         wife, they're home right now,

21         they're close to my house, okay.

22         And I told her yesterday that if

23         something happened, just to go to

24         the house.

```
 1                    DC CAMPBELL:  Your friend's
 2         house?
 3                    AL-BAYOUMI:  Yes, friend's
 4         house, because he has big house
 5         over there.  And, you know, here
 6         in Britain, for example, or
 7         America, you know, you know people
 8         from their, for example, faces
 9         sometimes, if they are willing to
10         help you or not or something like
11         that.  Some people try to help,
12         you know, as much as they can.
13                    DC CAMPBELL:  It's the same
14         in every country, isn't it?
15                    AL-BAYOUMI:  Yeah.
16                    DC CAMPBELL:  Friends.
17                    AL-BAYOUMI:  Yeah.
18                    DC CAMPBELL:  No matter
19         where they live will try and help
20         out other friends.
21                    AL-BAYOUMI:  Yeah.
22                    DC CAMPBELL:  We understand
23         that.
24                    AL-BAYOUMI:  Exactly.
```

Page 52

1          DC CAMPBELL:  When did you
2      return to England or when did you
3      come to England to study?
4          AL-BAYOUMI:  The last time
5      or before that?
6          DC CAMPBELL:  Well, let's
7      start at the beginning.  When was
8      the first time?
9          AL-BAYOUMI:  The beginning,
10     in October, 5th October.
11         DC CAMPBELL:  Of this year
12     or last year?
13         AL-BAYOUMI:  No, 2000.
14     2000.
15         DC CAMPBELL:  And that was
16     to start your study here?
17         AL-BAYOUMI:  Yeah.
18         DC CAMPBELL:  Where are you
19     studying here?
20         AL-BAYOUMI:  At Aston
21     University.
22         DC CAMPBELL:  And what are
23     you studying at Aston University?
24         AL-BAYOUMI:  For Ph.D.

Page 53

```
 1          program in firm performance and

 2          business ethics.

 3                    DC CAMPBELL:  In?

 4                    AL-BAYOUMI:  Business

 5          ethics.

 6                    DC CAMPBELL:  Sorry, what

 7          was the first bit?

 8                    AL-BAYOUMI:  Firm.

 9                    DC CAMPBELL:  Firm.

10                    AL-BAYOUMI:  Yeah, company.

11                    DC CAMPBELL:  Yes.

12                    AL-BAYOUMI:  Firm

13          performance.

14                    DC CAMPBELL:  And business

15          ethics.

16                    AL-BAYOUMI:  And business

17          ethics, yeah.

18                    And, actually, I have

19          project now before the -- should

20          be submitted in the end of this

21          month.  I'm working hard on it.

22          For also getting Master in

23          finance, because I need it in my

24          job.
```

Page 54

```
 1              DC CAMPBELL:  And is this
 2         the job back in Saudi Arabia?
 3              AL-BAYOUMI:  Yeah, exactly.
 4              DC CAMPBELL:  And what
 5         exactly was your job title in
 6         Saudi Arabia?
 7              AL-BAYOUMI:  I was in charge
 8         of department inside of the --
 9         what do you call it -- the finance
10         department.  And also, you know,
11         in charge of, for example,
12         auditing.
13              DC CAMPBELL:  Yes.
14              AL-BAYOUMI:  Yeah.
15              DC CAMPBELL:  I will show
16         you another exhibit that we took
17         from your property last night.
18              AL-BAYOUMI:  Okay.
19              DC CAMPBELL:  For the
20         benefit of the tape, I'm going to
21         show you a copy of police exhibit
22         NF-16, which is a copy of an
23         identity card with your photograph
24         and your name on it.  For the
```

Page 55

```
1        benefit of the tape, the first
2        sheet shows your photograph and
3        writing, which is in what I
4        believe to be the Arabic language.
5              And on the reverse of that
6        is other details, which are in
7        English.  And along the top of the
8        reverse of the card, it says,
9        Kingdom of Saudi Arabia, Ministry
10       of Defense and Aviation, Civil
11       Aviation, and it appears to be
12       president.
13             AL-BAYOUMI:  Yeah, aviation,
14       Presidency of Civil Aviation.
15             DC CAMPBELL:  And it has
16       your name, Omar Ahmed Al-Bayoumi.
17       And it describes you as being
18       Chief of Projects Editor.
19             For the benefit of the tape,
20       I'll show you this to confirm that
21       that is an identity document that
22       you had last night?
23             AL-BAYOUMI:  Yeah.
24             DC CAMPBELL:  Does that
```

Page 56

```
 1          identity document relate to your
 2          employment that we've been
 3          referring to?
 4               AL-BAYOUMI:  Yeah.
 5               DC CAMPBELL:  And that --
 6          and that is the company which
 7          sponsors your education?
 8               AL-BAYOUMI:  Not this
 9          company.  This is the government.
10               DC CAMPBELL:  Yes.
11               AL-BAYOUMI:  Yeah.
12               DC CAMPBELL:  And what was
13          the name of the government that
14          sponsors your education?
15               AL-BAYOUMI:  The private
16          company, they sponsor me, sponsor
17          my education.  A private company.
18               DC CAMPBELL:  A private?
19               AL-BAYOUMI:  Yes, a private
20          company.
21               DC CAMPBELL:  And the name
22          of that company, please?
23               AL-BAYOUMI:  Dallah Avco.
24               DC CAMPBELL:  Could you
```

Page 57

1          spell that, please?

2               AL-BAYOUMI:  D-A-L-L-A-H;

3          Dallah.

4               DC CAMPBELL:  And

5          whereabouts is that company based?

6               AL-BAYOUMI:  Based in

7          Jeddah.

8               DC CAMPBELL:  In Jeddah?

9               AL-BAYOUMI:  Yes.

10               DC CAMPBELL:  Is there any

11          address?

12               AL-BAYOUMI:  I don't have

13          the address with me right now.

14               DC CAMPBELL:  The area?

15               AL-BAYOUMI:  The area is

16          in -- what do you call it?  The --

17          the area close to the old airport,

18          but -- you know where my job is,

19          or where the company?  Because the

20          base of the company is different

21          from the -- where I work.  Because

22          they have contract in Civil

23          Aviation.

24               DC CAMPBELL:  Yes, I

Page 58

```
 1          understand.
 2                  AL-BAYOUMI:  And --
 3                  DC CAMPBELL:  The base of
 4          the company?
 5                  AL-BAYOUMI:  Huh?
 6                  DC CAMPBELL:  The base?
 7                  AL-BAYOUMI:  The base of the
 8          company?  I'm not sure exactly the
 9          name of the street exactly.
10                  DC CAMPBELL:  Okay.
11                  AL-BAYOUMI:  But I can see,
12          or can say it's -- I'm not sure
13          exactly --
14                  DC CAMPBELL:  Okay.
15                  AL-BAYOUMI:  -- the name.
16                  DC CAMPBELL:  Not to worry.
17                  AL-BAYOUMI:  The name of the
18          street, I'm not sure.
19                  DC CAMPBELL:  Do they pay
20          you well in your education?
21                  AL-BAYOUMI:  Yeah, yeah.
22                  DC CAMPBELL:  May I ask what
23          amount they pay you?
24                  AL-BAYOUMI:  They pay me the
```

Page 59

1              basic salary.  I mean, the

2              professional one, for about 11,000

3              Saudi riyal, which call it, maybe,

4              2,000 pound.  But it has allowance

5              on it also for housing and the

6              other thing.  The total about

7              400 -- 4,000 pound a month.

8                   DC CAMPBELL:  A month?

9                   AL-BAYOUMI:  Yeah.

10                   DC CAMPBELL:  That's a lot

11              of money.

12                   AL-BAYOUMI:  But from

13              last -- last month, they cut off

14              the allowance and it's only at

15              11,000.

16                   DC CAMPBELL:  Why is that?

17                   AL-BAYOUMI:  I'm not sure

18              exactly.  Because they said, I

19              think, they are out of money or

20              something like that.  And,

21              therefore, I decided to join the

22              scholarship in London.

23                   DC CAMPBELL:  In London?

24                   AL-BAYOUMI:  Yeah.  The

Page 60

1          embassy gave a scholarship, for

2          example.  If I spend, for example,

3          a year or two years here and I

4          apply for, you know, get a

5          scholarship.  If, because I am

6          private, you know, I pay.

7                  Because there is difference

8          between scholarship and -- now

9          they call -- I support myself,

10         okay, but the scholarship is

11         different.  The government give

12         money to the universities and --

13         for living and the student

14         salaries.

15                 DC CAMPBELL:  Do you have

16         any other form of income?

17                 AL-BAYOUMI:  Form?

18                 DC CAMPBELL:  Form.  Do you

19         have any other income?  Any other

20         money?

21                 AL-BAYOUMI:  No.

22                 DC CAMPBELL:  Family, from

23         friends, from night work or

24         part-time jobs?

Page 61

```
 1              AL-BAYOUMI:  No.  Exactly --
 2         exactly, no.  But I have -- or I
 3         had a piece -- piece of -- piece
 4         of land.
 5              DC CAMPBELL:  Yes.
 6              AL-BAYOUMI:  Over there.
 7         And when I, you know, finish my
 8         other Master from George
 9         Washington, I went to Saudi
10         Arabia.  And I sell it because I
11         want to pursue my education.  I
12         sell it.  When I sell it, I paid,
13         you know, a little bit, paid from
14         it for personal education.  And
15         then I talk to the company, that
16         if it's possible to finish my
17         education, and they said yeah, and
18         they paid.  And after that, they
19         pay everything.
20              DC CAMPBELL:  The noise that
21         you hear in the machine behind is
22         an indication that the tape is
23         about to run out.  So what I'm
24         going to do now is I'm going to
```

Page 62

1       open two new tapes.  And I shan't

2       ask you any more questions until I

3       place in the two new tapes into

4       the machine.

5              AL-BAYOUMI:  Do I speak

6       clearly or --

7              SOLICITOR:  You're speaking

8       fine.  Just don't say anything

9       else for the time being, until

10      they start asking you questions,

11      okay.  They can hear what you say.

12                  -  -  -

13              (Whereupon, the tape

14      concluded.)

15                  -  -  -

16

17

18

19

20

21

22

23

24

Page 63

```
 1                    -  -  -

 2                  MPS 369

 3                    -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  22/09/2001

11

12   DURATION OF INTERVIEW:  33 minutes

13

14   TIME OF INTERVIEW:  2145-2218

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

Page 64

```
 1                    -  -  -
 2              DC CAMPBELL:  This is the
 3        continuation interview of Mr. Omar
 4        Ahmed Al-Bayoumi.  The time by my
 5        watch is 9:45 p.m.  The same
 6        persons as previously mentioned
 7        are present in the room.
 8              Before I go any further, can
 9        you confirm that we did not ask
10        you any questions whilst the tapes
11        were out of the machine; is that
12        correct?
13              AL-BAYOUMI:  Yeah.
14              DC CAMPBELL:  All right.
15        Now, just to be absolutely sure,
16        so that there's no
17        misunderstanding, I'm going to
18        remind you of the cautions that we
19        had mentioned at the start of the
20        interview.  I'll mention the
21        caution again.
22              You do not have to say
23        anything that may harm your
24        defense if you do not mention when
```

1    questioned something which you

2    later rely on in court.  Anything

3    you do say may be given in

4    evidence.

5         Do you understand that?

6         AL-BAYOUMI:  Yes.

7         DC CAMPBELL:  And, again, do

8    you still feel fit enough to be

9    interviewed?

10        AL-BAYOUMI:  Yes.

11        DC CAMPBELL:  Okay.  If,

12   again, at any stage you want a

13   break, then we'll come to a

14   natural conclusion and we'll

15   finish the interview.

16        And, again, if you want to

17   speak to your solicitor at any

18   stage, by all means indicate to us

19   that you need to speak to your

20   solicitor and we'll terminate the

21   interview for you to speak with

22   your solicitor.

23        Are you happy with that?

24        AL-BAYOUMI:  Yeah.

Page 66

1              DC CAMPBELL:  I finished the
2        last interview tape by talking
3        about your company in Saudi
4        Arabia.
5              AL-BAYOUMI:  Yeah.
6              DC CAMPBELL:  And your
7        finance.  And I also showed you
8        the Police Exhibit NF-16, which is
9        the Saudi Ministry of Defense,
10       Civil Aviation company
11       identification card.
12             AL-BAYOUMI:  They call it
13       civil aviation.
14             DC CAMPBELL:  Okay.
15             AL-BAYOUMI:  Civil Aviation,
16       the Ministry of Civil Aviation.
17             DC CAMPBELL:  We were
18       mentioning that -- about your
19       income, and you said that you had
20       sold a piece of land.
21             Whereabouts was that in
22       Saudi Arabia?
23             AL-BAYOUMI:  What do you
24       mean?

1                 DC CAMPBELL:  Where?  Where
2         was the land that you sold in
3         Saudi Arabia?
4                 AL-BAYOUMI:  The land?  The
5         land is close to the airport.
6                 DC CAMPBELL:  Is there a
7         name for the plot?  Is there a
8         name for the bit of land that you
9         sold?  A name, does it have a
10        name?
11                AL-BAYOUMI:  What word do
12        you mean, name?
13                DC CAMPBELL:  Name.
14                AL-BAYOUMI:  Name.  You know
15        the name of the -- yeah, Al-Jifri,
16        Al-Jifri.
17                DC CAMPBELL:  Was that the
18        address?
19                AL-BAYOUMI:  The name of the
20        block.
21                DC CAMPBELL:  That you sold?
22                AL-BAYOUMI:  Yeah.  No, the
23        piece of land.  I wouldn't know
24        the number exactly, but the name

Page 68

1            of the block over there is called

2            Al-Jifri.

3                      DC CAMPBELL:  How much did

4            you receive for the sale of this

5            land?

6                      AL-BAYOUMI:  I'm not sure

7            exactly in pound, but in Saudi

8            riyal, I think 250 or 60.  250 or

9            60.  I'm not sure.  I forgot.

10                     DC CAMPBELL:  Saudi --

11                     AL-BAYOUMI:  Saudi riyal.

12                     DC CAMPBELL:  Is that a lot

13           of money?

14                     AL-BAYOUMI:  Yeah, it's

15           okay.  I got it a little bit

16           cheap.  But, you know, the price

17           was up.  And when I was there, I

18           needed money to finish my degree.

19           And I sold it.

20                     DC CAMPBELL:  Did you put

21           this money in the bank?

22                     AL-BAYOUMI:  Yeah.

23                     DC CAMPBELL:  And what bank

24           was that?

Page 69

```
 1                AL-BAYOUMI:  Saudi American

 2          bank.

 3                DC CAMPBELL:  And, again,

 4          for the benefit of the tape, I'll

 5          show you a copy of a bank card

 6          that you had in your possession.

 7          If you can confirm.

 8                For the benefit of the tape,

 9          I'll show you Exhibit NF-17.  I do

10          apologize about the quality of the

11          copy, but you can clearly see on

12          there --

13                AL-BAYOUMI:  Yeah.

14                DC CAMPBELL:  -- that it's a

15          Bank of America and it is a Visa

16          card.  And it has your name on the

17          bottom of the card.  Is that

18          correct?

19                AL-BAYOUMI:  Yeah.

20                DC CAMPBELL:  And can we

21          confirm that that was the card

22          which you had in your possession

23          last night?

24                AL-BAYOUMI:  Yeah.
```

Page 70

1           DC CAMPBELL:  And does that

2      card relate to your account with

3      the Bank of America?

4           AL-BAYOUMI:  Yeah, in

5      America.

6           DC CAMPBELL:  In America.

7           AL-BAYOUMI:  It's in

8      America.

9           DC CAMPBELL:  Do you have

10     any other bank accounts?

11          AL-BAYOUMI:  Yeah.

12          DC CAMPBELL:  What are those

13     bank accounts?

14          AL-BAYOUMI:  Where?  In

15     America or in Saudi Arabia?

16          DC CAMPBELL:  Well, by all

17     means, tell me where the both of

18     them are.

19          AL-BAYOUMI:  Yeah.  In

20     America, I have account with, what

21     do you call it, Washington Mutual.

22     Me and my wife together.

23          DC CAMPBELL:  Yes.

24          AL-BAYOUMI:  One account.

Page 71

1              And also, in Saudi Arabia, I
2       have American Saudi Bank.
3              DC CAMPBELL:  Again, for the
4       benefit of the tape -- for the
5       benefit of the tape -- that noise
6       is just my binder opening and
7       closing -- is NF-20, it's Exhibit
8       NF-20.
9              And, again, that is a bank
10      card which is from your
11      possession --
12             AL-BAYOUMI:  Yeah.
13             DC CAMPBELL:  -- the
14      Saudi --
15             AL-BAYOUMI:  The Saudi
16      American Bank.
17             DC CAMPBELL:  -- American
18      Bank.
19             And is that the account that
20      you were referring to?  Again,
21      unfortunately, credit cards don't
22      photocopy very well.
23             AL-BAYOUMI:  Yeah, yeah.
24             Yeah, okay.

1             DC CAMPBELL:  Do you have

2        any other accounts, any other bank

3        accounts?

4             AL-BAYOUMI:  Here?  Yeah, I

5        have an account with -- in Lloyd.

6             DC CAMPBELL:  Lloyds TSB?

7             AL-BAYOUMI:  Yes, yeah.

8             DC CAMPBELL:  Okay.  And for

9        the benefit of the tape, I'll show

10        you a debit card.  This is NF-23

11        and NF-24, which are a Lloyds Bank

12        debit card, which is NF-23.  And,

13        again, NF-24, which is another

14        Lloyds.

15             AL-BAYOUMI:  Yeah.

16             DC CAMPBELL:  And those are

17        the accounts that you were

18        referring to?

19             AL-BAYOUMI:  Yeah.

20             DC CAMPBELL:  We mentioned

21        at the beginning of the interview

22        the reasons why you have been

23        arrested, and those are because we

24        believed you were involved in the

Page 73

1           preparation, instigation or

2           commission of acts of terrorism.

3           Part of our inquiries concern

4           financial matters.

5                   Quite clearly here we've got

6           a number of bank accounts.  For

7           the benefit of the tape, you're

8           nodding your head as I speak.

9                   AL-BAYOUMI:  Yeah.

10                  DC CAMPBELL:  The point I

11          want to get to is, are you

12          prepared to let us investigate

13          your finances to establish if

14          you're either involved in the

15          offenses that are alleged against

16          you or to prove that you were not

17          involved in these offenses?

18                  It's a matter which you may

19          want to discuss with your

20          solicitor, but I am highlighting

21          that now, that we will ask for

22          your consent to have a look at

23          these accounts.

24                  Would you be prepared to do

Page 74

1           that or would you like to talk to
2           your solicitor about that?
3                    AL-BAYOUMI:  Can you read me
4           the question again, please?
5                    DC CAMPBELL:  You have a
6           number of bank accounts.
7                    AL-BAYOUMI:  Yes.
8                    DC CAMPBELL:  And we are
9           investigating your involvement or
10          believed involvement in acts of
11          terrorism.  What we would like to
12          do is look at these bank accounts.
13                   Are you prepared for us to
14          look at your bank accounts?
15                   AL-BAYOUMI:  Yeah.
16                   DC CAMPBELL:  We are quite
17          happy for you to speak, after the
18          interview, about the issues
19          concerning this with your
20          solicitor, and I will cover that
21          at the second interview.  Okay?
22                   AL-BAYOUMI:  Okay.
23                   DC CAMPBELL:  Do you have
24          any other accounts or any other

Page 75

1          monies which we may be concerned

2          about?  You mightn't be able to

3          answer that question, I

4          appreciate.

5                 Let me rephrase the

6          question, please.

7                 Do you have any other form

8          of income or any money coming from

9          elsewhere, apart from your money

10         from your employer and any other

11         sponsorship that you have

12         received?

13                AL-BAYOUMI:  No.  Actually,

14         the money, I get it just from

15         my -- from my bank over there.

16         You know, they put the amount in

17         my account there and I get the

18         money by machine from here.  And

19         they deposit it in my account

20         in --

21                DC CAMPBELL:  Have you

22         received any gifts of money?

23                AL-BAYOUMI:  Gifts of money,

24         no.

Page 76

1            DC CAMPBELL:  Have you given

2        anyone money?

3            AL-BAYOUMI:  No, I didn't

4        give any -- anyone -- for example,

5        for work or for something like

6        that, yes.  For, you know,

7        other -- no.

8            DC CAMPBELL:  So let me

9        clarify the point.  You mentioned

10        you give money for work.

11            What do you mean by that?

12            AL-BAYOUMI:  You know,

13        someone fix, for example, the car

14        or something like that.

15            DC CAMPBELL:  I quite

16        understand.

17            AL-BAYOUMI:  For example,

18        yeah.

19            DC CAMPBELL:  Have you given

20        any money to friends, to relatives

21        or to associates?

22            AL-BAYOUMI:  To my wife,

23        yes.

24            DC CAMPBELL:  To any of your

1          friends?

2                    AL-BAYOUMI:  To my friends,

3          I don't think so.

4                    DC CAMPBELL:  Do you give

5          them money?

6                    AL-BAYOUMI:  I'm not -- I'm

7          -- you know, I didn't give anyone

8          money.

9                    DC CAMPBELL:  You've

10         mentioned during the interview

11         that you had studied for a year in

12         finance?

13                   AL-BAYOUMI:  Where, here?

14                   DC CAMPBELL:  In America.

15                   AL-BAYOUMI:  In finance?

16                   DC CAMPBELL:  Yes.

17                   AL-BAYOUMI:  No, for

18         accounting.

19                   DC CAMPBELL:  For

20         accountancy, I'm sorry, my

21         mistake.

22                   But you understand that

23         there is what is called an audit

24         trail?  Do you understand that

1        term?

2                AL-BAYOUMI:  Audit?

3                DC CAMPBELL:  In

4        accountancy, you've got money

5        comes in, you've got money comes

6        out.

7                AL-BAYOUMI:  Yeah.

8                DC CAMPBELL:  You have a

9        balance sheet.

10               AL-BAYOUMI:  Yeah.  Exactly,

11       yes.

12               DC CAMPBELL:  Yes?

13               AL-BAYOUMI:  Yeah.

14               DC CAMPBELL:  What we're

15       trying to establish is, if we look

16       at your bank accounts, will we be

17       able to see money coming in and

18       money going out?

19               AL-BAYOUMI:  Yeah.

20               DC CAMPBELL:  And there's

21       nothing for you to hide?

22               AL-BAYOUMI:  No, nothing.

23       Nothing to hide.  Except when we

24       have, for example, a friend -- a

Page 79

1          friend of mine bought a mosque

2          in -- in San Diego.  But this

3          mosque is registered in the

4          embassy and in the consulate in,

5          also, what do you call it, Los

6          Angeles, you know.

7                  But sometimes, for example,

8          we did working, roofing, change

9          the roofing, and it cost about

10         15,000 pound -- dollar.  And he

11         send me the money, and I gave it

12         to the company to fix the roof.

13                 And also, he send me also,

14         you know, money to pay the, what

15         do you call it, for the -- lead

16         the prayer during, for example,

17         Ramadan, you know.

18                 DC CAMPBELL:  But what I

19         mean on the balance sheets --

20                 AL-BAYOUMI:  But everything

21         is registered in the Embassy.

22                 DC CAMPBELL:  Sorry,

23         everything is registered --

24                 AL-BAYOUMI:  I mean, the

Page 80

1          mosque and the -- you know, and

2          also the embassy supported this

3          community because they are, what

4          do you call it, refugee.  Yeah.

5                    DC CAMPBELL:  So what I'm

6          saying is the money that comes

7          into your account.

8                    AL-BAYOUMI:  Yeah.

9                    DC CAMPBELL:  You can, to

10         use that word again, account for?

11         You can justify where the money

12         has come from and you can justify

13         where the money has gone to?

14                   AL-BAYOUMI:  Yeah, you can

15         -- you can find that, yeah.  You

16         can find that.  He, you know, for

17         example, send me to -- money, for

18         example, and I spend it in the --

19         what he, for example, mentioned

20         for salary, for example, or for

21         paying the, what do you call it,

22         insurance.

23                   DC CAMPBELL:  Okay.  So all

24         things that we could look at and

```
1          we could see where the money has

2          come from and -- such as paying

3          the insurance?

4               AL-BAYOUMI:  Yeah, yeah.

5          It's clear.  It's clear.

6               DC CAMPBELL:  None of the

7          questions I will ask you during

8          the interview are to trick you,

9          okay?

10              AL-BAYOUMI:  Yeah.

11              DC CAMPBELL:  They're very

12         clear.

13              AL-BAYOUMI:  Yeah.

14              DC CAMPBELL:  And if I'm not

15         clear, just let me know --

16              AL-BAYOUMI:  Sure.

17              DC CAMPBELL:  -- and I'll

18         repeat the questions --

19              AL-BAYOUMI:  Sure, sure.

20              DC CAMPBELL:  -- until you

21         understand.  Okay?

22              AL-BAYOUMI:  Sure.

23              DC CAMPBELL:  How many trips

24         have you made recently to America?
```

```
1              AL-BAYOUMI:  To America?

2         You mean when I -- after I'm

3         coming here?  After I came here to

4         the UK?

5              DC CAMPBELL:  Uh-huh.

6              AL-BAYOUMI:  I think twice

7         or three times.

8              DC CAMPBELL:  And where did

9         you fly to?

10              AL-BAYOUMI:  I fly to San

11        Diego.  From, for example,

12        Birmingham.  Birmingham, Newark;

13        Newark, San Diego.

14              DC CAMPBELL:  Do you enjoy

15        flying?

16              AL-BAYOUMI:  Yeah.

17              DC CAMPBELL:  Your job is --

18              AL-BAYOUMI:  That is very --

19        you know, boring because it take a

20        lot of time to fly.

21              DC CAMPBELL:  But it's a lot

22        quicker than going by car, isn't

23        it?

24              AL-BAYOUMI:  Yeah, but, you
```

Page 83

```
 1        know, I have reason to -- to fly,

 2        for example, because my kids over

 3        there.  And I, you know, just want

 4        to follow them over there.

 5        Because between term and term, we

 6        have for about a month.  And I

 7        have to be with them over there.

 8        But I don't like to fly.

 9             DC CAMPBELL:  Have you,

10        through your job in civil

11        aviation, have you ever learned to

12        fly?

13             AL-BAYOUMI:  No.  No.

14             DC CAMPBELL:  Quite sure?

15             AL-BAYOUMI:  Yeah, just

16        finance or -- that's all.

17             DC CAMPBELL:  Okay.  So it

18        wasn't a job that you had to have

19        any qualifications as far as

20        flying is concerned?

21             AL-BAYOUMI:  No.  Actually,

22        the civil aviation involved in

23        building airports and maintenance

24        the airports.
```

Page 84

1              DC CAMPBELL:  So that is my
2         misunderstanding.
3              AL-BAYOUMI:  Yeah.
4              DC CAMPBELL:  You understand
5         I thought civil aviation meant
6         flying planes.
7              AL-BAYOUMI:  No.  The Saudi
8         Airlines, yes, they have their --
9         they have their airlines and
10        planes.
11             DC CAMPBELL:  Moving off
12        slightly on to other matters,
13        what -- what are your interests?
14        It was very evident last night
15        that you're a family man.  What
16        are your other interests apart
17        from that?
18             AL-BAYOUMI:  Other ideas?
19             DC CAMPBELL:  Other
20        interests, hobbies.  What do you
21        do in your spare time?
22             AL-BAYOUMI:  Where?  Here in
23        Birmingham or --
24             DC CAMPBELL:  Well, since

Page 85

```
1          you left Saudi or when you're in
2          Saudi.
3                  AL-BAYOUMI:  When I was in
4          Saudi, I play squash.
5                  DC CAMPBELL:  And tennis, as
6          I understand, because of the
7          photograph I saw on your --
8                  AL-BAYOUMI:  Yeah.
9                  DC CAMPBELL:  -- on your
10         wall.
11                 AL-BAYOUMI:  Tennis, not
12         that much, but I take this
13         picture, you know.
14                 DC CAMPBELL:  You got a
15         picture, yeah.
16                 AL-BAYOUMI:  Because in --
17         it wasn't counts, you know.  But I
18         took it.  But I was, you know, a
19         squash player before, yeah.
20                 DC CAMPBELL:  Any other
21         interests?
22                 AL-BAYOUMI:  Yeah, I play
23         volleyball, soccer, you know,
24         sometimes.
```

Page 86

```
 1                    DC CAMPBELL:  And obviously
 2          studying takes up a lot of your
 3          time?
 4                    AL-BAYOUMI:  Yeah.
 5                    DC CAMPBELL:  And the
 6          family, the rest?
 7                    AL-BAYOUMI:  Yeah.
 8                    DC CAMPBELL:  I'll give my
 9          colleague some -- an opportunity
10          now to ask you some questions, and
11          I will only have a few more
12          questions to ask after my
13          colleague speaks to you.
14                    And I think, because of the
15          lateness of the hour, that it
16          would be appropriate for us to
17          conclude the interview shortly.
18          Okay.
19                    AL-BAYOUMI:  Okay.
20                    DC DEAN:  All I'm going to
21          ask you is to clarify a few
22          points, what we've already spoken
23          about.  So we're only going to
24          talk about what we've already
```

1          spoken.

2               Firstly, the plot of land,

3          what you sold in Saudi Arabia, and

4          you say it was, you think, around

5          200 -- 250, 260 Saudi riyal.

6               AL-BAYOUMI:  Yeah.

7               DC DEAN:  And we asked the

8          question, what is the value of 250

9          riyal?

10              AL-BAYOUMI:  In --

11              DC DEAN:  In English.

12              AL-BAYOUMI:  In English?

13              DC DEAN:  How much would a

14         normal car cost in riyal?  How

15         much would it cost to buy a new

16         car?

17              AL-BAYOUMI:  In Saudi

18         Arabia, to buy a new car?

19              DC DEAN:  Yeah.  I'm trying

20         to get an idea of what you could

21         buy in Saudi Arabia for 250 which

22         we could equate it to.

23              AL-BAYOUMI:  Okay, I'll tell

24         you.  For about 50,000 -- fif --

Page 88

```
1          yeah, 50,000 dollar -- pounds.
2               DC DEAN:  Pounds.  So 250,
3          260, a quick calculation is worth
4          about 50,000 pounds?
5               AL-BAYOUMI:  Yeah.
6               DC DEAN:  Okay, thank you
7          for that.
8               And, secondly, we talked
9          about your employment with the
10         Civil Aviation Authority in Saudi
11         Arabia, which you joined at 19.
12         And then you talked about you went
13         to a company called Dallah company
14         in Jeddah near the old airport.
15         Yeah?
16              AL-BAYOUMI:  Near the old
17         airport.
18              DC DEAN:  That's what you
19         said, near the old airport.
20              AL-BAYOUMI:  Old airport,
21         yeah.
22              DC DEAN:  Now Dallah
23         company, what do they actually do?
24         Do they make something,
```

Page 89

1             manufacture?  What are they?

2                   AL-BAYOUMI:  They -- it's a

3             big company in Saudi Arabia.  For

4             example, they contract with the

5             civil aviation for maintenance,

6             airport maintenance, and also the,

7             for example, radar and runways,

8             maintenance also.

9                   DC DEAN:  Okay.  So it's

10            another aviation company?

11                  AL-BAYOUMI:  Exactly.

12                  DC DEAN:  And is it Dallah

13            are the company who are sponsoring

14            you?

15                  AL-BAYOUMI:  Yeah.

16                  DC DEAN:  Right.  Now, one

17            thing, and I might look it up, but

18            you said you left Saudi

19            August 25th, 1994?

20                  AL-BAYOUMI:  Yeah.

21                  DC DEAN:  And was you

22            awarded the scholarship upon

23            leaving to go and study in

24            America?

Page 90

1              AL-BAYOUMI:  No, first of

2         all, I planned to take vacation

3         with salary for three months, in

4         the beginning.  Then I took a

5         vacation without salary.

6              DC DEAN:  Okay.  Yeah.

7              AL-BAYOUMI:  Then I get

8         loaned from -- to the Dallah

9         company and --

10             DC DEAN:  To continue --

11             AL-BAYOUMI:  Yeah, five

12        years.

13             DC DEAN:  Now, a quick

14        calculation, that takes you up to

15        about 2000, if you took three

16        months -- you went in '94 and you

17        finished about 2000; would that be

18        about right?

19             AL-BAYOUMI:  2000, yeah.

20             DC DEAN:  It was a five-year

21        scholarship?

22             AL-BAYOUMI:  Yeah.  But

23        not -- not scholarship exactly.

24             SOLICITOR:  You need to

```
1           explain "loan" to them because I

2           don't think they understand loan.

3                AL-BAYOUMI:  Yeah.

4                SOLICITOR:  Yeah.

5                AL-BAYOUMI:  Loan, for

6           example, because this company has

7           contracted with civil aviation.

8           Yeah.  And because it's a

9           private -- in the, what do you

10          call it, in the system of

11          government, it's not allowed for,

12          you know, to pay you something

13          when you are studying, for

14          example, unless you get

15          scholarship.

16               DC DEAN:  Right.

17               AL-BAYOUMI:  Therefore, I

18          change to the private company,

19          which is Dallah, and they pay me

20          the tuition.

21               DC DEAN:  Okay.  And it was

22          right, you said 4,000 pounds per

23          month?

24               AL-BAYOUMI:  Yeah, but it
```

Page 92

```
 1          wasn't this amount.  But now,

 2          yeah.  For about 4,000 -- from

 3          last month, they cut it to -- to

 4          about 2,000 -- 2,000, maybe.

 5          2,000 something.

 6               DC DEAN:  What passports do

 7          you currently hold?

 8               AL-BAYOUMI:  Saudi.

 9               DC DEAN:  Just a Saudi?

10               AL-BAYOUMI:  Yeah.

11               DC DEAN:  And you've also

12          mentioned about your children, I

13          just need to pick up on this

14          point, living in America.

15               So am I correct in saying

16          two of your children live there

17          permanently and come over here and

18          visit?

19               AL-BAYOUMI:  My children?

20               DC DEAN:  Two of them.

21               AL-BAYOUMI:  No, three.

22               DC DEAN:  Three live in

23          America?

24               AL-BAYOUMI:  What, now you
```

Page 93

1          mean, or before I moved?

2                    DC DEAN:  Okay.

3                    DC CAMPBELL:  I think your

4          wife and child -- your wife and

5          children stayed in America?

6                    AL-BAYOUMI:  Yeah.

7                    DC CAMPBELL:  And you came

8          to England to start your

9          education?

10                   AL-BAYOUMI:  Yeah, exactly.

11                   DC CAMPBELL:  And recently

12         your wife and children have joined

13         you in Birmingham; is that

14         correct?

15                   AL-BAYOUMI:  Yeah, exactly.

16         They were in Saudi Arabia for

17         vacation.

18                   DC CAMPBELL:  Yes.

19                   AL-BAYOUMI:  And they came

20         back to England.

21                   DC DEAN:  So you are saying

22         now that you have got no more ties

23         left in America?  All your family

24         live here?

Page 94

1          AL-BAYOUMI:  Now, yeah.  Now
2     they live here.
3          DC DEAN:  Okay.
4          DC CAMPBELL:  Do you have
5     any property still in America?
6     Any houses in America, do you
7     still have?
8          AL-BAYOUMI:  You mean I
9     bought a house or something like
10    that, no.
11         DC DEAN:  Right.  Your
12    company at Dallah company, and the
13    civil aviation, have you -- and we
14    was talking about friends earlier.
15    Have you kept in touch with any of
16    those people on a regular basis?
17    People you met at Dallah --
18         AL-BAYOUMI:  Uh-huh.
19         DC DEAN:  -- do you still
20    keep in touch with any of those
21    people?
22         AL-BAYOUMI:  Yeah.  Yeah.
23    You can rightly say Dallah airways
24    engineering, because airways

Page 95

1           engineering department, they own

2           the contract with them.  Yeah.

3                   DC DEAN:  So that's what I'm

4           saying.  Do you regularly keep in

5           touch with any people from there?

6                   AL-BAYOUMI:  Yeah, I

7           sometimes call.  Yeah.

8                   DC DEAN:  When was the --

9           did -- when was the last time you

10          spoke to any people out there?

11                  AL-BAYOUMI:  I think

12          maybe -- maybe 15th of this month

13          or something like that.  Because I

14          told them that, you -- you cut the

15          allowance.  And they said, this is

16          what you get now.

17                  DC DEAN:  Okay.  Do you have

18          any of the people's names?

19                  AL-BAYOUMI:  Names?

20                  DC DEAN:  That you keep in

21          touch with out there.

22                  AL-BAYOUMI:  Yeah, I have

23          their names.

24                  DC DEAN:  Would you like to

Page 96

1          tell us?

2               AL-BAYOUMI:  Yeah, but I

3          don't know their phone number.

4               DC DEAN:  Oh, no.

5               AL-BAYOUMI:  You know, the

6          guy who is in charge of the, for

7          example, sending money to the bank

8          or something like that.  Yeah, I

9          know their number -- their names.

10              DC DEAN:  And what is the

11         name of the person who sends it to

12         you?

13              AL-BAYOUMI:  His name is

14         Fathi, I think.  Fathi.

15              DC DEAN:  You'll have to

16         spell that for me, please.

17              AL-BAYOUMI:  F-A-T-H-I,

18         Fathi.

19              DC CAMPBELL:  Would his name

20         be in your telephone book?

21              AL-BAYOUMI:  My boss is

22         Mr. Karli.

23              DC DEAN:  Mr. --

24              AL-BAYOUMI:  Karli.

```
 1              DC CAMPBELL:  Could you
 2         spell that, please?
 3              AL-BAYOUMI:  K-A-R-L-I, I
 4         think.
 5              DC DEAN:  Well, that's fine,
 6         thanks.
 7              DC CAMPBELL:  What I would
 8         like to do is leave you with a few
 9         thoughts tonight.  We're
10         investigating the most serious
11         terrorist incident in the world.
12         A large number of people have been
13         killed and we, the police in
14         London, want to take our part in
15         bringing the people involved in
16         this to justice.
17              Do you know anything about
18         the people who have committed this
19         act of terrorism?
20              AL-BAYOUMI:  No.
21              DC CAMPBELL:  Have you read
22         any newspaper reports in relation
23         to the terrorist attack I have
24         referred to?
```

1              AL-BAYOUMI:  Yeah, I read

2         some magazines.

3              DC CAMPBELL:  Have you

4         watched it on the news?

5              AL-BAYOUMI:  Yeah.

6              DC CAMPBELL:  Have you seen

7         the photographs of people that may

8         have been the hijackers?

9              AL-BAYOUMI:  No.

10             DC CAMPBELL:  You're quite

11        definite about it?

12             AL-BAYOUMI:  Even the names,

13        I don't know exactly.  Because

14        they -- for example, the first

15        name and last name.  And in Saudi

16        Arabia, for example, if you put

17        the first name and last name,

18        everybody maybe will be the same.

19        I mean, most of them the same.

20             For example, if you say, for

21        example, Omar Al-Bayoumi, that's

22        it, Omar Al-Bayoumi.  You'll find

23        many of them, Omar Al-Bayoumi,

24        their name is Omar Al-Bayoumi.

Page 99

```
 1              DC CAMPBELL:  So you're

 2         saying you have not seen any of

 3         the photographs of these people?

 4              AL-BAYOUMI:  No.

 5              DC CAMPBELL:  Do you know

 6         anyone that has been either a

 7         victim or involved in this

 8         tragedy?

 9              AL-BAYOUMI:  No.

10              DC CAMPBELL:  None of your

11         friends have -- have mentioned

12         about losing a loved one?

13              AL-BAYOUMI:  No.

14              DC CAMPBELL:  And you have

15         not heard of any of your friends

16         losing their lives in this

17         tragedy?

18              AL-BAYOUMI:  No.

19              DC CAMPBELL:  What I'm

20         trying to do is establish if you

21         had found that you have lost any

22         friends or anyone that you had

23         worked with had been involved in

24         this or anyone that you've met.
```

Page 100

1                    AL-BAYOUMI:  No.  I don't.

2                    DC CAMPBELL:  Part of our

3            investigation is to establish your

4            knowledge of any people involved

5            in this, or your involvement in

6            the planning of this, or your

7            involvement in the prep -- the

8            commission of this offense.

9                    Do you understand?

10                   AL-BAYOUMI:  Yes.

11                   DC CAMPBELL:  The three

12           parts that I mentioned to you

13           before.

14                   So, again, I want you to go

15           away tonight and think about this.

16           You've heard the way that we are

17           asking all our questions, about

18           your background, about where you

19           have lived, about the people that

20           you have been associating with.

21                   Again, I have not -- I have

22           told you that I'm not going to try

23           to trick you up.  We're going to

24           have a series of questions to ask

1         you in a very logical way that we

2         are going to put our questions to

3         you.

4                Do you understand that?

5                AL-BAYOUMI:  Yeah.

6                DC CAMPBELL:  We've got many

7         inquiries to be done.  And all I

8         ask is that you be truthful with

9         us.  And if there is anything that

10        you think now that you should tell

11        us, then tell us.

12               If you know people that have

13        been involved in this and you are

14        fearful that because you've been

15        arrested that you're going to get

16        involved in this, then, again,

17        tell us.  If you are innocent,

18        then you have nothing to fear.

19               Do you understand?

20               AL-BAYOUMI:  Yes.

21               DC CAMPBELL:  I don't have

22        any more questions to ask you.  We

23        do intend to interview you at --

24        at length tomorrow.  But because

1           of the lateness of the hour, it's

2           10:15 in the night, what we'd like

3           to do is conclude the interview

4           now.

5                   AL-BAYOUMI:  First of all,

6           we, in our faith, for example,

7           that we reject any an act like

8           this, you know, for killing people

9           or, you know -- even in our belief

10          that everything should be -- you

11          know, you go through the system of

12          the -- the country or something.

13                  We don't believe in killing

14          people, for example, or, you know.

15          Even, you know, someone, for

16          example, you know, harm someone,

17          you know, or something like that,

18          no.  We don't believe in killing

19          people.

20                  For myself, I just -- for

21          example, pray and go to my home

22          and go to the university.  I have

23          been here for about a year right

24          now, and I just, I know the

Page 103

```
1            university, the home and the, for
2            example, Saudi Club.
3                    DC CAMPBELL:  Were those
4            your personal feelings about the
5            events that have happened?
6                    AL-BAYOUMI:  Terrible.  You
7            know, it's outrageous, you know.
8            You can't believe -- even in, for
9            example, a movie you can't believe
10           that it's -- is it true.  You
11           know, as -- as any one of us would
12           ask, for example -- for example,
13           if I go to, you know, the -- for
14           example, the airplane or something
15           like that, you know, I don't want
16           anyone to harm me, for example, or
17           to -- you know, how can I accept
18           it for other people?  No.  It's
19           not acceptable at all.
20                   DC CAMPBELL:  As I said,
21           we've got other questions to ask
22           you.  We will ask you in the
23           morning.
24                   AL-BAYOUMI:  Okay.
```

Page 104

1              DC CAMPBELL:  Again, in the
2        presence of your solicitor.
3              The time by my watch, unless
4        there is any representative -- any
5        representations your solicitor
6        would like to make?
7              SOLICITOR:  Not at this
8        stage.  Thank you, Officer.
9              DC CAMPBELL:  Okay.  The
10       time by my watch is now 10:18, and
11       I shall conclude the interview
12       now.
13             (Whereupon, the tape
14       concluded.)
15
16
17
18
19
20
21
22
23
24

Page 105

1                         -  -  -

2                      MPS 371

3                         -  -  -

4

5    PERSON INTERVIEWED:  Omar Al-Bayoumi

6

7    PLACE OF INTERVIEW:  Paddington Police

8    Station

9

10   DATE OF INTERVIEW:  23/09/2001

11

12   DURATION OF INTERVIEW:  43 minutes

13

14   TIME OF INTERVIEW:  1257-1340

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24

1                     -  -  -

2              DC CAMPBELL:  This interview

3         is being tape-recorded.  I am

4         Detective Constable Dave Campbell,

5         attached to the anti-terrorist

6         branch.  And also present is my

7         colleague.

8              DC DEAN:  Detective

9         Constable Ian Dean.

10             DC CAMPBELL:  Also attached

11        to the anti-terrorist branch.

12             This interview is being

13        tape-recorded.  I can just clarify

14        that it is not being

15        video-recorded.

16             Do you understand that?

17             AL-BAYOUMI:  Yeah.

18             DC CAMPBELL:  If at any

19        stage, however, this interview

20        would be monitored, the light

21        above you would light, and that

22        would indicate that it is being

23        monitored remotely.

24             Do you understand that?  But

Page 107

1          at this stage, we do not

2          anticipate that will be the case.

3                Do you understand?

4                AL-BAYOUMI:  Yeah.

5                DC CAMPBELL:  We do

6          anticipate that this interview

7          will not be monitored.

8                AL-BAYOUMI:  Okay.

9                DC CAMPBELL:  Now, for the

10         benefit of the tape, can you state

11         your full name and date of birth

12         for me, please?

13               AL-BAYOUMI:  Omar

14         Al-Bayoumi.  11/29/57.

15               DC CAMPBELL:  And also

16         present is your legal

17         representative.

18               SOLICITOR:  Jacqui

19         Gordon-Lawrence, authorized

20         representative with Fisher

21         Meredith.

22               I am now required to explain

23         my role.  It is to protect my

24         client's rights.  I will continue

Page 108

```
 1          to advise my client throughout
 2          this interview.  I shall intervene
 3          if my client asks for or needs
 4          legal advice or your questioning
 5          is inappropriate or you raise
 6          matters which have not been made
 7          known to me.
 8               After receiving legal
 9          advice, my client has decided to
10          answer questions which you may
11          raise and are relevant to his
12          arrest.
13               DC CAMPBELL:  At the end of
14          this interview, I will serve the
15          notice and the tapes will be
16          seized -- will be sealed in front
17          of you.
18               As you can see, we've opened
19          two new tapes and placed them into
20          the machine behind me, and from
21          now on this interview will be
22          subject of the audio recording.
23               I'm going to caution you,
24          and that means that you do not
```

Page 109

```
 1          have to say anything, but it may
 2          harm your defense if you do not
 3          mention, when questioned,
 4          something which you later rely on
 5          in court.  Anything you do say may
 6          be given in evidence.
 7                  Do you understand the
 8          caution?
 9                  AL-BAYOUMI:  Yeah.
10                  DC CAMPBELL:  If at any
11          stage during this interview you
12          wish to speak with your solicitor,
13          just let me know.  We will
14          conclude the interview so that you
15          can have a private consultation
16          with your solicitor.
17                  Do you understand this?
18                  Do you feel fit enough to be
19          interviewed?
20                  AL-BAYOUMI:  Yeah.
21                  DC CAMPBELL:  Okay.  Again,
22          if that changes at any stage, just
23          let me know, and we'll terminate
24          the interview so that you can
```

Page 110

1        either see a doctor or have some

2        refreshments.

3               AL-BAYOUMI:  Sure.

4               DC CAMPBELL:  The time by my

5        watch is now 12:57 p.m.

6               DC DEAN:  And the date is

7        the 23rd of September 2001.

8               DC CAMPBELL:  As we

9        mentioned yesterday, you have been

10       arrested under Section 41 of the

11       Terrorism Act 2000.  That is for

12       the preparation, instigation or

13       commission of acts of terrorism

14       relating to the incidents on the

15       11th of September in the United

16       States of America.  That's why

17       you've been arrested.  And we

18       intend to interview you further

19       today about your alleged

20       involvement in those offenses.

21               We discussed yesterday in

22       the interview matters surrounding

23       your education in Saudi Arabia,

24       your education in the United

1          States of America, and also your

2          family background and your

3          finances; is that correct?

4                AL-BAYOUMI:  Yeah.

5                DC CAMPBELL:  Now, today I

6          have spoken with your solicitor

7          and disclosed the nature of the

8          questions that we wish to ask you

9          in this interview.  And what we

10         want to ask you today is about the

11         three addresses that you were

12         living at when you were in

13         America.

14               You mentioned to us

15         originally that you went to

16         America and you found

17         accommodation through the San

18         Diego mosque; is that correct?

19               AL-BAYOUMI:  Yeah.

20               DC CAMPBELL:  Do you

21         remember the first address that

22         you lived at?  We referred you to

23         a copy of your driver's license,

24         your California driver's license.

Page 112

```
 1              AL-BAYOUMI:  The first house
 2         also on Ada, but I'm not sure
 3         exactly.  I think it's 6632 or
 4         something.  I'm not sure.
 5              DC CAMPBELL:  Who were you
 6         living at that address with?
 7              AL-BAYOUMI:  My wife.
 8              DC CAMPBELL:  And your
 9         children?
10              AL-BAYOUMI:  Yeah.
11              DC CAMPBELL:  Who else lived
12         with you at that address?
13              AL-BAYOUMI:  No one else.
14              DC CAMPBELL:  No one else?
15              AL-BAYOUMI:  No one else.
16              DC CAMPBELL:  At any stage
17         whilst you were living at that
18         address, did anyone else stay with
19         you?
20              AL-BAYOUMI:  No.
21              DC CAMPBELL:  Okay.  Now I'm
22         moving on to the second address.
23              Do you remember the name of
24         that address?
```

Page 113

```
 1                    AL-BAYOUMI:  Also on Ada
 2          Street.  It will be on my driver's
 3          license.  I think 66 -- 6602 or
 4          6605.  I'm not sure.
 5                    DC CAMPBELL:  And do you
 6          remember the apartment number?
 7                    AL-BAYOUMI:  No.
 8                    DC CAMPBELL:  Okay.  Who did
 9          you live at that address with?
10                    AL-BAYOUMI:  My wife and my
11          children.
12                    DC CAMPBELL:  And did anyone
13          else live at that address with
14          you?
15                    AL-BAYOUMI:  No.
16                    DC CAMPBELL:  No.  You're
17          quite sure of that?
18                    You're quite sure of that?
19                    AL-BAYOUMI:  Yeah.
20                    DC CAMPBELL:  And the third
21          address, do you remember that?
22                    AL-BAYOUMI:  Yeah.
23                    DC CAMPBELL:  Can you tell
24          me that address, please?
```

Page 114

```
 1                AL-BAYOUMI:  66 -- 6333

 2        Mountain Ada.

 3                DC CAMPBELL:  And was it

 4        Apartment 150?

 5                AL-BAYOUMI:  152.  150 or

 6        152, I think.  152.

 7                DC CAMPBELL:  All right.  If

 8        I showed you a copy of one of your

 9        bank statements, it shows an

10        address on there.  I think that

11        might be able to refresh your

12        memory.

13                AL-BAYOUMI:  Yeah.

14                DC DEAN:  I think before you

15        say that, can you just clarify

16        your wife's name before she got

17        married to yourself?

18                AL-BAYOUMI:  Manal Bagader.

19                DC DEAN:  Okay.

20                DC CAMPBELL:  For the

21        benefit of the tape, I'll show you

22        a police exhibit.  And in that

23        police exhibit, it was property

24        which we have taken from your home
```

1        address.

2              AL-BAYOUMI:  Okay.

3              DC CAMPBELL:  And I will

4        refer you to one of the bank

5        statements from that.  And that is

6        actually from Manal Bagader,

7        forgive my pronunciation.

8              And you can see on the

9        statement here, and I'll show you

10       a copy of a Bank of America

11       statement.  It shows the address

12       with your wife's name and the

13       address 633 Ada Road, hash 152,

14       San Diego, California.

15             Is that correct?

16             AL-BAYOUMI:  Yeah.

17             DC CAMPBELL:  Is that the

18       address that we were referring to?

19             AL-BAYOUMI:  Yeah.

20             DC CAMPBELL:  Who did you

21       live there with?

22             AL-BAYOUMI:  Huh?

23             DC CAMPBELL:  Who did you

24       live there with?  Who did you live

Page 116

```
 1          at that address with?
 2                AL-BAYOUMI:  My wife and my
 3          children.
 4                DC CAMPBELL:  And no one
 5          else?
 6                AL-BAYOUMI:  No, no one
 7          else.
 8                DC CAMPBELL:  Okay.  We
 9          mentioned yesterday about your
10          finances, and you mentioned that
11          in addition to receiving money
12          from your scholarship for your
13          education, you occasionally had
14          money from the San Diego mosque
15          for repairs; is that correct?
16                AL-BAYOUMI:  Not from San
17          Diego mosque.  This is from the
18          owner of the mosque who in Saudi
19          Arabia.
20                DC CAMPBELL:  Yes.
21                AL-BAYOUMI:  Yeah.
22                DC CAMPBELL:  And that was
23          from them for repairs?
24                AL-BAYOUMI:  Yeah, for --
```

```
1          for remodeling, expand, you know,

2          changing the -- what do you call

3          it, remodeling.  You know, to

4          change room, to make for another

5          bathroom in the upstairs and

6          something like that, make

7          apartment for the Imam who

8          expected to be leading the prayer

9          and the other things.

10              DC CAMPBELL:  And that was

11         in the mosque?

12              AL-BAYOUMI:  Yeah, the

13         mosque.

14              DC CAMPBELL:  Okay.

15         Referring to your time at the 152

16         Mount Ada Road address.

17              AL-BAYOUMI:  Uh-huh.

18              DC CAMPBELL:  How did you

19         come by that apartment?  How did

20         you get that apartment?

21              AL-BAYOUMI:  I was

22         searching, and I talk to the

23         manager and she said, okay, we

24         have available a big room and --
```

Page 118

```
1           two big rooms and a townhouse.
2           And I said, okay, I'll get it.
3           She said, I'd get this house.
4                 DC CAMPBELL:  Who was the
5           manager that you dealt with at
6           that apartment block?
7                 AL-BAYOUMI:  What was her
8           name?
9                 DC CAMPBELL:  And was it
10          only a woman that you dealt with?
11                AL-BAYOUMI:  Woman, lady.
12                DC CAMPBELL:  Have you at
13          any stage, whilst you've been in
14          America, stood as a guarantor for
15          anyone else?
16                AL-BAYOUMI:  For example, to
17          make or to -- well, we try to help
18          people out when they -- newcomers,
19          for example, and they need, for
20          example, accommodation or to open
21          an account in the -- in the bank
22          or something like that.  You know,
23          we try to help them out.
24                Even here, because I am the
```

1          chairman of Saudi Club in

2          Birmingham.  Each one or new one

3          we try to help them out, give

4          them, for example, the right

5          decision to live or to get

6          apartment or open account or

7          something like that.

8              DC CAMPBELL:  Okay.  But

9          specifically with the address 152

10         Mount Ada Road, did you stand as

11         guarantor for anyone whilst you

12         were at that address?

13             AL-BAYOUMI:  For 152?

14             DC CAMPBELL:  Whilst you

15         were living at that address, did

16         you stand as guarantor for anyone

17         else?

18             AL-BAYOUMI:  I'm not sure.

19             DC CAMPBELL:  You're not

20         sure?

21             AL-BAYOUMI:  Yeah, I'm not

22         sure.  Maybe I give guarantor

23         for -- a recommendation, you mean?

24             DC CAMPBELL:  Yes, a

Page 120

1          recommendation.

2                  AL-BAYOUMI:  Yeah.  Yeah.

3                  DC CAMPBELL:  But it also

4          guarantees that if someone

5          defaults on their rent, that

6          you're liable for that rent, as I

7          understand it in America?

8                  AL-BAYOUMI:  Yeah, maybe.

9          Yeah.  It happened.

10                 DC CAMPBELL:  You're not

11         clear?

12                 AL-BAYOUMI:  I'm not clear.

13         But -- because I, as I told you, I

14         try to help people out any time in

15         any stage.

16                 DC CAMPBELL:  What I'm

17         saying to you is that you are

18         undertaking a financial agreement

19         to underwrite people if you take

20         on this role as guarantor.

21                 AL-BAYOUMI:  Uh-huh.

22                 DC CAMPBELL:  I find it hard

23         to believe that you don't remember

24         undertaking this financial

Page 121

1          agreement.

2                  You don't just say to a

3          landlord, I will guarantee this

4          person, if you don't know who the

5          people -- that person is.

6                  AL-BAYOUMI:  Yeah, it

7          happened.

8                  DC CAMPBELL:  Who were the

9          people that you stood as guarantor

10         for?

11                 AL-BAYOUMI:  I'm not sure.

12         Many people, you know, come back

13         and forth, you know.  Especially,

14         for example, from Saudi Arabia

15         or -- but I'm not sure exactly

16         some specific name.

17                 DC CAMPBELL:  How many times

18         did you stand as guarantor whilst

19         you were living at this address?

20                 AL-BAYOUMI:  I can't

21         remember.

22                 DC CAMPBELL:  Was it more

23         than once?

24                 AL-BAYOUMI:  I'm not sure.

Page 122

```
1            DC CAMPBELL:  Did you have
2       to sign any documentation?
3            AL-BAYOUMI:  I think so.  If
4       I guarantor, it would mean I
5       signed the documentation.
6            DC CAMPBELL:  How many times
7       have you had to sign this
8       documentation, then?
9            AL-BAYOUMI:  I don't know.
10           DC CAMPBELL:  Why are you
11      signing a legally binding contract
12      for people that you don't seem to
13      know well?  Can you explain that
14      to me?
15           AL-BAYOUMI:  Yeah, actually,
16      as I told you before, when someone
17      came and need help, we try to help
18      him out.  Okay.  Even though you
19      don't know him exactly, but we saw
20      him, for example, in the mosque,
21      for example, prayer, you know, and
22      he need help, we try to help him
23      out.
24           DC CAMPBELL:  Is there any
```

Page 123

```
 1          way of you finding out who you
 2          have helped?
 3                  AL-BAYOUMI:  Say it again.
 4                  DC CAMPBELL:  Is there any
 5          way of you finding out who you
 6          have helped?
 7                  AL-BAYOUMI:  It's not clear
 8          to me.
 9                  DC CAMPBELL:  Is there any
10          way of you checking the people
11          that you may have helped?  Do you
12          hold any records?
13                  AL-BAYOUMI:  Records?
14                  DC CAMPBELL:  Uh-huh.
15                  AL-BAYOUMI:  Of --
16                  DC CAMPBELL:  Of the people
17          that you may have stood guarantor
18          for.
19                  AL-BAYOUMI:  I'm not sure.
20          I don't think so.  I'm --
21                  DC CAMPBELL:  You're a very
22          intelligent man.  You have
23          received qualifications for your
24          education; is that correct?
```

Page 124

1              AL-BAYOUMI:  Yeah.

2              DC CAMPBELL:  You're a

3        Master's of Business Science?

4              AL-BAYOUMI:  Yeah.

5              DC CAMPBELL:  You've got

6        other professional qualifications?

7              AL-BAYOUMI:  Uh-huh.

8              DC CAMPBELL:  I find it very

9        difficult to believe that you do

10       not remember the names of the

11       people that you would have stood

12       for, guarantor for something which

13       is financially binding.  Because

14       you're a man of finance; isn't

15       that correct?

16             AL-BAYOUMI:  Yeah.

17             DC CAMPBELL:  You understand

18       the legal obligations of being a

19       guarantor?

20             AL-BAYOUMI:  Yeah.  For

21       example, if he didn't pay the rent

22       to -- to talk to him to pay the

23       rent or, if not, they will get --

24       take it from his deposit, for

Page 125

1           example, and let you know about

2           that.

3                   DC CAMPBELL:  It's a little

4           more than that.  Because if he

5           doesn't pay the money, are you not

6           liable to pay the money?

7                   AL-BAYOUMI:  No, they will

8           kick him out.

9                   DC CAMPBELL:  Okay.  If the

10          person leaves without paying his

11          rent --

12                  AL-BAYOUMI:  Yeah.

13                  DC CAMPBELL:  -- surely the

14          landlord, then, looks to the

15          guarantor to pay back that money

16          that is owed because that is the

17          whole point of the guarantor; he

18          guarantees that money to be paid?

19                  AL-BAYOUMI:  In my

20          understanding in America, you have

21          to pay deposit in the beginning.

22                  DC CAMPBELL:  Yes.

23                  AL-BAYOUMI:  Okay.  And end

24          of the month, if you didn't pay,

```
 1         they will give you notice and give

 2         you -- I think if -- three days or

 3         four days or five days, I think,

 4         you didn't pay, they will add 10

 5         percent to your -- you know, what

 6         do you call it -- rent.  If not,

 7         they will take it from your

 8         deposit and close the -- block the

 9         door.  This is my understanding.

10              DC CAMPBELL:  Have you ever

11         had to pay any rent or any money

12         due whilst you've been standing as

13         a guarantor for anyone whilst you

14         were living at 152 Mount Ada Road

15         in San Diego?

16              AL-BAYOUMI:  Do you mean

17         the -- the -- in the -- this

18         apartment, 152?

19              DC CAMPBELL:  Yes.  What I'm

20         trying to do here is be specific

21         with the times that we're

22         referring to.

23              So the time that you were

24         living at that address, and that
```

1           address only --

2                AL-BAYOUMI:  Uh-huh.

3                DC CAMPBELL:  -- what I want

4           to know is who you were guarantor

5           for, how many times you were a

6           guarantor, and also whilst you

7           were a guarantor if you actually

8           had to pay out any money on behalf

9           of anyone.

10               So there's three separate

11          questions there.

12               AL-BAYOUMI:  Yeah.  First of

13          all, when I -- I think -- take

14          this Apartment 152, I'm not sure

15          exactly if I have a guarantor or

16          if I pay, you know, deposit or

17          extra money or something like

18          that.  I'm not sure exactly for

19          myself, this apartment.

20               DC CAMPBELL:  What I'm

21          talking about is other people

22          here.

23               AL-BAYOUMI:  Uh-huh.

24               DC CAMPBELL:  I'm not

Page 128

1              talking about yourself.

2                   AL-BAYOUMI:  Oh, okay.

3                   DC CAMPBELL:  Okay.  I'm

4              talking about the people that you

5              yourself have said you have

6              helped.

7                   AL-BAYOUMI:  Yeah.  I

8              usually help.

9                   DC CAMPBELL:  But you're

10             being very uncertain here about a

11             particular aspect.

12                  AL-BAYOUMI:  Uh-huh.

13                  DC CAMPBELL:  You've been

14             quite frank in the previous

15             interviews that we have had with

16             you.

17                  AL-BAYOUMI:  Yeah.

18                  DC CAMPBELL:  However, all

19             of a sudden, you seem to find it

20             difficult to remember any details

21             apart from you may have helped

22             people being a guarantor.

23                  AL-BAYOUMI:  Yeah, because,

24             as I told you, I -- anyone need

Page 129

```
1          help, you know, I -- I try to help
2          them out immediately, without
3          hesitation.
4               DC CAMPBELL:  Why?
5               AL-BAYOUMI:  Because it's --
6          it's nature to help people out if,
7          you know, if someone in need or
8          something like that, you have
9          to -- to help them out.
10              DC CAMPBELL:  But you don't
11         know these people.  Or do you know
12         these people?
13              AL-BAYOUMI:  No.  Sometimes
14         if you -- you know, you meet him
15         at the mosque, it means he's
16         mainly good enough to, for
17         example, to help him or to, you
18         know.
19              DC CAMPBELL:  Did you ever
20         have to pay any rent for anyone
21         else whilst you were living at 152
22         Mount Ada Road?
23              AL-BAYOUMI:  Pay rent
24         instead of him?
```

Page 130

```
 1              DC CAMPBELL:  Yes.

 2              AL-BAYOUMI:  I'm not sure.

 3              DC CAMPBELL:  Why not?

 4              AL-BAYOUMI:  Huh?

 5              DC CAMPBELL:  Why are you

 6         not sure?  It must have been an

 7         event in your life that someone

 8         that you have trusted has let you

 9         down, someone that you have tried

10         to help has let you down and you

11         have had to pay the rent on their

12         behalf.

13              AL-BAYOUMI:  But it's --

14         yeah, sometimes, for example, if

15         the landlord wants, for example, a

16         check, for example, that money,

17         for example, okay, and someone

18         give me, for example, the money, I

19         write the check.  Yes, this is --

20         maybe it happened.

21              DC CAMPBELL:  Why do you do

22         that?

23              AL-BAYOUMI:  Because they

24         don't accept the check, for
```

Page 131

1          example.  They don't check --
2          accept money, not check.
3               DC CAMPBELL:  Well, in this
4          particular apartment they don't
5          accept cash?
6               AL-BAYOUMI:  No, sometimes
7          in the beginning, they don't
8          accept cash, they need check.  And
9          someone who new, for example, came
10         with -- with his money.  He
11         doesn't have, for example, an
12         account or something like that.
13         And maybe in this -- in this case,
14         yes.
15              DC CAMPBELL:  But, Omar,
16         you're not answering my question,
17         because I am not asking you about
18         money that you have put up
19         beforehand.  I'm asking you about
20         a man or men that you have helped
21         and you have had to pay money for
22         their rent, they've let you down.
23              AL-BAYOUMI:  You mean from
24         my -- my pocket?

Page 132

```
1              DC CAMPBELL:  Yes.  Are you
2        saying that you have never paid
3        money from your own pocket for
4        other people?
5              AL-BAYOUMI:  No.  For rent,
6        no.  But, for example, if -- if
7        you give me, for example, the
8        money and you say, I need a check,
9        for example, yes, I will do that.
10       Yeah.  But instead of one to pay
11       rent, no, I didn't.  I didn't do
12       that.
13             DC CAMPBELL:  But you're
14       very clear about this aspect of it
15       now, aren't you?  You're very
16       clear that you've never paid
17       someone else's rent that they have
18       not paid?
19             I'm not trying to trick you
20       here.
21             AL-BAYOUMI:  Yeah, yeah.
22             DC CAMPBELL:  I am just
23       clarifying --
24             AL-BAYOUMI:  Yeah.
```

Page 133

```
 1                    DC CAMPBELL:  -- your own

 2         answers.

 3                    AL-BAYOUMI:  Yeah.  And in

 4         my mind right now, yes.

 5                    DC CAMPBELL:  You're a

 6         Master's degree, you've got a

 7         Master's degree in Business.

 8                    AL-BAYOUMI:  Yeah.

 9                    DC CAMPBELL:  You've studied

10         for a year in accountancy.

11                    AL-BAYOUMI:  Yeah.

12                    DC CAMPBELL:  So you

13         understand figures.  You're a

14         family man with three children at

15         that time or possibly your

16         youngest daughter has -- has been

17         born at this time.

18                    AL-BAYOUMI:  Yeah.

19                    DC CAMPBELL:  So money must

20         be tight.

21                    If someone else had

22         defaulted on their rent and you

23         had to pay for it, that would hit

24         you hard financially, wouldn't it?
```

Page 134

1              AL-BAYOUMI:  Yeah.

2              DC CAMPBELL:  So you're now

3        being quite clear that you've

4        never had to pay money on anyone

5        else's behalf for them defaulting

6        on their rent; is that correct?

7              AL-BAYOUMI:  From my pocket,

8        no.

9              DC CAMPBELL:  Good, okay.

10        So we're all clear about that.

11              Have you ever had to chase

12        people, to go back to people and

13        say, pay your rent because the

14        rent is due?

15              AL-BAYOUMI:  No.  I don't

16        think so, no.

17              DC CAMPBELL:  Has anyone

18        ever been late in their payment of

19        rent and you have had to write a

20        check but they have given you the

21        money to pay that rent?

22              AL-BAYOUMI:  I write check,

23        for example, and he gave me the

24        money?  Yes, this, maybe.

Page 135

```
 1               DC CAMPBELL:  For the rent
 2        maybe?
 3               AL-BAYOUMI:  Yeah.
 4               DC CAMPBELL:  But you're not
 5        sure?
 6               AL-BAYOUMI:  Yeah.
 7               DC CAMPBELL:  Okay.
 8               AL-BAYOUMI:  For the rent,
 9        yes.
10               DC CAMPBELL:  Did anyone who
11        you stood as guarantor for whilst
12        you were living at this apartment
13        block leave without paying, to
14        your knowledge?
15               AL-BAYOUMI:  Leave without
16        paying?
17               DC CAMPBELL:  Their rent.
18               AL-BAYOUMI:  I'm not sure --
19        I'm not sure of this question.
20               DC CAMPBELL:  Okay.  I'll
21        rephrase the question.  Whilst
22        you're at the Mount Ada
23        apartments --
24               AL-BAYOUMI:  Yeah.
```

Page 136

1          DC CAMPBELL:  -- 152, did
2     anyone that you're a guarantor for
3     leave without paying the rent, to
4     your knowledge?
5          AL-BAYOUMI:  No.  If
6     someone, for example, leave
7     without -- without paying the --
8     the rent, for example, as I told
9     you before, they will get it from
10    his deposit.
11         DC CAMPBELL:  Okay.  Do you
12    remember the landlord -- is that
13    the right phrase to use in
14    America, landlord?
15         AL-BAYOUMI:  Yeah, yeah.
16         DC CAMPBELL:  Or the person
17    who manages the apartments.
18         AL-BAYOUMI:  The manager.
19         DC CAMPBELL:  -- ever coming
20    and speaking with you and saying
21    that the people that you stood
22    guarantor for have failed to pay
23    their rent?
24         AL-BAYOUMI:  No.

1                   DC CAMPBELL:  You don't
2          remember that?
3                   AL-BAYOUMI:  No.
4                   DC CAMPBELL:  Are you sure?
5                   AL-BAYOUMI:  Yeah.
6                   DC CAMPBELL:  Are you sure
7          of my question to you?
8                   AL-BAYOUMI:  Yeah.  You're
9          asking me if the landlord come to
10         me and she said they failed to pay
11         the rent and -- yeah.  I said no.
12                  DC CAMPBELL:  Roughly how
13         many people would you have stood
14         guarantor for?  How many people do
15         you think you've stood as
16         guarantor for?
17                  AL-BAYOUMI:  I'm -- I'm not
18         sure.  Because when I, for
19         example, came to San Diego,
20         someone gave me a recommendation
21         without -- because he saw me
22         praying at the mosque, and he gave
23         me the -- you know.
24                  DC CAMPBELL:  Is that not

Page 138

1          dishonest?

2                 AL-BAYOUMI:  Dishonest?

3                 DC CAMPBELL:  Yes.

4                 AL-BAYOUMI:  What?

5                 DC CAMPBELL:  For someone to

6          guarantee -- guarantee the

7          property --

8                 AL-BAYOUMI:  Yeah.

9                 DC CAMPBELL:  -- the flat,

10         if you don't know them?

11                AL-BAYOUMI:  Yeah, if you --

12         as I told you, if he -- if you see

13         him, for example, in the mosque,

14         it's different from seeing him in,

15         for example, bar or something like

16         that.  If you see him in the

17         mosque, it means he's maybe nice

18         person.

19                DC CAMPBELL:  Maybe nice

20         person --

21                AL-BAYOUMI:  Yeah.

22                DC CAMPBELL:  -- but you

23         don't really know him?

24                AL-BAYOUMI:  I don't know

Page 139

```
 1          him, but --
 2                  DC CAMPBELL:  Because you're
 3          telling me that you've stood as
 4          guarantor for people and you
 5          cannot remember a single name of
 6          the person that you stood
 7          guarantor for?
 8                  AL-BAYOUMI:  Yeah, exactly.
 9                  DC CAMPBELL:  But why?
10          You're an intelligent man, why
11          can't you remember these people's
12          names?
13                  AL-BAYOUMI:  Why?  I don't
14          know exactly.  If you give me, for
15          example, some names, maybe I'll
16          remember the names or something
17          like that.
18                  DC CAMPBELL:  Can you
19          explain to me, because I don't
20          quite understand it, what do you
21          actually have to do to be
22          guarantor in America?  You've
23          obviously done it.
24                  AL-BAYOUMI:  You know, if --
```

```
1              for example, come you and me to
2              the landlord and she said, this is
3              the -- what do you call it, the
4              paper, the contract, okay.
5                     AL-BAYOUMI:  And you can
6              sign the guarantor, for example,
7              for him, if -- and that's it.
8              They didn't say you have to know
9              him, for example, for a long time
10             or something like that or
11             something.  But if you come with
12             him, just she said, sign here,
13             that's it.
14                    DC CAMPBELL:  But what does
15             that declaration actually mean, a
16             standing guarantor?  Because it
17             seems to me completely pointless
18             because you have told me that you
19             don't know these people very well,
20             apart from meeting at the mosque,
21             that you just go and sign the
22             piece of paper.  But there's no
23             financial redress on yourself,
24             that you are not liable to pay any
```

Page 141

1           money?  That seems to be an

2           absolute waste of time, as far as

3           I'm concerned, because it gives

4           the landlord no benefit.  He's got

5           nothing to fall back on.

6                AL-BAYOUMI:  No, he takes it

7           from the deposit.

8                DC CAMPBELL:  Yes, I

9           understand that.  But then if he

10          can get it from the deposit, why

11          does he need a guarantor?

12               AL-BAYOUMI:  I'm not sure.

13               DC CAMPBELL:  But you've

14          done it many times.  So if you're

15          not sure, why are you doing it?

16               AL-BAYOUMI:  I didn't say I

17          did it many times.  But I think I

18          help people out.

19               DC CAMPBELL:  No, no.  Don't

20          let me put words into your mouth,

21          Omar.  You tell me how many times

22          you did it because you know.  I

23          don't.

24               AL-BAYOUMI:  Yeah.

Page 142

1                    DC CAMPBELL:  So you tell me
2           how many times you would have done
3           it.  Because I wouldn't want to be
4           mistaken and say that you've done
5           it many times if you haven't.
6                    So you tell me the number of
7           times that you think you may have
8           done it.
9                    AL-BAYOUMI:  I'm not sure.
10                   DC CAMPBELL:  Okay.  Let me
11          put it another way.  Was it twice?
12                   AL-BAYOUMI:  For guarantor,
13          you mean?
14                   DC CAMPBELL:  Yes.
15                   AL-BAYOUMI:  For the
16          guarantor?  Actually, I'm not
17          sure.  Because as I told you, that
18          I -- I just need to help, you
19          know, people out.  And --
20                   DC CAMPBELL:  Was it 10
21          times?  Was it 50 times?
22                   AL-BAYOUMI:  No, no, I don't
23          think this.
24                   DC CAMPBELL:  Was it 100

Page 143

1          times, was it a 1,000 times?

2              AL-BAYOUMI:  No, I don't

3          think so, this number.  But maybe,

4          you know, once or twice.  Maybe

5          once, I'm not sure.

6              DC CAMPBELL:  Okay.  So

7          you're saying it was maybe once or

8          maybe twice?

9              AL-BAYOUMI:  For the -- for

10         the rent, for example.

11             DC CAMPBELL:  For 152 Mount

12         Ada, whilst you were at that

13         address, that's the period that

14         we've been talking about only, on

15         this interview, nowhere else.

16             If it's only once or twice,

17         surely that must register in

18         that -- in your intelligent mind

19         who those people were.  We're not

20         talking about a period of time

21         here that was --

22             AL-BAYOUMI:  Yeah.

23             DC CAMPBELL:  -- so long ago

24         that you would have forgotten.

1           It's in recent time.

2                   When were you living at

3           Mount Ada?

4                   AL-BAYOUMI:  You know,

5           because I am the, for example,

6           the -- what do you call it, for

7           example, General Supervisor for

8           the mosque, I know a lot of

9           people, you know.  And sometimes I

10          know their just faces.  I don't

11          remember their names.  Because,

12          you know, a lot of people.

13                  DC CAMPBELL:  But you're

14          going to have to go with that

15          person, so you're going to have to

16          be introduced to that person --

17                  AL-BAYOUMI:  No, I don't.

18                  DC CAMPBELL:  -- to go to

19          the landlord to sign the form.

20                  AL-BAYOUMI:  No.  No, I

21          don't have to introduce --

22          introduce someone.

23                  But she said, in America,

24          she said just you guarantee him,

Page 145

1          just sign here.  Sign.  That's it.

2               DC CAMPBELL:  So you didn't

3          go with that person to sign the

4          document?

5               AL-BAYOUMI:  I think should

6          be.  I -- I should go with him.

7          Wouldn't you go with them?

8               DC CAMPBELL:  But you tell

9          me, you are the man who would know

10         because you are the person

11         conducting this business.

12              So what we're saying is,

13         it's not that long ago that you've

14         actually done this, so I can't

15         understand why you don't remember.

16         You've been sure about other

17         matters, but you are being very

18         unclear about this particular

19         issue which is quite important.

20              AL-BAYOUMI:  Yeah, but if

21         you give me, for example, a name

22         or a picture or something like

23         that, I can recognize.  But now,

24         I'm not sure.  Because, as I told

Page 146

1          you, I know a lot of people in,

2          for example, San Diego or some

3          people knows -- know me by name

4          and I know them by faces, for

5          example, or something like that.

6          I don't know their name.

7                    DC CAMPBELL:  So let me put

8          it another way:  Did you ever help

9          a good friend, then, or good

10         friends, to be guarantor for?

11                   AL-BAYOUMI:  A good friend

12         in this period, no.

13                   DC CAMPBELL:  A good friend

14         in spirit?

15                   AL-BAYOUMI:  In this period,

16         in this --

17                   DC CAMPBELL:  Yes.

18                   AL-BAYOUMI:  No.

19                   DC CAMPBELL:  Okay.  Can you

20         name some of the people that you

21         did help that you remember in any

22         period?  And I'm talking about

23         being a guarantor.

24                   AL-BAYOUMI:  As guarantor?

1          I don't remember.

2              DC CAMPBELL:  You don't

3      remember anyone?

4              AL-BAYOUMI:  No.

5              DC CAMPBELL:  Ian, is there

6      some questions you would like to

7      ask, please?

8              DC DEAN:  We're talking

9      about Apartment 152?

10             AL-BAYOUMI:  Yes.

11             DC DEAN:  When did you first

12     move in there?

13             AL-BAYOUMI:  When?

14             DC DEAN:  When?  What was

15     the date?

16             AL-BAYOUMI:  Maybe in late

17     '98 or '99, I'm not sure.  Late

18     '98.

19             DC DEAN:  Okay.  And when

20     did you leave there?

21             AL-BAYOUMI:  When I did

22     leave?

23             DC DEAN:  Uh-huh.

24             AL-BAYOUMI:  Actually, when

Page 148

```
1            I have been accepted here at the
2       university, in Aston University, I
3       moved here.
4            DC DEAN:  And so --
5            AL-BAYOUMI:  But my family
6       was there.
7            DC DEAN:  So from Apartment
8       152 --
9            AL-BAYOUMI:  Yeah.
10           DC DEAN:  -- you came to
11      Birmingham?
12           AL-BAYOUMI:  Yes.
13           DC DEAN:  Okay.  So when was
14      that?
15           AL-BAYOUMI:  And my wife and
16      my kids were there --
17           DC DEAN:  Just -- just one
18      at a time.
19           When did you actually leave
20      America, then, to come here?
21           AL-BAYOUMI:  5/10/2000.
22           DC DEAN:  So 5th of October?
23           AL-BAYOUMI:  Yeah.
24           DC DEAN:  2000.
```

Page 149

1              How long had you been at
2        that apartment?
3              AL-BAYOUMI:  I think for
4        about two years.
5              DC DEAN:  Two years.
6              AL-BAYOUMI:  I think two
7        years.
8              DC DEAN:  So it could be
9        about '98, then?
10             AL-BAYOUMI:  Yeah, '98,
11       yeah.
12             DC DEAN:  Right.  Can you
13       tell me who was the landlord?
14             AL-BAYOUMI:  Huh?
15             DC DEAN:  Who was the
16       landlord, the person in charge of
17       the apartment block?
18             AL-BAYOUMI:  The manager.
19             DC DEAN:  The manager.
20             AL-BAYOUMI:  Yeah, office
21       manager.
22             DC DEAN:  Who was that?
23             AL-BAYOUMI:  A lady, I
24       forgot her name.  They changed,

Page 150

```
1            you know.  Between time and time,

2            they changed.

3                 DC DEAN:  Okay.  Well, so,

4            in your last six months, for

5            instance, when you left, who was

6            in charge then?  Can you remember

7            the person?

8                 AL-BAYOUMI:  I'm not sure

9            exactly if her name is Holly.

10                DC DEAN:  So it was a

11           female?

12                AL-BAYOUMI:  Yeah.

13                DC DEAN:  How long had she

14           been there?

15                AL-BAYOUMI:  Huh?

16                DC DEAN:  How long had she

17           been there?

18                AL-BAYOUMI:  How long what?

19                DC DEAN:  Had she been at

20           the complex.

21                AL-BAYOUMI:  I'm not sure

22           because they changed sometimes,

23           you know.  When we -- when we

24           moved in, she wasn't there.
```

```
 1                  DC DEAN:  Right.

 2                  AL-BAYOUMI:  Yeah.

 3                  DC DEAN:  During the two

 4         years that you lived in that

 5         apartment, did your wife --

 6         because at the time you moved in,

 7         she wasn't your wife, was she?

 8         Because we have a different name

 9         to your surname.

10                  AL-BAYOUMI:  Different name?

11                  DC DEAN:  Yeah, your --

12                  AL-BAYOUMI:  My wife, yeah,

13         has --

14                  DC DEAN:  So you wasn't

15         married at that point?

16                  AL-BAYOUMI:  No, I'm

17         married.  I'm married since 19 --

18         1985.

19                  DC DEAN:  Okay.  I

20         understand, yeah.

21                  AL-BAYOUMI:  Yeah, she hold

22         her own family name.

23                  DC DEAN:  Was there any

24         period in that two years she
```

Page 152

```
 1          returned with the children,

 2          leaving you alone at that

 3          apartment?

 4               AL-BAYOUMI:  No.

 5               DC DEAN:  So you and your

 6          wife and children lived

 7          together --

 8               AL-BAYOUMI:  Yes.

 9               DC DEAN:  -- continuously?

10               AL-BAYOUMI:  Yes.

11               DC DEAN:  Are you sure?

12               AL-BAYOUMI:  Yes.

13               DC DEAN:  Not on a holiday?

14          She didn't go on holiday and leave

15          you there?

16               AL-BAYOUMI:  To holiday, no.

17          No.  This, no.

18               DC DEAN:  Right.  Did you

19          ever have -- have you got family,

20          brothers, sisters?

21               AL-BAYOUMI:  Yeah.

22               DC DEAN:  And did they ever

23          come and visit you?

24               AL-BAYOUMI:  In --
```

Page 153

1              DC DEAN:  America.

2              AL-BAYOUMI:  In America?

3              DC DEAN:  In San Diego.

4              AL-BAYOUMI:  No.  I have

5         just one of my -- what do you call

6         it, aunts -- one of our relative

7         came on vacation.

8              DC DEAN:  And who was that?

9              AL-BAYOUMI:  His name?

10             DC DEAN:  Uh-huh.

11             AL-BAYOUMI:  His name is

12        Iman.

13             DC DEAN:  And how do you

14        spell that, please?

15             AL-BAYOUMI:  I think

16        I-M-A-N.

17             DC DEAN:  I-M --

18             AL-BAYOUMI:  I-M-A-N.

19             DC DEAN:  And his last name?

20             AL-BAYOUMI:  Badkook,

21        B-A-D-K-O-O-K.

22             DC DEAN:  Okay.  How about

23        your wife, has she got any

24        relatives, brothers, sisters,

Page 154

1          nieces?

2                    AL-BAYOUMI:  Who visit her?

3                    DC DEAN:  Who visit her.

4                    AL-BAYOUMI:  No.

5                    DC DEAN:  Not at all?

6                    AL-BAYOUMI:  No.

7                    DC DEAN:  So during that

8          period you had nobody come and

9          stay with you; is that what you're

10         saying, at your apartment?

11                   AL-BAYOUMI:  In --

12                   DC DEAN:  152.

13                   AL-BAYOUMI:  No.

14                   DC DEAN:  Whereabouts in San

15         Diego was it, your apartment?

16                   AL-BAYOUMI:  Apartment?

17                   DC DEAN:  Uh-huh.

18                   AL-BAYOUMI:  You know, you

19         mean address or --

20                   DC DEAN:  Which area.

21                   AL-BAYOUMI:  Which area?

22                   DC DEAN:  Uh-huh.

23                   AL-BAYOUMI:  Clairemont

24         area.

```
 1              DC DEAN:  Right.  Now,

 2         excuse me.

 3              Going back to your manager

 4         at the apartment, how often did

 5         you see them?  I have a slight

 6         understanding of the apartment

 7         system out there, and they have an

 8         office on the complex.

 9              AL-BAYOUMI:  Yeah.

10              DC DEAN:  How far was you

11         from the office complex?

12              AL-BAYOUMI:  To see her?

13              DC DEAN:  Yeah.

14              AL-BAYOUMI:  Sometimes I

15         sent the check with my kids to

16         her.  Sometimes I met her or, if

17         we had a problem, if we had a

18         problem in the apartment, for

19         example, leaking or, you know, I

20         go and talk to her.

21              DC DEAN:  And would you

22         agree that the system over there

23         in those type of apartments, when

24         you're walking around you
```

Page 156

```
 1            generally bump into the cleaners

 2            and usually the manager, so really

 3            you get to know each other?

 4                  AL-BAYOUMI:  Uh-huh.

 5                  DC DEAN:  Would you agree

 6            with that?

 7                  AL-BAYOUMI:  With the

 8            manager, you mean?

 9                  DC DEAN:  With all the staff

10            and the manager, you actually get

11            to know them.

12                  AL-BAYOUMI:  Yeah.

13                  DC DEAN:  So in effect the

14            manager would actually know you if

15            she saw you?

16                  AL-BAYOUMI:  Yeah.

17                  DC DEAN:  Okay.

18                  DC CAMPBELL:  When you were

19            living there at that apartment,

20            was there any other men of similar

21            appearance to yourself?

22                  The reason I ask this is

23            that we don't want to be confused

24            that we think we're talking about
```

Page 157

```
1          you when it could be someone else
2          of similar appearance to you.
3                   Let me put it another way.
4          If I lived in your apartment
5          block, no one would confuse me
6          with you.  Do you understand?
7                   AL-BAYOUMI:  Yeah, sure.
8                   DC CAMPBELL:  Similarly,
9          when you were living at your
10         apartment block, could it possibly
11         be that we are confusing you with
12         another man?
13                  AL-BAYOUMI:  Could possibly
14         confuse me with other man?
15                  DC CAMPBELL:  Do you want me
16         to rephrase it?
17                  SOLICITOR:  Yeah, could you,
18         please.  Could possibly have
19         been --
20                  DC CAMPBELL:  Okay.  Is it
21         possible that you could be
22         confused with another person, as
23         in, is it possible that there's
24         someone else of similar appearance
```

1         to you?

2             AL-BAYOUMI:  Similar

3         appearance to me?

4             SOLICITOR:  Who looks like

5         you.

6             AL-BAYOUMI:  Who looks like

7         me?

8             DC DEAN:  Is there anybody

9         in your apartment block --

10            SOLICITOR:  Same height,

11        same weight.

12            DC DEAN: -- with the same

13        description, Middle Eastern

14        appearance?

15            AL-BAYOUMI:  Yeah, looks

16        like me, for example?

17            DC DEAN:  Not exactly like

18        you; i.e., Middle Eastern

19        appearance in your block, living

20        there.  Neighbors.

21            AL-BAYOUMI:  Oh, in the same

22        complex, you mean?

23            DC DEAN:  Yes.

24            AL-BAYOUMI:  Yeah.  Yeah.

Page 159

```
 1          There are many.  Sometimes they
 2      came from Saudi Arabia for
 3      training and go back again.
 4              DC DEAN:  Training for?
 5              AL-BAYOUMI:  They have
 6      the -- sometimes training for
 7      English, sometimes training for,
 8      what do you call it, study in the
 9      university.  Sometimes they
10      training in the -- I think other
11      thing and, you know, accountancy
12      or something like that.
13              DC DEAN:  And in relation to
14      your apartment --
15              AL-BAYOUMI:  Huh?
16              DC DEAN:  -- your apartment
17      where you lived --
18              AL-BAYOUMI:  Yeah, in the
19      complex, you mean?
20              DC DEAN:  That's what we're
21      saying.
22              Was there anybody in the
23      same block as you from Saudi
24      Arabia, Middle East, who looks
```

Page 160

1          like you?

2                    AL-BAYOUMI:  Yeah, yeah.

3                    DC DEAN:  Can you remember

4          any of their names?

5                    AL-BAYOUMI:  Names?  I

6          know --

7                    DC CAMPBELL:  Just for your

8          benefit, the tape is going to run

9          out very shortly.

10                   Do you want us to ask some

11         more questions?

12                   I understand that you need

13         to prayer -- to pray; is that

14         right?

15                   DC DEAN:  I haven't finished

16         but because we'll go -- we'll let

17         you pray and have five minutes or

18         how long it takes and then I can

19         continue.

20                   AL-BAYOUMI:  Okay.

21                   DC CAMPBELL:  Okay.

22                   So the time --

23                   AL-BAYOUMI:  What time is it

24         right now?

Page 161

1              DC CAMPBELL:  It is now
2        twenty to 2:00.  Twenty minutes to
3        2 o'clock.
4              AL-BAYOUMI:  Yeah, we can
5        continue and then after that I can
6        go pray.
7              DC CAMPBELL:  Okay.  That's
8        fine.  Well, we won't ask you any
9        more questions at this moment in
10       time whilst we change the tapes,
11       okay.
12             So it's 1:40.
13             DC DEAN:  1:40.
14             Got that?
15             DC CAMPBELL:  Yeah.
16             (Whereupon, the tape
17       concluded.)
18
19
20
21
22
23
24

Page 162

```
 1                   -   -   -

 2                  MPS 373

 3                   -   -   -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  23/09/2001

11

12   DURATION OF INTERVIEW:  43 minutes

13

14   TIME OF INTERVIEW:  1342-1425

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

```
1                    -  -  -
2              DC CAMPBELL:  This is the
3         continuation interview of Mr. Omar
4         Al-Bayoumi.  The time by my watch
5         is 1:42 p.m.  The same persons are
6         still present.
7              For the benefit of the tape,
8         can you state your name for me,
9         please, Omar?
10             AL-BAYOUMI:  Omar
11        Al-Bayoumi.
12             DC CAMPBELL:  And also can
13        you confirm that whilst the tapes
14        were out of the machine, that we
15        did not ask you any questions; is
16        that correct?
17             AL-BAYOUMI:  Yeah.
18             DC CAMPBELL:  Just so
19        there's no misunderstanding, I'll
20        remind you of the caution again.
21        You do not have to say anything,
22        but it may harm your defense if
23        you do not mention, when
24        questioned, something which you
```

Page 164

1       later rely on in court.  Anything

2       you do say may be given in

3       evidence.

4            Do you understand the

5       caution again?

6            AL-BAYOUMI:  Yeah.

7            DC CAMPBELL:  Do you feel

8       fit enough to be interviewed?  And

9       as I understand it, that your

10      prayer time is soon, but you're

11      quite happy to be interviewed?

12           AL-BAYOUMI:  Yeah.

13           DC CAMPBELL:  Is that

14      correct?

15           AL-BAYOUMI:  Yeah.

16           DC CAMPBELL:  There is no

17      pressure for you, if you need to

18      pray, you can pray.  But you're

19      still happy to --

20           AL-BAYOUMI:  Yeah.

21           DC CAMPBELL:  -- to continue

22      with the interview.

23           AL-BAYOUMI:  Yeah, I can

24      pray later.

1             DC CAMPBELL:  My colleague

2        Ian was asking you some questions.

3             Ian.

4             DC DEAN:  Yes.  To continue.

5        Just to remind you where we

6        actually were.  David, my

7        colleague here, said could it have

8        been possible there was other

9        people in the complex that we may

10       be getting you confused with.

11            Do you understand that?

12            AL-BAYOUMI:  Yeah.

13            DC DEAN:  And it's no

14       disrespect when I say Middle

15       Eastern origin --

16            AL-BAYOUMI:  Yeah.

17            DC DEAN:  -- it's the color

18       of your skin, et cetera.

19            AL-BAYOUMI:  Yeah.

20            DC DEAN:  Then I was asking,

21       I then pointed out, can you recall

22       any people around you -- I'm going

23       to be a little bit more specific,

24       to help you.

```
1                 If we can think about your

2            apartment, for a start -- let's --

3            in the last -- when you was living

4            there, was there any immediate

5            people -- when I say "immediate,"

6            immediate neighbors, left, right,

7            above -- you didn't have any

8            above, did you?

9                 AL-BAYOUMI:  No, because

10           it's a townhouse.

11                DC DEAN:  Okay.  Who were of

12           Middle Eastern origin?

13                AL-BAYOUMI:  Yeah.  Some,

14           you know, apartments -- and I can

15           say this way and this way

16           apartment, and my apartment.

17                DC DEAN:  So are you saying

18           to the left and to the right of

19           your apartment?

20                AL-BAYOUMI:  Yeah, but not

21           close to me.  Just a little bit

22           far away.  Not far but, you know,

23           just maybe between my apartment

24           and their apartment maybe, you
```

Page 167

1          know.

2               DC DEAN:  Did you ever speak

3          to --

4               AL-BAYOUMI:  To --

5               DC DEAN:  -- to any of these

6          neighbors?

7               AL-BAYOUMI:  Yeah.  Sure, I

8          have to speak to them.

9               DC DEAN:  And if it's like

10         myself or my colleague or your

11         solicitor, you generally, as a

12         rule, get to know your neighbors?

13              AL-BAYOUMI:  Yeah.

14              DC DEAN:  You know, good

15         morning, goodbye, as you go past?

16              AL-BAYOUMI:  Yeah.

17              DC DEAN:  Did you ever, in

18         your records, take a phone number

19         down of anybody?  Have any

20         details?

21              AL-BAYOUMI:  Yeah.

22         Everybody, I'd -- I know him, I --

23         for example, he took the phone

24         number.  He took my phone number

1        if he need help, and I took his

2        number if I, for example, need to

3        call him or something like that.

4            DC DEAN:  Which is quite

5        important.  So you would be in

6        contact with people on your

7        complex, we'll call it a complex,

8        apartment block?

9            AL-BAYOUMI:  Not exactly in

10       the complex or apartment.  Maybe,

11       you know --

12           DC DEAN:  Now --

13           AL-BAYOUMI:  -- you know, in

14       the area or something like that,

15       yes.

16           DC DEAN:  You'll appreciate

17       and you're fully aware that

18       officers have been to your house

19       and seized numerous --

20           Al-Bayoumi: Numbers or --

21           DC DEAN: -- numbers of

22       documentation, which we are

23       currently going through as we

24       speak.

Page 169

```
1              AL-BAYOUMI:  Yes.

2              DC DEAN:  Amongst those now

3         I'll assume there's going to be

4         people you've been in contact with

5         in America; is that correct?

6              AL-BAYOUMI:  Say again.

7              DC DEAN:  Amongst the

8         documentation we would have seized

9         as evidence, there will be people

10        who you've been in -- who you have

11        been in touch with, or friends

12        with, in America; is that correct?

13             DC CAMPBELL:  Is there going

14        to be your friends' telephone

15        numbers in America?

16             AL BAYOUMI:  Yeah.  I have

17        --

18             SOLICITOR:  Or letters or

19        those kinds of documentation.

20             AL-BAYOUMI:  Yeah, I have

21        friends in America.  Yeah.

22             DC DEAN:  During your last,

23        your period in there, are you

24        aware of any Saudi Arabian, again,
```

```
 1          the same origin as yourself, and

 2          don't take that in any disrespect,

 3          coming and living there for short

 4          periods and then going away?

 5                AL-BAYOUMI:  Live short

 6          period and leave?

 7                DC DEAN:  Just lived there

 8          for a couple of weeks, couple of

 9          months and then disappear.

10                AL-BAYOUMI:  I'm not sure.

11          But, yeah, sometimes people just,

12          for example, rent for about a

13          month or something like that.

14          They don't like it, they change.

15          Yeah.  Or, for example, for some

16          reason they left their apartment

17          or --

18                DC DEAN:  And can you recall

19          any of their names?

20                AL-BAYOUMI:  I'm -- you

21          know, I'm not sure with names

22          because I don't memorize names.

23          But with pictures, yes, I can.

24                DC DEAN:  Okay.  There's a
```

Page 171

1          question I'm going to ask you

2          here, and I haven't got the

3          exhibit with me, but it's a

4          question I can ask you anyway.

5                  I have seen in some

6          documentation a banker's check.

7                  Do you know what a banker's

8          check is?

9                  AL-BAYOUMI:  Yeah, a bank

10         check.

11                 DC DEAN:  Bank check.  For

12         Bank of America.  And the address

13         was -- your address was on the

14         check, printed, and the name of

15         the bank department branch was a

16         place called El Cajon, which is

17         spelled E-L-C-A-H-O-N (sic).

18                 AL-BAYOUMI:  Say it again.

19                 DC DEAN:  If I write it

20         down, maybe.  El Cajon.

21                 AL-BAYOUMI:  El Cajon.

22                 DC DEAN:  El Cajon.

23                 AL-BAYOUMI:  Yeah, yeah.  El

24         Cajon.

1           DC DEAN:  How far was you

2      from El Cajon?

3           AL-BAYOUMI:  El Cajon, this

4      is where the mosque is.

5           DC DEAN:  Right.

6           AL-BAYOUMI:  Yeah, the

7      mosque called Al-Madinah

8      Al-Munawara.

9           DC DEAN:  And you were --

10     was your apartment in El Cajon?

11          AL-BAYOUMI:  No.  But --

12          DC DEAN:  Right.  How far

13     was you from El Cajon?

14          AL-BAYOUMI:  It takes maybe

15     15 to 20 minutes.

16          DC DEAN:  So was you

17     anywhere near the tram line?  You

18     know the trolley line that goes

19     into Downtown San Diego?

20          AL-BAYOUMI:  No, I take by

21     my car.

22          DC DEAN:  Was -- did you --

23     was your apartment anywhere near

24     that?

Page 173

1         AL-BAYOUMI:  My apartment,

2     no, it's far away.

3         DC DEAN:  Right.

4         AL-BAYOUMI:  This location

5     is, because the refugee people

6     from Kurdistan came there.  The

7     owner of the property who bought

8     this mosque for them, to help them

9     out, came.  And he put me like

10    the -- like supervisor.

11        DC DEAN:  Okay.

12        AL-BAYOUMI:  Okay.  To make

13    sure that they are okay and they

14    don't, for example, talk about,

15    for example, politics or something

16    like that.  And to have link with

17    the Embassy to make sure

18    everything is, you know -- they

19    didn't choose it, for example, for

20    the -- for example, for the, what

21    do you call it, the politics

22    things or, you know.

23        DC DEAN:  Okay.

24        AL-BAYOUMI:  Or for fighting

Page 174

1          or for attacking people or for

2          attacking, you know.

3                    DC DEAN:  Okay.  A question

4          Dave asked you earlier about

5          people coming to the apartments

6          and you replied they would come

7          for education, training.

8                    AL-BAYOUMI:  Yeah.

9                    DC DEAN:  Universities.

10                   Do you know of any people

11         who came there to learn how to

12         fly?

13                   AL-BAYOUMI:  To learn to

14         fly?

15                   DC DEAN:  At your apartment

16         blocks.

17                   AL-BAYOUMI:  No.  To fly,

18         no.

19                   DC DEAN:  El Cajon, you must

20         be aware of the airport there?

21                   AL-BAYOUMI:  No, El Cajon.

22         There is no airport in El Cajon.

23                   DC DEAN:  It's called

24         Gillespie airfield.

Page 175

1            AL-BAYOUMI:  What do you
2       call it?
3            DC DEAN:  Gillespie
4       airfield.
5            AL-BAYOUMI:  In El Cajon?
6            DC DEAN:  Uh-huh.
7            AL-BAYOUMI:  I've never
8       heard about it.
9            DC DEAN:  Well, there is.
10      And that comes from personal
11      knowledge myself.
12            AL-BAYOUMI:  Uh-huh.
13            DC DEAN:  So these people,
14      whoever visited there, are you
15      aware of any people coming to your
16      apartment block for flight
17      training?
18            AL-BAYOUMI:  Flight --
19      flight training, no.
20            DC DEAN:  Not learning to
21      fly, maybe hiring planes?  Now
22      this might be innocently.
23            AL-BAYOUMI:  Yeah.
24            DC DEAN:  You know, you may

```
 1          have met people who do that.
 2          We're not accusing you of
 3          anything.
 4               AL-BAYOUMI:  Yeah, I'm
 5          trying to remember.  But I don't
 6          think I know some people who try
 7          to, for example, came for training
 8          for flying or something like that.
 9          No.  No.  Not at all.
10               DC CAMPBELL:  Are you sure?
11               AL-BAYOUMI:  Yeah.
12               DC CAMPBELL:  The reason why
13          we're asking these questions is
14          you've got an aviation background.
15               AL-BAYOUMI:  Yeah.
16               DC CAMPBELL:  Civil aviation
17          from Saudi Arabia.  I appreciate
18          that it was to do with projects
19          and finance.
20               AL-BAYOUMI:  Yeah.
21               DC CAMPBELL:  But there is
22          still a connection there, that if
23          someone said that they were flying
24          or learning to fly, that you may
```

Page 177

1          be interested in that.

2                AL-BAYOUMI:  No.

3                DC CAMPBELL:  The reason I

4          say that is because you have got

5          an interest in aviation; isn't

6          that right?

7                AL-BAYOUMI:  Yeah, civil

8          aviation.

9                DC CAMPBELL:  Yes.  But that

10         also extends to flying?  The

11         reason I say that is you've got a

12         number of CDs, which include a

13         flight simulator; is that right?

14               AL-BAYOUMI:  Where?

15               DC CAMPBELL:  From your

16         home.

17               AL-BAYOUMI:  Uh-huh.

18               DC CAMPBELL:  You've got a

19         CD --

20               AL-BAYOUMI:  Uh-huh.

21               DC CAMPBELL:  -- at home --

22               AL-BAYOUMI:  Yeah.

23               DC CAMPBELL:  -- that says

24         flight simulator on it.

```
 1              AL-BAYOUMI:  Yeah, I think
 2         so.  But I try one of them and it
 3         doesn't work.
 4              DC CAMPBELL:  But why did
 5         you try?
 6              AL-BAYOUMI:  Why?
 7              DC CAMPBELL:  Uh-huh.
 8              AL-BAYOUMI:  Actually, I
 9         don't have time to use the --
10         those, what do you call it,
11         simulator or something.  But to
12         get idea how they -- for example,
13         because we have, for example,
14         in -- in airways engineering
15         department, you know, the people
16         in charge of, for example, the
17         tower or the runways or something
18         like that.  And once I found it
19         very cheap, you know, two, for
20         example, or one dollar or maybe --
21         I'm not sure exactly.  I bought
22         it, I try it, it doesn't work.  I
23         left it aside.
24              DC CAMPBELL:  So you're
```

Page 179

```
 1            talking about the CD?
 2                 AL-BAYOUMI:  Yeah.  But
 3            actually, I don't interested in
 4            games at all.
 5                 DC CAMPBELL:  Okay.  Have
 6            you ever gone any further and
 7            taken any simulator training?
 8                 AL-BAYOUMI:  No.
 9                 DC CAMPBELL:  Quite sure?
10                 AL-BAYOUMI:  Yeah.
11                 DC CAMPBELL:  And you
12            haven't ever learned --
13                 AL-BAYOUMI:  No.
14                 DC CAMPBELL:  -- to fly?
15                 AL-BAYOUMI:  No.
16                 DC DEAN:  Again, your
17            apartment where you lived, what
18            was your rent per month?
19                 AL-BAYOUMI:  The rent?
20                 DC DEAN:  Uh-huh.  Or per
21            week.
22                 AL-BAYOUMI:  Yeah, it was, I
23            think, 900.  They increase it to
24            1,000-something.  1,020 or
```

Page 180

```
1          whatever.
2                    DC DEAN:  And what was the
3          bond you have to pay at the
4          beginning, the -- not bond, the
5          deposit before you start, before
6          you live there?
7                    AL-BAYOUMI:  Yeah.
8                    DC DEAN:  How much did you
9          have to pay as a guarantee?
10                   AL-BAYOUMI:  I'm not sure.
11         Maybe 500 or 1,000.  I'm not sure.
12                   DC DEAN:  500 or 1,000?
13                   AL-BAYOUMI:  Yeah.  But you
14         know what, until now I didn't get
15         my deposit yet.
16                   DC CAMPBELL:  Well, that is
17         exactly what question I was going
18         to ask you.
19                   AL-BAYOUMI:  Because I
20         moved.  When I moved, my wife, you
21         know, was there and told the
22         manager to give the deposit.  She
23         said it will come by mail, you
24         know.  And I don't know.  I called
```

Page 181

1           someone who was over there to get

2           the deposit from her, you know,

3           and --

4                 DC DEAN:  While you were in

5           that apartment, did you have a

6           landline telephone?

7                 AL-BAYOUMI:  Land load?

8           Land what?

9                 DC DEAN:  A telephone in

10          your flat, in your apartment?

11                AL-BAYOUMI:  Yeah, yeah.  I

12          had a phone.

13                DC DEAN:  Can you tell me

14          the telephone number of that?

15                AL-BAYOUMI:  I don't

16          remember it.

17                DC DEAN:  Who was your

18          company with?

19                AL-BAYOUMI:  A company?

20                DC DEAN:  Who was the --

21                SOLICITOR:  The supplier.

22                DC DEAN:  The supplier.

23                AL-BAYOUMI:  Pacific Bell.

24                DC DEAN:  Pacific Bell,

Page 182

1          yeah.  And would you have any

2          problems with us going through

3          your telephone records?

4                  AL-BAYOUMI:  No.

5                  DC DEAN:  Itemized bills?

6                  AL-BAYOUMI:  No.  Actually,

7          I told my wife to pay everything

8          before she leave.

9                  DC DEAN:  Right.  Whilst

10         Dave was talking, he was talking

11         about to be a guarantor, and he

12         was quite specific.

13                 And do you understand what

14         specific means?

15                 AL-BAYOUMI:  Yeah.

16                 DC DEAN:  On pointing out

17         of -- he was saying guarantor and

18         you said of 152.

19                 Now, I just want to clarify

20         for myself what Dave was saying --

21         was asking you, had you been a

22         guarantor for any apartment, not

23         just 152.  Had you guaranteed,

24         guarantored on any apartment for

Page 183

1          someone else within where you was

2          living?

3                  Do you understand that

4          question?

5                  AL-BAYOUMI:  Yeah, I

6          understand it.

7                  Yes, it could happen.  Yes.

8                  DC DEAN:  You say it could

9          happen?

10                 AL-BAYOUMI:  Yeah.

11                 DC DEAN:  So can we be more

12         precise?  It has happened, hasn't

13         it, guaranteed?

14                 AL-BAYOUMI:  Uh-huh.

15                 DC DEAN:  You're not --

16         there's nothing wrong with that.

17         That's -- we must point that out

18         to you, you've done nothing wrong.

19                 AL-BAYOUMI:  Okay.

20                 DC DEAN:  And try and take

21         me back, and I appreciate it's

22         very hard, but you are an

23         intelligent person.

24                 And, first of all, tell me

Page 184

```
1           at least one person you've
2           guarantored during your time at
3           those apartments.  And, remember,
4           you've done nothing wrong by
5           guarantoring them.  So just try
6           and recall a person to start with.
7                    AL-BAYOUMI:  I'm not sure.
8           If you give me names --
9                    DC DEAN:  Okay.
10                   AL-BAYOUMI:  Yeah.
11                   DC DEAN:  We'll try it
12          another way.
13                   AL-BAYOUMI:  Yeah.
14                   DC DEAN:  You can remember
15          guarantoring someone?
16                   AL-BAYOUMI:  Guarantor
17          someone?  I -- I think it -- it
18          happened.
19                   DC DEAN:  It's happened,
20          okay.
21                   DC CAMPBELL:  You think it
22          happened or did it happen?
23                   AL-BAYOUMI:  Yeah, I think
24          it happened.
```

Page 185

```
 1              DC CAMPBELL:  Can we be
 2         specific here on our language?
 3         It's important.  Did it happen?
 4         Did you guarantee someone?  Yes or
 5         no?
 6              AL-BAYOUMI:  I think yes.  I
 7         think yes.  I think, you know, as
 8         I mentioned before, I'm trying to
 9         help, you know.
10              DC DEAN:  Okay.  And we all
11         do help friends.  Now you're
12         saying you think yes.
13              AL-BAYOUMI:  No, it's
14         different between friends.
15         Sometimes people you don't know.
16              DC DEAN:  Understood.
17         Acquaintances.
18              AL-BAYOUMI:  Who have seen
19         each other before.
20              DC DEAN:  Right.  We just
21         need to go on this point.  And
22         Dave's quite right, what he's
23         saying.  It may be, and this is
24         again no disrespect to yourself,
```

Page 186

1          our vocabulary might be slightly

2          different.

3               But we need -- you say you

4          think it's happened, yes.  Now,

5          try now and recall when you've

6          done it.  I don't want a name at

7          this moment.  But can you -- did

8          you meet the person you

9          guarantored?

10              AL-BAYOUMI:  Did I meet him?

11              DC DEAN:  Did you meet him

12          or her?

13              AL-BAYOUMI:  I met -- I

14          met -- but I don't know the -- the

15          --

16              DC DEAN:  No, no.  Don't

17          worry about that.  What we're here

18          to do is to get to the bottom of a

19          very large inquiry.

20              AL-BAYOUMI:  Yeah.

21              DC DEAN:  And how we're

22          doing that, we've got to question

23          you.  We're not, at the moment,

24          accusing you of anything.

Page 187

```
 1              AL-BAYOUMI:  Yeah.
 2              DC DEAN:  What we're saying,
 3         we're trying to find out what has
 4         gone on.
 5              AL-BAYOUMI:  Yes, exactly.
 6              DC DEAN:  Okay.  We're
 7         investigating.
 8              So the question I've just
 9         asked you is, can you remember
10         someone -- you were going to say
11         yes and then you stopped -- but
12         can you remember the person you
13         guarantored, a person, which you
14         said yes.
15              So can you describe him to
16         us or her?
17              AL-BAYOUMI:  What he looks
18         like?
19              DC DEAN:  Yeah.  Yeah.
20              AL-BAYOUMI:  Yeah.  Yeah, I
21         remember now the guy, but it's not
22         in my -- in my top of tongue.  But
23         he's, I think they came from
24         Mecca.  Yeah.  And, you know, at
```

Page 188

1          that point they needed, I think,

2          help to get the apartment or

3          something like that, yeah.  From

4          Mecca City in Saudi Arabia.

5                    DC CAMPBELL:  Thank you.

6                    DC DEAN:  Yeah.  Anything

7          else?  Keep going.

8                    AL-BAYOUMI:  But look -- he

9          looks like, for example, me but I

10         think he doesn't have beard.  He

11         doesn't have beard.

12                   DC DEAN:  And you say

13         "them."  Was there two of them?

14         Three of them?

15                   AL-BAYOUMI:  The other one,

16         he -- they came together.

17                   DC DEAN:  Two?

18                   AL-BAYOUMI:  Two of them.

19                   DC DEAN:  Right.

20                   AL-BAYOUMI:  Yeah.

21                   DC DEAN:  And the other guy,

22         what does he look like?

23                   AL-BAYOUMI:  The other one,

24         he has, you know, in his teeth

Page 189

```
 1          it's -- has, you know, gap in it.
 2              DC DEAN:  When you say a
 3          gap, it must be a big gap?
 4              AL-BAYOUMI:  Yeah, big gap.
 5          Or I think one of his teeth is
 6          out.
 7              DC DEAN:  I haven't got
 8          perfect teeth, but which tooth are
 9          you on about?
10              AL-BAYOUMI:  In the
11          beginning, yeah.
12              DC DEAN:  Okay, so the
13          front.
14              So when was this?
15              AL-BAYOUMI:  Huh?
16              DC DEAN:  When did this
17          happen?
18              AL-BAYOUMI:  I think this is
19          maybe late '99 or 2000.  I'm not
20          sure exactly --
21              DC DEAN:  Okay.
22              AL-BAYOUMI:  -- of the date
23          exactly.  I'm not sure.
24              DC DEAN:  And just reflect
```

back to that and try and remember them. Just have a couple seconds thought, obviously get a picture of them.
How did you meet them?
AL-BAYOUMI: How did they meet?
DC DEAN: How did you come across them? Was it the mosque or --
AL-BAYOUMI: Uh-huh.
DC DEAN: Is that -- okay.
Where did you meet them?
AL-BAYOUMI: Where?
DC DEAN: Where?
AL-BAYOUMI: Those guys -- once I went to Los Angeles with Osama, American guy, okay, he's Muslim also. And we went to --
DC CAMPBELL: Can I just stop you there. What's his name, please?
AL-BAYOUMI: Osama.
DC CAMPBELL: O-S --

1                    AL-BAYOUMI:  Osama.

2                    DC CAMPBELL:  Can you spell

3          that, please?

4                    AL-BAYOUMI:  O-S-M-A (sic).

5                    DC CAMPBELL:  Is that his

6          first name or last name?

7                    AL-BAYOUMI:  This is -- when

8          he became Muslim, he converted his

9          name.  He's not -- he's white.

10                    DC CAMPBELL:  Yes.

11                    AL-BAYOUMI:  You know,

12          American.

13                    DC DEAN:  He's a white

14          American, name of Osama?

15                    AL-BAYOUMI:  Yeah, his name

16          is Osama.

17                    DC CAMPBELL:  And his first

18          name?

19                    AL-BAYOUMI:  His first name

20          was Osama.  I don't know his last

21          name.  I don't know his real name.

22          I mean, the American name.

23                    DC CAMPBELL:  His American

24          name, okay.

Page 192

1              AL-BAYOUMI:  Yeah, he --
2         he -- everybody knows him.
3              DC CAMPBELL:  Okay.
4              DC DEAN:  Okay.
5              DC CAMPBELL:  In the mosque?
6              AL-BAYOUMI:  In the mosque,
7         yeah.
8              DC CAMPBELL:  And that is
9         the mosque in San Diego --
10             AL BAYOUMI:  San Diego, Abu
11        Bakr, yeah.
12             DC CAMPBELL: -- the one that
13        you referred to.
14             So continue, please.
15             DC DEAN:  Yeah, you was
16        talking about Los Angeles.
17             AL-BAYOUMI:  Yeah.
18             DC DEAN:  Carry on, then.
19             AL-BAYOUMI:  Yeah.  We were
20        in Los Angeles, and we went to a
21        restaurant to eat.  And when we
22        were there, I saw some -- two
23        people talking the same language,
24        Arabic language.  And I came to

Page 193

```
 1         them and say, salaam alaikum.
 2         Where are you from?  They said, we
 3         are from Saudi Arabia.
 4              And, actually, I forgot
 5         their names now.  Anyway, they --
 6         yeah, they said, we have been here
 7         for about 24 days, and we want to
 8         go to English school and we don't
 9         know how to go there.
10              And then I said, I'm in San
11         Diego, I'm not from this city.
12         And we going back now to San
13         Diego.  But if you need help or
14         something like that, just call me.
15         I think I gave them my phone
16         number.  And they went to the
17         mosque and they -- they ask the
18         Imam, or who's leader, who leads
19         the prayer, where is Omar?  And
20         they said he's coming, he usually
21         pray at this mosque.  Yeah.
22              DC DEAN:  Okay.  So they
23         actually come down to San Diego?
24              AL-BAYOUMI:  Yeah.
```

Page 194

```
1              DC DEAN:  Yeah.  And I
2         appreciate it's going back a
3         little bit.
4              And let's talk about the --
5         where did you meet them in Los
6         Angeles?
7              AL-BAYOUMI:  In the
8         restaurant.
9              DC DEAN:  Can you remember,
10        was it a hotel restaurant?
11             AL-BAYOUMI:  No, no, not a
12        hotel restaurant.  It is close to
13        the King Fahad Mosque.
14             DC DEAN:  Okay.
15             AL-BAYOUMI:  Yeah.  They
16        sell, what do you call it,
17        barbecue and the other things
18        there.
19             DC DEAN:  Okay.
20             AL-BAYOUMI:  Fresh meat.
21             DC DEAN:  And what had you
22        been up there for?
23             AL-BAYOUMI:  Huh?
24             DC DEAN:  Why had you been
```

Page 195

1          to -- I appreciate it's not

2          particularly that far, is it, San

3          Diego to LA?

4                 AL-BAYOUMI:  Two hours.  Two

5          hours.  Two hours.

6                 DC DEAN:  What was your

7          purpose for going up there?

8                 AL-BAYOUMI:  The purpose

9          to -- for, first of all, to bring

10         some books to the mosque.

11                DC DEAN:  Oh, right.  Right.

12         So you returned back down there,

13         back down to San Diego?

14                AL-BAYOUMI:  No.  After we

15         gave the books, we went to --

16         tried to go to the King Fahad

17         Mosque to pray there.

18                DC DEAN:  Right.

19                AL-BAYOUMI:  And I think we

20         got lost at that time and we went

21         to eat and we met these people.

22                DC DEAN:  Right.

23                AL-BAYOUMI:  Yeah, two of

24         them.

Page 196

1            DC DEAN:  So are you saying
2        you were sitting on a different
3        table?
4            AL-BAYOUMI:  Yeah, we were
5        -- sit here at this table and I
6        heard him -- heard them on this
7        table there.
8            DC DEAN:  And they were
9        speaking in Arabic, obviously?
10           AL-BAYOUMI:  Yes.
11           DC DEAN:  Okay.  And what
12       happened?  How did you come
13       together?
14           AL-BAYOUMI:  How did we come
15       together.  Yeah.
16           DC DEAN:  Do you understand
17       that?
18           AL-BAYOUMI:  Yeah, I say,
19       you know -- there is salaam
20       alaikum -- it means, you know,
21       peace be upon you, or something
22       like that.  And they introduced
23       themselves.
24           DC DEAN:  Can you recall

```
 1          anything they said?  Names?
 2               AL-BAYOUMI:  I'm not sure
 3          exactly.  I'm not sure.  I'm not
 4          sure.
 5               DC DEAN:  Okay.  No problem.
 6          And then what happened?
 7               AL-BAYOUMI:  I think Nayif,
 8          Nayif or something like that.
 9               DC DEAN:  Nayif?  Okay.
10               AL-BAYOUMI:  I think.
11               DC DEAN:  How would you
12          spell that?  Again, if you thought
13          it was that pronunciation, how
14          would you spell it, you, yourself?
15               AL-BAYOUMI:  I think N-A.
16               DC DEAN:  N-A --
17               AL-BAYOUMI:  Nawaf.  N-A-W-F
18          (sic), I think.  Nawaf.  Nawaf, I
19          think.
20               DC DEAN:  Okay.  And so you
21          speak to them and basically you
22          see that type of person as
23          friendly.  So you've spoke to
24          them.
```

Page 198

```
 1                    AL-BAYOUMI:  Uh-huh.
 2                    DC DEAN:  In saying having a
 3            nice day type of words and that
 4            they've come across --
 5                    AL-BAYOUMI:  I think
 6            that after three days, they came
 7            to San Diego.
 8                    DC DEAN:  They came down to
 9            San Diego.
10                    AL-BAYOUMI:  Three -- three
11            days or four days, I think.  Yeah.
12                    DC DEAN:  And -- okay, we'll
13            jump on a little bit.
14                    They come down to the mosque
15            at El Cajon.  El Cajon?
16                    AL-BAYOUMI:  No, not El
17            Cajon.  Central mosque.  What do
18            you call it, Islamic Center of San
19            Diego.
20                    DC DEAN:  Right.  Is that --
21                    AL-BAYOUMI:  It's close to
22            my house.
23                    DC DEAN:  -- downtown?
24                    AL-BAYOUMI:  No, it's close
```

Page 199

1           to my house.

2                   DC DEAN:  Okay.

3                   AL-BAYOUMI:  But El Cajon is

4           far away a little bit.

5                   DC DEAN:  And they went into

6           the mosque and asked the -- again,

7           excuse my ignorance, the person in

8           charge if they had seen you?

9                   DC CAMPBELL:  The Imam or

10          Emir?

11                  AL-BAYOUMI:  Imam.

12                  DC DEAN:  Imam.  They

13          asked --

14                  AL-BAYOUMI:  They asked,

15          Imam, is Omar?  I think an Imam,

16          I'm not sure, but I think an Imam,

17          an Imam himself, yeah.

18                  DC DEAN:  Okay.  Right.

19                  AL-BAYOUMI:  They ask him,

20          is Omar?

21                  DC DEAN:  And do you know

22          what -- I appreciate you don't

23          know what he said, but do you know

24          roughly what his reply was?

1              AL-BAYOUMI:  Yeah, he said,

2         yeah, I know him.  Because I

3         usually pray at the mosque.

4              DC DEAN: Right.

5              AL-BAYOUMI:  Five times a

6         day.

7              DC DEAN:  All right.  And

8         then, when did you meet up with

9         these guys?  Did they come and

10        find you type of thing?

11             AL-BAYOUMI:  Yeah.  They --

12        no, I came late.  At that time I

13        came late and I met them.  And

14        they said we need to get an

15        apartment to live, I think.  And

16        we want to open account or

17        something like that.

18             DC DEAN:  What's an account?

19        Just like a bank account-type

20        thing?

21             AL-BAYOUMI:  Yeah, yeah.

22        Account.

23             DC DEAN:  Okay.

24             AL-BAYOUMI:  Each person who

Page 201

```
1        came usually concerned about two
2        things, living and opening an
3        account.
4             DC DEAN:  Because as well,
5        because it's the mosque --
6             AL-BAYOUMI:  Yeah.
7             DC DEAN:  I suppose that's
8        where you -- everybody goes to
9        meet people?
10            AL-BAYOUMI:  Yeah.
11            DC DEAN:  And, you know,
12       just a question asked --
13            AL-BAYOUMI:  Yeah, as I told
14       you, I am the supervisor for the
15       other mosque over there.  And I
16       tried to remodeling it and spent a
17       lot of effort in it.  And many
18       people knows me, you know, as, you
19       know, a helper for people.
20            And, actually, I take from
21       my time to -- to adjust and to --
22            DC DEAN:  So you turned up
23       at the mosque and these guys come
24       and ask for an apartment?
```

Page 202

1              AL-BAYOUMI:  Yeah.

2              DC DEAN:  And what did you

3        do then?

4              AL-BAYOUMI:  I think I went

5        to the manager and I told her

6        about them, yeah.

7              DC DEAN:  And this was, was

8        it -- her?

9              AL-BAYOUMI:  No -- yeah, I

10        think she.

11              DC DEAN:  Harley, was it?

12              AL-BAYOUMI:  Huh?

13              DC DEAN:  Was it Harley, the

14        lady, or was it a he?

15              AL-BAYOUMI:  Her name is --

16        what did I say before?

17              DC DEAN:  You said when you

18        left the apartments, you though

19        the lady's name was Harley.

20              AL-BAYOUMI:  Holly.  Holly.

21              Yeah.

22              SOLICITOR: As in Harley

23        Davidson?

24              DC DEAN:  So you went to see

Page 203

```
 1          Harley?
 2              AL-BAYOUMI:  Yeah.
 3              DC DEAN:  And what -- or you
 4         went to see the manager.  We won't
 5         say it's Holly, just in case it
 6         wasn't.
 7              AL-BAYOUMI:  No, the manager
 8         knows me.  It was -- yeah, when
 9         they came with me she said,
10         okay --
11              DC DEAN:  Right.
12              AL-BAYOUMI:  And she said,
13         yeah, you can sign here, okay.
14         Because she knows me in the --
15         living in the Park --
16              DC DEAN:  Okay.  Yeah.
17              AL-BAYOUMI:  And they should
18         sign here, and the apartment is
19         available.  They said, can we see
20         it?  She said, yes.  And they went
21         to see it and -- but I forgot
22         what -- what -- you know.
23              DC DEAN:  No problem.  So
24         that day you turned up with these
```

Page 204

1          two guys.

2                    AL-BAYOUMI:  Uh-huh.

3                    DC DEAN:  And now you're

4          walking about with them.

5                    Can you describe their

6          heights, their build?

7                    AL-BAYOUMI:  I think the

8          same height I am, yeah.

9                    DC DEAN:  How old were they?

10         Can you say the man with the gap

11         in his tooth, we'll start with him

12         first.  Try to get a picture of

13         him first.

14                   AL-BAYOUMI:  I think the

15         same my height.

16                   DC CAMPBELL:  How tall are

17         you?

18                   AL-BAYOUMI:  Yeah.

19                   DC CAMPBELL:  How tall are

20         you?

21                   AL-BAYOUMI:  160, I think,

22         or 155.

23                   DC DEAN:  Okay.

24                   AL-BAYOUMI:  In centimeters.

Page 205

```
 1                    DC DEAN:  And let's think
 2        about the face now.
 3                    AL-BAYOUMI:  160 or, I'm not
 4        sure, 169, I think, or 165.
 5                    DC DEAN:  We'll have a look
 6        in a second when you stand up.
 7                    How was his hair?
 8                    AL-BAYOUMI:  Huh?
 9                    DC DEAN:  Hair.
10                    AL-BAYOUMI:  Hair, black.
11                    DC DEAN:  This man with the
12        gapped tooth, he had black hair?
13                    AL-BAYOUMI:  Yeah.
14                    DC DEAN:  Was it balding,
15        thinning, thick?
16                    AL-BAYOUMI:  No, it's
17        regular.
18                    DC DEAN:  Regular.  Okay.
19                    And come down to it, how old
20        was this guy?
21                    AL-BAYOUMI:  How old?
22                    DC DEAN:  Uh-huh.
23                    AL-BAYOUMI:  I think in 20,
24        20-something.  22.
```

```
 1                DC DEAN:  Do you know that
 2          or is that a guess?  For instance,
 3          think of somebody you know, you
 4          know the age, and try to compare
 5          the ages.
 6                AL-BAYOUMI:  Say again.
 7                DC DEAN:  Try -- like, I'm
 8          30.
 9                AL-BAYOUMI:  Yeah.
10                DC DEAN:  Ahem.  There's a
11          cough there.  So how old would you
12          put this person as?
13                AL-BAYOUMI:  I think
14          probably 22, 23, 22.
15                DC DEAN:  But you're not
16          really sure but 20s?
17                AL-BAYOUMI:  Yeah.
18                DC DEAN:  Yeah, okay.  And
19          how about his face, did he have
20          any beard, moustaches?
21                AL-BAYOUMI:  No, they don't.
22          I think they didn't.  They didn't
23          have beard or moustache.
24                DC DEAN:  Okay.  Was he, I
```

1          won't say -- do you understand

2          portly build?  Was he a fat guy,

3          thin guy or medium build?

4               AL-BAYOUMI:  No, thin.

5               DC DEAN:  Thin.  And did he

6          work out or anything?  You know,

7          muscular?

8               AL-BAYOUMI:  Work out, no.

9          No.  I'm not sure.  I'm not sure

10          about that.

11               DC DEAN:  And can you

12          remember what he was wearing?

13          Type of clothes.

14               AL-BAYOUMI:  Wearing?

15               DC DEAN:  Were they wearing

16          traditional clothing,

17          traditional --

18               AL-BAYOUMI:  Saudi.

19               DC DEAN:  -- Saudi clothing?

20               AL-BAYOUMI:  No, no.

21               DC DEAN:  Or European --

22               AL-BAYOUMI:  European, yeah.

23               DC DEAN:  -- jeans-type

24          stuff?

```
 1              AL-BAYOUMI:  Yeah.  And I
 2         remember once, you know, I have --
 3         I invited people from the mosque,
 4         for example, to appreciate someone
 5         who want to leave -- who was
 6         leading prayer, okay.  And my wife
 7         told me that there is -- there
 8         will be women at the home at that
 9         time.  Okay.  I told her that we
10         will go to the -- their apartment
11         to, you know, for -- improve the
12         food and the other things.
13         Because it was empty, only -- what
14         do you call it -- carpet.  Just
15         carpet, because they didn't put
16         anything in it.
17              DC DEAN:  Okay.
18              AL-BAYOUMI:  Yeah.
19              DC DEAN:  We'll come back to
20         that in a moment.
21              AL-BAYOUMI:  Yeah.
22              DC DEAN:  If you don't mind,
23         and just bear it in my mind.
24              How long have we got?  Can
```

Page 209

1        we just cover the last person?

2        Yep.

3              My colleague here just

4        indicated on his watch, and he was

5        just concerned about the tape.

6        That's what was the brief question

7        I asked.

8              What we're going to do is

9        just talk about the second person,

10       just to finish that off before we

11       conclude the tape.

12             AL-BAYOUMI:  Yeah.

13             DC DEAN:  So take me

14       through, what -- how we've

15       described the first person, how

16       we've gone through him there,

17       describe the second person.

18       Starting height.

19             AL-BAYOUMI:  The one that

20       has the gap in his teeth?

21             DC CAMPBELL:  No, the other

22       one.

23             AL-BAYOUMI:  The other one,

24       the same.  The same -- tall.

Page 210

```
 1          Yeah, the same, tall.  And he's
 2          thin also.
 3                  DC DEAN:  And how old -- how
 4          old, what age was he?
 5                  AL-BAYOUMI:  Maybe 23 or 22,
 6          23.
 7                  DC DEAN:  Okay.  Was he the
 8          same age or was he older or
 9          younger than the first guy?
10                  AL-BAYOUMI:  I think they
11          are the same age.
12                  DC DEAN:  About the same
13          age, okay.  And was there anything
14          distinctive about him?  What I
15          mean, "distinctive," muscular,
16          tattoos, broken teeth, half an
17          ear, anything like that?
18                  AL-BAYOUMI:  No.
19                  DC DEAN:  Can you -- and
20          then one final question about the
21          two of them, can you remember any
22          jewelry?
23                  AL-BAYOUMI:  Jewelry?
24                  DC DEAN:  Uh-huh.  Anything
```

Page 211

1          what they maybe was wearing, what

2          stood out, like a thick gold ring,

3          bracelet, necklace, any religious

4          items that might have been on

5          them?  Did you ever notice that?

6               AL-BAYOUMI:  They wore just

7          a watch.

8               DC DEAN:  Watch, okay.

9               AL-BAYOUMI:  But after --

10         after that, when they get upset

11         when I brought those people to

12         their, you know, house, the

13         mosque.

14              DC DEAN:  What we'll do at

15         the moment, I'll bear that in mind

16         and we've just got to watch the

17         time --

18              AL-BAYOUMI:  Okay.

19              DC DEAN:  That's all, Omar.

20         So I'll just hand back to Dave and

21         we'll continue when we're --

22              DC CAMPBELL:  What were

23         their names again?

24              AL-BAYOUMI:  I think the

Page 212

1          first one, Nawaf.  I think Nawaf,

2          from Mecca.

3                    DC CAMPBELL:  And the

4          second?

5                    AL-BAYOUMI:  Second one, I

6          think Khalid.

7                    DC CAMPBELL:  Khalid?

8                    AL-BAYOUMI:  Khalid, yes --

9          yeah, I remember now.

10                   DC CAMPBELL:  K-H-A-L-I-D?

11                   AL-BAYOUMI:  Yeah.

12                   DC DEAN:  You just said

13         Mecca, what was that?

14                   AL-BAYOUMI:  City.

15                   DC DEAN:  Oh, right.  It's

16         where they were from, okay.

17                   SOLICITOR:  In Saudi Arabia.

18                   DC CAMPBELL:  Which one was

19         that?

20                   AL-BAYOUMI:  That's where my

21         wife from, she's from Mecca.

22                   DC CAMPBELL:  Nawaf, was he

23         from Mecca?

24                   AL-BAYOUMI:  My wife?

Page 213

```
 1                    DC CAMPBELL:  No, the man
 2          called N-A-W-A-F, Nawaf.
 3                    AL-BAYOUMI:  Both of them
 4          from Mecca.
 5                    DC CAMPBELL:  Both from
 6          Mecca.
 7                    AL-BAYOUMI:  They said that,
 8          I don't know.
 9                    DC CAMPBELL:  Yeah.  And
10          these men who were annoyed about
11          you coming to their apartment, why
12          were they annoyed, because you
13          helped them?
14                    AL-BAYOUMI:  I don't know
15          exactly.  Actually, I don't like
16          their attitude because they
17          sometimes, you know, joke badly
18          with each other and when they hit
19          the -- I usually take my son with
20          me, Emad, to them.  And once they
21          broke the wall, okay.  And, you
22          know, were, like, joking together
23          and one pushed the other one
24          against the wall.  And they don't
```

Page 214

1          appreciate it to -- when I invite

2          people to their, you know,

3          apartment, and they get upset from

4          me a little bit, you know, why I

5          bring them.

6                  Because in our culture, is

7          when I -- men should be separate

8          from women.  When my wife said

9          there is women there, I said,

10         okay, we'll take the -- their

11         apartment to host the men over

12         there.

13                 DC CAMPBELL:  Tell me

14         something else about the men.

15         What were they doing when they

16         were living there?

17                 AL-BAYOUMI:  What they're

18         doing?

19                 DC CAMPBELL:  Uh-huh.

20                 AL-BAYOUMI:  I think they

21         were trying to study English, I

22         think, in the beginning.  But at

23         the stage when I saw, you know,

24         their attitude and get upset, I'm

Page 215

1          trying to, you know, avoid them.

2               Because I offer them help

3          and the other things and they --

4          later on I hear they -- they moved

5          to the other -- what do you call

6          it, other place.  To house of Dr.

7          -- Dr. Sh -- Dr. Shaikh.

8               DC CAMPBELL:  Can you spell

9          that, please?

10              AL-BAYOUMI:  S-H-I -- H --

11         S-H-A-I-K-H.  Dr. Abdussatar

12         Shaikh.

13              DC CAMPBELL:  Abdu --

14              AL-BAYOUMI:  Abdussatar.

15              DC CAMPBELL:  You'll have to

16         spell that, please.  A-B-D.

17              AL-BAYOUMI:  A-B.

18              DC CAMPBELL:  Yeah.  D-U?

19              AL-BAYOUMI:  D-U.

20              DC CAMPBELL:  Yeah.

21              AL-BAYOUMI:  I think it's

22         A-S-S.

23              DC CAMPBELL:  A-S-S, yeah.

24              AL-BAYOUMI:  T-A-R.

Page 216

```
 1                  DC CAMPBELL:  T-A-R.

 2                  AL-BAYOUMI:  Yeah.

 3                  DC CAMPBELL:  S-H-A-I-K-H?

 4                  AL-BAYOUMI:  Yeah.  Exactly.

 5                  DC CAMPBELL:  Who is this

 6          man?  Who is he?

 7                  AL-BAYOUMI:  He's also tried

 8          to help student, especially who

 9          came from Saudi Arabia.  And help

10          also Sheikh, you know, Sheikh, the

11          leader of prayer in, for example,

12          Ramadan or something like that.

13          He's old man, you know.  But he

14          has big house and tried to help

15          everybody.  And I think he invited

16          them to live with him at the

17          house, at his house.

18                  DC CAMPBELL:  Whereabouts

19          does he live?

20                  AL-BAYOUMI:  City?

21                  DC CAMPBELL:  Yes.

22                  AL-BAYOUMI:  San Diego.

23                  DC CAMPBELL:  Yeah,

24          whereabouts?
```

Page 217

1              AL-BAYOUMI:  The area, you

2        mean?

3              DC CAMPBELL:  Uh-huh.

4              AL-BAYOUMI:  They were

5        living in Lemon Grove.

6              DC CAMPBELL:  Lemon Grove.

7              AL-BAYOUMI:  Yeah.  Lemon

8        Grove, yeah.

9              DC CAMPBELL:  Do you know

10       where that is, Ian?

11             AL-BAYOUMI:  And after that,

12       when they -- I get, you know,

13       upset from me from this situation,

14       that's even -- they saw me

15       sometimes, but they wouldn't, you

16       know -- you know.

17             DC CAMPBELL:  Did you have

18       words with them about this?

19             AL-BAYOUMI:  Words?

20             DC CAMPBELL:  Did you say

21       things to them about their

22       behavior?

23             AL-BAYOUMI:  Yeah, actually,

24       I -- I told them that, you know, I

1          helped you out, okay, to -- for

2          example, to -- to, you know,

3          settle down here or something like

4          that.  Why are you upset when I

5          bring people to you -- to your

6          apartment?  Even the apartment is

7          empty, there's nothing in it, just

8          they sit on the carpet, that's it.

9          Yeah.  Why are they -- they don't,

10         you know, respond nicely.  They

11         said, okay, we don't want people.

12              DC DEAN:  Did they have any

13         posters up or anything?

14              AL-BAYOUMI:  Posters?

15              DC DEAN:  Anything in their

16         room?  What they had put in the

17         room, posters, calendars?

18              AL-BAYOUMI:  They?

19              DC DEAN:  Uh-huh.

20              AL-BAYOUMI:  No, I don't

21         know.

22              DC DEAN:  About flying?

23              AL-BAYOUMI:  No.

24              DC DEAN:  Nothing at all?

Page 219

1          No headphones or anything like

2          that?

3                  AL-BAYOUMI:  No, I didn't

4          realize anything like that.

5          Because they said, we need to

6          study English in the beginning.

7                  DC CAMPBELL:  Could they

8          speak English?

9                  AL-BAYOUMI:  They?

10                 DC CAMPBELL:  Could they

11         speak English?

12                 AL-BAYOUMI:  I -- no, they

13         can't.

14                 DC CAMPBELL:  No?

15                 AL-BAYOUMI:  No.

16                 DC CAMPBELL:  You're sure?

17                 AL-BAYOUMI:  Yeah.  When I

18         know them, when I knew them, no,

19         they didn't.

20                 DC DEAN:  Did they tell you

21         anything about their background?

22                 AL-BAYOUMI:  No.  They said

23         we are from Mecca.  Holy -- Holy

24         City.

Page 220

```
 1                    DC DEAN:  And that was it?

 2                    AL-BAYOUMI:  That's it,

 3           yeah.

 4                    DC DEAN:  Nothing else?

 5                    AL-BAYOUMI:  Yeah.

 6                    DC CAMPBELL:  As you can

 7           hear, that is the sound indicating

 8           that's the end of the tape.

 9                    AL-BAYOUMI:  Okay.

10                    DC CAMPBELL:  We shall

11           conclude this interview.  You can

12           pray and have some food, if you

13           need some food.

14                    We will need to interview

15           you again.  But what I would like

16           to say at this stage is have a

17           think about these people and also

18           any other people that you may have

19           helped in similar circumstances.

20           That is the people that we want to

21           know.

22                    And, also, I want to know

23           about people who can, what we

24           would call, verify, find out if
```

Page 221

```
1          your story is right, what you're
2          telling us is the truth.  Names of
3          other people that would be able to
4          say, Omar is telling the police
5          the truth because I know these
6          people as well.  He had an
7          argument with them and then they
8          left and went to the doctor's
9          house.
10              AL-BAYOUMI:  No, we didn't
11         have an argument, for example, or
12         something like that.
13              DC CAMPBELL:  I quite
14         understand.  A falling out.
15              AL-BAYOUMI:  Yeah.  They,
16         you know, showed --
17              DC CAMPBELL:  I understand.
18         Have a think about it, and we will
19         speak to you at length about it,
20         okay?
21              AL-BAYOUMI:  Okay.
22              DC CAMPBELL:  But that is
23         the things that we were trying, at
24         the early stage of the interview,
```

Page 222

1          to find out from you, okay?

2                  AL-BAYOUMI:  Right.

3                  DC CAMPBELL:  So we're

4          getting there.  Although we'll

5          continue speaking to you about the

6          same thing later.  Okay?

7                  AL-BAYOUMI:  Okay.

8                  DC CAMPBELL:  Is there

9          anything else you would like to

10         ask me?

11                 AL-BAYOUMI:  No.

12                 DC CAMPBELL:  Is there any

13         observations that you would like

14         to make?

15                 SOLICITOR:  Not at this

16         stage.

17                 DC CAMPBELL:  Okay.  The

18         time by my watch is now 25 minutes

19         past 2:00.  I shall conclude the

20         second interview.

21                 (Whereupon, the tape

22         concluded.)

23

24

1                        -  -  -

2                      MPS 375

3                        -  -  -

4

5   PERSON INTERVIEWED:  Omar Al-Bayoumi

6

7   PLACE OF INTERVIEW:  Paddington Police

8   Station

9

10  DATE OF INTERVIEW:  23/09/2001

11

12  DURATION OF INTERVIEW:  28 minutes

13

14  TIME OF INTERVIEW:  1755-1823

15

16  INTERVIEWING OFFICERS:  DC Campbell,

17  DC Dean

18

19  OTHER PERSONS PRESENT:  The Solicitor,

20  Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24

1                          -   -   -

2              DC CAMPBELL:  This interview

3         is being tape-recorded.  I'm

4         Detective Constable David

5         Campbell, attached to the

6         anti-terrorist branch.  And also

7         present is --

8              DC DEAN:  Detective

9         Constable Ian Dean, also attached

10        to the anti-terrorist branch.

11             DC CAMPBELL:  We're in the

12        interview room at Paddington

13        Police Station.  And just to

14        confirm that this interview is

15        subject to audio recording but not

16        to video.

17             Do you understand that,

18        Omar?

19             AL-BAYOUMI:  Yeah.

20             DC CAMPBELL:  This is a

21        further interview.  Just for the

22        benefit of the tape, could you

23        state your full name and date of

24        birth for me, please?

Page 225

```
 1                AL-BAYOUMI:  Omar

 2         Al-Bayoumi, 11/29/57.

 3                DC CAMPBELL:  And also

 4         present is your legal

 5         representative.

 6                May I also have your name,

 7         please?

 8                SOLICITOR:  Jacqui

 9         Gordon-Lawrence, authorized

10         representative with Fisher

11         Meredith.  I'm now required to

12         explain my role.  It is to protect

13         my client's rights.  I will

14         continue to advise my client

15         throughout this interview.  I

16         shall intervene if my client asks

17         for or needs legal advice, or if

18         your questioning is inappropriate

19         or you raise matters which have

20         not been made known to me.

21                After receiving legal

22         advice, my client has decided to

23         answer questions which you may

24         raise that are relevant to his
```

Page 226

1              arrest.

2                      DC CAMPBELL:  I'm going to

3              caution you.  And that means you

4              do not have to say anything, but

5              it may harm your defense if you do

6              not mention, when questioned,

7              something which you later rely on

8              in court.  Anything you do say may

9              be given in evidence.

10                     Do you understand this

11             caution?

12                     AL-BAYOUMI:  Yeah.

13                     DC CAMPBELL:  Do you feel

14             fit enough to be interviewed at

15             this stage?

16                     AL-BAYOUMI:  Yeah.

17                     DC CAMPBELL:  If that

18             changes, just let us know, and

19             we'll stop the interview

20             immediately and you can either see

21             a doctor or have some

22             refreshments, should you need

23             them.

24                     AL-BAYOUMI:  Okay.

Page 227

```
 1              DC CAMPBELL:  If at any
 2         stage during the interview as well
 3         you need to speak to your
 4         solicitor, just let us know, and
 5         you can consult with your
 6         solicitor or consult with her in
 7         private should you so wish.
 8              AL-BAYOUMI:  Sure.
 9              DC CAMPBELL: You've been
10         arrested in connection with
11         Section 41(b) of the Terrorism Act
12         2000.  And we're going to be
13         questioning you in connection with
14         the preparation, instigation or
15         commission of acts of terrorism in
16         relation to the attacks on the
17         11th of September in the United
18         States of America.
19              AL-BAYOUMI: Okay.
20              DC CAMPBELL: We've had a
21         number of interviews since you
22         were first detained here at the
23         police station.  And what I would
24         like to do during this interview
```

Page 228

1        is clarify points that were

2        brought out from the previous

3        interview, those points being your

4        knowledge of two individuals who

5        you described to us and your

6        association with those

7        individuals.

8             So that's the first point

9        that I'd like to cover during this

10       interview.

11            Do you understand that,

12       Omar?

13            AL-BAYOUMI:  Yeah.

14            DC CAMPBELL:  You mentioned

15       that you met two people in Los

16       Angeles, that they had traveled to

17       San Diego where you met them in

18       the mosque, and they asked you to

19       assist them with accommodation,

20       which you then did; is that

21       correct?

22            AL-BAYOUMI:  Yeah.

23            DC CAMPBELL:  Now, can I

24       clarify that when you helped them

Page 229

```
 1          to get accommodation, who paid for

 2          the accommodation?

 3               AL-BAYOUMI:  Well, exactly,

 4          I don't know the date, or -- I

 5          think late '99 or beginning 2000.

 6          I'm not sure exactly what -- what

 7          date exactly or year.

 8               For the next question.

 9               DC CAMPBELL:  Who paid for

10          the accommodation?

11               AL-BAYOUMI:  Who paid?  They

12          paid for it.  They paid for it.

13          But I'm not sure exactly now if

14          they -- when they -- you know, the

15          manager need check and they give

16          me, for example, the cash and gave

17          her check because they don't have

18          check.  I'm not sure exactly in

19          this -- in this situation.  But

20          they should pay, by themselves,

21          because they have, you know, their

22          money.

23               DC CAMPBELL:  But what I'm

24          asking you is, did you pay for it,
```

Page 230

1           or did they give you money and you

2           paid by your check because they

3           couldn't accept cash?

4                   AL-BAYOUMI:  Yeah.  I think

5           the -- they gave me the money and

6           I gave them the check.  I'm not

7           sure exactly in this situation.

8           But they paid by themselves.  Not

9           me.

10                  DC CAMPBELL:  Whereabouts

11          was their apartment in relation to

12          your apartment?  Whereabouts was

13          it geographically?

14                  AL-BAYOUMI:  Oh.

15                  DC CAMPBELL:  Was it down

16          the street?  Was it next door to

17          your apartment?  Whereabouts was

18          it?

19                  AL-BAYOUMI:  No, actually,

20          the complex divided, I think, to

21          two parts, I think.  You have here

22          this part, okay, and there is a

23          little street here and parking

24          lots.  And the other part -- what

Page 231

1          do you call it, complex here,

2          okay.  And they next to the

3          manager's office.

4               DC CAMPBELL:  Do you

5          remember the number of their

6          apartment?

7               AL-BAYOUMI:  No.

8               DC CAMPBELL:  So it was next

9          door to the --

10              AL-BAYOUMI:  Next -- yeah,

11         next to the -- the manager's

12         office.

13              DC CAMPBELL:  It was next to

14         the manager's office?

15              AL-BAYOUMI:  Right.

16              DC CAMPBELL:  You mentioned

17         that it was sparsely furnished.

18              AL-BAYOUMI:  Yeah, in

19         America it's different from here.

20         They just give carpet and a

21         refrigerator and stuff.  That's

22         it.  But here, it's different.

23         They give you other, you know --

24              DC CAMPBELL:  Do you know

Page 232

1          where the men got their money

2          from?

3                    AL-BAYOUMI:  No.

4                    DC CAMPBELL:  Did you ever

5          ask them?

6                    AL-BAYOUMI:  No.

7                    DC CAMPBELL:  Did they

8          question the price of the

9          accommodation?

10                   AL-BAYOUMI:  Yeah, of

11         course.

12                   DC CAMPBELL:  What did they

13         say?

14                   AL-BAYOUMI:  They say it's

15         too expensive in here.  And later

16         on they moved to other apartment,

17         which is cheaper, I think, on El

18         Cajon city, or not El Cajon city,

19         El Cajon Street, El Cajon Road,

20         okay.  Then they back again to the

21         same apartment.  I think they

22         spent a week or something like

23         that, then they come back again to

24         the old apartment.

1            And then I went to Saudi

2        Arabia for vacation for, I think,

3        two months.  When I come back, I

4        heard that they moved to

5        Dr. Abdussattar's house.  This is

6        exactly what -- what happened.

7            And there is also an

8        incident when they moved to

9        another apartment over there.  I

10        think I -- I went there, I told

11        them that, did you pay the --

12        everything for the manager?  And

13        they said, yes, and we have -- I

14        think deposit in -- in -- you

15        know, they don't -- we did not get

16        the deposit yet from her.  And she

17        said -- agreed to move.

18            And I remembered when during

19        one of our brother who lead

20        prayer, first he has stereo,

21        stereo for, you know, music and

22        for -- and he say -- said, I'll

23        give you the stereo in your

24        apartment.  When I come back

Page 234

1          again, I will get it.

2                  Then he said, he look at me

3          and he said, no, no, I will give

4          it to Emad, your son, okay.  And

5          from there they get upset again

6          and they don't want to talk to me

7          because they thought that, you

8          know -- why he change his mind and

9          give it to my son, yeah.

10                 And he said, okay, for

11         when -- when he --I give it to

12         him, and he said, okay, when I get

13         back from Saudi Arabia, I'll get

14         it from you.

15                 DC CAMPBELL:  Okay.

16                 AL-BAYOUMI:  And he gave him

17         the stereo.  This stereo, we have

18         it now.

19                 DC CAMPBELL:  Okay.  What

20         was that man's name?

21                 AL-BAYOUMI:  Khalid.

22         Khalid.

23                 DC CAMPBELL:  The man who

24         gave your son the stereo?

Page 235

1          AL-BAYOUMI:  Yeah, Khalid

2     Al-Yafai.

3          DC CAMPBELL:  Khalid.

4          AL-BAYOUMI:  Al-Yafai.

5          DC CAMPBELL:  Can you spell

6     that, please?

7          DC DEAN:  Can you spell

8     Khalid first?

9          AL-BAYOUMI:  Khalid.

10     K-H-I-L-D (sic).

11          DC CAMPBELL:  K-H-A-L-I-D?

12          AL-BAYOUMI:  K-H -- yeah,

13     A-L-I-D.  Al Yafai, A-L, Y-A, I

14     think, F-E-E (sic).

15          DC CAMPBELL:  And where

16     could we contact Khalid?

17          AL-BAYOUMI:  Huh?

18          DC CAMPBELL:  Where could we

19     speak with Khalid?

20          AL-BAYOUMI:  Where you can

21     speak?

22          SOLICITOR:  How could you

23     contact Khalid Al-Yafai?

24          AL-BAYOUMI:  I have his

1          phone number.

2                    DC CAMPBELL:  Whereabouts

3          would that be?  Is that in your

4          address book?

5                    AL-BAYOUMI:  No.  He's in

6          Saudi Arabia.  Yeah.  He's in

7          Saudi Arabia now.

8                    DC CAMPBELL:  So if I left

9          this room now and phoned up

10         Khalid, is it likely that Khalid

11         would tell me exactly what you've

12         just told me?

13                   AL-BAYOUMI:  Yeah, I think

14         so, because he know the incident.

15         He know they get upset with --

16         from this act, yeah.

17                   DC CAMPBELL:  As I said to

18         you before, my question is not

19         here to trick you.  If you're

20         telling me the truth, then we want

21         to be able to verify that you're

22         telling me the truth.

23                   AL-BAYOUMI:  Yeah, sure.

24                   DC CAMPBELL:  And everything

Page 237

1           that you're saying, if we can

2           speak with people who would say,

3           yes, I agree with that --

4                   AL-BAYOUMI:  Yeah.

5                   DC CAMPBELL:  -- then we

6           know that you're telling us the

7           truth.

8                   AL-BAYOUMI:  Yeah.

9                   DC CAMPBELL:  If we speak

10          with other people who said, that

11          is not the truth, then we can only

12          disbelieve you.  You understand?

13                  AL-BAYOUMI:  Yeah, I

14          understand.

15                  Even, for example, if my son

16          did something wrong, I will let

17          him to go to the justice.  I

18          don't, you know, I don't want to

19          hide anything.  Yeah.  I don't

20          hide anything.

21                  And you can call him, I'll

22          give you his phone number, and you

23          can call him and --

24                  DC CAMPBELL:  So what is --

1          you may not be able to answer this

2          question, what does Khalid think

3          of these men?  Did he ever speak

4          to you about what he thought about

5          these men?

6                    AL-BAYOUMI:  Yeah, also he

7          don't like their attitude.

8                    DC CAMPBELL:  That brings me

9          on to another question that I

10         would like to ask you.

11                   AL-BAYOUMI:  Yeah.

12                   DC CAMPBELL:  What is your

13         feelings of their attitude?  What

14         is it that you don't like about

15         them?

16                   AL-BAYOUMI:  First of all,

17         they don't like people.

18                   DC CAMPBELL:  What sort of

19         people?

20                   AL-BAYOUMI:  You know, for

21         example, for a relationship or,

22         you know -- and they, you know, as

23         I mentioned, they broke the wall.

24         They tried to, you know, to joke

Page 239

```
1           badly with each other and they
2           broke the wall.  And they bring
3           someone to fix the wall.  Because
4           I told them that you have to fix
5           the wall because, you know, for --
6           charge you later if the company,
7           you know, see this, they're going
8           to charge you more.
9                They said, we're going to
10          fix it.  And they fixed it.  They
11          bring one -- brought one to fix
12          it.
13               DC CAMPBELL:  What else
14          about them don't you like?
15               AL-BAYOUMI:  Also, this
16          American guy, Osama, has, I think,
17          fight with his wife or
18          misunderstood with his wife and he
19          say, can I stay with them for a
20          night or two nights or something
21          like that?  I -- when I told them,
22          they think that I forced them, you
23          know, to let him, you know, spend
24          the night there.
```

Page 240

```
1              And from here, you know,
2         they don't -- after that they
3         just -- you know -- you know, cut
4         the situation or cut the
5         relationship or cut the -- you
6         know.
7              DC CAMPBELL:  Are they bad
8         people?
9              AL-BAYOUMI:  I don't think
10        so.
11             DC CAMPBELL:  Are they good
12        Muslims?
13             AL-BAYOUMI:  There is
14        definition for good Muslim, but I
15        didn't realize, you know,
16        something bad, you know, about
17        them.  But, you know, some people,
18        you like their behavior or
19        attitude, especially that I
20        usually go with my son Emad.  And
21        I don't -- I don't want to -- I
22        don't want him affected by, you
23        know, other, you know, attitude or
24        other, you know -- yeah.
```

```
 1              DC CAMPBELL:  Did they ever
 2         talk politics?
 3              AL-BAYOUMI:  No.
 4              DC CAMPBELL:  Did they ever
 5         want a holy jihad?
 6              AL-BAYOUMI:  No.  They
 7         didn't talk about the situation
 8         with me.
 9              DC CAMPBELL:  In the mosque
10         that you attended in San Diego,
11         did people there mention the
12         jihad?
13              AL-BAYOUMI:  No.
14              DC CAMPBELL:  Is it not that
15         sort of mosque?
16              AL-BAYOUMI:  No, no.  Not at
17         all.  And in -- for example, in
18         the mosque which I supervised,
19         it's not allowed, and it means
20         forbidden to talk about, for
21         example, politics or to create,
22         for example, prot -- problem or
23         shout it on people or governments
24         or, you know, presidents or kings
```

Page 242

1          or something like that.  No, we

2          didn't allow it for this attitude

3          to be there.

4                  Therefore, you know, I told

5          them this situation, we don't --

6          we didn't want it.  Otherwise, we

7          will close the mosque.  If someone

8          has, for example, wedding

9          celebration, somebody die or

10         something like that, you're most

11         welcome to use the facilities over

12         there.  But if you want to talk

13         about politics or something like

14         that, go home to talk about it.

15         Because we don't want this mosque

16         for, you know, fighting and, you

17         know --

18                 And also the government of

19         Saudi Arabia, yeah, I mean the

20         Embassy -- because I opened file

21         over there in the Embassy and in

22         the Consulate and they send some

23         Sheikhs, I mean, some leaders in

24         Ramadan, for example, to lead

Page 243

1          prayer over there.  And they are

2          happy with what's going on.  Yeah,

3          they told me that they are happy

4          with what's going on.

5                    DC CAMPBELL:  Have these

6          men, I'm talking about Khalid and

7          Nawaf, N-A-W-I-F (sic), the two

8          men that we were talking about --

9                    AL-BAYOUMI:  Yeah.

10                    DC CAMPBELL:  -- have they

11          ever stayed at your house?

12                    AL-BAYOUMI:  At my house?

13                    DC CAMPBELL:  Yes.

14                    AL-BAYOUMI:  No.

15                    DC CAMPBELL:  They haven't

16          lived there at all?

17                    AL-BAYOUMI:  No.  At my

18          house, no, not at all.

19                    DC CAMPBELL:  When they

20          left, you said they went to

21          another address.  When they left.

22                    DC DEAN:  El Cajon Street.

23                    AL-BAYOUMI:  When they left

24          El Cajon Street?

Page 244

1             DC CAMPBELL:  When they went

2        to El Cajon Street, do you know

3        the address that they were living

4        there?

5             AL-BAYOUMI:  No.  Exactly,

6        no.  But I know the street, El

7        Cajon Street.

8             DC CAMPBELL:  Why did they

9        go to live with the doctor?

10            AL-BAYOUMI:  Why did they

11       go?  I don't know.  I have no

12       idea.

13            DC CAMPBELL:  Why does

14       this --

15            AL-BAYOUMI:  But I know that

16       he's offered his help for people,

17       you know, to help them out.

18            DC CAMPBELL:  Is he a good

19       man?

20            AL-BAYOUMI:  Yeah, he's a

21       good man.  And he's an old man.

22            DC CAMPBELL:  Is he

23       religious?

24            AL-BAYOUMI:  Yeah, he's the

1           first one who, as he told me, he

2           gathered people to pray in San

3           Diego.

4                DC CAMPBELL:  Is he involved

5           in radical politics?

6                AL-BAYOUMI:  I didn't think

7           so.  He's a quiet person, and he

8           doesn't -- he didn't talk about

9           politics when I -- when I was with

10          him.  And also some, you know,

11          Sheikhs, in Ramadan, in holy month

12          when they come, they come to his

13          house, for example, and find him.

14          And they did not talk about

15          politics or other, you know --

16          this situation, no, at all.

17               DC CAMPBELL:  I mentioned to

18          you in the interview last night if

19          you'd seen any photographs of the

20          people who may have been

21          responsible or may have been

22          victims of the atrocities in

23          America.  You told me that you had

24          not seen the photographs.

Page 246

1                    AL-BAYOUMI:  No.

2                    DC CAMPBELL:  Is that true?

3                    AL-BAYOUMI:  Yeah.

4                    DC CAMPBELL:  Are you sure?

5                    AL-BAYOUMI:  Yeah.  Sure.

6                    SOLICITOR:  Can I say

7          something?

8                    AL-BAYOUMI:  But today she

9          brought --

10                   SOLICITOR:  Yeah.

11                   AL-BAYOUMI:  -- the

12         newspaper today, and I talked -- I

13         take a look on the -- you know,

14         search the -- the --

15                   DC CAMPBELL:  Sure.

16                   AL-BAYOUMI:  Yeah.  I saw

17         some pictures over there.

18                   DC CAMPBELL:  And the

19         pictures of the people that you

20         saw, have you recognized any

21         photographs from there?

22                   AL-BAYOUMI:  No.

23                   DC CAMPBELL:  No?  There's

24         no one that you have seen?

Page 247

1           AL-BAYOUMI:  No.  At all.

2           DC DEAN:  What newspaper was

3      it?

4           SOLICITOR:  Independent.

5           AL-BAYOUMI:  Independent,

6      yeah.

7           DC CAMPBELL:  What car were

8      you and your wife driving whilst

9      in America?

10           AL-BAYOUMI:  In America,

11      my -- the latest one?

12           DC CAMPBELL:  You mentioned

13      that you had a car which broke

14      down.  What type of car was that?

15           AL-BAYOUMI:  Altima.

16      Altima.

17           DC CAMPBELL:  Who makes

18      that?

19           AL-BAYOUMI:  Nissan.

20           DC CAMPBELL:  Nissan Altima.

21           AL-BAYOUMI:  Yeah, '95.

22           DC CAMPBELL:  And is that

23      the one that broke down when you

24      left --

Page 248

1           AL-BAYOUMI:  Yeah.  It was
2      -- it was good.  But my wife once
3      was driving and it broke down and
4      someone told her that we have to,
5      what do you call it, pick it up to
6      the workshop.
7           And, actually, I don't have
8      time, that period of time.  And I
9      went there to the -- to the shop,
10      and he said we have to change this
11      and this and this.  It will cost
12      you, maybe, $2,500 to fix it.  I
13      said, I'm going to sell it.  Can
14      you buy it by -- as is?  He said
15      yes.  I said how much?  And he
16      said, I think, 3,500 or
17      3,000-something.  I sell it as is,
18      you know.
19           DC CAMPBELL:  Did you have
20      any other cars?
21           AL-BAYOUMI:  Yeah, my wife
22      has a car.
23           DC CAMPBELL:  Which was?
24           AL-BAYOUMI:  It's Ford.  But

Page 249

1          I forgot the --

2                  DC CAMPBELL:  A Ford?

3                  AL-BAYOUMI:  Yeah, Ford.  I

4          forgot the --

5                  DC CAMPBELL:  The type?

6                  AL-BAYOUMI:  Yeah.

7                  DC CAMPBELL:  Okay.

8                  AL-BAYOUMI:  It's a little

9          bit white green, or light.

10                 DC CAMPBELL:  Did you ever

11         lend the two men that we are

12         talking about your car?

13                 AL-BAYOUMI:  Lend them my

14         car?

15                 DC CAMPBELL:  Uh-huh.

16                 AL-BAYOUMI:  No.

17                 DC CAMPBELL:  Did they have

18         a car?

19                 AL-BAYOUMI:  Yeah, I think

20         they had one.

21                 DC CAMPBELL:  Do you

22         remember the color of the car?

23                 AL-BAYOUMI:  No.

24                 DC CAMPBELL:  Type of car?

Page 250

1              AL-BAYOUMI:  No.

2              DC CAMPBELL:  Ian, is there

3         some questions you want to ask

4         now?

5              DC DEAN:  Going back to the

6         men that was living at the

7         apartments, that left and went to

8         El Cajon Street, did you ever

9         visit them at that address?

10             AL-BAYOUMI:  There was a --

11        a student was there.

12             DC DEAN:  Sorry.

13             AL-BAYOUMI:  A student.  A

14        student.

15             DC DEAN:  Right.

16             AL-BAYOUMI:  Yeah, he was

17        studying in National University.

18        And he moved to Saudi Arabia.  And

19        he said, you know, my -- I'm going

20        to move, and if you want the

21        apartment, you can get it, okay.

22        Because it's cheaper there,

23        cheaper than the -- the one they

24        rented in Ada Street.  And it has

Page 251

1          much room, three rooms, I think,

2          or something like that, and

3          cheaper than the previous one.

4               DC DEAN:  Who made that

5          agreement, who -- that the

6          student --

7               AL-BAYOUMI:  Yeah.

8               DC DEAN:  Who did he tell

9          that his apartment was coming up

10         for sale, for rent?

11              AL-BAYOUMI:  Who?

12              DC DEAN:  The student who

13         went to Saudi Arabia.

14              AL-BAYOUMI:  Yeah, yeah.  He

15         met them.

16              DC DEAN:  He met them?

17              AL-BAYOUMI:  Yeah.

18              DC DEAN:  Right.

19              AL-BAYOUMI:  Yeah.

20              DC DEAN:  And how did he

21         meet them?  Was that through

22         yourself?

23              AL-BAYOUMI:  Uh, I think

24         when -- when I invite people to --

Page 252

1          I -- I told you that I had

2          invitation, I invite people

3          to treat Khalid, because he's

4          moving to Saudi Arabia at that

5          time.

6               DC DEAN:  Right.

7               AL-BAYOUMI:  Okay.  And he

8          came, this guy.  But I think they

9          know him before that.

10              DC DEAN:  Uh-huh.

11              AL-BAYOUMI: They know him

12         before.

13              DC CAMPBELL:  Do you know

14         this student's name?

15              AL-BAYOUMI:  The student

16         name?

17              DC CAMPBELL:  Student.  The

18         student.

19              AL-BAYOUMI:  Yeah, his name

20         is Hashim.

21              DC DEAN:  Could you spell

22         that, please?

23              AL-BAYOUMI:  H-A-S-H-I-M.

24              DC DEAN:  S-H-I-M.

Page 253

1                        Any last name?

2                        AL-BAYOUMI:  A-L, T-T also,

3            T-T, A-S, last name.

4                        DC DEAN:  Do you know where

5            he is now?

6                        AL-BAYOUMI:  Now?

7                        DC DEAN:  Do you know who he

8            works for or anything?

9                        AL-BAYOUMI:  No, I -- I -- I

10           have no idea.  But I think he go

11           back to Saudi Arabia.

12                       DC CAMPBELL:  To what city?

13                       AL-BAYOUMI:  Huh?

14                       DC CAMPBELL:  To what city?

15                       AL-BAYOUMI:  I think he came

16           from -- not sure -- from, I think,

17           East Coast of Saudi Arabia.  From,

18           I think, Dammam or -- Dammam, I

19           think, or Dhahran.  I'm not sure.

20                       DC CAMPBELL:  Again --

21                       DC DEAN:  You can slow down

22           a bit.  You have time.

23                       DC CAMPBELL: Again, the

24           reason why we want to know details

Page 254

1          of these people is that if we can

2          speak with them, again, this --

3          this guy could tell us if you're

4          telling us the truth.

5                Do you understand?

6                AL-BAYOUMI:  Yeah.

7                DC CAMPBELL:  So if we can

8          speak with these people and they

9          tell us everything as you have

10          told us, then we know that you're

11          speaking the truth.

12                AL-BAYOUMI:  Uh-huh.

13                DC CAMPBELL:  And also,

14          then, we could speak with them to

15          see how much they know about the

16          other people.

17                Are you with me?

18                AL-BAYOUMI:  Yeah.

19                DC CAMPBELL:  So that's why

20          we're trying to get out of you as

21          much information about these

22          people, to try and speak with

23          them.

24                AL-BAYOUMI:  Yeah, no

1        problem.  No problem.  Yeah.

2                DC DEAN:  And when they went

3        to El Cajon Street to this new

4        apartment, did you ever visit them

5        there, the two -- the two guys?

6                AL-BAYOUMI:  To visit them?

7        No, but --

8                DC DEAN:  Did you ever go to

9        that house?

10               AL-BAYOUMI:  Yeah, I go to

11       the house when Hashim, this guy,

12       was there.  Yeah.

13               DC DEAN:  Not while the

14       other two were there?

15               AL-BAYOUMI:  No.  To visit

16       them, uh, no.

17               DC DEAN:  Okay.  How far was

18       that, from your apartment to their

19       new apartment?

20               AL-BAYOUMI:  To the El

21       Cajon?

22               DC DEAN:  Uh-huh.

23               AL-BAYOUMI:  There's El

24       Cajon Street and there's El Cajon

1          City.  They are in the El Cajon

2          Street.  I think it takes for

3          about ten minutes or -- yeah, ten

4          minutes.

5                   DC DEAN:  Okay.  And if,

6          say, for instance, can you give a

7          date, roughly, when they moved

8          into the apartments where you

9          lived, these two guys?

10                  AL-BAYOUMI:  The date?

11                  DC DEAN:  Yeah, roughly,

12         when did they come and live at the

13         apartment?

14                  AL-BAYOUMI:  I'm not sure

15         exactly.  I think -- I think in my

16         best knowledge, it would be in

17         late 1999 or beginning of 2000.

18                  DC DEAN:  Okay.

19                  AL-BAYOUMI:  Yeah.

20                  DC DEAN:  And how long were

21         they at the apartments where you

22         lived before they moved to El

23         Cajon Street?

24                  AL-BAYOUMI:  I think they

Page 257

1          stayed just one week or two weeks

2          in the apartment.  And they moved

3          to El Cajon.  And they come back

4          again and they spend a -- I think

5          one week or two weeks or something

6          like that, I'm not sure exactly.

7          Because I -- I go back to Saudi

8          Arabia.

9               DC DEAN:  Two weeks at yours

10         and then a couple of weeks at El

11         Cajon.  And then they came back

12         again?

13              AL-BAYOUMI:  Yeah.

14              DC DEAN:  When they came

15         back to your apartment, did you

16         see much of them then?

17              AL-BAYOUMI:  Not my

18         apartment.

19              DC DEAN:  Not -- well, I

20         must clarify that.  Not your

21         apartment, the same complex as

22         where you was living.

23              AL-BAYOUMI:  Yeah.

24              DC DEAN:  Did you see much

Page 258

```
1        of them then?

2                AL-BAYOUMI:  Say it again.

3                DC DEAN:  Did you see a lot

4        of them?

5                AL-BAYOUMI:  Yeah, I saw

6        them.  Yeah.

7                DC DEAN:  Did you ever see

8        them with any other people who you

9        knew?

10               AL-BAYOUMI:  No.

11               DC DEAN:  Okay, then.  Did

12       you see them with people who you

13       didn't know?

14               AL-BAYOUMI:  No.  I don't

15       think so.  Because I just went

16       once, I think, or twice to make

17       sure that they -- you know, paid

18       the -- you know, I think -- or

19       they settled down the -- when they

20       moved and come back again and, you

21       know, this situation.  That's it.

22               DC DEAN:  What -- the times

23       you saw them, what type of

24       lifestyle were they living?  Did
```

Page 259

1          they have a lot of money?  Were

2          they going out partying?

3               AL-BAYOUMI:  They?

4               DC DEAN:  Yeah.

5               AL-BAYOUMI:  I'm not sure.

6          I didn't ask them about the

7          situation.

8               DC DEAN:  No, I'm saying

9          what -- from what you observed.

10               AL-BAYOUMI:  Normal.  Yeah,

11          normal.  I think so.

12               DC DEAN:  And how about how

13          they were dressed?  Were they,

14          what I would say, had enough money

15          to survive and be a bit, you

16          know -- - were they wearing nice

17          clothes or not-so-nice clothes?

18               AL-BAYOUMI:  Yeah, they

19          wear -- the regular clothes.  They

20          wear the regular clothes.

21               DC DEAN:  Okay.  Did they

22          ever visit the mosque?

23               AL-BAYOUMI:  Huh?

24               DC DEAN:  Did they ever go

Page 260

1          back to the mosque?

2                   AL-BAYOUMI:  Yeah, I think

3          sometimes they pray at the mosque.

4                   DC DEAN:  So they were still

5          continuing to pray?

6                   AL-BAYOUMI:  Yeah, but, you

7          know, the mosque is five prayer a

8          day, and they sometimes, you

9          know -- you know, come to the

10         mosque.

11                  DC DEAN:  In your knowledge,

12         have you got any photographs where

13         you might have been at a social

14         event at the mosque or in the

15         apartments where you may have

16         taken a photograph of these people

17         either intentionally or

18         unintentionally?

19                  AL-BAYOUMI:  You know,

20         actually, we had the camcorder at

21         the -- when I invite people for

22         invitation.  Yeah, I have -- you

23         know.

24                  DC DEAN:  And where is that

1          tape?

2                  AL-BAYOUMI:  Where is it?

3          I'm not sure.  Maybe in my

4          luggage.

5                  DC DEAN:  At your home?

6                  AL-BAYOUMI:  Yeah, I think

7          so.

8                  DC DEAN:  So is that a

9          normal Hi-8 tape?

10                 AL-BAYOUMI:  Huh?

11                 DC DEAN:  A normal, littler

12         videotape?

13                 AL-BAYOUMI:  Yeah,

14         videotape, yeah.

15                 DC DEAN:  Okay.

16                 AL-BAYOUMI:  VHS.

17                 DC DEAN:  And that was

18         the -- and on those tapes may be

19         these two guys?

20                 AL-BAYOUMI:  Yeah, I think

21         so.

22                 DC DEAN:  Okay.  Then you

23         said you went out to -- you said

24         to Dave earlier you left to Saudi

Page 262

1          Arabia for a couple of months?

2               AL-BAYOUMI:  Uh-huh.

3               DC DEAN:  But then short --

4          a few moments ago, if I get this

5          correct, and I'm not trying to

6          catch you out, but you said they

7          were at the apartments where you

8          lived for two weeks, then they

9          went to El Cajon Street for a

10         couple of weeks, then they came

11         back to the apartments again for a

12         couple of weeks.

13              Now, are you saying, then,

14         you went to Saudi Arabia or did

15         they go back to Saudi Arabia?

16              AL-BAYOUMI:  No, I went to

17         Saudi Arabia.

18              DC DEAN:  Right.  Yeah.  And

19         what happened to those guys?

20              (Whereupon, the tape

21         concluded.)

22                  -  -  -

23

24

```
 1                    -  -  -

 2                   MPS 377

 3                    -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  23/09/2001

11

12   DURATION OF INTERVIEW:  42 minutes

13

14   TIME OF INTERVIEW:  1825-1907

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

Page 264

```
 1                    -  -  -
 2            DC CAMPBELL:  This is the
 3       continuation interview of Mr. Omar
 4       Al-Bayoumi.  Mr. Al-Bayoumi could,
 5       for the benefit of the tape, could
 6       you state your full name for me,
 7       please?
 8            AL-BAYOUMI:  Yes.  Omar
 9       Al-Bayoumi.
10            DC CAMPBELL:  I'll just
11       remind you that you're still under
12       caution.  That means you do not
13       have to say anything, but it may
14       harm your defense if you fail to
15       mention, when questioned,
16       something which you later rely on
17       in court.  Anything you do say may
18       be given in evidence.
19            Do you understand the
20       caution?
21            AL-BAYOUMI:  Yeah.
22            DC CAMPBELL:  Now, there was
23       a slight problem with the tapes
24       there.  We didn't get an
```

Page 265

```
1          indication that the tape was

2          coming to an end.  My colleague

3          here, Ian, was asking you some

4          questions.

5               Can I confirm that when we

6          took the tapes out of the machine

7          that we didn't ask you any

8          questions whilst the tapes were

9          out of the machine; is that

10         correct?

11              AL-BAYOUMI:  Yes.

12              DC CAMPBELL:  Okay.

13         Normally, the tape machine should

14         give us an indication it's coming

15         to the end.  It didn't in this

16         case, okay.  But two new tapes are

17         back in the machine there.

18              DC DEAN:  And just before,

19         for the purpose of the tape,

20         during the period your solicitor

21         was present.

22              And do you agree with him,

23         the swap did happen there

24         and there was nothing untoward?
```

Page 266

 1                SOLICITOR:  Yes, not a
 2        problem.  Yes.
 3                DC DEAN:  Thanks a lot.
 4                Just the time again.
 5                DC CAMPBELL:  The time by my
 6        watch is 6:25 p.m.
 7                DC DEAN:  Okay.  Sorry about
 8        that.  Yeah, what I was saying,
 9        you've given me an account of the
10        times, as best as you can
11        remember, and what we're saying is
12        there's a two-week period where
13        they lived within the same complex
14        as you was living.
15                You understand that?  Two
16        weeks or thereabout, yes?
17                AL-BAYOUMI:  Yeah.  I think
18        in the beginning they spent one
19        week or ten days, maybe, or --
20                DC DEAN:  Okay.
21                AL-BAYOUMI:  Until two
22        weeks, maybe.
23                DC DEAN:  And then?
24                AL-BAYOUMI:  Then they moved

1        to the El Cajon City, El Cajon

2        Street.

3                DC DEAN:  Street.  And then?

4                AL-BAYOUMI:  Then been back

5        to the apartment, yeah.

6                DC DEAN:  Uh-huh, and then

7        what?  How long did they stay

8        there this time?

9                AL-BAYOUMI:  I'm not sure

10       exactly because I left to Saudi

11       Arabia.  When I came back again,

12       they told me that they went to Dr.

13       Shaikh's house.

14               DC DEAN:  Okay.  So how

15       long -- when they came back for

16       the second time -- yes?

17               AL-BAYOUMI:  Yeah.

18               DC DEAN:  How long was you

19       there?  Did you know they remained

20       at that address before you went to

21       Saudi Arabia?

22               AL-BAYOUMI:  I think a few

23       days.

24               DC DEAN:  Right.

Page 268

```
 1              AL-BAYOUMI:  Yeah, a few
 2        days.  I think --
 3              DC DEAN:  So, again, if we
 4        look at your passport or
 5        something, we'll be able to find
 6        records of you flying off to Saudi
 7        Arabia?
 8              AL-BAYOUMI:  Yeah.
 9              DC DEAN:  And that will
10        indicate roughly a couple of days
11        before that, they had left, no?
12              AL-BAYOUMI:  I think after a
13        year.  Because I didn't -- I
14        didn't see them.  I didn't follow
15        them out.
16              DC DEAN:  Right.
17              AL-BAYOUMI:  But when I came
18        back from Saudi Arabia --
19              DC DEAN:  They had gone.
20              AL-BAYOUMI:  Yeah, they --
21        they -- I didn't see them, yeah.
22              DC DEAN:  Okay.  How did you
23        find out or who did you hear off,
24        where these guys had gone to?
```

Page 269

1            AL-BAYOUMI:  How did I

2      figure out?

3            DC DEAN:  Yeah.  How did you

4      get to hear that they had gone to

5      this doctor's house?

6            AL-BAYOUMI:  I think Dr. --

7      the doctor usually called me.

8            DC DEAN:  Okay.

9            AL-BAYOUMI:  Yeah, and I

10     think he told me that they

11     moved -- you know, I have some

12     guests, and he told me that

13     they -- they are here again.

14            I think one of them, you

15     know, moved to his house and the

16     other one, I think he left to

17     Saudi Arabia at that time.

18            DC CAMPBELL:  Uh-huh.

19            AL-BAYOUMI:  I think one of

20     them, yeah.

21            DC DEAN:  Have you -- when

22     did you last hear off either one

23     of those guys?

24            I'll say the question again.

Page 270

```
1          When did you hear from them or of

2          them?

3                    AL-BAYOUMI:  I think before

4          I -- I'm not sure exactly, but I

5          think before I came to Britain.

6                    DC DEAN:  Uh-huh.

7                    AL-BAYOUMI:  Yeah.

8                    DC DEAN:  Okay.  So you came

9          to Britain the 5th of October,

10         2000.  Was it the 5th?

11                   AL-BAYOUMI:  Yeah.

12                   DC DEAN:  Yeah.

13                   AL-BAYOUMI:  October, yeah.

14                   DC DEAN:  So when in

15         relation to just before you came,

16         can you remember roughly when?

17                   AL-BAYOUMI:  I'm not sure

18         exactly, but I think before that,

19         before I came here.

20                   DC DEAN:  And the next

21         question is, what -- did they get

22         in touch with you, or you get in

23         touch with them?

24                   AL-BAYOUMI:  Talk to them?
```

Page 271

```
 1          No, I -- I think they -- as I
 2          mentioned, one of them left to
 3          Saudi Arabia and the other one --
 4               DC DEAN:  Yes.
 5               AL-BAYOUMI:  -- remaining.
 6          But the other one, you know, I
 7          didn't actually see him or, you
 8          know, yeah -- meet him or
 9          something like that.  No.  But
10          maybe in the mosque, for example,
11          I saw him or, you know, yes.
12               DC DEAN:  And which one was
13          it out of the two that you
14          described earlier that you saw?
15          You described one, just to help
16          you, with a gap in his teeth.
17               AL-BAYOUMI:  Help me?
18               DC DEAN:  Just to assist you
19          in recalling.
20               AL-BAYOUMI:  Ah, yeah,
21          yeah -- no, not the one that has
22          gap in his --
23               DC DEAN:  Not him.
24               AL-BAYOUMI:  No.  Not gap,
```

Page 272

```
 1          meaning he has -- I think his
 2          tooth is out.
 3                    DC DEAN:  Tooth missing.
 4                    AL-BAYOUMI:  Yeah, tooth
 5          missing.
 6                    DC DEAN:  Was that the one
 7          you saw in the mosque?
 8                    AL-BAYOUMI:  No, the other
 9          one.
10                    DC DEAN:  Okay.  And that
11          was just before you came back to
12          England?
13                    AL-BAYOUMI:  Not exactly.
14          But before, you know, I think
15          before that, you know.  Before
16          that, yeah.
17                    DC DEAN:  But you never saw
18          the other one?
19                    AL-BAYOUMI:  No.  And after
20          that, I think -- before that, I
21          didn't -- after that I didn't see
22          any one of them.
23                    DC DEAN:  Have you been --
24          have you heard -- when I say
```

Page 273

1           "heard" -- from anybody else

2           anything about these two guys

3           since you've come back?

4                 AL-BAYOUMI:  No.

5                 DC DEAN:  So you've been in

6           touch with nobody and nobody's

7           said, oh, I've seen such and such?

8                 AL-BAYOUMI:  No.

9                 DC CAMPBELL:  Can you

10          remember now their last names?

11                AL-BAYOUMI:  Their last

12          names?

13                DC CAMPBELL:  Yeah, can you

14          remember?

15                AL-BAYOUMI:  I think -- I

16          think one -- one of them Khalid --

17          Khalid --

18                Umm, the last name is

19          Al-Hazmi.

20                DC CAMPBELL:  Can you spell

21          that for me?

22                AL-BAYOUMI:  A-L, Z-M-I

23          (sic), I think.

24                DC DEAN:  And what was his

Page 274

1       first name?

2          AL-BAYOUMI:  Nawaf.

3          DC DEAN:  Which one was that

4       one, the one with the gap in

5       the -- the tooth missing?

6          AL-BAYOUMI:  No, I think

7       this one, he remained here -- uh,

8       in San Diego.

9          DC DEAN:  Right.

10         AL-BAYOUMI:  Yeah.

11         DC DEAN:  And the other

12      man's name, can you remember that

13      at all?

14         AL-BAYOUMI:  Khalid.

15      Khalid.  I don't know again his

16      last name.  Khalid.

17         DC DEAN: No?

18         DC CAMPBELL:  If you do

19      remember at any stage --

20         AL-BAYOUMI:  Yeah.

21         DC CAMPBELL:  -- just let us

22      know.

23         AL-BAYOUMI:  Sure.

24         DC CAMPBELL:  Because

Page 275

1        sometimes the more you talk about

2        things, the more that your memory

3        brings everything else back.

4               AL-BAYOUMI:  Yeah, exactly.

5               DC DEAN:  Okay.  We'll leave

6        those and start -- to do with the

7        same questions -- we're going to

8        refresh your memory on a couple of

9        things.  I've produce a couple of

10       the exhibits in case --

11              AL-BAYOUMI:  Oh, yeah.

12              DC DEAN:  They're not going

13       to be a shock to you, these

14       exhibits, at all.

15              DC CAMPBELL:  These, for the

16       benefit of the tape, these are

17       exhibits which we have taken from

18       your home address.

19              AL-BAYOUMI:  Okay.

20              DC CAMPBELL:  Yes, so it's

21       all property that is your

22       property.

23              AL-BAYOUMI:  Yeah.

24              DC CAMPBELL:  We're not

Page 276

1         introducing anything new to you.

2              AL-BAYOUMI:  Okay.

3              DC CAMPBELL:  Yeah?

4              DC DEAN:  Okay.  What I have

5         in front of me is PSS-26, which is

6         a photocopy of passport and

7         address list, and these have been

8         taken from your house.

9              First of all, if you'd like

10        to have a look at the first page.

11             Would you agree that is your

12        passport, a photocopy of your

13        passport?

14             AL-BAYOUMI:  Yeah.

15             DC DEAN:  Yeah.  And that is

16        a -- what type of passport is

17        that?

18             AL-BAYOUMI:  Saudi passport.

19             DC DEAN:  Okay.  That page

20        there, to clarify, is a United

21        States, American, visa --

22             AL-BAYOUMI:  Yeah, American

23        visa.

24             DC DEAN:  -- which you apply

Page 277

1          through your -- through the

2          American embassy, yes?

3               AL-BAYOUMI:  Yeah.

4               DC DEAN:  I want to go into

5          this page.  And what I've got, for

6          the purpose of the tape, is

7          basically lists of telephone --

8          names and telephone numbers.

9               AL-BAYOUMI:  Yeah.

10              DC DEAN:  Okay.  I've

11         highlighted a number, which is in

12         red, and I'd like you to look at.

13         I'm handing the exhibit over.

14              Do you recognize the name?

15              AL-BAYOUMI:  Al-Mihdhar.

16         Yeah.

17              DC DEAN:  Okay.  Does that

18         mean anything to you?

19              AL-BAYOUMI:  No.  But I know

20         of this guy from the mosque.

21              DC DEAN:  Right.  Is he --

22              AL-BAYOUMI:  This one or

23         this one?

24              DC DEAN:  Al-Mihdhar.

Page 278

1            AL-BAYOUMI:  Al-Mihdhar,

2       yes.

3            DC DEAN:  Can you tell me

4       who he is?

5            AL-BAYOUMI:  I think

6       he's Yemenese.  He's from this

7       mosque here, from Al Ribat Mosque.

8            DC DEAN:  Okay.

9            AL-BAYOUMI:  Yeah.

10           DC DEAN:  Can you look down

11      that list there?  Have a look at

12      the list.  Does the two guys who

13      you've mentioned, does their names

14      appear on there?

15           DC CAMPBELL:  Again, we're

16      not trying to trick you out here.

17           AL-BAYOUMI:  Yeah.

18           DC CAMPBELL:  It's your

19      phone book.

20           AL-BAYOUMI:  Yeah.

21           DC CAMPBELL:  So what we're

22      trying to say is, do you have

23      their numbers in your phone book?

24           AL-BAYOUMI:  Do I have their

Page 279

1          phone numbers?

2                  DC CAMPBELL:  In that book,

3          in that document that we're

4          showing you.

5                  Let's put it another way.

6                  AL-BAYOUMI:  Okay.

7                  DC CAMPBELL:  In my phone

8          book, I know all the telephone

9          numbers, who they relate to, put a

10         name beside it and I know who that

11         person is.

12                 Do you know who the two men

13         that we were talking about and

14         we're asking you, are their

15         numbers in that document?

16                 AL-BAYOUMI: Uh-huh.

17                 DC CAMPBELL: Do you

18         understand?

19                 AL-BAYOUMI:  Yeah.

20                 DC DEAN:  I'd like to ask,

21         before you turn over as well,

22         during this interview and the

23         previous ones, if there's any

24         person that you've mentioned to

Page 280

1           us --

2               AL-BAYOUMI:  Uh-huh.

3               DC DEAN:  -- either the

4           doctor, any of the people at the

5           mosque, the people at the

6           apartment, if you see anyone on

7           there, that you highlight them to

8           us for the very same reason that

9           Dave has just mentioned.  It's not

10          a trick.

11              AL-BAYOUMI:  Yeah, this, for

12          example, this guy, Al-Mihdhar, I

13          don't know his first name, but I

14          know his -- Al-Mihdhar.  He's, you

15          know, Yemeni, I think.  But

16          he's -- he spent a lot of time

17          here and -- I mean in San Diego

18          before I come there, yeah.

19              DC DEAN:  Okay.

20              AL-BAYOUMI:  I think it's

21          right.

22              DC DEAN:  Any one of these

23          from the mosque or the apartment?

24              AL-BAYOUMI:  This mosque of

Page 281

1            Al Ribat Mosque.  This is the Al
2            Ribat Mosque which Al Mehdar, you
3            know, close to it or lived close
4            to it or --
5                    DC CAMPBELL:  The Doctor, is
6            his name and number there?
7                    AL-BAYOUMI:  Doctor, should
8            be.  Okay.  See --
9                    DC DEAN:  By all means turn
10           the page over.
11                   AL-BAYOUMI:  This way.
12                   DC DEAN:  Yes.
13                   AL-BAYOUMI:  Doctor --
14                   DC CAMPBELL:  The doctor
15           that you were referring to that
16           these two men went to live with.
17                   AL-BAYOUMI:  Yeah,
18           Dr. Abdussatar.  Here.
19                   DC CAMPBELL:  That's at the
20           top, kind of at the edge here?
21                   AL-BAYOUMI:  Yeah.
22                   DC DEAN:  No problem.  Could
23           you read his number out, please?
24                   AL-BAYOUMI:  697 --

Page 282

1                     DC DEAN:  Yes.

2                     AL-BAYOUMI:  -- 8808.

3                     DC DEAN:  Okay.

4                     AL-BAYOUMI:  His area code

5           is 619.

6                     DC DEAN:  His area code?

7                     AL-BAYOUMI:  619.

8                     DC CAMPBELL:  Is that for

9           San Diego?

10                    AL-BAYOUMI:  San Diego,

11          yeah.

12                    DC DEAN:  619 -- please say

13          it again.

14                    AL-BAYOUMI:  697 --

15                    DC DEAN:  697 --

16                    AL-BAYOUMI:  -- 8808.

17                    DC DEAN:  -- 8808.  Okay.

18                    And what's the international

19          dialing code out of America?  If

20          you were going to ring the doctor

21          now, what would you dial?

22                    AL-BAYOUMI:  I think 001.

23                    DC CAMPBELL:  Again, do you

24          remember the white American man

Page 283

1          that you spoke of that you went to

2          Los Angeles with?

3                  AL-BAYOUMI:  Osama.

4                  DC CAMPBELL:  Is his number

5          in your book?

6                  AL-BAYOUMI:  No.

7                  DC CAMPBELL:  No?

8                  AL-BAYOUMI:  No.

9                  DC DEAN:  Now, I'm also

10         going to show you PSS-10.  And

11         here we have the Doctor's

12         telephone number here again.

13                 AL-BAYOUMI:  Yeah,

14         Dr. Abdussatar.

15                 DC DEAN:  Now, I want you to

16         spend a couple of moments looking

17         through that one as well.

18                 Do you have Omasa's address,

19         telephone number in that one?

20         Umm, the guy from -- who you just

21         mentioned from -- who went to Los

22         Angeles?

23                 DC CAMPBELL:  The white

24         American.

Page 284

```
 1                AL-BAYOUMI:  Osama?

 2                DC DEAN:  Yes.

 3                AL-BAYOUMI:  No, I don't

 4           have -- actually, he has a

 5           cellular phone before, okay.  But

 6           I think he -- it does not belong

 7           to him, it belongs to his wife.

 8                DC DEAN:  Carry on through.

 9                DC CAMPBELL:  Do you know

10           where his wife lives?

11                AL-BAYOUMI:  No.

12                DC DEAN:  Do you have any

13           idea of the surname?  I get the

14           impression you're looking for

15           something specific there.

16                AL-BAYOUMI:  Say it again.

17                DC DEAN:  Do you know the

18           surname of the family?

19                AL-BAYOUMI:  Her -- uh, his

20           surname?

21                DC DEAN:  His or her

22           surname.

23                AL-BAYOUMI:  No, no,

24           exactly.
```

Page 285

```
 1              DC DEAN:  And is, on any of
 2         these here, is the apartments'
 3         details on there, the manager of
 4         the apartment?
 5              AL-BAYOUMI:  Manager of
 6         apartment?
 7              DC DEAN:  Of the apartment
 8         where you were staying.
 9              DC CAMPBELL:  Landlord.
10              AL-BAYOUMI:  No, it's not
11         here.  It should be Parkwood.
12              DC DEAN:  Parkwood?
13              AL-BAYOUMI:  Yeah.
14              DC DEAN:  What's that?
15              AL-BAYOUMI:  The complex,
16         the name of the complex.
17              DC DEAN:  Now, a slightly
18         different question relating to
19         these phone numbers.  What you've
20         told us today about these two
21         gentlemen, is there anybody's name
22         in there who would know the same
23         story of events to confirm what
24         you're saying on any of those
```

Page 286

```
1              lists, out in America, who knew

2              they was at the apartment, who

3              knew they'd moved to --

4                   AL-BAYOUMI:  El Cajon.

5                   DC DEAN:  -- El Cajon Street

6              and then went to the Doctor's?

7                   AL-BAYOUMI:  Khalid --

8              Khalid Yafai knows that, who is in

9              Saudi Arabia.

10                  DC DEAN:  That's the

11             student?

12                  AL-BAYOUMI:  No.  Khalid --

13             well, the student, yeah.  But

14             Khalid Al-Yafai, the guy who was

15             leading the prayer.

16                  DC DEAN:  Can we spell his

17             name, please?

18                  AL-BAYOUMI:  Khalid.

19             K-H-A-L-I-D.  Al-Yafai, A-L,

20             Y-A-F-E-E (sic), I think.

21                  DC CAMPBELL:  Whereabouts is

22             he?

23                  AL-BAYOUMI:  Huh?

24                  DC CAMPBELL:  Where is he?
```

Page 287

1            AL-BAYOUMI:  He's in Saudi
2        Arabia.
3                DC CAMPBELL:  Do you know
4        where?
5            AL-BAYOUMI:  In Jeddah.  The
6        city, in Jeddah.
7                DC CAMPBELL:  Do you know
8        how we can contact him?
9            AL-BAYOUMI:  Yeah, I have
10        his phone number somewhere.
11                DC CAMPBELL:  Good.
12            AL-BAYOUMI:  It's not here.
13                DC CAMPBELL:  Are you done
14        with that one?
15            AL-BAYOUMI:  Yeah, his --
16        this number, when he was living in
17        San Diego.
18                DC DEAN:  So could -- for
19        the purposes of the tape, you are
20        referring to photocopy Exhibit
21        PSS-26.
22                Could you read for me what
23        it says?
24            AL-BAYOUMI:  Khalid

Page 288

```
 1          Al-Yafai.
 2                  DC DEAN:  Yeah.
 3                  AL-BAYOUMI:  F-E-I.  So it's
 4          in here, F-E-I.
 5                  DC DEAN:  And the telephone
 6          number on there?
 7                  AL-BAYOUMI:  This was when
 8          he was a student in San Diego,
 9          when he was -- when he was staying
10          at -- with the whole family.
11                  DC DEAN:  Yeah.
12                  AL-BAYOUMI:  Uh, 483-0238.
13                  SOLICITOR:  Can I just ask
14          something?  You say he was staying
15          with who?
16                  AL-BAYOUMI:  A family.
17                  SOLICITOR:  With a family?
18                  AL-BAYOUMI:  Yeah, American
19          family.
20                  DC DEAN:  He was?
21                  AL-BAYOUMI:  Khalid
22          Al-Yafai.
23                  DC CAMPBELL:  Were they
24          looking after him?
```

Page 289

```
1              AL-BAYOUMI:  No.  He was --

2         you know, he came to study

3         English.

4              DC CAMPBELL:  Yes.

5              AL-BAYOUMI:  And then he

6         went for accountancy.  And he

7         didn't like it, and he went back

8         to Saudi Arabia again.

9              DC CAMPBELL:  Right.  But --

10             AL-BAYOUMI:  But around the

11        same time, he was leading the

12        prayer in Ramadan, in the Holy

13        Month.

14             DC CAMPBELL:  Yes, but why

15        was he living with this American

16        family?

17             AL-BAYOUMI:  Why?

18             DC CAMPBELL:  Yes.

19             AL-BAYOUMI:  To learn a lot,

20        you know, from them.

21             DC CAMPBELL:  So is it

22        possible that this American family

23        will know his address in Saudi

24        Arabia?  Were they good friends?
```

Page 290

```
 1                    AL-BAYOUMI:  I'm not sure.
 2          Maybe they -- they know his phone
 3          number in Saudi Arabia.
 4                    DC CAMPBELL:  Again, it's
 5          only a way for us to check out
 6          what you're telling us.
 7                    AL-BAYOUMI:  Yeah.
 8                    DC DEAN:  And who are that
 9          family?  Do you know where they
10          live?  Who were they?
11                    AL-BAYOUMI:  Exactly, I'm
12          not sure.
13                    DC DEAN:  Okay.
14                    AL-BAYOUMI:  Not exactly,
15          I'm not sure.
16                    DC DEAN:  To your best
17          knowledge, I need to press you
18          with another question.  You can --
19          you have mentioned to Dave
20          regarding the two guys who were
21          living at the apartments, they had
22          a car, you thought they had a car.
23                    AL-BAYOUMI:  Yeah.
24                    DC DEAN:  Can you remember
```

Page 291

1            anything about that vehicle?

2            Anything at all?

3                    AL-BAYOUMI:  I assume that

4            it's, what do you call it, blue,

5            dark, I think, or something like

6            that, yeah.  And I think Honda.  I

7            think.  I'm not sure exactly.

8                    DC DEAN:  Uh-huh.

9                    AL-BAYOUMI:  But I imagine

10           now it's Honda or something like

11           that.

12                   DC DEAN:  Okay.  Was it a

13           two-door, four-door?

14                   AL-BAYOUMI:  I think two

15           doors.

16                   DC DEAN:  Big car, small

17           car?

18                   AL-BAYOUMI:  I think two

19           doors.  A small car.

20                   DC DEAN:  A small car.

21                   AL-BAYOUMI:  Two doors.  I'm

22           not sure.

23                   DC CAMPBELL:  Do you know

24           where they got it from?

Page 292

1                    AL-BAYOUMI:  Huh?

2                    DC CAMPBELL:  Do you know

3          where they got it?

4                    AL-BAYOUMI:  No.

5                    DC DEAN:  We'll take that a

6          slightly different way, it's --

7          when did you become aware they had

8          a car?

9                    AL-BAYOUMI:  When?

10                   DC DEAN:  When did you first

11         know that the two had a car?

12                   AL-BAYOUMI:  I think three

13         or four days ago -- three or four

14         days when they rent the house.  I

15         think.  I'm not sure exactly.

16                   DC DEAN:  And did you see

17         them in the car?  How did you know

18         they had a new car?

19                   AL-BAYOUMI:  Not new.

20                   DC DEAN:  A car.

21                   AL-BAYOUMI:  Yeah.

22                   DC DEAN:  How?

23                   AL-BAYOUMI:  I saw them at

24         the mosque, yeah.  Driving.  I saw

Page 293

```
 1          one of them, I think, driving at
 2          the mosque.
 3                  DC DEAN:  Do you know if
 4          they were in the country
 5          legitimately?  Did they discuss
 6          anything with you or were they
 7          there illegally?
 8                  AL-BAYOUMI:  It's not clear
 9          what -- what did you say?
10                  DC DEAN:  Were they there
11          legally or had they said to you
12          that they were there illegally?
13          Had they entered the country
14          legally, as far as you were
15          concerned?
16                  AL-BAYOUMI:  I think they --
17          legally, that they entered.
18          Otherwise, they will not allowed
19          for -- to them to stay in the
20          United States --
21                  DC DEAN:  Okay.
22                  AL-BAYOUMI:  -- if they're
23          not legal.
24                  DC DEAN:  And do you know
```

Page 294

1         how they got to the United States?

2              AL-BAYOUMI:  How they got

3         to the United --

4              DC DEAN:  Yeah, which way

5         did they come?  Did they come from

6         Britain?

7              AL-BAYOUMI:  I'm not sure.

8              DC DEAN:  You're not sure?

9         They never mentioned it?

10             AL-BAYOUMI:  No, I'm not

11        sure.

12             DC CAMPBELL:  We've

13        mentioned a number of times the

14        reason for your arrest.  I'll say

15        it once again, that you've been

16        arrested on suspicion of being

17        involved in the preparation,

18        instigation or commission of acts

19        of terrorism in relation to the

20        11th of September events of this

21        year.

22             Do you understand that?

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  You've heard

Page 295

```
 1        our line of questioning, the way
 2        we are asking our questions, the
 3        reasons why we're asking our
 4        questions.
 5             Have you worked out in your
 6        own mind why we think that you may
 7        be involved?
 8             AL-BAYOUMI:  Say it again.
 9             DC CAMPBELL:  Have you
10        worked out yourself, have you
11        deduced from what we have said,
12        why we think you may be involved
13        in this?
14             AL-BAYOUMI:  Uh, I don't
15        understand that question.
16             DC CAMPBELL:  Let me
17        rephrase it.
18             We have asked you a lot of
19        questions.
20             AL-BAYOUMI:  Yes.
21             DC CAMPBELL:  Today our
22        questions have been very specific
23        about you and about these two men.
24             Do you understand why we are
```

Page 296

1          asking you those questions?

2               AL-BAYOUMI:  Yeah.  I think

3          you're asking me to verify the

4          truth.

5               DC CAMPBELL:  Yes.

6               AL-BAYOUMI:  Yeah.

7               DC CAMPBELL:  But what I'm

8          trying to find out from you is,

9          have you worked out the reason why

10         we have arrested you?

11              AL-BAYOUMI:  No.

12              DC CAMPBELL:  Do you not

13         think it strange, us asking you

14         specifically about these two men?

15              AL-BAYOUMI:  Yeah.

16              DC CAMPBELL:  Okay.  Let me

17         put it very clearly for you so

18         there's no misunderstanding.  We

19         believe that you have assisted two

20         individuals in -- at least two

21         individuals and specifically these

22         individuals in the preparation,

23         instigation or commission of acts

24         of terrorism on the 11th of

Page 297

1          September.

2                    Do you understand that now?

3                    AL-BAYOUMI:  Yeah, I

4          understand that.  But I didn't

5          support anyone.  I don't accept

6          any act like this at all.

7                    DC CAMPBELL:  Okay.  Can you

8          understand that if you provide

9          people with accommodation or if

10         you provide people with money, or

11         if you provide people with flight

12         tickets, or if you provide people

13         with weapons or explosives, then

14         that is assisting people, if those

15         people themselves then go on to

16         commit acts of terrorism?

17                   Do you understand that?

18                   AL-BAYOUMI:  Yeah, I

19         understand that.

20                   DC CAMPBELL:  The

21         difference, and I'll be quite

22         clear here, is if you knew that

23         they were going to commit an act

24         of terrorism or you believed they

Page 298

```
1              were about to commit an act of
2              terrorism.  If you're an honest
3              person and you were just doing a
4              good thing, then that would be
5              okay.
6                   AL-BAYOUMI:  Okay.
7                   DC CAMPBELL:  However, if
8              you knew what they were planning,
9              then that is different.
10                  AL-BAYOUMI:  Yeah.
11                  DC CAMPBELL:  To provide
12             them with accommodation is enough
13             to be helping them.
14                  Do you understand that?
15                  AL-BAYOUMI:  Yeah.
16                  DC CAMPBELL:  Without
17             accommodation, without passports,
18             without money, these people cannot
19             operate in the war of terrorism.
20                  Do you understand that?
21                  AL-BAYOUMI:  Yeah.
22                  DC CAMPBELL:  And you do not
23             need to be a terrorist if you go
24             out there and kill people.  You
```

Page 299

1          can be a terrorist by providing

2          them with support.

3                  Do you understand that?

4                  AL-BAYOUMI:  Yeah, exactly,

5          yeah.

6                  DC CAMPBELL:  So I'll make

7          it quite clear that is the reason

8          why you're under investigation at

9          this moment in time, for your

10         support of these people.

11                 And we are trying to find

12         out whether or not you've prepared

13         anything else.  So this is your

14         opportunity now to make us believe

15         that you are a truthful and honest

16         person.

17                 AL-BAYOUMI:  Okay.

18                 DC CAMPBELL:  Do you

19         understand that?

20                 AL-BAYOUMI:  Yeah.

21                 DC CAMPBELL:  And that's for

22         every single question that we've

23         asked you today and yesterday, is

24         to find out exactly what you know

Page 301

1          depends on who you ask and the

2          people's views on those matters.

3                Do you understand that?

4                AL-BAYOUMI:  Yeah.  But,

5          actually, for myself, I don't --

6          for example, anything to hide.

7          I'm open with the -- with the, you

8          know, everyone and also try to be

9          in the safe way by contacting the

10         Embassy and the Consulate at the

11         same time.

12               I don't allow it, for

13         example, for -- for example, to

14         discuss, for example, politics

15         things, or to try to help people

16         to do something wrong, or to --

17         no.  We don't allow it, you know,

18         for this -- for what I in charge

19         of, how about myself, I can't, you

20         know.

21               DC CAMPBELL:  What I'm

22         trying to do, Omar, is give you an

23         opportunity for you to defend

24         yourself.

Page 302

1                   Do you understand that?

2          To -- to convince us that you are

3          innocent.  Now, I've given you

4          this opportunity now.  In fact,

5          your solicitor did tell me anyway

6          that I can progress my inquiry.

7                   Do you understand that?

8                   AL-BAYOUMI:  Yeah.  You --

9          you --

10                  DC CAMPBELL:  Go ahead.

11                  AL-BAYOUMI:  You can ask,

12         for example, I gave you some names

13         here.  You can ask them about --

14         about me, for example, about my

15         attitude, about my relationship

16         with people, about anything.  You

17         can ask them.

18                  DC CAMPBELL:  Okay.  You've

19         heard the line of questioning that

20         we are making.  Is there anyone

21         else that we could contact that

22         would know specifically about the

23         incidents that we are talking

24         about that could confirm what you

1          have said to us?

2                  AL-BAYOUMI:  I don't know

3          exactly, but for -- asking about

4          me, I can give you some names in

5          here, in this list now, for

6          leaders of the prayers or --

7          because I usually pray in the

8          mosque.  Or for people who, for

9          example, visit me or people who

10         know me or -- or also, the

11         neighbors, you know, who knows me,

12         for example, or something like

13         that.  Yeah.

14                 DC CAMPBELL:  Do you have

15         any links to terrorism or people

16         who support terrorism?

17                 AL-BAYOUMI:  No, at all.

18                 DC CAMPBELL:  You're

19         convinced of that?

20                 AL-BAYOUMI:  I convinced?

21                 DC CAMPBELL:  You're sure

22         that you do not have --

23                 AL-BAYOUMI:  Yeah, I'm sure.

24         I don't -- you know, I don't allow

Page 304

```
 1        it for even my son, if he did like

 2        this, I will, you know, put him in

 3        the front of the justice.  No,

 4        this is not allowed.

 5             DC CAMPBELL:  As you can

 6        see, that we are making very

 7        detailed inquiries about you.

 8             AL-BAYOUMI:  Okay.

 9             DC CAMPBELL:  We are

10        researching your computer.

11             AL-BAYOUMI:  Okay.

12             DC CAMPBELL:  Your e-mails.

13             AL-BAYOUMI:  Okay.

14             DC CAMPBELL:  All your

15        documentation, as you can see,

16        that we are referring to.  Yes?

17             AL-BAYOUMI:  Say it again.

18             DC CAMPBELL:  All your --

19        your telephone --

20             AL-BAYOUMI:  Yeah.

21             DC CAMPBELL:  -- numbers and

22        so on.

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  Again, we're
```

1          not going to find anything there

2          that would link you to terrorism;

3          is that correct?

4               AL-BAYOUMI:  Yeah.  I don't

5          have link with any, for example,

6          organization or people who try to

7          harm people, or people try to

8          attack people, or people to try to

9          talk about politics or something,

10         no.  I just go straight forward to

11         help, for example, what I can

12         offer for, you know -- you know,

13         when they need, for example, help

14         or something like that, or for my

15         studying, or for my family.

16         That's it.

17              DC CAMPBELL:  Okay.  I don't

18         have any more questions to ask you

19         at the moment.  But Ian may have

20         some questions.

21              DC DEAN:  Just very -- very

22         quickly.  It goes back to the

23         point which we covered very early

24         on in the interviews regarding

Page 306

```
1          the -- when you guaranteed,
2          guarantored the accommodation for
3          the two gentlemen.
4               At the time -- it's just to
5          make for the record, to make it
6          straight -- do you accept now that
7          you thought about it that you did
8          actually guarantor these two
9          gentlemen for accommodation; is
10         that correct?
11              AL-BAYOUMI:  Yeah, I --
12              DC DEAN:  Purely by having
13         met them at the mosque?
14              AL-BAYOUMI:  Yeah.
15              DC DEAN:  Do you -- and I'm
16         correct in saying that you did not
17         actually know a great deal about
18         them, that's what you were telling
19         us --
20              AL-BAYOUMI:  Yeah, exactly.
21              DC DEAN:  -- prior to the
22         guarantee -- guarantoring them?
23              And when you went to sort
24         the accommodation out, to
```

1        guarantee some accommodation for

2        them, did you fill out the

3        documentation, complete the

4        signing of the forms?

5            AL-BAYOUMI:  I'm not sure.

6        But I think if they tell me I have

7        to sign the papers, yeah.

8        Sometimes they put, you know, X

9        here and they said, just sign it.

10       Yeah.

11           DC DEAN:  And as a result of

12       that, those two people lived in

13       accommodation in the same complex

14       that you was living in, yes?

15           AL-BAYOUMI:  Yeah.

16           DC DEAN:  When the two

17       finally left the complex, you

18       would have been in Saudi Arabia?

19           AL-BAYOUMI:  Yeah.

20           DC DEAN:  Have you, at any

21       time, had to go, prior to them --

22       prior to you going to Saudi

23       Arabia, did you ever have to go to

24       them and ask them for money to pay

Page 308

1          back to the apartment, to the

2          manager?

3                    AL-BAYOUMI:  No, I don't

4          think so.

5                    DC DEAN:  Are you sure?

6                    AL-BAYOUMI:  Yeah, to get

7          money from them to give it to the

8          manager?

9                    DC DEAN:  For any

10         outstanding bills, damage or

11         whatever.

12                   AL-BAYOUMI:  I don't think

13         so, no.

14                   DC CAMPBELL:  Did you pay

15         any checks on their behalf?

16                   AL-BAYOUMI:  On their

17         behalf?  No.  But, as I mentioned

18         before --

19                   DC DEAN:  Yeah.

20                   AL-BAYOUMI:  Yeah.  If, you

21         know, for some reason they don't

22         accept, for example, cash and they

23         give me cash and give -- give --

24         give -- give the manager a check,

Page 309

1          this maybe.  But I'm not sure
2          exactly.
3               DC DEAN:  Well, what we need
4          to just make sure, really, did
5          you -- it's not a criticism of
6          you.  You're saying, I'm sure,
7          maybe.
8               AL-BAYOUMI:  Yeah.
9               DC DEAN:  What we need to
10          clarify before we leave this
11          interview, really, have you ever
12          taken money off them and you wrote
13          a check out for them and give it
14          to the manager of the
15          accommodation block?  Either, yes,
16          you have, or, no, you haven't.
17               DC CAMPBELL:  Or possibly --
18               SOLICITOR:  It's not, you
19          know -- it's not always that clear
20          when you do it.
21               AL-BAYOUMI:  Yeah, yeah,
22          but I'm not -- I'm not clear on
23          this point.  I'm not sure.
24               SOLICITOR:  He stated

Page 310

1          constantly that he's not sure
2          about that.
3                  DC DEAN:  Right.  Yeah.
4                  AL-BAYOUMI:  Yeah.  Yeah.
5                  DC DEAN:  Okay.
6                  AL-BAYOUMI: I'm not sure.
7          But paying instead of them, no.
8                  DC DEAN:  Paying?
9                  AL-BAYOUMI:  Paying.  Paying
10         instead of them, no.
11                 DC DEAN:  Oh, no, I accept
12         that.  I understand what you're
13         saying.  But --
14                 AL-BAYOUMI:  Yeah.
15                 DC DEAN:  -- one thing you
16         have --
17                 DC CAMPBELL:  I might be
18         able to help here.
19                 DC DEAN:  Yeah.
20                 DC CAMPBELL:  What you're
21         saying to me, then, is that if you
22         have paid for them by check, you
23         would quite clearly have money
24         coming into your account so that

Page 311

1           you can pay money out by check?

2           If they give you cash in one hand

3           and you pay by check in the other

4           hand, would it be right to say

5           that you bank the cash so that you

6           can cover the check that you've

7           made out?

8                Can you answer that

9           question?

10               AL-BAYOUMI:  Yeah, but I'm

11          not sure exactly.  It may be

12          because -- I'm not sure exactly

13          because I don't know exactly if I

14          went with them to, you know, to

15          write a check and from the bank.

16          I'm not sure.

17               DC DEAN:  But you are

18          definite that you've never paid

19          for them?

20               AL-BAYOUMI:  No.

21               DC DEAN:  You're definite

22          with that?

23               AL-BAYOUMI:  No, no.

24               DC DEAN:  Yeah, okay.

Page 312

```
 1                    AL-BAYOUMI:  I'm sure.
 2                    DC DEAN:  Right.  That's a
 3          point I wanted to clarify.
 4                    AL-BAYOUMI:  Yeah.
 5                    SOLICITOR:  It's very
 6          difficult, like --
 7                    DC DEAN:  It is.
 8                    SOLICITOR:  -- for instance,
 9          when you're getting cash.  I mean,
10          I've done it millions of times
11          where I've written a check for
12          somebody, and I've put the cash
13          with all intents and purposes of
14          taking that money straight to the
15          bank because I know I'll spend it,
16          and I've dipped in it one pound,
17          two pounds and then it goes to ten
18          pounds from it.
19                    DC DEAN:  Yeah.
20                    DC CAMPBELL:  But, again,
21          the point we're trying to make
22          here is, it might be significant
23          enough for you to remember that,
24          that if it's quite a number of
```

1           dollars rather than you having --

2           how much was it per week, the

3           accommodation, or per month?

4                AL-BAYOUMI:  For them, I'm

5           not sure.  I think less than my

6           apartment.  I think 700 or 800,

7           I'm not sure exactly.

8                DC CAMPBELL:  So let me say

9           it this way:  If someone gave you

10          $700 to pay for accommodation and

11          you wrote a check out, would it be

12          possible for you to keep 700

13          pounds in your -- sorry, $700 in

14          your pocket?

15               AL-BAYOUMI:  Yeah.

16               DC CAMPBELL:  It is

17          possible?

18               AL-BAYOUMI:  Yeah.  For me,

19          yeah.

20               DC CAMPBELL:  Because with

21          me, I keep 10, 20 pounds in my

22          pocket.

23               AL-BAYOUMI:  Yeah, the

24          system mukhtalif -- the system is

Page 314

```
 1          different.  Because in, for
 2          example, in Saudi Arabia you can
 3          put what you want to put in your
 4          pocket.
 5                  DC CAMPBELL:  Yeah, I don't
 6          know you, so I don't know how much
 7          money you keep in your pocket.
 8                  AL-BAYOUMI:  Yeah.
 9                  DC CAMPBELL:  Yeah.  Someone
10          like me keeps not a lot of money
11          in it.  Other people keep lots of
12          money in their pockets.
13                  AL-BAYOUMI:  Yeah.  I
14          sometimes, I don't use money, I
15          just use my credit card to --
16          especially in America.
17                  DC CAMPBELL:  I have money
18          in my pocket, I spend it, yeah.  I
19          just wanted to know what you would
20          do with that large amount of
21          money.
22                  Do you understand?
23                  AL-BAYOUMI:  Yeah, I --
24          sometimes if I have, for example,
```

Page 315

1          extra money, now when I here in

2          Britain, I get some money from the

3          machine, from my -- my American --

4          Saudi American Bank, okay.  And

5          sometimes I don't have time to put

6          it in my account in Lloyds, okay.

7          I put it in my pocket.  And

8          sometimes I put it inside the

9          book, you know.  I close the book.

10               And also for dollars, for

11          example, extra dollars, for

12          example, I get it from America

13          when I -- you know, when I came

14          here, I put it in the book, okay.

15          And sometimes I left on the shelf

16          and sometimes, you know -- yeah.

17          And sometimes when I visit, for

18          example, Saudi Arabia or when we

19          transfer from transit, came from

20          transit from Egypt, you know,

21          sometimes you have to exchange

22          some money with you.  And I save

23          it in the -- one of my books.

24               DC CAMPBELL:  Right.  We

Page 316

1         understand what you're saying.

2              AL-BAYOUMI:  Yeah.  Put it

3         in the books, yeah.

4              DC CAMPBELL:  Is there

5         anything else that you want to add

6         to this interview?  Is there

7         anything else you want to say?

8              AL-BAYOUMI:  Yeah, just I

9         want to say, I don't have any link

10        with the -- any people in this

11        situation and I -- you know, I

12        don't agree with anyone to harm

13        people or to, you know, create

14        problems or to bother innocent

15        people or, you know -- I wouldn't

16        believe in this.

17             DC CAMPBELL:  Have you ever

18        been arrested for, either in this

19        country --

20             AL-BAYOUMI:  No.

21             DC CAMPBELL:  -- in America,

22        Saudi Arabia or any other country

23        that you've visited?

24             AL-BAYOUMI:  No, at all.

Page 317

1              DC CAMPBELL:  Have you ever

2        been interviewed by the police for

3        any other matters?

4              AL-BAYOUMI:  No, at all.

5              DC CAMPBELL:  So you are an

6        honest person?

7              AL-BAYOUMI:  Yeah.

8              DC CAMPBELL:  Okay.

9              AL-BAYOUMI:  And I raise

10       my -- my children on the truth.

11       Even if you did something wrong,

12       say, I did it.

13             DC CAMPBELL:  I don't have

14       any more questions to ask of you

15       at the moment.

16             AL-BAYOUMI:  Okay.

17             DC CAMPBELL:  It's highly

18       possible that given the time of

19       night, that we may interview you

20       again in the morning.

21             Do you understand that?

22             AL-BAYOUMI:  Yeah.

23             DC CAMPBELL:  Rather than

24       again tonight.

Page 318

1              The noise there indicates

2         that the tape is coming to an end

3         anyway.  We've got a lot of work

4         to do.  Unless there's any

5         observations your solicitor would

6         like to make about this interview?

7              SOLICITOR:  Not at this

8         stage, no.

9              DC CAMPBELL:  Then I shall

10        now conclude the tape.

11             Do you understand that?

12             AL-BAYOUMI:  Yes.

13             DC CAMPBELL:  Okay.  The

14        time by my watch is seven minutes

15        past 7:00, and I shall now

16        conclude the interview.

17             (Whereupon, the tape

18        concluded.)

19

20

21

22

23

24

```
 1                    -   -   -

 2                    MPS 379

 3                    -   -   -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  24/09/2001

11

12   DURATION OF INTERVIEW:  45 minutes

13

14   TIME OF INTERVIEW:  1545-1630

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

```
 1                    -  -  -
 2              DC CAMPBELL:  This interview
 3         is being tape-recorded.  I'm
 4         Detective Constable David
 5         Campbell, attached to the
 6         anti-terrorist branch.  And also
 7         present is --
 8              DC DEAN:  Detective
 9         Constable Ian Dean, also attached
10         to the --
11              DC CAMPBELL:  Anti-terrorist
12         branch.
13              DC DEAN:  -- anti-terrorist
14         branch.
15              DC CAMPBELL:  We are in the
16         interview room at Paddington
17         Police Station.  At the conclusion
18         of the interview, I'll give you a
19         notice that sets out what happens
20         to the two tapes that you saw me
21         unwrap and place into the machine
22         behind me.
23              Do you understand that,
24         Omar?
```

1              AL-BAYOUMI:  Yes.

2              DC CAMPBELL:  Also present

3         is your legal representative.

4              SOLICITOR:  Jacqui

5         Gordon-Lawrence, authorized

6         representative with Fisher

7         Meredith.  I'm now required to

8         explain my role.  It is to protect

9         my client's rights.  I will

10        continue to advise my client

11        throughout this interview.  I

12        shall intervene if my client asks

13        for or needs legal advice, or your

14        questioning is inappropriate or

15        you raise matters which have not

16        been made known to me.

17             After receiving legal

18        advice, my client has decided to

19        answer questions which you may

20        raise that are relevant to his

21        arrest.

22             DC CAMPBELL:  Okay.  Omar,

23        do you feel fit enough to be

24        interviewed at this stage?

Page 322

```
 1              AL-BAYOUMI:  Yeah.

 2              DC CAMPBELL:  If at any

 3         stage during the interview, you do

 4         not feel fit enough or you want

 5         refreshments, just let me know,

 6         and we'll stop the interview and

 7         you can either --

 8              AL-BAYOUMI:  Sure.

 9              DC CAMPBELL:  -- see a

10         doctor or have some refreshments.

11              AL-BAYOUMI:  Sure.

12              DC CAMPBELL:  I also

13         understand that your prayer time,

14         it was due to be at 4:11?

15              AL-BAYOUMI:  Yeah, it

16         started at 4:11, but we can do it

17         at 5:00, for example.

18              DC CAMPBELL:  Okay.  Well, I

19         just want to be clear on this.

20         It's now ten to 4:00.  There's no

21         pressure on you.  You don't have

22         to interview.  If you want to go

23         and pray, you can pray at that

24         time.
```

Page 323

1                      AL-BAYOUMI:  Okay.

2                      DC CAMPBELL:  But we are

3            ready to interview now, so it's a

4            matter purely for yourself.

5                      So are you happy to be

6            interviewed now?

7                      AL-BAYOUMI:  Yeah.

8                      DC CAMPBELL:  Okay.  Good.

9            Now, I'm going to remind you, as

10           we always do at the start of the

11           interview, of the caution.  That

12           means that you do not have to say

13           anything, but it may harm your

14           defense if you do not mention,

15           when questioned, something which

16           you later rely on in court.

17           Anything you do say may be given

18           in evidence.

19                      Do you understand this

20           caution?

21                      AL-BAYOUMI:  Yes.

22                      DC CAMPBELL:  Yes.  Okay.

23           You have been arrested for the

24           preparation, instigation or

1           commission of acts of terrorism.

2           And that's contrary to Section

3           41(b) of the Terrorism Act 2000.

4                   Do you understand why you've

5           been arrested?

6                   AL-BAYOUMI:  Yeah.

7                   DC CAMPBELL:  Okay.

8                   AL-BAYOUMI:  But I don't --

9           you know, agree that I did

10          anything wrong.

11                  DC CAMPBELL:  Okay.  Well,

12          the purposes of these interviews

13          is for us to establish the

14          facts --

15                  AL-BAYOUMI:  Sure.

16                  DC CAMPBELL:  -- to put the

17          allegation to you and hear your

18          answers.  And only after that can

19          we establish if there's sufficient

20          evidence against you --

21                  AL-BAYOUMI:  Sure.

22                  DC CAMPBELL:  -- or, if

23          there's no evidence against you,

24          then we're duty bound to release

Page 325

1          you.

2                    Do you understand that?

3                    AL-BAYOUMI:  Yes, I

4          understand that.

5                    DC CAMPBELL:  Okay.  But

6          that's the purposes of you being

7          detained here at the police

8          station, is for interviewing.

9                    AL-BAYOUMI:  Okay.

10                    DC CAMPBELL:  Okay?

11                    AL-BAYOUMI:  Okay.

12                    DC CAMPBELL:  Now, we

13          interviewed you last night, and

14          you had mentioned that the two

15          people that we were talking about,

16          a person called Khalid and a

17          person called Nawaf --

18                    AL-BAYOUMI:  Nawaf.

19                    DC CAMPBELL:  Nawaf.

20          Al-Zami?

21                    AL-BAYOUMI:  Al-Hazmi.

22                    DC CAMPBELL:  Al-Hazmi.

23                    AL-BAYOUMI:  Yes.

24                    DC CAMPBELL:  Sorry, you

1        must apologize for my

2        pronunciation -- I must apologize

3        for that.

4               AL-BAYOUMI:  No, no.

5               DC CAMPBELL:  You said that

6        you had a party or a get

7        togethering -- a get-together at

8        your address in San Diego, at your

9        home address?

10              AL-BAYOUMI:  Not in my -- in

11       my apartment.

12              DC CAMPBELL:  In your

13       apartment?

14              AL-BAYOUMI:  No, not in my

15       apartment.

16              DC CAMPBELL:  In --

17              AL-BAYOUMI:  In their

18       apartment, yes.

19              DC CAMPBELL:  Okay, that's

20       good.

21              AL-BAYOUMI:  The people I,

22       uh -- you mentioned now?

23              DC CAMPBELL:  Yes.

24              AL-BAYOUMI:  Yes.

Page 327

1           DC CAMPBELL:  And you said

2      to us that you took a camcorder,

3      or a video --

4           AL-BAYOUMI:  Yeah.

5           DC CAMPBELL:  -- of that

6      gathering?

7           AL-BAYOUMI:  Yeah.

8           DC CAMPBELL:  Yes?

9           AL-BAYOUMI:  Yeah.

10          DC CAMPBELL:  Now, as you

11     can see, we have brought two --

12     sorry, three video -- three bags,

13     one of a substantial number of

14     videos and two other bags of

15     videos which have been seized from

16     your home address in Birmingham.

17          Now, what we're trying to do

18     today at this interview, in

19     particular, is establish from

20     yourself, with your assistance, to

21     identify that particular video.

22          AL-BAYOUMI:  Okay.

23          DC CAMPBELL:  Okay.  Do you

24     understand that?

Page 328

1                    AL-BAYOUMI:  Yeah.

2                    DC CAMPBELL:  Now, you see

3          the bags in front of you.  What

4          we're going to do, unless you can

5          quite clearly identify to us --

6                    AL-BAYOUMI:  Okay.

7                    DC CAMPBELL:  -- which video

8          it is.

9                    Now, are these the videos

10         that -- could these be the videos

11         that you're referring to?

12                   AL-BAYOUMI:  I'm not sure,

13         but I take a look if you --

14                   DC DEAN:  Are they the right

15         size?

16                   AL-BAYOUMI:  Huh?

17                   DC DEAN:  Are they the right

18         size of what they could be?

19                   DC CAMPBELL:  The video --

20         do these tapes go into your

21         particular video -- video

22         camcorder?

23                   AL-BAYOUMI:  No.

24                   DC CAMPBELL:  Do you

Page 329

1              download from a smaller tape --

2                      AL-BAYOUMI:  Yes.

3                      DC CAMPBELL:  -- onto these

4              particular cassettes?

5                      AL-BAYOUMI:  Smaller tape

6              onto this one, yeah.

7                      DC CAMPBELL:  Okay.  So we

8              just wanted to be clear that we

9              weren't on a hopeless mission

10             here.  We just wanted to make sure

11             that it's quite possible that the

12             tape we're referring to is in

13             these bags before we started

14             opening them -- opening them up.

15                     AL-BAYOUMI:  Yes, it's in

16             the big one.

17                     SOLICITOR:  It's in the big

18             one?

19                     AL-BAYOUMI:  Yeah.

20                     DC CAMPBELL:  Right.  Good.

21                     Okay, now, my colleague will

22             now show you the particular bags

23             and, hopefully, we may be able to

24             identify out of the two smaller

Page 330

1          bags which video it is.  And

2          failing that, we will have to open

3          the third, more substantial, bag.

4               Now, what you can see here,

5          my colleague is putting on a -- a

6          pair of white gloves, and he'll

7          put on a set of latex gloves above

8          that.  And that is because

9          property which is found from your

10         home address is being, what we

11         call, preserved, i.e., no one will

12         touch that in case we need to send

13         it to the laboratory for

14         fingerprint examination.  Okay?

15         So for no other reason.

16               AL-BAYOUMI:  Sure.

17               DC CAMPBELL:  So that the

18         officer's fingerprints are not

19         going to be placed on these

20         videotapes, should it become a

21         relevant issue at a later stage.

22               Do you understand that?

23               AL-BAYOUMI:  Yeah.

24               DC DEAN:  Before we start,

Page 331

1          Omar, if you'd like to just stand

2          up in a second, just have a look

3          on the outside of the bag, see --

4               AL-BAYOUMI:  Sure.

5               DC DEAN:  -- if you can

6          recognize it, to save us --

7               AL-BAYOUMI:  Sure.

8               DC DEAN:  -- any time.

9               So for purposes of the tape,

10         I'm asking Omar to stand up, have

11         a look, and come and inspect the

12         bags and see if he can see just by

13         looking at the bags.

14              The first bag I'm going to

15         show is Exhibit Bag Number --

16              DC CAMPBELL:  It's on the

17         top.  It's PSS --

18              DC DEAN:  PSS-134.  The bag

19         is still sealed, and it is Bag

20         Number 85194023.

21              So can you see anything

22         vaguely what's -- there's no

23         problem with touching the plastic

24         bag on the outside, it's only the

Page 332

1          inside.

2                AL-BAYOUMI:  You know what,

3          it has a small, what do you call

4          it, tape -- you know, taper tape.

5                DC CAMPBELL:  Yes.

6                AL-BAYOUMI:  And it's not

7          there.

8                DC DEAN:  I think we may

9          have to open these bags.

10               We're now looking at another

11         bag, which is Exhibit Number

12         PSS-100.

13               And then, finally, I'm

14         looking at PSS-128, which is a

15         sealed police bag, C4116166.  It's

16         that one.

17               AL-BAYOUMI:  Not this one.

18               DC DEAN:  Not -- so it's

19         definitely not that one?

20               AL-BAYOUMI:  No.

21               DC DEAN:  So that's PSS-128,

22         it's not in that bag.

23               So there's no other way.

24         What we'll have to do is open the

Page 333

```
 1          bags.
 2                  DC CAMPBELL:  Just for the
 3          benefit of the tape, my
 4          colleague --
 5                  AL-BAYOUMI:  How about if
 6          you open this tag because it's
 7          smaller?  If I can see in, because
 8          --
 9                  DC DEAN:  Anything to help
10          us out.
11                  AL-BAYOUMI:  No.  None of
12          those ones.
13                  DC DEAN:  It's not in that
14          bag?
15                  AL-BAYOUMI:  No.
16                  DC DEAN:  So I'm now going
17          to open --
18                  DC CAMPBELL:  PSS-100.
19                  DC DEAN:  -- PSS-100, which
20          is sealed by tape.  I'll just ask
21          you now, just while I remember --
22          you don't have to join us --
23                  AL-BAYOUMI:  Yeah.
24                  DC DEAN: -- for this round.
```

Page 334

1           Thanks, uh --

2                DC CAMPBELL:  What we'll do

3           is we'll get the officer to

4           actually show you each tape

5           individually.

6                AL-BAYOUMI:  I don't know

7           this one.

8                DC CAMPBELL:  Right.  I've

9           got a horrible feeling it'll be

10          the last, but --

11               AL-BAYOUMI:  Probably tape

12          on it, you know, just cut, like

13          this -- not this one, no.

14               DC DEAN:  Can we just check,

15          just in case?

16               AL-BAYOUMI:  Yeah, okay.

17               DC DEAN:  No?

18               AL-BAYOUMI:  No, not this

19          one.

20               Say it again?  What were you

21          saying?

22               DC CAMPBELL:  It's a phrase

23          in English, but it will always be

24          the last one.

Page 335

```
 1              DC DEAN:  We'll get to the
 2         bottom and it will be the last one
 3         in there, I can believe that.
 4              AL-BAYOUMI:  Not this one.
 5         Not this one.  No.  No.  No, not
 6         this one.  No, no.  Not this one.
 7         Not this one.  No.  No.
 8              DC DEAN:  No.
 9              AL-BAYOUMI:  No.  Sorry
10         about that.
11              DC DEAN:  No, no, no.
12              AL-BAYOUMI:  No, not this
13         one.  Not this one.  Not this one
14         either.  No, not this one.  Not
15         this one.  No, not this one.  Not
16         this one.  No.  No.  No.  No, not
17         this one.  Not this one.  Not this
18         one.  Can I see this?  No, not
19         this one.  Not this one.  Not this
20         one.  No, not this one.  Not this
21         one.  Not this one.  No.  No.  No,
22         not this one.  Not this one.  No.
23              DC DEAN:  Right.  I'll just
24         pull it out, just in case, or try
```

Page 336

1          and get it out.

2                    AL-BAYOUMI:  No, it's

3          written in here.

4                    DC DEAN:  Okay.

5                    AL-BAYOUMI:  No.  Not this

6          one.  Not this one.  No.  No.  No.

7          No.

8                    DC DEAN:  That one is

9          sealed.

10                    AL-BAYOUMI:  Yeah, sealed.

11                    No.

12                    DC DEAN:  And the other one?

13                    AL-BAYOUMI:  No.

14                    DC CAMPBELL:  If you just

15          want to restack that, just the

16          exhibit might fall.

17                    AL-BAYOUMI:  Yeah, this one.

18                    SOLICITOR:  Push this lot.

19          Push this lot in, before it falls

20          off.

21                    AL-BAYOUMI:  I think this

22          one.

23                    DC CAMPBELL:  Okay.

24                    DC DEAN:  The split fields

1          for identify that one, please.

2                For the purpose of the tape,

3          Omar has just indicated -- we've

4          got a number of videos on the

5          table now.  He's identified a

6          video which is marked on a

7          white -- on a VHS video, 24 Hour

8          Fitness, New Members Information

9          Guide.  And on the side is some

10         brown masking tape with some words

11         written in Arabic.

12               Now, for the purpose of the

13         tape, do you agree that's the --

14               AL-BAYOUMI:  Yeah, this one.

15               DC DEAN:  Yeah.  And would

16         you mind, excuse my ignorance, I

17         don't know if I'm holding it the

18         wrong way up, explaining what that

19         says on there, please?  Have I got

20         it the right way up?

21               AL-BAYOUMI:  Uh, this is --

22         uh, to know -- this is, uh, for

23         example, a celebration -- a

24         celebration for know each other

Page 338

1          from each mosque, for example.

2          And also to say bye for the guy

3          who was leading prayer in Ramadan.

4               DC DEAN:  Is there any date

5          on that?

6               AL-BAYOUMI:  Yes, in -- in

7          Arabic.  The month of 11th, 1420.

8               DC DEAN:  The 14th of the

9          11th, 2000, then?  The 14th of

10         November, 2000; that's correct?

11              AL-BAYOUMI:  No, this is

12         another calendar.

13              SOLICITOR:  This is Arabic

14         calendar.

15              DC CAMPBELL:  Arabic

16         calendar.

17              AL-BAYOUMI:  Arabic

18         calendar.

19              DC CAMPBELL:  That's right.

20         What is it in the Arabic calendar,

21         please?

22              AL-BAYOUMI:  Ah, 11th, month

23         11th, 1420.

24              DC CAMPBELL:  So it's 11,

Page 339

```
 1          1420.
 2                 AL-BAYOUMI:  '20, yeah.
 3                 DC CAMPBELL:  And that's the
 4          date that --
 5                 AL-BAYOUMI:  Yeah.
 6                 DC CAMPBELL:  What does the
 7          tape actually say on it in Arabic,
 8          please?
 9                 AL-BAYOUMI:  Introduce --
10          introduce, and to say bye -- I
11          don't know what the word -- to say
12          bye for --
13                 DC CAMPBELL:  Right.  Okay.
14                 DC DEAN:  And did you write
15          that on there?
16                 AL-BAYOUMI:  Yeah.
17                 DC CAMPBELL:  Okay.  Now,
18          what we're going to do, just to
19          clarify matters, is the
20          write-protect button has been
21          removed --
22                 AL-BAYOUMI:  Yeah.
23                 DC CAMPBELL:  -- from that.
24          And what we would like to do,
```

Page 340

```
1          we've got a video recorder --
2          sorry, a video player here, and we
3          intend to place it into the
4          machine to confirm that this is
5          the tape that you're referring to.
6          Okay?
7                  AL-BAYOUMI:  Okay.
8                  DC CAMPBELL:  Happy with
9          doing that?
10                  AL-BAYOUMI:  Yeah.
11                  SOLICITOR:  Can I ask a
12          question?
13                  DC CAMPBELL:  By all means.
14                  SOLICITOR:  You've given it
15          to us in Arabic.
16                  AL-BAYOUMI:  Huh?
17                  SOLICITOR:  You've given us
18          the date in Arabic, correct?
19                  AL-BAYOUMI:  Yeah.
20                  SOLICITOR:  What would it be
21          in today's --
22                  AL-BAYOUMI:  I'm not sure.
23                  SOLICITOR:  Okay.
24                  AL-BAYOUMI:  But year,
```

Page 341

1          maybe -- I think 2000, I'm not

2          sure.

3                   SOLICITOR:  Okay, okay.

4                   AL-BAYOUMI:  Yeah.  There is

5          a table to convert it to Arabic.

6                   SOLICITOR:  Oh right.

7                   (Whereupon the video was

8          played.)

9                   DC CAMPBELL:  The tracking

10         needs to be adjusted on this.

11         However, it needs the remote

12         control, I'm sure, to do that.

13                   But is this the tape that

14         we're referring to?

15                   AL-BAYOUMI:  Yeah.

16                   DC CAMPBELL:  Right.  It

17         might be that my colleague could

18         find the remote control.

19                   Okay.  Just for the benefit

20         of the tape, DC Dean is going to

21         leave the interview briefly to see

22         if we can find the remote control.

23         Possibly in the custody office.

24         Yeah, they might have the same.

Page 342

1           I'll -- I'll just turn down
2           the sound here because we're not
3           particularly interested in what
4           other people are saying --
5                AL-BAYOUMI:  Yeah.
6                DC CAMPBELL:  -- at this
7           stage.  And if I just stop the
8           tape now until DC Dean comes back.
9                But could you, from the --
10          where you've seen this particular
11          video --
12               AL-BAYOUMI:  Yes.
13               DC CAMPBELL:  -- is that the
14          right video?
15               AL-BAYOUMI:  Yes, the right
16          one.
17               DC CAMPBELL:  And would you
18          be able to identify from that the
19          people -- whereabouts on the tape
20          we will see the people that we've
21          been talking about?
22               AL-BAYOUMI:  Yeah.  But, you
23          know, I wasn't the -- recording at
24          the time.

Page 343

1                    DC CAMPBELL:  Yes.

2                    AL-BAYOUMI:  Someone else

3           was recording.  And some people,

4           they said don't -- don't picture

5           us.  You know, some people for

6           religion purpose, they don't

7           picture themselves.

8                    DC CAMPBELL:  Okay.  Right.

9                    AL-BAYOUMI:  Yeah.

10                    DC CAMPBELL:  But did you --

11           have you reviewed this video

12           after?  Have you watched it?

13                    AL-BAYOUMI:  Actually, no.

14                    I'm not sure exactly, but I

15           think I didn't or I maybe --

16                    DC CAMPBELL:  Scanned it?

17                    AL-BAYOUMI:  -- yeah, did it

18           quickly, or something like that.

19                    DC CAMPBELL:  Do you have

20           any other videos that may identify

21           these people?

22                    AL-BAYOUMI:  I'm not sure.

23                    DC CAMPBELL:  There's an

24           awful lot of videos to go through,

Page 344

1          isn't there?

2                    AL-BAYOUMI:  I think this is

3          the -- the right one.

4                    DC CAMPBELL:  Uh-huh.

5                    DC DEAN:  DC Dean entering

6          the room.

7                    Unfortunately, I'm not able

8          to find the remote control.

9          However, they are looking.  But

10         they said the tracking button is

11         on here.

12                   AL-BAYOUMI:  Yeah, I think

13         this one also.  This one also.

14         The same one.

15                   DC CAMPBELL:  Which one?

16                   AL-BAYOUMI:  The last one

17         over there, yeah.

18                   DC CAMPBELL:  This one?

19                   AL-BAYOUMI:  The same one.

20                   DC DEAN:  So for the purpose

21         of the tape, Mr. Bayoumi just

22         identified another videotape,

23         which is in the cassette cover,

24         which is a TDK AQT 120.  And it's

1          a six-hour tape.

2               And would you mind, again,

3          reading the label, please, for the

4          purpose of the tape?

5               AL-BAYOUMI:  Introduce and

6          say bye.

7               DC DEAN:  Right.  Again, is

8          there a date on there?

9               AL-BAYOUMI:  Yeah, the same.

10          11th of 1420.

11               DC DEAN:  Did you get that,

12          for your note?  Can you just

13          repeat the label again, what's on

14          there?

15               AL-BAYOUMI:  Introduce

16          and -- no, first, this one is, uh,

17          Say bye and introduce, in 11th of

18          1420.

19               DC DEAN:  Okay.  We'll try

20          this one.

21               DC CAMPBELL:  For the

22          purposes of the tape, we'll eject

23          this tape and we'll try another

24          tape.

1                    Again, for the purposes of

2           the tape, what I'll do is I'll ask

3           my colleague to remove this from

4           the machine, and we'll identify

5           this tape as DSC-12.

6                    DC DEAN:  Is the -- where is

7           it?

8                    DC CAMPBELL:  All right.

9           Again, for the benefit of the

10          tape, what the officer is going to

11          do is remove the write-protection

12          label from this.

13                   Okay.

14                   (Whereupon the video was

15          played.)

16                   AL-BAYOUMI:  But I'm not

17          sure what part -- yeah.  Can you

18          go back a little bit?

19                   DC CAMPBELL:  Okay.  As we

20          see on the video, a number of

21          people.  And they are sitting with

22          their backs against the wall,

23          either sitting or kneeling on the

24          ground.  It appears that people

1          are in conversation.

2                  Would you agree with that,

3          Omar?

4                  AL-BAYOUMI:  Yeah.

5                  DC CAMPBELL:  And, again,

6          we're scanning now around the room

7          and --

8                  AL-BAYOUMI:  This is the

9          guy, this is Mr. Khalid.

10                 DC CAMPBELL:  Could you

11         point out on the screen which man

12         you're talking about?

13                 AL-BAYOUMI:  This is -- this

14         is the leader --

15                 DC CAMPBELL:  Yes.

16                 AL-BAYOUMI:  -- who came

17         from Norway.  This is the leader

18         of the Islamic center.  This is

19         the other leader of prayer for --

20         came from Norway to pray in

21         Al-Madinah Mosque, our mosque in

22         the --

23                 DC CAMPBELL:  Yes.

24                 AL-BAYOUMI:  Yeah.

Page 348

```
 1              DC CAMPBELL:  And the men
 2         that we were talking about?
 3              AL-BAYOUMI:  Uh, this is
 4         here, Dr. Tarabishi.
 5              DC CAMPBELL:  This gentleman
 6         here in the jumper?
 7              AL-BAYOUMI:  Yeah, over
 8         there.
 9              And if you can go just a
10         little bit back, I'll show you --
11              DC CAMPBELL:  Okay.
12              AL-BAYOUMI:  -- people.
13              DC CAMPBELL:  For the
14         benefit of the tape, we're just
15         going back slightly.
16              AL-BAYOUMI:  Actually, the
17         purpose of the video is to say
18         thanks for some people who
19         participate in -- during holy
20         month -- holy Ramadan, you know.
21         And appreciation for one who was
22         leading voluntarily, was volunteer
23         leader of the prayer.
24              DC CAMPBELL:  Whereabouts on
```

Page 349

1          the videotape do you want me to
2          stop, Omar?
3                  AL-BAYOUMI:  No, just go
4          back a little bit.  You can stop
5          it and go back.  Yeah, it's much
6          better.
7                  DC DEAN:  DC Campbell is
8          still continuing to rewind the
9          tape.
10                  AL-BAYOUMI:  This is not the
11          beginning.  Do you want from the
12          beginning?
13                  DC CAMPBELL:  What I want to
14          do is, as soon as possible,
15          identify the people.  And once
16          we've identified the people, we'll
17          stop the tape immediately.
18                  AL-BAYOUMI:  Okay.
19                  DC CAMPBELL:  So that is,
20          this gentleman here --
21                  AL-BAYOUMI:  Doctor --
22          Dr. Tarabishi.  He's a dentist.
23                  DC CAMPBELL:  Tarabishi,
24          yes?

Page 350

1           AL-BAYOUMI:  And he's also

2       in Islamic Center of San Diego.

3           DC CAMPBELL:  Okay.

4           AL-BAYOUMI:  And this is

5       the -- was the leader of prayer.

6       But he left to --

7           DC CAMPBELL:  And who is the

8       man with the glasses in the

9       blue Polo -- in the blue Polo

10      shirt, talking?

11          AL-BAYOUMI:  I'm not sure.

12          DC CAMPBELL:  Okay.

13          AL-BAYOUMI:  I don't know

14      this guy.

15          But this is here, Khalid,

16      which I told you about.

17          DC CAMPBELL:  Khalid is

18      wearing a baseball bat --

19          AL-BAYOUMI:  Yeah.

20          DC CAMPBELL:  -- baseball

21      cap --

22          AL-BAYOUMI:  Yeah.

23          DC CAMPBELL:  -- with

24      three stripes?

Page 351

1          AL-BAYOUMI:  No, this Khalid

2     Al-Yafai, who was leading the

3     prayer.

4          DC CAMPBELL:  This chap

5     here?

6          AL-BAYOUMI:  Yeah.

7          DC CAMPBELL:  Okay.

8          AL-BAYOUMI:  Who is in Saudi

9     Arabia now.

10          DC DEAN:  He was the one who

11     lived in --

12          AL-BAYOUMI:  No. He lived

13     with the family.

14          DC DEAN:  He was the

15     student?

16          AL-BAYOUMI:  Yeah, student

17     and was living with the family.

18          DC DEAN:  Okay.

19          AL-BAYOUMI:  But he was

20     leading -- leader of the prayer in

21     the --

22          DC CAMPBELL:  Yes.

23          AL-BAYOUMI:  -- in the

24     masjid in Ramadan.

Page 352

```
1              DC CAMPBELL:  Yes.

2              Where were the men sitting

3        in the room?

4              AL-BAYOUMI:  Huh?

5              DC CAMPBELL:  Do you

6        remember where the men were

7        sitting?

8              AL-BAYOUMI:  What men?

9              DC DEAN:  The two men.

10             DC CAMPBELL:  The two men

11       that we want to identify.

12             AL-BAYOUMI:  I'm not sure.

13       Because they, you know, people

14       moved, you know.

15             DC CAMPBELL:  Yes.

16             AL-BAYOUMI:  For example, if

17       someone came who is older, they

18       give him a chance to sit down and

19       they leave to the other room or

20       to -- but, here, there is no --

21       there is just this area.  And

22       another room over there.

23             DC CAMPBELL:  And this is

24       the flat we were talking about?
```

Page 353

1            AL-BAYOUMI:  Yeah.

2            DC CAMPBELL:  That you said

3      was sparsely furnished?

4            AL-BAYOUMI:  Just carpet.

5            DC CAMPBELL:  Just carpet,

6      yes?

7            AL-BAYOUMI:  Yeah, just

8      carpet, refrigerator and stove.

9            DC DEAN:  So the two men you

10     identified as Nawaf and Khalid,

11     this is their apartment?

12            AL-BAYOUMI:  Yeah.

13            DC DEAN:  Yeah.  Which is in

14     the same complex as where you

15     lived?

16            AL-BAYOUMI:  Yeah.  As I

17     mentioned before, because we have

18     separation between men and

19     women --

20            DC DEAN:  Yes.

21            AL-BAYOUMI:  -- their

22     apartment was empty.  And I told

23     them that I invited people to --

24     because I don't have a place to

Page 354

1          put them.  They said no in the

2          beginning and then they said okay.

3          And they got upset when I invite

4          them.

5                  DC DEAN:  Right.  Would it

6          be of any assistance if Omar

7          operates the controls,

8          fast-forwarding, maybe, and stops

9          the video when he sees somebody?

10                 Do you know how to operate

11         it?

12                 AL-BAYOUMI:  Huh?

13                 DC DEAN:  If you --

14                 SOLICITOR:  Tell me when to

15         stop.

16                 DC DEAN:  As soon as you see

17         one of them.

18                 AL-BAYOUMI: Okay.

19                 DC CAMPBELL:  What about

20         these two men here?  That was the

21         man who led the prayers?

22                 AL-BAYOUMI:  Yeah.

23                 SOLICITOR:  It's a trick

24         show, apparently.

Page 355

```
1              AL-BAYOUMI:  No.  This is my

2         son, Emad.

3              SOLICITOR:  Okay.

4              DC DEAN:  Who's taking the

5         -- who's using the camera?

6              AL-BAYOUMI:  Osama, the

7         American.

8              This is Khalid.

9              SOLICITOR:  The student.

10             DC CAMPBELL:  Khalid, the

11        student, yes?

12             AL-BAYOUMI:  The student who

13        was leading the prayer.  As I

14        mentioned, he's in Saudi Arabia.

15             DC CAMPBELL:  Uh-huh.

16             Okay.  We're panning into

17        the main room.  And it looks as if

18        people are going to have a meal.

19             AL-BAYOUMI:  Yeah.

20             SOLICITOR:  Did the women

21        cook all that?

22             AL-BAYOUMI:  Uh, no.

23             SOLICITOR:  Men cook it?

24             AL-BAYOUMI:  It's the --
```

1           place.

2                   SOLICITOR:  Okay.

3                   DC DEAN:  What food is that?

4                   AL-BAYOUMI:  It's lamb.

5                   DC DEAN:  Right?

6                   AL-BAYOUMI:  The whole lamb.

7                   SOLICITOR:  They've got

8           enough of it, golly.

9                   AL-BAYOUMI:  This is the,

10          what we call it, plaque, I gave it

11          to Khalid for his participation.

12                  DC CAMPBELL:  So just for

13          the benefit of the tape, there was

14          a plaque being shown on the

15          television.

16                  AL-BAYOUMI:  I mean Khalid

17          Al-Yafai who was leading the

18          prayer.

19                  DC DEAN:  Can you recall

20          now, looking at it, where the two

21          people we're talking about are

22          sitting?

23                  AL-BAYOUMI:  I'm not sure.

24          But I didn't see, because I wasn't

Page 357

1          with him when he pictured me.

2                    DC DEAN:  Right.

3                    AL-BAYOUMI:  And I was busy

4          with the, you know, people.

5          Invitation --

6                    DC DEAN:  Have we seen you

7          on there yet?

8                    AL-BAYOUMI:  Yeah, that's

9          me.

10                   DC DEAN:  Oh, right.

11                   AL-BAYOUMI:  Yeah.

12                   DC CAMPBELL:  Just for the

13         benefit of the tape, all we're

14         seeing is three men at the food,

15         and it appears to be that that may

16         be the end of that tape.

17                   AL-BAYOUMI:  End?  End of

18         the tape?

19                   DC DEAN:  You sound

20         surprised, Omar.

21                   AL-BAYOUMI:  Huh?

22                   DC DEAN:  You sound

23         surprised.  You don't think that's

24         the end of the tape?

1           AL-BAYOUMI:  No.  I'm not
2      sure, but I think it's -- you said
3      six hours, right?
4           DC DEAN:  Right, yeah.
5           AL-BAYOUMI:  Yeah.
6           DC DEAN:  So it would be
7      playing for the whole length, you
8      think?
9           AL-BAYOUMI:  I don't think
10     so.  I think it's -- maybe the
11     tape stopped at the time or maybe
12     the camera doesn't, for example,
13     has battery or something like
14     that.  Maybe.
15          DC DEAN:  Have you watched
16     these videos before?
17          AL-BAYOUMI:  Well, just kind
18     of -- just a little bit.  Because,
19     actually, I don't have time, you
20     know --
21          DC DEAN:  No?
22          AL-BAYOUMI:  -- to look
23     close to the videotapes here, I
24     don't look at them.  I don't have

Page 359

1          time to.

2                  DC DEAN:  From memory --

3                  AL-BAYOUMI:  Yeah.

4                  DC DEAN:  -- the two men

5          that we are talking about --

6                  AL-BAYOUMI:  Yeah.

7                  DC DEAN:  -- can you recall

8          if they were on the videos?

9                  AL-BAYOUMI:  I'm not sure,

10         no.

11                 DC DEAN:  That's fair

12         enough.

13                 AL-BAYOUMI:  Actually, first

14         of all, because I don't take -- I

15         didn't picture them.

16                 DC DEAN:  You didn't, no.

17                 AL-BAYOUMI:  Yeah.  Because

18         a lot of people, I don't know

19         where they were sitting.

20                 DC DEAN:  Right.

21                 AL-BAYOUMI:  This is the

22         beginning of the tape?

23                 DC DEAN:  Yes.  It might pan

24         around.

Page 360

1          DC CAMPBELL:  We're panning
2     from right to left around the
3     room.
4          AL-BAYOUMI:  This is here,
5     Hashim Al-Attas, who they moved to
6     his apartment.
7          DC DEAN:  Okay.
8          SOLICITOR:  Oh, okay.
9          AL-BAYOUMI:  This guy.
10         DC CAMPBELL:  Which man?
11         AL-BAYOUMI:  The one --
12         SOLICITOR:  In the white
13    hat?
14         AL-BAYOUMI:  I'm not sure.
15    Let me see it again.
16         This guy here.
17         DC DEAN:  Right.  Can you
18    just point to him again, please?
19         Oh, right.  I couldn't tell
20    which one you pointed at, sorry.
21         DC CAMPBELL:  So it's at the
22    beginning of the tape.  The camera
23    is pointing round.
24         AL-BAYOUMI:  Yeah.

Page 361

```
 1                    DC CAMPBELL:  And is it this
 2          man here with the baseball cap on?
 3                    AL-BAYOUMI:  Yes.
 4                    DC CAMPBELL:  And that is
 5          who?
 6                    AL-BAYOUMI:  Yeah.  This guy
 7          who has the apartment in El Cajon
 8          Street.
 9                    DC DEAN:  El Cajon Street.
10                    DC CAMPBELL:  El Cajon
11          Street.
12                    AL-BAYOUMI:  Yeah, and he
13          moved to Saudi Arabia.  And they
14          took his --
15                    DC DEAN:  Apartment.
16                    AL-BAYOUMI:  -- apartment.
17                    DC CAMPBELL:  So this man
18          isn't here at the moment.  These
19          men aren't here at the moment?
20                    AL-BAYOUMI:  No.
21                    DC CAMPBELL:  You look very
22          happy there.
23                    Was it a good day?
24                    AL-BAYOUMI:  Not good day,
```

Page 362

1            but, because, you know what, I

2            brought -- those people from other

3            mosque and those from other mosque

4            and try to make the relationship

5            good with them.

6                    DC DEAN:  Okay.  So what two

7            mosques were these?

8                    AL-BAYOUMI:  In San Diego.

9                    SOLICITOR:  The names of

10           them.

11                   DC DEAN:  Yeah, the names of

12           the two mosques.

13                   AL-BAYOUMI:  One is

14           Al-Madinah Al-Munawarah.

15                   DC DEAN:  Right.

16                   AL-BAYOUMI:  Which in the --

17           this -- this guy was the leader of

18           prayer over there.

19                   And this one in the -- what

20           do you call it, board of trustees.

21           Yeah.

22                   And this here from Islamic

23           Center of San Diego.  And this

24           doctor from Islamic Center of San

Page 363

```
1          Diego also.
2                   He just visit us from
3          Norway.
4                   DC CAMPBELL:  This man here?
5                   AL-BAYOUMI:  Yeah.  And --
6                   DC CAMPBELL:  The man in the
7          black robe --
8                   AL-BAYOUMI:  Yeah.
9                   DC CAMPBELL:  -- with what
10         looks like a red-colored --
11                  AL-BAYOUMI:  Yeah.  He
12         visited us and he spent, maybe,
13         three months.  I'm not sure
14         exactly.  And we gave him salary
15         for about 2,000 a month to -- for
16         his participation.
17                  DC DEAN:  Uh-huh.
18                  AL-BAYOUMI: Yeah.  This is
19         from the owner of the mosque, send
20         me money -- the money and I write
21         a check for him.
22                  DC CAMPBELL:  What was this
23         man's name?
24                  AL-BAYOUMI:  Sheikh, uh --
```

Page 364

```
 1        Sheikh.

 2             DC CAMPBELL:  Sheikh Abu --

 3             AL-BAYOUMI:  Musleh.

 4             DC CAMPBELL:  Could you

 5        spell that, please?

 6             DC DEAN:  Have you -- I

 7        don't suppose you've marked which

 8        one he is?

 9             AL-BAYOUMI:  You know

10        Sheikh?

11             DC CAMPBELL:  Yes.

12             AL-BAYOUMI:  Okay.  Abu,

13        A-B-U.

14             DC CAMPBELL:  Yep.

15             AL-BAYOUMI:  M-U-S-L-E-H.

16             DC CAMPBELL:  From Norway?

17             AL-BAYOUMI:  Yeah, he's from

18        Norway.

19             DC CAMPBELL:  Do you know

20        which part, from whereabouts?

21             AL-BAYOUMI:  Norway, I

22        think --

23             DC CAMPBELL:  Just for the

24        benefit, you know, once you answer
```

Page 365

```
1          the questions, if you wouldn't
2          mind just looking at the video.
3               Do you know whereabouts in
4          Norway?
5               AL-BAYOUMI:  He lead the
6          prayer also in mosque over there
7          called Bilal mosque.
8               DC CAMPBELL:  Could you
9          spell that, please?
10              AL-BAYOUMI:  B-I, I think.
11              DC CAMPBELL:  Yeah.
12              AL-BAYOUMI:  L-A-L.
13              And this here was the leader
14         of the Islamic Center of San Diego
15         or -- yeah, and he left to Egypt
16         now.  He's had a stroke and he
17         went to Egypt.
18              DC CAMPBELL:  All right.
19         And, again, we cannot see a
20         picture of any of these men.  Just
21         for the benefit of the tape, we're
22         looking through the tape, it seems
23         to concentrate on the same people.
24              AL-BAYOUMI:  He's telling a
```

Page 366

```
 1          story.
 2                  DC DEAN:  Is there --
 3                  AL-BAYOUMI:  Maybe they --
 4          sorry.
 5                  DC DEAN:  Sorry.  Is there
 6          going to be a shot, do you go and
 7          greet the head person at all when
 8          you're leaving?
 9                  AL-BAYOUMI:  Say it again.
10                  DC DEAN:  Is there any point
11          in the video or in the ceremony or
12          the party or gathering where
13          everybody in the room would go up
14          to the head person and shake his
15          hand or something like that?
16                  AL-BAYOUMI:  If he saw him
17          before, no.  If just he arrived
18          and there is -- there are many
19          people, say, salaam -- salaam
20          alaikum, or hi.
21                  DC DEAN:  I'm just -- what
22          I'm trying to say, is there a
23          point when the video might be on
24          everybody coming into the room or
```

1          going out of the room?  Can you

2          recall if that --

3                  AL-BAYOUMI:  I think -- I

4          think they told Osama to not, you

5          know -- some people, they said to

6          not picture us.  Therefore, they

7          sit on the other side, to the

8          other side, you know.  Because of

9          that he just concentrated on this

10          side.

11                  DC DEAN:  We may have them

12          walking through the room at some

13          point?

14                  AL-BAYOUMI:  I'm not sure.

15          We'll see.

16                  DC DEAN:  Uh-huh.

17                  SOLICITOR:  Yep.

18                  DC DEAN:  This is obviously

19          bringing back memories.

20                  AL-BAYOUMI:  Yeah.

21                  DC CAMPBELL:  Who is that

22          man?

23                  AL-BAYOUMI:  This guy also

24          from Islamic Center of San Diego.

Page 368

1           DC CAMPBELL:  I guess he
2       wasn't that big there.
3               AL-BAYOUMI:  His name is Abu
4       Maen.
5               DC CAMPBELL:  Okay.  Just
6       for the benefit of the tape, the
7       tapes are now coming to an end.
8       So what I will do is, I'll stop
9       the television and I shall now put
10      in two new tapes.  In the
11      meantime, we will not have the
12      video playing.
13              Do you understand?
14              AL-BAYOUMI:  Yeah.
15              SOLICITOR:  The time?
16              DC CAMPBELL:  The time by my
17      watch is 4:30.  And I shall now
18      conclude the first part of this
19      interview.
20              (Whereupon, the tape
21      concluded.)
22
23
24

Page 369

1                       -   -   -

2                     MPS 381

3                       -   -   -

4

5    PERSON INTERVIEWED:  Omar Al-Bayoumi

6

7    PLACE OF INTERVIEW:  Paddington Police

8    Station

9

10   DATE OF INTERVIEW:  24/09/2001

11

12   DURATION OF INTERVIEW:  34 minutes

13

14   TIME OF INTERVIEW:  1631-1705

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24

Page 370

```
 1                      -  -  -

 2              DC CAMPBELL:  This is the

 3         continuation interview of Mr. Omar

 4         -- Omar Al-Bayoumi.  I am DC David

 5         Campbell.  The other police

 6         officer present is --

 7              DC DEAN:  DC Ian Dean.

 8              DC CAMPBELL:  And the same

 9         other persons are present.

10              Can I just remind you that

11         you're still under caution.  That

12         means that you do not have to say

13         anything, but it may harm your

14         defense if you do not mention,

15         when questioned, something which

16         you later rely on in court.

17         Anything you do say may be given

18         in evidence.

19              Do you understand the

20         caution?

21              AL-BAYOUMI:  Yes.

22              DC CAMPBELL:  Can you

23         confirm that we did not ask you

24         any questions whilst the tapes
```

Page 371

1          were out of the machine?

2                    AL-BAYOUMI:  Yes.

3                    DC CAMPBELL:  And also that

4          the video machine was not playing

5          whilst the tapes were off?

6                    AL-BAYOUMI:  Okay.

7                    DC DEAN:  Right.  And the

8          time is now, on DC Campbell's

9          watch, 4:31.  And what we're going

10         to do is continue what we was

11         doing before, Omar, and viewing

12         the video.

13                   AL-BAYOUMI:  Okay.

14                   DC DEAN:  Okay?

15                   AL-BAYOUMI:  Okay.

16                   DC DEAN:  And so if you can

17         keep your eyes on the video there.

18                   For the purpose of the tape,

19         er, myself, DC Dean, is now about

20         to leave the room to try and find

21         the remote control for the

22         tracking.

23                   Omar, if you see the people

24         we're on about then let DC

Page 372

1          Campbell know whilst he completes

2          that.

3                    DC CAMPBELL:  This is the

4          plaque that we were referring to

5          earlier?

6                    AL-BAYOUMI:  Yeah.

7                    DC CAMPBELL:  You've just

8          handed the plaque to --

9                    SOLICITOR:  Khalid.

10                   DC CAMPBELL:  Khalid.

11                   AL-BAYOUMI:  Khalid

12         Al-Yafai.

13                   DC CAMPBELL:  Yes.  And we

14         can't yet see these two men that

15         you've referred to.

16                   Who is this young man in

17         here?

18                   AL-BAYOUMI:  This guy is

19         from the Islamic Center --

20                   DC CAMPBELL:  Okay.

21                   AL-BAYOUMI:  -- of San

22         Diego.  His name is Abu Maen.  And

23         this gift also for the other

24         Imam --

Page 373

1           DC CAMPBELL:  Yes.

2           AL-BAYOUMI:  -- what do you

3       call it, leader of prayer, but he

4       didn't attend.  Did not come at

5       that time.  I -- I gave it -- I

6       gave it to this man because he

7       is --

8           This is --

9           DC CAMPBELL:  Osama.

10          AL-BAYOUMI:  -- Osama, for

11      Osama, yeah. Brother Osama.  He's

12      an American.

13          DC CAMPBELL:  Yes.

14          AL-BAYOUMI:  And he, you

15      know, treat my kids well.

16          DC CAMPBELL:  And he's the

17      man that you went to Los Angeles

18      with?

19          AL-BAYOUMI:  Yeah, exactly,

20      yeah.

21          DC CAMPBELL:  Will we see

22      him?

23          AL-BAYOUMI:  Huh?

24          DC CAMPBELL:  Or is he

Page 374

1          taking the video?

2                  AL-BAYOUMI:  I'm not sure

3          exactly.  I think -- I think

4          someone will pick up the camera

5          now or -- because, you know what,

6          I -- I was with them at the time,

7          and I wouldn't know who, you know,

8          they're picturing --

9                  DC CAMPBELL:  Okay.

10                  AL-BAYOUMI:  They -- they

11          wouldn't know what their

12          discussion was.

13                  Those guys are also from the

14          mosque over there, from Al-Madinah

15          Mosque, yeah, our mosque.

16                  DC CAMPBELL:  Right.  Okay.

17                  Now, we're having a nice

18          view of the ceiling there.

19                  AL-BAYOUMI:  Ha, I know.

20                  He read a long, long poem.

21          He's -- he's saying poem.

22                  DC CAMPBELL:  All right.

23                  AL-BAYOUMI:  Yeah.  It's a

24          long, long one.

Page 375

1              SOLICITOR:  He's got very

2         expressive hands.

3              DC CAMPBELL:  Just for the

4         benefit of the tape, DC Dean has

5         just returned to the interview

6         room and --

7              DC DEAN:  I think it hasn't

8         been found.  However, the custody

9         staff are at this moment getting a

10        new video and TV and they're going

11        to knock on the door once they've

12        got it.  It will be in the next

13        few moments, which will apparently

14        be just a case of plugging in.

15             Do you have sound on these?

16             AL-BAYOUMI:  Yeah.

17             DC DEAN:  There is, yeah?

18             AL-BAYOUMI:  Should be.

19             SOLICITOR:  You turned it

20        down.

21             DC DEAN:  Oh, I see, right.

22             DC CAMPBELL:  You were right

23        when you said it was a very long

24        poem.

Page 376

```
 1                  AL-BAYOUMI:  Huh?

 2                  DC CAMPBELL:  You were

 3          right.

 4                  AL-BAYOUMI:  Yeah.

 5                  DC DEAN:  So from the

 6          description of the two men that

 7          you've given us, they're a lot

 8          younger than any of these

 9          gentlemen sitting here?

10                  AL-BAYOUMI:  Ah, as I said,

11          maybe 23, 22.

12                  DC DEAN:  But they are --

13          looking at the gentlemen, they are

14          significantly younger in looks,

15          the two men are?

16                  AL-BAYOUMI:  Yeah.

17                  DC DEAN:  Yeah.

18                  AL-BAYOUMI:  They are old

19          people, mostly.

20                  DC CAMPBELL:  I think this

21          is back to where we got to

22          originally.

23                  DC DEAN:  Yes.  Making me

24          hungry, that is.  Maybe not the
```

Page 377

```
 1          lamb.
 2                SOLICITOR:  Why, are you
 3          vegetarian?
 4                DC DEAN:  No.  No.
 5                SOLICITOR:  Just that it's
 6          ever so big?
 7                DC DEAN:  Yeah.  It's like a
 8          big turkey.
 9                AL-BAYOUMI:  You know, where
10          we don't come to manage this --
11          I'm sorry about that, because I
12          was really busy that night.
13                DC CAMPBELL:  So that was 30
14          minutes that that lasted.
15                AL-BAYOUMI:  Yeah, maybe the
16          battery is dropping again.
17                DC DEAN:  Can you tell
18          looking at it, the other video you
19          identified?
20                AL-BAYOUMI:  I'm wondering
21          if you can put the other -- the
22          other one, maybe the other one has
23          more than that.  I'm not sure, but
24          maybe.  Because --
```

Page 378

```
 1              DC DEAN:  But you agree --
 2              AL-BAYOUMI:  -- if it's the
 3         same, it means that, er --
 4              DC DEAN:  Would you agree
 5         this is the event, anyway?  We're
 6         on the right track, yeah?
 7              AL-BAYOUMI:  Yeah, this is
 8         the event, yeah.  This is the
 9         event, as I told, for to -- mainly
10         for Khalid Al-Yafai, this one to
11         say -- because he lead without,
12         for example, salary, without
13         anything.
14              DC DEAN:  Okay.
15              AL-BAYOUMI:  And I'm glad I
16         was able to show them that we
17         respect him, okay, and give him
18         this plaque.  And also, for the
19         other leader for prayer --
20              DC DEAN:  Right.
21              AL-BAYOUMI:  -- who was
22         absent at that time.
23              SOLICITOR:  When you lead
24         prayer, how old do you have to be?
```

Page 379

1                    AL-BAYOUMI:  How old?  A
2          leader like him might memorize
3          Qu'ran, memorizes the Holy Book.
4                    SOLICITOR:  He memorized it?
5                    AL-BAYOUMI:  This guy, yeah.
6          He memorized the Holy Book.
7                    Have you seen it?
8                    DC DEAN:  What have I seen?
9                    AL-BAYOUMI:  Have you seen
10         the Holy Book?
11                   DC DEAN:  No, I haven't.
12                   AL-BAYOUMI:  Okay.  It's
13         like bible.
14                   DC DEAN:  Oh, as thick as a
15         bible?
16                   AL-BAYOUMI:  Yeah.  But he
17         -- he memorized it from, what do
18         you call it, from --
19                   SOLICITOR:  Beginning to
20         end?
21                   AL-BAYOUMI: Yeah, beginning
22         to end.
23                   SOLICITOR:  Beginning to
24         end.

1                    DC CAMPBELL:  Just for the

2          benefit of the tape, we're winding

3          on this videotape after it

4          stopped, just to make sure that

5          there was nothing else on the

6          videotape, okay.

7                    SOLICITOR:  So when you get

8          together like that, do you sort of

9          mainly discuss religious things?

10                   AL-BAYOUMI:  At that time?

11                   SOLICITOR:  Yes.

12                   AL-BAYOUMI:  No, no.

13                   SOLICITOR:  No?

14                   AL-BAYOUMI:  No, just, for

15         example, one say a joke, the other

16         one say, you know, a story, a

17         short story, you know.

18                   SOLICITOR:  So it's just a

19         social occasion where you share?

20                   AL-BAYOUMI:  I already told

21         you this, for treating this guy to

22         say thank you to him for leading

23         the prayer.

24                   DC DEAN:  That's very nice.

Page 382

1              And none of you drink, I

2       notice.

3              AL-BAYOUMI:  No.  Drink

4       alcohol or something like that?

5              DC DEAN:  Yes.

6              AL-BAYOUMI:  No, no.

7              DC DEAN:  It's against the

8       religion?

9              AL-BAYOUMI:  Yeah, against

10      the religion.

11             DC CAMPBELL:  Okay.  We've

12      come to the end of that tape.  And

13      I'll ask DC Dean to remove the

14      tape, which I will exhibit as

15      DSC-12.

16             DC DEAN:  We'll try this one

17      again.

18             DC CAMPBELL:  Yes, please.

19             DC DEAN:  Have to really

20      shove it in.

21             SOLICITOR:  Sorry, I just

22      wanted to say that when you put

23      the brown tape one in --

24             DC CAMPBELL:  Yeah.

Page 383

1          SOLICITOR:  -- you called
2     that DSC-12.  That was the white
3     --
4          DC CAMPBELL:  Okay.  That
5     would be DSC-13, then.  Thank you
6     for the correction.
7          SOLICITOR:  Sorry for --
8          DC CAMPBELL:  No, it's quite
9     right that you should bring that
10    to my attention.
11         So just, again, to clarify
12    that the tape that we've just
13    removed is DSC -- now DSC-13.
14    That's my police exhibit.  We will
15    take that and we will seal that.
16         For the benefit of the tape,
17    we're now looking at DSC-12, which
18    is the tape that we've seen.  It
19    appears to be that we've got a
20    slightly clearer picture this
21    time.
22         Again, it seems to be the
23    same people present:  Yourself,
24    Omar; the man that was telling the

Page 384

1          poem; the doctor; and also the

2          leader from the Norway mosque --

3                  AL-BAYOUMI:  No.  He's from

4          Islamic Center of San Diego.

5                  DC CAMPBELL:  Sorry, Islamic

6          Center.

7                  SOLICITOR:  Norway mosque.

8          Is that him?

9                  DC CAMPBELL:  Is that the

10         one next to him. Yeah.

11                 AL-BAYOUMI:  They changed

12         their seats because, you know,

13         when the elder person come, they

14         move and make him sit down in

15         their --

16                 DC CAMPBELL:  So the

17         position you're sitting in, Omar,

18         how does that -- how does that sit

19         within the people present?  Are

20         you senior?  How senior are you?

21                 AL-BAYOUMI:  Say it again.

22                 DC CAMPBELL:  Senior.  How

23         high up -- this man is the leader

24         of the mosque?

```
                                              Page 385
 1              AL-BAYOUMI:  Yeah.
 2              DC CAMPBELL:  So he is
 3         sitting in the prominent position?
 4         Is he sitting in the best seat?
 5              AL-BAYOUMI:  Yeah, yeah, in
 6         the -- there's no seats.  It's
 7         only the carpet.  But they should
 8         sit in the middle.
 9              DC CAMPBELL:  Right.
10              AL-BAYOUMI:  Yeah.
11              DC CAMPBELL:  And the closer
12         to him, the more important you
13         are; is that correct?
14              AL-BAYOUMI:  No.
15              DC CAMPBELL:  Oh, all right.
16         Sorry, I thought --
17              AL-BAYOUMI:  It depends what
18         everybody said.  But if someone,
19         for example, come and he older
20         than me, I give him my seat.  And
21         even if there is no chair, for
22         example, or something like that, I
23         give him my seat.  Or in, for
24         example, bus or something like
```

MPS 381

```
                                                    Page 386
  1          that, if --
  2                SOLICITOR:  Something
  3          underneath there.
  4                DC CAMPBELL:  It appears
  5          that you've -- have you recorded
  6          over this video?
  7                AL-BAYOUMI:  I'm not sure.
  8          Maybe.
  9                DC DEAN:  Is this at the
 10          beginning?
 11                AL-BAYOUMI:  At the
 12          beginning when I --
 13                DC DEAN:  Get everybody
 14          together.
 15                AL-BAYOUMI:  -- tried to
 16          explain it.  Yeah, it's still at
 17          the beginning, yeah.
 18                DC DEAN:  So you say some
 19          people --
 20                AL-BAYOUMI:  I'm sorry that,
 21          you know, sometimes I have to
 22          crack my finger, suddenly, I don't
 23          know.  It's a habit.
 24                DC DEAN:  You say some
```

```
                                          Page 387
 1         people didn't want to be videoed?
 2              AL-BAYOUMI:  Yeah.  For
 3         religion purpose.
 4              DC DEAN:  Right.  And what's
 5         that reason?
 6              AL-BAYOUMI:  They don't
 7         want.  They said, we don't want to
 8         be pictured.  For religion
 9         purpose, you know.
10              DC DEAN:  Right.  Nothing
11         more than that?
12              AL-BAYOUMI:  Because most of
13         those, they are the leaders, you
14         know, of the prayer, and they take
15         pictures.  Some people take --
16         because there is two opinion about
17         the taking pictures or not, in
18         Islam.  Some scholars said no,
19         some scholars said yes.  And they
20         support the taking picture, it
21         doesn't hurt.
22              DC DEAN:  Okay.
23              AL-BAYOUMI:  But some people
24         said no, it's forbidden to take
```

Page 388

1          pictures.

2                  Oh -- this video for

3          fitness.

4                  DC DEAN:  Yes.  It is, yes.

5                  AL-BAYOUMI:  Yes, and I

6          recorded on it.

7                  DC DEAN:  Taped over it.

8                  You can note this -- it's

9          21.

10                 AL-BAYOUMI:  Because

11         sometimes -- sometimes someone,

12         yeah, without the recorder on,

13         without, you know --

14                 DC CAMPBELL:  Just for the

15         benefit of the tape, there's a

16         knock at the door.  I don't

17         think --

18                 DC DEAN:  We should be all

19         right, though, shouldn't we?

20                 DC CAMPBELL:  Yeah.

21                 DC DEAN:  For the purpose of

22         the tape, DC Dean is just going to

23         leave the interview room

24         momentarily.

MPS 381

Page 389

```
 1              DC CAMPBELL:  Again, we
 2      can't see the men on the tape.
 3              DC DEAN:  DC Dean returning
 4      into the room.
 5              That was the custody staff
 6      bringing an extra video if we need
 7      one.
 8              AL-BAYOUMI:  He's telling a
 9      story.
10              DC DEAN:  On this particular
11      evening, did you and your son get
12      there first?
13              AL-BAYOUMI:  Say it again.
14              DC DEAN:  Did you and your
15      son arrive at the apartment before
16      everybody else?
17              AL-BAYOUMI:  Umm.  Yeah, I
18      think we pray and to -- come
19      together.
20              DC DEAN:  Right.  Who
21      prepared the food?
22              AL-BAYOUMI:  The store.  You
23      know, a place to order and to
24      prepare the food.
```

Page 390

1              DC DEAN:  And did you take
2        the food to this place?
3              AL-BAYOUMI:  No, he brought
4        it.  He brought the food.
5              DC DEAN:  He -- as in?
6              AL-BAYOUMI:  He brought it
7        himself, the owner of the shop.
8              DC DEAN:  Oh, right.
9              AL-BAYOUMI:  Yeah.
10             SOLICITOR:  So it was
11       delivered?
12             AL-BAYOUMI:  Yeah.  He -- he
13       himself, yeah.
14             DC DEAN:  Oh, right.  So do
15       you -- can you recall if your son
16       took a video -- I presume it's
17       your son who was doing the video?
18             AL-BAYOUMI:  My son is over
19       there.
20             DC DEAN:  Who is taking the
21       video, then?
22             AL-BAYOUMI:  Osama.  I told
23       you, Osama, the American guy.
24             DC DEAN:  Right.

Page 391

1           AL-BAYOUMI:  Yeah.

2           DC DEAN:  So did Osama take

3    a picture, can you recall, of when

4    everyone was walking in?

5           AL-BAYOUMI:  I'm not sure.

6           DC DEAN:  Right.

7           AL-BAYOUMI:  No, I'm not

8    sure.  But this is as is.  There's

9    no, you know --

10          DC DEAN:  There's no more?

11          AL-BAYOUMI:  No.  I think

12   it's -- this is what the --

13   what the -- the purpose is for

14   videoing this to give just a

15   plaque to Khalid.

16          DC DEAN:  Okay.  Yeah.

17          AL-BAYOUMI:  This is the

18   purpose, yeah.  This is -- was the

19   purpose of the recording this.

20          DC DEAN:  Okay.  The reason

21   we've brought these tapes in is

22   obviously to try and see if the

23   two men are on there who we've

24   been talking about.

Page 392

1            AL-BAYOUMI:  Yeah, I thought
2       that there is -- there were --
3       them around.
4            DC DEAN:  Now, I don't know
5       if you've had time, I know you've
6       been looking at all these videos
7       here, can you recall if there's
8       another event --
9            AL-BAYOUMI:  No, no.
10           DC DEAN:  -- where they may
11      be on a video?
12           AL-BAYOUMI:  No, no.
13           DC DEAN:  No?
14           AL-BAYOUMI:  No.  This is
15      the -- the one, you know.
16           DC CAMPBELL:  Just for the
17      benefit of the tape, it's clear
18      that when we're fast-forwarding
19      through this tape, that it's
20      clearly over-writing or been
21      over-written on a fitness video.
22           Would you agree with that?
23           AL-BAYOUMI:  Yeah.
24           DC CAMPBELL:  But on the top

MPS 381

Page 393

1        half of the screen, we can clearly

2        see yourself there in the kitchen

3        and you're wearing a -- a white or

4        cream-colored top; is that

5        correct?

6             AL-BAYOUMI:  Yeah.

7             DC DEAN:  Could you remember

8        how many people were at this

9        event?

10            AL-BAYOUMI:  How many people

11       here?

12            DC DEAN:  Yes.

13            AL-BAYOUMI:  Maybe nine,

14       ten.  And the other part nine, ten

15       maybe.

16            DC DEAN:  Oh, right.  So in

17       total about twenty people?

18            AL-BAYOUMI:  Yeah, maybe.

19       And also there is room inside.

20       You know, because it's one bedroom

21       and there, some people, you know,

22       go inside because --

23            DC CAMPBELL:  We've already

24       seen these people, haven't we?

Page 394

1                AL-BAYOUMI:  Yeah.

2                SOLICITOR:  Oh, who's the

3        big man?

4                AL-BAYOUMI:  Which one?

5                SOLICITOR:  In the white

6        shirt and tie.  Sorry, he was new.

7                DC DEAN:  Quite possibly up

8        in the corner as well.

9                DC CAMPBELL:  This man here?

10               SOLICITOR:  No, him.

11               AL-BAYOUMI:  This one?

12               DC DEAN:  How about the man

13       next to the one with the white

14       shirt on as well?

15               AL-BAYOUMI:  He's the --

16       this guy, he's on the board of

17       trustees with the mosque.

18               DC CAMPBELL:  And the man

19       beside him, the younger man?

20               AL-BAYOUMI:  This one,

21       umm -- he's working for a company

22       of --

23               DC CAMPBELL:  Okay.  As the

24       tape may be picking up, it's the

Page 395

1          tape rewinding, so it's the end of
2          this tape.
3                  May I just ask what -- what
4          is contained on the other tapes
5          here?
6                  AL-BAYOUMI:  What?
7                  DC CAMPBELL:  What, if you
8          were to be asked, what is, in
9          general, these tapes?
10                 AL-BAYOUMI:  Each tape has
11         a, for example -- if you show me,
12         I'll show you.
13                 DC CAMPBELL:  He's picking a
14         tape at random.
15                 AL-BAYOUMI:  This is a
16         prayer in 1995, an expression of
17         Islam, Quran of the --
18                 DC DEAN:  So are these
19         videos that you've produced
20         yourself, most of them?
21                 AL-BAYOUMI:  Yeah.
22                 DC DEAN:  Okay.  Is there
23         any of them, do you know, from
24         recollection, any down at -- have

Page 396

1          you ever taken a camera down to

2          the mosque?

3                    AL-BAYOUMI:  To the mosque,

4          yeah.

5                    DC DEAN:  So is there any

6          possibility these two men could be

7          on any footage at the mosque, not

8          that you've wanted to take, but

9          they've actually been on it?

10                   AL-BAYOUMI:  Umm, you know

11         what, lately I didn't take the

12         camcorder with me.  For example,

13         if you look at this one here,

14         1995, okay.  And I think from '99

15         or '98, I didn't take the camera

16         with me.  Because I don't have

17         that much time to take it with me.

18         And also, I just sometimes record,

19         and I didn't play it.

20                   DC DEAN:  Okay.

21                   AL-BAYOUMI:  Yeah, I just --

22                   DC DEAN:  Well, we've been

23         through those videos there.  What

24         we intend to do is just go through

Page 397

```
 1          the rest of this bag here just to
 2          make sure there isn't any more.
 3               AL-BAYOUMI:  Okay.  Sure.
 4               DC DEAN:  Okay?
 5               AL-BAYOUMI:  Sure.
 6               DC CAMPBELL:  Can we deal
 7          with these two, first of all,
 8          please?  If we just eject this
 9          tape -- thank you -- and we then
10          put it back in the respective box.
11               AL-BAYOUMI:  But if the end
12          of both of them the same, they end
13          the same, it means there's no --
14          because in the beginning, we see
15          in the beginning right?
16               If the end of these tapes
17          the same, there is no possibility
18          to get, for example, more
19          pictures.  I'm not sure, but if
20          two tapes come in the same end, it
21          means -- this would be it, right?
22          That's what they have?
23               SOLICITOR:  It's that one,
24          not this one --
```

Page 398

```
 1              AL-BAYOUMI:  We can check
 2         more tapes, if you want.
 3              DC DEAN:  Keep them there a
 4         second, please.  If you don't
 5         touch those, please.
 6              AL-BAYOUMI:  No.  Can -- can
 7         you -- turn this?  No, no, sorry.
 8              Can you turn this one?
 9         Okay.
10              DC CAMPBELL:  Mr. Bayoumi,
11         what we -- what we intend to do
12         now, unless there's any questions
13         that you would like to ask us, or
14         if your solicitor would like to
15         ask us at this stage, once we've
16         checked these videos, we've got
17         some questions to formulate so
18         that we can ask you in another
19         interview.
20              As I said at the start of
21         this interview, it was purely to
22         identify these individuals on this
23         tape.  So what we will do is we
24         will finish this interview and
```

Page 399

1          that, then, allows you to pray.

2          And then we will interview you

3          again today, yes?  And we will

4          certainly be interviewing you

5          again tomorrow.

6                The purposes of those

7          interviews will be to go into more

8          depth about what we've already

9          discussed.

10               AL-BAYOUMI:  Okay.

11               DC CAMPBELL:  And there may

12         be other matters which are arising

13         which -- the other matters which

14         are arising.  And if that is the

15         case, then we will disclose that

16         to your solicitor so that she can

17         properly advise you before we

18         interview you.  I don't think it's

19         appropriate for us to start asking

20         you further questions now without

21         you having had the proper legal

22         advice.

23               Do you understand that?

24               AL-BAYOUMI:  Yeah.

Page 400

1                    DC CAMPBELL:  Okay.  So as
2              long as you're clear that even
3              though we didn't get what we were
4              seeking on the video, that it was
5              a waste of time, at least we are
6              now clear that the people that we
7              were seeking to identify are not
8              on these videotapes.
9                    AL-BAYOUMI:  Yeah.
10                   DC CAMPBELL:  Okay.  So it's
11             now 5:00 p.m.  I shall now
12             conclude the interview unless
13             there's anything else that you
14             would like to say at this stage or
15             any representations that your
16             solicitor would like to make?
17                   SOLICITOR:  No, I've no
18             representations.
19                   DC CAMPBELL:  Ian?
20                   DC DEAN:  Just one thing.
21             I've noticed, Mr. Bayoumi, you've
22             been writing some notes down.  Is
23             that some questions for us or for
24             your solicitor?

Page 401

1           AL-BAYOUMI:  No.  This
2      questions for you, I think.
3           DC DEAN:  If you -- have you
4      finished writing them?
5           AL-BAYOUMI:  Yeah.
6           DC DEAN:  Is there any more
7      you want to do with that?
8           AL-BAYOUMI:  Yeah, I just
9      remembered I -- I don't have a
10     pen, if you can give me a pen to
11     write with.
12          DC DEAN:  Right.
13          DC CAMPBELL:  It's something
14     that you have to speak with the
15     custody officer, because there's
16     rules about allowing you -- you're
17     entitled to writing materials, as
18     far as the Police and Criminal
19     Evidence Act is concerned, the law
20     which we operate.  But I just need
21     to confirm that with the sergeant
22     because I wouldn't like to get
23     into trouble by providing you
24     equipment if he doesn't agree with

Page 402

1          it.

2                AL-BAYOUMI:  Sure, sure.

3                DC CAMPBELL:  Okay.  So we

4          will certainly put that to him,

5          and if he is in agreement, you can

6          have that.  Okay?

7                AL-BAYOUMI:  Sure, sure.

8                DC CAMPBELL:  Because that

9          is one of your entitlements.

10               But by all means, we don't

11         have any problems if you want to

12         make notes whilst you're being

13         interviewed for your own purposes,

14         then each time we will provide you

15         with writing material so that you

16         can make your own notes.

17               AL-BAYOUMI:  Okay, thank

18         you.

19               DC CAMPBELL:  And if there

20         are notes for your solicitor, then

21         just let us know, em -- because

22         that is confidential between

23         yourself and your solicitor, and

24         we will respect that.  Okay.

Page 403

1                AL-BAYOUMI:  I write --

2        don't show anybody?

3                SOLICITOR:  No, don't.

4                DC CAMPBELL:  It may be the

5        case at a later stage, but what

6        I'm telling you is, if you're

7        making notes and they're

8        confidential, let us know.

9                AL-BAYOUMI:  Sure.

10               DC CAMPBELL:  So that we

11       don't breach that confidentiality.

12               AL-BAYOUMI:  Sure, sure.

13               DC DEAN:  So would you like

14       to ask anything of what you wrote

15       down now?

16               AL-BAYOUMI:  Yeah, actually,

17       I need some papers from my home.

18       I need for the project I work on,

19       the research paper.

20               DC CAMPBELL:  Is that the

21       Firestone project?

22               AL-BAYOUMI:  Firestone.  And

23       the other one is the qualified

24       report for -- firm performance and

MPS 381

```
                                        Page 404
 1        business ethics indicator,
 2        measured with the
 3        financial indicator.
 4             DC CAMPBELL:  I'm smiling
 5        because, unfortunately, I've had
 6        to look through most of your
 7        documents.  And the Firestone
 8        document you're referring to is a
 9        substantial file about the size of
10        this file here, isn't it?
11             AL-BAYOUMI:  Yeah, but the
12        paper is on the computer, I think.
13        Yeah, on the computer.
14             DC CAMPBELL:  Okay.  Right,
15        okay.
16             AL-BAYOUMI:  And those
17        references, it was references, you
18        know.
19             And the other thing, you
20        know, I moved from house to house
21        and I have to submit the keys to
22        the old -- the old landlord, okay.
23        And I have them here.  I can --
24             (Whereupon, the tape
```

Page 405

1          concluded.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MPS 383

```
                                              Page 406

 1                    -  -  -

 2                  MPS 383

 3                    -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  24/09/2001

11

12   DURATION OF INTERVIEW:  2 minutes

13

14   TIME OF INTERVIEW:  1705-1707

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

MPS 383

1                  -   -   -

2                  DC CAMPBELL:  This is the

3          continuation interview of

4          Mr. Al-Bayoumi.  The time by my

5          watch is 5:05 p.m.  The same

6          persons are present.

7                  Mr. Bayoumi, before I go any

8          further, I'll remind you again

9          that you're still under caution.

10         That means that you do not have to

11         say anything, but it may harm your

12         defense if you fail to mention,

13         when questioned, something which

14         you later rely on in court.

15         Anything you do say may be given

16         in evidence.

17                 Do you understand the

18         caution?

19                 AL-BAYOUMI:  Yes.

20                 DC CAMPBELL:  Mr. Bayoumi, I

21         do apologize.  The problem with

22         the tape machine appears to be

23         that on the 30-minute tapes, which

24         we used in the machine, it doesn't

MPS 383

Page 408

1       give us an indication that the
2       tape is coming to an end.  So that
3       is why the tape machine suddenly
4       came to an end before we got the
5       two-minute indication that the
6       tape was finishing.
7              Now, you were saying just
8       before the tape machine ran out,
9       but I'll confirm before we go any
10      further, that we didn't ask you
11      any questions whilst the tapes
12      were out of the machine; is that
13      correct?
14             AL-BAYOUMI:  Correct.
15             DC CAMPBELL:  You were
16      saying about asking for some
17      writing material and so on?
18             AL-BAYOUMI:  Yeah.
19             DC CAMPBELL:  And would you
20      like to continue with it?
21             AL-BAYOUMI:  Yeah.  I'm
22      asking about some research papers,
23      because I want to go through and
24      review them, yeah.

Page 409

1           DC CAMPBELL:  Right, okay.
2      Well, we will certainly put that
3      forward to our -- our senior
4      officers.  And if that is
5      possible, we will get some
6      material for you to do.
7           AL-BAYOUMI:  Sure.
8           DC CAMPBELL:  Okay.  But you
9      do appreciate that the priority
10      here is the investigation.  And
11      because of that, we've got -- we
12      would -- because of that, that
13      investigation takes priority over
14      all the other things because we
15      cannot go off at side issues
16      because that may mean that you're
17      detained at the police station
18      longer than you need be.
19           Do you understand that?
20           AL-BAYOUMI:  Sure.
21           DC CAMPBELL:  Okay.  So if
22      it is possible, we will try and we
23      will let you know and -- if that
24      will be possible over the next --

MPS 383

Page 410

1          certainly this evening, or if not

2          this evening, tomorrow, we'll have

3          a decision on that.

4                    AL-BAYOUMI:  Okay.

5                    DC CAMPBELL:  Okay.

6                    AL-BAYOUMI:  Sure.

7                    DC CAMPBELL:  If it's at all

8          possible, if we can get you some

9          other material, then we would do

10         as well.

11                   AL-BAYOUMI:  Sure.

12                   DC CAMPBELL:  Okay.

13                   Is there anything else that

14         you would like to say?

15                   AL-BAYOUMI:  No.

16                   DC DEAN:  What about the

17         keys, just clarify the keys?

18                   AL-BAYOUMI:  Yeah, I think

19         we will talk later with the

20         sergeant or can I say it now?

21                   SOLICITOR:  Yeah, go on and

22         say it now.

23                   AL-BAYOUMI:  Okay.  For the

24         second one, you know, I moved from

MPS 383

Page 411

1    house to house and you have to

2    submit the keys to the old

3    landlord.  And I have the keys

4    here and I can talk to someone to

5    get him the keys.

6              DC CAMPBELL:  Right.  Yeah,

7    I understand.

8              What address was that for?

9              Are you having difficulty

10   remembering the name?

11             AL-BAYOUMI:  The name of

12   the --

13             DC CAMPBELL:  Your old

14   address.

15             AL-BAYOUMI:  I think 67.

16   The old address, 67 Highgate

17   Street.  67 -- 66 -- 67, I think.

18   67 Highgate Street.

19             DC CAMPBELL:  Is that the

20   address that you just moved from

21   before you came to your --

22             AL-BAYOUMI:  New house.

23             DC CAMPBELL:  -- Number 34?

24             AL-BAYOUMI:  Yeah.

Page 412

1            DC CAMPBELL:  Okay.  I don't

2       have any more questions.

3            Have you?

4            AL-BAYOUMI:  No.

5            DC CAMPBELL:  The time by my

6       watch is now 5:07 p.m. and I shall

7       now conclude the interview.

8            (Whereupon, the tape

9       concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MPS 385

Page 413

1                         -   -   -

2                        MPS 385

3                         -   -   -

4

5    PERSON INTERVIEWED:  Omar Al-Bayoumi

6

7    PLACE OF INTERVIEW:  Paddington Police

8    Station

9

10   DATE OF INTERVIEW:  24/09/2001

11

12   DURATION OF INTERVIEW:  46 minutes

13

14   TIME OF INTERVIEW:  2032-2118

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24

Page 414

1                    -  -  -

2              DC CAMPBELL:  This interview

3        is being tape-recorded.  I'm

4        Detective Constable David

5        Campbell, attached to the

6        anti-terrorist branch.  The other

7        police officer present is --

8              DC DEAN:  Detective

9        Constable Ian Dean, also attached

10       to the anti-terrorist branch.

11             DC CAMPBELL:  And now I'm

12       interviewing -- for the benefit of

13       the tape, can you state your full

14       name for me, please?

15             AL-BAYOUMI:  Omar

16       Al-Bayoumi.

17             DC CAMPBELL:  And also

18       present is your legal

19       representative.

20             SOLICITOR:  Jacqui

21       Gordon-Lawrence, authorized

22       representative with Fisher

23       Meredith.

24             I am now required to explain

MPS 385

                                                    Page 415

1          my role.  It is to protect my

2          client's rights.  I will continue

3          to advise my client throughout

4          this interview.  I shall intervene

5          if my client asks for or needs

6          legal advice or your questioning

7          is inappropriate or you raise

8          matters which have not been made

9          known to me.

10              After receiving legal

11         advice, my client has decided to

12         answer questions which you may

13         raise and are relevant to his

14         arrest.

15              DC CAMPBELL:  Thank you very

16         much.

17              Do you feel fit enough to be

18         interviewed at this stage?

19              AL-BAYOUMI:  Yes.

20              DC CAMPBELL:  Again, as I've

21         said before, it doesn't change --

22         if that -- if you're feeling

23         unwell or if you want

24         refreshments, just let us know,

Page 416

1          and we'll let you see a doctor or

2          get some refreshments should that

3          be necessary.

4                  Do you understand that?

5                  AL-BAYOUMI:  Sure.

6                  DC CAMPBELL:  And as far as

7          your prayer time is concerned, are

8          you happy to be interviewed at

9          this stage, that doesn't interfere

10         with that?

11                 AL-BAYOUMI:  Yeah, if it

12         takes, you know, before 9:30 or

13         something like that.

14                 DC CAMPBELL:  Okay, that's

15         fine.  We'll obviously take that

16         into account.

17                 AL-BAYOUMI:  Yeah.

18                 DC CAMPBELL:  Now, I'll just

19         remind you again, I mentioned to

20         it -- I mentioned this to you

21         previously.  The light above here

22         shows if this interview is being

23         monitored remotely.  We've got

24         cameras -- we've got two

Page 417

1          television screens elsewhere where

2          we can monitor this interview.  I

3          don't anticipate that this

4          interview is going to be monitored

5          and, also that we have to endorse

6          on the custody record if it is

7          going to be monitored.

8                   Do you understand that?

9                   AL-BAYOUMI:  Uh-huh.

10                  DC CAMPBELL:  And obviously,

11         as the case is, you did decline to

12         be video interviewed, so there's

13         no videotapes in the machine.

14                  AL-BAYOUMI:  Okay.  Yeah.

15                  DC CAMPBELL:  Which has been

16         the case throughout, apart from

17         the first interview.  Okay.  Happy

18         with that?

19                  AL-BAYOUMI:  Yeah.

20                  DC CAMPBELL:  Do you have

21         any other concerns that you would

22         like to let us know about on tape?

23         Is there anything else you would

24         like to say about your detention

Page 418

1          whilst you've been here at the
2          police station?
3                  AL-BAYOUMI:  Our detention
4          to be here?
5                  DC CAMPBELL:  Have you any
6          concerns about the way you've been
7          treated whilst you've been at this
8          police station?
9                  AL-BAYOUMI:  Uh, I treated
10         well.
11                 DC CAMPBELL:  Okay.
12                 AL-BAYOUMI:  Yes.
13                 DC CAMPBELL:  Yeah.
14                 AL-BAYOUMI:  Yeah, nice.
15                 DC CAMPBELL:  Okay, right.
16         I'm going to remind you of the
17         caution.  That is, you do not have
18         to say anything, but it may harm
19         your defense if you do not
20         mention, when questioned,
21         something which you later rely on
22         in court.  Anything you do say may
23         be given in evidence.
24                 Do you understand the

Page 419

1          caution?

2                  AL-BAYOUMI:  Yeah.

3                  DC CAMPBELL:  Okay.  The

4          time by my watch is 8:32 p.m.  And

5          at the end of this interview, I'll

6          give you a notice which sets out

7          what happens to the two tapes that

8          you saw me unwrap and place in the

9          machine behind me.

10                  Now, as I've done in all the

11          previous interviews, I'll just

12          remind you why you're under

13          arrest; that is, for the

14          instigation, preparation --

15          preparation or commission of acts

16          of terrorism in relation to the

17          events on the 11th of September

18          2001 in the United States.  And

19          that is contrary to Section 41(b)

20          of the Terrorism Act of 19 -- of

21          2000.

22                  Do you understand that?

23                  AL-BAYOUMI:  Yeah.

24                  DC CAMPBELL:  So we are

Page 420

```
 1          interviewing you for the purposes
 2          to obtain evidence to establish
 3          your guilt or innocence in
 4          connection with those offenses.
 5               AL-BAYOUMI:  Okay.
 6               DC CAMPBELL:  Just to
 7          summarize, that we have conducted
 8          a number of interviews, firstly
 9          about your background, about your
10          income, about your family and
11          about your education; isn't that
12          correct?
13               AL-BAYOUMI:  Yeah.
14               DC CAMPBELL:  And we moved
15          on to your time when you went to
16          America, where you lived, who you
17          were associating with and your
18          accommodation.
19               I think we then moved on to
20          two people who we have
21          subsequently identified, and
22          you've helped us identify, as two
23          Saudi males who you met in a
24          restaurant in Los Angeles.  Those
```

Page 421

1        guys were called, uh, Nazif?

2        Pardon my pronunciation.

3              AL-BAYOUMI:  Nawaf.

4              DC CAMPBELL:  Sorry, Nawaf.

5        Uh,and also --

6              AL-BAYOUMI: Khalid.

7              DC CAMPBELL:  -- Khalid.

8        Khalid.

9              DC CAMPBELL:  And we've

10       asked you in detail about those

11       people.

12             And then, finally, in the

13       interview we dealt with trying to

14       identify those people on videos

15       which you believed you may have

16       had --

17             AL-BAYOUMI:  Yeah.

18             DC CAMPBELL:  -- which we

19       were unsuccessful.

20             Is that a correct summary of

21       the questions that we've covered

22       so far?

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  Okay.  Now, my

Page 422

```
 1          colleague has served what we call
 2          a disclosure.  That's to let the
 3          solicitor know roughly what
 4          questions we were going to ask in
 5          this interview.  And I'm sure
 6          your -- your solicitor has
 7          certainly let you have a look at
 8          this list.
 9               Now, these are people who we
10          want to establish if you've got
11          any dealings with.  And if you've
12          had any dealings with them,
13          meetings with them or knowledge of
14          them, we would like to know
15          exactly what those are.
16               Now, there's quite a
17          substantial list of people.  Your
18          solicitor has got a copy of that
19          list.  And as I go through the
20          list of people, I would ask you to
21          have a look at that list, just in
22          case my pronunciations are in any
23          way different from the way you
24          recognize the names of these
```

MPS 385

```
                                              Page 423
 1          people.

 2                  Now, we have the name of a

 3          chap by the name of Lotfi Raissi,

 4          yes.  And that's a person that we

 5          know to have been in America at

 6          the same time that you were in

 7          America.

 8                  Do you understand that?

 9                  AL-BAYOUMI:  Yeah.

10                  DC CAMPBELL:  Do you know

11          this name?

12                  AL-BAYOUMI:  No.

13                  DC CAMPBELL:  Faisal

14          al-Salmi.  Do you know that name?

15                  AL-BAYOUMI:  No.

16                  DC CAMPBELL:  Riyadh Mohamed

17          Abdullah?

18                  AL-BAYOUMI:  No.

19                  DC CAMPBELL:  Salem

20          Al-Hazmi, otherwise known as,

21          that's what AKA means, Salem

22          Hazmi, H-A-Z-M-I.

23                  AL-BAYOUMI:  Yeah, no, I

24          don't know.
```

Page 424

1            DC CAMPBELL:  You don't know

2       that person?

3            Nawaf Al-Hazmi.

4            AL-BAYOUMI:  No.

5            DC CAMPBELL:  Are you sure

6       about that?

7            AL-BAYOUMI:  Yeah.

8            DC CAMPBELL:  There's no

9       significance in that name?

10           AL-BAYOUMI:  No.

11           DC CAMPBELL:  What about the

12      person that I mentioned that I

13      mispronounced his name, Nawaf?

14           AL-BAYOUMI:  This one here?

15           SOLICITOR:  Nawaf.

16           AL-BAYOUMI:  Nawaf.

17           DC CAMPBELL:  Yes.  Could

18      that be him?

19           AL-BAYOUMI:  No, uh -- the

20      name, for example, if you say

21      Nawaf, or -- like here, when you

22      have David or, you know, John --

23      it could be anybody, you know.

24           DC CAMPBELL:  But it's not

Page 425

1          like saying David or Dave, is it,

2          in your language?  You tell me

3          because I don't know.

4                    AL-BAYOUMI:  No, because

5          many people you will find their

6          name is Omar.

7                    DC CAMPBELL:  Yes.

8                    AL-BAYOUMI:  Okay.  Or, for

9          example, Omar Al-Bayoumi.

10                   DC CAMPBELL:  Yes.

11                   AL-BAYOUMI:  You'll find

12         many --

13                   DC CAMPBELL: Okay.

14                   AL-BAYOUMI: -- of them,

15         yeah.  The same name, for example,

16         Omar Al-Bayoumi.

17                   DC CAMPBELL:  I quite

18         understand that.  You only need to

19         look in a telephone directory in

20         London --

21                   AL-BAYOUMI:  Uh-huh.

22                   DC CAMPBELL: -- under the

23         name of Campbell and you've

24         probably got hundreds of people

Page 426

1          with that name.

2                    AL-BAYOUMI:  Exactly, yeah.

3          Same here.

4                    DC CAMPBELL:  And you've

5          probably got hundreds -- I mean,

6          no -- I don't know how many, but

7          you might have a large number of

8          the same first name as mine.  So I

9          quite understand that.

10                    AL-BAYOUMI:  Yeah.

11                    DC CAMPBELL:  But all I'm

12         trying to do here is establish if

13         you know these names.

14                    AL-BAYOUMI:  No.

15                    DC CAMPBELL:  Yeah.  Or even

16         if you think that you may know

17         these names and then we'll look at

18         that and investigate it.  And if

19         these people are nothing to do

20         with it, then we eliminate that.

21                    AL-BAYOUMI:  No.

22                    DC CAMPBELL:  Okay.  Majed

23         Moqed, M-O-Q-E-D.  Do you know

24         that person?

Page 427

1              AL-BAYOUMI:  No.

2              DC CAMPBELL:  Hari Hanjour?

3              AL-BAYOUMI:  No.

4              DC CAMPBELL:  Khalid

5      Al-Mihdhar, otherwise known as

6      Khalid Al-Mihdhar?

7              AL-BAYOUMI:  No.

8              DC CAMPBELL:  Khalid

9      Al-Mihdhar, it doesn't ring a bell

10     with you?

11             AL-BAYOUMI:  No.

12             DC CAMPBELL:  Or Khalid

13     Al-Mihdhar?  None of these names

14     sound familiar at all?

15             AL-BAYOUMI:  No, no.

16             DC CAMPBELL:  Can I just

17     stop here.  We're just short of

18     halfway through the list.  The

19     names that I'm saying to you, are

20     these names you've never heard of

21     associated with people at all, or

22     are they people that you do not

23     know?  What I'm trying to

24     clarify --

Page 428

1          AL-BAYOUMI:  I think both.

2          DC CAMPBELL:  Okay.

3          AL-BAYOUMI:  Yeah.

4          DC CAMPBELL:  I'm just

5    trying to think of an English name

6    which would be very peculiar that

7    you may never have heard, again to

8    give you an example.  Because what

9    I'm trying to establish from you

10   is, have you absolutely never,

11   ever heard of these people's names

12   before or you just don't know

13   them?

14         AL-BAYOUMI:  No, I -- I --

15   I'm not familiar with any name in

16   here.

17         DC CAMPBELL:  Okay.  The

18   reason why --

19         AL-BAYOUMI:  Or most of

20   those.

21         DC CAMPBELL:  The reason why

22   I'm going down this line of

23   questioning is exactly the same as

24   everything else that I've said to

MPS 385

```
                                                    Page 429

1          you before.  I'm not trying to

2          trick you.  I'm just trying to be

3          100 percent sure with every

4          answer --

5                   AL-BAYOUMI:  Yeah.

6                   DC CAMPBELL:  -- that you

7          gave me.

8                   AL-BAYOUMI:  Yeah, sure.

9          Sure.

10                  DC CAMPBELL:  Are you with

11         me?

12                  AL-BAYOUMI:  Yeah.

13                  DC CAMPBELL:  Let me

14         continue.

15              Satam Al-Suqami?

16              AL-BAYOUMI:  No.

17                  DC CAMPBELL:  Walid Al

18         Shehri?

19                  AL-BAYOUMI:  No.

20                  DC CAMPBELL:  Wael

21         Al-Shehri?

22                  AL-BAYOUMI:  No.

23                  DC CAMPBELL:  Or Shehri?

24              Abdul Aziz Al-Omar?
```

MPS 385

Page 430

1           AL-BAYOUMI:  No.

2           DC CAMPBELL:  Should that be

3      Omar Abdul Aziz?  In Arabic, could

4      it be the other way around or

5      could it be --

6           AL-BAYOUMI:  Omar Abdul Aziz

7      is a Khalif.

8           DC CAMPBELL:  Sorry.

9           AL-BAYOUMI:  Omar Abdul

10     Aziz -- if you say Omar Abdul

11     Aziz, it's Khalif.

12          DC CAMPBELL:  Khalif who?

13          AL-BAYOUMI:  Uh, like ruler.

14          DC CAMPBELL:  Ah, right.

15          AL-BAYOUMI:  In the -- in

16     the history.

17          DC CAMPBELL:  Okay.  I

18     understand.

19          AL-BAYOUMI:  For centuries,

20     yeah.

21          DC CAMPBELL: Mohamed Atta?

22          AL-BAYOUMI:  No.

23          DC CAMPBELL:  Fayez Ahmed?

24          AL-BAYOUMI:  No.

MPS 385

Page 431

```
 1              DC CAMPBELL:  Mohad
 2      Al-Shehri?
 3              AL-BAYOUMI:  No.
 4              DC CAMPBELL:  Marwan
 5      Al-Shehri or Shahim?
 6              AL-BAYOUMI:  No.
 7              DC CAMPBELL:  You must
 8      pardon my pronunciation, of
 9      course.  If you can concentrate on
10      looking at the names.
11              AL-BAYOUMI:  Yeah.  But --
12      no.
13              DC CAMPBELL:  Okay.
14              AL-BAYOUMI:  I'm with you.
15              DC CAMPBELL:  Hamza
16      Al-Ghamdi?
17              AL-BAYOUMI:  No.
18              DC CAMPBELL:  Ghamdi.
19      Al-Ghamdi.  Or Ahmed Al-Ghamdi?
20              AL-BAYOUMI:  No.
21              DC CAMPBELL:  Majed Moqed?
22              AL-BAYOUMI:  No.
23              DC CAMPBELL:  Salem
24      Al-Hamzi?
```

Page 432

1              AL-BAYOUMI:  No.

2              DC CAMPBELL:  Ahmed

3        Al-Hamzi?  Sorry, Ahmed

4        Al-Haznawi?  I made a mistake on

5        that name.  Ahmed Al-Haznawi?

6              AL-BAYOUMI:  No.

7              DC CAMPBELL:  Saeed

8        Al-Ghamdi?

9              AL-BAYOUMI:  No.

10             DC CAMPBELL:  Ziad Jarrah?

11             AL-BAYOUMI:  No one of

12       those, no.

13             DC CAMPBELL:  Or Abu Imard?

14             AL-BAYOUMI:  Abu Emad is

15       nickname, this is me.  But this an

16       -- wrong spelling.

17             DC CAMPBELL:  Okay.

18             AL-BAYOUMI:  Yeah.  I wrote

19       it for her.

20             DC CAMPBELL:  Right.  Okay.

21       At least you know someone on that

22       list, eh?

23             AL-BAYOUMI:  Huh?

24             DC CAMPBELL:  At least you

Page 433

1          know someone on that list?

2                  AL-BAYOUMI:  No, here --

3                  DC CAMPBELL:  Yes, I know.

4          I'm -- I'm being lighthearted with

5          you, okay.  After I had to read

6          all those names out and you didn't

7          know a single person, at least you

8          knew your own name at the bottom

9          of the list.

10                 AL-BAYOUMI:  Yeah.

11         Actually, they called, for

12         example, they call me by my son.

13         Abu Emad, son of -- uh, father of

14         Emad.

15                 DC CAMPBELL:  Yes.

16                 AL-BAYOUMI:  My son is Emad,

17         and his spelling is this, E-M-A-D.

18         Abu Emad.

19                 DC CAMPBELL:  Okay.  I

20         understand.  So do you ever use

21         that name?

22                 AL-BAYOUMI:  Huh?

23                 DC CAMPBELL:  Do you ever

24         use that name?

MPS 385

Page 434

1               AL-BAYOUMI:  They call me,

2          Abu Emad.

3               DC CAMPBELL:  Who do?

4               AL-BAYOUMI:  Everybody who

5          knows me, knows my son.  Because

6          to treat someone right, you have

7          to call his -- you know, his son

8          name.

9               DC CAMPBELL:  Right.

10              AL-BAYOUMI:  You know, and

11         you say Abu Emad, for example.

12              DC CAMPBELL:  I'm trying to

13         get my head around --

14              AL-BAYOUMI:  Yeah.

15              DC CAMPBELL:  -- how people

16         would refer to you.

17              Are you with me?  I would

18         call you Omar.

19              AL-BAYOUMI:  Yeah.

20              DC CAMPBELL:  But people,

21         you are saying people who call you

22         Abu --

23              AL-BAYOUMI:  Emad.

24              DC CAMPBELL:  -- Emad?

Page 435

1              AL-BAYOUMI:  Yeah, exactly.

2              SOLICITOR:  Can I just ex --

3         because I've -- I've asked about

4         this.  Abu means father.

5              DC CAMPBELL:  Yes.

6              SOLICITOR:  And the -- his

7         son's name is Emad.

8              AL-BAYOUMI:  Emad.

9              SOLICITOR:  So they call you

10        -- if you had a son called Greg,

11        they would call you Abu Greg,

12        father of Greg.  Or, Um, is

13        mother.

14             AL-BAYOUMI:  Mother, Um.

15             SOLICITOR:  Of Greg.  So

16        it'd be Um Greg.

17             DC CAMPBELL:  Okay.  There's

18        a lot of names of people here.

19        I'll make it very clear to you at

20        this stage we're not suggesting

21        that these people are terrorists.

22             You understand?

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  These are

Page 436

1       people who we're focusing our

2       inquiries on.

3               Do you understand?

4               AL-BAYOUMI:  Yeah.

5               DC CAMPBELL:  I don't want

6       you to be concerned that just

7       because you know an individual

8       named on this list that you would

9       be afraid to tell us.

10              You understand?

11              AL-BAYOUMI:  No, if I know

12      any one of them, I'll tell you.

13              DC CAMPBELL:  Yeah.

14              AL-BAYOUMI:  Yeah.

15              DC CAMPBELL:  That goes the

16      same with any answers that you

17      give me during the -- that goes

18      the same with any answers that you

19      have given me.  I would suggest it

20      would be better if you tell the

21      truth.  Because if you were not

22      telling the truth and we found

23      out, we would find it difficult to

24      believe anything else that you

Page 437

1          were telling us.

2                   AL-BAYOUMI:  Yeah.

3                   DC CAMPBELL:  Yes?

4                   AL-BAYOUMI:  Yeah.

5                   DC CAMPBELL:  Because we

6          would think you were being

7          untruthful with us.

8                   AL-BAYOUMI:  Yeah.

9                   DC CAMPBELL:  Do you

10         understand that?

11                  AL-BAYOUMI:  Yeah.

12                  DC DEAN:  Can I just ask a

13         question here?  If we can look

14         at -- just have a look at your

15         list and go down one, two, three,

16         four, five people down.

17                  AL-BAYOUMI:  One, two,

18         three, four, five.

19                  DC DEAN:  Right.  Can you

20         say to me that -- that name?  You

21         read that name out.

22                  AL-BAYOUMI:  Uh, Nawaf

23         al-Hazmi.

24                  DC DEAN:  Okay.  Now, a

MPS 385

Page 438

1           couple of days ago you've noticed

2           your brief's making notes, and

3           I've been making notes as well.

4                 AL-BAYOUMI:  Yeah.

5                 DC DEAN:  And you made

6           mention of someone named Nawaf.

7                 AL-BAYOUMI:  Yeah.

8                 DC DEAN:  Now, when you --

9           you was very precise on this and

10          we asked you to spell the name for

11          us.

12                AL-BAYOUMI:  Yeah.

13                DC DEAN:  And you actually

14          spelled it N-W-A-F.

15                AL-BAYOUMI:  Okay.

16                DC DEAN:  Okay.

17                AL-BAYOUMI:  Yeah.

18                DC DEAN:  Which way is the

19          correct way of spelling Nawaf?  Is

20          it the way you've said or is it

21          the way it's written on the form?

22                AL-BAYOUMI:  It depends on

23          how to pronounce that --

24          pronunciate it.

Page 439

1              DC DEAN:  Okay.

2              AL-BAYOUMI:  For example, I

3         can write, uh -- I can write

4         something here?

5              DC DEAN:  Certainly, yeah.

6              AL-BAYOUMI:  For example,

7         you can write it this way.

8              DC DEAN:  Now you've put --

9         to Dave, uh?

10             AL-BAYOUMI:  Okay.

11             DC CAMPBELL:  You've written

12        N-A-W-A-A-F.

13             AL-BAYOUMI:  Yeah.  Maybe

14        you can write it this way.

15             DC CAMPBELL:  Can I just

16        interrupt?

17             AL-BAYOUMI:  Yes.

18             DC CAMPBELL:  You know, this

19        isn't -- the purpose of this

20        interview is not to get into how

21        people spell their names,

22        because --

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  -- certainly

MPS 385

Page 440

1          in English there is quite a number

2          of different ways to spell

3          people's names.

4                    AL-BAYOUMI:  Yeah.

5                    DC CAMPBELL:  What we're

6          trying to establish here is your

7          knowledge of people, your

8          knowledge of these people's names.

9                    So what we're saying is if

10         you know someone with a similar

11         name to that, then we're asking

12         you to tell us.  Then we will look

13         at that person, we will ask in

14         detail about that person.

15                    AL-BAYOUMI:  Okay.

16                    DC CAMPBELL:  And then we

17         will know either we're -- yes,

18         we're talking about the same

19         person, or, no, we're talking

20         about someone completely different

21         because of the reasons you've

22         given us.

23                    Do you understand that?

24                    AL-BAYOUMI:  Yeah.

Page 441

1           DC CAMPBELL:  But, again,
2       you're quite clear that you do not
3       recognize any of the names that
4       appear on here?
5           AL-BAYOUMI:  No.
6           DC DEAN:  Okay.  Do you
7       recognize any first names of
8       people, ignoring the second name?
9           AL-BAYOUMI:  First name?
10          DC DEAN:  Just the first
11      name.  Are there names on there
12      you recognize on the -- well, you
13      look at your sheet and we'll look
14      at this one.  So ignore the second
15      part.
16          Do you accept there are
17      names on there, which --
18          AL-BAYOUMI:  Wh -- wh --
19      what second part?
20          SOLICITOR:  Ignore the
21      second name because it's the first
22      name.
23          AL-BAYOUMI: Second name,
24      right?

1                DC DEAN:  Yeah.  Are there

2          any first names that you recognize

3          on there?

4                AL-BAYOUMI:  First name?

5                DC DEAN:  Either in this

6          country, in Saudi Arabia or in

7          America.

8                AL-BAYOUMI:  For example, as

9          I told you for Nawaf, maybe they

10         spell it this way or pronunciation

11         is different or something like

12         that.

13               DC DEAN:  Uh-huh.  But do

14         you --

15               AL-BAYOUMI:  I told you

16         here, this one.

17               DC DEAN:  So am I correct in

18         saying that you've said to us you

19         knew somebody named Nawaf?

20               AL-BAYOUMI:  Yeah.

21               DC DEAN:  Right.

22               AL-BAYOUMI:  Yeah, I told

23         you Nawaf Al-Hazmi, yeah.

24               DC DEAN:  Hear me out here

MPS 385

Page 443

1          first.

2                    AL-BAYOUMI:  Yeah, sorry.

3                    DC DEAN:  And then I look at

4          the list there and I see a Nawaf.

5                    AL-BAYOUMI:  Uh-huh.

6                    DC DEAN:  Could that be the

7          same person as the Nawaf you've

8          told me here, without -- taking

9          away the second name, as the same

10         Nawaf on there, it could be,

11         couldn't it?

12                   AL-BAYOUMI:  Yeah, could be.

13                   DC DEAN:  Right.

14                   AL-BAYOUMI:  Yeah.  Could

15         be.

16                   DC DEAN:  So with that

17         analogy, with that idea, is there

18         anybody else on that list, nothing

19         to do -- don't think about what's

20         been going on in the world at the

21         moment.

22                   Do you know anybody on that

23         list with first names only, or

24         similar sounding names?

Page 444

1          AL-BAYOUMI:  Yeah, Khalid.

2          DC DEAN:  Right.

3          AL-BAYOUMI:  I told you

4     about Khalid also.  Okay.

5          DC DEAN:  So now just --

6     Khalid, when we asked you to spell

7     that one, you spelled that one

8     K-L-I-D, which we accept is

9     different to how it's spelt on

10    that one, yeah?

11         So you say you recognize a

12    Khalid.  And what was the other

13    one?  Nawaf?

14         AL-BAYOUMI:  Yeah, Nawaf.

15         DC DEAN:  How about all the

16    way down -- and this is in your

17    homeland as well.  Is there

18    anybody, any of the first names --

19         SOLICITOR:  Do you know,

20    that's like -- do you know anyone

21    called Ahmed?

22         AL-BAYOUMI:  I know Walid

23    Bishawi, this doctor in San Diego.

24         DC DEAN:  Which one is that

MPS 385

Page 445

1        one, sorry?  Which first name on

2        there?

3              AL-BAYOUMI:  Walid.

4              DC DEAN:  Walid.  So you

5        know a Walid?

6              DC CAMPBELL:  Sorry, what

7        did you say the doctor's name was,

8        Walid --

9              AL-BAYOUMI:  Walid Bishawi.

10             DC CAMPBELL:  So not Al --

11             SOLICITOR:  No.

12             AL-BAYOUMI:  No.  Walid

13       Bishawi.

14             SOLICITOR:  We're just

15       talking about first names.

16             DC CAMPBELL:  Yes, okay.

17             AL-BAYOUMI:  He's a doctor

18       in San Diego State University.

19             DC DEAN:  Any other first

20       names there?

21             AL-BAYOUMI:  Mohamed, maybe.

22       Mohamed.  My brother, his name is

23       Mohamed.

24             DC DEAN:  Yeah.

Page 446

1             AL-BAYOUMI:  Children are

2        given, like, this name.

3             DC DEAN:  No.  No,  we're

4        just -- what I'm saying, don't

5        think about, just -- because the

6        question was, do you recognize --

7        one of the questions Dave asked

8        you, do you recognize any names.

9        So we're just breaking it down a

10       little bit.

11            AL-BAYOUMI:  Ahmed also.

12            DC DEAN:  And who, sorry?

13            AL-BAYOUMI:  Ahmed.

14            DC DEAN:  Ahmed.  What's the

15       Ahmed that you know?

16            AL-BAYOUMI:  Many Ahmed

17       Al-Ghamdi, many.  Many Ahmed.

18       Many Ahmed.  My father is Ahmed

19       also.

20            DC CAMPBELL:  Sorry, what

21       did you say, Ahmed -- what's the

22       name you --

23            AL-BAYOUMI:  Al-Ghamdi.

24            DC CAMPBELL:  So you do know

Page 447

1          people called Ahmed Al-Ghamdi?

2               AL-BAYOUMI:  Ahmed

3          Al-Ghamdi.

4               DC CAMPBELL:  Do you know

5          people with that name?

6               AL-BAYOUMI:  Yeah.  I

7          know -- I know one in Saudi Club.

8          He is the principal of the school.

9          His name is Ahmed Al-Ghamdi.

10              DC CAMPBELL:  Can I just

11         stop here and be very clear here.

12              Do you understand the way we

13         are asking our questions about

14         this?  Because I did ask you did

15         you know anyone with these names,

16         and you quite clearly told me that

17         you did not.  But now you're

18         saying you know someone with that

19         name, Ahmed Al-Ghamdi.  And he

20         happens to be working at the Saudi

21         Club in --

22              AL-BAYOUMI:  No, he's the

23         principal of the school, of

24         Saudi -- Saudi school in

Page 448

1        Birmingham.

2                DC CAMPBELL:  Right.

3                AL-BAYOUMI:  Here.  His name

4        is Ahmed Al-Ghamdi.  But it could

5        be -- you know, the names, I'm not

6        sure exactly.  You can't, for

7        example, judge that --

8                DC CAMPBELL:  No.  Can I be

9        quite clear here?

10               AL-BAYOUMI:  Yeah.

11               DC CAMPBELL:  We are asking

12       specific questions --

13               AL-BAYOUMI:  Yeah.

14               DC CAMPBELL:  -- which we

15       would like you to answer

16       specifically.

17               AL-BAYOUMI:  Yeah.

18               DC CAMPBELL:  And the

19       question was, do you know people

20       with these names?  And I went

21       through the list and you said no.

22               AL-BAYOUMI:  Uh-huh.

23               DC CAMPBELL:  Yes?

24               AL-BAYOUMI:  Yes.

Page 449

```
 1              DC CAMPBELL:  If you know

 2        people with these names, such as

 3        Ahmed Al-Ghamdi -- yeah?

 4              AL-BAYOUMI:  Yeah.

 5              DC CAMPBELL:  Then we would

 6        ask you to tell us who that person

 7        is and why you know them.

 8              AL-BAYOUMI:  Okay.

 9              DC CAMPBELL:  We'll give the

10        example of the man that you

11        mentioned at the Saudi --

12              SOLICITOR:  The principal.

13              DC CAMPBELL:  -- club.

14        Principal, yes.  Now, quite

15        clearly, we can make a check over

16        the telephone and either that man

17        would be of interest or not of

18        interest to us.  We can establish

19        very quickly about details such as

20        that.

21              Are you with me?

22              AL-BAYOUMI:  Yeah.

23              DC CAMPBELL:  It's not for

24        you to concern yourself about why
```

MPS 385

```
                                                    Page 450
  1          we want to know about these
  2          people.
  3                  AL-BAYOUMI:  Yeah.
  4                  DC CAMPBELL:  Are you with
  5          me?
  6                  AL-BAYOUMI:  Okay.
  7                  DC CAMPBELL:  We are asking
  8          the questions, and we would like
  9          you to answer the questions
 10          truthfully, as I've said to you
 11          before.
 12                  AL-BAYOUMI:  Yeah.
 13                  DC CAMPBELL:  Okay.
 14                  DC DEAN:  Just to add to
 15          that, before we go -- Dave will go
 16          through again, but if -- this is
 17          the point, I think, Dave was
 18          coming to about surnames.  Just
 19          because it's not exactly spelt how
 20          you would spell it --
 21                  AL-BAYOUMI:  Okay.
 22                  DC DEAN:  -- we want people
 23          you know of with a similar --
 24          like, my name is -- surname is
```

Page 451

```
1          Dean.  But there are other
2          people's names are Deans, with an
3          S on the end.
4               AL-BAYOUMI:  Okay.
5               DC DEAN:  So what we're
6          saying is don't -- you've got to
7          be fluent because this is maybe a
8          misspelling on the computer.
9               AL-BAYOUMI:  Yeah, okay.
10              SOLICITOR:  It's an English
11         interpretation of what --
12              DC DEAN:  Okay?
13              AL-BAYOUMI:  Yeah.
14              DC DEAN:  So bear that in
15         mind.
16              DC CAMPBELL:  But also,
17         again, because we're not trying to
18         trick you, yeah, because we want
19         truthful answers from you, you can
20         go into as much detail about that
21         person that you knew so that there
22         is no misunderstanding here, okay.
23              So that, again, using my
24         colleague's example, you can say,
```

Page 452

1          yes, I know someone by the name of
2          Ian Deans, yes.
3                  AL-BAYOUMI:  You mean two
4          names?  Two names.  His name and
5          sur -- his surname, family name.
6                  DC CAMPBELL:  Yes.
7                  AL-BAYOUMI:  Yeah, okay.
8                  DC CAMPBELL:  So we're
9          asking you --
10                 AL-BAYOUMI:  Because he's
11         asking me about the first name,
12         you know, and --
13                 DC DEAN:  The reason why I
14         was doing that is to try and make
15         you understand --
16                 AL-BAYOUMI:  Okay.
17                 DC DEAN:  -- that the
18         pronunciations -- and why I used
19         that example, is like you said
20         Nawaf and spelled it N-W-A-F, yet
21         on here Nawaf is N-A-W-A-F.
22                 AL-BAYOUMI:  Yeah.
23                 DC DEAN:  What I was trying
24         to get over is, I wasn't quite

Page 453

```
 1          sure you understood.  You was
 2          being very matter of fact in going
 3          -- exactly what you were seeing.
 4               AL-BAYOUMI:  Yeah.
 5               DC DEAN:  And all I was
 6          doing that exercise for was to try
 7          and make you understand --
 8               AL-BAYOUMI:  Yeah.
 9               DC DEAN:  -- with no
10          disrespect to yourself, that we
11          wanted to be slightly different.
12               And then when you get to
13          there you actually, you suddenly
14          remember, yes, you do know someone
15          because you was thinking -- well,
16          I don't know what you was thinking
17          or the reason you did that -- but
18          I'll go back.
19               DC CAMPBELL:  Okay.  You've
20          heard what we say, yes?  So can we
21          go back over the list?
22               The man by the name of Lotfi
23          Raissi?  Have you ever heard of
24          anyone with those names, or Lotfi
```

Page 454

1          or Raissi?

2               AL-BAYOUMI:  No.

3               DC CAMPBELL:  Before I go

4          any further, I'll explain exactly

5          why we're doing this.  It's not

6          only to identify the individuals

7          listed on this paper -- on this

8          page, but it's also on previous

9          interviews that you've given us,

10         you have said that you've known

11         individuals by their first names

12         only.

13              Are you with me?

14              AL-BAYOUMI:  Yeah,

15         sometimes.  Yeah, by first name

16         only.  Sometimes by their family

17         name only.  Sometimes I have to

18         know the, you know, the long name.

19         Because, to make sure -- because

20         --

21              DC CAMPBELL:  Can I just

22         give you an example of what I've

23         learned since I've been on this

24         inquiry speaking with other people

MPS 385

Page 455

1        from the Arabic community, is that

2        quite often they will know a first

3        name and, say, for instance, I use

4        your name.  They may say, Omar

5        from Saudi.  You understand?

6              AL-BAYOUMI:  Yeah.

7              DC CAMPBELL:  Have you heard

8        that type of way people associate

9        names within the Arabic community?

10        That's the way it was explained to

11        me.

12              AL-BAYOUMI:  Yeah.  But

13        if -- because I -- for example, I

14        was in America.  I know many

15        people, their names is Omar, from

16        Mexico.

17              DC CAMPBELL:  Uh-huh.  I was

18        talking about within the -- sorry,

19        you know, I was giving an example

20        at a mosque where I was speaking

21        with people, and they said they

22        know people by their first names,

23        they don't know their surnames.

24              AL-BAYOUMI:  Yeah.

MPS 385

Page 456

```
 1              DC CAMPBELL:  So how they
 2         identify more than one Mohamed
 3         would be Mohamed from, say,
 4         Mohamed from France and Mohamed
 5         from Germany and Mohamed from
 6         Saudi and Mohamed from --
 7              AL-BAYOUMI:  Yeah, exactly.
 8              DC CAMPBELL:  Yeah, is that
 9         right?  Is that a fair assumption?
10              AL-BAYOUMI:  Yeah, but, you
11         know, sometimes, for example, if
12         you go to, for example, the mosque
13         and said Omar, no one would
14         recognize me, for example.
15              DC CAMPBELL:  Would they --
16              AL-BAYOUMI:  If you said Abu
17         Emad, or you said Omar Abu Emad,
18         they will know.  If they -- you
19         said, for example, people, they
20         call me, for example, Omar bin
21         Mustafa, for example, my -- my --
22         my -- my grandfather, okay.
23         Especially in, you know, the
24         south, in the south of Saudi
```

Page 457

```
1        Arabia, for example.  They

2        wouldn't know Omar Al-Bayoumi.  If

3        you said Omar Al-Bayoumi, they did

4        not recognize me, for example.

5        But if you said Omar Mustafa, oh,

6        everybody -- if you said Abu Emad,

7        hmm, they don't know about it.

8             DC CAMPBELL:  So is Bayoumi

9        your family name?

10            AL-BAYOUMI:  Al-Bayoumi,

11       yes.  Al -- A-L.

12            DC CAMPBELL:  So your

13       grandfather's name would have

14       been --

15            AL-BAYOUMI:  Mustafa.

16            DC CAMPBELL:  Al-Bayoumi?

17            AL-BAYOUMI:  Yeah.

18            DC CAMPBELL:  Okay.  I'm

19       starting to understand.

20            AL-BAYOUMI:  Yeah.  This

21       is --

22            DC CAMPBELL:  But you can

23       see our problem is that you may

24       know individuals on this list of
```

Page 458

1       people --

2               AL-BAYOUMI:  Uh-huh.

3               DC CAMPBELL:  -- but you may

4       know them by different names; is

5       that what you may be saying?

6               AL-BAYOUMI:  Yeah, maybe.

7       For example, I gave you an example

8       for here.  Ahmed Al-Ghamdi.

9               DC CAMPBELL:  Yes.

10              AL-BAYOUMI:  Many names is

11      Ahmed Al-Ghamdi.

12              DC CAMPBELL:  Yes, I

13      understand that.

14              AL-BAYOUMI:  Yeah.

15              DC CAMPBELL:  And what we're

16      trying to establish is, do you

17      know an Ahmed Al-Ghamdi?

18              AL-BAYOUMI:  Huh?

19              DC CAMPBELL:  Do you know an

20      Ahmed Al-Ghamdi, and you've

21      replied yes, because he's the

22      principal at the Saudi school.

23              AL-BAYOUMI:  Yeah.

24              DC CAMPBELL:  Okay.  And

Page 459

1       that's the truthful answers that
2       what we want.
3               AL-BAYOUMI:  Yeah.
4               DC CAMPBELL:  However, I
5       will tell you exactly what we will
6       do with this information.
7               AL-BAYOUMI:  Uh-huh.
8               DC CAMPBELL:  Because you
9       know that we've seized the
10      documents from your home address.
11              AL-BAYOUMI:  Okay.
12              DC CAMPBELL:  Okay?
13              AL-BAYOUMI:  Yeah.
14              DC CAMPBELL:  So we will be
15      looking through all those
16      documents, and we will be picking
17      out all the names that you've got.
18      Now, and because we are asking you
19      about these names, and if you're
20      telling us, no, you don't know it,
21      and then we find the details on
22      your documents, we will think,
23      again, that you've been untruthful
24      with us.

Page 460

1            Do you understand that?

2            AL-BAYOUMI:  Yeah, I

3       understand.

4            DC CAMPBELL:  Yes?

5            AL-BAYOUMI:  But sometimes,

6       I can't -- for example, I can't

7       remember, when you look at my --

8       for example, phone book, you will

9       find a lot of names in it.

10           SOLICITOR:  I think one of

11      the things you got to think is

12      like this Ahmed al -- this one

13      here, yeah, this guy here, you

14      said you know him because he's at

15      the school?

16           AL-BAYOUMI:  Yeah.

17           SOLICITOR:  Yeah?  And if

18      you know someone who is a cleaner

19      with the same name, you got to

20      tell them that you know this man,

21      same name, and he's a cleaner.

22      Or, you know, again, same name and

23      he's a civil engineer or

24      something.  However many you know,

MPS 385

Page 461

```
1        if you just say to them, yes, I

2        know one -- one man called this,

3        and he's the school guy; and I

4        know another man called this, and

5        he's someone else.  So that -- so

6        then they will have a fuller

7        picture of all these names.

8             DC CAMPBELL:  Again, the

9        reason why we're doing this, if we

10       identify a terrorist who has been

11       involved in this and we believe

12       that you have assisted that

13       terrorist and we are looking in

14       your phone books, your telephone

15       bills and all the various

16       documentation that you may have,

17       and we come up with that name --

18            AL-BAYOUMI:  Okay.

19            DC CAMPBELL:  Yes?

20            AL-BAYOUMI:  Yeah.

21            DC CAMPBELL:  We will

22       automatically link that name

23       because that name is similar or

24       the same as that terrorist.
```

Page 462

1          AL-BAYOUMI:  Yeah.

2          DC CAMPBELL:  And we've

3      already asked you about a number

4      of names, and you say you don't

5      know them.

6          What other conclusion could

7      we logically come to that you did

8      not want us to know about that

9      link to this person?

10         Can you understand my train

11     of thought?  Can you understand

12     what I'm saying?

13         AL-BAYOUMI:  Yeah, I

14     understand what you're saying.

15         DC CAMPBELL:  Yes.  So,

16     again, it's in your interest that

17     if you know these people, for

18     whatever reason, that you tell us,

19     and by all means, go into as much

20     detail about that individual so

21     that we can identify that

22     individual and then eliminate them

23     from your -- you know, this part

24     of the inquiry.

Page 463

1          You understand?

2          AL-BAYOUMI:  Yeah.

3          DC CAMPBELL:  So let's --

4     let's move on because time is

5     getting on and we said we would be

6     finished rather shortly.

7          Lotfi Raissi, do you know

8     anyone at all with that sort of

9     name?

10         AL-BAYOUMI:  No.

11         DC CAMPBELL:  Faisal

12    Al-Salmana?

13         AL-BAYOUMI:  Uh, Faisal?

14         DC CAMPBELL:  Yes.

15         AL-BAYOUMI:  Uh, name -- I

16    know someone, his name is Faisal.

17         DC CAMPBELL:  Do you know

18    his surname?

19         AL-BAYOUMI:  Al-Hamdan.

20         DC CAMPBELL:  Al-Hamdan?

21         AL-BAYOUMI:  Yeah.

22         DC CAMPBELL:  Because as

23    I've already found out that people

24    that we are investigating have

MPS 385

Page 464

1        been using other names, such as,

2        and I'll give you an example here,

3        Khalid Al-Mihdhar, otherwise known

4        as Khalif Al-Mihdhar.

5               Are you with me?

6               AL-BAYOUMI:  Yes.

7               DC CAMPBELL:  Okay.  So my

8        colleague has taken a note of the

9        name that you have given.

10               AL-BAYOUMI:  Uh-huh.

11               DC CAMPBELL:  Moving on,

12        then, to --

13               AL-BAYOUMI:  For example --

14               DC CAMPBELL:  Well, can we

15        do it in order --

16               AL-BAYOUMI:  Yeah.

17               DC CAMPBELL:  -- if you

18        wouldn't mind.

19               Do you know anyone else by

20        the name of Faisal?

21               AL-BAYOUMI:  Faisal?

22               DC CAMPBELL:  Sorry.  How do

23        you pronounce that second?

24               AL-BAYOUMI:  Faisal.

MPS 385

Page 465

1              DC CAMPBELL:  Faisal.

2              AL-BAYOUMI:  Yeah.

3              DC CAMPBELL:  Do you know

4        anyone else by that name?

5              AL-BAYOUMI:  Faisal

6        Al-Salamimi, no.

7              DC CAMPBELL:  By the first

8        name?

9              AL-BAYOUMI:  Faisal, yeah.

10       Faisal Al-Hamdan, yes.

11             DC DEAN:  Could you spell

12       Al-Hamdan, please?

13             AL-BAYOUMI:  A-L, H-A -- A,

14       uh --

15             DC DEAN:  You can write it

16       down.  If you want to make notes

17       on a piece of paper and then I can

18       copy your notes.

19             AL-BAYOUMI:  A-L --

20             DC DEAN:  Okay.

21             AL-BAYOUMI:  Al-Hamdan.

22             DC CAMPBELL:  Riyadh Mohamed

23       Abdullah?

24             AL-BAYOUMI:  Huh?

MPS 385

Page 466

```
 1                DC CAMPBELL:  The third one
 2        down, Riyadh Mohamed Abdullah.
 3                AL-BAYOUMI:  Riyadh.
 4                DC CAMPBELL:  How do you
 5        pronounce that first name?
 6                AL-BAYOUMI:  Is this Riyadh
 7        Mohamed Abdullah?
 8                DC CAMPBELL:  Yes.  Do you
 9        know anyone of that name?
10                AL-BAYOUMI:  No.  I -- I
11        think the cleaner for carpet in
12        the mosque, his name is Riyadh.
13        I'm not sure exactly.  The company
14        to come to clean the -- the carpet
15        sometimes.
16                DC DEAN:  Birmingham?
17                AL-BAYOUMI:  Yeah,
18        Birmingham.  I think his name is
19        Riyadh.  But I don't know if --
20        you know, write it this way or --
21                DC CAMPBELL:  Yeah, okay.
22                The next person, Salem
23        Al-Hamzi?  Do you know anyone by
24        that name?
```

Page 467

1              AL-BAYOUMI:  No.  But Salem

2         could be any -- any name, Salem.

3         Salem.  To remember a particular

4         name by Salem?  Salem. I know a

5         person in Saudi Arabia, his name

6         is Salem Samoun.

7              DC DEAN:  Salem Samoun.  How

8         do you spell Samoun?

9              AL-BAYOUMI: I never thought

10        about this.  Let me -- S-A-M --

11        O-U-N.  I think this way.

12             DC DEAN: Okay.

13             DC CAMPBELL:  And the next

14        person we've mentioned, Nawaf

15        Al-Hamzi.

16             Do you know someone by that

17        name?

18             AL-BAYOUMI:  Al-Hamzi, no.

19        But maybe this Nawaf Al-Hazmi,

20        maybe.

21             DC CAMPBELL:  Al --

22             AL-BAYOUMI:  Al-Hazmi.

23             DC CAMPBELL:  Al-Hazmi?

24             AL-BAYOUMI:  Yeah.

Page 468

```
 1                DC DEAN:  Do you know him as
 2         Al-Hazbi, you're saying?
 3                AL-BAYOUMI:  Al-Hazmi.  M-I.
 4         Or M-Y.
 5                SOLICITOR: M-I at the end.
 6                DC DEAN: Uh-huh.
 7                DC CAMPBELL:  What about --
 8         and where do you know that person
 9         from?
10                AL-BAYOUMI:  Who?
11                SOLICITOR:  Nawaf.
12                DC DEAN:  Nawaf.
13                DC CAMPBELL:  Nawaf.
14                AL-BAYOUMI:  Nawaf?
15                SOLICITOR:  Al-Hazmi.
16                DC DEAN:  Al-Hazmi.
17                AL-BAYOUMI:  Al-Hazmi.
18                DC CAMPBELL: Yeah.
19                DC DEAN:  How do you know
20         him?
21                AL-BAYOUMI:  How do I know
22         him?  I give -- I gave you two
23         names, Nawaf Al-Hazmi --
24                DC DEAN:  So you --
```

```
                                                  Page 469
 1              AL BAYOUMI:  Be --be --
 2         before --
 3              DC DEAN:  Okay.
 4              AL-BAYOUMI:  Yeah, who was
 5         -- who was the, I think, the
 6         rented the apartment.
 7              DC DEAN:  Okay.
 8              DC CAMPBELL:  Right.
 9              AL-BAYOUMI:  But I'm not
10         sure if his -- if this name, or --
11         this is Al-Hamzi, it's different.
12              DC CAMPBELL:  All right,
13         okay.  The next person.
14              AL-BAYOUMI:  Majed Moqed.
15              DC CAMPBELL:  Yeah.  Do you
16         know anyone by the first name of
17         Majed?
18              AL-BAYOUMI:  Majed, yes.
19         There is a popular player in Saudi
20         Arabia called Majed Abdul.
21              DC CAMPBELL:  Right, okay.
22              AL-BAYOUMI:  And, yeah, I
23         know other person, his name is
24         Majed.  But I forgot his name
```

Page 470

```
 1          exactly, the last name.  He was
 2          also studying for long time
 3          here in -- in, I mean, San Diego,
 4          and he went back to Saudi Arabia.
 5          Long time ago, I think.
 6               DC DEAN:  Okay.  Studying in
 7          San Diego.
 8               DC CAMPBELL:  Do you know
 9          what he was studying?
10               AL-BAYOUMI:  Studying -- he
11          was studying English.
12               DC CAMPBELL:  So where did
13          you know him from?
14               AL-BAYOUMI:  From the
15          mosque.
16               DC CAMPBELL:  Okay.
17               DC DEAN:  And just one quick
18          question on that:  Roughly how old
19          was he?
20               AL-BAYOUMI:  Huh?
21               DC DEAN:  How old was he?
22               AL-BAYOUMI:  Majed?  I'm not
23          sure.  About maybe 20, 21.  20,
24          21.  23, 22.
```

MPS 385

Page 471

1          DC DEAN:  Yeah, next one.

2          DC CAMPBELL:  H-A-R-I

3      Hanjour.

4          AL-BAYOUMI:  No.

5          DC CAMPBELL:  Hari Hanjour?

6          AL-BAYOUMI:  No, I've never

7      heard about this name before.

8          DC CAMPBELL:  At all?

9          AL-BAYOUMI:  Yeah.

10         DC CAMPBELL:  Okay.  What

11     about Khalid or Khalid Al-Mihdhar

12     or Khalif Al-Mihdhar, have you

13     ever heard of anyone by those

14     names?

15         AL-BAYOUMI:  Here, for

16     example, Al-Mihdhar.

17         DC CAMPBELL:  Yes.

18         AL-BAYOUMI:  I know the last

19     name of a guy, his name is Mehdar.

20         DC CAMPBELL:  Al-Mihdhar?

21         AL-BAYOUMI:  Al-Mehdar,

22     yeah.

23         DC CAMPBELL:  And who --

24     what's his first name?

Page 472

1              AL-BAYOUMI:  I'm not sure.

2              DC CAMPBELL:  And who is he?

3              AL-BAYOUMI:  Huh?

4              DC CAMPBELL:  Who is he?

5              AL-BAYOUMI:  Who is he?

6              DC CAMPBELL:  Uh-huh.

7              AL-BAYOUMI:  Uh, he is in

8        San Diego, also I met him in the

9        mosque also.  In the -- in the --

10       what do you call it -- if the list

11       with you, I'll show you the

12       mosque.  What do you call it --

13       ah, Al-Ribat Mosque.

14             DC DEAN:  Arabak?

15             AL-BAYOUMI:  Al-Ribat

16       Mosque.

17             DC DEAN:  Can you spell

18       that, please?  Sorry.

19             AL-BAYOUMI:  I'm not sure

20       exactly.  But maybe.

21             SOLICITOR:  Oh, it's on the

22       telephone list, isn't it?

23             AL-BAYOUMI:  Al-Ribat

24       Mosque.  Maybe.

MPS 385

Page 473

1          DC DEAN:  So it's Al-Mehdar?

2          AL-BAYOUMI:  Ribat.  I'm not

3      sure.

4          DC DEAN:  Okay.  And how old

5      is he, the one you knew?

6          AL-BAYOUMI:  This guy?

7          DC DEAN:  Uh-huh.

8          DC CAMPBELL:  Right.  The

9      noise that you hear is the tape

10     machine --

11         AL-BAYOUMI:  Yeah.

12         DC CAMPBELL:  -- letting us

13     know that there's just two minutes

14     to go.

15         I would like to continue

16     asking you about these people,

17     okay, if we have enough time.

18     However, it is just quarter past

19     9:00.

20         Are you happy to continue

21     for a short time?

22         AL-BAYOUMI:  Sure.

23         DC CAMPBELL:  Are you sure?

24         AL-BAYOUMI:  Sure.

MPS 385

```
                                                Page 474
 1             DC CAMPBELL:  What about
 2       your prayers?
 3             AL-BAYOUMI:  Yeah, I can.
 4       For Isha, it's -- it's much better
 5       to be late.
 6             DC CAMPBELL:  Okay.  Right.
 7       I shall now conclude the tape, and
 8       it's now 9:18 by my watch.
 9             (Whereupon, the tape
10       concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 475

```
 1                    -   -   -

 2                   MPS 387

 3                    -   -   -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  24/09/2001

11

12   DURATION OF INTERVIEW:  34 minutes

13

14   TIME OF INTERVIEW:  2118-2152

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

Page 476

```
 1                    -  -  -
 2              DC CAMPBELL:  This is the
 3         further interview of Mr. Omar
 4         Al-Bayoumi.  I'm DC David
 5         Campbell, and we're in the
 6         interview room at Paddington
 7         Police Station.  The same persons
 8         are present.
 9              I'll just remind you, again,
10         that you're still under caution.
11         That is that you do not have to
12         say anything, but it may harm your
13         defense if you do not mention,
14         when questioned, something which
15         you later rely on in court.
16         Anything you do say may be given
17         in evidence.
18              Do you understand the --
19              AL-BAYOUMI:  Yeah.
20              DC CAMPBELL:  -- caution,
21    Omar?  Yes?
22              We were just talking about
23         Al-Mehdar.  You said he lives in
24         San Diego at the Al-Ribat Mosque.
```

MPS 387

Page 477

1           But you don't know his first name?

2                AL-BAYOUMI:  No.

3                DC CAMPBELL:  Can you

4           describe this man to me, please?

5                AL-BAYOUMI:  I think he -- I

6           think he's Yemeni.  And work, I

7           think, in gas station or -- yeah,

8           gas station, I think.

9                DC CAMPBELL:  How old?

10               AL-BAYOUMI:  I'm not sure.

11          Maybe 24 or something.  I'm not

12          sure.

13               DC DEAN:  Does he live there

14          permanently?

15               AL-BAYOUMI:  Huh?

16               DC DEAN:  Does he live there

17          permanently?

18               AL-BAYOUMI:  I think when I

19          came to San Diego he was there,

20          yeah.

21               DC DEAN:  Uh-huh, okay.

22               AL-BAYOUMI:  Sometimes I see

23          him, especially when we have, you

24          know, what do you call it, dinner

Page 478

1          at the mosque.  Because in
2          Ramadan, we serve food for people
3          who fast, you know.  He sometimes
4          came.
5               DC DEAN:  And that was
6          Al-Mehdar?
7               AL-BAYOUMI:  Yeah,
8          Al-Mehdar.
9               DC DEAN:  Okay.
10              DC CAMPBELL:  Okay.  Have
11         you ever heard of anyone by the
12         name of Khalid Al-Mihdhar or
13         Khalid Almihdar?  What it is, it
14         just appears to be a difference in
15         spelling, a hyphenation in the
16         word.  We're looking at this name
17         now.
18              AL-BAYOUMI:  Yeah.
19              DC CAMPBELL:  Yeah.  Because
20         obviously from English to Arabic
21         or Arabic to English, sometimes
22         it's in different ways written
23         down.  I'm sure you've probably
24         had it in your own name --

Page 479

1          AL-BAYOUMI:  Uh-huh.

2          DC CAMPBELL:  -- whenever

3      things have been sent to you and

4      it means absolutely nothing.

5          Are you with me?

6          AL-BAYOUMI:  Yeah.

7          DC CAMPBELL:  You know,

8      nothing very similar to your real

9      name.

10          AL-BAYOUMI:  Yeah.

11          DC CAMPBELL:  So, again,

12      we're just trying to be very clear

13      here.

14          Do you know anyone, apart

15      from the guy that you already

16      mentioned from Yemen,

17      Mr. Al-Mehdar?

18          AL-BAYOUMI:  No.

19          DC CAMPBELL:  Okay.  Let's

20      move on, then.

21          Sorry?

22          DC DEAN:  First names.

23          DC CAMPBELL:  Do you know

24      anyone by the name of Khalid?

MPS 387

Page 480

1          K-H --

2                  AL-BAYOUMI:  Khalid.

3                  DC CAMPBELL:  Yeah.

4                  AL-BAYOUMI:  Yeah, Khalid

5          Al-Yafai, for example.  I -- I

6          gave you his name before.

7                  DC CAMPBELL:  And -- what

8          position was he?

9                  AL-BAYOUMI:  Well, he, uh --

10         leading the prayers for Ramadan --

11                 DC DEAN:  Khalid.

12                 AL-BAYOUMI:  Al-Yafai.  I

13         think this way.

14                 DC CAMPBELL:  Y-A-F-I-E.

15                 AL-BAYOUMI:  Or F-E-E.  I'm

16         not sure.

17                 DC CAMPBELL:  Okay.

18                 SOLICITOR:  I've spelt it

19         A-L-I, Ali-Afee.  It sounds like a

20         redo of his name.

21                 AL-BAYOUMI:  For Kahlid, you

22         know, also -- uh, many names are

23         Khalid I know, many names.

24                 DC CAMPBELL:  Right.

MPS 387

Page 481

1            AL-BAYOUMI:  Yeah.

2       Khalid -- I have a colleague in

3       civil aviation, for example,

4       called Khalid.  Khalid Buqali,

5       Khalid Qassim.  Khalid Fazliu,

6       Khalid -- many Khalid.

7            DC CAMPBELL:  And you also,

8       I will remind you, of the Khalid

9       that we spent so much time on.

10           AL-BAYOUMI:  Uh-huh.

11           DC CAMPBELL:  Yes?  Khalid

12      who rented your -- sorry, not

13      rented your house, but Khalid

14      who -- who was the person who

15      rented the address near your

16      apartment.

17           AL-BAYOUMI:  Yeah.

18           DC CAMPBELL:  Yes?

19           AL-BAYOUMI:  Khalid.  Yeah,

20      his name is Khalid.  But I'm not

21      sure exactly if his last name is

22      Al-Mihdhar, or Mihdhar, or --

23           DC CAMPBELL:  Did you know

24      if he ever had a brother?

```
                                              Page 482
 1                  AL-BAYOUMI:  But I know
 2           he -- he has this, like,
 3           missing -- missing teeth.  This is
 4           what I remember.
 5                  DC CAMPBELL:  Right.  Okay.
 6           Okay.
 7                  Saddam Al-Suqami.  How would
 8           you pronounce that, that next name
 9           here?
10                  AL-BAYOUMI:  Al-Suqami.
11           Al-Suqami.  No, but we have heard
12           about Saddam Hussein, for example.
13                  DC CAMPBELL:  Yeah.  We've
14           all heard of him, yes.
15                  Okay.  You understand
16           exactly what we want from you now.
17           I think it's different than when
18           we started the interview.  You
19           understand, if you know one of
20           these names, we would ask you to
21           tell us either the first name or
22           the --
23                  AL-BAYOUMI:  Or the last
24           name.
```

Page 483

1           DC CAMPBELL:  -- or the last

2      name or if something is very

3      similar but it's not quite spelled

4      right.

5           AL-BAYOUMI:  Yeah.

6           DC CAMPBELL:  Okay?

7           AL-BAYOUMI:  Yeah.

8           DC CAMPBELL:  So maybe if we

9      can move on a little bit more

10     quickly through the list.

11          If you can just go through

12     the list, as I point them out to

13     you.

14          Walid Al-Shehri, do you know

15     anyone by that name?

16          AL-BAYOUMI:  No, but Walid

17     could be many Walids.  As I told

18     you, Walid Al-Bishawi, maybe

19     Walid --

20          DC CAMPBELL:  Al-Bishari?

21          AL-BAYOUMI:  I can't -- I

22     can't remember now.  If I -- if

23     you have the list -- if you have

24     the list with you right now, you

MPS 387

Page 484

1        can --

2              DC CAMPBELL:  No, we don't.

3        But we can bring that next time,

4        yes, just to clarify these points.

5              SOLICITOR:  Who was Walid

6        Al-Bishawi?

7              AL-BAYOUMI:  This doctor in

8        the San Diego State University,

9        Walid Bishawi.

10             DC CAMPBELL:  Right.

11             Abdul Aziz Al-Omari?

12             AL-BAYOUMI:  Abdul Aziz.  I

13       know many Abdul Aziz.

14             DC CAMPBELL:  But no one of

15       that name at all?

16             AL-BAYOUMI:  No.  I don't

17       think so.  I can't remember.

18             DC CAMPBELL:  Okay.  Mohamed

19       Atta or Mohamed Attar, A-T-T-A-R.

20             AL-BAYOUMI:  No.  Mohamed

21       could be -- it's popular name in

22       Saudi Arabia.  I know many

23       Mohamed.

24             DC CAMPBELL:  But no one of

Page 485

1          that last name?

2                  AL-BAYOUMI:  No.  Atta, no.

3                  DC CAMPBELL:  Fayez Ahmed or

4          Ahmed?

5                  AL-BAYOUMI:  Fayez, I

6          remember.  Fayez.  Fayez, the name

7          just -- the name, not Fayez Ahmed.

8          Fayez Al-Shamrani, maybe.  I know

9          one from a long time ago.  Fayez

10          Al-Shamrani.

11                  DC DEAN:  How do you know

12          him?

13                  AL-BAYOUMI:  Huh?

14                  DC DEAN:  How did you know

15          him?

16                  AL-BAYOUMI:  From Saudi

17          Arabia.  He was student.

18                  DC DEAN:  How old?

19                  AL-BAYOUMI:  I'm not sure.

20          Maybe -- 15 years ago.

21                  DC DEAN:  Oh, right.

22                  AL-BAYOUMI:  Yeah.

23                  DC DEAN:  Okay.

24                  AL-BAYOUMI:  But I remember,

MPS 387

Page 486

 1          because -- Fayez --

 2                  DC DEAN:  Okay.  Next one.

 3                  AL-BAYOUMI:  Mohamed

 4          Al-Shehri.  Mohald, Mohalad.

 5          Mohalid?

 6                  DC CAMPBELL:  Yeah, do you

 7          know anyone by the name of Mohald?

 8                  AL-BAYOUMI:  No.  No.

 9                  DC CAMPBELL:  Would --

10                  AL-BAYOUMI:  Even Al-Shehri

11          or no.  Al-Shehri is a big family

12          in Saudi Arabia, but I'm not sure

13          exactly if I know someone

14          Al-Shehri.  I don't think so.

15                  DC CAMPBELL:  Okay.  Would

16          that go with the next name as

17          well, then?  Again, it could be

18          the way it's spelt --

19                  AL-BAYOUMI:  Marwan?

20                  DC CAMPBELL:  -- or is that

21          a proper Arabic name?

22                  AL-BAYOUMI:  Marwan al

23          Shehhi?

24                  DC CAMPBELL:  The next name,

MPS 387

Page 487

1          Hamza Al-Ghamdi.

2                    AL-BAYOUMI:  Hamza.

3                    DC CAMPBELL:  Hamza Al --

4                    AL-BAYOUMI:  I know names

5          like Hamza.  Hamza Idris, this is

6          a popular player, soccer player,

7          in Saudi Arabia.

8                    DC CAMPBELL:  Uh-huh.

9                    AL-BAYOUMI:  Also I know

10         American guy, his name is Hamza.

11         Also I know a Sheikh, his name is

12         Hamza Al-Ghuishdawi or Hamza

13         Wishdawi from Saudi Arabia also.

14                   DC CAMPBELL:  But is Hamza

15         also a last name?

16                   AL-BAYOUMI:  No, first name,

17         Hamza.

18                   DC CAMPBELL:  What about Abu

19         Hamza, the -- the London cleric?

20                   AL-BAYOUMI:  London cleric?

21                   DC CAMPBELL:  Yes.

22                   AL-BAYOUMI:  Abu Hamza?

23         Yeah, there's -- Abu Hamza is

24         popular also, Abu Hamza.

Page 488

1              DC CAMPBELL:  As a last

2        name?

3              AL-BAYOUMI:  No.  Could be.

4        Could be last name.

5              DC CAMPBELL:  Right.

6              AL-BAYOUMI:  Or could be not

7        last name.  Could be also like Abu

8        Emad.

9              DC CAMPBELL:  Yes, okay.

10             SOLICITOR:  I was going to

11       say, the father of.

12             AL-BAYOUMI:  Yeah.  But some

13       people, uh -- take it in their

14       family name, Abu Hamza.  You'll

15       find this name, Abu Hamza.

16             DC CAMPBELL:  Okay.  Right.

17             Ahmed Al-Ghamdi.

18             AL-BAYOUMI:  As I mentioned,

19       Al-Ghamdi is popular name in Saudi

20       Arabia.

21             DC CAMPBELL:  Yes.

22             AL-BAYOUMI:  Maybe you will

23       find thousands --

24             DC CAMPBELL:  Yeah.

Page 489

1        AL-BAYOUMI:  -- of this

2    name, Al-Ghamdi.

3        DC CAMPBELL:  Okay.  Right.

4    I think you get the general

5    impression of what we're after.

6    It's people that you know or if

7    you do know that name

8    specifically.  Yes?

9        AL-BAYOUMI:  Uh-huh.

10       DC CAMPBELL:  Okay.  Majed,

11   and I can't pronounce that, that

12   name.

13       AL-BAYOUMI:  Moqed.

14       DC CAMPBELL: Yeah.

15       AL-BAYOUMI:  Majed, as I

16   mentioned, for the first name,

17   Majed --

18       DC CAMPBELL:  It seems to be

19   printed twice here.

20       AL-BAYOUMI:  Yeah.

21       DC CAMPBELL:  Okay.

22       AL-BAYOUMI:  We talked about

23   him, I think.

24       DC CAMPBELL:  Right, if we

MPS 387

Page 490

1       move on, then, to Salem Al-Hazmi,

2       H-A-Z-M-I.

3               AL-BAYOUMI:  Yeah.

4               DC CAMPBELL:  Do you know

5       anyone of the last name of

6       Al-Hazmi?

7               AL-BAYOUMI:  Al-Hazmi?

8               DC CAMPBELL:  Anyone by the

9       name of Salem?

10              AL-BAYOUMI:  For this one

11      here, Salem Al-Hazmi, yeah.

12      Al-Hazmi is a big family also,

13      popular in Saudi Arabia.  Hazmi.

14      But I mentioned here when we

15      mentioned Nawaf Al-Hazmi.

16              DC CAMPBELL:  Uh-huh.

17              AL-BAYOUMI:  Maybe the same.

18              DC CAMPBELL:  Oh, right.

19              AL-BAYOUMI:  Or --

20              DC CAMPBELL:  Yeah.

21              AL-BAYOUMI:  By Y here, I'm

22      not sure.

23              DC CAMPBELL:  Okay.

24              AL-BAYOUMI:  Yeah, could be.

Page 491

1            DC CAMPBELL:  The next name

2       down, Ahmed -- how would you

3       pronounce that name?

4            AL-BAYOUMI:  I'm not sure.

5            DC CAMPBELL:  Okay.

6            AL-BAYOUMI:  Ahmed al Nami.

7            DC CAMPBELL:  Ahmed -- go

8       further on down, then.

9            AL-BAYOUMI:  No.  It's a

10      strange name.

11           DC CAMPBELL:  What, Ahmed

12      Al-Haznawi, this one here?  Is

13      that -- that's the one you're

14      saying is a strange name?

15           AL-BAYOUMI:  No, this is

16      A-I-I.

17           DC CAMPBELL:  Yes.

18           AL-BAYOUMI:  How do you say

19      that?

20           DC CAMPBELL:  What?

21           AL-BAYOUMI:  How do you

22      pronounce that?

23           DC CAMPBELL:  I think you

24      got the better of us because

MPS 387

Page 492

1         you're an Arabic man.

2               AL-BAYOUMI:  Ahmed, this --

3               DC CAMPBELL:  Yes.

4               AL-BAYOUMI:  -- this is not

5         Arabic name.

6               DC CAMPBELL:  What about

7         Ahmed, A-H-M-E-D?  That's an

8         Arabic name, isn't it?

9               AL-BAYOUMI:  Yeah, maybe

10        Ahmed.  Ahmed is a popular name.

11              DC CAMPBELL:  Yes.

12              AL-BAYOUMI:  Yes.

13              DC CAMPBELL:  No.

14              AL-BAYOUMI:  Al-Haznawi.

15              DC CAMPBELL:  No?  Doesn't

16        ring a bell?

17              AL-BAYOUMI:  No.

18              DC CAMPBELL:  Sayeed

19        Al-Ghamdi?

20              AL-BAYOUMI:  Sayeed also --

21        Sayeed is, I have a list of Sayeed

22        in my book, maybe.

23              DC CAMPBELL:  Right.

24              AL-BAYOUMI:  But Sayeed

MPS 387

Page 493

1           Al-Ghamdi?  I know Sayeed

2           Al-Zahrani, but not Sayeed

3           Al-Ghamdi.

4                   DC DEAN:  Sayeed who do you

5           know?

6                   AL-BAYOUMI:  Huh?

7                   DC DEAN:  Who do you know,

8           Sayeed?

9                   AL-BAYOUMI:  Al-Zahrani.

10          A-L.

11                  DC DEAN:  Yeah.

12                  AL-BAYOUMI:  Z --

13                  DC DEAN:  Yeah.

14                  AL-BAYOUMI:  -- A-H --

15                  DC DEAN:  Yeah.

16                  AL-BAYOUMI:  -- R-A-

17                  DC DEAN:  Yeah.

18                  AL-BAYOUMI -- N-Y -- N-I.

19                  DC DEAN:  Where do you know

20          him from?

21                  AL-BAYOUMI:  Or N-Y.

22                  DC DEAN:  Huh?

23                  Where do you know him from?

24                  AL-BAYOUMI:  He's my

Page 494

1          colleague in the civil aviation.
2                  DC DEAN:  In the --
3                  AL-BAYOUMI:  In civil
4          aviation.  Sayeed Al-Zahrani.
5                  DC DEAN:  Where does he
6          live?
7                  AL-BAYOUMI:  He's an
8          accountant.
9                  In Saudi Arabia.  In Saudi
10         Arabia.
11                 DC DEAN:  And how old is he?
12                 AL-BAYOUMI:  Maybe 44 or 45.
13                 DC DEAN:  Okay.
14                 DC CAMPBELL:  And finally,
15         Ziad Jarrah, J-A-R-R-A-H.
16                 AL-BAYOUMI:  Ziad?
17                 DC CAMPBELL:  Ziad, yeah.
18                 AL-BAYOUMI:  I think I never
19         heard about Ziad Jarrah.  Yeah.
20         Jarrah, I know -- maybe -- I know
21         one Musaed Jarrah.  Musaed.
22                 DC CAMPBELL:  All right.
23                 AL-BAYOUMI:  You can write
24         the name Musaed like this.  Jarrah

Page 495

1          or Al-Jarrah, maybe.  Musaed

2          Al-Jarrah.

3                  DC CAMPBELL:  Have you ever

4          heard of someone called Red,

5          Red-wan or Redun Dahamine?

6                  AL-BAYOUMI:  Huh?

7                  DC CAMPBELL:  Ridwan, that's

8          how we would pronounce it in

9          English, Ridwan or Ridun Dahamine.

10                 AL-BAYOUMI:  Ridwan

11         Dahamine?  I know someone, his

12         name is Radwan.

13                 DC CAMPBELL:  Yes.

14                 AL-BAYOUMI:  But Dahamine,

15         I'm not sure.

16                 DC CAMPBELL:  Okay.  Who is

17         this Redun?

18                 AL-BAYOUMI:  Who?

19                 DC CAMPBELL:  Yes.

20                 AL-BAYOUMI:  Radwan?

21                 DC CAMPBELL:  Uh-huh.

22                 AL-BAYOUMI:  He's a

23         Moroccan -- Moroccan guy in San

24         Diego.

Page 496

1          DC CAMPBELL:  And how do you
2     know this man?
3          AL-BAYOUMI:  How do I know
4     him?  He was -- I know him from
5     the mosque.  But he was our
6     neighbor.  He was -- yeah, he was
7     our neighbor.
8          DC CAMPBELL:  Uh-huh.
9          AL-BAYOUMI:  Yeah, Radwan.
10         DC CAMPBELL:  Is there an
11    Arabic phrase for people with
12    ginger hair?  Are they known as
13    the red one?  Is that right?  Red
14    One, red hair?
15         AL-BAYOUMI:  No.
16         DC CAMPBELL:  No?  You've
17    never heard that?
18         AL-BAYOUMI:  No.  No.
19         DC CAMPBELL:  So that --
20    what I'm trying to find out is, is
21    it a nickname or is it a proper
22    name?
23         AL-BAYOUMI:  No, no, no --
24    the name.  His name is Radwan.

Page 497

1          Radwan.  But yeah, his name is

2          Ridwan Lachhab.

3               DC DEAN:  Radwan --

4               DC CAMPBELL:  R-A-D --

5               AL-BAYOUMI:  Radwan?

6               DC CAMPBELL:  R-A-D -- how

7          do you spell the rest of it?

8               AL-BAYOUMI:  Lachhab?

9               DC CAMPBELL:  No, Redun.

10              AL-BAYOUMI:  Radwan.

11              DC CAMPBELL:  Radwan.

12              AL-BAYOUMI:  I think Radwan.

13         I think it's Radwan.

14              SOLICITOR:  R-A-D-W-A-N.

15              DC CAMPBELL:  Right, Radwan,

16         agreed.  I understand.

17              AL-BAYOUMI:  Yeah.

18              DC CAMPBELL:  And his last

19         name?

20              AL-BAYOUMI:  I think -- I

21         think Lachhab -- I'm not sure.

22         Lachhab or --

23              DC DEAN:  Lachhab?

24              DC CAMPBELL:  And what

Page 498

1        national origin is he?

2               AL-BAYOUMI:  He's from

3        Morocco.

4               DC CAMPBELL:  So it's a

5        possible French name, is it,

6        Lachhab?

7               AL-BAYOUMI:  Lachhab.  Yeah,

8        you know, Morocco was colonized by

9        France.  By France.  Yeah, by

10       France.

11              DC CAMPBELL:  Yes.

12              AL-BAYOUMI:  He works for

13       developing home pages and the

14       other things, yeah.

15              DC CAMPBELL:  Developing,

16       sorry, what?

17              AL-BAYOUMI:  Home pages.

18              DC CAMPBELL:  Home pages?

19              AL-BAYOUMI:  Yeah.

20              DC CAMPBELL:  What, on

21       websites?

22              AL-BAYOUMI:  Websites.

23              DC CAMPBELL:  Website

24       designer?

Page 499

```
 1              AL-BAYOUMI:  Yeah, website
 2         designer.
 3              DC CAMPBELL:  And what does
 4         he look like, please?  What does
 5         he look like?
 6              AL-BAYOUMI:  He -- he's not
 7         tall, you know.  But he's shorter
 8         than me.  But younger, maybe 20
 9         years or something like that.
10              DC CAMPBELL:  So he's 20
11         years old?
12              AL-BAYOUMI:  Yeah, 20 years
13         old.
14              DC CAMPBELL:  So he's a
15         young man?
16              AL-BAYOUMI:  20 years, yeah.
17              DC CAMPBELL:  20 years --
18         well, I wish I was 20, I'm sure
19         you may do as well.
20              Do you know what I mean?
21         He's a young man if he's only 20,
22         isn't he?
23              AL-BAYOUMI:  Yes, 20 years.
24              DC CAMPBELL:  Yeah.
```

MPS 387

Page 500

1          Compared to us he's young.

2                  AL-BAYOUMI:  Huh?

3                  DC CAMPBELL:  Compared to

4          us --

5                  AL-BAYOUMI:  Yeah.

6                  DC CAMPBELL:  -- he's young.

7          Yeah, okay.

8                  Anything else distinctive

9          about this man?  Would you have

10         his name in your phone book?

11                 AL-BAYOUMI:  Yeah, I'm sure.

12         I'm sure.  I think have his name

13         in the book.  I think so.

14                 DC CAMPBELL:  Yeah.  Is

15         there any more questions you want

16         to ask about this?  Because I want

17         to just ask a couple more general

18         questions which we've already

19         covered.

20                 DC DEAN:  Just a quick

21         description, that's all, of the

22         last guy.

23                 DC CAMPBELL:  Yeah.  Sorry.

24         He's in his 20s.  What sort of

MPS 387

```
                                              Page 501
    1        build?
    2                AL-BAYOUMI:  He's a little
    3        bit skinny.  He's not --
    4                DC CAMPBELL:  Okay.  And his
    5        hair color, please?  And skin
    6        color.
    7                AL-BAYOUMI:  His color, I
    8        think, is normal a little bit.
    9                DC CAMPBELL:  Sorry?
   10                AL-BAYOUMI:  Normal.
   11                SOLICITOR:  Normal compared
   12        to who?
   13                DC CAMPBELL:  You know,
   14        French Algerians are lighter
   15        skinned than maybe someone from
   16        further south in, say, Egypt.
   17                AL-BAYOUMI:  Uh-huh.
   18                DC CAMPBELL:  You understand
   19        the difference in skin color?
   20                AL-BAYOUMI:  Yeah.
   21                DC CAMPBELL:  Because of the
   22        Western influence, you know,
   23        people mix and, you know, you get
   24        lighter skins.
```

Page 502

1            AL-BAYOUMI:  Yeah, yeah.

2            You mean his skin?

3            DC CAMPBELL:  Skin color,

4       yes.

5            AL-BAYOUMI:  I think

6       brighter than me a little bit.

7            DC CAMPBELL:  When you say

8       brighter, do you mean more white?

9            AL-BAYOUMI:  Yeah, more

10      white.

11           DC CAMPBELL:  Okay.

12           AL-BAYOUMI:  More white than

13      me but not like you, for example.

14      No.

15           DC CAMPBELL:  Okay.  We

16      don't have any sun in England.

17           And does he wear a beard, a

18      moustache?

19           AL-BAYOUMI:  You know, he

20      sometimes -- you found his hair

21      was thick -- like this.

22           DC CAMPBELL:  A ponytail.

23           AL-BAYOUMI:  Sometimes, you

24      know, he comes in, you know,

MPS 387

```
                                                    Page 503
1          regular hair, regular cut.  But I
2          think he doesn't have beard.
3                  DC DEAN:  What color was his
4          hair, sorry?
5                  AL-BAYOUMI:  He doesn't have
6          beard.  Yeah, he doesn't have at
7          all beard.  He doesn't -- he
8          doesn't shave.  I think he didn't
9          shave it regularly -- no, nature,
10         he doesn't have.
11                 DC DEAN:  What color?
12                 AL-BAYOUMI:  Of his head?
13                 DC DEAN:  Yeah, hair.
14                 AL-BAYOUMI:  Hair.  I think
15         black.
16                 DC CAMPBELL:  Just to go
17         back, going to talk about
18         yourself.  And, again, I've got my
19         knowledge of your religious
20         background, you appear to be a
21         very religious man.  You pray five
22         times daily?
23                 AL-BAYOUMI:  Yeah, but I'm
24         not very, very religious man.
```

Page 504

1              DC CAMPBELL:  Right.  You're

2        not?  Because what I was going to

3        come on to is you have a mustache

4        but you don't have a beard.

5              AL-BAYOUMI:  Yeah.  Exact --

6        you know, it's different, a little

7        bit.  If you said, for example, if

8        I am totally, what do you call it,

9        religious --

10             DC CAMPBELL:  Yes.

11             AL-BAYOUMI:  -- man or

12        something like that, you don't

13        find in my house, for example, TV.

14             DC CAMPBELL:  Yes.

15             AL-BAYOUMI:  Okay.  I have

16        to wear, you know, clothes.

17             DC CAMPBELL:  Right, okay.

18             AL-BAYOUMI:  You know, white

19        clothes and short little bit and

20        have beard and, you know, this is

21        the --

22             DC CAMPBELL:  Is that --

23             AL-BAYOUMI:  I'm trying

24        to -- to wear -- worship God, you

MPS 387

```
                                                   Page 505

1           know, any time and pray on time,

2           for example, and take of care --

3           take care of my family and do nice

4           to people.  Yeah, this is the main

5           things I have.

6                If you look at, for example,

7           -- for example, my research paper,

8           you'll find that I'm trying to

9           discuss the issue which people,

10          for example, involved in it, for

11          example, business ethics and the

12          crisis of Firestone for the

13          blowing out the tires and people

14          died or something like that.  I am

15          concerned about the situations.

16               DC CAMPBELL:  Okay.

17               AL-BAYOUMI:  Yeah.

18               DC CAMPBELL:  Let's move on

19          to that situation, since you

20          spoke -- you've spoken about it.

21               AL-BAYOUMI:  Uh-huh.

22               DC CAMPBELL:  Since the

23          tragic events of the 11th of

24          September, there has been
```

Page 506

1        suggestion that the stock market

2        has been manipulated and people

3        have made a lot of money on that.

4                Are you aware of that?  Are

5        you aware of that, the fact that

6        that allegation has been made?

7                AL-BAYOUMI:  I honestly,

8        when I heard the -- before I heard

9        about this situation, because my

10       family, uh, family came here in

11       August 25th.  And it was -- I have

12       plan, before they come here.

13       First of all, it was register my

14       kids at school because they should

15       be in school in 3rd of September,

16       I think.  Okay, this is first

17       concern.

18               The second one, to finish my

19       thesis, because I have to submit

20       it in end of this month.  The

21       first one for the MSc, called for

22       Finance also, which is for the

23       link with the Firestone crisis.

24       This is what was my concern.

Page 507

```
 1              Even sometimes I go to TV
 2         and watch TV, but I don't know
 3         what's going on, I'm just like --
 4         you know, because I'm thinking
 5         about something else.
 6              But when I saw this tragic,
 7         I -- you know, I feel sorry for
 8         people who, you know, die.  But no
 9         one can -- no one can do anything
10         about it.  But we felt sorry
11         for -- sorry for them and, uh --
12              DC CAMPBELL:  Well, we're
13         certainly trying to do something
14         about it.
15              AL-BAYOUMI:  -- and its --
16         its pain.  Huh?
17              DC CAMPBELL:  We, the
18         police, are trying to do something
19         about it.
20              AL-BAYOUMI:  Yeah.
21              DC CAMPBELL:  We mentioned
22         to you before about the coverage
23         of this incident and you've --
24         you've already just said that
```

Page 508

1          you -- you saw some on television

2          but you did not see much.

3                 Are you adamant that you

4          have not seen the names of the

5          people that are alleged to have

6          been involved in this incident?

7                 AL-BAYOUMI:  On TV?

8                 DC CAMPBELL:  On TV or in

9          the newspapers.

10                 AL-BAYOUMI:  On newspapers,

11          yes.  First time I see the

12          pictures in the newspaper, when

13          she brought me the newspaper.

14                 But, however, for example, I

15          have the, what do you call it,

16          Economist magazine.

17                 DC CAMPBELL:  Uh-huh.

18                 AL-BAYOUMI:  But it has --

19          it doesn't has any, for example,

20          pictures or something like that.

21                 And I sort of just wrote

22          here, you know, because I need to

23          know exactly what the -- what's

24          going on and the -- to be familiar

MPS 387

Page 509

1          with what's going on or something

2          like that.  But I didn't have that

3          much time to look at it -- at it

4          and with details and depth, or

5          something like that.  Because, as

6          I told you, I was very busy.

7                  Also, I had another problem

8          in -- at the last -- because the

9          landlord of the previous house

10         promised me to, for example, to

11         change the stove, and change the

12         carpet, and change some carpet,

13         you know.  And it was leaking in

14         the kitchen.  And he every day

15         said, every week or every time

16         said, tomorrow, or next week,

17         tomorrow, next week, tomorrow,

18         next week.

19                 Until my wife saw some

20         worms, you know, on the -- even on

21         the third floor, okay, because we

22         have a little baby, my daughter.

23         And she said, we have to find

24         another house for -- I said, I am,

Page 510

1          you know, very, very busy.  I

2          don't have time.  She said, okay,

3          try to -- to find house because

4          this house is not -- and also, the

5          ceiling fell down, okay.  And this

6          has make the -- everything is

7          messed up.  And I start on this

8          and we look at the other house and

9          moved quickly, as soon as we can,

10         because I have to, you know,

11         finish as soon as possible.

12              DC CAMPBELL:  Ian, any more

13         questions you'd like to ask?

14              DC DEAN:  Not at this time,

15         no.

16              DC CAMPBELL:  It's becoming

17         quite late at night for us.

18         Because although you stay here, we

19         have to work on after we finish

20         with you, write reports, and also

21         travel home to get some sleep.  So

22         we are tired as well.

23              AL-BAYOUMI:  Okay.

24              DC CAMPBELL:  So unless

Page 511

 1          there's anything which you would

 2          like to ask of us or anything that

 3          you think is important that we

 4          need to know about it, or if

 5          you've thought over the last

 6          couple of days about anything

 7          which you think may prove your

 8          innocence, then I should conclude

 9          the interview now.

10               AL-BAYOUMI:  Yeah.  Let me

11          say this.  First of all, when

12          they, for example, moved to the

13          other apartment, okay, and they,

14          you know, finished with, I think,

15          contract with the managers, okay,

16          it means that I don't have

17          involvement in -- in -- in the --

18          in -- in -- in the -- for example,

19          what do you call it --

20               DC CAMPBELL:  Guarantor?

21               AL-BAYOUMI:  The guarantor.

22          Okay.  And they come back again,

23          okay.  But I don't know who is

24          their --

Page 512

1              DC CAMPBELL:  Guarantor was.

2              AL-BAYOUMI:  The guarantor.

3         Because I didn't, you know, this.

4         And asked, I think, you Dave,

5         or --

6              DC CAMPBELL:  Ian.

7              AL-BAYOUMI:  He asked me

8         yesterday if I, for example, used

9         the car of the people who were

10        next to me or I -- you know what,

11        I remembered this last night, that

12        sometimes I -- I like to go

13        walking to the mosque.  And

14        sometimes people give me, for

15        example, ride to the house.  And

16        sometimes, you know, the two cars,

17        my car and my wife car, parked in

18        the, for example, in the mosque.

19        And I have to drive one and the

20        other one drive car -- you know, I

21        -- I'm not sure exactly if

22        someone, for example, drive my car

23        or, you know, or I -- I drove by

24        myself, or how I make it back

MPS 387

Page 513

1          there.  But, you know, usually in

2          the mosque, if you go to the

3          mosque, you will find one -- hi,

4          hi, come with me to give you ride,

5          for example, or something like

6          that.  This is what I want to make

7          it clear.

8                    DC CAMPBELL:  Okay.  And can

9          I clarify with you that these two

10         men did not live with you for some

11         time at your house?

12                    AL-BAYOUMI:  No.  At all.

13                    DC CAMPBELL:  At all?

14                    AL-BAYOUMI:  Yeah.

15                    DC CAMPBELL:  Even for one

16         night?

17                    AL-BAYOUMI:  Even for one

18         night.

19                    DC CAMPBELL:  Can we go on

20         from there?  At the other

21         addresses that we have mentioned,

22         the two previous addresses that

23         you lived at, can we confirm that

24         no one else stayed with you at

Page 514

1          those addresses?

2                  AL-BAYOUMI:  No one stay

3          with me?  No.  At all.

4                  DC CAMPBELL:  Apart from

5          your wife and children, obviously?

6                  AL-BAYOUMI:  Yeah, my wife

7          and my children.  Yeah.

8                  DC CAMPBELL:  All right.

9          Okay.  The time by my watch is now

10         9:52.

11                 AL-BAYOUMI:  Yeah.

12                 DC CAMPBELL:  And if you're

13         happy and if there's no

14         representations from your

15         solicitor --

16                 SOLICITOR:  No, not at this

17         time.

18                 DC CAMPBELL:  -- I shall

19         conclude the interview.

20                 However, I will say that

21         there are a number of questions

22         which we will be asking you.  It

23         will be need -- it will be

24         necessary for us to further

Page 515

1          interview you.  And I hope that

2          you do appreciate that we are

3          working as hard as we can, as fast

4          as we can, to establish your

5          truth, or your guilt or innocence

6          in this case.

7               So we're not just sitting

8          away from here doing nothing,

9          we're working extremely hard.

10         Okay.

11               AL-BAYOUMI:  Okay.

12               DC CAMPBELL:  And that is

13         the reason why, that we only

14         interview you for a short time,

15         then you don't see us again for a

16         long time and then we interview

17         you again.  Okay?  Because every

18         time we do this, we have to go and

19         check everything you say.

20               AL-BAYOUMI:  Yeah.

21               DC CAMPBELL:  Yeah, so it

22         takes a long time.

23               AL-BAYOUMI:  Okay.

24               DC CAMPBELL:  Okay.  So it

Page 516

1          is difficult, and I hope you can

2          appreciate that.

3                   AL-BAYOUMI:  Yeah, I

4          appreciate it, yeah.

5                   DC CAMPBELL:  So the court

6          has already granted that you be

7          detained here until Wednesday

8          afternoon, I believe.  But if the

9          circumstances are that we can --

10         we find you're innocent, you will

11         go before then.  And if not, we

12         will deal with the issues as they

13         come up on Wednesday.  Okay.

14                  AL-BAYOUMI:  Okay.

15                  DC CAMPBELL:  The time by my

16         watch now is 9:54 p.m., and I'll

17         conclude the interview.

18                  (Whereupon, the tape

19         concluded.)

20

21

22

23

24

Page 517

```
 1                    -  -  -

 2                   MPS 389

 3                    -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  25/09/2001

11

12   DURATION OF INTERVIEW:  45 minutes

13

14   TIME OF INTERVIEW:  1625-1710

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

Page 518

```
1                    -  -  -

2              DC CAMPBELL:  This interview

3         is being tape-recorded.  I am

4         Detective Constable David

5         Campbell, attached to the

6         anti-terrorist branch at Scotland

7         Yard.  Also present is --

8              DC DEAN:  Detective

9         Constable Ian Dean, also attached

10        to the anti-terrorist branch.

11             DC CAMPBELL:  And I'm

12        interviewing -- for the benefit of

13        the tape, could you state your

14        name for me, please?

15             AL-BAYOUMI:  Omar

16        Al-Bayoumi.

17             DC CAMPBELL:  And also

18        present is your legal

19        representative.

20             May I also have your name,

21        please?

22             SOLICITOR:  Jacqui

23        Gordon-Lawrence, authorized

24        representative with Fisher
```

Page 519

1       Meredith.

2             I am now required to explain

3       my role.  It is to protect my

4       client's rights.  I will continue

5       to advise my client throughout

6       this interview.  I shall intervene

7       if my client asks for or needs

8       legal advice or your questioning

9       is inappropriate or you raise

10      matters which have not been made

11      known to me.

12            After receiving legal

13      advice, my client has decided to

14      answer questions which you may

15      raise that are relevant to his

16      arrest.

17            DC CAMPBELL:  Thank you.

18            Mr. Al-Bayoumi, do you feel

19      fit enough to be interviewed at

20      this stage?

21            AL-BAYOUMI:  Yeah.

22            DC CAMPBELL:  If that

23      changes in any way, just let us

24      know.  We'll stop the interview

Page 520

1          and we'll call a doctor.

2               AL-BAYOUMI:  Sure.

3               DC CAMPBELL:  Or, again, if

4          you need some refreshments, just

5          let us know and we'll provide

6          refreshments for you.

7               AL-BAYOUMI:  Sure.

8               DC CAMPBELL:  As I

9          understand, you've had a meal; is

10         that right?

11              AL-BAYOUMI:  Yeah.

12              DC CAMPBELL:  Okay.  And

13         you've also had an opportunity

14         just to pray?

15              AL-BAYOUMI:  Yeah.

16              DC CAMPBELL:  Okay.  All

17         right.  Today's date is the 25th

18         of September, 2001.  And the time

19         by my watch is 4:25 p.m.

20              At the conclusion of this

21         interview, I'll give you a notice

22         that sets out what happens to the

23         two tapes that you saw me unwrap

24         and place into the machine behind

Page 521

1        me.

2              Now, this interview is

3        subject to monitoring from the

4        secure suite, which is just across

5        the way.  Now, I'll just point out

6        to you that although this

7        interview is being monitored, it

8        is not being subject of video

9        recording.

10              Do you understand that?

11              AL-BAYOUMI:  Yes.

12              DC CAMPBELL:  And as you can

13        see, the screen behind me is the

14        picture that would be conveyed to

15        the officer in charge of this

16        investigation, DI Ponting.

17              AL-BAYOUMI:  Okay.

18              DC CAMPBELL:  Okay.  And

19        another officer, DC Kennell.  They

20        will be monitoring this interview.

21        The purpose of that monitoring is

22        to speed up this inquiry, because

23        it takes a long time for us to

24        make our inquiries at each stage

```
                                                    Page 522
 1          after we interview you.  And time

 2          is pressing on since we last

 3          interviewed you, so anything that

 4          comes out from this interview will

 5          be fast-tracked so that we can

 6          make our inquiries and, hopefully,

 7          that should speed up any detention

 8          -- time that you're being detained

 9          here at the police station.

10               Do you understand that?

11               AL-BAYOUMI:  Yes.

12               DC CAMPBELL:  And are you in

13          agreement for that to take place?

14          Are you happy for that to take

15          place?

16               AL-BAYOUMI:  For --

17               DC CAMPBELL:  Are you happy

18          for this interview to be

19          monitored?  Are you happy for the

20          officer --

21               AL-BAYOUMI:  I'm not sure.

22               DC CAMPBELL:  You're not

23          sure?

24               AL-BAYOUMI:  I'm not sure
```

MPS 389

Page 523

```
1        for the interview to be monitored,
2        I'm not sure exactly.  But if it's
3        okay, it's okay.
4              DC CAMPBELL:  Okay.  Well,
5        we've spoken with that -- with
6        that -- about that issue with your
7        solicitor --
8              AL-BAYOUMI:  Yes.
9              DC CAMPBELL:  -- and no
10       representations have been made by
11       your solicitor.  And as I did say,
12       it's not being videoed, it's just
13       being monitored by two other
14       officers.
15             Do you understand that?
16             AL-BAYOUMI:  It's okay?
17       Yeah.
18             DC CAMPBELL:  Thank you.
19             As you can see, there's a
20       warning light above here.
21             AL-BAYOUMI:  Yeah.
22             DC CAMPBELL:  A red light
23       that you can see?
24             AL-BAYOUMI:  Yeah.
```

1              DC CAMPBELL:  If that light
2         goes off, it means the interview
3         is no longer being monitored.
4              Do you understand that?
5              AL-BAYOUMI:  Yeah.
6              DC CAMPBELL:  Okay.  Now,
7         I'm going to remind you of your --
8         of the caution, that means you do
9         not have to say anything, but it
10        may harm your defense if you do
11        not mention, when questioned,
12        something which you later rely on
13        in court.  Anything you do say may
14        be given in evidence.
15             Do you understand the
16        caution?
17             AL-BAYOUMI:  Yes.
18             DC CAMPBELL:  Okay.  Now, as
19        I've mentioned to you on each
20        occasion when you've been
21        interviewed, I'll just remind you
22        why you're here at this police
23        station.
24             You were arrested at your

Page 525

1      home address by DC Dean in

2      connection with acts of terrorism

3      that have taken place in the

4      United States on the 11th of

5      September of this year.  And we

6      believe that you may have been

7      involved in the commission,

8      preparation or instigation of acts

9      of terrorism.  And the purpose of

10     you being detained here at the

11     police station is for us to

12     interview you in connection with

13     those offenses.

14           Do you understand that?

15           AL-BAYOUMI:  Yeah, I

16     understand that.  Also, I said I

17     don't have any involvement in this

18     situation at all.

19           DC CAMPBELL:  Okay.  Well,

20     the purpose of this interview is

21     to go back over points which have

22     been raised in the previous

23     interviews --

24           AL-BAYOUMI:  Yes.

MPS 389

Page 526

```
 1              DC CAMPBELL:  -- to go into
 2         more depth and establish if you
 3         have been involved in these --
 4              AL-BAYOUMI:  Sure.
 5              DC CAMPBELL:  -- offenses.
 6              AL-BAYOUMI:  Sure.
 7              DC CAMPBELL:  And we can
 8         only do that by interviewing you
 9         about the matters which we've
10         already raised.
11              AL-BAYOUMI:  Sure.
12              DC CAMPBELL:  Now, I'd like
13         to start the interview by asking,
14         again, about where you were
15         staying when you were in America.
16         And I'm talking in particular
17         about the time when you were
18         staying at your home address of
19         152 Mount Ada Street, which is in
20         San Diego, okay.  So that's the
21         particular period that we're
22         interested in.
23              So can you tell me about
24         that particular place where you
```

Page 527

1          were staying in and who you were

2          staying with?

3                  AL-BAYOUMI:  This is the

4          first place?

5                  DC CAMPBELL:  This is the

6          last place that you were staying

7          in, the last complex.

8                  AL-BAYOUMI:  Which one?

9                  DC CAMPBELL:  152, Apartment

10         152.

11                 AL-BAYOUMI:  Yeah.  152.

12                 DC CAMPBELL:  So tell me

13         about that.  Can you tell me when

14         you took out the lease for that

15         property?

16                 AL-BAYOUMI:  Actually, I'm

17         not sure what -- what exactly --

18         but when I moved from the second

19         complex, I went to the -- to this

20         one.  But I'm not sure exactly.  I

21         think I spent for about two years

22         or one year and something.  I'm

23         not sure exactly, the date.  But

24         you can go to the record of the

Page 528

1          managerial file, the date exactly

2          what you're --

3                DC CAMPBELL:  Okay.  When

4          you took out the rental agreement

5          on that property, did you have to

6          sign a form for that?

7                AL-BAYOUMI:  Yeah.

8                DC CAMPBELL:  And what sort

9          of details did you have to provide

10         the person that you took out the

11         agreement with?

12               AL-BAYOUMI:  I think she

13         take a copy of the driver's

14         license or -- I'm not sure exactly

15         what she took at that time.

16         But -- but I remember now, when I

17         signed the for -- for lease, there

18         were previous management before

19         this one.  Before this one, yeah.

20               DC CAMPBELL:  And did you

21         have to have a guarantor for that

22         address?

23               AL-BAYOUMI:  I think so.

24               I can't remember.  Maybe he

MPS 389

Page 529

```
 1          said to put more deposit or
 2          something like that.  I'm not
 3          sure.
 4                DC CAMPBELL:  Okay.  And
 5          what about references, did you
 6          need to put down the name of a
 7          person who could give you a
 8          reference?
 9                AL-BAYOUMI:  Say it again.
10                DC CAMPBELL:  Did you need
11          to put down the name of a person
12          who could give a character
13          reference about you?
14                AL-BAYOUMI:  I'm not sure at
15          that time because -- yeah, each --
16          each, yeah, you know, management
17          or each -- yeah, I mean office
18          manager, they have rules, you
19          know.  And I'm not sure exactly.
20                DC CAMPBELL:  Okay.  Let me
21          put it another way.  Do you know a
22          man by the name of, I'll spell the
23          first name for you, L-U-W-A-M,
24          Luwam?
```

Page 530

1              AL-BAYOUMI:  Yeah, Luwam

2       Bashir.

3              DC CAMPBELL:  And we've also

4       got a name of Noor, N-O-O-R.

5              AL-BAYOUMI:  Luw -- I think

6       Luwam Noor Bashir is his name.

7              DC CAMPBELL:  Yeah?

8              AL-BAYOUMI:  I think so,

9       yeah.

10             DC CAMPBELL:  And he lives

11      in the same apartment complex as

12      yourself?

13             AL-BAYOUMI:  Same apartment?

14             DC CAMPBELL:  Complex.

15             AL-BAYOUMI:  Same complex,

16      yes.  Yeah.

17             DC CAMPBELL:  So you know

18      the man that I'm talking about?

19             AL-BAYOUMI:  Yeah.

20             DC CAMPBELL:  Did he provide

21      a reference for you, or did you

22      give his name as a reference?

23             AL-BAYOUMI:  I'm not sure.

24      Maybe he -- yeah, gave me

Page 531

1         reference.  Because he usually

2         gave me, you know, reference or,

3         you know, if I need something, you

4         know.  He, you know, for

5         example -- even, you know, he gave

6         me usually a reference.

7              DC CAMPBELL:  Did you speak

8         to him about -- ask him if he

9         would be a referee or give you a

10        reference for this address?

11             AL-BAYOUMI:  I think so.

12        I'm not -- I'm not sure.  But I

13        think he -- you know, he --

14             DC CAMPBELL:  Well, you

15        mentioned that he had given you

16        references in the past for your

17        previous addresses?

18             AL-BAYOUMI:  He?

19             DC CAMPBELL:  Yes.

20             AL-BAYOUMI:  He mentioned?

21             DC CAMPBELL:  I'm asking you

22        the questions.  I'm asking you if

23        Mr. Noor gave you a reference for

24        the 152 Mount Ada Street

MPS 389

Page 532

1        application.

2                AL-BAYOUMI:  Ah, I'm not

3        sure exactly.  But he's, you

4        know -- I mean, he knows me from

5        the beginning, when I arrived

6        there.  And, yeah, he -- if --

7                DC CAMPBELL:  Well, you're

8        saying you're not sure.  But

9        you're not answering my question.

10               I can tell you that

11       Mr. Noor's details are provided on

12       your rental application.

13               AL-BAYOUMI:  Uh-huh.

14               DC CAMPBELL: Did you ask his

15       permission to put him down as a

16       reference for your application?

17               AL-BAYOUMI:  Yeah, I think

18       the manager will not just -- to

19       put name of someone and that's it.

20       He has to sign, I think, or

21       something like that.  You know,

22       they --

23               DC CAMPBELL:  The question

24       was, did you ask Mr. Noor to give

Page 533

1          you a reference for that address?

2                    AL-BAYOUMI:  Ah, I can't

3          remember.

4                    DC CAMPBELL:  Okay.  Do you

5          remember how much you were paying

6          for the rental of this property?

7                    AL-BAYOUMI:  I think, in the

8          beginning, 800 and something or

9          900, in between this amount.

10                   DC CAMPBELL:  And that's

11         dollars?

12                   AL-BAYOUMI:  Dollars, yeah.

13                   DC CAMPBELL:  Now, let's

14         move on.  In fact, I'll ask you

15         some more questions about whilst

16         you were staying at that address.

17                   Again, the same questions

18         that we've covered previously,

19         just so that there's no

20         ambiguities here, okay.  No

21         mistakes.

22                   Who else was living with you

23         at that address?

24                   AL-BAYOUMI:  At 152?

Page 534

1                    DC CAMPBELL:  Yes.

2                    AL-BAYOUMI:  No one.

3                    DC CAMPBELL:  Let me put it

4            another way, because you've

5            already mentioned that your wife

6            and your children were living with

7            you at that address.

8                    AL-BAYOUMI:  Yeah, my wife

9            and my children, from the

10           beginning when I came to the

11           United States until I leave, my

12           wife and my children are with me.

13                   DC CAMPBELL:  And apart from

14           that, did you have any guests

15           staying at your house, staying

16           overnight and living with you at

17           your house?

18                   AL-BAYOUMI:  Yeah, I told

19           you, the visitors came from Saudi

20           Arabia, who is -- you know, 17

21           years old and he came to study

22           English.  And, yeah, he stayed

23           with us, maybe, for about a month

24           or something like that.

Page 535

1          DC CAMPBELL:  And who was
2      he?
3          AL-BAYOUMI:  Ayman Badkook.
4      I gave you his number -- his name
5      before.  Ayman.  Ayman Badkook.
6          DC CAMPBELL:  Is he your
7      brother?
8          AL-BAYOUMI:  He is the son
9      of my aunt's daughter.
10          DC CAMPBELL:  Okay.
11          AL-BAYOUMI:  Yeah.
12          DC CAMPBELL:  When was this?
13          AL-BAYOUMI:  When?
14          DC CAMPBELL:  Uh-huh.
15          AL-BAYOUMI:  When was this?
16      Date, you mean?
17          DC CAMPBELL:  Yes, please.
18          AL-BAYOUMI:  I'm not sure
19      exactly what date, but I think
20      after, approximately, the month of
21      6.  6.  The month of 6.
22          DC CAMPBELL:  June?
23          AL-BAYOUMI:  June, maybe.
24      I'm not sure exactly.

Page 536

1                    DC CAMPBELL:  Of which year?

2                    AL-BAYOUMI:  2000.

3                    DC CAMPBELL:  Okay.  Did

4          anyone else stay with you whilst

5          you were living at this address?

6                    AL-BAYOUMI:  No.

7                    DC CAMPBELL:  Did your

8          brother?

9                    AL-BAYOUMI:  No.  But he --

10         when he lived with me, just for a

11         period of time, you know, for

12         vacation, for his vacation.

13                   DC CAMPBELL:  Who was this,

14         your brother?

15                   AL-BAYOUMI:  Ayman. No, no

16         -- Ayman. Badkook.

17                   DC CAMPBELL:  Right.  How

18         many days or weeks was this?

19                   AL-BAYOUMI:  I think for

20         about seven weeks or six weeks.

21         I'm not sure.

22                   DC CAMPBELL:  Okay.  So as

23         far as you're concerned, there was

24         only one other person -- sorry,

Page 537

1          there was only one person who has

2          lived at your apartment?

3                  AL-BAYOUMI:  Yeah.  Exactly.

4                  DC CAMPBELL:  Okay.

5                  AL-BAYOUMI:  Yeah.

6                  DC CAMPBELL:  And we're

7          quite clear about that?

8                  AL-BAYOUMI:  Yeah.

9                  DC CAMPBELL:  Okay.

10                  AL-BAYOUMI:  Yeah.

11                  SOLICITOR:  Can I just --

12          sorry -- interrupt here?

13                  DC CAMPBELL:  Yes, you may.

14                  SOLICITOR:  What -- what

15          they're saying, okay, is, no one

16          else came on holiday, stayed for a

17          night or two nights or a week or

18          two weeks?  No one else apart from

19          this young man stayed with you in

20          your house?  No family, no

21          friends, no one else but you, your

22          wife, your children --

23                  AL-BAYOUMI:  Yeah.

24                  SOLICITOR:  -- and on this

Page 538

1          occasion, for this period of time,

2          six weeks or whatever, Ayman --

3          Ayman Badkook?

4              AL-BAYOUMI:  Yeah.

5              SOLICITOR:  No one else

6          would visit you?

7              AL-BAYOUMI:  No one else.

8          But maybe visitors, you know, from

9          the same city, you know, visit my

10         wife, for example, while I was

11         here, okay, visit her.  Maybe,

12         yes.

13             DC CAMPBELL:  When you say

14         visit her maybe, what do you mean,

15         stayed overnight?

16             AL-BAYOUMI:  Maybe, yeah,

17         stayed overnight.  Yeah.

18             DC CAMPBELL:  Would that not

19         be unusual within your community,

20         that another man --

21             AL-BAYOUMI:  No, not man.

22             DC CAMPBELL:  Not man.

23             AL-BAYOUMI:  Not man, no.

24         Not man, yeah.

MPS 389

Page 539

1            DC CAMPBELL:  So that --
2       that's exactly what the point I
3       was making, it would be unusual
4       for another man to stay in your
5       house whilst you were away.
6            AL-BAYOUMI:  No, no.  Man,
7       no.  But woman, yes.  Maybe when I
8       was here and she was pregnant,
9       yeah, some families visit her.
10      And I'm not sure exactly if they
11      stayed the night with her or
12      something like that, no.
13           DC CAMPBELL:  Okay.
14           AL-BAYOUMI:  Because before
15      she delivered the child, she --
16      someone had the car, and she was
17      in the ninth month, you know.  And
18      I think some families stayed with
19      her or something like that.
20      Stayed the night or --
21           DC CAMPBELL:  Okay.
22           AL-BAYOUMI:  But men, no.
23      No.
24           DC CAMPBELL:  So we're all

Page 540

1          quite clear about that point, yes?

2                    AL-BAYOUMI:  Yes.

3                    DC CAMPBELL:  Now, let's

4          move on from that point.

5                    You mentioned to us about

6          traveling to Los Angeles, and

7          we're referring to the time when

8          you said you were going to collect

9          some books for the mosque.

10                   AL-BAYOUMI:  Yeah.

11                   DC CAMPBELL:  Yes?  You know

12         the time that I'm referring to?

13                   AL-BAYOUMI:  The time, I'm

14         not -- I remember I talked to my

15         solicitor, not just book to bring,

16         I went to Los Angeles to -- first

17         to renew my passport.

18                   DC CAMPBELL:  Right.

19                   AL-BAYOUMI:  Yeah.

20                   DC CAMPBELL:  So that would

21         give us a date that you went to

22         renew your passport?

23                   AL-BAYOUMI:  Exactly, yeah.

24         I was in the consulate over there.

MPS 389

Page 541

1                 DC CAMPBELL:  Right.  And

2           was it on this same occasion that

3           you met these two men that you

4           have described to us?

5                 AL-BAYOUMI:  Yeah, exactly,

6           yeah.  With Osama.

7                 DC CAMPBELL:  With Osama?

8                 AL-BAYOUMI:  Yeah, Osama,

9           the American guy.

10                DC CAMPBELL:  Do you

11          remember Osama's last name?

12                AL-BAYOUMI:  No.

13                DC CAMPBELL:  Are you sure?

14                AL-BAYOUMI:  Sorry, yeah.

15          No.

16                DC CAMPBELL:  Is there any

17          way we can find out his last name?

18                AL-BAYOUMI:  You can -- you

19          can find -- you know what, as I

20          mentioned before, once he fight

21          with his wife, and his wife stayed

22          in the house with Dr. Tarabishi.

23                DC CAMPBELL:  Uh-huh.

24                AL-BAYOUMI: And she stayed

MPS 389

Page 542

1          with him, I think --
2                DC CAMPBELL:  So
3          Dr. Tarabishi would know who this
4          woman was?
5                AL-BAYOUMI:  Ah, I think his
6          family knows who this woman was.
7          And they can, you know -- I think
8          they know the -- her cellular
9          phone, for example, or something
10         like that.
11               DC CAMPBELL:  Is this lady
12         an Arabic lady --
13               AL-BAYOUMI:  No, American.
14               DC CAMPBELL:  -- or is she
15         American?
16               AL-BAYOUMI:  Osama's wife?
17               DC CAMPBELL:  Yes.
18               AL-BAYOUMI:  American.
19               DC CAMPBELL:  And has she
20         converted to Islam?
21               AL-BAYOUMI:  Yeah, she
22         converted to Islam.
23               DC CAMPBELL:  Okay.  So she
24         would attend the mosque as well?

MPS 389

Page 543

1              AL-BAYOUMI:  Yes, she attend

2       to the mosque, yeah.

3              DC CAMPBELL:  Now, how many

4       days did you actually stay in Los

5       Angeles?

6              AL-BAYOUMI:  The same day.

7              DC CAMPBELL:  Same day?

8              AL-BAYOUMI:  Yeah.

9              DC CAMPBELL:  And how did

10      you travel?

11             AL-BAYOUMI:  By car.

12             DC CAMPBELL:  Was it your

13      car?

14             AL-BAYOUMI:  Yeah, my car.

15             DC CAMPBELL:  So it was just

16      yourself and Osama that traveled?

17             AL-BAYOUMI:  Uh-huh.

18             DC CAMPBELL:  Just yourself

19      and Osama traveled?

20             AL-BAYOUMI:  And Osama,

21      yeah.

22             DC CAMPBELL:  Osama.

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  Now, tell me

Page 544

1              about the restaurant that you went

2              to.  You mentioned that it was a

3              barbecue restaurant?

4                    AL-BAYOUMI:  Yes.

5                    DC CAMPBELL:  Whereabouts

6              was that?

7                    AL-BAYOUMI:  Umm, I'm not

8              sure exactly the name of the -- of

9              the street.  I think Venice

10             Street.  I'm not sure.  Venice.

11                   DC CAMPBELL:  Did you

12             know -- or do you know the name of

13             the restaurant?

14                   AL-BAYOUMI:  No.

15                   DC CAMPBELL:  Can you

16             describe to me what the restaurant

17             looks like?

18                   AL-BAYOUMI:  The -- the

19             restaurant is not big restaurant

20             or something like that, but he has

21             fresh meat in front of you.  He

22             cut it and put it on the grill.

23             This is what I -- you know,

24             attract me to --

MPS 389

Page 545

1            DC CAMPBELL:  Is it

2    American, Arabic?

3            AL-BAYOUMI:  Arabic.  I

4    think, yeah.

5            DC CAMPBELL:  Arabic.

6            AL-BAYOUMI:  Yeah, Arabic.

7            DC CAMPBELL:  And is it

8    close by somewhere else, somewhere

9    that we could identify?

10           AL-BAYOUMI:  Yeah, it's

11   close to the -- actually, we

12   went -- we tried to went to the

13   King Fahad Mosque over there, but

14   I think I got lost at that time.

15   I don't know how to go.  And we

16   were hungry.  And then we went to

17   the restaurant to eat.

18           DC CAMPBELL:  And now how

19   far is it away from the mosque?

20           AL-BAYOUMI:  Ah, maybe five

21   minutes.

22           DC CAMPBELL:  Okay.  By car?

23           AL-BAYOUMI:  By car, yeah.

24   Or less than that, maybe.  Less

```
                                    Page 546
1      than that.  But, you know, close
2      to it other restaurants, also.  I
3      think, Indian restaurant or
4      something like that.
5              DC CAMPBELL:  And these two
6      men that you met in the
7      restaurant, were they speaking
8      English or Arabic?
9              AL-BAYOUMI:  No, they speak
10     Arabic.  They don't know how to
11     speak English at that time.
12             DC CAMPBELL:  Who made the
13     introduction?
14             AL-BAYOUMI:  Introduction?
15             DC CAMPBELL:  Yes.  Who
16     spoke to who first?
17             AL-BAYOUMI:  First of all,
18     we were on the table like this.
19     And we finished eating, me and
20     Osama, and I heard another table
21     talking in Arabic.  And I went to
22     the guy to call him to -- to give
23     him the check.  And they were
24     talking in Arabic, and say -- I
```

Page 547

1          said hi, they said hi.  I said,

2          where are you from?  They said, we

3          are from Saudi Arabia.  I said,

4          okay, uh, umm -- how long have you

5          been here?  They said we have been

6          here for about 26 days or

7          something like that.

8                  DC CAMPBELL:  Can I just

9          pick up on that point?  You say 26

10         days?

11                 AL-BAYOUMI:  Yeah, I think

12         26 days, they said, or 24 days in

13         Los Angeles.

14                 DC CAMPBELL:  Is that usual

15         for people in Arabic language to

16         say 26 days?  Would they not say

17         three weeks, four weeks?  It seems

18         a strange date to, uh -- number of

19         days to remember.

20                 AL-BAYOUMI:  Uh-huh.  No,

21         it's -- it's okay.

22                 DC CAMPBELL:  Yeah?

23                 AL-BAYOUMI:  Yeah.  I think

24         26 days or 28 days.  I'm not sure.

MPS 389

Page 548

1          But close to this number.
2               DC CAMPBELL:  And
3          whereabouts were they living?
4               AL-BAYOUMI:  Where were they
5          living?  I don't know.  I have
6          no -- they said, we want to study
7          English and other things.  I said,
8          okay.  They sit -- uh, came and
9          sit with us, me and Osama.  And
10         they gave their names and Osama
11         with me and then we order, I
12         think, some soda or I forgot
13         what -- what we order, okay.  And
14         I paid for myself and for Osama
15         only at that time.
16              Because, you know, in our
17         culture, you have to pay for
18         everybody.  But at that time I
19         paid for me and for Osama.
20              DC CAMPBELL:  And how did
21         you pay for that?
22              AL-BAYOUMI:  I think I paid
23         cash.  I'm not sure.  Cash or -- I
24         think cash, yeah.  Yeah, I think

Page 549

1          cash.

2                   DC CAMPBELL:  Did you tell

3          them to come to your mosque?

4                   AL-BAYOUMI:  No, I told them

5          that if you need any help, I am

6          in -- in -- if you need help to

7          register, for example, English or

8          something like that, I was

9          studying in San Diego.  And, you

10         know, if you want to go to the, uh

11         -- you know, the institute, I will

12         show you, to -- to register.

13                  DC CAMPBELL:  The institute?

14                  AL-BAYOUMI:  Yeah, the

15         institute.  Because I was studying

16         in an institute.

17                  DC CAMPBELL:  Which

18         institute was that?

19                  AL-BAYOUMI:  A different

20         institute.  I started with

21         American Language Institute in San

22         Diego State University, and AL --

23         ELS Institute and --

24                  DC CAMPBELL:  But the

Page 550

1           institute that you're referring

2           to, where was that?  The institute

3           that you were saying you would

4           take them to, where is that?

5                AL-BAYOUMI:  Umm, I'm not

6           sure exactly.  Because if someone

7           came new, he ask you, where did

8           you study, for example.  I said I

9           was studying at American Language

10          Institute.  Then, okay, why do you

11          study there, for example.  I --

12          what do you like most?  For

13          example, I like, for example, the

14          communication, okay.  Okay.  Why

15          do -- did you, for example, move

16          to the ELS?  For example, I moved

17          because they give you, what do you

18          call it, levels, to move from --

19          from levels to level.  Because --

20               DC CAMPBELL:  Yes, I

21          understand that.

22               AL-BAYOUMI:  Yeah.

23               DC CAMPBELL:  But for

24          someone new to come to the

Page 551

1          country, to go to maybe the

2          university that you attend --

3                   AL-BAYOUMI:  Yeah.

4                   DC CAMPBELL:  -- you have

5          already got a degree from your own

6          country in Saudi Arabia.  How do

7          you know about their background as

8          to what level they could go to?

9                   AL-BAYOUMI:  Ah, I don't

10         know.  Because when you're -- any

11         -- any new one go to the

12         university, they -- or the

13         institute, for example, English

14         institute, they give him quiz.

15                  DC CAMPBELL:  Yes.

16                  AL-BAYOUMI:  Yes.  To know

17         his level, what level he is in.

18                  DC CAMPBELL:  But would you

19         not know that they were at a very

20         basic level because they couldn't

21         speak any English?

22                  AL-BAYOUMI:  Yeah, they

23         can't speak English at that time.

24                  DC CAMPBELL:  So would they

Page 552

1          have been able to go to your

2          university?

3                    AL-BAYOUMI:  No, not

4          university.  The university has an

5          institute --

6                    DC CAMPBELL:  Right.

7                    AL-BAYOUMI:  -- for English.

8                    DC CAMPBELL:  Got you.

9                    AL-BAYOUMI:  Yeah.

10                    DC CAMPBELL:  Okay.  So it's

11          at the beginner's --

12                    AL-BAYOUMI:  Yeah, but you

13          -- they can't go to, directly to

14          the university, you know.

15                    DC CAMPBELL:  Okay.

16                    AL-BAYOUMI:  Because some

17          universities, they need TOEFL and

18          other things and this is big

19          preparation for it.  You need to

20          study a lot.

21                    DC CAMPBELL:  What -- what

22          did you actually say to them about

23          where you worked and where you

24          prayed?

MPS 389

Page 553

1          AL-BAYOUMI:  Yeah, I told
2      them that I -- I am -- I live very
3      close to the Islamic Center of San
4      Diego.  And, uh -- yeah, my living
5      close to the Islamic Center of San
6      Diego and I pray -- usually pray
7      there.  But we have the other
8      mosque in El Cajon City, which
9      called with Al-Madinah
10     Al-Munawarah mosque, you know.
11         DC CAMPBELL:  How far away
12     is that, the two mosques?
13         AL-BAYOUMI:  For about 20
14     minutes.  25 minutes sometimes, at
15     least like that.
16         DC CAMPBELL:  Distance?
17         AL-BAYOUMI:  Yeah, distance.
18         DC CAMPBELL:  Distance in
19     kilometers, or miles?
20         AL-BAYOUMI:  Ah, I'm not
21     sure.  I'm not sure.
22         DC CAMPBELL:  Roughly?
23         AL-BAYOUMI:  You can say,
24     for example, 15 miles.

Page 554

1           DC CAMPBELL:  Okay.

2           AL-BAYOUMI:  Or less than

3       that.  Maybe 10, 11 miles.

4           DC CAMPBELL:  So how much

5       English did they speak?  None?

6       Very, very little?  Some?  Or

7       quite a bit?

8           AL-BAYOUMI:  I remember one

9       of them who has, what do you call

10      it, missing teeth.

11          DC CAMPBELL:  Yes.

12          AL-BAYOUMI:  None English.

13          DC CAMPBELL:  None at all?

14          AL-BAYOUMI:  Yeah.  No,

15      maybe basic word, for example,

16      door or something like that.

17          DC CAMPBELL:  But no more

18      than that?

19          AL-BAYOUMI:  No.

20          DC CAMPBELL:  Could he put a

21      sentence -- could he make a

22      sentence?

23          AL-BAYOUMI:  No, no, no.

24          DC CAMPBELL:  And the other?

MPS 389

Page 555

1                    AL-BAYOUMI:  The other one

2          can make, you know, two words

3          together or three words together.

4          But I think he can't do sentence

5          right.

6                    DC CAMPBELL:  Okay.

7                    AL-BAYOUMI:  Yeah.

8                    DC CAMPBELL:  Now, when did

9          they arrive in San Diego?

10                    AL-BAYOUMI:  When?

11                    DC CAMPBELL:  Uh-huh.

12                    AL-BAYOUMI:  I think three

13         or -- three or maybe two or four

14         days after we met them at the

15         restaurant with Osama.

16                    DC CAMPBELL:  And you didn't

17         go to Los Angeles to pick them up?

18                    AL-BAYOUMI:  No.

19                    DC CAMPBELL:  And you didn't

20         bring them from Los Angeles --

21                    AL-BAYOUMI:  No.

22                    DC CAMPBELL:  -- when you

23         first met them to San Diego?

24                    AL-BAYOUMI:  No, no, no.

```
                                          Page 556
 1              DC CAMPBELL:  When they
 2         arrived at the mosque, were you
 3         not surprised?
 4              AL-BAYOUMI:  Of them?
 5              DC CAMPBELL:  Uh-huh.
 6              AL-BAYOUMI:  No.
 7              DC CAMPBELL:  How far is Los
 8         Angeles to San Diego?
 9              AL-BAYOUMI:  For about two
10         and-a-half hours.
11              DC CAMPBELL:  By car?
12              AL-BAYOUMI:  Yeah, by car.
13              DC CAMPBELL:  Isn't that a
14         long way for someone to travel if
15         they don't know if they're going
16         to meet the person?
17              AL-BAYOUMI:  No, they didn't
18         came, for example, to meet me.
19         Because, you know, San Diego is --
20         has, for example, a good
21         reputation about the weather,
22         okay.  And everybody, you know,
23         like to go there.
24              DC CAMPBELL:  And Los
```

Page 557

1         Angeles hasn't?

2                AL-BAYOUMI:  Los Angeles has

3         a little bit pollution.

4                DC CAMPBELL:  A little

5         bit --

6                AL-BAYOUMI:  Pollution.

7                DC CAMPBELL:  Pollution?

8                AL-BAYOUMI:  Yeah.

9                DC CAMPBELL:  But Los

10        Angeles is a larger city with

11        more --

12                AL-BAYOUMI:  Yeah.

13                DC CAMPBELL:  -- places to

14        study?

15                AL-BAYOUMI:  Yeah.  Yeah.

16        More places to study.  But they --

17        I think they have an idea about,

18        for example, to -- the weather or

19        something like that.  And they

20        moved to -- to San Diego.  Not

21        because of me, I'm there, or

22        something like that -- no.

23        Because, you know --

24                DC CAMPBELL:  When did you

Page 558

1        meet them at the mosque?

2               AL-BAYOUMI:  After prayer.

3        But I don't know what prayer.

4        Maybe -- maybe Dhuhr prayer,

5        or maybe Asr.  I'm not sure

6        exactly what prayer.

7               DC CAMPBELL:  Did they have

8        their clothes and luggage with

9        them?

10               AL-BAYOUMI:  I can't

11        remember.

12               DC CAMPBELL:  Where were

13        they staying that day?

14               AL-BAYOUMI:  Where did they

15        stay?  I'm not sure where did they

16        stay.

17               DC CAMPBELL:  So it's the

18        first day you've met them in Los

19        Angeles.  You're surprised to see

20        them come there, but you can't

21        remember where they stayed that

22        night?

23               AL-BAYOUMI:  I'm not sure,

24        no.

Page 559

1              DC CAMPBELL:  Would you not
2        have let them stay at your house
3        or --
4              AL-BAYOUMI:  No.
5              DC CAMPBELL:  -- arrange for
6        someone else?
7              AL-BAYOUMI:  No, they didn't
8        stay at my house.
9              DC CAMPBELL:  Would you not
10       have asked them where they were
11       staying?
12             AL-BAYOUMI:  Say it again.
13             DC CAMPBELL:  Would you not
14       have asked them where they were
15       staying?  Did you not ask them?
16             AL-BAYOUMI:  Did I ask them?
17       To what?
18             DC CAMPBELL:  Where they
19       were going to stay the night.
20             AL-BAYOUMI:  I don't think
21       so, no.  I didn't ask them.
22       Because --
23             DC CAMPBELL:  So -- so two
24       people that you've met in Los

Page 560

1          Angeles and you've offered them

2          help --

3                 AL-BAYOUMI:  Yeah.

4                 DC CAMPBELL:  -- with

5          English and accommodation --

6                 AL-BAYOUMI:  No, not

7          accommodation.

8                 DC CAMPBELL:  Not

9          accommodation?

10                AL-BAYOUMI:  No, not

11         accommodation.  Just I -- you

12         know, because I have experience

13         in, for example, in -- because I

14         was studying English and the other

15         things, you know.  I tried to give

16         them the ideas where is, for

17         example, to study, for example --

18         and, you know, and they -- I

19         remember now they went, I think,

20         to the institute for free.

21         Free -- you know, what do you call

22         it, for community college.  Yeah.

23         They went there.

24                DC CAMPBELL:  What -- was

Page 561

1          that on the day that they arrived?

2          Or do you mean that once they were

3          in Los Angeles they then went to

4          the college?

5              AL-BAYOUMI:  No, no.

6          After -- after that, I think, they

7          went to second day or maybe in the

8          same day, I'm not sure exactly.

9          But I heard that they went to the,

10         what do you call it, institute,

11         community college.  Community

12         college in Clairemont area.

13             DC CAMPBELL:  When did you

14         see them next?

15             AL-BAYOUMI:  I'm not sure

16         if -- when they arrived, the same

17         day, they said we want to see or

18         to get an apartment or something

19         like that.  And I went with them

20         to the -- to the bank, for

21         example, to finish the papers or

22         something like that.  I'm not sure

23         exactly.

24             At the same time, when we

Page 562

1          see the -- their apartment, which
2          is next to the manager, we went to
3          the bank, because they didn't know
4          how to go to the bank.  We went to
5          the bank to open, I think to open
6          an account for them.
7               DC CAMPBELL:  Let me get
8          this clear.  You're saying you met
9          them on another day, or was it the
10         same day?
11              AL-BAYOUMI:  Ah, I'm not
12         sure exactly the same day or
13         another day.  I'm not sure.
14              DC CAMPBELL:  Right.  So was
15         it the same day, or the day after,
16         or a week after that you first saw
17         them in Los Angeles?
18              AL-BAYOUMI:  Say it again.
19              DC CAMPBELL:  I'm just
20         trying to find out from you what
21         day you took them to your
22         apartment complex.  Was it the
23         same day that you first met them
24         in Los Angeles?  Was it the day

MPS 389

Page 563

1          after?  Or was it some days after
2          that?
3                 AL-BAYOUMI:  The same day I
4          met them in Los Angeles, no.
5                 DC CAMPBELL:  The day after?
6                 AL-BAYOUMI:  The day -- I
7          think they arrived to the mosque
8          two days more or two days, you
9          know, after I met them in -- in --
10         in Los Angeles, two days or three
11         days.
12                DC CAMPBELL:  Right, sorry,
13         my mistake.  I'm talking about
14         when you met them, then, in San
15         Diego.
16                AL-BAYOUMI:  Uh-huh.
17                DC CAMPBELL:  Yes, at the
18         mosque.  When did you then take
19         them to the apartment complex to
20         try to get them accommodation?
21                AL-BAYOUMI:  I'm not sure
22         exactly.  They go to the hotel to
23         stay there until the morning, or
24         on the same day we went to the

Page 564

1          apartment and they get the
2          apartment.  I'm not sure.
3                DC CAMPBELL:  But what
4          hotel?
5                AL-BAYOUMI:  I'm not sure.
6          I said if they go to hotel, for
7          example, because there are many
8          hotels.  But I am not sure exactly
9          if they go to hotel or, you
10         know --
11               DC CAMPBELL:  Did you view
12         the apartment with them?
13               AL-BAYOUMI:  View the
14         apartment?
15               DC CAMPBELL:  Did you look
16         around the apartment with them?
17               AL-BAYOUMI:  Yeah, yeah.
18         After they called -- I talked to
19         the manager, do you have an
20         apartment?  She said, yes, they --
21         we have apartment in here.
22               DC CAMPBELL:  So how far is
23         it from the mosque to the
24         apartment?

Page 565

```
 1                    AL-BAYOUMI:  Maybe five, six
 2          minutes, walking.
 3                    DC CAMPBELL:  So it's easier
 4          to walk to the apartment rather
 5          than make a phone call to the
 6          manager to see if she had a free
 7          apartment?
 8                    AL-BAYOUMI:  Uh, no,
 9          actually -- actually, I take my
10          car.  By my car, I think.
11                    DC CAMPBELL:  You took your
12          car?
13                    AL-BAYOUMI:  Yeah.
14          Sometimes I took my car, sometimes
15          walking.
16                    DC CAMPBELL:  Right.
17          Because we've already asked you,
18          did you ever take them in your
19          car.  And you told us that you
20          hadn't.
21                    AL-BAYOUMI:  Ah, but I told
22          you later that sometimes, you
23          know, if we in the mosque,
24          someone, you know, go with you or
```

Page 566

1           someone offer you to go with him,

2           for example, to give you ride or

3           something like that.  Yeah.

4                   DC CAMPBELL:  So can you

5           remember back if they were in your

6           car on that occasion, the first

7           time that you took them to the

8           apartment complex, were they in

9           your car?

10                  AL-BAYOUMI:  Uh, I'm not

11          sure.  I can't remember.

12                  DC CAMPBELL:  So you've had

13          a look around the apartment.  What

14          happened next?

15                  AL-BAYOUMI:  I think the --

16          the manager said we want a deposit

17          and, what you call it, the first

18          paid.

19                  DC CAMPBELL:  Uh-huh.

20                  AL-BAYOUMI:  Yeah.

21                  DC CAMPBELL:  So how did you

22          arrange for that to be done, then?

23                  AL-BAYOUMI:  Uh --

24          immediately we go to the bank.

Page 567

1              DC CAMPBELL:  Which bank was

2         that?

3              AL-BAYOUMI:  I'm not sure

4         exactly if it's -- because two

5         banks close to -- to the

6         apartment, you know.  Bank of

7         America and Washington Mutual

8         Bank.

9              DC CAMPBELL:  Now, these men

10        can't -- men can't speak English,

11        so how did they go to the bank?

12             AL-BAYOUMI:  I talked to

13        the -- the manager over there, and

14        I told him they came and they want

15        to open account.  And he said,

16        okay.  And they opened account.

17             DC CAMPBELL:  Do you have to

18        show identification in America to

19        open a bank account?

20             AL-BAYOUMI:  I think they

21        have their -- their passport.

22             DC CAMPBELL:  But cast your

23        mind back to you in the bank with

24        the two men that you've met.

Page 568

1          Can you not remember now, if
2      you look at that, seeing what
3      happened, if they were showing
4      identification?
5          AL-BAYOUMI:  They show
6      identification to the manager?
7      Yeah.
8          DC CAMPBELL:  They did?
9          AL-BAYOUMI:  Yeah, they
10     should do it.  And he should take
11     a copy of it.
12         DC CAMPBELL:  But you tell
13     me, because you were there.  Can
14     you remember this?
15         AL-BAYOUMI:  Huh?
16         DC CAMPBELL:  Can you
17     remember this?
18         AL-BAYOUMI:  Yeah, I --
19     yeah, I think he did take the --
20     the copy of their passport and put
21     it in the file.  Should be.
22         DC CAMPBELL:  But you can't
23     be 100 percent sure?
24         AL-BAYOUMI:  I'm not sure.

Page 569

1              DC CAMPBELL:  See, sometimes

2         you give me answers that say yes,

3         I think so.  Yes, maybe.

4              AL-BAYOUMI:  Yeah, because

5         you asking me if I, for example,

6         concentrating on if he, you know,

7         submit -- give him the -- you know

8         the, for example, the passport and

9         I'm not sure.  But I think he

10        said, where is your passport?  And

11        they said, we have it in here.

12        And I don't know what happened

13        later.

14             DC CAMPBELL:  Did you have

15        to go back to the apartment

16        complex to sign it?

17             AL-BAYOUMI:  Yeah, yeah.

18             DC CAMPBELL:  Was that the

19        same day?

20             AL-BAYOUMI:  Yeah, same --

21        same time.

22             DC CAMPBELL:  Are you sure?

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  So you're

MPS 389

Page 570

```
1          quite clear that you've left the

2          apartment complex, gone across the

3          street to one of two banks --

4                AL-BAYOUMI:  Yeah.

5                DC CAMPBELL:  -- either the

6          Washington bank or is it the Bank

7          of --

8                AL-BAYOUMI:  America.

9                DC CAMPBELL:  -- America.

10               AL-BAYOUMI:  Yeah, one of

11         them.

12               DC CAMPBELL:  You've gone

13         into one of those two banks --

14               AL-BAYOUMI:  Mostly --

15         mostly Bank of -- mostly, but I

16         said -- I'm not sure.

17               DC CAMPBELL:  You've got an

18         account there, haven't you?

19               AL-BAYOUMI:  Huh?

20               DC CAMPBELL:  You've got an

21         account with the Bank of America?

22               AL-BAYOUMI:  Yeah, I have

23         account in Bank of America.

24               DC CAMPBELL:  Would that not
```

Page 571

```
1        have been your branch because you

2        live across the street from it?

3             AL-BAYOUMI:  No, it's

4        obvious because it's close to the

5        mosque.  Everybody, you know,

6        lived there can open account

7        there.

8             DC CAMPBELL:  But, I mean,

9        is that not your local branch

10       because you're Bank of America?

11            AL-BAYOUMI:  No, I have

12       many -- you know, my main branch

13       in El Cajon City.  El Cajon -- El

14       Cajon -- El Cajon Boulevard.

15       Because when I came newly to San

16       Diego, I went to the closest bank

17       to the San Diego State University.

18       Yeah, and I open account over

19       there.

20            SOLICITOR:  Name of the road

21       again?

22            DC DEAN:  El Cajon

23       Boulevard.

24            AL-BAYOUMI:  El Cajon.
```

MPS 389

Page 572

1              SOLICITOR:  Okay, thank you.

2              DC CAMPBELL:  Who paid for

3         the deposit?  Who paid the

4         deposit?

5              AL-BAYOUMI:  The -- the

6         deposit, I think they paid the

7         deposit themselves.  You know, the

8         clerk in the bank gave them, what

9         do you call it, draft check, or

10        check draft.

11             DC CAMPBELL:  And how much

12        was that for?

13             AL-BAYOUMI:  I think

14        thousand, or -- a thousand.  A

15        thousand or 900 or -- I'm not

16        sure, or 500.  I'm not sure

17        exactly.

18             DC CAMPBELL:  Did they have

19        to pay money in advance, advanced

20        rent?

21             AL-BAYOUMI:  Yeah, should

22        be.

23             DC CAMPBELL:  How much was

24        that?

Page 573

1              AL-BAYOUMI:  I think

2         700-something.

3              DC CAMPBELL:  You mentioned

4         to us before that you may have had

5         to write a check, that you may

6         have had to write a check for

7         them?

8              AL-BAYOUMI:  Yeah.  What

9         happened, I think, when they

10         opened the account, they don't

11         have checkbook, okay.  And the

12         manager need a checkbook by, you

13         know, by -- I think their names or

14         something like that.  Checkbook.

15         I think they gave me money, they

16         gave me the -- for the rent and I

17         write check to him.

18              DC CAMPBELL:  What about,

19         you mentioned --

20              AL-BAYOUMI:  I'm not sure

21         exactly if it happened or they

22         paid it.  But in case, you know --

23              DC CAMPBELL:  You seem to be

24         not very clear about an awful lot

Page 574

1          of things here.  You remember in
2          general exactly what has happened.
3               AL-BAYOUMI:  Yeah.
4               DC CAMPBELL:  But when we
5          come to details --
6               AL-BAYOUMI:  Details.
7               DC CAMPBELL:  -- specific
8          details --
9               AL-BAYOUMI:  Yeah.
10              DC CAMPBELL:  -- such as you
11         can't remember what day you met
12         them, you can't remember who
13         showed identification, if they
14         showed any identification.  You
15         can't remember if you paid out
16         your own money for a deposit, or
17         you can't remember if they --
18              AL-BAYOUMI:  Not for a
19         deposit.  For deposit, I think,
20         they -- I remember that the -- the
21         -- they need, what do you call it,
22         draft check.  And they did it over
23         there.
24              DC CAMPBELL:  So the bank

MPS 389

Page 575

1                issued a draft check?

2                        AL-BAYOUMI:  Yeah, exactly.

3                        DC CAMPBELL:  So logic, if

4                you look at it logically, they

5                must have, then, given the bank

6                money; is that right?

7                        AL-BAYOUMI:  Yeah.

8                        DC CAMPBELL:  How much money

9                did they give the bank?

10                       AL-BAYOUMI:  They deposit,

11               you mean, money, in the bank?

12                       DC CAMPBELL:  No.  When they

13               opened their bank account, how

14               much money did they give the bank?

15               Was it $10, $100 to open the

16               account?  Was it more money than

17               that?

18                       AL-BAYOUMI:  To open the

19               account, no.

20                       DC CAMPBELL:  It might be --

21                       AL-BAYOUMI:  It's free.

22                       DC CAMPBELL:  It may be that

23               you don't know the answer to the

24               question.  If you don't know, just

MPS 389

Page 576

```
 1        say --
 2              DC DEAN:  Can I just
 3        interrupt in here.  He's not
 4        asking you the charge.  How much
 5        did they put into the bank?
 6        That's the question.  He's not
 7        asking how much is it to open a
 8        bank account.
 9              DC CAMPBELL:  You -- it
10        might be a question which we would
11        like to --
12              SOLICITOR:  I -- you know,
13        there's something I would like to
14        say, because I think you're on the
15        wrong end of the stick.  I think
16        --
17              DC CAMPBELL:  Yes.
18              SOLICITOR:  I think we're
19        looking at banker's draft --
20              DC CAMPBELL:  Yes, I
21        understand that.  Yes.
22              SOLICITOR:  -- rather
23        than --
24              DC CAMPBELL:  Yeah.  I
```

MPS 389

Page 577

```
 1          understand.  But what I'm saying

 2          is, to -- for the bank to either

 3          issue a banker's check, or a draft

 4          or any form of money order, you

 5          must have money deposited into the

 6          account that you have helped these

 7          men open.  Now, these men, you're

 8          saying, don't speak English.

 9               AL-BAYOUMI:  No, they are --

10          they have their money with them

11          and they deposit it in, in the

12          bank. Yeah.

13               DC CAMPBELL:  Yes, exactly.

14          That -- how much did they deposit,

15          do you know?

16               AL-BAYOUMI:  Uh, I'm not

17          sure.

18               DC CAMPBELL:  Was it a small

19          amount?  Again, was it --

20               AL-BAYOUMI:  Maybe 5,000,

21          maybe 8,000, I'm not sure exactly.

22               DC CAMPBELL:  Okay.

23               AL-BAYOUMI:  But -- or

24          4,000.  I'm not sure exactly.  But
```

MPS 389

Page 578

1          they have their money with them

2          and they opened the account.

3               DC CAMPBELL:  But, again,

4          because they're not speaking

5          English --

6               AL-BAYOUMI:  Yeah.

7               DC CAMPBELL:  -- would that

8          not make you remember exactly what

9          sort of money?

10              AL-BAYOUMI:  Yeah.

11              DC CAMPBELL:  If it was a

12         small amount of money, you may

13         think that's small.  Or if it was

14         a --

15              AL-BAYOUMI:  No, but they

16         know how -- how much money with

17         them, for example, how to say the

18         number, for example.  And --

19              DC CAMPBELL:  Right.  For

20         the benefit of you, Omar, that

21         noise is the tape coming to a --

22         towards an end.  So what I intend

23         to do is change the tapes and

24         we'll continue on and we'll clear

MPS 389

Page 579

1          up these points, okay.  So we'll

2          just change the tapes.

3               But in the meantime we won't

4          ask you any more questions about

5          this until we change the tapes.

6               Do you understand that?

7               AL-BAYOUMI:  Yeah.

8               DC CAMPBELL:  The time by my

9          watch is now ten minutes past

10         5:00, and I shall conclude the

11         interview.

12              (Whereupon, the tape

13         concluded.)

14

15

16

17

18

19

20

21

22

23

24

MPS 391

Page 580

```
 1                  -  -  -

 2                 MPS 391

 3                  -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  25/09/2001

11

12   DURATION OF INTERVIEW:  43 minutes

13

14   TIME OF INTERVIEW:  1712-1755

15

16   INTERVIEWING OFFICERS:  DC Campbell,

17   DC Dean

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

MPS 391

Page 581

```
 1                    -   -   -
 2              DC CAMPBELL:  This is the
 3         continuation interview of Mr. Omar
 4         Al-Bayoumi.  The same people are
 5         present.
 6              Is that correct, Omar?
 7              AL-BAYOUMI:  Yeah.
 8              DC CAMPBELL:  Would you like
 9         to confirm that I didn't ask you
10         any questions whilst the tapes
11         were out of the machine?
12              AL-BAYOUMI:  Yes, yes.
13              DC CAMPBELL:  Okay.  I'm
14         going to remind you again of the
15         caution, that is you do not have
16         to say anything, but it may harm
17         your defense if you do not
18         mention, when questioned,
19         something which you later rely on
20         in court.  Anything you do say may
21         be given in evidence.
22              Do you understand the
23         caution?
24              AL-BAYOUMI:  Sure.
```

MPS 391

Page 582

1              DC CAMPBELL:  Good.  Just to

2        clarify, are you still fit enough

3        to be interviewed at this stage?

4              AL-BAYOUMI:  Yeah, yeah.

5              DC CAMPBELL:  As you can

6        see, the monitor switch is still

7        on.

8              AL-BAYOUMI:  Yeah.

9              DC CAMPBELL:  And this

10       interview is still being monitored

11       but it's not being videoed.

12             Do you understand that?

13             AL-BAYOUMI:  Yes.

14             DC CAMPBELL:  Okay.  And the

15       same reason why the monitor is on

16       still applies, obviously.

17             AL-BAYOUMI:  Yeah.  I just

18       remember something here.  Can I

19       say it?

20             DC CAMPBELL:  Yes, go ahead.

21             AL-BAYOUMI:  Yeah.  You told

22       me if Luwam Bashir gave me a

23       reference?  Yeah, he did give me a

24       reference.  And I put also his

Page 583

1          name in my -- my -- what do you
2          call it, my children, a reference
3          also.  And once they, the school,
4          called his house about my
5          daughter, I think, Bayan, and
6          they -- and he called me later and
7          he said -- and he called me later
8          and he said, the school need this
9          and this and this from Bayan.
10         Yeah -- means he aware of it.
11              DC CAMPBELL:  All right.
12         Okay.  Let's finish with the
13         business about the bank.  We may
14         touch back on that subject again.
15              You were saying, or I was
16         saying, about the amount of money
17         that they had got, and you said
18         that it may have been $4,000, it
19         may have been $8,000, but you're
20         not quite sure --
21              AL-BAYOUMI:  Yeah.
22              DC CAMPBELL:  -- how much.
23              AL-BAYOUMI:  I'm not sure.
24              DC CAMPBELL:  And that they

Page 584

1          were able to tell the bank

2          clerk --

3                    AL-BAYOUMI:  Yeah.

4                    DC CAMPBELL:  -- how much

5          money they wanted to deposit.

6                    AL-BAYOUMI:  Yeah, I'm not

7          sure.  Because, you know, in our

8          culture, if you have money, for

9          example, and you want to deposit,

10         it's shame on me to look at you,

11         how much you going to deposit in

12         your account or something like

13         that.  I have to, you know, a

14         little bit go away and, you

15         know --

16                   DC CAMPBELL:  But you were

17         there to facilitate communication

18         between these two --

19                   AL-BAYOUMI:  But they knows

20         the number, for example.  They

21         knows the -- they know a little

22         bit to read, for example, like --

23         you know, numbers and this and

24         this, you know.  And also, the

MPS 391

```
                                              Page 585
 1        body language sometimes --
 2              DC CAMPBELL:  Now, think
 3        back, think back to that day.  You
 4        said that the bank has issued a
 5        banker's check or a draft or
 6        something.
 7              AL-BAYOUMI:  Uh-huh.
 8              DC CAMPBELL:  Did they give
 9        you some money to pay for the
10        first installment of rent?
11              AL-BAYOUMI:  At this stage,
12        I'm not quite sure if they, for
13        example, gave me the first
14        payment, and give them check and
15        they take the money and deposit in
16        my account, or put it in my -- my
17        pocket.  I'm not sure exactly.
18              DC CAMPBELL:  Right.  Okay.
19        Then let's try it this way.  Think
20        back.
21              AL-BAYOUMI:  But --
22              DC CAMPBELL:  You're
23        standing in the bank with these
24        two men.
```

```
                                              Page 586
 1              AL-BAYOUMI:  Yeah.
 2              DC CAMPBELL:  Okay.  You've
 3         opened the account.
 4              Do you remember paying in a
 5         check on that day?
 6              AL-BAYOUMI:  Paying in --
 7              DC CAMPBELL:  A check.
 8         Sorry, paying in cash into your
 9         bank account?
10              AL-BAYOUMI:  Paying in cash
11         in my -- I'm not sure.  But from
12         my bank account, you can -- you
13         can see the -- the amount, you
14         know, what happened.
15              DC CAMPBELL:  But I'm asking
16         you to tell me before --
17              AL-BAYOUMI:  I am not sure.
18         Honestly, I'm not sure exactly
19         what happened.  But, you know,
20         could be if they -- because out of
21         check or something like that or
22         they don't have check and the
23         manager need check, I think I --
24         they gave me the money and I wrote
```

MPS 391

Page 587

1          the check.  I think.
2               But we can go to the record
3          of the bank, it -- it will show.
4          I don't have something to hide
5          here, you know.
6               DC CAMPBELL:  All right.
7          Was it the same day, then, that
8          you went back to the apartment
9          complex and then gave them the
10         check for the accommodation?
11              AL-BAYOUMI:  They give --
12         they gave -- they gave her the
13         check and they gave her
14         everything.
15              DC CAMPBELL:  Right.  Now,
16         let's move on to filling out the
17         forms, yes, for the accommodation.
18              AL-BAYOUMI:  Yeah.
19              DC CAMPBELL:  They can't
20         speak English?
21              AL-BAYOUMI:  Yeah.
22              DC CAMPBELL:  I take it they
23         can't read or write English?
24              AL-BAYOUMI:  No, they can

MPS 391

Page 588

```
1          write, for example, their names.
2          They can write, for example -- or
3          ask her, for example, to sign, for
4          example, here or here or -- you
5          know, body language is helping
6          them.
7               DC CAMPBELL:  But they
8          couldn't read the documents that
9          they would be asked to?
10              AL-BAYOUMI:  No one read the
11         documents.
12              DC CAMPBELL:  Sorry?
13              AL-BAYOUMI:  No one read,
14         for example, the documents.  If
15         you see the documents for -- for
16         rental, it's huge of papers.
17              DC CAMPBELL:  Okay.
18              AL-BAYOUMI:  And she said,
19         usually any management, they put
20         the letter X, okay, to sign here,
21         if you agree with the -- with the
22         rent, and the letter X, to sign
23         here.  And they said in 30 days
24         you have to give us notice.
```

Page 589

```
1          Sometimes they say it by, for
2          example, body language or 30 days
3          you have to --
4                  DC CAMPBELL: Right, okay.
5                  AL-BAYOUMI:  You know, yeah.
6                  DC CAMPBELL:  Do you
7          remember filling out any of these
8          forms for them?
9                  AL-BAYOUMI:  On behalf of
10         them?
11                 DC CAMPBELL:  Yes.
12                 AL-BAYOUMI:  I'm not sure.
13                 DC CAMPBELL:  Again, I'm
14         going to have to press you on this
15         because you're not sure about
16         going to the bank, what happened
17         at the bank, you're not sure about
18         filling out these forms for
19         people, these two men that you've
20         just met in Los Angeles about four
21         days ago.  You're not at all clear
22         about it.
23                 AL-BAYOUMI:  Yeah, because I
24         can't remember something, you
```

Page 590

```
 1          know, for a long time ago to -- to
 2          remember it, for example, you
 3          know, in a few minutes or
 4          something, no.
 5                  DC CAMPBELL:  But you've had
 6          days to remember about this --
 7                  AL-BAYOUMI:  But with their
 8          documents, if you're -- their
 9          documents, everything will be
10          clear, you know.  Everything will
11          be clear.  And sometimes -- I
12          don't know, for example, numbers
13          or something like that.  But if I
14          go to, for example, to my book or
15          something like that, I find.
16                  DC CAMPBELL:  Right.  Let me
17          put it another way:  Did you give
18          the people, the manager at the
19          apartment complex, your details to
20          fill out on that form?
21                  AL-BAYOUMI:  My details?
22          She knows, I live in the complex.
23                  DC CAMPBELL:  Okay.  Did you
24          put your name as the person who
```

Page 591

1          was renting the property?

2                    AL-BAYOUMI:  If I put my

3          name?  I think -- I think I put my

4          name, or -- I think I gave -- I

5          put my name, yeah.

6                    DC CAMPBELL:  Okay.

7                    AL-BAYOUMI:  But as I

8          mentioned before, if I put my

9          name, it means I have to sign it.

10         If I gave name, my name, if -- I

11         have to sign it.  And they have

12         record over there in the -- in

13         the -- in the --

14                   DC CAMPBELL:  Yes.

15                   AL-BAYOUMI:  -- in the

16         manager's desk, yeah.

17                   DC CAMPBELL:  Okay.

18                   AL-BAYOUMI:  She has record,

19         she has everything.

20                   DC CAMPBELL:  And did you

21         give her details of your apartment

22         and so on?

23                   AL-BAYOUMI:  Yeah, she knows

24         my apartment.

Page 592

1              DC CAMPBELL:  Right.

2              AL-BAYOUMI:  Immediately.

3              DC CAMPBELL:  And did you

4        give her or him, the person, the

5        manager -- can you remember if it

6        was a male or female?

7              AL-BAYOUMI:  Female.  For --

8        yeah, female.

9              DC CAMPBELL:  And do you

10       remember giving that person your

11       name as a contact in case of

12       emergencies?

13             AL-BAYOUMI:  No.

14             DC CAMPBELL:  No?

15             AL-BAYOUMI:  In case of

16       emergency, no.

17             DC CAMPBELL:  What about

18       your telephone number, would you

19       have given her your telephone

20       number?

21             AL-BAYOUMI:  My phone number

22       to the manager?

23             DC CAMPBELL:  Uh-huh.

24             AL-BAYOUMI:  I think she

Page 593

1           knows it.  She knows my phone

2           number.  You know, because I live

3           there and my kids usually go to

4           her office to get cookies and the

5           other things.  Yeah.

6                DC CAMPBELL:  And did you

7           stand as guarantor for these

8           people?

9                AL-BAYOUMI:  If something

10          happened, for example, guarantor,

11          it means I sign it?

12                DC CAMPBELL:  Yes.

13                AL-BAYOUMI:  Yeah.

14                DC CAMPBELL:  And did you do

15          that on this occasion?

16                AL-BAYOUMI:  I'm not sure.

17          I'm not sure.  But if -- if it

18          happened, it means it will be in

19          the record.  But the guarantor,

20          again, just for example -- for

21          example, the damaging is some --

22          for example -- thing, for example

23          wall, or broke the door, or

24          something like that.  And they

Page 594

```
1           usually take it from the deposit,
2           not from the --
3                DC CAMPBELL:  Okay.
4                AL-BAYOUMI:  -- the
5           guarantor.
6                DC CAMPBELL:  Let me put it
7           another way, then.
8                AL-BAYOUMI:  Yeah.
9                DC CAMPBELL:  Your details
10          are on the document for leasing
11          that Apartment Number 150.  You're
12          shown on the top of that document.
13          You're shown as being the contact
14          of that document, contact person
15          on that document in case of
16          emergencies.  Your telephone
17          number is on that.
18                In reference to the contact
19          in emergencies, there is a box
20          which says, relationship.
21                Do you remember what you put
22          in there?
23                AL-BAYOUMI:  No.
24                DC CAMPBELL:  So these
```

Page 595

```
 1          people that you don't know very
 2          well, you've described yourself as
 3          being their friend.
 4               Do you remember that?
 5               AL-BAYOUMI:  No.  But, for
 6          example, if there is, for example,
 7          space for the relationship or
 8          something like that, we call
 9          everybody who's Muslim "brother,"
10          for example, or "friend" of Islam.
11               DC CAMPBELL:  But it doesn't
12          -- Omar, it doesn't say brother,
13          it says friend.
14               AL-BAYOUMI:  Yeah, friend or
15          brother.  The same meaning.
16               DC CAMPBELL:  So do you now
17          remember about completing this?
18               AL-BAYOUMI:  Huh?
19               DC CAMPBELL:  Do you now
20          remember completing this form?
21               AL-BAYOUMI:  No.  Actually,
22          no.  Honestly, no.
23               DC CAMPBELL:  Did you
24          write --
```

MPS 391

Page 596

```
 1              AL-BAYOUMI:  Because it

 2         could be we, you know, do it in

 3         quick, just to -- just to allow --

 4         because as I mentioned before, I

 5         don't have that time to, for

 6         example, spend it with someone or

 7         to give details, or something like

 8         that.  I'm busy with my family,

 9         with my studying, with the other

10         things I --

11              DC CAMPBELL:  But you've

12         taken the time and trouble out to

13         sort them out accommodation.

14         Surely you would know that it

15         would take more than five minutes

16         to do this?

17              AL-BAYOUMI:  Yeah, yeah.

18         Yeah.  It should take more than

19         five minutes.

20              DC CAMPBELL:  And you're a

21         man of business?

22              AL-BAYOUMI:  Yeah.

23              DC CAMPBELL:  And you should

24         understand the importance of
```

MPS 391

Page 597

```
 1        contracts?
 2              AL-BAYOUMI:  Yeah.  But the
 3        contract is -- you know, have many
 4        items in it.  I can't read it at
 5        all.  But we know -- you have to
 6        put deposit, you have to give
 7        notice before you leave.  This is
 8        my knowledge.  Yeah.
 9              DC CAMPBELL:  And who did
10        you put down as the reference for
11        these people?
12              AL-BAYOUMI:  Who?
13              DC CAMPBELL:  The reference.
14        The referee.
15              AL-BAYOUMI:  Referee?
16              DC CAMPBELL:  Yeah.  I've
17        mentioned to you before, you said
18        that it was Mr. Noor that was your
19        referee on your application.
20              AL-BAYOUMI:  Uh-huh.
21              DC CAMPBELL:  Who did you
22        put down on this one?  Was it
23        yourself or someone else?
24              AL-BAYOUMI:  If -- if he,
```

Page 598

1        you know, sign it, it means he.

2        He came with me.  If not, then

3        they just, do you know someone

4        here in this complex, I say -- and

5        put his name.  It means --

6              DC CAMPBELL:  No, no.

7        You're not answering my questions.

8        I said, who did you put down on

9        that document?

10             AL-BAYOUMI:  Put what?

11             DC CAMPBELL:  Who did you

12       put down, what name did you put

13       down as a reference?

14             AL-BAYOUMI:  For my --

15             DC CAMPBELL:  For this

16       application that we were talking

17       about, for 150, the one where you

18       went in with the two men.

19             AL-BAYOUMI:  152?

20             DC CAMPBELL:  150.

21             AL-BAYOUMI:  The Apartment

22       150?

23             DC CAMPBELL:  Yes.

24             AL-BAYOUMI:  No, they did

Page 599

1          not.

2                    DC CAMPBELL:  Let me clarify

3          this for you.  The application

4          that we have been talking about

5          this afternoon.

6                    AL-BAYOUMI:  Yeah.

7                    DC CAMPBELL:  The

8          application for the two men to get

9          an apartment.

10                   AL-BAYOUMI:  Yeah.

11                   DC CAMPBELL:  I've already

12         told you that I know that your

13         name is on that document.

14                   AL-BAYOUMI:  No, you didn't

15         tell me.

16                   DC CAMPBELL:  Okay.  Well,

17         I'm telling you now.  Your name is

18         on that document.

19                   AL-BAYOUMI:  Oh, 150?

20                   DC CAMPBELL:  Yes, for 150.

21         For these two men you have

22         completed your details on that

23         form.

24                   AL-BAYOUMI:  No, Apartment

Page 600

1        Number 150, no.

2             DC CAMPBELL:  Okay.  You're

3        disputing that?

4             AL-BAYOUMI:  Huh? Yeah.

5        Yeah --

6             DC CAMPBELL:  I'm telling

7        you --

8             AL-BAYOUMI:  Because I'm

9        living in 152.

10             DC CAMPBELL:  Yes.

11             AL-BAYOUMI:  Okay.  152 is

12        here, okay.  And 150 should be

13        close to it, logically.

14             DC CAMPBELL:  I'm talking

15        about the flat that they rented

16        besides the manager's office.

17             AL-BAYOUMI:  They rented,

18        but not 150.

19             DC CAMPBELL:  That is the

20        number of it.

21             AL-BAYOUMI:  No.  It's

22        wrong.  Because it's next to

23        the -- to the manager, exactly.

24        But not -- not 150.  I'm sure

Page 601

1          about this point, still.

2                    DC CAMPBELL:  So let me

3          start over.

4                    Did you put down someone

5          else's name as a referee for this

6          apartment?

7                    AL-BAYOUMI:  150?  No.

8                    DC CAMPBELL:  Okay.  Are you

9          sure?

10                   AL-BAYOUMI:  Yeah, I'm sure.

11         150, at all, no.

12                   DC CAMPBELL:  Why did you

13         put down Mr. -- I'll just refer to

14         his name, why did you put down Mr.

15         Luwam Noor as the referee on this

16         document?

17                   AL-BAYOUMI:  Which one?

18                   DC CAMPBELL:  The one that

19         you helped to complete for the two

20         men, for Khalid and Nawaf.

21                   AL-BAYOUMI:  No.

22                   DC CAMPBELL:  You didn't?

23                   AL-BAYOUMI:  In 150, no.

24                   DC CAMPBELL:  Are you sure?

Page 602

1            AL-BAYOUMI:  At all.  No.

2        Yes, I'm sure.

3            DC CAMPBELL:  Okay.

4            AL-BAYOUMI:  No.

5            DC DEAN:  To take up there?

6            DC CAMPBELL:  Sorry?

7            DC DEAN:  Can I just

8        interject there?

9            DC CAMPBELL:  Uh-huh.

10           DC DEAN:  The apartment

11       blocks, I'm going to read you the

12       address out -- your address, your

13       postal address, okay?  And it was

14       6333, yes?  Do you recognize that?

15           AL-BAYOUMI:  Yeah.

16           DC DEAN:  Mount Ada

17       Apartments?

18           AL-BAYOUMI:  Yeah.

19           DC DEAN:  Number 152?

20           AL-BAYOUMI:  This is where I

21       was living.

22           DC DEAN:  That's right.

23           DC CAMPBELL:  Now we're

24       referring about the apartment --

Page 603

1          the leasing of the Apartment

2          Number 150, 641 Mount Ada Street.

3               AL-BAYOUMI:  150?

4               DC CAMPBELL:  Yes.

5               AL-BAYOUMI:  No, at all.

6               DC CAMPBELL:  What?  No at

7          all, what do you mean?

8               AL-BAYOUMI:  I mean, I

9          didn't give, for example,

10          reference to this apartment.  And

11          also, as I mentioned, this

12          apartment here next to the -- the

13          manager, it's number not 150.

14               DC CAMPBELL:  Okay.  So we

15          will check that.

16               AL-BAYOUMI:  Yeah.

17               DC CAMPBELL:  We'll not go

18          on at great length about it at

19          this point.  But we'll find out

20          about it, okay?

21               AL-BAYOUMI:  Yeah, sure.  It

22          will be obvious because the

23          number, it will be on the door.

24               DC CAMPBELL:  Okay.

Page 604

1              DC DEAN:  But taking away

2        the numbers --

3              AL-BAYOUMI:  Say it again.

4              DC DEAN:  Take -- ignoring

5        the number of the apartment --

6              AL-BAYOUMI:  Yeah.

7              DC DEAN:  -- did you

8        complete the documents in your

9        name?

10             AL-BAYOUMI:  In -- in my

11       name?

12             DC DEAN:  Yes.

13             AL-BAYOUMI:  Complete the --

14             DC CAMPBELL:  The name on

15       the top of the document says your

16       name on it.  The people that were

17       going to be staying in it was

18       Khalid and Nawaf.

19             AL-BAYOUMI:  Yeah.  In 150,

20       no.

21             DC CAMPBELL:  That's not

22       right?

23             AL-BAYOUMI:  No, not right.

24             DC CAMPBELL:  Why?  What

Page 605

1          happened?  You tell me what

2          happened.  I don't know because I

3          wasn't there.

4                AL-BAYOUMI:  Yeah, I told

5          you.  If 150 --

6                DC CAMPBELL:  No, let's

7          not -- let's not talk about

8          numbers any more.

9                AL-BAYOUMI:  Okay.

10                DC CAMPBELL:  Let's just

11          talk about what happened on that

12          day.

13                AL-BAYOUMI:  Okay.

14                DC CAMPBELL:  Right.

15                AL-BAYOUMI:  Yeah.

16                DC CAMPBELL:  What did you

17          do?  Because you're being quite

18          specific about what you didn't do.

19                AL-BAYOUMI:  Yeah.

20                DC CAMPBELL:  You tell me

21          what you actually did.  You went

22          to the apartment complex?

23                AL-BAYOUMI:  Yeah.

24                DC CAMPBELL:  You spoke to

MPS 391

Page 606

1          the manager?

2                  AL-BAYOUMI:  Yeah, exactly.

3                  DC CAMPBELL:  There was some

4          forms to be signed?

5                  AL-BAYOUMI:  Yeah.

6                  DC CAMPBELL:  Did you give

7          your details for that form to be

8          signed?

9                  AL-BAYOUMI:  Did the manager

10         give me some form to sign?

11                 SOLICITOR:  This document --

12                 DC CAMPBELL:  This -- did

13         the manager ask you for

14         information to complete this

15         document?  Did she take down your

16         details, then ask the man -- the

17         men to sign that form?

18                 AL-BAYOUMI:  Yeah, I think

19         if she gave me, you know, form to

20         fill it out, yeah, maybe I -- I --

21         I -- I fill it.

22                 DC CAMPBELL:  You keep on

23         saying maybe but you're not sure?

24         You're sure what you didn't do but

Page 607

1           you're not sure what you did do?

2                AL-BAYOUMI:  Yeah.  I'm

3           being honest with you, if I said

4           something, I know about it.  I'm

5           sure I know about it.  If

6           something I'm not sure about it, I

7           said the documents will show you.

8                DC CAMPBELL:  But you're not

9           sure about anything which relates

10          you to these people, like signing

11          forms or anything like that.

12               AL-BAYOUMI:  Uh-huh.

13               DC CAMPBELL:  You don't want

14          to associate yourself with this.

15          That's the way it appears to me

16          because you're quite specific that

17          you don't know about these

18          particular issues.

19               AL-BAYOUMI:  Again, I -- I'm

20          honest to -- to your question.  If

21          something I know 100 percent, I'll

22          say yes.

23               DC CAMPBELL:  Okay.

24               AL-BAYOUMI:  Okay.

Page 608

1              DC CAMPBELL:  Did you then

2         give Mr. Noor's name as a referee

3         for that application?

4              AL-BAYOUMI:  For which

5         application, for those people?

6              DC CAMPBELL:  Yes.

7              AL-BAYOUMI:  No.

8              DC CAMPBELL:  Okay.

9              AL-BAYOUMI:  No.

10             DC CAMPBELL:  When was the

11        next time that you met these

12        people?

13             AL-BAYOUMI:  The next time I

14        met them?  You mean --

15             DC CAMPBELL:  After -- after

16        they had moved into the apartment.

17             AL-BAYOUMI:  After moving

18        the -- to the El Cajon and come

19        back again --

20             DC CAMPBELL:  No, no.

21             AL-BAYOUMI:  No.

22             DC CAMPBELL:  You have rent

23        -- you have helped them rent out

24        the apartment.

```
                                              Page 609

 1              AL-BAYOUMI:  Uh-huh.

 2              DC CAMPBELL:  Yes?  Beside

 3         the manager's office.

 4              AL-BAYOUMI:  Uh-huh.

 5              DC CAMPBELL:  Is that right?

 6              AL-BAYOUMI:  Yeah.

 7              DC CAMPBELL:  Did you see

 8         them later on that day, the next

 9         day?

10              AL-BAYOUMI:  Yeah, I think

11         so.  Yeah.  I think went to that

12         apartment in the -- in the

13         evening.

14              DC CAMPBELL:  Now, tell me

15         something about these men.  What

16         were they -- what would you talk

17         about with them?

18              AL-BAYOUMI:  What I talked

19         with them?

20              DC CAMPBELL:  Uh-huh.

21              AL-BAYOUMI:  Just for

22         registration in -- in English

23         class.  And I think they joined

24         the, uh -- what do you call it,
```

MPS 391

```
                                              Page 610
  1         community college.
  2              DC CAMPBELL:  Community
  3         college?
  4              AL-BAYOUMI:  Yeah.
  5              DC CAMPBELL:  Did you take
  6         them there?
  7              AL-BAYOUMI:  Not me, I
  8         think.  Not me.
  9              DC CAMPBELL:  Who took them
 10         there?
 11              AL-BAYOUMI:  I think they --
 12         from the mosque, you know, someone
 13         gave them ride to go there.  Yeah.
 14         Or they maybe take the -- took the
 15         bus.
 16              DC CAMPBELL:  Did you take
 17         these people and introduce them
 18         into the mosque?
 19              AL-BAYOUMI:  I introduced
 20         them, no.  Because in the mosque,
 21         when you go there, everybody, you
 22         know, see you, hi, hi, you know.
 23         And they introduce themselves, by
 24         themselves.  Because I don't know
```

Page 611

1          them.
2                DC CAMPBELL:  Uh-huh.  Did
3          you introduce these people to
4          anyone else?
5                AL-BAYOUMI:  Uh, what do you
6          mean exactly?  If we were
7          together, for example --
8                DC CAMPBELL:  Yes.
9                AL-BAYOUMI:  -- for example,
10         Dave, you know, in the -- in the
11         same time, yeah.
12               DC CAMPBELL:  Hello, this is
13         Khalid, and hello, this is Nawaf.
14               AL-BAYOUMI:  How it happened
15         in any community, yeah.
16               DC CAMPBELL:  Do you
17         remember introducing these people
18         and asking others to help them?
19               AL-BAYOUMI:  No, I didn't
20         ask anyone to help them.  But
21         anyone willing to help, especially
22         in, for example, finding a school,
23         or accommodation, or finding a
24         car, or grocery store or something

MPS 391

```
                                             Page 612
  1          like that.
  2                   DC CAMPBELL:  You've already
  3          got them accommodation, so they
  4          don't need accommodation.
  5                   AL-BAYOUMI:  Yeah.
  6                   DC CAMPBELL:  I've asked
  7          you, have you introduced these
  8          people to anyone else and asked
  9          them to help them?
 10                   AL-BAYOUMI:  No.
 11                   DC CAMPBELL:  Do you know
 12          the name Mohdar Abdullah or
 13          Mohdar -- sorry, I can't pronounce
 14          his first name.
 15                   SOLICITOR:  Can you spell
 16          it?
 17                   DC CAMPBELL:  M-O-H-D-A-R.
 18                   AL-BAYOUMI:  M-O-H --
 19                   DC CAMPBELL:  D-A-R.
 20          Abdullah, A-B-D-U-L-L-A-H.
 21                   DC DEAN:  Mohadar Abdullah.
 22                   AL-BAYOUMI:  Mohdar
 23          Abdullah.  What is he?
 24                   SOLICITOR:  Do you know that
```

Page 613

1       name?

2               DC CAMPBELL:  Do you know

3       that name?

4               AL-BAYOUMI:  Mohdar

5       Abdullah.  Mohdar, maybe.  Mohdar,

6       yeah, his name is -- he came, as I

7       mentioned before, to the mosque,

8       you know, in El Cajon City for,

9       you know, eating sometimes, in --

10      especially in Ramadan or something

11      like that.  And people, they wrote

12      their names, for example, okay.

13      And, for example, to sometimes

14      to -- they call for prayer or

15      something like that.

16              DC CAMPBELL:  Can we be just

17      quite clear?  We're just talking

18      about this one individual.  Do you

19      know this person?

20              AL-BAYOUMI:  Mohdar

21      Abdullah?

22              DC CAMPBELL:  Yes.

23              AL-BAYOUMI:  No.  But I -- I

24      have name Mohdar.  But I don't

Page 614

1          know if he's Abdullah or -- as I

2          mentioned, in the mosque.

3                    DC CAMPBELL:  Okay.  So you

4          knew someone by the first name

5          Mohdar?

6                    AL-BAYOUMI:  Mohdar, yeah.

7                    DC CAMPBELL:  Yeah?

8                    AL-BAYOUMI:  Yeah.

9                    DC CAMPBELL:  And at what

10         mosque do you say you knew him?

11                   AL-BAYOUMI:  Yeah, he visit

12         us in Al-Madinah.  Al-Madinah

13         mosque, which I am in charge of

14         it.  And --

15                   DC CAMPBELL:  What area is

16         that mosque in?

17                   AL-BAYOUMI:  In El Cajon

18         City.  And people there gathered

19         together in Holy Month to eat, for

20         example.  And he -- usually this

21         guy preferred to eat there because

22         people bring the food from their

23         houses as potluck, you know.

24                   And I want to mention that

MPS 391

Page 615

1          in the mosque, everybody come

2          there and put his name, for

3          example, or, for example, some

4          people put their names, for

5          example, to help, one for

6          cleaning, and one for doing

7          something, you know, for example,

8          the -- you know --

9               DC CAMPBELL:  Let me put

10         this another way.  Have you known

11         this man whose first name is

12         Mohdar for some time?

13              AL-BAYOUMI:  Mohdar for some

14         times?

15              DC CAMPBELL:  Yes.  The

16         person that you say that you know

17         with that first name --

18              AL-BAYOUMI:  Uh-huh.

19              DC CAMPBELL:  -- have you

20         known him for quite some time?

21              AL-BAYOUMI:  Yeah, in the

22         mosque.

23              DC CAMPBELL:  But only in

24         the mosque?

```
                                                    Page 616

 1              AL-BAYOUMI:  Yeah, in the

 2         mosque.

 3              DC CAMPBELL:  Nothing else?

 4              AL-BAYOUMI:  No, nothing

 5         else.

 6              DC CAMPBELL:  Okay.

 7              AL-BAYOUMI:  Yeah.  In the

 8         mosque.  But, you know, we go

 9         different mosques.  Sometimes in

10         El Cajon City mosque, sometimes I

11         met him, for example, in -- in --

12         where I lived and across, the

13         Islamic Center.  But this guy,

14         mainly he lived close to -- which

15         I know, lived close to Masjid

16         Al-Ribat.  I gave you the name

17         yesterday.

18              DC DEAN:  Say it again.

19              AL-BAYOUMI:  Masjid.

20         Masjid -- Masjid is mosque, means

21         mosque -- Al-Ribat.

22              DC DEAN:  Al-Ribat?

23              AL-BAYOUMI:  Yes.

24              DC CAMPBELL:  Okay, right.
```

Page 617

```
 1        You mentioned in the previous
 2        interviews that you didn't have
 3        much to do with these two men?
 4             AL-BAYOUMI:  Yeah.
 5             DC CAMPBELL:  Why was that?
 6             AL-BAYOUMI:  Why?  Oh --
 7             DC CAMPBELL:  You've just
 8        introduced these people, you've
 9        got them accommodation --
10             AL-BAYOUMI:  Yeah.
11             DC CAMPBELL:  -- but you
12        distance yourself with them.  Why?
13             AL-BAYOUMI:  Well, because I
14        mentioned, I don't have time to --
15        to, you know, go, for example,
16        anywhere or, you know -- I came
17        just to study.
18             But sometimes when I get
19        home, for example, I take my son
20        with me, Emad, and go, for
21        example, for praying and, you
22        know, pass by or something like
23        that or, you know -- yeah.  This
24        has happened.
```

Page 618

1          DC CAMPBELL:  Okay.  How did
2      you fund your life over in San
3      Diego?  Where did you get your
4      money from?
5          AL-BAYOUMI:  Umm, as I
6      mentioned before, there was three
7      stages.  You can say that, okay.
8      The first one, I came to study
9      English.
10          DC CAMPBELL:  So who paid
11      for your education then?
12          AL-BAYOUMI:  Airways
13      Engineering Department.
14          DC CAMPBELL:  Of what
15      company?
16          AL-BAYOUMI:  This is belong
17      to civil aviation, you know, under
18      it, okay.  Civil aviation is in
19      charge of 24 airports in Saudi
20      Arabia, building and maintenance.
21      And airways engineering department
22      is big department.
23          DC CAMPBELL:  Yes.
24          AL-BAYOUMI:  In charge of

Page 619

1          runways and the other things,

2          yeah.

3                  DC CAMPBELL:  Then who else

4          paid for your education after

5          that?

6                  AL-BAYOUMI:  Ah, let me tell

7          you.  First, the -- the first

8          period when I was in English

9          school -- actually, they provide

10         the -- the money for it.

11                 DC CAMPBELL:  Okay.

12                 AL-BAYOUMI:  Yeah, for my

13         education.

14                 DC CAMPBELL:  And when you

15         were at the last address, who was

16         funding your education and your

17         housing and your cost of living?

18                 AL-BAYOUMI:  They pay

19         everything.

20                 DC CAMPBELL:  They pay

21         everything?

22                 AL-BAYOUMI:  Yeah.

23                 DC CAMPBELL:  The same

24         company all the way through whilst

MPS 391

Page 620

1          you were in America?

2                  AL-BAYOUMI:  Yeah, the same

3          company.  But in different, for

4          example, way.  For example, the

5          first five years with them, I was

6          in a loan with them.  I was a loan

7          -- in a loan with them from my --

8                  DC CAMPBELL:  Yeah, from

9          your own company?

10                 AL-BAYOUMI:  From civil

11         aviation, this is government --

12         government mis --

13                 DC CAMPBELL:  So how would

14         you get your money?

15                 AL-BAYOUMI:  How?

16                 DC CAMPBELL:  Uh-huh.

17                 AL-BAYOUMI:  They send me,

18         for example, check or put it in my

19         account.

20                 DC CAMPBELL:  What, it could

21         be check or --

22                 AL-BAYOUMI:  Yeah.

23                 DC CAMPBELL:  -- or a wire?

24                 AL-BAYOUMI:  Wire?  Seldom

MPS 391

Page 621

1          wire.  Seldom.

2                  DC CAMPBELL:  So they would

3          write a check and it would be

4          deposited in your account every

5          week?

6                  AL-BAYOUMI:  No, every

7          month.

8                  DC CAMPBELL:  Every month?

9                  AL-BAYOUMI:  Yeah.

10                 DC CAMPBELL:  So every month

11         you would get a check for how

12         much?

13                 AL-BAYOUMI:  Also, let me

14         verify this.  In the beginning,

15         they didn't give me -- for

16         example, when I was studying

17         English, they didn't give me, for

18         example, monthly, for example,

19         payment or something like that.

20         They gave me, I think, check,

21         okay.  And when I -- when it's

22         finished, I -- I called them that

23         it's done and they send me

24         other -- other thing, okay.

MPS 391

Page 622

1           But when I was in loan, I

2      think, they put it in my account

3      there in Saudi Arabia and I

4      sometimes tell someone to send me

5      wire to my account, okay.  Or

6      sometimes I take money from the

7      machine and deposit it in my

8      account.

9           DC CAMPBELL:  Money from

10     what machine?

11          AL-BAYOUMI:  Any ATM

12     machine.

13          DC CAMPBELL:  Why do that if

14     you've got a check account?

15          AL-BAYOUMI:  Yeah, I have

16     check account over there, over

17     there in, for example, Saudi

18     Arabia.

19          DC CAMPBELL:  So can you not

20     put that check into your

21     account --

22          AL-BAYOUMI:  No, they put it

23     automatically.  They put it in my

24     account over there.  But how can I

MPS 391

```
                                              Page 623
 1          get money here, for example?
 2                  DC CAMPBELL:  Because you've
 3          got a Bank of America check.
 4                  AL-BAYOUMI:  No, this is
 5          Saudi American Bank over there.
 6          It's different from American bank.
 7                  DC CAMPBELL:  Right.  So
 8          you've got the Saudi American
 9          Bank.
10                  AL-BAYOUMI:  Yes.
11                  DC CAMPBELL:  Surely you can
12          transfer your money?
13                  AL-BAYOUMI:  To American
14          bank?
15                  DC CAMPBELL:  Yes.
16                  AL-BAYOUMI:  No, it's
17          different.
18                  DC CAMPBELL:  You can't?
19                  AL-BAYOUMI:  No --
20          different.  This is Saudi American
21          Bank and this is Bank of America.
22                  DC CAMPBELL:  Yes, I
23          understand that.
24                  AL-BAYOUMI:  It's two
```

Page 624

1          different businesses.

2               DC CAMPBELL:  So, I

3          understand.

4               AL-BAYOUMI:  Sorry about

5          that.

6               DC CAMPBELL:  No, it's not

7          -- no need to apologize.  It's

8          just so that you're clear that I

9          understand how the banking system

10         works.  You can telegraph,

11         telegraphic transfer between one

12         bank to another, transfer money

13         from one account to another

14         account, without having to get

15         money out of the cash machine.

16              AL-BAYOUMI:  Uh-huh.

17              DC CAMPBELL:  It just seems

18         to be -- you say you're a busy

19         man.  Why get money out of the

20         cash machine to have to pay it

21         back into the bank when you can

22         get --

23              AL-BAYOUMI:  How can I do

24         it?  I don't know how to do it.

MPS 391

```
                                                    Page 625
 1                    DC CAMPBELL:  But you've
 2          got -- haven't you got a degree in
 3          accountancy?
 4                    AL-BAYOUMI:  No.
 5                    DC CAMPBELL:  No?
 6                    AL-BAYOUMI:  No.
 7                    DC CAMPBELL:  But you've
 8          studied a year in accountancy?
 9                    AL-BAYOUMI:  Yeah, I tried
10          to study.
11                    DC CAMPBELL:  And you've got
12          a Master's Degree in business?
13                    AL-BAYOUMI:  Yeah.
14                    DC CAMPBELL:  But you've
15          never heard of telegraphic
16          transfer?
17                    AL-BAYOUMI:  I heard of it,
18          but I don't know how to do it.
19                    DC CAMPBELL:  Okay.
20                    AL-BAYOUMI:  Okay.  And
21          sometimes they said it's through
22          the computer you can do it.
23                    DC CAMPBELL:  So it appears
24          to me that you have got an income
```

Page 626

1              which, from one month to another,

2              you're unsure of exactly how

3              you're going to get paid because

4              you're saying, in your own words,

5              that it could be one month check,

6              one month wire --

7                    AL-BAYOUMI:  No, no.  They

8              send me -- they put in my account.

9                    DC CAMPBELL:  In the Saudi

10             Arabia account?

11                   AL-BAYOUMI:  Yeah, okay.

12             And I have one -- I gave him power

13             of attorney, sometimes, if I need,

14             for example, 10,000 or 50,000 or

15             something like that.  He send me

16             wire.

17                   DC CAMPBELL:  Okay.

18                   AL-BAYOUMI:  Okay.

19                   DC CAMPBELL:  And who is

20             that person?

21                   AL-BAYOUMI:  His name is

22             Hani.

23                   DC CAMPBELL:  Sorry?

24                   AL-BAYOUMI:  Hani.  Hani

Page 627

1          Badkook, brother of Ayman.

2                DC DEAN:  Can you spell

3          that?  H --

4                AL-BAYOUMI:  Hani with H-A

5          --

6                But he transfer from my --

7          my money, my -- from my account

8          over there.

9                DC CAMPBELL:  Uh-huh.

10                AL-BAYOUMI:  His brother

11          Ayman who came -- who visit us in

12          San Diego.  I gave him power of

13          attorney for -- you know --

14                DC CAMPBELL:  Okay.  That's

15          great.

16                DC DEAN:  So that's H-A --

17                AL-BAYOUMI:  N-I.

18                DC DEAN:  N-I.

19                AL-BAYOUMI:  Yeah.

20                DC DEAN:  B-A-D-K-O-O-K?

21                AL-BAYOUMI:  Yeah, exactly.

22                DC CAMPBELL:  And what

23          relation is he to you?

24                AL-BAYOUMI:  He's my aunt's

MPS 391

Page 628

1          daughter son.

2                  DC CAMPBELL:  And we touched

3          on the amount of money.  How much

4          money did you get from this

5          employer of yours?

6                  AL-BAYOUMI:  You mean

7          monthly?

8                  DC CAMPBELL:  Uh-huh.

9                  AL-BAYOUMI:  You mean from

10         the beginning until now?  I don't

11         know.  But lately --

12                 DC CAMPBELL:  Monthly.

13                 AL-BAYOUMI:  Huh?

14                 DC CAMPBELL:  Monthly.

15                 AL-BAYOUMI:  Yeah, lately,

16         yeah, I get for about -- you know,

17         between 4- to 5,000 pounds.

18                 DC CAMPBELL:  Pounds?

19                 AL-BAYOUMI:  Yeah.

20                 DC CAMPBELL:  Or dollars?

21                 AL-BAYOUMI:  No, it's 24 --

22         for example --

23                 Give -- give --

24                 DC CAMPBELL:  Here's a pen.

```
                                              Page 629
  1              AL-BAYOUMI:  I get, for
  2         example, in Saudi Arabia, 11,000.
  3         This is the salary.
  4              DC CAMPBELL:  Per year?
  5              AL-BAYOUMI:  No.
  6              DC CAMPBELL:  Per month?
  7              AL-BAYOUMI:  Per month,
  8         yeah.
  9              DC CAMPBELL:  11,000 Saudi
 10         riyal.
 11              AL-BAYOUMI:  Saudi riyal.
 12              DC CAMPBELL:  Okay.  So
 13         we're converting 11,000 Saudi
 14         riyal to --
 15              AL-BAYOUMI:  -- which
 16         convert to pound to 2,000, maybe
 17         2,000.
 18              DC CAMPBELL:  Okay.
 19              AL-BAYOUMI:  Yeah, 2,000.
 20              DC CAMPBELL:  Yeah, okay.
 21              AL-BAYOUMI:  Maybe.  Plus
 22         here, what do you call it,
 23         allowance.
 24              DC CAMPBELL:  Uh-huh.
```

Page 630

1           AL-BAYOUMI:  For about

2      sometimes 13,000.

3           DC CAMPBELL:  Uh-huh.

4           AL-BAYOUMI:  Yeah.  The

5      total 24-something.  It means for

6      about to -- 5,000.

7           DC CAMPBELL:  What, pounds?

8           AL-BAYOUMI:  Yeah.

9           DC CAMPBELL:  Per month?

10          AL-BAYOUMI:  Yeah.

11          DC CAMPBELL:  Are you sure

12     per month and not per year?

13          AL-BAYOUMI:  No, per month.

14          DC CAMPBELL:  So it means

15     you're a very rich man?

16          AL-BAYOUMI:  No, I'm not

17     rich.

18          DC CAMPBELL:  Okay, can I

19     say that 5,000 pounds per month is

20     an awful lot of money?

21          AL-BAYOUMI:  Yeah.

22          DC CAMPBELL:  And you are a

23     student?

24          AL-BAYOUMI:  Yeah.

Page 631

1              DC CAMPBELL:  Is that not an
2       exceptionally large amount of
3       money as a student?
4              AL-BAYOUMI:  No.
5              DC CAMPBELL:  Really?
6              AL-BAYOUMI:  Yeah,
7       because --
8              DC CAMPBELL:  Can we just be
9       very clear here that you're saying
10      to us that you're getting a salary
11      of 5,000 pounds per year --
12             DC DEAN:  Per month.
13             DC CAMPBELL:  Per month.
14             AL-BAYOUMI:  Yeah.
15             DC CAMPBELL:  From this
16      company.  And let -- let me
17      clarify the name of the company.
18             AL-BAYOUMI:  Airways
19      Engineering Department.
20             DC DEAN:  Which is under the
21      civil -- civil aviation?
22             AL-BAYOUMI:  Yeah.
23             DC CAMPBELL:  And are they
24      still paying you?

MPS 391

Page 632

```
1                AL-BAYOUMI:  But, uh -- but
2         -- for this one here, for the
3         13,000, this is the regular one.
4                DC CAMPBELL:  11,000?
5                AL-BAYOUMI:  Yeah, regular
6         one.  This one here change between
7         time and time.
8                DC CAMPBELL:  How much?
9                AL-BAYOUMI:  Goes less, for
10        example.  The last time, the last
11        month, I think, they didn't put
12        anything.
13               DC CAMPBELL:  The previous
14        month to that, how much did they
15        put in?
16               AL-BAYOUMI:  Yeah, the
17        previous month?
18               DC CAMPBELL:  Yes.
19               AL-BAYOUMI:  24-something.
20               DC CAMPBELL:  Right.  Okay.
21        So --
22               AL-BAYOUMI:  For example, if
23        someone --
24               DC CAMPBELL:  And have they
```

Page 633

1          been paying this for five years?

2                    AL-BAYOUMI:  They pay this

3          for -- no, not five years.  No.

4                    DC CAMPBELL:  How many

5          years?

6                    AL-BAYOUMI:  Maybe they --

7          now from a year and-a-half, I

8          think.  No, not year and-a-half.

9          A year and -- maybe a year and

10         three months or --

11                   DC CAMPBELL:  And before

12         that, what salary did you get

13         before that a year and-a-half ago?

14                   AL-BAYOUMI:  I think -- can

15         I have the pen?  I think I get,

16         I'm not sure exactly, but I get

17         9,000 --

18                   DC CAMPBELL:  Uh-huh.

19                   AL-BAYOUMI:  -- 9,000 pound.

20                   DC CAMPBELL:  9,000?

21                   AL-BAYOUMI:  Yeah.  But

22         here, in this one --

23                   DC CAMPBELL:  9,000 pounds?

24                   AL-BAYOUMI:  9,000 Saudi

MPS 391

Page 634

1          riyal.

2                    DC CAMPBELL:  Okay.  So

3          that's -- that is approximately

4          2,000 pounds?

5                    AL-BAYOUMI:  Yeah.  But here

6          they paid the tuition.

7                    DC CAMPBELL:  Yes.

8                    AL-BAYOUMI:  Paid

9          everything.

10                   DC CAMPBELL:  Okay.

11                   AL-BAYOUMI:  But here, in

12         this situation, no, I have to pay

13         everything out of my pocket.

14                   DC CAMPBELL:  So out of your

15         5,000 pounds, you have to pay

16         tuition fees?

17                   AL-BAYOUMI:  Yes.  7,000,

18         for example.

19                   DC CAMPBELL:  Accommodation?

20                   AL-BAYOUMI:  Tuition fees,

21         yeah.  And maybe 6,000 --

22                   DC CAMPBELL:  Is that just

23         because you're here in London --

24         sorry, in Birmingham that you have

MPS 391

Page 635

1          to pay your tuition?

2                    AL-BAYOUMI:  Yeah,

3          everywhere I pay my tuition by

4          myself.

5                    DC CAMPBELL:  Okay.

6                    AL-BAYOUMI:  Yeah.  But for

7          the -- the -- for this salary --

8                    DC CAMPBELL:  So before a

9          year and-a-half ago, yes, they

10         paid that money for you?

11                   AL-BAYOUMI:  They paid this

12         money for me.  And when I, for

13         example, spent -- paid tuition,

14         they reimburse me.

15                   DC CAMPBELL:  Right.

16                   AL-BAYOUMI:  Yeah.

17                   DC CAMPBELL:  Okay.  So what

18         you're saying is that you have got

19         a salary which we can check; is

20         that right?

21                   AL-BAYOUMI:  Yeah.

22                   DC CAMPBELL:  Have you

23         received any other payments from

24         any other people?

MPS 391

Page 636

1           AL-BAYOUMI:  From other

2       people?

3           DC CAMPBELL:  Yes.  Large

4       amounts of payments.

5           AL-BAYOUMI:  When?

6           DC CAMPBELL:  In the last

7       two years.

8           AL-BAYOUMI:  In the last two

9       years.  Yeah, I get some money

10      from the landlord of the mosque.

11          DC CAMPBELL:  Uh-huh.  What

12      was that for?

13          AL-BAYOUMI:  The mosque,

14      Al-Madinah Mosque.  I told you,

15      Al-Madinah Mosque.

16          DC CAMPBELL:  Yes.

17          AL-BAYOUMI:  The owner --

18          DC CAMPBELL:  And was that

19      for the roof that you mentioned?

20          AL-BAYOUMI:  Sometimes for

21      roof, sometimes for remodeling,

22      sometimes for changing, you know,

23      or something in, for example,

24      digging the hole to --

Page 637

1              DC CAMPBELL:  And what was

2       that person's name?

3              AL-BAYOUMI:  Saad Al-Habib.

4              DC CAMPBELL:  Saad?

5              DC DEAN:  Can you spell

6       that?

7              AL-BAYOUMI:  S-A-A-D.

8              DC CAMPBELL:  Yes.

9              AL-BAYOUMI:  Al-Habib, A-L,

10      H-A-B, I think E-E-B.  Habib.

11      Yeah, or I-B, B-I-B.

12             DC CAMPBELL:  And anyone

13      else, did you get any money from

14      anyone else --

15             AL-BAYOUMI:  I'm not sure.

16             DC CAMPBELL:  -- in the last

17      two years?

18             AL-BAYOUMI:  I'm not sure.

19             Yeah, when was in Ramadan, I

20      remember the other Sheikh came

21      to -- to visit the mosque over

22      there.  And the people who are in

23      charge of the mosque are refugee.

24      And the teachers were without

MPS 391

Page 638

1         paying, you know, they just

2         volunteered, to teach kids

3         voluntarily.  And he send a check

4         in Ramadan last -- last Ramadan, I

5         don't have --

6              DC CAMPBELL:  It's a check,

7         not cash?

8              AL-BAYOUMI:  No, he send

9         check to my account.

10             DC CAMPBELL:  Yes, okay.

11             AL-BAYOUMI:  And I gave them

12        check, the same amount.  You know

13        what I mean?

14             DC CAMPBELL:  Yes, I

15        understand that.

16             AL-BAYOUMI:  Yeah.

17             DC CAMPBELL:  So he gave you

18        a check, it went into your

19        account?

20             AL-BAYOUMI:  Yeah, exactly.

21             DC CAMPBELL:  And once it

22        cleared in your account, you paid

23        out another check?

24             AL-BAYOUMI:  Yeah, I gave

1          it -- I gave it the Board of
2          Trustees --
3               DC CAMPBELL:  Yes.
4               AL-BAYOUMI:  -- to give it
5          the teachers.
6               DC CAMPBELL:  Okay.  Well,
7          there's an audit trail there which
8          we can follow.  An audit trail?
9          We can check.
10              AL-BAYOUMI:  Yeah, there is.
11         Yeah, you can find it in my file
12         in the bank.  You can find it
13         clearly.
14              DC CAMPBELL:  Any other
15         money from any other sources?
16              AL-BAYOUMI:  I don't think
17         so, no.  I don't remember anything
18         now.
19              DC CAMPBELL:  Right.
20              AL-BAYOUMI:  But usually the
21         owner of the bank -- owner of the
22         mosque sent, for example, money
23         for insurance, for the insurance.
24         But --

Page 640

 1                DC CAMPBELL:  Which mosque
 2        is this?
 3                AL-BAYOUMI:  Al-Madinah.
 4        Al-Madinah Al-Munawarah.
 5                DC CAMPBELL:  Okay.  The
 6        sound that you can hear is the
 7        tapes again.
 8                AL-BAYOUMI:  Uh-huh.
 9                DC CAMPBELL:  And what I
10        shall do is just change the tapes
11        unless you want a break.
12                AL-BAYOUMI:  Sure.
13                DC CAMPBELL:  Would you like
14        a break for five, ten minutes?
15                SOLICITOR:  Do you need a
16        break?
17                AL-BAYOUMI:  I am fine.
18                SOLICITOR:  Okay.
19                AL-BAYOUMI:  I am fine.
20                DC DEAN:  The time is --
21                DC CAMPBELL:  Five minutes
22        to 6:00.  And I'll stop this tape.
23                In fact, what I shall do is
24        we'll stop this interview at this

Page 641

1          stage and take a 15-minute

2          refreshment break.  And once we do

3          that, we'll carry on with another

4          interview, exactly along the same

5          lines.

6               Okay?

7               AL-BAYOUMI:  Sure.

8               DC CAMPBELL:  Are you happy

9          with that?

10              AL-BAYOUMI:  Yeah, sure.

11              DC CAMPBELL:  So the time by

12         my watch is the same time and I

13         shall now conclude the interview,

14         okay.

15              (Whereupon, the tape

16         concluded.)

17

18

19

20

21

22

23

24

MPS 393

```
                                                        Page 642

 1                        -   -   -

 2                      MPS 393

 3                        -   -   -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  25/09/2001

11

12   DURATION OF INTERVIEW:   43 minutes

13

14   TIME OF INTERVIEW:  2025-2110

15

16   INTERVIEWING OFFICERS:  DC Campbell, DC

17   Dean

18

19   OTHER PERSONS PRESENT:  The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

Page 643

```
1                      -  -  -
2              DC CAMPBELL:  This interview
3         is being tape recorded.  I am
4         Detective Constable David
5         Campbell, attached to the
6         anti-terrorist branch.
7                 And the other police officer
8         present is.
9              DC DEAN:  Detective
10        Constable Ian Dean, also attached
11        to the anti-terrorist branch.
12             DC CAMPBELL:  And I'm
13        interviewing -- for the benefit of
14        the tape, can you state your full
15        name for me, please?
16             AL-BAYOUMI:  Omar
17        Al-Bayoumi.
18             DC CAMPBELL:  Also present
19        is your legal representative.
20                 May I also have your name,
21        please?
22             SOLICITOR:  Jacqui
23        Gordon-Lawrence, authorized
24        representative with Fisher
```

Page 644

1          Meredith.

2              I'm now required to explain

3      my role.  It is to protect my

4      client's rights.  I will continue

5      to advise my client throughout

6      this interview.  I shall intervene

7      if my client asks for or needs

8      legal advice or your questioning

9      is inappropriate or you raise

10     matters which have not been made

11     known to me.

12             After receiving legal

13     advice, my client has decided to

14     answer questions which you may

15     raise that are relevant to his

16     arrest.

17             DC CAMPBELL:  Thank you.

18             Do you feel fit enough to be

19     interviewed at this stage?

20             AL-BAYOUMI:  Yes.

21             DC CAMPBELL:  And have you

22     been allowed to have your most

23     recent prayer time?

24             AL-BAYOUMI:  Yes.

Page 645

```
 1              DC CAMPBELL:  Okay.  If at
 2         any stage you don't feel fit
 3         enough, just let me know, and I'll
 4         stop the interview and you can see
 5         a doctor, or have refreshments,
 6         should it be necessary, okay?
 7              AL-BAYOUMI:  Sure.
 8              DC CAMPBELL:  Now, today's
 9         date is the 25th of September
10         2001.  The time, by my watch, is
11         8:25 p.m.  At the conclusion of
12         the interview, I'll give you a
13         notice which sets out what happens
14         to the two tapes, which have been
15         unwrapped and placed into the
16         machine behind me.
17              I'll just remind you that
18         although this interview is not
19         being videoed, we do have the
20         facility for remote monitoring of
21         this.  I don't anticipate that
22         this will be the case.  However,
23         should it -- should you see the
24         light on behind me on the wall,
```

Page 646

1              should you see that illuminate,

2              that indicates that this is being

3              monitored.  And there has been an

4              entry placed in the custody record

5              previously, at the start of the

6              previous interview, explaining the

7              reasons why we would do that.

8                    Do you understand that,

9         Omar?

10                   AL-BAYOUMI:  Yeah.

11                   DC CAMPBELL:  Okay.  When we

12             finished the last interview, we

13             were discussing the monies which

14             you were actually getting into

15             your account.

16                   You described to us that you

17             would get approximately 5,000

18             pounds per month from the

19             aviation -- aviation company that

20             you were working for, and that was

21             as a student grant and -- for your

22             accommodation, your living

23             allowance; is that correct?

24                   AL-BAYOUMI:  Yeah.

MPS 393

Page 647

```
1              DC CAMPBELL:  Okay.  Now, I
2         just want to mention a few -- a
3         few items.
4              I understand that you were
5         mentioning that a man by the name
6         of Badkook -- B-A-D-K-U-O-K, or
7         O-O-K --
8              AL-BAYOUMI:  K-O-O-K, I
9         think.
10             DC CAMPBELL:  Yeah.
11             -- has a legal position or
12        executor -- or executor of your
13        account in Saudi Arabia.
14             AL-BAYOUMI:  He has power of
15        attorney.
16             DC CAMPBELL:  Yes.
17             And on occasion you ask him
18        to send you money?
19             AL-BAYOUMI:  Yeah.  If I ask
20        him to send me money, yes, he send
21        me money.
22             DC CAMPBELL:  Right.  And
23        how much would you estimate, in
24        the last year, he has sent you?
```

MPS 393

Page 648

```
 1          Do you -- would you be able to
 2          say?
 3                 AL-BAYOUMI:  How much he has
 4          sent me?
 5                 DC CAMPBELL:  Yes.  Would
 6          you be able to say?
 7                 AL-BAYOUMI:  I think once he
 8          sent me 50,000 Saudi riyal, which
 9          is 10,000 pounds, I think.
10                 DC CAMPBELL:  Uh-huh.  On
11          how many occasions has this
12          happened, recently, in the last
13          year, possibly --
14                 AL-BAYOUMI:  I think --
15                 DC CAMPBELL:  -- two years?
16                 AL-BAYOUMI:  I think twice
17          or three times.  I'm not sure.
18                 But not 50, one -- once 50.
19          The other one, I'm not sure
20          exactly, 10 or -- $10,000, I
21          think, yeah, $10,000.  And once --
22          I'm not sure exactly.
23                 But, you know, if it's come
24          from Hani, it will be written on
```

MPS 393

Page 649

1          the wire.

2                    DC CAMPBELL:  Right.  Okay.

3                    AL-BAYOUMI:  Yeah.  Yes.

4          Sent by --

5                    DC CAMPBELL:  Would you --

6          would you know what EDI means?

7          E-D-I means?  Do you know what

8          that term refers to?

9                    AL-BAYOUMI:  ED?

10                   DC CAMPBELL:  On your bank

11         documents, what would the term

12         EDI -- you can see that term --

13         what that means?

14                   AL-BAYOUMI:  I'm not sure.

15                   DC CAMPBELL:  You're not

16         sure.

17                   But if it had, beside it,

18         that name that we referred to,

19         Bad -- Badkook.

20                   AL-BAYOUMI:  Badkook, Hani.

21                   DC CAMPBELL:  Yeah.

22                   AL-BAYOUMI:  Hani Badkook.

23         Yes.

24                   DC CAMPBELL:  Would that be

MPS 393

```
                                                    Page 650

 1            referring to those transactions?

 2                 AL-BAYOUMI:  Yeah.

 3                 DC CAMPBELL:  Okay.

 4                 AL-BAYOUMI:  You know

 5        what --

 6                 DC CAMPBELL:  What does

 7        Samba mean?

 8                 AL-BAYOUMI:  Huh?

 9                 DC CAMPBELL:  Samba,

10        S-A-M-B-A.

11                 AL-BAYOUMI:  Samba is the

12        company of the -- what do you call

13        it -- Saudi Bank.

14                 DC CAMPBELL:  Yes.

15                 AL-BAYOUMI:  The Saudi Bank

16        has -- I think, I'm not sure

17        exactly, but I think has another

18        company called Samba.

19                 DC CAMPBELL:  Oh, right.  So

20        we had not found it --

21                 AL-BAYOUMI:  Samba, yeah.

22        It's Samba.

23                 DC CAMPBELL:  Okay.  So as

24        far as you're concerned that if
```

```
                                              Page 651
 1          the transaction shows money being
 2          sent by telegraphic transfer from
 3          Samba or Badkook, that that money
 4          would be in relation to your Saudi
 5          Bank account; is that correct?
 6                  AL-BAYOUMI:  From Saudi
 7          Bank --
 8                  DC CAMPBELL:  Yes.
 9                  AL-BAYOUMI:  -- to American?
10                  DC CAMPBELL:  Yes.
11                  AL-BAYOUMI:  It was to Saudi
12          American Bank to Bank of America,
13          or -- yeah, I think, Bank of
14          America, yeah.
15                  DC CAMPBELL:  Yeah.  Okay.
16                  AL-BAYOUMI:  Maybe it was
17          Bank of America.
18                  And I have, also, account
19          with Mutual -- Mutual --
20          Washington Mutual.  I mentioned to
21          it before.
22                  DC CAMPBELL:  Washington
23          Mutual?
24                  AL-BAYOUMI:  Washington
```

Page 652

1          Mutual.

2                    DC CAMPBELL:  Okay.

3                    AL-BAYOUMI:  And, also, I

4          just want to tell you about the

5          Saudi American Bank.

6                    DC CAMPBELL:  Uh-huh.

7                    AL-BAYOUMI:  I have two

8          account in Saudi -- American Saudi

9          Bank.  One of them by dollars, the

10         other one by Saudi riyal.

11                   I think you remember when I

12         mentioned that I have -- what you

13         call it -- a piece of land, and I

14         sell it?

15                   DC CAMPBELL:  Yeah.

16                   AL-BAYOUMI:  I convert the

17         money to dollars, okay.  And I put

18         it in this account, okay.

19                   DC CAMPBELL:  Uh-huh.

20                   AL-BAYOUMI:  And the other

21         account is Saudi riyal --

22                   DC CAMPBELL:  Uh-huh.

23                   AL-BAYOUMI:  -- which is --

24         has link with the -- my salary,

MPS 393

Page 653

1          you know.  They would put my

2          salary in this account.

3                DC CAMPBELL:  Right.

4                AL-BAYOUMI:  The -- the --

5          the Saudi -- Saudi and --

6                DC CAMPBELL:  Yes.

7                AL-BAYOUMI:  Yeah.

8                DC CAMPBELL:  Okay.  So let

9          me make it clear, then, in my own

10         mind, that when you sold the land

11         in Saudi Arabia, you say you got

12         50,000 -- the equivalent of

13         50,000 --

14               AL-BAYOUMI:  Yeah.

15         Approximately.

16               DC CAMPBELL:  Dollars or

17         pounds?

18               AL-BAYOUMI:  50,000 pound.

19               DC CAMPBELL:  Pounds.

20               And what account did that go

21         into?

22               AL-BAYOUMI:  Can you give me

23         a pen, please?

24               DC CAMPBELL:  Right.

Page 654

1           AL-BAYOUMI:  And a piece of

2       paper.

3           What did you say?

4           DC CAMPBELL:  What account

5       did you put the money into?

6           AL-BAYOUMI:  What account?

7           DC CAMPBELL:  Yes.

8           AL-BAYOUMI:  I already

9       mentioned, this is for US dollar.

10          DC CAMPBELL:  Yes.

11          AL-BAYOUMI:  Yeah.  U.S.

12      dollar.

13          DC CAMPBELL:  Yes.

14          AL-BAYOUMI:  Yeah.

15          DC CAMPBELL:  So you put it

16      in US dollars --

17          AL-BAYOUMI:  In this

18      account, yeah.

19          DC CAMPBELL:  In which

20      account?  The -- what account?

21          AL-BAYOUMI:  Saudi American

22      Bank.

23          DC CAMPBELL:  Saudi American

24      Bank.

Page 655

1                    AL-BAYOUMI:  I have two

2            accounts, Saudi American Bank --

3                    DC CAMPBELL:  Yeah.

4                    AL-BAYOUMI:  -- okay, two

5            accounts.  One dollars, okay, and

6            the other one, Saudi riyal.

7                    DC CAMPBELL:  Yeah.

8                    AL-BAYOUMI:  And my salary

9            come here in Saudi riyal every

10           month, okay?

11                   DC CAMPBELL:  Uh-huh.

12                   AL-BAYOUMI:  And for a long

13           time, I didn't touch it, you know.

14           I just save money for when I get

15           back to -- you know, make my kids

16           secure and buy a piece of land or

17           something like that for them.

18                   But I usually use this

19           account here.

20                   DC CAMPBELL:  And where does

21           the money come from that account?

22                   AL-BAYOUMI:  Through the --

23           the machine.

24                   DC CAMPBELL:  Yes, but

MPS 393

Page 656

```
 1          what -- yeah.  You can't just get
 2          money out of the machine if
 3          there's no money in the bank.
 4                 AL-BAYOUMI:  No, the money
 5          from the land is here.
 6                 DC CAMPBELL:  All right.
 7                 AL-BAYOUMI:  For about
 8          50,000 or --
 9                 DC CAMPBELL:  Dollars?
10                 AL-BAYOUMI:  Dollars.
11                 DC CAMPBELL:  Okay.  So
12          you're --
13                 AL-BAYOUMI:  $50,000?
14                 DC CAMPBELL:  -- you're
15          drawing on --
16                 AL-BAYOUMI:  More than --
17          more than $50,000.  50,000 should
18          be bound -- pound.  But I think
19          $80,000.
20                 DC CAMPBELL:  All right.
21                 AL-BAYOUMI:  Yeah.
22                 And I usually use it.  Why?
23          Because when I go back to Saudi
24          Arabia, I had a plan.  If they
```

Page 657

1        didn't support me, to finish my
2        education here, I will support
3        myself from this land.
4               Got it?
5               DC CAMPBELL:  Okay.
6               AL-BAYOUMI:  Okay.
7        Therefore, when they said, no, we
8        can't support you, just go and
9        finish your education, and I'm
10       trying to get money from this
11       account --
12              DC CAMPBELL:  Yeah.
13              AL-BAYOUMI:  -- and save
14       this account here until sometimes
15       I need money, I call Hani --
16              DC CAMPBELL:  Uh-huh.
17              AL-BAYOUMI:  -- to send me
18       money from this account.
19              DC CAMPBELL:  Okay.  I
20       understand.
21              AL-BAYOUMI:  From Saudi
22       riyal.  He didn't, you know, send
23       from this account here.
24              DC CAMPBELL:  Right.  Do you

MPS 393

Page 658

1          have any other sources of income?

2                    AL-BAYOUMI:  No.  Sometimes,

3          you know, my --

4                    DC DEAN: Just giving you

5          your pen back?

6                    SOLICITOR:  The pen?  Thanks

7          ever so much.

8                    AL-BAYOUMI:  Sometimes my --

9          I think my wife family send some

10         money, I think, through my

11         account.  But I'm not sure

12         exactly.

13                   DC CAMPBELL:  Roughly, the

14         amounts?

15                   AL-BAYOUMI:  The amount?  It

16         should be no more than -- no more

17         than 2,000, for example, or

18         something like that.

19                   DC CAMPBELL:  Okay.

20                   AL-BAYOUMI:  In dollar.

21                   DC CAMPBELL:  Is there any

22         other reason --

23                   AL-BAYOUMI:  Or $3,000.

24                   DC CAMPBELL:  -- why you

Page 659

1        would have cash going through your

2        account?

3                AL-BAYOUMI:  Say it again?

4                DC CAMPBELL:  Is there any

5        other reason why money, cash,

6        would be put into your account?

7                AL-BAYOUMI:  I don't

8        understand it.

9                DC CAMPBELL: Cash.  Cash

10       transactions, people putting cash

11       into your account.

12               AL-BAYOUMI:  Uh-huh.  In my

13       account?  Where?  In Saudi Arabia

14       or here or in -- in America?

15               DC CAMPBELL:  In America.

16               AL-BAYOUMI:  I did it once

17       when I -- what do you call it --

18       when I tried to -- to come here to

19       Birmingham.

20               DC CAMPBELL:  Before that?

21               AL-BAYOUMI:  Huh?

22               DC CAMPBELL:  Before that?

23               AL-BAYOUMI:  Yeah.  I --

24       I -- I think, took, I'm not sure

MPS 393

Page 660

```
 1          exactly, 9,000 or 8,000, I am not
 2          sure exactly, and I put it in the
 3          other account.  Because, you know,
 4          for my wife to use it.
 5                    DC CAMPBELL:  Uh-huh.
 6                    AL-BAYOUMI:  Yeah.
 7                    DC CAMPBELL:  The reason I'm
 8          asking these questions is on the
 9          face of your bank accounts, since
10          the 22nd of February 1999 until
11          the 12th of the 1st of this year,
12          thirty-two-and-a-half thousand
13          dollars.
14                    AL-BAYOUMI:  32?
15                    DC CAMPBELL:  And a half.
16          $32,500 in cash has gone through
17          your account from unknown sources.
18                    AL-BAYOUMI:  32,500?
19                    DC CAMPBELL:  Yes.
20                    AL-BAYOUMI:  What -- what
21          account?
22                    DC CAMPBELL:  Your Bank of
23          America account.
24                    AL-BAYOUMI:  Uh-huh.
```

Page 661

1          32,500?

2                    DC CAMPBELL:  Yes.

3                    AL-BAYOUMI:  Go to cash in

4          my account?  Maybe I got a -- what

5          do you call it, a check, for

6          example, and I --

7                    DC CAMPBELL:  I'm not

8          talking about checks, Omar.  I'm

9          talking cash.

10                   AL-BAYOUMI:  Uh-huh.

11                   DC CAMPBELL:  When someone

12         deposits a check in your account,

13         it shows check.

14                   AL-BAYOUMI:  Yeah.

15                   DC CAMPBELL:  But someone

16         deposited cash.  Someone walks in

17         with U.S. dollars to the counter,

18         and pays in cash.

19                   AL-BAYOUMI:  Uh-huh.

20                   DC CAMPBELL:  U.S. dollars,

21         yes?

22                   AL-BAYOUMI:  Uh-huh.

23                   DC CAMPBELL:  It shows up

24         cash.  It doesn't show up check.

Page 662

1            AL-BAYOUMI:  Uh-huh.  Yeah.

2            DC CAMPBELL:  $32,000 has

3      gone through your account in that

4      fashion.

5            AL-BAYOUMI:  Actually, I

6      can't -- I can't remember now.

7      But I remember once my wife, I

8      told her to put, I think, 10,000

9      or 9,000 something, and -- but I'm

10     not sure exactly what --

11           DC CAMPBELL:  Okay.  Let me

12     put it this way, then.

13           On the 16th of February

14     1999 --

15           AL-BAYOUMI:  16th of

16     February?

17           DC CAMPBELL:  Yeah.

18           9 thousand 98 -- sorry,

19     99 --

20           AL-BAYOUMI:  99.

21           DC CAMPBELL:  -- 85 dollars.

22           AL-BAYOUMI:  Uh-huh.

23           DC CAMPBELL:  The 23rd of

24     September, the --

Page 663

1              AL-BAYOUMI:  23rd.

2              DC CAMPBELL:  -- same

3         amount.

4              AL-BAYOUMI:  Yes.

5              DC CAMPBELL:  The 15th of

6         February --

7              AL-BAYOUMI:  The 15th.

8              DC CAMPBELL:  -- $10,000.

9              AL-BAYOUMI:  Yes.

10             DC CAMPBELL:  And 6/1/2000,

11        $10,000.

12             AL-BAYOUMI:  6/1.

13             DC CAMPBELL:  2000.

14             AL-BAYOUMI:  Uh-huh.

15             DC CAMPBELL:  $10,000.

16             Why so much cash in your

17        account?  What do these

18        transactions relate to?

19             AL-BAYOUMI:  I'm not sure

20        exactly, but I -- I have to figure

21        out --

22             DC CAMPBELL:  Uh-huh.

23             AL-BAYOUMI:  There is reason

24        for that, you know.

MPS 393

Page 664

1              DC CAMPBELL:  But the reason
2          to us looks as if unknown people
3          are giving you lots of money.
4              AL-BAYOUMI:  No.
5              DC CAMPBELL:  Because I've
6          been quite clear in my interviews
7          with you --
8              AL-BAYOUMI:  Yeah.
9              DC CAMPBELL:  -- as to where
10         the source of your income is.
11             AL-BAYOUMI:  Uh-huh.
12             DC CAMPBELL:  And you've
13         told me it's from the sale of
14         land --
15             AL-BAYOUMI:  Yeah.
16             DC CAMPBELL:  -- in Saudi.
17             AL-BAYOUMI:  Yeah.
18             DC CAMPBELL:  And also from
19         the Civil Aviation --
20             AL-BAYOUMI:  Yeah.
21             DC CAMPBELL:  -- for, you
22         know, for your -- your student --
23             AL-BAYOUMI:  Yeah.
24             DC CAMPBELL:  But this seems

Page 665

          1          to be large amounts of money which

          2          is untraceable, unless you can

          3          tell me where the money's come

          4          from?  I'm not talking about money

          5          owed to the roofing company.

          6                AL-BAYOUMI:  Yeah.

          7                DC CAMPBELL:  Yeah.  That's

          8          accounted for.

          9                Do you know, can you tell me

         10          anything about any of these

         11          transactions that --

         12                AL-BAYOUMI:  I'm not sure

         13          until I take a look on them,

         14          because there is, you know --

         15                DC CAMPBELL:  The thing

         16          about it, Omar, is that normally

         17          people are very careful with their

         18          finances.  You're a family man,

         19          you've got a wife and --

         20                AL-BAYOUMI:  Yeah.

         21                DC CAMPBELL:  -- three

         22          children, four children to

         23          support.

         24                AL-BAYOUMI:  Yeah.  Exactly.

MPS 393

Page 666

1          DC CAMPBELL:  It's a lot of
2     money in anyone's books, a lot of
3     money to be going through your
4     account if you're a student.
5          AL-BAYOUMI:  Yeah.
6          DC CAMPBELL:  It does not
7     seem to be right to me -- it
8     appears to me that someone is
9     funding your activities.
10          AL-BAYOUMI:  No, no one.  No
11     one fund me -- fund my activities.
12          DC CAMPBELL:  It appears to
13     me, and this is one of the reasons
14     why we're investigating you, is
15     for the preparation, instigation
16     or commission of terrorist
17     offenses.  And we believe that you
18     are being funded and you are
19     funding people for terrorist
20     activities.
21          AL-BAYOUMI:  No.
22          DC CAMPBELL:  Are you sure?
23          AL-BAYOUMI:  No, at all.
24     No.  I don't, no.

```
                                        Page 667
 1              DC CAMPBELL:  You don't?
 2              AL-BAYOUMI:  No.
 3              DC CAMPBELL:  Have people
 4       given you money to launder for
 5       other people?
 6              AL-BAYOUMI:  No.
 7              DC CAMPBELL:  Do you know
 8       what I mean by that, launder?
 9              AL-BAYOUMI:  Launder, to
10       give some money -- someone else
11       money?
12              DC CAMPBELL:  Yes.
13              AL-BAYOUMI:  No.
14              DC CAMPBELL:  To hide its
15       true --
16              AL-BAYOUMI:  No.
17              DC CAMPBELL:  -- origins?
18              AL-BAYOUMI:  No, I don't.  I
19       don't allow this situation at all.
20              DC CAMPBELL:  In America a
21       bank must comply with the law that
22       sums of money deposited over
23       10,000 pounds must be flagged up
24       to them.
```

Page 668

1              AL-BAYOUMI:  Uh-huh.

2              DC CAMPBELL:  Do you

3        understand that?  Deposits over

4        $10,000 --

5              AL-BAYOUMI:  Yeah.

6              DC CAMPBELL:  -- sorry, get

7        it right, $10,000 --

8              AL-BAYOUMI:  Yeah.

9              DC CAMPBELL:  -- must be

10       reported to the relevant

11       authority.

12             AL-BAYOUMI:  Yeah.

13             DC CAMPBELL:  Yes?

14             AL-BAYOUMI:  Yeah, I know

15       that.

16             DC CAMPBELL:  On two

17       occasions, I'll give you the

18       dates, the 16th of February 1999,

19       which I've already given you --

20             AL-BAYOUMI:  Yeah.

21             DC CAMPBELL:  -- and also

22       the 23rd of September 1999 --

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  -- you had two

Page 669

1          transactions which were only 15

2          pounds -- sorry, 15 pounds on one

3          and 5 -- sorry, $15 on one and $5

4          on the other below that threshold.

5                    AL-BAYOUMI:  Threshold?

6                    DC CAMPBELL:  Threshold,

7          level.  Over 10,000 must report,

8          below $10,000 --

9                    AL-BAYOUMI:  Yeah.

10                   DC CAMPBELL:  -- don't have

11         to report.

12                   AL-BAYOUMI:  Yeah.  Exactly.

13                   DC CAMPBELL:  These two

14         figures are only $5 and $15 short

15         of that mark.

16                   You've got a lot of cash in

17         your account --

18                   AL-BAYOUMI:  Yeah.

19                   DC CAMPBELL:  -- moving

20         about --

21                   AL-BAYOUMI:  Yeah.

22                   DC CAMPBELL:  -- that you

23         cannot account, at this stage,

24         for.

Page 670

1              AL-BAYOUMI:  Yeah.  I -- I

2        remember now.  Sometimes I took

3        from, for example, Mutual bank and

4        I put it in the American bank.

5              DC CAMPBELL:  In cash?

6              AL-BAYOUMI:  Yeah.  In cash,

7        yeah.

8              DC CAMPBELL:  So why didn't

9        you get a check?

10             AL-BAYOUMI:  Sometimes, I

11       think for -- yeah, I remember.

12             Also I -- I -- once I took

13       cash from the American bank and

14       put it in -- in Mutual bank, also.

15             DC CAMPBELL:  And that would

16       be at the same day?

17             AL-BAYOUMI:  I'm not sure.

18       Not sure, exactly.

19             And once I think I told my

20       wife to get -- to put 10,000 or --

21       I think.  But I -- I remember

22       that, yeah.

23             DC CAMPBELL:  Think about

24       your answers very carefully, Omar.

MPS 393

```
                                         Page 671

1                    AL-BAYOUMI:  Yeah.

2                    DC CAMPBELL:  We will look

3          at each of the accounts.

4                    AL-BAYOUMI:  Yeah.  You can

5          look at them.

6                    DC CAMPBELL:  If you're

7          telling me now in interview that

8          you've taken money out of the

9          Mutual bank account and then

10         subsequently put it into your Bank

11         of America account, in cash, it

12         will show from one account --

13                   AL-BAYOUMI:  Yeah.  Sure.

14                   DC CAMPBELL:  Yeah.

15                   -- a figure --

16                   AL-BAYOUMI:  Yeah.

17                   DC CAMPBELL:  -- and the

18         other figure --

19                   AL-BAYOUMI:  Yeah.

20                   DC CAMPBELL:  -- will show

21         up.

22                   AL-BAYOUMI:  Sure.

23                   DC CAMPBELL:  Okay.

24                   AL-BAYOUMI:  Sure.
```

MPS 393

Page 672

1              DC CAMPBELL:  You may have

2       spent $15, you may have spent

3       $100, okay.

4              AL-BAYOUMI:  Uh-huh.  Sure.

5              DC CAMPBELL:  But the

6       figures will match up --

7              AL-BAYOUMI:  Sure.

8              DC CAMPBELL:  -- reasonably

9       accurately, you understand?

10             AL-BAYOUMI:  Sure.  Yeah.

11             And sometimes maybe I -- you

12       know, for example, came with the

13       money with me and I put it in

14       the -- the -- the account.

15             DC CAMPBELL:  Money with

16       you?

17             AL-BAYOUMI:  Yeah.

18             DC CAMPBELL:  So from where?

19             AL-BAYOUMI:  For example,

20       when I came from Saudi Arabia or

21       something like that.

22             DC CAMPBELL:  But you

23       haven't mentioned this to me,

24       Omar.  I've asked you quite

MPS 393

Page 673

```
1          clearly that, where were you

2          getting your money from.  And --

3               AL-BAYOUMI:  Yeah, I told

4          you, I said --

5               DC CAMPBELL:  -- you've said

6          you have money in Saudi.

7               AL-BAYOUMI:  Yeah.  Yeah, I

8          took money from my accounts.  I

9          don't take money from any --

10         any -- any -- any resources.

11              DC CAMPBELL:  And you're

12         obviously aware that to bring

13         America -- money into America,

14         there's certain legislation about

15         the amount of money you can bring

16         in?

17              AL-BAYOUMI:  I'm not sure

18         about that.  But no one asked me,

19         for example, if I have money or

20         not.  No one asked me.

21              But I -- I don't, for

22         example, deal with people for

23         money or give them -- give them

24         money.
```

Page 674

1                    DC CAMPBELL:  Okay.

2                    AL-BAYOUMI:  -- or, you

3          know, this situation.  I am out of

4          it.

5                    DC CAMPBELL:  Omar, it is --

6          it is an offense for the

7          legislation which you have been

8          arrested for, the act that I have

9          told you about, if you have taken

10         money from an individual and you

11         then gave that money to another

12         person, if that money is to be

13         used for terrorism.

14                   AL-BAYOUMI:  No.

15                   DC CAMPBELL:  Yes.

16                   AL-BAYOUMI:  At all, no.

17                   DC CAMPBELL:  It's also an

18         offense if you lend support for

19         people, be it by offering them

20         property, or other assistance.

21         These are the offenses which we

22         are investigating.

23                   Have you taken money and

24         given that money to other people?

MPS 393

Page 675

1              AL-BAYOUMI:  No, at all.

2              DC CAMPBELL:  Have you given

3         assistance to people who you knew

4         or believed to be terrorists?

5              AL-BAYOUMI:  No, at all.  I

6         don't allow it for, you know, any

7         word to use like this, or talk

8         about it.

9              DC CAMPBELL:  Okay.  Let me

10        put it --

11             AL-BAYOUMI:  No.

12             DC CAMPBELL:  -- another

13        way, then.

14             AL-BAYOUMI:  Yeah.

15             DC CAMPBELL:  Have you given

16        assistance to anyone who you

17        believed to be a freedom fighter?

18             AL-BAYOUMI:  No, at all.

19             DC CAMPBELL:  Or fighting

20        for some religious cause which is

21        close to your heart?

22             AL-BAYOUMI:  I am against

23        this situation.

24             DC CAMPBELL:  You understand

MPS 393

Page 676

1          what I'm saying?

2                    AL-BAYOUMI:  Yeah, I'm sure.

3                    DC CAMPBELL:  One man's

4          terrorist is another man's freedom

5          fighter.

6                    AL-BAYOUMI:  Yeah.

7                    DC CAMPBELL:  Have you heard

8          that expression before?

9                    AL-BAYOUMI:  Yeah.  I don't

10         allowed.  And, also, I am in

11         position of -- what do you call

12         it, General Supervisor for the

13         mosque.

14              We don't allowed for anyone

15         to talk about, for example,

16         politics or insult people, or

17         insult president, or insult king

18         or insult anyone or insult people,

19         also.  We don't allowed for that

20         at all.

21              And the Embassy knows that.

22         I -- you know, I -- they -- they

23         aware of that, because they don't

24         want to create problem with the --

MPS 393

Page 677

1          with the -- with the -- with the

2          people and we don't allowed for

3          anyone to use any of those.

4               And myself, even.  You know,

5          I talked to Jacqueline, I think,

6          just a few minute.  If a fly in

7          the room, I told my son, just open

8          the door and leave it go.  And he

9          said, why?  I said, God create it,

10         why do you want to kill it?

11              No, I don't allowed.  And if

12         you go back to my, for example,

13         ask my professors, ask my people,

14         ask my -- the people in the

15         Washington, for example, or in Los

16         Angeles or here or my colleague in

17         Saudi Club, this is not my

18         attitude or not my way --

19              DC CAMPBELL:  Okay.

20              AL-BAYOUMI:  -- my way at

21         all.

22              DC CAMPBELL:  Let me ask you

23         some more questions, then, Omar,

24         to find out if you are one of

MPS 393

Page 678

1          these people.

2                You mentioned that these two

3          men, Nawaf and Khalid, left the

4          apartment, the Parkwood -- is it

5          Parkwood Apartments?

6                AL-BAYOUMI:  Yeah, Parkwood.

7                DC CAMPBELL:  Left the

8          Parkwood Apartments and moved to

9          another address.

10               AL-BAYOUMI:  Yeah.

11               DC CAMPBELL:  Yes?

12               AL-BAYOUMI:  Yes.

13               DC CAMPBELL:  What was that

14         address again?

15               AL-BAYOUMI:  The address?

16               DC CAMPBELL:  Yes.

17               AL-BAYOUMI:  Actually, I'm

18         not sure exactly.  But on El

19         Cajon.

20               DC CAMPBELL:  El Cajon

21         Street?

22               AL-BAYOUMI:  El Cajon

23         Street.

24               DC CAMPBELL:  Who owned that

Page 679

1          address?

2                    AL-BAYOUMI:  Huh?

3                    DC CAMPBELL:  Who owned --

4          or who was -- who was living --

5                    AL-BAYOUMI:  Who was living

6          there?

7                    DC CAMPBELL:  Yes.

8                    AL-BAYOUMI:  Hashim.  Hashim

9          Al-Attas.  I told you before.

10         Hashim Al-Attas.

11                   And I remember the -- the --

12         the number of the room there is

13         also 2 and 1/2.  I don't know what

14         does it mean.

15                   DC CAMPBELL:  Okay.

16                   AL-BAYOUMI:  You know, there

17         is a number here, and I think 2

18         and 1/2 or something like that.

19         Yeah, I remembered that.

20                   DC CAMPBELL:  Tell me what

21         you know about Hashim Al-Attas.

22                   AL-BAYOUMI:  What I know

23         about him?

24                   DC CAMPBELL:  Yeah.

MPS 393

```
                                                    Page 680
  1                    AL-BAYOUMI:  He was a
  2          student at National University.
  3                    DC CAMPBELL:  Uh-huh.
  4                    AL-BAYOUMI:  Yeah.
  5                    DC CAMPBELL:  And did he
  6          attend your mosque?
  7                    AL-BAYOUMI:  Umm -- not that
  8          much.
  9                    DC CAMPBELL:  Not that much?
 10                    AL-BAYOUMI:  No.
 11                    DC CAMPBELL:  But you knew
 12          him, because he's one of the few
 13          people that you've told us --
 14                    AL-BAYOUMI:  Yeah.
 15                    DC CAMPBELL:  -- in these
 16          days, Hashim Al-Attas.
 17                    AL-BAYOUMI:  Yeah.  He
 18          was -- he was working in the lab,
 19          the computer lab --
 20                    DC CAMPBELL:  Yeah.
 21                    AL-BAYOUMI:  -- in National
 22          University.
 23                    DC CAMPBELL:  So how do you
 24          know him then?  Was it through
```

MPS 393

Page 681

1          your work?

2                    AL-BAYOUMI:  You know -- you

3          mean the first time I met him, for

4          example?  For Hashim -- I can't

5          remember, but I think when I was

6          in West Coast -- oh, no, he was in

7          ELS Institute before me.

8                    DC CAMPBELL:  Uh-huh.

9                    AL-BAYOUMI:  ELS Institute,

10         yeah, before me.  And I -- I know

11         him from there, from ELS, before

12         I -- he graduated and I was, you

13         know, level, I think, 5 -- or

14         something like that.

15                    DC CAMPBELL:  Describe

16         Hashim.  Describe him for me.

17                    AL-BAYOUMI:  He's tall, and

18         he's, you know, built, you know.

19                    DC CAMPBELL:  Bigger than

20         me?

21                    AL-BAYOUMI:  You are

22         handsome, but he's, you know,

23         little bit, you know --

24                    DC CAMPBELL:  Heavier?

Page 682

1                AL-BAYOUMI:  Heavier, yeah.

2                DC CAMPBELL:  Thank you.

3        That's a compliment.

4                He's -- he's an Arabic man?

5                AL-BAYOUMI:  Yeah, he's an

6        Arabic man.

7                DC CAMPBELL:  Is he from

8        Saudi?

9                AL-BAYOUMI:  Yeah.  From

10        Saudi.

11                DC CAMPBELL:  And his

12        speciality was computers?

13                AL-BAYOUMI:  Yeah.

14        Computers.

15                DC CAMPBELL:  And did you

16        work with him at all?

17                AL-BAYOUMI:  No.  No.

18                DC CAMPBELL:  Tell me more

19        about this man.

20                AL-BAYOUMI:  What do you

21        mean work with him, for example?

22                DC CAMPBELL:  Did you work

23        on computers with him?

24                AL-BAYOUMI:  No.  Uh, in the

MPS 393

Page 683

```
 1          lab, computer lab -- computer lab,
 2          many students over there.
 3                  DC CAMPBELL:  Yeah.  Did
 4          you?
 5                  AL-BAYOUMI:  Did I -- no, if
 6          you need assistance --
 7                  DC CAMPBELL:  Yes.
 8                  AL-BAYOUMI:  -- they give
 9          you assistance.  For example, if
10          it doesn't work this way and this
11          way and this way, they give you,
12          for example --
13                  DC CAMPBELL:  But what I
14          mean is, you know, you're an
15          Arabic man, you speak the same
16          language.
17                  AL-BAYOUMI:  Yeah.
18                  DC CAMPBELL:  Did you form a
19          bond with him?  Did you go out
20          socially with him?  Did you meet
21          him?
22                  AL-BAYOUMI:  Yeah, I meet
23          him, yes.  Yes, I meet him.
24                  And, also, he -- he didn't
```

Page 684

```
1        at all attend the mosque.  He
2        attended the mosque, but, you
3        know, not -- for example, I am --
4        for example, I -- I -- for myself,
5        I have to go, for example, you
6        know, at least four times.  If I
7        didn't go, I feel guilty, for
8        example.
9             He maybe go twice a week, or
10       three time, or four if -- for, you
11       know -- yeah.
12            DC CAMPBELL:  Is there some
13       questions you wanted to ask?
14            DC DEAN:  Going back to
15       Osama, can you give us -- tell us
16       his last name?
17            AL-BAYOUMI:  Osama?
18            DC DEAN:  Yeah.
19            AL-BAYOUMI:  Ah, I don't
20       have his last name.
21            DC DEAN:  Can you -- can you
22       describe him?
23            AL-BAYOUMI:  Yeah, he is --
24            DC DEAN:  Full description.
```

Page 685

1              AL-BAYOUMI:  Yeah.  He is --

2         he is not tall guy, and skinny.

3              DC DEAN:  Uh-huh.  Color of

4         his hair?

5              AL-BAYOUMI:  Say again.

6              DC DEAN:  Color of his hair?

7              AL-BAYOUMI:  His head?  He's

8         white and he has beard.

9              DC DEAN:  And how old is he?

10              DC CAMPBELL:  What color

11         hair?

12              AL-BAYOUMI:  Like your color

13         hair.

14              DC DEAN:  How old is he?

15              AL-BAYOUMI:  I think

16         20-something, 23 or 22.

17              DC DEAN:  Okay.

18              AL-BAYOUMI:  But, you know,

19         I -- I mentioned that Dr.

20         Tarabishi family, I think, or Dr.

21         Tarabishi himself, know their --

22         his wife's cellular phone.  And I

23         think his, you know --

24              DC DEAN:  Doctor who?

MPS 393

Page 686

1              AL-BAYOUMI:  Dr. Tarabishi.

2              DC DEAN:  Can you spell that

3         again?

4              AL-BAYOUMI:  I -- I showed

5         you him in the video yesterday --

6         last night -- yeah.

7              DC DEAN:  Yeah.

8              AL-BAYOUMI:  When he fight

9         with his wife sometimes --

10             DC DEAN:  Yeah.

11             AL-BAYOUMI:  -- you know, he

12        go to them.

13             DC DEAN:  Where does he

14        live?

15             AL-BAYOUMI:  Who, Dr.

16        Tarabishi?

17             DC DEAN:  No.  Osama.

18             DC CAMPBELL:  Osama.

19             AL-BAYOUMI:  I don't know.

20             DC DEAN:  Have you ever been

21        to his house?

22             AL-BAYOUMI:  Huh?

23             DC DEAN:  Have you ever been

24        to his house?

Page 687

1            AL-BAYOUMI:  No.

2            DC DEAN:  Well, think back

3      to when you went to Los Angeles

4      with him.

5            AL-BAYOUMI:  Huh?

6            DC DEAN:  When you went to

7      Los Angeles.

8            AL-BAYOUMI:  Yeah.

9            DC DEAN:  Who arranged that

10     trip?

11           AL-BAYOUMI:  I arranged the

12     trip.

13           DC DEAN:  Okay.  Why didn't

14     you go on your own?

15           AL-BAYOUMI:  Why?

16           DC DEAN:  Uh-huh.

17           AL-BAYOUMI:  At that time, I

18     think, I -- we prayed Al-Isha.

19     You know, Al-Isha, it means in

20     night.  And next day I said -- I

21     said, if you have time tomorrow,

22     can you come with me to the

23     Embassy?

24           He said, okay.

Page 688

```
 1                I said, I'm going to bring
 2          some books, and I want to get
 3          pictures for myself and here is,
 4          you know, little expensively
 5          taking picture at cost for about
 6          $15 -- two pictures for about $10
 7          in -- for passport.
 8                And he said, no, let's go.
 9          There I know the -- Los Angeles,
10          and I'll show you to take a
11          picture.
12                And, you know, and I -- I
13          just want, at that time, one --
14          one picture.
15                DC DEAN:  Right.
16                AL-BAYOUMI:  And we forgot
17          the other pictures at home.  And
18          we went to the store, a
19          supermarket, I think, and we get
20          the fast pictures.  And we went to
21          the Embassy.
22                DC DEAN:  Whose car did you
23          go in?
24                AL-BAYOUMI:  Huh?
```

MPS 393

```
                                          Page 689
 1            DC DEAN:  Whose car did you
 2      go in?
 3            AL-BAYOUMI:  My car.
 4            DC DEAN:  And what time of
 5      day did you leave?
 6            AL-BAYOUMI:  What?  What
 7      time?
 8            DC DEAN:  Uh-huh.
 9            AL-BAYOUMI:  Actually, we
10      finished from the Embassy, I
11      think -- I'm not sure exactly.
12      But before -- before, maybe, 3:00
13      or 4:00 or something like that.
14      Maybe 4:00 -- before -- before
15      4:00.
16            And we went to the -- to --
17      we plan to -- he wants to -- yeah.
18      The reason why he come with me, he
19      want to see, also, the new King
20      Fahad Mosque in Los Angeles, big
21      one.
22            And -- I messed up over
23      there.  I, you know, confused
24      where to go.  And he said, okay.
```

MPS 393

Page 690

```
1          We can postpone it because we have
2          time now.  Let's go to eat.
3                  DC DEAN:  And you stopped at
4          a restaurant --
5                  AL-BAYOUMI:  Yeah.
6                  DC DEAN:  -- a kebab place?
7                  AL-BAYOUMI:  To eat, yeah.
8                  DC DEAN:  So that was
9          evening time?
10                 AL-BAYOUMI:  Yeah.
11                 DC DEAN:  When you saw the
12         Middle Eastern chaps, the two
13         guys --
14                 AL-BAYOUMI:  Yeah.
15                 DC DEAN:  -- the question
16         was covered, but did they have any
17         luggage with them?
18                 AL-BAYOUMI:  No, I didn't
19         think -- no, I didn't see with --
20         luggage with them, no.
21                 DC DEAN:  And you said you
22         actually called them across and
23         you was -- they actually sat on
24         your table.
```

MPS 393

Page 691

1          AL-BAYOUMI:  Yeah.  I'm

2       trying to pay the -- you know,

3       because --

4          DC DEAN:  You paid

5       separately, yes?

6          AL-BAYOUMI:  No -- yeah,

7       they paid by themselves.

8          But, first of all, we were,

9       me and Osama, eating.  And I don't

10      want him to pay, Osama, okay.  And

11      I went there to pay the check for

12      the -- what you call it --

13         DC DEAN:  The bill?

14         AL-BAYOUMI:  Yeah.  The

15      bill.

16         And I heard them talking.

17      And I say, hi, hi.  And where are

18      you from?  They said, we are new

19      here, and in this area, and we

20      want to study English and this.  I

21      said, okay.

22         And from there we --

23         DC DEAN:  Okay.

24         AL-BAYOUMI:  Yeah.

Page 692

1                    DC DEAN:  Now, you

2           obviously -- you said that you

3           gave them -- you told them where

4           they -- you was from in San Diego?

5                    AL-BAYOUMI:  Me?

6                    DC DEAN:  Yes.

7                    AL-BAYOUMI:  Yeah.

8                    DC DEAN:  And did you write

9           anything down for them?

10                    AL-BAYOUMI:  I can't

11          remember if I write down

12          something.

13                    DC DEAN:  Well --

14                    AL-BAYOUMI:  Or they arrived

15          by themselves.  I am not sure

16          exactly.

17                    But it's easy to, you

18          know -- you know, someone --

19          because I will say this again.

20          I'm the person who -- General

21          Supervisor for the mosque, or

22          something like that, he has to

23          treat his people, for example,

24          well, or something like that.

MPS 393

Page 693

1                  And maybe someone asked me,

2          I need -- we need to study

3          English.  I said, okay, if you

4          need, just to --

5                  DC DEAN:  Okay.

6                  AL-BAYOUMI:  -- yeah, to go

7          to school or something like that,

8          just call this number.

9                  DC DEAN:  So when you left,

10         where were they going?

11                 AL-BAYOUMI:  You know --

12                 DC DEAN:  When you two left,

13         you and Osama --

14                 AL-BAYOUMI:  Me and Osama?

15         We left to -- we come back to

16         Birmingham, uh -- to San Diego.

17                 DC DEAN:  San Diego?

18                 AL-BAYOUMI:  Yeah.

19                 DC DEAN:  And where were the

20         other two going?

21                 AL-BAYOUMI:  Where they --

22         they did go?  I don't know.  I

23         can't recall.

24                 DC DEAN:  Now, going -- then

MPS 393

Page 694

1          it's a couple of days later you

2          met at the mosque.

3                    AL-BAYOUMI:  Yeah.

4                    DC DEAN:  And you said you

5          was on your -- you was late for

6          your prayers.

7                    AL-BAYOUMI:  Huh?

8                    DC DEAN:  You was late for

9          your prayers?

10                   AL-BAYOUMI:  Light?

11                   DC DEAN:  Late.

12                   SOLICITOR:  Late.

13                   DC DEAN:  Late.

14                   AL-BAYOUMI:  Late, yeah.

15                   DC DEAN:  At the mosque.

16                   AL-BAYOUMI:  Yeah.

17                   DC DEAN:  So what time of

18         day was it, when you got there and

19         the two lads were waiting there,

20         the two men who were named as

21         Nawaf and Khalad -- Khalid?

22                   AL-BAYOUMI:  Where did

23         they --

24                   DC DEAN:  At what time of

MPS 393

Page 695

1      day did you meet them at the

2      mosque?

3              AL-BAYOUMI:  What time?  I'm

4      not sure exactly.  I -- I think --

5              DC DEAN:  Was it morning?

6      Lunchtime?

7              AL-BAYOUMI:  No, no.

8      After -- I think afternoon or

9      evening.

10             DC DEAN:  Okay.

11             AL-BAYOUMI:  I can't recall

12     right now.  But mostly this time.

13             DC DEAN:  And they was

14     waiting for you as you walked in?

15             AL-BAYOUMI:  No.  They were

16     praying, and they finished.  And

17     they asked the Imam where is Omar?

18     Okay.

19             And then I showed up.  I

20     prayed first.

21             DC DEAN:  Uh-huh.

22             AL-BAYOUMI:  Then they

23     talked to me.

24             DC DEAN:  And they come --

Page 696

1          did they come over to you?

2               AL-BAYOUMI:  Yes.

3               DC DEAN:  And what, sorry --

4          then?

5               AL-BAYOUMI:  And the Imam

6          told me that they asked -- some

7          people here asked -- two, I think

8          two -- about Omar.  I said, okay,

9          I'm gonna pray right now.

10              DC DEAN:  Okay.  So Dave

11         asked the question and you never

12         really answered it.

13              But -- he asked about, did

14         they have any luggage with them.

15              AL-BAYOUMI:  Luggage with

16         them?

17              DC DEAN:  With them at that

18         time.

19              AL-BAYOUMI:  I didn't see

20         any -- any luggage with them.

21              DC DEAN:  Did you ever see

22         them with any luggage?

23              AL-BAYOUMI:  No.

24              DC DEAN:  Never?  Did they

Page 697

```
 1          have rucksacks?  Suitcases?
 2          Things that go on your back?
 3                  AL-BAYOUMI:  No.  No, I
 4          didn't see.
 5                  DC DEAN:  Ever?
 6                  AL-BAYOUMI:  Ever.  I didn't
 7          see their luggage.
 8                  DC DEAN:  How about sleeping
 9          bags?
10                  AL-BAYOUMI:  No.  No.
11                  DC CAMPBELL:  Did they
12          always wear the same clothes?
13                  AL-BAYOUMI:  Normal, they --
14          they changed their clothes.
15                  Actually, I didn't spend the
16          time, you know, to, for example,
17          to observe them or something like
18          that.  Normal, you know, if you
19          meet -- for example, if you -- I
20          meet you right now and maybe I
21          remember what tie you wear and
22          maybe after two days I forgot
23          what -- what tie did you wear or
24          something like that.
```

Page 698

1          DC DEAN:  Okay.  So at that
2     mosque at that evening you said
3     you would sort some accommodation
4     out for them.
5          AL-BAYOUMI:  Sort
6     accommodation?
7          DC DEAN:  Arrange.
8          AL-BAYOUMI:  Accommodation
9     for them?
10          DC DEAN:  Yes.
11          AL-BAYOUMI:  At that day?
12          DC DEAN:  No.  Did you
13     arrange to sort them some
14     accommodation out at the mosque on
15     that evening?
16          AL-BAYOUMI:  I'm not sure if
17     it was the same day, we went to
18     the landlord of -- I mean, the
19     manager office, or the second day.
20     I'm not -- I'm not -- I'm not
21     sure.
22          But mostly the next day, not
23     the first day.  But --
24          DC DEAN:  Mostly the next

MPS 393

Page 699

1       day?

2               AL-BAYOUMI:  Mostly.  I

3       think mostly the next day.

4               DC DEAN:  So did you go in

5       the morning or -- or the afternoon

6       to the manager's office?

7               AL-BAYOUMI:  I think

8       afternoon or -- yeah, I think

9       afternoon.  I think afternoon.

10              DC DEAN:  Did you ever take

11      them around the apartment block to

12      show them around?

13              AL-BAYOUMI:  The apartment

14      block?

15              DC DEAN:  Yeah.  Did you

16      take them a tour --

17              AL-BAYOUMI:  No.  No.  No.

18      As I told you, I don't have time.

19      I just ask the manager.  They

20      said -- she said, yes, there is

21      room, for example, if you want it

22      guys, that's it; if you don't --

23              DC DEAN:  And how --

24              AL-BAYOUMI:  Because I don't

MPS 393

Page 700

1          have that much time to go with
2          them or --
3                    DC DEAN:  And How about your
4          family, did you ever introduce
5          them to your family?
6                    AL-BAYOUMI:  Yeah, for my
7          son.  But for my wife, for
8          example, no, it's forbidden.
9                    DC DEAN:  Right.
10                   AL-BAYOUMI:  Yeah.  For my
11         little one, for the elder one,
12         yes.  I usually go with my kids.
13                   DC DEAN:  But you never took
14         them --
15                   AL-BAYOUMI:  Huh?
16                   DC DEAN:  -- to introduce
17         them to your wife or anything,
18         then?
19                   AL-BAYOUMI:  No.  No.  To my
20         wife, no.
21                   But, for example, if I
22         sometimes pass by or something
23         like that, my son Emad, for
24         example, my son Firas, the little

MPS 393

Page 701

1           one, with me.

2                   DC DEAN:  Okay.  Right.

3           Going to your flying -- your

4           actual finances, you're getting

5           sponsored?

6                   AL-BAYOUMI:  Yeah.

7                   DC DEAN:  What in return do

8           the Civil Aviation get for giving

9           you all this money?

10                  AL-BAYOUMI:  What return?

11                  DC DEAN:  What do they get

12          back?

13                  AL-BAYOUMI:  What they get

14          back?

15                  DC DEAN:  Uh-huh.

16                  AL-BAYOUMI:  From this --

17          to -- to come back again and work

18          for them.

19                  DC DEAN:  So when do you

20          plan to do that?

21                  AL-BAYOUMI:  For example, if

22          I get my Ph.D. now and if I don't

23          want to work with them, for

24          example, I'll get another --

Page 702

1          another job outside for high

2          salary.

3                    DC DEAN:  And you won't have

4          to pay them back all the money

5          you've had off them, if you don't

6          work for them?

7                    AL-BAYOUMI:  I think it

8          would be then negotiate --

9          negotiation.  But because they

10         treat me well, okay, I'm not, you

11         know, cleaving.  Do you know what

12         I mean?  Yeah.

13                   DC DEAN:  Okay.

14                   AL-BAYOUMI:  I'm not

15         cleaving them.

16                   DC DEAN:  And then you did

17         say earlier, just finally, and you

18         have mentioned another company you

19         worked for.

20                   AL-BAYOUMI:  And, also, they

21         need, for example, specialities in

22         some areas like my major right

23         now, firm performance and ethic

24         business and measured by financial

Page 703

1          indicator.  They need, like, this

2          majors.

3                  DC DEAN:  Okay.  You

4          mentioned another airline company

5          you worked for.

6                  AL-BAYOUMI:  Airlines?

7                  DC DEAN:  An air company

8          that does runways and lighting --

9          Dahoer --

10                 AL-BAYOUMI:  Dallah?

11                 DC DEAN:  Dallah?

12                 AL-BAYOUMI:  Yeah.

13                 DC DEAN:  Dallah.

14                 AL-BAYOUMI:  Yeah.  Look,

15         this is the civil aviation here.

16                 DC DEAN:  Yes.

17                 AL-BAYOUMI:  Okay.  Civil

18         aviation, okay?

19                 Here, there is department

20         called Airways Engineering

21         Department.

22                 DC DEAN:  Yes.

23                 AL-BAYOUMI:  Okay.  This

24         department here, Airways

MPS 393

Page 704

1          Engineering Department, has a lot

2          of contracts, okay?

3              DC DEAN:  Yes.

4              AL-BAYOUMI:  To maintenance,

5          okay, and make runways and make

6          other things, okay?

7              Therefore, Dallah is here

8          and has contract with --

9              DC DEAN:  Right.  So it's --

10         so it's part of the Civil

11         Aviation department?

12             AL-BAYOUMI:  Yeah, exactly.

13         You can call it, yeah, contract

14         with the -- with the -- it's

15         legislating department with Civil

16         Aviation.

17             SOLICITOR:  A subsidiary.

18             AL-BAYOUMI:  Yeah.  Because

19         Civil Aviation is big and and

20         covers 24 airports.

21             DC DEAN:  It's a subsidiary?

22             AL-BAYOUMI:  Yes.  They have

23         contract -- what you call it, ISP

24         or something.  I forgot the

Page 705

1          exact -- the name of the contract.

2          Yeah.

3               DC DEAN:  Right.

4               AL-BAYOUMI:  For about, you

5          know --

6               DC DEAN:  While we're

7          talking about contracts, when did

8          your contract finish to live at

9          the apartments?  When did you end

10         your contract?

11              AL-BAYOUMI:  When did I --

12              DC DEAN:  End your contract

13         to live at Apartment 152.

14              AL-BAYOUMI:  When I -- I

15         wasn't there at the time, I was

16         here.

17              DC DEAN:  Uh-huh.

18              AL-BAYOUMI:  Yeah.

19              DC DEAN:  But when did your

20         contract finish?

21              AL-BAYOUMI:  The contract

22         finish, I think -- I'm not sure

23         exactly.  25th or 15th.  25th --

24              DC DEAN:  Of when?

MPS 393

Page 706

1          AL-BAYOUMI:  20 -- I think
2    20 -- 24th or -- 24th.  I think,
3    June.
4          DC DEAN:  Which year?
5          AL-BAYOUMI:  Uh, This year.
6          DC DEAN:  2001?
7          AL-BAYOUMI:  2001, yeah.
8          DC DEAN:  Now --
9          DC CAMPBELL:  Right.  The
10   noise you can hear is the tape
11   coming to an end.
12          As you can see that I have
13   just been preparing for that.  And
14   I'm going to take the tape
15   straight out and put two fresh
16   tapes in the machine.
17          AL-BAYOUMI:  Okay.
18          DC CAMPBELL:  So we'll stop
19   the first interview now, whilst I
20   change the tapes.
21                - - -
22          (Whereupon, the tape
23   concluded.)
24                - - -

Page 707

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MPS 395

```
                                                        Page 708

  1                        -  -  -

  2                      MPS 395

  3                        -  -  -

  4

  5    PERSON INTERVIEWED:  Omar Al-Bayoumi

  6    PLACE OF INTERVIEW:  Paddington Police

  7    Station

  8    DATE OF INTERVIEW:  25/09/2001

  9    DURATION OF INTERVIEW:  40 minutes

 10    TIME OF INTERVIEW:  2110-2150

 11    INTERVIEWING OFFICERS:  DC Dean, DC

 12    Campbell

 13    OTHER PERSONS PRESENT: The Solicitor,

 14    Ms. Gordon-Lawrence, Fisher Meredith

 15                        -  -  -

 16

 17              DC CAMPBELL:  This is a

 18         continuation interview of Mr. Omar

 19         Al-Bayoumi.  The time, by my

 20         watch, is 9:10 p.m.

 21              Just to remind you

 22         Mr. Bayoumi, you're still under

 23         caution.  That means you do not

 24         have to say anything, but it may
```

Page 709

1          harm your defense if you do not

2          mention, when questioned,

3          something which you later rely on

4          in court.  Anything you do say may

5          be given in evidence.

6               Do you understand the

7          caution?

8               AL-BAYOUMI:  Yes.

9               DC CAMPBELL:  Ian?

10              DC DEAN:  Just prior to the

11         interview finishing, we didn't --

12         the tapes actually stopped before

13         the time stopped, and the

14         interview stopped at 9:08.

15              Do you agree that we haven't

16         spoke or anything between?

17              AL-BAYOUMI:  Yes.

18              DC DEAN:  Where I was, we

19         were just talking about your

20         contract ending on your

21         apartment --

22              AL-BAYOUMI:  Yeah.

23              DC DEAN:  -- at 152, yes?

24              And you said it was around

MPS 395

Page 710

1        June of 2001.

2                AL-BAYOUMI:  Yeah.

3                DC DEAN:  When did you

4        actually finish paying?

5                AL-BAYOUMI:  June or --

6        July.  June.  Yeah.  June.

7                DC DEAN:  Okay.  June 2001.

8                AL-BAYOUMI: Yes.

9                DC DEAN: When did you

10       actually finish paying for your

11       apartment?

12               AL-BAYOUMI:  Finish paying?

13               DC DEAN:  Uh-huh.

14               AL-BAYOUMI:  I'm not sure.

15               DC DEAN:  When did you

16       finish paying the apartment

17       company for the hire of that

18       apartment?

19               AL-BAYOUMI:  Say it again.

20               DC DEAN:  Right.  Your

21       contract ended in June 2001.

22               AL-BAYOUMI:  Yeah.

23               DC DEAN:  When was your last

24       payment?

MPS 395

Page 711

1            AL-BAYOUMI:  Last payment?

2            DC DEAN:  Payment.

3            AL-BAYOUMI:  I don't know.

4       Because my wife managed the

5       situation, because I sent her

6       money --

7            DC DEAN:  Right.

8            AL-BAYOUMI:  -- from here,

9       and she managed it.  I don't know.

10           DC DEAN:  Okay.  So when did

11      your wife -- if we say June 2001,

12      when did your wife come here?

13           AL-BAYOUMI:  She came here

14      on August 25th.

15           DC DEAN:  August 25th.

16           When did she leave America?

17           AL-BAYOUMI:  I think she

18      left 24th, because, you know what,

19      my kids were in school and they

20      have, also, school here, okay.

21           When she finished

22      from Birming -- uh, from San

23      Diego, she fly from there, okay,

24      with the -- my kids.

MPS 395

Page 712

1              DC DEAN:  Uh-huh.

2              AL-BAYOUMI:  Okay.  Then I

3        met her in Heathrow Airport.

4              DC DEAN:  Right.

5              AL-BAYOUMI:  After that, we

6        fly to Saudi Arabia on vacation.

7        Yeah.

8              DC DEAN:  Right.  Well,

9        going back from June, when did you

10       visit, the first time you visit,

11       prior to June the 24th, when

12       you -- I want you --

13             AL-BAYOUMI:  The last visit?

14             DC DEAN:  -- to take me

15       back --

16             AL-BAYOUMI:  The last

17       visit you mean, home?

18             DC DEAN:  Every visit you

19       visited America between the 24th

20       of June and the 5th of October,

21       how many times you went to

22       America?

23             AL-BAYOUMI:  How many times,

24       me?

Page 713

1            DC DEAN:  Uh-huh.

2            AL-BAYOUMI:  I think twice

3       or three times.  I'm not sure

4       exactly.

5            But I have record for it.  I

6       think two times.  The third time I

7       didn't go because, um -- yeah, I

8       think two times.  Because, you

9       know -- yeah, I met them at the

10      airport.

11           Because if we say three

12      times --

13           DC DEAN:  Uh-huh.

14           AL-BAYOUMI:  -- okay, it

15      means I fly twice, okay, to San

16      Diego.  And third time I met them

17      in the airport, yeah.  I think so.

18           DC DEAN:  Did your wife, in

19      between you coming to England on

20      the 5th of October 2000 and the

21      date she left America, did your

22      wife ever leave your apartment

23      empty to go on holiday?

24           AL-BAYOUMI:  Leave the -- my

Page 714

1        wife leave the apartment?  No.

2              DC DEAN:  Did she and the

3        children come to England or go to

4        Saudi Arabia?

5              AL-BAYOUMI:  No, no.  No.

6              DC DEAN:  So she was there

7        continuously?

8              AL-BAYOUMI:  Yeah.

9        Continuously, yes.

10             DC DEAN:  No holidays?

11             AL-BAYOUMI:  No.  Because

12       they have school.  I'm trying to

13       bring them here in Birmingham,

14       when I get accepted to the

15       university here, Aston University.

16             But the problem is the

17       school started in San Diego.  And

18       for -- my daughter was, you know,

19       the last year for the -- I mean

20       the seventh year for her.  And the

21       other one in the high school, you

22       know.  And he started -- already

23       started far -- and then I decided

24       to not cut their studying and

Page 715

1       bring them here --
2              DC DEAN:  Okay.
3              AL-BAYOUMI:  -- leave them
4       to finish their year and come back
5       again here.
6              DC DEAN:  So take me, then,
7       from October, when you came to
8       England --
9              AL-BAYOUMI:  Yes.
10             DC DEAN:  -- prior to that,
11      how many times did you leave
12      America that year?
13             AL-BAYOUMI:  How many I left
14      to America and come back again
15      here?
16             DC DEAN:  Between Christmas
17      of 2000 -- well, between when we
18      was talking about you went to Los
19      Angeles --
20             AL-BAYOUMI:  Yes.
21             DC DEAN:  -- and where you
22      saw those two men, which were
23      Nawaf and Khalid --
24             AL-BAYOUMI:  Uh-huh.

MPS 395

Page 716

1          DC DEAN:  -- how many times
2     did you leave the country between
3     going to Los Angeles and then
4     coming to England on -- in
5     October?
6          AL-BAYOUMI:  Say it again.
7     I -- I --
8          DC DEAN:  Okay.  From
9     January of 2000 --
10          AL-BAYOUMI:  January of
11     2000.
12          DC DEAN:  January 2000, yes.
13     Tell me each time that you left
14     the country from that month and
15     when it was.
16          AL-BAYOUMI:  January of 2000
17     until?
18          DC DEAN:  Until you came to
19     England in October.
20          AL-BAYOUMI:  I think in
21     April.  I'm not sure exactly.  But
22     I -- I'm just guessing, in April I
23     went to Saudi Arabia.  I spent two
24     months.

Page 717

1           DC DEAN:  Why did you go to
2      Saudi Arabia for two months?
3           AL-BAYOUMI:  Actually, uh, I
4      finished the five years loan, and
5      I have to be there.
6           DC DEAN:  Why?
7           AL-BAYOUMI:  Because if I
8      didn't come back, I will lose my
9      job.
10          DC DEAN:  Okay.
11          AL-BAYOUMI:  Yes.  I went
12     there to sign, okay, and to tell
13     them that I have desire to study
14     for PhD.  If you want to support
15     me, that's okay.
16          But before that, I made
17     plan, as I told you, to sell the
18     land.  If they support me, it's
19     okay.  If they didn't -- that's
20     it.  I can support myself.
21          DC DEAN:  So you left in
22     April?
23          AL-BAYOUMI:  Yeah, I think
24     April.  I think.  But I spent two

MPS 395

Page 718

1        months over there.

2            DC DEAN:  And when did you

3        come back into the States?

4            AL-BAYOUMI:  After two

5        months.

6            DC DEAN:  June?

7            AL-BAYOUMI:  June.  I think

8        June or July.

9            DC DEAN:  Right.  And then

10       between coming back to the States

11       and coming to England, did you

12       leave the country at all again?

13           AL-BAYOUMI:  To -- you mean

14       after I come back to -- from Saudi

15       Arabia?

16           DC DEAN:  Uh-huh.

17           AL-BAYOUMI:  No.

18           DC DEAN:  So the next time

19       you left the country --

20           AL-BAYOUMI:  The next time I

21       left the country, 5th of -- I

22       think 5th of October, or November.

23       Yeah, to -- to Birmingham, I mean.

24           DC DEAN:  So to get this

Page 719

```
 1          clear, then.  You met -- you

 2          ready?

 3               AL-BAYOUMI:  Yeah.

 4               DC DEAN:  You went to Los

 5          Angeles, you say, late 1999?

 6               AL-BAYOUMI:  I'm guessing.

 7          I'm not --

 8               DC DEAN:  You were guessing.

 9          Yeah, I accept that.

10               And where you saw Nawaf and

11          Khalid.  So it's either late '99

12          early 2000?

13               AL-BAYOUMI:  Yeah.

14               DC DEAN:  And then you

15          believe it would be April, around

16          about April --

17               AL-BAYOUMI:  Uh-huh.

18               DC DEAN:  -- that you then

19          left the country, went out to

20          Saudi Arabia.

21               So, realistically, we can

22          assume, if your dates are right,

23          that you was in America for

24          January, February and March.
```

Page 720

1              Is there anything you can
2        recall why you left in Saudi --
3        why you went to Saudi Arabia in
4        April?  To give you an idea, i.e.,
5        for example, your children were
6        off school or anything?
7              AL-BAYOUMI:  Say it again,
8        please.
9              DC DEAN:  Is there anything
10       what can remind you why you went
11       in April, to give us a date in
12       April?  It is important.
13              AL-BAYOUMI:  To go then --
14       to go back to Saudi Arabia?
15              DC DEAN:  Yeah.  Can you
16       think of any important event
17       what -- why you went back --
18              AL-BAYOUMI:  To Saudi
19       Arabia?
20              DC DEAN:  -- which will give
21       you a date when you actually left?
22              AL-BAYOUMI:  Yes, they give
23       me date to -- to come back again.
24              DC DEAN:  Can you recall

MPS 395

Page 721

1          that date?  What day it was?
2                    AL-BAYOUMI:  I'm not sure.
3          But it's written.  Yeah, it's
4          written.
5                    DC DEAN: Right, but in
6          April.
7                    AL-BAYOUMI:  I have
8          documents, yeah.  I have a
9          document.  They didn't put it in
10         April, they put it in the Arabic
11         calendar, but, you know --
12                   DC DEAN:  So Between January
13         and, say, April --
14                   AL-BAYOUMI:  But they did --
15         did give the time to be there --
16                   DC DEAN:  Okay.
17                   AL-BAYOUMI:  -- you know,
18         because if -- otherwise, if not, I
19         will lose my job.
20                   DC DEAN:  But that's
21         recorded?
22                   AL-BAYOUMI:  Yes.
23                   DC DEAN:  So between January
24         and, say, for instance, April, did

MPS 395

Page 722

1          you go anywhere else in America or
2          did you remain in San Diego?
3                  AL-BAYOUMI:  Say it again.
4                  DC DEAN:  Between January
5          and April --
6                  AL-BAYOUMI:  January and
7          April.
8                  DC DEAN:  -- did you go
9          anywhere in America or Mexico or
10         Canada, where you was away from
11         your house for more than a day,
12         say, two, three days?
13                 AL-BAYOUMI:  From January
14         to?
15                 DC DEAN:  April.
16                 Or did you remain in San
17         Diego?
18                 AL-BAYOUMI:  I'm not sure.
19         I'm not sure.  But I didn't, for
20         example, fly abroad or something
21         like that.
22                 DC DEAN:  No holiday?
23                 AL-BAYOUMI:  From June --
24         from January to -- to -- to what?

MPS 395

Page 723

1            DC DEAN:  April.

2            AL-BAYOUMI:  I can't recall.

3       Yeah.

4            DC DEAN:  Okay.  If those

5       dates are right, we can assume

6       that you would've been in America

7       for about 12, 14 weeks before you

8       went -- from January to April is

9       about 14 weeks, there or

10      thereabout.  So you was around

11      America at that time?

12           AL-BAYOUMI:  Yeah.

13           DC DEAN:  Yeah.  Okay.

14           DC CAMPBELL:  I'm going to

15      show you some photographs, now,

16      yeah.

17           I'm going to show you Police

18      Exhibit KRL-8, which is eight

19      pages of numbered images, images

20      of photographs.  Eight pages of

21      photographs.

22           AL-BAYOUMI:  Okay.

23           DC CAMPBELL:  We want you to

24      look at each of the photographs.

Page 724

1          The photographs contain a number

2          of different -- sorry.

3               The pages contain a number

4          of different photographs, some of

5          the same person.  We would like

6          you to look at those carefully and

7          indicate to us any of the

8          photographs which you know -- or

9          indicate which of the photographs

10         are people which you know.

11              AL-BAYOUMI:  Okay.

12              DC DEAN:  We're now showing

13         KRL-8.  The first page I've turned

14         over are three pictures on the top

15         line, all of the same gentleman

16         but different photos, numbered 1

17         -- and then another one, which is

18         marked 2.

19              Do you recognize anybody on

20         that page?

21              AL-BAYOUMI:  I think I

22         recognize this one, here.  He's

23         uh, umm -- what do you call it,

24         uh, umm -- Nawaf.  I think this

MPS 395

Page 725

1           one here.

2                   DC DEAN:  Nawaf.

3                   So for the purpose of the

4           tape, Mr. Bayoumi -- Bayoumi -- I

5           should know that by now -- is

6           indicating the first page marked

7           Number 1, and he has pointed to

8           the photograph, the third

9           photograph on the --

10                  DC CAMPBELL:  Right -- far

11          right photograph, top row.

12                  DC DEAN:  Which is

13          black-and-white.

14                  Do you agree there?

15                  AL-BAYOUMI:  Yeah, I think

16          it's -- yeah.

17                  DC CAMPBELL:  Yes.

18                  DC DEAN:  Right.

19                  AL-BAYOUMI:  It's Nawaf.

20                  DC DEAN:  And where do you

21          know that person from?

22                  AL-BAYOUMI:  The person who

23          was in the restaurant.

24                  DC CAMPBELL:  And the

MPS 395

Page 726

```
 1        person from --
 2                AL-BAYOUMI:  Huh?
 3                DC CAMPBELL:  -- the
 4        apartment?
 5                AL-BAYOUMI:  Huh?
 6                DC CAMPBELL:  And the person
 7        from the apartment?
 8                AL-BAYOUMI:  Yes.  The
 9        person in the apartment, yeah.
10                DC DEAN:  Okay.  If you look
11        at Picture Number 2.
12                DC CAMPBELL:  Do you not
13        recognize that person?
14                AL-BAYOUMI:  No.
15                DC CAMPBELL:  Turn over to
16        Page 2.  Pictures Numbered 3 and
17        4.
18                Do you recognize any of
19        these people?
20                AL-BAYOUMI:  I'm not sure if
21        this one, but if -- you know, for
22        -- for example, the -- Khalid has
23        missing teeth, I know him by his
24        missing teeth.  But I don't know
```

Page 727

1          if this is his picture or not.

2                    DC CAMPBELL:  So are you

3          saying Picture 3 is similar to

4          Khalid, or is it Khalid?

5                    AL-BAYOUMI:  I think similar

6          to it, but I'm not sure.

7                    DC DEAN:  And which one in

8          particular?  Which picture?

9                    AL-BAYOUMI:  This one.

10                   DC DEAN:  So it's the near

11         left-hand side, top row, which is

12         a blue background, a suntanned

13         gentleman with the moustache?

14                   AL-BAYOUMI:  Yeah.

15                   DC DEAN:  Yeah?  But you say

16         if they were smiling --

17                   AL-BAYOUMI:  Yeah.

18                   DC DEAN:  -- you'd have it

19         easier, because of his distinctive

20         missing tooth?

21                   DC CAMPBELL:  What about the

22         ones on the bottom row indicated

23         by the Number 4?

24                   AL-BAYOUMI:  No.

Page 728

1           DC CAMPBELL:  You sure?

2           AL-BAYOUMI:  No.

3           DC DEAN:  Just to go back to

4       Number 3, the one you've

5       identified.

6           Again, could you tell us

7       where you know this person or --

8           AL-BAYOUMI:  Where?

9           DC DEAN:  Where from?

10          AL-BAYOUMI:  Where I know

11      him?

12          DC DEAN:  Uh-huh.

13          AL-BAYOUMI:  From the

14      restaurant.

15          DC DEAN:  And

16      subsequently -- and where else?

17          AL-BAYOUMI:  Where else?

18          DC DEAN:  Where else have

19      you seen him?

20          AL-BAYOUMI:  Where else I

21      have seen him?

22          DC DEAN:  Uh-huh.

23          AL-BAYOUMI:  Uh, at the

24      mosque.

MPS 395

Page 729

1                    DC DEAN:  And --

2                    AL-BAYOUMI:  If he is the

3          one --

4                    DC DEAN:  Yeah.

5                    AL-BAYOUMI:  -- that has the

6          teeth, yeah.

7                    DC DEAN:  And what about

8          where he lives, where he lived for

9          some time?

10                   AL-BAYOUMI:  In the

11         beginning, in the -- in the

12         apartment.

13                   DC DEAN:  Okay, yeah.

14                   DC CAMPBELL:  Showing Page

15         3, photographs indicated Number 5,

16         6 and 7.

17                   Do you know any of these

18         people?

19                   AL-BAYOUMI:  No.

20                   DC CAMPBELL:  Are you sure?

21                   AL-BAYOUMI:  Yeah.

22                   DC DEAN:  We don't want you

23         to rush on this one because as

24         we've seen in some of the other

Page 730

1        photographs --

2                AL-BAYOUMI:  Say again.

3                DC DEAN:  Omar, we don't

4        want you to rush.  Take your time

5        and look at them.

6                Because as you've seen in

7        the other photos --

8                AL-BAYOUMI:  Yeah, if I

9        recognize anyone, I will tell you

10       immediately.

11               DC CAMPBELL:  We are now

12       moving on to Page 4, photographs

13       indicated Numbers 8, 9, and 10.

14               AL-BAYOUMI:  No.

15               DC CAMPBELL:  You've not had

16       association with any of these

17       people?

18               AL-BAYOUMI:  No.  I don't

19       know any one of them.

20               DC CAMPBELL:  Are you sure?

21               AL-BAYOUMI:  Yeah.

22               DC CAMPBELL:  Number 11 on

23       Page 5, Numbers 12, 13.

24               Do you recognize the

Page 731

1           pictures of any of these people?

2                  AL-BAYOUMI:  No.

3                  DC CAMPBELL:  Page 6,

4           Numbers 14, 15 and 16.

5                  Do you recognize any of

6           these people?

7                  AL-BAYOUMI:  No.

8                  DC CAMPBELL:  Page 7,

9           Numbers 17, 18 and 19.

10                 Do you recognize any of

11          these people?

12                 AL-BAYOUMI:  No.

13                 DC CAMPBELL:  And finally,

14          Page 8, Numbers 20, 21, 22 and 23.

15                 Do you recognize these

16          people?

17                 AL-BAYOUMI:  Yes, this is

18          Hashim.

19                 DC CAMPBELL:  Number 22?

20                 AL-BAYOUMI:  Uh-huh.

21                 DC CAMPBELL:  And that is

22          Hashim?

23                 AL-BAYOUMI:  And this is my

24          picture in here.

Page 732

1          DC DEAN:  Yeah.

2          DC CAMPBELL:  Page 20,

3     you're identifying Picture Number

4     20; is that right?

5          AL-BAYOUMI:  Well, it's my

6     picture.

7          DC CAMPBELL:  And also

8     Number 22 is Hashim Al-Attas?

9          AL-BAYOUMI:  Yeah.

10          DC CAMPBELL:  Are you sure

11     you do not recognize anyone else

12     in this album?

13          AL-BAYOUMI:  This one here,

14     I think I have seen him before.

15          DC CAMPBELL:  You are --

16          AL-BAYOUMI:  I can't --

17          DC CAMPBELL:  You're

18     indicating to Number 21, you think

19     you may have seen him again -- or

20     before?

21          AL-BAYOUMI:  Yeah.

22          DC DEAN:  Just have a think

23     about that, then.

24          AL-BAYOUMI:  Huh?

Page 733

```
 1              DC DEAN:  Have a good think,
 2         try and picture where you've
 3         seen him.
 4              AL-BAYOUMI:  I have -- I
 5         have seen this guy.  I think, you
 6         know, he was, what do you call
 7         it -- I don't know what to call
 8         it -- evil.  I'm not sure exactly.
 9         And they brought sheikh to recite
10         Quran on him.  Yeah.
11              DC DEAN:  Right.  You'll
12         have to help us a little bit
13         there.
14              SOLICITOR:  Brought what?
15              AL-BAYOUMI:  He has -- he is
16         not stable guy.  He, mentally, you
17         know, has --
18              DC CAMPBELL:  Yeah.
19              AL-BAYOUMI:  Yeah, he's
20         mentally ill.
21              DC CAMPBELL:  And where was
22         this?
23              AL-BAYOUMI:  Huh?
24              DC CAMPBELL:  Where was
```

Page 734

1        this?  Where did you see this man?

2              AL-BAYOUMI:  At the mosque.

3              DC CAMPBELL:  Your mosque?

4              AL-BAYOUMI:  No, not our

5        mosque.  Not -- not in San Diego.

6        In San Diego Islamic Center.  Yes.

7              DC DEAN:  Right.

8              SOLICITOR:  Where?

9              AL-BAYOUMI:  Islamic Center.

10              SOLICITOR:  Oh, Islamic

11        Center.

12              AL-BAYOUMI:  Yeah.

13              DC DEAN:  Islamic Center San

14        Diego?

15              AL-BAYOUMI:  Yeah.

16              DC DEAN:  Right.  Can you

17        remember when that was?  Just try

18        and think back.

19              AL-BAYOUMI:  I'm not sure

20        exactly.  In '99 -- '99 or --

21              DC DEAN:  At the same time

22        as the other guys?

23              AL-BAYOUMI:  -- or 2000.

24        I'm not sure.  But I have seen

Page 735

1          him.

2                    DC DEAN:  And you say --

3                    AL-BAYOUMI:  I have a

4          question here.

5                    Why is my picture in here?

6                    DC CAMPBELL:  Well, we are

7          asking you to identify people that

8          we have provided on this album of

9          photographs.

10                   AL-BAYOUMI:  Uh-huh.

11                   DC CAMPBELL:  Your

12         photograph is there.

13                   AL-BAYOUMI:  Uh-huh.

14                   DC CAMPBELL:  Clearly, you

15         can identify your own photograph.

16                   AL-BAYOUMI:  Yeah.  I

17         identified my own photograph, yes.

18                   DC CAMPBELL:  Yeah.  It's an

19         album of photographs of people we

20         want to identify.

21                   And clearly, you've

22         identified four people one

23         including yourself.  Yes?

24                   AL-BAYOUMI:  Yeah.

Page 736

1          DC DEAN:  Four, or was that
2     correct, five?
3          AL-BAYOUMI:  It's five.
4          DC CAMPBELL:  Five.
5          Would you care to look
6     through any of the photographs
7     again?  Are you quite happy that
8     you have not seen any of these
9     other people before?
10          For the benefit of the tape,
11     we are leafing through the album.
12          This is your opportunity.
13     Take it as slowly as you want, as
14     much time as you want, because it
15     is important that if you are an
16     innocent man, and these people
17     have been linked with you in any
18     way, this is your opportunity to
19     say, yes, I know this person
20     because of whatever reason.
21          You understand?
22          AL-BAYOUMI:  Yeah.  Sure.
23     Sure.  I am serious, I -- if I
24     know something, I will tell you

Page 737

1           immediately, without hesitation.

2                   DC CAMPBELL:  Okay.  Have

3           you seen the pictures before

4           elsewhere?

5                   AL-BAYOUMI:  Elsewhere?  I

6           think I saw some pictures in the

7           newspaper.

8                   SOLICITOR:  Uh-huh.

9                   AL-BAYOUMI:  Yeah.  Those.

10          But I don't know them.  Or I

11          have --

12                  SOLICITOR:  Of who?  Of who?

13                  AL-BAYOUMI:  Yeah.  I have

14          never --

15                  SOLICITOR:  Have you seen

16          any of those people you've seen in

17          the picture, or in the newspaper,

18          in there?

19                  AL-BAYOUMI:  Which one?

20                  SOLICITOR:  Have you seen

21          any of the people that you've seen

22          in the newspaper in these pictures

23          here?

24                  AL-BAYOUMI:  Yeah, in the

Page 738

1           newspaper, yes.  I have seen some

2           -- some pictures in there.

3                SOLICITOR:  Do you

4           understand what I'm saying?

5                Anyone that you've seen, be

6           it in the newspaper, in your

7           mosque, on your street --

8                AL-BAYOUMI:  Yeah.

9                SOLICITOR:  -- anyone.

10               And if this -- if you've

11          seen them and they look similar in

12          this picture, let the officers

13          know.

14               DC DEAN:  If you've see him

15          in a newspaper, you say, I've

16          seen him in a --

17               AL-BAYOUMI:  Huh?

18               DC DEAN:  If you've seen him

19          in a newspaper --

20               AL-BAYOUMI:  A newspaper?

21               DC DEAN:  -- just say you've

22          seen him in a newspaper.

23               AL-BAYOUMI:  I think I have

24          seen --

Page 739

1          DC CAMPBELL:  So that's Page
2     1.  Page 2.  Page 3.  Page 4.
3          AL-BAYOUMI:  In the
4     newspaper I think I -- I have seen
5     this one, and I have seen this
6     one, in the newspaper.
7          DC CAMPBELL:  Number 9 and
8     10.
9          DC DEAN:  And when did you
10    see that --
11         AL-BAYOUMI:  Was I --
12         DC DEAN:  While -- whilst
13    you've been in custody, yeah?
14         AL-BAYOUMI:  Yeah.  With
15    Janet, yeah.
16         SOLICITOR:  Jacqueline.
17         AL-BAYOUMI:  Jacqueline, I'm
18    sorry.
19         DC DEAN:  That was The
20    Independent?
21         SOLICITOR:  I had the
22    Independent, The Guardian, the
23    Mail.  The Guardian didn't --
24         What page was this?

Page 740

1              DC CAMPBELL:  That is Page

2      Number 4.

3              SOLICITOR:  Okay.

4              DC CAMPBELL:  Page Number 5.

5      Page Number 6.

6              AL-BAYOUMI:  I think this

7      one in the -- also in the

8      newspaper, I have seen him.

9              DC CAMPBELL:  Number 12.

10             Page Number 6.

11             AL-BAYOUMI:  No.

12             DC CAMPBELL:  Number 7.

13             AL-BAYOUMI:  No.

14             DC CAMPBELL:  And, finally,

15     Number 8.  You've obviously

16     identified yourself?

17             AL-BAYOUMI:  Yeah.

18             DC CAMPBELL:  Number 21?

19             AL-BAYOUMI:  Yeah.

20             And this, uh -- Hashim.

21             DC CAMPBELL:  Number 22,

22     yeah.

23             SOLICITOR:  Can I just ask

24     you a question?

Page 741

1              On this one here, on this
2       last page, you said this guy here
3       was unsteady.  You had to get who
4       in to pray for him?  A char?
5              AL-BAYOUMI:  No, a sheikh.
6       Leader of the prayer.
7              SOLICITOR:  Oh, right.
8       Okay.
9              AL-BAYOUMI:  Who will recite
10      Qur'an on him, to make him calm
11      down.  Yeah.
12             DC CAMPBELL:  Finally, I
13      asked you about Mohdar Abdullah.
14             Did you introduce these two
15      men that we've been referring to
16      constantly to Mr. Abdullah?
17             AL-BAYOUMI:  Abdullah who?
18             DC CAMPBELL:  Mohdar --
19      M-O-H-D-A-R -- M. Abdullah.
20             AL-BAYOUMI:  No.
21             DC CAMPBELL:  You sure?
22             AL-BAYOUMI:  Yeah.  For
23      those people who I mentioned, many
24      people knows them in the -- in the

```
                                              Page 742
   1          mosque.
   2                  DC CAMPBELL:  I put it to
   3          you that, Omar, that you brought
   4          Khalid and Nawaf to the mosque in
   5          Lemon Grove and introduced them to
   6          him.  And you said for him to look
   7          after them and show them
   8          assistance.
   9                  AL-BAYOUMI:  I brought them
  10          to Lemon Grove?
  11                  DC CAMPBELL:  The mosque in
  12          Lemon Grove.
  13                  AL-BAYOUMI:  Uh-huh.
  14                  DC CAMPBELL:  Do you know
  15          the one I'm talking about?
  16                  AL-BAYOUMI:  Yeah, I know
  17          the -- the mosque in Lemon Grove,
  18          which belonged to Dr. Abdussatar.
  19          Huh?
  20                  DC CAMPBELL:  And you've
  21          told this man to look after these
  22          two people, Khalid and Nawaf --
  23                  AL-BAYOUMI:  No.
  24                  DC CAMPBELL:  -- and help
```

Page 743

1          them?

2                  AL-BAYOUMI:  No, it's not

3          true.

4                  DC CAMPBELL:  So if it's not

5          true, then someone's lying.

6                  AL-BAYOUMI:  Yeah.

7                  DC CAMPBELL:  And that's not

8          you?

9                  AL-BAYOUMI:  Yeah.

10                 DC CAMPBELL:  So, finally,

11         to sum up for tonight, you've not

12         financed these individuals or

13         anyone else --

14                 AL-BAYOUMI:  No.

15                 DC CAMPBELL:  -- to commit

16         acts of terrorism?

17                 AL-BAYOUMI:  No.

18                 DC CAMPBELL:  You've not

19         assisted providing them with

20         accommodation --

21                 AL-BAYOUMI:  No, at all.

22                 DC CAMPBELL:  -- so that

23         they can commit their acts of

24         terrorism?

Page 744

```
1              And you're saying that you

2         haven't taken these people under

3         your wing and helped them?

4              AL-BAYOUMI:  At all.

5              DC CAMPBELL:  You are also

6         saying that you did not introduce

7         these two men to Mohdar M.

8         Abdullah at the mosque in Lemon

9         Grove?

10             AL-BAYOUMI:  No.

11             DC CAMPBELL:  You're sure

12        you didn't introduce them?

13             AL-BAYOUMI:  Yeah, I'm sure.

14             Actually, when I -- when I

15        left to Saudi Arabia, I think they

16        were in the -- in the apartment.

17        When I left there, I heard that

18        they went to Dr. Abdussatar.

19             Dr. Abdussatar opened his

20        house for any guests who came from

21        Saudi Arabia.

22             DC CAMPBELL:  Uh-huh.

23             AL-BAYOUMI:  You know, I

24        think I mentioned to this before.
```

Page 745

1          DC CAMPBELL:  Yes, you did.
2     Yes.
3          Did you introduce these men
4     to Hashim Al-Attas?
5          AL-BAYOUMI:  Hashim
6     Al-Attas?  No, he met him at --
7     from the mosque.
8          DC CAMPBELL:  So you didn't
9     say to Hashim to look after them?
10         AL-BAYOUMI:  No.  No, but
11    I -- I remembered one thing here.
12         I think Khalid, he said I am
13    from the -- from the -- what do
14    you call it -- the ancestor of
15    prophet.
16         DC CAMPBELL:  Uh-huh.
17         AL-BAYOUMI:  Okay?
18         DC CAMPBELL:  Uh-huh.
19         AL-BAYOUMI:  Ancestor of
20    Prophet Muhammad, Peace be Upon
21    Him.
22         And the -- Hashim, he is
23    also from the -- what do you call
24    it -- ancestor of prophet.  And

Page 746

1        they said they are relatives or

2        something, I am not sure.

3              But they, you know, from the

4        same -- what do you call it --

5        like, can say, tribe or -- yeah.

6              DC CAMPBELL:  Were you being

7        honest with me?

8              AL-BAYOUMI:  Yeah.

9              DC CAMPBELL:  You've been

10        arrested for acts of terrorism.

11        It may have come as a surprise to

12        you that you've been arrested.

13              But we are clearly putting

14        out the police case that you've

15        got money, which at the minute I

16        don't think you are properly

17        accounting for.  You have met two

18        men under suspicious

19        circumstances.

20              The suspicious circumstances

21        are you've had an accidental

22        meeting with them in Las Vegas --

23        in --

24              DC DEAN:  Los Angeles.

Page 747

1              DC CAMPBELL:  -- Los

2        Angeles, then four days later they

3        suddenly turn up at your mosque.

4        You've accommodated them, you've

5        helped to accommodate them.

6        You've lied in an application to

7        get them accommodation.

8              AL-BAYOUMI:  I have lied?

9              DC CAMPBELL:  Yes.

10             AL-BAYOUMI:  No.  No.  I

11       didn't do that at all.

12             DC CAMPBELL:  You haven't

13       lied in that you have failed to

14       tell a referee, Mr. -- Mr. Noor

15       that you were going to use his

16       details as a referee.

17             AL-BAYOUMI:  Use his

18       details?

19             DC CAMPBELL:  Yes.  To get

20       these people accommodation.

21             AL-BAYOUMI:  Use his

22       details?  First of all, if I have,

23       for example, put Luwam as the

24       referee, the manager will not

MPS 395

Page 748

1           accept until he attend by himself.

2           Right?

3                   DC CAMPBELL:  Right.  Let's

4           clear up this point now, then --

5                   AL-BAYOUMI:  Yeah.

6                   DC CAMPBELL:  -- before we

7           go any further.

8                   AL-BAYOUMI:  Yeah.

9                   DC CAMPBELL:  You put

10          Mr. Luwam Noor as your referee on

11          your application; isn't that

12          correct?

13                  AL-BAYOUMI:  What about my

14          application?

15                  DC CAMPBELL:  Your own

16          application for your own

17          apartment.

18                  Yes?  The one that your

19          family was living in, you've shown

20          them as -- Mr. Noor as your

21          referee; isn't that correct?

22                  AL-BAYOUMI:  Yeah, but I

23          think he -- he came with me

24          because he -- he lived before me

Page 749

1            in this apartment.

2                  DC CAMPBELL:  Are you sure?

3                  AL-BAYOUMI:  Yeah.

4                  DC CAMPBELL:  Are you sure

5            you asked him before he -- he was

6            your referee?

7                  AL-BAYOUMI:  Yeah, I'm sure.

8            Because he -- he live before me.

9            And he legally assist me and he --

10            he -- for the assistance, he

11            helped me a lot.

12                  DC CAMPBELL:  Well, let's

13            hope Mr. Noor is saying the same

14            thing.

15                  AL-BAYOUMI:  And, also, I --

16            the card with my kids, when I --

17            they go to school, I put his --

18            his name as the referee.

19                  DC CAMPBELL:  The final

20            thing I would like to say to you,

21            before we finish for the night,

22            and something I would like you to

23            think greatly on.  Nearly 7,000

24            people have died.

Page 750

1          AL-BAYOUMI:  Say it again.

2          DC CAMPBELL:  Nearly 7,000

3     people have died in this atrocity.

4          AL-BAYOUMI:  Yeah.

5          DC CAMPBELL:  Think long and

6     hard.  If you have had any

7     involvement in this, however

8     slight it may seem to you, now, as

9     a man, you need to take account if

10    you have taken such actions as I

11    have described to you or helped

12    people as I've described to you.

13    However small that part is,

14    without your help, then this could

15    have not been committed.

16          You understand what I'm

17    saying to you?

18          AL-BAYOUMI:  I understand.

19    But I don't agree with it.

20          DC CAMPBELL:  Okay.  I

21    understand your point of view.

22          AL-BAYOUMI:  Yeah.

23          DC CAMPBELL:  My -- my job

24    here is to investigate the facts

Page 751

1          fully.  And I can only do that by

2          putting the allegations to you.

3                  You understand that?

4                  AL-BAYOUMI:  Uh-huh.

5                  DC CAMPBELL:  Your answers

6          that you have given me could have

7          the direct effect of having other

8          people arrested.

9                  You understand that?

10                 AL-BAYOUMI:  Say it again.

11                 DC CAMPBELL:  Your answers

12         that you have given me could have

13         the direct effect of having other

14         people arrested.

15                 I mean if you tell me

16         untruths here, other people may

17         fall under suspicion because of

18         what you have said.

19                 AL-BAYOUMI:  I don't

20         under -- it's not clear enough to

21         me.

22                 SOLICITOR:  You've given the

23         officer names of people, yeah, who

24         have been involved in your life --

MPS 395

```
                                             Page 752
 1              AL-BAYOUMI:  Uh-huh.
 2              SOLICITOR:  -- throughout
 3         this interview, okay.
 4              AL-BAYOUMI:  Uh-huh.
 5              SOLICITOR:  And if you are
 6         lying and, like, they're innocent,
 7         they will get arrested.
 8              DC CAMPBELL:  Or they could
 9         get arrested.
10              SOLICITOR:  Or they could
11         get arrested and be questioned the
12         way you are being questioned.
13              You could be putting them in
14         this situation.
15              AL-BAYOUMI:  No.  No.  I
16         don't allowed for myself to put
17         anyone in the -- in a situation,
18         no.
19              I am serious person, and I
20         give you the truth as is.
21              DC CAMPBELL:  All I'm asking
22         for you is to take account if
23         you've done this --
24              AL-BAYOUMI:  No.
```

Page 753

1              DC CAMPBELL:  -- and tell us
2         truthfully.  Because there are so
3         many inconsistencies with what
4         you've told me that I don't
5         believe you are a truthful man.
6              Is there any way that you
7         can convince me that you are
8         telling the truth?
9              AL-BAYOUMI:  Yeah.  Can
10        you go to the documents?  Can you
11        go to the -- any evidence?
12             DC CAMPBELL:  We will be
13        doing that.
14             AL-BAYOUMI: But I don't have
15        any involvement in this situation.
16        And I don't -- I don't accept it.
17             DC CAMPBELL:  So you're not
18        a facilitator?  You don't help
19        people?
20             AL-BAYOUMI:  No, I don't --
21        I don't help people to attack
22        people.  No, at all.
23             I don't help people, for
24        example, to bother people, also.

MPS 395

Page 754

```
 1          No, I don't allowed for that.
 2               DC CAMPBELL:  Do you believe
 3          people have used you?
 4               AL-BAYOUMI:  Huh?
 5               DC CAMPBELL:  Do you
 6          people -- do believe that people
 7          have used you?
 8               AL-BAYOUMI:  Used me?
 9               DC CAMPBELL:  Yes.
10               AL-BAYOUMI:  No, I don't
11          allowed for anyone to use me at
12          all.
13               DC CAMPBELL:  Even bad
14          people have used --
15               AL-BAYOUMI:  Even bad people
16          or -- no.  I have good, clear
17          record in my life.  Yeah.
18               DC CAMPBELL:  Okay.  I don't
19          have any more questions to ask
20          you.
21               Is there anything else you
22          would like to say, Omar, before we
23          finish the interview?
24               AL-BAYOUMI:  Yeah.  I would
```

MPS 395

Page 755

1          say that even if I, for example,

2          gave reference for someone to help

3          him and he did something, for

4          example, wrong or -- that this is

5          not my -- my responsibility.

6               My responsibility if they

7          did, for example, damaging the

8          door or something like that, yes,

9          I will -- this is my -- and, also,

10         I just tried to help out for

11         studying English, not for doing

12         something evil like this.  No.

13              DC CAMPBELL:  Is there any

14         observations you would like to

15         make?

16              SOLICITOR:  Not at this

17         stage.

18              DC CAMPBELL:  Okay.  The

19         time by my watch is ten minutes to

20         10:00.

21              I shall now conclude the

22         interview.  Thank you.

23                   -  -  -

24              (Whereupon, the tape

MPS 395

```
                                                    Page 756
  1          concluded.)

  2                          -   -   -

  3

  4

  5

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24
```

```
                                                  Page 757

   1                    -  -  -

   2                   MPS 397

   3                    -  -  -

   4

   5   PERSON INTERVIEWED:  Omar Al-Bayoumi

   6

   7   PLACE OF INTERVIEW:  Paddington Green

   8   Police

   9

  10   DATE OF INTERVIEW:  27/09/2001

  11

  12   DURATION OF INTERVIEW:  43 minutes

  13

  14   TIME OF INTERVIEW:  1520-1605

  15

  16   INTERVIEWING OFFICERS:  DC Dean, DC

  17   Campbell

  18

  19   OTHER PERSONS PRESENT: The Solicitor,

  20   Ms. Gordon-Lawrence, Fisher Meredith

  21

  22

  23

  24
```

MPS 397

Page 758

```
 1                  -  -  -
 2              DC CAMPBELL:  This interview
 3          is being tape recorded.  I'm
 4          Detective Constable David
 5          Campbell, attached to the
 6          anti-terrorist branch at Scotland
 7          Yard.  The other police officer
 8          present is.
 9              DC DEAN:  DC4269, Ian Dean,
10          also attached to the
11          anti-terrorist branch.
12              DC CAMPBELL:  I'm
13          interviewing, for the benefit of
14          the tape, can you state your full
15          name for me, please?
16              AL-BAYOUMI:  Omar
17          Al-Bayoumi.
18              DC CAMPBELL:  Also present
19          is your legal representative.
20              Can I also have your name,
21          please?
22              SOLICITOR:  Jacqui
23          Gordon-Lawrence, authorized
24          representative with Fisher
```

Page 759

1          Meredith.

2                    I'm now required to explain

3          my role.  It is to protect my

4          client's rights.  I will continue

5          to advise my client throughout

6          this interview.  I shall intervene

7          if my client asks for or needs

8          legal advice or your questioning

9          is inappropriate or you raise

10         matters which have not been made

11         known to me.

12                    After receiving legal

13         advice, my client has decided to

14         answer questions which you may

15         raise that are relevant to his

16         arrest.

17                    DC CAMPBELL:  Now,

18         Mr. Al-Bayoumi, can you clarify

19         that you are fit enough to be

20         interviewed at this stage?

21                    AL-BAYOUMI: Yeah.

22                    DC CAMPBELL:   If that

23         changes, just let me know.  We'll

24         stop the interview, and we'll

Page 760

1          either provide you with

2          refreshments or you can then see a

3          doctor if you are feeling unwell.

4                  Do you understand that?

5                  AL-BAYOUMI:  Yeah.

6                  DC CAMPBELL:  Now, I

7          understand also that your prayer

8          time is in and around 4 o'clock,

9          and the time by my watch is 20

10         past 3:00.  So what I intend to do

11         is do one interview, and then you

12         will be able to break in

13         accordance with your religious

14         needs, okay?

15                 AL-BAYOUMI:  Sure.

16                 DC CAMPBELL:  Are you okay

17         with that?

18                 AL-BAYOUMI:  Sure, yeah.

19                 DC CAMPBELL:  Good.  Just to

20         clarify things, are you happy with

21         your detention or your treatment

22         whilst you're here at this police

23         station?

24                 AL-BAYOUMI:  Yeah.

MPS 397

Page 761

1              DC CAMPBELL:  Are you being

2         treated okay?

3              AL-BAYOUMI:  Yeah.

4              DC CAMPBELL:  I understand

5         there is one issue about food,

6         that you've requested for some

7         Lebanese food to be provided?

8              AL-BAYOUMI:  Yeah.

9         I actually --

10             DC CAMPBELL:  Or something

11        different?

12             AL-BAYOUMI:  -- I heard that

13        the Edgware Road is close to here.

14             DC CAMPBELL:  It's right out

15        -- right outside.

16             SOLICITOR:  Yeah, it's very

17        close.

18             AL-BAYOUMI:  Uh-huh.  Yeah,

19        and I have been there in Lebanese

20        before, and it's okay.  Their food

21        is okay.

22             DC CAMPBELL:  We will seek

23        to get you some different food,

24        okay?

Page 762

1                AL-BAYOUMI:  It's up to you.

2                DC CAMPBELL:  Well, we will

3          do that.

4                AL-BAYOUMI:  Okay.

5                DC CAMPBELL:  Okay.  Now,

6          I'm going to caution you, if you

7          can listen very carefully.

8                You do not have to say

9          anything, but it may harm your

10          defense if you do not mention,

11          when questioned, something which

12          you later rely on in court.

13          Anything you do say may be given

14          in evidence.

15                Do you understand the

16          caution, Omar?

17                AL-BAYOUMI:  Yes.

18                DC CAMPBELL:  We are

19          interviewing you in connection

20          with the incidents that took place

21          on the 11th of September in the

22          United States of America.  You've

23          been arrested for the preparation,

24          instigation or commission of acts

MPS 397

Page 763

1          of terrorism.
2                    Do you understand that?
3                    AL-BAYOUMI:  I understand
4          that.  But I don't agree with it.
5                    DC CAMPBELL:  Okay.  Well,
6          that's what you've been arrested
7          for.
8                    And the purposes of these
9          interviews is to establish your
10         guilt or innocence in connection
11         with these matters.
12                   AL-BAYOUMI: Sure.
13                   DC CAMPBELL:  What I want to
14         ask you about, and it may appear
15         that we are going back over old
16         ground, but we need to clarify
17         various points within that.  We
18         have been working very hard in the
19         period since we have last spoken
20         to you.  We have been in contact
21         with various other agencies about
22         the answers that you've given us,
23         and we want to clarify various
24         points on that.

Page 764

```
 1              I've disclosed the nature
 2          and the lines of question that we
 3          are going to be asking you today,
 4          okay?
 5              AL-BAYOUMI:  Sure.
 6              DC CAMPBELL:  Now, you've
 7          mentioned to us that you went to
 8          Los Angeles, and the purpose of
 9          that was to visit the Al Fahad
10          Mosque in and around the 1st of
11          February in the year 2000; is that
12          correct?
13              AL-BAYOUMI:  Actually, the
14          -- the main purpose was to renew
15          my passport.
16              DC CAMPBELL:  Right.
17              AL-BAYOUMI:  Yeah.
18              DC CAMPBELL:  So you got the
19          new passport on that date?
20              AL-BAYOUMI:  I think they
21          send it by mail to me later.  But
22          I filled in the forms, and I met
23          the people over there, at the --
24          the -- with Osama.  And Osama has
```

Page 765

1          intention to visit the new mosque,

2          which is King Fahad Mosque, over

3          there.

4                  But when we get the -- when

5          we filled the forms, and get the

6          books, and came, I get lost.  And

7          even though it's close to the

8          restaurant we were there,  but

9          actually, I didn't find -- and we

10         were hungry at that time, and we

11         went to eat.

12                 DC CAMPBELL:  Okay.  I'm

13         just going to show you Police

14         Exhibit PSS-9, the document in

15         front of you.

16                 Can you see that document?

17                 AL-BAYOUMI:  Yeah.

18                 DC CAMPBELL:  Okay.  Now, on

19         the first page of this document is

20         a photocopy of some correspondence

21         which was taken from your home

22         address.

23                 And in front of me, I can

24         clearly see your photograph, with

Page 766

1          the name of Omar M. Al-Bayoumi.

2                Is that correct?

3                AL-BAYOUMI:  Yeah, exactly.

4                DC CAMPBELL:  And the place

5          of birth on that is stated as

6          Al --

7                AL-BAYOUMI:  29?

8                DC CAMPBELL:  -- Hajrah.

9          Place of birth.

10               AL-BAYOUMI:  Alhajrah, yeah.

11               DC CAMPBELL:  Whereabouts is

12         Alhajrah?

13               AL-BAYOUMI:  Alhajrah is a

14         small village in the -- Saudi

15         Arabia, close to Mecca.

16               DC CAMPBELL:  Right.

17               AL-BAYOUMI:  Not too close,

18         maybe 300 kilometers.

19               DC CAMPBELL:  Okay.  So you

20         are born in Saudi, and you're a

21         Saudi national, and you've got a

22         Saudi passport.

23               Is that correct?

24               AL-BAYOUMI:  Yeah.

Page 767

1              DC CAMPBELL:  Do you hold
2      any other nationality?
3              AL-BAYOUMI:  No.
4              DC CAMPBELL:  No?  You sure?
5              AL-BAYOUMI:  Yes.
6              DC CAMPBELL:  You are not
7      dual nationality?
8              AL-BAYOUMI:  Huh?
9              DC CAMPBELL:  You are not
10     dual nationality?
11             AL-BAYOUMI:  No.  My
12     daughter has --
13             DC CAMPBELL:  Yeah, she's
14     American, so she would have --
15             AL-BAYOUMI:  Yeah.
16             DC CAMPBELL:  Would she be
17     entitled to a Saudi passport as
18     well?
19             AL-BAYOUMI:  Yeah, she
20     has passport also -- Saudi
21     passport.
22             DC CAMPBELL:  Through her
23     parentage, yeah.
24             But that's not -- that is

MPS 397

Page 768

```
1          not the case with you.
2                   Is it true that you are, in
3          fact, a Yemeni national?
4                   AL-BAYOUMI:  Huh?
5                   DC CAMPBELL:  Is it, in
6          fact, that you are a Yemeni
7          national?  That you were --
8                   AL-BAYOUMI:  No.
9                   DC CAMPBELL:  No?
10                  AL-BAYOUMI:  No.
11                  DC CAMPBELL:  Absolutely
12         sure?
13                  AL-BAYOUMI:  At all.  No.
14                  DC CAMPBELL:  Okay.
15                  AL-BAYOUMI:  Yeah.
16                  DC CAMPBELL:  All right.
17                  I'd just like to --
18                  AL-BAYOUMI:  Everybody in,
19         for example, Alhajrah or in Jeddah
20         knows me and my father and my, you
21         know, grandfather and the whole
22         family.
23                  DC CAMPBELL:  That's fine.
24                  Again, it is just questions
```

MPS 397

Page 769

1          that we need to put to you just to

2          clarify issues.

3                    You understand that?

4                    AL-BAYOUMI:  Yes.

5                    DC CAMPBELL:  You know,

6          something like where were you born

7          is a matter of fact, isn't it?

8                    AL-BAYOUMI:  Uh-huh.

9                    DC CAMPBELL:  Yes.

10                   So we ask you the question

11         and that's it.  End of line of

12         investigation.  You understand?

13                   I just needed to ask you

14         whether you were a Yemeni

15         national --

16                   AL-BAYOUMI:  Yeah.

17                   DC CAMPBELL:  You told me

18         you were not.

19                   AL-BAYOUMI:  Yeah.

20                   DC CAMPBELL:  You say people

21         in that country know you because

22         you were born there.

23                   AL-BAYOUMI:  Yeah, exactly.

24                   DC CAMPBELL:  We would be

```
                                                    Page 770
   1        able to check that out.
   2                AL-BAYOUMI:  Yeah.
   3                DC CAMPBELL:  That's it.  I
   4        see here that you've got a United
   5        Kingdom visa, is that correct, on
   6        your passport?
   7                United Kingdom, it says?
   8                AL-BAYOUMI:  Yeah.
   9                DC CAMPBELL:  Entry
  10        clearance?
  11                AL-BAYOUMI:  Yeah.
  12                DC CAMPBELL:  And, also, an
  13        immigration stamp on the 15th of
  14        January?
  15                AL-BAYOUMI:  Yeah.
  16                DC CAMPBELL:  Birmingham?
  17                AL-BAYOUMI:  Yeah.
  18                DC CAMPBELL:  Of 2001.
  19                Was that whenever you
  20        returned with your family to
  21        Birmingham?  Or was that -- so
  22        we're just talking about just
  23        after --
  24                AL-BAYOUMI:  In January,
```

MPS 397

Page 771

1          when I come back here to -- to

2          Birmingham, yeah.

3                    DC CAMPBELL:  But was that

4          with your family?

5                    AL-BAYOUMI:  The second --

6          the second term.

7                    DC CAMPBELL:  Right.  Okay.

8                    AL-BAYOUMI:  Yeah.

9                    DC CAMPBELL:  So where were

10         you --

11                   AL-BAYOUMI:  The second term

12         for me.

13                   DC CAMPBELL:  Where were you

14         before that?

15                   AL-BAYOUMI:  I was in the

16         United States.

17                   DC CAMPBELL:  Sorry?

18                   AL-BAYOUMI:  I was in the

19         United States.

20                   DC CAMPBELL:  Right.  Okay.

21         So have you traveled out of the UK

22         since the 15th of January of this

23         year?

24                   AL-BAYOUMI:  To Saudi Arabia

MPS 397

Page 772

```
 1          or to --
 2                  DC CAMPBELL:  Sorry, I'm
 3          asking you.  I'm just hoping that
 4          you are going to be able to tell
 5          me.
 6                  So after the 15th of
 7          January, when you've returned back
 8          into the UK, have you then gone
 9          elsewhere?
10                  AL-BAYOUMI:  No. No.
11                  DC CAMPBELL:  So the last
12          place that you were, apart from
13          being in Birmingham was the United
14          States --
15                  AL-BAYOUMI:  Yeah, exactly.
16                  DC CAMPBELL:  -- was that to
17          get your family and bring them
18          across?
19                  AL-BAYOUMI:  Say it again.
20                  DC CAMPBELL:  Was that to
21          get your family to bring them
22          across to England?
23                  Okay.  Let me ask you this,
24          it may be slightly easier.
```

Page 773

1              When did your family come to

2        England?

3                  AL-BAYOUMI:  England?

4                  DC CAMPBELL:  Yes.

5                  AL-BAYOUMI:  They -- to

6        live, you mean, or to --

7                  DC CAMPBELL:  Yes.

8                  AL-BAYOUMI:  -- meet?

9                  DC CAMPBELL:  To live.

10                 AL-BAYOUMI:  To live?  25th

11       of August, I think.  Yeah.

12                 DC CAMPBELL:  Okay.

13                 AL-BAYOUMI:  Yeah.

14                 SOLICITOR:  Can I -- can you

15       ask him whether or not he has

16       traveled out of the country since

17       that date?

18                 DC CAMPBELL:  Right.

19                 SOLICITOR:  Again.

20                 DC CAMPBELL:  Have you

21       traveled outside the country since

22       this date, 15th --

23                 AL-BAYOUMI:  No.

24                 DC CAMPBELL:  -- of January

Page 774

```
 1        of 2000?
 2              AL-BAYOUMI:  No.
 3              SOLICITOR:  Okay.  Think
 4        about -- think about it.
 5        This 15th of January 2000 --
 6              DC CAMPBELL:  Just after
 7        Christmas.
 8              SOLICITOR:  -- have you left
 9        England to go anywhere?  To
10        America?  To Paris?  To Australia?
11              AL-BAYOUMI:  After -- after
12        that?
13              SOLICITOR:  After the 15th
14        of the January.  No matter how
15        short a period or long a period of
16        time, have you left the country to
17        go anywhere?
18              AL-BAYOUMI:  Uh --
19              DC CAMPBELL:  Did your
20        family come from Saudi Arabia to
21        London?
22              AL-BAYOUMI:  I met them in
23        Heathrow Airport, then we fly --
24        flew to Saudi Arabia.
```

Page 775

1                    DC CAMPBELL:  So you went

2          from Saudi Arabia to London?

3                    AL-BAYOUMI:  No.  We fly

4          from here.  I fly from Heathrow --

5                    DC CAMPBELL:  Heathrow,

6          yeah.

7                    AL-BAYOUMI:  To Saudi

8          Arabia.

9                    DC CAMPBELL:  To Saudi

10         Arabia.

11                   And when was that?

12                   AL-BAYOUMI:  Uh, I think

13         25th of June.

14                   DC CAMPBELL:  Of what year?

15                   AL-BAYOUMI:  June 2001.

16                   DC CAMPBELL:  Okay.  So

17         you've then returned from -- after

18         you managed to return, then, back

19         from Saudi Arabia with your

20         family; is that right?

21                   AL-BAYOUMI:  No.  I -- I

22         returned alone.

23                   DC CAMPBELL:  Okay.

24                   AL-BAYOUMI:  Yeah.  I spent

Page 776

1          just, I think, 10 or -- maybe

2          10 -- between 10 and 15 days in

3          Saudi Arabia.

4               DC CAMPBELL:  What was the

5          purpose of that visit?

6               AL-BAYOUMI:  For the last

7          visit to Saudi Arabia?  Umm, just

8          for -- for family, family visit.

9               DC CAMPBELL:  So who have

10         you visited there?

11              AL-BAYOUMI:  Huh?

12              DC CAMPBELL:  Who were you

13         visiting?

14              AL-BAYOUMI:  My family.

15         Yeah, I visit my family in Saudi

16         Arabia.

17              DC CAMPBELL:  Okay.

18              I think the tape machine is

19         making a beeping noise here so

20         we'll just have a quick look.

21              SOLICITOR:  It's the middle

22         button that's beeping, the green

23         button.

24              DC CAMPBELL:  It seems to be

Page 777

1          working okay.  It shows an alarm
2          there but both tapes are running.
3          We can only assume that everything
4          is okay.
5                    DC DEAN:  Just give it a
6          tap, maybe, just over the alarms.
7          When you're doing playback and it
8          doesn't work, you tap.  That was
9          actually mentioned by somebody
10         else early on.  Yorkie, that
11         happened to him.
12                   DC CAMPBELL:  What was it
13         there -- everything okay, was it?
14                   DC DEAN: He concluded the
15         interview.
16                   DC CAMPBELL:  All right.
17                   DC DEAN:  And I think the
18         room then went out of order.
19                   DC CAMPBELL:  But that was
20         the other one -- interview room,
21         and it was --
22                   DC DEAN:  Well, the mic
23         levels are still working, so --
24                   DC CAMPBELL:  Okay.  We'll

MPS 397

Page 778

1          continue.

2                    SOLICITOR:  Okay.

3                    DC CAMPBELL:  Then if the

4          machine stops --

5                    So you returned from Saudi.

6          You've told me that it was for a

7          family visit?

8                    AL-BAYOUMI:  Yeah.

9                    DC CAMPBELL:  So what were

10         you doing there?

11                   AL-BAYOUMI:  My family?

12                   DC CAMPBELL:  Uh-huh.

13                   AL-BAYOUMI:  They visit

14         their, you know, my father-in-law

15         and her -- you know, for a long

16         time they didn't go there.  And

17         they went to -- to visit there.

18                   DC CAMPBELL:  Have you ever

19         been to Paris?

20                   AL-BAYOUMI:  Paris?  I tried

21         to go there.  I tried in, I think,

22         June.

23                   I think -- what month before

24         June?

Page 779

1                SOLICITOR:  May.

2                AL-BAYOUMI:  May, I think.

3         May.  Yeah, I think I tried to go

4         in May.

5                And I sent my papers to

6         the -- to the French Embassy, and

7         they said you have to have a

8         reservation and ticket number and

9         hotel and the other things.

10               I sent everything to them.

11        And they -- and I applied for a

12        one-year visa, because when you

13        are here to go back and forth,

14        and, you know, when I finish my

15        project, when my family comes

16        here.

17               But they gave me 14 days.

18               DC CAMPBELL:  So why did you

19        want to go to Paris then, Omar?

20               AL-BAYOUMI:  Just to -- to

21        see Paris and -- I have never been

22        there before.

23               DC CAMPBELL:  For a year?

24               AL-BAYOUMI:  Huh?

MPS 397

Page 780

1          DC CAMPBELL:  For a year?

2          AL-BAYOUMI:  For a year?

3          DC CAMPBELL:  You say you

4      mentioned you wanted to get a --

5          AL-BAYOUMI:  Yeah.

6          DC CAMPBELL:  -- visa for a

7      year.

8          AL-BAYOUMI:  Yeah.  I have

9      heard that it's close to here, you

10      can go by train or something like

11      that, when you want, okay.

12          And what happened is, I sent

13      my papers and everything, and they

14      gave me 14 days.

15          But they issued the -- the

16      visa on the 14th of the -- of

17      the -- June --

18          SOLICITOR:  May?

19          AL-BAYOUMI:  May, I think,

20      14th of May.  And my travel was --

21      or my ticket was 15th, okay.  That

22      -- at that point, I don't have

23      time to fly because I received my

24      passport in the afternoon, okay,

MPS 397

Page 781

1           and the flight was in the morning.

2                 And I -- I don't have time

3           to -- I canceled it, yeah.  But

4           when I went to Saudi Arabia, I

5           applied for other new visa to

6           Paris for about, I think, six

7           months or --

8                 DC CAMPBELL:  Right.

9                 AL-BAYOUMI:  Yeah.  This is

10          what happened.

11                DC CAMPBELL:  Who were you

12          going to meet in Paris?

13                AL-BAYOUMI:  In Paris?

14                DC CAMPBELL:  Uh-huh.

15                AL-BAYOUMI:  No, I don't

16          have anyone to meet, but I just --

17                DC CAMPBELL:  So you weren't

18          meeting any other people involved

19          in this incident on the 11th of

20          September?

21                AL-BAYOUMI:  No.  No.  No, I

22          just picked some information from

23          the -- what do you call it, from

24          the guild, in the university.

MPS 397

Page 782

```
 1              The -- for example, the tower and
 2              the other things to see them.
 3                   DC CAMPBELL:  So you haven't
 4              ever traveled to Paris; is that
 5              correct?
 6                   AL-BAYOUMI:  Yeah.
 7                   And I have never traveled to
 8              Birmingham before, before I come
 9              here.  Yeah.  And I didn't know --
10              when I -- you know, when I was at
11              the airport, I didn't know, how
12              can I manage to go to the
13              university?  And I found some
14              ladies, their accent was different
15              from American, and I told them.
16              They said, we are from Birmingham.
17              I said, are you from Birmingham?
18              They said yes.  I said, what is
19              the closest hotel or -- to the
20              Aston University?  They gave me
21              the closest hotel, you know, and I
22              paid there.
23                   DC CAMPBELL:  Okay.  How do
24              you find your accommodation from
```

MPS 397

Page 783

1           America to Birmingham?  Big

2           change?

3                AL-BAYOUMI:  Yeah.

4                DC CAMPBELL:  Better in

5           America, your accommodation?

6                AL-BAYOUMI:  Uh, I don't

7           think so.

8                DC CAMPBELL:  No?

9                AL-BAYOUMI:  No.

10               Here cheaper and they give

11          you many things also.

12               DC CAMPBELL:  Okay.  Have

13          you ever traveled to New York?

14               AL-BAYOUMI:  New York, No.

15               DC CAMPBELL:  Never?

16               AL-BAYOUMI:  Never.

17               But maybe transit.  Because

18          Saudi Airlines sometimes go to --

19               DC CAMPBELL:  Okay.  If you

20          transit, you don't leave the

21          airport complex; is that right?

22               AL-BAYOUMI:  No.  No.

23               DC CAMPBELL:  Okay.  So what

24          I'm talking about visiting, I mean

Page 784

1          actually --

2                SOLICITOR:  In Manhattan

3          itself.

4                AL-BAYOUMI:  No.

5                SOLICITOR:  In the city.

6                DC CAMPBELL:  Yeah.

7                No?

8                AL-BAYOUMI:  No.  But before

9          that, I -- you know, I told my

10         family once, we will go to, you

11         know, around -- you know, from San

12         Francisco to other places, to see

13         what's America before we go back

14         to Saudi Arabia, yeah.

15               But then when I had been

16         accepted in Aston University, I

17         decided to come here and finish.

18               DC CAMPBELL:  So that is

19         generally all, if I could sum up,

20         your trips would be from Saudi

21         Arabia to the U.S., from the U.S.

22         back to Saudi.  Then you've gone

23         from America to Birmingham.  And

24         then you've also traveled from

Page 785

1          Gatwick to Saudi Arabia, which is

2          the last thing that we are talking

3          about.

4                    AL-BAYOUMI:  Gatwick?  I

5          think Heathrow.

6                    DC CAMPBELL:  Heathrow?

7          Well, okay.

8                    AL-BAYOUMI:  I think --

9                    DC CAMPBELL:  Heathrow,

10         London, yeah.  London to Saudi

11         Arabia --

12                   AL-BAYOUMI: Yeah, exactly.

13                   DC CAMPBELL:  Saudi Arabia

14         and then back into the UK.

15                   AL-BAYOUMI:  Yes.

16                   DC CAMPBELL:  Yeah?

17                   AL-BAYOUMI:  Exactly.

18                   DC CAMPBELL:  So that's the

19         summary, okay.

20                   AL-BAYOUMI:  Yeah.

21                   DC CAMPBELL:  It'll be in

22         that sequence, but we'll -- have

23         you gone anywhere else in the

24         world?

Page 786

1            AL-BAYOUMI:  Uh, In this

2        period, no.

3            DC CAMPBELL:  No?  Have you

4        ever been to Malaysia?

5            AL-BAYOUMI:  No, I've never

6        been there.

7            DC CAMPBELL:  Okay.

8        Anywhere else?  Have you ever --

9        okay.  Let me say it.

10            Have you ever visited

11        Afghanistan?

12            AL-BAYOUMI:  No, never.

13            DC CAMPBELL:  Pakistan?

14            AL-BAYOUMI:  No, never.

15            DC CAMPBELL:  Okay.  You are

16        smiling at that.

17            Is there a reason?

18            AL-BAYOUMI:  No.  Yeah.  I

19        remember my first trip with my

20        wife, when I get married, I went

21        to Bahrain.  From Bahrain we went

22        to -- not from Bahrain.  We

23        returned to Saudi Arabia.  And

24        then we went to Turkey, for

MPS 397

Page 787

1          example, I think a month, or maybe

2          less than that, yeah.

3                    DC CAMPBELL:  Okay.

4                    AL-BAYOUMI:  Then once we, I

5          think -- you know, when we get

6          from Saudi Arabia to -- on

7          airlines -- what do you call it --

8          Egypt airlines, just transit to --

9          yeah.

10                   DC CAMPBELL:  You mentioned

11         to me, now moving on to your

12         finances, that --

13                   AL-BAYOUMI:  Huh?

14                   DC CAMPBELL:  You said, in

15         your finances, the name of

16         Badkook, B-A-D-K-O-O-K --

17                   AL-BAYOUMI:  Yeah.  Yeah.

18                   DC CAMPBELL:  -- was the man

19         who's the -- who is the man who is

20         in charge of your finances back in

21         Saudi Arabia who would send you

22         money?

23                   AL-BAYOUMI:  Yeah.  I give

24         him power of attorney.

MPS 397

```
                                              Page 788
 1              DC CAMPBELL:  Yes.  Okay.
 2              AL-BAYOUMI:  To send me
 3         money from my account.
 4              DC CAMPBELL:  Right.  Was
 5         his first name Hani?
 6              AL-BAYOUMI:  Hani, yes.
 7              DC CAMPBELL:  Okay.  I'll
 8         just show you a copy of PSS-9 --
 9              AL-BAYOUMI: Okay.
10              DC CAMPBELL:  -- which is
11         your telephone directory.
12              And can we confirm that Hani
13         Badkook, is that his number?
14              AL-BAYOUMI:  Yes.
15              DC CAMPBELL:  What does "C"
16         mean?
17              AL-BAYOUMI:  "C" is cellular
18         phone.
19              DC CAMPBELL:  And "H" is
20         home?
21              AL-BAYOUMI:  Yeah.
22              DC CAMPBELL:  697-5740.
23         That's surely not an international
24         number, is it?
```

MPS 397

Page 789

1           AL-BAYOUMI:  No.  No.  I
2      didn't put the whole number.
3           DC CAMPBELL:  All right.
4           AL-BAYOUMI:  Yeah.
5           DC CAMPBELL:  So what would
6      be the prefix on that?
7           AL-BAYOUMI:  To call Saudi
8      Arabia from here?
9           DC CAMPBELL:  So it's a
10      Saudi number, yeah; is that right?
11           AL-BAYOUMI:  Can you give me
12      a pen?
13           DC CAMPBELL:  See, it just
14      looks like a local number together
15      with all these ones.
16           AL-BAYOUMI:  Yeah.  Can I
17      write it?
18           SOLICITOR:  Yeah, go ahead.
19           AL-BAYOUMI:  I think zero,
20      zero -- 001 from the United
21      States.  009, I think, 662, then
22      the number.  Yeah.
23           DC CAMPBELL:  Okay.  So
24      possibly, zero -- 009 662.  Okay.

MPS 397

Page 790

1          AL-BAYOUMI:  Yeah.  But for
2      cellphone, there's no zeros.
3      Yeah.
4          DC CAMPBELL:  No problems.
5      I understand that.
6          Where did you --
7          AL-BAYOUMI:  But I'm not
8      sure exactly his number, this
9      number, has been changed or not.
10     Because they sometimes change
11     numbers.
12         DC CAMPBELL:  Right.
13         AL-BAYOUMI:  But I think 69.
14     Yeah, I think 69 is the right --
15     the right one.
16         DC CAMPBELL:  And, again, I
17     mentioned in the first interview,
18     would you be happy for us to make
19     inquiries with the Saudi American
20     Bank in Saudi to check that the
21     money going into that account is
22     legitimate money and that is not
23     money to fund terrorism?
24         AL-BAYOUMI:  Yeah.  Sure.

Page 791

1        Yeah.  Sure.

2              DC CAMPBELL:  Positive?

3              AL-BAYOUMI:  Yeah.

4        Positive.

5              As I have mentioned to you,

6        when I sold the property, as well

7        as --

8              DC CAMPBELL:  The land,

9        yeah.

10             AL-BAYOUMI:  -- I put --

11             DC CAMPBELL:  I'm happy --

12       I'm happy with -- with everything,

13       but what I'm trying to do --

14             AL-BAYOUMI:  And it's --

15       it's very, very clear, you know.

16       I tried to get some money from

17       infintel when -- but when they

18       gave me, you know -- what do you

19       call it -- agreement to -- they

20       going to support me, I said I can

21       save this money to -- later.  But

22       I -- I took some -- some of it,

23       the other time.

24             DC CAMPBELL:  I don't

Page 792

1          really -- I'm trying very
2          consciously here not to just
3          revisit old ground for old
4          ground's sake here.  I'm trying to
5          be fair that we are not
6          continually asking the same
7          questions, yeah.
8                So I do apologize, but if
9          maybe I cut you short sometimes
10         from now on, that means the
11         interview is going to be quicker,
12         that we can get done with you
13         quicker, yeah?
14               AL-BAYOUMI:  Sure.
15               DC CAMPBELL:  Because
16         everything you've just told me
17         we've already covered.
18               AL-BAYOUMI:  Sure.
19               DC CAMPBELL:  Okay, Omar?
20         Do you understand?
21               AL-BAYOUMI:  Sure.  Sure.
22               DC CAMPBELL:  So we are
23         trying to keep it nice and short.
24               AL-BAYOUMI:  Sure.

Page 793

1            DC CAMPBELL:  We will keep
2       it specific.
3            But if there's anything at
4       all that you think is important,
5       just let me know --
6            AL-BAYOUMI:  Sure.
7            DC CAMPBELL:  -- and you can
8       say anything you need to, yeah.
9            AL-BAYOUMI:  Sure.
10           DC CAMPBELL:  Because this
11      is your opportunity for you to
12      tell me things so that you can
13      prove your innocence, yeah.
14           AL-BAYOUMI:  Sure.
15           DC CAMPBELL:  And,
16      obviously, I'm trying to ask
17      questions just to clarify various
18      points.  Then we will look at the
19      whole case and we will establish
20      if we believe you are guilty or
21      innocent, okay?
22           AL-BAYOUMI:  Sure.
23           DC CAMPBELL:  Okay?
24           AL-BAYOUMI:  Sure.

MPS 397

Page 794

1              DC CAMPBELL:  So moving on
2        from there.
3              SOLICITOR:  Are you moving
4        on finances now?
5              DC CAMPBELL:  No.  No.
6              SOLICITOR:  Okay.
7              DC CAMPBELL:  No.  Trying
8        not to.
9              SOLICITOR:  Okay.  Because
10        there's stuff that we want to say
11        that perhaps wasn't clarified
12        earlier on, when we were talking
13        about finances.
14              DC CAMPBELL:  Right.  Right.
15              SOLICITOR:  Do you want us
16        to say something now?
17              DC CAMPBELL:  Well, by all
18        means, yeah --
19              SOLICITOR:  Okay.
20              DC CAMPBELL:  -- if there's
21        something that you want to say.
22              Is there, Omar?
23              AL-BAYOUMI:  Huh?
24              DC CAMPBELL:  Is there

Page 795

```
 1         something that you want to tell
 2         us?
 3               AL-BAYOUMI:  For, uh, the
 4         finances --
 5               SOLICITOR:  What -- what we
 6         need to hear now --
 7               AL-BAYOUMI:  -- umm, yeah.
 8               SOLICITOR:  What we need to
 9         do, because remember this --
10               AL-BAYOUMI:  Yeah.
11               SOLICITOR:  -- that we
12         talked about the -- who drew money
13         out of your account, about your
14         wife --
15               AL-BAYOUMI:  Yeah.  Yeah.
16         Sometimes --
17               SOLICITOR:  You need to --
18         you need to -- just to clarify.
19         And also when she took money from
20         her account, and lent it to you.
21               AL-BAYOUMI:  Yeah.
22         Sometimes, you know, because I am
23         in charge of dealing with the
24         mosque over there, you know,
```

```
                                          Page 796
1        sometimes I'll grab some money
2        from the bank and I put it in my
3        closet, okay.
4             Some people who work there,
5        for example, electrician or
6        something, they need money in
7        cash, you know.
8             DC CAMPBELL:  Uh-huh.
9             AL-BAYOUMI:  I -- I give
10       them like this.
11            And sometimes I -- you know,
12       sometimes I was short of money or
13       something like that, I -- my wife
14       gave me some money.  And sometimes
15       I gave her some money to put it in
16       her account.
17            Sometimes when I travel, for
18       example, here or there, I gave
19       her, you know -- and --
20            DC CAMPBELL:  I can
21       understand things like that.
22            AL-BAYOUMI:  Yeah.  One
23       thing I want to mention, too.
24       Sometimes I withdraw some money
```

MPS 397

Page 797

1          from the bank, for example,

2          $10,000 or something like that, to

3          make sure that there is, for

4          example, no wrong, or something.

5          Because when I travel, I don't

6          want my family in trouble, okay.

7          And sometimes I grab the money and

8          take the money with me and give it

9          to her to put it into the account

10         or deposit it in the other account

11         for us.

12              DC CAMPBELL:  Okay.

13              AL-BAYOUMI:  Even, maybe, I

14         miss some number or something

15         like -- or some number missing,

16         and they'll be without money or --

17         that's what I -- I need to talk

18         about, yeah.

19              DC CAMPBELL:  Right.  I'm

20         not happy with that answer, okay.

21         And I'll explain the reasons why.

22              AL-BAYOUMI:  Yeah.

23              DC CAMPBELL:  Your wife has

24         got her own account?

Page 798

```
 1                    AL-BAYOUMI:  Huh?
 2                    DC CAMPBELL:  Your wife has
 3          got her own bank account?
 4                    AL-BAYOUMI:  Yes.  She has,
 5          yeah, her own bank account.  And
 6          we have -- we have also bank
 7          account -- shared bank account
 8          together.  A shared account
 9          together, yeah.
10                    DC CAMPBELL:  So if anything
11          happens to you, then she can still
12          get access to that money?
13                    AL-BAYOUMI:  Which one?
14                    DC CAMPBELL:  Your money.
15          She can get access to your money?
16          There is no need for you to give
17          her $10,000 in cash.
18                    AL-BAYOUMI:  No, sometimes
19          the -- no, she can't, you know --
20          we arrange together as husband and
21          wife.
22                    DC CAMPBELL:  If you've got
23          a joint account, she can take the
24          money out of your account?
```

MPS 397

Page 799

```
 1              My wife is doing it to me
 2         all the time.
 3              AL-BAYOUMI:  Huh?
 4              DC CAMPBELL:  Yeah.
 5              AL-BAYOUMI:  Yeah, but my
 6         wife --
 7              DC CAMPBELL:  A joint
 8         account --
 9              AL-BAYOUMI:  For joint --
10         joint -- joint -- joint account,
11         no, she can't.
12              DC CAMPBELL:  Your wife
13         can't in that particular account;
14         is that what you're saying?
15              AL-BAYOUMI:  Yeah, until she
16         tell me, you know.
17              DC CAMPBELL:  Sorry?
18              AL-BAYOUMI:  Until she tell
19         me.  Until she --
20              DC CAMPBELL:  Right.  You
21         are saying to me that you've given
22         your wife 10,000 pounds whenever
23         you travel away?
24              AL-BAYOUMI:  Yeah.  Exactly.
```

MPS 397

```
                                                        Page 800
 1                DC CAMPBELL:  Okay.
 2           Firstly, those transactions, then,
 3           if what you're telling me is true,
 4           Omar, must reflect by some form of
 5           travel on your behalf; you
 6           understand that?
 7                AL-BAYOUMI:  No.
 8                DC CAMPBELL:  Are you with
 9      me?
10                AL-BAYOUMI:  No.
11                DC CAMPBELL:  So you are
12           saying that you would take money
13           out and just give her it, just in
14           case you are going to travel?
15                AL-BAYOUMI:  Not for me,
16           just in case I travel.
17                Sometimes I gave her
18           everything to -- to do -- for
19           example, to buy from anywhere or
20           clothes for kids.
21                DC CAMPBELL:  But 10 --
22           $10,000?
23                AL-BAYOUMI:  No, no, no,
24           not -- $10,000 not for her.
```

Page 801

1                    DC CAMPBELL:  Yeah.

2                    AL-BAYOUMI:  No, not for

3         her.

4                    Just, for example, to keep

5         it with her, okay.  But when she

6         did something sometimes, she told

7         me, I broke this, and I -- I broke

8         this, and I did this, and this,

9         this.  Okay.  What is remaining?

10        The remaining is this.  Okay.

11        That's it.

12                   DC CAMPBELL:  And you're

13        happy living in Parkview -- sorry.

14                   AL-BAYOUMI:  Parkwood.

15                   DC CAMPBELL:  Parkwood

16        Apartments, knowing that you are

17        away from home and your wife's got

18        $10,000 in cash in her house?

19                   Surely, the safest place for

20        her -- for her money or for your

21        money is in the bank.

22                   AL-BAYOUMI:  Yeah.

23                   DC CAMPBELL:  Yeah.

24                   AL-BAYOUMI:  Yeah.

Page 802

1           DC CAMPBELL:  You've got a

2       joint account, and she can take

3       money out of that account?

4           AL-BAYOUMI:  Yeah.  Exactly.

5           DC CAMPBELL:  Yeah.

6       Where the money -- so she can get

7       at the money.  So it seems silly

8       giving her $10,000 and risking

9       losing $10,000 if a burglar comes

10      and -- comes and steals your

11      money.

12          AL-BAYOUMI:  Actually, we

13      are from a different culture.  We

14      usually use the -- the money, you

15      know.  And --

16          DC CAMPBELL:  Okay.  You've

17      explained it.  And I'm just not

18      happy with your explanation for

19      it.

20          AL-BAYOUMI:  Yeah. Yeah,

21      you usually deal with money.  You

22      know, if you go, for example, to

23      Saudi Arabia now, you know --

24          DC CAMPBELL:  I've been to

Page 803

1          countries before where it's mostly
2          cash --
3                    AL-BAYOUMI:  Deal with cash
4                    DC CAMPBELL -- that don't
5          like to deal with plastic.
6                    AL-BAYOUMI:  And, also, we
7          have something, maybe, different.
8                    DC CAMPBELL:  Okay.
9                    AL-BAYOUMI:  For example, if
10         you pray, if you did everything
11         and you reaped crime, for example,
12         no one can touch your house or,
13         you know --
14                    DC CAMPBELL:  I, as a police
15         officer, unfortunately, have, in
16         my time as a policeman gone to
17         hundreds of peoples' houses who
18         have been burgled, Omar.  It's a
19         very prevalent crime --
20                    AL-BAYOUMI:  Yeah.
21                    DC CAMPBELL:  -- everywhere
22         in the world, even in your own
23         country and at home --
24                    AL-BAYOUMI:  Yeah.

Page 804

```
 1              DC CAMPBELL:  -- and even in
 2         the U.K.
 3              AL-BAYOUMI:  Yeah, yeah,
 4         yeah.  It happen.  It happen.
 5              And the -- the -- if -- if I
 6         tell you something --
 7              DC CAMPBELL:  Tell me.
 8              AL-BAYOUMI:  -- it will be
 9         strange to you.
10              Sometimes when I wake up in
11         the morning, I found the door
12         open.  I told my kids, who was the
13         last one enter?  They said this,
14         or Firas, for example, or
15         something like that.  I'm scared
16         sometimes for the situation.
17              But it happened many times.
18              DC CAMPBELL:  Okay.
19              AL-BAYOUMI:  Yeah.  I found
20         the door open, even here.
21              DC CAMPBELL:  Can I just
22         say, Omar, we are moving away from
23         what we need --
24              AL-BAYOUMI:  Yeah.
```

MPS 397

Page 805

1              DC CAMPBELL:  -- to be

2         talking about, yeah.

3              You also said that your wife

4         deposited this money in her

5         account.  That will clearly show

6         up as a transfer of either a check

7         from you to her, or cash withdrawn

8         from you and cash deposited in

9         there.

10             Are you sure that is the

11        truth?

12             AL-BAYOUMI:  Yeah.

13             DC CAMPBELL:  Okay.  That's

14        what you've told me, okay.

15             AL-BAYOUMI:  Yeah.

16             DC CAMPBELL:  I'm not happy

17        with it.  I do not believe you.

18             AL-BAYOUMI:  Okay.

19             DC CAMPBELL:  Okay.

20        Because, in my mind, that is

21        not -- it's not good business.

22        Yeah?

23             AL-BAYOUMI:  Yeah.

24             DC CAMPBELL:  You are a man

MPS 397

Page 806

```
 1          of finance.  You know about, all
 2          you would need to do is give her a
 3          check, yes?  You give her check,
 4          and you sign that check, there's
 5          no need for her to have 10,000
 6          pounds in her -- in her -- yeah?
 7               AL-BAYOUMI:  Yeah.
 8               DC CAMPBELL:  If anything
 9          did happen --
10               AL-BAYOUMI:  Yeah.
11               DC CAMPBELL:  -- she can go
12          cash that check.  That check is
13          valid.  She knows -- the bank
14          knows her, she's got an account
15          with them, or you could just
16          transfer it from one account into
17          another account, okay.
18               So I'm not happy with that
19          explanation.  I think it's an
20          attempt by you to try and
21          legitimize exactly what your
22          finances are about.
23               AL-BAYOUMI: Yeah.
24               DC CAMPBELL:  I'll move on
```

MPS 397

```
                                                    Page 807
 1          from that.
 2                  In America you have to file
 3          tax returns; isn't that correct?
 4                  AL-BAYOUMI:  For a student?
 5                  DC CAMPBELL:  Okay.  Yes,
 6          for a student.
 7                  AL-BAYOUMI:  No, there's no
 8          tax.
 9                  DC CAMPBELL:  No tax at all.
10                  Did you or your wife
11          complete any tax returns in
12          America?
13                  AL-BAYOUMI:  For me, I
14          didn't returned tax -- tax return.
15          I did tax for the property, yes.
16                  DC CAMPBELL:  What, for the
17          mosque?
18                  AL-BAYOUMI:  Yes.
19                  DC CAMPBELL:  Okay.  Did you
20          do tax for yourself?
21                  AL-BAYOUMI:  No.  For
22          myself, I didn't do tax returns.
23                  DC CAMPBELL:  Are you
24          eligible for doing tax yourself?
```

```
                                              Page 808
 1                  AL-BAYOUMI:  I think I'm
 2          student, I don't have to pay
 3          for --
 4                  DC CAMPBELL:  Okay.  What
 5          about your wife?  Does she work?
 6                  AL-BAYOUMI:  My wife?
 7                  DC CAMPBELL:  Yes.
 8                  AL-BAYOUMI:  No.
 9                  DC CAMPBELL:  So she didn't
10          work either?
11                  AL-BAYOUMI:  No.  Doesn't
12          have job.
13                  DC CAMPBELL:  Okay.  So you
14          are saying to me that there's
15          no tax -- tax returns.  Is that
16          right?
17                  AL-BAYOUMI:  Yeah.
18                  DC CAMPBELL:  No tax returns
19          for you or your wife?
20                  AL-BAYOUMI:  Yeah.
21                  DC CAMPBELL:  Okay.  That's
22          interesting.
23                  Right.  I shan't follow that
24          avenue, because I would just like
```

Page 809

1          to clarify one issue, obviously,

2          just in case I'm going down a

3          completely wrong track.

4               If you are adamant that you

5          haven't completed your tax

6          returns, then I will deal with

7          that -- I will deal with that tax

8          issue at another interview once

9          I've clarified the point that I

10         need to with people in America.

11              Okay, now moving on from

12         there.  I think we've dealt with

13         all the financial issues.

14              Ian, is there anything else

15         on that side of things?

16              DC DEAN:  No, that's fine.

17              DC CAMPBELL:  Okay.

18              You've mentioned that these

19         two men, Nawaf and Khalid, left

20         Parkwood Apartments and moved to

21         this guy Hashim Al-Attas; is that

22         right?

23              AL-BAYOUMI:  Yeah, I found

24         his address in here.

MPS 397

Page 810

 1                    DC CAMPBELL:  Yes.  So you
 2            are saying to me that, yes, you do
 3            know Hashim Al-Attas, which you've
 4            said on the previous interview,
 5            and here is his number.
 6                    And we're referring to Page
 7            2 of the exhibit, Police Exhibit
 8            Reference PSS-9; is that correct?
 9                    AL-BAYOUMI:  Yeah.
10                    DC CAMPBELL:  Yeah.  And
11            just for the benefit of the tape,
12            it's 5820682 49th Street.
13                    AL-BAYOUMI:  Uh-huh.
14                    DC CAMPBELL:  Okay.  4452
15            and a ?.
16                    AL-BAYOUMI:  Yes.  Yes,
17            exactly.  I mentioned two
18            and-a-half last time.
19                    DC DEAN:  And the phone?
20                    DC CAMPBELL:  Do you phone
21            Hashim at all?
22                    AL-BAYOUMI:  Hashim?
23                    DC CAMPBELL:  Do you phone
24            him?

Page 811

1           AL-BAYOUMI:  Hashim?

2           DC CAMPBELL:  Yes.

3           AL-BAYOUMI:  Yeah, I think

4      so.  Because he was in the lab, in

5      the computer lab, in the

6      university.

7           DC CAMPBELL:  Okay.

8           AL-BAYOUMI:  Yeah.

9           DC CAMPBELL:  Okay.  So you

10     phone him?

11          Do you know why you would

12     phone him?

13          AL-BAYOUMI:  Why I phone

14     him?

15          DC CAMPBELL:  Uh-huh.

16          AL-BAYOUMI:  I'm not sure

17     exactly.  But I usually, you know,

18     phone him and he phone me.

19          DC CAMPBELL:  Uh-huh.

20          AL-BAYOUMI:  Yeah.

21          DC CAMPBELL:  All right.

22     And did you introduce these men to

23     Hashim Al-Attas?

24          AL-BAYOUMI:  No.  He meet

MPS 397

Page 812

1          them.

2                  DC CAMPBELL:  He met them?

3                  AL-BAYOUMI:  Yeah.

4                  I'm -- for introducing them,

5          you know, maybe they -- for

6          example, he saw them with me in

7          the mosque, for example, or saw

8          them praying in the mosque and

9          asked about them, who are they or

10         something like that, yeah.

11                 Personally went to, for

12         example, his house or -- and

13         introduce him to -- no.

14                 DC CAMPBELL:  Right.  So you

15         didn't ask Hashim Al-Attas to give

16         them assistance the way you did --

17                 AL-BAYOUMI:  No.  No.

18                 DC CAMPBELL:  -- with the

19         other man --

20                 AL-BAYOUMI:  No.

21                 DC CAMPBELL:  -- as I said

22         you did at Lemon Grove?

23                 AL-BAYOUMI:  No.  No, I

24         didn't --

Page 813

1          DC CAMPBELL:  Let me clarify
2      that.
3          AL-BAYOUMI:  Yes.
4          DC CAMPBELL:  You denied
5      telling Mr. -- was it Abdullah?
6          AL-BAYOUMI:  Dr. Abdussatar?
7          DC CAMPBELL:  No, no.
8      Mohammad -- sorry, Mohdar
9      Abdullah.
10          AL-BAYOUMI:  Uh-huh.
11          DC CAMPBELL:  Are you still
12      saying you did not introduce these
13      men to Mohdar Abdullah?
14          AL-BAYOUMI:  No, at all.
15          DC CAMPBELL:  Not at all?
16          AL-BAYOUMI:  No.
17          DC CAMPBELL:  And you didn't
18      say to Mohdar Abdullah, give these
19      men every assistance you can?
20          AL-BAYOUMI:  I told him to
21      give them assistance?  No.
22          DC CAMPBELL:  No?
23          AL-BAYOUMI:  No.  Actually,
24      in the mosque you can meet, you

MPS 397

Page 814

```
 1        know, many people over there.
 2        Everybody can, you know, offer --
 3        offer, you know, help or something
 4        like that to you.  For example --
 5             DC CAMPBELL:  I understand.
 6             AL-BAYOUMI:  --
 7        Dr. Abdussatar himself, he offer,
 8        you know, some scholars sheikhs,
 9        some sheikhs, also from the mosque
10        to live at his house, from -- from
11        the mosque, you know.
12             DC CAMPBELL:  Okay.
13             AL-BAYOUMI:  And they lived
14        with him.
15             DC CAMPBELL:  Okay.
16             AL-BAYOUMI:  Yeah.
17             DC CAMPBELL:  Did you travel
18        to Los Angeles on the 15th of
19        January 2000?
20             AL-BAYOUMI:  Say it again.
21             DC CAMPBELL:  Did you travel
22        to Los Angeles on the 15th of
23        January of 2000?
24             AL-BAYOUMI:  15th January
```

Page 815

```
 1          2000.  15th January 2000 to Los
 2      Angeles?
 3              I usually go to Los Angeles,
 4      but --
 5              DC CAMPBELL:  15th of
 6      January.
 7              AL-BAYOUMI:  15th?  Maybe to
 8      -- to renew my -- my passport
 9      and --
10              DC CAMPBELL:  No, we've
11      dealt with the passport on the 2nd
12      of February, haven't we?
13              AL-BAYOUMI:  2nd of
14      February?
15              DC CAMPBELL:  2nd of
16      February, on this document here,
17      PSS -- yeah?  There's the date of
18      reissue.
19              AL-BAYOUMI:  Uh-huh.
20              DC CAMPBELL:  February 1st,
21      2000.
22              AL-BAYOUMI:  Yeah.
23              DC CAMPBELL:  Okay?
24              AL-BAYOUMI:  Yeah.
```

```
                                              Page 816
 1              DC CAMPBELL:  Los Angeles.
 2              AL-BAYOUMI:  Yeah.
 3              DC CAMPBELL:  So 15th of
 4         January you couldn't be there to
 5         redo your passport, okay.
 6              So what I'm asking you
 7         specifically, were you in Los
 8         Angeles on the 15th of January,
 9         which is two weeks -- in fact,
10         it's 26 days, I believe, if I've
11         got my figures right, before you
12         subsequently went to get your
13         passport reissued.
14              AL-BAYOUMI:  If I go, I --
15         it means I went to the -- to
16         the -- to the Embassy.
17              DC CAMPBELL:  Right.  Okay.
18              AL-BAYOUMI:  Yeah.
19              DC CAMPBELL:  If you go --
20              AL-BAYOUMI:  Yeah.
21              DC CAMPBELL:  -- but did you
22         go?
23              AL-BAYOUMI:  I'm not sure.
24         I'm not sure.  Yeah.
```

Page 817

1              DC CAMPBELL:  Okay.

2              AL-BAYOUMI:  Yeah.

3              DC CAMPBELL:  Is there any

4         --

5              AL-BAYOUMI:  And I need

6         to this period -- I need to know

7         this period, okay, if it's in --

8         during Ramadan.  Because we have a

9         lot of sheikhs and visitors,

10        scholars came from Saudi Arabia.

11             And I sometimes joined them

12        to the King Fahad Mosque, for

13        example, yes.

14             DC CAMPBELL:  Okay.

15             AL-BAYOUMI:  Yeah.  But --

16             DC CAMPBELL:  So you're

17        telling me you don't know where

18        you were on the 15th of January?

19             Is there any way I could

20        find out where you were on the

21        15th of January 2000?

22             AL-BAYOUMI:  Yeah, if I go

23        to there, I go to the -- the

24        Embassy or to the King Fahad

MPS 397

Page 818

1          Mosque.

2                    DC CAMPBELL:  Okay.

3                    AL-BAYOUMI:  That's it,

4          yeah.

5                    DC CAMPBELL:  Did you go to

6          the airport?

7                    AL-BAYOUMI:  The airport?

8                    DC CAMPBELL:  Uh-huh.

9                    AL-BAYOUMI:  In -- in where?

10                   DC CAMPBELL:  Los Angeles.

11                   AL-BAYOUMI:  Los Angeles.

12                   In what -- what date?

13                   DC CAMPBELL:  15th of

14         January of 2000.

15                   AL-BAYOUMI:  15th January

16         2000.

17                   DC DEAN:  Let me clarify.

18         It is Los Angeles International.

19         Because there are six airports.

20         It's the major big one Dave's on

21         about.  The biggest one there,

22         where the international planes

23         come in.

24                   AL-BAYOUMI:  Uh-huh.

Page 819

1            DC DEAN:  Because there's
2       four other big airports there as
3       well.  So he's on about the big
4       one.
5            AL-BAYOUMI:  Hmm.  No, I
6       can't remember.  But I do not go
7       to the -- the -- the airport.
8            DC CAMPBELL:  Okay.
9            AL-BAYOUMI:  Yeah.
10           DC CAMPBELL:  You didn't go
11      to the airport?
12           AL-BAYOUMI:  No.
13           DC CAMPBELL:  Okay.
14           SOLICITOR:  I would just
15      like to say at this stage that he
16      has said that it depends on what
17      Ramadan was.
18           DC CAMPBELL:  Yeah.
19           SOLICITOR:  When Ramadan was
20      and whether or not he was meeting
21      anybody.
22           So that would sort of just
23      clarify if he was in the area and
24      it's Ramadan.  He's not --

MPS 397

```
                                                    Page 820
 1              DC CAMPBELL:  Okay.  The
 2         reason being that I believe that
 3         on the 15th of January that you
 4         went to Los Angeles airport to
 5         meet Khalid al-Mihdhar and Nawaf
 6         al-Hazmi --
 7              AL-BAYOUMI:  No.  No, at
 8         all.
 9              DC CAMPBELL:  Okay.
10              AL-BAYOUMI:  No.  No.
11              DC CAMPBELL:  Are you --
12         you're -- this is one of the few
13         times you've been very adamant
14         with me that you're not --
15              AL-BAYOUMI:  No.  This --
16         sure.  Because I didn't.  I have
17         never met them before, no.
18              DC CAMPBELL:  Omar, can I
19         ask you a question?
20              AL-BAYOUMI:  Yes.
21              DC CAMPBELL:  And you have
22         just given me one example of it
23         from the five days that I've dealt
24         with you so far.
```

Page 821

```
 1              You are very sure of that
 2         question.
 3              AL-BAYOUMI:  Yes.
 4              DC CAMPBELL:  But anything
 5         that I ask you, you go -- you go,
 6         yes, maybe.
 7              AL-BAYOUMI:  Yeah.
 8              DC CAMPBELL:  Is there a
 9         particular reason why you are
10         never specifically saying yes to
11         my questions?  But sometimes you
12         are saying specifically -- you
13         are -- on that particular occasion
14         there, which I'm using as
15         reference, you are adamant and you
16         can say no for certain?
17              AL-BAYOUMI:  Yeah.  For
18         example, if I ask you now if you
19         met Dave, for example -- you know,
20         with with Jacqueline --
21              DC CAMPBELL:  Uh-huh.
22              AL-BAYOUMI:  -- in this
23         room --
24              DC CAMPBELL:  Uh-huh.
```

MPS 397

Page 822

1           AL-BAYOUMI:  -- and you

2      didn't, you said, no, right?

3      Yeah.

4           DC CAMPBELL:  Yeah.

5           But, again -- well, I don't

6      need to make the point, okay.

7      It's -- it's academic.  I'm just

8      making that benefit for the tape,

9      okay.

10          And I'm just using that as a

11     point to clarify that you can be

12     yes or no when you want to, and

13     sometimes yes.  Okay.  That's just

14     an example.

15          I believe that on the 15th

16     of January you knew that Khalid

17     al-Mihdhar and Nawaf al-Hazmi had

18     arrived at Los Angeles airport.

19          AL-BAYOUMI:  No.

20          DC CAMPBELL:  Okay.  I also

21     believe that you contacted someone

22     to let them know that these people

23     had arrived on the 15th of

24     January.

Page 823

1           AL-BAYOUMI:  No.

2           DC CAMPBELL:  I believe that

3       you had phoned Mr. Al-Attas and

4       said that they were there on the

5       15th of January.

6           AL-BAYOUMI:  No, at all.

7           DC CAMPBELL:  Did you phone

8       Mr. Al-Attas on the 15th of

9       January?

10          AL-BAYOUMI:  15th -- 15th of

11      January?

12          DC CAMPBELL:  15th of

13      January.

14          Did you phone Mr. Al-Attas

15      on that day?

16          AL-BAYOUMI:  I'm not sure.

17          DC CAMPBELL:  Okay.  Just

18      for the benefit of the tape, the

19      tape is just coming to an end and

20      I shall now conclude the

21      interview.

22          The time by my watch is five

23      minutes past 4:00.

24              -   -   -

MPS 397

```
                                              Page 824
  1                (Whereupon, the tape

  2          concluded.)

  3                    -   -   -

  4

  5

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24
```

Page 825

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MPS 399

Page 826

```
 1                    -  -  -

 2                  MPS 399

 3                    -  -  -

 4

 5   PERSON INTERVIEWED:  Omar Al-Bayoumi

 6

 7   PLACE OF INTERVIEW:  Paddington Police

 8   Station

 9

10   DATE OF INTERVIEW:  27/09/2001

11

12   DURATION OF INTERVIEW:  25 minutes

13

14   TIME OF INTERVIEW: 1605-1635

15

16   INTERVIEWING OFFICERS:  DC Dean, DC

17   Campbell

18

19   OTHER PERSONS PRESENT: The Solicitor,

20   Ms. Gordon-Lawrence, Fisher Meredith

21

22

23

24
```

Page 827

```
 1                    -  -  -
 2              DC CAMPBELL:  This is a
 3         continuation interview of Mr. Omar
 4         Al-Bayoumi.
 5              I'm Detective Constable
 6         David Campbell, attached to the
 7         anti-terrorist branch.
 8              The other police officer
 9         present is Ian Dean.  And, also,
10         Omar.
11              Okay.  Can we confirm, Omar,
12         that whilst the tapes were out of
13         the machine that we did not ask
14         you any questions whatsoever?
15              AL-BAYOUMI:  Yes.
16              DC CAMPBELL:  Okay.  I'll
17         remind you of the caution, as I
18         always do.
19              And that is, you do not have
20         to say anything, but it may harm
21         your defense if you do not
22         mention, when questioned,
23         something which you later rely on
24         in court.  Anything you do say may
```

Page 828

1           be given in evidence.

2                   Do you understand the

3           caution, Omar?

4                   AL-BAYOUMI:  Yes.

5                   DC CAMPBELL:  I was

6           mentioning before that, did you

7           phone Mr. Al-Attas on your mobile

8           phone on the 15th of January in

9           the year 2000?  Omar?

10                  AL-BAYOUMI:  Say it again.

11          Did I phone him on the 15th of

12          January?

13                  DC CAMPBELL:  January.

14                  AL-BAYOUMI:  I'm not sure

15          exactly if I phoned him.

16                  DC CAMPBELL:  Why would you

17          phone him?

18                  AL-BAYOUMI:  Why?

19                  DC CAMPBELL:  Uh-huh.

20                  AL-BAYOUMI:  Hashim, you

21          know, as I told you, he is an

22          assistant in the -- in the lab.

23          And sometimes, for example, if I'm

24          stuck on something or -- you know,

Page 829

1           he tells me what I have to do

2           and --

3                   DC CAMPBELL:  But that's at

4           school, is it?

5                   AL-BAYOUMI:  Huh?

6                   DC CAMPBELL:  That's at

7           university?

8                   AL-BAYOUMI:  Yeah,

9           University.

10                  DC CAMPBELL:  You wouldn't

11          phone him at home, would you?

12                  AL-BAYOUMI:  Huh?

13                  DC CAMPBELL:  You wouldn't

14          phone him at home?

15                  AL-BAYOUMI:  I don't -- yes.

16          Sometimes if I didn't find him in

17          the -- in the lab, he gave his

18          number at home, and his cellular

19          phone and the other things.

20                  DC CAMPBELL:  Okay.  Well --

21                  AL-BAYOUMI:  Everybody knows

22          that.

23                  DC CAMPBELL:  -- on the

24          occasion I suggest that you phoned

Page 830

1          him, it was at night.

2                    AL-BAYOUMI:  I'm not sure.

3                    I usually call him, you

4          know, any time to call him.

5                    DC CAMPBELL:  Well, you

6          know, you said that you know it's

7          about the lab.

8                    Why would you phone him at

9          night, then?  It's after school.

10                   AL-BAYOUMI:  Why?  Yeah,

11         sometimes I was working, and if I

12         stick in something, I call.  Yeah.

13                   DC CAMPBELL:  Uh-huh.  But

14         It wasn't to tell Mr. Al-Attas

15         that these two hijackers had just

16         landed?

17                   AL-BAYOUMI:  No, at all.

18         No.

19                   DC CAMPBELL:  Sure?

20                   AL-BAYOUMI:  Yeah, I'm sure.

21                   DC CAMPBELL:  If we

22         investigate the phone records --

23                   AL-BAYOUMI:  Yeah.

24                   DC CAMPBELL -- and the phone

Page 831

1          records tell us if you were in --
2                AL-BAYOUMI:  Yeah.
3                DC CAMPBELL:  -- Los Angeles
4          on that day near the airport, will
5          they tell us that?
6                Think about it very
7          carefully.
8                AL-BAYOUMI:  Yeah, I'm
9          carefully.
10               DC CAMPBELL:  Do you
11         understand --
12               AL-BAYOUMI:  Yeah, I'm sure,
13         yeah.  I'm sure to your question.
14               DC CAMPBELL:  Do you
15         understand how phones operate?
16               AL-BAYOUMI:  Huh?
17               DC CAMPBELL:  Do you
18         understand how phones operate?
19         Mobile phones --
20               AL-BAYOUMI:  Yeah.
21               DC CAMPBELL:  -- could be a
22         transmitter?
23               AL-BAYOUMI:  Yeah.
24               DC CAMPBELL:  Yeah?

Page 832

1                AL-BAYOUMI:  Yeah.  Yeah,

2        I'm sure.

3                DC CAMPBELL:  And you're

4        adamant that you weren't at the

5        airport --

6                AL-BAYOUMI:  No.

7                DC CAMPBELL:  -- on the 15th

8        of January?

9                AL-BAYOUMI:  No.

10               DC CAMPBELL:  Okay.

11               Did you receive a phone

12        call, or any other form of

13        communication, be it someone

14        talking to you, that these two men

15        had arrived?

16               AL-BAYOUMI:  No.

17               DC CAMPBELL:  Did someone

18        tell you to go to Los Angeles in

19        and around the 2nd of -- sorry,

20        the 1st of February to meet these

21        men?

22               AL-BAYOUMI:  No.

23               SOLICITOR:  This is 2001,

24        yeah? February 2000?

Page 833

1                    DC DEAN:  2000.

2                    SOLICITOR:  2000.  Thank

3          you.

4                    DC CAMPBELL:  Do you know

5          who -- sorry.

6                    Ian, do you want to ask any

7          questions?

8                    DC DEAN:  No, no, sorry.

9          No, let's move on from there.

10                    DC CAMPBELL:  The two men

11          that we've been talking about,

12          they were hijackers on Flight 77.

13          They were two hijackers, these

14          men.

15                    I'm not sure if you had

16          already assumed that or knew that

17          through the course of the

18          investigation.

19                    AL-BAYOUMI:  No, I don't

20          know anything about it.

21                    DC CAMPBELL:  No?

22                    Well, I can tell you that

23          the men that gave -- or go by the

24          name of Khalid al-Mihdhar and

Page 834

1          Nawaf al-Hazmi were two terrorists

2          who were aboard one of the

3          hijacked aircraft.  And I believe

4          that they were hijackers.

5               AL-BAYOUMI:  No, I don't

6          believe this.

7               DC CAMPBELL:  I believe that

8          you had a criminal conspiracy

9          between these men, and that

10         conspiracy was that you would give

11         them assistance so that they could

12         commit these terrorist acts.

13              AL-BAYOUMI:  No, at all.

14              DC CAMPBELL:  I believe,

15         because of the assistance that you

16         have given them --

17              AL-BAYOUMI:  I didn't give

18         them any assistance.

19              DC CAMPBELL:  Well, Omar,

20         the assistance that you have given

21         them is you have provided false

22         documentation, false references

23         for two terrorists to get

24         accommodation at the Parkwood

Page 835

1          Apartments.

2                    AL-BAYOUMI:  No, I didn't

3          give false recommendation or

4          false --

5                    DC CAMPBELL:  Omar --

6                    AL-BAYOUMI:  Yeah.

7                    DC CAMPBELL:  -- please.

8                    AL-BAYOUMI:  I'm sure.

9                    DC CAMPBELL:  Please, Omar.

10         You have admitted in an interview

11         that you put your details down on

12         their application.  You've told me

13         that.  You've told me that you've

14         done that.

15                    You've told me that you have

16         stood as guarantor for these two

17         terrorists.

18                    AL-BAYOUMI:  No.  Guarantor

19         for what?

20                    DC CAMPBELL:  For their

21         apartment.

22                    AL-BAYOUMI:  No.  They -

23         those two -- two guys came to rent

24         a house, okay.  And I'm not sure

Page 836

```
 1          if I -- I -- I helped them to be a
 2          guarantor or something like that.
 3               DC CAMPBELL:  You're not
 4          sure, but I'm telling you, because
 5          I've seen it on the form.
 6               AL-BAYOUMI:  Yeah.
 7               DC CAMPBELL:  You have put
 8          down your details on that form.
 9               AL-BAYOUMI:  Yeah.
10               DC CAMPBELL:  It's as simple
11          as that.
12               AL-BAYOUMI:  Yeah.
13               DC CAMPBELL:  You've done
14          that.
15               AL-BAYOUMI:  The documents
16          will show.
17               DC CAMPBELL:  You've also
18          lied on that document, because
19          you've shown Mr. Luwam Noor as
20          being the referee for that
21          document and you've put down your
22          own home phone number as the
23          reference for that point, the
24          reason being that if any one of --
```

Page 837

1           of the management from Parkwood

2           phoned up the number, you would

3           answer the phone and it would

4           be you that would give the details

5           of the referee, so thereby, they

6           would definitely get this

7           apartment.

8                   AL-BAYOUMI:  No.

9                   DC CAMPBELL:  That is the

10          case.

11                  AL-BAYOUMI:  No.  I wrote

12          this one, because Luwam is friend,

13          okay.  And I put him in all my

14          documents, for example, for my

15          kids, for everyone to call.

16                  DC CAMPBELL:  I understand,

17          yes.  I'm not denying that.

18                  AL-BAYOUMI:  And if -- if

19          the manager, maybe in the complex

20          asked, who live here or who in --

21          know him before, maybe I said

22          Luwam Bashir.  But I didn't, you

23          know, put his number, you know --

24                  DC CAMPBELL:  So --

Page 838

1           AL-BAYOUMI:  -- like this,
2      no --
3           DC CAMPBELL:  Okay.
4           AL-BAYOUMI:  I don't accept
5      it myself.
6           DC CAMPBELL:  Omar --
7           AL-BAYOUMI:  Yeah.
8           DC CAMPBELL:  -- I have seen
9      your phone number next to the
10     referee's name of Luwam Noor.
11          AL-BAYOUMI:  Yeah.
12          DC CAMPBELL:  Yeah?
13          AL-BAYOUMI:  I said -- you
14     said this.  I said yes.
15          DC CAMPBELL:  Is that true?
16          AL-BAYOUMI:  Yeah.  But
17     there is -- maybe she said, you
18     know, put your house -- your phone
19     number or she asked about his
20     phone number, and I left my
21     number.
22          DC CAMPBELL:  You are a man
23     of intelligence.  You've got a
24     Master's Degree.

Page 839

1              AL-BAYOUMI:  Yeah.

2              DC CAMPBELL:  Yes?

3              AL-BAYOUMI:  Yeah.

4              DC CAMPBELL:  You're

5        studying to be a doctor, okay.

6              AL-BAYOUMI:  Okay.

7              DC CAMPBELL:  You are not a

8        stupid man.

9              AL-BAYOUMI:  Yes.

10              DC CAMPBELL:  When someone

11        puts down the name of a referee,

12        you've put down the name Luwam

13        Noor, and you put your own

14        telephone number next to it.

15              We're not talking about ten

16        pages later in the document.

17        We're talking about there and

18        right next to it, you put your own

19        phone number down there.

20              You've done that because if

21        anyone wanted to check up, they

22        would phone your house and you

23        would tell them, yep, he's okay.

24              AL-BAYOUMI:  No.  No.  No.

Page 840

```
 1                DC CAMPBELL:  These two
 2          hijackers are okay.
 3                AL-BAYOUMI:  No.  No one
 4          can, you know, call, for example,
 5          my house and someone said, yes,
 6          this is -- no.
 7                And, usually, my wife and my
 8          kids answer the phone.  I don't --
 9          I seldom use the phone or answer
10          the phone.
11                No, I don't accept this one.
12          And, also, for Luwam Bashir, he is
13          my referee for every form, okay.
14          If the manager --
15                DC CAMPBELL:  Okay.
16                AL-BAYOUMI:  -- if the
17          manager said put your number, I
18          put my number.  And if -- or she
19          said, for example, she asked me
20          about his number, I don't memorize
21          any number.
22                DC CAMPBELL:  Okay.
23                AL-BAYOUMI:  Maybe I put my
24          number, yes.  But --
```

Page 841

1          DC CAMPBELL:  Right.  Well,

2      it would be very nice --

3          AL-BAYOUMI:  -- otherwise,

4      no.

5          DC CAMPBELL:  It would be

6      very nice, then, to tell Mr. Luwam

7      Noor that he is your referee,

8      because he knew absolutely nothing

9      about your application and he

10     certainly has told the authorities

11     in America that he knew nothing

12     about this application for these

13     two terrorists.

14         AL-BAYOUMI:  I -- I -- I

15     have no idea.  And maybe --

16         DC CAMPBELL:  I'm telling

17     you that is fact.  Luwam Noor has

18     said he knew nothing about you and

19     your application for the Parkwood

20     Apartment --

21         AL-BAYOUMI:  Yeah.

22         DC CAMPBELL:  -- when you

23     have put his name down as referee.

24         AL-BAYOUMI:  Yeah.

Page 842

1              DC CAMPBELL:  And he
2        certainly doesn't know anything
3        about you putting his name -- his
4        name down --
5              AL-BAYOUMI:  Yeah.
6              DC CAMPBELL:  -- on this
7        form for these two terrorists.
8        And he doesn't know these two
9        terrorists.
10             AL-BAYOUMI:  Actually, Luwam
11       Noor know those two guys.
12             DC CAMPBELL:  Sorry?
13             AL-BAYOUMI:  Luwam himself
14       knows those two guys.
15             DC CAMPBELL:  Does he?
16             AL-BAYOUMI:  Yeah.
17             And they live in the same
18       complex.
19             DC CAMPBELL:  Yeah.  Because
20       he lives at 126, doesn't he?
21             AL-BAYOUMI:  Huh?
22             DC CAMPBELL:  He lives at
23       126?
24             AL-BAYOUMI:  126?

MPS 399

Page 843

1           DC CAMPBELL:  Yes.

2           Apartment 126.

3           AL-BAYOUMI:  Yeah, but he

4      was almost running the complex.

5      And he's the popular one in the

6      mosque.  Everybody knows him.

7           DC CAMPBELL:  Uh-huh.

8           AL-BAYOUMI:  And they -- you

9      know, knows him and they, you

10     know, visit him, and he visit him

11     and --

12          DC CAMPBELL:  But let me get

13     it right.  Luwam Noor has done

14     nothing wrong here.  He is not a

15     suspect.

16          You're a suspect because you

17     have helped these men, these two

18     terrorist hijackers who are

19     responsible for killing nearly

20     7,000 people.

21          AL-BAYOUMI:  Yeah.

22          DC CAMPBELL:  Yes?

23          These two men who you've met

24     in a restaurant in Los Angeles are

Page 844

1           responsible for a mass murder, the

2           biggest ever mass murder in living

3           memory.

4                   Yes?

5                   They are not men of Islam.

6                   AL-BAYOUMI:  Yeah.

7           Actually, for myself, if I know

8           any -- any single information

9           about them, I will not -- you

10          know, I will not accept it myself

11          or for, you know, anybody.

12                  My history is clear from the

13          beginning, and I -- I am the man

14          to work in the light.

15                  DC CAMPBELL:  Well, I just

16          hope your conscience is clear.

17          Yes?

18                  AL-BAYOUMI:  I don't hide

19          anything.

20                  Yeah.  Yeah.  Yeah.  I

21          don't, you know, allowed for

22          anyone to do evil like this.  And,

23          also, I have learned in America

24          why -- you know, I don't accept it

Page 845

1         at all.
2                 DC CAMPBELL:  Mr. Al-Attas,
3         where is he living at the moment?
4                 AL-BAYOUMI:  I think he
5         moved to Saudi Arabia.
6                 DC CAMPBELL:  Yeah?
7         Whereabouts?  How can I contact
8         him?
9                 AL-BAYOUMI:  I didn't talk
10        to him.  Since he went to Saudi
11        Arabia, I didn't talk to him at
12        all.
13                DC CAMPBELL:  Okay.
14                Mr. Al-Ghamdi, does that
15        ring a bell with you, the name
16        Al-Ghamdi?
17                AL-BAYOUMI:  Al-Ghamdi or --
18                DC CAMPBELL:  Uh-huh.
19                AL-BAYOUMI:  -- Al-Ghamni?
20                DC CAMPBELL:  Tell me what
21        the difference between the two is.
22                AL-BAYOUMI:  Al-Ghanmi, I
23        know Al-Ghanmi.  Al-Ghamdi --
24        because Al-Ghanmi is a, you know,

Page 846

1          single name.  Al-Ghamdi -- who is

2          Al-Ghamdi?

3               DC CAMPBELL:  You tell me

4          the person that you know, please.

5               AL-BAYOUMI:  I know Ahmed

6          Al-Ghamdi in here.

7               DC CAMPBELL:  In where?

8               AL-BAYOUMI:  Huh?  In Saudi

9          Club.

10              DC CAMPBELL:  Yeah.

11              AL-BAYOUMI:  I know

12         Al-Ghamdi --

13              DC CAMPBELL:  What does he

14         do, this chap?  What is Saudi

15         Club, then?

16              AL-BAYOUMI:  What he is

17         doing in Saudi Club?  He is the

18         principal of the school.

19              DC CAMPBELL:  Right.

20              AL-BAYOUMI:  Yeah.  In

21         Birmingham.

22              DC CAMPBELL:  Okay.

23              AL-BAYOUMI:  Saudi school.

24              DC CAMPBELL:  Do you know

Page 847

1          another one that studies, I think,

2          chemistry?

3                    DC DEAN:  Biology.

4                    DC CAMPBELL:  Biology.

5                    Because in your documents

6          that you've got at home, you've

7          got the names of the people in the

8          Saudi Club, yeah?

9                    AL-BAYOUMI:  Yeah.  Yeah.  I

10         have it in my room also.  There is

11         list for their specialities and

12         the other things, yes.

13                   DC CAMPBELL:  But this

14         Al-Ghamdi -- yeah?

15                   AL-BAYOUMI:  Yeah.

16                   DC CAMPBELL:  Who is he?  Is

17         he one of the hijackers?

18                   AL-BAYOUMI:  No.  No.

19                   DC CAMPBELL:  Are you sure?

20                   AL-BAYOUMI:  Yeah, I'm sure.

21         Because he is responsible for my

22         kids in the school.

23                   DC CAMPBELL:  No.  No.  We

24         are not talking about this man,

Page 848

1       okay?

2               AL-BAYOUMI:  Yeah.

3               DC CAMPBELL:  We're talking

4       about one of the hijackers here.

5               Do you know that person?

6               AL-BAYOUMI:  No.

7               DC CAMPBELL:  Okay.  We've

8       gone over the list of names of

9       these people.

10              AL-BAYOUMI:  Yeah.

11              DC CAMPBELL:  You have a

12      Hotmail account?

13              AL-BAYOUMI:  Hotmail?

14              DC CAMPBELL:  You have a

15      Hotmail address --

16              AL-BAYOUMI:  Yeah.

17              DC CAMPBELL:  -- of

18      Al-Ghamdi2000@hotmail.com.

19              AL-BAYOUMI:  Yeah.

20              DC CAMPBELL:  Yes?

21              AL-BAYOUMI:  Yeah.

22              DC CAMPBELL:  What's that

23      about?  Who is that?

24              AL-BAYOUMI:  Al-Ghamdi2000?

Page 849

```
 1          I think he's the principal of the
 2          school.
 3               DC CAMPBELL:  Okay.
 4               AL-BAYOUMI:  Yeah.
 5               DC CAMPBELL:  You can
 6          understand here that we've got
 7          loads of people -- remember the
 8          telephone book that we were
 9          talking about?
10               AL-BAYOUMI:  Yeah.
11               DC CAMPBELL:  No.  Remember
12          about the telephone directory,
13          when I said you could open it up
14          and you will get a list of loads
15          of names, remember?
16               AL-BAYOUMI:  Yeah.
17               DC CAMPBELL:  Yeah?
18               Now, there's going to be
19          people out there in the world that
20          have got the same names as people
21          who were involved in the
22          hijacking.
23               AL-BAYOUMI:  Yeah, exactly.
24               DC CAMPBELL:  That's why
```

MPS 399

Page 850

```
 1          consistently throughout this
 2          interview we've had to go through,
 3          do you know Khalid?  What's
 4          Khalid's surname?  Yeah?  Gone
 5          through it that way, built it up,
 6          developed exactly what you knew
 7          about these people.
 8               AL-BAYOUMI:  Exactly.
 9               DC CAMPBELL:  Yeah?  Put in
10          their surnames.
11               And now we are telling you
12          those people are terrorists, yeah.
13               What I'm trying to do from
14          you now is find out who else and
15          what else have you known.
16               Now that I've mentioned to
17          you, Omar, that these two men that
18          you've helped are terrorists, that
19          they are responsible for this mass
20          killing in America, is there
21          anything you want to tell me now
22          that you know that fact, now that
23          you know why you are here at the
24          police station?  Because we
```

MPS 399

Page 851

1          believe that you have helped them,
2          that the help and support that
3          you've given these two men are --
4          the help and support you've given
5          these two men has assisted them in
6          committing these offenses.
7               AL-BAYOUMI:  I've never
8          helped them.  And I have never
9          helped anyone to bother anyone or
10         to do evil like this.  I've
11         never -- you know, even to hear,
12         like, this evil, okay, before
13         and be involved in.
14              And I don't allowed for
15         anyone to put me in this
16         situation, because I am honest
17         person and I don't want my name to
18         be in this -- in this situation at
19         all.
20              DC CAMPBELL:  It's a very
21         tragic set of circumstances.
22         There are many hundreds of people
23         out there who have helped these
24         hijackers.  They got assistance to

MPS 399

Page 852

1              learn how to fly, people have

2              provided them money to get flying

3              lessons.  People have provided

4              them money to get tickets, flight

5              tickets.  People have provided

6              them with shelter.  People have

7              provided them with identification

8              documents.

9                   And the list goes on, okay.

10                  AL-BAYOUMI:  Yeah.

11                  DC CAMPBELL:  These people

12             have not done it on their own.

13             Without a shadow of a doubt, there

14             are people out there who have

15             helped them.

16                  We think, by you providing

17             them with shelter, by providing

18             them with assistance, with

19             introducing them to people --

20             yeah?

21                  AL-BAYOUMI:  No.

22                  DC CAMPBELL:  Okay.  Let's

23             look at it this way, Omar.

24                  You know these people, you

Page 853

1              have spoken to them, I haven't.

2              They are dead.  Police can never,

3              ever interview them, okay.

4                   You know these people.

5                   Why were they in Los Angeles

6              in February of 2000?  Why did they

7              go to Los -- to San Francisco in

8              February of 2000?  Why did they go

9              to Parkwood Apartments, yeah?  If

10             they are going to go and kill all

11             these people, what is the reason

12             behind it, Omar?

13                   AL-BAYOUMI:  First of all, I

14             have never know that they -- you

15             know, came to -- to the

16             restaurant, this restaurant,

17             first.

18                   The second thing when, for

19             example, I offer help just to help

20             them to study English, period.

21             Nothing else.

22                   To know them before or to

23             arrange for a meeting with them or

24             to go to the airport or -- this is

Page 854

1          evil.  This is -- I don't believe

2          it, you know, at all.  And I -- I

3          have no idea about it, you know.

4               Going back, also, to the --

5          the references or something like

6          that, any -- anybody, you know,

7          willing to help in the mosque, you

8          know, in anywhere, to -- for

9          example, to help people to get

10         shelter or something like that.

11              But they don't, you know --

12         I think if someone knows this guy,

13         his -- first of all, we believe or

14         we obey God first.  Then the

15         second, the Messenger.  Then

16         the -- what do you call it -- the

17         government.

18              This -- I cannot go, you

19         know -- you know, any farther than

20         this triangle myself.  And I

21         usually try to -- to be in the --

22         in the -- close to this triangle.

23         I don't believe in any group.  I

24         don't believe in any politics.

MPS 399

Page 855

1          And in -- belief in anything like

2          this.  No, at all.

3                    DC CAMPBELL:  Okay.

4                    AL-BAYOUMI:  Yeah.

5                    DC CAMPBELL:  You can see

6          how it looks from the police's

7          point of view, I'm sure, because

8          of the way we question you, yeah,

9          because of what help you have

10         given these people.

11                   I don't have any more

12         questions to ask of you at this

13         moment in time.  I will intend to

14         interview you again.

15                   However, I want to leave

16         you, unless Ian wants to say

17         anything at this stage, I want to

18         leave you on this.

19                   We believe that you have

20         been providing assistance to

21         terrorists, okay, because of the

22         whole -- everything I've already

23         said, yeah.

24                   AL-BAYOUMI:  Yeah.  I --

Page 856

1        I --

2              DC CAMPBELL:  Okay.  And you

3        have denied that.

4              What I need from you now is

5        to tell me what -- at our next

6        interview, I want you to go away

7        to think about everything, yeah,

8        think about these people, and I

9        want you to go away and think

10       about any way, if you are an

11       innocent man, how you can help the

12       police help the world catch the

13       people responsible for this.  Yes?

14             AL-BAYOUMI:  Yeah.

15             DC CAMPBELL:  Because I

16       believe, genuinely, that the

17       people who have committed these

18       offenses are not the leaders.

19       Leaders never, ever, ever kill

20       themselves.

21             AL-BAYOUMI:  Exactly.

22             DC CAMPBELL:  Yeah?  You

23       know where I'm coming from on that

24       point?  Even if --

Page 857

1              AL-BAYOUMI:  Leader you mean
2         government or --
3              DC CAMPBELL:  Government,
4         men in an organization.  Yeah?
5              AL-BAYOUMI:  Yeah.
6              DC CAMPBELL:  Doesn't need
7         to be a government.
8              AL-BAYOUMI:  And my -- yeah,
9         my word go for the government, you
10        know.
11             DC CAMPBELL:  Well, anyway,
12        have a think about it.
13             And I also want you to know
14        this:  If you are -- if you are an
15        innocent man and you haven't
16        helped these people but you have
17        told me untruths or lies at any
18        stage during this interview, the
19        next time I speak to you, Omar, I
20        would urge you to tell me the
21        truth on it, to come clean so that
22        we are not in a situation where we
23        are going forward to put the
24        evidence in front of our bosses

MPS 399

Page 858

1              and say, there are all the facts,

2              okay.

3                    So if you have told me any

4              untruths, I want you to clear it

5              up at the next interview.  You

6              understand?

7                    AL-BAYOUMI:  Yeah.

8                    DC CAMPBELL:  So that we can

9              then go forward with all the facts

10             as we see it, with all the facts

11             that you have told us, yeah?

12                   AL-BAYOUMI:  Exactly.

13                   DC CAMPBELL:  You are asking

14             us -- it's two sheets of paper.

15             I've got one sheet of paper on the

16             left-hand side with my evidence.

17             I want a sheet of paper on the

18             other -- on the right -- on the

19             other side with your evidence,

20             with everything you're telling me

21             is true.

22                   AL-BAYOUMI:  Exactly.

23                   DC CAMPBELL:  Yeah?

24                   AL-BAYOUMI:  Yeah.

Page 859

```
 1                    DC CAMPBELL:  So I can look
 2           at both of them, we can balance it
 3           out.  And we can say, we believe
 4           he is an innocent man or he's a
 5           guilty man.
 6                    You understand?
 7                    AL-BAYOUMI:  Yeah.
 8                    DC CAMPBELL:  I cannot go
 9           and do that for you if you've told
10           me any lies at any stage during
11           this interview.
12                    And I also want you to give
13           me some help, if you are an
14           innocent man, to find the people
15           responsible for it.  Okay?
16                    AL-BAYOUMI:  Uh, I --
17                    DC CAMPBELL:  The -- just to
18           clarify the point, the plane that
19           we are referring to, the hijacked
20           plane, was the flight American
21           Airlines 77.  That is the plane
22           that hit the Pentagon.  Yeah?
23                    AL-BAYOUMI:  Yeah.
24                    DC CAMPBELL:  Okay.  So at
```

Page 860

1          least you know about the people

2          that we are looking at and the

3          things that they have done, okay?

4                  AL-BAYOUMI:  Yeah.

5                  DC CAMPBELL:  I don't have

6          any more questions.

7                  AL-BAYOUMI:  Uh, I -- I

8          have a note.  Can I talk?

9                  DC CAMPBELL:  I wouldn't.

10         Unless it's something very

11         quickly, I want you to go away and

12         think about that, so that we can

13         deal with it at another --

14                 AL-BAYOUMI:  Yeah.  Yeah,

15         very quickly.  I believe you.  And

16         I am -- I have a clear history.

17         You can look at my papers.  You

18         can look at my people.  You can

19         look anywhere in the world,

20         anywhere in the world, not in

21         Birmingham or in San Diego or --

22         anywhere where anybody who knows

23         me, you can ask him honestly,

24         okay.

Page 861

1              And if -- you know, from my

2         documents, from anything, you can

3         figure out if I have link with

4         this.  But this is evil, and I

5         reject it totally.

6              I don't have anything with

7         it.  And my, you know -- my

8         education and my -- in the other

9         side, not in this side at all.  At

10        all not in this side.

11             DC CAMPBELL:  Okay.

12             AL-BAYOUMI:  And when you

13        said had they introduced you, or

14        they -- you introduced them to the

15        people, or something -- the mosque

16        has a lot of people.  And each one

17        came from Saudi Arabia, can anyone

18        to know him.

19             And, for example,

20        Dr. Abdussatar here, when he

21        usually come to our mosque and he

22        introduce people, and he eat with

23        us and take them to his house

24        on the -- you know.  And,

Page 862

1          honestly, he -- I would not say he

2          is bad -- a bad man, or he is --

3          but this is what the truth is.

4                 DC CAMPBELL:  But we know,

5          we have spoken to

6          Mr. Abdussatar --

7                 AL-BAYOUMI:  Yeah.  Yeah.

8                 DC CAMPBELL:  -- and the

9          police are satisfied --

10                AL-BAYOUMI:  Yeah.

11                DC CAMPBELL:  -- that he is

12         not involved in this, unless you

13         know different.  Okay?

14                AL-BAYOUMI:  Yeah.

15                DC CAMPBELL:  But we will

16         talk about that in the next

17         interview, Omar.

18                AL-BAYOUMI:  Okay.

19                DC CAMPBELL:  But have a

20         think about it.  You've heard what

21         I've got to say.  You have --

22                AL-BAYOUMI:  What I have, I

23         told you directly.  What I have, I

24         told you directly.  I don't have

```
                                              Page 863
 1         something to hide.
 2               DC CAMPBELL:  Okay.
 3               AL-BAYOUMI:  Yeah.
 4               DC CAMPBELL:  That's fine.
 5         The time by my watch is now 4:35.
 6         And I shall now conclude the
 7         interview.
 8                  -   -   -
 9               (Whereupon, the tape
10         concluded.)
11                  -   -   -
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 864

```
 1                       -  -  -

 2                     MPS 401

 3                       -  -  -

 4

 5

 6   PERSON INTERVIEWED:  Omar Al-Bayoumi

 7

 8   PLACE OF INTERVIEW:  Paddington Police

 9   Station

10

11   DATE OF INTERVIEW:  28/09/2001

12

13   DURATION OF INTERVIEW:  29 minutes

14

15   TIME OF INTERVIEW:  13:55-14:22

16

17   INTERVIEWING OFFICERS:  DC Campbell,

18   DC Dean

19

20   OTHER PERSONS PRESENT:  The Solicitor,

21   Ms. Gordon-Lawrence, Fisher Meredith

22

23

24
```

Page 865

```
 1                    -  -  -
 2              DC CAMPBELL:  This interview
 3         is being tape-recorded.  I am
 4         Detective Constable David
 5         Campbell, attached to the
 6         anti-terrorist branch at Scotland
 7         Yard.  Also present is --
 8              DC DEAN:  Detective
 9         Constable Ian Dean, also attached
10         to the anti-terrorist branch.
11              DC CAMPBELL:  And your legal
12         representative.
13              SOLICITOR:  Jacqui
14         Gordon-Lawrence, authorized
15         representative with Fisher
16         Meredith.
17              I'm now required to explain
18         my role.  It is to protect my
19         client's rights.  I will continue
20         to advise my client throughout
21         this interview.  I shall intervene
22         if my client asks for or needs
23         legal advice or your questioning
24         is inappropriate or you raise
```

Page 866

1          matters which have not been made

2          known to me.

3                    After receiving legal

4          advice, my client has decided to

5          answer questions which you may

6          raise that are relevant to his

7          arrest.

8                    DC CAMPBELL:  Okay.  Do you

9          feel fit enough to be

10         interviewed at the moment, Omar?

11                   AL-BAYOUMI:  Yeah.

12                   DC CAMPBELL:  And as I

13         understand it, we've made

14         arrangements for you to have a

15         meal once this interview is

16         concluded, okay?

17                   AL-BAYOUMI: True.

18                   DC CAMPBELL:  And you've

19         just had a chance to pray; is that

20         correct?

21                   AL-BAYOUMI:  Yes.

22                   DC CAMPBELL:  Okay.  Now I'm

23         going to caution you.  That means

24         you do not have to say anything,

MPS 401

Page 867

1          but it may harm your defense if

2          you do not mention, when

3          questioned, something which you

4          later rely on in court.  Anything

5          that you do say may be given in

6          evidence.

7               Do you understand the

8          caution?

9               AL-BAYOUMI:  Yes.

10              DC CAMPBELL:  The time by my

11         watch is 1:55 p.m.  At the

12         conclusion of the interview, I

13         will give you a notice that sets

14         out what happens to the tapes that

15         you saw me unwrap and place in the

16         machine behind me.

17              Now, I will remind you of

18         the reason for your arrest.  You

19         were arrested on Friday of last

20         week, at 6:15, at your home

21         address of 34 Dymoke Street in

22         Birmingham, by DC Dean.  And you

23         were arrested in connection with

24         the preparation, instigation and

Page 868

1          commission of an act of -- or acts

2          of terrorism in relation to the

3          attacks on the 11th of September

4          in the United States.

5               What we want to do is

6          interview you in connection with

7          the role that you may have played

8          in these attacks.

9               Now, we -- when we last

10         spoke to you yesterday, we -- we

11         were talking about the subject of

12         your finance.  And I would just

13         like to cover one particular point

14         in that matter.  I appreciate

15         we've gone over your finances in

16         great detail, but we touched on

17         the subject of your -- your tax

18         returns, and you said that you

19         hadn't completed any tax returns.

20               Is that correct?

21               AL-BAYOUMI:  I have, what do

22         you call it, tax return.  I'm not

23         sure exactly tax return or

24         something, like, for the property.

MPS 401

Page 869

```
1          We usually paid.  But later on
2          they send me a letter, they said
3          we said we exempt the property
4          from, you know, this.
5               And I think I paid just
6          1,000.  Before that we usually pay
7          maybe 6,000 or maybe -- you know,
8          each time.  Or 3,000-something, I
9          forgot exactly what.
10              DC CAMPBELL:  Okay.  The
11         reason I ask is that two tax
12         returns have been filed by your
13         wife on both of your behalves.
14         And as a result of those tax
15         returns, I understand that you got
16         a rebate of some $8,000.
17              Do you remember getting any
18         money back from the tax people?
19              AL-BAYOUMI:  For myself, no.
20              DC CAMPBELL:  For your wife?
21              AL-BAYOUMI:  I don't know
22         for my wife.  I don't know
23         exactly.
24              DC CAMPBELL:  Does she have
```

Page 870

1           charge of her own affairs?

2                    AL-BAYOUMI:  Charge of me?

3                    DC CAMPBELL:  Does she have

4           full charge of her own affairs?

5           Does she complete her own

6           financial affairs?

7                    AL-BAYOUMI:  I have no idea

8           of this subject.

9                    But I just want to mention

10          here, she work as a volunteer in

11          the Islamic Center of San Diego

12          and the weekend school.  And they

13          gave her salary.  That's one

14          thing.

15                   And the other thing, also,

16          she works sometimes as, what do

17          you call it, babysitter.

18                   DC CAMPBELL:  Uh-huh.

19                   AL-BAYOUMI:  Yep.  I forgot

20          to mention this before.  But this

21          what happened.  And everything, I

22          think, documented because she

23          gets, you know, her salary from

24          the --

MPS 401

Page 871

1            DC CAMPBELL:  But do you
2       remember having to sign a tax
3       return in your name?
4            AL-BAYOUMI:  For myself, no.
5            DC CAMPBELL:  No?
6            Because you're a student?
7            AL-BAYOUMI:  I don't know
8       what the procedure is.  Even here
9       they told me, you exempt from the
10      tax and the other things.  Yeah.
11           DC CAMPBELL:  Okay.  Well,
12      finally, I would like to say that
13      I find it astonishing a man who is
14      working as a student, who's got a
15      fixed form of income, has got
16      substantial amounts of cash
17      deposits going through your
18      account, as I've previously
19      mentioned.
20           Is there any other comment
21      that you would like to add about
22      those cash deposits that have been
23      put into your account?
24           AL-BAYOUMI:  In my account?

MPS 401

Page 872

1            No.

2                    DC CAMPBELL:  Okay.

3                    AL-BAYOUMI:  Maybe in the,

4            what do you call it, the account I

5            share with my wife, okay.  But I

6            didn't put anything in it or I

7            didn't file anything like this.

8            Maybe she, for example -- because

9            they sometimes gave her some forms

10           to fill, and something like that.

11                   For myself, I didn't do

12           anything like this.

13                   DC CAMPBELL:  Well, there's

14           some $32,000 in a two-year period

15           which have been deposited in your

16           account in cash, which you've not

17           given me what I believe to be a

18           reasonable explanation for.

19                   And that's all I would like

20           to say on that particular subject.

21                   Moving on from there, we

22           covered at great length you going

23           to Los Angeles.  And you told us

24           that you went to the passport

Page 873

1        office.  Sorry, the Saudi Embassy
2        to get a new passport.
3             AL-BAYOUMI:  Yes.  The
4        Consulate.
5             DC CAMPBELL:  Yeah?
6             AL-BAYOUMI:  Yeah.
7             DC CAMPBELL:  And we showed
8        you a document, PSS-9, which
9        showed you a copy of your doc --
10        of your passport.
11             AL-BAYOUMI:  Yeah.
12             DC CAMPBELL:  Remember we
13        showed you that yesterday?
14             AL-BAYOUMI:  Yeah.  Exactly.
15             DC CAMPBELL:  And the new
16        passport was issued on the 1st of
17        February of the year 2000.
18             AL-BAYOUMI:  I'm not sure.
19             DC CAMPBELL:  Okay.  Well,
20        I'm telling you that that was the
21        date on the documents.
22             AL-BAYOUMI:  Yeah.
23             DC CAMPBELL:  In relation to
24        that, can you remember why you

MPS 401

Page 874

1              actually got a new passport?

2                     AL-BAYOUMI:  Because my

3              passport, the previous one is, you

4              know, almost expired.

5                     DC CAMPBELL:  Okay.

6                     AL-BAYOUMI: Yeah.

7                     DC CAMPBELL:  On the 15th of

8              January, you made a telephone call

9              to a number which is in your book,

10             to Mr. Al-Attas.  Do you remember

11             we -- we showed you the telephone

12             number of Mr. Al-Attas in your --

13             in your telephone diary?

14                    The address, the one --

15                    AL-BAYOUMI:  Yeah.  Yeah.

16             Exactly.

17                    DC CAMPBELL:  -- where it

18             had the -- remember the address

19             with the ? on the end of it?

20                    AL-BAYOUMI:  Yeah, exactly.

21             Yeah.

22                    DC CAMPBELL:  Yeah.  Can you

23             remember why you made that phone

24             call?

MPS 401

Page 875

1              AL-BAYOUMI:  To who?

2              DC CAMPBELL:  To

3        Mr. Al-Attas.

4              AL-BAYOUMI:  To Hashim?

5              DC CAMPBELL:  Yes.

6              AL-BAYOUMI:  Let me say

7        this:  Last night I was

8        remembering something.  Hashim --

9        Hashim, Luwam and Radwan were

10       working in the, what you call it,

11       wireless company close to my

12       house.  And sometimes they passed

13       by and take, you know -- get some

14       food and drink, and sometimes play

15       with my kids and the other things.

16            Otherwise the -- his mom

17       came and introduced my wife, and

18       she, you know, got together

19       socially and do this.  Yeah.

20            DC CAMPBELL:  I believe that

21       you made that telephone call to

22       Hashim Al-Attas because you had

23       been informed that the two

24       hijackers that we've been

Page 876

```
 1          referring to had actually came --
 2          come into the country, into Los
 3          Angeles.
 4               Did you receive a phone call
 5          to say -- a phone call or any form
 6          of communication, on the 15th of
 7          January in the year 2000, to say
 8          that these two hijackers were in
 9          the country?
10               AL-BAYOUMI:  Say it again,
11          please.
12               DC CAMPBELL:  Did you
13          receive any form of communication,
14          be it by telephone or any other
15          means, to say that Nawaf and --
16               DC DEAN:  Khalid.
17               DC CAMPBELL:  -- Khalid had
18          come into the country?
19               AL-BAYOUMI:  You mean
20          someone called me or --
21               DC CAMPBELL:  Yeah.
22               AL-BAYOUMI:  No, at all.
23               DC CAMPBELL:  You had two
24          incoming telephone calls on your
```

Page 877

1        phone on the 1st of February.

2              Do you know who these

3        telephone calls were from?

4              And let me refresh your

5        memory, because it is an awful

6        long time ago.

7                This was the day that you

8        went to the Saudi Embassy to renew

9        your passport.

10              AL-BAYOUMI:  Uh-huh.

11              DC CAMPBELL:  You have two

12       telephone calls on your cellular

13       phone.

14              Who were they from?

15              AL-BAYOUMI:  I have no idea.

16              If you can give me the

17       number, I --

18              DC CAMPBELL:  The telephone

19       bill doesn't show the number of

20       incoming calls.

21              AL-BAYOUMI:  Uh-huh.

22              DC CAMPBELL:  It only shows

23       the number of -- numbers that

24       you've dialed out on.

MPS 401

Page 878

```
 1              AL-BAYOUMI:  Yeah.
 2              DC CAMPBELL:  Are you with
 3       me?
 4              AL-BAYOUMI:  Yeah, yeah.
 5       I'm with you.  But maybe from my
 6       wife or, you know -- or for, you
 7       know, to know direction from the
 8       Embassy, yes.
 9              DC CAMPBELL:  So it
10       wasn't --
11              AL-BAYOUMI:  Someone called
12       me from the Consulate to know the
13       direction, yes.
14              DC CAMPBELL:  So it wasn't
15       from the two hijackers to let you
16       know where you were going to meet
17       them in Los Angeles?
18              AL-BAYOUMI:  No, at all.
19       No.  At all.
20              I -- I -- actually, we
21       suddenly, you know, when we finish
22       our eating, we found them just
23       talking.  We don't know anything
24       about them.  I don't have any plan
```

MPS 401

Page 879

1        or any connection or anyone

2        calling me or something like that.

3               No.  This is evil.

4        Actually, I don't believe in this,

5        you know.

6               DC DEAN:  Omar, we know what

7        time the hijackers come into the

8        country in America.  And

9        approximately ten minutes later,

10       you received two phone calls on

11       your telephone.

12              AL-BAYOUMI:  Uh-huh.

13              DC DEAN:  So without those

14       two -- it is reasonable to think

15       that those people had just

16       arrived --

17              AL-BAYOUMI:  No.

18              DC DEAN:  -- and were

19       ringing you?

20              AL-BAYOUMI:  No, at all.

21       No.

22              DC CAMPBELL:  Are you sure?

23              AL-BAYOUMI:  Yeah, I am

24       sure.  100 percent sure.

MPS 401

Page 880

1                    DC CAMPBELL:  Well, at the
2            moment, as we speak, all the
3            telephone kiosks in the airport
4            are having their bill checked to
5            see if anyone in the airport rang
6            you and rang that cellular phone
7            number that you've got that is
8            associated with you.
9                    You understand?
10                   AL-BAYOUMI:  Yeah, I
11           understand.
12                   DC CAMPBELL:  And we've
13           asked you on a number of times,
14           and you've quite clearly denied
15           that you were at that airport on
16           that day.
17                   AL-BAYOUMI:  No.  Yeah.
18                   DC CAMPBELL:  So if a phone
19           call was made from the airport to
20           your cellular phone, you've
21           already denied it.
22                   The only other explanation
23           would be that you're lying to us.
24                   You understand?

MPS 401

Page 881

1             AL-BAYOUMI:  No, I don't lie

2       to you.

3             DC CAMPBELL:  Okay.  As long

4       as you are happy.  As long as you

5       understand --

6             AL-BAYOUMI:  Yeah.  I

7       understand.  I am happy, and I am

8       sure I don't have any connection

9       before, or any -- you know, even I

10      read about something like that.

11      No, at all.

12            DC CAMPBELL:  Also, what I

13      cannot understand and work out is

14      the large payments which you've

15      got from your Saudi American Bank

16      account that your friend, Mr. --

17      is it Hubrook -- I can't

18      pronounce --

19            SOLICITOR:  Badkook?

20            AL-BAYOUMI:  Badkook?

21            DC CAMPBELL:  Badkook.

22            AL-BAYOUMI:  Uh-huh.

23            DC CAMPBELL:  Which he wired

24      to your account.  It seems to me

MPS 401

Page 882

1           that these triggered -- these
2           electronic -- these electronic
3           transfers were triggered by these
4           people coming into the country,
5           and ended whenever you finished
6           your dealings with these people.
7                   AL-BAYOUMI:  No.  No.
8                   DC CAMPBELL:  I can only
9           look at the bank accounts and
10          see --
11                  AL-BAYOUMI:  You can look --
12                  DC CAMPBELL:  -- that these
13          wires started in January of 2000
14          and finished in the middle part of
15          the year.
16                  AL-BAYOUMI:  Yeah.
17                  DC CAMPBELL:  They're
18          strange in the fact that there was
19          no other transactions before or
20          after that I can see.  And it's
21          only at this period.
22                  And it appears to me that
23          someone has either put money into
24          your account in Saudi America --

Page 883

1           in Saudi Arabia --

2                  AL-BAYOUMI:  No, you can

3           check it.

4                  DC CAMPBELL:  Okay.  We will

5           do.

6                  AL-BAYOUMI:  Yeah.  Yeah.

7                  DC CAMPBELL:  And as soon as

8           these people come into the

9           country, you get extra money so

10          that you can pay any expenses

11          or --

12                 AL-BAYOUMI:  No.

13                 DC CAMPBELL:  -- pay

14          anything that they required.

15                 AL-BAYOUMI:  No.  I don't

16          pay any -- anything instead of any

17          -- anyone unless paying for the

18          mosque, you know, activities or

19          remodeling or roofing or --

20                 DC CAMPBELL:  But isn't

21          there another check account for

22          that which you're --

23                 AL-BAYOUMI:  Say it again.

24                 DC CAMPBELL:  There is

Page 884

1           another check account for the

2           mosque --

3                AL-BAYOUMI:  Yeah.

4                DC CAMPBELL:  -- which you

5           are shown as being --

6                AL-BAYOUMI:  Yeah.

7                DC CAMPBELL:  -- in charge

8           of?

9                AL-BAYOUMI:  Yeah, they are

10          different.

11               DC CAMPBELL:  So why would

12          you have to pay money in your --

13          out of your own account?

14               AL-BAYOUMI:  It -- it --

15          it's true.  In the beginning,

16          we -- I opened two accounts in El

17          Cajon City because it's close to

18          me, okay.

19               And when I finished the

20          remodeling and the other things,

21          they cannot go to El Cajon and

22          get, for example, money or, you

23          know, deposit, for example, money

24          or something like that.

MPS 401

Page 885

```
 1                No, I put them together, and
 2           I put it in my account.  Because
 3           the -- the guy in, who opened --
 4           the owner of the -- the mosque, I
 5           usually call him, we need this and
 6           this and this and this and this.
 7           That's it.
 8                DC CAMPBELL:  I don't have
 9           any more questions to ask of you
10           at this stage.  I'm not sure if my
11           colleague has.
12                DC DEAN:  Can you tell me,
13           in 2001, in June, did you go to
14           Saudi Arabia?  May or June?
15                AL-BAYOUMI:  June?
16                DC DEAN:  This year.
17                AL-BAYOUMI:  2001?  Yeah, I
18           -- I went to Saudi Arabia with my
19           family.  Yeah.
20                DC DEAN:  Did you meet any
21           of the hijackers in Saudi Arabia?
22                AL-BAYOUMI:  No, at all.
23                DC DEAN:  Now, think about
24           that.  Are you sure?
```

Page 886

1              AL-BAYOUMI:  Yeah, I'm sure,
2       yeah.  I'm sure.  No, if I know --
3       you know, one of -- out of a
4       thousand, from the truth I will
5       tell you that's it, or I have
6       doubt about it.  No, I didn't meet
7       anyone.
8              DC DEAN:  Because Khalid --
9       you know which one is Khalid?
10      Four days after you arrived in
11      Saudi Arabia, we know that Khalid
12      al-Mihdhar departed Saudi Arabia
13      for the United States.
14             AL-BAYOUMI:  I have no idea.
15             DC DEAN:  We're saying that
16      it just seems you are either a
17      very, very unlucky person --
18             AL-BAYOUMI:  Yeah.
19             DC DEAN:  -- or you've been
20      out there to meet him --
21             AL-BAYOUMI:  No, at all.
22             DC DEAN:  -- or are involved
23      in terrorism --
24             AL-BAYOUMI:  At all.  I've

Page 887

1           already told you, if you even

2           asked, for example, my family or

3           my son or, you know -- after the,

4           what do you call it, the stereo,

5           this -- they don't, you know, want

6           to look at me after that.

7                   No, at all.

8                   DC DEAN:  But I know you

9           flew out of England on the -- to

10          Jeddah by Saudi Arabian

11          Airlines --

12                  AL-BAYOUMI:  Yeah.

13                  DC DEAN:  -- 29th of June.

14                  I also know Khalid

15          al-Mihdhar departed the same area

16          on the 4th of July, so five days

17          later.

18                  AL-BAYOUMI:  I have no idea.

19                  DC DEAN:  It's a pure

20          coincidence that you've met these

21          people some months before in Los

22          Angeles --

23                  AL-BAYOUMI:  No.

24                  DC DEAN:  -- you just

MPS 401

Page 888

1          happened to meet them there, and

2          then suddenly again you're

3          traveling to the country where

4          they depart.

5                  That's, with everything else

6          put together, Omar --

7                  AL-BAYOUMI:  Yeah.

8                  DC DEAN:  -- you are a very

9          unlucky person or you are

10         involved.

11                 AL-BAYOUMI:  No.  I didn't

12         meet anyone.  And I'm sure, 100

13         percent.  You know, I'm not just,

14         you know, guessing or something.

15         No.  I am sure.  I am sure, Dave.

16                 DC DEAN:  Okay, well, it's

17         up to you.  Are you sure there's

18         nothing you want to say?  Because

19         this is your opportunity.  Because

20         everything, what you've said, will

21         be checked thoroughly.

22                 AL-BAYOUMI:  Yeah.

23                 DC CAMPBELL:  Can I just sum

24         up the evidence as we, the police,

Page 889

```
1        see it?
2               AL-BAYOUMI:  Sure.  Sure.
3               DC CAMPBELL:  And I'll just
4        ask you to comment after I've
5        summed up everything.
6               AL-BAYOUMI:  Sure.
7               DC CAMPBELL:  On the 15th of
8        January 2000, you received a phone
9        call.  We believe that phone call
10       was from the hijackers to let
11       them -- to let you know that they
12       had entered the U.S. successfully.
13              You then went to Los Angeles
14       to meet these hijackers, we
15       believe.
16              DC DEAN:  On the 1st of Feb.
17              DC CAMPBELL:  And there was
18       a number of calls also on that
19       particular day.  And those calls
20       may have been to let you know
21       where to meet them, or if someone
22       got lost and you were telling them
23       where to meet them, because these
24       are strangers in the country.
```

Page 890

1           We believe that you've taken

2       these people, by your car, from

3       Los Angeles to San Diego.  And you

4       have then helped these men,

5       fraudulently helped these men to

6       get accommodation providing -- by

7       providing your details, Luwam

8       Noor's details, and also providing

9       your telephone number as a contact

10      so that they could get

11      accommodation.

12           You've then helped them open

13      a bank account.  You've let them

14      use your bank account, so that you

15      could pay a check for the

16      accommodation.

17           I believe that during this

18      period of time substantial amounts

19      of money have been wired to you in

20      the U.S. so that you could

21      facilitate them whilst they were

22      engaging in their end -- their

23      activities in the U.S.

24           You've got substantial

MPS 401

Page 891

1    amounts of cash deposits in your

2    account over a two-year period,

3    which I believe you may have

4    helped other similar people.

5           You have then introduced

6    these men to Abdullah Mohdar --

7    Mohdar Abdullah, and you've told

8    him to give them every assistance.

9           Mohdar Abdullah has, in

10   fact, given them every assistance.

11   And Mohdar Abdullah has

12   subsequently been detained for his

13   role in this in the United States.

14          So we've got you meeting

15   him, you meeting these two

16   hijackers, you introduced them to

17   him in person, and the Americans

18   have now detained this person in

19   the United States.

20          You've arranged a meeting in

21   their home address, their

22   apartment, with a number of

23   influential people.  And you would

24   only do that if you knew these

MPS 401

Page 892

1          people well.

2               You then arranged for these

3          people, because they didn't like

4          the accommodation, to go to Hashim

5          al-Attas's home and stay there.

6               And I base that on the

7          telephone call to Hashim Al-Attas

8          that you have made from your

9          mobile phone in and around the

10         period that we're referring to.

11              Hashim Al-Attas has

12         subsequently gone to Saudi Arabia.

13         And as Ian Dean said, whenever you

14         last went to Saudi Arabia, we know

15         that one of the hijackers was in

16         Saudi Arabia and subsequently left

17         five days after you were in Saudi

18         Arabia.

19              That is why I think the

20         evidence is against you.  There is

21         only two options that are

22         available here, is that you've

23         been a very unlucky, religious,

24         Muslim man who has provided other

MPS 401

Page 893

1        Muslim men with assistance; or

2        that you are a terrorist and you

3        knew these people's aims and

4        goals, and you've assisted them by

5        providing them with the

6        accommodation and the help that

7        you have done.  And in so doing,

8        you are equally as guilty as the

9        hijackers who have crashed those

10       aircraft and killed all these

11       people.

12            So there's two conclusions

13       here.  One, that you are a very

14       unlucky man and you have been

15       involved in this unfortunate

16       conspiracy that's going on; or the

17       other is that you are a guilty man

18       and you are responsible for

19       killing some 7,000 people.

20            That's all I want to say on

21       that.  And I will give you now an

22       opportunity, if there's anything

23       that you disagree with, that you

24       haven't already covered or if

MPS 401

Page 894

```
 1          there's any final thing you would
 2          like to say on tape to us.
 3               AL-BAYOUMI:  Actually, I
 4          don't know from where to start
 5          because you was talking in
 6          different periods.  But I can
 7          conclude in this period I don't
 8          have any link with any hijacker or
 9          anyone who knew -- he wants or he
10          intend, for example, to do evil or
11          to do some -- some -- or bothering
12          people, also, or just by talking
13          or by saying or by, you know,
14          parroting or something.  I don't
15          like this attitude at all.  I
16          don't participate in it at all, at
17          all.
18               And, for example, my
19          traveling or, for example -- I
20          think everything is clear.  And I,
21          again, I said I don't have any
22          involvement in this situation at
23          all.
24               I like people.  I like to
```

Page 895

```
 1        help people.  But evil people, if
 2        I know anyone has, you know --
 3        even Muslim, yeah, has a bad
 4        attitude, for example, or things I
 5        don't like, I avoid him
 6        immediately.
 7             I work in the light.  I have
 8        a lot of respect from my
 9        professors at the university, my
10        community, anywhere.  American
11        people are friend of mine,
12        American in America or in Saudi
13        Arabia now, anywhere.  My -- and I
14        work in the light.  I don't work
15        in the -- or to hide something,
16        no.  This is not -- not my way,
17        no.
18             And the days will appear
19        everything.  The days will show
20        everything.
21             I'm, you know, honest --
22        honest people, honest man.  And I
23        don't want -- and I have -- also,
24        I care about my family.
```

MPS 401

Page 896

```
 1                One like me, for example, I
 2         think -- and if you go to, for
 3         example, to my profile, to my
 4         career, to my research paper, to
 5         my -- anything, you will not find
 6         a single thing against me in
 7         this situation.  But you are
 8         the -- people has rules, and I
 9         respect your rules; has a law, I
10         respect your law.
11                The truth will appear one
12         day.  Yeah.
13                DC CAMPBELL:  Well, there is
14         only one version of the truth,
15         Omar.
16                AL-BAYOUMI:  Yeah.
17                DC CAMPBELL:  And,
18         hopefully, we will find out the
19         truth.
20                AL-BAYOUMI:  Yeah.
21                DC CAMPBELL:  And I said to
22         you before, all we're here to do
23         is find out whether or not you're
24         guilty or whether or not you're
```

MPS 401

Page 897

```
 1          innocent of this.
 2                  AL-BAYOUMI:  Sure.  I am
 3          willing -- I am willing to help
 4          you in any, you know, tiny thing
 5          to -- to -- to see the truth.
 6                  DC CAMPBELL:  Okay.
 7                  AL-BAYOUMI:  But for
 8          accusing me of doing this, I don't
 9          believe it at all.  I don't
10          believe it at all.
11                  DC CAMPBELL:  And, finally,
12          Omar, I would like to ask you, if
13          no charges are brought against
14          you, okay, you understand that,
15          that if no charges are brought
16          against you --
17                  AL-BAYOUMI:  Yeah.
18                  DC CAMPBELL:  -- would you
19          be prepared to make a statement to
20          the police in relation to these
21          hijackers and your dealings with
22          them?
23                  AL-BAYOUMI:  I -- I don't
24          understand the question.
```

MPS 401

Page 898

1          DC CAMPBELL:  Right.  If we

2      don't charge you with offenses

3      today.

4          AL-BAYOUMI:  Yeah.

5          DC CAMPBELL:  Yeah?  And you

6      are released from this police

7      station as an innocent man --

8          AL-BAYOUMI: Okay.

9          DC CAMPBELL:  -- are you

10     prepared to assist the police with

11     making a statement against these

12     hijackers?

13         AL-BAYOUMI:  Assist police,

14     to seek the truth?

15         DC CAMPBELL:  To make a

16     statement and --

17         AL-BAYOUMI:  What you mean

18     make a statement?

19         DC CAMPBELL:  To write down

20     everything you know about these

21     people.

22         AL-BAYOUMI:  Yeah.

23         DC CAMPBELL:  Write down

24     everything --

MPS 401

Page 899

```
1              AL-BAYOUMI:  100 percent.

2              DC CAMPBELL:  Yeah?

3              AL-BAYOUMI:  Yeah.  100

4        percent.  I am with you.  I am,

5        you know, researcher, I am looking

6        for the truth.  I don't -- yeah, I

7        don't want to hide anything.

8              DC CAMPBELL:  Are you

9        prepared to travel to the United

10       States?

11             AL-BAYOUMI:  Huh?

12             DC CAMPBELL:  Are you

13       prepared to travel to the United

14       States?  After --

15             SOLICITOR:  I think that's

16       something I would have to speak

17       with my client about.

18             DC CAMPBELL:  Okay.  If I

19       can just ask the question, then.

20             SOLICITOR:  Okay.

21             DC CAMPBELL:  I will not ask

22       you to answer it, Omar.

23             AL-BAYOUMI:  Yeah.

24             SOLICITOR:  He'll ask the
```

Page 900

1       question but don't answer it until

2       we've spoken, okay?

3            AL-BAYOUMI:  Yeah.

4            DC CAMPBELL:  Okay.  Are you

5       prepared to travel to the United

6       States of America as a witness,

7       not as a suspect but as a witness,

8       and be interviewed by the FBI in

9       relation to these matters that we

10      have discussed?

11           AL-BAYOUMI:  I'm not sure.

12      I have to ask the Embassy first.

13           DC CAMPBELL:  Okay.  Well,

14      again, ask the Embassy, speak to

15      your solicitor, I don't need an

16      answer now.  It's something which

17      we can be told that at a later

18      date outside this interview.

19           That's all I want to say,

20      Omar.

21           Ian doesn't have any

22      questions.

23           Is there any representations

24      you would like to make?

```
                                              Page 901
 1              SOLICITOR:  Not at this
 2         stage.  Thank you.
 3              DC CAMPBELL:  Okay.  Is
 4         there anything that you would like
 5         to say about your detention whilst
 6         being at this police station?
 7              AL-BAYOUMI:  Do I?
 8              DC CAMPBELL:  Have we
 9         treated you fairly since you've
10         been at the police station?
11              AL-BAYOUMI:  Yes.  You treat
12         me well.
13              But today I am hungry
14         because I didn't eat my lunch.
15              I -- again, I am the one who
16         seeks the truth.  I don't want to
17         hide anything.
18              DC CAMPBELL:  Okay.
19              AL-BAYOUMI:  Even if I know,
20         you know, one of -- you know,
21         from -- of paying of the truth, I
22         will say it.  Even my son, if he
23         did something wrong on his lovely
24         one, I'd want him to pay justice.
```

Page 902

1              DC CAMPBELL:  Right.  Just
2         to clarify one little problem
3         about your food.
4              Before we came into the
5         interview, we did say that as soon
6         as this was finished that you were
7         going to get a meal.
8              Isn't that correct?
9              AL-BAYOUMI:  Yeah.
10             DC CAMPBELL:  Okay.  Right.
11             No more questions, Omar.
12             The time by my watch is 22
13        minutes past 2:00.  We shall now
14        conclude the interview.
15                  -   -   -
16             (Whereupon, the tape
17        concluded.)
18                  -   -   -
19
20
21
22
23
24

Page 903

```
 1                  CERTIFICATE

 2

 3

 4           I HEREBY CERTIFY that the

 5   transcriptions were performed by me and

 6   that they are a true and accurate record

 7   of the testimony given by the witness.

 8

 9

10           Amanda Maslynsky-Miller

11           Certified Realtime Reporter

             Dated:  DATE OUT

12

13

14

15

16

17           (The foregoing certification

18   of this transcript does not apply to any

19   reproduction of the same by any means,

20   unless under the direct control and/or

21   supervision of the certifying reporter.)

22

23

24
```