# Exhibit 120-TR

# Part 1 of 3

 = Plaintiffs' provisional redactions ("ppr") of content of this videotaped deposition and its transcript, made subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF NEW YORK

2                    -   -   -

3

4     IN RE: TERRORIST ATTACKS    : 03-MDL-1570

      ON SEPTEMBER 11, 2001       : (GBD)(SN)

5

6

7

                         -   -   -

8                    JUNE 9, 2021

              THIS TRANSCRIPT CONTAINS

9              CONFIDENTIAL MATERIAL

                         -   -   -

10

11

12            Remote Videotaped

13    Deposition, taken via Zoom, of OMAR

14    AL-BAYOUMI, commencing at 7:04 a.m., on

15    the above date, before Amanda

16    Maslynsky-Miller, Certified Realtime

17    Reporter and Notary Public in and for the

18    Commonwealth of Pennsylvania.

19

20                   -   -   -

21       GOLKOW LITIGATION SERVICES

       877.370.3377 ph| 917.591.5672 fax

22            deps@golkow.com

23

24

This Transcript Contains Confidential Material

1   APPEARANCES:
2

3           KREINDLER & KREINDLER LLP
            BY: STEVEN R. POUNIAN, ESQUIRE
            BY: JAMES P. KREINDLER, ESQUIRE
4           BY: ANDREW J. MALONEY III, ESQUIRE
            BY: MEGAN WOLFE BENETT, ESQUIRE
5           By: DANIEL O. ROSE, ESQUIRE
            485 Lexington Avenue, 28th Floor
6           New York, New York 10017
            (212) 687-8181
7           spounian@kreindler.com
            jkreindler@kreindler.com
8           amaloney@kreindler.com
            mbenett@kreindler.com
9           drose@kreindler.com
            Representing the Ashton, et al.,
10          Plaintiffs
11
12          COZEN O'CONNOR P.C.
            BY: SEAN P. CARTER, ESQUIRE
13          BY: J. SCOTT TARBUTTON, ESQUIRE
            One Liberty Place
14          1650 Market Street
            Suite 2800
15          Philadelphia, Pennsylvania 19103
            (215) 665-2000
16          scarter1@cozen.com
            starbutton@cozen.com
17          Representing the Plaintiffs
18
19          ANDERSON KILL P.C.
            BY: JERRY S. GOLDMAN, ESQUIRE
20          BY: BRUCE STRONG, ESQUIRE
            BY: ROBERT M. HORKOVICH, ESQUIRE
21          1251 Avenue of the Americas
            New York, New York 10020
22          (212) 278-1000
            jgoldman@andersonkill.com
23          bstrong@andersonkill.com
            rhorkovich@andersonkill.com
24          Representing the Plaintiffs'

REDACTED FOR PUBLIC FILING

```
 1   APPEARANCES:  (Continued)
 2
 3          MOTLEY RICE LLC
            BY: ROBERT T. HAEFELE, ESQUIRE
 4          BY: JADE A. HAILESELASSIE, ESQUIRE
            BY: JODI WESTBROOK FLOWERS, ESQUIRE
 5          BY: C. ROSS HEYL, ESQUIRE
            28 Bridgeside Boulevard
 6          Mount Pleasant, South Carolina 29464
            (843) 216-9000
 7          rhaefele@motleyrice.com
            jhaileselassie@motleyrice.com
 8          jflowers@motleyrice.com
            rheyl@motleyrice.com
 9          Representing the Plaintiffs' Steering
            Committee and the Burnett Plaintiffs
10
11
            BAUMEISTER & SAMUELS, PC
12          BY: DOROTHEA M. CAPONE, ESQUIRE
            140 Broadway
13          46th Floor
            New York, New York 10005
14          (212) 363-1200
            tcapone@baumeisterlaw.com
15          Representing the Plaintiff,
            Ashton, et al., Plaintiffs
16
17
18
            SHEPS LAW GROUP P.C
19          BY: ROBERT SHEPS, ESQUIRE
            35 Pinelawn Road
20          Suite 106 East
            Melville, New York 11747
21          (631) 249-5600
            rsheps@shepslaw.com
22          Representing Plaintiff Charter
            Oak Insurance Company
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1   APPEARANCES: (Continued)
2
3        FORD MARRIN ESPOSITO WITMEYER &
         GLESER, LLP
4        BY: CATHERINE B. ALTIER, ESQUIRE
         Wall Street Plaza, 16th Floor
5        New York, New York 10005
         (212) 269-4900
6        cbaltier@fordmarrin.com
         Representing the Plaintiffs,
7        Continental Casualty Company,
         Transcontinental Insurance Company,
8        Transportation Insurance Company,
         Valley Forge Insurance Company,
9        National Fire Insurance Company of
         Hartford, and American Casualty
10       Company of Reading, Pennsylvania
11
12       SPEISER KRAUSE, PC
         BY: JEANNE M. O'GRADY, ESQUIRE
13       800 Westchester Avenue
         Suite S-608
14       Rye Brook, New York 10573
         (914) 220-5333
15       jog@speiserkrause.com
         Representing the Plaintiff's
16       Steering Committee
17
18       LOCKE LORD LLP
         BY: T. PATRICK BYRNES, ESQUIRE
19       111 South Wacker Drive
         Chicago, Illinois 60606
20       (312) 443-0689
         pbyrnes@lockelord.com
21       Representing the Plaintiff, Global
         Aerospace, Inc, et al.
22
23
24
```

   REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)
 2
 3         STROOCK & STROOCK & LAVAN LLP
           BY: PATRICK N. PETROCELLI, ESQUIRE
 4         180 Maiden Lane
           New York, New York 10038
 5         (212) 806-5400
           ppetrocelli@stroock.com
 6         Representing the Plaintiff,
           Arrowood Indemnity Company, formerly
 7         Known as Royal Indemnity Company,
           and Arrowood Surplus Lines Insurance
 8         Company, formerly known as Royal
           Surplus Lines Insurance Company
 9
10
11         BUTLER WEIHMULLER KATZ CRAIG LLP
           BY: SCOTT KATZ, ESQUIRE
12         BY: JESSICA SKARIN, ESQUIRE
           400 North Ashley Drive
13         Suite 2300
           Tampa, Florida 33602
14         (813) 281-1900
           skatz@butler.legal
15         jskarin@butler.legal
           Representing the Plaintiff, Managing
16         Agency Partners, Ltd., et al.
17
           KELLOGG, HANSEN, TODD, FIGEL &
18         FREDERICK, P.L.L.C.
           BY: ANDREW C. SHEN, ESQUIRE
19         BY: MICHAEL K. KELLOGG, ESQUIRE
           BY: CHRISTOPHER YOUNG, ESQUIRE
20         1615 M Street, N.W.
           Suite 400
21         Washington, D.C. 20036
           (202) 326-7900
22         ashen@kellogghansen.com
           mkellogg@kellogghansen.com
23         Cyoung@kellogghansen.com
           Representing the Defendant,
24         Kingdom of Saudi Arabia
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)
 2

 3          JONES DAY
          BY: ERIC SNYDER, ESQUIRE
 4        BY: STEVEN COTTREAU, ESQUIRE
          BY: GABRIELLE PRITSKER, ESQUIRE
 5        51 Louisiana Avenue, N.W.
          Washington, D.C. 20001
 6        (202) 879-3939
          esnyder@jonesday.com
 7        scottreau@jonesday.com
          gpritsker@jonesday.com
 8        Representing the Defendant,
          Dubai Islamic Bank
 9

10

11          MOLOLAMKEN LLP
          BY: ERIC R. NITZ, ESQUIRE
12        BY: ROBERT K. KRY, ESQUIRE
          600 New Hampshire Avenue, N.W.
13        Washington, DC 20037
          (202) 556-2000
14        enitz@mololamken.com
          rkry@mololamken.com
15        Representing the Defendant,
          Dallah Avco
16

17

18          LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: SUMAYYA KHATIB, ESQUIRE
19        1101 New York Avenue, N.W.
          Suite 1000
20        Washington, DC 20005
          (202) 833-8900
21        sumayya.khatib@lbkmlaw.com
          Representing the Defendants,
22        Muslim World League, the
          International Islamic Relief
23        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)

 2

 3         LAW FIRM OF OMAR T. MOHAMMEDI, LLC
           BY: JILL L. MANDELL, ESQUIRE
 4         233 Broadway
           Suite 820
 5         New York, New York 10279
           (212) 725-3846
 6         jmandell@otmlaw.com
           Representing the Defendant,
 7         WAMY and WAMY International

 8

 9
           THE LAW OFFICES OF GEORGE R.
10         SALEM, PLLC
           BY: GEORGE R. SALEM, ESQUIRE
11         500 8th Street N.W.
           Suite 210
12         Washington, D.C. 20004
           (202) 887-1140
13         gsalem@georgesalempllc.com
           Representing the Defendant,
14         Dallah Avco

15

16

17

18

19

20

21

22

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)
 2
      ALSO PRESENT:
 3
 4    David Lane, Videographer
      Dianne Int-Hout, Trial Technician
 5
 6    John Fawcett, Staff, Kreindler & Kreindler
      Debra Pagan, Paralegal, Kreindler &
 7    Kreindler
      Gavin Simpson
 8    Julia Sienski, Client Liaison, Kreindler &
      Kreindler
 9    Catherine Hunt, Consultant, Kreindler &
      Kreindler
10
11    Raymond Rivera, IT, Cozen O'Connor
12
      Richard Cashon, Paralegal, Motley Rice
13
14    Hannah Lee, Paralegal, MoloLamken LLP
15    Abdelgader Hasim, Dallah Avco, Kingdom of
      Saudi Arabia
16
17    Bachar Al-Halabi, Interpreter
      Ed Beeter, Check Interpreter
18    Marwan Abdel-Rahman, Interpreter
      Rodina Mikhail, Interpreter
19
20    Ziad al-Sudiary
21
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    -   -   -
2                I N D E X
3                    -   -   -
4
   Testimony of:   OMAR AL-BAYOUMI
5
6     By Mr. Pounian                        14
7
                     -   -   -
8
            E X H I B I T S
9
                     -   -   -
10
```

```
11   NO.                DESCRIPTION              PAGE
12   al-Bayoumi-679     FBI 7995-7998             105
13   al-Bayoumi-680     No Bates
                        Immigration Form, Status -
14                      For Academic and
                        Language Students         109
15
     al-Bayoumi-681     KSA0000000907
16                      Various Bates, George
                        Washington University
17                      Transcript, Various
                        Education Certificates 131
18
     al-Bayoumi-682     No Bates
19                      Curriculum Vitae of
                        Omar al-Bayoumi           133
20
     al-Bayoumi-683     No Bates
21                      12/25/96 Letter           142
22   al-Bayoumi-684     FBI 1353                  149
23   al-Bayoumi-685     FBI 1343                  156
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    -   -   -

2              E X H I B I T S

3                    -   -   -

4

   NO.                 DESCRIPTION              PAGE
5

6   al-Bayoumi-686    FBI 1344                  163

7   al-Bayoumi-687    FBI 1511-1516             165

8   al-Bayoumi-688    FBI 1349-1352             179

9   al-Bayoumi-689    FBI 9120-9127             183

10  al-Bayoumi-690    No Bates
                      List of Phone Calls,
11                    al-Bayoumi to al Habib    192

12  al-Bayoumi-691    FBI 1345                  209

13  al-Bayoumi-692    FBI 4273                  236

14

15

16

17

18

19

20

21

22

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    -   -   -

 2           DEPOSITION SUPPORT INDEX

 3                    -   -   -

 4

 5    Direction to Witness Not to Answer

 6    Page Line      Page Line       Page Line

 7    None

 8

 9

10    Request for Production of Documents

11    Page     Line  Page Line       Page Line

12    23       17

13

14

15    Stipulations

16    Page Line      Page Line       Page Line

17    12       1

18

19

20    Question Marked

21    Page Line      Page Line       Page Line

22    None

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1               -  -  -

2               (It is hereby stipulated and

3       agreed by and among counsel that

4       sealing, filing and certification

5       are waived; and that all

6       objections, except as to the form

7       of the question, will be reserved

8       until the time of trial.)

9               -  -  -

10          VIDEO TECHNICIAN:  We are

11      now on the record.  My name is

12      David Lane, videographer for

13      Golkow Litigation Services.

14      Today's date is June 9th, 2021.

15      Our time is 7:04 a.m. Eastern

16      Standard Time.

17          This remote video deposition

18      is being held in the matter of the

19      Terrorist Attacks on September

20      11th, 2001.  Our deponent today is

21      Omar al-Bayoumi.

22          All parties to this

23      deposition are appearing remotely

24      and have agreed to the witness

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1        being sworn in remotely.
2             Due to the nature of remote
3        reporting, please pause briefly
4        before speaking so that all
5        parties are heard completely.
6             Our counsel will be noted on
7        the stenographic record.  The
8        court reporter today is Amanda
9        Miller, who will now swear in our
10       witness.
11                 -   -   -
12            RODINA MIKHAIL, BACHAR
13       AL-HALABI and MARWAN ABDEL-RAHMAN
14       were duly sworn to translate
15       questions from the English
16       language to the Arabic language
17       and the answers from the Arabic
18       language to the English language.
19                 -   -   -
20            OMAR AL-BAYOUMI, after
21       having been duly sworn, was
22       examined and testified as follows:
23                 -   -   -
24            VIDEO TECHNICIAN:  Please
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       begin.

2                   -   -   -

3                 EXAMINATION

4                   -   -   -

5    BY MR. POUNIAN:

6       Q.    Mr. Bayoumi, good afternoon.

7    My name is Steve Pounian.  I'm with the

8    plaintiffs' committee here in New York

9    City that represents the 9/11 families

10   that have brought a lawsuit against the

11   Kingdom of Saudi Arabia as a result of

12   the 9/11 attacks.

13              Do you understand that, sir?

14      A.    Yes.

15      Q.    And do you speak English,

16   sir?

17      A.    Yes.

18      Q.    And you have studied courses

19   in English; am I correct?

20      A.    (In English) Yes.

21      Q.    And you understand me as I'm

22   asking these questions now and as I'm

23   speaking to you, is that right, in

24   English?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.     (In English) I lost my
    English because I didn't use it for a
 2
    long time.
 3
 4               INTERPRETER Al-HALABI:  He
 5          said in Arabic, yes, but.  And
 6          then added, I lost my English.
 7  BY MR. POUNIAN:
 8          Q.     But you understand me as
 9  I'm -- as I'm talking to you now?
10          A.     (In English) Yes.
11          Q.     So you're hearing my --
12  you're hearing and understanding my
13  question when I present it to you in
14  English; is that right?
15          A.     (In English) But I prefer in
16  Arabic.
17          Q.     And you have given
18  interviews before regarding -- regarding
19  this case and the events in the year
20  2000; you have done that, sir?
21               You've given interviews
22  before?
23          A.     Yes.
24          Q.     And you gave an interview
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   with the 9/11 Commission where you gave

2   the interview completely in English; am I

3   right?

4        A.    What year?

5        Q.    Before, with the 9/11

6   Commission, sir.

7        A.    Yes.  But what year?  What

8   year?

9        Q.    In October of 2003, sir.

10       A.    Yes, that's true.  But since

11   2003, I haven't used the English

12   language, therefore, I have been -- or I

13   missed some of my ability, of my

14   vocabulary that I lost.

15       Q.    And you also gave an

16   interview with the Federal Bureau of

17   Investigation in that same year?

18       A.    Yes.

19       Q.    And you did that in English?

20       A.    There were interpreters.

21       Q.    And did you speak in English

22   during that interview?

23       A.    I do speak English, but I

24   lost some of the vocabulary -- my

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  vocabulary, because I haven't used it.

2      Q.    Now, other than those two

3  interviews, were you ever interviewed by

4  anyone else regarding the events that

5  occurred in California in the year 2000?

6      A.    You mean from 2000 until

7  now?  Tens of interviews.

8      Q.    And what interviews were

9  those?

10     A.    Questions regarding the

11 events of 9/11.

12     Q.    And who asked those

13 questions to you?

14     A.    Many parties.

15     Q.    Who?

16          INTERPRETER ABDEL-RAHMAN:

17     Many entities.

18          THE WITNESS:  It started in

19     Britain.  I used to live in

20     Britain, in Birmingham.  I was

21     interviewed many times in Britain.

22     I don't remember exactly the

23     number, but it was a lot.

24          Then I went to Saudi Arabia

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1           and there was a lot of interviews,
2           but I don't remember exactly the
3           number.
4    BY MR. POUNIAN:
5           Q.    Who interviewed you in Saudi
6    Arabia?
7           A.    When I first went back to
8    Saudi Arabia, when I first arrived from
9    Britain, it was by Saudi Arabia, then the
10   FBI, then --
11                INTERPRETER Al-HALABI:  Note
12          that the witness said CIO.
13                THE WITNESS:  -- then there
14          was the Commission report.  There
15          was many groups over the past 20
16          years.  Every once in a while
17          there will be questions and then
18          there will be answers.
19   BY MR. POUNIAN:
20          Q.    Who from Saudi Arabia
21   interviewed you?
22                MR. SHEN:  Objection.  I
23          have an objection to the
24          translation.  He did not say Saudi
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Arabia.

2           INTERPRETER Al-HALABI:  I

3      said (foreign language spoken).

4      That's, in Arabic, the Kingdom of

5      Saudi Arabia, Mr. Shen.

6           MR. SHEN:  The witness did

7      not say that entities in Saudi

8      Arabia interviewed him.

9           MR. POUNIAN:  Well, can we

10     hear from the witness, please, and

11     not from counsel?

12          MR. SHEN:  The translation

13     was wrong.  If you could just ask

14     the question again.

15          MR. POUNIAN:  Well, that's

16     not the translation that I heard.

17     I heard the translation was that

18     an entity of Saudi Arabia

19     questioned him, and that's what

20     I'd like to find out.

21 BY MR. POUNIAN:

22     Q.    Which entity --

23          MR. SHEN:  That's not what

24     he said.  So ask the question

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          again.

 2                 MR. POUNIAN:  Okay.  I'll

 3          ask a question.

 4   BY MR. POUNIAN:

 5          Q.    What entity of the Kingdom

 6   of Saudi Arabia interviewed you?

 7                 MR. SHEN:  Objection to

 8          form.  Misstates his testimony.

 9                 THE WITNESS:  First, it was

10          the investigation or detectives

11          from -- in Saudi Arabia, because

12          there is -- every student has to

13          prepare a report when he leaves

14          Saudi Arabia, when he comes back

15          he would write a report, what

16          happened to him abroad until he

17          came back to Saudi Arabia.

18   BY MR. POUNIAN:

19          Q.    And what --

20                 THE WITNESS:  The

21          translation is not accurate.

22                 MR. POUNIAN:  Do you want to

23          tell us -- do you want to tell us

24          in English, sir, what the facts
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          are?
 2               MR. SHEN:  His preferred
 3          language -- we're having
 4          significant translation issues.
 5          Can we please switch interpreters?
 6               MR. POUNIAN:  Let's
 7          continue.
 8     BY MR. POUNIAN:
 9          Q.    How is the -- how is the
10     translation not accurate, sir?
11               MR. SHEN:  Mr. Bayoumi is
12          not going to translate his own --
13               MR. POUNIAN:  I'm just
14          saying -- I'm asking him --
15               MR. SHEN:  -- in Arabic.
16          Another check interpreter said
17          that the translation is not
18          accurate.
19               MR. POUNIAN:  He just told
20          us that the translation, the
21          witness told us the translation is
22          not accurate.  I'm asking him, how
23          was it not accurate?  That's
24          what --
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        MR. SHEN:  It wasn't the

witness -- that wasn't the witness

who said that.

4        MR. POUNIAN:  I thought I

saw those words come from the

witness.  If I'm wrong, that's

what I saw.

8        MR. SHEN:  Let's switch

translators and ask the question

again, please.

11       MR. POUNIAN:  We're not

going to switch translators on

your whim.  I would just like to

ask --

15       MR. SHEN:  It's not my whim,

it's the fact that the translation

is inaccurate.

18       MR. POUNIAN:  All right.

19       MR. SHEN:  You have another

translator on.  Let's switch

translators and ask the question

again.

23       MR. POUNIAN:  I'm not going

to switch translators right now,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1          Andy.  Let me just ask my

 2          question.

 3   BY MR. POUNIAN:

 4          Q.    Who in the Kingdom of Saudi

 5   Arabia interviewed you regarding the

 6   facts of this case, the 9/11 case?

 7          A.    The Interior, of course.

 8          Q.    And who from the Interior?

 9          A.    (In English) I don't know.

10          THE WITNESS:  The Interior

11          of Ministry.

12   BY MR. POUNIAN:

13          Q.    And when did that interview

14   take place?

15          A.    I don't remember, a long

16   time ago when I first returned.

17          MR. POUNIAN:  We request

18          production of the interview

19          reports of the Ministry of the

20          Interior of Omar al-Bayoumi.

21          MR. SHEN:  That request has

22          already been rejected.

23          MR. POUNIAN:  I don't

24          believe that's correct, Mr. Shen.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  BY MR. POUNIAN:

2        Q.    What other Saudi government

3  agencies --

4        A.    I don't understand what he's

5  asking me.

6        Q.    I didn't ask a question,

7  sir.  I was making a statement to the

8  lawyer for Saudi Arabia.  It was not a

9  question to you.

10            But my question was, what

11  other agencies of the Kingdom of Saudi

12  Arabia interviewed you other than the

13  Interior of Ministry?

14            MR. SHEN:  Objection.  Form.

15            THE WITNESS:  I don't know.

16            (In English) No.  No.  It's

17        wrong.  It's wrong.

18            MR. POUNIAN:  What's wrong?

19            THE WITNESS:  I said no one.

20            INTERPRETER Al-HALABI:  I'm

21        sorry, the interpreter was having

22        trouble hearing the witness.

23            THE WITNESS:  (In English)

24        You said you didn't know.  And I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          said, no one.
2               MR. SHEN:  Can we please
3          change interpreters?  We're having
4          significant issues here.
5               MR. BEETAR:  This is the
6          checker.  I have to side with
7          Bachar this time, because I heard
8          it also "I don't know" before he
9          said "no one."
10              And I'm trying to see if
11         there's any major issues to report
12         to.
13              THE WITNESS:  (In English)
14         It's no one.  It's different.
15              Right.  Do you hear me now?
16    BY MR. POUNIAN:
17         Q.    How many times were you
18    interviewed by the Ministry of Interior?
19              MR. SHEN:  Objection to
20         form.
21              THE WITNESS:  Should I
22         answer?  There is an objection.
23              MR. POUNIAN:  Yes, you can
24         answer.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                THE WITNESS:  Every time a
 2          committee or officials come from
 3          America, they would interview me
 4          at the Interior Ministry.  I would
 5          come to the Interior Ministry, I
 6          would answer the questions.
 7   BY MR. POUNIAN:
 8          Q.    How many times did the
 9   Ministry of the Interior officials
10   question you?
11                MR. SHEN:  Objection to
12          form.
13                THE WITNESS:  I don't
14          remember.
15   BY MR. POUNIAN:
16          Q.    Were the interviews
17   recorded?
18                MR. SHEN:  Objection to
19          form.
20                THE WITNESS:  I don't know.
21   BY MR. POUNIAN:
22          Q.    Did you ever see any
23   summaries or transcripts of the
24   interviews?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. SHEN:  Objection to

2     form.

3          THE WITNESS:  Nobody would

4     give me the summary.  If anything,

5     I would read the papers and such.

6  BY MR. POUNIAN:

7     Q.    What papers?

8          MR. SHEN:  Objection to the

9     translation.  He said newspapers.

10         Let's change translators,

11    please.  We have a significant

12    issue with this translator.

13         INTERPRETER Al-HALABI:  I'm

14    sorry, papers --

15         MR. POUNIAN:  I asked -- I

16    asked the question to the witness.

17    I have not gotten an answer yet.

18  BY MR. POUNIAN:

19    Q.    What papers?

20         MR. SHEN:  The answer from

21    the witness was newspapers.

22         MR. POUNIAN:  Well, the

23    witness has not -- you're giving

24    that answer, Mr. Shen, not the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          witness --
 2              MR. SHEN:  No, the witness
 3          gave that, and the translator did
 4          not translate.
 5              MR. POUNIAN:  Well, I just
 6          followed up on the question.  I
 7          asked him what papers.
 8              MR. SHEN:  I'm not faulting
 9          you, Steve.
10              MR. POUNIAN:  I understand
11          that.  But let the witness answer
12          the question.
13              MR. SHEN:  The translation
14          is wrong.  Let's switch
15          translators.  We have multiple
16          translators on the phone.
17              MR. POUNIAN:  There are
18          nuances, obviously, in any
19          translation, and the witness can
20          answer the question.
21              I think that's the best way
22          to just let it proceed instead of
23          having objections like this.
24              MR. SHEN:  We've raised
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           issues with this translator

2           before.  We have significant

3           issues with translations.

4                And we're going to renew our

5           objections to the use of this

6           translator.

7                MR. POUNIAN:  All right.

8                Could I have an answer to my

9           question?

10   BY MR. POUNIAN:

11          Q.    What papers?

12               MR. SHEN:  Objection to the

13          translation of the question.  The

14          translator, in the question, said

15          newspapers, not papers.

16               INTERPRETER Al-HALABI:  Mr.

17          Shen, I can't work like that.  He

18          said (foreign language spoken).

19          (Foreign language spoken) in

20          Arabic can mean papers or

21          newspapers.  And if you would hear

22          his answer to this question, then

23          you would know what he meant.

24               Can I translate the answer,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        please?

2             MR. SHEN:  Your translation

3        to the question is wrong.  We

4        object to the translation to the

5        question.

6             MR. POUNIAN:  Could we

7        please get the answer from the

8        witness to the question from the

9        translator?

10            MR. SHEN:  The objection is

11       that the translation of the

12       question was -- he said, which

13       newspapers did you review?

14            INTERPRETER Al-HALABI:  So

15       the answer was --

16            MR. POUNIAN:  He used -- the

17       translator, as I understand it,

18       used the same Arabic word as the

19       witness.

20            INTERPRETER Al-HALABI:

21       That's correct.

22            MR. POUNIAN:  So I don't

23       understand what the issue is.  And

24       I'd like to hear the answer from

This Transcript Contains Confidential Material

1       the witness.

2              MR. SHEN:  The problem is

3       that the witness said newspapers.

4       And you asked the question, which

5       papers did you review, and then

6       the translator used the word

7       newspapers in his question.

8              MR. POUNIAN:  No, the

9       translator used the identical word

10      that the witness did.

11             MR. SHEN:  Which is

12      newspapers, which he mistranslated

13      the first time.

14             MR. POUNIAN:  It was not --

15      I'm not a translator, Andy.  So

16      can I just ask my questions?  And

17      the witness can answer and then

18      maybe it will resolve this.

19             MR. SHEN:  It will resolve

20      this by using a different

21      translator, Steve.

22             MR. POUNIAN:  I don't

23      think -- I don't think that's the

24      issue.  I don't think that's the

This Transcript Contains Confidential Material

1        issue.  I think you're raising a

2        bogus objection here.

3             And I would just like to get

4        an answer from the witness to the

5        question.  That's what we deserve

6        right now.

7             MR. SHEN:  What's the

8        question again, please?

9             MR. POUNIAN:  That's not

10       correct.  We had an answer from

11       the witness.  I'd like the

12       translation of the answer that the

13       witness gave.

14            The witness gave an answer

15       in Arabic.  We still have not

16       heard it.  I would like to hear

17       it.

18            Could -- what's the answer

19       of the witness in Arabic?

20            THE WITNESS:  There was no

21       specific papers.  There was no

22       specific newspapers.  There was

23       nothing specific.  I would see

24       things on the Internet and other

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1         things.

2              INTERPRETER Al-HALABI:  And

3         that's when -- this is the

4         interpreter speaking now.

5              That's when the witness was

6         interrupted.

7              INTERPRETER ABDEL-RAHMAN:

8         Bachar, he also says that he

9         doesn't take much interest, in

10        that he rarely takes interest in

11        this subject.

12             INTERPRETER Al-HALABI:

13        Thank you, Marwan.  It's hard to

14        remember everything, as an

15        interpreter, when you keep getting

16        interrupted.

17             INTERPRETER ABDEL-RAHMAN:  I

18        know.

19   BY MR. POUNIAN:

20        Q.   When were you first -- when

21   were you first employed by the Kingdom of

22   Saudi Arabia?

23        A.   1396.

24        Q.   And how long were you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    employed by the Kingdom of Saudi Arabia?

2         A.    Approximately 38 years.

3         Q.    And when did you retire from

4    work with the Kingdom of Saudi Arabia?

5         A.    Four, five years,

6    approximately.  I forgot exactly.

7         Q.    And what year -- what year

8    was that?

9         A.    I forgot right now.  I can't

10   remember.  But it's in the documents.

11        Q.    When is the first time you

12   traveled to the United States of America?

13        A.    First trip?

14        Q.    Yes.

15        A.    Before my trip to study.

16        Q.    And when was that, sir?

17        A.    (In English) I don't

18   remember the exact year, but you can find

19   it in the documents.

20        Q.    Where did you go in the

21   United States before your trip to study?

22        A.    I went also to study at a

23   language institute.

24        Q.    So is the first time you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   went to the United States when you went

2   to San Diego to study English?

3          A.    No.

4          Q.    When had you been to the

5   United States before that?

6          A.    Before my trip to study to

7   San Diego, I went to Florida.  I studied

8   there.  I studied the English language

9   for two months.  Then I returned to Saudi

10  Arabia.

11         Q.    And where in Florida did you

12  go?

13         A.    Florida?  I forgot where I

14  went, but it was close to Boca Raton.

15         Q.    And when did you go to

16  Florida?

17         A.    I don't remember.

18         Q.    And who sent you to Florida?

19         A.    I sent myself.

20         Q.    And were you on vacation in

21  Florida?

22         A.    I enrolled in the institute.

23  I went there for two months.  It was a

24  vacation to me.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.    Were you receiving pay at

work while you were in Florida?

3        A.    I was on vacation.

4        Q.    And how did you decide where

to go in the United States?

6        A.    There was an offer to learn

the English language, so I went.

8        Q.    And how did you decide on

going to Florida as opposed to any other

place?

11       A.    Because of the offer

available.

13       Q.    And what offer was that?

14       A.    I don't remember.

15       Q.    Who made the offer?

16       A.    Tourist office.

17       Q.    What tourist office?

18       A.    I don't remember exactly

now.

20       Q.    Who paid the expenses for

your trip to Florida?

22       A.    Myself.

23       Q.    And who paid your expenses

for your studies in Florida?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.    I did.
2          Q.    And what did you study in
3    Florida?
4          A.    English.
5          Q.    And were you by yourself in
6    Florida?
7          A.    Yes.
8          Q.    Did you travel with anyone
9    there?
10         A.    No.
11         Q.    And what was your job at the
12   time you went to Florida?
13         A.    I was on vacation, and I
14   went to study the English language.
15         Q.    What was your job at the
16   time you went to Florida?
17         A.    I was the head of a
18   department.
19         Q.    What department?
20         A.    (In English) The finance
21   department.
22               (Through Interpreter) The
23   finance department.
24               INTERPRETER Al-HALABI:  And
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           then the witness added the

2           finance -- it sounded like he said

3           Ministry, finance of Ministry.

4                   MR. BEETAR:  This is Ed, the

5           checker.  He didn't say anything

6           about Ministry.  He said the

7           finance department.

8                   Just finance.  That does not

9           mean it's the Ministry.  Just the

10          finance department.  It can be in

11          any department.

12                  I just wanted to clarify

13          that.

14  BY MR. POUNIAN:

15          Q.    And the finance department

16  of what -- of what entity?

17          A.    PCA.

18          Q.    And who was your boss when

19  you went to Florida?

20          A.    Qasim Sharif.

21          Q.    And what was your job title?

22          A.    My title?

23          Q.    Yes.

24          A.    I moved up with many

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    positions.  I don't remember exactly.

2              But I remember, when I went

3    to Florida, I was the head of the finance

4    department.

5         Q.    And was there a division

6    that you worked at for the Presidency of

7    Civil Aviation?

8              MR. BEETAR:  I was

9         explaining that the translation

10        was correct to Mr. Omar.  It was

11        correct.

12             MR. POUNIAN:  Can I get a

13        translation?

14             THE WITNESS:  (In English)

15        Finance department.

16             (Through Interpreter)

17        Finance department.

18   BY MR. POUNIAN:

19        Q.    And then you moved to the

20   Airways Engineering Department?

21        A.    Then I moved through many

22   positions.

23        Q.    And did you get a position

24   in the Airways Engineering Department?

 REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    Yes.

2        Q.    Now, you said you moved

3   through many positions.

4             What positions did you move

5   through to get to the Airways Engineering

6   Department?

7        A.    Many positions.  You can see

8   it in my C.V.

9             INTERPRETER MIKHAIL:

10       Bachar, switching interpreters.

11   BY MR. POUNIAN:

12       Q.    You held many positions in

13   the finance department, sir?

14       A.    Correct.

15       Q.    And what positions were

16   those?

17       A.    What positions?  I don't

18   remember.  But they are all in the C.V.

19   If you have my C.V. in front of you, you

20   are going to find them.

21       Q.    Why was it that you

22   transferred to the Airways Engineering

23   Department?

24             INTERPRETER MIKHAIL:  The

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           interpreter is asking for

2           repetition.  The sound is not that

3           clear.

4                   THE WITNESS:  Can you please

5           repeat the question?  What was

6           mentioned?

7                   I had a few posts.

8                   INTERPRETER MIKHAIL:  Can

9           you please repeat the question one

10          more time for the witness?

11   BY MR. POUNIAN:

12          Q.    I asked, why were you

13   transferred to the Airways Engineering

14   Department?

15          A.    So I accomplished a few

16   successes in the field of flying, and

17   they would take the most prominent people

18   and put them in that department.  And so,

19   therefore, they chose me and I went

20   there.

21          Q.    What successes did you

22   achieve?

23          A.    In the courses that I would

24   take and the work that I would do, things

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  of that sort.

2       Q.     What work?

3       A.     (In English) The finance.

4              (Through Interpreter)

5  Finance.

6       Q.     So the assignment to airways

7  engineering was a promotion for you?

8       A.     No.  It was an opportunity.

9       Q.     And who selected you for

10 that opportunity?

11      A.     The flying department.

12             INTERPRETER ABDEL-RAHMAN:

13      Aviation.

14             MR. BEETAR:  Aviation.

15 BY MR. POUNIAN:

16      Q.     And who in that department

17 selected you?

18      A.     The head of my department

19 suggested me.

20      Q.     And who was that?

21      A.     I don't remember.  It's a

22 big department.  But the head was --

23             INTERPRETER MIKHAIL:  The

24      interpreter is just going to ask

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    for the name repetition.

2            THE WITNESS:  Qasim Sharif.

3    BY MR. POUNIAN:

4        Q.    And this was the head of the

5    finance department?

6        A.    Correct.  It was him and

7    another one called Ibrahim de la Jeki.

8        Q.    What was your job at the

9    airways engineering?

10       A.    So they were getting ready

11   for me to head the finance department.

12       Q.    The finance department in

13   airways engineering?

14       A.    Correct.

15       Q.    And who was getting you

16   ready for that?

17       A.    Who was getting me ready?

18       Q.    I'm saying, who was the one

19   responsible for you at the -- at airways

20   engineering?

21           MR. SHEN:  Objection to the

22       form.

23           MR. BEETAR:  The witness had

24       said Alp Karli.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  BY MR. POUNIAN:

2          Q.     And who is Alp Karli?

3          A.     (In English) He is the head

4  of the division.

5                 (Through Interpreter) He is

6  the head of the division of the finance

7  and contracts.

8          Q.     Did he work for the PCA?

9          A.     No.

10         Q.     Who did he work for?

11                MR. KRY:  Objection to form.

12                THE WITNESS:  Do I answer?

13                MR. SHEN:  Yes, you can

14         answer.

15                THE WITNESS:  What's the

16         question?

17  BY MR. POUNIAN:

18         Q.     I asked who did he work for?

19                MR. KRY:  Same objection.

20                THE WITNESS:  ANSS.  He was

21         working for the ANSS.

22  BY MR. POUNIAN:

23         Q.     Who did he report to, Alp

24  Karli?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          INTERPRETER MIKHAIL:  Who

2     was the direct head?  That was

3     inputted by the monitor

4     interpreter.

5          Who was his higher up, his

6     direct higher up.

7          THE WITNESS:  He worked for

8     Dell.

9          THE WITNESS:  (In English)

10    Dallah.

11         MR. KRY:  Objection to form.

12 BY MR. POUNIAN:

13    Q.    That was not my question,

14 sir.

15         I asked who was his

16 immediate supervisor.

17    A.    Immediate supervisor is

18 Dallah.

19         MR. KRY:  Same objection.

20         THE WITNESS:  And the head

21    of the airway engineering.

22 BY MR. POUNIAN:

23    Q.    And who is the head of the

24 airways engineering?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    Estan.

2             MR. BEETAR:  Sorry,

3        al-Salmi.

4             INTERPRETER MIKHAIL:  Oh,

5        ok.  Sorry, al-Salmi.

6             THE WITNESS: (In English)

7        al-Salmi.

8   BY MR. POUNIAN:

9        Q.    So am I correct that Alp

10  Karli reported to Mr. Salmi?

11       A.    So I don't know, because he

12  would report to Dallah.  He was also the

13  head of the finance, ANSS, and he would

14  report --

15             INTERPRETER MIKHAIL:  The

16        interpreter will correct.

17             THE WITNESS:  I do not know

18        because he would report to Dallah.

19        He was also in finance with ANSS,

20        headed by Salmi.

21             MR. KRY:  Same objection.

22        Just object to the responses as

23        nonresponsive.

24  BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       Q.    Isn't it true, sir, Mr.

2   Salmi could hire or fire Mr. Alp Karli?

3            MR. SHEN:  Objection.

4        Foundation.

5            You can answer if you know.

6            MR. POUNIAN:  Did we get an

7        answer?

8            INTERPRETER MIKHAIL:  The

9        answer was I don't know.

10  BY MR. POUNIAN:

11      Q.    Where did you work for

12  airways engineering when you first

13  started your job there?

14      A.    (In English) Can you repeat

15  the question?

16            INTERPRETER MIKHAIL:  The

17        interpreter can repeat the

18        question.

19            THE WITNESS:  I don't

20        remember exactly.

21  BY MR. POUNIAN:

22      Q.    Well, did you have an

23  office?

24      A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     Q.    And where was your office?

2     A.    In the same -- in the

3  airways engineering.

4     Q.    Was that in Jeddah?

5     A.    Correct.

6     Q.    And where was that office

7  located?

8     A.    Next to Alp Karli's office.

9     Q.    And that was a building of

10  airways engineering?

11     A.    Correct.

12     Q.    And was Mr. Salmi's office

13  in the same building?

14     A.    Yes.

15     Q.    And how long did you work at

16  that particular office?

17     A.    Since I first got the

18  secondment it was about five years, just

19  about five years.

20     Q.    I asked how long did you

21  work at the office of airways engineering

22  in Jeddah?

23     A.    I do not know.

24           MR. BEETAR:  I don't

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          remember.  Sorry.  He said, I

2          don't remember.

3     BY MR. POUNIAN:

4          Q.    What were your job duties

5     when you worked for airways engineering

6     in Jeddah at the office?

7          A.    In the finance department.

8          Q.    What did you do in the

9     finance department?

10         A.    Finance matters.

11         Q.    What finance matters?

12         A.    So salaries, purchases and

13    contracts and so forth.

14         Q.    And what -- what did you do

15    with regard to these items?

16              INTERPRETER MIKHAIL:

17         Counsel, please repeat the

18         question for the interpreter.

19    BY MR. POUNIAN:

20         Q.    What were you doing with

21    regard to salaries, purchases, contracts

22    and so forth?

23         A.    I was a reviewer for

24    renewal.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. BEETAR:  No, no.  He

2     said reviewing and auditing.

3          THE WITNESS:  (In English)

4     Auditing.  Yes.

5          MR. KRY:  Sorry.  On the

6     realtime at 36/20, I see the

7     testimony was changed to "next to

8     Avco's office."  The witness said

9     next to Alp Karli's office.  It's

10    at 36/20.

11 BY MR. POUNIAN:

12     Q.    And what were you reviewing

13 and auditing specifically?

14     A.    Anything finance related, it

15 would come my way and I would look at.

16     Q.    Like what?

17     A.    So the salaries, the

18 invoices, the purchases.  Every

19 department, they would have purchases and

20 I would have to review the transaction,

21 the procedures of the transactions, the

22 paperwork, are the paperwork aligned with

23 the law, are they following the

24 finance -- the finance conditions and so

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   forth.

2          Q.    And did anyone work for you?

3          A.    So when I worked for the

4   airways engineering, they would tell me

5   that I would replace Karli but I needed

6   to study English.

7          Q.    Who told you that?

8          A.    Job requirements.

9          Q.    Who told you about replacing

10  Alp Karli?

11         A.    When I first came, they told

12  me.  In the same division.

13         Q.    Who told you?

14         A.    In the same division, when I

15  first got there, they told me, get

16  yourself ready to replace Alp Karli

17  because he's going to retire.  And I was

18  fit to take the post, but I needed to

19  better my English.

20         Q.    You keep saying, sir, that

21  "they told you."  Who are "they"?  Who

22  are the ones who told you?

23         A.    Who told me?  The head of

24  the department and the assistant.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And who -- the head of the

2  department being Salmi?

3             MR. SHEN:  Objection to

4        form.

5             INTERPRETER MIKHAIL:

6        Interpreter did not hear.  Please

7        repeat.

8             THE WITNESS:  Alp Karli.

9             MR. BEETAR:  Alp Karli,

10       A-L-P.

11  BY MR. POUNIAN:

12       Q.    Did you speak with Mr. Salmi

13  about that issue?

14       A.    Which issue?

15       Q.    About your future at airways

16  engineering.

17       A.    No.

18       Q.    So is Alp Karli the only

19  person you spoke to about it?

20       A.    Yes.  He was my boss.  He

21  was the one getting me ready for me to

22  take on the post.

23       Q.    Sir, who sent you to San

24  Diego?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1        A.    So at the beginning, I went

2   to study, on my own expense, English.  I

3   had --

4                -  -  -

5          (Whereupon, a discussion off

6      the record occurred.)

7                -  -  -

8          INTERPRETER MIKHAIL:  The

9      interpreter will repeat.

10         THE WITNESS:  In the

11     beginning, I went to study, on my

12     own expense, English.  I had that

13     intent.

14  BY MR. POUNIAN:

15      Q.    My question was, who sent

16  you to San Diego?

17      A.    No one in specific sent me

18  to San Diego.

19      Q.    Sir, you were assigned to

20  San Diego as part of your job at airways

21  engineering; am I correct?

22      A.    Yes.  Yes, later on.  In the

23  beginning I was on vacation, and then I

24  enrolled in Dallah.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    MR. KRY:  Objection.

 2         Nonresponsive.

 3    BY MR. POUNIAN:

 4         Q.    Sir, were you saying you

 5    were on vacation in San Diego?

 6                    MR. SHEN:  I'm sorry, can we

 7         check the translation?  Did he say

 8         enrolled in Dallah?

 9                    INTERPRETER MIKHAIL:  That's

10         what the interpreter interpreted.

11         But the monitor can double check.

12                    MR. BEETAR:  Yes, he said

13         that.  Yes.

14                    INTERPRETER MIKHAIL:  What's

15         the question?

16    BY MR. POUNIAN:

17         Q.    Sir, who assigned you to go

18    to San Diego?

19         A.    I do not remember.

20         Q.    How is it that you

21    decided -- how is it that it was decided

22    that you would go to San Diego?

23         A.    It wasn't a specific

24    decision that I would go to San Diego.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    The decision was that I have to get

2    educated so I can take on that post.

3         Q.    And how was it that you went

4    to San Diego?

5         A.    I don't remember exactly,

6    but there was communication between me

7    and educational institutions,

8    universities, until the American national

9    institution accepted me, so I went.

10        Q.    How was it that you decided

11   to go to San Diego as opposed to some

12   other place?

13        A.    So there was an offer from

14   the American Language Institute at the

15   San Diego State University, and I

16   complied.

17        Q.    How was it that you decided

18   to go to San Diego as opposed to some

19   other place in the United States, or in

20   England for that matter?

21        A.    So I don't remember exactly.

22   I went to Florida prior.  If it was

23   another place, it would have been okay,

24   too.  I could have gone to Minnesota,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   that would have been okay as well.

 2              But I got an offer from the

 3   American Language Institute, and I

 4   accepted it.  And that was that.

 5        Q.    How did you get an offer?

 6        A.    Through communication.

 7        Q.    And you initiated the

 8   communication --

 9              MR. BEETAR:  Sorry.  Sorry.

10        It's correspondence.

11              I have to clarify this for

12        the next question.

13              THE WITNESS:  I believe it

14        was me.  And I also believe the

15        division also initiated the

16        correspondence.

17   BY MR. POUNIAN:

18        Q.    And by "the division," you

19   mean the airways engineering, your

20   finance division?

21        A.    Correct.

22        Q.    And who initiated the

23   correspondence?

24        A.    Who?  I don't remember.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    Which department within

2     airways engineering handled that?

3          A.    So there is the employees

4     division and the finances.  Between the

5     employees and the finance divisions.

6               MR. BEETAR:  It can be

7          personnel division instead of

8          employees.  Personnel division and

9          finance division.

10               INTERPRETER MIKHAIL:  Noted.

11     BY MR. POUNIAN:

12          Q.    I take it, sir, this was not

13     a decision that you made?

14               MR. SHEN:  Objection to

15          form.  What decision?

16               MR. POUNIAN:  The decision

17          to go to San Diego.

18               THE WITNESS:  That's the

19          offer that was offered.

20     BY MR. POUNIAN:

21          Q.    The offer was obtained by

22     someone at airways engineering; is that

23     right?

24               MR. SHEN:  Objection to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           form.

2                   INTERPRETER MIKHAIL:  Can we

3           repeat the question?

4                   The offer was by someone in

5           airways engineering?

6    BY MR. POUNIAN:

7           Q.    The offer for you to go to

8    San Diego was obtained by someone within

9    airways engineering; you can't remember

10   who it was, but it was obtained by

11   someone else; is that right?

12                  MR. SHEN:  Objection to

13          form.

14                  THE WITNESS:  No.  What

15          happened is there was

16          correspondence with many

17          universities, and then we got a

18          reply from San Diego State

19          University from the American

20          Language Institute.

21                  They made an offer, we

22          accepted it, and that was that.

23   BY MR. POUNIAN:

24          Q.    You said that the

REDACTED FOR PUBLIC FILING

1    correspondence was initiated within the

2    division.

3              Did you initiate the

4    correspondence or did someone else do

5    that?

6         A.    I don't remember.

7         Q.    Who paid for your school in

8    the United States, your language school?

9         A.    The airways engineering.

10        Q.    Did they also pay living

11   expenses for you?

12        A.    Honestly, when it comes down

13   to expenses, they were paid, they were

14   cut off, then they were paid, then they

15   were cut off, on phases.

16        Q.    And what do you mean by

17   that?

18        A.    I don't know.  It really

19   depended on their financial

20   circumstances.

21        Q.    Where did you first live in

22   San Diego?

23        A.    When I first got there, in a

24   hotel.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    What hotel was that?

2      A.    I don't remember.

3      Q.    Did you know anyone in San

4  Diego when you got there?

5      A.    No.

6      Q.    Did you find an apartment or

7  a house at some point?

8      A.    (In English) Yes, I spent, I

9  think, three days in the hotel.  And

10 then --

11           (Through Interpreter) Yes,

12 first I remained for three days in the

13 hotel, and then I went to an apartment by

14 taxi.

15     Q.    And how did you find the

16 apartment?

17     A.    (In English) I went to the

18 mosque.

19           (Through Interpreter) I went

20 to the mosque.

21     Q.    Which mosque?

22     A.    Islamic Center of San Diego.

23     Q.    And what happened when you

24 went to the mosque?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.    (In English) I asked for --
 2                (Through Interpreter) I
 3   inquired that I was looking for an
 4   apartment.
 5          Q.    And who did you inquire
 6   with?
 7          A.    The community, the
 8   congregation that was present at the
 9   mosque.
10          Q.    Who did you speak with at
11   the mosque?
12          A.    I don't remember exactly
13   with who.  Many.
14          Q.    You say with "many."
15                How many people did you
16   speak with at that time?
17          A.    I don't remember exactly.
18   You know, during the prayer time, there
19   is a congregation of people who pray.
20   And I inquired -- I asked, does anybody
21   know an apartment.  And they said, yes,
22   there is one.
23          Q.    And do you remember the name
24   of anyone you spoke with at that time?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    (In English) One of them was

2  American.

3            (Through Interpreter) Yes.

4  One of them was American.

5      Q.    And who was that?

6      A.    (In English) His name?

7      Q.    Yes.

8      A.    Omar Hammerman.

9            INTERPRETER MIKHAIL:

10  Hammerman.   Okay.

11  BY MR. POUNIAN:

12      Q.    And do you remember anyone

13  else?

14      A.    No.

15      Q.    And did Omar Hammerman help

16  you find an apartment?

17      A.    (In English) Yes.

18            (Through Interpreter)  Yes.

19      Q.    And where was that

20  apartment?

21      A.    (In English) San Diego.

22            (Through Interpreter) San

23  Diego.

24      Q.    Where?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1         A.    (In English) I forgot now.
 2               (Through Interpreter) I
 3    forgot now.
 4         Q.    Was it on Beadnell?
 5         A.    Beadnell Way?
 6         Q.    Yes.
 7         A.    (In English) I think so.
 8         Q.    You think so?
 9               MR. SHEN:  The transcript
10         says Midvale.
11               Is that what you said,
12         Steve?
13               MR. POUNIAN:  I said
14         Beadnell, B-E-A-D-N-E-L-L.
15               THE WITNESS:  Yes, it was
16         the address on Beadnell.  Yes,
17         correct.
18    BY MR. POUNIAN:
19         Q.    It was near the mosque?
20         A.    Yes.
21         Q.    And where did Omar Hammerman
22    live?
23         A.    Nearby.
24         Q.    What did Omar Hammerman do
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    to help you find this apartment?

2              INTERPRETER MIKHAIL:  The

3         interpreter will repeat the

4         question.

5              THE WITNESS:  He walked with

6         me, and we went and checked out

7         the apartment.

8    BY MR. POUNIAN:

9         Q.    Did he live in the same

10   building?

11        A.    No, no.

12        Q.    How did he know the

13   apartment was available?

14        A.    We inquired with a few

15   complexes, and then we found this one

16   complex.  And they said, yes, there is an

17   available apartment.

18        Q.    When you -- when you went to

19   San Diego, how long were you planning on

20   staying there?

21        A.    At the beginning, I planned

22   to only study the English language.

23        Q.    How long were you planning

24   on staying?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    At the beginning, my plan

2   was to remain there for a year.

3        Q.    And after the year, what was

4   the plan?

5        A.    I enrolled in a Master's

6   program.

7        Q.    You said, sir, that your

8   plan, when you went to San Diego, was to

9   stay there for one year.

10            And then was your plan,

11   then, to return to Saudi Arabia after one

12   year?

13        A.    Yes.

14        Q.    And were you being paid a

15   salary when you moved to San Diego?

16        A.    Yes.

17        Q.    Who was paying your salary?

18            INTERPRETER MIKHAIL:  What

19        was then your salary?

20            MR. POUNIAN:  No.  Who was

21        paying your salary?

22            MR. KRY:  Objection to form.

23            THE WITNESS:  Dallah.

24   BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

1    Q.    Sir, when you first moved to

2    San Diego, who was paying your salary?

3         MR. KRY:  Same objection.

4         THE WITNESS:  Dallah.

5    BY MR. POUNIAN:

6    Q.    And how was it that Dallah

7    was paying your salary?

8         MR. KRY:  Objection to form.

9         THE WITNESS:  They were

10        paying it because I received a

11        secondment.

12   BY MR. POUNIAN:

13   Q.    When you arrived in San

14   Diego, did you have what you're calling a

15   secondment at that time?

16   A.    Yes -- no, it was later on.

17   At first I did not have a secondment.

18   Later on, I received a secondment.

19   Q.    And who arranged the

20   secondment?

21   A.    The finance division.

22   Q.    The finance division of

23   airways engineering?

24   A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        Q.    Sir, did you ever do any
 2   work for Dallah Avco?
 3             MR. KRY:  Objection to form.
 4             INTERPRETER MIKHAIL:  The
 5        interpreter, Dallah Avco?  Okay.
 6             THE WITNESS:  So Dallah Avco
 7        works under the umbrella of ANSS.
 8        I work under ANSS and not directly
 9        under Dallah.
10   BY MR. POUNIAN:
11        Q.    Did you ever have any job
12   responsibilities when you were working
13   under ANSS?
14        A.    Yes.
15        Q.    What were your job
16   responsibilities?
17        A.    Prior, it was in the finance
18   auditing and financial revisions.
19        Q.    And when and where did you
20   do that work, sir?
21        A.    At the beginning, it was at
22   Karli's office.
23        Q.    And that's before you went
24   to San Diego, is what you're saying, sir?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1            A.     And also after I came back
 2   from San Diego.   I studied for a bit in
 3   Saudi and then after that, I went back to
 4   work.
 5            Q.     What job responsibilities
 6   did you have for ANSS before you went to
 7   San Diego?
 8            A.     I mentioned it before.
 9            Q.     Sir, when did you first work
10   for ANSS?
11            A.     (In English) Exact date?
12            Q.     Yes.
13            A.     I don't remember.
14            Q.     Was it before or after you
15   went to San Diego for the first time?
16            A.     Yes, yes.
17            Q.     Yes what?  I'm sorry.
18            A.     Yes, before I went to San
19   Diego.
20            Q.     And how long before?
21            A.     Before I went to San Diego,
22   I worked for the finance department for
23   ANSS.  Then I went to San Diego.
24            Q.     And did you have any job
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  responsibilities in San Diego?

2       A.    No.

3       Q.    Did you do any work when you

4  were in San Diego?

5       A.    No.

6       Q.    And who did you report to

7  when you were in San Diego?

8            INTERPRETER HALABI:  I'm

9       sorry, the interpreter did not

10      hear the name.

11           THE WITNESS:  Alp Karli.

12  BY MR. POUNIAN:

13      Q.    And during the time that you

14  were in San Diego, am I correct that Alp

15  Karli still reported to Mr. Salmi at

16  airways engineering?

17           MR. SHEN:  Objection to

18      form.

19           You can answer.

20           THE WITNESS:  It could have

21      been Salmi.  It could have been

22      the project manager in Dallah, who

23      was appointed by --

24           INTERPRETER Al-HALABI:  The

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          interpreter did not hear the last
2          word.
3                    THE WITNESS:  It was under
4          the -- it was under the airways
5          engineering and Dallah.  So I
6          don't know exactly.
7                    MR. KRY:  Objection to the
8          nonresponsive portion.
9     BY MR. POUNIAN:
10         Q.    Sir, did you know Mohamed
11    al-Salmi?
12         A.    He was the general manager
13    for the airways engineering.
14         Q.    And did you work with him in
15    person?
16         A.    No.
17         Q.    Did you have occasion to
18    talk to him at any time?
19         A.    About what?
20         Q.    Anything.
21         A.    I used to see him on
22    occasions.  He would say hello to the
23    employees.
24         Q.    Did you have communications

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    with him, you, with Mohamed al-Salmi?

2         A.    No.  I said no.

3         Q.    So you never spoke to

4    Mohamed al-Salmi yourself?

5         A.    About this, about work and

6    study, no.

7         Q.    Did he know you personally?

8         A.    He had 5,000 employees.  I

9    don't know.  I don't remember.

10        Q.    I'm asking, did he know you?

11              MR. BEETAR:  No, no.  He

12         said, I don't know if he knows me

13         or not.  He has 5,000 employees,

14         so I don't know if he knows me or

15         not.

16              THE WITNESS:  No.  I told

17         you he has 5,000 employees.  I

18         know him because he is the general

19         manager.  But whether he knows me,

20         I don't know.

21              MR. POUNIAN:  Let's show the

22         witness what we marked as

23         Exhibit-108.

24              MR. SHEN:  Steve, can we

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          take a break?  It's been an hour
 2          and 40 minutes.
 3                  MR. POUNIAN:  Let me just go
 4          through this exhibit and then
 5          we'll take the break, if we could.
 6                  If we could just go to the
 7          very last page of this document,
 8          please.
 9  BY MR. POUNIAN:
10          Q.    Do you see your name, sir,
11  at the top, Omar al-Bayoumi?
12          A.    Yes.
13          Q.    And it says AED next to
14  that.
15                  What does AED stand for?
16          A.    I don't know.
17          Q.    It doesn't stand for Airways
18  Engineering Department?
19          A.    It's possible.
20          Q.    You're not familiar with AED
21  standing for Airways Engineering
22  Department?
23          A.    (In English) I forgot all
24  the English now.  I just know -- I forgot
```

This Transcript Contains Confidential Material

1    some words.

2                    (Through Interpreter) I

3    forgot -- I forgot the English.  I don't

4    remember exactly right now.

5                    I haven't used the English

6    language in 20 years, approximately.

7         Q.    All right.  Well, at least

8    the position title here says, Senior data

9    processing technician.

10                   Do you see that, sir?

11                   MR. SHEN:  Objection to

12        form.  Misstates the document.

13                   THE WITNESS:  Yes.

14   BY MR. POUNIAN:

15        Q.    Did you ever hold that

16   position with the Presidency of Civil

17   Aviation, or any employer?

18        A.    The Presidency of Civil

19   Aviation did not have that.  It was only

20   in Dallah.

21                   MR. KRY:  Objection.

22        Nonresponsive.

23   BY MR. POUNIAN:

24        Q.    Did you hold that position,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    sir, ever, with any employer?

2                MR. KRY:  Objection to form.

3                THE WITNESS:  That's present

4        in the contract.

5    BY MR. POUNIAN:

6        Q.    Sir, did you ever fulfill

7    those job duties for that position at any

8    employer?

9                MR. SHEN:  Objection to

10       form.

11               MR. KRY:  Same.  Join.

12               THE WITNESS:  No.  I was in

13       the secondment.

14   BY MR. POUNIAN:

15       Q.    Sir, if we just look at the

16   bottom of this page, please.

17               Do you see Alp Karli's name

18   on the right side there?

19       A.    (In English) Yes.

20       Q.    And he was your -- he was

21   your supervisor and boss; is that

22   correct?

23       A.    Yes.

24       Q.    And it says, Employee's

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    signature.

2              Is that your signature in

3    the box to the left of Alp Karli?

4         A.    Yes.

5         Q.    And did you sign this at the

6    time it was prepared?

7         A.    (In English) I don't

8    remember.

9         Q.    But you recognize that as

10   your signature?

11        A.    Yes.

12             MR. POUNIAN:  We can take a

13        break now.

14             VIDEO TECHNICIAN:  Going off

15        the record, 8:45 a.m.

16                  -  -  -

17             (Whereupon, a brief recess

18        was taken.)

19                  -  -  -

20             VIDEO TECHNICIAN:  Back on

21        the record at 9:07 a.m.

22   BY MR. POUNIAN:

23        Q.    Sir, we were just looking at

24   Exhibit-108.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              Where were you when you
2    signed that document that we reviewed
3    just before the break?
4         A.    I think I was in San Diego,
5    '95.
6         Q.    And did you sign the form in
7    San Diego?
8         A.    I signed the papers, and I
9    came back.
10             Oh, I signed the papers, and
11   they returned the papers again.
12        Q.    All right.  So you signed
13   the papers in San Diego; is that right?
14        A.    Yes.
15        Q.    And then you sent them to
16   Saudi Arabia?
17        A.    Yes.
18        Q.    And where did you send them?
19        A.    The airways.
20        Q.    When you met Omar Hammerman,
21   where was he working?
22        A.    He was a student.
23        Q.    Where was he a student?
24        A.    I think San Diego State
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    University.

2           Q.    And is that the school you

3    attended to learn English?

4           A.    I think so.

5           Q.    So you and Omar Hammerman

6    went to the same school at the same time?

7           A.    No.

8           Q.    I thought you just said that

9    he went to that school.

10          A.    He was studying at San Diego

11   State University before my arrival.

12          Q.    And at the time you first

13   met him, where was he going -- what was

14   he doing?

15          A.    I met him at the mosque, and

16   he was studying at the university,

17   engineering.

18          Q.    Which university?

19          A.    I think San Diego State

20   University.  I think.

21          Q.    And that's the same school

22   you went to when you first went to San

23   Diego; is that right?

24          A.    Same school, but different

REDACTED FOR PUBLIC FILING

1  institute.  It's called American Language

2  Institute.

3        Q.    At the same campus?

4        A.    Yes.

5        Q.    Did Omar Hammerman become a

6  friend of yours?

7        A.    The meaning of friendship

8  now changed.

9        Q.    Well, what was your

10 relationship with Omar Hammerman?

11       A.    There was no relationship.

12 We prayed at the mosque.

13       Q.    So you say you had no

14 relationship with him other than praying

15 at the mosque?

16       A.    The relationship changed.

17 It's different now than before.

18             Before you would meet

19 someone, and now there's no such thing.

20       Q.    Sir, I'm talking about your

21 relationship with Omar Hammerman in San

22 Diego when you lived there.  That's what

23 I'm asking about.

24             What was your relationship

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  with Omar Hammerman at that time, when

2  you were both living in San Diego?

3       A.    It was an ordinary

4  relationship.

5       Q.    And what does that mean?

6       A.    What I mean by that is that

7  if I see him, I would say hello.  And if

8  he sees me, he would greet me.

9       Q.    And was that -- that was it?

10      A.    Yes.

11      Q.    Did you have a nickname for

12  him?

13      A.    I don't think so.  His name

14  is Omar Hammerman.  That's it.

15      Q.    And how often did you see

16  him?

17      A.    On occasion.

18           INTERPRETER Al-HALABI:  I'm

19       sorry, the interpreter misheard.

20           He meant -- he said, during

21       prayers.

22  BY MR. POUNIAN:

23      Q.    So you only saw him at the

24  mosque is what you're saying?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    Yes, I saw him at the

2   mosque.  Yes.

3      Q.    And did you see him any

4   other place?

5      A.    Another place?  Like, I

6   don't know, maybe at a grocery store,

7   somewhere else.  I don't know.

8      Q.    Did you ever see him -- go

9   out to dinner with him?

10      A.    Yes, yes, yes.

11      Q.    And the two of you were

12   friends; am I right?

13      A.    Now the meaning of

14   friendship changed.  What's the meaning

15   of friendship?

16      Q.    What does it mean to you to

17   be a friend to somebody?

18      A.    Meaning if I got sick, he

19   would visit me.  If I needed, he would

20   give me.  If I made a mistake, he would

21   correct me.  That's the friend.

22      Q.    And did you have that

23   relationship with Omar Hammerman?

24      A.    No.  It was more of a simple

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    relationship.  He would visit me at my

2    house, he would eat dinner.  I went to

3    his family's one day with my family.

4              Q.    And did Omar Hammerman tutor

5    your children?

6              A.    No.

7                    MR. POUNIAN:  If we can show

8              the witness Exhibit-518, please.

9    BY MR. POUNIAN:

10             Q.    Before I get there, did Omar

11   Hammerman help you with your studies in

12   the United States?

13             A.    I don't remember, no.

14             Q.    Did he help you with

15   English?

16             A.    Tutor me?  No.

17             Q.    All right.  I'd like to show

18   you Exhibit-518, please.

19                   MR. POUNIAN:  And if you

20             could turn to the next page.

21                   MR. SHEN:  Steve, if you're

22             going on the FBI record --

23                   MR. POUNIAN:  Yes, if we

24             could, please, go on the FBI

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1         record.

 2                   -   -   -

 3              (FBI Protected Material.)

 4                   -   -   -

 5              VIDEO TECHNICIAN:  One

 6         moment.

 7              Everyone should be in there.

 8         If I did forget anyone, please say

 9         something now.  But I think

10         everyone is in.

11              MR. POUNIAN:  If we could

12         turn to the first page.

13    BY MR. POUNIAN:

14         Q.    Can you identify this

15    document to us, sir?

16         A.    Yes, yes.

17         Q.    And what is it?

18         A.    That's a phone book that was

19    at the mosque.

20         Q.    And it's a phone book you

21    prepared?

22         A.    I prepared it, and I had

23    volunteers.  Whoever wanted to add their

24    names, they did.
```

- Filed publicly -
Pls. Ex. 12BB_ppr
(MPS688)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          (In English) Not volunteers.

2  They would add their names.

3          (Through Interpreter) What I

4  meant is that this phone book was at the

5  mosque.  Anyone who wanted to add their

6  names, they did.  And later volunteers

7  would enter it into the computer.

8       Q.    And what mosque?

9       A.    Al-Madina Mosque.

10      Q.    And the first line of this

11 document says, Omar's phone book.

12          "Omar" refers to you, Omar

13 al-Bayoumi; am I correct?

14      A.    (In English) Yes.

15      Q.    And the date is January

16 26th, 2000.

17          Is that the date you

18 prepared this phone list?

19      A.    (In English) Yes.  In the

20 beginning.  After that, you know,

21 updating.

22          (Through Interpreter) Yes.

23 In the beginning.  But then after that,

24 it was renewed.  So the volunteers would

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  add names or take off names.

2         Q.    But you prepared the

3  original typed version of this document;

4  am I correct?

5         A.    I did not enter all of it.

6         Q.    Can you explain that, sir?

7         A.    I mean, for example, the

8  first ten names, I entered it.  Then

9  someone else came after me and entered

10  and such.  It depends.  For example --

11  that's just for example.

12         Q.    Well, who else was preparing

13  this document, sir?

14         A.    A group of helpers, young

15  men, volunteers helping in the community.

16         Q.    Who typed the document?

17         A.    I don't know.  But in the

18  beginning, it's my name.  Then there was

19  additions and subtractions.  Anybody can

20  add or take off.

21         Q.    Okay.  You prepared the

22  original draft of this document; am I

23  correct, sir?

24              MR. SHEN:  Objection to

This Transcript Contains Confidential Material

```
 1          form.  What -- objection.
 2                  THE WITNESS:  Original
 3          document, what's the limits?
 4          Because I see other names on it.
 5                  MR. BEETAR:  I have to
 6          rephrase that.
 7                  He said, like, what do you
 8          mean by original names?  And what
 9          do you mean by that?  Because I
10          have many additions to it.
11   BY MR. POUNIAN:
12          Q.   Sir, do you see the
13   handwriting on this document?
14          A.   Yes.
15          Q.   Do you recognize your
16   handwriting?
17          A.   Yes.
18          Q.   And is all of the
19   handwriting here your handwriting?
20          A.   (In English) No.
21               (Through Interpreter) No.
22          Q.   And can you identify what
23   handwriting is not your handwriting?
24          A.   (In English) Sandine, that's
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    not my handwriting.

2         Q.    So what's just highlighted

3    on the screen there, that's not yours?

4         A.    (In English) No.

5         Q.    What else?

6         A.    (In English) I think this

7    one is not my handwriting, this one here.

8         Q.    Which one are you talking

9    about?

10        A.    (In English) I'm using my

11   finger.

12        Q.    Well, read it out loud to

13   us, please.

14        A.    This, what it says, it's

15   written in Arabic.  It's written in

16   Arabic.

17        Q.    Is that -- is that what

18   you're referring to, what has just been

19   circled on the screen?

20        A.    (In English) I'm not sure,

21   but can you get down a little bit?  Get

22   down a little bit.  No.  Down.  Down.

23             INTERPRETER Al-HALABI:  If

24        we can go down.

This Transcript Contains Confidential Material

```
1              THE WITNESS:  (In English)
2         Go up.  Go up.  This one here, not
3         my handwriting.
4  BY MR. POUNIAN:
5         Q.    Which one?
6         A.    (In English) Some of them.
7  This one is, okay.
8         Q.    Well, we don't know -- we
9  need to -- can you tell us on the record,
10 sir, please, the numbers that are not
11 your handwriting?
12              You've identified --
13        A.    (In English) This one.
14        Q.    You've identified --
15        A.    The one that is circled in
16 red.
17        Q.    All right.  That's not your
18 handwriting.  We've already gone through
19 that one.
20              What else?
21        A.    I'm not sure.  I'm not clear
22 about the second one in the red.
23        Q.    So the second one may or may
24 not be your handwriting, the one on the
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    lower left right now on the screen; is

2    that right?

3          A.    (In English) Yes.  I'm not

4    sure if this one is my handwriting or

5    not, no.

6          Q.    You're not sure.

7                But everything else on there

8    is your handwriting, is that right,

9    except for what we've marked already?

10               MR. SHEN:  Objection.

11               THE WITNESS:  Yes.

12               MR. SHEN:  You're referring

13         to the first page, which is the

14         only one you're showing him?

15               MR. POUNIAN:  That's

16         correct, for the time being.

17   BY MR. POUNIAN:

18         Q.    What computer did you use to

19   prepare this phone book?

20               MR. SHEN:  Objection.

21               THE WITNESS:  The computer

22         that was in the mosque.

23   BY MR. POUNIAN:

24         Q.    And was that a computer

This Transcript Contains Confidential Material

1    that -- a computer that you used at the

2    mosque?

3         A.    We had two computers at the

4    mosque.

5         Q.    And what were those two

6    computers used for?

7         A.    For the purpose of writing.

8         Q.    And was there -- was this

9    computer located at your desk?

10        A.    We had two offices.

11        Q.    And did you have an office?

12        A.    Yes.

13        Q.    And was this -- the computer

14   where this phone book was written, was

15   this in your office?

16        A.    I do not know.  I'm not sure

17   if it was in the office or the other

18   office or on the papers outside.  Because

19   there is a sheet on which all the guests'

20   names are written and then they are

21   inputted on this.

22        Q.    And you input them into the

23   computer?

24        A.    As I already explained, I am

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   not the only one who would be inputting

2   this information.  There were volunteers

3   that would come and help, youth that

4   would come and help with the cleaning,

5   with the inputting, with the writing,

6   with food prepping.

7        Q.    Who prepared the first draft

8   of this phone book, sir?

9        A.    I do not know.  But at the

10  beginning, it was I.

11       Q.    You prepared the first

12  draft; am I correct?

13            MR. SHEN:  Objection as to

14       timeframe.

15            You can answer if you

16       understand it.

17            THE WITNESS:  I do not know.

18  BY MR. POUNIAN:

19       Q.    You said "at the beginning,

20  it was I."

21            The beginning, you, Omar

22  al-Bayoumi, prepared the phone book

23  draft, right?

24            MR. SHEN:  Objection.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Timeframe.
 2               THE WITNESS:  (In English)
 3          Omar's phone book, January 26,
 4          2000, yes.
 5               (Through Interpreter)
 6          January 26, 2000, yes.
 7               MR. POUNIAN:  Let's go to
 8          the second page, please.
 9     BY MR. POUNIAN:
10          Q.   Do you recognize this
11     handwriting, sir?
12          A.   (In English) Yes.
13          Q.   And that's your handwriting?
14          A.   Yes.
15               MR. POUNIAN:  Let's go to
16          the next page.  And the next.
17     BY MR. POUNIAN:
18          Q.   Do you recognize this
19     handwriting, sir?
20          A.   Yes.
21          Q.   And whose handwriting is
22     that?
23          A.   My handwriting.
24          Q.   All right.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            MR. POUNIAN:  Let's go to

2       the next page.  Highlight the

3       handwriting there.

4  BY MR. POUNIAN:

5       Q.    Is that your handwriting?

6       A.    Yes, yes.

7       Q.    All right.

8            MR. POUNIAN:  Let's look

9       down the page and see if there's

10       more handwriting.

11  BY MR. POUNIAN:

12       Q.    Is that your handwriting,

13  the number ▮▮▮?

14       A.    Yes.

15       Q.    It is?

16       A.    Yes.

17            MR. POUNIAN:  If we can go

18       to the next page.

19  BY MR. POUNIAN:

20       Q.    Something that looks upside

21  down there on the screen here, do you

22  recognize that, sir?

23       A.    No.

24       Q.    You can't tell one way or

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    another; is that right?

2                    MR. SHEN:  Objection.

3                    THE WITNESS:  This is not my

4         handwriting.

5    BY MR. POUNIAN:

6         Q.    Okay.

7                    MR. POUNIAN:  Can we go to

8         the next page?

9    BY MR. POUNIAN:

10        Q.    Do you recognize the

11   handwriting on this page as your

12   handwriting?

13        A.    Yes.

14        Q.    Okay.

15                   MR. POUNIAN:  And let's go

16        to the next page.

17   BY MR. POUNIAN:

18        Q.    Is that your handwriting?

19        A.    Yes.

20        Q.    And that number?

21        A.    (In English) Flip it.

22              (Through Interpreter) I do

23   not know.

24        Q.    Okay.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. POUNIAN:  Can we go to

2     the next page?  And the last page.

3  BY MR. POUNIAN:

4          Q.    Is that your handwriting?

5          A.    Yes.

6          MR. POUNIAN:  If we could

7     turn to Page 1299.  And if we

8     could just highlight Omar

9     Hammerman, please.

10  BY MR. POUNIAN:

11          Q.    Did you put that number in

12  the phone book?

13          A.    (In English) I'm not sure.

14  As I told you before, sometimes we have

15  sheets, anybody can put their names in

16  it.

17          (Through Interpreter) We had

18  sheets where anybody can input the

19  numbers.  But had I put it myself?  I

20  don't remember.

21          Q.    What do you mean by -- what

22  do you mean by a "sheet"?

23          A.    (In English) Several sheets

24  for anybody to put his, for example, name

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    or his -- what do you call it -- comment

2    about the mosque or something like that.

3              (Through Interpreter) Upon

4    which any of the guests can write remarks

5    regarding the mosque or their input

6    regarding the mosque or their telephone

7    number or their cell phone number.

8         Q.   And then you took various

9    information and prepared the first draft

10   of this document, right?

11             INTERPRETER MIKHAIL:

12        Interpreter will repeat.

13             THE WITNESS:  There wasn't

14        necessarily a draft.  We were just

15        writing it down, that's all.

16             MR. SHEN:  For the court

17        reporter, there was an objection

18        to the last question.

19   BY MR. POUNIAN:

20        Q.   This is -- this was typed

21   into a computer by you when it was first

22   prepared; am I correct?

23             MR. SHEN:  Objection to

24        form.  Misstates the prior

REDACTED FOR PUBLIC FILING

```
 1              testimony.

 2                   INTERPRETER MIKHAIL:

 3              Interpreter will repeat.

 4                   THE WITNESS:  So at the

 5              beginning, I started it.  Omar's

 6              phone book, something, and then

 7              after that anybody can add on

 8              information to the phone book.

 9    BY MR. POUNIAN:

10              Q.    When did you start the phone

11    book?

12              A.    I don't remember.

13              Q.    Well, the first version we

14    have is this one of January 26th, 2000.

15                   Am I correct that that's the

16    first version of the phone book?

17              A.    Honestly, I don't remember.

18    It's written.

19                   MR. SHEN:  There's an

20              objection to the last question,

21              for the court reporter.

22    BY MR. POUNIAN:

23              Q.    And when you say "it's

24    written," what do you mean by that?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    So it is clear, it's

2    written.  At the beginning, I started it,

3    and then later on more information was

4    entered by volunteers.  I also continued

5    to enter information, but not all

6    information was entered by I.

7         Q.    And who are these volunteers

8    that you're referring to?

9         A.    A group of volunteers,

10   basically the sons of the families that

11   frequent the mosque.

12        Q.    And can you name them?

13        A.    (In English) I don't

14   remember anyone.

15             (Through Interpreter) I

16   don't remember any of them.

17        Q.    So you can't give us a name

18   of anyone that you're referring to?

19        A.    Honestly, I don't remember.

20   I don't remember any of them because a

21   period of time was very short.

22        Q.    What period of time was

23   short?

24        A.    The period of time during

This Transcript Contains Confidential Material

1    which I was present at the mosque.

2            MR. POUNIAN:  If we could

3        put before the witness

4    

5

6

7    BY MR. POUNIAN:

8        Q.

9

10

11

12

13       A.

14       Q.

15

16       A.

17       Q.

18

19       A.

20       Q.

21

22       A.

23       Q.

24

This Transcript Contains Confidential Material



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ████████████████████████████████████

2           MR. SHEN:  ████████████████

3    ████████████████   ████████████████

4    ██████████

5        ████████████████████████████████

6    █████████████████████████████████

7    ██████████████████████████████

8    ████████████████████████████████████

9    ████████████████████████

10          MR. POUNIAN:  ████████████████

11   ██████████████████████████████████████

12   ██████████

13          THE WITNESS:  █████████████

14   ██████████████████

15          MR. POUNIAN:  If we could

16   just go back to Exhibit-518 for a

17   second here.

18   BY MR. POUNIAN:

19       Q.    You said that the -- the one

20   item of handwriting that you said was not

21   yours, Sandine, on the right here.

22             Do you see that, sir?

23       A.    Yes.

24       Q.    Do you know whose

█████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    handwriting that is?

2         A.    I do not know.

3         Q.    Sir, did you have a business

4    relationship with a company called Ercan?

5         A.    Ercan is a subcontractor at

6    ANSS.

7         Q.    And did you have a business

8    relationship with Ercan?

9         A.    No.

10        Q.    Did you do any work with

11   Ercan at any time?

12        A.    No.

13        Q.    Did you have any contact

14   with Ercan at any time?

15        A.    I do not remember.

16        Q.    Was there a person at Ercan

17   that you knew?

18        A.    Know him?  No.

19        Q.    Was there anyone at Ercan

20   that you knew?

21        A.    No.  Remember him?  No.  But

22   I remember that it was the subcontractor.

23        Q.    Was there any individual

24   person that you knew at Ercan?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    No.

2            MR. POUNIAN:  If we can turn

3      on this document in front of us to

4      Page 1297, it's the fifth PDF

5      page.

6            Look at the very top.  If we

7      can highlight Ercan down to

8      Newport Beach, just that portion

9      of it, please.

10  BY MR. POUNIAN:

11     Q.    Did you put this phone

12  number in the phone book, sir, for Ercan?

13     A.    Yes.

14     Q.    And there's a person's name

15  here, Magdi Hanna.

16            Who is Magdi Hanna?

17     A.    (In English) Maybe he's from

18  Ercan.

19            (Through Interpreter) Maybe

20  he's from Ercan.

21     Q.    Do you know Magdi Hanna?

22     A.    No.

23     Q.    Do you know a man named

24  Magdi Hanna, M-A-G-D-I Hanna?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    No.

2    Q.    Did you ever have occasion

3 to meet Magdi Hanna?

4    A.    Not at all.

5    Q.    Did you speak to Magdi Hanna

6 on the telephone?

7    A.    I don't remember.

8    Q.    Why is Ercan's phone number

9 in your phone book?

10    A.    Perhaps during the period of

11 time they paid tuition fees or studying

12 fees, or something along the lines,

13 because they were a subcontractor for

14 ANSS.

15    Q.    What do you remember, sir,

16 regarding why Ercan is in your phone

17 book?

18    A.    Like I mentioned at the

19 beginning, perhaps I'm the one who wrote

20 down the name, and one of the volunteers

21 inputted it into the phone book.

22        All the names written here,

23 I'm the one who wrote them.

24    Q.    Well, you said you wrote

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    this into the phone book.  And you

2    provided driving directions to Ercan.

3              Did you drive to Ercan, sir?

4              MR. SHEN:  Objection to

5         form.

6              THE WITNESS:  I don't

7         remember.

8    BY MR. POUNIAN:

9         Q.    Well, who wrote these

10   driving directions on this -- in this

11   phone book?

12        A.    I do not remember.

13        Q.    Did you ever go to Newport

14   Beach?

15        A.    No.

16        Q.    Did you ever collect money

17   from Ercan?

18        A.    Collect money?  No.

19        Q.    Did you ever meet any

20   employees of Ercan?

21              INTERPRETER MIKHAIL:  Please

22        repeat the question, counsel.  Did

23        you ever --

24   BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    Did you ever meet any

2  employees of Ercan?

3      A.    I do not remember.

4      Q.    Did you have any

5  conversations with anyone at PCA about

6  Ercan?

7      A.    I do not remember, no.

8      Q.    Did you ever have any

9  conversations with Alp Karli about Ercan?

10     A.    I do not know, no.

11          MR. POUNIAN:  ██████████████

12  ████████████████████████████████

13  ██████████████

14              -   -   -

15          ████████████████████████

16  ████████████████████████████████████

17  ████████████████████████████

18              -   -   -

19  BY MR. POUNIAN:

20     Q.    ████████████████████████████

21  ████████

22          MR. SHEN:  ████████████████

23  ██████████████████████

24          ████████████████████████████

         ██████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3

4          MR. KRY:

5

6          MS. INT-HOUT:

7

8          MR. SHEN:

9

10          MR. POUNIAN:

11          MR. SHEN:

12          MR. POUNIAN:

13

14          MR. SHEN:

15          MR. POUNIAN:

16          MR. SHEN:

17

18    BY MR. POUNIAN:

19          Q.

20

21

22

23

24

This Transcript Contains Confidential Material



```
 1              INTERPRETER MIKHAIL: ███████

 2     █████████████████████████████████████

 3     █████████████    ███████████████████████

 4     █████████████████████████

 5              MR. SHEN: █████████████████████

 6     █████████████    ███████████████████

 7     ████████████████████████████████████

 8     █████████████████

 9              THE WITNESS: ██████████████

10     ████████████████████████    █████████████

11     ███████████████████████████████████████

12     ████████████████████    ████████████████

13  BY MR. POUNIAN:

14          Q.    ████████████████████████████████

15              INTERPRETER MIKHAIL: ███████████

16              MR. POUNIAN: ██████████

17              THE WITNESS: █████████████████

18     ██████████████████████████████████

19  BY MR. POUNIAN:

20          Q.    █████████████████████████████

21          A.    ██████████

22          Q.    ██████████████████████

23          A.    ████████████████████████████████

24     ████████████████████████████████
```

This Transcript Contains Confidential Material



1    Q.

2

3    A.

4         MR. POUNIAN:

5

6

7

8

9

10

11

12

13

14

15

16   BY MR. POUNIAN:

17        Q.

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1  ███████████

2      A.    ████████████████████

3      Q.    ████████████████████

4  ██████████████████████████

5  ████████████████████████████

6  ████████████████

7         MR. SHEN:  ████████████  ██

8     █████████████████████

9       ████████████████

10        THE WITNESS:  ███████████

11   ████████████   ███████████

12   ██████████   ██████████

13        MR. POUNIAN:  ██████████

14   ███████████████████

15   ██████████   ██████████████

16   ███████

17              –   –   –

18      ██████████████████

19   ████████████

20              –   –   –

21        MR. POUNIAN:  ███████████

22   █████████████████████████

23              –   –   –

24      █████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          al-Bayoumi-680, No Bates,

2          Immigration Form, Status - For

3          Academic and Language Students,

4          was marked for identification.)

5                    -  -  -

6   BY MR. POUNIAN:

7          Q.    Sir, do you recall

8   submitting an immigration form to the

9   United States regarding your residency in

10  the United States?

11         A.    To immigrate to the United

12  States?  No, no.

13              MR. KRY:  Can we get an

14         exhibit number for the document,

15         please?

16              MR. POUNIAN:  Yes.  What is

17         the exhibit number?

18              COURT REPORTER:  680.

19              MR. POUNIAN:  680.  Thank

20         you.

21              MR. SHEN:  Steve, what's the

22         Bates number of the document?

23              MR. POUNIAN:  It does not

24         have a Bates number.  It's from

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   the USIU production.  It's from

2   their production as PDFs 30 and

3   31.

4         MS. PRITSKER:  Hi, this is

5   Gabrielle Pritsker counsel on

6   behalf of Dubai Islamic Bank.  I

7   just wanted to note that we were

8   excluded from the deposition at

9   approximately 9:21 a.m. Eastern

10  and were permitted to return at

11  10:02 a.m.  Thank you.

12        MR. POUNIAN:  That's because

13  we discussed FBI documents.

14        MR. SHEN:  And, Steve, these

15  have all been produced to us?

16        MR. POUNIAN:  It has been

17  produced, yes.  And it should be

18  available now in the download.

19        MR. NITZ:  Andy, I think the

20  Bates number that we received it

21  from plaintiffs with was PEC-KSA

22  1-30.

23  BY MR. POUNIAN:

24        Q.   Sir, did you have a visa to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    enter the United States?

2         A.    Yes.

3         Q.    And it was a -- when you

4    came and lived in San Diego at first, you

5    had a student visa; is that correct?

6         A.    Yes.

7         Q.    And to support your student

8    visa, you had to provide proof from the

9    schools that you attended?

10        A.    Yes.

11        Q.    And did you submit proof

12   regarding your attendance at schools in

13   the United States to the U.S. Immigration

14   Service?

15        A.    Yes.

16        Q.    Now, this particular form,

17   the copy that was -- this copy was

18   provided to us by United States

19   International University.

20             Did you attend that school?

21        A.    Yes.

22        Q.    And can you look at this

23   form, sir, and tell us whether you

24   submitted this to the United States as

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    part -- in support of your student visa?

2          A.    Yes.

3          Q.    Now, this form states that

4    you were receiving --

5                MR. POUNIAN:  If we could

6          scroll down.

7    BY MR. POUNIAN:

8          Q.    It says that you were

9    receiving funds from another source, if

10   we look at 8C.  And it describes that as

11   a sponsor, Ercan.

12               Do you see that, sir?

13         A.    Yes.

14               (In English) As I mentioned

15   before, Ercan is a subcontractor with the

16   ANSS.  And they try to -- if you get up a

17   little bit.  Go up a little bit.

18               INTERPRETER MIKHAIL:  Scroll

19         up.

20               THE WITNESS:  (In English)

21         The document, yes, scroll up.

22               You find they need some --

23         to fill some form for the United

24         States International University,

This Transcript Contains Confidential Material

1          and Ercan did it.

2    BY MR. POUNIAN:

3          Q.    And the form states that you

4    received -- you were receiving funds from

5    Ercan?

6          A.    (In English) No, they

7    didn't -- they, I think, once or twice

8    paid for tuition fees or something like

9    that.  But they didn't continue to

10   provide --

11         Q.    Sir, the form states that

12   the funds were received from Ercan; am I

13   correct?

14              8C says, Funds from another

15   source, $27,858.00 from Ercan.

16         A.    Okay.  So this form was

17   filled for the university --

18              INTERPRETER MIKHAIL:  The

19         interpreter needs to clarify.

20              THE WITNESS:  So I will

21         explain.

22              This form is at the

23         university and is being filled for

24         the purpose of continuing the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          education.  It does mention here
 2          that the sponsor is Ercan.  They
 3          probably filled it.  To continue
 4          the education, the money was paid.
 5          They paid a tuition, but not
 6          necessarily here, probably at a
 7          different place.
 8               I did not receive the money
 9          directly, it was paid for the
10          tuition.
11   BY MR. POUNIAN:
12          Q.    Sir, did you get money from
13   Ercan?
14               MR. SHEN:  Objection.  You
15          mean was he personally -- did he
16          personally receive money?
17               MR. POUNIAN:  Did he ever
18          receive any money, either directly
19          or indirectly, from Ercan.
20               MR. SHEN:  Objection to
21          form.
22               THE WITNESS:  No, I don't
23          remember.  I don't remember.
24               INTERPRETER MIKHAIL:  The
```

This Transcript Contains Confidential Material

1          interpreter corrects.

2               I don't remember.

3     BY MR. POUNIAN:

4          Q.    The statement on this form

5     that there were funds from other sources

6     to pay for your school of $27,858; is

7     that a false statement?

8          A.    This form mentions the cost

9     up to 12 months of tuition.  The full

10    tuition for the 12 months would be

11    $27,858.  But I paid it myself.

12               MR. HAEFELE:  Objection to

13         form.  Nonresponsive.

14               MR. SHEN:  I don't know what

15         that objection was, but go ahead.

16               THE WITNESS:  This form

17         mentions the cost of the tuition,

18         the complete cost for up to 12

19         months.  But then every student

20         would pay -- I would pay each

21         semester on its own.

22               So every few months I would

23         pay for each semester's tuition.

24    BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    So this form says the funds

2  are coming from another source, not from

3  you but from another source, and it

4  identifies that source as Ercan.

5          Is that statement false?

6          MR. SHEN:  Objection to the

7      form.

8          THE WITNESS:  I do not know.

9          MR. POUNIAN:  Let's go to

10      the next page of this document,

11      please.

12  BY MR. POUNIAN:

13    Q.    This is a letter from --

14  that was also submitted to the school,

15  the United States International

16  University.

17          MR. POUNIAN:  If we could

18      just highlight the top, the text

19      of the letter, please.  And the

20      signature also.

21          Thank you.

22  BY MR. POUNIAN:

23    Q.    So this states that, This

24  letter is to confirm that Ercan has been

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    supporting Mr. Omar al-Bayoumi since the

2    start of this year.

3                MR. POUNIAN:  Can we get the

4         date here, please?  Can we get the

5         date on the letter?

6    BY MR. POUNIAN:

7         Q.    January 22nd, 1997.

8               And that Ercan has been

9    providing $4,000 a month to support his

10   educational program and it would continue

11   to do so until the year 2000.

12               Do you see that, sir?

13               Have you seen this letter

14   before?

15        A.    No.

16        Q.    How did it end up in your

17   educational file?

18                MR. SHEN:  Objection to

19        form.  Objection.  You mean the

20        documents produced by the

21        university?

22                MR. POUNIAN:  Yeah.  I'm

23        just wondering, does he know

24        how -- did he submit this to the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1         university.

2              MR. SHEN:  Okay.

3              THE WITNESS:  I did not

4         submit it.

5              And let me explain to you.

6         Ercan was a subcontractor.  They

7         wrote this letter to the

8         university on the premises that I

9         would continue with my education.

10        But I am the one who was paying

11        the tuition.

12   BY MR. POUNIAN:

13        Q.   Who asked -- who asked Ercan

14   to submit this letter?

15              MR. SHEN:  Foundation.

16              THE WITNESS:  I do not know.

17   BY MR. POUNIAN:

18        Q.   Did you ask?

19        A.   No.  They told me at the

20   division that Ercan is going to make sure

21   that the -- you continue going to

22   university, but you have to pay the cost.

23              But Ercan did pay during --

24   or, for a period of time, the tuition
```

This Transcript Contains Confidential Material

1    fees.

2         Q.    Who told you that at the

3    division?

4         A.    The finance department.

5         Q.    Who told you?

6         A.    I don't remember exactly.

7         Q.    Was it Alp Karli who told

8    you that?

9         A.    I don't remember if it was

10   Alp Karli, Basharahil.  I don't remember.

11        Q.    ████████████████████████████

12   ████████████████████████████████████

13   ██████████████████████████████████████

14   ████████████

15             MR. SHEN:  ████████████████████

16        ████████

17             THE WITNESS:  ██████

18   BY MR. POUNIAN:

19        Q.    So you're stating -- your

20   testimony is that this letter of Magdi

21   Hanna is false?

22             MR. SHEN:  Objection to

23        form.

24             THE WITNESS:  It's incorrect

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          in mentioning the money, the 4,000

2          a month.  That's incorrect.

3                 But it's a letter for the

4          university for me to continue my

5          education only.

6    BY MR. POUNIAN:

7          Q.    Your testimony is that it's

8    not correct that Ercan was providing you

9    with money on a regular basis; is that

10   right?

11                MR. SHEN:  Objection to

12         form.

13                MR. KRY:  It misstates the

14         testimony.

15                THE WITNESS:  Ercan was not

16         paying me, on a regular basis, to

17         finish my education.

18   BY MR. POUNIAN:

19         Q.    Were they paying you

20   anything at all?

21                MR. SHEN:  Objection to

22         form.  Directly?  Indirectly?  To

23         the university?

24   BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       Q.    Who do you -- who at -- who

2  asked Ercan to send this letter?

3            MR. SHEN:  Objection.

4       Foundation.  Asked and answered.

5            THE WITNESS:  I don't know.

6  BY MR. POUNIAN:

7       Q.    Was it -- it wasn't you, but

8  it was someone at PCA; am I correct?

9            MR. SHEN:  Objection.

10       Foundation.  Asked and answered.

11            THE WITNESS:  No.  PCA has

12       nothing to do with it.  I wasn't

13       in PCA.  I was in Dallah.

14            MR. KRY:  Objection.

15       Nonresponsive.

16  BY MR. POUNIAN:

17       Q.    Sir, I'm asking -- you

18  said -- you testified earlier that

19  someone was in touch with Ercan --

20  someone in Saudi Arabia was in touch with

21  Ercan regarding your -- regarding you?

22            MR. SHEN:  Objection to

23       form.

24            THE WITNESS:  I don't know.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          But I know that they told me that

2          they will -- they will send a

3          letter to the university to

4          complete --

5               (In English) Ercan will send

6          a letter to the university.

7               (Through Interpreter) Ercan

8          was going to send a letter to the

9          university to complete the

10          financial forms.  But I have to

11          pay the expenses and everything.

12   BY MR. POUNIAN:

13          Q.    And who told you that?

14          A.    The department told me.

15          Q.    So someone at the department

16   was in touch with Ercan for them to send

17   a letter to the school; am I right?

18          A.    Yes.  There must be

19   somebody.

20          Q.    And who would have done

21   something like that?

22               MR. SHEN:  Objection.

23          Speculation.

24               THE WITNESS:  (In English) I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          don't know.

2     BY MR. POUNIAN:

3          Q.    Well, you identified the two

4     people as either Alp Karli or Mr.

5     Basharahil; is that right?

6                MR. SHEN:  Objection.

7          Misstates his testimony.

8                THE WITNESS:  I mentioned

9          them because of the communications

10          with Ercan or the division itself.

11          But I never said that they sent --

12          that they sent it.  I'm a student,

13          I don't know who signed it.

14                But I knew that Ercan was

15          going to send the form to the

16          university for me to continue my

17          education.  But I was going to pay

18          the expenses.

19     BY MR. POUNIAN:

20          Q.    And you knew that because

21     either Alp Karli or Mr. Basharahil told

22     you that?

23                MR. SHEN:  Objection to

24          form.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          THE WITNESS:  They called me

2      from the division.  I don't know

3      who it was, if it was Basharahil,

4      Alp Karli, somebody else.  I don't

5      know.

6  BY MR. POUNIAN:

7      Q.    Who else would it have been?

8          MR. SHEN:  Calls for

9      speculation.

10          THE WITNESS:  I don't

11      remember.

12  BY MR. POUNIAN:

13      Q.    Can you name anyone else in

14  the department that may have called you

15  on such a subject?

16          MR. SHEN:  Objection.

17      Speculation.

18          THE WITNESS:  No.

19  BY MR. POUNIAN:

20      Q.    Sir, when did you last

21  attend -- when was the last time you

22  attended United States International

23  University?

24      A.    (In English) I think in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    1997.

2              (Through Interpreter) I

3    think 1997.

4         Q.    And when during 1997 did you

5    take your last class?

6         A.    I don't remember.

7         Q.    And what courses -- what

8    schools did you attend after 1997?

9         A.    (In English) I think many

10   universities and the institutes to --

11             (Through Interpreter) I

12   attended many institutes and universities

13   in the United States.  I don't remember

14   exactly.  If you could show me papers or

15   something like that, so I can recognize

16   it.

17        Q.    Sir, the reason I'm asking

18   is we don't show that you earned any

19   credits from any school after 1997.

20   That's why I'm asking you the question.

21             MR. SHEN:  Objection to

22        form.

23   BY MR. POUNIAN:

24        Q.    Did you attend --

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                    MR. KRY:  Objection.  Join.

2    BY MR. POUNIAN:

3          Q.    -- any school after 1997?

4          A.    I don't know.

5                He said -- or he's saying I

6    didn't receive any degrees or

7    certificates.  That's his question.

8                But I'm telling you I

9    attended many universities and institutes

10   and took many courses, training courses.

11   And I received many degrees after that

12   date.

13         Q.    What courses did you attend

14   in the United States after that date?

15                MR. SHEN:  What date are you

16         talking about?

17                MR. POUNIAN:  1997.

18                MR. SHEN:  What date?

19                MR. POUNIAN:  The date he

20         left United States International

21         University.

22                MR. SHEN:  Objection.  You

23         haven't established a specific

24         date.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          You can answer if you

2      understand the question.

3          THE WITNESS:  What's the

4      question?

5          INTERPRETER Al-HALABI:

6      Would you like me to repeat the

7      question?

8          MR. POUNIAN:  Please repeat

9      the question.

10         I'll restate the question.

11  BY MR. POUNIAN:

12      Q.    What courses did you attend

13  after you -- after 1997 when you finished

14  studies at United States International

15  University?

16      A.    I enrolled in the

17  university, to graduate school, so I can

18  study accounting.

19         I also attended -- there was

20  a program -- a Master's program at George

21  Washington University in project

22  management.

23      Q.    Sir, the accounting program

24  you mentioned, you didn't get any credit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    for that, did you, sir?

2         A.    Yes.    The subjects were very

3    dry.   But I enrolled in George Washington

4    University.   I got a degree from George

5    Washington University, project

6    management.   I got many, many degrees

7    from community colleges during that time

8    period.

9              MR. HAEFELE:   Nonresponsive.

10   BY MR. POUNIAN:

11        Q.    What community colleges are

12   you referring to?

13        A.    San Diego.

14        Q.    Which college?

15        A.    It was many colleges in

16   Mesa.   Colleges -- I forgot now the

17   colleges I studied at, at the community

18   college.   But I --

19             THE WITNESS:   (In English)

20        Excuse me.   Not many colleges, no.

21        A few colleges, but many courses.

22             (Through Interpreter) I

23        received many courses at community

24        college in San Diego in more than

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1         one college.

2    BY MR. POUNIAN:

3         Q.    What colleges?

4         A.    I don't remember exactly,

5    but if you look at my C.V., it's there.

6         Q.    What colleges, sir?

7              MR. SHEN:  Objection.  Asked

8         and answered.  That's the exact

9         same question you just asked.

10              MR. POUNIAN:  I know.  I

11        didn't get an answer.

12              MR. SHEN:  He just answered

13        it.  He doesn't know.  Look at his

14        C.V.

15   BY MR. POUNIAN:

16        Q.    What courses did you take,

17   sir?

18        A.    What's the question?

19        Q.    What courses did you take at

20   the community colleges that you

21   mentioned?

22        A.    (In English) A different

23   level of English.

24              (Through Interpreter)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   Different level in English.  And I also

2   got certificates in business and

3   computer.

4          Q.     And when was that?

5          A.     You mean when that happened?

6          Q.     Yes.

7          A.     I don't remember.  I don't

8   remember exactly.  But it's in the C.V.

9                 MR. POUNIAN:  If we could

10          show the witness KSA 907, please.

11                     -   -   -

12                 (Whereupon, Exhibit

13          al-Bayoumi-681, KSA0000000907,

14          Various Bates, George Washington

15          University Transcript, Various

16          Education Certificates, was marked

17          for identification.)

18                     -   -   -

19   BY MR. POUNIAN:

20          Q.     Sir, is this the document

21   you referred to as -- is this the course

22   that you were referring to as the

23   Master's program at George Washington

24   University?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            MR. SHEN:  What exhibit?

2            THE WITNESS:  Yes.

3            COURT REPORTER:  681.

4            MR. SHEN:  Thank you.

5    BY MR. POUNIAN:

6        Q.    Sir, this was not a Master's

7    Degree program; am I correct?

8        A.    This is called Master's

9    certificate, Master's certificate, yes.

10       Q.    It's a continuing education

11   course; is that right?

12       A.    I don't know what it's

13   called now.  I forgot.  I forgot many

14   things.

15       Q.    And where did you take these

16   continuing education classes?

17       A.    In Washington and San Diego.

18       Q.    And how long would each one

19   of these classes take?

20       A.    (In English) You will find

21   it here in the -- I don't know.

22       Q.    Was it a matter of, like,

23   several days?  Over a weekend?

24       A.    (In English) Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            (Through Interpreter) Yes.

2       Q.    All right, sir.

3            MR. POUNIAN:  We can take

4       that down.

5            Why don't we take a break

6       now, if we could.

7            VIDEO TECHNICIAN:  We're

8       going to go off the record at

9       10:41 a.m.

10                 -  -  -

11           (Whereupon, a brief recess

12      was taken.)

13                 -  -  -

14           VIDEO TECHNICIAN:  We're

15      back on the record at 11:02 a.m.

16           MR. POUNIAN:  If we could

17      mark as the next exhibit the

18      witness's C.V.

19                 -  -  -

20           (Whereupon, Exhibit

21      al-Bayoumi-682, No Bates,

22      Curriculum Vitae of Omar

23      al-Bayoumi, was marked for

24      identification.)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                        -  -  -

2              MR. POUNIAN:  We can turn to

3         the next page of that.  Actually,

4         the next page.

5              Actually, do you have the

6         Arabic page for the witness?

7  BY MR. POUNIAN:

8         Q.   Sir, this is a document that

9  was provided to us as the resume -- as

10  your resume.

11             Can you tell us where it

12  shows that you -- the schools that you

13  attended in the United States?

14             MR. SHEN:  I think maybe if

15        you let the witness look at the

16        entire document instead of part of

17        it.

18             THE WITNESS: (In English)

19        Hold on a second.

20             Sorry about that.

21             Yes?

22             INTERPRETER MIKHAIL:  The

23        interpreter will repeat the

24        question.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            THE WITNESS:  Perhaps this
2       is an older version.  There are
3       other schools that were not
4       mentioned herein.
5            I did receive a Master's
6       from the United States
7       International University, and it's
8       not mentioned herein.
9  BY MR. POUNIAN:
10      Q.    We discussed that earlier.
11            That was in 1997 --
12      A.    (In English) Yes.
13      Q.    -- I was asking you where
14  you attended school after that.  And you
15  mentioned there were community colleges.
16  And I asked you for the names, and you
17  said they were on your resume.
18            And we're looking at your
19  resume, and there's no names there.
20  That's why I'm asking the question.
21            MR. SHEN:  Objection.
22       Mischaracterizes the document.
23            THE WITNESS:  Yes.  But this
24       version is supposed to be more

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        updated than this one.  A

2        different one, another one.

3   BY MR. POUNIAN:

4        Q.    This was the one that was

5   given to us.

6        A.    Perhaps that was the version

7   that was there.  Okay.

8             So I'm pointing to it on the

9   page, the last point on the page.  It

10  says, Management administration of small

11  projects, Microsoft PowerPoint, community

12  college, San Diego, United States, 1998,

13  1999.

14       Q.    And what school was that?

15       A.    A community college.

16       Q.    What community college?

17       A.    It was a community college

18  in Mesa district.  There are many.  I

19  don't remember all of them.

20       Q.    So you can't tell us the

21  name of where you went?

22       A.    So it is mentioned in the

23  certificates that are next.  All the

24  names of the universities are mentioned

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    in the attached certificates.

2         Q.    What attached certificates?

3         A.    So it was attached to my

4    C.V.  I don't know who -- from who you

5    got the C.V.  But in my C.V., I had

6    attached all the university certificates.

7         Q.    Well, we didn't get them.

8               Can you tell us where it was

9    that you went to school after 1997?

10        A.    Okay.  1999?

11              INTERPRETER MIKHAIL:  The

12              interpreter will repeat it.

13              THE WITNESS:  After the year

14              1999, no.  It was 1997, correct?

15   BY MR. POUNIAN:

16        Q.    That's what I said, 1997.

17        A.    Yes, correct.  So I took

18   many courses thereafter.  There is one --

19   some of them are mentioned here.  I did

20   go to a common graduate school.  I also

21   went to George Washington University, as

22   mentioned here, administrative project

23   management, it is mentioned here.

24        Q.    Sir, you never enrolled at

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    the George Washington University, you

2    never applied for admission there, did

3    you, sir?

4          A.    So I did not get enrolled in

5    George Washington University as a

6    student.

7                I did receive many offers

8    from many universities for enrollment.

9    And at the end, I enrolled in Aston

10   University in England.

11         Q.    The course that is listed

12   here as a Master's Degree, you never

13   earned a Master's Degree at George

14   Washington University, did you, sir?

15         A.    So there is a difference

16   between a Master's Degree and a Master's

17   certificate.  I did receive a Master's

18   certificate.

19         Q.    And that was a continuing

20   education course you took over several

21   weekends; is that right?

22               MR. SHEN:  Objection to

23         form.

24               THE WITNESS:  No, it wasn't

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        on the weekends.

2    BY MR. POUNIAN:

3        Q.    It was over a course of a

4    number of days, like two or three days

5    repeated over several times; is that

6    right?

7              MR. SHEN:  Objection.

8         Objection to form.

9              I'm sorry, Steve, can you

10        just clarify?  Are you asking each

11        class or the entire thing?

12             MR. POUNIAN:  The entire

13        thing.

14             MR. SHEN:  Objection to

15        form.

16             THE WITNESS:  What's the

17        question?

18    BY MR. POUNIAN:

19        Q.    How many days in total did

20    you attend for this Master's certificate?

21        A.    I do not remember.

22        Q.    And did it require that you

23    apply to the university to take those

24    courses, or did you simply just send them

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    money and schedule a time to go to the

2    continuing education course?

3         A.    I do not understand the

4    question.

5         Q.    You didn't have to apply to

6    George Washington University to attend

7    that course that you took, the Master's

8    certificate course; is that right?

9         A.    There was an offer from

10   George Washington University to receive a

11   Master's in project management.  And I

12   did need the project management, so I

13   enrolled and I finished all the courses.

14        Q.    Sir, you didn't have to fill

15   out an application to -- for George

16   Washington University to take that

17   course, did you?

18             It was simply a matter of

19   scheduling your attendance at that

20   course; am I correct?

21        A.    No.  You are speaking about

22   a different matter.  There is a matter

23   involving the Ph.D., and another one

24   that's the Master's certificate.  Perhaps

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    you are referring to the Ph.D.

2          Q.    No.  I was referring to the

3    Master's certificate.

4               And I was just saying, sir,

5    that it wasn't like applying to a school,

6    filing an application to get accepted to

7    the school.

8               You didn't have to get

9    accepted to take those courses for a

10   Master's certificate at George Washington

11   University; am I correct?

12         A.    There was an -- no, there

13   was an offer from the university.  And I

14   attended, finished all the courses and I

15   received the Master's certificate.

16              The Ph.D. is a different

17   matter.  Perhaps you're referring to the

18   Ph.D.

19         Q.    No, I'm not referring to the

20   Ph.D.

21              Who sent you an offer?

22         A.    The university.

23         Q.    Sir, did you have to send in

24   a transcript or proof that you had

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   educational experience to take the -- to

2   get the Master's certificate course?

3          A.    For the Master's, no.

4          Q.    Thank you.

5          MR. POUNIAN:  If we could

6       show the witness USIU PDF 15,

7       please.

8                - - -

9          (Whereupon, Exhibit

10      al-Bayoumi-683, No Bates, 12/25/96

11      Letter, was marked for

12      identification.)

13               - - -

14  BY MR. POUNIAN:

15         Q.    This is a document that was

16  produced from your file by the United

17  States International University.

18               Is this a letter that you

19  wrote?

20         MR. POUNIAN:  And if I could

21      just ask the technician to scroll

22      through the entire document so the

23      witness can see it.

24         MR. KRY:  Can we get an

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       exhibit number, too, please?

2               COURT REPORTER:  683.

3               MR. POUNIAN:  If we can put

4       both pages up, please.

5               MR. SHEN:  And, Steve, is

6       there a Bates number for this

7       document?

8               MR. POUNIAN:  It's 15, 16

9       out of the USIU production.

10              MR. SHEN:  Okay.

11              INTERPRETER MIKHAIL:  So

12      what was the question?

13   BY MR. POUNIAN:

14       Q.    The question is, is this a

15   letter you wrote to USIU?

16       A.    I don't remember.

17       Q.    It's dated December 25th,

18   1996.

19              Do you see that, sir?

20       A.    Yes, I see it.

21       Q.    And it has your name at the

22   end?

23       A.    Yes.

24       Q.    And this was from the files

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   of USIU that were produced to us in this

2   case.

3            Is this your letter, sir?

4       A.   I do not know.

5       Q.   Well, do you have any reason

6   to believe it's not your letter?

7       A.   I don't remember.

8       Q.   Well, did you read through

9   it, sir?

10      A.   I did not read all of it.

11      Q.   Well, could you read --

12  could you read it, sir?

13      A.   (In English) Yes.

14      Q.   Is the letter correct?

15           MR. SHEN:  Objection to

16       form.  What part of the letter?

17       What are you referring to?

18           MR. POUNIAN:  I'm just

19       asking, can he --

20  BY MR. POUNIAN:

21      Q.   Can you recognize this as a

22  letter you wrote, having read it, sir?

23      A.   I do not know.  This is a

24  very old matter.  I do not know.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    Well, this was found in the

2    files of USIU, and it discusses the

3    history of your employment.

4                Did you read that in the

5    first paragraph, sir?

6          A.    (In English) Yes.

7          Q.    Are the facts there

8    correct --

9          A.    (In English) Yes.

10         Q.    -- about your employment?

11         A.    (In English) Yes.

12               (Through Interpreter) Yes.

13         Q.    Okay.  Thank you.

14               Now, sir, do you have any

15   reason to believe this is not your

16   letter?

17               MR. SHEN:  Objection.

18               THE WITNESS:  No, I do not

19        have any reason to say that it's

20        not my letter.  But I don't

21        remember because it's quite of an

22        old matter.  I don't remember.

23   BY MR. POUNIAN:

24         Q.    Sir, do you know a man named

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Saad al Habib?

2         A.    Yes.

3         Q.    Do you know him today?

4         A.    Today?

5         Q.    When is the last time you

6    were in contact with Saad al Habib?

7         A.    I don't remember; 15 years

8    ago, 20 years, something like that.

9         Q.    And did you know other

10   members of his family?

11        A.    Do I know them?  No.

12        Q.    Do you know Saad Habib's

13   father, Mohamed al Habib?

14        A.    No, I do not know him.

15        Q.    Have you ever had contact

16   with Mohamed -- a Mohamed al Habib?

17        A.    No.

18        Q.    Did there come a time, sir,

19   when you were given a power of attorney

20   to purchase property in El Cajon,

21   California for a mosque?

22        A.    Yes.

23        Q.    And who gave you the power

24   of attorney?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.     It was somebody from

2   al Habib's family, either Saad Habib or

3   his brother.  But my relationship was

4   with Saad al Habib.

5          Q.     What was your relationship?

6          A.     He was a student in San

7   Diego.

8          Q.     When?

9          A.     He was a student in San

10  Diego when I came.  It was 1994 or 1995.

11         Q.     And where did you meet him?

12         A.     Saad Habib, when I met him?

13  I think I met him at the mosque.

14         Q.     Which mosque?

15         A.     Islamic Center in San Diego.

16         Q.     And when was that, sir, that

17  you met him?

18         A.     I think the year '94.

19         Q.     And is that the year that

20  you arrived in San Diego?

21         A.     Yes, yes.

22         Q.     And is that the year that

23  you met Omar Hammerman?

24         A.     Yes.  Exactly.

This Transcript Contains Confidential Material

1    Q.    And you also met him at the

2  ICSD mosque; is that right?

3    A.    Yes.

4    Q.    And how did it -- how did it

5  happen that you received a power of

6  attorney to help purchase a property?

7    A.    He showed interest in buying

8  a property in the community so they can

9  pray at.

10    Q.    Who showed interest?

11    A.    Saad.

12    Q.    And where was -- where was

13  Saad when he showed interest to you?

14    A.    He talked to me over the

15  phone, then he visited me in San Diego.

16    Q.    And when did he visit you?

17    A.    The year '94, I think.  I'm

18  not sure.

19    Q.    And you said that you first

20  met him at the ICSD mosque and then he

21  came to visit you the same year?

22    A.    He didn't come to visit me.

23  He came to see the mosque.

24    Q.    Which mosque?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    He came to complete the

documents for Al-Madina Mosque.

3        Q.    And when did he make that

visit?

5        A.    I think '94.

6        Q.    When did the mosque open?

7        A.    Honestly, I don't remember.

I don't remember.

9              MR. POUNIAN:  Can we go on

the FBI record, please?

11                    -  -  -

12             (FBI Protected Material.)

13                    -  -  -

14             VIDEO TECHNICIAN:  One

moment.  Still going on.

16             All right.  Everyone should

be in.

18             MR. POUNIAN:  Put before the

witness FBI 1353, please.

20                    -  -  -

21             (Whereupon, Exhibit

al-Bayoumi-684, FBI 1353, was

marked for identification.)

24                    -  -  -

**- Filed publicly -**
**Pls. Ex. 390**
**(MPS43_229-30)**

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2          Q.    Sir --

3                MR. POUNIAN:  Could we put

4          before -- the Arabic version of

5          this letter, both pages, please?

6                THE WITNESS:  Yes.

7                MR. POUNIAN:  If we could

8          have the second page also.  Can we

9          have the Arabic side by side?

10   BY MR. POUNIAN:

11         Q.    Sir, is this a letter that

12   you wrote to Saad Habib?

13         A.    Yes.

14         Q.    And it's dated August 10th,

15   1998; is that right?

16         A.    Yes.  Yes.  That's correct.

17         Q.    And the very first sentence

18   of the letter states that -- or the

19   second sentence states that prayer would

20   start at the mosque on July 31st, 1998;

21   is that right?

22         A.    Yes.

23         Q.    And is that when the mosque

24   opened?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.     Yes.

2       Q.     And am I correct that you

3   were the general supervisor of the

4   mosque?

5       A.     I was a volunteer.  And we

6   would prepare the mosque for the people

7   who want to pray there.

8       Q.     Sir, am I correct that you

9   were the general supervisor of the

10  mosque?

11      A.     Yes.  In the beginning, yes.

12  And then gradually it went down, until I

13  went away.

14      Q.     Before the mosque opened, am

15  I correct, sir, that you helped purchase

16  the land and helped get the mosque in

17  shape to open; is that right?

18      A.     Yes.

19      Q.     And who -- how did the

20  mosque get its name?

21      A.     From the community.

22      Q.     What is the -- what is the

23  name of the mosque?

24             INTERPRETER Al-HALABI:  I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1         think the witness is frozen.

2                         -  -  -

3                 (Whereupon, a discussion off

4         the record occurred.)

5                         -  -  -

6                 VIDEO TECHNICIAN:  Off the

7         record, 11:35 a.m.

8                         -  -  -

9                 (Whereupon, a brief recess

10        was taken.)

11                        -  -  -

12                VIDEO TECHNICIAN:  Back on

13        the record at 11:49 a.m.

14    BY MR. POUNIAN:

15            Q.    Sir, the mosque is named

16    Masjid Al-Madina al Munawwarah?

17            A.    (In English) Yes.

18            Q.    What does that mean?

19            A.    The community named it with

20    that name.  Masjid Al-Madina al

21    Munawwarah.

22            Q.    My question, sir, was what

23    does that name mean?

24            A.    Al-Madina Munawwarah is a

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    city in Saudi Arabia.  It's called

2    Al-Madina Munawwarah.

3         Q.    And how was it that the

4    community gave the mosque the name after

5    the city of Al-Madina?

6         A.    Al-Madina Munawwarah is the

7    city of the Prophet Mohamed.

8         Q.    I'm asking, how did it come

9    that the community gave the mosque that

10   name?

11        A.    The community -- there is a

12   Kurdish community.  They gave it that

13   name.  They chose the name.

14        Q.    And how did they do that?

15        A.    They just named it Al-Madina

16   Munawwarah.

17        Q.    Did they have a meeting and

18   do that?

19             INTERPRETER Al-HALABI:  I'm

20        sorry, Steve, I didn't hear the

21        question.

22   BY MR. POUNIAN:

23        Q.    Did they have a meeting at

24   which they agreed to that, or how did it

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    come about that they gave it that name?

2        A.    This mosque was put -- or

3    was established to serve the Muslims in

4    America.  The Kurdish community chose the

5    name Al-Madina Munawwarah.  The sign was

6    made by the name Al-Madina Munawwarah.

7              They met after the prayer

8    and they decided that it's going to be

9    Al-Madina Munawwarah.

10       Q.    And when was that decision

11   made?

12       A.    I don't remember.

13       Q.    When, in relation to the

14   opening of the mosque, was that decision

15   made?

16       A.    I don't understand the

17   question.

18       Q.    I'm just asking, when was

19   the decision made to name the mosque

20   Al-Madina Mosque, in relation to the time

21   you opened after -- you know, in 1998?

22       A.    Directly after purchasing

23   it.

24       Q.    Did you participate in the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    decision regarding the name of the

2    mosque?

3          A.     No.

4          Q.     And when was the mosque

5    purchased?

6          A.     Honestly, I don't remember.

7          Q.     Well, how soon before the

8    opening was it purchased?

9          A.     I don't remember exactly,

10   but maybe a week, a week or so.

11         Q.     Who provided the funds for

12   the opening -- for the purchase of the

13   mosque?

14         A.     Saad al Habib and his

15   brother.  Saad al Habib and his brother

16   Mohamed.

17         Q.     And how much money did they

18   provide?

19         A.     (In English) I forgot the

20   amount.

21                (Through Interpreter) I

22   forgot the amount.

23         Q.     Can you give us some idea of

24   how much it was?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.    I don't remember.  I don't

2    remember exactly, 400; 300, 400.  I don't

3    remember exactly.  It's all written down.

4          Q.    Are you talking about

5    hundred thousand dollars, $400,000?

6          A.    Yes.  Yes, approximately.

7          Q.    Now, during the time before

8    the mosque opened, did you call the Saudi

9    Embassy in Washington regarding the

10   mosque?

11         A.    No.

12               MR. POUNIAN:  We're on the

13         FBI record?  If we're not, can we

14         go on it, please?

15               Can we mark as the next

16         exhibit FBI 1344, please?

17                    -  -  -

18               (Whereupon, Exhibit

19         al-Bayoumi-685, FBI 1343, was

20         marked for identification.)

21                    -  -  -

22               MR. POUNIAN:  And that will

23         be 685.

24               VIDEO TECHNICIAN:  Steve,

- Filed publicly -
Pls. Ex. 393
(MPS43_219)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          still on FBI or off?

2                MR. POUNIAN:  We're on FBI,

3          yes.

4                VIDEO TECHNICIAN:  Thank

5          you.

6     BY MR. POUNIAN:

7          Q.    Sir, is this a letter that

8     you wrote to Mussaed al Jarrah?

9          A.    Yes.

10         Q.    And how did you know Mussaed

11    al Jarrah?

12         A.    From the embassy's

13    reception.

14         Q.    And can you explain that to

15    us, sir?  What do you mean by that?

16         A.    Explain what?

17         Q.    How you know Mr. Jarrah from

18    the embassy's reception.

19         A.    Any student that needs

20    anything would call the embassy.  Say

21    they need furniture for the mosque, they

22    would ask, who is responsible for that?

23    They would say, okay, this is the person

24    responsible for this matter.  Therefore,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    they would contact that person who is

2    responsible.

3          Q.    And you did call the embassy

4    regarding the mosque before it opened; is

5    that correct?

6                INTERPRETER MIKHAIL:  Call

7          the embassy regarding the mosque

8          and --

9    BY MR. POUNIAN:

10         Q.    I'm sorry, my question was,

11   and you did call the embassy regarding

12   the mosque before it opened; is that

13   correct?

14               MR. SHEN:  Objection.

15               THE WITNESS:  Perhaps that

16         transpired, yes.

17   BY MR. POUNIAN:

18         Q.    And in that call you got the

19   name of Mussaed al Jarrah as the person

20   to talk to?

21               MR. SHEN:  Objection.

22               THE WITNESS:  Yes.

23   BY MR. POUNIAN:

24         Q.    And what was your

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    understanding that Mussaed al Jarrah was

2    responsible for?

3         A.    They said that he's the one

4    responsible for the religious and Islamic

5    affairs.

6         Q.    And did you then speak to

7    Mr. Jarrah on the phone?

8         A.    I don't remember if it was

9    him or one of the assistants or who

10   exactly it was.  I got the message

11   across, that's what I remember.

12        Q.    In this letter it states --

13   in the first sentence, you state, This is

14   in reference to the phone call regarding

15   the furniture, Qurans, books and

16   booklets.

17             Do you see that, sir?

18        A.    Yes.

19        Q.    And is it fair to say you

20   had a phone call with Mr. Jarrah before

21   writing this letter?

22             MR. SHEN:  Objection to

23        form.

24             THE WITNESS:  I do not

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           remember, no.

2      BY MR. POUNIAN:

3           Q.   Well, given the fact that

4      you're referring to a phone call and

5      writing Mr. Jarrah a letter, can we

6      assume that you spoke to him on the phone

7      before writing this letter?

8                MR. SHEN:  Objection.  Calls

9           for speculation.

10               THE WITNESS:  I don't

11          understand the question.

12     BY MR. POUNIAN:

13          Q.   My question is, sir, that

14     you wrote Mr. Jarrah a letter in

15     reference to the phone call.

16               Am I correct that you had a

17     phone call with Mr. Jarrah that was the

18     subject matter of this letter?

19               MR. SHEN:  Objection to

20          form.  Asked and answered.

21               THE WITNESS:  Perhaps there

22          was a phone call with the

23          receptionist -- perhaps there was

24          a phone call with the reception

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          and they referred me so I ended up

2          writing this letter.  Perhaps it

3          was not a direct phone

4          communication, perhaps it was

5          indirect.

6   BY MR. POUNIAN:

7          Q.    Well, what phone call were

8   you referring to in this letter?

9          A.    Perhaps the phone call that

10  I made with the reception.

11         Q.    Is that what you think?  Is

12  that your testimony here today, that it

13  was your phone call with the receptionist

14  that you're referring to here?

15             MR. SHEN:  Mischaracterizes

16         what he just said.

17             MR. POUNIAN:  Can I get an

18         answer?

19             THE WITNESS:  (In English)

20         What's the question?

21             (Through Interpreter) Can

22         you please repeat the question?

23  BY MR. POUNIAN:

24         Q.    I asked you, sir, what phone

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  call you were referring to in this

2  letter.  And you said perhaps it was the

3  receptionist.

4            Is that -- is it the

5  receptionist that you're referring to?

6       A.    So it is common, when you

7  call an embassy, that you are answered by

8  the reception.  And then you inquire and

9  they answer, okay, this is the person

10  responsible for the books, this is the

11  person responsible for the Quran and so

12  forth.

13            This letter is about the

14  furniture and the books and Quran.  So

15  more likely it was made to the reception

16  or whoever receives the phone calls at

17  the embassy.

18       Q.    It's a letter to Mr. Jarrah

19  referring to a phone call.

20            How would Mr. Jarrah know

21  that you ever called the receptionist?

22  You don't even mention the receptionist

23  in the letter.

24            MR. SHEN:  Objection.  Calls

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1             for speculation.  Foundation.

2             Asked and answered.

3                   THE WITNESS:  Yes.

4    BY MR. POUNIAN:

5             Q.    Who was the receptionist?

6             A.    I do not know.

7             Q.    Did you obtain materials

8    from the embassy?

9             A.    I don't remember.  Perhaps

10   the community is the one that received

11   these materials that were requested.  The

12   Kurdish community was the one that

13   requested the furniture and so forth.

14   But I do not know.  I do not know.

15            Q.    But you were making a

16   request to the embassy; am I right?

17            A.    Yes.

18            Q.    And did they respond to your

19   request?

20            A.    I don't remember.

21                  MR. POUNIAN:  Let's mark as

22            the next exhibit FBI 1344, please.

23                     -  -  -

24                  (Whereupon, Exhibit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        al-Bayoumi-686, FBI 1344, was

2        marked for identification.)

— Filed publicly —
Pls. Ex. 394
(MPS43_220)

3                    —  —  —

4    BY MR. POUNIAN:

5        Q.    Sir, is this a letter that

6    you wrote to Mussaed al Jarrah on July

7    21st, 1998?

8        A.    Yes.

9        Q.    And the letter refers to a

10   copy of a letter addressing His Highness,

11   the director of Islamic Affairs, along

12   with the pricing letter.

13            What is the pricing letter?

14       A.    Honestly, I don't remember.

15   Perhaps the pricing pertains to the

16   praying -- the furniture used for

17   praying.

18            INTERPRETER ABDEL-RAHMAN:  I

19       would say the prayer place, the

20       prayer space.

21            INTERPRETER MIKHAIL:  Okay.

22       The prayer space.

23   BY MR. POUNIAN:

24       Q.    It says, The price does not

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    include the whole building, but the

2    oratory alone.

3              What does that mean, "the

4    oratory alone"?

5         A.    There are many rooms that

6    are classes that are used for the youth.

7    But this is only for the furniture

8    pertaining to the prayer room.

9         Q.    And you were asking for help

10   from the embassy to provide furniture?

11        A.    Yes.

12        Q.    And what was the response?

13        A.    Honestly, I don't remember.

14        Q.    Now, did you get a phone

15   installed in your office at the mosque?

16        A.    Yes.

17             MR. POUNIAN:    ██████████

18   ███████████████████████████████

19   ███████████

20             -   -   -

21        ███████████████████████

22   ████████████████████████████████

23   ████████████████████████

24             -   -   -

This Transcript Contains Confidential Material



```
 1              MR. POUNIAN:

 2

 3   BY MR. POUNIAN:

 4         Q.

 5

 6

 7

 8

 9              MR. SHEN:

10

11              THE WITNESS:

12

13

14   BY MR. POUNIAN:

15         Q.

16

17

18         A.

19              MR. POUNIAN:

20

21

22   BY MR. POUNIAN:

23         Q.

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3

4       A.

5       Q.

6               MR. SHEN:

7

8               MR. POUNIAN:

9

10              THE WITNESS:

11

12              MR. SHEN:

13

14              MR. POUNIAN:

15

16   BY MR. POUNIAN:

17          Q.

18

19       A.

20

21

22       Q.

23

24       A.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1  ████████████████████████████████████████
2  ██████████████████████████████
3  ████████    ████████████████████
4  ████████████████████    ████████████████████
5  ████████████████████████████████
6  ████████████████████████████
7    Q.    ████████████████████████
8  ████████████████████████████████
9  ████████████████████████████████████
10 ████████████████████
11   A.    ████████████████████
12 ██████    ████████████████████████████████
13 ████████████████████████
14 ████████████████████████████████████
15   Q.    ████████████████████████████████
16 ██████████████████████████████
17 ████████████████████████████
18 ████
19   A.    ████████████    ████████████
20 ████████████████████    ████████████████
21 ██████████████████    ████████████████
22 ████████
23   Q.    ████████████████████████
24 ████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2        ▮▮▮▮▮▮▮▮▮▮▮▮▮

3      A.   ▮▮▮▮

4      Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮

6      A.   ▮▮▮▮▮▮▮▮

7      Q.   ▮▮▮▮

8           MR. POUNIAN:  Could we put

9      up Exhibit-518 again, the phone

10     book.  And if we could go to the

11     second-to-last page, I think, of

12     that exhibit.

13          And if you could highlight

14     Saudi Embassy, Washington -- the

15     line that says, Royal Embassy of

16     Saudi Arabia.

17 BY MR. POUNIAN:

18     Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮

20     A.   ▮▮▮▮

21     Q.   And did you put that number

22 in your Omar's phone book?

23     A.   (In English) Could be

24 another person.

▮▮▮▮▮▮▮▮▮

This Transcript Contains Confidential Material

```
 1                  (Through Interpreter) It
 2    could have been another person.  Perhaps
 3    one of the volunteers input it or perhaps
 4    I wrote it on a sheet and one of the
 5    volunteers input it in the phone book.
 6          Q.    But it came from -- the
 7    information came from you; am I correct?
 8          A.    Yes.
 9          Q.    And there's a name next to
10    this phone number, Abdulaziz al Saleh.
11                  Do you see that, sir?
12          A.    (In English) Yes.
13          Q.    Who is that?
14          A.    (In English) I don't
15    remember.
16                  (Through Interpreter) I
17    don't remember.  I don't remember who he
18    is.
19          Q.    There's another name up to
20    the upper right, it says, Khalid al
21    Sowailem.
22                  Do you see that?
23          A.    Yes.  I do see the name.
24          Q.    And who is that?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.    I don't remember.

2          Q.    And, again, sir, you put

3    that name in your phone book; am I right?

4                MR. SHEN:  Objection to

5          form.

6                THE WITNESS:  I don't

7          remember.

8    BY MR. POUNIAN:

9          Q.    Well, a name associated with

10   the Saudi Embassy in your phone book was

11   something that you put in your phone

12   book; am I right?

13               MR. SHEN:  Objection.  Asked

14         and answered.

15               THE WITNESS:  Perhaps I

16         wrote it on a sheet of paper and

17         somebody input it in the phone

18         book.  I'm not necessarily the

19         person who input all the telephone

20         numbers in this phone book.

21   BY MR. POUNIAN:

22         Q.    But the information came

23   from you for these entries for the Saudi

24   Embassy; am I right?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            MR. SHEN:  Objection to

2       form.

3            THE WITNESS:  Perhaps it's

4       me.  Or perhaps it's from the

5       community, people were reaching

6       out to the embassy, and then they

7       put the name and the number.

8  BY MR. POUNIAN:

9       Q.    Who in the community would

10  be reaching out to the embassy?

11       A.    Anyone can call the embassy.

12  Anyone can call the embassy to inquire

13  about anything.

14       Q.    ████████████████████████

15  ████████████

16       ████████████████████████████

17  ████████████████████

18            MR. SHEN:  ████████████

19  BY MR. POUNIAN:

20       Q.    ████████████████████████████

21  ████████████████

22            MR. SHEN:  ████████████

23  ████████████████████████████████

24            MR. POUNIAN:  ████████████

████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1

2

        MR. SHEN:

4

        MR. POUNIAN:

6

7

8   BY MR. POUNIAN:

9       Q.

10

11

12         MR. SHEN:

13

14

15

16         MR. POUNIAN:

17

18

19   BY MR. POUNIAN:

20       Q.

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    ████████████████████████

2    ██████████████████████████████

3         MR. SHEN:  ████████████

4       ████████

5    ████████████████████

6         MR. POUNIAN:  ████████████

7    ██████████████████████████████

8    ██████████████████████

9         MR. SHEN:  ██████████  ████

10   ██████████████████████

11   ████████████

12   ██████████████████████████████

13   ████████████

14   BY MR. POUNIAN:

15        Q.  ████████████████

16   ████████████████████████████████

17   ██████████████████████

18             MR. SHEN:  ████████████

19      ████████

20             THE WITNESS:  ████████

21      ████████████

22   BY MR. POUNIAN:

23        Q.  ████████████████

24   ██████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ███████████████████████████

2 ███████████████████████████

3 ███████████████████████████

4 █████████████████████████████

5 ████

6          MR. SHEN:  ████████████

7      █████

8          THE WITNESS:  ██████████

9      ████████████

10 BY MR. POUNIAN:

11      Q.   Sir, the question is, did

12 you put these numbers in the phone book

13 or have someone else do it?

14          Were you responsible for

15 these numbers being in Omar's phone book?

16          MR. SHEN:  Objection.  Asked

17      and answered.

18          THE WITNESS:  No.

19 BY MR. POUNIAN:

20      Q.   You're saying you didn't put

21 those in the phone book, right?

22      A.   You are talking about so

23 many years ago.  I do not know.

24          I'd like to explain.  There

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    are volunteers, there are names -- there

2    are sheets with names on them and any of

3    the volunteers can input the names that

4    are on the sheets in the phone book.

5            And like I explained also,

6    there are other people that would try to

7    reach to the embassy.  It's not

8    necessarily me, perhaps somebody tried,

9    somebody else tried, or a third person

10   tried.  It's possible.  It's not

11   necessarily that I'm the one who made all

12   these phone calls.

13        Q.    Where was the phone located?

14        A.    The phone?  There were two

15   phones in the office, and the office was

16   open all the time.

17        Q.    And the office was your

18   office?

19        A.    (In English) On the second

20   floor.  The second floor, two offices.

21            (Through Interpreter) On the

22   second floor.  And there were two

23   offices.  And anybody can make phone

24   calls, families can make phone calls,

This Transcript Contains Confidential Material

1    anyone can make phone calls.

2         Q.    What phone numbers were at

3    that location, sir?

4              MR. SHEN:  Objection.  Can

5         you just clarify the question,

6         please?

7              MR. POUNIAN:  Sure.

8    BY MR. POUNIAN:

9         Q.    There was a phone in your

10   office; am I correct, sir?

11        A.    Yes, yes.  The telephone is

12   common.  There's a telephone here and

13   there's a telephone in the other office.

14        Q.    How many different numbers

15   did the mosque have, sir?

16        A.    They were not different

17   numbers.  It was the same.

18        Q.    You're saying there's only

19   one number for the mosque?

20        A.    Yes.

21        Q.    And you're saying that this

22   Exhibit-687 --

23             MR. POUNIAN:  If we can put

24        the phone number in front of the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          witness, please.  Go to the first

2          page.

3     BY MR. POUNIAN:

4          Q.    You're saying that this

5     phone number at the upper left corner is

6     the only phone that was operating at the

7     mosque at the time?

8          A.    I don't remember the exact

9     number.  But if this is the number

10    written, then more likely it is it.  I

11    don't remember exactly the number.

12         Q.    I'm not asking you to

13    remember the number, sir.

14               I'm asking you to tell us,

15    was there only one number there at the

16    mosque?

17         A.    Yes.  There was only one

18    number, yes.

19         Q.    Sir, do you know the group

20    Al-Haramain?

21               MR. BEETAR:  Haramain.

22               THE WITNESS:  No, I do not

23         know.

24    BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    Sir, did you meet several

2    members of Al-Haramain at the Al-Madina

3    Mosque in August of 1998?

4              INTERPRETER MIKHAIL:  Asking

5         for repetition.  The interpreter

6         will repeat.

7              THE WITNESS:  I don't

8         remember.

9    BY MR. POUNIAN:

10     Q.    Have you heard of the

11   organization Al-Haramain?

12     A.    I've heard, of course, yes.

13             MR. POUNIAN:  If we can mark

14        as the next Exhibit FBI 1349,

15        please.

16                     -  -  -

17             (Whereupon, Exhibit

18        al-Bayoumi-688, FBI 1349-1352, was

19        marked for identification.)

20                     -  -  -

**- Filed publicly -
Pls. Ex. 410
(MPS43_225-28)**

21             THE WITNESS:  Andy, can we

22        take a break just for praying now?

23             MR. SHEN:  Yes, let's take a

24        prayer break.  How long do you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    need?

2           THE WITNESS:  (In English)

3    Just 15 minutes or 10 minutes.

4           MR. SHEN:  Let's take 15

5    minutes, please.

6           VIDEO TECHNICIAN:  We're

7    going off the record, 12:33 p.m.

8               -  -  -

9           (Whereupon, a brief recess

10   was taken.)

11              -  -  -

12          VIDEO TECHNICIAN:  We're

13   back on the record at 12:50 p.m.

14   BY MR. POUNIAN:

15          Q.   Sir, is it your testimony

16   that anyone could use the phone at the

17   Mosque Al-Madina to make long-distance

18   calls?

19          A.   Yes.

20          Q.   And the mosque paid for

21   people to make long-distance calls?

22          A.   No, not necessarily.  But

23   sometimes one needs to make a phone call.

24   We wouldn't stop him.  So he would call.

This Transcript Contains Confidential Material

1      Q.   I'm saying -- what you're

2  saying, sir, is that there's -- was the

3  phone left open for anyone to use to make

4  long-distance calls?

5           INTERPRETER Al-HALABI:  I

6      think the witness is frozen again.

7           VIDEO TECHNICIAN:  We lost

8      the witness.

9           Off the record, 12:52 p.m.

10              -  -  -

11      (Whereupon, a brief recess

12      was taken.)

13              -  -  -

14           VIDEO TECHNICIAN:  We're

15      back on the record.  The time is

16      12:57 p.m.

17  BY MR. POUNIAN:

18      Q.   Sir, the question I asked

19  you before we went off was, am I correct

20  that it's your testimony that the phone

21  at the Mosque Al-Madina was simply left

22  open, available -- the phone under your

23  name -- for anyone to make long-distance

24  calls?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.     My office was always open

2    for everyone, and I wouldn't necessarily

3    be present in the office at all times.

4              But, yes, my office would be

5    open and anybody who needs to make a

6    phone call can come in and make a phone

7    call.  Yes.

8       Q.     You had no problem with

9    people making long-distance calls on your

10   phone in your office?

11      A.     It was not a problem because

12   nobody would make such calls except for

13   rarely.  It was a seldom event.

14      Q.     Sir, what was the name of

15   the mosque before it became Al-Madina

16   Mosque?

17      A.     It was a commercial

18   building.

19      Q.     I'm asking about the mosque

20   itself, sir.

21             Wasn't it called the Kurdish

22   Community Islamic Center?

23      A.     No.  The Kurds themselves

24   called it Masjid Al-Madina al Munawwarah.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    It was the Kurdish community.

2         Q.    Sir, before the mosque

3    opened and was called Al-Madina Mosque,

4    was there a Kurdish Community Islamic

5    Center?

6         A.    No.

7         Q.    Have you heard of the

8    Kurdish Community Islamic Center?

9         A.    No.  They had a rented

10   building.

11        Q.    And did that -- did that

12   group of people who attended at that

13   rented building then become the Al-Madina

14   Mosque?

15             MR. SHEN:  Objection to

16        form.

17   BY MR. POUNIAN:

18        Q.    Can you answer the question?

19        A.    Yes.  The answer is yes.  I

20   answered yes.

21             MR. POUNIAN:  ███████████

22        ████████████████████████████

23        ████████████████████████████████

24        █████████████████

        ███████████████████████

This Transcript Contains Confidential Material

```
1                    -   -   -

2          ████████████████████

3      ████████████████████████████████████████

4      ████████████████████████████

5                    -   -   -

6   BY MR. POUNIAN:

7          Q.  █████████████████████

8   █████████████████████████████████

9   ████████████████████████████████████████

10  ██████████████

11         ████████████████████████

12             MR. SHEN:  ███████████████

13  ██████████████████   ███████████████

14  ██████████████████████

15             MR. POUNIAN:  ██████████████

16  ████████████████████████████████

17             MR. SHEN:  ████████  ████████████

18             MR. POUNIAN:  ████████████

19             THE WITNESS:  ████████████

20  ████████████████████████████████

21  BY MR. POUNIAN:

22         Q.  ██████████████████████

23  █████████████████████████████████

24  ██████████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1              MR. SHEN: ████████████

2              THE WITNESS: █████████████

3         ██████████

4    BY MR. POUNIAN:

5         Q.   █████████████

6         A.   ████████████

7              MR. POUNIAN: ████████████

8         ██████████████████████

9         ██████████████████████

10   BY MR. POUNIAN:

11        Q.   █████████████

12   ████████████████████████████

13   ████████████████████████████

14   ████████████████████████

15        ████████████

16        A.   ████████████

17        Q.   ██████████████

18   ████████████████████████████

19   ██████████████████████

20        A.   ██████████████

21   ██████████████████████████████

22   ████████    ██████████

23        Q.   ████████████

24        A.   █████████████

     ██████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    ███████████████

2    ████████████████████████

3    A.    ██████████████

4          ████████████████████████

5          MR. POUNIAN:  If we could

6     look at Exhibit-688, please.  And

7     if we could show the witness the

8     Arabic version of this letter.

9     It's four pages.

10   BY MR. POUNIAN:

11        Q.    Can you recognize your

12   handwriting on here, sir?

13        A.    Yes.

14        Q.    And you wrote to, Dear

15   Beloved Brother Saad.

16              Do you see that, sir?

17        A.    Yes.

18        Q.    And that's Saad al Habib?

19        A.    Yes.

20        Q.    And it states that there was

21   a meeting that took place on Tuesday,

22   August 17th.

23              Do you see that, sir?

24        A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           MR. POUNIAN:  And if we

2       could go to the last page of the

3       letter.

4   BY MR. POUNIAN:

5       Q.    It's dated August 18th,

6   1998; is that correct?

7       A.    Yes.

8           MR. POUNIAN:  If we go back

9       to the first page.  If we just

10      look at the first point here, it

11      discusses the Imamate.  In the

12      Arabic, we have to go to the first

13      page.  It's Point Number 1, if you

14      see with the colon there.  If we

15      could just highlight the first

16      sentence there.

17          That's good.

18  BY MR. POUNIAN:

19      Q.    The first sentence here

20  says, The Imamate Al-Haramain members

21  talked about appointing a full-time Imam

22  of Saudi nationality.

23          Do you see that, sir?

24      A.    (In English) Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                    (Through Interpreter) Yes.

2          Q.     Who were the Al-Haramain

3     members?

4          A.     So it was an organization

5     that came from Saudi Arabia, and they

6     were called Al-Haramain.

7          Q.     And who was there at the

8     mosque, at the meeting, on Tuesday,

9     August 17th?

10         A.     (In English) The Kurdish

11    community.

12                   (Through Interpreter) The

13    Kurdish community.

14         Q.     And who was there from

15    Al-Haramain?

16         A.     I do not know.

17         Q.     Well, you refer to

18    Al-Haramain members talking about the

19    appointment of a full-time Imam of Saudi

20    nationality.

21                   Who was it that was talking?

22         A.     I want to clarify something.

23    What it says here, Imam with salary --

24                   INTERPRETER MIKHAIL:  The

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       interpreter honestly is not sure

2       of the English translation.

3           But the witness is

4       clarifying the following: It means

5       consistent, like a full-time Imam.

6       It does not mean that he's getting

7       salary.

8           MR. BEETAR:  Actually, the

9       translation in English it says it

10      like that.  It says, Appointing

11      the full-time Imam.  So the

12      translation of that document is

13      accurate.

14          INTERPRETER MIKHAIL:  Thank

15      you for the clarification.  The

16      interpreter cannot see the English

17      translation.  It's in the

18      background.

19          Thank you.

20  BY MR. POUNIAN:

21      Q.   And you said, sir, that

22  there was an organization that came from

23  Saudi Arabia called Al-Haramain, right?

24      A.    (In English) Yes.

This Transcript Contains Confidential Material

1        Q.    And who -- was this a -- how

2   many people were there from Al-Haramain

3   who came?

4        A.    I don't know.  Maybe three

5   people, three persons.

6        Q.    And what were their names?

7        A.    I don't know.

8        Q.    I'm sorry, did you -- was

9   the answer I don't know?  Is that what I

10  just heard?

11              INTERPRETER MIKHAIL:  Yes.

12              MR. POUNIAN:  There was some

13         feedback.

14              INTERPRETER MIKHAIL:  No

15         problem.

16  BY MR. POUNIAN:

17       Q.    Can you describe the three

18  people to us?

19       A.    Honestly, I don't remember

20  them.

21       Q.    But you remember three?

22       A.    Yes.  I remember that there

23  was a small number.  It wasn't, like, a

24  big group of seven or ten people.  It was

This Transcript Contains Confidential Material

1    about three people.

2         Q.    And why did they come to the

3    mosque?

4         A.    So the purpose of their

5    presence was for them to appoint an Imam

6    and also to overlook -- to oversee the

7    maintenance, the remodeling and the

8    operation.

9         Q.    And who invited them to come

10   to the mosque?

11        A.    I do not know.

12        Q.    And how is it that they --

13   how is it they came to the mosque on that

14   particular day?

15        A.    I do not know.

16        Q.    How was the visit of these

17   three men arranged at the mosque?

18        A.    So they showed up to the

19   masjid and they expressed that they are

20   from Al-Haramain organization and they

21   expressed their interest in taking care

22   of the Imamate and the maintenance and

23   all these matters.

24              They had spoken to Mr. Saad

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    al Habib prior and informed of their

2    presence or that they would be coming.

3         Q.    And did -- Saad al Habib,

4    did you speak with him before these men

5    came?

6         A.    No.

7              MR. POUNIAN:    ███████████████

8    ████████████████████████████████████████

9    ███████████████████████  █████████████████

10   ███████████████████

11             ██████  ██████████████████

12   ███████████████  █████████████████

13   ██████████████████████

14                  -   -   -

15                 ██████████████████

16   ████████████████████████████████████████

17   █████████████████████████████

18   ████████████████████████████

19   ██████████████████

20                  -   -   -

21   BY MR. POUNIAN:

22        Q.    █████████████████████████████

23   ██████████████████████████████████████

24   ████████████████████████

     ████████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1        MR. POUNIAN: █████████████

2    ███████████████████████████████

3    ████████████████████████████████

4        MR. SHEN: ████████████████

5    █████████████████████████████████████

6    ███████████████████████████████████

7    █████████████████████████████████████

8    ███████████████████████████████

9    █████████████████████████████████████

10   █████████████████████████████████████

11   ██████████

12         ██████████████████████████████

13   ██████████████████████████████████

14   ████████████████████████████████████

15   ████████████████████████████████████

16   █████████████████████

17        MR. POUNIAN: ███████████████

18   ███████████████████████████████

19   █████████████████████████████████████

20   ██████████

21        MR. SHEN: ██████████████████████

22   █████   █████████████████████████████████

23   ███████████████████████████████

24        MR. POUNIAN: █████████████████████

This Transcript Contains Confidential Material



1          MR. SHEN:  ████████████████

2    ██████████████████████████████

3          ████████████████

4          MR. POUNIAN:  ████████████

5    ████████████████████████████████

6    ██████████████████████████████████

7    ████████████████████████████████

8          MR. SHEN:  ████████████████

9    ███████   ████████████   ███████████

10   BY MR. POUNIAN:

11        Q.   ████████████████████████

12   ████████████████████████████████████

13   ████████████████████████████████

14   ██████████████████████████████████████

15   ████████████████████████████████

16        MR. SHEN:  ██████████████████

17        ███████   ████████████████████

18   BY MR. POUNIAN:

19        Q.   Did you speak to Saad al

20   Habib before the Al-Haramain -- three

21   Al-Haramain members showed up at the

22   mosque?

23        A.   I do not remember.

24        Q.   Did the -- the three people

████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  were men; am I correct?

2          A.    Yes.

3          Q.    And did they speak English?

4          A.    (In English) I do not know.

5                (Through Interpreter) I do

6  not know.

7          Q.    Was there a translator?

8  Were you at the meeting?

9          A.    Yes, I was at the meeting,

10  but they were all speaking Arabic.

11          Q.    And was there a translator

12  there?

13          A.    No.

14          Q.    Did the men have titles?

15          A.    No.

16          Q.    And were they -- why was it

17  that these men were talking about

18  appointing a full-time Imam of Saudi

19  nationality at the Al-Madina Mosque?

20          A.    That's their lingo.

21          Q.    What do you mean by that?

22          A.    You misheard it.

23                No.  It is their desire.

24  That's what they wanted.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1              INTERPRETER MIKHAIL:  The

 2       interpreter corrects.

 3              The answer was, it's what

 4       they wanted.

 5              MR. SHEN:  ███████████

 6       ████████████████████████████

 7       ██████████████████

 8              MR. KRY:  ██████████████

 9       ██████████████████

10           ██████████████████████

11       ████████████████████████████

12       █████████████████████

13       ███████████████████

14       ███████████  ████████████████

15       ████████████████████████████

16              MR. POUNIAN:  ████████

17              MS. INT-HOUT:  ████████

18       ████████████  ████████████████

19       █████████████████

20              MR. POUNIAN:  █████████

21       ██████████████████  ██████████

22       ██████████████████████

23       ████████

24              MS. INT-HOUT:  █████████

         ██████████████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          ███████

2                    MR. POUNIAN:  Thank you.  If

3          we could put up Exhibit-688 again,

4          please.

5                    And if I could just point

6          you to the first sentence of the

7          second numbered paragraph there in

8          the Arabic.

9     BY MR. POUNIAN:

10         Q.    It says, The members of

11    Al-Haramain say there must be a

12    participation in the management.

13                   Do you see that, sir?

14         A.    Yes.

15         Q.    And how is it that

16    Al-Haramain was demanding that there must

17    be participation -- that they must have

18    participation in the management of the

19    Al-Madina Mosque?

20         A.    That's what they suggested.

21         Q.    And did you discuss with

22    Saad al Habib the request of Al-Haramain

23    to have participation in the mosque?

24         A.    I informed him.  I informed

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    him that that was the request.

2            Q.    Was Saad al Habib --

3            A.    And at the same time, the

4    community requested it as well.

5            Q.    They requested what?

6                  INTERPRETER MIKHAIL:   The

7            interpreter misheard.   The

8            interpreter corrects.

9                  THE WITNESS:   The community

10           rejected the request.

11   BY MR. POUNIAN:

12           Q.    What was Saad al Habib's

13   job?

14           A.    What he did when he was in

15   San Diego, he was a student.

16           Q.    What was his job in Saudi

17   Arabia?

18           A.    (In English) I don't know

19   exactly.

20                 (Through Interpreter) I do

21   not know exactly.

22           Q.    Was Saad al Habib a member

23   of Al-Haramain?

24           A.    No, no.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Q.    Did he work for the

 2    government?

 3          A.    No.

 4          Q.    Did he work for a private

 5    company?

 6          A.    Yes, he does have a private

 7    company.

 8          Q.    And what is that company?

 9          A.    (In English) I don't know.

10                (Through Interpreter) I do

11    not know.  I do not know.

12                MR. POUNIAN:  If we could

13          turn to the last page of this

14          letter, Page 1352, please.

15    BY MR. POUNIAN:

16          Q.    In the last paragraph, it

17    refers to, My Beloved Brothers Mohamed,

18    Saad and Saleh.

19                Do you see that?

20          A.    Yes.

21                (In English) What is the

22    question?

23          Q.    I just wanted to make sure

24    you saw that.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              Who are Mohamed, Saad and

2    Saleh?

3         A.    So they are Mohamed, Saad

4    and Saleh al Habib.  They are -- so Saad

5    is the one that I know.  Mohamed is the

6    eldest.  Saad is the middle one.  And

7    Saleh is the youngest.

8         Q.    And they are brothers?  They

9    are all -- they are all al Habib?

10        A.    Yes.  They are al Habib,

11   yes.

12        Q.    And you state here you're

13   writing this report at 3:00 in the

14   morning to set the record straight; is

15   that right?

16        A.    Yes.

17        Q.    And if we go down further,

18   you say, I hope I won't hear that this

19   mosque was closed because the situation

20   wasn't understood well.

21             Do you see that, sir?

22             MR. SHEN:  Objection.  I

23        have a different translation.  But

24        I assume the translator is just

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        reading the language in Arabic?

2             MR. POUNIAN:  I assume the

3        translator is translating my

4        question.

5             MR. SHEN:  Okay.  Then I

6        have an objection to the question

7        and the translation that you're

8        using.

9             INTERPRETER MIKHAIL:  You

10       can re-ask the question and the

11       interpreter will re-interpret

12       using the exact --

13            MR. POUNIAN:  Well, can the

14       translator find the sentence that

15       says, I hope I won't hear that

16       this mosque was closed.

17            INTERPRETER MIKHAIL:  It's

18       the last two lines.

19            MR. POUNIAN:  Can you tell

20       us which line it is in the Arabic,

21       how far up it is?

22            INTERPRETER MIKHAIL:  It is

23       the last two lines.

24            MR. POUNIAN:  So can we

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        highlight that, please.  And the

2        line above that, please, I assume.

3             INTERPRETER MIKHAIL:  Yes.

4             MR. POUNIAN:  And can you

5        read that in Arabic, please?

6             MR. SHEN:  I'm sorry, what

7        does -- where are you starting,

8        Steve?  What does your translation

9        say when you start the sentence?

10            MR. POUNIAN:  I hope that I

11       won't hear that this mosque was

12       closed.

13            MR. SHEN:  Okay.  Thank you.

14       Go ahead.

15            MR. POUNIAN:  That's the

16       sentence I want to ask the witness

17       about.  So can you read that

18       sentence to the witness?

19            INTERPRETER MIKHAIL:  From

20       the Arabic?

21            MR. POUNIAN:  We have a

22       translation of it.

23            INTERPRETER MIKHAIL:  The

24       translation or the original in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Arabic?

2                   MR. POUNIAN:  Why don't you

3          give the translation first and

4          then give it to the witness in

5          Arabic.

6                   INTERPRETER MIKHAIL:  So

7          we'll give the translation in

8          English.  I hope -- oh, you want

9          the one that's in the --

10                  MR. POUNIAN:  I want you to

11         translate the words from the

12         Arabic to us, please.

13                  INTERPRETER MIKHAIL:  From

14         the Arabic?

15                  MR. POUNIAN:  Yes, not the

16         translation that is there.  From

17         the Arabic, please.

18                  MR. SHEN:  We're just

19         reading the Arabic now, right?

20                  MR. POUNIAN:  I'm sorry.

21         Why don't we just read the

22         sentence to the witness in Arabic.

23         Let's do that.

24                  INTERPRETER MIKHAIL:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Interpreter apologizes.

2      Interpreter got confused.

3           Now, you want interpreter to

4      translate what's written in Arabic

5      to English, or you want the

6      interpreter to read what's written

7      in Arabic to the witness?

8           MR. POUNIAN:  Read what's in

9      Arabic to the witness, please.

10          Thank you.

11          THE WITNESS:  Yes.  There

12     was a clash in opinion.  So the

13     community that was present was the

14     Kurdish community.  Most of them

15     don't speak Arabic.  They speak

16     English and they speak Kurdish.

17     Therefore --

18          (In English) Can you

19     translate, please?

20          (Through Interpreter) So

21     myself, as an official in the

22     mosque, I can't bring somebody who

23     speaks English --

24          (In English) Who speaks

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Arabic.

2                    (The Interpreter) -- who

3          speaks Arabic and they won't

4          understand.

5                    (In English) Yes.  Because

6          of that, I tell --

7                    (Through Interpreter)

8          Because of that, I told them the

9          difference in opinion in who would

10         be Imam, who would assist in

11         management.  That does not concern

12         me.

13                   What concerns me is that the

14         community would benefit and

15         understand both Arabic and

16         English.

17                   MR. BEETAR:  Sorry, Bachar.

18         He said Kurdish and English.

19         Because they are Kurdish

20         community.

21                   INTERPRETER Al-HALABI.

22         Okay.  Let me clarify.  I'm sorry,

23         I must have misheard.

24                   THE WITNESS:  Kurdish and

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        English.

2                INTERPRETER Al-HALABI:  I'm

3        sorry.  Correction.

4                It's Kurdish and English.

5    BY MR. POUNIAN:

6        Q.    Sir, am I correct you were

7    concerned that the Habib brothers would

8    withdraw their support for the mosque if

9    the Al-Haramain members did not get what

10   they asked for?

11               MR. SHEN:  Objection to

12       form.

13               THE WITNESS:  Can you repeat

14       the question one more time?

15               MR. POUNIAN:  Can you

16       re-translate the question, please?

17               INTERPRETER Al-HALABI:  Yes.

18               THE WITNESS:  No.  No.  They

19       were very reasonable, intelligent

20       people.  They understand it's for

21       the benefit of the community.  I

22       was trying to relay a picture that

23       there are different opinions so

24       there will be no disagreements at

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          the mosque.

2    BY MR. POUNIAN:

3          Q.    Sir, do you know how it was

4    that this meeting was scheduled with

5    Al-Haramain in August of 1998 at the

6    Al-Madina Mosque?

7                MR. SHEN:  Objection.  Asked

8          and answered.

9                THE WITNESS:  I don't

10         understand the question.

11   BY MR. POUNIAN:

12         Q.    My question, sir, is, do you

13   know how the meeting with Al-Haramain in

14   August 1998 at the Al-Madina Mosque was

15   planned, who made the arrangements for

16   it, how it came about?

17         A.    I -- honestly, I don't know.

18         Q.    They didn't just show up

19   unannounced; am I right?

20         A.    I don't think there was a

21   previous appointment.  But we learned

22   that they came and said we want to do

23   this and that, we want to manage the

24   mosque.

This Transcript Contains Confidential Material

```
 1              I said, no, let's see what
 2    the community says, what their opinion
 3    is.  So the community said, we have our
 4    own language, we have our own situation
 5    and it's different.
 6         Q.    So did you meet with them
 7    first, before the meeting was held with
 8    the community?
 9         A.    No, at the mosque.  They
10    come to the mosque and we talk all the
11    time.
12         Q.    The Al-Haramain members came
13    to the mosque and you talked with them?
14         A.    Yes.
15         Q.    And they were traveling from
16    Saudi Arabia?
17         A.    I don't know.
18         Q.    I thought you told us
19    earlier they came from Saudi Arabia, sir.
20              MR. SHEN:  Objection to
21         form.
22              THE WITNESS:  No.  But he
23         said I said they came from Saudi
24         Arabia.  I didn't say they came
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          from Saudi Arabia.

2   BY MR. POUNIAN:

3          Q.    Sir, didn't you know they

4   were -- they came from Saudi Arabia,

5   these three men?

6                MR. SHEN:  Objection to

7          form.

8                THE WITNESS:  I don't know

9          what he means, if they came from

10         Saudi.  Does he mean they are

11         Saudis, for example?  I don't

12         know.  Maybe they came from

13         America or Britain.  But I don't

14         know.

15               But what I know is that they

16         are -- or were from Al-Haramain.

17  BY MR. POUNIAN:

18         Q.    And they spoke in Arabic?

19         A.    Yes, yes.

20         Q.    And do you know where

21  Al-Haramain was based?

22         A.    No.  No, I don't know.

23               MR. POUNIAN:  If we could

24         mark FBI 1345, please, as the next

This Transcript Contains Confidential Material

1          exhibit.

2                    -  -  -

3                (Whereupon, Exhibit

4          al-Bayoumi-691, FBI 1345, was

5          marked for identification.)

6                    -  -  -

7                MR. POUNIAN:  I think it's

8          690.

9                COURT REPORTER:  691.

10               MR. POUNIAN:  691.

11     BY MR. POUNIAN:

12          Q.   And, again, sir, is this

13     your handwriting?

14          A.   Yes.

15          Q.   And is this a letter, again,

16     that you wrote to Saad al Habib?

17          A.   Yes.

18          Q.   And this is a letter that

19     you wrote on September 24th, 1998?

20               MR. POUNIAN:  If we go to

21          the very end of the document.

22               THE WITNESS:  Yes.

23               MR. POUNIAN:  And if we

24          could go to the second page.  And

- Filed publicly -
Pls. Ex. 409
(MPS43_221-24)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          if we could just highlight the

2          bottom paragraph there.

3   BY MR. POUNIAN:

4          Q.    And here, sir, did you

5   suggest to Saad al Habib that an

6   independent office be given to

7   Al-Haramain at the mosque and that they

8   be placed in charge of the library?

9          A.    Yes.

10         Q.    Thank you.

11               MR. POUNIAN:  We're done

12         with that document.

13   BY MR. POUNIAN:

14         Q.    So did you know a man named

15   Soliman al Buthe, sir?

16         A.    No.

17         Q.    Was one of the Al-Haramain

18   men who visited the Al-Madina Mosque in

19   August 1998 Soliman al Buthe?

20         A.    No, I don't remember.

21         Q.    Do you know Soliman al Buthe

22   by name?

23         A.    No.

24         Q.    These -- the members of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  Al-Haramain who came to visit for that

2  meeting, how long did they stay in San

3  Diego?

4        A.    I don't know.

5        Q.    How many times did you see

6  them?

7        A.    One time.

8        Q.    You're saying they came to

9  the mosque one time?

10        A.    Yes.

11        Q.    And did they leave any

12  business cards with them or materials?

13        A.    I don't remember.

14              MR. POUNIAN:  If we could

15        just put up Exhibit-691 again,

16        please.

17              Put the Arabic there,

18        please, the first page.

19  BY MR. POUNIAN:

20        Q.    We discussed earlier, sir,

21  that they came to visit the mosque in

22  August of 1998.  And this letter from

23  September 24th, 1998, is still discussing

24  that people are upset from the people of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Al-Haramain and the way they used to get

2    here.

3                    Do you see that, sir, on

4    that page?

5                    MR. SHEN:  Did you misspeak

6            about the date, Steve?

7                    MR. POUNIAN:  It's the date

8            we've already established from the

9            end of the letter, this letter,

10           691.

11                   MR. SHEN:  Did you say the

12           4th or the 24th?

13                   MR. POUNIAN:  I said -- I

14           meant to say the 24th.  I did say

15           the 24th, yes.

16                   THE WITNESS:  Yes.

17   BY MR. POUNIAN:

18           Q.    And what did you mean by the

19   way they used to get here, the way the

20   Al-Haramain people used to get here?

21                   What does that mean?

22           A.    The way -- it means the way

23   they used to bring up or mention

24   subjects.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And can you explain that for

2    us, what you mean by that?

3    A.    They used the Imamate way.

4    They wanted the Imamate to be in the

5    Arabic language, they wanted to take half

6    the management.

7           You know, when you -- when

8    you establish management, there should be

9    two sides there.  But there you didn't

10   have two sides, it was one side, it was

11   the Kurdish side.  And it's not

12   reasonable for them to make the Imamate

13   and other things in Arabic.

14   Q.    What did you mean, sir,

15   by -- when you said the way they used to

16   get here, referring to Al-Haramain?

17   A.    It's to try to take the

18   Imamate forcibly, it's the way they used

19   it.

20   Q.    And had they done that at

21   the mosque or in the community there?

22   A.    No.  They couldn't do

23   anything.  They left.  I wrote the report

24   to brother Saad, and they left.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    You had previously written

2    him on August 18th, and then proposed on

3    August -- on September 24th that

4    Al-Haramain be given the right to

5    supervise the library.

6              What happened -- what

7    happened then?

8    A.    Nothing happened.  They

9    left.

10   Q.    Why did you raise this issue

11   again on September 24th if they had

12   already left in August of 1998?

13             MR. SHEN:  Objection to

14        form.

15             THE WITNESS:  I don't

16        remember.

17   BY MR. POUNIAN:

18   Q.    Sir, where did you first

19   meet Fahad al-Thumairy?

20   A.    At the mosque.

21   Q.    Which mosque?

22   A.    King Fahad Mosque.

23   Q.    And when was that, sir?

24   A.    I don't remember.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          Q.     And where did you meet him

2    at the mosque?

3          A.     He was praying ahead of

4    people.

5          Q.     And were you introduced to

6    him?

7          A.     No.  I went and I said

8    hello.

9          Q.     And am I correct that Fahad

10   al-Thumairy became your religious

11   advisor?

12              MR. SHEN:  Objection on the

13         record.  Objection to form.

14              You can answer.

15              THE WITNESS:  No, he didn't

16         become a religious advisor.  He

17         was an Imam.

18   BY MR. POUNIAN:

19         Q.     Sir, didn't you tell the

20   9/11 Commission that you considered Fahad

21   al-Thumairy your religious advisor?

22         A.     No, no.  If there was a

23   religious question, we would ask him.  We

24   would go back to him and ask him.  He is
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    an Imam, he can be asked.

2              But that doesn't mean that

3    he knows everything.  But you can ask him

4    his opinion.

5         Q.    Well, the statement of your

6    interview to the 9/11 Commission says

7    that, Omar al-Bayoumi considered

8    al-Thumairy his religious advisor.

9              Is that a true statement or

10   not a true statement?

11             MR. SHEN:  Objection to

12        form.  Objection to the

13        characterization of the statement

14        of "your interview."  And

15        objection to asking him a question

16        without showing him the actual

17        document.

18             THE WITNESS:  That's

19        incorrect.

20   BY MR. POUNIAN:

21        Q.    Did you attend the grand

22   opening of the King Fahad Mosque?

23        A.    No.

24        Q.    Did you know a Khalil al

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1    Khalil?

2         A.    No.

3         Q.    Do you know -- do you know a

4    person by that name?

5         A.    No.

6         Q.    Dr. Khalil al Khalil

7    testified in this case that you came to

8    the mosque asking for Thumairy, Fahad

9    al-Thumairy.

10              Do you recall doing that,

11   sir?

12        A.    No.

13        Q.    And do you know what

14   position Khalil al Khalil held at the

15   mosque, the King Fahad Mosque?

16        A.    I don't know.

17              MR. POUNIAN:  Why don't we

18        take a break for a moment here.

19                   -   -   -

20        (End of FBI Protected

21        Material.)

22                   -   -   -

23              VIDEO TECHNICIAN:  We're

24        going to go off the record at
```

This Transcript Contains Confidential Material

1          1:59 p.m.

2                    -   -   -

3              (Whereupon, a brief recess

4          was taken.)

5                    -   -   -

6              VIDEO TECHNICIAN:  We're

7          back on the record at 2:20 p.m.

8      BY MR. POUNIAN:

9          Q.    Sir, did you ever see Fahad

10     al-Thumairy in San Diego?

11             INTERPRETER MIKHAIL:  Can

12         you please repeat the name?

13             MR. POUNIAN:  Fahad

14         al-Thumairy.

15             VIDEO TECHNICIAN:  Sorry to

16         interrupt, should I put people

17         back in the FBI room?

18             MR. POUNIAN:  Not yet.

19             VIDEO TECHNICIAN:  Okay.

20             MS. PRITSKER:  Before we

21         continue, then, for counsel on

22         behalf of Dubai Islamic Bank, we

23         want to note that we were excluded

24         from testimony on the record

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          starting at approximately 11:29

2          Eastern until right now.

3                    Thank you.

4    BY MR. POUNIAN:

5          Q.    Sir, did you ever see Fahad

6    al-Thumairy in San Diego?

7          A.    No, I didn't.

8          Q.    Did you ever go to a mosque

9    on Venice Boulevard in Los Angeles called

10   the Imam Taymiyyah Mosque?

11         A.    No.

12         Q.    Did you host -- strike the

13   question.

14                Did you know that Fahad

15   al-Thumairy was working for the Ministry

16   of Islamic Affairs?

17         A.    No.

18         Q.    Did you know that Fahad

19   al-Thumairy was working for the Kingdom

20   of Saudi Arabia?

21         A.    No.

22         Q.    Did you know that Fahad

23   al-Thumairy was in contact with personnel

24   from the Ministry of Islamic Affairs?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.     No.

2                 MR. SHEN:  Objection to the

3          last question.

4                 INTERPRETER MIKHAIL:  No.

5          The answer to the last question is

6          no.

7    BY MR. POUNIAN:

8          Q.     Did you host -- strike the

9    question.

10                Did two Ministry of Islamic

11   Affairs propagators visit the Al-Madina

12   Mosque for Ramadan 1419?

13         A.     Who from the propagators?

14         Q.     Sir, do you know -- do you

15   recall any Ministry of Islamic Affairs

16   propagators visiting the Al-Madina

17   Mosque?

18                MR. SHEN:  Ever?

19                MR. POUNIAN:  Ever.

20                THE WITNESS:  I don't

21         understand the form of the

22         question.

23   BY MR. POUNIAN:

24         Q.     Sir, in Ramadan 1419 --
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.      (In English) In Ramadan,
2  yes.
3       Q.      -- there were two Ministry
4  of Islamic Affairs propagators who
5  visited the Al-Madina Mosque; is that
6  right?
7       A.      During Ramadan, yes.
8       Q.      And who were those -- who
9  were those two propagators?
10      A.      (In English) I don't know
11 them.
12              (Through Interpreter) I do
13 not know them.  I do not know.
14      Q.      You do not what, sir?
15      A.      I do not know them.
16      Q.      You don't know their names
17 as you're sitting here today?
18      A.      If you gave me names, I
19 might recognize them.
20      Q.      Well, was there a time,
21 before those two propagators came to
22 visit the mosque, that you discussed
23 their trip with anyone?
24      A.      Who are they?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Sir, you just stated that

2    there were two propagators that visited

3    the Al-Madina Mosque for Ramadan 1419.

4    A.    Yes.

5    Q.    And in advance of their

6    arrival at the mosque, did you speak to

7    anyone regarding their trip to the

8    mosque?

9    A.    Again, who are they?

10    (In English) Names?  Names,

11    right?

12    Q.    I'm asking you, sir, the

13    question.

14    Did you speak to anyone

15    before these -- you don't remember the

16    names.

17    And I'm trying to find out,

18    who did you talk to before these two men

19    arrived in Ramadan 1419?  Who did you

20    talk to about their trip to the mosque?

21    A.    We usually ask the Islamic

22    Affairs to bring them from the embassy or

23    for a briefing from the embassy.

24    But I do not -- I'm not

This Transcript Contains Confidential Material

1   aware of who you are speaking about.

2        Q.    When you say "we usually ask

3   the Islamic Affairs," who are you talking

4   about?  Who is the "we" in that sentence?

5        A.    So usually in the mosque, in

6   the masjid, we would ask the embassy,

7   during the month of Ramadan, for them to

8   bring propagators, if we need them, for

9   them -- based on the request of the

10  community, that they would send a

11  propagator to help with the prayer, the

12  prayers of Taraweeh and so forth.

13       Q.    And did you make such a

14  request to the embassy or to the Ministry

15  at any time?

16       A.    Yes.  The embassy, yes.  We

17  called them on the premise that we do

18  need propagators for the month of

19  Ramadan.

20       Q.    And who called who?

21       A.    The Islamic Affairs.

22       Q.    And we discussed earlier

23  Mussaed al Jarrah.

24            Did you call Mussaed al

This Transcript Contains Confidential Material

1   Jarrah?

2         A.    Not like that.  But we would

3   call and we mention we need so-and-so and

4   that would be it.

5         Q.    And did you place that call?

6         A.    I don't remember at this

7   time.  But this is how it usually goes.

8         Q.    And would you make those

9   calls with the embassy?

10        A.    Yes, I would.  As well as

11  the community present.  I would also call

12  the embassy.

13        Q.    And who else, other than

14  you, would make a call like that?

15             INTERPRETER MIKHAIL:  I'm

16        just waiting for the question

17        again.  Please repeat the

18        question.

19  BY MR. POUNIAN:

20        Q.    I said who else, other than

21  you, would make a call to the embassy

22  like that?

23        A.    Regarding the mosque, it can

24  be the head of the community.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           Q.    Can you name anyone else who

2    would -- who ever called the embassy from

3    the masjid -- mosque -- from the

4    Al-Madina Mosque?

5           A.    Yes.

6           Q.    Who?

7           A.    Perhaps assistants to the

8    Imam.  I'm not sure who exactly made that

9    call.

10          Q.    Sir, can you name anyone

11   else -- give us the names of anyone else

12   who placed calls to the embassy from the

13   mosque?

14          A.    I do not know.

15          Q.    Now, these two men you said

16   came for Ramadan 1419, when did you know

17   they were coming to the mosque?

18               MR. POUNIAN:  Do we have an

19         answer?

20               THE WITNESS:  Who are these

21         two people?

22   BY MR. POUNIAN:

23          Q.    Sir, I'm just trying to --

24   I've been trying to establish that, and I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    will discuss that with you.

2              But I want to know first,

3    when did you know in advance when they

4    were going to be coming to the mosque?

5    How far in advance did you know?

6         A.    Usually we don't know these

7    things.  Sometimes Ramadan would start

8    and nobody would show up, sometimes they

9    would come in the middle of Ramadan,

10   sometimes before Ramadan.  I don't know.

11             And I don't know who he's

12   talking about.

13        Q.    Well, do you recall --

14   strike the question.

15             I'm talking about Adel Al

16   Sadhan and Mutaeb Al-Sudairy, those two

17   gentlemen.

18             Do you remember them?

19        A.    (In English) Yes.

20        Q.    And they came for Ramadan

21   1419?

22        A.    I don't remember the dates

23   exactly.  But they came in Ramadan.  They

24   did the Taraweeh prayer.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1           Q.    And you found a place for

 2    them to stay with Dr. Abdussattar Shaikh;

 3    am I correct?

 4                 MR. SHEN:  Objection to

 5           form.  States facts not in

 6           evidence.

 7                 THE WITNESS:  No, that's

 8           incorrect.

 9                 MR. POUNIAN:  Can we go on

10           the FBI record, please?

11                     -   -   -

12                 (FBI Protected Material.)

13                     -   -   -

14                 VIDEO TECHNICIAN:  One

15           moment.

16                 Okay.  They are all in.

17                 MR. POUNIAN:  Put up

18           Exhibit-492, please.

19    BY MR. POUNIAN:

20           Q.    This is the interview

21    statement of Dr. Abdussattar Shaikh that

22    was taken in September of 2001.

23                 MR. POUNIAN:  If we could

24           turn to the fifth page of this
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          PDF, please, 7339.

2                  MR. SHEN:  Mischaracterizes

3          the document.

4                  MR. POUNIAN:  If we could

5          highlight the paragraph just below

6          the redaction, the whole

7          paragraph.

8                  MR. SHEN:  Can you give me

9          the Bates number of the first

10         page, please?

11                 MR. POUNIAN:  It's 7336.

12    BY MR. POUNIAN:

13         Q.    Sir, this states that, Omar

14    al-Bayoumi introduced Shaikh to Mutaeb

15    Al-Sudairy and Adel Al Sadhan, two

16    scholars visiting from Saudi Arabia.

17                 That's what the interview

18    report of the FBI's interview with Dr.

19    Shaikh says.

20                 Is that a true statement,

21    sir?

22         A.    No, it's incorrect.

23         Q.    It states that, They did not

24    seem to know al-Bayoumi very well.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  Al-Bayoumi was looking for somewhere for

2  the two visitors to stay.

3                Is that true, sir?

4        A.    How do I not know them well

5  and how am I looking for a residence for

6  them?

7        Q.    My question sir, is, is that

8  a correct statement?  Were you looking

9  for a place for them to stay?

10       A.    No, that's incorrect.

11       Q.    Did they stay with Dr.

12 Shaikh?

13       A.    I don't know.

14       Q.    Did you know Dr. Shaikh?

15       A.    From the Islamic Center.

16       Q.    And you had him over for

17 dinner at your house, didn't you, sir?

18       A.    Yes.

19       Q.    And you went on a trip with

20 him to the King Fahad Mosque, along with

21 your son, didn't you, sir?

22       A.    With my son, yes.  But with

23 Dr. Shaikh, no, I don't remember.

24       Q.    Where did Sadhan and Sudairy

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    stay when they were in San Diego?

2         A.    I don't remember.  I don't

3    remember.

4         Q.    So they could have stayed at

5    Dr. Shaikh's house; is that right?

6              MR. SHEN:  Calls for

7         speculation.

8              THE WITNESS:  I don't

9         remember.

10   BY MR. POUNIAN:

11        Q.    Where did -- where were you

12   when you first saw Sadhan and Sudairy?

13        A.    I don't remember.

14        Q.    Did you meet them at the

15   mosque or somewhere else?

16        A.    (In English) I don't

17   remember.

18             MR. POUNIAN:  I don't know

19        who that was.

20             THE WITNESS:  I don't

21        remember.

22   BY MR. POUNIAN:

23        Q.    Did you know that they had

24   first gone to Los Angeles and met and had

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    dinner with Fahad al-Thumairy before

2    coming to San Diego?

3                MR. SHEN:  Objection to

4        form.

5                THE WITNESS:  I don't know.

6                MR. POUNIAN:  If we could

7        put before the witness

8        Exhibit-445, please.

9    BY MR. POUNIAN:

10        Q.   Is this a letter, sir, that

11    you wrote to the minister --

12                MR. SHEN:  Steve, can you

13        please read the Bates number?

14                MR. POUNIAN:  It's FBI 7591.

15        I'm sorry, KSA 7591.  It's

16        Exhibit-445

17                THE WITNESS:  Yes.

18                MR. POUNIAN:  And if we

19        could just go to the second

20        paragraph, please.

21    BY MR. POUNIAN:

22        Q.   Well, first of all, you see

23    this is written in -- the date on the

24    upper right-hand corner is Shawwal 1419.

- Filed publicly -
Pls. Ex. 416
(KSA7591)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                Do you see that, sir?

2        A.    Yes, yes.

3        Q.    And then you go on to

4   discuss the visit of Sudairy and Sadhan

5   for Ramadan 1419.

6                That tells you the date that

7   they visited, right, sir?

8        A.    Yes.

9        Q.    And you review -- you say

10  that they were --

11       A.    Not the date showing here.

12  This is Shawwal.  They came in Ramadan,

13  the month before.

14       Q.    Right.

15       A.    This one is Shawwal.

16       Q.    Exactly.  They came a month

17  before this -- they came the month before

18  you wrote this -- for the month of

19  Ramadan --

20       A.    (In English) After Ramadan,

21  yes.  After Ramadan, I wrote it.

22       Q.    I understand.

23                And you review in your

24  letter here that they visited your

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    mosque, the Al-Madina Mosque; is that

2    right?

3         A.    (In English) Yes.

4         Q.    And they also went to the

5    Abu Bakr Mosque?

6         A.    (In English) Yes.

7         Q.    And that's the same as the

8    ICSD mosque that we discussed before?

9         A.    That's where I live, where

10   Abu Bakr is.

11        Q.    And that's the Islamic

12   Center of San Diego Mosque, right?

13        A.    (In English) Yes.

14              (Through Interpreter) Yes.

15        Q.    And it also mentions the

16   Al-Rribaat Mosque?

17        A.    Yes.

18        Q.    And that's a mosque at which

19   you recited poetry once a week, am I

20   correct, sir, at one time?

21        A.    What mosque?

22        Q.    The Al-Rribaat Mosque.

23              MR. SHEN:  There was an

24        objection.

REDACTED FOR PUBLIC FILING

1   BY MR. POUNIAN:

2        Q.   Sir, can you answer the

3   question?

4             Did you recite poetry at the

5   Al-Rribaat Mosque?

6             MR. SHEN:  That's a

7        different question, Steve.

8             MR. POUNIAN:  I wasn't

9        getting an answer.  So I'm just

10        trying to get an answer.

11             THE WITNESS:  The answer is

12        no.

13   BY MR. POUNIAN:

14        Q.   And then there's another

15   mosque mentioned that the two men

16   visited, the Mosque of Uthman.

17             Do you see that, sir?

18             INTERPRETER Al-HALABI:  I

19        didn't catch the name.

20             Uthman, Masjid al Uthman.

21             THE WITNESS:  Yes.

22   BY MR. POUNIAN:

23        Q.   And did you go with Sadhan

24   and Sudairy to these various mosques?

This Transcript Contains Confidential Material

1    A.    I don't remember.

2    Q.    How did they get to those

3  mosques?

4    A.    Any propagator --

5  propagators that would come, people were

6  willing to carry them -- to take them

7  places, to give them residence or

8  anything.  So it's possible that I went

9  with them to one of the mosques, but not

10  all of the mosques.

11    Q.    Well, it also says that they

12  delivered the Eid sermon at the Omar bin

13  Khatib Mosque.

14        Were you there when they

15  delivered the Eid sermon?

16    A.    No.

17        MR. POUNIAN:  ███████████████

18  ███████████████████████████████

19  █████████

20            -   -   -

21        ███████████████████████

22  ███████████████████████████████

23  ███████████████████████████████

24            -   -   -

█████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    MR. POUNIAN: ▮▮▮▮

2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮▮▮▮

4    ▮▮▮▮▮▮

5    BY MR. POUNIAN:

6    Q.  ▮▮▮▮▮▮▮▮▮▮

7    ▮▮▮▮▮▮▮

8    A.  ▮▮▮

9    Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11   ▮▮▮▮▮▮▮▮▮▮

12   A.  ▮▮▮

13   Q.  ▮▮▮▮▮▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15   ▮▮▮

16   MR. SHEN: ▮▮▮▮▮▮

17   ▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19   ▮▮▮▮▮▮▮▮

20   INTERPRETER Al-HALABI: ▮▮

21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22   ▮▮▮▮

23   MR. SHEN: ▮▮▮▮▮

24   ▮▮▮▮▮▮▮▮▮▮▮▮▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2       THE WITNESS:

3

4

5

6

7

8

9   BY MR. POUNIAN:

10       Q.

11

12

13

14       A.

15       Q.

16

17

18

19

20       MR. SHEN:

21

22       THE WITNESS:

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3    BY MR. POUNIAN:

4        Q.

5

6        A.

7

8

9

10

11

12

13

14        Q.

15

16

17

18

19

20

21

22            MR. SHEN:

23

24

This Transcript Contains Confidential Material



1

BY MR. POUNIAN:

3        Q.

4

5

6

7              MR. SHEN:

8

9              THE WITNESS:

10

11

12

13

14

15   BY MR. POUNIAN:

16        Q.

17

18        A.

19

20

21

22        Q.

23

24        A.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  ████████████████████████████████

2  ████████████████████  ███████████

3  ████████████████████████████████

4  ████████████████  ███████████████

5  ████████████████████

6     Q.  ██████████████████████████

7  ████████████

8        ██████████████████████

9  ████

10    A.  ████████████████████████

11 ██████████████████████████████

12 ██████████████████████

13 ████████████

14    Q.  ████████████████

15 ████████████████████████████████

16 ██████████████████

17    A.  ████████████████████████

18 ████

19    Q.  ████████████████████████

20 ████

21    A.  ██████████  ██████████████

22 ██████████████

23           MR. SHEN:  Steve, it's past

24      10:00 p.m. in Saudi Arabia.  Once

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          you're done with this document,

2          let's take a break for the day.

3                MR. POUNIAN:  Why don't we

4          break for the day right now.

5                     -   -   -

6                (End of FBI Protected

7          Material.)

8                     -   -   -

9                VIDEO TECHNICIAN:  This is

10         going to end today's deposition.

11         We're going to go off the record

12         at 3:03 p.m.

13                     -   -   -

14                (Whereupon, the deposition

15         concluded for the day at

16         3:03 p.m.)

17                     -   -   -

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2

 3
      I, Amanda Maslynsky-Miller, Certified
 4    Realtime Reporter, do hereby certify that
      prior to the commencement of the
 5    examination, OMAR AL-BAYOUMI, was remotely
      sworn by me to testify to the truth, the
 6    whole truth and nothing but the truth.
 7
      I DO FURTHER CERTIFY that the foregoing is a
 8    verbatim transcript of the testimony as
      taken stenographically by me at the time,
 9    place and on the date hereinbefore set
      forth, to the best of my ability.
10
11    I DO FURTHER CERTIFY that I am neither a
      relative nor employee nor attorney nor
12    counsel of any of the parties to this
      action, and that I am neither a relative nor
13    employee of such attorney or counsel, and
      that I am not financially interested in the
14    action.
15
16          _____
17    Amanda Miller
      Certified Realtime Reporter
18    Dated: June 21, 2021
19
20    (The foregoing certification of this
      transcript does not apply to any
21    reproduction of the same by any means,
      unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
  1                    CERTIFICATE
  2
  3
     I, Amanda Maslynsky-Miller, Certified
  4  Realtime Reporter, do hereby certify that
     prior to the commencement of the
  5  examination, OMAR AL-BAYOUMI, was remotely
     sworn by me to testify to the truth, the
  6  whole truth and nothing but the truth.
  7
     I DO FURTHER CERTIFY that the foregoing is a
  8  verbatim transcript of the testimony as
     taken stenographically by me at the time,
  9  place and on the date hereinbefore set
     forth, to the best of my ability.
 10
 11  I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor
 12  counsel of any of the parties to this
     action, and that I am neither a relative nor
 13  employee of such attorney or counsel, and
     that I am not financially interested in the
 14  action.
 15
 16        _____

 17  Amanda Miller
     Certified Realtime Reporter
 18  Dated: June 21, 2021
 19
 20  (The foregoing certification of this
     transcript does not apply to any
 21  reproduction of the same by any means,
     unless under the direct control and/or
 22  supervision of the certifying reporter.)
 23
 24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition

 4    over carefully and make any necessary

 5    corrections.  You should state the reason

 6    in the appropriate space on the errata

 7    sheet for any corrections that are made.

 8              After doing so, please sign

 9    the errata sheet and date it.

10              You are signing same subject

11    to the changes you have noted on the

12    errata sheet, which will be attached to

13    your deposition.

14              It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within sixty (60) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    - - - - - -

                  E R R A T A

2                    - - - - - -

3      PAGE   LINE   CHANGE

4      _____  _____  _____

5      _____  _____  _____

6      _____  _____  _____

7      _____  _____  _____

8      _____  _____  _____

9      _____  _____  _____

10     _____  _____  _____

11     _____  _____  _____

12     _____  _____  _____

13     _____  _____  _____

14     _____  _____  _____

15     _____  _____  _____

16     _____  _____  _____

17     _____  _____  _____

18     _____  _____  _____

19     _____  _____  _____

20     _____  _____  _____

21     _____  _____  _____

22     _____  _____  _____

23     _____  _____  _____

24     _____  _____  _____
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2

              I,_____, do
 3    hereby certify that I have read the
      foregoing pages,  1 - 242, and that the
 4    same is a correct transcription of the
      answers given by me to the questions
 5    therein propounded, except for the
      corrections or changes in form or
 6    substance, if any, noted in the attached
      Errata Sheet.
 7
 8    _____
      OMAR AL-BAYOUMI              DATE
 9
10

      Subscribed and sworn
11    to before me this
      _____ day of _____, 20_____.
12
      My commission expires:_____
13
14    _____
      Notary Public
15
16
17
18
19
20
21
22
23
24
```

REDACTED FOR PUBLIC FILING