# Exhibit 120-TR

# Part 2 of 3

 = Plaintiffs' provisional redactions ("ppr") of content of this videotaped deposition and its transcript, made subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2                      -  -  -
 3
 4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
      ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                        -  -  -
 8                  JUNE 10, 2021
                    VOLUME II
 9          THIS TRANSCRIPT CONTAINS
             CONFIDENTIAL MATERIAL
10                      -  -  -
11
12            Continued Remote Videotaped
13    Deposition, taken via Zoom, of OMAR
14    AL-BAYOUMI, commencing at 7:07 a.m., on
15    the above date, before Amanda
16    Maslynsky-Miller, Certified Realtime
17    Reporter and Notary Public in and for the
18    Commonwealth of Pennsylvania.
19
20                      -  -  -
21        GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22            deps@golkow.com
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1    APPEARANCES:
2
            KREINDLER & KREINDLER LLP
3           BY: STEVEN R. POUNIAN, ESQUIRE
            BY: JAMES P. KREINDLER, ESQUIRE
4           BY: ANDREW J. MALONEY III, ESQUIRE
            BY: MEGAN WOLFE BENETT, ESQUIRE
5           By: DANIEL O. ROSE, ESQUIRE
            485 Lexington Avenue, 28th Floor
6           New York, New York 10017
            (212) 687-8181
7           spounian@kreindler.com
            jkreindler@kreindler.com
8           amaloney@kreindler.com
            mbenett@kreindler.com
9           drose@kreindler.com
            Representing the Ashton, et al.,
10          Plaintiffs
11
12          COZEN O'CONNOR P.C.
            BY: SEAN P. CARTER, ESQUIRE
13          BY: J. SCOTT TARBUTTON, ESQUIRE
            One Liberty Place
14          1650 Market Street
            Suite 2800
15          Philadelphia, Pennsylvania 19103
            (215) 665-2000
16          scarter1@cozen.com
            starbutton@cozen.com
17          Representing the Plaintiffs
18
19          ANDERSON KILL P.C.
            BY: JERRY S. GOLDMAN, ESQUIRE
20          BY: BRUCE STRONG, ESQUIRE
            BY: ROBERT M. HORKOVICH, ESQUIRE
21          1251 Avenue of the Americas
            New York, New York 10020
22          (212) 278-1000
            jgoldman@andersonkill.com
23          bstrong@andersonkill.com
            rhorkovich@andersonkill.com
24          Representing the Plaintiffs'
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  APPEARANCES:  (Continued)

2

3          MOTLEY RICE LLC
          BY: ROBERT T. HAEFELE, ESQUIRE
4          BY: JADE A. HAILESELASSIE, ESQUIRE
          BY: JODI WESTBROOK FLOWERS, ESQUIRE
5          BY: C. ROSS HEYL, ESQUIRE
          28 Bridgeside Boulevard
6          Mount Pleasant, South Carolina 29464
          (843) 216-9000
7          rhaefele@motleyrice.com
          jhaileselassie@motleyrice.com
8          jflowers@motleyrice.com
          rheyl@motleyrice.com
9          Representing the Plaintiffs' Steering
          Committee and the Burnett Plaintiffs
10

11

          BAUMEISTER & SAMUELS, PC
12          BY: DOROTHEA M. CAPONE, ESQUIRE
          140 Broadway
13          46th Floor
          New York, New York 10005
14          (212) 363-1200
          tcapone@baumeisterlaw.com
15          Representing the Plaintiff,
          Ashton, et al., Plaintiffs
16

17

18

          SHEPS LAW GROUP P.C
19          BY: ROBERT SHEPS, ESQUIRE
          35 Pinelawn Road
20          Suite 106 East
          Melville, New York 11747
21          (631) 249-5600
          rsheps@shepslaw.com
22          Representing Plaintiff Charter
          Oak Insurance Company
23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3        FORD MARRIN ESPOSITO WITMEYER &
          GLESER, LLP
 4        BY: CATHERINE B. ALTIER, ESQUIRE
          Wall Street Plaza, 16th Floor
 5        New York, New York 10005
          (212) 269-4900
 6        cbaltier@fordmarrin.com
          Representing the Plaintiffs,
 7        Continental Casualty Company,
          Transcontinental Insurance Company,
 8        Transportation Insurance Company,
          Valley Forge Insurance Company,
 9        National Fire Insurance Company of
          Hartford, and American Casualty
10        Company of Reading, Pennsylvania
11
12        SPEISER KRAUSE, PC
          BY: JEANNE M. O'GRADY, ESQUIRE
13        800 Westchester Avenue
          Suite S-608
14        Rye Brook, New York 10573
          (914) 220-5333
15        jog@speiserkrause.com
          Representing the Plaintiff's
16        Steering Committee
17
18        LOCKE LORD LLP
          BY: T. PATRICK BYRNES, ESQUIRE
19        111 South Wacker Drive
          Chicago, Illinois 60606
20        (312) 443-0689
          pbyrnes@lockelord.com
21        Representing the Plaintiff, Global
          Aerospace, Inc, et al.
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)
 2
 3          STROOCK & STROOCK & LAVAN LLP
            BY: PATRICK N. PETROCELLI, ESQUIRE
 4          180 Maiden Lane
            New York, New York 10038
 5          (212) 806-5400
            ppetrocelli@stroock.com
 6          Representing the Plaintiff,
            Arrowood Indemnity Company, formerly
 7          Known as Royal Indemnity Company,
            and Arrowood Surplus Lines Insurance
 8          Company, formerly known as Royal
            Surplus Lines Insurance Company
 9
10
            BUTLER WEIHMULLER KATZ CRAIG LLP
11          BY: SCOTT KATZ, ESQUIRE
            400 North Ashley Drive
12          Suite 2300
            Tampa, Florida 33602
13          (813) 281-1900
            skatz@butler.legal
14          Representing the Plaintiff, Managing
            Agency Partners, Ltd., et al.
15
16
            KELLOGG, HANSEN, TODD, FIGEL &
17          FREDERICK, P.L.L.C.
            BY: ANDREW C. SHEN, ESQUIRE
18          BY: MICHAEL K. KELLOGG, ESQUIRE
            BY: CHRISTOPHER YOUNG, ESQUIRE
19          1615 M Street, N.W.
            Suite 400
20          Washington, D.C. 20036
            (202) 326-7900
21          ashen@kellogghansen.com
            mkellogg@kellogghansen.com
22          Cyoung@kellogghansen.com
            Representing the Defendant,
23          Kingdom of Saudi Arabia
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3           JONES DAY
             BY: ERIC SNYDER, ESQUIRE
 4           BY: STEVEN COTTREAU, ESQUIRE
             BY: GABRIELLE PRITSKER, ESQUIRE
 5           51 Louisiana Avenue, N.W.
             Washington, D.C. 20001
 6           (202) 879-3939
             esnyder@jonesday.com
 7           scottreau@jonesday.com
             gpritsker@jonesday.com
 8           Representing the Defendant,
             Dubai Islamic Bank
 9
10
11           MOLOLAMKEN LLP
             BY: ERIC R. NITZ, ESQUIRE
12           BY: ROBERT K. KRY, ESQUIRE
             600 New Hampshire Avenue, N.W.
13           Washington, DC 20037
             (202) 556-2000
14           enitz@mololamken.com
             rkry@mololamken.com
15           Representing the Defendant,
             Dallah Avco
16
17
18           LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
             BY: SUMAYYA KHATIB, ESQUIRE
19           1101 New York Avenue, N.W.
             Suite 1000
20           Washington, DC 20005
             (202) 833-8900
21           sumayya.khatib@lbkmlaw.com
             Representing the Defendants,
22           Muslim World League, the
             International Islamic Relief
23           Organization, and
             Drs. Turki, Al-Obaid, Naseef and Basha
24
```

 REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   APPEARANCES: (Continued)

2

3       LAW FIRM OF OMAR T. MOHAMMEDI, LLC
        BY: JILL L. MANDELL, ESQUIRE
4       233 Broadway
        Suite 820
5       New York, New York 10279
        (212) 725-3846
6       jmandell@otmlaw.com
        Representing the Defendant,
7       WAMY and WAMY International

8

9

        THE LAW OFFICES OF GEORGE R.
10      SALEM, PLLC
        BY: GEORGE R. SALEM, ESQUIRE
11      500 8th Street N.W.
        Suite 210
12      Washington, D.C. 20004
        (202) 887-1140
13      gsalem@georgesalempllc.com
        Representing the Defendant,
14      Dallah Avco

15

16   APPEARANCES: (Continued)

17

     ALSO PRESENT:
18

19   David Lane, Videographer
     Dianne Int-Hout, Trial Technician
20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    APPEARANCES: (Continued)

2

     ALSO PRESENT:

3

4

     John Fawcett, Staff, Kreindler & Kreindler
5    Debra Pagan, Paralegal, Kreindler & Kreindler
     Gavin Simpson
6    Julia Sienski, Client Liaison, Kreindler &
     Kreindler
7    Catherine Hunt, Consultant, Kreindler &
     Kreindler

8

9    Raymond Rivera, IT, Cozen O'Connor

10   Richard Cashon, Paralegal, Motley Rice

11   Hannah Lee, Paralegal, MoloLamken LLP

12   Abdelgader Hasim, Dallah Avco, Kingdom of
     Saudi Arabia

13

14   Ed Beeter, Check Interpreter
     Marwan Abdel-Rahman, Interpreter
15   Rodina Mikhail, Interpreter

16

     Ziad al-Sudiary

17

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                   -   -   -
 2                 I N D E X
 3                   -   -   -
 4
    Testimony of:   OMAR AL-BAYOUMI
 5
 6     By Mr. Pounian                          262
 7
                     -   -   -
 8
               E X H I B I T S
 9
                     -   -   -
10
11  NO.                DESCRIPTION           PAGE
12  al-Bayoumi-693     FBI 1331-1337 and
                       FBI 1367-1368          280
13
    al-Bayoumi-694     FBI 1309               288
14
    al-Bayoumi-695     FBI: Phone Calls to
15                     Embassy & Consulate    293
16  al-Bayoumi-696     FBI 4286               299
17  al-Bayoumi-697     FBI 4139-4145          304
18  al-Bayoumi-698     FBI: Phone between
                       Bayoumi & Thumairy     311
19
    al-Bayoumi-699     FBI 2802-2815          340
20
    al-Bayoumi-700     FBI 4011               344
21
    al-Bayoumi-701     FBI 0032-0038          349
22
    al-Bayoumi-702     FBI 4009-4010          354
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                  -  -  -
 2             E X H I B I T S
 3                  -  -  -
 4
     NO.            DESCRIPTION            PAGE
 5
     al-Bayoumi-703   FBI 1055-1068         425
 6
     al-Bayoumi-704   FBI 8023-8060         433
 7
     al-Bayoumi-705   FBI 8276-8281         437
 8
     al-Bayoumi-706   FBI 8238              456
 9
     al-Bayoumi-707   FBI 4013-4018         464
10
     al-Bayoumi-708   MA153-161
11                    Memorandum for the
                      Record                470
12
     al-Bayoumi-709   No Bates
13                    Baoyumi calls to
                      Aidarus               517
14
15
16
17
18
19
20
21
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    -   -   -

2            DEPOSITION SUPPORT INDEX

3                    -   -   -

4

5   Direction to Witness Not to Answer

6   Page Line      Page Line      Page Line

7   None

8

9

10  Request for Production of Documents

11  Page    Line  Page Line      Page Line

12  485     22

13

14

15  Stipulations

16  Page Line      Page Line      Page Line

17  259     1

18

19

20  Question Marked

21  Page Line      Page Line      Page Line

22  None

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2              (It is hereby stipulated and

 3         agreed by and among counsel that

 4         sealing, filing and certification

 5         are waived; and that all

 6         objections, except as to the form

 7         of the question, will be reserved

 8         until the time of trial.)

 9                    -  -  -

10              VIDEO TECHNICIAN:  We are

11         now on the record.  My name is

12         David Lane, videographer for

13         Golkow Litigation Services.

14         Today's date is June 10th, 2021,

15         and our time is 7:07 a.m. Eastern

16         Standard Time.

17              This remote video deposition

18         is being held in the matter of the

19         Terrorist Attacks on September

20         11th, 2001.  Our deponent today is

21         Omar al-Bayoumi.

22              All parties to this

23         deposition are appearing remotely

24         and have agreed to the witness
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           being sworn in remotely.

2                Due to the nature of remote

3           reporting, please pause briefly

4           before speaking so that all

5           parties are heard completely.

6                Our counsel will be noted on

7           the stenographic record.  The

8           court reporter today is Amanda

9           Miller.

10               I want to remind the witness

11          and the interpreters you're still

12          under oath from yesterday.

13                    -   -   -

14               RODINA MIKHAIL and MARWAN

15          ABDEL-RAHMAN were previously duly

16          sworn to translate questions from

17          the English language to the Arabic

18          language and the answers from the

19          Arabic language to the English

20          language.

21                    -   -   -

22               OMAR AL-BAYOUMI, after

23          having been previously duly sworn,

24          was further examined and testified

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        as follows:

2                   -  -  -

3              VIDEO TECHNICIAN:  Please

4        begin.

5              MS. PRITSKER:  Good morning,

6        this is counsel for Dubai Islamic

7        Bank.  I just want to quickly note

8        that we were excluded from the

9        deposition yesterday, June 9th,

10       2021, at approximately 2:36 p.m.

11       until the deposition adjourned

12       yesterday.

13             Moving forward, we plan to

14       note the beginning and end of our

15       exclusion so that we have a clear

16       record.  Therefore, we ask that

17       the Zoom operator does not remove

18       us or close the record before we

19       are able to do so.

20             We are now being -- DIB

21       counsel is now being excluded from

22       the deposition for FBI protected

23       testimony.

24             Thank you.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                    -  -  -

2                  EXAMINATION

3                    -  -  -

**- Filed publicly -**
**Pls. Ex. 384**
**(MPS43_217)**

4            MR. POUNIAN:  Could we put

5       up Exhibit-493, please?

6            VIDEO TECHNICIAN:  Steve,

7       you're going to go on the FBI

8       record right away?

9            MR. POUNIAN:  I am, yes.

10           VIDEO TECHNICIAN:  I'm going

11      to move everyone into the FBI room

12      now.  One moment, please.

13                   -  -  -

14           (FBI Protected Material.)

15                   -  -  -

16           MR. SHEN:  Steve, can you

17      read out the Bates number?

18           MR. POUNIAN:  1338, FBI.

19           VIDEO TECHNICIAN:  Okay.

20      Everyone is in now.

21   BY MR. POUNIAN:

22      Q.    All right.

23           MR. POUNIAN:  Can we show

24      the witness the document in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Arabic, please?
 2    BY MR. POUNIAN:
 3          Q.    Sir, good afternoon.
 4                Is this your handwriting on
 5    this document?
 6          A.    Yes.
 7          Q.    And it's a letter you
 8    prepared to Saad Al Habib?
 9          A.    Yes.
10          Q.    How did you send it to him?
11          A.    I don't remember.  Perhaps
12    via fax.
13          Q.    And it says, Please reply
14    urgently, at the top.
15          A.    Yes.
16          Q.    What was urgent that you
17    needed to raise with Mr. Habib?
18          A.    Okay.  So we did have a
19    problem regarding the speech, the Friday
20    speech.
21          Q.    What was the problem?
22          A.    So the problem was the
23    preacher would give the speech in Arabic
24    and also the prayer, and the community
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   could not understand but Kurdish and

2   English.  So this was an issue because

3   the community here wanted it in either

4   Kurdish or English.

5              And the other issue is they

6   wanted the speeches in the mosque -- in

7   the masjid to be in Arabic, English and

8   Kurdish all at the same time.  And that

9   would take -- that would consume a lot of

10  time for the speech.

11             And so I told him that he

12  has to speak with the brothers, and then

13  after that inform me of what's going to

14  transcend.

15       Q.    And was this Mr. Sadhan and

16  Mr. Sudairy that you're referring to?

17       A.    I don't understand the

18  question.

19             What are the names, sir?

20       Q.    What was the preacher that

21  you were referring to who gave the

22  khutbah?

23             MR. SHEN:  Your interpreter

24        is frozen.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                MR. POUNIAN:  Let's go off

 2        the record.

 3                VIDEO TECHNICIAN:  We're

 4        going to go off the record, 7:13

 5        a.m.

 6                    -   -   -

 7                (Whereupon, a brief recess

 8        was taken.)

 9                    -   -   -

10                VIDEO TECHNICIAN:  Back on

11        the record, 7:14 a.m.

12  BY MR. POUNIAN:

13        Q.    Sir, who was the preacher

14  that you were referring to who gave the

15  khutbah?

16        A.    So I did not mean Mutaeb,

17  because these were temporary, only during

18  the month of Ramadan.  I meant in the

19  long-term.  I did not want a Hadid to be

20  present giving the khutbah in Arabic

21  while these people in the community

22  needed it in Kurdish or English.

23                MR. BEETAR:  Just to add

24        something.  He said Mutaeb and
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              Adel.  Mutaeb and Adel Sudairy.

2              She mentioned only one, but he

3              mentioned both of them.

4                   INTERPRETER MIKHAIL:  Okay.

5                   MR. SHEN:  He said, I did

6              not want a Hadid present.  What is

7              a Hadid?

8                   INTERPRETER MIKHAIL:  Hadid,

9              the preacher.

10                  MR. SHEN:  Thank you.

11                  MR. POUNIAN:  If we just

12             highlight just your -- the last

13             two lines of the letter before the

14             phone number, the two phone

15             numbers there, if we can do that.

16   BY MR. POUNIAN:

17        Q.   Sir, you state, The mosque

18   was their base and I coordinated with

19   their superiors.

20                  Who are the superiors that

21   you coordinated with?

22                  MR. SHEN:  Mr. Bayoumi, have

23             you had a chance to look at the

24             letter and read it?  If not,
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          please read the letter before you

2          answer questions.

3                    THE WITNESS:   What I mean by

4          base is that the masjid would be

5          their base, their place of

6          presence.   We usually do have five

7          prayers, and any Imam would be

8          present during one of the prayers.

9          Any Imam that would be there would

10         continue to be present.

11    BY MR. POUNIAN:

12         Q.    And who were the superiors

13    that you're referring to in this letter?

14         A.    Which superiors?   Superiors

15    where at?

16         Q.    It states, The mosque was

17    their base, I coordinated with their

18    superiors.

19                    Who were those superiors?

20                    MR. SHEN:  Objection.

21         Objection to the translation.   Our

22         translation does not say

23         superiors.

24                    I don't know if you're

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    reading it in your -- you're

2    translating from the Arabic or

3    you're translating Steve's --

4         MR. POUNIAN:  Obviously, I'm

5    not translating from the Arabic.

6    I'm reading --

7         MR. SHEN:  I'm not asking

8    you.  I'm asking the translator

9    whether she's reading from the

10   letter or she's translating the

11   word "superior."

12        INTERPRETER MIKHAIL:  No.

13   The interpreter is being

14   consistent with the language used

15   in the question.

16        It's also mentioned in the

17   English translation on the Arabic

18   letter, superiors.

19        MR. SHEN:  I see that.  Our

20   translation is different.

21        So objection to the

22   translation and --

23        INTERPRETER MIKHAIL:  It can

24   be responsible supervisors or

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1          higher-ups, it really depends on

 2          the context.

 3              MR. SHEN:  Understood.  If

 4          you could read the Arabic in the

 5          actual letter, please.

 6              INTERPRETER MIKHAIL:  Yes.

 7              So the question is, who are

 8          the superiors or who are those

 9          responsible?

10              THE WITNESS:  Superiors here

11          meaning those who are responsible,

12          those who go to the mosque, say,

13          those who go to the mosque, the

14          Masjid Khattab, Abu Bakr, meaning

15          those who go to the mosque -- to

16          the masjid figure out who are

17          those who are responsible.

18              And also the Masjid of

19          Uthman.

20      BY MR. POUNIAN:

21          Q.    This states that the mosque

22      was their base.

23              Who was "their"?  Who was --

24      whose base was the mosque, according to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    what you wrote here?

2        A.    What I mean by -- what I

3    mean by base is we have five prayers and

4    also lectures.  So the person that gives

5    the lecture can go give a lecture here

6    and then go give a lecture in another

7    masjid, but they, at the end of the day,

8    they come and pray the prayer of Taraweeh

9    in this masjid.

10            What I mean is -- by it

11    being the base is that's the masjid that

12    they end up at, that's their base.

13    That's where they end up after they go

14    and give the lectures here and there,

15    this is their base, this is where they

16    come at the end of the day.

17        Q.    And you're talking about

18    Mutaeb al-Sudairy and Adel Al Sadhan,

19    right?

20        A.    Yes.

21        Q.    And you coordinated with the

22    embassy and with Fahad al-Thumairy

23    regarding their visit; isn't that true?

24            MR. SHEN:  Objection to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          form.  States facts not in

 2          evidence.

 3              THE WITNESS:  So I did not

 4          coordinate with them specifically

 5          by name.  I would ask them just

 6          the propagators, but it was not

 7          personal coordination.

 8  BY MR. POUNIAN:

 9      Q.    All right.

10          MR. POUNIAN:  Let's show the

11          witness, again, Exhibit-445,

12          please.  And if we could just

13          highlight the last paragraph

14          there.  Just the last paragraph in

15          the Arabic.

16  BY MR. POUNIAN:

17      Q.    Didn't you say, sir, to the

18  Minister of Islamic Affairs, Thank you to

19  Mr. Sowailem and thank you to Mr.

20  Thumairy for their coordination of the

21  trip of Mr. Sudairy and Mr. Sadhan?

22              MR. SHEN:  Objection to

23          form.  Misstates the document.

24              THE WITNESS:  Generally,
```

- Filed publicly -
Pls. Ex. 416
(KSA7591)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           when somebody comes to visit

2           and -- we thank everybody who is

3           involved.  We would thank the

4           Minister, the Minister of Islamic

5           Affairs.  We would thank Sheikh --

6           Abdulaziz, or anybody who was

7           involved.  Say when somebody comes

8           to do the Taraweeh prayers, we

9           thank them by name.  But we call

10          the embassy and they would say,

11          oh, it would be so-and-so Sheikh

12          and they give the name.

13               Later on -- we get the name

14          and later on we thank those

15          involved by the name.

16     BY MR. POUNIAN:

17          Q.    You thanked Khalid Al

18     Sowailem and Fahad al-Thumairy for the

19     coordination they did for the trip of

20     Sadhan and Sudairy; isn't that right?

21               MR. SHEN:  Objection to

22          form.  Asked and answered.

23               Watch your tone, Steve.

24               MR. POUNIAN:  Nothing wrong

This Transcript Contains Confidential Material

```
 1          with my tone.  I'm just asking a
 2          question.
 3               MR. SHEN:  There is.  It's
 4          being recorded.
 5               MR. POUNIAN:  You can listen
 6          to it again, and there will be
 7          nothing wrong with it.
 8               MR. SHEN:  You've asked --
 9          that question has been asked and
10          answered.
11               INTERPRETER MIKHAIL:  The
12          interpreter will repeat the
13          question in Arabic for the
14          witness.
15               THE WITNESS:  No, I do not
16          know about their trip.  What I
17          know is in general we thank
18          anybody who comes and visits.  But
19          about their trip in specific, I'm
20          unaware.
21     BY MR. POUNIAN:
22          Q.   And you thanked Fahad
23     al-Thumairy.
24               What was his involvement in
```

1    the trip of Mr. Sadhan and Mr. Sudairy?

2              MR. SHEN:  Objection to the

3         prefatory statement.  Misstates

4         his testimony.  Misstates the

5         record.

6              You can answer.

7              INTERPRETER MIKHAIL:  Asking

8         for the interpreter to repeat the

9         question.  The interpreter will

10        repeat the question.

11             THE WITNESS:  No, I do not

12        know.  But they were part of the

13        group that got us a Hatip or

14        somebody to preach during the

15        month of Ramadan.

16   BY MR. POUNIAN:

17        Q.    And that group included

18   Fahad al-Thumairy?

19             MR. SHEN:  Objection to

20        form.

21             THE WITNESS:  Yes, his name

22        is mentioned herein.

23   BY MR. POUNIAN:

24        Q.    How did you send this to the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Minister of Islamic Affairs, this letter?

2         A.    I do not remember exactly.

3         Q.    Well, there's a fax header

4    on this letter.

5              Do you see that, sir?

6         A.    Possibly, yes, fax.  It's

7    possible.

8         Q.    And did you have a fax at

9    the mosque where you had an office?

10        A.    Yes, I think there was a

11   fax.  At the beginning there was a fax.

12        Q.    Okay.

13             MR. POUNIAN:  Can we go back

14        to Exhibit-493, please?  If we

15        could just highlight the last

16        paragraph there.

17             And could I just ask the

18        interpreter to read the first

19        sentence in the Arabic, please, of

20        that last sentence -- of that last

21        paragraph?

22             INTERPRETER MIKHAIL:

23        (Complies with request.)

24   BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Q.    Can you tell us, sir, what
 2  you meant by "to take the disc from the
 3  baker"?
 4          A.    So the word (foreign
 5  language spoken) or (foreign language
 6  spoken) in Arabic is wrongly translated
 7  to this.  It means bread, a loaf of
 8  bread.
 9          Q.    So what did you mean here,
10  sir?
11          A.    Okay.  Should I explain this
12  idiomatic expression?  Please allow me.
13          Q.    What did you mean by the
14  sentence that you put in the letter here,
15  sir?
16              MR. SHEN:  He wasn't done
17          with his answer, Steve.
18              MR. POUNIAN:  He's asking a
19          question.
20              MR. SHEN:  He said, please
21          allow me to explain.  And then you
22          interrupted him.
23              MR. POUNIAN:  He said, what
24          do you mean by that?  He was
```

This Transcript Contains Confidential Material

1           asking me a question.

2                   THE WITNESS:  Okay.  So this

3           is an idiomatic expression in

4           Arabic.  And what it means, take

5           the bread from the baker, meaning

6           when you want bread, you don't go

7           and buy from the store, you get it

8           directly from the baker, from the

9           origin.

10                  And if you want the news

11          from the origin, you want a

12          correct news, you get them from

13          the person involved, Omar

14          Hammerman, Mutaeb --

15                  INTERPRETER MIKHAIL:  And I

16          need to ask the witness about the

17          third name.

18                  THE WITNESS:  -- and Adel.

19     BY MR. POUNIAN:

20          Q.    Why Omar Hammerman?

21          A.    He was with us.  Omar was

22     with us.  And he knows Saad Habib.

23                  (In English) And he was in

24     Saudi Arabia.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    So he was at the mosque --

2  he was at the mosque over Ramadan, and

3  then he traveled to Saudi Arabia; is that

4  correct?

5    A.    Correct.

6         MR. POUNIAN:  If we could

7    put Exhibit-521 in front of the

8    witness.  Actually -- okay.  Thank

9    you.  Look at the Arabic side.

10 BY MR. POUNIAN:

11   Q.    Is this -- is this your

12 handwriting, sir?

13        MR. SHEN:  Steve, hold on.

14   What's the Bates number?

15        MR. POUNIAN:  I'm sorry,

16   what?

17        MR. SHEN:  Bates number,

18   please.

19        MR. POUNIAN:  1292.

20        MR. SHEN:  Thank you.

21        THE WITNESS:  (In English)

22   What's the question?

23        (Through Interpreter) Yes.

24 BY MR. POUNIAN:

- Filed publicly -
Pls. Ex. 12BB
(MPS688_2)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And did Mutaeb al-Sudairy

2    give you his contact information?

3    A.    (In English) Yes.  When he

4    come, yes.

5    Q.    And when did you get this

6    from Mutaeb al-Sudairy?

7    A.    (In English) When he come,

8    when he arrive.

9          (Through Interpreter) When

10   he came, when he arrived.

11            MR. POUNIAN:  Show the

12       witness Exhibit-523, please.  It's

13       FBI 1303.

14   BY MR. POUNIAN:

15   Q.    Sir, is the -- the phone

16   number in the Arabic here, is this your

17   handwriting?

18   A.    Yes.

19   Q.    And what does this note say,

20   sir?

21   A.    Just the name.

22   Q.    Just the name of what?

23   A.    (In English) A person who

24   wants to study in --

**- Filed publicly -**
**Pls. Ex. 12BB**
**(MPS688_13)**

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              (Through Interpreter) The

2      name of a person who studies in England.

3          Q.    And who is the person?

4          A.    (In English) I don't know.

5      His name is here, but I don't know him.

6          Q.    Do you recall what this note

7      is about, sir?

8          A.    No.

9              MR. POUNIAN:  All right.

10          Can we show the witness FBI 1331,

11          please?  This is FBI 1331 through

12          1337.

13              MR. SHEN:  What's the

14          exhibit?

15              MR. POUNIAN:  What exhibit

16          number is this now?  693.

17                   -   -   -

18              (Whereupon, Exhibit

19          al-Bayoumi-693, FBI 1331-1337 and

20          FBI 1367-1368, was marked for

21          identification.)                    - Filed publicly -
                                        Pls. Ex. 679B (MPS2023-095)
22                   -   -   -                   and
                                        Pls. Ex. 11N (MPS999x_4017_5)

23              MR. POUNIAN:  This is a --

24          can we go to Page PDF 7 of this,

This Transcript Contains Confidential Material

```
 1          1337?
 2  BY MR. POUNIAN:
 3          Q.    Is this a notebook of yours,
 4  sir, that you had obtained at one time?
 5              MR. SHEN:  Objection.
 6          Steve, that's an unfair question.
 7          It's a generic cover.  You have to
 8          let him see the document.
 9              MR. POUNIAN:  I will show
10          him the document.
11              MR. SHEN:  So show him the
12          document first, and then you can
13          ask him the question.
14              MR. POUNIAN:  I'm just --
15          let me ask the questions, Andy.
16          And you can have a chance to ask
17          questions after I do.
18              MR. SHEN:  And it's an
19          objection because you're not
20          allowing the witness to --
21              MR. POUNIAN:  That's fine.
22          That's fine.  You can object.
23              You're making all these
24          speaking objections which are
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    improper.

2         MR. SHEN:  It's not a

3    speaking objection.  You have to

4    allow the witness --

5         MR. POUNIAN:  It is a

6    speaking objection.

7         MR. SHEN:  -- to see the

8    document before you ask questions.

9         MR. POUNIAN:  You're

10   speaking.  All you need to do is

11   object.

12        If I could just show you

13   first -- let me see, Page 1332,

14   after this, sir, which is PDF 2,

15   the second PDF page.

16   BY MR. POUNIAN:

17        Q.   Let me ask, just, questions

18   about this.

19        Is this your handwriting,

20   sir, on this page?

21        A.   (In English) Yes.

22        Q.   And there's an address

23   there, ▇▇ Baltimore Drive, ▇ La Mesa,

24   California.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    What is that address?
 2          A.    (In English) I have no idea.
 3                (Through Interpreter) I do
 4   not remember.
 5          Q.    And there's a name
 6   underneath the address?
 7          A.    (In English) Just notes.
 8          Q.    Notes that you made, sir?
 9          A.    Just notes on a paper on
10   which I can write anything.
11                Yes.  It is in my
12   handwriting, yes.
13          Q.    And who is Mushir Shinto?
14          A.    (In English) I don't know.
15                (Through Interpreter) I do
16   not know.
17          Q.    And then there's a name
18   underneath that Fahad Abdullah Bakhatib.
19                Who is that, sir?
20          A.    (In English) I don't know.
21          Q.    And there's another name
22   under that, Mohammad Bushnak, 19 years.
23                What does that mean?
24          A.    I do not remember.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    And if I can show you again
2     PDF 7, this was found as part of this
3     notebook.
4                Was this your notebook, sir?
5                MR. SHEN:  What's the Bates
6          number of all this stuff that
7          you're showing?
8                MR. POUNIAN:  I already gave
9          it to you.  It's --
10                MR. SHEN:  You gave me the
11          front page.  This is -- you said
12          PDF 7, whatever that is.
13                MR. POUNIAN:  No, I did give
14          the Bates number, Andy.  I said
15          1331 through 1337.
16                MR. SHEN:  And this is what
17          page?  1331?
18                MR. POUNIAN:  This is 1337.
19                THE WITNESS:  I do not know.
20                MR. POUNIAN:  Let's go back
21          to PDF 3, please.
22     BY MR. POUNIAN:
23          Q.    This is the second page in
24     the notebook.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Sir, do you recognize the

2    handwriting on this page?

3               MR. SHEN:  Bates number on

4          this document?

5               MR. POUNIAN:  This is Page

6          1333.

7               THE WITNESS:  Yes.

8    BY MR. POUNIAN:

9          Q.    And there's a note at the

10   top here in Arabic.

11              What does that say, sir?

12         A.    Just a note.  Call Ibrahim.

13         Q.    And who is Ibrahim?

14         A.    I do not know.

15         Q.    And then there's another

16   note here in English and Arabic beneath

17   that.

18              What does this mean?  It

19   says, July, and then it has some Arabic

20   words.

21         A.    (In English) I don't

22   remember.

23              (Through Interpreter) I

24   don't remember.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    What does it say, sir?

2      A.    To the end of July.

3      Q.    And does it mention

4  something about a trust amount?

5      A.    I don't remember.

6      Q.    What does it say?

7            MR. SHEN:  Can you put up

8      the English translation?

9            MR. POUNIAN:  I don't have

10     an English translation right now.

11           MR. SHEN:  The deposition

12     protocol says that if you use an

13     Arabic language document, you need

14     to show us the translation.

15  BY MR. POUNIAN:

16     Q.    Sir --

17           MR. SHEN:  Why don't you get

18     a translation and then come back

19     to this document?

20  BY MR. POUNIAN:

21     Q.    Sir, there's an amount of

22  1,400 pounds mentioned here.

23           Do you see that?

24           MR. SHEN:  Object to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          proceeding with this document

2          without providing an English

3          translation.

4     BY MR. POUNIAN:

5          Q.    Sir, what is the 1,400

6     pounds a reference to?

7          A.    I do not know.

8          Q.    And there's a mention of 150

9     pounds.

10         A.    I do not know.

11         Q.    And there's an address here,

12    sir.

13              Do you know that address?

14         A.    Birmingham.

15         Q.    And is that an address that

16    you're familiar with in Birmingham?

17         A.    I do not know.  Perhaps that

18    was my address in Birmingham.  I do not

19    know.

20         Q.    You don't remember whether

21    that was your address in Birmingham?

22         A.    (In English) No.

23              (Through Interpreter) No.

24              MR. POUNIAN:    ███████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ████████████████████████████████

2    █████████████████████████████████

3    ███████████████████

4                   –    –    –

5             ████████████████

6    ██████████████████████████████

7    ████████████████████████████

8                   –    –    –

9    BY MR. POUNIAN:

10        Q.   ███████████████████

11   ████████████

12        MR. SHEN:   ████████████

13   █████████████████████████████████

14   ████████████████████

15        MR. POUNIAN:   ██████████

16   ██████████████████████████████

17        THE WITNESS:   ████████████

18   █████████████████████████████████

19   ████████████████   ███████████████

20   BY MR. POUNIAN:

21        Q.   ██████████████████████

22   ██████████

23        MR. SHEN:   ██████████████

24        ████████████████████



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              INTERPRETER MIKHAIL: ███

 2    ██████████████████████████████████

 3    ██████████████████████████████████ █

 4    ██████████████████████████████

 5    ████████████

 6    BY MR. POUNIAN:

 7         Q.   ████████████████████

 8    ████████████

 9         A.   ██████████████████

10         Q.   ███████████████████████████

11    her██████████████████

12              MR. SHEN:   █████████████

13    ██████

14              THE WITNESS:   ██████

15    BY MR. POUNIAN:

16         Q.   ██████████████████████████████

17    ████████████████████████████████

18    ██████

19              MR. POUNIAN:   █████████████

20    ████████████████

21              THE WITNESS:   ██████

22    BY MR. POUNIAN:

23         Q.   ████████████████████████

24    th██████████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.          ███████████████

2                      MR. POUNIAN:  All right.

3          Can we turn to the next page,

4          please, of Exhibit-693?  And we

5          can take down the other exhibit.

6     BY MR. POUNIAN:

7          Q.     Sir, is this your

8     handwriting on this page?

9          A.     Yes.

10         Q.     And when did you prepare

11    this document?

12         A.     I don't remember.

13         Q.     And what was the purpose of

14    preparing this document?

15         A.     Perhaps to remember,

16    memorize the equation.

17         Q.     And what equation is that?

18         A.     (In English) It's over

19    there.  I think --

20                (Through Interpreter) So I'm

21    somebody who likes to read.  I'm somebody

22    who likes to be exposed to things.

23    Perhaps this was an equation that we

24    studied before in high school, and I was

- Filed publicly -
Pls. Ex. 11N
(MPS999x_4017_5)

REDACTED FOR PUBLIC FILING

1    trying to remember whether I'm going to

2    be able to figure out and solve it or

3    not.

4            Q.    And what is the equation

5    for?

6            A.    (In English) I don't know.

7                  (Through Interpreter) I

8    don't know.  It's just an equation.

9            Q.    And what are -- there's a

10   series of numbers on the bottom here.  It

11   says, 52 minus 8 is 44.  And then there's

12   a number of lines next to that, 44, 25,

13   80, 76, adding up to 225 and 20 -- what

14   do these numbers mean, sir?

15           A.    I don't remember.

16           Q.    And the equation says, The

17   height of the plane from the earth in

18   miles.

19                 Do you see that, sir?

20           A.    (In English) Yes.

21           Q.    And what was the reason you

22   were calculating the height of the plane

23   from earth in miles?

24                 MR. SHEN:  Objection.  For

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          the record.

2               THE WITNESS:  So it's an

3          equation like any other equation.

4          Like, say, when they say what is

5          the distance of the road between

6          San Diego to LA or Washington to

7          other places.  It's just an

8          equation to measure distance.  To

9          Baltimore.

10              MR. POUNIAN:  All right.  We

11         can take that down.

12    BY MR. POUNIAN:

13         Q.    Sir, did you have occasion

14    to go to the Saudi Consulate in Los

15    Angeles?

16         A.    Yes.

17         Q.    Did you also call the Saudi

18    Consulate in Los Angeles on the phone?

19         A.    No.

20               Yes, yes.  Yes.

21               MR. POUNIAN:  ███████████

22         ████████████████████████████

23         ██████████████████████████████████

24         ████████████████████████████

     ████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1              –   –   –

2

3

4

5

6              –   –   –

7         MR. POUNIAN:

8

9         COURT REPORTER:

10         MR. POUNIAN:

11

12    BY MR. POUNIAN:

13         Q.

14

15

16

17

18

19

20         A.

21         Q.

22

23

24

This Transcript Contains Confidential Material



1 ████████████████████████████████████

2 ████████████████████████████████████

3        MR. SHEN: ████████████████

4     ██████████████████████████████████████

5     ████████████████████

6        MR. POUNIAN: ████████████████

7     ████████████████████████████

8        MR. SHEN: ██████████████

9     ████████████

10       MR. KRY: ██████████████████████

11    ████

12       MR. POUNIAN: ████████████████

13    ██████████████████████████████

14    ██████████████████████████████

15       MR. SHEN: ██████████████████████

16    ████████████████████████████████████

17    ████████████████

18       MR. POUNIAN: ██████████████

19    ██████████████████████████████████

20    ████████████████

21       MR. SHEN: ██████████████████████

22    ████████████████████████████

23    ████████████  ██████████████████████

24    ██████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1   ███████████████████

2      ███████████████████

3   ██████████████████████████

4   ██████████████████████

5   ████████████████   ██████████████████

6   █████████████████████████████

7   █████████████████████████████

8   ██████████████

9      MR. POUNIAN:  ████████████

10   ███████████

11      INTERPRETER MIKHAIL:  ██████

12   ████████████   ███████████████

13   ██████████████

14      MR. SHEN:  ██████████████

15   ██████████████████████████

16   ███████████████████

17  BY MR. POUNIAN:

18      Q.  ████████████████

19  ██████████████████████████

20      MR. POUNIAN:  █████████

21   ███████████████████████████

22   ██████████████████████

23   █████████████████████

24      MS. INT-HOUT:  ██████████████

     ███████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3          MR. POUNIAN:

4

5          MR. SHEN:

6          MR. POUNIAN:

7

8

9

10

11   BY MR. POUNIAN:

12          Q.

13

14

15

16

17

18

19

20

21          MR. SHEN:

22

23

24          THE WITNESS:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            ███████████

2     BY MR. POUNIAN:

3            Q.    Who at the consulate did you

4     know at that time?

5            A.    I do not know anyone at the

6     consulate.  I would call the reception

7     and ask to speak to a designated person.

8                  But there is a clarification

9     here, if you allow me.

10           Q.    Please.  Go ahead.

11           A.    So the phone in the masjid

12    was open for all to make phone calls.

13    There is one telephone in my office, and

14    there is another telephone in the other

15    office, and that was open for anyone to

16    call, at any time, anyone.

17                 My presence would be once a

18    week, once every other week or once a

19    month.  Otherwise, the telephone is open

20    for everyone.

21           Q.    Who else at the -- at that

22    mosque would be calling the Saudi Arabia

23    Consulate for 22 minutes and 4 minutes?

24                 MR. SHEN:  Objection.  Calls

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          for speculation.  Objection.

2          Foundation.

3               THE WITNESS:  I don't know.

4          But our students, Saudi students,

5          would call the embassy, would call

6          the consulate.  Who exactly

7          called, I do not know.

8     BY MR. POUNIAN:

9          Q.    What Saudi students?

10         A.    Many Saudi students that

11    would come and pray at the masjid, maybe

12    they called.  I don't really know

13    exactly.

14         Q.    Can you give us the names of

15    any of those students?

16         A.    I don't know.  Many people

17    come and pray.

18         Q.    Sir, you said -- is there

19    anyone at the consulate who you knew?

20         A.    No.

21              MR. POUNIAN:  Can we mark as

22         the next exhibit FBI 4286, please?

23                   -  -  -

24              (Whereupon, Exhibit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          al-Bayoumi-696, FBI 4286, was

2          marked for identification.)

3                    -  -  -

4               MR. KRY:  Steve, did you

5          want to leave that prior document

6          in the exhibit share?  If -- it's

7          available to the entire counsel

8          team.  We have a copy.

9               MR. POUNIAN:  We can't leave

10         it in the share.  We just put it

11         in there to send to Mr. Shen and

12         Mr. Kry.

13              MR. KRY:  Right.  I

14         understand.  So do you want to

15         tell the tech to take it out now?

16              MR. SHEN:  We have a copy,

17         too.  We don't need it anymore.

18              MR. POUNIAN:  So you can

19         take it out, yes, please.  And if

20         we can put up FBI 4286 as the next

21         exhibit, please.  Which will be

22         696.

23              If we can just highlight the

24         left side here.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   BY MR. POUNIAN:

2        Q.    Sir, is this your

3   handwriting?

4        A.    (In English) Some of them,

5   no; but some of them, yes.

6        Q.    Which is your handwriting,

7   which isn't?

8        A.    (In English) This one is not

9   my handwriting.

10       Q.    When you say "this one," can

11  you read it out to us, whatever it is?

12       A.    ASK M-E -- I think X or R --

13  ILL.com.  This is not my handwriting.

14  This one also, this one is not my

15  handwriting.  This one here.

16       Q.    Which one is that?

17       A.    (In English) This one.

18             Do you see my pointer here?

19       Q.    No, we can't see your

20  pointer, just --

21       A.    (In English) Oh, okay.  In

22  the middle.

23             (Through Interpreter) so the

24  one in the middle saying --

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1                    INTERPRETER MIKHAIL:  The

 2           interpreter clarifies -- it's

 3           below -- yes, it's what's being

 4           highlighted right now.

 5    BY MR. POUNIAN:

 6           Q.    That's not your handwriting?

 7           A.    (In English) no.

 8           Q.    But other than the ask

 9    Merrill and what we just highlighted,

10    everything else is your handwriting; is

11    that right?

12           A.    (In English) yes.

13           Q.    Now, the phone number here,

14    310-479-6000, is the phone number for the

15    Saudi Consulate in Los Angeles.

16                    Did you know that?

17                    MR. SHEN:  Objection.

18                    THE WITNESS:  So that is,

19           perhaps, the consulate number.

20           Perhaps I made a phone call and I

21           inquired.  And they informed me,

22           this person or that person would

23           be the person to speak with.

24    BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.     And what person was that?

2        A.     Perhaps this is regarding to

3   the books, the Quran books.

4        Q.     What name was given to you?

5        A.     The two names that are here.

6        Q.     And what are the names?

7        A.     Saad Al Shabreen, Ismail

8   Mana.

9        Q.     And do you know Saad Al

10  Shabreen?

11       A.     No.

12       Q.     But you wrote his name down

13  on this sheet of paper; is that right?

14       A.     Yes.

15       Q.     And Ismail Mana, do you know

16  Ismail Mana?

17       A.     No.

18       Q.     But you wrote his name down

19  on this sheet of paper, right?

20       A.     Yes.  So this point, there

21  was a call.  I called the embassy to

22  inquire about the Quran books, and then

23  they informed me the person -- the

24  designated personnel for this matter

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    would be either Saad Al Shabreen or

2    Ismail Mana.

3          Q.    And when did you make that

4    call?

5          A.    (In English) I don't know.

6                (Through Interpreter) I

7    don't know.

8          Q.    Was it in connection with

9    the opening of the Al-Madina Mosque?

10         A.    Not with the opening.  But

11   it is in connection with the Masjid

12   Al-Madina, yes.

13         Q.    And did you get materials

14   from the consulate for the mosque?

15         A.    Yes.

16         Q.    And what type of materials

17   did you get?

18         A.    (In English) Quran.

19                (Through Interpreter) Quran.

20                MR. POUNIAN:  If we could

21         mark, please, as the next exhibit

22         FBI 4139.

23                     -   -   -

24                (Whereupon, Exhibit

This Transcript Contains Confidential Material

1          al-Bayoumi-697, FBI 4139-4145, was

2          marked for identification.)

3                    -   -   -

4    BY MR. POUNIAN:

5          Q.    Sir, is this one of the

6    materials you got from the consulate or

7    the embassy?

8              MR. SHEN:  Objection.  Is

9          this a single document, a one-page

10         document?

11             MR. POUNIAN:  No, it's not.

12         It's in the record.  It's

13         Exhibit-4139 to 45, FBI.

14             MR. SHEN:  If you're going

15         to ask the witness questions about

16         it, can you show him the document,

17         the full document?

18             MR. POUNIAN:  Sorry, what?

19             MR. SHEN:  If you're going

20         to ask the witness about it, you

21         have to show him the full

22         document, not whatever excerpt you

23         want to show him.

24             MR. POUNIAN:  I'm just --

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              could we just highlight the lower

2              left corner there, where it's

3              from?

4    BY MR. POUNIAN:

5              Q.    Sir, do you recall getting

6    materials from the Kingdom of Saudi

7    Arabia?

8                   MR. SHEN:  There's a request

9              to show the witness the actual

10             document.  Are you not going to

11             show him the document?

12                  MR. POUNIAN:  I can show him

13             the document, but I just -- I want

14             to ask the questions my way, Mr.

15             Shen, if I could.

16                  MR. SHEN:  All right.

17             Objection to asking questions

18             without showing the witness the

19             document.

20                  What exhibit is this?

21                  COURT REPORTER:  It's 697.

22                  MR. POUNIAN:  697.  Thank

23             you.

24                  THE WITNESS:  No.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              But there's a background

2          that I would like to clarify.

3    BY MR. POUNIAN:

4          Q.    Sir, the reason I'm asking

5    you these questions is because this was

6    found in your office when the FBI raided

7    the office and it seized this.  This is

8    one of the documents.

9              MR. SHEN:  Objection.

10   BY MR. POUNIAN:

11         Q.    I'm asking if you --

12             MR. SHEN:  Steve, he wasn't

13         done with his answer, and you

14         interrupted him.  He wants to

15         clarify.

16             MR. POUNIAN:  He asked me if

17         he wanted to clarify something,

18         and I just wanted to ask a

19         question.

20             MR. SHEN:  No, he didn't.

21         If you read the transcript, he

22         said he would like to clarify.

23             Please, go ahead, Mr.

24         Bayoumi, clarify your answer.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              THE WITNESS:  This was my
 2         clarification.  There are some
 3         documents that would get posted on
 4         a message board in the mosque.
 5         Anybody can come and post whatever
 6         document or whatever paper that
 7         they put, and then at the masjid
 8         we don't necessarily allow that.
 9              So if there's something that
10         does not align with us, I will
11         take it off and I will keep it in
12         a file for it to be destroyed
13         later on.  I do not keep it on the
14         wall for the public.  I do not
15         keep it on the wall, anything that
16         pertains to violence, theft, guns.
17         We do not support.  In that case I
18         would take it off the board, I
19         would keep it in a file for the
20         purpose of destroying it later on.
21              This is one of many
22         documents that we had and this was
23         not a document that came from the
24         embassy.  The sole stuff that came
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              from the embassy was the Quran,

2              religion books that pertained to

3              doctrine.  But none of this came

4              from the embassy.

5    BY MR. POUNIAN:

6          Q.    Where did this come from?

7          A.    I do not know.

8                (In English) Let me say

9    something again.  Me -- and, honestly, I

10   have to -- the Imam at the masjid --

11               (Through Interpreter) So

12   even the Imam of the masjid, the Kurdish

13   one, he would not accept any of that.

14   Anything that gets posted on the board

15   that we don't approve of, instantly we

16   remove it and we keep it in a file to be

17   destroyed later on, or we destroy it

18   right there and then.

19         Q.    This was found in your

20   office, so it wasn't destroyed.  It was

21   in your office at the mosque.

22               And can you explain to us

23   where it came from?

24               MR. SHEN:  Objection.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              Mischaracterization.

 2                   THE WITNESS:  So this is not

 3              a paper, just a post.  This was a

 4              post that was probably posted on

 5              the board.  And it's not the only

 6              one, we have tens of them.

 7                   We take them off and then we

 8              put them in a file for them to be

 9              destroyed later on.  Perhaps it

10              was not destroyed yet.

11                   But it's just a message

12              from -- a post from the message

13              board.

14                   MR. POUNIAN:  ████████████

15         ████████████████████████████████

16         ██████████████████████

17    BY MR. POUNIAN:

18         Q.  ███████████████████████████████

19    ████████████████

20         ████████████████████████████

21    ██████████████████████████████

22                   MR. POUNIAN:  █████████████

23         █████████████████████

24    BY MR. POUNIAN:
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     Q. ███████████████████

2  ██████████

3        MR. POUNIAN: ███████

4    ██████████████████████

5    ███████████████████

6    ███████████████  █████████  ████████

7     ██████

8  BY MR. POUNIAN:

9     Q. ████████████████

10 ██████████████████████

11 ███████████████████████████

12 ██████████████████████████

13 ██████████████████████

14     ████████████████████

15 ████████████████████████

16        MR. SHEN: ████████████████

17    █████████████████████████

18        THE WITNESS: █████████

19    ███████████

20 BY MR. POUNIAN:

21     Q. ███████████████

22 ██████████████████████████

23 ██████████████████

24        MR. SHEN: █████████████



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       ████████████████████████

2       THE WITNESS:  ████

3       MR. POUNIAN:  ████████████████

4    ███████████████████████████████

5    █████████████████████  ██████████

6    ███████████████████████████████████

7    ████████████  ████████████████████

8          ████████████████

9       COURT REPORTER:  ██████

10              –   –   –

11        ██████████████████

12   ███████████████████████████████████

13   ███████████████████████████████████

14   ███████████████

15              –   –   –

16       MR. SHEN:  █████████████

17   ████████████████████████

18   ██████████████████████████

19   ████████████████████████

20   ███████████████████████

21        ██████████████████████

22   ███████████████████████████████████

23   ███████████████████████████████████

24        ████████████████

████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3

4

5        MR. CARTER:

6

7

8

9

10

11        MR. SHEN:

12

13

14

15

16

17        MR. CARTER:

18

19

20

21

22

23

24

This Transcript Contains Confidential Material



1   ████████████████████████████████

2   ██████████

3       ██████████████████████████████

4   ██████████████████████████████

5   ████████████████████████████████████

6   █████████████████████████

7       MR. SHEN:   ████   ████████████

8   ████████████████████████████████

9   ████████████████████████████████████

10  ████████████████████████████

11  ████████████████   ████████████████

12  ████████████████████████████████████

13  ██████████████████████████████████████

14  ██████████

15       MR. HAEFELE:   ████████████████

16  ████████████████████████████████████

17  ██████████████████████████████████████

18       MR. SHEN:   ████████████████

19  ██████████████████████████

20       MR. HAEFELE:   ████████████████

21  ██████████████

22       MR. SHEN:   ████████████████

23  ██████████████   ██████████████████

24  ██████████████   ████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ▉▉▉▉▉▉▉▉▉

2    MR. HAEFELE: ▉▉▉▉▉▉▉▉▉

3    ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉

4    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

5    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

6    MR. SHEN: ▉▉▉▉▉▉

7    ▉▉▉▉▉▉▉▉ ▉▉▉▉

8    ▉▉▉▉▉▉▉▉▉▉▉▉

9    ▉▉▉▉▉▉▉▉▉▉▉▉

10   ▉▉▉▉▉▉▉▉▉▉▉▉▉

11   ▉▉▉▉▉▉▉▉▉▉▉

12   ▉▉▉▉▉▉▉ ▉▉▉▉▉▉

13   ▉▉▉▉▉▉▉▉▉▉

14   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

15   ▉▉▉▉▉▉▉

16   MR. HAEFELE: ▉▉▉▉▉▉

17   ▉▉▉▉▉▉▉▉▉▉▉▉▉

18   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

19   ▉▉▉▉▉▉▉▉▉▉

20   ▉▉▉▉▉

21   MR. POUNIAN: ▉▉▉▉▉▉

22   ▉▉▉▉▉ ▉▉▉▉▉

23   MR. KRY: ▉▉▉▉▉▉▉▉

24   ▉▉▉▉▉



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3

4

5

6

7          MS. INT-HOUT:

8

9

10

11

12

13

14

15

16

17

18

19          MR. KRY:

20

21          MR. POUNIAN:

22          MS. INT-HOUT:

23

24

This Transcript Contains Confidential Material



1    MR. KRY:  ███  █████████

2    MR. SHEN:  ████████

3    ████████████████████

4    ████████████

5  BY MR. POUNIAN:

6       Q.  ██████████████

7  ██████████████████

8  ████████████

9       ██████████████

10 █████████████████

11 ████████████████████

12 ███████████████████

13 ██████████████

14    ██████████████

15 ████████████████████████

16 ████

17       MR. SHEN:  ████████

18 ██████████████████

19 ██████████████████

20    ██████

21    ███████████████████

22 ████████████████████

23 ███████████████

24       THE WITNESS:  ████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ████████████████

2    BY MR. POUNIAN:

3        Q.    ████████████████

4               MR. POUNIAN:    ████████████

5        ████████████████

6    BY MR. POUNIAN:

7        Q.    Sir, did you travel to the

8    embassy in Washington at any time when

9    you were living in San Diego?

10              INTERPRETER MIKHAIL:  Asking

11          for repetition, so I will repeat

12          the question.

13              THE WITNESS:  No, I did not

14          travel to the embassy.  No.

15   BY MR. POUNIAN:

16       Q.    Did you ever go to the

17   embassy while you were in the United

18   States?

19       A.    Yes.

20       Q.    And why did you go to the

21   embassy?

22       A.    When I was at George

23   Washington University taking courses.

24       Q.    And what did you do at the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  embassy?

2         A.    I had documents to certify.

3         Q.    Sir, did you meet with

4  personnel from the Islamic Affairs

5  department when you were at the embassy

6  in Washington, D.C.?

7         A.    I don't remember, but I did

8  meet someone.

9         Q.    Who was that?

10        A.    (In English) I don't know.

11              (Through Interpreter) I

12  don't know.

13        Q.    And when you said you met

14  someone, you met someone from the Islamic

15  Affairs department?

16        A.    Perhaps in the Islamic

17  Affairs or in the studying affairs.

18        Q.    And where did you meet the

19  person?

20        A.    I don't remember.  It was

21  there.  But which office exactly, I don't

22  remember.

23        Q.    It was inside the embassy?

24        A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Q.    And did you get a tour of
 2   the embassy by the Islamic Affairs
 3   department?
 4          A.    No.
 5          Q.    Who did you meet at the
 6   embassy?
 7          A.    I don't remember.
 8          Q.    Sir, you've placed phone
 9   calls to the embassy.
10          Did you call personnel at
11   the Islamic Affairs department at the
12   embassy?
13          A.    I don't remember.  But I did
14   make phone calls to the embassy, yes.
15          Q.    I'm referring to the Islamic
16   Affairs department.
17          Did you call the Islamic
18   Affairs department at the embassy?
19          A.    I don't remember.  But I do
20   remember that I did communicate with
21   them, yes.
22          Q.    And who did you talk to?
23          A.    The Islamic Affairs
24   department.  But exactly who, I don't
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  remember.

2       Q.   Can you remember the name of

3  anyone you spoke with at the Islamic

4  Affairs department?

5       A.   No.

6       Q.   Do you remember the name of

7  anyone you met with at the Islamic

8  Affairs department?

9       A.   No.

10           MR. POUNIAN:  Why don't we

11      take a break right now for 15

12      minutes?

13           VIDEO TECHNICIAN:  One

14      moment.

15              -  -  -

16           (End of FBI Protected

17      Material.)

18              -  -  -

19           VIDEO TECHNICIAN:  Counsel

20      should be back.

21           Counsel is back.

22           MS. PRITSKER:  Hi, this is

23      counsel on behalf of Dubai Islamic

24      Bank.  I just want to note that we

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    were excluded from testimony on

2    the record, again, at

3    approximately 7:08 a.m. Eastern

4    and just now we're permitted to

5    return.

6         VIDEO TECHNICIAN:  We're

7    going off the record, 8:25 a.m.

8              -  -  -

9         (Whereupon, a brief recess

10   was taken.)

11             -  -  -

12        MR. HAEFELE:  Andy, I just

13   want to put this on the record,

14   but I don't feel the time -- don't

15   need to waste the time on the

16   video record.

17        But we're having problems

18   with your speaking objections.

19   And I wanted to put in the record

20   that in what you submitted to the

21   court at 6002-1 as the proposed

22   proposal, which matches at least

23   Paragraph 44, concerns the

24   proposal that governs this --

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          these depositions.  And all

2          parties agreed to Paragraph 44.

3                  And it states, Counsel shall

4          state all objections in a concise,

5          non-argumentative and

6          non-suggestive matter, i.e.,

7          counsel shall not make objections

8          or statements in order to suggest

9          an answer to a witness.  Counsel

10         shall not engage in colloquy in

11         objecting to a question or

12         responding to an objection.  The

13         phrases, quote, objection as to

14         form, end quote; quote, objection

15         as to foundation, end quote; or

16         similar language are sufficient

17         and shall preserve all objections

18         as to form and foundation until a

19         party seeks to use a deposition.

20                 To prevent a deponent from

21         being improperly guided by

22         objections and other colloquy and

23         to reduce the time to complete

24         depositions, objections in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    colloquy shall not be translated

2    by the translator unless necessary

3    to afford the witness proper

4    direction.

5         And so I think that's the

6    manner in which we should be

7    proceeding.

8         Andy, you may disagree that

9    you are or are not doing that.  We

10   think that you have been violating

11   this provision.  You may disagree.

12   But let's agree that we go forward

13   pursuant to Paragraph 44 and make

14   sure that we don't go in violation

15   of it.

16        MR. SHEN:  I disagree with

17   any suggestion that I'm making

18   speaking objections that are

19   improper here.

20        Let's go forward.

21        MR. CARTER:  Just one

22   additional thing on this.

23        Courts in the Southern

24   District interpreting essentially

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          identical protocol language have

2          said that any objection as to form

3          shall state only those four words

4          and nothing further.

5               So we think that those are

6          indicative of what was intended

7          and what is required by the order.

8               MR. SHEN:  And, Sean, if I

9          can just direct you to the

10         objections that plaintiffs'

11         counsel have made during my

12         cross-examinations as well.  Thank

13         you.

14              VIDEO TECHNICIAN:  We're

15         back on the video record at 8:43

16         a.m.

17    BY MR. POUNIAN:

18         Q.   Sir, when you went to

19    Washington, did you go to the

20    institute --

21              VIDEO TECHNICIAN:  Steve, do

22         you need me to put them in the FBI

23         room?  Sorry.

24              MR. POUNIAN:  No, I don't.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          But I will very shortly.

2                    VIDEO TECHNICIAN:  All good.

3     BY MR. POUNIAN:

4          Q.    Sir, when you went to

5     Washington, did you go to the Institute

6     of Islamic and Arabic Studies in America?

7          A.    No.

8          Q.    Have you ever been there?

9          A.    No.

10         Q.    Did you go to the Cultural

11    Mission, sir?

12         A.    Cultural affairs, yes.

13         Q.    And where is that located?

14         A.    I believe it's in the

15    embassy.

16         Q.    And who did you meet with

17    there?

18                    INTERPRETER MIKHAIL:  Maybe

19         the witness is frozen.

20                    VIDEO TECHNICIAN:  I think

21         he's frozen.

22                    We're going to go off the

23         record at 8:45 a.m.

24                         -  -  -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              (Whereupon, a brief recess

2         was taken.)

3                   -  -  -

4              VIDEO TECHNICIAN:  We're

5         back on the record at 8:48 a.m.

6    BY MR. POUNIAN:

7         Q.    Sir, who did you meet at

8    cultural affairs when you went to

9    Washington?

10        A.    I don't know.

11        Q.    Sir, was there another visit

12   of propagators to the Al-Madina Mosque

13   for another Ramadan while you were living

14   in San Diego?

15        A.    Yes.

16        Q.    And was that for Ramadan

17   1420?

18        A.    I don't remember.

19        Q.    You said that you left the

20   mosque around the year 2000, sir?

21        A.    Yes.

22        Q.    Why did you leave the

23   mosque?

24        A.    I did not come for the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    masjid.  I came to study.

2              (In English) I was a

3    volunteer at the mosque.

4              (Through Interpreter) I was

5    a volunteer in the mosque.

6         Q.    And when did you leave the

7    mosque?

8         A.    I don't remember.

9         Q.    Did you continue to use the

10   office at the mosque?

11        A.    When?

12        Q.    You said you left the

13   mosque.

14             What do you mean by leaving

15   the mosque?

16             Let's ask that question.

17        A.    I don't remember exactly

18   when.

19        Q.    When you left the mosque,

20   did you continue to use the office at the

21   mosque?

22             MR. SHEN:  Objection to

23        form.

24             THE WITNESS:  Why would I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          use the telephone in the masjid

2          when I'm not even present?  That's

3          the question?

4     BY MR. POUNIAN:

5          Q.    Well, I'm asking the

6     question.

7                Did you continue to use the

8     office at the mosque after you stopped

9     attending the mosque?

10         A.    I traveled right away.

11         Q.    And were you asked to leave

12    the mosque, sir?

13         A.    No.

14         Q.    Why were your items still

15    found at the mosque after the 9/11

16    attacks?

17         A.    I do have items left in the

18    office after I left.  I did not have

19    time, because my school was about to

20    start, and I did not take all my

21    belongings.

22         Q.    And when was that, sir, that

23    you left?

24         A.    I don't remember.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Well, you told us you left

the mosque in the year 2000.

3         You didn't leave San Diego

in the year 2000, did you?

5         MR. SHEN:  Objection to

6    form.

7         THE WITNESS:  When I went to

8    study in England, I left the

9    masjid.

10   BY MR. POUNIAN:

11   Q.    And when was that?

12   A.    I don't remember exactly

13   when.

14   Q.    You said, sir, that there

15   were -- there was another visit to the

16   Al-Madina Mosque by propagators.

17        Who were those propagators?

18   A.    I don't remember the names.

19   Q.    Since you left the mosque in

20   the year 2000, was it the Ramadan

21   immediately preceding the time that you

22   left the mosque?

23        MR. SHEN:  Objection.

24   What's the question?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           THE WITNESS:  I don't

2     remember.

3  BY MR. POUNIAN:

4           Q.    Do you recall meeting a man

5  named Abdullah Al Jaithen?

6           A.    Jaithen?  No.

7           Q.    Do you remember meeting a

8  man named Majed Al Mersal?

9           A.    Majed Al Mersal, yes.

10           So the first name -- the

11  first name is Al -- Al Jaithen.  Majed

12  Al Mersal.

13           Clarifying the names, the

14  first one was Al Jaithen, the second one

15  was Majed Al Mersal.

16           Majed Al Mersal, yes.

17  Al Jaithen, correct.

18           Q.    So you remember meeting

19  Mr. Al Jaithen?

20           MR. SHEN:  Objection to the

21     form.

22           THE WITNESS:  No.

23  BY MR. POUNIAN:

24           Q.    Do you remember there being

REDACTED FOR PUBLIC FILING

1   two propagators?

2        A.    Yes.

3        Q.    And you remember Mr.

4   Mersal's name, but you don't remember the

5   name of the other propagator; is that

6   right?

7        A.    So in the translation, it

8   was Salem.  It's not Salem, it's

9   Al Jaithen.

10       Q.    What translation?

11       A.    So speaking to the

12  interpreter, you said -- when you first

13  interpreted it, you said the name was

14  Salem.  So no, it's Mersal and

15  Al Jaithen.

16       Q.    Did you have communications

17  with the Ministry of Islamic Affairs

18  regarding the visit of these two

19  propagators to the Al-Madina Mosque?

20       A.    No.

21       Q.    Who arranged the trip of

22  these two propagators to the Al-Madina

23  Mosque?

24       A.    I don't know.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.     How is it that these two
2  propagators came to the Al-Madina Mosque?
3        A.     I don't know.
4        Q.     Did anyone -- did you ask
5  that the propagators be sent to the
6  Al-Madina Mosque?
7        A.     Again, every year before the
8  month of Ramadan, we request propagators,
9  for them to come for the Taraweeh prayer.
10       Q.     And did you make that
11  request?
12       A.     I don't remember if it was
13  me.  I don't remember.  If it was me or
14  the Imam, I don't remember.
15       Q.     Who was the Imam?
16       A.     An Imam from the Kurdish
17  community.  And I don't recall his name.
18       Q.     Where did the two
19  propagators stay when they visited?
20       A.     I don't know.  I don't know.
21       Q.     Where did you first meet the
22  two propagators?
23       A.     At the mosque.
24       Q.     And how did they get to the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  mosque?

2       A.    I don't know.

3       Q.    Did you know they were

4  coming before you saw them at the mosque?

5       A.    I don't remember.

6       Q.    Did you make preparations

7  for their arrival?

8       A.    No.  As usual, everybody

9  received them.

10      Q.    So you did nothing in

11 advance of their arrival to prepare for

12 them?

13      A.    No.

14      Q.    Did you have any meals with

15 them when they were in San Diego?

16      A.    I don't remember.

17      Q.    Did you --

18      A.    (In English)  Yes, we have

19 dinner at Ramadan, yes.  Every day,

20 dinner at Ramadan.

21            (Through Interpreter) During

22 Ramadan we have dinner.  We have dinner

23 every day during Ramadan; Iftar, breaking

24 the fast.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1         Q.    And do you remember sharing

2    a meal with them?

3         A.    No, I don't remember.

4         Q.    Do you remember what they

5    did at the mosque?

6         A.    What they did at the mosque?

7         Q.    Yes.

8         A.    Leading the Taraweeh prayer.

9         Q.    Did they deliver a khutbah?

10        A.    Jaithen gave a lecture -- a

11   lecture, yes.

12        Q.    Abdullah Al Jaithen?

13        A.    Yes.

14        Q.    I thought you just told us

15   before you didn't remember his name, sir,

16   and now you remember him giving a

17   lecture.

18             MR. SHEN:  Objection.  There

19        was a significant translation

20        issue.

21             Go ahead.  You can answer

22        the question.

23             THE WITNESS:  So we

24        mentioned his name ten times by
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          now.  At the beginning there was

2          an error in the translation.  The

3          name was mentioned Salem.  And we

4          corrected it, it's not Salem, it's

5          Al Jaithen.

6                  And then we repeat it a few

7          times.

8                  So, yes, it is correct.

9     BY MR. POUNIAN:

10         Q.    It's correct that you

11    remember Abdullah Al Jaithen giving a

12    lecture?

13         A.    Yes.

14         Q.    What was the lecture about?

15         A.    (In English) I don't

16    remember.

17                (Through Interpreter) I

18    don't remember.

19         Q.    Did you arrange a place to

20    stay for either Majed Mersal or Abdullah

21    Al Jaithen?

22         A.    No.  The answer is no.

23         Q.    Did you travel anywhere with

24    Abdullah Al Jaithen or Majed Al Mersal

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   while they were visiting?

2          A.    I don't remember.

3                MR. POUNIAN:  Can we show

4          the witness, please -- are we on

5          the FBI record?  Exhibit-576.

6                We still are, right?

7                VIDEO TECHNICIAN:  We're

8          going to go on -- the FBI

9          documents now.

10               MS. PRITSKER:  Counsel for

11         Dubai Islamic Bank just notes that

12         it's being excluded from the

13         deposition now.  Thank you.

14               VIDEO TECHNICIAN:  Stand by.

15               MR. POUNIAN:  This is FBI

16         4012 --

17               VIDEO TECHNICIAN:  Hold on.

18         We're still waiting for one

19         person.

20               MR. SHEN:  Steve, what

21         document are you using?  Did you

22         say 571 or --

23               MR. POUNIAN:  576.  It's FBI

24         4012.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          VIDEO TECHNICIAN:  They are

2      not going in, so I'm going to

3      remove them.

4          MS. INT-HOUT:  Just let me

5      know, David.

6          VIDEO TECHNICIAN:  I had to

7      remove Eric Snyder.  Everyone is

8      good.

9                  -  -  -

10          (FBI Protected Material.)

11                  -  -  -

12  BY MR. POUNIAN:

13      Q.    Sir, this is a document we

14  received from the FBI that they took from

15  a hotel in the Los Angeles area.

16          It shows a hotel stay under

17  the names of Abdullah Al Jaithen and Omar

18  al-Bayoumi on December 20th, 1999.

19          Do you see that, sir?

20      A.    Yes.

21      Q.    Do you know the Travelodge

22  Hotel in Culver City, California, sir?

23      A.    I don't remember.

24      Q.    Did you ever have occasion

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    to stay in any hotels in the Culver City

2    area?

3              A.    With my family?

4              Q.    Yourself.  At any time.

5                    MR. SHEN:  Clarify, Steve.

6              Do you mean only by himself?

7                    MR. POUNIAN:  I'm just

8              saying, did he ever -- I'm asking

9              if he ever had any occasion

10             himself to stay at hotels in the

11             Culver City area.

12                   That's the question.

13   BY MR. POUNIAN:

14             Q.    Can you answer that

15   question?

16                   MR. SHEN:  Just to clarify,

17             by himself or with anyone else or

18             both?

19                   MR. POUNIAN:  I just asked

20             if he did.  I think it's pretty

21             clear on its own.

22                   MR. SHEN:  I don't know what

23             you're asking.  But okay.

24                   THE WITNESS:  No.

REDACTED FOR PUBLIC FILING

1    BY MR. POUNIAN:

2         Q.    Sir, this hotel receipt has

3    your name on it.

4              Did you stay at the

5    Travelodge Hotel?

6         A.    Stayed in a hotel, no.

7         Q.    Did you make a reservation

8    at the hotel?

9         A.    (In English) It's possible.

10             (Through Interpreter) It's

11   possible.

12        Q.    And what's possible?

13        A.    It's possible when a guest

14   arrives and they need a stay at the

15   hotel, we can make a reservation for the

16   hotel.

17             MR. BEETAR:  And, also, he

18        said, if he does not know English.

19             INTERPRETER MIKHAIL:  If he

20        does not know English.

21   BY MR. POUNIAN:

22        Q.    And did you go to the

23   Travelodge Hotel with Abdullah

24   Al Jaithen?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1        A.    I don't remember.

 2              MR. POUNIAN:    ████████████

 3  █████████████████████████████████████████

 4  ██████████

 5                    -   -   -

 6           █████████████████████████

 7  █████████████████████████████████████████

 8  ████████████████████████████

 9                    -   -   -

10  BY MR. POUNIAN:

11        Q.    █████████████████████████████

12  ██████████████████████████

13        A.    █████████████████

14              █████████████████████████

15        Q.    █████████████████████████

16  █████████████████████████████

17  ███████████████████████████

18        A.    ███████████████████

19        Q.    █████████████████████████████

20  ███████████████████████████

21              MR. SHEN:    ██████████████

22              THE WITNESS:    █████████████

23        ████████    ███████████████████████

24        ████████    █████████████████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  ███████████████████████  ███████

2  ███████████████████████

3       MR. POUNIAN:  ███████████████

4  ████████████████████

5  ██████████████████████████  ████

6  ████████████████████

7  ███████████████████████

8  █████████████████  ████████████████

9  ████████████

10  ███████████████████████████  ████

11  █████████████████  ████████████████

12  ████████  ████████████████████████

13  ████  ████████████████████

14       Thank you.

15  BY MR. POUNIAN:

16       Q.  ████████████████████

17  █████████████████████████

18  ██████████████████████████████

19  █████████████████

20       ████████████████████

21       A.  ████████████████

22       Q.  ████████████████

23  ██████████████████████████████

24  ██████████████████████████████

███████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   ████████████████████████████████████

2        MR. SHEN:  ████████████  █

3      ████████████████████████████

4        MR. POUNIAN:  ████████  ████████

5      ████████

6   BY MR. POUNIAN:

7        Q.  ███████████████████████

8   ██████████████████████████

9   ████████████████████████████████,

10  ████

11       A.  ███████████████

12       Q.  ████████████████████████,

13  ███████████████████████████

14  ████████████████████████

15      █████████████████████████

16  ██████████████████

17       A.  ████████████████████

18       Q.  ████████████████████

19  █████████████████████

20       A.  ██████████████████

21  ████████

22      ██████████████████████

23  ████████████████

24       Q.  ████████████████████████

     ██████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4      A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5  ▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮

6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9  ▮▮▮▮

10      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11  ▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮

13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15  ▮▮▮

16      Q.  ▮▮▮▮▮▮▮▮▮▮▮▮

17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18  ▮▮▮▮▮▮▮▮

19      A.  ▮▮▮▮▮▮▮▮▮

20      ▮▮▮▮▮▮▮▮  ▮▮

21      MR. POUNIAN:  ▮▮▮▮▮▮

22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1 ▆▆▆▆▆▆

2            –   –   –

3 ▆▆▆▆▆▆▆▆▆▆▆

4 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

5 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

6            –   –   –

7 MS. INT-HOUT: ▆▆▆▆

8 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

9 MR. POUNIAN: ▆▆▆▆▆

10 ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆

11 ▆▆▆▆▆▆▆▆▆▆

12 ▆▆▆▆▆

13 BY MR. POUNIAN:

14 Q. ▆▆▆▆▆▆▆▆▆▆▆▆

15 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

16 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

17 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

18 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

19 ▆▆▆▆▆▆▆▆▆

20 ▆▆▆▆▆▆▆▆▆▆▆

21 ▆▆▆▆▆▆▆▆▆▆

22 A. ▆▆▆▆▆▆▆▆▆

23 Q. ▆▆▆▆▆▆▆▆▆

24 ▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    I don't know.  I don't

2  remember.

3    Q.    Can you explain, sir, why

4  your name is on a receipt of a Travelodge

5  in Culver City, California, on January

6  9th, 2000?

7    A.    I don't remember.  But once

8  we did go with the family to King Fahad

9  Mosque.

10    MR. BEETAR:  King Fahad

11    Mosque, to match the other

12    documents in the lawsuit.

13    INTERPRETER MIKHAIL:  Sure.

14    No problem.  For consistency, King

15    Fahad Mosque.

16  BY MR. POUNIAN:

17    Q.    What family?

18    A.    My family.

19    Q.    And who went?

20    A.    I don't remember exactly,

21  but always with my family.

22    Q.    And who are the members of

23  your family that would have been with you

24  at that time?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    (In English) My wife and my

2    kids.

3          (Through Interpreter) My

4    wife and my kids.

5    Q.    And how many would that have

6    been in your family at this time, in the

7    year 2000?

8    A.    (In English) Four.

9          (Through Interpreter) Four.

10   Q.    Four including you or --

11   A.    (In English) Yes.

12         (Through Interpreter) All of

13   us are five.

14   Q.    Five.

15         And why were you going to

16   the King Fahad Mosque on that occasion?

17   A.    (In English) To take some

18   pictures.

19         (Through Interpreter) To

20   take some pictures.

21   Q.    Pictures of what?

22   A.    (In English) Of the mosque.

23         (Through Interpreter) Of the

24   mosque.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And why were you taking

2    pictures of the mosque?

3    A.    Because it's a beautiful

4    mosque.

5    Q.    So you traveled to the

6    mosque to take photographs of it.

7              And when did this trip

8    occur?

9    A.    Not solely the mosque.  We

10   go to Los Angeles to do shopping, and

11   then we go to the mosque and take

12   pictures at the mosque.

13   Q.    And how soon after the

14   opening of the mosque did that occur?

15   A.    I don't remember.

16   Q.    How many trips did you make

17   to the mosque to take pictures?

18   A.    I don't go specifically to

19   the mosque to take pictures.  We go, we

20   do some shopping, and then we go to the

21   mosque and we take pictures.

22   Q.    And how often did you go to

23   the mosque, the King Fahad Mosque?

24              INTERPRETER MIKHAIL:  How

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          often did you go to the mosque?

2               MR. POUNIAN:  Yes.  The King

3          Fahad Mosque.

4               THE WITNESS:  I visited the

5          King Fahad Mosque perhaps twice.

6          Twice.

7     BY MR. POUNIAN:

8          Q.    You were there two times in

9     total?

10         A.    From what I remember, yes.

11         Q.    And what do you mean by

12    that, "from what I remember"?

13         A.    Perhaps it was twice,

14    perhaps it was three times, perhaps it

15    was only once.  But from what I remember,

16    it was twice.

17              MR. POUNIAN:  ███████████

18    ████████████████████████████

19    ████████████████

20                   -  -  -

21         ████████████████████

22    ████████████████████████████████

23    ████████████████████████

24                   -  -  -

███████████████████

This Transcript Contains Confidential Material



```
 1   BY MR. POUNIAN:
 2        Q.    ██████████████████████
 3   ███████████████████
 4             -   -   -
 5           ████████████████████████████
 6      █████████████████████
 7             -   -   -
 8        MR. POUNIAN:  ███████████
 9      ████████████████████████
10   BY MR. POUNIAN:
11        Q.    ███████████████████████████d
12   ██████████████
13        A.    ██████████
14        Q.    ███████████████
15   ██████████████████████████
16   ██████████████████████████████████
17   █████████████████
18        MR. POUNIAN:  ████████████
19      ██████████████████████████
20      █████████████████████
21        MR. SHEN:  █████████
22        MR. POUNIAN:  ████████████
23      ██████████████
24   BY MR. POUNIAN:
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1      Q.

2

3

4

5

6      A.

7

8      Q.

9

10

11     A.

12     INTERPRETER ABDEL-RAHMAN:

13

14

15

16

17 BY MR. POUNIAN:

18     Q.

19

20     MR. POUNIAN:

21

22

23 BY MR. POUNIAN:

24     Q.

This Transcript Contains Confidential Material



1

2

3

4

5

6

7

8

9

10

11

12

13          MR. SHEN:

14

15          THE WITNESS:

16  BY MR. POUNIAN:

17          Q.

18

19

20

21          MR. SHEN:

22          THE WITNESS:

23

24  BY MR. POUNIAN:

This Transcript Contains Confidential Material



1      Q.

2

3

4

5

6      A.

7      Q.

8

9      A.

10     Q.

11

12

13

14     A.

15

16

17

18

19

20

21     Q.

22

23

24

REDACTED FOR PUBLIC FILING



```
 1 ████████████████████████████
 2 ████████████
 3        MR. SHEN: █████████
 4      ████████████████████████████
 5      ████████████████████████
 6        MR. POUNIAN: █████████████
 7      ████
 8        MR. SHEN: █████████
 9      ████████████
10        ████████████████████████
11      ████████████████████████
12        MR. POUNIAN: █████████████
13      ████████████████████████████
14      ██████████████████████████████
15      ████████████████████████
16      ████████████████████████
17      ████
18        ██████████████████
19        MR. SHEN: ████████████
20      ████
21        THE WITNESS: █████████
22      ████████████████████████
23      ██████████████████████████████
24      ████████████████
```

This Transcript Contains Confidential Material



1   BY MR. POUNIAN:

2        Q.

3

4        A.

5        Q.

6            MR. POUNIAN:

7

8

9

10               _   _   _

11

12

13

14               _   _   _

15            MR. SHEN:

16

17

18

19

20

21

22            MR. POUNIAN:

23

24   BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.

2

3

4

5

6    A.

7    Q.

8    A.

9         INTERPRETER ABDEL-RAHMAN:

10

11

12

13

14         MR. POUNIAN:

15

16                         .

17   BY MR. POUNIAN:

18   Q.

19

20   A.

21   Q.

22

23         MR. POUNIAN:

24

REDACTED FOR PUBLIC FILING



BY MR. POUNIAN:

2    Q.

4    A.

5    Q.

6    A.

11   Q.

13   A.

23   Q.

This Transcript Contains Confidential Material

1     A.     ████████████     ████████

2     ████████████████

3     Q.     ████████████████████

4     A.     ██████████████

5     Q.     Well, can you tell us about

6     one other time you went to Los Angeles

7     for a trip like this?

8     A.     Los Angeles was close to us.

9     We could just take a ride there and come

10    back.  I wouldn't remember how many times

11    we went.

12    Q.     Do you know a man named --

13    strike the question.

14         I asked you earlier about

15    visits you had made to the Los Angeles

16    Consulate.

17         Did you go to the Los

18    Angeles Consulate to register your

19    passport?

20    A.     To renew my passport.

21    Q.     Did you ever go there to

22    register your passport?

23    A.     I don't recall.

24    Q.     And you said you went to the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    consulate to renew your passport?

2           A.    Yes.

3           Q.    And did you go by yourself?

4           A.    No.

5           Q.    Who did you go with?

6           A.    With another person.

7           Q.    And who was that?

8           A.    Osama.

9                 (In English) An American

10   person.

11                (Through Interpreter) An

12   American person.

13          Q.    Did he have a last name?

14          A.    I don't remember.  He was

15   Osama.

16          Q.    And how did you know Osama?

17          A.    (In English) From the

18   mosque.

19                (Through Interpreter) From

20   the mosque.

21          Q.    Which mosque?  The Al-Madina

22   Mosque?

23          A.    No.  The Islamic Center.

24          Q.    How did you know Osama from

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    the Islamic Center?

2            A.      From after the prayers.

3            Q.      What do you mean by that?

4            A.      I mean that after prayers we

5    got to meet one another.

6            Q.      And when was that?

7            A.      I don't know.

8            Q.      Well, how long before you

9    went to the consulate did you meet Osama?

10           A.      I don't remember.  But a

11   short period of time, perhaps a month or

12   two.

13           Q.      And what was your

14   relationship with Osama?

15           A.      In the past or now?

16           Q.      At the time you met him.

17           A.      I didn't know him -- I

18   didn't know him.  But we met,

19   Salaam-Alaikum, Alaikum-Salaam; peace be

20   on you, peace be on you.

21           Q.      And how old was he when you

22   met him?

23           A.      He was in his 20s.  He was

24   in his 20s.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And how old were you at that
2    time?
3    A.    I don't remember.
4    Q.    What's your birth date, sir?
5    A.    1377.
6    Q.    So you would be 43 years old
7    at that time?
8    A.    I don't remember.
9    Q.    How old are you now?
10   A.    (In English) More than 60.
11         INTERPRETER ABDEL-RAHMAN:
12   More than 60?
13         THE WITNESS:  (In English)
14   Yes.
15   BY MR. POUNIAN:
16   Q.    Can you give us an exact
17   number, sir?
18   A.    (In English) Maybe 63, 64.
19   I didn't count.
20   Q.    And did you become friends
21   with Osama?
22   A.    In the current definition,
23   no.
24   Q.    What do you mean by "the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   current definition"?

2         A.    I mean, in the past when you

3   meet someone, when you befriend someone,

4   you just go to places with them.  But now

5   this is not enough anymore, we have to

6   understand the thinking, you have to

7   understand their personality.

8               INTERPRETER ABDEL-RAHMAN:

9         Then the witness added, in

10        English, it's a different period

11        of time.

12  BY MR. POUNIAN:

13        Q.    Well, were you friends with

14  him in the year 2000?

15        A.    He would come to me.  We

16  would go to places.  We would go to pray

17  at the mosque together.  He went to Los

18  Angeles with me.  Things like that.

19        Q.    What kind of things did you

20  do together?

21        A.    Only prayers.

22        Q.    Anything else?

23        A.    No.  Other relations than

24  that, no.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        Q.    And you said he was an
 2   American?
 3        A.    (In English) White American.
 4              (Through Interpreter) Yes, a
 5   white American.
 6        Q.    And had he converted to
 7   becoming a Muslim?
 8        A.    Yes.  Before I met him.
 9        Q.    And did you know his
10   background?
11        A.    No.
12        Q.    Did you know his religious
13   background before you met him?
14        A.    I didn't know.
15        Q.    Had you heard that he was
16   Jewish before he became a Muslim?
17        A.    No, I didn't know that.
18        Q.    You've never heard that
19   before, sir?
20        A.    Well, I did not
21   discriminate; whether Jewish, Christian,
22   atheist, I did not discriminate.  I
23   treated people according to what I see
24   from them.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    That was not my question,

2    sir.

3          My question was, had you

4    ever heard before that he was Jewish or

5    that he had been Jewish?

6    A.    No.

7    Q.    How did it come to be that

8    you -- that he went to Los Angeles with

9    you to go to the --

10   A.    I was going to Los Angeles

11   by myself, alone.  Then I met him on the

12   road.

13   Q.    What road?

14   A.    (In English) Next to my

15   house.

16         (Through Interpreter) Behind

17   my house.

18   Q.    And when did you meet him on

19   the road behind your house?

20   A.    (In English) In the

21   morning --

22         (Through Interpreter) In the

23   morning, or as I was leaving for the

24   embassy, the consulate.

This Transcript Contains Confidential Material

1    Q.    And you met him on this --

2  on that morning just by chance?

3    A.    Yes.

4    Q.    And were you on your way to

5  Los Angeles when you met him?

6    A.    (In English) Next to my

7  house.

8          (Through Interpreter) Next

9  to my house -- in English, yes.

10         Excuse me.  I tend to mix

11 Arabic and English.  Please forgive me.

12    Q.    And when you say your

13 "house," you're talking about the

14 apartment that you lived in at 6333 Mount

15 Ada Road?

16    A.    Yes.

17    Q.    And you lived there at

18 Apartment 152?

19    A.    I don't remember the number.

20 I don't.

21    Q.    So where is it that you met

22 with Osama?  Where is it that you saw

23 Osama near the apartment?

24    A.    Not near the apartment.  I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    saw him on the street.

2         Q.    What street?

3         A.    The street behind -- the

4    street behind the housing.

5         Q.    And what street was that?

6         A.    I don't remember.

7         Q.    Well, your building was on

8    Mount Ada Road.

9              Was it on Mount Ada Road

10   that you saw him?

11        A.    Yes, Mount Ada Road.

12        Q.    And when you saw him, were

13   you heading to your car to drive to Los

14   Angeles?

15        A.    No, I was already in the

16   car.

17        Q.    So you were driving your car

18   when you saw him?

19        A.    Yes, yes.

20        Q.    And you were in the street?

21        A.    I was driving on the street

22   and he was walking.

23        Q.    Where was he walking?

24        A.    On the sidewalk.

This Transcript Contains Confidential Material

1      Q.    And in which direction was

2  he walking?

3      A.    The opposite direction from

4  me.

5      Q.    And which direction was he

6  heading?

7      A.    I was heading east, he was

8  heading west.

9      Q.    So you were heading towards

10  the Islamic Center?

11      A.    No.  In the direction -- in

12  the direction of the Islamic Center.  But

13  the Islamic Center was far away.

14      Q.    So you were driving on Mount

15  Ada Road in the direction of the Islamic

16  Center and you saw Osama walking on the

17  sidewalk in the opposite direction; is

18  that right?

19      A.    Yes.

20          MR. SHEN:  Objection to

21      form.

22  BY MR. POUNIAN:

23      Q.    And where was --

24          MR. SHEN:  Misstates prior

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              testimony as to the road.
2    BY MR. POUNIAN:
3         Q.    Where was -- where was Osama
4    living at that time?
5         A.    I don't know.
6         Q.    Do you recall, sir, that he
7    was living with Fathi Aidarus?
8              MR. SHEN:  Objection.
9              THE WITNESS:  No.  He was
10        married.
11   BY MR. POUNIAN:
12        Q.    Do you recall a time when
13   Osama was living with Fathi Aidarus?
14        A.    I don't know.
15        Q.    So you said you saw Osama on
16   the sidewalk as you were driving.
17             What happened next?
18        A.    He asked me where I was
19   going.  I told him I was going to the
20   consulate in Los Angeles to renew the
21   children's passports and my wife's
22   passport.
23        Q.    And not your passport?
24        A.    And my passport, yes.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Q.     Did you -- I take it you
 2    stopped the car first?
 3          A.     Yes.
 4          Q.     And what happened next?
 5          A.     I told him I was going to
 6    Los Angeles.  He said he was free, let me
 7    come with you.
 8          Q.     And what happened next?
 9          A.     We went to Los Angeles.
10          Q.     Directly from there?
11          A.     Yes.
12          Q.     Did you stop anywhere?
13          A.     Before that, I had been
14    upset about something.  I had lost some
15    of my photos.
16          Q.     What photos?
17          A.     (In English) For the
18    passport.
19                 (Through Interpreter)
20    Passport photos.  Passport photos that I
21    had done before.
22          Q.     Which photos?
23          A.     (In English) The passport.
24                 (Through Interpreter) Photos
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    for the passport.

2        Q.    Whose photos?

3        A.    (In English) For me.

4        Q.    And what photos did you

5    lose?

6        A.    You know for that form you

7    have to attach three or four photos, and

8    I found that one was missing.  And on the

9    way, before we got to Los Angeles, I told

10   Osama that I needed to have my picture

11   taken for the passport.

12            And Osama knew Los Angeles

13   well.  He said, I know a good place where

14   you can have your picture taken.

15            Then we picked up the photos

16   and we headed to the consulate.

17       Q.    When did you find out that

18   you didn't -- you didn't have the photos

19   you needed?

20       A.    As I was preparing myself

21   for the trip to Los Angeles.

22       Q.    And that was in your

23   apartment?

24       A.    (In English) Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          (Through Interpreter) Yes.

2     Q.    And then you went to your --

3 that's when you got upset, right before

4 you were about to leave?

5     A.    Yes.

6     Q.    And then you went from your

7 apartment to your car and you started to

8 drive to Los Angeles?

9     A.    Yes.

10     Q.    Did you have photos of your

11 other family members with you?

12     A.    (In English) Yes.

13     Q.    How many different photos

14 did you have?

15     A.    Photos, four each person.

16          THE WITNESS:  Excuse me, Mr.

17     Pounian.  I need to take a break

18     for prayers.  It's time to pray.

19          MR. SHEN:  Let's take a

20     break.

21          For the court reporter or

22     for the translator, did he say

23     four photos for each person?

24          INTERPRETER ABDEL-RAHMAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Four.  Like Number 4.  Four photos

2        for each person.

3            MR. SHEN:  If the court

4        reporter can just mark that,

5        please.

6            VIDEO TECHNICIAN:  Everyone

7        should be back in the room now.

8                - - -

9            (End of FBI Protected

10       Material.)

11               - - -

12           MR. SHEN:  We're going to

13       take a break for 15 minutes so

14       that the witness can pray.

15           MS. PRITSKER:  Just before

16       we go off the record, counsel for

17       Dubai Islamic Bank notes that it

18       has been excluded from the

19       deposition testimony since 9:05

20       a.m. -- since approximately 9:05

21       a.m. Eastern Standard Time and

22       have just been admitted back into

23       the deposition.

24           Thank you.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                VIDEO TECHNICIAN:  We're

 2          going to go off the record, 10

 3          o'clock a.m.

 4                      -  -  -

 5                (Whereupon, a brief recess

 6          was taken.)

 7                      -  -  -

 8                VIDEO TECHNICIAN:  Back on

 9          the record at 10:22 a.m.

10   BY MR. POUNIAN:

11          Q.    Sir, when we went off the

12   record, I was asking about the

13   photographs.

14                Did you get photos made of

15   you and your family before --

16                VIDEO TECHNICIAN:  Do you

17          need to go on the FBI record?

18                MR. POUNIAN:  No.

19                VIDEO TECHNICIAN:  Okay.

20   BY MR. POUNIAN:

21          Q.    Did you have photos made of

22   you and your family before you went on

23   the trip to Los Angeles?

24          A.    Yes.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And you misplaced the photos

2    of yourself; is that right?

3    A.    It was only one picture.

4    Q.    One picture of you was

5    misplaced?

6    A.    It was not misplaced.  It

7    was in my pocket, but I didn't realize

8    that it stuck to my pocket.

9    Q.    And when did you find that

10   out?

11   A.    When I returned, as I was

12   taking off my clothes, I found the

13   picture in the pocket.

14   Q.    And these were photos that

15   you had -- you and your family had just

16   taken for the purpose of the passports;

17   is that right?

18   A.    Yes, correct.

19   Q.    So you said you stopped

20   somewhere to have photos taken in the Los

21   Angeles area; is that right?

22   A.    Yes.

23   Q.    And you testified that Osama

24   knew a place to have photos taken in Los

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Angeles?

2         A.    Yes.

3         Q.    And where was that place?

4         A.    I don't know.

5         Q.    What town was it in?

6         A.    Los Angeles.

7         Q.    And how far was it from the

8    consulate?

9         A.    I don't remember.  But it

10   wasn't far away.

11        Q.    And was it a photography

12   studio or some other type of store?

13        A.    Yes.

14        Q.    And what type of store was

15   it?

16        A.    Passport photography studio.

17        Q.    So it was specifically for

18   passport photos?

19        A.    I don't know.  But I went

20   there to have photos taken for the

21   passport.

22        Q.    And did a person take your

23   photo?

24        A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And how many photos did they

2  make?

3    A.    I really don't remember.

4    Q.    Well, did they make four

5  photos or three or two or just one?

6    A.    Four.  Four pictures.

7    Q.    And where did you go from

8  the photography studio?

9    A.    To the embassy, to the

10  consulate.

11    Q.    And what time did you arrive

12  at the consulate?

13    A.    I believe it was noon time.

14    Q.    And by "noon time," you mean

15  12:00 noon?

16    A.    Approximately.  Because we

17  performed the prayers at the consulate.

18    Q.    What prayer?

19    A.    The noon and afternoon

20  prayers.  We could combine them because

21  we were traveling.

22    Q.    And where at the consulate

23  did you perform prayers?

24    A.    At the prayer space.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          Q.    And where was that located
2     at the consulate?
3          A.    I don't know.
4          Q.    Was there a small mosque at
5     the consulate?
6          A.    No, just a room.
7          Q.    There's a room where prayers
8     are held at the consulate?
9          A.    Yes.
10          Q.    And that's where you and
11     Osama performed the prayers, according to
12     --
13          A.    Yes.
14          Q.    And how many people were
15     praying?
16          A.    He and I.  He and I.  He
17     made the announcement for the prayers,
18     and I led the prayer.
19          Q.    And was anyone else praying?
20          A.    No, no one else.
21          Q.    And this was in the prayer
22     room at the consulate?
23          A.    Yes.
24          Q.    And did you take the
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    elevator to get there?

2         A.    No.

3         Q.    Where did you park your car

4    when you went to the consulate?

5         A.    At the basement in the

6    consulate.

7         Q.    And where did you enter the

8    consulate?

9         A.    From the roadway.  I don't

10   know exactly, but from the road.

11        Q.    Did you enter from the

12   parking area into the consulate?

13        A.    No.

14        Q.    What did you do?

15        A.    Before I went to the

16   consulate, I made a call.  I spoke to the

17   operations about my intent to go to the

18   consulate to renew the passports and pick

19   up Quran books.

20              And then they said you must

21   come through -- they gave us directions,

22   as to how to come in.

23        Q.    Who did you talk to?

24        A.    The operator.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                   INTERPRETER ABDEL-RAHMAN:
2           The witness said the operation.
3           The interpreter believes it's the
4           operator.
5    BY MR. POUNIAN:
6           Q.     Where were you when you made
7    the call?
8           A.     In the car.
9           Q.     And where was the car when
10   you made the call?
11          A.     It was after the studio, on
12   the way to the consulate.
13          Q.     You were driving when you
14   made the call?
15          A.     No, I believe I -- I believe
16   I pulled over and spoke to them; or Osama
17   was talking to them, because Osama was
18   the one who was more familiar with the
19   roads.
20          Q.     Well, what is it that you
21   remember, sir?  Who made the call?
22          A.     I dialed the number.  I
23   dialed the number.
24          Q.     And then what happened?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.    And I had called before that
 2   and told them about my intent to come to
 3   pick up Quran books and where to park.
 4   They said, once you arrive, we will let
 5   you know where to park.
 6          Q.    When had you called before?
 7          A.    I don't remember.
 8          Q.    Was it the same day or a
 9   different day?
10          A.    Possibly a few days before I
11   may have called once, twice or three
12   times, in order for them to prepare the
13   books.
14          Q.    Prepare what books?
15          A.    The Quran books.
16                INTERPRETER ABDEL-RAHMAN:
17          And the interpreter wishes to
18          introduce a new word which means a
19          book containing the Quran.  It's
20          mushaff.  It's spelled
21          M-U-S-H-A-F-F.  That means a book
22          containing the Quran.
23   BY MR. POUNIAN:
24          Q.    So when you dialed -- when
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   you dialed the number of the consulate,

2   were you parked to go to the consulate or

3   were you somewhere between the

4   photography studio and the consulate?

5         A.    I don't remember.  But I

6   believe that immediately after we were

7   done with the photographs, I made the

8   call.

9         Q.    And what did you find out in

10  that call?

11        A.    Nothing, just where to park

12  the car and come in.

13        Q.    And tell us what the

14  conversation was in that call.

15        A.    It was a normal

16  conversation, just Salaam-Alaikum, may

17  peace be upon you.  We are from Al-Madina

18  Mosque, I'd like to come and pick up the

19  mushaffs which I called about before.

20  They said the mushaffs were ready.  I

21  also said that I had an appointment to

22  renew the passports.  They said, okay,

23  come in.

24        Q.    Is that it?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.      I also told them that I had

2    someone with me, an American person, to

3    help me carry the mushaffs and so forth.

4          Q.      Is that the -- is that it?

5          A.      Yes.

6          Q.      And then what happened?

7          A.      We went in.

8          Q.      You parked in the

9    underground parking?

10          A.      Yes.

11          Q.      And you went into the

12    consulate?

13          A.      Yes.

14          Q.      And what happened?

15          A.      We went to the reception,

16    Osama and I.

17          Q.      And what happened?

18          A.      They said, have a seat,

19    please.  And we sat.

20          Q.      And then what happened?

21          A.      Then she called me by name,

22    she said, Omar, come in.

23          Q.      Was that the receptionist or

24    someone else?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.     Yes, the receptionist.

 2          Q.     And what happened?

 3          A.     She told me to fill out some

 4    forms and to place the photos on them.

 5          Q.     Who told you to fill out

 6    forms?

 7          A.     The lady.  Yes.

 8          Q.     The receptionist or someone

 9    else?

10          A.     (In English) Yes.

11          Q.     I'm sorry, the receptionist

12    or someone else, another person?

13          A.     A female receptionist.

14          Q.     And this was while you were

15    sitting in the reception area?

16          A.     Yes.

17          Q.     And you were with Mr. --

18    with Osama while you were filling out

19    these forms?

20          A.     Yes.

21          Q.     And you filled out the

22    forms.

23                 And then what happened?

24          A.     I filled out the forms.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  When we were done with that, then we went

2  to the prayers.  Then we picked up the

3  mushaffs and left.

4       Q.    And when you went to the

5  prayers, where did you go to the prayers

6  from the reception area?

7       A.    It's close to it, in a room,

8  a prayer room.

9       Q.    And how far away was it from

10  the reception room?

11      A.    It was not far.  I don't

12  remember exactly, but not far.

13      Q.    Did someone show you where

14  that room was?

15      A.    Yes.

16      Q.    And who was that?

17      A.    (In English) A person,

18  just --

19           (Through Interpreter) A

20  person from the Islamic Affairs.

21      Q.    And who was that person?

22      A.    I didn't know him.

23      Q.    It was a man?

24      A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1            Q.      Can you describe him?

 2            A.      He was a non-Saudi.

 3            Q.      And what did he look like?

 4            A.      Medium sized.  He had a

 5   beard.

 6            Q.      And why did he direct you to

 7   the prayer room?

 8            A.      To pray.

 9            Q.      And how did that happen,

10   that he directed you there?

11            A.      I asked the receptionist

12   about where to perform the prayers.  And

13   she said, that brother standing there

14   will escort you to the prayer room.

15            Q.      And who was the brother

16   standing there?

17            A.      That's the person.  That's a

18   person who led us to the prayer room.

19            Q.      And that's the person you

20   said is from Islamic Affairs?

21            A.      Yes.  He introduced himself

22   to us.  He said -- and he said that he

23   was the one who was going to give us the

24   mushaffs.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    And he was standing in the

2   reception area when you asked about

3   prayers?

4      A.    Yes, he was nearby.

5      Q.    When you say "nearby," what

6   do you mean?

7      A.    In the same location, and it

8   was a big place.

9      Q.    He just happened to be in

10   that room that you and Osama were sitting

11   in; is that right?

12           INTERPRETER MIKHAIL:  Asking

13        for repetition.  Interpreter will

14        repeat.

15           THE WITNESS:  Yes.

16   BY MR. POUNIAN:

17      Q.    And did he pray with you in

18   the prayer room?

19      A.    No.

20      Q.    Did he stay with you in the

21   prayer room?

22      A.    No.

23      Q.    About how long were you in

24   the prayer room?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              INTERPRETER MIKHAIL:

 2         Technical issue again.  Perhaps

 3         the witness is frozen.

 4              VIDEO TECHNICIAN:  We're

 5         going to go off the record, 10:47

 6         a.m.

 7                   -   -   -

 8              (Whereupon, a brief recess

 9         was taken.)

10                   -   -   -

11              VIDEO TECHNICIAN:  We're

12         back on the record at 10:52 a.m.

13    BY MR. POUNIAN:

14         Q.    My question was, how long

15    were you in the prayer room?

16         A.    The prayer room?  About ten

17    minutes.

18         Q.    And where did you go from

19    the prayer room?

20         A.    Back to the reception.

21         Q.    Did someone accompany you?

22         A.    Osama.

23         Q.    Did someone accompany you

24    and Osama back to the reception?
```

This Transcript Contains Confidential Material

1    A.    No.  We finished the prayer,
2    and we went back.
3    Q.    And was anyone else in the
4    prayer room when you were there?
5    A.    No.
6    Q.    What happened next?
7    A.    So at the reception, they
8    said the passports will be ready
9    overnight.  And other than that, the
10   mushaff books were ready -- the mushaff
11   books were ready, waiting for delivery --
12   waiting to be received.
13                (In English) To be picked
14   up.
15   Q.    What happened next?
16   A.    We took the mushaff books
17   and we left.
18   Q.    And where were the books?
19   A.    We put them in the car.
20   Q.    And where did you get the
21   books from?
22   A.    From the consulate.
23   Q.    And where in the consulate
24   did you get the books?

REDACTED FOR PUBLIC FILING

1      A.    No, I do not know.  We went

2  back to the car, they brought the books

3  and put them in the car.

4      Q.    How did you get to the car?

5      A.    (In English) Walking.

6            (Through Interpreter)

7  Walked.

8      Q.    So you walked out the door

9  into the parking area and to your car?

10     A.    Yes.

11     Q.    And who gave you the books?

12     A.    The consulate.

13     Q.    Who at the consulate?

14     A.    The same person who led us

15  to the prayer room.

16     Q.    And when did that person

17  give you the books?

18     A.    When?  Correct, when?

19            After we finished the

20  prayer.

21     Q.    And where did they -- where

22  did they give you the books?

23     A.    They loaded them in the car.

24     Q.    Who loaded them in the car?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.     That person, and another

2   person who helped.   Osama was the one

3   helping them.

4        Q.     So the man from Islamic

5   Affairs and Osama loaded the books in the

6   car?

7        A.     Yes.

8        Q.     And was there anyone else

9   helping to load the books into the car?

10       A.     Yes.   There was a worker

11   helping.

12       Q.     Was the receptionist the

13   only woman that you met at the consulate?

14       A.     Yes.

15       Q.     And did you meet any men at

16   the consulate, other than the Islamic

17   Affairs man that you described?

18       A.     No.

19       Q.     So am I correct the only two

20   people you met at the consulate were the

21   receptionist at the front, at the

22   entrance where you came in, and the

23   Islamic Affairs person?

24             MR. SHEN:  Objection to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          form.
2                You can answer.
3                INTERPRETER MIKHAIL:  The
4          interpreter will repeat the
5          question.
6                THE WITNESS:  And the
7          worker.
8    BY MR. POUNIAN:
9          Q.    So the three people you met
10   were the receptionist at the place where
11   you entered the consulate, the Islamic
12   Affairs man, and the worker who helped
13   load books in the car?
14         A.    Yes.
15         Q.    How many books were there?
16         A.    I don't remember.
17         Q.    What happened next?
18         A.    We went back to San Diego.
19               But before that -- so we
20   went back.  But on the road after we left
21   the embassy, we were hungry and we wanted
22   to get something to eat.  So we went and
23   ate.
24         Q.    And where did you go?
```

This Transcript Contains Confidential Material

```
1          A.    A restaurant.

2          Q.    And what restaurant?

3          A.    I don't know.  It was a

4    restaurant that served halal meat.

5          Q.    And was it a place you had

6    been to before?

7          A.    No.

8          Q.    How did you know to go

9    there?

10         A.    We saw it on the way.

11         Q.    You saw it on the way.

12               When did you see it on the

13   way?

14         A.    When we were going to San

15   Diego.

16         Q.    So you're saying you left

17   the consulate and on the way back to San

18   Diego you saw a restaurant?

19         A.    Yes.

20         Q.    And where was the restaurant

21   that you saw?

22         A.    I do not know.  I do not

23   remember.

24         Q.    Do you know what town it was
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    in?

2         A.    It was Los Angeles.

3         Q.    And what happened then?

4         A.    After we ate in the

5    restaurant, we went back to San Diego.

6         Q.    Did you have your -- you had

7    your cell phone with you on this trip; am

8    I correct?

9         A.    Yes.

10        Q.    And when we discussed

11   earlier you making a call to the

12   consulate, that was on your cell phone;

13   is that right?

14        A.    Yes.

15        Q.    And you called other places

16   other than the consulate that day on your

17   telephone?

18        A.    I don't remember.

19        Q.    What type of food was at the

20   restaurant that you stopped at?

21        A.    Halal meat.

22        Q.    And how did you know from

23   the outside of the restaurant that it had

24   halal meat?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     A.    So they had the meat

2     suspended.

3               INTERPRETER ABDEL-RAHMAN:

4          Hanging.

5               INTERPRETER MIKHAIL:

6          Hanging.

7     BY MR. POUNIAN:

8          Q.    And you noticed that as you

9     were driving by?

10         A.    Yes.  We saw it, me and

11    Osama.

12         Q.    And what is it -- can you

13    just tell us, what is it that you saw

14    that made you stop at that particular

15    restaurant?

16         A.    We were looking for another

17    restaurant that me and my family had

18    eaten at before, but it was closed, I

19    believe.  And this one was next to it.

20         Q.    Sir, can you tell us, what

21    is it that you saw that made you stop at

22    that particular restaurant?

23         A.    So the way they had the meat

24    hanging.  And also the barbecue, they had

This Transcript Contains Confidential Material

1    a barbecue.

2         Q.    And you were driving by and

3    you saw that?

4         A.    Yes.

5         Q.    And you decided to stop at

6    that place?

7         A.    Yes.

8         Q.    And where did you park?

9         A.    In front of the restaurant.

10        Q.    And then what happened?

11        A.    We went inside the

12   restaurant and we ate.

13        Q.    What time was it?

14        A.    (In English) I don't know.

15              (Through Interpreter) I

16   don't know.

17        Q.    Can you tell us

18   approximately what time it was when you

19   went to the restaurant?

20        A.    I don't remember.  But it

21   was before dusk.

22        Q.    Was it getting dark out?

23        A.    It was before dusk, maybe an

24   hour before sunset.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        Q.    And what kind of food was at
   the restaurant?
 2
 3        A.    Meat.
 4        Q.    What kind of meat?
 5        A.    (In English) I don't
 6   remember.  Meat, halal.
 7              (Through Interpreter) I
 8   don't remember.  It was halal meat.
 9        Q.    And what happened while you
10   were having lunch?
11        A.    I went and washed my hands.
12   We finished the food, and I went and
13   washed my hands and we got moving.
14        Q.    And then what happened?
15        A.    While I was washing, I heard
16   two people talking Arabic.
17        Q.    And you were washing your
18   hands in the washroom of the restaurant?
19        A.    So it wasn't a bathroom.  It
20   was a sink, a place to wash.
21        Q.    And this was a bathroom with
22   a door on it, I assume?
23              MR. SHEN:  He said it was
24        not a bathroom.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                    THE WITNESS:  A place to
2         wash.
3                    INTERPRETER ABDEL-RAHMAN:  A
4         sink is a good word.
5                    THE WITNESS:  It was a sink.
6         There was a sink.
7    BY MR. POUNIAN:
8         Q.    And what did you hear when
9    you were at the sink?
10        A.    I heard them speaking
11   Arabic.
12        Q.    Who?
13        A.    Those two people.
14        Q.    What two people?
15        A.    Called Nawaf and Khalid --
16   Nawaf and Khalid.
17        Q.    And did you talk to them?
18        A.    When I heard them, I greeted
19   them, peace be on you.
20        Q.    And did you have a
21   conversation with them?
22        A.    Yes.  They said, and peace
23   be on you.
24        Q.    And where was Osama at that

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    time?

2         A.    At the table.

3         Q.    And where were you and Nawaf

4    and Khalid?

5         A.    Up front at a table next by.

6    Because I washed my hands, and I was

7    walking back.  There was our table and

8    their table was next to ours.

9         Q.    Were they sitting at their

10   table already?

11        A.    Yes.

12        Q.    Were they eating already?

13        A.    They finished, like us.

14   They were getting done like us.

15        Q.    So they had been sitting

16   next to you at the restaurant before you

17   went to wash your hands?

18        A.    No, they were behind me.

19        Q.    But they had been sitting

20   behind you at the restaurant while you --

21   before you went to wash your hands?

22        A.    Yes.

23        Q.    And how far away was their

24   table from your table?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.      (In English) Two meters.
2                  (Through Interpreter) Maybe
3     2 meters.
4          Q.      And the first time you heard
5     them was when you went to wash your
6     hands?
7          A.      Yes.
8          Q.      And they were seated at
9     their table when you heard them?
10         A.      Yes.  Because the road to
11    the sink passes by them.
12         Q.      And how far was the sink
13    from their table?
14         A.      From the table, perhaps 2
15    meters also.
16         Q.      And did you have a
17    conversation with Nawaf and Khalid?
18         A.      Yes.  May peace be upon you,
19    may peace be upon you.
20         Q.      Did you say anything else?
21         A.      No.  They spoke with me and
22    with Osama, but -- okay.  I'll wait for
23    the question to answer.
24         Q.      You spoke to them in Arabic;
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    am I correct?

2            A.     Yes.

3            Q.     And Osama could not speak

4    Arabic; is that right?

5            A.     I interpreted for him.  I

6    thought they were from the Gulf area,

7    they didn't look like Saudis at first.

8            Q.     You interpreted for Osama?

9            A.     I interpreted for Osama, and

10   Osama understood a little bit.

11           Q.     And what was the

12   conversation that you had?

13           A.     Ordinary conversation.

14   Where do you live?  I said, we live in

15   San Diego.  And I told them that we were

16   on our -- we were going back home to San

17   Diego now and that San Diego was a

18   beautiful city with nice weather.

19           Q.     And did you learn that they

20   were from Saudi Arabia?

21           A.     Initially I didn't know they

22   were from Saudi Arabia.  I thought they

23   were from the Gulf area.

24                  But then when they spoke,

This Transcript Contains Confidential Material

1    they said they were from Saudi Arabia.

2         Q.    And where in Saudi Arabia

3    were they from?

4         A.    Mecca.

5         Q.    And they told you that when

6    you first met them?

7         A.    Yes.  They told me and told

8    Osama at the same time, because we were

9    together.

10        Q.    And did you discuss Mecca

11   with them?

12        A.    No.

13        Q.    Did you tell them that you

14   were from Mecca?

15        A.    No.

16        Q.    You grew up in the Mecca

17   area, didn't you, sir?

18        A.    In Jeddah, which is in the

19   same principality as Mecca.

20        Q.    Sir, have you lived in Mecca

21   before?

22        A.    No.

23        Q.    Have you lived in the Mecca

24   area before?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                MR. SHEN:  Objection to the
 2         form.  Just clarify, please.
 3  BY MR. POUNIAN:
 4         Q.    Did you tell Nawaf and
 5  Khalid that you were from Mecca?
 6         A.    I am not from Mecca.
 7         Q.    Were you born in Mecca or
 8  near Mecca?
 9         A.    No.
10         Q.    Where were you born, sir?
11         A.    (In English) In a small
12  village in Hagar --
13               (Through Interpreter) In a
14  small village by the name of Hagar.
15         Q.    And how far is that from
16  Mecca?
17         A.    (In English) Maybe five
18  hours.
19         Q.    Did you tell Khalid and
20  Nawaf where you were from?
21         A.    They could tell the accent
22  without me saying it.
23         Q.    Did you tell Khalid and
24  Nawaf where you were from?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.      No.

2          Q.      Did you give Khalid and

3    Nawaf your address?

4          A.      No.

5          Q.      Did you give them your phone

6    number?

7          A.      I don't remember.  But I

8    told them that we lived close to the

9    Islamic Center in San Diego.

10         Q.      What else did you tell them?

11         A.      There was not much of a

12   conversation.  It was, like, a two-minute

13   conversation.

14                 (In English) Then back to

15   San Diego.

16                 (Through Interpreter) Then

17   we went back to San Diego.

18         Q.      So you estimate the length

19   of your conversation as two minutes?

20         A.      Approximately.

21         Q.      And where did the

22   conversation take place?

23         A.      At the restaurant.

24         Q.      And were you standing when

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1   you were talking to them?
2        A.    I really don't remember if I
3   was standing or not.
4        Q.    Well, you said you were
5   washing your hands and you overheard them
6   at their table; is that right?
7        A.    Yes.
8        Q.    And then did you approach
9   them at their table?
10       A.    No, they came to my table.
11       Q.    And did they sit down with
12  you?
13       A.    I don't believe so.  We were
14  leaving already.
15       Q.    So they were standing and
16  talking to you while you were seated?
17       A.    I don't remember.  I don't
18  think that -- I don't think that I was
19  sitting while they were standing.  I
20  really don't remember whether we were
21  sitting or standing.  The whole thing
22  lasted two minutes or less.
23       Q.    And what happened then?
24       A.    We just went back to San
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   Diego.

2          Q.    Did you say anything to

3   Khalid and Nawaf when you left?

4          A.    No.

5          Q.    Where did they go?

6          A.    I don't know.  We left right

7   away.

8          Q.    Did they stay in the

9   restaurant when you left?

10          A.    I don't remember.

11          Q.    Where did you leave them?

12          A.    We were inside the

13   restaurant.  We were leaving, and they

14   also were leaving.  But when we left, I

15   don't know if they left also or if they

16   remained in the restaurant.

17          Q.    So where did you say goodbye

18   to them?

19          A.    At the same moment -- at the

20   same moment.  It was not that long of a

21   time.  Just Salaam-Alaikum, we live in

22   San Diego, we are leaving now.  And we

23   left.

24          Q.    And where did you go from

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   there?

2          A.     Back home.

3          Q.     And did you try to visit the

4   King Fahad Mosque?

5          A.     On that day?

6          Q.     Yes.

7          A.     Yes, we wanted to go to King

8   Fahad Mosque, but we got lost.  Then we

9   departed right away.

10         Q.     When did you want to go to

11  the King Fahad Mosque?

12         A.     On our way back to San

13  Diego, we wanted to stop by King Fahad

14  Mosque.  But I got lost and we were

15  exhausted, so I decided just to head

16  home.

17         Q.     Why were you exhausted?

18         A.     Because of the long travel

19  from San Diego to Los Angeles.  I drove

20  from San Diego to Los Angeles, then there

21  was the filling out of the applications

22  and picking up the mushaffs.  That all

23  took time and effort.

24         Q.     How long were you at the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    consulate?

2         A.    I don't remember.

3         Q.    What time of day was it when

4    you drove back to San Diego?

5         A.    For the return, it was

6    around sunset time, perhaps shortly after

7    sunset or shortly before.  I believe so.

8         Q.    Was it dark during your

9    drive to San Diego?

10        A.    I don't remember.

11        Q.    What did you do when you got

12   back to San Diego?

13        A.    I went home.

14        Q.    Did you take Omar to his

15   home -- I'm sorry.

16              Did you take Osama to his

17   home?

18        A.    No.  Osama lived close to

19   us, so it was a walking distance.  He

20   just walked.

21        Q.    And where was that, that he

22   lived?

23        A.    I don't know.  But close to

24   us.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1         Q.    On the other side of Balboa?

2         A.    I don't know.

3         Q.    Well, when you say he lived

4    close, where was it that he lived?

5         A.    I don't know.  I don't know

6    if it was on the other side or not.  But

7    I would say that it was about a

8    five-minute walk.

9         Q.    And had you gone to his

10   apartment before?

11        A.    No.

12        Q.    Had he been to your

13   apartment?

14        A.    Yes, he did come to my

15   apartment.

16        Q.    And how many times?

17        A.    (In English) I don't

18   remember.

19              (Through Interpreter) I

20   don't remember.

21        Q.    Did he know your children?

22        A.    Yes.

23        Q.    And what was his

24   relationship with your children?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    No relationship.  No

2   relationship.

3      Q.    What time did you get home?

4      A.    I don't remember.

- Filed publicly -
Pls. Ex. 211
(KSA6642-65)

5            MR. POUNIAN:  Can we show

6      the witness Exhibit-463, please?

7      And I just want to take us to Page

8      6644, please.

9            MR. SHEN:  Can you give us a

10      Bates number, please?

11            MR. POUNIAN:  It's 6644 is

12      the Bates number of this page.

13            MR. SHEN:  What's the first

14      document?

15            MR. POUNIAN:  It's -- good

16      question.  They put the stamp over

17      it.  It's -- I believe that it's

18      6642.  Hold on a second.

19            MS. INT-HOUT:  The exhibit

20      has been uploaded to the marked

21      exhibit folder.

22   BY MR. POUNIAN:

23      Q.    Sir, do you recognize this

24   document?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    Yes.

2    Q.    And am I correct, is this

3    your -- the passport that was issued to

4    you in 1995?

5    A.    Yes.

6    Q.    And it was issued in the

7    Holy Capital.

8          Do you see that, sir?

9    A.    Yes.

10   Q.    And that's Mecca?

11   A.    Yes.

12   Q.    And why was your passport

13   issued in Mecca?

14   A.    (In English)  It doesn't

15   matter.

16         (Through Interpreter) In

17   English, it doesn't matter.

18         In Arabic, you can get a

19   passport issued in -- anywhere in the

20   Kingdom.  You can get a passport issued

21   in any place in the Kingdom.

22   Q.    Why did you get your

23   passport issued in Mecca when you're

24   saying you didn't ever live there?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    It's not that I never lived

2   there.  I went to Mecca all the time.  I

3   went to Mecca frequently.

4                MR. POUNIAN:  Could we show

5           this page together with the

6           following page, 6645, on the same

7           screen?

8   BY MR. POUNIAN:

9        Q.    Sir, could you identify what

10  the second page is, 6645, on the lower

11  right-hand corner?

12       A.    Yes.

13       Q.    And what is that?

14       A.    This is a copy of my

15  passport.

16       Q.    And this is the passport

17  that you -- that was issued on February

18  1st, 2000?

19       A.    Yes.

20       Q.    Now, do you understand --

21                MR. POUNIAN:  Can we show

22           both side by side, the photograph

23           pages?

24  BY MR. POUNIAN:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.   Do you know, sir, why the

2  photographs on these two passports are

3  identical?

4    A.   When I went to the

5  consulate, I had the older pictures with

6  me.  And then the newer pictures that I

7  took were different.  And this one got

8  put on the passport.  They said this is

9  better to place on the passport.

10    Because the other pictures,

11  which I attached, were not the same like

12  this, they were not the same quality like

13  this.

14    Q.   And who did you have that

15  conversation with?

16    A.   The reception.

17    (In English) Immediately.

18    (Through Interpreter) Right

19  away, after I showed her the pictures,

20  she said, this one goes on the passport

21  and the others go with the forms.

22    Q.   So you brought with you old

23  photographs?

24    A.   Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1         Q.      And you also had taken new
2    photographs with your family?
3         A.      Yes.
4         Q.      And you also had photographs
5    taken on the day that you went to the
6    consulate at the place that Osama brought
7    you to?
8         A.      Yes, yes.
9         Q.      And what's the photo that
10   you had lost that you found again when
11   you got home?
12        A.      I believe it's similar to
13   this, one of these.
14        Q.      And how many of those photos
15   did you have when you went to the
16   consulate, the old photos?
17        A.      I was supposed to take four
18   photos with me.  But I believe that one
19   or two of the photos got stuck in my
20   pocket.  And I got upset and I went ahead
21   and had new pictures taken -- new photos
22   taken.
23        Q.      Where were the 1995
24   photographs taken, the ones that were in
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    the 1995 passport?

2        A.    I believe in Saudi Arabia.

3        Q.    And you kept them for five

4    years?

5        A.    Yes, there were pictures.

6    When we have pictures taken, we take,

7    like, 20 at a time.  Because I had so

8    many forms to fill out, I needed to fill

9    out forms for the American Embassy and

10   needed to fill out forms for

11   universities.

12              That's why I needed to

13   always keep with me a big number of

14   photos, 20 or 30 at a time.

15       Q.    And how many of those photos

16   were left on the day that you went to the

17   consulate?

18       A.    I don't remember.  But when

19   I noticed that there were missing

20   pictures, I went ahead and had new

21   pictures taken.

22       Q.    And you told us earlier that

23   you also went and had pictures taken with

24   your family.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              So what happened to those

2    pictures?

3         A.    I didn't -- I don't

4    understand the question.

5         Q.    Sir, you testified earlier

6    that you went and had photographs taken

7    with your family for the passports.

8              What happened to those

9    pictures?

10        A.    No, I didn't say that.

11        Q.    So your plan was to go to

12   the consulate with five-year-old

13   photographs?

14        A.    That's fine.  They would be

15   accepted.  No problem.

16        Q.    You said you normally --

17   sorry.

18              MR. POUNIAN:  Was he done?

19              THE WITNESS:  They would be

20        accepted.  No problem.

21   BY MR. POUNIAN:

22        Q.    How did you know that?

23        A.    How did they accept them,

24   then?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    I'm saying, how did you know

2    in advance that they would accept

3    photographs that were five years old?

4          A.    I don't know.

5          Q.    Why did you need to get your

6    passport renewed?

7          A.    Because it was expiring.

8          Q.    And you were planning a trip

9    to Saudi Arabia; am I correct?

10         A.    Not necessarily.  When the

11   passport expires, you renew it right

12   away.  If I had time, I would go and

13   renew it right away.

14         Q.    Sir, weren't you planning to

15   take a trip to Saudi Arabia?

16         A.    I don't remember at that

17   time.

18         Q.    Sir, at the time you went to

19   the consulate in 2000, didn't you know,

20   at that time, that you were planning on

21   going to Saudi Arabia later that year?

22         A.    I don't remember.

23         Q.    Sir, did you read the

24   instructions for getting a renewal of a

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    passport before you went to the

2    consulate?

3         A.    I don't think so.

4         Q.    Do you know that there was a

5    requirement that a photo be taken within

6    a certain amount of time before it was

7    issued?

8         A.    No, I don't remember.  But

9    had they not accepted it, I would have

10   taken a picture and brought it to them at

11   another time.

12              But they accepted it, so it

13   was fine.

14        Q.    When did you next hear of

15   Nawaf or --

16              MR. SHEN:  Steve, if we're

17        going to move on, can we take a

18        break?

19              MR. POUNIAN:  Sure.  We can

20        take a break now.

21              VIDEO TECHNICIAN:  We're

22        going to go off the record.  The

23        time is 11:51 a.m.

24                   -  -  -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              (Whereupon, a brief recess
 2         was taken.)
 3                   -  -  -
 4              VIDEO TECHNICIAN:  Back on
 5         record, 12:19 p.m.
 6   BY MR. POUNIAN:
 7         Q.    Sir, you said that when you
 8   were heading back to San Diego, it was
 9   dusk or dark out.
10              Did you call your wife to
11   let her know you would be coming home?
12              MR. SHEN:  Do we have a
13         translator?
14              MR. POUNIAN:  Marwan, are
15         you there?
16              INTERPRETER MIKHAIL:  Yes, I
17         will start.
18              MR. POUNIAN:  Can you
19         translate the question, please?
20              INTERPRETER MIKHAIL:  Can
21         you please repeat the question?
22   BY MR. POUNIAN:
23         Q.    Sir, you testified that when
24   you were heading back to San Diego, it
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   was dusk or dark out.

2           Did you call your wife and

3   let her know when you would be getting

4   home?

5       A.    I don't remember.

6       Q.    Would that be something that

7   you typically do?

8       A.    Not necessarily.

9       Q.    Did your wife know you were

10  going to Los Angeles?

11      A.    (In English) Can you repeat

12  the question, please?

13          INTERPRETER MIKHAIL:

14      Interpreter wants to clarify the

15      question.

16          Was your wife aware that you

17      were on your way to Los Angeles or

18      on the way back from LA?

19          Can you please repeat the

20      question, counsel?

21  BY MR. POUNIAN:

22      Q.    Sure.

23          MR. POUNIAN:  Where did that

24      clarification come from, from the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          interpreter or from the witness?

2               INTERPRETER MIKHAIL:  No,

3          the interpreter wasn't sure if

4          interpreter heard it and

5          interpreted it correctly or not.

6               Because the witness asked,

7          on the way to Los Angeles or on

8          the way back from Los Angeles?

9     BY MR. POUNIAN:

10          Q.    My question was, did your

11    wife know you were going to Los Angeles?

12          A.    What do you mean on my way

13    to Los Angeles?  I was on my way back

14    from Los Angeles.

15          Q.    My question was, did your

16    wife know that you were taking a trip to

17    Los Angeles to visit the consulate?

18          A.    Yes, yes.

19               MR. SHEN:  There was a

20          pinging sound before.  Is that

21          someone's text message or is

22          someone recording this deposition?

23               MR. POUNIAN:  I have no idea

24          where that came from.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              MR. SHEN:  We heard it
2        yesterday, too.  So I just want to
3        make sure.
4              INTERPRETER MIKHAIL:
5        Somebody texted me about the time.
6        I'm not sure if that was the ring.
7        Marwan was texting about the time
8        that I want him to take over.
9              I'm not sure if that rang
10       because I have my telephone on
11       silent.  But nothing is being
12       recorded.
13             MR. SHEN:  Thank you.  Just
14       please make sure that no one but
15       the videographer is recording any
16       portion of this deposition.
17             INTERPRETER MIKHAIL:  Okay.
18             Next question, counsel.
19  BY MR. POUNIAN:
20       Q.    And did you tell your wife
21  when you would be getting back from Los
22  Angeles?
23       A.    No.
24       Q.    Sir, when --
```

This Transcript Contains Confidential Material

1    A.    Are you asking me would I

2    inform her when I got there?

3    Q.    Sir, I asked the question

4    and you answered it.

5          When did you next see Nawaf

6    and Khalid?

7    A.    I saw them at the mosque.

8    Q.    And how did you come to see

9    them at the mosque?

10   A.    I arrived late to the

11   prayer, and I found them speaking with

12   the Imam and the other people who were

13   praying.

14   Q.    Which prayer?

15   A.    From what I remember, it was

16   the dusk prayer.

17         INTERPRETER ABDEL-RAHMAN:

18         It also means afternoon.

19         INTERPRETER MIKHAIL:

20         Interpreter corrects.  The

21         afternoon prayer.

22   BY MR. POUNIAN:

23   Q.    And was it just happenstance

24   that you were at the mosque at the same

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  time Nawaf and Khalid were at the mosque?

2         A.    No.  They were already at

3  the mosque, and I arrived late for the

4  prayer and I met them there.

5         Q.    And how long had they been

6  at the mosque before you arrived?

7         A.    I don't remember.

8         Q.    And what mosque did you see

9  them at?

10         A.    Islamic Center.

11         Q.    And did you walk up to them

12  when you saw them?

13         A.    No, they came and they said,

14  peace be on you.

15         Q.    So the first time that you

16  saw them, they came up to you at the

17  Islamic Center of San Diego; is that

18  right?

19         A.    Yes.

20         Q.    And before that, had anyone

21  told you that they were at the Islamic

22  Center of San Diego?

23         A.    No, no one told me.

24         Q.    And was anyone else present

REDACTED FOR PUBLIC FILING

1    when you talked to them?

2         A.    Yes.  It was during the

3    prayer time, there were people present.

4         Q.    Was anyone else part of the

5    conversation that you had with them?

6         A.    I don't remember.

7         Q.    Had they talked to anyone

8    else at the mosque?

9         A.    I don't think so.

10        Q.    So the first person they had

11   a conversation with at the mosque was

12   you?

13            MR. SHEN:  Objection to

14        form.  Objection.  It's a

15        statement.  There's no question.

16            MR. POUNIAN:  That's a

17        question.

18            INTERPRETER MIKHAIL:  So it

19        is a question?

20            THE WITNESS:  They were

21        there before me.

22   BY MR. POUNIAN:

23        Q.    Did you see them talking to

24   anyone else at the mosque?

This Transcript Contains Confidential Material

1        A.    They were with a group

2    praying.  After they finished the prayer,

3    they were with a group.  I don't know

4    their name.

5             MR. POUNIAN:  Can we mark as

6        the next -- we need to go on the

7        FBI record.  And if I can mark as

8        the next exhibit FBI 1055 through

9        1068.

10            VIDEO TECHNICIAN:  One

11       moment.  I'm going to move

12       everyone into the FBI room.

13            MS. PRITSKER:  Sure.

14       Counsel on behalf of DIB is now

15       being excluded from the deposition

16       testimony.

17            VIDEO TECHNICIAN:  Stand by.

18                 -  -  -

19            (FBI Protected Material.)

20                 -  -  -

21            VIDEO TECHNICIAN:  Okay.

22       Everyone is in.

23                 -  -  -

24            (Whereupon, Exhibit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          al-Bayoumi-703, FBI 1055-1068, was

2          marked for identification.)

┌────────────────────┐
│ - Filed publicly - │
│     Pls. Ex. 2G     │
│     (EO 249-57)     │
└────────────────────┘

3                   -  -  -

4               MR. POUNIAN:  If we can show

5          the witness the first page,

6          please.

7     BY MR. POUNIAN:

8          Q.   Sir, were you interviewed by

9     the FBI in August of 2003?

10          A.   Is that a question?

11          Q.   Yes, it's a question.

12          A.   I don't remember.

13          Q.   Well, if you look at this,

14     the first paragraph, you'll see the date

15     in the upper right-hand corner is August

16     18th, 2013.

17               It states that, Omar

18     al-Bayoumi, date of birth, 1957, was

19     interviewed.  Present during the first

20     interview session was FBI special agent.

21               Were you interviewed by the

22     FBI in 2003?

23          A.   Yes, there was -- I was

24     interviewed by the FBI, but I don't

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    remember exactly when.

2         Q.    And you were also

3    interviewed by the 9/11 Commission?

4         A.    Yes.

5         Q.    This is an interview report

6    that was prepared as a result of your

7    interview with the FBI in 2003.

8              MR. POUNIAN:  And if I could

9         take you to, please, to Page 1061

10        of this document.  This should be

11        seven pages into the document.

12        One more page.  One more page.

13              And if we could highlight

14        the paragraph that says, Less than

15        one week.

16    BY MR. POUNIAN:

17        Q.    The FBI wrote that -- as a

18    result of the interview with you, that

19    they stated that you told them that, Less

20    than a week after the trip to Los

21    Angeles, Khalid and Nawaf arrived at the

22    Islamic Center of San Diego and asked the

23    Imam if Omar was around.

24              Do you see that, sir?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    Yes.

2    Q.    And did you tell the FBI

3    that, that they arrived at the ICSD and

4    asked the Imam if you were around?

5    A.    Yes, I remember.  But it

6    wasn't a week after.  I don't remember

7    exactly the time.

8    Q.    I'm not asking now about the

9    time, sir.

10    I'm asking you, did you tell

11    the FBI that Nawaf and Khalid came to the

12    ICSD mosque and asked the Imam if Omar

13    was around; Omar al-Bayoumi, meaning you?

14    A.    Yes.  So the Imam, after

15    they finish -- after the Imam finishes

16    the prayer, he turns around to face those

17    who are praying, just like that.

18    So after the prayer was

19    finished, they were sitting and they --

20    along with a group, and they inquired, is

21    Omar al-Bayoumi here?

22    At the time I was arriving

23    late.  I had just gotten there from

24    outside.  And he pointed at me, him and

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   the group, and they said, that's Omar

2   al-Bayoumi.

3        Q.    Well, let's go further on in

4   this paragraph.

5             It states that, The Imam

6   responded that Omar would be in later to

7   pray.

8             Did you tell the FBI that

9   the Imam responded -- your understanding

10  was that the Imam told Nawaf and Khalid

11  that you would be back -- you would be in

12  later to pray?

13       A.    I don't understand the

14  question.

15       Q.    Did you tell the FBI that

16  the Imam responded to Nawaf and Khalid

17  that Omar al-Bayoumi would be in later to

18  pray at the mosque?

19       A.    I usually attend the prayer.

20  Perhaps on that day I was late,

21  therefore, the Imam's response was Omar

22  should be coming or would be coming.

23       Q.    Did you tell the FBI that

24  the Imam responded that Omar al-Bayoumi

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    would be in later to pray?

2        A.    No.

3        Q.    And the next sentence says,

4    al-Bayoumi did not recall if he met

5    Khalid and Nawaf at the mosque or at the

6    apartment complex later that day.

7              Did you tell the FBI that

8    you did not remember if you met Khalid

9    and Nawaf at the mosque or at the

10   apartment complex later that day?

11       A.    No.  I met them at the

12   mosque.

13       Q.    So you're saying this

14   statement is incorrect?

15       A.    I believe so.

16       Q.    Is your memory better now,

17   sir, than it was in 2003 when you talked

18   to the FBI?

19       A.    My memory there is perhaps

20   the form or the phrase, the wording was

21   wrong.

22              But what I remember is I

23   went to the prayer -- I arrived late at

24   the prayer, and they were with the Imam

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    and the group.  And they pointed at me

2    and they said, here is Omar.

3         Q.    Who pointed at you?

4         A.    Those who were praying and

5    the Imam.  I arrived late and somebody

6    coming in late, and they were pointing at

7    me and they were saying, this is Omar.

8              MR. POUNIAN:  You can take

9         that down now.

10   BY MR. POUNIAN:

11        Q.    And what did you -- can you

12   tell us the conversation that you had

13   with Nawaf and Khalid when you met them?

14        A.    At the mosque?

15        Q.    You're saying it was at the

16   mosque.  Yes.

17              What's the first

18   conversation you had with them?

19        A.    I don't remember.

20        Q.    What happened next?

21        A.    What do you mean "what

22   happened next"?

23        Q.    Did you see Nawaf and Khalid

24   again after that?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.     After that, when they came

2    to rent the apartment.

3        Q.     And what day was that on?

4        A.     I don't remember.

5        Q.     Well, how long after you

6    first saw them at the -- how long after

7    you first saw them did they -- did you

8    meet them about renting the apartment?

9        A.     I really don't remember.

10       Q.     How long had it been since

11   you saw them in Los Angeles until the

12   time you saw them for the first time in

13   San Diego?

14       A.     It could be a week.  It

15   could be four days.  I really don't

16   remember.  I don't know.

17       Q.     Could it be one day?

18       A.     I don't believe one day.

19       Q.     Could it be two days?

20       A.     I don't remember.

21       Q.     And why do you not believe

22   one day?

23       A.     Because it didn't happen

24   right away that they came.  It was

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  sometime later.

2       Q.    And how long later?

3       A.    You mean after I met them in

4  Los Angeles?

5       Q.    Yes.

6       A.    I don't recall.

7       Q.    So you don't know how long

8  it was between the time you met them in

9  Los Angeles and the time you first saw

10 them in San Diego?

11      A.    I don't remember.

12            MR. POUNIAN:  Let's go on

13      the FBI record.

14            VIDEO TECHNICIAN:  Did you

15      say go on the FBI record?

16            MR. POUNIAN:  Oh, we're

17      still on it.  Okay.  I'm fine.

18      Thank you.

19            If we could mark as the next

20      exhibit FBI 8023 to 60, please.

21                 -   -   -

22            (Whereupon, Exhibit

23      al-Bayoumi-704, FBI 8023-8060, was

24      marked for identification.)

- Filed publicly -
Pls. Ex. 679J
(FBI8023-8060)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                      -  -  -

 2              MR. POUNIAN:  If we could go

 3         to PDF 4 on this document, which

 4         is FBI 8026.

 5    BY MR. POUNIAN:

 6         Q.    Sir, is this -- is this your

 7    handwriting on this document?

 8         A.    Yes.  Yes.

 9         Q.    All the handwriting that's

10    on this page is your handwriting; is that

11    right?

12         A.    No.

13         Q.    What handwriting is not your

14    handwriting?

15         A.    (In English) Social

16    Security.

17              (Through Interpreter) That

18    thing down there, Social Security.  And

19    after that also.

20         Q.    I don't see any handwriting

21    at Social Security.

22              Oh, you're saying that --

23    you're saying that is not your

24    handwriting?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    (In English) Yes, yes, yes.

2        Q.    But the name above that is

3   your handwriting?

4        A.    Yes.

5        Q.    That's your handwriting?

6        A.    Yes, yes.

7        Q.    And if we go down below to

8   where it says, Residences, this is your

9   handwriting here also?

10       A.    Yes.

11             MR. POUNIAN:  Go to the next

12       page of the document.  And we're

13       going to have to flip.

14   BY MR. POUNIAN:

15       Q.    Is that your handwriting

16   there under --

17       A.    Yes.

18       Q.    Everything there that we're

19   showing is your handwriting under,

20   Personal references, and, In case of

21   emergency?

22       A.    Yes.

23       Q.    Okay.

24             MR. POUNIAN:  Now, could we

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          now go to 18 of the PDF on this

2          document, please?

3     BY MR. POUNIAN:

4          Q.    And is that your signature,

5     sir?

6          A.    Yes.

7               MR. POUNIAN:  And could we

8          go to Page 25?  And could we just

9          highlight.

10    BY MR. POUNIAN:

11         Q.    Is that -- is the lower

12    right-hand signature, is that your

13    signature?

14              MR. POUNIAN:  No, below

15         that.

16              THE WITNESS:  Yes, the one

17         below.  Yes.

18    BY MR. POUNIAN:

19         Q.    You signed below your name

20    and someone else signed above your name;

21    is that right?

22         A.    Yes, yes.

23              MR. POUNIAN:  And if we

24         could go to Page -- it's 8053 in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      the lower right-hand corner, about

2      six pages later.

3           And if we could just

4      highlight Mana Life on the

5      right-hand side under E.  Just

6      highlight that.

7   BY MR. POUNIAN:

8      Q.    Sir, what is -- what is Mana

9   Life?

10     A.    (In English) I don't know.

11     Q.    This came up on your credit

12  report.

13          Do you know what that is?

14     A.    (In English) No.

15          (Through Interpreter) My own

16  credit report?  No.

17     Q.    All right.

18          MR. POUNIAN:  If we could

19     now mark as the next exhibit FBI

20     8276, please.

21               -  -  -

22          (Whereupon, Exhibit

23     al-Bayoumi-705, FBI 8276-8281, was

24     marked for identification.)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                          -  -  -

2    BY MR. POUNIAN:

3          Q.    And, again, sir, is this

4    your handwriting on this document?

5          A.    Yes.

6                MR. POUNIAN:  And if we

7          could turn to the next page, FBI

8          8277.

9    BY MR. POUNIAN:

10         Q.    Is this your -- is this your

11   handwriting in the personal references

12   and in case of emergency on this

13   document?

14         A.    Yes.

15         Q.    And did you -- is it your

16   handwriting next to the date on this

17   document in the lower -- is that your

18   handwriting of the date?

19         A.    The date, yes.

20         Q.    But not the signature?

21         A.    No.

22         Q.    All right.

23                MR. POUNIAN:  If we go to

24         the next page, 8278.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

BY MR. POUNIAN:

      Q.   And we've already -- I've already shown you this document earlier.

          And you said this was your signature except for the line where it says Social Security.

      A.   Yes.

         MR. POUNIAN:  And if we could turn to the next page.

BY MR. POUNIAN:

      Q.   And, again, this is your handwriting here?

      A.   Yes.

      Q.   And you handwrote in the date on the bottom here also?

      A.   Yes.

         MR. POUNIAN:  And if we could go to the next page, please.

BY MR. POUNIAN:

      Q.   And do you recognize your handwriting on this page, sir?

      A.   Yes.

      Q.   And is your handwriting -- did you handwrite your name?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. POUNIAN:  If you can

2     scroll up, please, at the top.

3     Thank you.  And just highlight the

4     name.

5  BY MR. POUNIAN:

6          Q.    You handwrote that and your

7  driver's license number?

8          A.    I don't remember.

9          Q.    Is that your handwriting?

10         A.    Yes.

11         Q.    And is it your handwriting

12  under, Residences, and, Employment?

13         A.    The residences, yes.

14         Q.    But it's not your

15  handwriting under employment?

16         A.    No.

17         Q.    All right.

18         MR. POUNIAN:  If we go to

19     the next page.

20  BY MR. POUNIAN:

21         Q.    Is everything on this page

22  your handwriting, sir?

23         A.    Yes.

24         Q.    Did you go with Khalid and

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Nawaf to the Parkwood Apartments rental

2    office?

3         A.    Yes.

4         Q.    Did you show them where that

5    was?

6         A.    Yes.

7         Q.    And where did you meet them

8    when you took them to that office?

9         A.    I really don't remember now.

10        Q.    But you met them somewhere

11   and then took them to the Parkwood

12   Apartments rental office?

13        A.    Yes.

14        Q.    And did you go with Khalid

15   and Nawaf to the Bank of America?

16        A.    Yes.

17        Q.    And did you help them set up

18   a bank account there?

19        A.    No.   The bank was

20   immediately behind us.  I went with them,

21   and they opened the account.

22        Q.    And did you help them -- did

23   you show them where the bank was?

24        A.    I went with them to the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    bank.

2           Q.     You walked with them?

3           A.     Yes.

4           Q.     And where did you walk from?

5           A.     (In English) From the

6    complex.

7           Q.     And that's where you lived?

8           A.     Yes.

9           Q.     And you took them to the

10   bank?

11          A.     I went with them to the

12   bank, yes.

13          Q.     And what was the purpose of

14   going with them to the bank?

15          A.     The manager requested a

16   check for the rent.

17          Q.     You're saying the manager of

18   the Parkwood Apartments?

19          A.     Yes.

20          Q.     And did you go -- you

21   took -- you then took Khalid and Nawaf to

22   the bank?

23          A.     (In English) I walked with

24   them to the bank.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            (Through Interpreter) I
2    walked with them to the bank.
3        Q.    And did you get a check for
4    them from your account?
5        A.    No, they went to open an
6    account at the bank.  But the teller
7    there said that a check cannot issue
8    right then.  The account needed 24 hours
9    to activate.
10        Q.    Did you translate for them
11    at the bank?
12        A.    Yes.
13            Then the employee said, let
14    them deposit the money in your account
15    and issue the check from your account.
16            (In English) Same amount.
17            (Through Interpreter) Same
18    amount.
19        Q.    And you wrote a check from
20    your account for the payment for the --
21    for Nawaf and Khalid?
22        A.    No.  They deposited the
23    amount in the account.  Then a check was
24    issued for the Parkwood Apartments.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1       Q.    And the check was issued

2   from your account to the Parkwood

3   Apartments; is that right?

4       A.    Yes.  After the deposit was

5   made.

6       Q.    And the deposit was made

7   how?

8       A.    They deposited the money,

9   and we issued the check right away.

10      Q.    And they deposited cash?

11      A.    Yes, yes.

12      Q.    And you saw the cash?

13      A.    Yes.

14      Q.    And what did you do with the

15   check when you got it?

16      A.    (In English) To the manager.

17            (Through Interpreter) To the

18   manager.  To the manager of the complex

19   for the rent.

20      Q.    So you walked back to the

21   complex and gave the manager the check?

22      A.    Yes.

23      Q.    And Nawaf and Khalid were

24   with you?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.    Yes, yes.

 2          Q.    And what time of day was it

 3   when you got back to the apartment

 4   complex?

 5          A.    I don't remember.

 6          Q.    Did Khalid or Nawaf deposit

 7   money at the bank?

 8          A.    They deposited that amount

 9   into my account immediately.  They gave

10   it to the teller and the teller made the

11   deposit into my account, then I gave them

12   the check.

13          Q.    They gave the teller cash

14   that was to be deposited in your account

15   to cover the amount of the check; is that

16   right?

17          A.    Yes.

18          Q.    And did they also deposit

19   cash for their own account that they were

20   opening at the bank?

21          A.    I don't know.  Because they

22   were speaking with the teller.  I don't

23   know.

24          Q.    But you were translating for
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    them, sir, weren't you?

2         A.    Translating for who?

3         Q.    Translating for Khalid and

4    Nawaf.

5         A.    Yes.

6         Q.    So did you -- did they open

7    an account at the bank, depositing cash

8    at that same time?

9         A.    I don't remember whether

10   they made a deposit or didn't make a

11   deposit.

12              What I remember is that I

13   spoke with the employee and he said that

14   a check cannot be issued from the account

15   until 24 hours later, when the account is

16   activated.

17              But then they started

18   speaking with the employee themselves,

19   using sign language, they communicated

20   with him directly.

21        Q.    So they were opening an

22   account at the bank, it's just that they

23   couldn't get a check issued until the

24   account had been open for 24 hours; is

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1    that right?

 2         A.    Yes, yes.

 3         Q.    And you saw them using sign

 4    language with the bank officer?

 5         A.    Yes, yes.

 6         Q.    What kind of sign language

 7    was it?

 8         A.    They spoke somewhat English.

 9    They had basic English.

10         Q.    Sir, did you speak to Fahad

11    al-Thumairy on the day that you assisted

12    the -- Nawaf and Khalid with these

13    banking matters?

14              MR. SHEN:  There's an

15         objection to the form of the

16         question.

17              You can answer.

18              THE WITNESS:  I don't

19         remember.

20              MR. POUNIAN:  ███████████

21    ██████████████████████████████

22    ██████████

23         ███████████████████████████████

24    █████████████████████████████████████

         ████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ████████████████

2    BY MR. POUNIAN:

3        Q.    ████████████████████████████

4    ████████████████████████████████████████

5    ████████████████████████████████████████

6    ███████████████████████████████████

7    ███████████████████████████████████

8    ███████████████████████████

9            MR. SHEN:    ██████████████

10   ████████████████████████████████████████

11   ███████████████████████████████████

12   ████████████████████████████████

13   ████████████████████████

14   BY MR. POUNIAN:

15       Q.    ███████████████████████████

16   ██████████████████████████████████████

17   ███████████████████████████████

18           MR. SHEN:    ████████████████

19   ███████████████████████████████████

20   █████████████

21           THE WITNESS:    ████████████

22   █████████████

23   BY MR. POUNIAN:

24       Q.    ████████████

████████████████████████████████████

This Transcript Contains Confidential Material



1          MR. POUNIAN: ████████████

2     ████████████     ████████████████

3     ████████████████████

4     ██████████████████     ████████████

5     ██████   ████████████   ████████████

6     ████████

7               ████████████████████

8     ████████████████████████

9     ████   ██████████████████

10    ██████████████████████

11    BY MR. POUNIAN:

12         Q.   ████████████████

13    ████████████████████████

14    ████████████████████████████

15    ██████████████████████████

16    ██████████████████████████

17    ████████████████████████████

18    ████████████████

19               Wh████████████████

20    ██████████████████████████

21          MR. SHEN:   ████████████

22    BY MR. POUNIAN:

23         Q.   ████████████████████

24          MR. SHEN:   ████████████

████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1   ████████████████████████████

2   ████████████████  ████████████

3        MS. FLOWERS:  ██████████

4   ██████████████████████████████

5   ████████████

6        MR. SHEN:  ████████████

7   ████████████████████████

8   ██████████████████████████████

9   ██████████████████████████████

10  ████████████

11       MS. FLOWERS:  ██████████

12  ████████████████████████████

13  ████████████████████████████

14       MR. SHEN:  ████████████

15  ████████████████████████████

16  ████████████████████████

17  ██████████████████████████████

18  ████████████

19           ██████████████████  ██

20  ██████████████████████████████

21  ██████████████████████████████

22  ██  ████████████████████████████

23  ████████████  ████████████████

24  ████████████

This Transcript Contains Confidential Material



1    MS. FLOWERS:

2

3

4

5    MR. SHEN:

6

7    MS. FLOWERS:

8

9    MR. SHEN:

10

11

12

13

14

15

16

17   MS. FLOWERS:

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                THE WITNESS:  First of all,

2          let me tell you that if I called

3          Fahad al-Thumairy ten times, he

4          wouldn't answer.  This is the

5          first thing.

6                And the second thing is that

7          whenever I called Fahad

8          al-Thumairy, it was regarding

9          either mushaffs or a question from

10         one of the mosque patrons.

11   BY MR. POUNIAN:

12         Q.    Did Fahad al-Thumairy call

13   you?

14         A.    Well, Fahad, I really

15   can't -- you know, Fahad doesn't answer

16   the phone calls coming to him.  Maybe out

17   of 50 calls, he would answer one.

18               So, for example, if I had

19   someone who was asking a question which I

20   should direct to him, or to another Imam

21   or another Sheikh, it was hard to get

22   ahold of him.  It was hard to get him to

23   answer the phone.

24         Q.    Sir, I asked you about this

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    group of calls.

2              There's a group of calls

3    from December 6th, 1999, to February 4th,

4    2000; 22 calls in that period of time.

5              Can you tell us, sir, what

6    you were talking to Fahad al-Thumairy

7    about on those calls?

8              MR. SHEN:  Objection.

9         Completely mischaracterizes the

10        record.

11             THE WITNESS:  It's either

12        one of two things.

13             Number one, if we needed the

14        mushaffs.  The second thing would

15        be someone in the mosque asking a

16        question to which I needed an

17        answer.

18   BY MR. POUNIAN:

19        Q.   Sir, do you remember what

20   you were talking about on these phone

21   calls, these 22 calls, to or from Fahad

22   al-Thumairy?

23             MR. SHEN:  Objection.

24        Mischaracterizes the record.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           THE WITNESS:  Well, the

2       calls were not necessarily coming

3       from me.  It could be from one of

4       the worshippers in the mosque.

5           As, for example, there's a

6       call on December 19th, one on

7       December 20th, another on December

8       21st, 21st, 27th, all the way to

9       February 4th.  And it could be one

10       of the worshippers asking --

11       calling to ask a question.  It's

12       not necessarily me.

13   BY MR. POUNIAN:

14       Q.    And there's calls from Mr.

15   Thumairy to your cell number; is that

16   right, sir?

17           MR. SHEN:  Objection.  He

18       can answer as to what is stated on

19       the document.  You're not showing

20       him the source documents.

21           I assume you're not asking

22       him to verify the veracity of what

23       you have put on this document.

24           MS. FLOWERS:  Objection to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              the speaking objections again.

2    BY MR. POUNIAN:

3         Q.    Sir, can you tell us --

4              INTERPRETER MIKHAIL:  No,

5         interpreter's interpreted -- he

6         can only answer pertaining to

7         what's on the document.

8              Interpreter thought this

9         instruction was from the attorney

10        to the witness.

11   BY MR. POUNIAN:

12        Q.    Sir, can you tell us what

13   these calls were between the number

14   registered to Fahad al-Thumairy and the

15   numbers registered to you during the --

16   on these 22 calls between December 6th,

17   1999, and February 4th, 2000?

18             MR. SHEN:  Objection.

19        Mischaracterizes the record.

20        Asked and answered multiple times.

21             THE WITNESS:  I do not

22        remember, no.

23   BY MR. POUNIAN:

24        Q.    ████████████████████████

REDACTED FOR PUBLIC FILING



1    MR. POUNIAN: ▬▬▬▬▬

2    ▬▬▬▬▬▬

3    ▬▬▬▬▬▬▬▬

4    ▬▬▬▬▬▬▬▬

5    ▬▬▬▬▬▬

6    BY MR. POUNIAN:

7    Q. ▬▬▬▬▬▬

8    ▬▬▬▬▬▬▬▬▬▬

9    ▬▬▬

10    MR. SHEN: ▬▬▬▬

11    ▬▬▬▬▬▬▬

12    BY MR. POUNIAN:

13    Q. ▬▬▬▬▬▬

14    ▬▬▬▬▬▬▬▬▬▬

15    ▬▬

16    A. ▬

17    Q. ▬▬▬▬▬▬▬

18    ▬▬▬▬▬▬▬▬

19    ▬▬

20    A. ▬▬▬

21    MR. POUNIAN: ▬▬▬▬

22    ▬▬▬▬▬▬▬▬

23    ▬▬▬▬▬▬

24         -    -    -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  █████████████████

2  ████████████████████

3  ████████████████████

4        —   —   —

5  BY MR. POUNIAN:

6     Q.  ████████████████████████

7  ████████████████████████

8  ████████████████████████

9  ███████████

10    A.  ██████████████

11    Q.  ████

12    A.  █████████████████

13        MR. POUNIAN:  ████████████

14  ████████████████████

15  ████████████

16  BY MR. POUNIAN:

17    Q.  ██████████████████████████

18    A.  █████████████████   ████████

19  ██████

20    Q.  ██████████████████

21    A.  ██████████████████

22  ████████████████████████████

23    Q.  ████████████████████

24  ██████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2    A. ▮

3    Q. ▮

4    ▮

5    A. ▮

6    Q. ▮

7    ▮

8    A. ▮

9    Q. ▮

10   ▮

11   ▮

12   ▮

13   A. ▮

14   MR. POUNIAN: ▮

15   ▮

16   VIDEO TECHNICIAN: ▮

17   ▮

18   ▮ ▮

19   ▮

20       -   -   -

21   ▮

22   ▮

23       -   -   -

24   MS. PRITSKER: ▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ██████████    ████████████████

2 ██████████████████████

3 ██████████████████████

4 ████████████████████

5 ████████

6     ████████

7         VIDEO TECHNICIAN:  ████

8 ████████████████████████

9 ██

10         —  —  —

11     ████████████████

12 ████████

13         —  —  —

14         VIDEO TECHNICIAN:  ████

15 ████████████████

16  BY MR. POUNIAN:

17     Q.  ██████████████

18 ██████████████████

19 ████████████████████

20 ████████████████

21     A.  ████████████

22     Q.  ████████████

23 ██████████████████████

24 ████████████

This Transcript Contains Confidential Material

1    ████████████████████████████

2    ████████████████████████████

3         MR. SHEN:  ████████████

4       ████████████████████████

5         THE WITNESS:  ██████████

6     ████████

7         VIDEO TECHNICIAN:  ██████

8     ██████████  ██████████████████

9     ██████████████████████████

10    ████████

11        MR. POUNIAN:  ████████████

12    ████████

13        VIDEO TECHNICIAN:  ████████

14    ██████████████████████████

15    ████████

16        MS. PRITSKER:  ██████████

17    ██████████████████████████

18    ████████

19             -   -   -

20        ████████████████████████

21             -   -   -

22    BY MR. POUNIAN:

23        Q.   Did Nawaf and Khalid move

24    into the Parkwood Apartments?

████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1         A.     Yes.   They rented in
2    Parkwood.
3         Q.     And do you recall when they
4    moved into the building?
5         A.     No, I don't remember.
6         Q.     Where was their apartment?
7         A.     It was on the same line
8    where my apartment was.
9         Q.     And did you visit their
10   apartment when they moved in?
11        A.     No.
12        Q.     Did you ever visit their
13   apartment?
14        A.     I did not visit.   But there
15   was an occasion where there was an
16   honoring of volunteers at the mosque and
17   there were families, so we had to take
18   their apartment to accommodate everyone.
19        Q.     And who had to take their
20   apartment to accommodate everyone?
21        A.     So there was an occasion at
22   my apartment, at my place, where families
23   came -- where people came and they
24   brought their families with them.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              Part of the families were

2      females.  And we have separation, where

3      men and women don't mingle.  So the

4      people had to go and request for them to

5      use the apartment for the night to have

6      dinner.  So they did not approve easily,

7      but eventually they approved.

8          Q.    And why do you say "they did

9      not approve easily"?

10         A.    They did not want to.

11         Q.    They told you that?

12         A.    No.  The people that brought

13     their families with them, they went and

14     they asked them, we need the apartment

15     because we have people, the families with

16     us.

17              At the beginning they said

18     no.  But when they saw the people coming,

19     eventually they said okay, fine, no

20     problem.

21         Q.    Isn't it true, sir, that you

22     asked Khalid and Nawaf if male guests

23     could congregate in their apartment?

24         A.    It wasn't me.  It was the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    people that brought their families with

2    them.  They asked them to use the

3    apartment and eventually they said okay.

4                MR. POUNIAN:  Show the

5           witness Exhibit-703, Page 1064,

6           please.

7    BY MR. POUNIAN:

8           Q.   Sir, we're going to show you

9    that same FBI interview report regarding

10   the August 2003 interview they conducted

11   of you.

12               MR. POUNIAN:  And if we go

13          to Page 1064, which should be ten

14          pages into the document.  If we

15          could highlight the second full

16          sentence there, Because the female

17          guests.

18   BY MR. POUNIAN:

19          Q.   It states, Because the

20   female guests would be in the own

21   apartment -- his own apartment with his

22   wife, al-Bayoumi asked Khalid and Nawaf

23   if male guests could congregate in their

24   apartment.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1                 Do you see that, sir?

 2       A.    Yes.  Their apartment did

 3  not have furniture.  But it's the people

 4  that brought their families that asked

 5  them.  And I was one of them.

 6       Q.    So you were there and you

 7  were part of the group that asked them;

 8  is that right?

 9       A.    Yes, yes.

10       Q.    So you did ask them if

11  the -- this event could be held at their

12  apartment, right?

13       A.    So it's not that I went and

14  asked ahead.  It was what happened.  The

15  occasion was ongoing, people came and

16  they brought their families with them.

17  So the women were inside the apartment

18  and the men had to step outside.

19             So when they saw the men

20  stepping outside, we went and asked them,

21  can we use them.  At the beginning they

22  said no.  But eventually they said fine.

23  It's what happened.

24             MR. POUNIAN:  If we could

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          mark FBI 4015 through -- actually,

2          it starts at FBI 4013 to 4018 as

3          an exhibit, please.

4                    -   -   -

5              (Whereupon, Exhibit

6          al-Bayoumi-707, FBI 4013-4018, was

7          marked for identification.)

8                    -   -   -

> **- Filed publicly -**
> **Pls. Ex. 10K (MPS2023-059)**
> **VIDEO EXHIBIT**

9    BY MR. POUNIAN:

10         Q.    Did you videotape the party

11   that was held, sir?

12         A.    Yes, yes.

13         Q.    And did you operate the

14   video yourself?

15         A.    I and Osama and a group of

16   people were present, each of us took

17   their turn.

18         Q.    And have you seen that

19   video?

20         A.    Yes.

21         Q.    When is the last time you

22   saw it?

23         A.    When I handed it to the

24   British police.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           MR. POUNIAN:  Now if we

2      could turn to the next page of

3      this exhibit, 4014.

4  BY MR. POUNIAN:

5      Q.    Can you identify this man?

6      A.    Yes.

7      Q.    And who is that?

8      A.    This is a Kurdish Imam that

9  would serve the Kurdish community.

10          MR. POUNIAN:  Turn to the

11     next page.

12  BY MR. POUNIAN:

13     Q.    Can you identify who this

14  is?

15     A.    No.

16     Q.    Were Nawaf and Khalid at the

17  party that was held at their apartment?

18          INTERPRETER MIKHAIL:

19     Counsel, can you please repeat?

20     He was present at the party?

21  BY MR. POUNIAN:

22     Q.    Were Nawaf and Khalid at the

23  party that was at their apartment?

24     A.    They were present, but they

REDACTED FOR PUBLIC FILING

1    did not want to be in the pictures.  They

2    went inside when the pictures were taken.

3          Q.    Did you talk with them at

4    the party?

5          A.    No.  They were among the

6    present, those present.

7          Q.    And did you thank them for

8    having the party at their apartment?

9          A.    I don't remember, but I

10   presume so.  But I don't remember.

11         Q.    Do you know a man named

12   Hashim Al Attas?

13         A.    Yes, Hashim Al Attas.

14         Q.    And who is Hashim Al Attas?

15         A.    (In English) I forgot the

16   name.  Language institute.

17               (Through Interpreter) He was

18   my colleague at the institution.  I

19   forgot the name.  Language institute.

20         Q.    And did you become aware

21   that Khalid and Nawaf lived at his

22   apartment?

23         A.    I don't remember.

24         Q.    Do you remember placing

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    phone calls to Hashim Al Attas?

2         A.    Hashim Al Attas was my

3    colleague, but I don't remember when I

4    called or whatnot.

5         Q.    Did you ever let anyone use

6    your cell phone, sir?

7         A.    Ever?  Yes.

8         Q.    And who was that?

9         A.    Yes.  When I go home --

10   usually when I go home, my cell phone is

11   usually with my kids.  And then the kids

12   go out to the pool or to the mosque and

13   the colleagues, anybody who wants to make

14   a phone call, I let them.  They do.  It's

15   normal.

16        Q.    And did you let Nawaf and

17   Khalid use your cell phone?

18        A.    Me, personally, I don't

19   think so.  But I don't remember.

20        Q.    Did you see Nawaf and Khalid

21   at the Parkwood Apartments after the

22   party?

23        A.    The time -- it was a very

24   short period of time during that time.  I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    would see them when I would be on my way

2    to the mosque or on my way back.  Yes, I

3    would see them.

4           Q.    And where did you see them?

5           A.    I would see them by the pool

6    with my children or when I was in the

7    apartment, because it had glass windows

8    and it's open to the outside.  The

9    inside -- those inside can view the

10   outside and vice versa.

11          Q.    Did you see them at the

12   mosque?

13          A.    At times.

14          Q.    And did you see them -- what

15   mosques did you see them at in San Diego?

16          A.    I would see them at the

17   Islamic Center.  But at times; they did

18   not pray there all the time, at times.

19          Q.    Where else did they pray?

20          A.    I do not know.  I would be

21   home.  I don't know.

22               INTERPRETER MIKHAIL:

23          Interpreter corrects.

24               THE WITNESS:  Perhaps at the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          home.  I don't know.

2     BY MR. POUNIAN:

3          Q.    Did you see Khalid or Nawaf

4     at the fitness center at the Parkwood

5     Apartments?

6          A.    I don't know.

7          Q.    Well, you told the 9/11

8     Commission that you saw Nawaf at the

9     fitness center.

10              MR. SHEN:  Objection.

11    BY MR. POUNIAN:

12         Q.    Do you remember that?

13         A.    No, I don't remember.  No.

14              MR. POUNIAN:  Can we mark

15         the MFR exhibit as the next

16         exhibit.

17                    -   -   -

18              (Whereupon, Exhibit

19         al-Bayoumi-708, MA153-161,

20         Memorandum for the Record, was

21         marked for identification.)

22                    -   -   -

23              MS. INT-HOUT:  Pardon my

24         interruption.  This an FBI

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        document?
 2              MR. POUNIAN:  No.
 3              VIDEO TECHNICIAN:  I'll let
 4        them back in.  One moment.
 5              All right.  Everyone should
 6        be back in.
 7                    -  -  -
 8              (End of FBI Protected
 9        Material.)
10                    -  -  -
11              MR. POUNIAN:  What exhibit
12        number do we have here?
13              COURT REPORTER:  708.
14              MS. PRITSKER:  DIB counsel
15        was excluded at approximately 1:52
16        p.m. Eastern and is now back in
17        the deposition.
18              MR. POUNIAN:  If we can turn
19        to Page 5, please.  The very end
20        of the bottom paragraph, it says,
21        OAB recalls.  On Page 5.  Up.
22        Just the very last part of this --
23        the next paragraph up.  The very
24        bottom of the paragraph there.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2         Q.    OAB recalls seeing Nawaf

3    work out on a stationary bike in the

4    fitness center of the complex.

5               Do you remember that, sir?

6         A.    It's possible, perhaps.  But

7    I cannot recall now.

8         Q.    And do you remember going to

9    their apartment with your son to say

10   hello to them?

11        A.    So like I mentioned before,

12   their apartment had big glass and it was

13   open to the outside.  And if we would see

14   them -- we would see them by the

15   apartment or by the pool.  Also their

16   apartment was open, the glass was open.

17   And it had no furniture inside.

18              So it's normal if we see

19   them, we greet them.  We would say peace

20   be on you and they would greet us back,

21   peace be on you as well.

22        Q.    And did you go to their

23   apartment to say hello?

24        A.    No, I didn't go to the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    apartment to see them.

2              MR. POUNIAN:  If we could

3         put before the witness

4         Exhibit-703, please.

5              MS. INT-HOUT:  This is FBI.

6              VIDEO TECHNICIAN:  We need

7         to go on the FBI record.  One

8         moment.  We're going to move into

9         the FBI room.

10             MS. PRITSKER:  DIB counsel

11        is now being excluded from the

12        record.

13                  -   -   -

14             (FBI Protected Material.)

15                  -   -   -

16             VIDEO TECHNICIAN:  Stand by.

17        Okay.

18             MR. POUNIAN:  If we could go

19        to the -- go to Page 1067.  This

20        should be 13 pages into the

21        document, I think.  There you go.

22        And it's the second -- right

23        there.  Just that second sentence

24        in that paragraph there, On a few

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            occasions.

2   BY MR. POUNIAN:

3            Q.    Did you tell the FBI, sir,

4   that on a few occasions, you and your

5   oldest son visited Nawaf and Khalid in

6   their apartment to say hello?

7            A.    No.  It didn't make sense

8   because they were next to us, you could

9   just pass by and say peace be on you.

10  They didn't have any furniture or

11  anything.

12           Q.    And when you say "they were

13  next to us," how far away were they from

14  your apartment?

15           A.    I believe one house away.

16           (In English) One house.  I

17  think it was one house.  But I don't

18  know.

19           (Through Interpreter) I

20  believe one house.

21           Q.    And did you -- were you

22  aware that they had moved into the

23  apartment of Hashim Al Attas at one time?

24           A.    No -- yes, but they were

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    trying to avoid me.  Because they were in

2    the habit of making jokes or joking

3    around using the physical gestures.  And

4    that was something I didn't like.

5            I didn't want my children to

6    mix with them so that they don't pick up

7    those habits.  And when they learned

8    that, they started avoiding me.

9        Q.    How did you learn that

10   they -- how did you become aware that

11   they had moved into the apartment of

12   Hashim Al Attas?

13           MR. SHEN:  Objection.  I

14           think you're misstating his

15           testimony.  You might want to

16           clarify that.

17           MR. POUNIAN:  Let him

18           clarify it.

19           MR. SHEN:  Objection.

20           Misstating the record.

21           THE WITNESS:  I was away in

22           Washington, D.C., for a while.  I

23           was attending George Washington

24           University.  And when I came back,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          I was advised at the mosque that

2          they moved away.  They already

3          moved away.

4   BY MR. POUNIAN:

5          Q.    And when did you go to

6   George Washington University?

7          A.    I don't remember, but it was

8   in 2000.

9          Q.    Was it after the -- after

10  Nawaf and Khalid had moved into the

11  Parkwood Apartments?

12         A.    Yes.

13         Q.    And how long did you go --

14  was this -- did you attend George

15  Washington University in Washington?

16         A.    Yes.

17         Q.    And how long did you go to

18  Washington on that trip?

19         A.    I don't remember exactly.

20  But perhaps 15 days to a month, maybe a

21  little less.  Something like that.  I had

22  to take some courses, which I did, and

23  came back.

24         Q.    And this was after the time

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1    Nawaf and Khalid moved into Parkwood
2    Apartments and before you left San Diego
3    to go to Saudi Arabia?
4          A.    Not from San Diego, from
5    Washington.
6          Q.    You may have misunderstood
7    my question.
8                I'm just asking -- I'm
9    trying to get the time when you were in
10   Washington.
11               Am I correct that you went
12   to Washington after Nawaf and Khalid
13   moved into the Parkwood Apartments and
14   before you left San Diego to go to Saudi
15   Arabia later that year?
16         A.    Yes, yes.
17         Q.    And how many courses did you
18   take at George Washington University
19   during that time?
20         A.    I don't remember.  They are
21   all on the C.V.
22         Q.    And where did you stay when
23   you were in Washington?
24         A.    (In English) At a hotel.
```

REDACTED FOR PUBLIC FILING

```
1                (Through Interpreter) At the
2   hotel.
3          Q.    Which one?
4          A.    (In English) I don't know.
5   I forgot the name of the hotel.  Close --
6   close to the -- what do you call it?
7   Because we held the courses at Watergate.
8          Q.    The Watergate building in
9   Washington?
10         A.    The courses were given at
11  Watergate building, and I stayed nearby.
12  I walked back and forth.
13              MR. POUNIAN:  If we could
14         show the witness Exhibit-681,
15         please.
16              And if we could -- we could
17         just expand the -- thank you.
18  BY MR. POUNIAN:
19         Q.    So can you tell us which is
20  the course that you took, sir, when you
21  were in Washington?
22         A.    I don't remember.  I don't
23  remember.
24         Q.    Well, the only course that
```

This Transcript Contains Confidential Material

1  you took after Nawaf and Khalid moved

2  into the Parkwood Apartments was -- the

3  date here on the certificate is March

4  3rd, 2000.

5          Do you see that, sir?

6      A.    I see it.  But I don't

7  remember exactly.

8      Q.    Well, that's the only course

9  you could have taken after they moved

10  into the Parkwood Apartments?

11     A.    Possibly.

12         MR. POUNIAN:  Well, could we

13         go to the next-to-last page of

14         this exhibit, please.  Expand

15         that, please.

16  BY MR. POUNIAN:

17     Q.    The certificate that you

18  received for that course shows that the

19  course was given in San Diego, sir, not

20  in Washington, D.C.

21         Am I correct, sir, that you

22  never went to Washington in the year 2000

23  after Nawaf and Khalid moved into the

24  Parkwood Apartments?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              MR. SHEN:  Objection to the

2         form.

3              THE WITNESS:  That's

4         incorrect.  That course I may have

5         taken in San Diego, yes.

6    BY MR. POUNIAN:

7         Q.   Well, according to the

8    George Washington University records,

9    there's no record of you going to a

10   course in Washington in year 2000.

11             How can you explain that?

12             MR. SHEN:  Objection to the

13        form.

14             THE WITNESS:  There was an

15        institute which was affiliated

16        with George Washington University.

17        And it issued certificates in

18        project management.

19   BY MR. POUNIAN:

20        Q.   Go to the next page, sir.

21             First of all, do you see the

22   date that you took this course in San

23   Diego, from February 28th to March 3rd?

24        A.   Yes, I see.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.    And if we go to the next

2   page, which is the certificate you

3   received.

4              It's dated March 3rd, 2000?

5        A.    Yes.

6        Q.    And you told the FBI the

7   same story about going to Washington,

8   D.C., after Nawaf and Khalid moved into

9   the Parkwood Apartments, didn't you, sir?

10             MR. SHEN:  Objection.

11             THE WITNESS:  Yes, I did go

12        to Washington after they moved in,

13        but I don't recall the exact

14        dates.  Then I returned later.

15   BY MR. POUNIAN:

16        Q.    Sir, we reviewed your

17   financial records, and there's no record

18   of you ever placing any charges or ever

19   being in Washington, D.C., at that time,

20   in February or March of 2000.

21             Can you explain that?

22             MR. SHEN:  Objection.

23        Mischaracterizes the record.  Are

24        you making a representation based

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              on your own work product?
 2                   MR. POUNIAN:  We'll get the
 3              records out and show you if you
 4              want -- if you want to waste
 5              another half hour on the record.
 6              But I can do that.
 7                   MR. SHEN:  You can use your
 8              remaining time however you'd like.
 9              I'm objecting.
10                   MS. FLOWERS:  Objection to
11              speaking objections.
12                   INTERPRETER ABDEL-RAHMAN:
13              I'm not sure, Mr. Pounian, am I
14              supposed to interpret the
15              objection or no?
16                   MR. POUNIAN:  Let me ask a
17              question, and you don't need to
18              interpret anything.  I'll ask a
19              new question.
20    BY MR. POUNIAN:
21         Q.    Did you pay for your trip to
22    Washington, sir?
23         A.    Yes, yes.
24         Q.    And did you use your credit
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1    card for the hotel there?
2         A.    I don't remember.
3         Q.    And you don't remember where
4    you stayed?
5         A.    I stayed at the hotel close
6    to the Watergate building.
7         Q.    You say that you attended
8    George Washington University for your
9    project management course; is that right?
10        A.    Yes.  The courses were given
11   at Watergate.
12        Q.    Sir, did you know Anwar
13   Aulaqi?
14        A.    Anwar Aulaqi was a mosque
15   Imam.
16        Q.    Did you know him when you
17   were in San Diego?
18        A.    I knew he was an Imam, yes.
19        Q.    And did you know him -- had
20   you met him in person?
21        A.    No.
22        Q.    Did you have contact with
23   him either in person or on the phone?
24        A.    I don't remember.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       Q.    Sir, didn't you tell the

2   9/11 Commission that you had contact with

3   Anwar Aulaqi with whom you discussed

4   religious matters and ideas?

5              MR. SHEN:   Objection to

6        form.

7              THE WITNESS:  Religious

8        matters and ideas?  No.

9              What may have happened is

10       that one of the worshippers had a

11       question and I directed him to

12       Anwar or to the other Imam of the

13       Islamic Center Abu Bakr.

14             But discussions -- religious

15       discussions between the two of us,

16       no.

17             MR. POUNIAN:  If we can show

18       the witness Exhibit-708, please.

19       Go to Page 6 and highlight the

20       paragraph just above, Involvement

21       in San Diego mosques.  It's down

22       below.  Further down.  It says,

23       Similarly.  That paragraph.  Up

24       above that.  There you go.  Thank

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          you.

2     BY MR. POUNIAN:

3          Q.     The 9/11 Commission

4     memorandum states that you conceded

5     having had contact with Anwar Aulaqi,

6     with whom you discussed religious matters

7     and ideas similar to those you discussed

8     with other Imams.

9               Do you recall telling that

10    to the 9/11 Commission?

11         A.     No.  It might have been a

12    question.  But discussion in religious

13    matters, no.  I did not have time, to

14    begin with, to discuss religious matters.

15    I was busy with my studies.

16         Q.     What studies?

17         A.     My studies in America,

18    university studies.

19         Q.     What studies were you

20    carrying out in the year 2000, sir, in

21    San Diego?

22         A.     In San Diego, I had

23    courses -- I was taking courses,

24    community college courses.  And I was

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1    also preparing for my Ph.D.  I was doing

 2    research and was preparing myself for

 3    admittance at the university, whether

 4    either in the United States or Great

 5    Britain, in addition to the project

 6    management certificate courses.

 7         Q.    Well, the one record we

 8    received, sir, was the project management

 9    certificate of a course you took in San

10    Diego over a course of four days in

11    February, at the end of February, early

12    March 2000.

13              Are you aware of any other

14    certificates that you received for any

15    schooling during the year 2000?

16         A.    I don't remember.  But if

17    you go back to the records, you will find

18    some, for sure.

19         Q.    Well, none have been

20    produced to us by the Kingdom of Saudi

21    Arabia.

22              MR. POUNIAN:  If there are

23         any, we demand that they be

24         produced.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   BY MR. POUNIAN:

2          Q.    Sir, do you know a man named

3   Mohdar Abdullah?

4                MR. BEETAR:  Mohdar

5          Abdullah.

6                THE WITNESS:  Yes.

7   BY MR. POUNIAN:

8          Q.    And where did you know

9   Mohdar Abdullah?

10         A.    From the mosque.

11         Q.    Which mosque?

12         A.    Islamic Center in San Diego.

13         Q.    And did you also know him at

14   the Al-Madina Mosque?

15         A.    No.  Occasionally he came to

16   Al-Madina Mosque.  Very rarely.

17   Sometimes.  When there were dinners in

18   Ramadan, he showed up sometimes.

19         Q.    And did you see Mohdar

20   Abdullah with Nawaf and Khalid?

21         A.    No.

22         Q.    Now, Mohdar Abdullah

23   testified in this case that when he first

24   met Nawaf and Khalid, he was at a mosque

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    and that you were there.

2              Do you recall seeing Mohdar

3    Abdullah with Nawaf and Khalid at a

4    mosque?

5         A.    I don't recall.

6         Q.    Well, you just said earlier

7    that you did not see Mohdar Abdullah

8    with Nawaf and Khalid, and now you're

9    saying you don't recall.

10             What is it, sir?

11        A.    If you realize that at the

12   mosque there would be, like, 100 persons,

13   how could one possibly tell if this man

14   was here, that man was there or was not.

15   You cannot -- you cannot know.

16        Q.    Mohdar Abdullah remembered

17   you and only you out of a group of people

18   who was there when he met with Nawaf and

19   Khalid.

20             MR. SHEN:  Objection to

21        form.  Mischaracterizes the

22        testimony.

23             THE WITNESS:  He was a poor

24        person and we showed him sympathy.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          We wanted to share meals with him

2          at the mosque.

3              And the Kurdish community

4          made food and shared meals.  They

5          invited him to share meals with

6          them.  And he came to share meals.

7              And of course he knew me

8          because I was always on the move,

9          coming in and going out.

10  BY MR. POUNIAN:

11      Q.    Well, do you remember any

12  contacts with Mohdar Abdullah other than

13  showing him sympathy and sharing -- and

14  as a result sharing meals with him?

15      A.    No.

16      Q.    And did you see Mohdar

17  Abdullah at the Al-Rribaat Mosque?

18      A.    I very rarely went to

19  Al-Rribaat Mosque, maybe once a year or

20  so.

21          (In English) Al-Rribaat is

22  far away from my home.

23          MR. POUNIAN:  If we could

24      show the witness, please, Exhibit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1        FBI -- not FBI, but it's an FBI

2        exhibit -- 703.

3             MS. INT-HOUT:  And, I'm

4        sorry, we're ready?

5             MR. POUNIAN:  Ready for

6        showing an FBI exhibit.

7             VIDEO TECHNICIAN:  Yes, we

8        never left.

9             MR. POUNIAN:  I didn't think

10       so.

11            Let's go to the last page,

12       1068, please.  About three pages

13       up.  If we could highlight just

14       the second sentence there.

15  BY MR. POUNIAN:

16       Q.   This is from your interview

17  that was conducted in August of 2003 with

18  the FBI.

19            It states that, al-Bayoumi

20  recalled seeing Abdullah, Mohdar

21  Abdullah, with Khalid and Nawaf at the

22  mosque.

23            Did you tell the FBI that

24  you recalled seeing Abdullah, Mohdar
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Abdullah, with Khalid and Nawaf at the

2    mosque?

3         A.    No.  The way this phrase is

4    worded is incorrect.

5         Q.    You're saying this is not a

6    correct statement in the FBI report?

7         A.    Perhaps it's wrongly worded.

8         Q.    How would you correct the

9    wording?

10        A.    I do not know.  Perhaps I

11   saw Khalid, Abdullah and Nawaf during the

12   Eid.  It's possible, but I don't remember

13   seeing them in specific.

14        Q.    What recollection do you

15   have of seeing them during some type of

16   holiday?

17        A.    I don't remember

18   specifically.

19        Q.    Well, when you say Eid, what

20   Eid are you referring to?  Eid al-Fitr or

21   Eid al-Adha?

22        A.    I don't remember.

23        Q.    Did Nawaf call you on the

24   phone?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    No.  There's no

2 relationship.  There's no relationship

3 between us.  I don't remember him

4 calling.

5      Q.    Did you give Nawaf your

6 phone number?

7      A.    Perhaps.  Perhaps in the

8 beginning, yes.  It's in the phone book.

9      Q.    Well, the records that were

10 produced to us by the FBI showed that

11 there's a phone call from the phone

12 registered to Nawaf Hazmi's cell phone to

13 your cell phone on March 9th, 2000, and a

14 second call on March 17th, 2000.

15           MR. SHEN:  Objection.  Is

16      that your representation?

17           MR. POUNIAN:  It is.  And I

18      haven't finished my question yet.

19 BY MR. POUNIAN:

20      Q.    Did you receive those phone

21 calls from Nawaf al-Hazmi?

22           MR. SHEN:  Objection.

23 BY MR. POUNIAN:

24      Q.    Or get a message from Nawaf

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   al-Hazmi?

2           MR. SHEN:  Same objection.

3           THE WITNESS:  I don't

4   remember.

5   BY MR. POUNIAN:

6           Q.    Do you recall a time when --

7   how long did Nawaf and Khalid live in the

8   Parkwood Apartments?

9           A.    I don't know how long they

10  stayed.  But I know that they stayed for

11  15 days and then they left.  They did not

12  even remain for the full month that they

13  paid for.

14          Q.    And where did they go?

15          A.    (In English) I don't know.

16          (Through Interpreter) I

17  don't know.

18          Q.    And did they return to

19  Parkwood after that time?

20          A.    I don't know.  I was not

21  following on them whether they are going

22  or coming.  But what I know, when I came

23  back from Washington, they had moved.

24          Q.    And when did you get back

This Transcript Contains Confidential Material

1    from Washington?

2         A.    After I finished a course.

3         Q.    And when was that?

4         A.    I don't remember.

5         Q.    And you said you know that

6    they stayed for 15 days.

7               How do you know that?

8         A.    Because I was present during

9    that time.  Then I left, and I was

10   informed that they left -- that they also

11   left.

12        Q.    And did you leave -- and

13   where did you leave for?

14        A.    (In English) I went to

15   Washington.

16              (Through Interpreter) I went

17   to Washington.

18        Q.    And had they left Parkwood

19   before you went to Washington?

20        A.    When I came back, I was told

21   that they left.  But I don't remember.

22        Q.    But you said, I was present

23   during that time.  Then I left and I was

24   informed that they left -- that they also

REDACTED FOR PUBLIC FILING

1    left.

2              So who informed you?

3        A.    I found out from the mosque.

4        Q.    Who at the mosque?

5        A.    Abu Bakr -- the Islamic

6    Center and also from Abu Bakr Masjid.

7              (In English) Same name.

8              MR. BEETAR:  It's the same.

9        It's the same.  Islamic Center and

10       Abu Bakr are both the same name --

11       same location, I mean.  The same

12       venue -- I mean the same mosque.

13   BY MR. POUNIAN:

14       Q.    Are you saying, sir -- are

15   you testifying here today that they lived

16   at the Parkwood Apartments only for 15

17   days, Nawaf and Khalid?

18       A.    So I don't know specifically

19   whether it was 15 days.  Approximately.

20   I found out.  But I don't remember, and I

21   don't keep track whether they came and

22   they go.  But approximately they remained

23   there for 15 days.

24       Q.    So your testimony is they

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    were only at the Parkwood Apartments for

2    that period of time, around 15 days; is

3    that right?

4         A.    Fifteen days, maybe 18 days,

5    maybe a little bit less than a month,

6    maybe a little bit less than that amount

7    of days.  Somewhere along the lines.

8              But you can ask the manager

9    at the Parkwood Apartments how long

10   exactly they remained.

11        Q.    And where did they go?

12        A.    I do not know.

13        Q.    You don't recall

14   testifying -- excuse me.

15             You don't recall telling the

16   FBI that they went, for some period of

17   time, to the apartment of Hashim Al

18   Attas?

19        A.    That's what I heard from the

20   community, but I'm not sure.  Am I sure?

21   No.

22        Q.    And then do you recall that

23   they returned to the Parkwood?

24        A.    No.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    Do you recall a time when

2   they moved to the home of Dr. Abdussattar

3   Shaikh?

4      A.    No.

5          MR. POUNIAN:  If we could

6          show the witness Page 1067 of the

7          document that's in front of us

8          now.  And the first sentence of

9          the first full paragraph there,

10         you could highlight that.

11         Thank you.

12  BY MR. POUNIAN:

13     Q.    Do you recall telling the

14  FBI in August of 2003 that, upon your

15  return from Saudi Arabia, you recalled

16  hearing that Khalid and Nawaf had moved

17  from the Parkwood Apartments to the

18  residence of Dr. Abdussattar Shaikh?

19     A.    Right now I don't remember.

20  Right now I don't remember.

21         But I remember hearing from

22  the community at the mosque, they said

23  that they had moved.  But I don't really

24  remember because this did not pertain to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    me to start with.

2         Q.    Well, you were detained,

3    sir, weren't you, after the 9/11 attacks?

4    And you were then interviewed by the FBI

5    and made this statement in 2003.

6              And you're saying now that

7    you don't recall that Khalid and Nawaf

8    moved from the Parkwood Apartments to the

9    residence of Dr. Shaikh?

10             MR. SHEN:  Objection to the

11        preface of the question.

12             THE WITNESS:  No, I don't

13        remember.

14   BY MR. POUNIAN:

15        Q.    Did you go to the house of

16   Dr. Abdussattar Shaikh?

17        A.    I don't remember.

18        Q.    Yesterday I asked you, sir,

19   about visiting the King Fahad Mosque.

20   And you said you did not visit the mosque

21   with Dr. Abdussattar Shaikh.

22             Was that your testimony?

23        A.    I don't remember.  But I

24   remember that Dr. Abdussattar came and

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   visited me in my house.  But whether I

2   went with him to his house in Los

3   Angeles, no, I don't remember that.

4                    MR. POUNIAN:  Can we turn to

5           Page 1060 of the exhibit in front

6           of us now, and the very first full

7           sentence on that page.  Maybe we

8           have to start it on the page

9           before to give the context, which

10          is impossible to read, given what

11          the FBI did.

12  BY MR. POUNIAN:

13          Q.    But it just states on one of

14  the occasions that you went to the King

15  Fahad Mosque, al-Bayoumi visited that

16  mosque with his eldest son Emad and Dr.

17  Abdussattar Shaikh.

18                    Do you see that, sir?

19          A.    Who said that?

20          Q.    This is the FBI interview of

21  you from August of 2003.  This is in the

22  report of that interview.

23                    It states that you told them

24  that you visited the King Fahad Mosque

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   with your eldest son and Dr. Shaikh.
 2        A.    I don't remember.
 3        Q.    Well, does looking at this
 4   interview report help refresh your
 5   recollection that you did go to the King
 6   Fahad Mosque with Dr. Shaikh?
 7        A.    No.
 8              MR. POUNIAN:  Why don't we
 9        take our break?
10              INTERPRETER MIKHAIL:  Thank
11        you.  We'll be back in 15 minutes?
12              MR. POUNIAN:  We have to
13        discuss it among the lawyers.  We
14        may be breaking for the day.
15              VIDEO TECHNICIAN:  I'm
16        letting everyone back in from the
17        FBI room.
18                   -  -  -
19              (End of FBI Protected
20        Material.)
21                   -  -  -
22              MR. SHEN:  How much time do
23        we have on the record, please?
24              VIDEO TECHNICIAN:  In
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          counting, 12 hours and 37 minutes.

2                 Do you want to go off the

3       video record?

4                 MR. POUNIAN:  Yes.

5                 VIDEO TECHNICIAN:  This ends

6       today's deposition.  We're going

7       to go off the video record --

8                 MS. PRITSKER:  David, I'm

9       sorry, can I just say that DIB

10      counsel -- I just have a really

11      quick, you know.

12                DIB counsel was excluded at

13      approximately 2:15 p.m. Eastern.

14      It was just now admitted back into

15      the deposition.  Thank you.

16                MR. SHEN:  Let's take ten

17      minutes.

18                VIDEO TECHNICIAN:  Going off

19      the record, 3:05 p.m.

20                      -  -  -

21                (Whereupon, a brief recess

22      was taken.)

23                      -  -  -

24                VIDEO TECHNICIAN:  We're

This Transcript Contains Confidential Material

1           back on the record at 3:41 p.m.

2    BY MR. POUNIAN:

3           Q.    Sir, did you know a man

4    named Omar Abdi Mohammad?

5           A.    No.

6           Q.    Did you know a man named

7    Omar al-Khatib?

8           A.    No.

9                 MR. POUNIAN:  Can we go on

10          the FBI record?

11                VIDEO TECHNICIAN:  I'm going

12          to move everyone into the FBI

13          room.

14                MR. POUNIAN:  Show the

15          witness --

16                VIDEO TECHNICIAN:  Hold on.

17                MR. POUNIAN:  I'm just

18          trying to get --

19                MS. PRITSKER:  DIB counsel

20          is now being excluded from the

21          record.

22                Thank you.

23                MS. INT-HOUT:  In the

24          meantime, what exhibit number is

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        it?

 2              MR. POUNIAN:  518.

 3              MS. INT-HOUT:  Let me know

 4        when it's okay.

 5              VIDEO TECHNICIAN:  All

 6        right, we're good.

 7                    -  -  -

 8              (FBI Protected Material.)

 9                    -  -  -

10              MR. POUNIAN:  Go to the

11        seventh page in, it's 1299.  And

12        can you highlight the Omar

13        al-Khatib listing, please?  Right

14        underneath Omar al-Bayoumi.

15   BY MR. POUNIAN:

16        Q.    Do you see the listing for

17   Omar al-Khatib right underneath your

18   name, sir?

19        A.    Yes.

20        Q.    And who is Omar al-Khatib?

21        A.    (In English) I don't know.

22              (Through Interpreter) I

23   don't know.

24        Q.    Do you know a Somali Sheikh
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    in San Diego?

2          A.    No, I don't.

3          Q.    Had you heard of an

4    organization called the Western Somali

5    Relief Agency?

6          A.    No.

7          Q.    Had you had any contacts

8    with any Somali charities in California?

9          A.    Not at all.  Not any other

10   charities.

11         Q.    Did you have any contacts

12   with any charities in California?

13         A.    No.

14         Q.    Did you receive any

15   donations from any charities in

16   California?

17         A.    We don't accept any

18   donations.

19         Q.    And who is "we" in that

20   sentence, sir?

21         A.    I mean myself and Saad

22   Habib.

23         Q.    And why was that?

24         A.    We don't accept because he

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    was taking care of the operation.

2         Q.    And when you say "taking

3    care of the operation," he was -- the

4    funds were all coming from him is what

5    you're saying?

6         A.    Yes.  He was the one who

7    supported the mosque.  He's the owner.

8         Q.    Did you know a man named

9    Sharif Battakhi in San Diego?

10        A.    Yes.

11        Q.    And what was your

12   relationship with Sharif Battakhi?

13        A.    I didn't have a relationship

14   with him, but I knew he was at the

15   mosque, at the Islamic Center.

16        Q.    If we turn to your phone

17   book, just the page in front of you right

18   now, if we go down to the very bottom of

19   that page, there's a listing, the second

20   from the bottom, for The Saudi American

21   Bank with an account number.

22             Do you see that, sir?

23        A.    Yes.

24        Q.    And you had an account at

This Transcript Contains Confidential Material

1    The Saudi American Bank; am I right?

2         A.    Yes.

3         Q.    Is that your account number?

4         A.    I don't recall.

5              MR. POUNIAN:  And if we

6         could go up to the third page of

7         this document, FBI 1295.

8    BY MR. POUNIAN:

9         Q.    And there's a list for Bank

10   of America.  And there's an account

11   number listed there.

12              Do you see that, sir?

13              And we previously showed

14   your account number, which is the same

15   number on this particular sheet.

16              Can you identify that as

17   your account number, sir?

18        A.    No.

19        Q.    You testified before that

20   this phone list was set out in public at

21   the mosque; is that right?

22        A.    There was at the beginning.

23   Part of it was outside, and there was a

24   sheet that later on names were input by

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    computer.

2         Q.    Why was your personal

3    banking information on a sheet that would

4    be shared with others?

5              MR. SHEN:  Objection.

6              THE WITNESS:  I don't know.

7         That was mine.  But then they

8         started adding names and adding

9         names.

10             INTERPRETER ABDEL-RAHMAN:

11        Could the interpreter ask the

12        witness to repeat the last part of

13        his answer?

14             THE WITNESS:  At the

15        beginning, I made that phone book

16        for myself.  At the beginning.

17        Then the volunteers started to

18        come, every time they found a

19        page, they would add it.  They

20        were helping me.

21   BY MR. POUNIAN:

22        Q.    And you can't name any of

23   those volunteers, right?

24        A.    I didn't know them.  They

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    were from the Kurdish community.  But

2    they were trying to help me.  They were

3    always helping me with the computer, with

4    cleanliness, with food.  They always

5    offered help.

6         Q.   Did you know a man named

7    Yazid al-Salmi?

8         A.   No.

9         Q.   You didn't know him as the

10   nephew of Mohammad al-Salmi who worked at

11   the Presidency of Civil Aviation?

12        A.   I didn't find out until I

13   went back to Saudi Arabia later.

14        Q.   Find out what?

15        A.   I learned that he was a

16   relative of al-Salmi's.

17        Q.   And that who was a relative

18   of al-Salmi's?

19        A.   This one, Yazid.

20             Five years later, after I

21   came to Saudi Arabia, I learned that he

22   was related to Mohammad al-Salmi.

23        Q.   And you knew Yazid in San

24   Diego?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.    No.
2          Q.    What is it that you learned
3    five years later?
4          A.    I just learned that he was
5    studying in America.
6          Q.    You said, sir, that you
7    learned he was related to Mohammad
8    al-Salmi.
9          A.    Yes.
10         Q.    And did you know Yazid in
11   San Diego and then you learned five years
12   later that he was related to Mohammad
13   al-Salmi?
14         A.    Yes.
15         Q.    And did you take Yazid
16   al-Salmi to Dr. Shaikh's house for him to
17   find a place to stay?
18         A.    No.
19         Q.    Yazid al-Salmi said that to
20   the FBI.
21               Are you saying that's not
22   true?
23               MR. SHEN:  Objection to
24         form.
```

This Transcript Contains Confidential Material

```
 1                 THE WITNESS:  What does he

 2        say?

 3   BY MR. POUNIAN:

 4        Q.    He said that you took him to

 5   Dr. Shaikh's house to find him

 6   accommodation.

 7                 MR. SHEN:  Objection to the

 8        form.

 9   BY MR. POUNIAN:

10        Q.    That's what the interview

11   report of the FBI states.

12        A.    That's incorrect.  Dr.

13   Shaikh was willing to help anyone.  He

14   liked students, Saudi Arabian students.

15   He liked to help anyone.

16        Q.    And you knew that, sir,

17   right?

18        A.    I knew it from Dr. Shaikh's

19   personality.

20        Q.    And who did you know that

21   Dr. Shaikh had at his house when you were

22   in San Diego?

23                 INTERPRETER ABDEL-RAHMAN:

24        What was the question again?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2         Q.    I said, who did you know

3    that Dr. Shaikh had staying at his house

4    while you were in San Diego?

5         A.    I didn't know.

6         Q.    Did you know that Nawaf and

7    Khalid were at Dr. Shaikh's house?

8         A.    No.

9         Q.    Did you know, sir, that Adel

10   Al Sadhan was at Dr. Shaikh's house?

11        A.    No.

12        Q.    And Mutaeb al-Sudairy, you

13   didn't know that either?

14        A.    No.

15             MR. POUNIAN:  Can we go off

16        the record for just a second,

17        please?

18             VIDEO TECHNICIAN:  Going off

19        the record at 3:59 p.m.

20                  -   -   -

21             (End of FBI Protected

22        Material.)

23                  -   -   -

24             MS. PRITSKER:  ███████████

This Transcript Contains Confidential Material



1

2

3

4

5     –   –   –

6

7

8     –   –   –

9     VIDEO TECHNICIAN:

10

11

12

13     MS. PRITSKER:

14

15

16

17

18

19

20

21

22     –   –   –

23

24     –   –   –

REDACTED FOR PUBLIC FILING



1          MR. POUNIAN: ████████████

2     ██████████████████████████

3     ██████████

4          VIDEO TECHNICIAN: ████████████

5     ██████████

6          MR. POUNIAN: ████████████

7     ███████████████████████████

8  BY MR. POUNIAN:

9          Q. ██████████████████

10   ████████████

11        ███████████████████████

12   ██████████████████

13        A. ███████ ███████████████████

14   ████████████████████

15        Q. ██████████████████████

16   █████████████████████████

17   ████████████████████████

18   ██████████████████████████

19   ██████████████

20        A. █████████████████████████

21   ████████████

22        ████████████████████████

23   ██████████████████████████████

24   ██████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1
 2
 3
 4              INTERPRETER ABDEL-RAHMAN:
 5
 6
 7
 8              MR. POUNIAN:
 9
10
11    BY MR. POUNIAN:
12         Q.
13
14
15
16
17
18              MR. POUNIAN:
19
20
21
22    BY MR. POUNIAN:
23         Q.
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3

4

5

6        A.

7        Q.

8

9

10       A.

11              MR. POUNIAN:

12

13   BY MR. POUNIAN:

14       Q.

15

16

17

18

19       A.

20              MR. POUNIAN:

21

22

23   BY MR. POUNIAN:

24       Q.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1   ████████████████████████████████████

2   ██████████████████████████████████████

3   ██████████████████████████

4              ████████████████████████

5   A.        ██████████████    ████████████

6   ████████████████

7   Q.        ██████████████████████████████

8   ██████████████████████████████████████

9   ████████

10  A.        ████████████████████████████

11  ████

12            ██████████████████████████

13  ██████████████████

14  Q.        ████████████████████████████████

15  ██████████████████████████████████

16  A.        ████████████████████████  ████

17  ██████████████████████████████████████

18  ██████████████████

19  Q.        ████████████████████████████████

20  ██████████████████

21  A.        ████████████████████████  ████████

22  ██████████████████████████████

23          MR. POUNIAN:    ██████████████

24            ████████████████████████████████

          ████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2     -  -  -

3 ▬▬▬▬▬▬▬▬▬

4 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

5 ▬▬▬▬▬▬▬▬▬▬▬▬▬

6 ▬▬▬▬▬▬

7     -  -  -

8 BY MR. POUNIAN:

9     Q.   ▬▬▬▬▬▬▬▬▬

10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

11 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

12 ▬▬▬▬▬▬▬▬

13 ▬▬▬▬▬▬▬

14     MR. SHEN: ▬▬▬▬▬▬▬▬

15 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

16 ▬▬▬▬▬▬▬▬▬▬▬

17 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

18 ▬▬▬▬▬

19     MR. POUNIAN: ▬▬▬▬▬▬

20 ▬▬▬▬▬▬▬▬▬▬▬▬▬

21 ▬

22 ▬▬▬▬▬▬▬▬▬▬▬▬▬

23 ▬▬

24     MS. INT-HOUT: ▬▬▬▬▬▬

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      ████████████████

2      MR. POUNIAN: ████████

3      MS. INT-HOUT: ████████████

4      MR. SHEN: ██████████

5      ██████████████████

6      COURT REPORTER: ██████

7      MS. INT-HOUT: ████████████

8      ████████████████████████████

9      ████████████████████████████

10      ██████████████████████ ████████

11      ████████████████ ██████████████

12      ██████████████████████████████

13      MR. SHEN: ████████

14      ████████████████████

15      MR. KRY: ██████████████

16      ████████████

17      MR. POUNIAN: ████████████

18      ██████████████████████

19      ████████████████████████████████

20      ██████ ████████████████████

21      ██████████████████████████████

22      ██████████████████████ ██████████

23      ████████████████████████████████

24      ██████████

████████████████

This Transcript Contains Confidential Material

1    █████████████████████████

2    ███████████████████████████████

3    ██████████████████████████

4    ███████████████

5    BY MR. POUNIAN:

6        Q.   █████████████████████

7    ██████████

8        A.   ██████

9        Q.   ███████████████████████

10   ██████████████████████████████████

11   █████████████████████████████

12            MR. POUNIAN:   ████████████

13       ██████████████████████

14       ████████████    ███████████████

15       █████████████    █████████████

16       ████████████████████████

17       ██████████████████████████

18       ███████████████████████     ████

19       ██████████████████████

20   BY MR. POUNIAN:

21       Q.   ███████████████████████

22   ███████████████████████████████████

23   ███████████████████████████

24   ██████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    ████████████████████████

2    ████████████████████████████

3    ███████████████████████

4         MR. SHEN:  ████████████

5       █████████████████████████

6         THE WITNESS:  ████   █████

7       █████

8    BY MR. POUNIAN:

9         Q.  ██████████████████████

10   ██████████████████████████████

11   █████████████████████████

12   ████████████████████████████

13   ███████████████████████████

14         MR. SHEN:  ███████████████

15     ██████████████

16         THE WITNESS:  ████   █████

17     █████   ████████████

18   BY MR. POUNIAN:

19         Q.  ██████████████████████

20   ███████████████

21         A.  ███████████████████  █

22   ████████████████████

23         Q.  ██████████████████████

24   ██████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



 1

 2

 3

 4      A.

 5

 6           INTERPRETER ABDEL-RAHMAN:

 7

 8           THE WITNESS:

 9

10           INTERPRETER ABDEL-RAHMAN:

11

12  BY MR. POUNIAN:

13      Q.

14

15

16

17           INTERPRETER ABDEL-RAHMAN:

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



 1

 2        THE WITNESS:

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22   BY MR. POUNIAN:

23        Q.

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1       ▮▮▮▮▮

2       A.  ▮▮▮▮▮▮▮▮▮ ▮

3   ▮▮▮▮▮▮▮▮▮▮▮

4   ▮▮▮▮▮▮▮▮▮▮

5   ▮▮▮▮▮▮▮▮▮▮

6   ▮▮▮▮▮▮▮▮▮▮▮▮

7   ▮▮▮▮▮▮▮

8      ▮▮▮▮▮▮▮▮

9   ▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮

11      Q.  ▮▮▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮

14      A.  ▮▮▮▮▮▮ ▮▮▮

15   ▮▮▮▮▮▮▮ ▮▮▮▮

16   ▮▮▮▮▮▮▮▮▮▮

17   ▮▮▮▮▮▮▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮

19   ▮▮▮▮▮▮▮▮▮▮▮▮

20   ▮▮▮▮

21      ▮▮▮▮▮▮▮▮▮

22   ▮▮▮▮▮▮ ▮▮▮▮▮

23   ▮▮▮▮▮▮▮.

24      Q.  ▮▮▮▮▮▮▮▮▮

This Transcript Contains Confidential Material



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ███████████████████████████████

2 █████████  ████████████████████████████

3 ██████  ████████████████

4          MR. POUNIAN: █████████████████

5 ███████████████████████████████████████

6 █████████████████████████████  ███

7 █████████████████████████████████

8 ██████████████

9          MR. SHEN: █████████████

10                  –    –    –

11 ███████████████████████████████

12 ████████████████

13                  –    –    –

14          VIDEO TECHNICIAN: ████████████

15 ████████████████████████████  █████

16 █████████████  ███████████████████

17 █████████████████  ██████████████

18 ███████████████████████████████

19          MS. PRITSKER: █████████████

20 ██████████████████████████████  █

21 █████████████████████████████

22 █████████████████████████████

23 ███████████████████████████████████

24 █████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              Thank you.
2              VIDEO TECHNICIAN:  This
3       marks the end of today's
4       deposition.  We're going to go off
5       the record.  The time is 4:24 p.m.
6                    -   -   -
7              (Whereupon, the deposition
8       concluded at 4:24 p.m.)
9                    -   -   -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

REDACTED FOR PUBLIC FILING

```
 1                    CERTIFICATE
 2
 3
     I, Amanda Maslynsky-Miller, Certified Realtime
 4   Reporter, do hereby certify that prior to the
     commencement of the examination, OMAR
 5   AL-BAYOUMI, was remotely sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7
     I DO FURTHER CERTIFY that the foregoing is a
 8   verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
 9   on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor counsel
12   of any of the parties to this action, and that
     I am neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14
15        Amanda Miller
16   _____             _____
     Amanda Miller
17   Certified Realtime Reporter
     Dated: June 21, 2021
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition

 4    over carefully and make any necessary

 5    corrections.  You should state the reason

 6    in the appropriate space on the errata

 7    sheet for any corrections that are made.

 8              After doing so, please sign

 9    the errata sheet and date it.

10              You are signing same subject

11    to the changes you have noted on the

12    errata sheet, which will be attached to

13    your deposition.

14              It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within sixty (60) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    - - - - - -

                    E R R A T A

2                    - - - - - -

3      PAGE    LINE    CHANGE

4      _____   _____   _____

5      _____   _____   _____

6      _____   _____   _____

7      _____   _____   _____

8      _____   _____   _____

9      _____   _____   _____

10     _____   _____   _____

11     _____   _____   _____

12     _____   _____   _____

13     _____   _____   _____

14     _____   _____   _____

15     _____   _____   _____

16     _____   _____   _____

17     _____   _____   _____

18     _____   _____   _____

19     _____   _____   _____

20     _____   _____   _____

21     _____   _____   _____

22     _____   _____   _____

23     _____   _____   _____

24     _____   _____   _____
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            ACKNOWLEDGMENT OF DEPONENT
2

           I,_____, do
3   hereby certify that I have read the
    foregoing pages,  1 - 279, and that the
4   same is a correct transcription of the
    answers given by me to the questions
5   therein propounded, except for the
    corrections or changes in form or
6   substance, if any, noted in the attached
    Errata Sheet.
7

8   _____
    OMAR AL-BAYOUMI                DATE
9

10

    Subscribed and sworn
11  to before me this
    _____ day of _____, 20_____.
12

    My commission expires:_____
13

14  _____
    Notary Public
15

16

17

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      _____  _____   _____

 4      _____  _____   _____

 5      _____  _____   _____

 6      _____  _____   _____

 7      _____  _____   _____

 8      _____  _____   _____

 9      _____  _____   _____

10      _____  _____   _____

11      _____  _____   _____

12      _____  _____   _____

13      _____  _____   _____

14      _____  _____   _____

15      _____  _____   _____

16      _____  _____   _____

17      _____  _____   _____

18      _____  _____   _____

19      _____  _____   _____

20      _____  _____   _____

21      _____  _____   _____

22      _____  _____   _____

23      _____  _____   _____

24      _____  _____   _____
```