# Exhibit 120-TR

# Part 3 of 3

 = Plaintiffs' provisional redactions ("ppr") of content of this videotaped deposition and its transcript, made subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

This Transcript Contains Confidential Material

1            UNITED STATES DISTRICT COURT

             SOUTHERN DISTRICT OF NEW YORK

2                    -   -   -

3

4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570

     ON SEPTEMBER 11, 2001        : (GBD)(SN)

5

6

7

                         -   -   -

8                   JUNE 11, 2021

                    VOLUME III

9         THIS TRANSCRIPT CONTAINS

            CONFIDENTIAL MATERIAL

10                   -   -   -

11

12            Remote Videotaped

13   Deposition, taken via Zoom, of OMAR

14   AL-BAYOUMI, commencing at 7:04 a.m., on

15   the above date, before Amanda

16   Maslynsky-Miller, Certified Realtime

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19

20                   -   -   -

21       GOLKOW LITIGATION SERVICES

        877.370.3377 ph| 917.591.5672 fax

22            deps@golkow.com

23

24

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2
           KREINDLER & KREINDLER LLP
 3         BY: STEVEN R. POUNIAN, ESQUIRE
           BY: JAMES P. KREINDLER, ESQUIRE
 4         BY: ANDREW J. MALONEY III, ESQUIRE
           BY: MEGAN WOLFE BENETT, ESQUIRE
 5         By: DANIEL O. ROSE, ESQUIRE
           485 Lexington Avenue, 28th Floor
 6         New York, New York 10017
           (212) 687-8181
 7         spounian@kreindler.com
           jkreindler@kreindler.com
 8         amaloney@kreindler.com
           mbenett@kreindler.com
 9         drose@kreindler.com
           Representing the Ashton, et al.,
10         Plaintiffs
11
12         COZEN O'CONNOR P.C.
           BY: SEAN P. CARTER, ESQUIRE
13         BY: J. SCOTT TARBUTTON, ESQUIRE
           One Liberty Place
14         1650 Market Street
           Suite 2800
15         Philadelphia, Pennsylvania 19103
           (215) 665-2000
16         scarter1@cozen.com
           starbutton@cozen.com
17         Representing the Plaintiffs
18
19         ANDERSON KILL P.C.
           BY: JERRY S. GOLDMAN, ESQUIRE
20         BY: BRUCE STRONG, ESQUIRE
           BY: ROBERT M. HORKOVICH, ESQUIRE
21         1251 Avenue of the Americas
           New York, New York 10020
22         (212) 278-1000
           jgoldman@andersonkill.com
23         bstrong@andersonkill.com
           rhorkovich@andersonkill.com
24         Representing the Plaintiffs'
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES:  (Continued)
 2
 3          MOTLEY RICE LLC
            BY: ROBERT T. HAEFELE, ESQUIRE
 4          BY: JADE A. HAILESELASSIE, ESQUIRE
            BY: C. ROSS HEYL, ESQUIRE
 5          28 Bridgeside Boulevard
            Mount Pleasant, South Carolina 29464
 6          (843) 216-9000
            rhaefele@motleyrice.com
 7          jhaileselassie@motleyrice.com
            rheyl@motleyrice.com
 8          Representing the Plaintiffs' Steering
            Committee and the Burnett Plaintiffs
 9
10
            BAUMEISTER & SAMUELS, PC
11          BY: DOROTHEA M. CAPONE, ESQUIRE
            140 Broadway
12          46th Floor
            New York, New York 10005
13          (212) 363-1200
            tcapone@baumeisterlaw.com
14          Representing the Plaintiff,
            Ashton, et al., Plaintiffs
15
16
17
            SHEPS LAW GROUP P.C
18          BY: ROBERT SHEPS, ESQUIRE
            35 Pinelawn Road
19          Suite 106 East
            Melville, New York 11747
20          (631) 249-5600
            rsheps@shepslaw.com
21          Representing Plaintiff Charter
            Oak Insurance Company
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3        FORD MARRIN ESPOSITO WITMEYER &
          GLESER, LLP
 4        BY: CATHERINE B. ALTIER, ESQUIRE
          Wall Street Plaza, 16th Floor
 5        New York, New York 10005
          (212) 269-4900
 6        cbaltier@fordmarrin.com
          Representing the Plaintiffs,
 7        Continental Casualty Company,
          Transcontinental Insurance Company,
 8        Transportation Insurance Company,
          Valley Forge Insurance Company,
 9        National Fire Insurance Company of
          Hartford, and American Casualty
10        Company of Reading, Pennsylvania
11
12        SPEISER KRAUSE, PC
          BY: JEANNE M. O'GRADY, ESQUIRE
13        800 Westchester Avenue
          Suite S-608
14        Rye Brook, New York 10573
          (914) 220-5333
15        jog@speiserkrause.com
          Representing the Plaintiff's
16        Steering Committee
17
18        LOCKE LORD LLP
          BY: T. PATRICK BYRNES, ESQUIRE
19        111 South Wacker Drive
          Chicago, Illinois 60606
20        (312) 443-0689
          pbyrnes@lockelord.com
21        Representing the Plaintiff, Global
          Aerospace, Inc, et al.
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)
 2
 3         STROOCK & STROOCK & LAVAN LLP
           BY: PATRICK N. PETROCELLI, ESQUIRE
 4         180 Maiden Lane
           New York, New York 10038
 5         (212) 806-5400
           ppetrocelli@stroock.com
 6         Representing the Plaintiff,
           Arrowood Indemnity Company, formerly
 7         Known as Royal Indemnity Company,
           and Arrowood Surplus Lines Insurance
 8         Company, formerly known as Royal
           Surplus Lines Insurance Company
 9
10
           BUTLER WEIHMULLER KATZ CRAIG LLP
11         BY: SCOTT KATZ, ESQUIRE
           400 North Ashley Drive
12         Suite 2300
           Tampa, Florida 33602
13         (813) 281-1900
           skatz@butler.legal
14         Representing the Plaintiff, Managing
           Agency Partners, Ltd., et al.
15
16
           CAHILL GORDON & REINDEL LLP
17         BY: GRACE A. MCALLISTER, ESQUIRE
           32 Old Slip
18         New York, New York 10005
           (212) 701-3000
19         gmcallister@cahill.com
           Representing the Plaintiffs,
20         Swiss Reinsurance America
           Corporation, Swiss Re International
21         S.E., Westport Insurance
           Corporation, Swiss Re Europe S.A.,
22         and Swiss Reinsurance Company Ltd.
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)
 2
 3        KELLOGG, HANSEN, TODD, FIGEL &
          FREDERICK, P.L.L.C.
 4        BY: ANDREW C. SHEN, ESQUIRE
          BY: MICHAEL K. KELLOGG, ESQUIRE
 5        BY: CHRISTOPHER YOUNG, ESQUIRE
          1615 M Street, N.W.
 6        Suite 400
          Washington, D.C. 20036
 7        (202) 326-7900
          ashen@kellogghansen.com
 8        mkellogg@kellogghansen.com
          Cyoung@kellogghansen.com
 9        Representing the Defendant,
          Kingdom of Saudi Arabia
10
11
          JONES DAY
12        BY: ERIC SNYDER, ESQUIRE
          BY: STEVEN COTTREAU, ESQUIRE
13        BY: GABRIELLE PRITSKER, ESQUIRE
          51 Louisiana Avenue, N.W.
14        Washington, D.C. 20001
          (202) 879-3939
15        esnyder@jonesday.com
          scottreau@jonesday.com
16        gpritsker@jonesday.com
          Representing the Defendant,
17        Dubai Islamic Bank
18
19
          MOLOLAMKEN LLP
20        BY: ERIC R. NITZ, ESQUIRE
          BY: ROBERT K. KRY, ESQUIRE
21        600 New Hampshire Avenue, N.W.
          Washington, DC 20037
22        (202) 556-2000
          enitz@mololamken.com
23        rkry@mololamken.com
          Representing the Defendant,
24        Dallah Avco
```

This Transcript Contains Confidential Material

1   APPEARANCES: (Continued)

2

3          LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
           BY: SUMAYYA KHATIB, ESQUIRE
4          BY: AISHA E.R. BEMBRY, ESQUIRE
           1101 New York Avenue, N.W.
5          Suite 1000
           Washington, DC 20005
6          (202) 833-8900
           sumayya.khatib@lbkmlaw.com
7          aisha.bembry@lbkmlaw.com
           Representing the Defendants,
8          Muslim World League, the
           International Islamic Relief
9          Organization, and
           Drs. Turki, Al-Obaid, Naseef and Basha

10

11

12         LAW FIRM OF OMAR T. MOHAMMEDI, LLC
           BY: JILL L. MANDELL, ESQUIRE
13         233 Broadway
           Suite 820
14         New York, New York 10279
           (212) 725-3846
15         jmandell@otmlaw.com
           Representing the Defendant,
16         WAMY and WAMY International

17

18

           THE LAW OFFICES OF GEORGE R.
19         SALEM, PLLC
           BY: GEORGE R. SALEM, ESQUIRE
20         500 8th Street N.W.
           Suite 210
21         Washington, D.C. 20004
           (202) 887-1140
22         gsalem@georgesalempllc.com
           Representing the Defendant,
23         Dallah Avco

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1    APPEARANCES: (Continued)
2

     ALSO PRESENT:
3

4    David Lane, Videographer
     Dianne Int-Hout, Trial Technician
5

6    John Fawcett, Staff, Kreindler & Kreindler
     Debra Pagan, Paralegal, Kreindler & Kreindler
7    Gavin Simpson
     Julia Sienski, Client Liaison, Kreindler &
8    Kreindler
     Catherine Hunt, Consultant, Kreindler &
9    Kreindler
10

     Raymond Rivera, IT, Cozen O'Connor
11

12   Richard Cashon, Paralegal, Motley Rice
13

     Hannah Lee, Paralegal, MoloLamken LLP
14

     Abdelgader Hasim, Dallah Avco, Kingdom of
15   Saudi Arabia
16

     Ed Beeter, Check Interpreter
17   Marwan Abdel-Rahman, Interpreter
     Bachar Al-Halabi, Interpreter
18   Rodina Mikhail, Interpreter
19

     Ziad al-Sudiary
20
21
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                     -  -  -
 2               I N D E X
 3                     -  -  -
 4
     Testimony of:  OMAR AL-BAYOUMI
 5
 6       By Mr. Pounian              547, 799
         By Mr. Kry                  605
 7       By Mr. Shen                 721
         By Mr. Carter               829
 8
 9                     -  -  -
10               E X H I B I T S
11                     -  -  -
12
     NO.                DESCRIPTION           PAGE
13
     al-Bayoumi-710    KSA0000000882
14                     Employee Performance
                       Review                551
15
     al-Bayoumi-711    KSA0000000903
16                     5/8/2000 Letter       557
17   al-Bayoumi-712    KSA0000000902
                       5/9/2000 Letter       566
18
     al-Bayoumi-713    FBI 11531             574
19
     al-Bayoumi-714    FBI 11489             576
20
     al-Bayoumi-715    FBI 10254             578
21
     al-Bayoumi-716    No Bates
22                     FBI: Phone to Sudairy 584
23   al-Bayoumi-717    No Bates
                       LinkedIn Profile      604
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    -   -   -
 2             E X H I B I T S
 3                    -   -   -
 4
      NO.                 DESCRIPTION              PAGE
 5
      al-Bayoumi-718     KSA0000000629
 6                       Statement of Jobs         606
 7    al-Bayoumi-719     KSA0000004515
                         Human Resources
 8                       Department Letter         621
 9    al-Bayoumi-720     PEC-KSA1-000071-0083
                         San Diego State
10                       University Records        628
11    al-Bayoumi-721     DA001105-1106
                         12/6/94 Letter            633
12
      al-Bayoumi-722     KSA0000001032-1033
13                       5/30/94 Letter            635
14    al-Bayoumi-723     KSA0000001040-1041
                         11/6/94 Letter            637
15
      al-Bayoumi-724     KSA0000001046
16                       2/7/1995 Letter           638
17    al-Bayoumi-725     DA002268-2269
                         Presidency of Civil
18                       Aviation Purchase
                         Request                   643
19
      al-Bayoumi-726     DA002281
20                       9/10/94 Fax               644
21    al-Bayoumi-727     PEC-KSA1-000035-0036
                         ESL Language Centers
22                       Academic Report           656
23    al-Bayoumi-728     PEC-KSA1-000044-0047
                         West Coast University
24                       Transcript                657
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                      -  -  -
 2              E X H I B I T S
 3                      -  -  -
 4
     NO.                DESCRIPTION              PAGE
 5
     al-Bayoumi-729     PEC-KSA1-000061
 6                      Alliant International
                        University Transcript   657
 7
     al-Bayoumi-730     DA000298
 8                      January 2000 Letter      664
 9   al-Bayoumi-731     FBI 003891               675
10   al-Bayoumi-732     DA001104
                        4/7/99 Letter            678
11
     al-Bayoumi-733     KSA0000003319-3290
12                      Nonconsecutive Bates,
                        Contract No.
13                      PCA-AE-97-020            694
14   al-Bayoumi-734     DA000601-0602
                        8/27/01 Letter           707
15
     al-Bayoumi-735     KSA0000000894
16                      5/5/02 Letter            711
17   al-Bayoumi-736     No Bates
                        10/23/03 Letter          730
18
     al-Bayoumi-737     FBI 2808                 735
19
     al-Bayoumi-738     KSA0000006464
20                      Ministry of Interior,
                        Entrance and Exit
21                      Information              745
22   al-Bayoumi-739     KSA0000007996-8020
                        Passport
23                      Documentation            749
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2             E X H I B I T S

 3                    -  -  -

 4

     NO.                DESCRIPTION              PAGE
 5
     al-Bayoumi-740     KSA0000000712
 6                      6/25/95 Letter           758
 7   al-Bayoumi-741     KSA0000001837-1840
                        West Coast University
 8                      Transcript                765
 9   al-Bayoumi-742     KSA0000000908
                        United States International
10                      University Transcript   768
11   al-Bayoumi-743     PEC-KSA1-000067-0070
                        Keller School of
12                      Management Transcript   770
13   al-Bayoumi-744     KSA0000000739
                        San Diego Community
14                      College Certificate      773
15   al-Bayoumi-745     KSA0000000741
                        San Diego Community
16                      College Certificate      775
17   al-Bayoumi-746     FBI 1027-1032           793
18   al-Bayoumi-747     FBI 2813-2818           813
19   al-Bayoumi-748     FBI 3262-3269           818
20   al-Bayoumi-749     FBI 10035-10037         819
21   al-Bayoumi-750     FBI 1419-1422           830
22   al-Bayoumi-751     FBI 1423-1426           832

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2          DEPOSITION SUPPORT INDEX

 3                    -  -  -

 4

 5   Direction to Witness Not to Answer

 6   Page Line     Page Line      Page Line

 7   None

 8

 9

10   Request for Production of Documents

11   Page    Line  Page Line      Page Line

12   677     15

13

14

15   Stipulations

16   Page Line     Page Line      Page Line

17   545     1

18

19

20   Question Marked

21   Page Line     Page Line      Page Line

22   None

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    -  -  -

2              (It is hereby stipulated and

3         agreed by and among counsel that

4         sealing, filing and certification

5         are waived; and that all

6         objections, except as to the form

7         of the question, will be reserved

8         until the time of trial.)

9                    -  -  -

10             VIDEO TECHNICIAN:  We are

11        now back on the record.  My name

12        is David Lane, a videographer for

13        Golkow Litigation Services.

14        Today's date is June 11th, 2021.

15        Our time is 7:04 a.m. Eastern

16        Standard Time.

17             This remote video deposition

18        is being held in the matter of the

19        Terrorist Attacks on September

20        11th, 2001.  Our deponent today is

21        Omar al-Bayoumi.

22             All parties to this

23        deposition are appearing remotely

24        and have agreed to the witness
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       being sworn in remotely.

2               Due to the nature of remote

3       reporting, please pause briefly

4       before speaking so that all

5       parties are heard completely.

6               Our counsel will be noted on

7       the stenographic record.  The

8       court reporter today is Amanda

9       Miller.

10              I want to remind the

11      interpreters, as well as the

12      witness, you're still under oath

13      from yesterday.

14                      -   -   -

15              BACHAR AL-HALABI, RODINA

16      MIKHAIL and MARWAN ABDEL-RAHMAN

17      were previously duly sworn to

18      translate questions from the

19      English language to the Arabic

20      language and the answers from the

21      Arabic language to the English

22      language.

23                      -   -   -

24              OMAR AL-BAYOUMI, after

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           having been previously duly sworn,

2           was further examined and testified

3           as follows:

4                     -   -   -

5               VIDEO TECHNICIAN:   Please

6           begin.

7                     -   -   -

8                  EXAMINATION

9                     -   -   -

10   BY MR. POUNIAN:

11          Q.    Sir, in the year 2000, did

12   you travel to Saudi Arabia?

13          A.    Yes.

14          Q.    And what was the purpose of

15   your trip?

16          A.    The purpose for my trip was

17   to go back to my work, first of all.  And

18   also to pursue my studies at Aston

19   University.

20          Q.    And where did you return --

21   where did you go to work in Saudi Arabia?

22          A.    My office.

23          Q.    And that was in Jeddah at

24   Airways Engineering?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     A.    Yes.  Yes.

2     Q.    And did you have an office

3   at that Airways Engineering building in

4   Jeddah?

5     A.    Yes.

6     Q.    And can you describe the

7   office to us?

8     A.    An ordinary office.  Perhaps

9   4 by 4 meters.  It had a desk and a

10  telephone, computer.

11    Q.    And did Alp Karli have an

12  office nearby your office?

13    A.    Yes.

14    Q.    And what work did you do

15  when you went back to Saudi Arabia at

16  that time?

17    A.    It was auditing

18  transactions, purchases, salaries.  And

19  secondments.

20    Q.    And did you receive a

21  paycheck from the Presidency of Civil

22  Aviation for the work that you did at

23  that time?

24    A.    No.  The aviation didn't

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    give me.

2              MR. POUNIAN:  If we could

3         show the witness, please,

4         Exhibit-377.

5    BY MR. POUNIAN:

6         Q.    Sir, can you tell us what

7    this document is?

8         A.    I don't know it.

9         Q.    Do you see your name on the

10   document?

11        A.    Yes.

12        Q.    And it's an employee

13   performance review.

14              Do you see that?

15        A.    Yes.

16        Q.    And who was responsible for

17   giving you an employee performance review

18   at the Presidency of Civil Aviation?

19        A.    I don't know.

20        Q.    Well, who would have filled

21   out this document, sir?

22        A.    I don't know.

23              MR. POUNIAN:  Well, if we

24        could scroll down in the document.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       If we could show the full

2       document.

3    BY MR. POUNIAN:

4       Q.    You received certain ratings

5    here in the middle of the document.  You

6    received the highest ratings, sir.

7             Who was rating you?

8       A.    I don't know.

9       Q.    And if we look at the upper

10   right-hand corner, it has a date of March

11   31st, 2000.

12             MR. SHEN:  Steve, is that an

13       Arabic version?

14             MR. POUNIAN:  If we could --

15       if we could make that larger, yes.

16       You need the entire date there.

17       The entire corner there of the

18       document, all the way down.

19             You're missing it.

20             It's down further in the

21       box.  In the upper right-hand

22       corner of the document.  There you

23       go.  It's the bottom part there.

24   BY MR. POUNIAN:

This Transcript Contains Confidential Material

1          Q.    Do you see, sir, a date?

2          A.    Yes.

3          Q.    And it's March -- it's the

4     year 1420, the 12th month, 25th day.

5                Do you see that, sir?

6          A.    Yes.

7          Q.    And were you aware that you

8     were getting a performance review at that

9     time?

10               MR. KRY:  Objection.

11          Misstates the document.

12               MR. SHEN:  Objection.

13          Objection to form.  That's not

14          what the document says.

15               THE WITNESS:  No.

16               MR. POUNIAN:  Can we show

17          the witness and mark the next

18          exhibit KSA 882, please.

19                    -  -  -

20               (Whereupon, Exhibit

21          al-Bayoumi-710, KSA0000000882,

22          Employee Performance Review, was

23          marked for identification.)

24                    -  -  -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1   BY MR. POUNIAN:

 2        Q.    Again, sir, this is an

 3   employee performance review with your

 4   name on it.

 5              Have you seen this document

 6   before?

 7        A.    No.

 8        Q.    And, again, sir, you get the

 9   highest ratings on the chart.

10              Do you recognize the

11   signature on the -- on this document?

12        A.    No.

13              MR. POUNIAN:  If we look to

14        the left of that signature, if we

15        could highlight the little

16        initials there in the same box to

17        the left.

18   BY MR. POUNIAN:

19        Q.    Do you recognize the

20   initials of Alp Karli there, sir?

21        A.    It's not that clear.

22        Q.    Do you recognize those as

23   the initials of Alp Karli?

24        A.    It's pretty much Alp Karli,
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   but not clear.  It's pretty much Alp

2   Karli, but not clear.

3          Q.    But it looks like Alp Karli

4   to you, right?

5          A.    Yes.  Alp Karli usually put

6   a little A, then signs.

7          Q.    And have you seen his

8   initials before, sir?

9          A.    The initials -- this

10  initial -- these initials, no.

11         Q.    But you said it looks like

12  Alp Karli?

13         A.    Yes.  Alp Karli would start

14  with a capital letter A, then --

15              (The Witness) Big one.

16              (Through Interpreter) --

17  then would sign.  But this photo is not

18  that clear.

19         Q.    Sir, when you were in the

20  United States in the year 2000, did you

21  apply for graduate school?

22         A.    Yes.

23         Q.    And where did you apply to

24  graduate school?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    Many universities in America
2    and Britain.
3      Q.    And where did you apply in
4    America?
5      A.    I don't remember, but to
6    many universities.  I would send one
7    generic e-mail to all universities.
8      Q.    And did you apply to George
9    Washington University?
10     A.    I applied for George
11   Washington University.  I applied for
12   many universities, very many.
13     Q.    And what course of study did
14   you apply for at George Washington
15   University?
16     A.    In the year 2000, I was
17   trying to pursue a doctorate degree in
18   the United States.  But the system in the
19   United States would require me to be here
20   for four years, and I did not have that
21   long.  So I applied in Britain.
22     Q.    Sir, I was asking you about
23   George Washington University and what
24   course of study you applied for at that

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   school.

2            Could you tell us, sir, what

3   is the course of study you applied for at

4   George Washington University?

5            MR. POUNIAN:  It looks like

6        we're frozen.

7            VIDEO TECHNICIAN:  We're

8        going to go off the record, 7:19

9        a.m.

10                 -  -  -

11           (Whereupon, a brief recess

12       was taken.)

13                 -  -  -

14           VIDEO TECHNICIAN:  We're

15       back on the record at 7:22 a.m.

16  BY MR. POUNIAN:

17       Q.    The outstanding question,

18  sir, was, what was the course of study

19  you applied for at George Washington

20  University?

21       A.    I did not correspond with

22  George Washington alone.  I corresponded

23  with many universities for the Ph.D.

24       Q.    I'm asking, sir,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    specifically with regard to George

2    Washington.

3             Did you apply there for

4    admission for the doctorate program?

5        A.   I don't remember.  I

6    corresponded with many universities.  But

7    regarding George Washington specifically,

8    I don't remember.

9             INTERPRETER ABDEL-RAHMAN:

10        And the interpreter has a problem

11        hearing both Mr. Pounian and the

12        witness.  Is there a way that we

13        could turn the audio up, please?

14        Thank you.

15             MR. POUNIAN:  Can you hear

16        me now?

17             INTERPRETER ABDEL-RAHMAN:

18        Barely.

19             MR. SHEN:  I hear you fine.

20        I think it might be Marwan's

21        computer.

22             MR. POUNIAN:  Marwan, it

23        must be on your end.

24             MR. KRY:  Yes, we hear you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          fine, too.

2                INTERPRETER AL-HALABI:

3          Marwan, I'll take over.

4                MR. POUNIAN:   If we could

5          place and mark as the next exhibit

6          KSA 903, please.

7                     -   -   -

8                (Whereupon, Exhibit

9          al-Bayoumi-711, KSA0000000903,

10         5/8/2000 Letter, was marked for

11         identification.)

12                    -   -   -

13    BY MR. POUNIAN:

14         Q.    Sir, this is a letter that

15    was produced to us by the Kingdom of

16    Saudi Arabia from its files.

17              Have you seen this letter

18    before?

19         A.    I don't remember it, no.

20         Q.    The letter states that

21    you -- it's addressed to you, and it says

22    that you've been accepted to begin the

23    Ph.D. program in the finance department

24    at -- and it's from George Washington

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    University.

2              Do you see that, sir?

3         A.    Yes, I see it.

4         Q.    And did you apply to the

5    doctorate program at George Washington

6    University?

7              MR. SHEN:  Asked and

8         answered.

9              You can answer again.

10             THE WITNESS:  I don't

11        remember.  I sent an e-mail to

12        many universities, but I don't

13        remember exactly.

14   BY MR. POUNIAN:

15        Q.    Did you apply, sir, to

16   George Washington University?

17             MR. SHEN:  You asked that

18        exact question.  Objection.

19             MR. POUNIAN:  I'm trying to

20        get an answer.

21             MR. SHEN:  He just answered

22        you, three times.

23             MR. CARTER:  Andy, he has

24        not answered that question.  He's

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          talked about sending e-mails.

2                    The question is whether or

3          not he applied for the Ph.D.

4          program.  It's a totally different

5          question.

6                    MR. SHEN:  Why don't you

7          read the answer to the last

8          question that he asked?  He

9          answered it specifically.

10                    MR. HAEFELE:  Andy, are you

11         instructing him not to answer the

12         question?  If not, then just let

13         him just answer.

14                    MR. SHEN:  He can answer for

15         the fourth time.  You have a

16         limited amount of time.  If you

17         want to ask the same question over

18         and over and over again, that's

19         your prerogative.

20                    THE WITNESS:  I don't

21         remember.

22    BY MR. POUNIAN:

23         Q.   Well, sir, since this letter

24    was found in your files at the Kingdom of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  Saudi Arabia, can we assume that you did

2  file an application to the George

3  Washington University for a Ph.D.

4  program?

5          MR. KRY:  Objection to form.

6          MR. SHEN:  Mischaracterizes

7      the document.

8          THE WITNESS:  I mentioned

9      before that I don't remember.  I

10     corresponded with many

11     universities, not only George

12     Washington.  I corresponded with

13     many and I got many answers.

14          But in America, it's four

15     years, and I didn't have four

16     years.  That's why I went to

17     Britain.

18 BY MR. POUNIAN:

19     Q.   You obtained this letter

20 that is marked as an exhibit in front of

21 you now?

22          MR. SHEN:  I'm sorry, what

23     did you say?  Did you obtain it?

24          MR. POUNIAN:  Yes.  Did he

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          obtain it.

2                    MR. SHEN:  Objection to

3          form.  Vague and ambiguous.

4                    THE WITNESS:  I don't

5          remember it at all.

6    BY MR. POUNIAN:

7          Q.    There's a fax header on this

8    document, sir, from an Aliiali.

9                    Do you see that?

10         A.    Yes.  Yes, I see it.

11         Q.    Do you know who that is?

12         A.    No.  But it's written,

13   George Washington University.

14         Q.    What's written George

15   Washington University?

16         A.    The one with the highlights.

17         Q.    All right.

18                   MR. POUNIAN:  If we could

19         show the witness what's been

20         marked as Exhibit-384.

21   BY MR. POUNIAN:

22         Q.    This is a letter about you

23   from Mohammad al-Salmi.

24                   Do you see that, sir?
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    Yes, I see it.

2    Q.    And do you see the date of

3  the letter, sir?

4    A.    Yes.

5    Q.    And what's the date?

6    A.    Yes.  6/2/1421.

7    Q.    And Mr. Salmi states that,

8  Attached is a copy of a letter issued by

9  the George Washington University

10  confirming that they've accepted the said

11  employee -- who is you -- to prepare for

12  the Ph.D. degree.

13          Do you see that, sir?

14    A.    Yes, I see it.

15    Q.    And did you provide Mr.

16  Salmi with the letter from George

17  Washington University regarding the Ph.D.

18  program?

19    A.    I didn't give it to

20  al-Salmi.  I didn't have direct

21  communication with him, with al-Salmi

22  directly.  I sent it to my division, the

23  division of finance and contract.

24          But as far as studying in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   America, that was -- that was unlikely,

2   because I couldn't stay four years.  They

3   were asking -- they were requiring to

4   stay four years for the Ph.D., and I

5   didn't have four years.  So I headed to

6   Britain directly.

7          Q.    So am I correct, sir, you

8   sent the letter of George Washington

9   University that we showed you before and

10  you sent that to the contract department?

11              MR. SHEN:  Objection.

12          Mischaracterizes his testimony.

13              MR. KRY:  Objection to form.

14              THE WITNESS:  I don't

15          remember, no.

16  BY MR. POUNIAN:

17          Q.    You said, I sent it to my

18  division, the division of finance and

19  contract.

20              You sent the letter, the

21  George Washington University letter, to

22  that division; am I right, sir?

23              MR. SHEN:  Objection.

24              THE WITNESS:  I sent many of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1            the acceptance letters that I had,
2            because I was -- for me, it was
3            unlikely to study in America
4            because it was -- the period of
5            time was too long.  And I only had
6            two years.  Therefore, I went to
7            Britain.
8      BY MR. POUNIAN:
9            Q.    Sir, Mr. Salmi, in his
10     letter that we just showed you, refers --
11     and that's on the screen right now,
12     refers to a specific letter from George
13     Washington University.
14                And we just showed you
15     Exhibit-711, the letter from George
16     Washington University.
17                Did you send that letter to
18     either the contracts department or anyone
19     else at Airways Engineering?
20                MR. SHEN:  Objection.  Asked
21            and answered multiple times.
22                THE WITNESS:  Specifically,
23            I don't remember, no.
24     BY MR. POUNIAN:
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.    Well, how did Mohammad
2   al-Salmi get this letter, the George
3   Washington University letter, and how is
4   it in the Kingdom of Saudi Arabia files?
5             MR. SHEN:  Objection.
6             MR. KRY:  Objection.
7             MR. SHEN:  Calls for
8        speculation.
9             THE WITNESS:  You're asking
10        me specifically about this
11        document?  I don't remember.
12             What I remember, I remember
13        many acceptances from many
14        universities, including Aston
15        University.  The rest, I don't
16        remember it specifically, the one
17        from America, because of the long
18        time period.  I don't remember it.
19   BY MR. POUNIAN:
20        Q.    Sir, do you know a man named
21   Ali Isa Ali?
22        A.    No.
23        Q.    Sir, did you present a fake
24   acceptance letter from George Washington

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    University in support of a leave request

2    at --

3                MR. SHEN:  Objection.

4    BY MR. POUNIAN:

5        Q.    -- Airways Engineering?

6                MR. SHEN:  Objection.

7                MR. KRY:  Join.

8                THE WITNESS:  I'm over 60 --

9        I'm over 60 years old.  I don't

10       remember, ever, that I ever, ever

11       faked anything.

12               MR. POUNIAN:  If we could

13       put Exhibit-902 before the

14       witness, please -- KSA 902 as the

15       next exhibit.

16               What will that be?

17               COURT REPORTER:

18       Exhibit-712.

19               MR. POUNIAN:  Thank you.

20                    -  -  -

21               (Whereupon, Exhibit

22       al-Bayoumi-712, KSA0000000902,

23       5/9/2000 Letter, was marked for

24       identification.)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1                    -   -   -

2    BY MR. POUNIAN:

3         Q.    Sir, is this a letter that

4    you wrote requesting a study leave?

5         A.    Yes.

6         Q.    And the date of this letter

7    was on the 4th day of the second month of

8    the year 1421, which is May 9th, 2000; is

9    that correct?

10        A.    Yes.  I don't know if it

11   corresponds with the Gregorian date, but

12   the Hijri date in front of me, yes.

13        Q.    And where were you at that

14   time?

15        A.    When?

16        Q.    When you signed this letter.

17        A.    Honestly, I don't remember.

18        Q.    Sir, isn't it true that you

19   were in Jeddah at Airways Engineering

20   when you wrote this letter?

21        A.    I don't remember, no.

22        Q.    Well, you were --

23        A.    You can check it on my

24   passport, whether I was in Saudi Arabia

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  or not.  But I don't remember.

2      Q.   Well, you were in Saudi

3  Arabia, sir, according to your passport.

4  That's why I'm asking you the question.

5           I was trying to see if you

6  would remember that.  But you were there

7  at that time.

8           MR. SHEN:  Objection.  If

9      you want to make a representation,

10     you can make it.

11          MR. POUNIAN:  I just did.

12          And could we show the

13     witness again Exhibit-711?  Just

14     put it next to this, please.

15  BY MR. POUNIAN:

16     Q.   The day before you filed the

17  leave request, there's a letter dated May

18  8th, 2000, that was faxed on May 8th.

19          And did you obtain that

20  letter, sir, to support your leave

21  request?

22     A.   I don't remember it, no.  I

23  don't remember.

24          As I mentioned before, I

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    received many acceptance letters, not

2    only from George Washington.  I don't

3    remember specifically George Washington.

4                    MR. POUNIAN:  Could we put

5            up on the left side of the screen

6            Exhibit-384, please?

7    BY MR. POUNIAN:

8            Q.    Two days after you requested

9    the leave request, then --

10                   MR. POUNIAN:  By the way,

11           before you take that down.  If we

12           could just put that back for a

13           second.

14   BY MR. POUNIAN:

15           Q.    Sir, do you recognize the

16   signature on the bottom of that page,

17   sir?

18           A.    (The Witness) Yes, this is

19   my signature.  This is my signature, yes.

20           Q.    That's your signature.

21                 And do you recognize the

22   signature below that?

23           A.    No.

24           Q.    You don't recognize this as

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  Mohammad Salmi's signature?

2       A.    I don't know, but it's

3  possible.  I don't -- I don't know.  I

4  don't remember.  No, I don't remember.

5       Q.    And he said there's no

6  objection, and there's a signature there.

7             MR. POUNIAN:  And could we

8        now put up Exhibit-384.

9  BY MR. POUNIAN:

10      Q.    And then two days later,

11  Mohammad Salmi writes this letter to the

12  personnel department in support of your

13  study leave request and citing a letter

14  from George Washington University.

15            Do you see that, sir?

16      A.    Yes, I see that.

17      Q.    And isn't it true, sir, that

18  you obtained this letter, this George

19  Washington University letter, in support

20  of your leave request?

21            MR. SHEN:  Objection.  Asked

22        and answered seven or eight times

23        already.

24            THE WITNESS:  I don't

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          remember.  But I have many

2          documents from many universities

3          to support.  I could have put any

4          university I wanted.

5              This specifically, I don't

6          remember.  I got many acceptances,

7          like Aston University.  I could

8          have put Aston and I could have

9          gotten it approved.  But this, I

10         don't remember.

11    BY MR. POUNIAN:

12         Q.    When were you accepted to

13    Aston University?

14         A.    The year 2000.

15         Q.    When?

16         A.    (In English) I don't know

17    specific dates.  I don't know.  You'll

18    find it in my records.

19         Q.    Were you accepted at the

20    time you filed this study leave request?

21         A.    I don't know.

22         Q.    Sir, do you know a man named

23    Ahmed al-Hamdan?

24         A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And who is Ahmed al-Hamdan?

2    A.    A person who sent his kids

3  to study in San Diego.

4    Q.    And where did you first know

5  Ahmed al-Hamdan?

6    A.    From the community.

7    Q.    What community?

8    A.    In Jeddah.

9         MR. SHEN:  I'm going to

10        note, for the record, we're past

11        the 14-hour mark.  I'm going to

12        give you a little bit of time to

13        clean up any loose ends, and then

14        we're going to have to move on to

15        Robert.

16        MR. POUNIAN:  I have at

17        least another hour left on this.

18        MR. SHEN:  I assume that you

19        want to ask some questions for --

20        on rebuttal, which comes out of

21        your time also.  So why don't you

22        try to wrap this up in the next

23        half hour or so?

24        MR. POUNIAN:  I don't think

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          we need to have all this

2          translated.  I'm not questioning

3          the translator, but let's just

4          move on.

5                MR. SHEN:  Let's just move

6          on.

7                MR. POUNIAN:  That's what

8          I -- that's what I just said.

9    BY MR. POUNIAN:

10         Q.    What position did Ahmed

11   Hamdan hold in the Saudi government?

12         A.    He was an employee.

13         Q.    Where?

14         A.    As far as I remember, he was

15   in the finance.

16         Q.    And why did Ahmed Hamdan

17   send you $20,000 in February of 1999?

18         A.    Because he sent one of his

19   kids, in the beginning, to study.  I was

20   helping him in the expenses for the

21   study.  He sent specific -- specific

22   amount for him to spend from.

23         Q.    Do you know a man named

24   Suliman al-Ali?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    No.

2      Q.    Do you know a company, an

3   organization called Sana-Bell?

4      A.    No.

5           MR. POUNIAN:    ███████████████

6   ███████████████████████████████████████

7   ███████████████████████████████████

8   ███████████████

9                  -   -   -

10              ██████████████████████

11  ███████████████████████████████████

12  ████████████████████████████████

13                 -   -   -

14          VIDEO TECHNICIAN:    ████████████

15  ██████████████████

16          MS. PRITSKER:    ██████████████

17  ███████████████████████████████████

18  ██████████████

19          VIDEO TECHNICIAN:    ███████████████

20                 -   -   -

21              █████████████████████████

22                 -   -   -

23          VIDEO TECHNICIAN:    █████████

24              ████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    BY MR. POUNIAN:

2            Q.

3

4            A.

5

6            Q.

7                    MR. POUNIAN:

8

9

10

11

12    BY MR. POUNIAN:

13            Q.

14

15

16            A.

17                    MR. POUNIAN:

18

19

20

21    BY MR. POUNIAN:

22            Q.

23

24            A.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    Q.

2

3    A.

4    Q.

5

6    A.

7

8

9

10

11

12    Q.

13

14

15    A.

16

17

18         MR. POUNIAN:

19

20

21              -    -    -

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1                  -   -   -

 2           MR. POUNIAN:

 3

 4

 5

 6    BY MR. POUNIAN:

 7           Q.

 8

 9

10           A.

11

12

13

14

15

16

17

18

19

20

21           Q.

22

23

24           A.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1      Q.

2

3

4

5

6      A.

7

8

9

10     Q.

11

12     A.

13

14

15

16

17

18

19

20

21          MR. POUNIAN:

22

23

24              -    -    -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1      ▄▄▄▄▄▄▄▄▄▄▄▄▄

2      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

3      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

4      -   -   -

5      BY MR. POUNIAN:

6      Q.  ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

7      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

8      ▄▄▄▄▄▄▄▄▄▄▄▄

9      A.  ▄▄▄

10     Q.  ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

11     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

12     ▄▄

13     A.  ▄▄▄▄▄▄▄▄▄▄▄▄

14     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

15     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

16     ▄▄▄▄▄▄▄▄  ▄▄▄▄▄▄▄

17     ▄▄▄▄▄▄▄▄▄▄▄▄▄

18     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

19     ▄▄▄▄▄▄  ▄▄▄▄▄▄▄▄

20     Q.  ▄▄▄▄▄▄▄▄▄▄▄▄▄

21     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

22     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

23     ▄▄▄▄▄▄▄▄▄▄▄▄▄

24     ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

This Transcript Contains Confidential Material



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    A.    █████████

2    Q.    ███████████████████

3    ██████████████████████  ███

4    ████████████

5          MR. SHEN:  ████████

6          THE WITNESS:  ███████

7    █████████████████████

8       ████████████████████

9    ████████████████████████

10   █████████████████████████

11   ███████  ██████████████████

12   ██████████████████████

13   ████████████████████████

14   █████████████████████████

15   ██████████████████████████

16   ██████████████  ████████████

17   ████████████

18 BY MR. POUNIAN:

19   Q.    ████████████████

20   ██████████████████

21       █████████████████████████

22   ████

23   A.    ████

24       ████████████████████

                ██████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    Q. ▮▮▮▮▮▮▮▮▮▮

2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮▮

4    A. ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮

5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6    ▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮

7    ▮▮▮

8    Q. ▮▮▮▮▮▮▮▮▮▮▮

9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮

11   A. ▮▮

12   Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15   A. ▮▮

16   Q. ▮▮▮▮▮▮▮▮▮▮▮▮

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18       MR. SHEN: ▮▮▮▮▮▮

19       THE WITNESS: ▮▮

20   BY MR. POUNIAN:

21   Q. ▮▮▮▮▮▮▮▮▮▮▮▮

22   ▮▮▮▮▮▮▮▮▮▮▮▮▮

23   A. ▮▮

24   Q. ▮▮▮▮▮▮▮▮▮▮▮▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1
2
3
4
5      A.
6      Q.
7
8      A.
9      Q.
10
11
12
13
14
15
16          MR. SHEN:
17
18          THE WITNESS:
19
20
21
22
23
24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3    BY MR. POUNIAN:

4         Q.

5

6         A.

7

8

9

10

11

12         MR. POUNIAN:

13

14

15         VIDEO TECHNICIAN:

16         MR. POUNIAN:

17

18

19              –   –   –

20

21

22

23

24              –   –   –

This Transcript Contains Confidential Material



1   BY MR. POUNIAN:

2        Q.

3

4

5

6

7

8            MR. POUNIAN:

9   BY MR. POUNIAN:

10       Q.

11

12

13

14

15

16           MR. SHEN:

17

18

19

20  BY MR. POUNIAN:

21       Q.

22

23           MR. SHEN:

24           THE WITNESS:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ████████████    ████████████████

2    ████████████████████████████

3    BY MR. POUNIAN:

4         Q.    ████████████████████

5    ██████████████████████████████████

6    ████████████████████████████████

7    ████████████████████████████████

8    ██████████████████████████████████

9    ████████████████████████████████████

10   ████████████████████████████████

11        A.    ████████████████████████

12   ████████████████████    ████████████

13   ██████████████████████    ████████████

14   ████████████

15        Q.    ████████████████████████

16   ████████████████████████████████

17   ████████

18        A.    ████████████████████████

19        Q.    Do you know a man named

20   Osama Bosnan?

21        A.    His wife was friends with my

22   wife.

23        Q.    And did you know him?

24        A.    Superficial knowledge from

████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    the mosque.

2         Q.    And what was he doing in San

3    Diego?

4         A.    I don't know.

5         Q.    Did you know that he had

6    worked at one time at the Saudi Embassy

7    in Washington, D.C.?

8         A.    I didn't know.

9         Q.    Do you know a man named

10   Yassar Bushnak?

11        A.    No.

12        Q.    Now, your phone records,

13   also, sir, show calls on February 4th,

14   2000, to Anwar Aulaqi, followed by --

15   that's at 4:40 p.m., followed by a call

16   to the Al-Rribaat Mosque at 4:42 p.m.,

17   and another call to the Al-Rribaat Mosque

18   at 4:43 p.m.

19             Why were you trying to reach

20   Anwar Aulaqi on February 4th, 2000?

21             MR. SHEN:  Objection to

22        form.

23             THE WITNESS:  I don't recall

24        specifically calling him.  But if

This Transcript Contains Confidential Material

 1          I called him, that must have meant
 2          that there was an outstanding
 3          question that was asked and it
 4          required an answer.
 5              So someone must have had a
 6          question that I directed to him to
 7          answer.
 8   BY MR. POUNIAN:
 9          Q.    And who had that question,
10   sir?
11          A.    (The Witness) Many people --
12   many people ask questions.  I don't know
13   exactly.
14          Q.    And you sent them to Anwar
15   Aulaqi?
16          A.    Maybe the contact attempt
17   was made to get an answer for the
18   question.  It could have been made to
19   Anwar Aulaqi, to the Islamic Center, to
20   any place which had Sheikhs.
21          Q.    And you would call Anwar
22   Aulaqi to make such -- forward such
23   questions -- to forward such questions?
24          A.    Not necessarily Anwar

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Aulaqi, per se.  To anyone that could

2    possibly answer the question.

3              And the document that we had

4    yesterday in red, which showed telephone

5    numbers and names of Al-Rribaat Mosque

6    and others, that was used by people to

7    reach out to others to get answers to

8    their questions.

9         Q.    And you reached out to Anwar

10   Aulaqi on occasion; is that right?

11        A.    Very rarely that I would.

12        Q.    But you did, right?

13        A.    Yes, I did, on occasions,

14   like when there were dinners or

15   something.  But not too many times.

16   Perhaps once or twice.

17        Q.    Now, Mohdar Abdullah was

18   interviewed numerous times by the FBI.

19   And the FBI reports state that he told

20   the FBI that you asked him to help Nawaf

21   and Khalid shortly after they arrived in

22   San Diego.

23              Is that -- did you do that,

24   sir?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.     That's incorrect.

 2                 But for newcomers, there

 3    were many people, like al-Mohdar, who

 4    liked to help anybody, to help everyone.

 5    Especially those who needed money, they

 6    liked to offer help so that they make

 7    some money on the side.

 8                 MR. SHEN:  We've gone for

 9          well over 30 minutes now.  So why

10          don't we -- you have five more

11          minutes, and then we're going to

12          take a break and pass it on to

13          Robert.

14                 MR. KRY:  We've given you

15          significant leeway over 14 hours.

16          But we do need to get to our

17          questioning.

18                 MR. POUNIAN:  It's just --

19          it's painful to hear both of you

20          talk about this as if we've had

21          leeway, when this has been

22          extremely difficult and, also,

23          we've been interrupted constantly.

24                 I have another line of
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    questions here.  Let me ask them,

2    and then we'll take a break.

3         MR. CARTER:  I do just want

4    to add to this, Andy, that I know

5    Robert suggested that this was not

6    a traditional practice.  But the

7    protocol requires that all the

8    colloquy be removed for purposes

9    of counting the time.  We haven't

10   bothered to go through that.

11        But it more than offsets the

12   time that you're saying we're over

13   the limit.

14        MR. SHEN:  We don't need to

15   be bean counters.  Like I said,

16   I'm not --

17        MR. CARTER:  I'm not being a

18   bean counter.

19        MR. SHEN:  -- ask redirect

20   questions.

21        MR. CARTER:  I think we have

22   14 hours, Andy, with the colloquy.

23        MR. SHEN:  I'm sure you're

24   going to ask redirect questions,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        which the protocol says comes out

2        of the time, too.  So let's wrap

3        this up just as quickly as we can

4        to make sure everyone gets their

5        chance to ask questions.

6             Please go ahead, Steve.

7    BY MR. POUNIAN:

8        Q.   Sir, when were you detained

9    in the United Kingdom?

10       A.   I don't remember the exact

11   date.  A week after the incidents.  I

12   don't remember exactly.

13       Q.   And before you were

14   detained, did you know that Nawaf and

15   Khalid were two of the hijackers involved

16   in the 9/11 attacks?

17       A.   I've seen it -- I've seen

18   some news.  But I wasn't concerned about

19   things like that.  My only concern was

20   study.  So I wasn't concerned about

21   things like that.

22       Q.   Sir, my question was, before

23   you were detained, did you know that

24   Nawaf and Khalid were two of the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    hijackers involved in the 9/11 attacks?

2          A.    I don't remember.

3          Q.    You seriously don't

4    remember, sir?

5                MR. SHEN:  Objection.  What

6          are you doing?  Come on.  If you

7          want to ask serious questions,

8          we're giving you time to ask

9          questions.

10               MR. POUNIAN:  I just find

11         that answer unbelievable.  That's

12         why I reacted that way.  It's

13         unbelievable.  That's why I

14         reacted.

15               MR. SHEN:  That's your own

16         opinion.

17               MR. POUNIAN:  I'm sorry,

18         but --

19               MR. SHEN:  It's clearly

20         inappropriate to tell the witness

21         his answer is unbelievable.

22               MR. HAEFELE:  Andy, make

23         your objection and move on.  Make

24         your objection and move on.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           MR. SHEN:  I'm going to stop

2       the deposition if it continues.

3       It was an argumentative question.

4           INTERPRETER AL-HALABI:  I'm

5       sorry.  There was an answer.

6           THE WITNESS:  I don't

7       remember specifically.

8   BY MR. POUNIAN:

9       Q.    Who were you questioned by

10  in the United Kingdom?

11      A.    The British government.

12      Q.    Before you were detained,

13  did you make any report to the

14  authorities about Nawaf and Khalid?

15      A.    No, not at all.  I was

16  watching soccer games and stuff like

17  that.  I was far away from these things.

18      Q.    And when you were detained,

19  were you questioned about Nawaf and

20  Khalid?

21      A.    Yes.

22      Q.    And was that the first time

23  you learned that they were involved in

24  the 9/11 attacks?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.    Can you repeat the question,

2    please?

3               MR. POUNIAN:  Could you

4          repeat it?

5               INTERPRETER AL-HALABI:

6          (Complies with request.)

7               THE WITNESS:  Yes, they

8          asked me about the attacks and

9          stuff like that.

10   BY MR. POUNIAN:

11        Q.    Sir, isn't it true that

12   before you were detained you knew that

13   Nawaf and Khalid were involved in the

14   9/11 attacks?

15               MR. SHEN:  Objection.  Asked

16          and answered.

17               THE WITNESS:  I didn't

18          remember them.  I didn't remember

19          their names until later.

20               During the investigations,

21          it appeared that they were living

22          near me.  I didn't -- I didn't

23          remember him -- remember them.  I

24          didn't remember them.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2        Q.    And you remember watching

3    soccer games in the weeks after 9/11?

4        A.    When the British police

5    came, I was watching a match between

6    Saudi and Bahrain.

7        Q.    Who questioned you, sir?

8        A.    (The Witness) A lot of

9    people there.

10            (Through Interpreter) A lot

11   of people there.  I don't -- I don't

12   know.

13       Q.    Did Scotland Yard

14   investigators question you, sir?

15       A.    Yes.  In Scotland Yard.  I

16   don't -- I don't know if they were

17   American or British.  But in Scotland

18   Yard, yes.

19       Q.    And was the Saudi Embassy

20   involved?

21       A.    No.

22       Q.    Were you given assistance

23   there by the Saudi Embassy?

24       A.    The assistance -- the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    assistance came from the British police.

2            Q.    Did they question you also?

3            A.    Who?

4            Q.    The British police, the UK

5    police.

6            A.    (The Witness) Hundreds of

7    questions.

8                  (Through Interpreter)

9    Hundreds of questions.

10                 MR. SHEN:  Okay.  Let's take

11           a break.  When we come back,

12           Robert can start his questioning.

13                 MR. POUNIAN:  You're cutting

14           me off?

15                 MR. SHEN:  Are you done with

16           this line?

17                 MR. POUNIAN:  It appears

18           that you're cutting me off from

19           it.

20                 MR. SHEN:  I'm asking, are

21           you done with this line of

22           questions?

23                 MR. POUNIAN:  It's -- I

24           don't think so.  But I --

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              MR. SHEN:  All right.  It's
 2         8:35 --
 3              MR. POUNIAN:  Why don't we
 4         take a break if you want?
 5              MR. SHEN:  No.  No.  We'll
 6         go to 8:40, you can finish this
 7         line of questions.  And then we'll
 8         go on to Robert.
 9              Go ahead.
10              MR. POUNIAN:  I really don't
11         appreciate your tone or the way
12         that you're carrying this --
13         carrying about this when we're
14         conducting this questioning of a
15         witness.
16              And I'm here by myself, I
17         have a -- we have a committee of
18         many lawyers.  I have not been
19         able to consult with them during
20         this.  And it's just -- you know,
21         it's absurd to be doing this at
22         this point in this case in this
23         litigation after all these years.
24              But I guess -- I guess
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          that's the way you want to try to

2          handle it right now.

3               MR. SHEN:  You really want

4          me to respond to that?

5               MR. POUNIAN:  No, I don't

6          really.

7               MR. SHEN:  You've asked the

8          questions in the depositions and

9          the evidence that's come out

10         through your depositions and

11         what's absurd and what's not

12         absurd.

13              MR. KRY:  Steve, you said

14         almost an hour ago that you were

15         about an hour away from being

16         done.  Why don't you take a few

17         moments to wrap up your

18         questioning.

19              But then as Andy suggests, I

20         think we need to move on to our

21         questioning.

22              MR. POUNIAN:  I understand

23         that both of you are in perfect

24         sync on this issue.  And,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1              obviously, we have a disagreement.
2                   MR. SHEN:  We're wasting
3              time here.  If you want to ask
4              additional questions, go ahead.
5              If you don't, we'll take a break
6              now.
7                   MR. HAEFELE:  It's not an
8              either/or.  He can take a break
9              and consult with the rest of us,
10             if he wants.
11   BY MR. POUNIAN:
12        Q.   You said that hundreds of
13   questions were asked.
14                  Who was asking those
15   hundreds of questions?
16        A.   I did not -- I didn't hear
17   the question.
18                  Scotland Yard, there were a
19   lot of them.  I don't know.
20                  (In English) British,
21   American.
22                  (Through Interpreter)
23   British, American.  I don't know.
24        Q.   Who -- what Americans were
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    there?

2         A.    I don't know them.  But the

3    lawyer told me that Americans came and --

4    et cetera.  And then she called me and

5    she told me there were people that came

6    from America.  But I don't know them

7    specifically.  I don't know whether this

8    guy is an American or not.  I don't know.

9         Q.    What lawyer is that?

10        A.    (The Witness) Lady.

11              (Through Interpreter) Lady.

12              MR. SHEN:  Don't disclose

13         any of your communications with

14         your lawyer.

15              MR. POUNIAN:  I'm just

16         asking the name.  That's all I

17         asked.

18              MR. SHEN:  No, I know.  I

19         know.

20              You can tell Mr. Pounian

21         what the name of the lawyer was.

22         But don't disclose your

23         conversations with your British

24         lawyer.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          THE WITNESS:  I don't know

2     her name.  I don't remember her

3     name right now.  But she was

4     appointed by the British police.

5          MR. POUNIAN:  All right.  We

6     can take a break now.  I'm going

7     to consult my co-counsel.

8          VIDEO TECHNICIAN:  Everyone

9     should be back.

10              -   -   -

11     (End of FBI Protected

12     Material.)

13              -   -   -

14          MR. SHEN:  All right.  Let's

15     take 15 minutes.

16          Thank you.

17          MS. PRITSKER:  Before we go

18     off the record, counsel for DIB

19     has just been admitted back into

20     the deposition.  We were excluded

21     at approximately 7:57 a.m.

22     Eastern.

23          Thank you.

24          VIDEO TECHNICIAN:  We're

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    going to go off the record at

2    8:40 a.m.

3                   -  -  -

4           (Whereupon, a brief recess

5    was taken.)

6                   -  -  -

7           VIDEO TECHNICIAN:  Back on

8    the record at 9:00 a.m.

9  BY MR. POUNIAN:

10      Q.    Sir, we received records

11 from AT&T of phone calls that were made

12 from the phone registered under your name

13 at the Al-Madina Mosque.

14           And the calls were made on

15 January 20th, 2001, to -- the first call

16 was made to an Abdul Rahman al-Rajhi.

17           Do you know Abdul Rahman

18 al-Rajhi, sir?

19           MR. SHEN:  Objection.

20           THE WITNESS:  No.  I don't

21    know him.

22 BY MR. POUNIAN:

23      Q.    Do you know a man named

24 Abdullah al-Misfer, M-I-S-F-E-R?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.    No.  No, I don't know him.

2          Q.    Have you ever had any

3    contacts with any personnel or employees

4    from the Al-Rajhi Bank?

5               MR. BEETAR:  It's Rajhi.

6               INTERPRETER AL-HALABI:

7          Thank you, Ed.

8               THE WITNESS:  No.

9    BY MR. POUNIAN:

10         Q.    Do you know anyone -- I'll

11   strike the question.

12              MR. POUNIAN:  Could we mark

13         as the next exhibit the Forge

14         Hammerman document.  I think it

15         should be 716.

16              MR. SHEN:  What did you call

17         it?

18              MR. POUNIAN:  It's the -- I

19         was just calling it something to

20         cue the technician.

21              It's now called Exhibit-717.

22                   -  -  -

23              (Whereupon, Exhibit

24         al-Bayoumi-717, No Bates, LinkedIn
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Profile, was marked for

2      identification.)

3              -  -  -

4              MR. POUNIAN:  Could we

5      just -- could we highlight the

6      photograph here, please?  And can

7      you expand that?

8  BY MR. POUNIAN:

9      Q.    Sir, is that the man we've

10  referred to as Omar Hammerman?

11     A.    Yes.

12     Q.    And that's the man we also

13  described as Omar the American?

14     A.    Yes.  Omar Hammerman, Omar

15  Al Amriki, American, yes.

16             MR. POUNIAN:  We will

17     suspend our questioning right now

18     subject to our objections.

19             MR. SHEN:  Go ahead, Robert.

20             MR. KRY:  Thanks, Andy.

21             -  -  -

22             EXAMINATION

23             -  -  -

24  BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    Mr. al-Bayoumi, my name is

2     Robert Kry.  I represent Dallah Avco in

3     this case.

4                Thank you for speaking with

5     us.

6          A.    (The Witness) Thank you.

7          Q.    I apologize that the

8     deposition is proceeding on a Friday, I

9     know that's inconvenient.  And if you

10    need to take breaks for prayers, please

11    let us know.

12         A.    (The Witness) Thank you.

13              MR. KRY:  I'm going to mark

14         as Exhibit-718 a document that was

15         produced by the Kingdom in this

16         case at KSA 629.

17                   -   -   -

18              (Whereupon, Exhibit

19         al-Bayoumi-718, KSA0000000629,

20         Statement of Jobs, was marked for

21         identification.)

22                   -   -   -

23    BY MR. KRY:

24         Q.    This is a document that

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    summarizes your work history at the PCA.

2              MR. KRY:  If we could show

3         the Arabic version.

4    BY MR. KRY:

5         Q.    Do you recognize this as an

6    accurate summary of your work history at

7    the PCA?

8              THE WITNESS:  Yes.

9    BY MR. KRY:

10        Q.    It indicates that you began

11   work at the PCA in 1977 and retired in

12   2014.

13             Are those dates accurate?

14        A.    I don't know those dates.

15   But I know the dates in Arabic.  It says

16   it on top, 1397 to 1435.  These dates are

17   accurate.

18             MR. CARTER:  Robert, do you

19        have a translation?

20             MR. KRY:  Yes.  It should be

21        on the exhibit share.

22             MR. CARTER:  I'm sorry, it's

23        not on the screen.  Thanks.

24   BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Mr. al-Bayoumi, based on

2    those dates, at the time you were

3    seconded to the ANSS project in 1995, had

4    you already been working at the PCA for

5    18 years by that point?

6    A.    Yes.

7    Q.    And after you left the ANSS

8    project in 2002, did you go back to work

9    at the PCA for another 12 years after

10   that?

11   A.    Yes.

12   Q.    Next I'm going to show you a

13   document that was previously marked

14   Anqari Exhibit-361, produced at KSA 3168.

15        This is an organization

16   chart that the Kingdom produced in this

17   case showing the PCA's Airways

18   Engineering directorates.

19        Near the top of the chart,

20   there's a box labeled, Director general,

21   Airways Engineering.

22   A.    Yes.

23   Q.    Do you recognize that

24   position as the one that Mohammad

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    al-Salmi held between 1994 and 2002?

2         A.    Yes.

3         Q.    On the right-hand side,

4    there's a box labeled, Contracts and

5    finance control.

6              Do you recognize that as the

7    unit that Alp Karli managed between 1994

8    and 2002?

9         A.    I don't remember the date

10   exactly.  But yes.

11        Q.    At the bottom, there's a box

12   labeled, Logistics manager.

13             During the 1995 to 1997

14   timeframe, do you know who was in charge

15   of that unit?

16        A.    No.

17        Q.    Have you heard of a man

18   named Samuel Coombs?

19             INTERPRETER AL-HALABI:  What

20        was the last name, counselor?

21             MR. KRY:  Samuel Coombs,

22        C-O-O-M-B-S.

23             THE WITNESS:  I don't

24        remember.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   BY MR. KRY:

2        Q.    Is this organizational chart

3   for the Airways Engineering directorate

4   accurate, to the best of your knowledge?

5        A.    I don't know.  I don't know

6   if it's accurate or not.  I don't know if

7   there's something missing.  But that's

8   it, yes.

9        Q.    Do you see anything specific

10  in the chart that you think is

11  inaccurate?

12       A.    Inaccurate?  I don't know.

13  But what's accurate is --

14             (The Witness) Contracts and

15  finance control.

16             (Through Interpreter)

17  Contracts and finance control.  That's

18  accurate.

19       Q.    And does this chart refresh

20  your recollection that Alp Karli, as the

21  head of the contracts and finance unit,

22  reported to al-Salmi, the director

23  general of Airways Engineering?

24       A.    His manager is al-Salmi.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              If you notice -- there is

2    something you need to know to distinguish

3    by.

4              Would you allow me to

5    explain?

6         Q.    Please do.

7         A.    There are government

8    officials, there are sections that belong

9    under contracts.

10        Q.    Thank you.

11             Earlier this week you

12   testified that Alp Karli was an Air

13   Navigation System Support employee or

14   ANSS employee.

15             Do you remember that

16   testimony?

17        A.    Yes.

18        Q.    When did you first learn

19   about the Air Navigation System Support

20   project?

21        A.    I learned that when I was in

22   PCA.

23        Q.    Do you remember

24   approximately what year you first learned

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   about the ANSS project?

2          A.    No, I don't remember.

3          Q.    Did you understand that the

4   company Dallah Avco had a contract with

5   the PCA to provide certain services in

6   connection with the ANSS project?

7          A.    Yes.

8          Q.    Was one of those services

9   manpower procurement or recruiting for

10   the project?

11          A.    No.  There was a time where

12   they were bringing Saudis to -- in the

13   program.  They called it the Saudization,

14   which is bringing Saudi nationals into

15   the program.

16          Q.    Were there also foreign

17   nationals?

18          A.    Many.

19          Q.    And was one of Dallah Avco's

20   responsibilities, in connection with the

21   project, to procure or recruit those

22   foreign employees to work on the project?

23          A.    The question is not clear.

24          Q.    Well, you testified that Alp

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   Karli was an ANSS employee.

2             Were there other ANSS

3   employees within the Airways Engineering

4   directorate who were providing work for

5   Airways Engineering?

6        A.    Karli did not bring in

7   employees.  But there was a Saudization

8   program, meaning bringing Saudi nationals

9   instead of foreign nationals.

10       Q.    Did Dallah Avco also provide

11  payroll processing services for ANSS

12  employees, like Alp Karli?

13       A.    I do not know.

14       Q.    Do you know, when Alp Karli

15  received his paycheck as an ANSS employee

16  working in the Airways Engineering

17  directorate, that paycheck was sent to

18  him by Dallah Avco?

19            INTERPRETER MIKHAIL:

20       Counsel, can you please repeat the

21       question one last time?

22  BY MR. KRY:

23       Q.    Do you know, when Alp Karli

24  received his paycheck as an ANSS employee

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    working in the Airways Engineering

2    directorate, was that paycheck sent to

3    him by Dallah Avco?

4         A.    No.

5         Q.    Do you mean no, you don't

6    know; or --

7         A.    (The Witness) No, I don't

8    know.

9              (Through Interpreter) No, I

10   do not know.

11        Q.    In addition to Alp Karli,

12   were there other ANSS employees in the

13   contracts and finance control unit?

14        A.    Yes.

15        Q.    Was one of those employees,

16   for example, a Mr. Al Awad?

17        A.    I do not know.  No, I don't

18   know.

19        Q.    Did those ANSS employees

20   work in the Airways Engineering

21   directorate offices?

22        A.    Yes.

23        Q.    Would those ANSS employees

24   work side by side with other Airways

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Engineering personnel as part of one

2    integrated team?

3           A.    Yes.

4           Q.    Do you know whether any ANSS

5    employees working in the Airways

6    Engineering directorate had been

7    recruited to those Airways Engineering

8    positions by Dallah Avco?

9           A.    Yes.

10          Q.    I asked you earlier about a

11   Mr. Al Awad.  His full name was Mr.

12   Azhari Al Awad.

13                Does that --

14          A.    (The Witness) Yes, Azhari.

15                (Through Interpreter) Yes.

16   The answer is yes, Azhari, that's his

17   name.

18          Q.    Do you recognize him as

19   another ANSS employee that worked in

20   contracts and finance control?

21          A.    Yes.

22          Q.    Separate from the PCA

23   Airways Engineering offices where Airways

24   Navigation System Support employees

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    worked, were you aware that Dallah Avco,

2    the company, also had its own offices?

3    Separate from those?

4         A.    Yes.   They were government

5    employees and there were foreign

6    employees that were working on the same

7    project, yes.

8         Q.    Do you know Dallah Avco's

9    former recruitment manager, Jaber

10   Khalifa, K-H-A-L-I-F-A?

11        A.    No.

12        Q.    Do you know Dallah Avco's

13   former director of manpower services, a

14   man named Riaz Khan?

15        A.    No.

16        Q.    Have you ever met the former

17   chairman of Dallah Avco group, Alalwi

18   Kamel?

19        A.    Yes.   Kamel, I did not meet

20   him, but I know that he was a manager of

21   executive personnel.   But I do not know

22   him.

23             So he wasn't responsible for

24   the employees.   He was a manager at

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  Dallah.  I do not know what was his exact

2  post.

3          Q.    Did Mr. Kamel work in the

4  PCA's Airways Engineering offices with

5  you and Alp Karli, or did he work in

6  Dallah Avco's offices?

7          A.    No, he was at Dallah.

8          Q.    When Dallah Avco recruited

9  someone like Mr. Azhari to the ANSS

10  project, did Dallah Avco have any ongoing

11  responsibility to direct and supervise

12  the work of those ANSS employees working

13  in Airways Engineering?

14          A.    I do not know.

15          Q.    Throughout today's

16  deposition, I'm going to refer to ANSS

17  employees and also to Dallah Avco

18  employees.

19          When I refer to ANSS

20  employees, I mean people like Alp Karli

21  or Mr. Al Awad, who received -- who may

22  have received paychecks from Dallah Avco

23  but who work in Airways Engineering

24  offices under the direction and

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    supervision of Airways Engineering.

2              When I refer to Dallah

3    Avco's employees, I mean people like

4    Alawi Kamel who worked in Dallah Avco's

5    offices.

6              And I realize that some

7    people may use those terms differently.

8    But I want you to understand and I want

9    you to be clear about how I am using

10   those terms when I ask my questions.

11             Do you understand the

12   distinction I'm making there between

13   people like Alp Karli who worked in

14   Airways Engineering and people like Alawi

15   Kamel who worked at Dallah Avco's

16   headquarters?

17             MR. SHEN:  I'm going to

18        object.  Objection to form.

19             You can answer, Mr. Bayoumi,

20        if you understand that distinction

21        that Mr. Kry has drawn.

22             THE WITNESS:  No, I don't

23        understand the difference.

24   BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Well, you testified that Alp

2  Karli worked in Airways Engineering in an

3  office next door to you and that he

4  reported to al-Salmi.

5            And then you also testified

6  that Alawi Kamel did not work in Airways

7  Engineering with you two and instead

8  worked at Dallah headquarters.

9            And so I'm going to refer to

10 people like Alp Karli as ANSS employees,

11 and I'm going to refer to people like

12 Alawi Kamel as Dallah Avco employees.

13           Do you understand the

14 distinction I'm drawing there?

15    A.    Yes.

16    Q.    On Wednesday of this week,

17 you testified that Alp Karli reported to

18 al-Salmi, but you also mentioned at one

19 point that he reported to Dallah Avco.

20 And I would like to ask you some

21 questions to better understand what you

22 meant by that.

23    A.    So what I meant is Karli --

24 Mr. Karli would manage the work at ANSS.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    However, there were some transactions

2    that he would refer to Salmi for these

3    transactions.  Also, there were other

4    times that he would go to Dallah and hold

5    meetings there, and that would be at

6    Dallah.

7        Q.    Did you ever see Alawi Kamel

8    come to the Airways Engineering offices

9    and instruct Alp Karli how to perform his

10   work at Airways Engineering?

11       A.    No.

12       Q.    Did you ever see anyone else

13   come from Dallah headquarters to Airways

14   Engineering to direct Alp Karli how to

15   conduct his work?

16       A.    No.  But people came from

17   Dallah.  Also, Karli was a big manager.

18   He was not somebody to take instructions.

19   He was someone to give instructions.

20       Q.    Did Karli ever take

21   instructions from al-Salmi?

22       A.    I do not know.

23       Q.    Other than the fact that

24   there were times that Alp Karli attended

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   meetings at the Dallah offices, are you

2   aware of any other specific facts showing

3   that Dallah Avco directed and supervised

4   Alp Karli's work at Airways Engineering?

5          A.    No.

6          Q.    When Alp Karli went to

7   Dallah offices to attend meetings, do you

8   know what the subject of those meetings

9   was?

10         A.    No.

11         Q.    All right.

12               MR. KRY:  I'm going to mark

13         as Exhibit-719 a document produced

14         at KSA 1054.

15               This is a PCA form, dated

16         November 23rd, 1993, concerning

17         your transfer from the PCA's

18         financial administration

19         department to Airways Engineering.

20   BY MR. KRY:

21         Q.    Mr. al-Bayoumi, why did you

22   transfer from financial administration to

23   Airways Engineering in 1993?

24         A.    It was for the purpose of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    the Saudization of the posts at the

2    Airways Engineering.

3                MR. KRY:  Give me one

4         moment.

5                   -  -  -

6                (Whereupon, a discussion off

7         the record occurred.)

8                   -  -  -

9                MR. NITZ:  It's in there,

10        it's under Exhibit-364 because

11        it's been previously marked.  So

12        it should be in there under 364.

13                   -  -  -

14                (Whereupon, a discussion off

15        the record occurred.)

16                   -  -  -

17                MR. KRY:  And I may have

18        misspoken on the Bates number.

19        This one was produced at KSA 4515.

20                MR. NITZ:  No, you got it

21        right, Robert.  This is 1054.

22                MR. KRY:  I think there's a

23        discrepancy in the documents.  Can

24        I put up KSA 4515?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1             MR. NITZ:  I'll get that one

2        up.  And we'll call this one 719.

3             MR. KRY:  Thank you.

4                  -  -  -

5             (Whereupon, Exhibit

6        al-Bayoumi-719, KSA0000004515,

7        Human Resources Department Letter,

8        was marked for identification.)

9                  -  -  -

10   BY MR. KRY:

11        Q.    Mr. al-Bayoumi?

12        A.    (In English) Yes.

13        Q.    Do you see that al-Salmi

14   signed this form confirming that you had

15   begun work at Airways Engineering in

16   1993?

17        A.    Yes.

18        Q.    And do you recognize that

19   signature as al-Salmi's on the left-hand

20   side of the document?

21        A.    Yes.

22        Q.    To your knowledge, did

23   anyone at Dallah Avco play any role in

24   your transfer from financial

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  administration to Airways Engineering?

2       A.    No.

3       Q.    This form identifies

4  al-Salmi as your immediate supervisor in

5  Airways Engineering.

6             Were you aware that PCA

7  records listed al-Salmi as your immediate

8  supervisor?

9       A.    He was not my immediate

10  supervisor, but anybody in the government

11  sector had to report to him.

12             As for my direct supervisor,

13  it was Alp Karli.

14             MR. NITZ:  It seems like we

15        might have lost Robert.

16             VIDEO TECHNICIAN:  Do you

17        want to go off record?

18             MR. NITZ:  Why don't we take

19        five minutes.

20             VIDEO TECHNICIAN:  We're

21        going off the record.  The time is

22        9:44 a.m.

23                  -  -  -

24             (Whereupon, a brief recess

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          was taken.)

2                    -   -   -

3          VIDEO TECHNICIAN:  We're

4          back on the record at 9:50 a.m.

5     BY MR. KRY:

6          Q.    Mr. al-Bayoumi, I'm going to

7     show you an exhibit previously marked

8     Exhibit-708.  This is the summary of your

9     interview with the 9/11 Commission.

10          The second paragraph states

11    that, Omar al-Bayoumi first came to the

12    U.S. around August 1994 to enroll in an

13    ESL, English as a second language,

14    program at San Diego State University.

15          Is that an accurate

16    statement of the reason why you went to

17    the United States?

18          A.    Yes.

19          Q.    On the second page, the

20    memorandum states, in the second full

21    paragraph, Omar al-Bayoumi stressed he

22    very much enjoys being a student despite

23    his relatively advanced age.

24          Do you remember telling the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    9/11 Commission that?

2                    -   -   -

3              (Whereupon, a discussion off

4         the record occurred.)

5                    -   -   -

6              THE WITNESS:  It's not like

7         I really enjoyed being a student.

8         I have been a student all my life.

9    BY MR. KRY:

10        Q.    The next sentence states, He

11   was selected to participate in further

12   education by his employer, PCA, based on

13   his knowledge of English and his ability

14   to teach accounting.

15              Is that an accurate

16   statement?

17        A.    Yes.

18        Q.    And then the next sentence

19   after that states, Omar al-Bayoumi's

20   education program was approved by his

21   boss, a Turkish American named Alp Karli,

22   who worked in Jeddah in a PCA unit

23   responsible for finances and contracts in

24   the field of aviation services within

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Saudi Arabia.

2              Is that a correct statement?

3         A.    Yes.

4         Q.    And the reference to a PCA

5    unit in Jeddah, was that the contracts,

6    finance and controls unit we looked at in

7    the organizational chart a few moments

8    ago?

9         A.    No.

10        Q.    What's --

11        A.    The answer is no.

12              (The Witness) No.

13        Q.    What unit responsible for

14   finances and contracts were you referring

15   to when you made that statement to the

16   9/11 Commission?

17        A.    I don't understand the

18   question.

19        Q.    Did Alp Karli work in an

20   Airways Engineering unit in Jeddah

21   responsible for finances and contracts?

22              INTERPRETER MIKHAIL:  He

23        seems to be frozen.

24              Interpreter will --

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            INTERPRETER AL-HALABI:  I'm

2       sorry, there's a thunderstorm

3       passing by, so it's affecting the

4       Internet, I believe.

5            MR. KRY:  You and I both.

6            THE WITNESS:  Yes.

7  BY MR. KRY:

8       Q.    And was that Airways

9  Engineering unit the contracts, finance

10 and controls unit we looked at on the

11 organizational chart a few moments ago?

12      A.    Yes, yes.

13      Q.    Did Alp Karli, in fact,

14 approve your education program?

15      A.    Yes.

16      Q.    Was anyone else involved in

17 approving your education program?

18      A.    I don't know.

19           MR. KRY:  All right.  Let's

20      mark as, I think we're on

21      Exhibit-720, a document produced

22      at PEC-KSA1-71.  These are records

23      from San Diego State University.

24                 -  -  -

REDACTED FOR PUBLIC FILING

1          (Whereupon, Exhibit

2          al-Bayoumi-720,

3          PEC-KSA1-000071-0083, San Diego

4          State University Records, was

5          marked for identification.)

6                    -   -   -

7          MR. KRY:  And if we turn to

8          the page marked KSA 1-75.

9   BY MR. KRY:

10         Q.    This is your progress report

11   for fall 1994.

12             This document states that

13   you had 92 percent attendance and

14   includes grades and comments on your

15   work.

16             Do you recognize this

17   document as an accurate report of your

18   studies at San Diego State University in

19   fall 1994?

20         A.    I don't remember.

21         Q.    Do you recognize the courses

22   listed on this transcript as the subjects

23   you studied at San Diego State University

24   in 1994?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.     Can you enlarge it a little

2   bit?

3             Yes.

4      Q.     Why did you decide to take

5   these particular classes?

6      A.     I remember, I think it was

7   part of the program available.

8      Q.     Did you believe that these

9   courses would improve your job skills

10  when you returned to the PCA?

11            Strike that question.  I'll

12  ask it differently.

13            Did you believe that these

14  courses would include your job skills

15  when you returned to Airways Engineering?

16     A.     Yes.  That's the beginning

17  of the English language, yes.

18     Q.     You mentioned that Alp Karli

19  approved these studies.

20            Did anyone -- besides that,

21  did anyone at Dallah Avco have a role in

22  selecting the courses you would attend at

23  SDSU?

24            MR. BEETAR:  Bachar, you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          were disconnected.  Can you please

2          repeat the question?  Because no

3          one heard it.

4               INTERPRETER AL-HALABI:

5          Okay.  Of course.  Thank you.

6               THE WITNESS:  (The Witness)

7          Start again.

8               MR. BEETAR:  I'm sorry, you

9          dropped off again.  There is an

10         Internet issue.

11              THE WITNESS:  I do not know.

12              MR. KRY:  Let's turn to Page

13         KSA 1-79.  And, actually, what I'm

14         looking for is the spring 1995

15         progress report.

16              I think I got the page

17         wrong.  There you go.  KSA 1-82.

18    BY MR. KRY:

19         Q.    Mr. al-Bayoumi, do you

20    recognize this as an accurate progress

21    report for the studies you took at SDSU

22    in spring 1995?

23         A.    Yes.

24         Q.    Did Alp Karli approve these

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    studies?

2         A.    I don't know.  It was an

3    entire program.  It wasn't, like, one

4    semester here and there.  It was an

5    entire program.

6         Q.    To your knowledge, was

7    anyone else involved in approving these

8    studies in spring 1995?

9         A.    I don't know.

10         Q.    Was your desire to pursue

11   these studies at San Diego State

12   University the reason you came to the

13   United States in 1994?

14         A.    The main reason for me was

15   to learn the English language first.

16   Then to try to continue my higher

17   education.  But I couldn't.

18         Q.    Did you ever tell anyone at

19   Dallah Avco that you were going to the

20   United States for some reason other than

21   pursuing educational studies?

22         A.    No.  The main reason was

23   education.

24              MR. KRY:  I'm going to mark

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       as Exhibit-720 now a document

2       produced at DA 1105.

3               MR. NITZ:  Robert, I think

4       we're at 721.

5               MR. KRY:  Thank you.

6                   -   -   -

7               (Whereupon, Exhibit

8       al-Bayoumi-721, DA001105-1106,

9       12/6/94 Letter, was marked for

10      identification.)

11                  -   -   -

12              MR. KRY:  So we will mark as

13      Exhibit-721 this document produced

14      at DA 1105.

15  BY MR. KRY:

16      Q.   This is a letter from Linda

17  Lawton at San Diego State University to

18  Mohammad al-Salmi, dated December 6th,

19  1994, which discusses some of your

20  options for further studies at SDSU.

21              Mr. al-Bayoumi, have you

22  seen this letter before?

23              INTERPRETER AL-HALABI:  What

24      was the last name?  I'm sorry,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          counselor.

2               MR. KRY:  Lawton.  It's on

3          the letter.  L-A-W-T-O-N.

4               THE WITNESS:  I think I've

5          seen it.

6    BY MR. KRY:

7          Q.    When do you remember seeing

8    it?

9          A.    (The Witness) A long time

10   ago.  When I started.

11         Q.    And, to your knowledge, did

12   Linda Lawton, or anyone else at SDSU,

13   send letters like these to Dallah Avco

14   concerning your education?

15         A.    I don't know.

16              MR. KRY:  If we can zoom in

17         on the last paragraph of this

18         page.

19   BY MR. KRY:

20         Q.    The last sentence says,

21   He -- meaning you -- is insisting on a

22   specialized English course in

23   accounting/finance/contracts.

24              Do you recall, around this

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    time period, that you were insisting on a

2    specialized English course in accounting,

3    finance, contracts?

4         A.    It's accounting and finance,

5    yes.  No engineering.

6              I don't remember.  I don't

7    remember exactly.

8         Q.    Were those courses relevant

9    to your work at Airways Engineering?

10        A.    Yes.  If it was -- if it was

11   made available to me, it would help me a

12   lot.

13             MR. KRY:  Let's mark as

14        Exhibit-722 a document produced at

15        KSA 1032.

16                  -   -   -

17             (Whereupon, Exhibit

18        al-Bayoumi-722,

19        KSA0000001032-1033, 5/30/94

20        Letter, was marked for

21        identification.)

22                  -   -   -

23   BY MR. KRY:

24        Q.    This is an employee leave of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   absence request you submitted to the PCA

2   for a 90-day regular leave, which

3   ultimately started on August 28th, 1994.

4          Do you recall requesting a

5   90-day leave from the PCA that started on

6   August 28th, 1994?

7       A.    Yes.

8       Q.    Was the purpose of this

9   leave to pursue your educational studies

10  in San Diego?

11      A.    It's not a leave.  It's a

12  vacation.  It's time off.

13      Q.    Was the purpose of this time

14  off to pursue educational studies in San

15  Diego?

16      A.    Yes.

17      Q.    The second block on this

18  form is labeled, Official approval.

19          Do you recognize al-Salmi's

20  signature in that block?

21      A.    Yes.

22      Q.    To your knowledge, did

23  Dallah Avco have any role in approving

24  this time-off request?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    I do not know if it was

2  Dallah Avco.  There are two initials here

3  before al-Salmi.  But I do not know.

4           MR. KRY:  Let's mark as

5           Exhibit-723 a document produced at

6           KSA 1040.

7                -  -  -

8           (Whereupon, Exhibit

9           al-Bayoumi-723,

10          KSA0000001040-1041, 11/6/94

11          Letter, was marked for

12          identification.)

13               -  -  -

14  BY MR. KRY:

15    Q.    This is a November 6th,

16  1994, request for a 90-day exceptional

17  leave, starting November 27th, 1994.

18           Do you recall that after

19  your regular leave expired, you asked the

20  PCA for a 90-day exceptional leave?

21    A.    Yes.

22    Q.    And was the purpose of that

23  exceptional leave also to continue your

24  educational studies in the United States?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.    Yes.

2          Q.    Do you recognize al-Salmi's

3    signature on this form, too?

4          A.    Yes.

5          Q.    And, to your knowledge, did

6    Dallah Avco have any role in approving

7    this request?

8          A.    I do not know.

9                MR. KRY:  Let's mark as

10         Exhibit-724 a document produced at

11         KSA 1046.

12                    -   -   -

13               (Whereupon, Exhibit

14         al-Bayoumi-724, KSA0000001046,

15         2/7/1995 Letter, was marked for

16         identification.)

17                    -   -   -

18   BY MR. KRY:

19         Q.    This is a February 7th,

20   1995, request for a second 90-day

21   exceptional leave to start on February

22   27th, 1995.

23               Do you recall asking the PCA

24   for this additional second exceptional

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  leave after the first 90-day exceptional

2  leave expired?

3         A.    Yes.

4         Q.    Was the purpose of that

5  leave also to continue your studies in

6  the United States?

7         A.    Yes.

8         Q.    Did al-Salmi sign this form,

9  too?

10        A.    Yes.

11        Q.    And, to your knowledge, did

12 Dallah Avco have any role in approving

13 this second exceptional leave?

14        A.    I do not know.

15        MR. KRY:  I'm going to show

16        you now an exhibit that was

17        previously marked Kamel

18        Exhibit-115, produced at DA 2267.

19 BY MR. KRY:

20        Q.    This is a letter dated March

21 30th, 1994, from al-Salmi to a company in

22 Texas called Avco Overseas.

23               The letter states, You are

24 requested to pay the tuition for Mr. Omar

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    al-Bayoumi of U.S. $4,430.

2              And further down, it adds:

3    In addition, you are requested to pay

4    weekly living allowance up to 30 weeks of

5    U.S. $600 to Mr. al-Bayoumi.

6              When you were studying at

7    SDSU in 1994 and 1995, did Avco Overseas,

8    in fact, pay your tuition and living

9    expenses, as stated in this letter?

10        A.    I do not know.

11        Q.    Who paid your tuition for

12   San Diego State University?

13        A.    Who paid?  I don't know.

14        Q.    Do you recall that an ANSS

15   subcontractor paid your living expenses

16   during the time you were in San Diego?

17        A.    I think so, yes.

18        Q.    And do you recognize Avco

19   Overseas as a subcontractor that used to

20   provide services for the ANSS project?

21        A.    I don't remember.

22        Q.    Did you ever discuss these

23   subcontractor payments from Avco Overseas

24   with al-Salmi?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    I have nothing to do with

2    it.  If I have to discuss anything, it

3    would be with my direct supervisor, Alp

4    Karli.

5    Q.    Do you recall discussing

6    these subcontractor payments from Avco

7    Overseas with Alp Karli?

8    A.    No.

9    Q.    Do you have any

10   understanding why al-Salmi or Alp Karli

11   arranged for these payments to be made to

12   you indirectly through an ANSS project

13   subcontractor rather than just having the

14   PCA pay you directly?

15   A.    So, no, the PCA has nothing

16   to do with it.  Because I went there as

17   the Saudization program under the ANSS,

18   the one -- the ANSS was paying for the

19   project.  The PSA had nothing to do with

20   it.

21            MR. KRY:  Was that PCA?

22            INTERPRETER MIKHAIL:  The

23        PCA had nothing to do with it,

24        yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   BY MR. KRY:

2        Q.    To your knowledge, did

3   Dallah Avco have any role in arranging

4   for Avco Overseas to pay tuition and

5   living expenses for you while you were at

6   SDSU?

7        A.    I don't know.

8        Q.    Did you, in fact, receive

9   the funds that you got from the

10  subcontractor to cover your education and

11  living expenses while you were in San

12  Diego?

13           INTERPRETER MIKHAIL:  He's

14       asking for repetition.  The

15       interpreter will repeat.

16           THE WITNESS:  Yes.

17  BY MR. KRY:

18       Q.    Did you ever use any of

19  those funds for any illegal purpose?

20       A.    No.  Impossible.

21       Q.    And did you ever tell anyone

22  at Dallah Avco that you were going to use

23  these funds for any purpose other than

24  your education and living expenses while

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    you were studying in San Diego?

2          A.    No.   To start with, the

3    money was not enough.   The funds were not

4    enough.

5                MR. KRY:   Let's mark as

6          Exhibit-725 a document produced at

7          DA 2268.

8                     -   -   -

9                (Whereupon, Exhibit

10         al-Bayoumi-725, DA002268-2269,

11         Presidency of Civil Aviation

12         Purchase Request, was marked for

13         identification.)

14                    -   -   -

15   BY MR. KRY:

16         Q.    This is a purchase

17   requisition.

18                And at the very bottom, it

19   states, Per PCA letter 3175/H/M 30 March

20   1994, please provide five economy-class

21   round-trip tickets.

22                Do you recall that Airways

23   Engineering arranged for the plane

24   tickets when your family traveled to the

REDACTED FOR PUBLIC FILING

```
1    United States with you for your
2    educational studies?
3         A.    No.
4         Q.    To your knowledge, did
5    anyone at Dallah Avco have any role in
6    connection with arranging those plane
7    tickets?
8         A.    No, I don't know.
9              MR. KRY:  Let's mark as
10             Exhibit-726 a document produced at
11             DA 2281.
12                   -  -  -
13             (Whereupon, Exhibit
14             al-Bayoumi-726, DA002281, 9/10/94
15             Fax, was marked for
16             identification.)
17                   -  -  -
18   BY MR. KRY:
19        Q.    This is a September 10th,
20   1994, fax from Airways Engineering
21   directed to Avco Overseas.
22             The body of the fax states,
23   Request you pay Mr. Omar al-Bayoumi in
24   advance all his weekly living allowances
```

This Transcript Contains Confidential Material

1    instead of three installments and invoice

2    the ANSS III project account.

3               Do you know why al-Salmi

4    sent a letter to Avco Overseas asking

5    them to pay your weekly living allowances

6    in one lump sum instead of three

7    installments?

8         A.    No, I don't know.

9         Q.    Do you recognize al-Salmi's

10   signature at the bottom of that fax?

11        A.    Yes.

12        Q.    Next to the signature block,

13   do you see that there are a couple

14   initials?

15             MR. KRY:  Can we zoom in on

16        this?

17             THE WITNESS:  Yes.

18   BY MR. KRY:

19        Q.    Do those initials indicate

20   to you that someone working under

21   al-Salmi's direction may have prepared a

22   draft of this document for Mr. al-Salmi

23   to sign?

24        A.    No, I don't know.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Looking at the first

2    initials, they look like SGC.

3          Do you recognize those as

4    the initials of Samuel G. Coombs?

5    A.    I don't know.

6    Q.    And then the bottom initials

7    look like MB.

8          Do you recognize those as

9    the initials of Mohammad Basharahil?

10   A.    No.

11   Q.    Do you know if Mr. Coombs

12   and Mr. Basharahil were ANSS employees in

13   the logistics unit of Airways

14   Engineering?

15   A.    What I know is they are with

16   the Airways Engineering.  But I don't

17   know if they were Dallah or ANSS or what

18   exactly.

19   Q.    To your knowledge, did any

20   Dallah Avco employee have a role in

21   deciding that your living expenses would

22   be paid in one lump sum rather than three

23   installments?

24   A.    I don't know.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     Q.    Okay.

2           MR. KRY:  This is a

3     convenient time for a break.  How

4     is the witness doing?

5           VIDEO TECHNICIAN:  Going off

6     the record at 10:32 a.m.

7               -   -   -

8           (Whereupon, a brief recess

9     was taken.)

10              -   -   -

11          VIDEO TECHNICIAN:  We're

12    back on the record at 10:42 a.m.

13  BY MR. KRY:

14          Q.    Mr. al-Bayoumi, do you

15  recall before the break we saw that you

16  obtained one 90-day regular leave and two

17  90-day exceptional leaves from your civil

18  service job to pursue educational studies

19  in the United States?

20          A.    Yes.

21          Q.    Were you aware, at the time,

22  that under the Saudi Civil Service

23  Regulations, 90 days was the upper limit

24  on the amount of regular leave that a

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    civil servant could take during any one

2    year?

3            A.      Yes.

4            Q.      And were you aware that

5    under the Saudi Civil Service Regulations

6    in effect at the time, there was a

7    six-month limit on the amount of

8    exceptional leave an employee could take

9    during any three-year period?

10           A.      During three years?

11           Q.      Yes.

12           A.      No, it's more than three

13   years.

14                   No, my service was more than

15   three years.

16           Q.      I recognize that.

17                   But one of the types of

18   leave you took was exceptional leave.

19   And what I'm asking is, were you aware

20   that, under the Saudi Civil Service

21   Regulations, there was a maximum amount

22   of exceptional leave a civil servant

23   could take, and that that limit was six

24   months within any three-year period?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1          A.    I understand what you're
2    trying to say.
3                But I can take up to six
4    months as an -- unpaid exceptional leave.
5          Q.    When you finished your
6    spring 1995 classes at San Diego State
7    University, did you still want to
8    continue to pursue further educational
9    studies in the United States?
10         A.    Yes.  I still wanted to
11   pursue writing and academic, which was
12   good at the American Language Institute,
13   but the oral was better at ELS.  And this
14   is why I enrolled at the ELS institute.
15         Q.    Do you recall learning at
16   the time that because you had exhausted
17   the amount of regular and exceptional
18   leave you were allowed to take as a civil
19   servant, you would have to make some
20   alternative arrangements to enable you to
21   stay in the United States to pursue those
22   studies?
23         A.    No.  It was an opportunity.
24   After I finished the English studies,
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    there was an opportunity at Wisconsin

2    University for the program for the

3    Master's study, and I enrolled.

4          Q.    Do you recall learning that

5    one way you would be able to pursue those

6    additional studies in the United States

7    was if you were seconded to the ANSS

8    project, in which case you would no

9    longer be subject to the 90-day and six

10   months' limit on regular and exceptional

11   leave?

12         A.    I don't understand the

13   question.

14         Q.    Was the reason that you were

15   seconded to the ANSS project to enable

16   you to continue your educational studies

17   in the United States?

18         A.    No.  At the beginning it was

19   not so.

20         Q.    What do you mean by that?

21         A.    No, like, meaning at the

22   beginning I took a leave and then I took

23   an exceptional leave.  And then I had the

24   intention to enroll in the ANSS program

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  to pursue education, that is not true.

2  That is not what happened.

3       Q.    What did happen?

4       A.    It was not that it happened,

5  it was not the intention.

6       Q.    Is it what happened?

7       A.    Yes.

8       Q.    And do you recall testifying

9  earlier this week that Airways

10  Engineering made the arrangements for you

11  to be seconded to the ANSS project so you

12  could continue your educational studies

13  in the United States?

14       A.    No.  I was supposed to study

15  through the Saudization program through

16  the secondment.

17       Q.    Am I correct, though, that

18  you testified that Airways Engineering

19  were the ones who made those arrangements

20  so that you could pursue those studies?

21       A.    Yes.

22       Q.    Did Dallah Avco ever do

23  anything to recruit you as a candidate to

24  work on the ANSS project?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.    Yes.  Alp Karli.

2       Q.    So Alp Karli, the ANSS

3  employee, was the one who helped you make

4  these arrangements for you to be seconded

5  to the ANSS project?

6       A.    So when I first got to the

7  ANSS, Karli spoke to me and he said,

8  you're going to replace me, you're going

9  to take my post, but get yourself ready.

10  You need to study English and take

11  courses for you to be qualified.

12      Q.    And in order to accomplish

13  that, Alp Karli helped make arrangements

14  for you to be seconded to the ANSS

15  project so that you could continue your

16  studies in the United States?

17      A.    I don't know if it was Karli

18  or someone else.  But it was Karli that

19  helped with the project, and he's the one

20  who told me, your post is going to be

21  like that in the future.

22      Q.    Okay.  And the reason for

23  the secondment was so you could pursue

24  educational studies in the United States?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.    Yes.

2       Q.    And did anyone at Dallah

3  Avco ever tell you that Dallah Avco, the

4  company, had an urgent need for your

5  services?

6       A.    At that time, many companies

7  wanted my services.

8       Q.    Okay.  But the reason why

9  you were seconded to the project related

10  to your educational studies?

11       A.    No.  It had to do with the

12  Saudization.

13       Q.    The -- when you say

14  "Saudization," you're referring to the

15  fact that you planned to take over Alp

16  Karli's job at the contract, finance and

17  controls unit?

18       A.    Yes.

19       Q.    And to do that, you needed

20  to pursue educational studies in the

21  United States?

22       A.    Yes.

23       Q.    All right.

24            MR. KRY:  Let's put up a

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          document previously marked Kamel

2          Exhibit-112, which was produced at

3          DA 1016.

4   BY MR. KRY:

5          Q.    This is an authorization to

6   hire form from al-Salmi authorizing

7   Dallah Avco to hire you on to the ANSS

8   project effective June 6, 1995.

9              Do you recognize the PCA

10  letterhead at the top of this form?

11         A.    Yes.

12         Q.    And do you recognize

13  al-Salmi's signature at the bottom of the

14  form?

15             And I mean the signature on

16  the right-hand side.

17         A.    Yes.  Yes.

18         Q.    On the left-hand side, next

19  to --

20         A.    But there's someone -- I'm

21  sorry.

22             There's someone who has his

23  initial on the left-hand side.

24         Q.    I was just about to ask you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    about that.

2              On the left-hand side --

3        A.    (The Witness) Sorry about

4    that.

5        Q.    -- next to Mr. al-Salmi's

6    name, do you see the letters ALP?

7        A.    Yes.

8        Q.    And are those Alp Karli's

9    initials?

10       A.    Yes.

11       Q.    Does that indicate to you

12   that Mr. Karli may have prepared this

13   form for al-Salmi's signature?

14       A.    I think before it was -- the

15   management was studying the idea.  And

16   then they send it to Alp Karli.  It's a

17   long process, very long process.  Not

18   only to Alp Karli or this guy or that

19   guy, it's the management that takes -- or

20   makes the decision.  I don't know who

21   does or what the procedure is.

22       Q.    After you were seconded to

23   the ANSS project in 1995, did you, in

24   fact, continue your educational studies

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    in the United States?

2              INTERPRETER AL-HALABI:  The

3         interpreter was asked to repeat

4         the question, so he's going to.

5              THE WITNESS:  Yes.

6              MR. KRY:  Let's put up and

7         mark as Exhibit-727 the document

8         produced at PEC-KSA1-35.

9                   -   -   -

10             (Whereupon, Exhibit

11        al-Bayoumi-727,

12        PEC-KSA1-000035-0036, ESL Language

13        Centers Academic Report, was

14        marked for identification.)

15                  -   -   -

16   BY MR. KRY:

17        Q.    This is a transcript from

18   ELS Language Centers showing certain

19   courses you took in 1995.

20        A.    Yes.

21        Q.    Does this transcript

22   accurately reflect your coursework at ELS

23   Language Centers in 1995?

24        A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. KRY:  Let's mark as

2     Exhibit-728 a document produced at

3     PEC-KSA1-44.

4               -  -  -

5          (Whereupon, Exhibit

6     al-Bayoumi-728,

7     PEC-KSA1-000044-0047, West Coast

8     University Transcript, was marked

9     for identification.)

10              -  -  -

11   BY MR. KRY:

12        Q.    This is a transcript from

13   West Coast University showing your

14   courses between late 1995 and early 1997.

15             Does this transcript

16   accurately reflect the courses you took

17   at West Coast University during that

18   timeframe?

19        A.    Yes.

20          MR. KRY:  Let's mark as

21     Exhibit-729 a document that was

22     produced at PEC-KSA1-61.

23               -  -  -

24          (Whereupon, Exhibit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          al-Bayoumi-729, PEC-KSA1-000061,

2          Alliant International University

3          Transcript, was marked for

4          identification.)

5                    -  -  -

6    BY MR. KRY:

7          Q.    This is your transcript from

8    U.S. International University showing

9    courses you took during 1997.

10              Does this transcript

11   accurately reflect your coursework at

12   U.S. International University in 1997?

13         A.    (The Witness) Translation?

14              MR. KRY:  We might have lost

15         Bachar.  Can we get someone else

16         to hop on and translate?

17              INTERPRETER MIKHAIL:

18         (Complies with request.)

19              THE WITNESS:  Yes.

20              MR. KRY:  Next, let me put

21         up a document that was previously

22         marked Exhibit-681, produced at

23         KSA 907.

24   BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    This is the summary we saw

2    earlier of the courses you took through

3    George Washington University in 1999 and

4    2000.

5              Is this summary an accurate

6    reflection of the courses you took at

7    George Washington University?

8    A.    Yes.

9    Q.    Throughout this entire

10   five-year period, were you in the United

11   States in order to pursue educational

12   studies?

13   A.    Yes.

14   Q.    And during this entire

15   five-year period, were you, in fact, in

16   the United States in order to pursue

17   educational studies -- I'm sorry.  Strike

18   that.

19             During this five-year

20   period, were you, in fact, pursuing

21   educational studies in the United States?

22   A.    Yes.

23   Q.    Did you ever tell anyone at

24   Dallah Avco that you were in the United

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    States for some purpose other than

2    pursuing educational studies?

3         A.    No.

4         Q.    Was the coursework you were

5    pursuing in the United States relevant to

6    your job at Airways Engineering?

7         A.    Yes.

8         Q.    Was this coursework intended

9    to improve your job skills at Airways

10   Engineering?

11        A.    Yes.

12        Q.    And did you hope that by

13   pursuing this coursework you would

14   eventually take over Alp Karli's job as

15   the head of the contracts, finance and

16   controls unit in Airways Engineering?

17        A.    Yes.

18        Q.    During these five years you

19   were seconded to the ANSS project, did

20   you receive a salary and benefits as an

21   ANSS employee?

22             MR. SHEN:  Objection to

23        form.

24             You can answer.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              THE WITNESS:  I don't
 2         remember, but there was a
 3         difference in salaries.
 4   BY MR. KRY:
 5         Q.    Do you recall that Dallah
 6   Avco issued those salary and benefit
 7   payments to you?
 8         A.    Yes.  But I deserved more.
 9         Q.    Do you know whether Dallah
10   Avco, under its contract with the PCA,
11   was entitled to be reimbursed for the
12   amounts that it paid you as an ANSS
13   employee?
14         A.    Can you repeat the question
15   one more time?
16              I don't know.
17              MR. KRY:  Let's put back up
18         Kamel Exhibit-112 we were looking
19         at.  That was the PCA's 1995
20         authorization to hire form.
21   BY MR. KRY:
22         Q.    And if we can zoom in under
23   your name, the form lists a particular
24   job title that you were going to be
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    assigned to, as well as a position

2    number, a task department, and then a

3    level, which it lists as G.

4              Do you recall that al-Salmi

5    originally assigned you to a Level G

6    position on the ANSS project?

7         A.    No.

8         Q.    Do you know what it means

9    for a position to be a Level G position?

10        A.    Advanced position.

11        Q.    Do you know whether the

12   levels of the positions corresponded to

13   different levels of salary and benefits?

14        A.    There were different levels.

15        Q.    But the amount of salary and

16   benefits would change depending upon what

17   the level of the position was?

18        A.    Yes.

19        Q.    And, to your knowledge, did

20   Alawi Kamel, or any other Dallah Avco

21   employee, have a role in deciding which

22   level position you would be assigned to?

23        A.    No, I don't know.

24        Q.    Did Airways Engineering

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   assign you to higher levels over the

2   years on the project as time went on?

3        A.    I don't understand the

4   question.

5        Q.    Well, you started out in a

6   Level G position.

7              My question is, over the

8   five years you were seconded to the

9   project, do you recall that your level

10  was later increased or promoted to a more

11  higher-paying level?

12       A.    Yes.

13       Q.    And as you were promoted,

14  you did, in fact, receive a higher amount

15  of salary and benefits as an ANSS

16  employee?

17       A.    No.

18       Q.    Did the amount of salary and

19  benefits you received over the five years

20  of your secondment change over time?

21       A.    Yes, it changed.

22       Q.    And do you know whether

23  those changes were a result of you being

24  assigned to different positions that had

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    different levels associated with them?

2         A.    No.  It was associated with

3    what I received in education.  Like, the

4    time period -- that time period, Alp

5    Karli's salary was approximately 80,000

6    to 100,000 riyal.  My salary was 11,000

7    riyal.  That's a big, big, big

8    difference.

9         Q.    Do you know whether as you

10   attained more education in the United

11   States, Airways Engineering increased

12   your level on the ANSS project?

13        A.    Yes.  They increased my

14   level and my salary, but it was still at

15   the lower rank or lower limit.  But I

16   agreed to continue my education only.

17             MR. KRY:  Let's mark as

18             Exhibit-730 a document produced at

19             DA 298.

20                  -  -  -

21             (Whereupon, Exhibit

22             al-Bayoumi-730, DA000298, January

23             2000 Letter, was marked for

24             identification.)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    -   -   -

 2   BY MR. KRY:

 3        Q.   This is a letter that you

 4   wrote to al-Salmi, which is stamped as

 5   having been received on January 17th,

 6   2000, requesting that al-Salmi authorize

 7   the disbursement of certain vacation pay

 8   that you were entitled to as an ANSS

 9   project employee.

10             Do you recall writing to

11   al-Salmi to request that he authorize the

12   disbursement of your vacation pay?

13        A.   I don't remember, no.

14        Q.   Is the signature toward the

15   top of the document your signature?

16        A.   (The Witness) Yes.

17             (Through Interpreter) Yes.

18        Q.   And is the -- do you see

19   there's also a handwritten response at

20   the bottom of the letter?

21        A.   Yes.

22        Q.   And is the signature under

23   that response al-Salmi's signature?

24        A.   Yes.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    These salary and benefits

2   that you received as an ANSS employee

3   over the course of your five-year

4   secondment, were those funds used to pay

5   your education and living expenses in the

6   United States while you were pursuing

7   education?

8    A.    Yes.

9    Q.    Did you ever use those

10   salary and benefits to fund any illegal

11   activities?

12   A.    No.

13   Q.    Did you ever tell anyone at

14   Dallah Avco that you were going to use

15   your ANSS salary and benefits for any

16   purpose other than your educational and

17   living expenses in the United States?

18   A.    No.

19   Q.    Okay.

20        MR. KRY:  We're going to

21        need to go on the FBI record for

22        about ten minutes.

23        Can we do that, please?

24        MS. PRITSKER:  DIB counsel

This Transcript Contains Confidential Material

1      is now being excluded from the

2      deposition.

3              VIDEO TECHNICIAN:  One

4      moment.

5                  -  -  -

6              (FBI Protected Material.)

7                  -  -  -

8              VIDEO TECHNICIAN:  Okay.

9      You should be good.

10             MR. KRY:  Can we please put

11     up what was previously marked

12     Exhibit-703, Bates numbered FBI

13     1055?

- Filed publicly -
Pls. Ex. 2G
(EO 249-57)

14             This is the summary of the

15     interview you gave to the FBI in

16     2003.  And if we can zoom in on

17     the paragraph that spans from the

18     bottom of Page 1 to the top of

19     Page 2.

20  BY MR. KRY:

21     Q.    That paragraph states as

22  follows:  Depending on the budgetary

23  situation, al-Bayoumi was sometimes told

24  that funding for his tuition and/or

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    living expenses were to be drawn directly

2    from his salary.  Al-Bayoumi did not

3    recall the specific dates or periods of

4    time during which he was told to pay for

5    his tuition or housing from his salary.

6              At other times, al-Bayoumi

7    received additional funds separate from

8    his salary to pay for his tuition and

9    housing.  During these periods of time,

10   his additional stipend would be

11   increased.  Al-Bayoumi does not recall

12   the specific dates or periods of time

13   during which he received an increased

14   stipend.

15             Do you recall discussing

16   this topic during your FBI interview?

17        A.    Yes.

18        Q.    And is the paragraph I just

19   read back to you accurate?

20        A.    I don't know if it's

21   accurate or not.  But that's what

22   happened.

23        Q.    Does the -- does what this

24   paragraph reflects you telling the FBI

This Transcript Contains Confidential Material

1    accurately describe what happened?

2         A.    So what happened at times

3    with the project, there would be no

4    budget, so the expenses and the money

5    would be delayed.  And then comes another

6    time where the budget is disbursed and

7    then they would disburse the money.

8         Q.    This paragraph refers to

9    from time to time you would receive

10   additional stipends for your education

11   and housing separate from your salary

12   that you received as an ANSS employee.

13              Is that a correct

14   description of what happened?

15        A.    Yes.  It was -- yes.  If it

16   was not added to the salary, it would

17   come as a separate fund.

18        Q.    Were those additional

19   educational stipends sometimes paid by

20   ANSS subcontractors?

21        A.    Yes.

22        Q.    And were those additional

23   educational stipends sometimes paid as

24   other allowances on your ANSS payroll?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1        A.    Yes.  At times where there
2   would be no budget, then they would add
3   the subcontractor to pay for the
4   expenses.  But it was during specific
5   periods of time -- specific periods of
6   time.
7        Q.    Earlier we looked at --
8   strike that.
9             MR. KRY:  We can go off the
10       FBI record now and take down this
11       document.
12                 -   -   -
13        (End of FBI Protected
14       Material.)
15                 -   -   -
16       VIDEO TECHNICIAN:  Okay.
17       MR. KRY:  And if we could
18       put up the document previously
19       marked Exhibit-680, produced at
20       PEC-KSA1-30 and 31.
21       VIDEO TECHNICIAN:  Just for
22       the record, everyone is back in
23       the room now.
24       MR. KRY:  And we'll go to
```

- Filed publicly -
Pls. Ex. 36
(PEC-KSA1_30-31)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          the second page of this document.

2   BY MR. KRY:

3          Q.    Mr. al-Bayoumi, this is the

4   January 22nd, 1997, letter from Magdi

5   Hanna at Ercan Engineering to U.S.

6   International University.

7                And Mr. --

8                MR. KRY:  Well, translate

9          that.

10  BY MR. KRY:

11         Q.    And Mr. Hanna writes in this

12  letter, This is to confirm that Ercan has

13  been supporting Mr. Omar al-Bayoumi since

14  the start of this year and will continue

15  to do so until the year 2000.  Ercan has

16  been providing $4,000 a month to support

17  his educational program in the San Diego

18  area.

19               Do you recognize the company

20  identified in this letter, Ercan

21  Engineering, as a subcontractor on the

22  ANSS project?

23         A.    Yes.

24         Q.    Do you know whether Ercan

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      took over some of Avco Overseas

2      subcontractor responsibilities for the

3      ANSS project in 1995?

4           A.    No.  I don't know.

5           Q.    Do you see in this letter

6      that Ercan claims that it will be paying

7      you financial support in the amount of

8      $4,000 per month?

9           A.    The support was for me to

10     study and get accepted at a university.

11               MS. PRITSKER:  My apologies.

12          DIB counsel just wants to announce

13          that they were excluded from the

14          record from approximately

15          11:20 a.m. Eastern to 11:27 a.m.

16          Eastern.  Thanks.

17     BY MR. KRY:

18          Q.    Do you see that the amount

19     of that support that Ercan claims it is

20     going to provide to you was $4,000 a

21     month?

22          A.    Yes, I do see.

23               But it was for me to

24     continue with the studies.  But they did

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    not disburse the funds, nevertheless.

2           Q.    Do you see that in this

3    letter Ercan claims it would provide that

4    support until the year 2000?

5           A.    Yes.

6           Q.    And do you --

7           A.    Yes, I see it.  But it's not

8    correct.

9           Q.    Do you see that this letter

10   states that the purpose of the funding

11   Ercan was going to provide was to support

12   your educational program in the San Diego

13   area?

14          A.    Yes.  This is a letter

15   addressed to the university on the

16   premise that I would be continuing -- for

17   me to keep and continuing my education.

18   But I never received the funds.

19          Q.    So if I recall correctly,

20   Mr. al-Bayoumi, earlier this week you

21   testified that you did receive, on

22   occasion, payments from Ercan, even

23   though it was not consistently paid to

24   you in the way that it was represented in

This Transcript Contains Confidential Material

1   this letter.

2           Do you recall that

3   testimony?

4       A.    No.  This letter is

5   different.  That was the learning

6   language phase, and it was once or twice.

7   But, no, this is not correct.

8       Q.    But on the once or twice,

9   did you receive educational funding from

10  Ercan?

11      A.    As far as I remember, yes.

12      Q.    Did you, in fact, use those

13  funds to pay your education and living

14  expenses in the United States?

15      A.    Yes.

16      Q.    Did you ever use those funds

17  for any illegal activities in the United

18  States?

19      A.    No.

20      Q.    And did you ever tell anyone

21  at Dallah Avco that you were using the

22  Ercan funding for any purpose other than

23  your educational and living expenses?

24      A.    No.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       MR. KRY:  All right.  I need

2   to go back on the FBI record for

3   about ten minutes again.

4       MS. PRITSKER:  ██████████████

5   ████████████████████████████████████

6   ███████████████████

7       VIDEO TECHNICIAN:  ██████

8   ██████████

9            -   -   -

10  ███████████████████████████████████

11           -   -   -

12      VIDEO TECHNICIAN:  ███████

13  █████████████████

14      MR. KRY:  ███████████████████████

15  ██████████████████████████████████████

16  █████████████████████████████████

17  ██████████████████████████

18           -   -   -

19  ██████████████████████████████

20  ████████████████████████████████████

21  █████████████████████████████████

22           -   -   -

23  BY MR. KRY:

24      Q.   ██████████████████████████████

███████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1   ████████████████████████████    ████████████

 2   ██████████████████████████

 3              MR. KRY:  ████████████████████

 4        ████████████████████████████████████████s

 5        ██████████

 6   BY MR. KRY:

 7          Q.  ██████████████████████████

 8   ████████████████████████████

 9   █████████████████████████████████████

10   ████████████████████████████████

11   █████████████████████████████████████

12   ██████████████████████████████████

13   ████████████████████████████████

14   ████████████████████████████████

15   ████████████████████████████████████

16   ████████████████████████████████

17   ██████████████████████████████

18          ████████████████████████████

19   ██████████████████████████████████

20   █████████████████████████████████████

21   ██████████████████████████████████

22   ████████████████████

23          A.  ████████

24          Q.  ████████████████████████████
```

REDACTED FOR PUBLIC FILING



```
 1   ████████████████████████████████████

 2   ██████████████████████

 3        A.    ████

 4        Q.    █████████████████████████████

 5   ████████████████████████████████████

 6   ████████████████████████████████████████

 7   ███████████████████████████████████████

 8   ██████████████████████████████

 9        A.    ████████████████

10        Q.    █████

11            MR. KRY:    ████████████████████

12   ██████████████████    ████████████████████

13   ██████████████████████████████

14   ████████

15            MR. POUNIAN:    ███████████████

16   ████████████████████████████████████████

17   ██████████████████████████████

18            MR. SHEN:    █████████████

19   ██████

20                 -   -   -

21        ██████████████████████████

22   ██████████████

23                 -   -   -

24            VIDEO TECHNICIAN:    ████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ████████████████████████

2          MR. KRY:  ███████   ████████

3 ████████████████████████████

4          MS. PRITSKER:  ████████████████

5 ████████████████████████████████

6 ████████████████████████

7 ██████████████████████████████████

8         ████████████████████████████████

9 ██████████████████████████████

10 ████████████████████████████████████

11 ████████████████████████████████

12 ██████████████████████████████

13         ██████████████

14          MR. KRY:  We're going to put

15 up Exhibit-732.  It's a document

16 produced at DA 1104.

17                -  -  -

18          (Whereupon, Exhibit

19 al-Bayoumi-732, DA001104, 4/7/99

20 Letter, was marked for

21 identification.)

22                -  -  -

23 BY MR. KRY:

24          Q.   Mr. al-Bayoumi, were you

███████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    aware that in April of 1999 that PCA and

2    Dallah Avco exchanged some correspondence

3    about whether to renew your secondment

4    for a fifth and final year?

5              INTERPRETER MIKHAIL:  He is

6         asking for repetition.

7         Interpreter will repeat.

8              THE WITNESS:  Yes, I do know

9         that there was correspondence

10        between them.  But I don't know if

11        it was the fifth and the last

12        year.

13   BY MR. KRY:

14        Q.   Do you recognize al-Salmi's

15   signature on the letter?

16             MR. KRY:  Could the tech

17        mute Mr. Cottreau?

18             VIDEO TECHNICIAN:  I muted

19        him.

20             MR. KRY:  Thank you.

21             Did we get an answer to that

22        question?

23             THE WITNESS:  Yes, yes, yes.

24   BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And do you see that
2  Mr. al-Salmi states in this letter, We
3  would like to inform you that the
4  Presidency wants to grant him secondment
5  for a period of one year only to complete
6  the task under which the Presidency
7  approved this secondment?
8    A.    Yes.
9    Q.    At the time of this letter
10  in April 1999, had you completed all of
11  the educational studies that you planned
12  to pursue in the United States?
13    A.    No.  The answer is no.
14    Q.    And so were those further
15  educational studies that you still wanted
16  to pursue the task that Mr. al-Salmi was
17  referring to in this letter, to your
18  knowledge?
19    A.    Yes.  Because I did request
20  to continue my education.
21    Q.    Did you ever tell anyone at
22  Dallah Avco that you were in the United
23  States for some task other than pursuing
24  educational studies?

This Transcript Contains Confidential Material

```
1        A.    No.
2        Q.    To your knowledge, did
3   anyone at PCA ever tell Dallah Avco that
4   you were in the United States for some
5   task other than pursuing educational
6   studies?
7        A.    No.
8        Q.    Okay.
9             MR. KRY:  This is a good
10        time for a break, if it's
11        convenient for the witness.
12             VIDEO TECHNICIAN:  We're
13        going to go off the record, 11:42
14        a.m.
15             -  -  -
16             (Whereupon, a brief recess
17        was taken.)
18             -  -  -
19             VIDEO TECHNICIAN:  We're
20        back on the record at 11:55 a.m.
21   BY MR. KRY:
22        Q.    Mr. al-Bayoumi, were you
23   aware that Saudi law, at the time,
24   imposed a five-year limit on the length
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     of the secondment?

2          A.    Yes.

3          Q.    And did your fifth year

4     secondment expire in spring 2000?

5          A.    I really don't remember.

6          Q.    After your fifth year of

7     secondment expired, were you forced, as a

8     result, to go back to the Kingdom for a

9     couple of months?

10         A.    I really don't remember.

11         Q.    Not withstanding the end of

12    the five-year permitted period for

13    secondments, did you still want to

14    continue your educational studies?

15         A.    I really don't remember.  I

16    don't remember.

17         Q.    I'll represent to you that

18    your fifth-year secondment did expire in

19    spring of the year 2000.

20              My question is, then, in

21    spring of 2000, did you still want to

22    pursue further educational studies?

23         A.    In 2000?

24         Q.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.      (The Witness) What month?

2        Q.      April, May; in that

3    timeframe.

4        A.      I believe so, yes.  That was

5    my fifth year.

6        Q.      Did you learn that one way

7    you could continue to pursue studies was

8    to request an educational leave from the

9    PCA?

10       A.      I don't remember, no.  I

11   don't remember.

12              MR. KRY:  Let's put up a

13         document we looked at earlier in

14         the deposition, it's Anqari

15         Exhibit-384, produced at KSA 901.

16   BY MR. KRY:

17       Q.      This is a May 11th, 2000,

18   letter from al-Salmi to the PCA's

19   personnel director asking the PCA to

20   grant you a two-year study leave to

21   pursue a Ph.D. degree in finance and

22   accounting at George Washington

23   University.

24              Do you recall looking at

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   this document earlier?

2           A.      No, I don't remember seeing

3   it.

4                   But what year was that

5   Gregorian?

6           Q.      This is May 11th, 2000, was

7   the date of this letter.

8           A.      Yes.

9           Q.      Does this document refresh

10  your recollection that al-Salmi, on your

11  behalf, asked the PCA to grant you a

12  two-year educational leave so you could

13  pursue Ph.D. studies?

14          A.      I don't remember that.

15          Q.      To your knowledge, did

16  anyone at -- to your knowledge, did

17  anyone at Dallah Avco have a role in

18  requesting this two-year educational

19  leave for you from the PCA?

20          A.      I don't know, no.

21          Q.      Did you ever tell anyone at

22  Dallah Avco that you wanted this

23  educational leave for some reason other

24  than continuing your educational studies?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    No.

2    Q.    Why did you decide to pursue

3  a Ph.D. in finance and accounting?

4    A.    Because I had an opportunity

5  to continue, I had two years, and I said

6  to myself, let me pursue that in Britain.

7    Q.    Were those subjects relevant

8  to your work at Airways Engineering?

9    A.    Yes.

10    Q.    Were the studies designed to

11  improve your job skills in Airways

12  Engineering?

13    A.    Yes.

14    Q.    And did you hope that these

15  studies would help enable you to take

16  over Alp Karli's job as the head of the

17  contracts, finance control group?

18    A.    Yes.

19    Q.    Do you recall earlier today

20  that there was some testimony about the

21  acceptance letter from George Washington

22  University that was attached to this

23  message from al-Salmi to the PCA?

24          Do you recall the earlier

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    discussion about that document?

2         A.    Yes.

3         Q.    And I'm not going to ask you

4    about the details of it.

5              But my only question is, did

6    you ever send a copy of that document to

7    Alawi Kamel or anyone else in the Dallah

8    Avco offices?

9         A.    No.

10             MR. KRY:   Let's take down

11        that document.

12   BY MR. KRY:

13        Q.    During your two-year

14   educational -- well, first of all, did

15   the PCA, in fact, grant you a two-year

16   educational leave?

17        A.    In the year 2000, yes.

18        Q.    During that two-year

19   educational leave, did you continue to be

20   hired on to various positions on the ANSS

21   project?

22        A.    I don't know exactly what

23   the contracts were or what my contract

24   was.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. KRY:  Let's put up a

2     document previously marked Anqari

3     Exhibit-381, produced at DA 606.

4  BY MR. KRY:

5          Q.    This is a PCA authorization

6  to hire form from al-Salmi, dated April

7  29th, 2000, assigning you to the position

8  of assistant configuration specialist,

9  effective April 13th, 2000.

10          Does this --

11          MR. KRY:  Go ahead.

12          INTERPRETER ABDEL-RAHMAN:

13     No.  Go ahead.

14  BY MR. KRY:

15          Q.    Does this document refresh

16  your recollection that you continued to

17  hold ANSS employee positions during your

18  educational leave?

19          A.    No.

20          Q.    Do you see al-Salmi's

21  signature at the bottom right of the

22  document?

23          A.    Yes, yes.

24          Q.    Do you see Alp Karli's

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    initials at the bottom left of the

2    document?

3            A.    Yes.

4            Q.    To your knowledge, was

5    anyone else, at Dallah Avco or otherwise,

6    involved in assigning you to a position

7    on the ANSS project in 2000?

8            A.    I don't know.

9            Q.    Did Airways Engineering

10   assign you to the ANSS project during

11   your educational leave so that you could

12   receive funding for your educational and

13   living expenses in the United States?

14           MR. SHEN:  Objection.

15           Robert, can you just clarify the

16           time period?

17           MR. KRY:  During the

18           educational leave period from --

19           I'll strike that.

20   BY MR. KRY:

21           Q.    Let me rephrase the

22   question.

23           Did Airways Engineering

24   assign you to the ANSS project during

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  your educational leave period from 2000

2  to 2002 so that you could use the salary

3  to fund your educational and living

4  expenses?

5          MR. HAEFELE:  Foundation.

6          THE WITNESS:  Yes.

7  BY MR. KRY:

8      Q.    And did you, in fact, use

9  the salary and benefits you received as

10 an ANSS employee to fund your educational

11 and living expenses?

12     A.    Yes.

13     Q.    Did you ever use the salary

14 and benefits for any illegal activities?

15     A.    No.

16     Q.    And did you ever tell Dallah

17 Avco that you were using the salary and

18 benefits for any purpose other than your

19 educational studies and living expenses?

20     A.    No.

21     Q.    This form says you were

22 being assigned to a Level F position.

23          Do you see that?

24     A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    To your knowledge, did

2    Dallah Avco have any role in assigning

3    you to that level?

4          A.    I don't know.

5               MR. KRY:  Let's put up

6          another exhibit that's previously

7          marked, Anqari Exhibit-386.

8    BY MR. KRY:

9          Q.    This is another

10   authorization to hire form.  This one is

11   dated May 29th, 2000.  So a month later

12   than the exhibit we just looked at,

13   although the effective date of the form

14   is the same, April 13th, 2000.

15               And this one assigns you to

16   a position of senior DSS programmer,

17   which is a Level C position.

18               Do you recall in this time

19   period, April and May 2000, complaining

20   to your superiors in Airways Engineering

21   that you were being paid less than you

22   should be, based on your educational

23   qualifications?

24         A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    Do you know whether, in

2    response to those complaints, Airways

3    Engineering agreed to promote you to a

4    higher-level position on the ANSS project

5    so that your salary would be increased?

6                    MR. HAEFELE:  Foundation.

7                    THE WITNESS:  What I know is

8            that our department in the

9            contracts and finance knew that I

10           deserved more.

11                   And to give you an

12           explanation, Alp Karli, Alp

13           Karli's salary was between 80 and

14           100,000, while my salary was

15           11,000.  And when my salary was

16           increased as a result of a

17           promotion, it went up to 24,000,

18           which is still close to the lower

19           end of the salaries, much less

20           than his.

21   BY MR. KRY:

22           Q.    All right.  Do you see

23   al-Salmi's signature at the bottom of the

24   form?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.      May I add something?

2       Q.      Yes.

3       A.      And I was more qualified
4   than Alp Karli at that time.

5       Q.      Do you see al-Salmi's
6   signature at the bottom right of the
7   form?

8       A.      Yes.

9       Q.      And do you see Alp Karli's
10  initials on the bottom left of the form?

11      A.      Yes.

12              MR. KRY:  Can we please put
13          up what was previously marked
14          Khan-95, produced at DA 97.

15  BY MR. KRY:

16      Q.      This is a Dallah Avco form
17  labeled, Air Navigation System Support
18  married status employment offer.  It's
19  dated May 29th, 2000.

20              And it relates to the
21  position of senior DSS programmer, which
22  you'll recall is the Level C position
23  that Airways Engineering assigned you to
24  in May of 2000.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Do you know what a married
2     status position is on the ANSS project?
3          A.    Yes.
4          Q.    What's your understanding of
5     a married status position?
6          A.    It means -- it means that
7     they will take care of the expenses of
8     the children and the family as a whole,
9     in addition to the salary.
10          Q.    And so if you look at the
11     last box on the chart there, it says --
12     listed as one of the benefits you would
13     receive under this position, school fees,
14     and it states that you were entitled to,
15     for a maximum of two children, 80 percent
16     of the school fee within the Kingdom and
17     U.S. dollars, $3,000 abroad from each
18     child.
19          Is that an example of the
20     additional benefits that you were
21     entitled to as a result of being assigned
22     to a married status position?
23          A.    Yes.  This is wonderful,
24     wonderful benefits that I'm seeing for

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    the first time, $3,000 a child.  I've

2    never seen anything in regards to that.

3    Even the education for the children, I

4    haven't seen anything until now.

5              MR. KRY:  Let's take that

6         down.  Is the next exhibit 733?

7              COURT REPORTER:  Yes.

8              MR. KRY:  We will mark as

9         Exhibit-733 an excerpt from the

10        ANSS V contract.  The English

11        version starts at KSA 1139 and the

12        Arabic version is at KSA 3266.

13             And we are going to look at

14        Article 2-1-5, personnel status.

15        That section is at KSA 3328 in the

16        English version and KSA 3273 in

17        the Arabic version.

18                  -  -  -

19             (Whereupon, Exhibit

20        al-Bayoumi-733,

21        KSA0000003319-3290, Nonconsecutive

22        Bates, Contract No. PCA-AE-97-020,

23        was marked for identification.)

24                  -  -  -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   BY MR. KRY:

2        Q.    This provision of the

3   contract explains that, From past

4   experience, it has become clear to the

5   government that certain skills required

6   under the contract are difficult to

7   obtain on the international labor market

8   and the personnel possessing such skills

9   can only be induced to relocate if the

10  benefit package offered to them includes

11  the right to be accompanied by their

12  families.

13            And then the next paragraph

14  states, As referenced in Exhibit-1,

15  manning schedule, all positions Levels A

16  through E, are married status and all

17  positions in Levels F through L are

18  single status.

19            So under that provision,

20  when you were promoted by Airways

21  Engineering from Level F to Level C, did

22  you then, for the first time, hold a

23  married status position on the ANSS

24  contract?

This Transcript Contains Confidential Material

1        A.    No.   In the beginning, it
2   was single.
3        Q.    But after this latest
4   promotion, it was married?
5        A.    Yes.
6        Q.    And as a result of being
7   promoted to a married status position in
8   2000, did you become entitled to
9   significant additional benefits for your
10  family's education and living expenses?
11       A.    Yes.
12            MR. KRY:  Let's put up a
13        document previously marked Khan
14        Exhibit-103.  This is produced at
15        DA 457 to 83.
16  BY MR. KRY:
17       Q.    These are electronic pay
18  slips for the period November 1999 to
19  January 2002 for you.
20            And do you see on this pay
21  slip, the first one is from November of
22  1999, it has entries for basic salary,
23  housing allowance and transportation?
24       A.    Yes, I see it.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    Do you see there's also a
2  line for, Other allowance?
3      A.    Yes.
4      Q.    What is your understanding
5  of the reason why you received an other
6  allowance?
7      A.    I think it's for them to
8  complete the salary difference.  The
9  salary was 11,546, which is nothing.  I
10  think it's for them to complete the
11  salary.
12      Q.    And were those other
13  allowances intended to fund your
14  education and living expenses in the
15  United States?
16      A.    Possible.
17      Q.    Do you have any personal
18  knowledge about how the amount of the
19  other allowances on your pay slips was
20  set?
21      A.    No.
22      Q.    Do you know a Dallah Avco
23  employee named Riaz Khan who was the
24  company's director of manpower services

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    during this timeframe?

2         A.    No.

3         Q.    Mr. Khan testified

4    previously in this case that Airways

5    Engineering determined the amount of the

6    other allowances that would be paid to

7    ANSS employees.

8              Do you have any specific

9    reason to disagree with him?

10        A.    (The Witness) Can I have the

11   question, please?

12             INTERPRETER AL-HALABI:  The

13        witness asked to repeat the

14        question.

15             THE WITNESS:  I don't know.

16   BY MR. KRY:

17        Q.    Do you know whether Mr.

18   Khan, as the director of Dallah Avco's

19   manpower services, would be knowledgeable

20   about that topic?

21        A.    I don't know.

22             MR. KRY:  If we could turn

23        to Page DA 462 of this exhibit.

24   BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1        Q.    This is the April 2000 pay

2   slip.

3        A.    (The Witness) Time to pray

4   now.

5             MR. KRY:  How long do you

6        need?

7             THE WITNESS:  (The Witness)

8        Just ten minutes.

9             MR. KRY:  Okay.  We'll take

10        a ten-minute break.

11             VIDEO TECHNICIAN:  We're

12        going to go off the record, 12:30

13        p.m.

14                 -   -   -

15             (Whereupon, a brief recess

16        was taken.)

17                 -   -   -

18             VIDEO TECHNICIAN:  We're

19        back on the record at 12:41 p.m.

20   BY MR. KRY:

21        Q.    We were looking at

22   Exhibit -- Khan Exhibit-103.  And we've

23   now gone to your April 2000 pay slip.

24             And if you'll look at this
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  pay slip, the amount of the other

2  allowance increases substantially.

3  You'll recall in the earlier pay slip it

4  was 1,742 riyals per month and now on

5  this pay slip it's gone up to 14,271

6  riyals.

7        Do you recall that around

8  April 2000 you began receiving

9  significantly larger other allowances in

10  connection with your ANSS employee

11  compensation?

12     A.   Yes.  Yes, I see the

13  difference.

14        But like I mentioned before,

15  this is something that I deserve.  Maybe

16  they weren't able to adjust the basic

17  salary, but they adjusted other

18  allowance.

19        It was -- my salary was

20  supposed to increase.  It was supposed to

21  be over 25.  But it was 24-something.

22     Q.   And so did this increase in

23  your other allowances happen around the

24  time that you were complaining to Airways

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   Engineering about your salary level

2   compared to Alp Karli's salary level?

3        A.    No.  As far as Alp Karli,

4   may God give him more, that's a different

5   subject.

6              But when someone with a high

7   degree, Master's, for example, or

8   something similar from America, it's

9   supposed -- he's supposed to get higher

10  salary.  But I didn't mean to compare

11  myself with Alp Karli.

12       Q.    Fair enough.

13             Did the increase in the

14  other allowances happen around the time

15  you raised concerns with Airways

16  Engineering that you weren't getting the

17  salary you should in light of your

18  educational experience and your expenses

19  in the United States?

20       A.    My educational experience

21  and my previous work experiences, yes.

22             MR. KRY:  If we can scroll

23             down a few more pages to the July

24             pay slip.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    BY MR. KRY:

2         Q.    You see that one also has an

3    other allowance of 14,271 riyals?

4         A.    Yes, I see it.

5              And I would like to add to

6    that, that during that time period I was

7    paying for my studies from my salary.

8         Q.    So was this other allowance

9    intended to fund your education and

10   living expenses while you were on your

11   educational leave in the United States?

12             MR. SHEN:  Robert, did you

13        say United States?

14             MR. KRY:  Yes.  I was going

15        to --

16             MR. SHEN:  All right.  Go

17        ahead.

18             MR. KRY:  So strike it.

19   BY MR. KRY:

20        Q.    Was this other allowance

21   intended to fund your education and

22   living expenses while you were on your

23   educational leave outside the Kingdom?

24             MR. CARTER:  Objection.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Foundation.

2                    THE WITNESS:  Yes, yes.

3     BY MR. KRY:

4          Q.    So I will represent to you

5     that under the exchange rate at the time,

6     14,271 Saudi riyals was equivalent to

7     just under 4,000 U.S. dollars per month.

8                    Do you recall earlier we saw

9     a financial support letter from Ercan in

10    which Ercan claimed that during your

11    secondment they would provide financial

12    support for you for educational expenses

13    in the amount of $4,000 per month?

14         A.    Yes.  But Ercan didn't pay

15    anything for me, but filed -- or gave the

16    application to the university.

17                   But when I complained, I

18    said it should be adjusted, my position

19    should be adjusted, they added the

20    allowance.

21         Q.    And do you recall those

22    Ercan letters stated that Ercan was only

23    going to be paying that financial support

24    until the year 2000?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       A.    Yes.   They said that.  But

2   that didn't happen.   It was only done so

3   I get accepted at the university.

4       Q.    So would you agree that the

5   amount of the other allowances you began

6   receiving through the ANSS payroll was

7   similar in amount to the funds that had

8   formally been promised to you, whether or

9   not paid, by one of the project

10  subcontractors?

11      A.    I think so.  There was a

12  long time that I didn't get paid.  So

13  they started to complete the amount.  It

14  is possible.

15      Q.    And was the reason Airways

16  Engineering began paying you these other

17  allowances in the spring of 2000 to

18  provide an additional educational stipend

19  to cover your education and living

20  expenses during your educational leave?

21              MR. HAEFELE:  Foundation.

22              THE WITNESS:  I don't know

23      exactly.  I don't know exactly.

24  BY MR. KRY:

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Did you spend these funds on

2    your education and living expenses during

3    your educational leave?

4    A.    Yes, yes.

5    Q.    Did you ever spend these

6    other allowances on any illegal

7    activities?

8    A.    No.

9    Q.    When you received these

10   other allowances from Airways

11   Engineering, was it your understanding

12   that they expected you would use the

13   funds to pay your education and living

14   expenses?

15   A.    Yes.

16   Q.    And when you complained to

17   Airways Engineering about your salary

18   being too low, was one of the points you

19   made that you had significant education

20   and living expenses out of the Kingdom

21   and that you needed funds to pay for

22   those?

23   A.    Yes.  There was an important

24   point that the basic salary was not

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    supposed to be 9,500, it was supposed to

2    be 20,000-plus, at least, but, then, the

3    addition of --

4             (The Witness) Other housing,

5    other allowance and transportation.

6             (Through Interpreter) Other

7    housing, other allowance and

8    transportation.

9         Q.    And did Airways Engineering

10   increase your pay by increasing this

11   other allowance in response to the

12   complaints you had made to them?

13        A.    They didn't tell me.  After,

14   I found out.  But they didn't tell me.

15        Q.    Did you ever tell anyone at

16   Dallah Avco that you were using these

17   other allowances for anything other than

18   paying your educational and living

19   expenses while you were on education

20   leave?

21             MR. CARTER:  Objection to

22        form.

23             INTERPRETER MIKHAIL:  I did

24        not hear.  Okay.  Objection to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        form.

 2                THE WITNESS:  No.

 3                MR. KRY:  Let's mark as

 4        Exhibit-734 a document produced at

 5        DA 601.

 6                    -   -   -

 7                (Whereupon, Exhibit

 8        al-Bayoumi-734, DA000601-0602,

 9        8/27/01 Letter, was marked for

10        identification.)

11                    -   -   -

12                MR. SHEN:  Robert, how much

13        time do you have left?

14                MR. KRY:  Twenty minutes,

15        maybe.

16   BY MR. KRY:

17        Q.    This is an August 27th,

18   2001, memorandum from al-Salmi to Dallah

19   Avco.

20                And it states, For the

21   upcoming ANSS VI program, you are hereby

22   authorized to make an offer to the

23   attached man-month support staff and

24   ancillary labor personnel in accordance
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    with your budget allocations.

2            Do you see al-Salmi's

3    signature on the document?

4        A.    Yes.

5        Q.    And do you see Alp's

6    initials in the right-hand margin?

7        A.    Yes.

8        Q.    If we can go to the

9    attachment, there's a chart that lists a

10   number of different ANSS employees and

11   their positions and levels.

12           Do you see that one of the

13   personnel identified is Alp Karli, who is

14   listed as having the position of manager,

15   CFC, which is a Level A position?

16       A.    Yes, I do see it.

17       Q.    Do you see right underneath

18   him, there's Azhari Al Awad, who is

19   listed as a manager, program coordinator,

20   Level A, also in the CFC?

21       A.    Yes.

22       Q.    And is that -- is the

23   presence of those two individuals on this

24   list consistent with your understanding

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    that they were both ANSS employees?

2            A.    Yes.

3            Q.    Do you see two lines below

4    that, your name is listed there, and

5    you're listed as a senior contract

6    specialist in the CFC with the level of

7    B?

8            A.    Yes.

9            Q.    And do you recall that in

10   August 2001 Airways Engineering gave you

11   a promotion from a Level C position to a

12   Level B position?

13           A.    I don't remember.

14           Q.    To your knowledge, did

15   Dallah Avco have any role in giving you a

16   promotion from a Level C position to a

17   Level B position?

18           A.    No.

19               MR. KRY:  Let's put up

20           what's previously marked as Khan

21           Exhibit-100, produced at Dallah

22           Avco 603.

23   BY MR. KRY:

24           Q.    This is a November 13th,

REDACTED FOR PUBLIC FILING

1   2001, memo from am Alp Karli to Dallah

2   Avco.

3                And it states, As per the

4   instructions of director general PCA AE,

5   the above-named employee's new salary

6   scale will be as follows.

7                And then it lists a new

8   salary and benefits.

9                Do you see that Alp Karli

10  sent this memo on PCA letterhead that

11  says Airways Engineering Contracts and

12  Finance Control?

13       A.    I do see it.  But I have no

14  idea about it.  I do not know.

15       Q.    When Alp Karli refers to the

16  director general PCA AE, do you

17  understand that to be a reference to

18  al-Salmi?

19       A.    I don't know.

20       Q.    Do you recall that your

21  salary did decrease in November of 2001?

22       A.    Yes.  My salary did

23  decrease, but it was according to the

24  budget.

REDACTED FOR PUBLIC FILING

1    Q.    What do you mean by that?

2    A.    At times there is money in

3  the budget and they pay all the money

4  that's owed.  At other times there are

5  deficits in the budget and then they

6  don't pay.

7    Q.    To your knowledge, did Alawi

8  Kamel, or anyone else in the Dallah Avco

9  offices, have any role in deciding to

10  decrease your salary in November 2001?

11    A.    No.

12        MR. KRY:  Let's put up as

13        Exhibit-735 a document produced at

14        KSA 894.

15            -  -  -

16        (Whereupon, Exhibit

17        al-Bayoumi-735, KSA0000000894,

18        5/5/02 Letter, was marked for

19        identification.)

20            -  -  -

21  BY MR. KRY:

22    Q.    This is a letter dated May

23  5th, 2002, from al-Salmi to the PCA's

24  director of personnel affairs.

This Transcript Contains Confidential Material

1          And al-Salmi -- it is

2    concerning a request that you had

3    submitted in 2002 for a further two-year

4    educational leave.

5          Do you remember requesting a

6    further two-year educational leave from

7    the PCA in 2002?

8          A.    (The Witness) What is the

9    question?

10         Q.    Do you recall, in 2002,

11   requesting a further two-year educational

12   leave from the PCA?

13         A.    I don't remember, no.

14         Q.    This letter states, Due to

15   the work conditions that require the

16   presence of the aforementioned employee

17   in his position, the department cannot

18   approve his request at the present time,

19   especially that the applicant has already

20   got his academic degree.

21         Do you recall that in 2002

22   al-Salmi recommended that the PCA deny

23   your request for an additional two years

24   of educational leave?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1         A.    I don't remember, no.

2         Q.    Do you recognize al-Salmi's

3    signature on this document?

4         A.    Yes.

5         Q.    Did your educational leave

6    from the PCA, in fact, end in the year

7    2002?

8         A.    2002?  Yes, I think so.  I

9    don't remember exactly, but I believe it

10   was around that time.

11        Q.    And, to your knowledge, did

12   Dallah Avco have any role in the PCA's

13   decision not to give you a further

14   educational leave?

15        A.    I don't know.

16        Q.    After your leave ended, did

17   you go back to your civil service job at

18   the PCA?

19        A.    No.

20        Q.    What did you do after your

21   educational leave ended?

22        A.    I went back to my work at

23   the ANSS.  I went back to my work at the

24   ANSS.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    By that do you mean the

2   Airways Engineering directorate?

3      A.    Yes.  And after that I

4   transferred to the PCA.

5      Q.    Okay.  Did your educational

6   studies that you had taken over the

7   previous seven and-a-half years help you

8   do your job at the PCA more effectively?

9      A.    Yes.

10      Q.    Did those educational

11   studies contribute to your career

12   advancement at the PCA?

13      A.    Yes.

14      Q.    And did you, in fact,

15   receive a number of promotions at the PCA

16   during the 12 years you spent there after

17   2002?

18      A.    Yes.

19      Q.    Okay.

20           MR. KRY:  We can take the

21           document down.  I just have one

22           final series of questions for you.

23   BY MR. KRY:

24      Q.    Earlier in the deposition,

REDACTED FOR PUBLIC FILING

1   the plaintiffs asked you some questions

2   about interactions you had in the United

3   States with two individuals, Nawaf

4   al-Hazmi and Khalid al-Mihdhar, and in

5   particular one occasion where you met

6   them in a restaurant, one occasion where

7   you helped them pay for a lease, and then

8   one occasion where you were at their

9   apartment in connection with a function.

10          Do you remember that

11  testimony?

12          MR. HAEFELE:  Objection to

13      the characterization.

14          THE WITNESS:  I did not help

15      them.  I did not help them.  And

16      it was not a party.  It was an

17      honoring of volunteers, and we

18      used their apartment.

19  BY MR. KRY:

20      Q.   I apologize.  I didn't mean

21  to misstate the question.

22          But you recall the testimony

23  that you met them at a restaurant, you

24  took them to a bank when they were trying

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    to get a check to pay for the lease, and

2    that there was some sort of honoring of

3    volunteers at which you borrowed their

4    apartment.

5              Is that a -- is that a fair

6    summary?

7              MR. HAEFELE:  Form.

8              THE WITNESS:  Yes.

9    BY MR. KRY:

10        Q.    Were those brief

11   interactions with Mr. Hazmi and Mr.

12   Mihdhar in any way related to your job

13   duties in Airways Engineering?

14             MR. HAEFELE:  Objection to

15        form.

16             THE WITNESS:  No.

17   BY MR. KRY:

18        Q.    Were those brief

19   interactions with Hazmi and Mihdhar in

20   any way related to your job duties in

21   connection with the ANSS project?

22             MR. HAEFELE:  Objection to

23        form.

24             THE WITNESS:  No.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  BY MR. KRY:

2         Q.    Were those interactions with

3  Hazmi and Mihdhar in any way related to

4  your relationship, to the extent you had

5  one, with Dallah Avco?

6         A.    No.

7         Q.    Were those interactions with

8  Hazmi and Mihdhar in any way related to

9  your pursuit of educational studies in

10  the United States?

11         A.    No.

12         Q.    Were those interactions with

13  Hazmi and Mihdhar in any way related to

14  the reasons why you came to the United

15  States in the first place?

16              MR. CARTER:  Objection to

17         form.

18              THE WITNESS:  No.

19  BY MR. KRY:

20         Q.    Did anyone at Dallah Avco

21  ever instruct you to provide assistance

22  to Hazmi and Mihdhar?

23         A.    No.

24         Q.    Did you ever tell anyone at

REDACTED FOR PUBLIC FILING

1   Dallah Avco that you had interacted with

2   Hazmi and Mihdhar?

3        A.    No.

4        Q.    Did anyone at Dallah Avco

5   ever instruct you to provide assistance

6   to terrorists of any sort?

7        A.    No.

8        Q.    And did you ever tell anyone

9   at Dallah Avco that you would or that you

10  had had interactions with anyone that

11  would later go on, a year and-a-half

12  later, to participate in the 9/11

13  attacks?

14            MR. CARTER:  Objection to

15       form.

16            MR. KRY:  Did we get the

17       answer?

18            THE WITNESS:  The answer is

19       no.

20  BY MR. KRY:

21       Q.    Was your employment on the

22  ANSS project some sort of sham cover

23  employment designed to enable you to

24  assist terrorists in the United States?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1        A.     Not at all.

 2        Q.     Did anyone at either the PCA

 3   or Airways Engineering or Dallah Avco

 4   ever tell you that your employment on the

 5   ANSS project was some sort of sham cover

 6   employment to enable you to provide

 7   assistance to terrorists in the United

 8   States?

 9              MR. HAEFELE:  Form.

10              THE WITNESS:  No.

11   BY MR. KRY:

12        Q.     Did you ever use the salary

13   or allowances you received from being an

14   ANSS employee to assist terrorists?

15        A.     No.

16        Q.     Did you ever request any

17   salary or allowances from Dallah Avco for

18   the purpose of assisting terrorists?

19        A.     No.

20        Q.     Did you ever tell anyone at

21   Dallah Avco that you planned to use your

22   salary or allowances to assist

23   terrorists?

24        A.     No.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Did you ever understand that

2    the salary and allowances you received as

3    an ANSS employee were some sort of reward

4    for assisting terrorists in the United

5    States?

6         A.    No.

7         Q.    What was the reason that you

8    were in the United States?

9              MR. HAEFELE:  Foundation.

10             THE WITNESS:  Education.

11   BY MR. KRY:

12        Q.    And can you think of any

13   reason at all that anyone at Dallah Avco

14   should have anticipated that you would

15   briefly interact with two Saudis who

16   would go on, a year and-a-half later, to

17   be 9/11 hijackers?

18             MR. HAEFELE:  Form and

19        foundation.

20             THE WITNESS:  I would not

21        even believe it, to start with.

22             MR. KRY:  Thank you, Mr.

23        Bayoumi.  Those are all the

24        questions I have for you now.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. SHEN:  Mr. Bayoumi, I

2     have some questions for you.

3          Do you want to take a break

4     before we start or are you ready

5     to go?

6          THE WITNESS:  (The Witness)

7     Ready to go, but then --

8          (Through Interpreter) I can

9     carry on, and in half an hour I

10    will need a break for prayer.

11         MR. SHEN:  Just let us know.

12              -  -  -

13              EXAMINATION

14              -  -  -

15   BY MR. SHEN:

16         Q.    For the record, this is Andy

17   Shen, counsel for Saudi Arabia.  I have a

18   few questions for you this afternoon.

19              First, thank you, Mr.

20   Bayoumi, for volunteering to appear here

21   for your deposition.

22              The plaintiffs in this civil

23   case have made the incredibly serious

24   allegations that senior Saudi officials

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    instructed you to assist the 9/11

2    hijackers and that you instructed others

3    to assist the 9/11 hijackers all in

4    furtherance of their terrorist plot.

5              And although Mr. Pounian has

6    spent three days asking you questions, he

7    never asked you specific questions about

8    those central allegations.

9              So let me ask you these

10   questions.

11             MR. CARTER:  Objection to

12        form.

13   BY MR. SHEN:

14        Q.    Did anyone in the Saudi

15   government ever give you any instructions

16   to assist Khalid al-Mihdhar or Nawaf

17   al-Hazmi in any way?

18        A.    No.  And I would not have

19   accepted such.

20        Q.    Did anyone in the Saudi

21   government ever give you instructions to

22   assist any of the 9/11 hijackers?

23        A.    No.

24        Q.    Did you ever have

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    discussions with anyone in the Saudi

2    Embassy in Washington, D.C., about Khalid

3    al-Mihdhar or Nawaf al-Hazmi?

4            A.    No.

5            Q.    Did you ever have

6    discussions with anyone in the Saudi

7    Embassy in Washington, D.C., about any of

8    the 9/11 hijackers?

9            A.    No.

10           Q.    Have you had any discussions

11   with anyone who worked in the Los Angeles

12   Consulate about any of the 9/11

13   hijackers, including Khalid al-Mihdhar or

14   Nawaf al-Hazmi?

15           A.    No.

16           Q.    Have you ever had

17   discussions with anyone -- strike that.

18               Have you ever had

19   discussions with Fahad al-Thumairy about

20   Nawaf al-Hazmi or Khalid al-Mihdhar?

21           A.    No.

22           Q.    Have you ever discussed any

23   of the 9/11 hijackers with Fahad

24   al-Thumairy?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1            A.    No.

2            Q.    Did you ever instruct

3  anybody else to assist any of the 9/11

4  hijackers, including Khalid al-Mihdhar or

5  Nawaf al-Hazmi?

6            A.    No.

7            Q.    Did you have any knowledge

8  whatsoever, prior to the 9/11 attacks,

9  that Khalid al-Mihdhar or Nawaf al-Hazmi

10 were planning to commit terrorist attacks

11 against the United States?

12           A.    No.

13           Q.    Did you have any suspicions

14 that Khalid al-Mihdhar and Nawaf al-Hazmi

15 were planning to commit terrorist attacks

16 in the United States?

17           A.    No.

18           Q.    Plaintiffs have made

19 allegations to the court that you were a

20 Saudi intelligence officer.

21                 Is there any truth

22 whatsoever to that allegation?

23           A.    Not at all.

24           Q.    Have you ever been a Saudi
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    intelligence officer?

2         A.    No.  No, never.

3         Q.    Have you ever served as an

4    agent for any Saudi law enforcement

5    agency?

6         A.    No.

7         Q.    Have you ever had an

8    assignment for the Ministry of Interior?

9         A.    No.

10        Q.    Have you ever had any

11   assignment for any Saudi intelligence or

12   law enforcement agency?

13        A.    No.

14        Q.    Now, Mr. Pounian asked you

15   questions about meeting Khalid al-Mihdhar

16   and Nawaf al-Hazmi for the first time in

17   early 2000 in a restaurant in Los

18   Angeles.

19             Did you plan to meet

20   Mr. al-Mihdhar and Mr. al-Hazmi at this

21   restaurant in advance?

22        A.    No, not at all.

23        Q.    Was it a coincidence that

24   you met them at this restaurant?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      A.    Yes.

2      Q.    Did anyone instruct you to

3  meet them at this restaurant in Los

4  Angeles?

5      A.    No.

6      Q.    Did anyone instruct you to

7  go to this restaurant at all?

8      A.    No.

9      Q.    Did you ever discuss this

10 meeting with Fahad al-Thumairy?

11     A.    No.

12     Q.    Did you ever discuss this

13 meeting with anyone working for the Saudi

14 Embassy, the Saudi Consulate or the Saudi

15 government?

16     A.    No.

17     Q.    Now, in your testimony over

18 the last two days, you said that your

19 encounter with Mr. Hazmi and Mr. Mihdhar

20 at this restaurant was very short.

21           Do you recall that?

22     A.    Yes.

23     Q.    And during this very short

24 encounter, did you offer to help these

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    two individuals in any way?

2         A.    No.

3         Q.    During this short encounter,

4    did you invite Mr. Mihdhar or Mr. Hazmi

5    to travel to San Diego?

6              MR. POUNIAN:  I'd like to

7         raise an objection here.  I object

8         to the leading nature of these

9         questions, Andy.  I think that

10        with a witness of this nature, you

11        have to ask him questions about

12        what he said and what was said to

13        him.

14             MR. SHEN:  That is not --

15             MR. POUNIAN:  And I think

16        it's improper for you to be asking

17        him yes-and-no questions

18        regarding --

19             MR. SHEN:  Your objection is

20        noted.

21             MR. POUNIAN:  -- his

22        conversations.

23             MR. SHEN:  Your objection is

24        noted.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. POUNIAN:  No, I want to

2     make it clear for the record.

3     Because with the nature of this

4     witness and the fact that you

5     are -- that he's essentially in

6     your corner, I think it's improper

7     for you to be questioning him in a

8     leading fashion at this point.

9          MR. SHEN:  Okay.  None of

10    these questions are leading in any

11    way.

12         MR. POUNIAN:  Well, the

13    questions you were just asking now

14    are leading, about the

15    conversations he was having with

16    Nawaf and Khalid at the

17    restaurant.

18         And you can simply ask him

19    what he talked to them about

20    rather than asking him questions

21    that lead to yes-or-no answers.

22  BY MR. SHEN:

23    Q.   Mr. Bayoumi, did you drive

24  Khalid al-Mihdhar and Nawaf al-Hazmi to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  San Diego?

2       A.    No.

3       Q.    Do you know how they

4  traveled from Los Angeles to San Diego?

5       A.    No.

6       Q.    Did you ever drive Nawaf

7  al-Hazmi or Khalid al-Mihdhar anywhere?

8       A.    No.

9       Q.    Now, you testified, in

10  response to Mr. Pounian's questions, that

11  the first time you saw Nawaf al-Hazmi and

12  Khalid al-Mihdhar in San Diego was at the

13  mosque, the ICSD.

14           Had you made plans

15  beforehand to see Khalid al-Mihdhar and

16  Nawaf al-Hazmi at that mosque in San

17  Diego?

18       A.    No.

19       Q.    Had either individual

20  contacted you and said they were going to

21  be at that mosque in San Diego or that

22  they were coming down to San Diego?

23       A.    No.

24       Q.    Had anyone told you in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    advance that Khalid al-Mihdhar and Nawaf

2    al-Hazmi were going to be traveling from

3    Los Angeles to come to San Diego?

4           A.    Nobody.

5                 MR. SHEN:  Chris, can we

6           have 139 in the exhibit share,

7           please.  And this will be

8           Exhibit-736.

9                 Actually, we need to go on

10          the FBI record, please.

11                MS. PRITSKER:  DIB counsel

12          is now being excluded from the

13          deposition.

14                     -  -  -

15                (FBI Protected Material.)

16                     -  -  -

17                (Whereupon, Exhibit

18          al-Bayoumi-736, No Bates, 10/23/03

19          Letter, was marked for

20          identification.)

21                     -  -  -

22                (Whereupon, a discussion off

23          the record occurred.)

24                     -  -  -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              MR. SHEN:  This particular

 2        document -- this particular

 3        document, because it's an FBI

 4        document, should not be posted.

 5              VIDEO TECHNICIAN:  All set,

 6        Andy.

 7              MR. SHEN:  Are we good?

 8              VIDEO TECHNICIAN:  Yes.

 9              MR. SHEN:  All right.

10              So I'm going to ask my

11        colleague, Chris, to show you a

12        document on his computer.  We're

13        going to mark this as Exhibit-736.

14              MR. YOUNG:  Andy, you said

15        131?

16              MR. SHEN:  Tab 139.  The

17        document you uploaded, which

18        afterwards you should take down.

19              MR. YOUNG:  Yes, it's

20        deleted.

21              MR. HAEFELE:  For the rest

22        of us, do we get a hint as to what

23        it is you're showing him?

24              MR. SHEN:  And if we can
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          scroll down and read off the Bates

2          number, please.

3                MR. POUNIAN:  I don't see a

4          Bates number.

5    BY MR. SHEN:

6          Q.    This is a version of the

7    document that plaintiffs had showed

8    earlier, it reflects the application to

9    rent an apartment at Parkwood Apartments

10   complex.

11               MR. SHEN:  If we can show

12         the document, please.  And if we

13         could look very quickly at

14         internal Page 4 and Page 5, which

15         is the application to rent.

16               MR. HAEFELE:  For the

17         record, Andy, I'm still not seeing

18         any Bates number that directs us

19         to where we can pull it up so we

20         can see it.

21               MR. POUNIAN:  Is this any

22         different than the exhibit that

23         was put in?

24               MR. SHEN:  I don't think --

- Filed publicly -
Pls. Ex. 679J
(FBI 8023-60)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          I don't think it's different.

2          It's just our version of it, and I

3          don't have yours.

4               MR. POUNIAN:  I'm seeing --

5          I'm seeing -- there's wording

6          added on to this document.

7               MR. SHEN:  We'll send over a

8          copy of this.  But this is the, as

9          I understand it, the same document

10         that was shown before.

11              MR. SHEN:  If you could show

12         Page 5, please.

13    BY MR. SHEN:

14         Q.    And, sir, Mr. Bayoumi, do

15    you recall that Mr. Pounian asked you

16    questions about an application for an

17    apartment for Khalid al-Mihdhar and Nawaf

18    al-Hazmi?

19         A.    Yes.

20         Q.    And, sir, why did you refer

21    Mr. Mihdhar and Mr. Hazmi to this

22    apartment complex?

23         A.    There was an empty

24    apartment, and they wanted to rent it.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And, sir, if you refer

2    somebody to the apartment complex, is

3    there any compensation that you would

4    receive?

5    A.    Yes, from the manager.  She

6    would give me $100, $200.

7    Q.    And, sir, is that one of the

8    reasons why you referred Mr. Mihdhar and

9    Mr. Hazmi to this apartment?

10    A.    It was a chance, or an

11    opportunity, if there was an available

12    apartment.  And I told them there was an

13    available apartment.

14    Q.    And did you collect a

15    referral fee for referring these

16    individuals to this apartment?

17    A.    From the manager?  Yes.

18    Q.    Sir, if we scroll down a

19    little bit further in this page, you'll

20    see that the date of this document is

21    signed February 4th, 2000.

22        Do you see that?

23    A.    Yes.

24    Q.    And, Mr. Bayoumi, do you

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   recall being asked by Mr. Pounian whether

2   you wrote a cashier's check in connection

3   with the application for this apartment?

4          A.     Yes.

5                 MR. SHEN: ████████████████

6   ████████████████████████████████

7          ████████████████████████████████

8   ████

9                 COURT REPORTER: ████

10                MR. SHEN: ████   ████████

11                      -   -   -

12          ████████████████████

13   ████████████████████████████

14   ██████████████████████████

15                      -   -   -

16                MR. SHEN: ████████████████

17   ██████████████████

18          ██████████████████████

19   ██████████████████

20   BY MR. SHEN:

21          Q.    ██████████████████

22   ████████████████████████████████

23          ████████████████

24          A.    ████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    Q.

2

3

4    A.

5    Q.

6

7

8

9

10

11

12

13

14    A.

15

16

17

18

19    (The Witness)

20

21

22

23

24    (Through Interpreter)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15    Q.

16

17    A.

18    Q.

19

20    A.

21    Q.

22

23    A.

24    Q.    Now, you testified, in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    response to Mr. Pounian's questioning,

2    that when you first arrived in

3    California, someone in the community

4    assisted you in finding housing; is that

5    correct?

6         A.    Yes.

7         Q.    Go ahead, sir.

8         A.    (In English) Go ahead for

9    translation.

10             (The Interpreter) Yes.

11   Because it's required to anyone who lives

12   in America, to bring someone to guarantee

13   with him or cosign.  So when one would

14   come to the mosque, they would all cosign

15   with them.

16             An American person came with

17   me from the mosque.  So we went and

18   rented an apartment.  I didn't know him,

19   he didn't know me.  We met at the mosque,

20   I told them I need an apartment, so we

21   looked for -- we looked for an

22   apartment -- apartment complexes until we

23   found this apartment, and I lived there.

24        Q.    Mr. Bayoumi, is it typical

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    or atypical, in the Islamic community, to

2    assist newcomers to that community even

3    if they are strangers?

4              MR. CARTER:  Objection.

5              THE WITNESS:  Yes.  Like, if

6         you go to the community, for

7         example, and ask for someone to

8         cosign with you or something, to

9         rent an apartment, at least ten

10        people would help you without

11        hesitation.

12   BY MR. SHEN:

13        Q.    Would that be the case even

14   if you were a stranger?

15        A.    Yes.  There was no worries

16   or doubt about anything.  Always,

17   whenever a student or somebody would need

18   somebody to cosign with him, that a

19   student is coming to America -- or came

20   new to America, is going to need help, is

21   going to need someone to cosign with him.

22   I don't know anybody who is going to help

23   me.  I need -- there must be somebody to

24   cosign.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Q.    Now, sir, we saw from the

 2   prior document that the date of the

 3   rental application was February 4th of

 4   2000.

 5                Do you recall that?

 6          A.    Yes, I saw it on the screen,

 7   yes.

 8                MR. SHEN:  All right.  We

 9          can go off the FBI record, please.

10                     -  -  -

11                (End of FBI Protected

12          Material.)

13                     -  -  -

14                VIDEO TECHNICIAN:  Okay.  I

15          let everyone back in.

16   BY MR. SHEN:

17          Q.    Mr. Bayoumi, after the date

18   of the document that we just looked at,

19   you testified, in response to Mr.

20   Pounian's questions, that you traveled to

21   Washington, D.C.?

22                MS. PRITSKER:  I apologize.

23          DIB counsel was excluded from the

24          deposition at approximately 1:34
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          p.m. Eastern and has now been

2          allowed to join.  Thank you.

3    BY MR. SHEN:

4          Q.    After the date of the

5    document we looked at, you testified, in

6    response to Mr. Pounian's questions, that

7    you traveled to Washington, D.C.; is that

8    correct?

9          A.    Yes, that's correct.  I

10   traveled to Washington.  But I don't

11   remember the exact dates.

12         Q.    And approximately how long

13   after that application was filled out did

14   you travel to Washington, D.C., just

15   approximately?

16         A.    I don't remember

17   specifically how long.  But I took two

18   courses there, at the Watergate building

19   at Washington University.  I don't

20   remember the exact date.

21         Q.    Okay.  Was it a -- was it a

22   matter of weeks after you went to the

23   apartment complex with Khalid and Nawaf?

24   Was it a month later?  Approximately how

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    long afterwards?

2         A.    I can't say a date

3    specifically.  But I don't remember.

4         Q.    Okay.  And how long did you

5    stay in Washington, D.C., for during this

6    visit?

7         A.    I don't remember.  Ten to 15

8    days.  It was about 10 to 15 days.  I

9    don't remember exactly, because it was a

10   long time ago.

11        Q.    And did you testify that

12   during that trip you took courses at

13   George Washington University?

14        A.    Yes.

15        Q.    All right.

16        A.    And I got a certificate from

17   there, too.

18        Q.    And just focusing on the

19   time period between the time when Khalid

20   al-Mihdhar and Nawaf al-Hazmi first

21   arrived in San Diego to the time period

22   when you left for Washington, D.C., can

23   you describe whether you had frequent

24   interactions with them?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    No, there was no

2    interactions with them at all.  If there

3    is anything, it would be Salam Alaikum,

4    and I would answer Alaikum Salam.

5    Q.    Now, aside from referring

6    Nawaf al-Hazmi and Khalid al-Mihdhar to

7    the apartment where you lived, the

8    apartment complex where you lived, did

9    you assist them in any way?

10    A.    No.

11    Q.    Did you ever assist them in

12    signing up for any courses in the United

13    States?

14    A.    No.

15    Q.    Did you ever assist them in

16    finding flight schools in the United

17    States?

18    A.    No.

19    Q.    Did you even know that they

20    were looking for flight schools in the

21    United States?

22    A.    No.

23    Q.    Did you instruct anyone else

24    in the community to assist them in any

REDACTED FOR PUBLIC FILING

1  way?

2       A.   No.

3       Q.   Now, when you were in

4  Washington, D.C., and you testified that

5  you were taking courses at George

6  Washington University, did you have any

7  conversations at all with Khalid

8  al-Mihdhar or Nawaf al-Hazmi during that

9  time period when you were in Washington,

10  D.C.?

11       A.   No.

12       Q.   During that time period when

13  you were in Washington, D.C., did you

14  have conversations with anyone about

15  Khalid al-Mihdhar and Nawaf al-Hazmi?

16       A.   No.

17       Q.   And during that trip to

18  Washington, D.C., did you give any

19  instructions to anyone else to assist

20  Khalid al-Mihdhar and Nawaf al-Hazmi?

21       A.   No.

22       Q.   And you testified that you

23  stayed in Washington, D.C., for 10 to 15

24  days; is that right?

This Transcript Contains Confidential Material

1        A.    Yes.

2        Q.    And after that did you

3    arrive back in San Diego?

4        A.    Yes.

5              MR. SHEN:  All right.  Let's

6        show the next exhibit, it's going

7        to be Exhibit-787.

8              Chris, can you put this

9        exhibit in the exhibit share.

10       It's going to be Tab 388.

11             MR. KRY:  Sorry, Andy, what

12       exhibit are you using?  I'm not

13       sure --

14             MR. YOUNG:  I think it's

15       going to be 738.

16             MR. SHEN:  I'm sorry, what

17       did I say?

18                   -  -  -

19             (Whereupon, Exhibit

20       al-Bayoumi-738, KSA0000006464,

21       Ministry of Interior, Entrance and

22       Exit Information, was marked for

23       identification.)

24                   -  -  -

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. YOUNG:  The exhibit has

2      been introduced.

3          MR. SHEN:  738, thank you.

4  BY MR. SHEN:

5      Q.    Exhibit-738 is a document,

6  KSA 6464.  I'm going to represent to you

7  that this is information from the

8  Ministry of Interior setting out your

9  entry and exit information to and from

10  the Kingdom.

11          And on the left-hand side of

12  the screen, the third row from the

13  bottom, there is an entry which says that

14  you entered the Kingdom of Saudi Arabia

15  from the United States the 12th month,

16  25th day, 1420.

17          Do you see that?

18          MR. SHEN:  Chris, if you can

19      just scroll to the left and expand

20      the document a little bit.

21  BY MR. SHEN:

22      Q.    Sir, do you see the entry

23  date into the Kingdom of Saudi Arabia

24  from the United States?  The 12th month,

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    25th day, 1420?

2         A.    Yes, yes.

3         Q.    And I will represent to you

4    that that corresponds to a Gregorian date

5    of March 31st of 2000.

6              And, sir, this document

7    indicates that you traveled to Saudi

8    Arabia and entered the country on March

9    31st of 2000.

10             And, sir, focusing on the

11   time period after you came back to San

12   Diego from your trip to Washington, D.C.,

13   until March 31st, 2000, when you traveled

14   to Saudi Arabia, did you have any

15   interactions with Khalid al-Mihdhar or

16   Nawaf al-Hazmi?

17        A.    No.

18        Q.    During this time period, did

19   you assist them in any way?

20        A.    No.

21        Q.    Did you instruct anybody to

22   assist them in any way?

23        A.    No.

24        Q.    This entry/exit information

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   indicates that you left the Kingdom of

2   Saudi Arabia on the 2nd month, 27th day

3   of 1421 for the United Kingdom.

4              Do you see that?

5       A.    What day?

6       Q.    The second month, 27th day

7   of 1421.

8              It's the second-to-last row

9   on the right-hand side.

10      A.    Yes, yes.

11      Q.    And that date corresponds to

12  a Gregorian date of May 31st of 2000.

13             What were you doing in Saudi

14  Arabia between March 31st of 2000, and

15  May 31st of 2000?

16      A.    I went back to my work

17  headquarters.

18      Q.    And during that two-month

19  time period when you were in Saudi

20  Arabia, did you speak with Khalid

21  al-Mihdhar and Nawaf al-Hazmi?

22      A.    No.

23      Q.    During that two-month time

24  period when you were in Saudi Arabia, did

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  you have any conversations with anybody

2  about Nawaf al-Hazmi or Khalid

3  al-Mihdhar?

4         A.    No.

5         Q.    During that time period, did

6  you assist anyone -- strike that.

7               Did you instruct anyone to

8  assist Khalid al-Mihdhar and Nawaf

9  al-Hazmi?

10        A.    No.

11              MR. SHEN:  Let's introduce

12        the next exhibit, Exhibit-739.

13              Chris, this is our internal

14        Tab 1.  Bates number is KSA 8001.

15                   -  -  -

16              (Whereupon, Exhibit

17        al-Bayoumi-739,

18        KSA0000007996-8020, Passport

19        Documentation, was marked for

20        identification.)

21                   -  -  -

22              MR. YOUNG:  The exhibit has

23        been introduced.

24              MR. SHEN:  Can I ask the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              technician to share the screen,

2              739, please.

3                      Is the technician on?

4                      MR. YOUNG:  Andy, I can

5              share.

6                      MS. INT-HOUT:  Do you mean

7              the trial tech or the video tech?

8              Sorry.

9                      MR. SHEN:  Whoever was

10             sharing their screen before, the

11             trial tech.

12                     MS. INT-HOUT:  That would be

13             me.  Hold on one moment.

14                     MR. SHEN:  And just for the

15             record, the first Bates stamp of

16             this document is KSA 7996.

17     BY MR. SHEN:

18             Q.    Sir, do you recognize this

19     document?

20             A.    Yes.

21             Q.    What is this document?

22             A.    A passport.

23                     MR. SHEN:  If we could

24             scroll to KSA 8001, please.  Thank

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          you.

2    BY MR. SHEN:

3          Q.    And your passport on this

4    particular page contains a number of

5    entry stamps.

6                Do you see that?

7          A.    Yes.

8                MR. SHEN:  And if we could

9          highlight in the middle of the

10         page, it's upside down, but it

11         says there's an entry into the

12         United States of July 1, 2000.

13         It's right at the fold of the

14         passport in the middle.  To the

15         right.  Right there.

16   BY MR. SHEN:

17         Q.    And, sir, did you stay in

18   the United Kingdom from May 31st until

19   approximately July 1st of 2000, when you

20   returned to the United States?

21         A.    Yes.

22         Q.    And what were you doing in

23   the United Kingdom during this time

24   period?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    A.    I was preparing for starting

2    my doctorate degree project.

3         Q.    And at what university was

4    that?

5         A.    Aston University.

6         Q.    And during this one-month

7    period when you were in the United

8    Kingdom, did you have any conversations

9    with Khalid al-Mihdhar and Nawaf

10   al-Hazmi?

11        A.    No.

12        Q.    Did you speak with anybody

13   else about Nawaf al-Hazmi or Khalid

14   al-Mihdhar?

15        A.    No.

16        Q.    Did you instruct anyone else

17   to assist Khalid al-Mihdhar and Nawaf

18   al-Hazmi during this time period?

19        A.    No.

20             MR. SHEN:  Can the tech go

21        to Page KSA 8000, please?

22   BY MR. SHEN:

23        Q.    And, sir, do you see there's

24   a number of entry/exit stamps on this

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    page?

2         A.    Yes.

3         Q.    And on the top side of this

4    page, it's upside down right now, there's

5    an entry stamp into the United Kingdom of

6    October 9th of 2000.

7              Now at the bottom of the

8    page in the middle.

9         A.    Yes.

10        Q.    Now, after you left the

11   United Kingdom in -- on July 1st of 2000,

12   did you come back to California?

13        A.    Yes.

14        Q.    And did you stay in the

15   United States until you left again for

16   the United Kingdom on October 9th of

17   2000?

18        A.    Yes.

19        Q.    In focusing on that time

20   period between July 1st of 2000 and

21   October 9th of 2000, when you left for

22   the UK once again, did you have any

23   interactions whatsoever with Khalid

24   al-Mihdhar and Nawaf al-Hazmi?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          A.     No.

2          Q.     During that time period,

3    were Khalid al-Mihdhar and Nawaf al-Hazmi

4    still living in the same apartment

5    complex as you?

6          A.     No.

7          Q.     Do you know where they

8    lived?

9          A.     No.

10          Q.     Do you know if they had a

11    job?

12          A.     I don't know.

13          Q.     Do you know if they went to

14    school?

15          A.     I didn't know, no.

16          Q.     Do you know who their

17    friends or associates were?

18          A.     No.

19          Q.     Do you know when Khalid

20    al-Mihdhar or Nawaf al-Hazmi left

21    California?

22          A.     No.

23                 There is one thing I'd like

24    to say.  Will you allow me?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    Yes, please.

2      A.    Khalid and Nawaf tended to

3  avoid me.  Why?  Because they tended to

4  joke with one another physically, using

5  hands, in the presence of my children.

6  And I warned my children not to mix with

7  them because of that bad behavior.

8            From that day on, they took

9  the position of avoiding me.  Even if

10 they see me, they wouldn't approach me.

11 I just wanted to clarify that point.

12     Q.    Sir, when Khalid al-Mihdhar

13 and Nawaf al-Hazmi left California, do

14 you know where they went?

15     A.    (The Witness) No.

16           (Through Interpreter) No.

17     Q.    Now, during the time period

18 when you were back in the United States

19 from July 1st of 2000, to October 9th of

20 2000, did you have conversations with

21 anyone else about Khalid al-Mihdhar and

22 Nawaf al-Hazmi?

23     A.    No.

24     Q.    Did you instruct anyone else

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    to assist them?

2          A.    No.

3          Q.    Now, your passport indicates

4    that you arrived in the United Kingdom on

5    October 9th of 2000.

6                Why did you go to the United

7    Kingdom on October 9th of 2000?

8          A.    To pursue my doctorate

9    studies.

10         Q.    And at that point had you

11   moved from the United States to the

12   United Kingdom?

13         A.    Yes.  However, my family was

14   still in San Diego.

15         Q.    Well, after you moved from

16   the United States to the United Kingdom,

17   did you have any additional discussions

18   with Khalid al-Mihdhar or Nawaf al-Hazmi?

19         A.    No.

20         Q.    Did you assist them in any

21   way?

22         A.    No.

23         Q.    Did you instruct anyone else

24   to assist them in any way?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          A.    No.
 2          Q.    Sir, do you need to take a
 3    break to pray?
 4          A.    (The Witness) Time to pray
 5    now.
 6                (Through Interpreter) Yes,
 7    time to pray now.
 8                MR. SHEN:  Fifteen minutes,
 9          please.
10                MR. CARTER:  Andy, just for
11          planning purposes, how much more
12          do you expect to have?
13                Andy into space?
14                MR. SHEN:  Probably less
15          than an hour.
16                MR. CARTER:  Okay.  Thanks.
17                VIDEO TECHNICIAN:  We're
18          going to go off the record, 2:20
19          p.m.
20                    -   -   -
21                (Whereupon, a brief recess
22          was taken.)
23                    -   -   -
24                VIDEO TECHNICIAN:  We're back
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          on the record at 2:36 p.m.
 2               MR. SHEN:  We've marked as
 3          the next exhibit, Exhibit-740, a
 4          document with the Bates stamp KSA
 5          712.
 6               If the technician can put
 7          that document in front of the
 8          witness, please.
 9                    -   -   -
10          (Whereupon, Exhibit
11          al-Bayoumi-740, KSA0000000712,
12          6/25/95 Letter, was marked for
13          identification.)
14                    -   -   -
15               MS. INT-HOUT:  I'm
16          downloading it now.  Give me a
17          moment.
18               MR. SHEN:  Thank you.
19     BY MR. SHEN:
20          Q.   And, sir, this is a document
21     from the first month, 26th day, of 1416,
22     pertaining to an assignment of you to,
23     quote, Work for the Dallah Avco company
24     for one year, renewable thereafter.
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Do you see that?

2     A.    Yes.

3          MR. KRY:  Andy, can I get a

4     Gregorian date on that?

5          MR. SHEN:  Yes.  My

6     understanding is June 25th, 1995.

7  BY MR. SHEN:

8     Q.    And, sir, you were asked

9  questions about your secondment to a

10 private company for a period of five

11 years.

12          Do you recall those

13 questions?

14          MR. POUNIAN:  Objection to

15     form.

16          THE WITNESS:  Yes.

17 BY MR. SHEN:

18    Q.    And during the course of

19 that secondment, what were you doing?

20    A.    I was studying in the USA

21 and Britain.

22    Q.    And if we can look at the

23 actual letter, there's sub-bullets.

24          Bullet 2 says that, The

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1    detail assignment will be effective as of

 2    the 1st day of the 8th month of 1416.

 3    His salary shall be suspended on the date

 4    mentioned above by headquarters and until

 5    the employee returns to his position.

 6              Do you see that?  Do you see

 7    that language there?

 8        A.    Yes.

 9        Q.    And during the course of

10    your secondment, was your Saudi

11    government salary suspended?

12              MR. KRY:  Objection to form.

13              THE WITNESS:  Yes.

14    BY MR. SHEN:

15        Q.    And during the course of

16    your secondment, who paid for your

17    salary?

18              MR. KRY:  Objection to form.

19              THE WITNESS:  During my

20         secondment, I was paid by the

21         project -- by ANSS Dallah.

22    BY MR. SHEN:

23        Q.    And, sir, this letter says

24    that the secondment is -- and I'm looking

REDACTED FOR PUBLIC FILING

1    at the first paragraph of the letter --

2    pursuant to the principles of cooperation

3    between public and private sectors to

4    advance national companies and

5    organizations.

6              Do you see that language?

7         A.    Yes.

8         Q.    And, sir, to your knowledge,

9    were other government employees seconded

10   to private companies to pursue their

11   education?

12             MR. CARTER:  Objection to

13        foundation.

14             THE WITNESS:  Yes.

15   BY MR. SHEN:

16        Q.    And was this a common or

17   uncommon practice?

18             MR. CARTER:  Objection.

19             THE WITNESS:  Yes.

20   BY MR. SHEN:

21        Q.    So the question was, was it

22   a common or uncommon practice?

23        A.    Yes, it was common practice.

24   And the Saudization program was in

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    progress.

2          Q.    And, sir, is -- the

3    Saudization program, is that a government

4    program?

5          A.    Yes, it's a government

6    program which is assigned to companies to

7    perform -- or to carry out.

8          Q.    And can you just describe

9    what the goals of the Saudization program

10   are and why students were sent to pursue

11   their education?

12              MR. CARTER:  Objection.

13              THE WITNESS:  The

14         Saudization program is, simply

15         put, in some programs the

16         percentage of foreign --

17              (The Witness) Some projects.

18              (Through Interpreter) Some

19         projects the percentage of

20         foreigners is as high as 80 or 90

21         percent.  So, hence, came the

22         Saudization program, which would

23         entail that Saudi nationals would

24         replace the foreign nationals.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1         However, a Saudi national

2         could not take a position like

3         that unless he obtains education,

4         training, English language.

5         That's why the Saudization program

6         came, which aims at making Saudi

7         nationals to replace foreign

8         nationals in jobs.

9    BY MR. SHEN:

10        Q.    And, sir, why was it

11   important for Saudis that were part of

12   this program to receive an education?

13        A.    In order for them to become

14   more efficient and skilled for their

15   future work.

16        Q.    Now, sir, the plaintiffs in

17   this case have alleged that while you

18   were in San Diego, you never went to

19   class and that you were not a full-time

20   student.

21        Are those allegations

22   accurate?

23        MR. POUNIAN:  Object to the

24        form.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              THE WITNESS:  No.

2        Inaccurate.

3    BY MR. SHEN:

4        Q.    And, sir, while you were in

5    San Diego, were you a full-time student?

6        A.    Yes, yes.

7        Q.    Did you go to and complete

8    classes?

9        A.    Yes.

10       Q.    Did you earn certificates?

11       A.    Yes.

12       Q.    Did you earn degrees?

13       A.    Yes.

14       Q.    Now, the plaintiffs, and Mr.

15   Kry as well, have shown you a number of

16   documents from the educational

17   institutions that you attended.

18             While you attended those

19   educational institutions, were you a

20   full-time student?

21       A.    Yes.

22             MR. SHEN:  Chris, can we

23       load as Exhibit-741 the document

24       at Tab 80?

 REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. KRY:  While that's

2     loading, I wanted to note for

3     Exhibit-740, we had a slight

4     difference on the translation.

5          Our translation had employed

6     with rather than for.  So we'll

7     just reserve any rights on the

8     translation.

9          MR. SHEN:  Okay.

10               -  -  -

11          (Whereupon, Exhibit

12     al-Bayoumi-741,

13     KSA0000001837-1840, West Coast

14     University Transcript, was marked

15     for identification.)

16               -  -  -

17          MR. KRY:  Sorry.  It's work

18     with rather than work for.

19          MR. SHEN:  The technician

20     can take this document down,

21     please, and -- when the next

22     document is loaded.

23          MR. YOUNG:  The exhibit has

24     been introduced.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                 MR. SHEN:  For the record,
 2          this is a document KSA 1837, and
 3          it is a transcript from West Coast
 4          University.
 5    BY MR. SHEN:
 6          Q.    And, sir, this is a
 7    different version of the document that
 8    you were shown earlier.
 9                 When you were attending West
10    Coast University, were you a full-time
11    student?
12          A.    Yes.
13          Q.    And does this document
14    indicate the courses you took and the
15    grades and credits that you earned?
16          A.    Yes.
17                 MR. SHEN:  If we can scroll
18          down to the bottom, please, of the
19          third page.
20    BY MR. SHEN:
21          Q.    Do you see that there is a
22    stamp on that document?
23          A.    Yes.
24          Q.    And, sir, what is this
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    stamp?

2         A.    That's from the embassy.

3         Q.    And why is it stamped from

4    the embassy?

5         A.    Because when I go back to

6    the Saudi Arabia, they would only accept

7    a document that's certified from the

8    embassy.

9         Q.    And, sir, what is the date

10   on this stamp?

11        A.    10/8/1999.

12        Q.    Is that August 10th, 1999?

13        A.    Yes.

14        Q.    And in connection with

15   obtaining this stamp, did you communicate

16   with the embassy?

17        A.    Yes.

18             (The Witness) I usually call

19   them.

20             (Through Interpreter) Yes, I

21   usually call them.

22        Q.    So you would have phone

23   calls with the embassy in connection with

24   getting your transcripts certified?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    Yes.  And for my children

2   and for my wife.

3              MR. SHEN:  Can we load as

4        the next exhibit, please,

5        Exhibit-742, our Tab 82.  This is

6        KSA 908.

7                   -   -   -

8              (Whereupon, Exhibit

9        al-Bayoumi-742, KSA0000000908,

10       United States International

11       University Transcript, was marked

12       for identification.)

13                  -   -   -

14             MR. YOUNG:  It's been

15       introduced.

16             MR. SHEN:  And if the

17       technician could please load it.

18  BY MR. SHEN:

19       Q.    And, sir, do you recognize

20  this document as a transcript from U.S.

21  International University?

22       A.    Yes.

23       Q.    And, sir, does this document

24  set out the courses that you took, the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    credits that you earned and the grades

2    that you earned?

3         A.    Yes.

4         Q.    And there's an entry that

5    says, Fall quarter 1997, degree, Master's

6    of International Business Administration,

7    date, December 9th of '97.

8              Did you earn a Master's

9    Degree in International Business from

10   U.S. International University?

11        A.    Yes.  International project

12   management, yes.

13        Q.    And if you look at the

14   bottom of the page, there's a stamp as

15   well.

16              Is that a stamp from the

17   embassy?

18              INTERPRETER MIKHAIL:

19        Business management.  Not project.

20              Interpreter corrects.

21        International business management.

22              MR. SHEN:  Thank you.

23   BY MR. SHEN:

24        Q.    Is that a stamp from the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    embassy?

2           A.    Yes.

3           Q.    And what is the date of this

4    stamp, sir?

5           A.    I believe 8/4/1998.

6           Q.    And in connection, sir, with

7    obtaining this stamp from the embassy,

8    did you communicate with the embassy?

9           A.    Yes.

10          Q.    And did you have phone calls

11   with the embassy?

12          A.    Yes.

13                MR. SHEN:  If we could

14          please introduce as the next

15          exhibit our internal Tab 50.  743.

16                     -   -   -

17                (Whereupon, Exhibit

18          al-Bayoumi-743,

19          PEC-KSA1-000067-0070, Keller

20          School of Management Transcript,

21          was marked for identification.)

22                     -   -   -

23                MR. YOUNG:  The document has

24          been introduced as Exhibit-743.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. SHEN:  If the technician

2     could put it up.

3          Thank you very much.

4  BY MR. SHEN:

5     Q.    This is a document with the

6  Bates stamp PEC-KSA1-67.

7          Sir, on the following pages,

8  it shows that it is a transcript from

9  Keller School of Management.  This

10 particular document lists a number of

11 courses that you had registered for on

12 the first page, including auditing, law,

13 financial accounting, accounting and

14 reporting.

15         Do you see that?

16    A.    Yes.

17    Q.    And it states that -- under

18 the credit earned column, that you did

19 not earn credits for these particular

20 classes.

21         Sir, did you attend these

22 classes?

23    A.    Yes.  I attended the

24 classes, yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And why did you not receive
2    credits?
3    A.    I did not attend the exams.
4    Q.    And why did you not attend
5    the exams?
6    A.    Because the subjects were
7    dry.
8    Q.    And during this time period
9    when you attended these classes, were you
10   still a full-time student?
11   A.    Yes.
12   Q.    Now, you had testified, in
13   response to Mr. Pounian's questions, that
14   you also took courses at the community
15   college in San Diego; is that correct?
16   A.    Because I would not waste
17   any of my time.  Whenever I had free
18   time, I would go and enroll in classes or
19   courses.
20   Q.    And roughly how many courses
21   did you take at the community college in
22   San Diego?
23   A.    Many.
24   Q.    Approximately how many?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1     A.    (The Witness) More than 10,

2     12.

3           (Through Interpreter) So

4     there were English courses.  But there

5     were various levels, from level to a

6     level, but they don't give certificates

7     for these.  But then there were other

8     courses, many, maybe 10 or 12.

9     Q.    And did you earn certain

10    certificates for the classes you took at

11    the community college?

12    A.    Yes.

13          MR. SHEN:  Can we load as

14          the next exhibit our internal Tab

15          83?  This will be Exhibit-744.

16                -  -  -

17          (Whereupon, Exhibit

18          al-Bayoumi-744, KSA0000000739, San

19          Diego Community College

20          Certificate, was marked for

21          identification.)

22                -  -  -

23          MR. SHEN:  KSA 739.

24          MR. YOUNG:  It has been

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          introduced.

2                    MS. INT-HOUT:  One moment.

3                    I'm sorry, can you reload

4          the document, please?

5                    MR. YOUNG:  It's been

6          reloaded.

7    BY MR. SHEN:

8          Q.   And, sir, what we're putting

9    in front of you is something entitled,

10   Certificate of Completion for a course in

11   small business management from the San

12   Diego Community College, West City Center

13   Clairemont campus.

14                   MR. POUNIAN:  Is there a

15        Bates number on that document?

16                   MR. SHEN:  KSA 739.

17   BY MR. SHEN:

18        Q.   And, sir, do you see the

19   document is dated June 4th, 1998?

20        A.   Yes.

21        Q.   And is this an example of

22   one of the many courses that you took at

23   the community college in San Diego?

24        A.   Yes, this is one of them.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1              MR. SHEN:  Chris, can we

2         load as the next exhibit,

3         Exhibit-745, KSA 741?

4                   -  -  -

5              (Whereupon, Exhibit

6         al-Bayoumi-745, KSA0000000741, San

7         Diego Community College

8         Certificate, was marked for

9         identification.)

10                  -  -  -

11             MR. YOUNG:  It's been

12        introduced.

13   BY MR. SHEN:

14        Q.    Sir, what we have on the

15   screen in front of you is another

16   certificate of completion for a course

17   called Introduction to Computers from the

18   San Diego Community College Clairemont

19   Center.

20             Do you see that?

21        A.    (The Witness) Yes.

22        Q.    And this is dated June 6th

23   of 1998.

24             And is this an example of

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    one of the many courses that you took at

2    the San Diego Community College?

3         A.    Yes.

4              MR. SHEN:  Can we show

5         Exhibit-681, please?  And if we

6         can go to the Arabic version.  The

7         next page, please.

8    BY MR. SHEN:

9         Q.    Sir, this is an exhibit that

10   plaintiffs have shown you.

11             And does this list the

12   classes that you took at the George

13   Washington University?

14             MR. CARTER:  Objection to

15        form.

16   BY MR. SHEN:

17        Q.    Sir, does this list the

18   classes that you took and completed at

19   the George Washington University?

20        A.    Yes.

21        Q.    And at the bottom of the

22   page, there is a stamp.

23             Do you see that?

24             Is that a stamp from the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    embassy as well?

2         A.    Yes.

3         Q.    And what is the date on this

4    stamp?

5         A.    December 18, 1420.

6               MR. SHEN:  And if we

7         could --

8    BY MR. SHEN:

9         Q.    I'm sorry, did you say

10   December 18 or the 12th month?

11              INTERPRETER MIKHAIL:  Pardon

12        me, yes.  That's an error in

13        translation, thinking it was

14        Gregorian.  He said the 12th

15        month, yes.

16              MR. SHEN:  12th month, 18

17        day, 1420, okay.

18              Can we go up to the top of

19        the document, please, the English

20        translation?

21   BY MR. SHEN:

22        Q.    I will represent to you,

23   sir, that the Gregorian date that it

24   corresponds to is March 24th of 2000.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1            And, sir, did you

2    communicate with the embassy in

3    connection with receiving this stamp?

4         A.    Yes.

5         Q.    And did you communicate by

6    phone with the embassy in connection with

7    receiving this stamp?

8         A.    Yes.

9         Q.    And, sir, you testified, in

10   response to Mr. Pounian's questions, that

11   you had visited the embassy in person; is

12   that correct?

13        A.    Yes.

14        Q.    And did you visit the

15   embassy in person when you were in

16   Washington, D.C., taking courses at

17   George Washington University?

18        A.    Yes.

19        Q.    Was one of the -- why did

20   you go to the embassy when you were in

21   Washington, D.C., taking classes at

22   George Washington University?

23        A.     To get the certificates

24   certified, the certificates of the kids

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    as well and my wife's.

2              MR. SHEN:  Can we put up

3         Exhibit-692, please?

4              I'm sorry, let's go on the

5         FBI record, please.

6              MS. PRITSKER:  DIB counsel

7         is now being excluded from the

8         deposition.

9              VIDEO TECHNICIAN:  One

10        moment.

11             MR. SHEN:  Thank you.

12                  -   -   -

13             (FBI Protected Material.)

14                  -   -   -

15             VIDEO TECHNICIAN:  Okay.

16        They are all in.

17             MR. SHEN:  Can we show

18        Exhibit-692, please?

19   BY MR. SHEN:

20        Q.   Mr. Pounian asked you

21   questions about this document and asked

22   in particular why this would be posted at

23   the Kurdish mosque, given that some of

24   the writing in here is in Arabic.

- Filed publicly -
Pls. Ex. 574
(FBI 4273)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           MR. SHEN:  And if we could

2      just look at the Arabic, please.

3      If we could look at the Arabic

4      version, please.

5  BY MR. SHEN:

6      Q.    Now, sir, what nationality

7  were most of the Kurdish people who

8  attended the Madina mosque?

9      A.    Kurds.

10      Q.    Were they Syrians or Iraqis

11  or Turkish or something else?

12      A.    Iraqis.

13      Q.    And do Iraqis use an Arabic

14  alphabet or do they use a Roman alphabet?

15      A.    No, they use an Arabic

16  alphabet.

17      Q.    So the names that are

18  written on this sheet, would the Iraqis

19  and Kurds that attended your mosque be

20  able to read those names?

21      A.    Yes.  They can read the

22  names, because they write the Arabic

23  language.

24           MR. SHEN:  Could we look at

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Exhibit-523, please.  If we could

2          just look at the Arabic version,

3          or the original version.  And go

4          on to the next page, please.  Next

5          page.  Keep going, please.

6                MS. INT-HOUT:  I'm sorry,

7          but it's only a four-page

8          document.

9                MR. SHEN:  I might have the

10         wrong document.

11               All right.  Let's -- I'm

12         looking for the January 26th,

13         2000, phone book.  Give me one

14         second.

15               MR. POUNIAN:  That's 518.

16               MR. SHEN:  Thank you.  518,

17         please.

18    BY MR. SHEN:

19         Q.    Sir, do you recall that Mr.

20    Pounian asked you questions about this

21    document and then a subsequent document

22    that was an October 4th, 2000, version

23    that says, Omar's phone book?

24         A.    Yes.

- Filed publicly -
Pls. Ex. 12BB
(MPS688)

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    And, sir, you testified that
2    you did not enter all of these names and
3    telephone numbers into the phone book; is
4    that correct?
5         A.    That is correct.
6         Q.    And if a name and telephone
7    number is entered into this phone book,
8    does that mean that you actually met that
9    person?
10        A.    No.
11        Q.    Does it mean that you
12   actually know that person?
13        A.    No.
14        Q.    Does it mean that you
15   actually talked to that person on the
16   phone?
17        A.    No.
18        Q.    Does it mean that the actual
19   phone number that's entered here is the
20   correct phone number for that particular
21   person?
22        A.    So I started the Omar phone
23   book, but I did not -- I started the Omar
24   phone book, but I did not enter all the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   data.  I started it myself, it was

2   something for me, for myself.

3                And then it was at the

4   mosque.  And then anybody who would have

5   names, there would be volunteers

6   inputting the data in the phone book.

7   Any time there's names or numbers on a

8   sheet of paper, the volunteers would

9   enter the information.

10                Even at a time there were my

11  account numbers entered by mistake,

12  because they found them and they entered

13  that information by mistake on the phone

14  book.

15       Q.    And, sir, is it possible

16  that some of the telephone numbers that

17  are entered in for particular people may

18  be incorrect or have mistakes in them?

19                MR. CARTER:  Objection to

20            form.  And foundation.

21                THE WITNESS:  Yes, it's

22            possible.

23  BY MR. SHEN:

24       Q.    And did you do anything to

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    check to make sure that the telephone

2    numbers listed for particular individuals

3    were actually correct?

4          A.    No, I do not have time to

5    review everything.  No.

6                    MR. SHEN:

7

8    BY MR. SHEN:

9          Q.

10

11

12

13

14

15

16

17

18        A.

19        Q.

20

21        A.

22

23        Q.

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  ████████████████████████████████

2  ████████████████████████████████

3  ████████████████████████████████

4  ████████████████████

5  A.  ████████████████████

6  ████████████████████████████████

7  ████████████  ████████████████████

8  Q.  ████████████████████

9  ████████████████████

10  A.  ████████████████████

11  ████████

12      Q.    Sir, how often would you

13  visit the Mosque Al-Madina?

14      A.    Sometimes once a month,

15  sometimes once a week, sometimes it's an

16  emergency.  Only as needed.

17      Q.    I mean, and you certainly

18  weren't there every day, correct?

19      A.    No.

20      Q.    And --

21      A.    I was a volunteer.  I would

22  go in my spare time.

23      Q.    And, sir, because you

24  testified that you were there maybe once

████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  a month or maybe once a week, is it a

2  true statement that the vast majority of

3  telephone calls that were made or

4  received from this phone line were made

5  or received by somebody other than you?

6          MR. CARTER:  Objection.

7      Foundation.

8          THE WITNESS:  Many students,

9      many people, many families would

10     call -- sometimes would use it to

11     call.  Sometimes I'm not in the

12     building.  Sometimes someone would

13     go in, make the phone call and

14     leave.  It was available for

15     everybody.

16 BY MR. SHEN:

17     Q.    And, sir, given all those

18 facts and the fact that you were only at

19 the Madina mosque once a week or once a

20 month, does it stand to reason that the

21 vast majority of calls were made by

22 somebody other than you?

23          MR. CARTER:  Objection.

24     Form.  And foundation.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           Andy, I think you have to

2      speak about particular calls.

3      There's no evidence that there are

4      calls.

5           MR. SHEN:  You can answer

6      the question, sir.

7           THE WITNESS:  What's the

8      question again?

9           MR. SHEN:  Can you repeat

10     the question?

11          INTERPRETER AL-HALABI:

12     (Complies with request.)

13          THE WITNESS:  It could be a

14     lot of people that come and make

15     calls sometimes.  Sometimes they

16     would use my cell phone.  Some --

17     you know, people would come and

18     they would ask my permission, and

19     I would say yes.  So it was

20     available for everybody.

21 BY MR. SHEN:

22     Q.   Now, sir, you were asked

23 questions --

24          MR. SHEN:  We can go off the

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          FBI record, thank you.

2                    -   -   -

3              (End of FBI Protected

4          Material.)

5                    -   -   -

6              VIDEO TECHNICIAN:  Okay.

7          I've let everyone back in.

8     BY MR. SHEN:

9          Q.    Sir, you were asked

10    questions about an individual named Adel

11    Al Sadhan.

12              Did you ever discuss Khalid

13    al-Mihdhar or Nawaf al-Hazmi with Adel

14    Al Sadhan?

15              MS. PRITSKER:  DIB counsel

16          has been admitted back into the

17          room, and was excluded at

18          approximately 3:06 p.m. Eastern.

19          Thank you.

20          THE WITNESS:  No.

21    BY MR. SHEN:

22          Q.    Did you ever give any

23    instructions to Mr. Al Sadhan?

24          A.    No.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.    Did he ever give any

2    instructions to you?

3        A.    No.

4        Q.    You were asked questions

5    about someone named Mutaeb al-Sudairy.

6              Did you ever discuss Khalid

7    al-Mihdhar or Nawaf al-Hazmi, or any of

8    the 9/11 hijackers, with Mr. Al-Sudairy?

9        A.    No.

10       Q.    Did you ever give any

11   instructions to Mr. Al-Sudairy?

12       A.    No.

13       Q.    Did he ever give any

14   instructions to you?

15       A.    No, at all.

16       Q.    You were asked questions

17   about two individuals, Abdullah

18   Al Jaithen and Majed Al Mersal.

19             Did you ever discuss Khalid

20   al-Mihdhar, Nawaf al-Hazmi, or any of the

21   9/11 hijackers, with Mr. Al Jaithen or

22   Mr. Al Mersal?

23       A.    No.

24       Q.    Did you ever give any

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    instruction to either Mr. Al Jaithen or

2    Mr. Al Mersal?

3        A.    No.

4        Q.    Did either Mr. Al Jaithen or

5    Mr. Al Mersal ever give you instructions?

6        A.    No.

7        Q.    Did you ever stay in the

8    same hotel room for a night with

9    Mr. Al Jaithen?

10       A.    No.

11       Q.    You were asked questions

12   about Mr. Fahad al-Thumairy.

13             Can you just describe

14   generally your relationship with

15   Mr. al-Thumairy?

16       A.    Fahad al-Thumairy is an Imam

17   at a masjid.

18       Q.    Was he a friend of yours?

19       A.    No.

20       Q.    Was he a personal

21   acquaintance of yours?

22       A.    No.

23       Q.    What was the nature of your

24   conversations?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    There was no -- there was no

2   conversations.  Sometimes there were

3   questions about the mosque or something

4   like that.  Sometimes we would -- we

5   would order Quran, books of the Quran.

6   And he is -- or he rarely answered.

7        Q.    And when was the last time

8   that you spoke with Fahad al-Thumairy?

9        A.    I don't remember.  It was a

10  long time ago.  I don't remember.

11       Q.    Have you spoken to Fahad

12  al-Thumairy after you moved from the

13  United States to the United Kingdom in

14  October of 2000?

15       A.    No.  No, I don't remember.

16  No.

17       Q.    Did you ever discuss Khalid

18  al-Mihdhar or Nawaf al-Hazmi, or any of

19  the 9/11 hijackers, with Fahad

20  al-Thumairy?

21       A.    No.

22       Q.    Are you aware of whether Mr.

23  Thumairy ever met Mr. Mihdhar or Mr.

24  Hazmi or any of the other 9/11 hijackers?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        A.    No.

2        Q.    Are you aware of any

3   assistance whatsoever that Mr. Thumairy

4   provided to Mr. Mihdhar, Mr. Hazmi or any

5   of the 9/11 hijackers?

6        A.    No.

7        Q.    Are you aware of any

8   instructions that anyone provided to Mr.

9   al-Thumairy to assist any of the 9/11

10  hijackers?

11       A.    No.

12       Q.    Are you aware of any

13  instructions that Mr. al-Thumairy

14  provided to anyone else to assist the

15  hijackers?

16       A.    No.

17       Q.    All right.

18             MR. SHEN:  Let's go on the

19       FBI record, please.

20       ██████████████████████

21    ████████████████████████

22    ██████████████████

23             -  -  -

24       ████████████████████

     ████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1  ███████████████████████████████████████
 2  ████████████████████████████
 3            -   -   -
 4          MS. PRITSKER:  ████████████
 5  ██████████████████████████████████
 6  ███████████████
 7            -   -   -
 8        █████████████████████████████
 9            -   -   -
10          MR. YOUNG:  ████████████
11  ██████████████
12          VIDEO TECHNICIAN:  ████████
13  ██████████
14          MR. SHEN:  ██████████
15        ██████████████████████████████
16  ███████████████████  ██████████████
17  ██████████████████████████████████████
18  ██████████████████  ██████████████
19  BY MR. SHEN:
20          Q.  ████████████████████████
21  ████████████████████████████████████████
22  ████  ██████████████████████████████
23          MR. SHEN:  ██████████████████
24        ████████████████████████████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   ████████████████████

2   BY MR. SHEN:

3        Q.   ████████████████

4   ████████████████████████████

5   ████████████████████████

6   ████████████████████████████

7   ████████████████████████████

8   ████████████████████

9        ████████████████████████

10  ████████████████████████

11       A.   ████

12       Q.   ████████████████████

13  ████████████████████████

14  ████████████████████████

15  ████████████████

16            MR. KRY:  ████████████

17            THE WITNESS:  ████████

18       ████████████████████

19       ████████

20  BY MR. SHEN:

21       Q.   ████████████████

22  ████████████████████████████

23            MR. KRY:  ████████████

24            THE WITNESS:  ████████

████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    ████████████████████████████

2    BY MR. SHEN:

3        Q.    ████████████████████

4    ████████████████████████████████████████

5    ███████████████████

6        A.    ██████████████████████

7        Q.    ████████████████████████

8    ████████████████████  ████████████████

9    ████████████████████████████████████████

10   ██████████████████████████████████████

11   ██████████████████████████████████████

12   ██████████████████████████████████████

13   ███████████████

14             MR. KRY:    ███████████████████

15             THE WITNESS:  ███████████████

16   █████████████

17   BY MR. SHEN:

18       Q.    ████████████████████████████████

19   ██████████████████████████████████████

20   █████████████████████████████████

21   ██████████████████████████████████████

22   ██████████████████████████████████████

23   ███████████████████

24             ████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1 ████████████████████████████████████████

2     A.   ████

3     Q.   ██████████████████████████

4 ████████████████████████████████████████

5 ██████████████████████████████

6     A.   █████████████████   ████

7 ██████

8     Q.   ████████████████

9     A.   ██████████████████████████

10 ██████████  ██████████████████ █

11 ██████████████████████████████████████

12 ██████████████████████████████████████

13 █████████████  ████

14     Q.   ██████████████████████████

15 ████████████████████████████████████

16 ██████████████████████████████████

17 ████████████████████████████████████████

18 ████████████████████████████████████████

19 █████████████████

20      ██████████████████

21 ████████

22     A.   ████████████████

23     Q.   ██████████████████████

24 ██████████████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1    A.

2    Q.

3

4    A.

5

6    Q.

7

8    A.

9         MR. SHEN:

10

11   BY MR. SHEN:

12        Q.

13

14

15

16        A.

17        Q.

18

19

20        A.

21

22        Q.

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1        A.  ████

 2        Q.  █████████████████████

 3   █████████████████████████████

 4        A.  ███

 5        Q.  ████████████████████████

 6   ███████████████████████████

 7   ██████████

 8        A.  ███████████

 9        Q.  ██████████

10        MR. SHEN:  ██████████████

11   ███████████████████  ████████████

12   ████████████████████

13        VIDEO TECHNICIAN:  ██████

14   ████████████████████

15              -   -   -

16        ██████████████████████

17   ████████████

18              -   -   -

19        MS. PRITSKER:  ███████████

20   ████████

21        MR. POUNIAN:  ████████████

22        MS. PRITSKER:  ████████████

23   ██████████████████████████████

24   ████████████████████████
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ████████████████████████

2 ██████████████████

3                  -  -  -

4                EXAMINATION

5                  -  -  -

6  BY MR. POUNIAN:

7          Q.    Sir, you said that when you

8  went back to Saudi Arabia in April of

9  2000, you were complaining about your

10 salary.

11              Who were you complaining to?

12         A.    (The Witness) To the

13 division.

14         Q.    Who at the division?

15              INTERPRETER AL-HALABI:

16 Sorry.  The interpreter froze.

17              THE WITNESS:  The division

18 of -- the head of the division.

19 BY MR. POUNIAN:

20         Q.    And who was that, that you

21 complained to?

22         A.    Alp Karli.

23         Q.    And you told Alp Karli that

24 you deserved more and that companies

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    wanted to hire you?

2           A.    No.  That's what the market

3    required.

4           Q.    You thought you were

5    entitled to more money because you were

6    more qualified than Alp Karli, right?

7           A.    I needed -- I needed to

8    study.  He was better than me in English

9    and things like that.  He was an older

10   gentleman.  After that, I studied, I got

11   my Master's.  He had a Bachelor's.  Plus,

12   my 20 years of experience, I was more

13   qualified.

14          Q.    Am I correct, sir, at the

15   time you were making these demands, you

16   were not actually doing any work for the

17   government?

18          A.    That's incorrect.

19          Q.    Well, you weren't working as

20   an accountant at that time when you made

21   the demands for more money; am I correct,

22   sir?

23          A.    What demands?

24          Q.    When you went back to Saudi

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Arabia in April of 2000, you had not been

2    working in the United States as an

3    accountant or in finance at that time; am

4    I correct?

5          A.    When I went back to Saudi

6    Arabia, I was working in my office.

7          Q.    But you had no history over

8    the past five years of having worked in

9    finance or as an accountant; is that

10   right?

11         A.    I didn't work in accounting.

12   I worked in finance.

13         Q.    But you had no -- you hadn't

14   been working in finance -- you had not

15   been working in finance for five years;

16   is that right?

17         A.    When I was studying?

18         Q.    When you were in the United

19   States, sir, you were not doing any work;

20   is that correct?

21         A.    Yes.  I was studying, yes.

22               But when I returned to Saudi

23   Arabia, I worked, yes.

24         Q.    And the last school credit

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    that you earned, sir, was in 1997; is

2    that right?

3              MR. KRY:  Objection to form.

4              MR. SHEN:  Objection.

5              THE WITNESS:  No, that's

6         incorrect.

7    BY MR. POUNIAN:

8         Q.    Well, the last course credit

9    that you earned, sir, was from United

10   States International University in 1997?

11             MR. KRY:  Objection to form.

12             THE WITNESS:  That's

13        incorrect.

14   BY MR. POUNIAN:

15        Q.    Where else did you earn a

16   course credit from after that date, sir?

17        A.    I enrolled in graduate

18   school, but the subjects were dry.  I

19   attended, but I didn't -- I didn't take

20   tests.

21             And I attended many courses

22   in community college.  I also attended

23   different courses at George Washington

24   University.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          Q.    And those -- you got

2   certificates for those, sir.

3               But I asked you about course

4   credits that you actually earned at a

5   university.

6               The last time that happened

7   was in 1997; am I right?

8               MR. KRY:  Objection.

9               MR. SHEN:  Objection.

10              THE WITNESS:  No, that's

11        incorrect.

12   BY MR. POUNIAN:

13         Q.    Sir, you went to Keller

14   University and you took -- you enrolled

15   in the same courses over two semesters,

16   twice, and never -- well, why did you --

17   why did you enroll in the exact same

18   courses two times at Keller University,

19   two semesters in a row?

20              MR. SHEN:  Objection.

21              THE WITNESS:  I don't

22        remember.

23              MR. POUNIAN:  Let's look at

24        Exhibit-743, please.  If we could

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       scroll down.

2  BY MR. POUNIAN:

3       Q.    Sir, you enrolled in the

4  same four classes, two semesters in a

5  row, twice.

6             Do you see that, sir?

7  Auditing, law, financial accounting, and

8  accounting and reporting.

9       A.    Okay.

10      Q.    And if you attended the

11 first time and you found it too dry, why

12 did you enroll again in the same exact

13 classes?

14      A.    I'm not ashamed to try

15 again.

16      Q.    Sir, when you returned to

17 Saudi Arabia and -- you applied for a

18 study leave at that time?

19      A.    Yes.  I asked for a study

20 leave, yes.

21      Q.    And do you recall that when

22 you first asked for the leave, your leave

23 was rejected?

24      A.    No, I don't know.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1        Q.    Well, who approved your

2   leave, sir?

3        A.    My boss.

4        Q.    Well, we've heard testimony

5   in this case, sir, from the Deputy

6   Minister of the PCA, Mr. Anqari, who said

7   that your leave was rejected and then his

8   decision was overturned by the head of

9   the Presidency of the Civil Aviation.

10            Did you know that, sir?

11            MR. SHEN:  Objection.

12       Complete mischaracterization.

13            THE WITNESS:  No.  I had no

14       idea.

15   BY MR. POUNIAN:

16       Q.    Sir, you had -- did you ever

17   perform any of the jobs that were given

18   to you on the ANSS project?

19            MR. KRY:  Objection to form.

20            INTERPRETER ABDEL-RAHMAN:

21       Should I repeat the question?

22   BY MR. POUNIAN:

23       Q.    Sir, at one time you were

24   given a title of SNR, I think that's

REDACTED FOR PUBLIC FILING

1    senior data processing technician.

2                Did you ever perform the

3    duties of that job?

4                MR. KRY:  Objection to form.

5         And foundation.

6                MR. POUNIAN:  It looks like

7         he's frozen, I believe.

8                MR. SHEN:  He's back.

9                Marwan, can you just ask him

10        again?

11               INTERPRETER ABDEL-RAHMAN:

12        Okay.  Shall I repeat the question

13        to the witness?

14               MR. POUNIAN:  Yes, please.

15               INTERPRETER ABDEL-RAHMAN:

16        Which one?  There's, I think, two

17        questions.

18               MR. POUNIAN:  Just ask if he

19        ever performed -- if he ever

20        actually performed the job duties

21        of the job of a senior data

22        processing technician.

23               MR. KRY:  Objection to form.

24        And foundation.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          THE WITNESS:  When was it?

2          MR. POUNIAN:  Well, if we

3      could put up Exhibit-112, please.

4  BY MR. POUNIAN:

5      Q.   The job on this form.

6      A.   I never saw this document to

7  begin with.

8      Q.   My question was, did you

9  ever perform any job duties of the job

10  title that is on that form?

11          MR. KRY:  Objection to

12      foundation.

13          THE WITNESS:  No.  All my

14      work was limited to finance and

15      contracts.

16  BY MR. POUNIAN:

17      Q.   Well, this document, sir,

18  dates from the year 1995, I think, if we

19  look at the date in Hijri at the top.

20  This is from July of 1995, and the

21  effective date was June of '95.

22          Were you performing the job

23  duties that are set forth on this

24  document for a senior data processing

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    technician?

2              MR. KRY:  Same objection.

3              THE WITNESS:  At that time,

4         I was studying.

5    BY MR. POUNIAN:

6         Q.    And you were being paid for

7    the job of a senior data processing

8    technician while you were in the United

9    States; is that correct?

10             MR. KRY:  Objection.

11             THE WITNESS:  I was studying

12        within the program of Saudization

13        of jobs.

14   BY MR. POUNIAN:

15        Q.    And you had the job title of

16   senior data processing technician; is

17   that correct?

18        A.    I don't know.  I didn't see

19   this document before to begin with.

20        Q.    And I take it, sir, then,

21   you never carried out any duties of that

22   particular job title; am I right?

23             MR. KRY:  Objection.  Lack

24        of foundation.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

 1                    THE WITNESS:  I don't know.

 2    BY MR. POUNIAN:

 3         Q.    Am I correct, sir, that

 4    while in the U.S., you didn't perform any

 5    substantive work related to either the

 6    ANSS project or the Presidency of Civil

 7    Aviation?

 8                    MR. KRY:  Objection to form.

 9                    THE WITNESS:  No, I was only

10          studying.  I did not work.

11                    I worked when I returned.

12          When I returned to Saudi Arabia, I

13          worked for two months.  And then I

14          went back to study.

15    BY MR. POUNIAN:

16         Q.    Now, sir, when you went

17    to -- you just testified that you went

18    from Saudi Arabia and then spent a month

19    in England.

20                    Was that your testimony?

21         A.    Yes.  Yes.

22                    MR. POUNIAN:  Could we show

23          the witness Exhibit-739, please,

24          the passport?  And we -- if we

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          could turn to Page 8001, please.

2          And if we could flip that upside

3          down.

4               Thank you.

5     BY MR. POUNIAN:

6          Q.    Now, where did you get the

7     photograph that's on the visa here on the

8     bottom, sir?

9          A.    I don't recall.

10         Q.    Well, you got this visa on

11    the 10th of May 2000.

12         A.    Yes.

13         Q.    And you went to the U.S.

14    Consulate in Jeddah to get the visa?

15         A.    I don't remember.

16         Q.    And did you take photographs

17    with you for the visa?

18         A.    Certainly, if I went, I must

19    have taken photos with me.

20         Q.    And where did you have those

21    photos taken, sir?

22         A.    At the studio.

23         Q.    In Los Angeles?

24         A.    I don't remember.  Maybe

This Transcript Contains Confidential Material

1    this photo was among the photos that I

2    had with me.

3         Q.    Or did you go to a studio in

4    Jeddah when you were there?

5         A.    I really don't remember.

6         Q.    All right.  Mr. Shen pointed

7    you to a stamp here of your admission to

8    the U.S. and read that stamp.

9              Could you -- can you read

10   that stamp, sir?

11        A.    No.

12        Q.    Do you know when you

13   re-entered the United States after you

14   left Saudi Arabia?

15        A.    No.

16        Q.    But you testified you spent

17   a month in England after you left Saudi

18   Arabia, right?

19        A.    I'm pretty sure I did.  I

20   had a course -- or not a course,

21   something similar, called a prerequisite

22   to prepare for the Ph.D.  That was before

23   I went to the United States.

24        Q.    And where were you -- where

REDACTED FOR PUBLIC FILING

1  were you staying in England at that time

2  for that month?

3          A.    I lived at a dormitory, at

4  the students' housing.

5          Q.    And where was that located?

6          A.    At the university.

7          Q.    Which university?

8          A.    Aston University.

9          Q.    And where did you land when

10  you got to England from Saudi Arabia?

11              MR. KRY:  Objection.

12              THE WITNESS:  I really don't

13      remember.

14  BY MR. POUNIAN:

15          Q.    Well, did you land in

16  Birmingham or did you land at Heathrow

17  airport?

18          A.    I don't remember.

19          Q.    And what did you do when you

20  were in -- at Aston University for that

21  month?

22          A.    The requested doctorate

23  preparation.

24          Q.    And were you alone or were

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    you with anyone else?

2          A.    Alone.

3          Q.    And where was your family at

4    that time?

5          A.    (The Witness) San Diego.

6                (Through Interpreter) San

7    Diego.

8                MR. POUNIAN: ████████████  ██

9    ████████████████████████████████████████

10   ██████████████████████████████████

11   ██████████

12               MS. PRITSKER: █████████████

13   ███████████████████████████████████

14   █████████████

15                     -   -   -

16               ████████████████████████████

17                     -   -   -

18               MR. POUNIAN: █████████████

19   ██████████

20                     -   -   -

21               ███████████████████████

22   ████████████████████████████████████████

23   █████████████████████████████

24                     -   -   -

                 █████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1          VIDEO TECHNICIAN: ▮

2

3

4

5     BY MR. POUNIAN:

6          Q.

7

8

9

10

11

12

13          A.

14          Q.

15

16          A.

17          Q.

18

19

20          A.

21          Q.

22

23          A.

24

REDACTED FOR PUBLIC FILING



1        Q.

2               MR. POUNIAN:

3

4

5

6

7

8    BY MR. POUNIAN:

9        Q.                    --

10

11

12

13               INTERPRETER ABDEL-RAHMAN:

14

15               MR. POUNIAN:

16

17   BY MR. POUNIAN:

18        Q.

19

20

21        A.

22        Q.

23

24        A.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. POUNIAN:  ███████████

2     ████████████████████████████████

3     ███████████████████

4          MR. SHEN:  ████████████

5     ██████████████████████████

6          MR. POUNIAN:  ████████████

7     ███████████████████████████

8     ███████████████████

9          ████████████████████████████

10    █████████

11   BY MR. POUNIAN:

12        Q.  ████████████████████

13   ███████████████████████████

14          MR. POUNIAN:  ████████████

15   ██████████████████████████████  --

16   ███████████████████

17   BY MR. POUNIAN:

18        Q.  ████████████████████

19   ████████████████████

20          MR. POUNIAN:  ████████████

21   ████████████████████████████

22   ████████████████████████

23   ███████████████████

24   BY MR. POUNIAN:

██████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q. ▮▮▮▮▮▮▮▮

2    ▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮▮▮▮

4    A. ▮▮

5    Q. ▮▮▮▮▮▮

6    ▮▮▮▮▮▮▮▮▮▮▮

7    ▮▮▮▮▮▮▮▮▮

8    ▮▮▮▮▮▮▮▮▮

9    ▮▮▮▮▮

10   MR. SHEN: ▮▮▮▮

11   THE WITNESS: ▮▮▮▮▮

12   ▮▮▮▮▮ ▮▮▮▮▮▮

13   ▮▮▮▮▮▮▮▮▮▮

14   ▮▮ ▮▮▮▮▮▮▮▮

15   ▮▮▮▮▮▮▮

16   ▮▮▮▮▮▮▮▮▮▮▮

17   ▮▮▮▮▮ ▮▮▮▮▮

18   BY MR. POUNIAN:

19   Q. ▮▮ --

20   MR. POUNIAN: ▮▮▮▮▮

21   ▮▮▮▮▮▮▮▮

22   ▮▮▮

23   -  -  -

24   ▮▮▮▮▮▮▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   ████████████████████████████████████████████

2   ████████████████████████████████

3                    —   —   —

4   BY MR. POUNIAN:

5        Q.   ████████████████████████████████

6   ████████████████████████████████

7   ████████████████████████████████████

8             MR. SHEN:   ██████████████   ██████

9        ████████████████████████████████

10            MR. POUNIAN:   ██████████

11   ████████████████████████████████████

12   ████████████████████████████████

13            MR. SHEN:|   ██████████████████

14   ██████████████   ██████████████████████

15   ██████████████

16   BY MR. POUNIAN:

17        Q.   ████████████████████████

18   ████████████████████

19             MR. POUNIAN:   ██████████████

20   ████████████████████████████████████

21   ██████████████   ██████████████████████

22   BY MR. POUNIAN:

23        Q.   ████████████████████████████

24   ████████████████████████████████

This Transcript Contains Confidential Material



1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2  ▮▮▮▮▮▮▮▮▮▮▮▮

3          MR. POUNIAN:  ▮▮▮▮▮▮▮▮▮▮

4      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8  BY MR. POUNIAN:

9          Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15         A.  ▮▮▮▮▮▮▮▮

16         Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮▮▮▮

18         A.  ▮▮▮▮▮▮▮▮▮▮

19          MR. POUNIAN:  ▮▮▮▮▮▮▮

20     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21     ▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮

22              -   -   -

23      ▮▮▮▮▮▮▮▮▮▮▮▮▮

24     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2             -   -   -

3          MS. INT-HOUT: ▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮

6 BY MR. POUNIAN:

7          Q.   ▮▮▮▮▮▮▮▮▮▮▮▮

8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮

11          ▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15          And can you explain, sir,

16 your testimony that you were in England

17 for a month in June of 2000?

18          A.   Okay.  I don't remember when

19 exactly, but before I started the Ph.D.

20 program, I was in England.  I got ready,

21 and then after that I went to the United

22 States.

23          Q.   You testified to us earlier

24 that you went from Saudi Arabia directly

▮▮▮▮▮▮▮▮▮▮

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    to England for a month in June -- for the

2    month of June 2000.

3              Are you telling us now, sir,

4    that that testimony is true or not true?

5         A.    I don't remember.  I don't

6    remember exactly.  But it shows in my

7    passports when I went to England and when

8    I went to America.  It shows exactly in

9    the passport the entrance.

10        Q.    Well, you remembered when

11   you were answering Mr. Shen's questions

12   and now you're telling me you don't

13   remember; is that right?

14             MR. SHEN:  Objection.

15        Badgering the witness.

16             THE WITNESS:  If you give me

17        an exact date, I can verify

18        against the passport and give you

19        an exact answer.

20             In addition, me and my wife,

21        we do have an account.  Both of us

22        have cards for the account.  I

23        don't understand, what's the

24        problem?

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2         Q.    The question, sir --

3         A.    So she has a card for my

4    account.  There is a joint account and

5    there is a regular account.

6         Q.    Sir, did you ever see Fahad

7    al-Thumairy in San Diego?

8         A.    No.

9              MR. POUNIAN:  If we could

10             show you, sir, Exhibit-708,

11             please.  And go to Page 6, please.

12             It's the second paragraph after,

13             Contact with Fahad al-Thumairy.

14             The last sentence.

15   BY MR. POUNIAN:

16        Q.    Did you tell the 9/11

17   Commission that you recall seeing

18   al-Thumairy at a post-Ramadan Eid

19   festival for Saudi students at the Saudi

20   students' club in San Diego?

21        A.    No.  And to start with,

22   there's no club for the Saudis in San

23   Diego.  To start with, this expression is

24   wrong.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1      Q.    You're saying, sir, that you

2   did not tell the 9/11 Commission that you

3   saw al-Thumairy in San Diego?

4      A.    No.  It's a wrong phrase.

5      Q.    Other than Khalid al-Mihdhar

6   and Nawaf al-Hazmi, did you assist any

7   other individuals in obtaining an

8   apartment rental, sir?

9            MR. SHEN:  Objection.

10           You can answer.

11           INTERPRETER MIKHAIL:  The

12       interpreter will repeat the

13       question.

14           THE WITNESS:  I don't

15       remember.  The answer is, I don't

16       remember.

17   BY MR. POUNIAN:

18      Q.    You can't recall any other

19   occasion in which you assisted anyone

20   with an apartment rental; is that right?

21      A.    I don't remember helping

22   anyone.

23      Q.    And did you ever, on any

24   other occasions, sign a guarantee for

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    someone for an apartment or for any

2    financial deal?

3         A.    No.

4         Q.    You mentioned earlier that

5    there was an individual who helped you at

6    one time.

7              Was that Omar Hammerman?

8         A.    Who helped me obtain an

9    apartment when I first came, yes, it was

10   Omar Hammerman.

11        Q.    ████████████████████████

12   ████████████████████████████████████████

13   ████████████████████████████████████

14   ████████████████████████████████████

15        ████████████████████████████████████████

16   ████████████████████████████████████

17   ████████████████████████████████████████████

18   ████████████████████████████

19              MR. SHEN:  ██████████████

20              THE WITNESS:  ████████████

21        ██████

22   BY MR. POUNIAN:

23        Q.    ████████████████████████

24   ████████████████████████████████

         ████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1  ███████████  ████████████████████

2  ████████████████████████████

3  ████████████████████

4  ███████████████████

5           MR. SHEN:  ████████████

6           THE WITNESS:  ██████████████

7      ████████

8  BY MR. POUNIAN:

9       Q.    Now, Khalil Al Khalil

10 testified in this case that you came to

11 the King Fahad Mosque looking for Fahad

12 al-Thumairy on several occasions.

13            Is that a true statement or

14 not true statement?

15      A.    No, it is not true.

16      Q.    You're saying that Khalil Al

17 Khalil was lying when he said that?

18            MR. SHEN:  Objection.

19            THE WITNESS:  I'm not saying

20      he's lying.  What I'm saying, this

21      is not true.

22 BY MR. POUNIAN:

23      Q.    And Osama, the convert whose

24 name is Kaysan Morgan testified in this

████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1   case that after leaving the restaurant

2   with you, having just met Nawaf and

3   Khalid, that he and you went to the King

4   Fahad Mosque and that you met with Ismail

5   Mana and with Fahad al-Thumairy.

6           Is that testimony -- are you

7   saying that Osama was lying when he made

8   that testimony before this court?

9           MR. SHEN:  Objection.

10          THE WITNESS:  It is not my

11          way of being to accuse people of

12          lying.  But what I'm saying is,

13          this is not true.

14   BY MR. POUNIAN:

15          Q.   ████████████████████████

16   ██████████████████████      ██████████████

17   ████████████████████████████████████████

18   ███████████████████████████████████

19   ████████████████████████████████████

20   ██████████████████████████████████████████

21   ██████████████████████████████████████

22   ████████

23              ██████████████████████████████

24   ████████████

                    ████████████████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          MR. SHEN: ███████████

2     BY MR. POUNIAN:

3          Q.   ████████████████████

4     ██████

5          MR. SHEN: ███████████  █████

6     ████████████████████████

7     ████████  ██████████████

8     ██████████████████████████

9     ██████████████  ███████████

10    ██████████████████████████

11    ███████████████████████████████

12         MR. CARTER: ████████████

13    ██████████████████████

14    ██████████████████████

15    ███████████████████████████

16    ██████████████████

17         MR. SHEN: ███████████

18    ████████████████████████

19    ██████████  ████████████████

20         MR. CARTER: ██████ --

21         INTERPRETER MIKHAIL: █████

22    ██████████████████████

23    ████████

24         THE WITNESS: ██████████████

██████████████████

REDACTED FOR PUBLIC FILING



1    ████████

2        MR. POUNIAN:  ████████████████

3    ████████████████████████████████

4    ██████████████████████████████████████

5    ████████████

6        MR. SHEN:  ██████████████████

7    ██████████████████████████████████

8    ████████████████████████████████

9    ██████████████████████████████████

10   ████████████  ████████████████████████

11   ████████████████████████████████████

12   ████████████

13       MR. CARTER:  ████████████████

14   ██████████████████████████████████

15   ████████████████████████████████████

16   ████████████████████████████████████

17   ████████  --

18       MR. SHEN:  ████████████████████

19   ████████████████████  ██████████████

20   ████████████████████████████████

21        ████████████████

22       MR. CARTER:  ████████████████

23   ████████████████

24       VIDEO TECHNICIAN:  ████████████

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



```
 1  ████████████████  ████████████████
 2  ██████████████████████████
 3  █████████████████
 4      MR. CARTER:  ██████████  ████
 5  ███████████
 6            -   -   -
 7          ███████████
 8            -   -   -
 9  BY MR. CARTER:
10      Q.  ████████████████████
11  ████████████████████████████
12  ██████████████
13        █████████████████
14  ██████████████████████████████
15  ██████████████████████████
16  ██████████████████████████
17  █████████████
18        ███████████████
19      A.  ████
20      MR. CARTER:  ██████████
21  ██████████████████████
22  ████████████
23            -   -   -
24        ███████████████
    ████████████████
```

REDACTED FOR PUBLIC FILING



1

2

3      -  -  -

4  BY MR. CARTER:

5      Q.

6

7

8

9      A.

10        MR. CARTER:

11

12  BY MR. CARTER:

13      Q.

14

15

16      A.

17      Q.

18

19

20

21

22

23

24      A.

This Transcript Contains Confidential Material



1        Q.

2

3

4

5

6

7

8        A.

9

10       Q.

11

12

13       A.

14       Q.

15

16

17       A.

18       Q.

19

20

21

22

23

24       A.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material



1  ▮▮ ▮▮▮▮▮▮▮▮

2       Q. ▮▮▮▮ ▮▮▮▮▮▮▮▮

3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5  ▮▮▮▮▮▮▮▮

6       A. ▮▮▮

7       Q. ▮▮▮▮▮▮▮▮▮▮

8  ▮▮▮▮▮▮▮▮▮▮▮▮▮

9  ▮▮▮▮▮

10       A. ▮▮▮ ▮▮▮▮▮▮

11  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮

13       Q. ▮▮▮▮▮▮

14       A. ▮▮▮▮▮ ▮▮▮▮

15       Q. ▮▮▮▮▮▮▮

16  ▮▮▮▮▮▮▮▮

17       MR. CARTER: ▮▮▮▮▮

18  ▮▮▮▮▮▮▮▮▮▮▮▮

19  ▮▮

20           -   -   -

21       ▮▮▮▮▮▮▮

22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23  ▮▮▮▮▮▮▮▮▮▮

24           -   -   -

This Transcript Contains Confidential Material



1          MR. SHEN: ███████████

2    ███████████████████████████████████

3    ███████████████████████████

4    ███████████████████

5    BY MR. CARTER:

6          Q.    ██████

7                ████████████████████

8    ████████████████████████████   ██████

9    █████████████████████████████

10   ██████████████████████████████

11   ████████████████████████████

12   █████████████

13                ███████████████████

14         A.    ██████

15         Q.    ████████████████████

16   ████████████████████████████████████

17   █████████████████████████████

18   ██████████████████████████████

19   ██████████████████████████████

20   ██████

21                ███████████████████

22         A.    ██████

23         Q.    ████████████████████

24   ████████████████████████████████

     ██████████████████

This Transcript Contains Confidential Material



REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1    Q.    Mr. Bayoumi, aside from the

2    computer you're using for your own video,

3    are there any other monitors in the room

4    with you?

5    A.    (The Witness) Video?

6          (Through Interpreter) Video

7    monitors?

8    Q.    Any kind of monitor.

9          INTERPRETER MIKHAIL:  Can

10         you explain "monitor"?  Like a

11         screen monitor?

12         MR. CARTER:  A computer or

13         screen.

14         THE WITNESS:  I believe

15         there was a monitor screen in my

16         office and another monitor screen

17         in the other office.

18   BY MR. CARTER:

19   Q.    I'm sorry, Mr. Bayoumi, I'm

20   talking about in the room where you're

21   testifying right now.

22         Is there any kind of screen

23   or computer to your right?

24   A.    Yes.

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1          Q.    And is there anything that
 2    you can view on that screen right now?
 3          A.    Right now, no.  I'm looking
 4    here.
 5          Q.    Has there been anything on
 6    that screen over the course of the
 7    deposition?
 8          A.    On the screen, no.
 9          Q.    On the screen to your right,
10    that has not been on or active at all
11    during the deposition?
12          A.    No, no.
13                MR. CARTER:  Thank you.
14          That's all.
15                MR. SHEN:  Let's end the
16          deposition.  You can let everyone
17          in.
18                     -   -   -
19                (End of FBI Protected
20          Material.)
21                     -   -   -
22                MR. KRY:  We have no further
23          questions.
24                MR. SHEN:  This ends the
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1       deposition.  The witness will read

2       and sign.  Thank you, everyone.

3       Have a good weekend.

4            MS. PRITSKER:  DIB counsel

5       has re-entered the deposition and

6       has been excluded since

7       approximately 4:05 p.m. Eastern.

8       Thank you.

9            VIDEO TECHNICIAN:  This

10      marks the end of today's

11      deposition.  We're going to go off

12      the record at 4:44 p.m.

13                 -  -  -

14           (Whereupon, the deposition

15      concluded at 4:44 p.m.)

16                 -  -  -

17

18

19

20

21

22

23

24

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2
 3
      I, Amanda Maslynsky-Miller, Certified
 4    Realtime Reporter, do hereby certify that
      prior to the commencement of the examination,
 5    OMAR AL-BAYOUMI, was remotely sworn by me to
      testify to the truth, the whole truth and
 6    nothing but the truth.
 7
      I DO FURTHER CERTIFY that the foregoing is a
 8    verbatim transcript of the testimony as taken
      stenographically by me at the time, place and
 9    on the date hereinbefore set forth, to the
      best of my ability.
10
11    I DO FURTHER CERTIFY that I am neither a
      relative nor employee nor attorney nor
12    counsel of any of the parties to this action,
      and that I am neither a relative nor employee
13    of such attorney or counsel, and that I am
      not financially interested in the action.
14
15                 Amanda Miller
16    _____
      Amanda Miller
17    Certified Realtime Reporter
      Dated: June 21, 2021
18
19
      (The foregoing certification of this
20    transcript does not apply to any reproduction
      of the same by any means, unless under the
21    direct control and/or supervision of the
      certifying reporter.)
22
23
24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition

 4    over carefully and make any necessary

 5    corrections.  You should state the reason

 6    in the appropriate space on the errata

 7    sheet for any corrections that are made.

 8              After doing so, please sign

 9    the errata sheet and date it.

10              You are signing same subject

11    to the changes you have noted on the

12    errata sheet, which will be attached to

13    your deposition.

14              It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within sixty (60) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
1                    - - - - - -

                   E R R A T A

2                    - - - - - -

3     PAGE   LINE   CHANGE

4     _____  _____  _____

5     _____  _____  _____

6     _____  _____  _____

7     _____  _____  _____

8     _____  _____  _____

9     _____  _____  _____

10    _____  _____  _____

11    _____  _____  _____

12    _____  _____  _____

13    _____  _____  _____

14    _____  _____  _____

15    _____  _____  _____

16    _____  _____  _____

17    _____  _____  _____

18    _____  _____  _____

19    _____  _____  _____

20    _____  _____  _____

21    _____  _____  _____

22    _____  _____  _____

23    _____  _____  _____

24    _____  _____  _____
```

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

            I,_____, do

 3   hereby certify that I have read the
     foregoing pages,  1 - 306, and that the

 4   same is a correct transcription of the
     answers given by me to the questions

 5   therein propounded, except for the
     corrections or changes in form or

 6   substance, if any, noted in the attached
     Errata Sheet.

 7

 8   _____

      OMAR AL-BAYOUMI                 DATE

 9

10

     Subscribed and sworn

11   to before me this
     _____ day of _____, 20_____.

12

     My commission expires:_____

13

14   _____

     Notary Public

15

16

17

18

19

20

21

22

23

24
```

REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                    LAWYER'S NOTES

 2     PAGE   LINE

 3     _____  _____   _____

 4     _____  _____   _____

 5     _____  _____   _____

 6     _____  _____   _____

 7     _____  _____   _____

 8     _____  _____   _____

 9     _____  _____   _____

10     _____  _____   _____

11     _____  _____   _____

12     _____  _____   _____

13     _____  _____   _____

14     _____  _____   _____

15     _____  _____   _____

16     _____  _____   _____

17     _____  _____   _____

18     _____  _____   _____

19     _____  _____   _____

20     _____  _____   _____

21     _____  _____   _____

22     _____  _____   _____

23     _____  _____   _____

24     _____  _____   _____
```