# Exhibit 679 B

MPS2023-095

FILED PUBLICLY TO CORRESPOND WITH FBI 1331-37

REDACTED FOR PUBLIC FILING

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/34 | DS STREET |

**DESCRIPTION:**

NOTE PAD

**WHERE FOUND:**

SHELF 3
UNIT E
Room 9
34 DYMOKE STREET

**REMARKS**

MPS2023-095_1
REDACTED FOR PUBLIC FILING



REDACTED FOR PUBLIC FILING

MPS2023-095_2



Call Ibrahim

Repay the credit until the end of July

Make sure of weather

Ask Khalid Al Saleh about the remaining amount

Give for a period of three months

[Translation]

REDACTED FOR PUBLIC FILING

MPS2023-095_3



$$d = \sqrt{h(h+8000)}$$

h = hight the plane from the earth in mile

d = destance from the plane to hurrizen

$$2500 = h^2 + 8000h$$
$$h^2 + 8000h = 5000$$

```
  52          44          44
   8-         25          25
  44          80          80
              76          76
             ___         ___
             225          20
              20        |245|
             ___
             245
```

REDACTED FOR PUBLIC FILING    MPS2023-095_4

0098
-1663

easier
it is eased to grade
someone elses paper than
your own.

REDACTED FOR PUBLIC FILING

MPS2023-095_5

http://37.com

~~http://~~
http://members.aol.com/ohmemeoh/
page/index.htm

3644
300
To rename a page → keword
personal publisher → vie/Edit      449
my page.    2940

http://members.aol.com/
ohmemeoh/omar.htm

REDACTED FOR PUBLIC FILING

MPS2023-095_6



MPS2023-095_7

REDACTED FOR PUBLIC FILING

| EXHIBIT REF. NO.<br>**PSS/34** | PRODUCED BY:<br>**DS STREET** |
|---|---|

**DESCRIPTION:**
**NOTEPAD**

**WHERE FOUND:**
**ROOM 9. 34 DYMOKE STREET, HIGHGATE, BIRMINGHAM.**
**UNIT(E) SHELF (3)**

**REMARKS:**
**CONTAINS HANDWRITTEN NOTES MATHEMATICAL CALCULATIONS RE HEIGHT OF PLANES AND FINANCES AND CONTACT DETAILS**

MPS2023-095_8
REDACTED FOR PUBLIC FILING

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/34 | DS STREET |

**DESCRIPTION:**

NOTE PAD

**WHERE FOUND:**

SHELF 3
UNIT E
Room 9
34 DYMOKE STREET

**REMARKS**

MPS2023-095_9

REDACTED FOR PUBLIC FILING



$371

{E-mail}
{oxford}

توصيلات
فنادق
مسمى
فرش سرير أولاد
فرش غاز، مجمع

Baltimore Dr.
La mesa, CA
91942

Mushir Shinta

شئ   $371

Fahad Abdullah Bakhateeb
English language
College → Marketing

Mohammad Bashnag
19 years

REDACTED FOR PUBLIC FILING
MPS2023-095_10

الصلح إبراهيم

366
ارمنه
بابا نیست July ایم لی
ےکم آپ کے مہربان £1400
ایک دل جان عباس برج جیلانی
اعلان کور فتح کور درو
£150

67 Highgate St.
B12 0XP
Birmingham, UK

REDACTED FOR PUBLIC FILING

MPS2023-095_11

$$d = \sqrt{h(h+8000)}$$

h — hight the plane from the earth in mile

d — destance from the plane to hurrizen

$2500 = h^2 + 8000h$

$h^2 + 8000h = 5000$

```
  52         44         44
   8 -       25         25
  44         80         80
             76         76
            ___         20
            225        ___
             20        |245|
            245
```

REDACTED FOR PUBLIC FILING

MPS2023-095_12

0098
-1663

easier
It is eased to grade
Someone elses paper than
your own.

REDACTED FOR PUBLIC FILING

MPS2023-095_13

http://37.com

~~http://~~
http://members.aol.com/ohmemeoh/page/index.htm    344

To rename a page → keyword    300
personal publisher → vie/Edit    447
my page.    2940

http://members.aol.com/ohmemeoh/omar.htm

REDACTED FOR PUBLIC FILING    MPS2023-095_14



MPS2023-095_15

REDACTED FOR PUBLIC FILING

# Aaita Arabic Consultants

*Interpreting / Translation. All Dialects of Arabic*
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

## To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**MPS2023-095_1-7 (English)**
**FBI 1331-1337 (English)**

[Note Pad with handwriting]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

Sincerely,

**Marwan Abdel-Rahman**                              **Date:** January 16, 2024
Aaita Arabic Consultants, INC

Cell: (201) 920-7475         218 Eagles Creek CT, Easton, PA 18042         Marwan711@aol.com
                             Fax (610) 438-0611