# Exhibit 679

# G

## FBI 3984-85

REDACTED FOR PUBLIC FILING

Yahoo! Mail
**FOUO//LES**

Inbox for kkhd20002@yahoo.com

Yahoo! - My Yahoo!    Options - Sign Out - Help



✉ Mail    📇 Addresses    📅 Calendar    📒 Notepad



U.S. ONLY
**DEBTICATED**★
A non-profit organization

| Reply | Reply All | Forward | as attachment ▾ | | Download Attachments |



From res-mail@aa.com Sun Aug 26 13:41:12 2001

**X-Apparently-To:** kkhd20002@yahoo.com via web20206.mail.yahoo.com; 26 Aug 2001 13:40:31 -0700 (PDT)

**X-Track:** 1: 40

**Received:** from 208.178.162.116 (EHLO inf02.im.aa.com) (208.178.162.116) by mta590.mail.yahoo.com with SMTP; 26 Aug 2001 13:40:31 -0700 (PDT)

**Received:** from vaapp11.im.aa.com (vaapp11.im.aa.com [208.178.162.118]) by inf02.im.aa.com (8.11.4/8.11.4) with ESMTP id f7QKcKj04746 for <KKHD20002@YAHOO.COM>; Sun, 26 Aug 2001 15:38:20 -0500 (CDT)

**Received:** (from bvadm@localhost) by vaapp11.im.aa.com (8.11.4/8.11.4) id f7QKfCI16163 for KKHD20002@YAHOO.COM; Sun, 26 Aug 2001 15:41:12 -0500 (CDT)

**Date:** Sun, 26 Aug 2001 15:41:12 -0500 (CDT)

**Message-Id:** <200108262041.f7QKfCI16163@vaapp11.im.aa.com>

**From:** res-mail@aa.com | **Block Address** | **Add to Address Book**

**Subject:** AA.com Ticketing Confirmation

**Content-Type:** text/plain

**Content-Length:** 934

```
Dear KHALID ALMIHDHAR,

Thank you for ticketing your trip on AA.com.

Your Reservation Number is BYWLXS.  Flights other than American
Airlines/American Eagle are on a request basis only.

PASSENGER NAMES
KHALID ALMIHDHAR
MAJED MOQED

CONFIRMED ITINERARY
--- Flight 1 ---
American Airlines #77
Depart: Washington, DC - Dulles (IAD) at 8:10AM - 11-Sep-2001
Arrive: Los Angeles, CA (LAX) at 10:36AM - 11-Sep-2001
Class: Coach    Seat(s): 12B/12A    Meal(s): Breakfast

FARE INFORMATION
Your total fare (including tax) for 2 passenger(s) is 2268.50 USD.
Additional ticketing and delivery fees may apply.

Visit us again soon for your online travel needs at http://www.aa.com
Join AOL AAdvantage Rewards and earn 500 bonus miles.  For details,
```

RELEASE TO 10011, 10013, 10014, 10018 and 10024
1B-1B948

**FOUO//LES**

9/15/2001 3:33 PM

FBI003984

REDACTED FOR PUBLIC FILING

Yahoo! Mail

**FOUO//LES**

click here: http://www.aolaadvantage.com

Get notified of flight status information when you need it.  It's easy
to register.  Simply click on this link or visit
http://www.aa.com/notify

Click a 😊 to send an instant message to an online friend                    😊 = Online, 😐 = Offline



| Reply | Reply All | Forward | as attachment ▼ |                    **Download** Attachments

Yahoo! Messenger – Send instant messages to friends!

Address Book · Alerts · Auctions · Bill Pay · Bookmarks · Briefcase · Broadcast · Calendar · Chat · Classifieds · Clubs · Companion · Domains ·
Experts ·Games · Greetings · Home Pages · Invites · Mail · Maps · Member Directory · Messenger · My Yahoo! · News · PayDirect · People Search
· Personals · Photos · Shopping · Sports · Stock Quotes · TV · Travel · Weather · Yahooligans · Yellow Pages · more...

Privacy Policy- Terms of Service - Guidelines
*Copyright © 1994-2001 Yahoo! Inc. All rights reserved.*

**FOUO//LES**

9/15/2001 3:33 PM

M-SEB 00000056
FBI003985       K-0001 2598

REDACTED FOR PUBLIC FILING