# Exhibit 679 H

FBI 4243

REDACTED FOR PUBLIC FILING

Consulate General of Saudi Arabia

2045 SAWTELLE Boulevard
L A . C A :
90025

باب
1 54
2 3
T 6 2
  4
6 2 8

تسليم الرسائل

جوال 2

▮▮▮ -6283         ▮▮▮ 0896
                  Muhammad Al-Qahtani

disposesset         lost it
clear the ball

                        -5240
[2222] →    ▮▮▮

Plans
2) اي
* Gustavo
  -4654
▮▮▮
Did you give the message to Dr. Saad?

▮▮▮                                FBI004243

REDACTED FOR PUBLIC FILING

<u>Consulate General of Saudi Arabia</u>

# 2045 SAWTELLE Boulevard LA. CA: 90025

نادر ٢

54
3
162
4
628

تسمم الرعاف

٢ جل

-6283    ▮ 0896

حمدتكي

dispossset لم فترها

clear the ball

-5240

2222

Plans

و ١٩ ٢)
* Gustavo 4654
السبب ربما تاريخ ١

FBI004243

REDACTED FOR PUBLIC FILING



Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

## To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**FBI 4243 (English)**

[Handwritten notes]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

Date: January 16, 2024

Cell: (201) 920-7475    218 Eagles Creek CT, Easton, PA 18042    Marwan711@aol.com
Fax (610) 438-0611