# Exhibit 679
# N
FBI 13538-51

REDACTED FOR PUBLIC FILING

# DRIVER LICENSE OR IDENTIFICATION CARD APPLICATION

44

A654827320

Name: Nawaf M S Al Hazmi

**DO NOT DUPLICATE**

## 1. REASON FOR YOUR VISIT: ✓ the appropriate box(es).

**DRIVER LICENSE (DL)**
- ☑ DL/Permit
- ☐ Duplicate
- ☐ Renewal
- ☐ Change/Add Class
- ☐ Add CDL Endorsement
- ☐ Remove Restriction

Complete Parts 2 through 6.

**IDENTIFICATION CARD (ID)**
- ☐ ID Card
- ☐ Senior ID Card (Age 62+)
- ☐ Duplicate

Complete Parts 2, 4A, & 5 only.

**NAME CHANGE**
- ☑ DL
- ☐ ID CARD

Complete Parts 2, 4, & 5 only.

**FOR DMV USE ONLY**
BD/LP Code
Initials
LE Code
Initials

## 2. PLEASE TELL US ABOUT YOURSELF: Use your true full name.

DRIVER LICENSE OR ID CARD NUMBER: 
STATE OR COUNTRY: 
EXPIRES: 
BIRTHDATE: MO 8 DAY 9 YR 1976

FIRST NAME: Nawaf
MIDDLE NAME: M
LAST NAME: Alhazmi
SUFFIX:

MAILING ADDRESS: 5401 Mount Rd
CITY: San Diego  STATE: CA  ZIP CODE: 92111

RESIDENCE ADDRESS: 
CITY:  STATE:  ZIP CODE:

SEX: ☑ M  ☐ F
HAIR COLOR: Black
EYE COLOR: Brown
HEIGHT: 5'5
WEIGHT: 154

## 3. LICENSING NEED: ✓ all boxes that you need. See explanation in California Driver Handbook.

**BASIC LICENSE**
- ☑ Basic Class C
- ☐ Motorcycle

If basic license only, go to Part 4.

**NON-COMMERCIAL LICENSE**
- ☐ Class A

**FIREFIGHTER**
- ☐ Class A
- ☐ Class B

- ☐ Ambulance Certificate
- ☐ Verification of Transit Training

**COMMERCIAL DRIVER ONLY**

COMMERCIAL LICENSE
- ☐ Class A
- ☐ Class B
- ☐ Class C

CDL Endorsements
- ☐ Passenger Transport
- ☐ Hazardous Materials/Waste
- ☐ Doubles/Triples
- ☐ Tank
- ☐ Air Brakes

I certify that the motor vehicle in which I am taking the driving skills test is representative of the type of motor vehicle I expect to operate. I am not subject to any disqualification, suspension, revocation, or cancellation as contained in Title 49 of Federal Regulations, Part 383.51, and I do not have a driver license from more than one state or jurisdiction.

**ACCORDING TO PART 391 OF THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS**
- ☐ I plan to operate in foreign or interstate commerce and I meet the qualifications.
- ☐ I do not plan to operate in foreign or interstate commerce and I am not subject to Part 391.

## 4. QUESTIONS: Please answer the following questions.

A. Have you ever applied for a driver license or ID card under a different name(s)? ☑ No ☐ Yes  If yes, list name(s) here _____

Question B is for the confidential use of the DMV. Please review the "Medical Information" on the back of this form before answering.

B. [REDACTED]

## 5. DO YOU WISH TO REGISTER TO VOTE OR CHANGE YOUR VOTER ADDRESS?

CHECK ONE BOX ONLY. Complete the attached form if you check box "Y" or "C" only.
- Y ☐ First-time voter registration or a voter registration change (i.e., name change or political party change).
- N ☑ I do not wish to register to vote or to change my voter registration address
- C ☐ Please update my voter registration address record to a new county.
- S ☐ Please update my voter registration address record within the same county.

## 6. FOR DRIVER UNDER 18, PARENT/GUARDIAN SIGNATURES REQUIRED: If both parents/guardians have joint custody, BOTH must sign. I/We accept liability for this minor.

MOTHER/GUARDIAN'S SIGNATURE: 
DATE: 
DAYTIME PHONE NUMBER:

FATHER/GUARDIAN'S SIGNATURE: 
DATE: 
DAYTIME PHONE NUMBER:

## 7. CERTIFICATION: I have read and agree to all the certifications on the back of this form and I have made no false statements. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Do not sign until instructed to do so by a DMV employee.**

SIGNATURE OF APPLICANT: 
DATE: 4/5/2000
DAYTIME PHONE NUMBER: [REDACTED]-5919

DMV A Public Service Agency

FBI013538

REDACTED FOR PUBLIC FILING

Confidential information deleted per section 1806.5 C.V.C. and the Fair Credit Reporting Act.

State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. D24116698

Date SEP 1 8 2001   Signed ███████████

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

ADM 665A (NEW 7/99)

FBI013539

REDACTED FOR PUBLIC FILING

# DRIVER LICENSE OR IDENTIFICATION CARD APPLICATION

A54827331

44

**DO NOT DUPLICATE**

## 1. PURPOSE OF YOUR VISIT: ✓ the appropriate box(es).

**DRIVER LICENSE (DL)**
- ☐ DL/Permit
- ☑ Duplicate
- ☐ Renewal
- ☐ Change/Add Class
- ☐ Add CDL Endorsement
- ☐ Remove Restriction

Complete Parts 2 through 6.

**IDENTIFICATION CARD (ID)**
- ☐ ID Card
- ☐ Senior ID Card (Age 62+)
- ☐ Duplicate

Complete Parts 2, 4A, & 5 only.

**NAME CHANGE**
- ☐ DL
- ☐ ID CARD

Complete Parts 2, 4, & 5 only.

**FOR DMV USE ONLY**
BD/LP Code
Initials
LE Code
Initials

## 2. PLEASE TELL US ABOUT YOURSELF. Use your true full name.

| DRIVER LICENSE OR ID CARD NUMBER | STATE OR COUNTRY | EXPIRES | BIRTH DATE MO 05 DAY 16 YR 75 | |
|---|---|---|---|---|
| FIRST NAME Khalid | MIDDLE NAME M | | LAST NAME ALMIHDAR | SUFFIX (JR, SR, III) |

MAILING ADDRESS: 6401 mount[redacted]da
CITY: San Diego  STATE: CA  ZIP CODE: 92111

| SEX ☑ M ☐ F | HAIR COLOR Black | EYE COLOR Black | HEIGHT 5'5" | WEIGHT 135 |

## 3. LICENSES NEED: ✓ all boxes that you need. See explanation in California Driver Handbook.

**BASIC LICENSE**
- ☑ Basic Class C
- ☐ Motorcycle

If basic license only, go to Part 4.

**NON COMMERCIAL LICENSE**
- ☐ Class A

**FIREFIGHTER**
- ☐ Class A
- ☐ Class B

- ☐ Ambulance Certificate
- ☐ Verification of Transit Training

**COMMERCIAL DRIVER ONLY**

COMMERCIAL LICENSE
- ☐ Class A
- ☐ Class B
- ☐ Class C

CDL Endorsements
- ☐ Passenger Transport
- ☐ Hazardous Materials/Waste
- ☐ Doubles/Triples
- ☐ Tank
- ☐ Air Brakes

I certify that the motor vehicle in which I am taking the driving skills test is representative of the type of motor vehicle I expect to operate. I am not subject to any disqualification, suspension, revocation, or cancellation as contained in Title 49 of Federal Regulations, Part 383.51, and I do not have a driver license from more than one state or jurisdiction.

**ACCORDING TO PART 391 OF THE FEDERAL MOTOR CARRIER SAFETY REGULATIONS**
- ☐ I plan to operate in foreign or interstate commerce and I meet the qualifications.
- ☐ I do not plan to operate in foreign or interstate commerce and I am not subject to Part 391.

## 4. QUESTIONS. Please answer the following questions.

A. Have you ever applied for a driver license or ID card under a different name(s): ☑ No ☐ Yes If yes, list name(s) here ___

Question B is for the confidential use of the DMV. Please review the "Medical Information" on the back of this form before answering.

## 5. DO YOU WISH TO REGISTER TO VOTE OR CHANGE YOUR VOTER ADDRESS?

CHECK ONE BOX ONLY. Complete the attached form if you check box "Y" or "C" only.
- Y ☐ First-time voter registration or a voter registration change (i.e., name change or political party change).
- N ☑ I do not wish to register to vote or to change my voter registration address.
- C ☐ Please update my voter registration address record to a new county.
- S ☐ Please update my voter registration address record within the same county.

## 6. FOR DRIVER UNDER 18. PARENT/GUARDIAN SIGNATURES REQUIRED: If both parents/guardians have joint custody, BOTH must sign. I/We accept liability for this minor.

| MOTHER/GUARDIAN'S SIGNATURE | DATE | DAYTIME PHONE NUMBER |
| FATHER/GUARDIAN'S SIGNATURE | DATE | DAYTIME PHONE NUMBER |

## 7. CERTIFICATION: I have read and agree to all the certifications on the back of this form and I have made no false statements. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Do not sign until instructed to do so by a DMV employee.**

SIGNATURE OF APPLICANT X [signature]   DATE 4/5/2000   DAYTIME PHONE NUMBER 5919

DMV A Public Service Agency

FBI013540

REDACTED FOR PUBLIC FILING

Confidential information deleted per section 1806.5 C.V.C. and the Fair Credit Reporting Act.

### State of California
### DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. D2416697

Date SEP 1 8 2001  Signed ▓▓▓▓▓▓▓▓

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

ADM 665A (NEW 7/99) 

FBI013541

REDACTED FOR PUBLIC FILING

September 18, 2001: There are two requests for pickup ASAP. 12:55 PM

DOJ, BI, Sac, ███, ███████, ███,
███-3641.

For pickup ASAP. This is related to the attacks.

1. D2416697, Khalid Almihdar, 051675; pol; mug and tp and 44, all cert.

2. D2416698, Nawaf Alhazmi, 080976; pol; cert mug and tp and 44.

REDACTED FOR PUBLIC FILING

FBI013542

REDACTED FOR PUBLIC FILING

FBI013543

**START**

**COLOR FORM**



FRM 010 1





FBI013544

REDACTED FOR PUBLIC FILING

REDACTED FOR PUBLIC FILING

FBI013545

# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

**FOR USE ONLY AS AUTHORIZED BY DMV**

D2416697    DRIVERS LICENSE    CLASS:    EXP DATE:

**KHALID M A ALMIHDAR**

DOB: 05/16/1975
SEX:
HAIR:              HEIGHT:
EYES:              WEIGHT:
APP DATE: 04/05/2000         APP OFFICE: 519
ISSUE DATE: N/A              ISSUE OFFICE: N/A
PHOTO DATE: 04/05/2000       PHOTO OFFICE: 519
PHOTO SEQ #: 6810
TECHNICIAN ID: B7            TYPE APP: D
RSTR:
ENDORS:



State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. D2416697
Date SEP 1 8 2001   Signed [REDACTED]

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

Signature: Khalid Almihdhar

**Finger Print**

Machine: RETSTA_4

FBI013546

**REDACTED FOR PUBLIC FILING**

REDACTED FOR PUBLIC FILING

# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

**FOR USE ONLY AS AUTHORIZED BY DMV**

D2416698   DRIVERS LICENSE   CLASS: F   EXP DATE: 08/09/2003

**NAWAF M S ALHAZMI**
6401 MT ADA RD APT ▮▮▮
SAN DIEGO, CA 92111

DOB: 08/09/1976
SEX: M
HAIR: BLK          HEIGHT: 505
EYES: BRN          WEIGHT: 154
APP DATE: 04/19/2000      APP OFFICE: 519
ISSUE DATE: N/A           ISSUE OFFICE: N/A
PHOTO DATE: 04/05/2000    PHOTO OFFICE: 519
PHOTO SEQ #: 6778
TECHNICIAN ID: 35         TYPE APP: D
RSTR:
ENDORS:



Nawaf ALHAZMI

State of California
DEPARTMENT OF MOTOR VEHICLES

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles.

Motor Vehicle File No. D2416698
Date SEP 18 2001    Signed ▮▮▮▮▮▮▮▮▮▮

In accordance with Section 1813 CVC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.



**Finger Print**

Machine: RETSTA_4

FBI013548

**REDACTED FOR PUBLIC FILING**

REDACTED FOR PUBLIC FILING

FBI013549

# STOP

## COLOR FORM








FBI013550

REDACTED FOR PUBLIC FILING

REDACTED FOR PUBLIC FILING

FBI013551