# Exhibit 553
## FBI 8202

REDACTED FOR PUBLIC FILING

15514 0824

REGISTRATION CARD VALID FROM: 07/26/2000 TO: 07/26/2001

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| TOYT | 1988 | 1988 | AN | 2000 | 170 | 11 | 3JFZ283 |

| BODY TYPE MODEL | MP | MO | | | | VEHICLE ID NUMBER |
|---|---|---|---|---|---|---|
| 4D | G | FV | | | | JT2AE92E9J3137546 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|---|---|---|---|---|---|
| AUTOMOBILE | 08/16/00 | 37 | 08/16/00 | 9 | G9633096 |

PR EXP DATE: 07/26/2000

REGISTERED OWNER
ALHAZMI NAWAF
MT VERNON AVE
LEMON GROVE
CA    91945

AMOUNT PAID    $  62.00
AMOUNT DUE     $  62.00
AMOUNT RECVD
CASH :
CHCK :
CRDT :    62.00

LIENHOLDER

H06  519 A8 0006200 0021 CS  H06 081600 11  3JFZ283 546

H1



**DMV CALIFORNIA DMV**
DRIVER LICENSE
EXPIRES 08-09-03    (P-1)    CLASS:C
NAWAF M S ALHAZMI
6401 MT ADA RD APT
SAN DIEGO CA 92111
SEX:M  HAIR:BLK  EYES:BRN
HT:5-05  WT:154  DOB:08-09-76

Nawaf Alhazmi
04/19/2000 519 35/16 FD/03

FBI008202

REDACTED FOR PUBLIC FILING