REDACTED FOR PUBLIC FILING

# Exhibit 692
FBI 13591-94

REDACTED FOR PUBLIC FILING

# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

CIVIL ACTION NO. MDL 03-1570(S.D.N.Y)

FBI's SUPPLEMENTAL RESPONSE TO MARCH 1, 2023, LETTER FROM KREINDLER & KREINDLER

EXCISED COPY

**DELETION CODES**

P-1.   INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

# ITEM 11



P-1

[REDACTED] MT. VERNON AVE.

AIC American International College
1202 El Cajon Boulevard, San Diego, Ca. 92115
LEMON GROVE, CA 91945

RETURN RECEIPT REQUESTED

SAN DIEGO CA
U.S. POSTAGE
LEMON GROVE, CA 91945
07 JAN 07
$2.65
00063394-17

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL

7293 3549

PAR AVION • VIA AIR MAIL • CORREO AEREO

$120

INS
P.O. Box 10539
LAGUNA NIGUEL, CA 92607-0539

0688

92607/0539

K3763  020730009  HC
FBI LABORATORY

FBI013591

REDACTED FOR PUBLIC FILING

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0093
Application to Extend/Change Nonimmigrant Status

START HERE - Please Type or Print

## Part 1. Information about you.

- Family Name: AL-HAZMI
- Given Name: NAWAF
- Middle Initial: M
- Address - In Care of: DR. A.U. SHAIKH
- Street # and Name: P-1 [REDACTED] MT. VERNON AVENUE
- Apt. #:
- City: LEMON GROVE
- State: CA
- Zip Code: 91945
- Date of Birth (month/day/year): AUG. 9, 1976
- Country of Birth: SAUDI ARABIA
- Social Security # (if any): N/A
- A# (if any): N/A
- Date of Last Arrival Into the U.S.: JAN. 15, 2000
- I-94 #: 894738296 07
- Current Nonimmigrant Status: B2
- Expires on (month/day/year): JUL. 14, 2000

## Part 2. Application Type. (See Instructions for fee.)

1. I am applying for: (check one)
   a. [X] an extension of stay in my current status
   b. [ ] a change of status. The new status I am requesting is: _____
2. Number of people included in this application: (check one)
   a. [X] I am the only applicant
   b. [ ] Members of my family are filing this application with me. The Total number of people included in this application is _____ (complete the supplement for each co-applicant)

## Part 3. Processing Information.

1. I/We request that my/our current or requested status be extended until (month/day/year): JAN. 15, 2001
2. Is this application based on an extension or change of status already granted to your spouse, child or parent?
   [X] No   [ ] Yes (receipt # _____)
3. Is this application being filed based on a separate petition or application to give your spouse, child or parent an extension or change of status?
   [X] No   [ ] Yes, filed with this application   [ ] Yes, filed previously and pending with INS
4. If you answered yes to question 3, give the petitioner or applicant name: _____

If the application is pending with INS, also give the following information:
- Office filed at: _____
- Filed on: _____ (date)

## Part 4. Additional Information.

1. For applicant #1, provide passport information:
   - Country of Issuance: SAUDI ARABIA
   - Valid to (month/day/year): JAN. 25, 2004
2. Foreign address:
   - Street # and Name: AL-HAZMI CENTRE
   - Apt #:
   - City or Town: MAKKAH
   - State or Province:
   - Country: SAUDI ARABIA
   - Zip or Postal Code:

Form I-539 (Rev. 12-2-91)      Continued on back.

### FOR INS USE ONLY

- Returned Date:
- Receipt:
- Resubmitted Date:
- Reloc Sent Date:
- Reloc Rec'd Date:
- [ ] Applicant Interviewed
- [X] Extension Granted to (date): 07/15/00 – 01/14/01
- [ ] Change of Status/Extension Granted New Class: ___ To (date): ___
- If denied:
  - [ ] Still within period of stay
  - [ ] V/D to: ___
  - [ ] S/D to: ___
  - [ ] Place under docket control

Remarks: S/R I 9A

Action Block: APPROVED I.N.S. DISTRICT DIRECTOR  JUN 18 2001  CSC 9269

Barcode: 07/27/2000 LAC-00-223-50880

To Be Completed by Attorney or Representative, if any
[ ] Fill in box if G-28 is attached to represent the applicant
VOLAG#:
ATTY State License #:

FBI013592

U.S. Department of Justice
Immigration and Naturalization Service

**START HERE - Please Type or Print.**

**Part 1. Information about you.**

Family Name: AL-HAZMI
Given Name: NAWAF
Middle Initial: M

Address - In Care of: DR. A.U. SHAIKH
Street # and Name: P-1 [redacted] MT. VERNON AVENUE
Apt. #:
City: LEMON GROVE
State: CA
Zip Code: 91945

Date of Birth (month/day/year): AUG. 9, 1976
Country of Birth: SAUDI ARABIA
Social Security # (if any): N/A
A# (if any): N/A
Date of Last Arrival into the U.S.: JAN. 15, 2000
I-94#: 894738296 07
Current Nonimmigrant Status: B2
Expires on (month/day/year): JUL. 4, 2000

**For INS Use Only**
Returned Date:
Resubmitted Date:
Reloc Sent Date:
Reloc Rec'd Date:
☐ Applicant Interviewed
☒ Extension Granted to (date): [illegible]/00 - 01/14/01
☐ Change of Status/Extension Granted New Class: ___ To (date): ___
If denied:
☐ Still within period of stay
☐ V/D to:
☐ S/D to:
☐ Place under docket control
Remarks: S/C I-94
Action Block

[Stamp: 07/27/2000 WAC-00-223-50802 WACTXDM2]
[Stamp: K3764 020730009 HC FBI LABORATORY]

**Part 2. Application Type.** (See Instructions for fee.)

1. I am applying for: (check one)
   a. ☒ an extension of stay in my current status
   b. ☐ a change of status. The new status I am requesting is: ___
2. Number of people included in this application: (check one)
   a. ☒ I am the only applicant
   b. ☐ Members of my family are filing this application with me. The Total number of people included in this application is ___ (complete the supplement for each co-applicant)

**Part 3. Processing Information.**

1. I/We request that my/our current or requested status be extended until (month/day/year) JAN. 15, 2001
2. Is this application based on an extension or change of status already granted to your spouse, child or parent?
   ☒ No    ☐ Yes (receipt # ___ )
3. Is this application being filed based on a separate petition or application to give your spouse, child or parent an extension or change of status?
   ☒ No    ☐ Yes, filed with this application    ☐ Yes, filed previously and pending with INS
4. If you answered yes to question 3, give the petitioner or applicant name: ___

If the application is pending with INS, also give the following information.
Office filed at: ___    Filed on ___ (date)

**Part 4. Additional Information.**

1. For applicant #1, provide passport information:
   Country of issuance: SAUDI ARABIA
   Valid to (month/day/year): JAN. 25, 2004
2. Foreign address:
   Street # and Name: AL-HAZMI CENTRE
   Apt#:
   City or Town: MAKKAH
   State or Province:
   Country: SAUDI ARABIA
   Zip or Postal Code:

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#:
ATTY State License #:

Form I-539 (Rev. 12-2-91)    Continued on back.

FBI013593

## Part 4. Additional Information. (continued)

3. Answer the following questions. If you answer yes to any question, explain on separate paper.

| | Yes | No |
|---|---|---|
| a. Are you, or any other person included in this application, an applicant for an immigrant visa or adjustment of status to permanent residence? | | X |
| b. Has an immigrant petition ever been filed for you, or for any other person included in this application? | | X |
| c. Have you, or any other person included in this application ever been arrested or convicted of any criminal offense since last entering the U.S.? | | X |
| d. Have you, or any other person included in this application done anything which violated the terms of the nonimmigrant status you now hold? | | X |
| e. Are you, or any other person included in this application, now in exclusion or deportation proceedings? | | X |
| f. Have you, or any other person included in this application, been employed in the U.S. since last admitted or granted an extension or change of status? | | X |

If you answered YES to question 3f, give the following information on a separate paper: Name of person, name of employer, address of employer, weekly income, and whether specifically authorized by INS.

If you answered NO to question 3f, fully describe how you are supporting yourself on a separate paper. Include the source and the amount and basis for any income.

## Part 5. Signature.
Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature: [signed]
Print your name: NAWAF AL-HAZMI
Date: 07-07-00

**Please Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you cannot be found eligible for the requested document and this application will have to be denied.

## Part 6. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature: [signed]
Print Your Name: ABDUSSATTAR SHAIKH
Date: 07-07-00
Firm Name and Address:

(Please remember to enclose the mailing label with your application)

FBI013594