# Exhibit 311
MPS720_6

**U.S. Department of Justice**
**Immigration and Naturalization Service**
Please Read Instructions on Page 2

**Certificate of Eligibility for Nonimmigrant (F-1) Student Status - For Academic and Language Students**
257824

OMB No. 1115-0051

Page 1

This page must be completed and signed in the U.S. by a designated school official.

1. **Family Name (surname):** Al-Bayoumi
   **First (given) name (do not enter middle name):** Omar
   **Country of birth:** Saudi Arabia
   **Date of birth (mo./day/year):** 11-29-57
   **Country of citizenship:** Saudi Arabia
   **Admission number (Complete if known):** 57009466304

2. **School (school district) name:** United States International University
   **School official to be notified of student's arrival in U.S. (Name and Title):** Dr. Bijan Massrour, Dir. of Int'l Scholars and Students
   **School address (include zip code):** 10455 Pomerado Road, San Diego, CA 92131
   **School code (including 3-digit suffix, if any) and approval date:** SND 214F 0198.000 approved on 04-30-54

**For Immigration Official Use**

Visa issuing post | Date Visa Issued

Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
   (Check and fill out as appropriate)
   a. ☐ Initial attendance at this school.
   b. ☐ Continued attendance at this school.
   c. ☐ School transfer.
      Transferred from ___
   d. ☒ Use by dependents for entering the United States.
   e. ☐ Other ___

4. Level of education the student is pursuing or will pursue in the United States:
   (check only one)
   a. ☐ Primary          e. ☒ Master's
   b. ☐ Secondary        f. ☐ Doctorate
   c. ☐ Associate        g. ☐ Language training
   d. ☐ Bachelor's       h. ☐ Other

5. The student named above has been accepted for a full course of study at this school, majoring in **Business Administration**.
   The student is expected to report to the school not later than (date) **N/A** and complete studies not later than (date) **03-31-99**
   The normal length of study is **two years**

6. ☒ English proficiency is required:
   ☒ The student has the required English proficiency.
   ☐ The student is not yet proficient. English instructions will be given at the school.
   ☐ English proficiency is not required because ___

7. This school estimates the student's average costs for an academic term of **9** (up to 12) months to be:
   a. Tuition and fees         $ 8,445.00
   b. Living expenses          $ 7,413.00
   c. Expenses of dependents   $ 12,000.00
   d. Other (specify):         $ ___
   Total                       $ 27,858.00

8. This school has information showing the following as the student's means of support, estimated for an academic term of **9** months (Use the same number of months given in Item 7).
   a. Student's personal funds       $ ___
   b. Funds from this school
      (specify type)                 $ ___
   c. Funds from another source      $ 27,858.00
      (specify type and source)      Sponsor: ERCAN
   d. On-campus employment (if any)  $ ___
   Total                             $ 27,858.00

9. Remarks:
   Wife: Manal Badager D.O.B. [redacted] M
   Son: Emad Al-Bayoumi D.O.B. [redacted]
   Daughter: Bayan Al-Bayoumi [redacted]
   Son: Fras Al-Bayoumi D.O.B. [redacted]

10. **School Certification:** I certify under penalty of perjury that all information provided above in Items 1 through 8 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and I am authorized to issue this form.

[Signature] | Dr. Bijan Massrour, Dir. of Int'l Scholars and Students Office | 07-07-97 | San Diego, CA | 000004

Signature of designated school official | Name of school official (print or type) | Title | Date Issued | Place Issued (city and state)

11. **Student Certification:** I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on Page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

[Signature] | OMAR AL-BAYOUMI | 7/7/1997
Signature of student | Name of student | Date

Signature of parent or guardian if student is under 18 | Name of parent/guardian (Print or type) | Address (city) | (State or province) | (Country) | (Date)

Form I-20 A-B/I-20ID (Rev 04-27-88)N

For official use only
Microfilm Index Number

MPS720_6

I-20 SCHOOL