# Exhibit 528
## FBI 4139-46

REDACTED FOR PUBLIC FILING

Bate Stamp pages FBI004113-4637 are "1B" Evidence Items Seized During the Execution of a Search Warrant on Bayoumi's Office at the Masjid at Madina Durbish Mosque in El Cajon, California.

REDACTED FOR PUBLIC FILING



**OUR AIMS**

1. CALLING OTHERS TO ISLAM.
2. PROPAGATING THE TRUE ESSENCE OF ISLAM AND CORRECTING MISCONCEPTS ABOUT ISLAM.
3. TEACHING ISLAM TO RE-CONVERTS BY PROPAGATING ISLAMIC LITERATURE AND AUDIO-VISUAL TAPES IN VARIOUS LANGUAGES.
4. COOPERATING WITH ISLAMIC DA'WAH CENTERS LOCALLY AND INTERNATIONALLY.

الجهاد

# THE BOOK OF (Jihad)

BY
Muhmmad b. Ibraheem At-Tuwaijry

Translation and Commentary

by

Mahmoud b. Ridha Murad

Kingdom of Saudi Arabia - Islamic Guidance Center
Al Qasseem Zone - Tel.: 06-3248980 - Fax.: 06-3245414
P.O. Box : 142 Buraidah
SPONSORED BY OUR OFFICE
طبع على نفقة مركز توعية الجاليات بالقصيم

انجليزيه
170

REDACTED FOR PUBLIC FILING
FBI004139

## PREFACE

Verily all the praises are due to Allah. We praise Him and seek His help and forgiveness. And we seek refuge in Allah from the evils of ourselves and from our wicked deeds. Whosoever has been guided by Allah, none can misguide him and whosoever has been misguided by Allah, none can guide him.

I bear witness that there is no god but Allah alone. And I bear witness that Muhammad is His servant & messenger.

By His Grace, kindness & help, Allah has made easy the compilation of This book (The Book of *Jihad*) after several references. It includes several subjects (eg. The Stats of the *Jihad*, Condition of the Incumbency of the *Jihad* & other commandments)

This book is, in fact, a part of the other book of the author entitled as (The Concise Book of Islamic *Fiqh* )

May Allah, Glory be to Him, treat this attempt as entirely pure & sincere for His Sake. May Allah highly benefit, with it, the writer, the reader and all the muslims. He is the All Hearer, the All Responsive.



REDACTED FOR PUBLIC FILING

FBI004140



REDACTED FOR PUBLIC FILING

FBI004141

# Contents

| | |
|---|---|
| The Status of *Jihad* | 4 |
| The kinds of *Jihad* | 5 |
| The Islamic Ethics of War | 6 |
| The Excellence of Expending for *Jihad* | 6 |
| The Prisoners of War | 7 |
| The Types of *Jihad* | 7 |

REDACTED FOR PUBLIC FILING

FBI004142

4

# The Book of the *Jihad*

\* The *Jihad*, exerting the effort in fighting the disbelievers.

\* The *Jihad* represents the peak of Islam. It is the best thing one can volunteer to do. Allah has legislated it for the following purposes:
   1- That the word of Allah remains the Supreme, and the religion be dedicated sincerely to Allah.
   2- To maintain the happiness of mankind by delivering them from the darkness or falsehood to the light of truth:
   3- To establish justice on earth by confirming the truth, eliminating falsehood, and preventing injustice and corruption.
   4- The *Jihad* is legislated to promote the word of Allah, to spread the *deen*, to protect the Muslims, and to foil the enemies plotting.

\* The Status of the *Jihad*: It is *fardh kifayah*, that is, whereof the observance is obligatory on the collective body of the Muslims, and, in consequence of the observance thereof, by some, it becomes of no force in respect of the rest. It becomes obligatory on every capable Muslim in the following cases:
   1- If a person was present during lining up for the battle.
   2- If the country is besieged by enemies.
   3- If the Head of State recruits him.

Conditions of the Incumbency of the *Jihad*
   Islam, sanity, adulthood, maleness, freedom of sickness, blindness, limping, and the availability of provisions.

9

Sabians provided they pay the *jizyah*.[1] Women, children and slaves are exempted. Also exempted would be: a poor who cannot afford it, an insane, a blind, or a monk who lives in a cell. The imam or a governor may decide the amount of the *jizyah* in accordance with the public interest.

\* Once *Ahludthimmah*, or the above categories have paid the *jizyah*, fighting them becomes unlawful, but they must be humiliated when paying it. They must be kept in the waiting line for long before the *jizyah* is collected from them. It is permissible, however, to visit the sick among them, to offer them condolences. They may also be permitted into the *masjid* if their conversion to Islam is promising.

\* The Ruler must apply the Islamic laws on the *Ahludhimmah* with regard to retaliatory laws, property and honor castigation's respecting violation of what they hold as inviolable, such as fornication, not liquor, or swine flesh.

\* It is not permissible to give seats of honor in assemblies, nor standing up for them as a show of respect, nor greet them before they do so. They should not be allowed to build churches, synagogues, or temples, display church bells or trade, or consume wine and swine flesh in public.

\* The *Dthimmi* covenant of protection would be terminated, and his blood becomes lawful to shed and his property would be confiscated if he refuses to pay the *jizyah*, or if he does not abide by the Islamic laws, or if he victimizes a Muslim, by murder or fornication, or if he commits highway robbery, spying, or abusing Allah, His book, or His Messenger. Allah knows best.

---

[1] *Jizyah*, a tax that is taken from the free non-Muslim subject of a Muslim government.

FBI004143

REDACTED FOR PUBLIC FILING

8

cause commotion by spreading false rumors. The Head of State should not seek the help of the unbelievers, and he should ensure there is enough provisions for the army, take good care of them, warn them against corruption and acts of disobedience, make them desirous of martyrdom, exhort them, organize their files, appoint their company leaders and guards, and send spies to the enemies side, and consult the people of knowledge respecting questions on *Jihad*.

* The army must obey its leader and endure hardships patiently. No combat should take place without his permission unless the army faces a surprise attack by an enemy whose evil and harm are feared. If the enemy requests a cease-fire, or they happen to be in the Sacred Months, it is up to the Muslims to grant them their request.

* Booty belongs to the combatants. The leader would assign one fifth from which a share to be allotted to Allah and His Messenger, a share for the kin, a share for the orphans, a share to the needy, and a share to the wayfarer. The remaining 4 fifths of the booty would be divided among the combatants, one share would be allotted to an infantryman, and three shares to a mountie. A warrior who steals from the booty is deprived of it. The leader may punish him taking into consideration the public interest.

* If Muslim combatants gain real estate as booty from their enemy, the leader has the choice of either dividing it among the warriors or to hold it as endowment for them by imposing a perpetual revenue on those possessing it.

* It is permissible to approve the denominations of the People of the Book, the Zoroastrians and the

5

* A volunteer must first obtain his parents' permission, but once the *Jihad* becomes a duty on him, there is no need for their permission.

* Keeping a post at the frontier facing the enemy for one day is better than the whole world and what is in it.

The Kinds of *Jihad*

1- *Jihad an-Nafs*, that is exerting the utmost power against oneself to acquire religious knowledge, apply it, preach it, and endure patiently its consequences.

2- The *Jihad* against the devil by exerting the effort to rebut the dubiousness and desires with which the devil occupies man.

3- Struggling against the unbelievers and the hypocrites. This kind of *Jihad* may be by heart, by tongue, by finance, and by force.[1]

4- Struggling against the people of injustice, innovations, and evil doers. This type of *Jihad* is best done through force if possible, otherwise, by tongue, or else by the heart.

* The *Jihad* is the best of righteous deeds. There are a hundred ranks in Jannah that Allah has prepared for the *Mujahideen*, or the warriors in His cause. The Prophet, peace be upon him, said:

> Two eyes will not be touched by the Fire: an eye that wept out of fear of Allah, and an eye of a warrior who spends the night awake on guard in the cause of Allah.

---

[1] The *Jihad* of the heart is abhorring the abominable and the wrong. While the *Jihad* of the tongue is speaking up against the wrong. The *jihad* through finance is financing the good causes, such as promoting the proper Islamic creed and teachings.

REDACTED FOR PUBLIC FILING

FBI004144

6

\* Allah has granted six privileges for the martyr:
His sins would be forgiven by the first drop of blood which comes out of his wound. Once he is killed, he would view his place in the Jannah. He would be protected from the torment of the grave. He would be secure from the great fear on the Day of Resurrection. He would be given to wear the garment of *iman*. He would be given to marry from the *Hoor al-Een*. He would intercede on behalf of seventy of his kin.

### The Islamic Ethics of War.

\* Refraining from cheating, killing women or children who do not take part in the fight.
\* Avoiding arrogance and pride.
\* Refraining from wishing to meet the enemy.
\* Supplicating Allah for victory and support.
   The Prophet, peace be upon him, supplicated:

• اللهم منزل الكتاب، ومجرى السحاب، وهازم الأحزاب،
اهزمهم وانصرنا عليهم .

O Allah! Our God! Who sends down the Book, and sends the rainy clouds, and Who defeated the clans! O Allah! Defeat them and make us prevail over them.

### The Excellence of Expending for the *Jihad*

Allah, the Exalted, says:

﴿ مثل الذين ينفقون أموالهم فى سبيل الله كمثل حبة أنبتت سبع سنابل فى كل سنبلة مائة حبة والله يضاعف لمن يشاء والله واسع عليم ﴾

The similitude of those who spend their wealth in the cause of Allah is like the similitude of a single grain which grows seven ears, in each ear a hundred grains. And Allah multiplies the reward

7

to whoever He pleases. And Allah is Bountiful, All-Knowing.[1]

\* Fleeing the battlefield is prohibited when charging on the enemy, except in two cases: Either to maneuver the enemy, or to join another division of one's own army.

### The Prisoners of War

1- Women and children of the enemy that are captured would be taken as slaves.
2- Male warriors, the Head of State has the choice of either releasing them, allowing them to ransom themselves, or killing them.

### The Types of the *Jihad*

There are four types of the *Jihad*:
1- The *Jihad* against the polytheists and the pagans, which is necessary for spreading the *deen* of Allah. Such people would be given the choice of either embracing Islam, or the war. As for Jews, Christians, or Magians, they would be given three choices: To embrace Islam, pay the *jizyah*, or the war.
2- The apostate would be given the choice of either returning to Islam, or the war.
3- The rebels who rebel against the Head of State, or who create commotion in the community would be given the choice either to repent or be executed.
4- The highwaymen: It is up to the Head of State to execute them, crucify them, amputate their right arms and left legs, or exile them. The gravity of their punishment befits the type of their crime.

\* The Chief of Staff must check out his army before marching towards the enemy, to send back those who dishearten others, and those who may

---

1  2:261

REDACTED FOR PUBLIC FILING

FBI004145



FBI EVIDENCE ERT
ITEM # 3    DATE 9/27/01
DESCRIPTION: Items from right side, middle drawer, desk B
LOCATION: Office - 511 So. Magnolia, El Cajon, CA.
FINDERS: (P-1), (S) ▓▓▓ (F) ▓▓▓
         (F) ▓▓▓
FILE #: ▓▓▓

REDACTED FOR PUBLIC FILING
FBI004146