# Exhibit 531
## FBI 4259

REDACTED FOR PUBLIC FILING

Masjid Uthman Ibn Affan ▓ 1935

- Ameritrade
- E-Trade
- Scottrade (2)

{ ~U/S  ▓ 26-01.
  PEGER. ▓ 0720

$100 Processing fee
Bank statment
application

Jan 11,

Chanel
Sandra
5014
06 7

Sheikh Abdulaziz Al-Saleh
The Da'wah Office in the Embassy
Coordinator of the affairs of Imams and Propagators
through the Ministry of Islamic Affairs

[Translation]

FBI004259

REDACTED FOR PUBLIC FILING

مسجد شفاعہ بن غنام ▓ 1935

- Ameritrade
- E-Trade
- Scottrade (?)

[ ~ U IS ▓ 26-01.
  PEGER. ▓ 0720

$100 Processing fee
Bank statment
application ]

Jan. 11,

Chanel
Sandra
5014
0621
▓

[Arabic/Urdu handwriting]

FBI004259

REDACTED FOR PUBLIC FILING



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
Info@GlobalLinkLs.com
www.GlobalLinkls.com

**CERTIFICATION**

**Date: January 5, 2024**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

FBI 4259

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.