# Exhibit 532
## FBI 4270

REDACTED FOR PUBLIC FILING

6/9/0

{ The League
  The Ministry }    Khalid Al-Sowailem

(███) ███-4250  Fahad Al-Thumairy

The Ministry of Islamic Affairs    (███) ███-0432 ~ ~

Riyadh    11232    (███) ███-0638 ~ ~

Secretary General of the Muslim World League

Makkah 537

The Da'wah Office    His father is Deputy Minister of The Ministry of Islamic Affairs    Mutaeb Al-Sudairy
Khalid Al-Sowailem    Adel Al-Sadhan

12:00 Thursday noon prayer

[Translation]
FBI004270

REDACTED FOR PUBLIC FILING



REDACTED FOR PUBLIC FILING

FBI004270



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20240104WSW

**Language**: Arabic > English

**Document title**:  FBI 4270

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*      **Date**: 01/04/2024