# Exhibit 574
## FBI 4273

REDACTED FOR PUBLIC FILING

**In case of urgency /Omar Al-Bayoumi**

Cell ▮▮-7623
Home ▮-5941



**Masjid Al-Madinah Al-Munawarah**

Tel: ▮-3142
Tel: ▮-2692
fax: ▮-2697



**Doctor Abdussattar**

Home ▮8808
▮-6438



**Masjid Uthman Ibn Affan**

▮-1935

**Masjid Omar Ibn Al-Khatab**

**Masjid Al-Ribat** ▮-6200



[Translation]
FBI004273

REDACTED FOR PUBLIC FILING



REDACTED FOR PUBLIC FILING

FBI004273



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile

**CERTIFICATION**

**Date: December 19, 2023**

We hereby certify and confirm that the below mentioned document is a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

FBI 4273

Sincerely,

*Anthony Federico*
Anthony Federico

Global Link Language Services, Inc.