Case 1:03-cv-09849-GBD-SN    Document 1234    Filed 04/28/25    Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

-------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   April 25, 2025                    Respectfully submitted,

                                           MOTLEY RICE LLC

                                           /s/ John C. Duane
                                           John C. Duane, Esq.
                                           Mount Pleasant, SC 29464
                                           Telephone: (843) 216-9000
                                           Facsimile: (843) 216-9450
                                           jduane@motleyrice.com

                                           Counsel for Plaintiffs

**EXHIBIT A**

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Diane B. Aguiar, as Personal Representative of the Estate of Joao A. Aguiar, Sr., Deceased Parent of Joao A. Aguiar, Jr., Deceased | Joao A. Aguiar (P3576) | 1:02-cv-01616, 232, at P3576 | Joao A. Aguiar, Jr. |
| 2 | Darlene M. Keohane, individually and as the Personal Representative of the Estate of John Richard Keohane, Deceased | Darlene Keohane (P2970) | 1:02-cv-01616, 155, at P2970 | John Richard Keohane |
| 3 | Laura D. Fornuff, as Personal Representative of the Estate of Janet A. Dunstan, Deceased Spouse of Richard Anthony Dunstan, Deceased | Janet A. Dunstan, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Richard A. Dunstan, Deceased | 1:02-cv-01616, 3, at 1085 | Richard Anthony Dunstan |
| 4 | Daniel T. Kirwin, as Personal Representative of the Estate of Barbara Davis Kirwin, Deceased Parent of Glenn Davis Kirwin, Deceased | Barbara Kirwin (P1864), in her own right as the Mother of Glenn Davis Kirwin, Deceased | 1:02-cv-01616, 26, 29, at 3551 | Glenn Davis Kirwin |
| 5 | Antonio Temple, as Co-Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased | Jacklyn Temple (P1283), in her own right as the Sister of Dorothy Temple, Deceased | 1:02-cv-01616, 26, 29, at 2392 | Dorothy Pearl Temple |
| 6 | Valencia Temple, as Co-Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased | Jacklyn Temple (P1283), in her own right as the Sister of Dorothy Temple, Deceased | 1:02-cv-01616, 26, 29, at 2392 | Dorothy Pearl Temple |
| 7 | Robert J. Fox, as Co-Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. (P3151) | 1:02-cv-01616, 155, at P3151 | Alison M. Wildman |
| 8 | George T. Wildman, as Co-Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. (P3151) | 1:02-cv-01616, 155, at P3151 | Alison M. Wildman |
| 9 | Richard Edward DelleFemine, Sr., as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased Parent of Carol Marie Bouchard, Deceased | Kenneth E. DelleFemine, as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased | 1:02-cv-01616, 26, 29, at 2701, 8397-1, at 7, 8433 | Carol Marie Bouchard |
| 10 | Kelly Grady, as Personal Representative of the Estate of Brendan M. Grady, Deceased Sibling of Christopher Michael Grady, Deceased | Brendan M. Grady (P4851) | 1:02-cv-01616, 432, at P4851 | Christopher Michael Grady |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 28, 2025
New York, New York