Exhibit A

| # | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount |
| 1 | Nicholas | P. | Chiofalo | Jr. | Nicholas | Paul | Chiofalo | | U.S. | 9/11/2001 | NY | | | 10443-1, at 4, 10454 | | $ 2,000,000.00 | $ - | | | | |
| 2 | William | H. | Fields | Sr. | Amelia | V. | Fields | | U.S. | 9/11/2001 | NY | | 1:15-cv-09903, 53, at 3349 | | 5975 | | $ - | | 4/15/2025 | | $ 7,154,058.00 |
| 3 | Daniel | Aaron | Gerlich | | Robert | J. | Gerlich | | U.S. | 9/11/2001 | NY | | | 10457-1, at 34, 10462 | 7188 | | $ - | | 4/21/2025 | | $ 4,754,696.00 |