# EXHIBIT B

Exhibit B - Ashton Solatiums (non-US nationals)

| | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | Thomas | | Knox | | Australian | Andrew | | Knox | | Australian | 9/11/01 | NY | 02cv06977 | 1463 at 53 | 02cv06977, 2253 | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 2 | Janna | | Rasuvaev | | Canadian | Alexey | | Razuvaev | | Israeli | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 2253 | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 | |
| 3 | Anna | | Razovaev | | Canadian | Alexey | | Razuvaev | | Israeli | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 2253 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |