## DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

 Motion: ECF No. _____

 Memorandum of law: ECF No. _____

 Declaration & supporting exhibits: ECF No. _____

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

_____

_____

**COMPLIANCE**

 As stated in ECF No. _____ at ¶ ____, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

 As stated in ECF No. _____ at ¶ 10-14, these plaintiffs have not previously received judgments against these defendants.

 Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on ____ / ____ / _____ .

**SUBJECT MATTER JURISDICTION**

 ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____ see Page 2 (Liability Judgment) (except for Jelnek, which is pending)

 ☐ The Court has not previously addressed subject matter jurisdiction over these claims see Page 2 (Liability Judgment) (except for Jelnek, which is pending)

**PERSONAL JURISDICTION**

 ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

 ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

 ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

 ☐ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |