**KREINDLER & KREINDLER LLP** | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9342 | www.kreindler.com

May 2, 2025

<u>VIA ECF</u>

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 New York, NY 10007 |
| New York, NY 10007 | |

RE:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
*Ashton et al. v. al Qaeda et al.*, 02-cv-6977 (GBD) (SN)
<u>No Objections to Report and Recommendation at ECF No. 10790</u>

Dear Judge Daniels and Magistrate Judge Netburn,

  I write regarding the Magistrate Court's Report & Recommendation, dated March 17, 2025, regarding a motion for damages on behalf of a plaintiff part of the above-cited action. ECF No. 10790. The underlying motion was filed on behalf of a non-United States national after this Court had previously denied his initial motion without prejudice to refile. *See* ECF No. 10751 (re-filed motion); ECF No. 10727 (Report and Recommendation to deny original motion without prejudice, adopted by ECF No. 10780). The Report & Recommendation on the re-filed motion found that the plaintiff had adequately asserted a substantive cause of action under state law and recommended that the District Court grant the motion. ECF No. 10790 at 7, 10.

  Plaintiffs write to inform the Court that they will not object to or seek reconsideration of the Report & Recommendation and, particularly given the upcoming June 1, 2025 deadline to submit new judgments to the United States Victims of State Sponsored Terrorism Fund, respectfully request that the Court enter final judgment in favor of the plaintiff in accordance with that Report & Recommendation.

            Respectfully submitted,

            KREINDLER & KREINDLER, LLP

            /s/ James P. Kreindler
            James P. Kreindler, Esq.
            Counsel for *Ashton* Plaintiffs