# Exhibit A

## Rodriguez Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| Claimant | | | | | Claim Information | | | Pain & Suffering Damages | |
|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Amount |
| 1 James | | Barnes | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 48 of Appendix 1 | | | |
| 2 Robert | | Brager | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 8 of Appendix 1 | | | |
| 3 Kevin | | Burke | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 12 of Appendix 1 | | | |
| 4 Frank | | Discala | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 27 of Appendix 1 | | | |
| 5 Nick | | Dousmanis | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 28 of Appendix 1 | | | |
| 6 Timothy | | Snickles | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 71 of Appendix 1 | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | | | | | | | | | | |