# Exhibit C

Robert Brager

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Rodriguez, et al. v. The Islamic Republic of Iran* | 18-cv-12347 (GBD)(SN)<br>ECF Case |

## DECLARATION OF ROBERT BRAGER

I, Robert Brager, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration. I am a citizen of the United States. I was a citizen of the United States on September 11, 2001.

2. On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred. I was a narcotics officer with the New York Police Department (NYPD) assigned to the 77th Precinct in Brooklyn, New York. I was due to appear in court on the morning of the eleventh and was at the precinct when we learned a plane had hit the North Tower of WTC. At that time, we did not know any of the circumstances surrounding the incident. We went to the roof of the precinct and could see smoke coming from the tower. As we watched, we saw the second plane strike the South Tower. We immediately knew we would be involved in some form of response.

3. A Level 4 Mobilization was called by NYPD involving every precinct in New York City. The mobilization required each precinct to respond with at least a Sergeant and eight officers. In my career of twenty-eight years with NYPD, it was the only time I experienced a Level 4 Mobilization. I volunteered to be part of the response and eight or ten of us proceeded to a van to

1

be transported in to Lower Manhattan. We arrived at the mustering site at the intersection of Pike Street and Water Street and were assigned to assist in evacuating people from the WTC. We were two or three blocks from the WTC when the South Tower collapsed. A cloud of dust swept over us and made it impossible to see anything. We tried to continue toward the remaining tower, but with no visibility we could not be sure where we were going. We made our way through the dust and ended up behind Tower 7. It was not until the dust began to settle that we realized the entire South Tower had come down.

4. We proceeded to the North Tower and witnessed the chaos as people poured out of the building. Lines of police and firefighters were directing people away from the building. Others were attempting to contact police personnel and firefighters still inside the tower to advise them to evacuate. Radio traffic was disrupted due to the number of people trying to communicate and many other factors that occurred that day so it was difficult to know how many of those still inside received the warning.

5. We heard a loud noise above us and realized that the North Tower was collapsing. Everyone began to run in different directions. I ran north with the other officers from my precinct. I made it about a half-block away from the tower and was attempting to enter a store in another building for cover when I was knocked down by the pressure of the debris cloud. I was dragged into the store and had cuts and bruises on my legs where I had been struck by debris.

6. When the cloud of smoke and dust started to clear, we went back to the pile and began to sort through the debris looking for any survivors. We were not wearing masks or other protective equipment and continued to search through the debris until 1:00 or 2:00 a.m. the next morning. We were advised by Command to report back to the precinct at 6:00 a.m.

7. I reported to the precinct that morning as instructed, but I was told to go to the hospital to have my injuries assessed and treated. I went to Lutheran Medical Center in Brooklyn. The emergency department of the hospital was crowded with patients. The hospital was operating in multiple casualty status. After a few hours, I was treated and released. I went back to the precinct and worked there for the remainder of the day.

8. In the days and weeks that followed, we were assigned to assist either at the Pile or Fresh Kills Landfill on Staten Island where trucks and barges were bringing the debris from Ground Zero. Since I lived on Staten Island, I was assigned to the landfill. The first weeks after the attacks we sifted through the debris with rakes from piles where they had been dumped. We were looking for human remains, airplane parts, including the black boxes which had not been found, and any other evidence of the attacks. We were assigned on a daily, rotating basis at role call depending on how many people were needed. There were fifty to seventy-five police officers at the landfill per shift in addition to the firefighters and other emergency services personnel. The rotation was such that I generally worked my normal patrol a few days a week and at the landfill a few days a week. This rotation lasted for six to eight weeks.

9. During the days immediately after the attack, what was brought to the landfill from the WTC was frequently in large enough segments to be identifiable. As time went on, the debris and other matter brought to the site was pulverized to the point that it was unrecognizable. We had no protective equipment during the first two weeks at the landfill, but we were eventually provided with Tyvek suits, gloves, rubber boots, and paper masks, as well as some masks with filters.

10. I did not notice any adverse health effects from my experience on 9/11 until years later. I was aware of others who were there and were experiencing medical problems related to exposure to the toxins in the air on that day, particularly involving their breathing. I knew about

3

the World Trade Center Health Program (WTCHP) through NYPD and decided to sign up for the medical monitoring in 2006 or 2007. The first two years I was in the program, I did not seem to have any problems. When I began to experience shortness of breath with exertion and developed a persistent cough and post-nasal drip that was constantly irritating my throat, I went to see my private physician. He told me that he was starting to see a lot of police officers suffering from the same conditions and suggested I continue to go through WTCHP for treatment.

11. Through the WTCHP, I was sent to Rutgers University Environmental and Occupational Sciences Institute. After being tested at Rutgers to determine whether I suffered from asthma, I was told that I failed the test "miserably". I had never had asthma or any other medical condition affecting my lungs.

12. I continue to go to Rutgers for monitoring and treatment. In addition to asthma, I have been diagnosed with several other conditions related to my exposure to the environment we found ourselves in on 9/11. I am now required to take four different types of medicine each day to relieve symptoms and control the progression of my various medical problems. Prior to the development of these conditions, I took no medicine. It has taken years for doctors to get my esophageal reflux under control. I suffered with it daily and was frequently unable to sleep because of the pain. I am no longer able to participate in activities that require even moderate levels of exertion, much less running, hiking, or the sports I enjoyed participating in prior to 9/11.

13. After the diagnosis of my medical conditions by the WTCHP, I applied to the Victim Compensation Fund (VCF). The VCF found that I was eligible for compensation based on the information it received for injuries including chronic rhinitis, chronic pharyngitis, sinusitis, esophageal reflux, chronic airway obstruction, unspecified asthma, and other diseases of the lung not elsewhere classified (NEC). A true and correct copy of the VCF eligibility determination letter

documenting the physical injuries I suffered from the attacks on 9/11 is submitted with this declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 25 day of April, 2025.

Declarant Robert Brager



September 11th
Victim Compensation Fund

April 7, 2014

ROBERT BRAGER



Dear Robert Brager:

**Revised Eligibility Determination: This supersedes any previous Eligibility Determination letter you have received.**

Your Eligibility Form for the September 11th Victim Compensation Fund (VCF) has been reviewed. You submitted an Eligibility Form for Personal Injury Claimants. Your claim number is VCF0000130.

### The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute (the Zadroga Act and the original statute) and regulations[1] and therefore the VCF will review your Compensation Form and supporting materials to determine the amount of any award. Based on the information you submitted and information the VCF has received from the World Trade Center Health Program (WTCHP), you have been found eligible for the following injuries:

- CHRONIC AIRWAY OBSTRUCTION NEC
- CHRONIC PHARYNGITIS
- CHRONIC RHINITIS
- ESOPHAGEAL REFLUX
- UNSPECIFIED ASTHMA AND RELATED PHYSICAL CONDITIONS CERTIFIED BY THE WTCHP: OTHER DISEASES OF LUNG NOT ELSEWHERE CLASSIFIED;
- UNSPECIFIED SINUSITIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. First, for non-traumatic injuries, the description of the injury is based on the information provided by the WTCHP and there can be several alternative descriptions for the same injury. Additionally, a WTCHP physician may have provided testing or treatment for an injury even if the WTCHP has not certified that injury for treatment. Finally, your injury may not be listed if it was only recently certified for treatment by the WTCHP. The VCF regularly receives updated information from the WTCHP and will notify you if additional injuries have become eligible.

---

[1] The Statute (the Air Transportation Safety and System Stabilization Act as amended by the Zadroga Act) and the Regulations are located at http://www.vcf.gov/lawRulesOtherDocs.html.

P.O. Box 34500, Washington, D.C. 20043
VCF0000130EL0407141A



September 11th
Victim Compensation Fund

**What Happens Next**

The VCF will determine your compensation award based solely on the eligible injuries listed above. In order for the VCF to do so, you must submit the Compensation Form for Personal Injury Claimants and the required supporting documents. If you have not already done so, please submit the Compensation Form and the required supporting documents as soon as possible. You are encouraged to submit the Compensation Form through the VCF's web-based claim system at www.vcf.gov. If you wish to complete the Compensation Form in hardcopy, you may request the form by contacting the toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-353-0356.

In addition to the Compensation Form, please also complete and submit the VCF ACH Payment Information Form. This form can be found on our website in Section 8 of the Frequently Asked Questions (FAQs). The completed form must be submitted before the VCF can arrange for any payment.

The VCF will be able to determine your compensation award based on the eligible conditions after all compensation related documents are submitted. When you receive an award letter, you will have the right to appeal. In that appeal, you have the right to assert additional injuries that you believe are eligible and for which you believe you should be compensated. For purposes of the statutory deadlines, the injuries listed in your claim form and the injuries certified as eligible will be deemed "filed". You will receive instructions on the appeal process when you receive the letter with details of your compensation award.

If you have questions about the information in this letter or the claims process in general, please contact our toll-free Helpline at the number noted above. Every effort will be made to respond to your inquiries as soon as possible.

If you have questions about the information in this letter or the claims process in general, please contact our toll-free Helpline at the number noted above. Every effort will be made to respond to your inquiries as soon as possible.

Sincerely,

September 11th Victim Compensation Fund

P.O. Box 34500, Washington, D.C. 20043
VCF0000130EL0407141A