# Exhibit B

## Rodriguez Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Amount |
| 1 | James | | Barnes | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 48 of Appendix 1 | | | |
| 2 | Robert | | Brager | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 8 of Appendix 1 | | | |
| 3 | Kevin | | Burke | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 12 of Appendix 1 | | | |
| 4 | Frank | | Discala | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 27 of Appendix 1 | | | |
| 5 | Nick | | Dousmanis | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 28 of Appendix 1 | | | |
| 6 | Timothy | | Snickles | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 71 of Appendix 1 | | | |