| | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| UNITED STATES DISTRICT COURT | DOC #:_____ |
| SOUTHERN DISTRICT OF NEW YORK | DATE FILED: 5/2/2025 |

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party identified in Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the 9/11 decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

docs-100784941.1

Dated: May 1, 2025

                                */s/ Jerry S. Goldman*
                                Jerry S. Goldman, Esq.
                                Bruce E. Strong, Esq.
                                Alexander Greene, Esq.
                                ANDERSON KILL P.C.
                                7 Times Square, 15th Floor
                                New York, NY 10036
                                Tel: (212) 278-1000
                                Fax: (212) 278-1733
                                Email: jgoldman@andersonkill.com
                                          bstrong@andersonkill.com
                                          agreene@andersonkill.com

**EXHIBIT A to Motion to Substitute Party**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 95, being intended to designate the Personal Representative of the Estate of Margaret Ehtermann, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Ruth Echtermann | No. 1:20-cv-10902 (GBD)(SN) | Johanna Kmetz, as the Personal Representative of the Estate of Margaret Echtermann, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann | NY | Margaret Echtermann |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 2, 2025
New York, New York