# EXHIBIT B

Exhibit B - Ashton Estates (all US nationals)

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Sharri | | Maio | | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 11,730,247.00 | $ 35,190,741.00 | |