# EXHIBIT A

| Identification of Party To be Substituted | Prior Reference to Plaintiff in ECF (18-cv-12344) | State of Residence at Filing | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|
| Julia Filosa, as Personal Representative of the Estate of Albert Filosa, deceased | Albert Filosa | New York | ECF No. 1 (18-cv-12344) at Allegation 30 of Appendix 1 |