UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) and (member case *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN)) | 02-cv-6977 (GBD)(SN) and<br>02-cv-7230 (GBD)(SN)<br>ECF Case |

**[PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *BURLINGAME XVI* PLAINTIFF IDENTIFIED AT EXHIBIT B**

Upon consideration of the evidence and argument submitted by the *Burlingame* Plaintiff identified in Exhibit B to this Order, who is the sibling of a victim killed in the terrorist attacks on September 11, 2001 ("*Burlingame XVI*" Plaintiff), and the Judgment by Default for liability only against the Islamic Republic of Iran August 31, 2015 (ECF No. 3021), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiff in *Burlingame*, as identified in the attached Exhibit B, who is the sibling of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit B, and it is

**ORDERED** that the Plaintiff identified in Exhibit B is awarded: solatium damages of $4,250,000, as set forth in Exhibit B; and it is

**ORDERED** that the Plaintiff identified in Exhibit B is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiff identified in Exhibit B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burlingame* Plaintiffs not appearing on Exhibit B may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiff appearing on Exhibit B.

FURTHERMORE, the Court respectfully directs the Clerk of the Court to terminate the motions in No. 03-md-01570 at ECF No. XXXXX, No. 02-cv-06977 at ECF No. XXXX, and No. 02-cv-07230 at ECF No. XXX.

Dated: New York, New York

_____, 2025

                                                          **SO ORDERED:**

                                                          _____
                                                          GEORGE B. DANIELS
                                                          United States District Judge