# EXHIBIT B

Exhibit B - Ashton Solatiums (US nationals)

| | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | Andrew | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2273 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |
| 2 | Nicholas | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2273 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | |