# EXHIBIT B

## Schedule of Relevant Material 2025

| URN | Police Ref. | Material Type | Description and Relevance | Redaction Notes | Initialled p202429 | Initialled G.SIMPSON |
|---|---|---|---|---|---|---|
| 2025-001 | D0187 | DOCUMENT | D0187 - FBI Letter dated 17 September 2001, states AL-BAYOUMI may have been involved in or had prior knowledge of the 9/11 attacks. Summarises AL-BAYOUMI links to subjects Khalid M. AL-MIHDHAR and Nawaf M. AL-HAMZI in San Diego, CA. | | MM | *signed* |
| 2025-002 | D4583 | EXHIBIT | D4583 - Copy of Landing Card for Omar AL-BAYOUMI at Heathrow Airport on 12/07/2001. States he is a student at Aston University. | | MM | *signed* |
| 2025-003 | D0618 | DOCUMENT | D0618 - FBI Letter dated 25 September 2001, requests MPS assistance to obtain toll records for AL-BAYOUMI U.K. telephone numbers. | | MM | *signed* |
| 2025-004 | D1155 | EXHIBIT | D1155 - Registration Records for AL-BAYOUMI with West Midlands Police HQ, as required upon residing in the U.K. | | MM | *signed* |
| 2025-005 | X0779 | EXHIBIT | X0779 - METROPOLITAN POLICE SERVICE CUSTODY RECORD – OMAR AL-BAYOUMI. Custody record opened on 21/09/2001 upon AL-BAYOUMI's arrest under the Prevention of Terrorism Act 2000. | M | MM | *signed* |
| 2025-006 | M1448 | DOCUMENT | MESSAGE M1448 on Custody Record dated 22/09/01 regarding AL-MUSLEMANI visit to AL-BAYOUMI. | | MM | *signed* |
| 2025-007 | DSC/3 | EXHIBIT | EXHIBIT DSC/3 - Master Interview of Omar AL-BAYOUMI on 22/09/2001 between 20:10-20:15. Produced as 1 X DVD containing digitalised video files at AJH/1022/001. | | MM | *signed* |
| 2025-008 | D0740 | DOCUMENT | D0740 - FBI Letter dated 22 September 2001 transmitting information for use during interviews of AL-BAYOUMI. | M | MM | *signed* |
| 2025-009 | D2850 | STATEMENT | D2850 - Statement from Manal BAGADER, wife of AL-BAYOUMI, dated 27 September 2001. | M | MM | *signed* |
| 2025-010 | D2852 | STATEMENT | D2852 - Statement from Khurram BASHIR, owner of property at 67 Highgate Street, Birmingham, dated 22 September 2001. | M | MM | *signed* |
| 2025-011 | D2855 | STATEMENT | D2855 - Statement from Mohammed Naim ALVI, owner of property at 34 Dymoke Street, Birmingham, dated 23 September 2001. | | MM | *signed* |
| 2025-012 | X0412 DPF/146 - X3222 D0844 - X0418 D0841 - X0419 | EXHIBIT | EXHIBIT DPF/146/0 - Plan Drawings and Scene Photography - 34 DYMOKE STREET, Highgate, Birmingham. Police-generated floor plan diagrams / sketches of 34 Dymoke Street, featured in initial exhibit book to describe locations from which exhibits were seized. Disclosed together with scene photography of 34 Dymoke Street, previously at MGL/2 and PJC/2. | | MM | *signed* |
| 2025-013 | X2906 DPF/147 - X3223 D1953 - X1011 | EXHIBIT | EXHIBIT DPF/147/0 - Plan Drawings and Scene Photography - 67 HIGHGATE STREET, Highgate, Birmingham. Police-generated floor plan diagrams / sketches of 67 Highgate Street, featured in initial exhibit book to describe locations from which exhibits were seized. Disclosed together with scene photography of 67 Highgate Street, previously at SJM/2. | | MM | *signed* |

| ID | Reference | Type | Description | | Initials | Sig |
|---|---|---|---|---|---|---|
| 2025-014 | X2909<br>DPF/150 - X3226<br>X1343 | EXHIBIT | EXHIBIT DPF/150/0 - Plan Drawings and Scene Photography - ASTON BUSINESS SCHOOL, Aston University, Birmingham.<br>Police-generated floor plan diagram / sketch of Room 1118 at Aston Business School, featured in initial exhibit book KRB/2 to describe locations from which exhibits were seized. Disclosed together with scene photography of Aston Business School, previously at CP/2. | | MM | |
| 2025-015 | M0209 | DOCUMENT | MESSAGE M0209 from the Office Manager in the Major Incident Room (MIR) regarding handling of information and follow-up enquiries. | | MM | |
| 2025-016 | DPF/133 - X3209<br>DPF/134 - X3210<br>DPF/135 - X3211<br>DPF/136 - X3212 | EXHIBIT | X3209-12 - METROPOLITAN POLICE SERVICE PROPERTY RECEIPTS — OPERATION EXCHANGE Ref. No. 66/27/01<br>Documentation relates to the transfer and restoration of items of property seized from Omar AL-BAYOUMI. Items restored to AL-BAYOUMI on various dates between December 2001 and May 2002. Property receipts signed by AL-BAYOUMI are disclosed in this exhibit as follows: DPF/133 - X3209; DPF/134 - X3210; DPF/135 - X3211; and DPF/136 - X3212. One additional receipt relates to transfer of copies of videocassettes, signed by "N4 of the FBI" in February 2002. | | MM | |
| 2025-017 | D0857 / X0285 | EXHIBIT | EXHIBIT PSS/9 - Folder with correspondence - found Room 9 Shelf 3 Unit D, 34 Dymoke Street<br>This consists of a large volume of correspondence within a folder. Includes copy of a book on Christian Muslim Dialogue with Arabic writing at the bottom, correspondence regarding AL-BAYOUMI and Aston University, booklet titled Saudi Arabia an Introduction, "Omars Phone Book October 4, 2000", PCA Airways Engineering material, and various handwritten notes in English and Arabic. | | MM | |
| 2025-018 | D2387 / X0307 | EXHIBIT | EXHIBIT PSS/31 - Photo Slides - found Shelf 2, Unit E, Room 9, 34 Dymoke Street<br>This is described as photographs depicting views of Saudi Arabia. Exhibit cover sheet now disclosed but no copies or records located.<br>Original photo slides restored back to AL-BAYOUMI. | | MM | |
| 2025-019 | D0809 / X0313 | EXHIBIT | EXHIBIT PSS/37 - File containing details + bank account "Saudi Students Club"', found Shelf 3, Unit E, Room 9, 34 Dymoke Street<br>This consists of hundreds of pages of various printed documents mostly in Arabic, including material relating to Saudi Students Clubs and Islamic Relief. Includes various forms, invoices and bank statements, as well as handwritten notes in Arabic. | | MM | |
| 2025-020 | A4173 /<br>D0885_98 | EXHIBIT | ACTION A4173 to start research into the name of Abdul Rahaman AL-SADEES, an Imam who is referred to on and disclosed together with page 98 of PSS/120 as having attended the Saudi Students' Club in Birmingham, of which AL-BAYOUMI was President. Includes page 98 of PSS/120, letter of thanks from AL-BAYOUMI written in Arabic. | | MM | |
| 2025-021 | D0899 / X0328 | EXHIBIT | EXHIBIT PSS/52 - Paper with Handwritten Note - found in Carrier Bag under Coatstand, Room 9, 34 Dymoke Street<br>This consists of various handwritten notes in English and Arabic including names, numbers, addresses and alphanumeric codes. | | MM | |
| 2025-022 | X1010 | EXHIBIT | EXHIBIT SNW/101A - One (1) Roll of Photographic Film (Split from PSS/69) - Seized from 34 Dymoke Street<br>This consists of photographs developed from a roll / cartridge of camera film (Fujifilm) recovered among miscellaneous items seized from Drawer 2 Room 12 at 34 Dymoke Street. Image of camera cartridge previously disclosed at PSS/69. | | MM | |
| 2025-023 | X0350 | EXHIBIT | EXHIBIT PSS/103 — Quantity of Floppy Discs - Seized from the Garage at 34 Dymoke Street.<br>This consists of a bag of floppy discs, some with printed or handwritten labels in English and Arabic.<br>* EXHIBIT NOT YET DISCLOSED * Submitted for copying and awaits completion by MPS Digital Media Exploitation Unit. * EXHIBIT WILL BE PROVIDED IN DUE COURSE * | | --- | NOT YET DISCLOSED |
| 2025-024 | X0350 | EXHIBIT | EXHIBIT DPF/902 - Record Photography of Exhibit PSS/103. Showing contents of evidence bag holding quantity of floppy discs, including labels and associated packaging. | | MM | |
| 2025-025 | D2961 / X1373 | EXHIBIT | EXHIBIT MAS/14 - Telephone list printed from file 'Omarsphonebook.wks' - Split from EXHIBIT PSS/103 (floppy discs) seized from the garage at 34 Dymoke Street. Typed list of various contact names and numbers. | | MM | |
| 2025-026 | M0867 | DOCUMENT | MESSAGE M0867 regarding Go Bananas phone card found in exhibit PSS/126 Address Book at 34 Dymoke St, Birmingham. | | MM | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2025-027 | D0660 / X0359 | EXHIBIT | EXHIBIT PSS/112 – World Trade Centre Brochure - Seized from the Garage at 34 Dymoke Street.<br>This consists of a cover page with logo for World Trade Centre Association San Diego, followed by pages containing printed and handwritten notes, forms, names, addresses and correspondence in English and Arabic. | | MM | *sig* |
| 2025-028 | D0671 / X0364 | EXHIBIT | EXHIBIT PSS/117 – Selected Correspondence - Seized from Room 3 Window Sill at 34 Dymoke Street.<br>This consists of handwritten notes and numbers in Arabic, some printed correspondence and receipts. | | MM | *sig* |
| 2025-029 | X1013 | EXHIBIT | EXHIBIT PSS/1 - PHILLIPS HARD DRIVE - From computer set up in Room 4, 34 Dymoke Street Highgate Birmingham.<br>Forensic image of the Hard Drive was created at AJR/1. AJR/1 has been digitalised and this is now disclosed at NES/3.<br>Original PSS/1 hard-drive restored back to AL-BAYOUMI. | | MM | *sig* |
| 2025-030 | X0486 | EXHIBIT | EXHIBIT GH/22 - ONE (1) TOSHIBA LAPTOP COMPUTER - From Filing Cabinet L, Rm 1118, Aston Business School<br>Forensic image of the laptop was created at DGW/1B. DGW/1B has been digitalised and this is now disclosed at NES/3.<br>Original GH/22 laptop restored back to AL-BAYOUMI. | | MM | *sig* |
| 2025-031 | NES/3 | EXHIBIT | EXHIBIT NES/3 - One (1) 1TB USB HDD - Features exhibit PSS/1 and GH/22. Review material provided both as carved files in folders (according to file type), and as forensic material that can be examined and searched. | | MM | *sig* |
| 2025-032 | D2847 / X0466 | EXHIBIT | EXHIBIT GH/8 - One (1) ringbinder containing bank statements - Found Top of Desk K next to screen, Room 1118, Aston Business School.<br>Features Saudi American Bank statements for AL-BAYOUMI account, dated 03/01/2001 – 02/09/2001. | | MM | *sig* |
| 2025-033 | D0932 / X0468 | EXHIBIT | EXHIBIT GH/10 - Quantity of Correspondence - Found in document holder on top of Desk K, Room 1118, Aston Business School.<br>Features handwritten letters from AL-BAYOUMI with confirmations of fax transmission. Also features printed documents regarding Islam and handwritten notes. | | MM | *sig* |
| 2025-034 | D2828 / X0474 | EXHIBIT | EXHIBIT GH/16 - Quantity of Travel Documents - Found in Drawer 5 of Desk K, Room 1118, Aston Business School.<br>This consists of printed passenger itineraries, correspondence and other documents related to travel of Omar AL-BAYOUMI and other named individuals. | | MM | *sig* |
| 2025-035 | M1012 /<br>D0719 - D0721 /<br>X0733 - X0735 | EXHIBIT | MESSAGE M1012 disclosed together with Exhibits NF/20, NF/21 and NF/22, three bank cards seized from AL-BAYOUMI. All three exhibits are split from IMD/1, as follows:<br>EXHIBIT NF/20 - One (1) Saudi American Bank Card in the name of Omar AL-BAYOUMI<br>EXHIBIT NF/21 - One (1) Saudi American Bank Card in the name of Omar AL-BAYOUMI<br>EXHIBIT NF/22 - One (1) Saudi American Bank Card in the name of Omar AL-BAYOUMI | | MM | *sig* |
| 2025-036 | D2026 / X0376 | EXHIBIT | EXHIBIT ARB/5 – Two (2) Empty Shampoo Bottles - Seized from the Floor of Room 3 at 67 Highgate Street.<br>Described as 2 x "Panton Pro-V" shampoo bottles with brand logo "MARRIOTT RESIDENCE INN". Text written thereon "Dist. by Marriott Corp., Cortland, NY 13045", coded on bottom 9313 and 9229. Disclosed as photocopy of the bottles in an evidence bag. Original bottles restored back to AL-BAYOUMI. | | MM | *sig* |
| 2025-037 | D0687 / X0387 | EXHIBIT | EXHIBIT ARB/16 – Miscellaneous Papers - Found in Rubbish Bag from Rear Garden at 67 Highgate Street.<br>Small notebook featuring handwritten notes and diagrams, pages from a magazine, miscellaneous printed papers. | | MM | *sig* |
| 2025-038 | GDA/6 | EXHIBIT | EXHIBIT GDA/6 – ONE (1) VHS VIDEO TAPE recovered during MPS OPERATION RHYME. Provided in disclosure under OPERATION EXCHANGE as review of court documents establishes relevance to the investigation into the 9/11 terrorist attacks.<br>Original VHS video tape GDA/6 submitted to forensic laboratory for copying. Four (4) digital video files in MPEG-4 format are exhibited and disclosed in the order they appear on the video tape, showing transitions where applicable, as follows:<br>GDA/6_1 - "Die Hard With a Vengeance" excerpt and credits (00:05:00 duration)<br>GDA/6_2 - NYC Camcorder footage (01:20:00 duration)<br>GDA/6_3 - "The Stock Exchange" - History Channel (00:49:23 duration)<br>GDA/6_4 - Anti-Capitalist Programmes (00:24:34 duration)<br>Provided as four (4) digital video files in MPEG-4 format on USB thumb-drive at AJH/1064/001. | | MM | *sig* |

| | | | | | |
|---|---|---|---|---|---|
| 2025-039 | MAS/34 | EXHIBIT | EXHIBIT MAS/34 – One (1) CD containing image file "HELICOPTERS.psp" recovered during MPS OPERATION RHYME. Provided in disclosure under OPERATION EXCHANGE as review of court documents establishes relevance to the investigation into the 9/11 terrorist attacks.<br>Provided as a single .psp (PaintShopPro) image file in the format it was recovered from a suspect's computer. Police Note: when viewed in digital forensic software, the raw data of this image file has been found to contain a message conveyed via steganography. | MM | |
| 2025-040 | MAS/34A | EXHIBIT | EXHIBIT MAS/34A – Screenshot showing message conveyed via steganography inserted in image file "HELICOPTERS.psp" reading: "For your information, I have taken a knief and bag on board (prior to the WTC attacks) and there were no security checks whatsoever. Also, the perimeter fence that goes around the tarmac was not electricuted." | MM | |
| 2025-041 | X3217 | EXHIBIT | EXHIBIT DPF/137 – SENTENCING REMARKS – REGINA v. DHIREN BAROT – IN THE CROWN COURT AT WOOLWICH (London, UK). Linked in MPS records and now provided in disclosure under OPERATION EXCHANGE as review of court documents establishes relevance to investigations into the 9/11 terrorist attacks.<br>Sentencing principal defendant in case T20047453 (DHIREN BAROT) before The Honourable Mr. Justice Butterfield on 7 November 2006. This comprises a 16-page certified court transcript. | MM | |
| 2025-042 | X3218 | EXHIBIT | EXHIBIT DPF/138 – SENTENCING REMARKS – REGINA v. MOHAMMED BHATTI, JUNADE FEROZE, ABDUL JALIL, ZIA UL HAQ, OMAR REHMAN, QAISAR SHAFFI, NADEEM TARMOHMMED – IN THE CROWN COURT AT WOOLWICH (London, UK). Linked in MPS records and now provided in disclosure under OPERATION EXCHANGE as review of court documents establishes relevance to investigations into the 9/11 terrorist attacks.<br>Sentencing defendant co-conspirators in case T20047453 (DHIREN BAROT) before The Honourable Mr. Justice Butterfield on 15 June 2007. This comprises a 40-page certified court transcript. | MM | |
| 2025-043 | A2074 / D2039 / D2037 | DOCUMENT | ACTION A2074 to research AL-BAYOUMI account at Saudi American Bank. Document details investigations into the U.K. financial affairs of AL-BAYOUMI and the EUROPEAN INSTITUTE OF DA'WAH & EDUCATION UK. | MM | |
| 2025-044 | A2715 | DOCUMENT | ACTION A2715 to research account of The Chairman, EUROPEAN INSTITUTE OF DA'WAH & EDUCATION UK. Linked to 67 Highgate Street Birmingham B12 0XP. Original document split from GH/1. | MM | |
| 2025-045 | A3946 | DOCUMENT | ACTION A3946 to research Shaikh Fahad Al Thumairy (King Fahad Mosque) further to AL-BAYOUMI correspondence in GH/16. | MM | |
| 2025-046 | A3751 / A3746 | DOCUMENT | ACTIONS A3751 and A3746 to research financial transaction and name HAJ with possible connection to Saudi Arabian Embassy. | MM | |
| 2025-047 | A2013 / D1040 | DOCUMENT | ACTION A2013 to research AL-BAYOUMI flights with Egypt Air and travel to Cairo, further to FBI letter dated 4 October 2001. | MM | |
| 2025-048 | A2014 | DOCUMENT | ACTION A2014 to research AL-BAYOUMI flights with British Airways, further to FBI letter dated 4 October 2001. | MM | |
| 2025-049 | D3649 | DOCUMENT | D3649 - Typed document showing British Airways passenger records for AL-BAYOUMI flights in May 2000. | MM | |
| 2025-050 | D7889 | DOCUMENT | D7889 - Typed document based on MPS exhibits showing schedule of travel movements of AL-BAYOUMI. | MM | |
| 2025-051 | R52C | DOCUMENT | R52C OFFICER REPORT on enquiries made regarding AL-BAYOUMI plans to travel to Paris, France. | MM | |
| 2025-052 | D2415 | DOCUMENT | D2415 - FBI Letter dated 24 October 2001 with subscriber and correspondent details of AL-BAYOUMI email addresses. | MM | |
| 2025-053 | D2890 | DOCUMENT | D2890 - Briefing Note dated 25 October 2001 regarding progress made on the investigations into AL-BAYOUMI. | MM | |
| 2025-054 | D2916 | DOCUMENT | D2916 - SO13 Briefing Note dated 29 October 2001 detailing updates on investigations while deployed in the U.S. | MM | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2025-055 | D3609 | DOCUMENT | D3609 - FBI Letter of 20 December 2001, requesting copies of all audio and video tapes recovered in search of AL-BAYOUMI's property. | | MM | |
| 2025-056 | D3737 | DOCUMENT | D3737 - MPS SO13 Weekly Update on activities conducted under Operation Exchange, dated 20 December 2001. Includes investigative follow-up enquiries and actions regarding AL-BAYOUMI. | | MM | |
| 2025-057 | D5622 / R102 | DOCUMENT | D5622 - MPS Letter to FBI dated 14 January 2002, transmitting report (ref. R102) on AL-BAYOUMI telephone investigation. | | MM | |
| 2025-058 | D5084 | DOCUMENT | D5084 - FBI Letter dated 18 April 2002, requesting MPS to review Affidavit regarding investigations into AL-BAYOUMI and BARZANJEE. | | MM | |
| 2025-059 | D7388 | DOCUMENT | D7388 - Association chart relating to AL-BAYOUMI, details the links in the Affidavit at D5084. | | MM | |
| 2025-060 | D6993 | DOCUMENT | D6993 - National Terrorism Financial Investigation Unit report on AL-BAYOUMI dated 8 July 2002 | | MM | |
| 2025-061 | D6969 | DOCUMENT | D6969 - FBI Letter dated 13 August 2002, listing entries in AL-BAYOUMI's address book related to the "Saudi Student Association". | | MM | |
| 2025-062 | D7411 | DOCUMENT | D7411 - MPS Anti-Terrorist Branch Briefing Note dated 19 September 2002 regarding investigations into AL-BAYOUMI. | | MM | |
| 2025-063 | D7555 | DOCUMENT | D7555 - FBI Letter dated 8 October 2002, attaching summary of "OPERATION EXCHANGE" investigation into AL-BAYOUMI. | | MM | |
| 2025-064 | D0961 | DOCUMENT | COLLECTED PRESS CUTTINGS - 24/09/2001 - Includes The Daily Mail (22SEP01) page 17 - "A third suspect, arrested in BIRMINGHAM, was last night being transferred under tight security to the capital"; The Mail on Sunday (23SEP01) page 10 arrest and search operations in Birmingham; The Sun (24SEP01) page 9 detailing police presence and activity at AL-BAYOUMI address; and The Daily Telegraph (24SEP01) page 5 - "POLICE ARE GIVEN MORE TIME TO QUESTION SUSPECTS" mentioning Omar Abu IMARD, a known ALIAS of AL-BAYOUMI. | | MM | |
| 2025-065 | D1408 | DOCUMENT | PRESS CUTTING - The Independent on Sunday 30/09/2001 - Page 9 details "Arrests around the world" including AL-BAYOUMI in the U.K. | | MM | |
| 2025-066 | D3153 | DOCUMENT | COLLECTED PRESS CUTTINGS - 19/10/2001 - Includes headlines from The Times (19OCT01) page 3 "SUSPECT IS FREE IN BRITAIN FOR LACK OF US EVIDENCE"; and Daily Express (19OCT01) "TERROR SUSPECT POLICE HAD TO LET OUT ON TO STREETS". | | MM | |
| 2025-067 | D3213 | DOCUMENT | COLLECTED PRESS CUTTINGS - 28/10/2001 - Includes headlines from The Observer (28OCT01) page 4 "UK STUDENT's KEY TERROR ROLE"; and from The Sunday Times (28OCT01) "FBI SEEKS CLOSER WATCH ON BRITON" detailing the AL-BAYOUMI investigation. | | MM | |

**DISCLOSURE COMPLETED - SIGNED:** p202429

We, DC Matthew McKINLAY (p202429) on behalf of the Metropolitan Police Service, and J. Gavin Simpson Esq., on behalf of the Plaintiffs In re Terrorist Attacks on September 11th, 2001 (03-MDL-1570), confirm the transfer of the material listed above via one (1) 1TB USB hard drive, data saved on CD-ROMs and DVDs, and Evidence.com. Transfer and review of the material was completed on May 9, 2025.

**DATED:** 09/05/2025   MAY 9, 2025