# EXHIBIT C



MPS2025-031

EXHIBIT NES/3

1TB USB HDD

MPS2025-031

EXHIBIT NES/3

1TB USB HDD