USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| This document relates to: *Johnson, et al. v. The Islamic Republic of Iran*, No. 18-cv-12344 | |

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Fed. R. Civ. P. 15(d) plaintiffs move the Court to allow substitution of the following party in the above referenced action. The party being substituted is Julia Filosa, as Personal Representative of the Estate of Albert Filosa, deceased. Julia Filosa is the surviving spouse of the decedent and was appointed to administer his estate November 26, 2023. Albert Filosa died during the pendency of this litigation on August 28, 2023.

The following chart demonstrates the how these parties were previously named in the Complaint and how they wish to proceed going forward:

| Identification of Party To be Substituted | Prior Reference to Plaintiff in ECF (18-cv-12344) | State of Residence at Filing | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|
| Julia Filosa, as Personal Representative of the Estate of Albert Filosa, deceased | Albert Filosa | New York | ECF No. 1 (18-cv-12344) at Allegation 30 of Appendix 1 |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 12, 2025
New York, New York

Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

        Respectfully submitted,

     */s/ Robert Keith Morgan*
Robert Keith Morgan (*pro hac vice*)
David J. Dickens (*pro hac vice*)
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com
ddickens@millerfirmllc.com

Attorneys for Plaintiffs