

KREINDLER & KREINDLER LLP  |  485 Lexington Avenue  |  New York, NY 10017-2629
office: 212.687.8181  |  fax: 212.972.9432  |  www.kreindler.com

May 20, 2025

**VIA ECF**

| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel Patrick Moynihan U.S. Courthouse | Thurgood Marshall U.S. Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judges Daniels and Netburn:

As the Court knows, the United States Victims of State Sponsored Terrorism (USVSST) Fund has announced a deadline of June 1, 2025 for applicants to be eligible to participate in the next round of distribution, to begin in 2026. *See* ECF 10845.

Understanding that this MDL demands substantial judicial attention and is only one of many matters on the Court's docket, we are providing a table listing those motions that are still pending, intending to facilitate the Court's review and, we hope, on behalf of those 9/11 family members whose motions are pending, obtain judgments prior to the June 1, 2025 deadline if at all possible. Based on our review of the filings, we believe that the below motions filed by our law firms, which represent about 95% of the families of those killed in the 9/11 Terrorist Attacks, remain outstanding, listed by date filed, oldest to newest:

|  | **Date Filed** | **MDL ECF No.** | **Related Civil No.** | **Type of Claim** |
|---|---|---|---|---|
| 1. | 2020/04/06 | ECF 6123 (correcting ECF 6047) | *Ashton et al.* 02-cv-6977 | Solatiums (Functional Equivalent)[1] |
| 2. | 2024/09/09 | ECF 10326 | *Rivelli, et al. v.* 18-cv-11878; *Rowenhorst, et al.* 18-cv-12387 | Solatiums (Non-U.S. Nationals)[2] |

---

[1] This is an objection to a Report & Recommendation submitted with further evidence as to one of the movants, pursuant to Fed. R. Civ. P 72(b) and 28 U.S.C. § 636(b)(1)(C). ECF 6219-1.

[2] Unless noted otherwise, the claims are made on behalf of U.S. Nationals.

| 3. | 2024/09/16 | ECF 10362 | *Burnett et al.* 15-cv-9903 | "Day Of" Personal Injuries |
|---|---|---|---|---|
| 4. | 2024/10/15 | ECF 10424 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates (Non-U.S. Nationals) |
| 5. | 2024/11/01 | ECF 10478 | *Hemenway et al.* 18-cv-12277; *King et al.* 22-cv-5193 | 9/11 Decedent Estates (Non-U.S. Nationals) |
| 6. | 2024/11/12 | ECF 10524 | *Morris et al.* 18-cv-5321; *Schlissel et al.* 18-cv-5331; *Ades, et al.* 18-cv-07306; *Abel Sr., et al.* 18-cv-11837 ; *Jimenez, et al.* 18-cv-11875; *Rivelli, et al.* 18-cv-11878; *Hemenway, et al.* 18-cv-12277; *Rowenhorst, et al.* 18-cv-12387 ; *BNY Mellon, et al.* 19-cv-11767; *Bernaerts, et al.* 19-cv-11865 ; *Hargrave, et al.* 20-cv-09387; *Asaro, et al.* 20-cv-10460; *Amato, et al.* 21-cv-10239; *King, et al.* 22-cv-05193; *Strauss, et al.* 22-cv-10823; *Kone, et al.* 23-cv-05790; *Lopez, et al.* 23-cv-08305 | 9/11 Decedent Estates and Solatiums |
| 7. | 2024/12/06 | ECF 10583 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates and Solatiums |
| 8. | 2024/12/11 | ECF 10619 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates |
| 9. | 2025/02/26 | ECF 10740 | *Burnett et al.* 15-cv-9903 | Solatiums (Non-U.S. Nationals) |
| 10. | 2025/02/26 | ECF 10744 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates |

| 11. | 2025/02/28 | ECF 10751 | *Ashton et al.* 02-cv-6977 | "Day Of" Perosnal Injury (Non-U.S. National)[3] |
|---|---|---|---|---|
| 12. | 2025/03/07 | ECF 10772 | *Burnett et al.* 15-cv-9903 | "Day Of" Personal Injuries |
| 13. | 2025/03/26 | ECF 10808 | *Burnett et al.* 15-cv-9903 | Solatiums (Non-U.S. Nationals) |
| 14. | 2025/03/28 | ECF 10814 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates and Solatiums |
| 15. | 2025/04/01 | ECF 10822 | *Burnett et al.* 15-cv-9903; *Schlissel et al.* 18-cv-5331; *Moody-Theinert, et al.* 18-cv-11876; *Rivelli, et al. v.* 18-cv-11878; *Aamoth, Sr., et al.* 18-cv-12276; *Hemenway et al.* 18-cv-12277; *Rowenhorst, et al.* 18-cv-12387; *BNY Mellon, et al.* 19-cv-11767; *Bodner, et al.* 19-cv-11776; *Bernaerts, et al.* 19-cv-11865; *Hargrave, et al.* 20-cv-09387; *King, et al.* 22-cv-05193; *Strauss, et al.* 22-cv-10823; *Kone, et al.* 23-cv-05790; *Fennelly* 23-cv-10824 | 9/11 Decedent Estates and Solatiums |
| 16. | 2025/04/03 | ECF 10827 | *Ashton et al.* 02-cv-6977 | 9/11 Decedent Estate and Solatiums |
| 17. | 2025/04/10 | ECF 10854 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates |
| 18. | 2025/04/17 | ECF 10879 | *Burnett et al.* 15-cv-9903 | Solatiums |
| 19. | 2025/04/17 | ECF 10883 | *Morris et al.* 18-cv-5321; *Ades, et al.* 18-cv-07306; *Aamoth, Sr., et al.* 18-cv-12276; | 9/11 Decedent Estates and Solatiums |

---

[3] On March 17, 2025, Judge Netburn recommended granting this motion (*see* ECF 10790) and plaintiffs have advised the Court that they have no objections to Judge Netburn's Report & Recommendation. ECF 10923.

|  |  |  | *Hemenway et al.* 18-cv-12277; *Bianco et al.* 20-cv-10902; *King, et al.* 22-cv-05193; *Kone, et al.* 23-cv-05790; *Kelly et al.* 23-cv-07283; *Fennelly* 23-cv-10824; *Jelnek et al* 24-cv-05520 |  |
|---|---|---|---|---|
| 20. | 2025/04/28 | ECF 10901 | *Burnett et al.* 15-cv-9903 | 9/11 Decedent Estates |
| 21. | 2025/04/30 | ECF 10905 | *Ashton et al.* 02-cv-6977 | 9/11 Decedent Estates and Solatiums |
| 22. | 2025/04/30 | ECF 10909 | *Ashton et al.* 02-cv-6977 | Solatiums (Non-U.S. Nationals) |
| 23. | 2025/05/01 | ECF 10917 | *Hemenway et al.* 18-cv-12277; *Bianco et al.* 20-cv-10902; *King, et al.* 22-cv-05193; *Jelnek et al* 24-cv-05520 | 9/11 Decedent Estates and Solatiums |
| 24. | 2025/05/05 | ECF 10932 | *Ashton et al.* 02-cv-6977 | 9/11 Decedent Estate and Solatiums |
| 25. | 2025/05/08 | ECF 10941 | *Burlingame et al.* 02-cv-7230 | Solatium |
| 26. | 2025/05/09 | ECF 10945 | *Ashton et al.* 02-cv-6977 | Solatiums |

This list updates what we provided the Court on April 8, 2025 (when fourteen motions had been filed and were pending) and we do not expect any additional motions to be filed prior to the June 1, 2025 USVSST Fund deadline. The 9/11 family members we represent would appreciate any progress the Court may be able to make prior to June 1, 2025, as in the past the USVSST Fund has refused to extend its deadlines, resulting in the estates of those killed in the 9/11 Terrorist Attacks, their immediate family members and those injured on 9/11 being excluded from the Fund, despite our best efforts to advocate on their behalf.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: /s/ Megan W. Benett
Megan W. Benett, Esq.

485 Lexington Avenue
New York, New York 10017
(212) 687-8181
mbenett@kreindler.com
*Attorneys for Ashton Plaintiffs*

MOTLEY RICE LLC

By: /s/ John Eubanks
John M. Eubanks, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
jeubanks@motleyrice.com
*Attorneys for Burnett Plaintiffs*

ANDERSON KILL

By: /s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Anderson Kill P.C.
7 Times Square
15th Floor
New York, NY 10036
(212) 278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com
*Attorneys for O'Neill Plaintiffs*

SPEISER KRAUSE

By: /s/ Jeanne M. O'Grady
Jeanne M. O'Grady, Esq.
800 Westchester Ave, Ste. S-608
Rye Brook, NY 10573
(914) 220-5333
jog@speiserkrause.com
*Attorneys for Burlingame Plaintiffs*