UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received the Plaintiffs' letter regarding the U.S. Victims of State Sponsored Terrorism ("VSST") Fund deadline. See ECF No. 10960. The Court will continue to endeavor to address the motions that the Plaintiffs have identified in advance of the June 1, 2025 deadline.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 21, 2025
               New York, New York