**WHITE & CASE**

May 22, 2025

VIA ECF

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

**whitecase.com**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

***In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.): The Republic of the Sudan's Letter Regarding Filing of Video Exhibits**

Dear Judge Netburn:

The Republic of the Sudan respectfully submits this letter requesting leave to file, by USB flash drive, several video exhibits in support of its letter to the Court to be submitted on May 23, 2025 in accordance with this Court's February 5, 2025 Order (ECF No. 10707).

Sudan's exhibits in support of the May 23 letter include video files that the ECF system is unable to accept. Sudan respectfully requests the Court's approval to file the video exhibits by USB flash drive, or such other external storage device as may be directed by the Court.

The Court has previously authorized parties in this litigation to file exhibits with the Court of the Clerk via external storage devices. *See, e.g.*, ECF Nos. 9923, 9479, 9520, 9619, and 9686.

Sudan is prepared to submit the video exhibits once the Court grants approval or will be prepared to submit the video exhibits by USB flash drive at the upcoming status conference on May 30, 2025.

Respectfully submitted,

 /s/ *Nicole Erb*
Nicole Erb

*Counsel for the Republic of the Sudan*

cc:   All Counsel (via ECF)