# Exhibit 1

# DECLARATION OF MUSTAFA OSMAN ISMAIL ELAMIN

I, Mustafa Osman Ismail Elamin, declare:

1. I am a citizen of Sudan, residing in Doha, Qatar.

2. In 1988, I received a PhD in Biochemical Immunology from the University of Bristol, UK.

3. From 1988 until 1993, I was a professor at the University of Khartoum in the Faculty of Medicine, in their Biochemistry department.

4. From 1994 until 1996, I was the Secretary General for a non-governmental organization in Khartoum, Sudan called the "Council of International People's Friendships." Its purpose was to communicate with similar organizations and to raise issues of common interest.

5. From 1996 until 1998, I was the State Minister of Foreign Affairs for the Republic of the Sudan.

6. From 1998 until 2005, I was the Minister of Foreign Affairs for the Republic of the Sudan.

7. From 2006 until 2013, I served as an Advisor to Sudanese President Omar Al-Bashir.

8. In 2010, I received a PhD in International Relations from the Omdurman Islamic University.

9. From 2014 until April 2015, I was the Minister of Investment for the Republic of the Sudan.

10. From April 2016 until 2019, I was the Sudanese Ambassador to the United Nations in Geneva, Switzerland. At that same time, I also served as the Sudanese Ambassador to Switzerland.

11. In 2020, I moved to Doha and began to teach International Relations at Hamad Ibn Khalifa University, where I have been living and teaching since. My area of teaching focuses on Peace and Conflict Studies as well as Humanitarian Works.

### Role in the Ministry of Foreign Affairs and Osama bin Laden's Expulsion from Sudan

12. In my role as the State Minister of Foreign Affairs, I was involved in discussions surrounding Osama Bin Laden's expulsion from Sudan.

13. Osama bin Laden arrived in Sudan during a period in the early 1990s in which Sudan was attempting to attract Arab investors.

14. Sudanese initiatives to encourage Arab investors included the abolition of visa requirements for citizens of Arab countries. This meant that any Arab investor could come into Sudan without the Sudanese government having to approve or authorize their entry. Other Arab countries implemented a similar policy. Bin Laden thus would not have needed a visa to enter Sudan, and his entry would not have been subject to government approval or authorization.

15. In Sudan, Osama bin Laden invested in agricultural technology (such as genetically modified organism (GMO) research), infrastructure (such as roads and airports), and humanitarian projects (such as building hospitals).

16. Following the assassination attempt of former Egyptian President Hosni Mubarak in 1995, Sudan determined that the visa abolition was being misused by some extremists. Sudan reimposed visa requirements for all Arab states and worked to expel Afghan-Arabs from the country.

17. In my role as State Minister of Foreign Affairs, I spoke with United States Ambassador to Sudan Timothy Carney in early 1996 about bin Laden's presence in Sudan. I asked Ambassador Carney for his suggestion on how Sudan should handle bin Laden. He suggested that Sudan send bin Laden back to Saudi Arabia.

18. Saudi Arabia separately had requested that Sudan expel bin Laden from the country.



19. In 1996, the Sudanese government instructed bin Laden to leave Sudan. Initially, we discussed that bin Laden would relocate to Saudi Arabia. The Sudanese government asked Saudi Arabia to take bin Laden back, but Saudi Arabia refused to allow bin Laden to return.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2025

_____
Mustafa Osman Ismail Elamin