# Exhibit 2

## DECLARATION OF DR. HASSAN AHMED TAHA

I, Dr. Hassan Ahmed Taha, hereby declare:

1. I am a citizen of Sudan currently residing in Cairo, Egypt.

2. I received an economics degree from the University of Khartoum in 1972.

3. From 1972 – 1976, I worked in the Ministry of National Planning.

4. From 1976 – 1979, I worked in the Ministry of Higher Education.

5. I received Masters and PhD degrees in economics in the United States from the University of Pittsburgh, which I attended from 1979 – 1985.

6. From 1985 – 1988, I worked in the Ministry of Higher Education in Sudan.

7. From 1988 – 1991, I was appointed the Principal for the University of Omdurman.

8. From 1991 – 1992, I was Secretary-General for the independent Committee for Privatization of Public Corporations within Sudan, which operated under the Ministry of Investment and then under the Ministry of Finance.

9. From 1992 – 1994, I was appointed the Minister of Finance for the Northern State.

10. From 1994 –1995, I was appointed the Minister of Finance for the River Nile State.

11. From 1995 – 2001, I was the Under-Secretary for the Ministry of Finance of Sudan.

12. From 2001 – 2004, I was State Minister for the Ministry of Finance.

13. From 2004 – 2008, I was the General Director for the Sudanese Free Zones & Markets Company.

14. From 2008 – 2012, I was the Executive Director for Africa Group I at the World Bank and was based in Washington, D.C. I lived with my family in Northern Virginia at the time. When I left that position, my family and I returned to Sudan.

15. From 2012 – 2016, I worked at a private consulting firm.



16. From 2016 – 2017, I was the national negotiator for the accession of Sudan to the World Trade Organization. This was a government position to which I was appointed by the President of the Republic of the Sudan.

17. In 2018, I retired, and in 2019, I moved to Cairo, Egypt, where I continue to reside today.

**Al-Hijra Construction Company and Dad Company**

18. The Sudanese government through the Ministry of Finance had a longstanding plan, beginning in the 1960s, to connect the capital, Khartoum, with Port Sudan, through a project called "Export Corridor."

19. The project had originally started in the 1960s with USAID, but was suspended around 1967. The road was only completed up to the city of Al-Jili.

20. Eventually, the Sudanese government was unable to unilaterally fund completion of the project and sought private investors to complete the project.

21. Osama bin Laden arrived in Sudan around 1992 as an investor and offered to build and finance Tahaddi Road to complete the Export Corridor.

22. Al-Hijra Construction Company was created around 1992 as a joint venture between the Sudanese government and Osama bin Laden to build the Tahaddi Road. The Sudanese government held forty (40) per cent of the shares in Al-Hijra Construction Company, while Osama bin Laden held sixty (60) percent of the shares.

23. From 1995 – 1996, as part of my duties at the Ministry of Finance, I served as the representative of the Sudanese government on the Board of Directors of Al-Hijra Construction Company in the role of Deputy Chairman. Osama bin Laden was the Chairman of the Board.

24. As Deputy Chairman of the Board of Al-Hijra Construction Company, I attended two Al-Hijra Construction Company Board meetings. Osama bin Laden presided over both of those

meetings. Upon completion of a segment of the Tahaddi Road, I recall attending a ribbon cutting ceremony in Shendi. Osama bin Laden was present at that ceremony.

25. From my recollection, these were the only occasions during which I was present at the same meeting or function as Osama bin Laden. I do not recall meeting or interacting with Osama bin Laden at any other time.

26. In early 1996, in my role as Under-Secretary General for the Ministry of Finance, I received a letter from the Ministry of Foreign Affairs stating that Osama bin Laden was "persona non grata" in Sudan and that his assets were to be liquidated. As I recall, the letter did not explain why.

27. I was responsible for the liquidation of Al-Hijra Construction Company. The Ministry of Finance's assessment of Al-Hijra Construction Company's assets discovered that there were several unfinished projects for which Al-Hijra Construction Company was responsible.

28. These unfinished projects included a road from Khartoum to the city of Atbara, a road from the city of Hasahisa to a small village, an internal road in the city of Madani, as well as a road between the cities of Damazine and Kurmok.

29. To complete these projects, the Sudanese government established the Dad Company in 1996 and transferred all assets of Al-Hijra Construction Company to the Dad Company. Osama Bin Laden received nothing. The Dad Company was wholly owned by the Sudanese government and its shares were held by the Ministry of Finance. I was the Chairman of the Board of Directors of the Dad Company beginning in 1996.

30. To the best of my recollection, the Dad Company's employees were only Sudanese citizens. Osama bin Laden did not have any role in the Dad Company and to the best of my knowledge none of Osama bin Laden's associates were involved with the Dad Company.

31. The Dad Company completed the main outstanding projects over two to three years. Upon the completion of those projects, the Dad Company was dissolved and its assets transferred to Sudan's Pension Fund.

**Khartoum Tannery**

32. Before the liquidation of Al-Hijra Construction Company, the Sudanese government was unable to pay Al-Hijra Construction Company what was due under the terms of the contract for Tahaddi Road. To address the situation, the Sudanese government paid Al-Hijra Construction Company by transferring ownership of the Sudanese Government's assets in the Khartoum Tannery to Al-Hijra Construction Company. It was owned and operated by Al-Hijra Construction Company after the transfer of assets.

33. Upon liquidation of Al-Hijra Construction Company, the Dad Company took control of the Khartoum Tannery. Upon the Dad Company's dissolution in 1999, the Khartoum Tannery was transferred to Sudan's Pension Fund.

**April 15, 2023 Rapid Support Forces (RSF) Rebellion**

34. Since April 15, 2023, Sudan has been experiencing a rebellion that has devastated the City of Khartoum and other areas within Sudan. Near the end of 2024, my home in Omdurman was destroyed in the conflict. I am aware that in around April 2023, the rebelling RSF occupied the Ministry of Finance's headquarters, as well as other Sudanese government buildings. I understand



–5–

that in around March 2025, the Sudanese Army forced the RSF out of the Ministry of Finance headquarters. I also understand that the RSF, before departing the Ministry of Finance headquarters, destroyed everything inside the building, including all documents and data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2025

_____
Dr. Hassan Ahmed Taha