# Exhibit 5

# DECLARATION OF YASIR ALTAYEB ALMAHDI

I, Yasir AlTayeb AlMahdi, declare:

1. I am a citizen of Sudan, currently residing in Doha, Qatar.

2. I graduated from Cairo University with a degree in Geology in 1986.

3. From 1986 until 1995, I worked at the National Authority of Geological Research in Sudan.

4. From 1995 until 2002, I worked in the Sudanese Intelligence Bureau (SIB) at a variety of desks. My work did not concern Osama bin Laden or his associates.

5. From 2002 until 2007, I was the Head of the American Department within SIB, which in 2004 became the National Intelligence Security Service (NISS).

6. From 2007 until my retirement in 2019, I remained in NISS serving in a variety of roles.

## Sudan-US Counter-terrorism Cooperation

7. During my time as the Head of the American Department, I managed Sudan's counter-terrorism efforts with the CIA and FBI. I oversaw rapid developments in joint counter-terrorism operations and cooperation between Sudan and the United States. During this period, Sudanese intelligence cooperated extensively with the CIA and routinely provided information and facts requested by the CIA about certain individuals, facilities, and companies within and outside Sudan. The CIA also provided counter-terrorism training to Sudanese intelligence in Khartoum and the United States.

8. In 2003, due to the value of this cooperation, the SIB and the CIA jointly established the Counter-Terrorism Operation Platform (CTOP) in Khartoum, Sudan.

9. I was told by my CIA counterparts that the CIA considered the Khartoum-based CTOP to be the most successful CTOP on the African continent. At the request of the CIA, I authorized

NISS officers from the Khartoum CTOP to attend joint activities with other African CTOPs and share information about the Khartoum CTOP successes and tactics.

10. Around 2004, the CIA invited the NISS to Guantanamo Bay to help question certain subjects, some but not all from Sudan. I travelled to Guantanamo Bay at the CIA's invitation to help with questioning and evaluating detainees. We were able to provide Arabic-language questioning as well as advice on improving prisoner services relating to traditional customs and prayers. We also helped end a hunger strike by some of the prisoners.

11. At the CIA's request, I was also involved in helping repatriate and reintegrate certain Sudanese nationals from Guantanamo.

12. During my time at the American Department, I met with the CIA at least two times a week. We exchanged intelligence during these meetings. Separately, we held expert sessions twice a year in Khartoum and Washington, D.C. to discuss counter-intelligence. At no point did the CIA ever suggest that Sudan was implicated in the 9/11 attacks in any way.

13. In my interactions with CIA officers, I was informed that they believed that Sudan should be removed from the State Sponsors of Terrorism List due to Sudan's valuable counter-terrorism cooperation with the United States, but that political considerations prevented that.

14. Even terrorists in Iraq in 2006 were aware of the Sudanese-US counter-terrorism cooperation. A NISS officer in the Sudanese Embassy in Baghdad, Abdelmuneim Al-Tum, was kidnapped by terrorists. The terrorists threatened to kill him due to Sudan's cooperation with the United States and demanded the Sudanese Embassy in Baghdad be closed. The Iraqi Minister of Foreign Affairs, Hoshyar Zebari, called the Sudanese Minister of Foreign Affairs, Dr. Mostafa Osman, and requested that the embassy be kept open. However, Sudan temporarily closed the embassy to save the life of the NISS officer.

**Status of Archival Documents**

15. I kept my active NISS files, including memos from the CIA, in a dedicated "safe-keeping" office with security controls and available only to persons with authorized access.

16. Closed NISS files would be transferred to the General Intelligence Services archives, which were held in a separate building in Khartoum.

17. Although I have not yet been back to Khartoum myself, I have seen photographs showing that both buildings that hold these files were attacked and the files were totally destroyed in the current conflict between the Rapid Support Forces and the Sudanese Army.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2025

_____
Yasir AlTayeb AlMahdi