# Exhibit 6



**Image of General Intelligence Service Archive Building - Interior**