# Exhibit 7



**Image of General Intelligence Service Archive Building – Interior**