Case 1:03-md-01570-GBD-SN    Document 10968-8    Filed 05/23/25    Page 1 of 2

# Exhibit 8



**Image of General Intelligence Service External Intelligence Building - Exterior**