# Exhibit 9



**Image of General Intelligence Service External Intelligence Building – Interior**