# Exhibit 10



**Image of General Intelligence Service Headquarters Building – Exterior**