# Exhibit 11



**Image of General Intelligence Service Headquarters Building – Interior**