# Exhibit 12



**Image of New Republican Palace Building – Exterior**