# Exhibit 13



**Image of New Republican Palace Building – Interior**