# Exhibit 14



**Image of Old Presidential Palace Building – Exterior**