# Exhibit 15



**Image of Old Presidential Palace Building – Interior**