# Exhibit 16



**Image of Ministry of Foreign Affairs Building – Exterior**