# Exhibit 17



**Image of Ministry of Foreign Affairs Building – Interior**