# Exhibit 18



**Image of Ministry of Justice Building – Exterior**