# Exhibit 19



**Image of Khartoum Airport – Exterior**