# Exhibit A

**Video of New Republican Palace**

**(submitted separately to the Court in accordance with ECF No. 10966)**