# Exhibit B

## Video of Old Republican Palace

## (submitted separately to the Court in accordance with ECF No. 10966)