# Exhibit C

**Video of Ministry of Foreign Affairs (submitted separately to the Court in accordance with ECF No. 10966)**