# Exhibit D

## Video of Ministry of Justice

## (submitted separately to the Court in accordance with ECF No. 10966)