UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-1076 (GBD)(SN)

# [PROPOSED] ORDER GRANTING MOTION TO ADD ADDITIONAL PLAINTIFFS AGAINST THE TALIBAN

Upon consideration of the Motion to Add Additional Plaintiffs Against the Taliban, the Memorandum of Law, and Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") with an attached exhibit filed in support thereof, and the entire record herein, the Court finds:

1. The one hundred and forty-six (146) plaintiffs listed in Exhibit A to the Goldman Declaration ("Additional Plaintiffs") have satisfied the requirements of Federal Rules of Civil Procedure 15, 16, 21, and 24 to be added as parties to the above-referenced case against the Taliban;

2. Additional Plaintiffs' claims are not futile, will not unduly delay these proceedings or prejudice the Taliban and were not filed in bad faith or with a dilatory motive;

3. Additional Plaintiffs' claims relate back to the filing date of the original complaint in the above-referenced action;

THEREFORE, IT IS HEREBY

ORDERED that the underlying complaint is deemed amended to add Additional Plaintiffs in Exhibit A to the Goldman Declaration as parties against the Taliban; and it is further

ORDERED that the amendment effected through this Order supplements by incorporation into, but does not displace, the underlying complaint; and it is further

docs-100725154.2

2

ORDERED that prior service, orders, and judgments entered in the case remain in effect as to all parties; and it is further

ORDERED that all parties, will be bound by all prior rulings made in this case, including the Court's prior order on service by publication, ECF Nos. 445, 488; and it is further

ORDERED that Case Management Order #2, ECF No. 247, ¶ 12 applies to Additional Plaintiffs such that re-service of the Taliban is not required; and it is further

ORDERED that the O'Neill liability judgment previously entered for the original O'Neill plaintiffs, ECF Nos. 3067, 3163, 3043-1, and extended to all other previously added plaintiffs, ECF No. 8770, is extended to Additional Plaintiffs herein.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10970.

Dated:    New York, New York
          _____, 2025

                                        SO ORDERED:

                                        _____
                                        HON. SARAH NETBURN
                                        UNITED STATES MAGISTRATE JUDGE