# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

*Via ECF*

May 27, 2025

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

*Re: In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN);
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN);
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387
(GBD)(SN) – Request for Extension of Time to File Objections to May 23, 2025
Report & Recommendation (ECF No. 10965)

Dear Judge Daniels:

We respectfully request an extension of time, from June 6, 2025 until June 29, 2025, to file objections to Magistrate Judge Netburn's Report and Recommendation, dated May 23, 2025, at ECF No. 10965, which recommended that the District Court deny two plaintiffs' motions for damages judgments against defendant the Islamic Republic of Iran.

We thank this Court for its consideration of this request.

Respectfully submitted,

*/s/* Jerry S. Goldman
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Cc (via ECF): Magistrate Judge Sarah Netburn
All MDL Counsel of Record

SO ORDERED:

George B. Daniels, U.S.D.J.
MAY 2 8 2025
Dated:

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100788938.1