UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2021

Case No. 03-MD-01570 (GBD)(SN)

**MOTION TO WITHDRAW AS
COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the

Southern District of New York, and upon the accompanying Declaration of Marcus A. Asner and

Declaration of Benjamin C. Wolverton, the undersigned counsel respectfully moves the Court for

leave to withdraw as counsel of record for Defendants the World Assembly of Muslim Youth

and the World Assembly of Muslim Youth-U.S. (the "WAMY Defendants") in the above-

entitled action.  *See* ECF Nos. 10474, 10475.  The WAMY Defendants' regular counsel of

record, Omar Mohammedi and Frederick J. Goetz, will continue to represent the WAMY

Defendants in this matter.

Dated: New York, New York
May 28, 2025

ARNOLD & PORTER KAYE SCHOLER
LLP

By:    */s/ Marcus A. Asner*
Marcus A. Asner
Benjamin C. Wolverton

250 W. 55th Street
New York, NY 10019-9710
Tel: 212.836.8000
Fax: 212.836.8689
marcus.asner@arnoldporter.com
benjamin.wolverton@arnoldporter.com

*Attorneys for Defendants the World
Assembly of Muslim Youth and the World
Assembly of Muslim Youth-U.S.*