UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2021 | Case No. 03-MD-01570 (GBD)(SN)<br><br>**DECLARATION OF MARCUS A. ASNER** |

I, Marcus A. Asner, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record for Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth-U.S. (the "WAMY Defendants"), having entered a Notice of Appearance in this matter on October 31, 2024. *See* ECF No. 10475.

2. I submit this declaration in support of our motion to withdraw as counsel for the WAMY Defendants.

3. The WAMY Defendants' other counsel of record, Omar Mohammedi and Frederick J. Goetz, will continue to represent the WAMY Defendants in this matter.

4. I am not asserting any retaining or charging lien in connection with this matter.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on the 28th day of May, 2025.

                                                             */s/ Marcus A. Asner*
                                                             Marcus A. Asner