UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Accardi et al. v. Islamic Republic of Iran*, 1:21-cv-06247 (GBD)(SN);
*Alexander et al v. Islamic Republic of Iran*, 1:21-cv-03505 (GBD)(SN);
*Betso et al v. Islamic Republic of Iran*, 1:21-cv-01394 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29th day of May 2025, I served defendant:

Islamic Republic of Iran
Abbas Araghchi
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue, Imam Khomeini Square
Tehran, Iran

by dispatching via Federal Express, Tracking No. **8816 0462 1712**, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the aforesaid judgments in the *Accardi*, *Alexander*, and *Betso* cases; March 28, 2025 Order (in English and Farsi) entering the aforesaid judgments in the *Accardi*, *Alexander*; and *Betso* cases; April 14, 2025 Order Correcting Clerical Errors in Exhibits A, B, and C of the March 28, 2025 (in English and Farsi); A copy of 28 U.S.C. 1330, 1391(f), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translators' Affidavits (in English only).

Dated: May 29, 2025
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk