```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON SEPTEMBER 11, 2021

Case No. 03-MD-01570 (GBD)(SN)

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, and upon the accompanying Declaration of Marcus A. Asner and Declaration of Benjamin C. Wolverton, the undersigned counsel respectfully moves the Court for leave to withdraw as counsel of record for Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth-U.S. (the "WAMY Defendants") in the above-entitled action. *See* ECF Nos. 10474, 10475. The WAMY Defendants' regular counsel of record, Omar Mohammedi and Frederick J. Goetz, will continue to represent the WAMY Defendants in this matter.

---

The motion to withdraw is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 29, 2025
       New York, New York

1

Dated: New York, New York
May 28, 2025

                    ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Marcus A. Asner*
     Marcus A. Asner
     Benjamin C. Wolverton

     250 W. 55th Street
     New York, NY 10019-9710
     Tel: 212.836.8000
     Fax: 212.836.8689
     marcus.asner@arnoldporter.com
     benjamin.wolverton@arnoldporter.com

*Attorneys for Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth-U.S.*

2