UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

> *Marinella Hemenway et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN)
> *King et al. v. Islamic Republic of Iran*, No. 22-cv-5193 (GBD)(SN)

### ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE HEMENWAY AND KING PLAINTIFFS LISTED IN EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). (ECF No. 10478.)[1] Upon consideration of the evidence and arguments set forth in the Declarations of Jerry S. Goldman, Esq. and the exhibits thereto (ECF No. 10480), and in light of the judgment as to liability against Iran (*see* ECF No. 9931), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 4694, 8887); and it is

**ORDERED** that the motions for judgment by default against Iran on behalf of Plaintiffs listed in Exhibit A are **GRANTED** and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibit A against Iran; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment is entered on behalf of the Plaintiffs identified in the attached Exhibit A against Iran; and it is

**ORDERED** that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and it is

**ORDERED** that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- ECF No. 10478 in 03-md-1570;
- ECF No. 307 in 18-cv-12277;
- ECF No. 157 in 22-cv-5193;

Dated: May 28, 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

Exhibit A

| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rokshana; Nur | | Miah; Miah | | Nurul | Haque | Miah | | Bangladesh | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 6 | 7539, 7565 (granting 7539) | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 47. | 11/1/24 | $2,211,853.00 | |
| 2 | Shweta | | Khandelwal | | Rajesh | | Khandelwal | | India | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 12/1/24 | $3,388,467.00 | |
| 3 | Anne | Lynn | Hayashi | | Stuart | (Soo-Jin) | Lee | | Canada | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 | | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | $7,251,693.00 | |