UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). (ECF No. 10909.)[1] Upon consideration of the evidence and arguments set forth in the Declarations of James P. Kreindler, Esq. and the exhibit thereto (ECF No. 10910); and in light of the judgment as to liability against Iran entered on August 31, 2015 (ECF No. 3021) and June 17, 2024 (ECF No. 9931)[2], together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 1238 and 3015); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

[2] This Court adjudges Iran liable to non-U.S. national *Ashton* Plaintiffs under New York law for substantially the same reasons as stated in this Court's March 26, 2024 and June 17, 2024 Orders. (*See* ECF Nos. 9666, 9931.)

**ORDERED** that the motion for judgment by default against Iran on behalf of Plaintiffs listed in Exhibit A is **GRANTED** and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibit A against Iran; and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against Iran[3]; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving solatium damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

---

[3] In their moving papers, certain Plaintiffs seek treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. As ATA claims cannot be brought against sovereign defendants, see 18 U.S.C. § 2337(2), these Plaintiffs' motions are DENIED as to their requests for treble damages.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- ECF No. 10909 in 03-md-1570

- ECF No. 2258 in 02-cv-6977

Dated: May 29, 2024
 New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
| 1 | Thomas | | Knox | | Australian | Andrew | | Knox | | Australian | 9/11/01 | NY | 02cv06977 | 1463 at 53 | 02cv06977, 2253 | Parent | | | $ 8,500,000.00 | |
| 2 | Janna | | Rasuvaev | | Canadian | Alexey | | Razuvaev | | Israeli | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 2253 | Spouse | | | $ 12,500,000.00 | |
| 3 | Anna | | Razovaev | | Canadian | Alexey | | Razuvaev | | Israeli | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 2253 | Child | | | $ 8,500,000.00 | |