UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

---------------------------------------x

This document relates to:

> *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-6977 (GBD) (SN)
> *Burlingame v. Bin Laden*, No. 02-cv-7230 (GBD)(SN)

## ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE ASHTON AND BURLINGAME PLAINTIFFS LISTED IN EXHIBITS A AND B

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). (ECF No. 10827, 10905, 10926, 10941, and 10945.[1]) Upon consideration of the evidence and arguments set forth in the Declarations of James P. Kreindler, Esq. and of Frank H. Granito, III, and the exhibits thereto (ECF Nos. 10828, 10906, 10927, 10942, 10946), and in light of the Clerk's Certificate of Default and the default judgment as to liability against Iran (*see* ECF Nos. 2510 and 3021), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF No. 1238); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the motions for judgment by default against Iran on behalf of plaintiffs listed in Exhibits A and B are **GRANTED** and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A and B against Iran; and it is

**ORDERED** that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against Iran; and it is

**ORDERED** that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and it is

**ORDERED** that the Plaintiffs identified in the Exhibit B are awarded solatium damages as set forth therein; and it is

**ORDERED** that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the Plaintiffs not appearing in Exhibits A or B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at:

- ECF Nos. 10827, 10905, 10926, 10941, and 10945 in 03-md-1570;
- ECF Nos. 2246, 2254, 2263, 2269, 2274 in 02-cv-6977; and
- ECF No. 387 in 02-cv-7230;

Dated: May 28, 2025
New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

# Exhibit A

Exhibit A - Economic Damages

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | |
| 1 | Joanne | | Hatton | | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | | 2/1/25 | | $ 4,814,861.00 | |
| 2 | Deborah | | Basham | | Alfred | Todd | Rancke | | US | 9/11/01 | NY | 02cv06977 | 1463 at 20 | | | 6/1/25 | | $ 10,635,883.00 | Personal Representative also appears as Deborah Rancke in 1463 at 20 |
| 3 | Paula | | Berry | | David | S. | Berry | | US | 9/11/01 | NY | 02cv06977 | 1463 at 49 | | | 6/1/25 | | $ 15,806,301.00 | |
| 4 | Donna | | Hickey | | Brian | C. | Hickey | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | | 6/1/25 | | $ 2,990,966.00 | |
| 5 | Marcella | | Leahy | | James | P. | Leahy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | | 6/1/25 | | $ 4,200,710.00 | |
| 6 | Linda | | Sarle | | Paul | F. | Sarle | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | | 6/1/25 | | $ 5,013,787.00 | |
| 7 | Emily | | Terry | | Andrew | | Kates | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | | 6/1/25 | | $ 22,471,741.00 | |
| 8 | Sharri | | Maio | | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | | | 6/1/25 | | $ 11,730,247.00 | Personal Representative also appears as Shari Maio in the amendment at 02-cv-6977, ECF No. 996. |

# Exhibit B

Exhibit B - Solatium Damages

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
| 1 | | | | | Mitchell | | Curia | | US | Laurence | | Curia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 6 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 2 | | | | | Bobby | | Griffin | | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 | |
| 3 | | | | | Bobby | | Griffin | Jr | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 4 | Anne | | Galizia | | Virginia | | Howard | | US | Joseph | | Howard | | US | 9/11/01 | NY | 02cv06977 | 1463 at 13 | 02cv06977, 2245 | Parent | | | $ 8,500,000.00 | |
| 5 | | | | | Joanne | | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 997 | Spouse | | | $ 12,500,000.00 | |
| 6 | | | | | Tara | Anne | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 7 | | | | | Leonard | W. | Hatton | III | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 8 | | | | | Jessica | L. | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 9 | | | | | Courtney | M. | Nash | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 10 | | | | | Tatiana | | Lawes | | US | Lorisa | C. | Taylor | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | 02cv06977, 2253 | Child | | | $ 8,500,000.00 | |
| 11 | | | | | Megan | | Schaeffer | | US | John | F. | McDowell | Jr | US | 9/11/01 | NY | 02cv06977 | 1463 at 17 | 02cv06977, 2253 | Sibling | | | $ 4,250,000.00 | |
| 12 | | | | | Devon | | Maio | | US | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 2261 | Child | | | $ 8,500,000.00 | |
| 13 | | | | | Sharri | | Maio | | US | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 | |
| 14 | | | | | Joshua | E. | Marchand | | US | Alfred | G. | Marchand | | US | 9/11/01 | NY | 02cv06977 | 1463 at 16 | 02cv06977, 2261 | Child | | | $ 8,500,000.00 | |
| 15 | | | | | Andrew | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2273 | Child | | | $ 8,500,000.00 | |
| 16 | | | | | Nicholas | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2273 | Child | | | $ 8,500,000.00 | |
| 17 | | | | | Susan | | Frost | | US | Christopher | | Panatier | | US | 9/11/01 | NY | 02cv07230 | 1463 at 85 | 02cv07230, 386 | Sibling | | | $ 4,250,000.00 | |