**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :
IN RE:                               :         <u>ORDER</u>
              :
TERRORIST ATTACKS ON           :     03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001              :
              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

    *Burnett v. Islamic Republic of Iran*, No. 15-cv-09903 (GBD)(SN)
    *Arias v. Islamic Republic of Iran*, No. 19-cv-00041 (GBD)(SN)
    *Prior v. Islamic Republic of Iran*, No. 19-cv-00044 (GBD)(SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE**
**<u>PLAINTIFFS LISTED IN EXHIBITS A AND B</u>**

GEORGE B. DANIELS, United States District Judge:

    The Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment

against Defendant the Islamic Republic of Iran ("Iran"). (ECF Nos. 10583, 10619, 10744, 10814,

10854, 10879, 10901.[1]) Upon consideration of the evidence and arguments set forth in the

Declarations of John C. Duane, and the exhibits thereto (ECF Nos. 10585, 10621, 10746, 10817,

10856, 10881, 10903), and in light of the default judgment as to liability against Defendant (ECF

Nos. 5104, 5088; ECF No. 85 in No. 15-cv-9903; *see also In re Terrorist Attacks on Sept. 11,*

*2001*, No. 03-md-1570 (GBD), 2011 WL 13244047, at *39 (S.D.N.Y. Dec. 22, 2011)), together

with the entire record in this case, it is hereby

    **ORDERED** that service of process in the above-captioned case was properly effectuated

upon Iran in accordance with 28 U.S.C. § 1608(a)(4) (ECF No. 64 in 15-cv-9903, ECF No. 21 in

No. 19-cv-00041, ECF No. 18 in No. 19-cv-00044); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment by default is entered on behalf of the Plaintiffs identified in the attached Exhibits A and B against Iran; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded pain and suffering and economic damages as set forth therein;[2] and it is

**ORDERED** that Plaintiffs receiving solatium damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs receiving pain and suffering damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs receiving economic damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit B until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the Plaintiffs not appearing on Exhibits A or B may submit in later stages applications for damages awards to the extent they have not done so already.

---

[2] Rebecca Hofer's claim is denied without prejudice because Plaintiffs did not indicate that John Aaron Hofer the Decendent was a U.S. National on the day of the 9/11 Attacks.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B.  The Clerk of Court is further directed to close the motions at:

- ECF Nos. 10583, 10619, 10744, 10814, 10854, 10879, 10901 in 03-md-1570

- ECF Nos. 892, 902, 931, 956, 971, 978, 985 in 15-cv-9903;

- ECF No. 198 in 19-cv-00041;

- ECF No. 183 in 19-cv-00044;


Dated:  May 29, 2025
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

# Exhibit A

EXHIBIT A
SOLATIUM

| # | PR First | PR Middle | PR Last | PR Suffix | Claimant First | Claimant Middle | Claimant Last | Claimant Suffix | Nationality on 9/11 | Decedent First | Decedent Middle | Decedent Last | Decedent Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Kara; Melissa; Michael | | Kasper | | Laureen | | Kasper | | U.S. | Charles | Lewis | Kasper | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3441 | 10252, at 190, 10256 | Spouse | | | $ 12,500,000.00 | |
| 2 | | | | | Susan | | Beck | | U.S. | Lawrence | Ira | Beck | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 1 | Parent | | | $ 8,500,000.00 | |
| 3 | | | | | Christopher | | Higgins | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 826, at 4 | Child | | | $ 8,500,000.00 | |
| 4 | | | | | Christopher | Marc | Maddison | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 3 | Child | | | $ 8,500,000.00 | |
| 5 | | | | | Caileigh | Ward | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 5 | Child | | | $ 8,500,000.00 | |
| 6 | | | | | Kyle | Ridge | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 6 | Child | | | $ 8,500,000.00 | |
| 7 | | | | | Sydney | Marguerite | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 7 | Child | | | $ 8,500,000.00 | |
| 8 | | | | | Mary | Julia | Wieman | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 2 | Child | | | $ 8,500,000.00 | |
| 9 | | | | | Alison | | Wieman Brondeau | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 2 | Child | | | $ 8,500,000.00 | |
| 10 | | | | | Lisa | Caroline | Miller-Kelly | | U.S. | Robert | Cromwell | Miller, Jr. | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1747 | 1:15-cv-09903, 826, at 8 | Child | | | $ 8,500,000.00 | |
| 11 | | | | | Susan | Ann | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3580 | | Spouse | | | $ 12,500,000.00 | |
| 12 | | | | | Caroline | Susan | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 3 | Child | | | $ 8,500,000.00 | |
| 13 | | | | | Mallory | Ann | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 4 | Child | | | $ 8,500,000.00 | |
| 14 | Arvette | D. | Harris | | Robert | E. | Harris | Jr. | U.S. | Aisha | Ann | Harris | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3346 | 10443-1, at 7, 10454 | Parent | | | $ 8,500,000.00 | |
| 15 | | | | | Joseph | Theodore | Afflitto | Sr. | U.S. | Daniel | Thomas | Afflitto | Sr. | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 676, at 2 | Parent | | | $ 8,500,000.00 | |
| 16 | | | | | Scott | David | Beck | | U.S. | Lawrence | Ira | Beck | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 1 | Sibling | | | $ 4,250,000.00 | |
| 17 | | | | | Grant | James | Bilcher | | U.S. | Brian | | Bilcher | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 2 | Child | | | $ 8,500,000.00 | |
| 18 | | | | | Tina | Marie | Bilcher | | U.S. | Brian | | Bilcher | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at S83 | | Spouse | | | $ 12,500,000.00 | |
| 19 | | | | | Laura | Mary | Bilcher-Steffesen | | U.S. | Brian | | Bilcher | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 3 | Sibling | | | $ 4,250,000.00 | |
| 20 | | | | | Laverne | | Booker | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 4 | Sibling | | | $ 4,250,000.00 | |
| 21 | | | | | Sonya | | Booker | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 5 | Sibling | | | $ 4,250,000.00 | |
| 22 | | | | | Stacey | Marie | Booker | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 6 | Sibling | | | $ 4,250,000.00 | |
| 23 | | | | | Keith | | King | | U.S. | Sean | | Booker | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 7 | Sibling | | | $ 4,250,000.00 | |
| 24 | Mauricio | | Chevalier | | Zeneida | Mercedes | Chevalier | | Dominican Republic | Nestor | Julio | Chevalier | Jr. | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2766 | 1:03-md-01570, 10252, at 70, 10256 | Parent | | | $ 8,500,000.00 | |
| 25 | | | | | Russell | Blaise | Connors | | U.S. | Kevin | P. | Connors | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 1 | Sibling | | | $ 4,250,000.00 | |
| 26 | | | | | Lauren | Coombs | Murphy | | U.S. | Jeffrey | W. | Coombs | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 8 | Sibling | | | $ 4,250,000.00 | |
| 27 | | | | | Jenna | Marie | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 9 | Child | | | $ 8,500,000.00 | |
| 28 | | | | | Joan | Marie | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 10 | Sibling | | | $ 4,250,000.00 | |
| 29 | | | | | Lisa | Ann | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 11 | Child | | | $ 8,500,000.00 | |
| 30 | | | | | Paul | | DeAngelis | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 461 | | Sibling | | | $ 4,250,000.00 | |
| 31 | | | | | Mary | Elizabeth | Platek | | U.S. | Robert | Joseph | DeAngelis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 12 | Sibling | | | $ 4,250,000.00 | |
| 32 | | | | | Michael | David | Fiedel | | U.S. | Kristen | Nicole | Fiedel | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 13 | Sibling | | | $ 4,250,000.00 | |
| 33 | | | | | Ainsley | Laurents | Gilligan | | U.S. | Ronald | | Gilligan | | U.K. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 950, at 1 | Child | | | $ 8,500,000.00 | |
| 34 | | | | | Allyson | Mae | Easterling | | U.S. | Robert | Allan | Hepburn | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 14 | Child | | | $ 8,500,000.00 | |
| 35 | | | | | Jennifer | | Hall | | U.S. | Robert | Allan | Hepburn | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 15 | Child | | | $ 8,500,000.00 | |
| 36 | | | | | Theresa | Lynn | Hepburn | | U.S. | Robert | Allan | Hepburn | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2158 | | Spouse | | | $ 12,500,000.00 | |
| 37 | | | | | Cody | Nicole | Clare | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 16 | Child | | | $ 8,500,000.00 | |
| 38 | | | | | Catie | Ryan | Rollins | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 17 | Child | | | $ 8,500,000.00 | |
| 39 | | | | | Diane | Lorraine | Hunt | | U.S. | William | Christopher | Hunt | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 18 | Parent | | | $ 8,500,000.00 | |
| 40 | | | | | John | Edward | Manley | Jr. | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 19 | Sibling | | | $ 4,250,000.00 | |
| 41 | | | | | May-Lis | Anne | Manley | | U.S. | Sara | Elizabeth | Manley | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 20 | Sibling | | | $ 4,250,000.00 | |
| 42 | | | | | Anna | Marie | Bocchino | | U.S. | Edward | Frank | Pullis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 2 | Sibling | | | $ 4,250,000.00 | |
| 43 | | | | | Josephine | Anne | Pullis | | U.S. | Edward | Frank | Pullis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 21 | Sibling | | | $ 4,250,000.00 | |
| 44 | | | | | Tina | Gaetana | Pullis | | U.S. | Edward | Frank | Pullis | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 22 | Parent | | | $ 8,500,000.00 | |
| 45 | Dominic | J. | Puopolo | Sr. | Dominic | J. | Puopolo | Jr. | U.S. | Sonia | Morales | Puopolo | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3472 | 1:03-md-01570, 10785, at 3, 10791 | Child | | | $ 8,500,000.00 | |
| 46 | | | | | Janine | Ashley | Birt | | U.S. | Angela | Susan | Scheinberg | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 23 | Sibling | | | $ 8,500,000.00 | |
| 47 | | | | | Bradley | Blakeslee | Bullis | | U.S. | Dianne | Bullis | Snyder | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 24 | Sibling | | | $ 4,250,000.00 | |
| 48 | | | | | John | Andrew | Bullis | | U.S. | Dianne | Bullis | Snyder | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 25 | Sibling | | | $ 4,250,000.00 | |
| 49 | | | | | Elizabeth | Frances | Bullis-Wiese | | U.S. | Dianne | Bullis | Snyder | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 948, at 1 | Sibling | | | $ 4,250,000.00 | |
| 50 | Jacqueline | | Pickering | | Maureen | | Pickering | | U.S. | Joann | | Tabeek | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 565 | 1:03-md-01570, 10730, at 20, 10759 | Sibling | | | $ 4,250,000.00 | |
| 51 | Susan | | Tighe | | Timothy | | Tighe | | U.S. | Stephen | Edward | Tighe | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1341 | 1:03-md-01570, 10730, at 21, 10759 | Sibling | | | $ 4,250,000.00 | |
| 52 | | | | | Paige | Jenna | Tipaldi | | U.S. | Robert | Frank | Tipaldi | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 949, at 2 | Sibling | | | $ 4,250,000.00 | |
| 53 | | | | | Daniel | Walter | Hunt | | U.S. | William | Christopher | Hunt | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 976, at 1 | Sibling | | | $ 4,250,000.00 | |

# Exhibit B

EXHIBIT B

Pain and Suffering Damages

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | |
| 1 Alexander | J. | Rosenblum | | Howard | | Selwyn | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3488 | 10457-1, at 66, 10462 | | $ 2,000,000.00 | | | | | |
| 2 Nicholas | J. | Chiarchiaro | | Dorothy | J. | Chiarchiaro | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 640 | 10443-1, at 11, 10454 | | $ 2,000,000.00 | | 11/1/24 | | $ 3,652,120.00 | |
| 3 Virginia | Ann | Hindy | | Mark | D. | Hindy | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1319 | 10443-1, at 6, 10454 | | $ 2,000,000.00 | | | | | |
| 4 Eliza | Marie | McGowan | | Rosa | Marie | Chapa | | U.S. | 9/11/01 | VA | 9903 | 1:19-cv-00041, 1, Appx. Pg. 17 | 4778 at 4 | 5918 at 3 | | | 9/18/2024 | | $ 3,964,670.00 | |
| 5 Richard | | Chung | | Wai | C. | Chung | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1767 | | 6035 at 6 | | | 9/18/2024 | | $ 11,525,770.00 | |
| 6 Alice | | Adler | | Lee | Alan | Adler | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2813 | | 5975 at 7 | | | 10/9/2024 | | $ 8,723,360.00 | |
| 7 Eugene | R. | Springer | | Lucy | A. | Fishman | | U.S. | 9/11/01 | NY | 44 | 1:19-cv-00044, 1, 11 | | 6040 | | | 11/15/2024 | | $ 11,777,501.00 | |
| 8 Virginia | Ann | Hindy | | Mark | D. | Hindy | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1319 | 10443-1, at 6, 10454 | | | 1/2/2025 | | $ 23,514,283.00 | |
| 9 Paul | | DeAngelis | | Robert | Joseph | DeAngelis | Jr. | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 461 | | | $ 2,000,000.00 | | | | | |
| 10 Peter | John | Lynch | | James | Francis | Lynch | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2229 | 1:03-md-01570, 10431-1, 10440 | | $ 2,000,000.00 | | | | | |
| 11 Clifford | I. | Olsen | | Eric | Taube | Olsen | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1489 | 1:03-md-01570, 10457-1, at 53, 10462 | | $ 2,000,000.00 | | | | | |
| 12 David | B. | Brandhorst | | Daniel | | Brandhorst | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3067 | | | | | 3/12/2025 | | $ 17,207,164.00 | |
| 13 John | F. | Clarke | | Michael | John | Clarke | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1546 | | | | | 4/7/2025 | | $ 14,497,517.00 | |
| 14 Stephanie | L. | Esposito | | William | J. | Esposito | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2914 | | | | | 3/14/2025 | | $ 11,350,789.00 | |
| 15 Cecilia | | Goldstein | | Monica | | Goldstein | | U.S. | 9/11/2001 | NY | | | 1:03-md-01570, 5511-1, at 1, 5598 | | $ 2,000,000.00 | | 4/9/2025 | | $ 11,665,296.00 | |
| 16 Nicholas | P. | Chiofalo | Jr. | Nicholas | Paul | Chiofalo | | U.S. | 9/11/2001 | NY | | | 10443-1, at 4, 10454 | | $ 2,000,000.00 | | | | | |
| 17 William | H. | Fields | Sr. | Amelia | V. | Fields | | U.S. | 9/11/2001 | NY | | 1:15-cv-09903, 53, at 3349 | | 5975 | | | 4/15/2025 | | $ 7,154,058.00 | |
| 18 Daniel | Aaron | Gerlich | | Robert | J. | Gerlich | | U.S. | 9/11/2001 | NY | | | 10457-1, at 34, 10462 | 7188 | | | 4/21/2025 | | $ 4,754,696.00 | |