## DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

  Motion: ECF No. __10993__

  Memorandum of law: ECF No. __10994__

  Declaration & supporting exhibits: ECF No. __10995__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| A | Estates of U.S.-national 9/11 Decedent | 28 U.S.C. Sec. 1605A(c) |
| B | Expert Reports of Stan V. Smith | 28 U.S.C. Sec. 1605A(c) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

  Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Central Bank of the Islamic Republic of Iran

**COMPLIANCE**

  As stated in ECF No. __10995__ at ¶ __15__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

  As stated in ECF No. __10995__ at ¶ __15__, these plaintiffs have not previously received judgments against these defendants.

  Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __05__ / __30__ / __2025__.

**SUBJECT MATTER JURISDICTION**

  ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __85__

  ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

  ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. __85__

  ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

  ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

  ☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 1:15-cv-9903, 53 | | | 11/10/2016, 1:15-cv-9903, 64 | 12/5/2016, 1:15-cv-9903, 67 | 1/31/2017, 1:15-cv-9903, 85 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |