EXHIBIT A
ESTATES

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Rebecca | | Hofer | | John | Aaron | Hofer | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2945 | | | $ 2,000,000.00 | | 1/3/25 | | $ 6,003,819.00 |