UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court held a conference with the Plaintiffs' Executive Committees ("PECs") and the Republic of the Sudan ("Sudan"). The Court also heard from the United States Government. Having considered their respective submissions, the Court ORDERS that, by June 27, 2025, Sudan shall provide the PECs with an updated list of potential witnesses, including any non-parties, as well as an update on the availability of relevant electronically stored information. It is further ORDERED that, by July 11, 2025, Sudan, the PECs, and the U.S. Government shall file a letter detailing the status of their meet-and-confer process regarding the parties' subpoenas; a proposal for a deposition protocol; and the PECs' discovery production to Sudan.

    The Court will hold a status conference at 3:00 p.m. on July 21, 2025, in the Thurgood Marshall Courthouse (courtroom to be determined later) to address any outstanding matters and set further deadlines. The parties may, however, request to adjourn this conference in their July 11 status letter if they believe it is unnecessary.

    The Clerk of Court is requested to close the motions at ECF Nos. 10969 and 10992.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 30, 2025
              New York, New York