UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:  *Morris v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN);*
  *Schlissel v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN);*
  *Ades v. Islamic Republic of Iran, No. 1:1 8-cv-07306 (GBD)(SN);*
  *Abel v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD)(SN);*
  *Jimenez v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD)(SN);*
  *Rivelli v. Islamic Republic a/Iran, No. 1:18-cv-11878 (GBD)(SN);*
  *Hemenway v. Islamic Republic of Iran, No. 1: 18-cv-12277 (GBD)(SN);*
  *Rowenhorst v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN);*
  *BNY Mellon v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN);*
  *Bernaerts v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD)(SN);*
  *Hargrave v. Islamic Republic of Iran, No.  1:20-cv-09387 (GBD)(SN);*
  *Asaro v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD)(SN);*
  *Amato v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD)(SN);*
  *King v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN);*
  *Strauss v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN);*
  *Kone v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN);*
  *Lopez v. Islamic Republic of Iran, No. 1:23-cv-08305 (GBD)(SN);*
  *Burnett v. Islamic Republic Iran, No. 1:15-cv-09903 (GBD)(SN);*
  *Moody-Theinert v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD)(SN);*
  *Aamoth v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN);*
  *Bodner v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD)(SN);*
  *Fennelly v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN);*
  *Bianco v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD)(SN);*
  *Kelly v. Islamic Republic of Iran, No. 1:23-cv-07283 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 5th day of June 2025, I served defendant:

Islamic Republic of Iran
Abbas Araghchi
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran

by dispatching via Federal Express, Tracking No. **8138 7042 2348**, to The Secretary of State,

CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special

Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28

U.S.C. § 1608(a)(4), two (2) copies of the Notice of Judgment for Order Granting Partial Final Judgment by Default, ECF No. 10997 dated May 29, 2025, and Order of Partial Final Judgments for Damages, ECF 11000 dated June 2, 2025, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for Liability dated January 31, 2017, June 21, 2019, September 3, 2019, January 4, 2022, April 3, 2023, November 6, 2023, and September 5, 2024 for the above-referenced matters; Order Granting Partial Final Judgment by Default, ECF No. 10997 dated May 29, 2025 and Order of Partial Final Judgments for Damages, ECF 11000 dated June 2, 2025, Instructions for Appealing Judgment; A copy of 28 U.S.C. § 1330 , 28 U.S.C. § 1391, 28 U.S.C. § 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.), and Affidavit of Translator.


Dated: June 5, 2025
        New York, New York


                        TAMMI M. HELLWIG
                        CLERK OF COURT

                        /s/Rachel Slusher
                        Deputy Clerk