UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:  02 CV 6977, Ashton v. Al Qaeda, et al.
     02 CV 7230, Burlingame v. Bin Laden, et al.

I hereby certify under the penalties of perjury that on the 6th day of June 2025, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **8817 9098 0325**, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of The Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. 93.2 ("Notice"); A true and certified copy of the August 31, 2015 default judgment on liability and the certified Farsi translation thereof. *See Attachment A to the Notice*; A true and certified copy of the May 28, 2025 Partial Final Default Judgment and the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motion papers. *See Attachment B to the Notice*; and A copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. *See Attachment C to the Notice*.

Dated: June 6, 2025
       New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk