| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Megan Fajardo, as Personal Representative of the Estate of Neil Matthew Dollard, Deceased | Helen Ann Dollard as the Personal Representative of the Estate of Neil Matthew Dollard, Deceased | 1:02-cv-01616, 305, at P4232, 8393-1, at 61, 8487 | Neil Matthew Dollard |
| 2 | Kitty Eileen Bunin, as Personal Representative of the Estate of Corinne Loretta Bunin, Deceased Parent of Stephen Bunin, Deceased | Corinne Bunin (P5473) | 1:03-md-01570, 602, at P5473 | Stephen Bunin |
| 3 | Joseph Anthony Fava, as Personal Representative of the Estate of Frank Joseph Fava, Deceased Spouse of Shannon Marie Fava, Deceased | Frank Fava, in his own right as the Husband of Shannon Fava, Deceased | 1:02-cv-01616, 1, at 210 | Shannon Marie Fava |
| 4 | Gregory Fumando, as Personal Representative of the Estate of Clement Fumando, Deceased | Katherine Fumando, in her own right and as the Representative of the Estate of Clement Fumando, Deceased | 1:02-cv-01616, 3, at 1132 | Clement Fumando |
| 5 | Thomas Michael Byrne, as Personal Representative of the Estate of Robert Guy Byrne, Sr., Deceased Parent of Patrick D. Byrne, Deceased | Anne Patricia Byrne, as Personal Representative of the Estate of Robert Guy Byrne, Sr., Deceased | 1:02-cv-01616, 26, 29, at 2759, 8397-1, at 45, 8433 | Patrick D. Byrne |
| 6 | Joseph A. Charbonneau, as Personal Representative of the Estate of Letitia Driscoll, Deceased Parent of Stephen Patrick Driscoll, Deceased | Gail Marie Silke, as Personal Representative of the Estate of Letitia Driscoll, Deceased | 1:02-cv-01616, 77, at AP203, 5284-1, at 4, 5296, 8397-1, at 103, 8433 | Stephen Patrick Driscoll |
| 7 | Joseph A. Charbonneau, as Personal Representative of the Estate of Patrick Joseph Driscoll, Deceased Parent of Stephen Patrick Driscoll, Deceased | Gail Marie Silke, as Personal Representative of the Estate of Patrick Joseph Driscoll, Deceased | 1:02-cv-01616, 77, at AP202, 8397-1, at 102, 8433 | Stephen Patrick Driscoll |
| 8 | Charles Reggie Evans, Jr., as Co-Personal Representative of the Estate of Corinne J. Evans, Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Corinne J. Evans, Deceased | 1:02-cv-01616, 3, at 1090, 8397-1, at 107, 8433 | Eric Brian Evans |
| 9 | Gary Michael Evans, as Co-Personal Representative of the Estate of Corinne J. Evans, Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Corinne J. Evans, Deceased | 1:02-cv-01616, 3, at 1090, 8397-1, at 107, 8433 | Eric Brian Evans |
| 10 | Charles Reggie Evans, Jr., as Co-Personal Representative of the Estate of Charles R. Evans, Sr., Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Charles R. Evans, Sr., Deceased | 1:02-cv-01616, 3, at 1089, 8397-1, at 108, 8433 | Eric Brian Evans |
| 11 | Gary Michael Evans, as Co-Personal Representative of the Estate of Charles R. Evans, Sr., Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Charles R. Evans, Sr., Deceased | 1:02-cv-01616, 3, at 1089, 8397-1, at 108, 8433 | Eric Brian Evans |
| 12 | John Edward Geyer, as Co-Personal Representative of the Estate of Philip G. Geyer, Deceased Parent of James G. Geyer, Deceased | Geralyn Marasco, as Personal Representative of the Estate of Philip G. Geyer, Deceased | 1:02-cv-01616, 77, at P2600, 8397-1, at 133, 8433 | James G. Geyer |
| 13 | Geralyn Marasco, as Co-Personal Representative of the Estate of Philip G. Geyer, Deceased Parent of James G. Geyer, Deceased | Geralyn Marasco, as Personal Representative of the Estate of Philip G. Geyer, Deceased | 1:02-cv-01616, 77, at P2600, 8397-1, at 133, 8433 | James G. Geyer |
| 14 | Barbara Margaret Wentworth, as Personal Representative of the Estate of Joan Greene, Deceased Parent of Lorraine Lee, Deceased | Thomas Michael Greene, as Personal Representative of the Estate of Joan Greene, Deceased | 1:02-cv-01616, 3, at 1347, 8397-1, at 144, 8433 | Lorraine Lee |
| 15 | Virginia Margaret Kwiatkoski, as Co-Personal Representative of the Estate of Teresa L. Grimner, Deceased Parent of David Joseph Grimner, Deceased | Virginia Margaret Kwiatkoski, as Personal Representative of the Estate of Teresa L. Grimner, Deceased | 1:02-cv-01616, 3, at 1184, 8397-1, at 146, 8433 | David Joseph Grimner |
| 16 | Mary Ann Elizabeth Peters, as Co-Personal Representative of the Estate of Teresa L. Grimner, Deceased Parent of David Joseph Grimner, Deceased | Virginia Margaret Kwiatkoski, as Personal Representative of the Estate of Teresa L. Grimner, Deceased | 1:02-cv-01616, 3, at 1184, 8397-1, at 146, 8433 | David Joseph Grimner |
| 17 | Joseph Hart, as Personal Representative of the Estate of James Arthur Hart, Jr., Deceased Sibling of John P. Hart, Deceased | Kenneth G. Calewarts, as Personal Representative of the Estate of James Arthur Hart, Jr., Deceased | 1:02-cv-01616, 305, at P4312, 8397-1, at 159, 8433 | John P. Hart |
| 18 | John William Hoffman, as Co-Personal Representative of the Estate of Jean L. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Helen Suzanne Hoffman, as Personal Representative of the Estate of Jean L. Hoffman, Deceased | 1:02-cv-01616, 26, 29, at 2498, 5284-1, at 6, 5296, 8397-1, at 164, 8433 | Stephen G. Hoffman |
| 19 | Helen Suzanne Hoffman, as Co-Personal Representative of the Estate of Jean L. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Helen Suzanne Hoffman, as Personal Representative of the Estate of Jean L. Hoffman, Deceased | 1:02-cv-01616, 26, 29, at 2498, 5284-1, at 6, 5296, 8397-1, at 164, 8433 | Stephen G. Hoffman |
| 20 | Miriam Rose Jacobson, as Co-Personal Representative of the Estate of Deborah B. Jacobson, Deceased Spouse of Steven A. Jacobson, Deceased | Miriam Rose Jacobson, as Personal Representative of the Estate of Deborah B. Jacobson, Deceased | 1:03-md-01570, 432, at P5375, 8397-1, at 172, 8433 | Steven A. Jacobson |
| 21 | Rachel Bess Jacobson, as Co-Personal Representative of the Estate of Deborah B. Jacobson, Deceased Spouse of Steven A. Jacobson, Deceased | Miriam Rose Jacobson, as Personal Representative of the Estate of Deborah B. Jacobson, Deceased | 1:03-md-01570, 432, at P5375, 8397-1, at 172, 8433 | Steven A. Jacobson |
| 22 | Deborah Lasko, as Co-Personal Representative of the Estate of Edward R. Lasko, Deceased Parent of Gary E. Lasko, Deceased | Deborah Lasko, as Personal Representative of the Estate of Edward R. Lasko, Deceased | 1:02-cv-01616, 313, at P4675, 8397-1, at 190, 8433 | Gary E. Lasko |
| 23 | Doreen Jurczyk, as Co-Personal Representative of the Estate of Edward R. Lasko, Deceased Parent of Gary E. Lasko, Deceased | Deborah Lasko, as Personal Representative of the Estate of Edward R. Lasko, Deceased | 1:02-cv-01616, 313, at P4675, 8397-1, at 190, 8433 | Gary E. Lasko |
| 24 | Daniel William Murphy, as Co-Personal Representative of the Estate of Evelyn M. Murphy, Deceased Parent of Edward Charles Murphy, Deceased | Daniel William Murphy, as Personal Representative of the Estate of Evelyn M. Murphy, Deceased | 1:02-cv-01616, 232, at P3861, 8397-1, at 256, 8433 | Edward Charles Murphy |
| 25 | Richard Edward Murphy, as Co-Personal Representative of the Estate of Evelyn M. Murphy, Deceased Parent of Edward Charles Murphy, Deceased | Daniel William Murphy, as Personal Representative of the Estate of Evelyn M. Murphy, Deceased | 1:02-cv-01616, 232, at P3861, 8397-1, at 256, 8433 | Edward Charles Murphy |
| 26 | Philip J. Murray, as Co-Personal Representative of the Estate of Philip C. Murray, Deceased Parent of John J. Murray, Deceased | Philip J. Murray, as Personal Representative of the Estate of Philip C. Murray, Deceased | 1:02-cv-01616, 155, at P3042, 8397-1, at 260, 8433 | John J. Murray |
| 27 | Michael Christopher Murray, as Co-Personal Representative of the Estate of Philip C. Murray, Deceased Parent of John J. Murray, Deceased | Philip J. Murray, as Personal Representative of the Estate of Philip C. Murray, Deceased | 1:02-cv-01616, 155, at P3042, 8397-1, at 260, 8433 | John J. Murray |
| 28 | Alexandra Brzezinski, as Co-Personal Representative of the Estate of Stella Olender, Deceased Parent of Christine Olender, Deceased | Alexandra Brzezinski, as Personal Representative of the Estate of Stella Olender, Deceased | 1:02-cv-01616, 305, at P4457, 8397-1, at 275, 8433 | Christine Olender |
| 29 | Wieslaw Olender, as Co-Personal Representative of the Estate of Stella Olender, Deceased Parent of Christine Olender, Deceased | Alexandra Brzezinski, as Personal Representative of the Estate of Stella Olender, Deceased | 1:02-cv-01616, 305, at P4457, 8397-1, at 275, 8433 | Christine Olender |
| 30 | Angela Pesce, as Co-Personal Representative of the Estate of Paolo Pesce, Deceased Parent of Danny Pesce, Deceased | Angela Pesce, as Personal Representative of the Estate of Paolo Pesce, Deceased | 1:02-cv-01616, 1, at 448, 8397-1, at 291, 8433 | Danny Pesce |
| 31 | Frank Pesce, as Co-Personal Representative of the Estate of Paolo Pesce, Deceased Parent of Danny Pesce, Deceased | Angela Pesce, as Personal Representative of the Estate of Paolo Pesce, Deceased | 1:02-cv-01616, 1, at 448, 8397-1, at 291, 8433 | Danny Pesce |
| 32 | Thomas Daniel Petti, as Co-Personal Representative of the Estate of Catherine Petti, Deceased Parent of Philip Scott Petti, Deceased | Thomas Daniel Petti, as Personal Representative of the Estate of Catherine Petti, Deceased | 1:02-cv-01616, 305, at P4486, 8397-1, at 294, 8433 | Philip Scott Petti |
| 33 | Adrian Lee Foran, as Co-Personal Representative of the Estate of Catherine Petti, Deceased Parent of Philip Scott Petti, Deceased | Thomas Daniel Petti, as Personal Representative of the Estate of Catherine Petti, Deceased | 1:02-cv-01616, 305, at P4486, 8397-1, at 294, 8433 | Philip Scott Petti |
| 34 | Irene Ann Lesiw, as Co-Personal Representative of the Estate of Jaroslawa Skala, Deceased Parent of John Peter Skala, Deceased | Irene Ann Lesiw, as Personal Representative of the Estate of Jaroslawa Skala, Deceased | 1:02-cv-01616, 313, at P4734, 8397-1, at 325, 8433 | John Peter Skala |
| 35 | Michael John Skala, as Co-Personal Representative of the Estate of Jaroslawa Skala, Deceased Parent of John Peter Skala, Deceased | Irene Ann Lesiw, as Personal Representative of the Estate of Jaroslawa Skala, Deceased | 1:02-cv-01616, 313, at P4734, 8397-1, at 325, 8433 | John Peter Skala |
| 36 | Matthew G. Smith, as Co-Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased Parent of Karl T. Smith, Deceased | Georgia R. Smith, as Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased | 1:02-cv-01616, 26, 29, at 4430, 8397-1, at 329, 8433 | Karl T. Smith |
| 37 | Philip Trumbull Smith, III, as Co-Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased Parent of Karl T. Smith, Deceased | Georgia R. Smith, as Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased | 1:02-cv-01616, 26, 29, at 4430, 8397-1, at 329, 8433 | Karl T. Smith |
| 38 | Tammy Sopper Segovia, as Co-Personal Representative of the Estate of Raymond William Sopper, Deceased Parent of Mari-Rae Sopper, Deceased | Suzanne T. Sopper, as Personal Representative of the Estate of Raymond William Sopper, Deceased | 1:02-cv-01616, 305, at P4532, 8397-1, at 330, 8433 | Mari-Rae Sopper |
| 39 | Suzanne T. Sopper, as Co-Personal Representative of the Estate of Raymond William Sopper, Deceased Parent of Mari-Rae Sopper, Deceased | Suzanne T. Sopper, as Personal Representative of the Estate of Raymond William Sopper, Deceased | 1:02-cv-01616, 305, at P4532, 8397-1, at 330, 8433 | Mari-Rae Sopper |
| 40 | Michael Straine, as Co-Personal Representative of the Estate of Mary Emma Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of Mary Emma Straine, Deceased | 1:02-cv-01616, 3, at 1676, 8397-1, at 334, 8433 | James J. Straine, Jr. |

| # | | | | |
|---|---|---|---|---|
| 41 | Kevin Joseph Straine, as Co-Personal Representative of the Estate of Mary Emma Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of Mary Emma Straine, Deceased | 1:02-cv-01616, 3, at 1676, 8397-1, at 334, 8433 | James J. Straine, Jr. |
| 42 | Kevin Joseph Straine, as Co-Personal Representative of the Estate of James Joseph Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of James Joseph Straine, Deceased | 1:02-cv-01616, 3, at 1675, 8397-1, at 335, 8433 | James J. Straine, Jr. |
| 43 | Michael Straine, as Co-Personal Representative of the Estate of James Joseph Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of James Joseph Straine, Deceased | 1:02-cv-01616, 3, at 1675, 8397-1, at 335, 8433 | James J. Straine, Jr. |
| 44 | Christopher Scott Vadas, as Co-Personal Representative of the Estate of Donald Joseph Vadas, Deceased Parent of Bradley Hodges Vadas, Deceased | Christopher Scott Vadas, as Personal Representative of the Estate of Donald Joseph Vadas, Deceased | 1:02-cv-01616, 232, at P3989, 8397-1, at 350, 8433 | Bradley Hodges Vadas |
| 45 | Melissa Mary Prevey, as Co-Personal Representative of the Estate of Donald Joseph Vadas, Deceased Parent of Bradley Hodges Vadas, Deceased | Christopher Scott Vadas, as Personal Representative of the Estate of Donald Joseph Vadas, Deceased | 1:02-cv-01616, 232, at P3989, 8397-1, at 350, 8433 | Bradley Hodges Vadas |
| 46 | Kiesha Laneen Washington-Dean, as Co-Personal Representative of the Estate of Christopher Shawn Washington, Deceased Child of Derrick Christopher Washington, Deceased | Kiesha Laneen Washington-Dean, as Personal Representative of the Estate of Christopher Shawn Washington, Deceased | 1:02-cv-01616, 26, 29, at 2423, 8393-1, at 297, 8487, 8397-1, at 365, 8433 | Derrick Christopher Washington |
| 47 | Malik Ziaire Washington, as Co-Personal Representative of the Estate of Christopher Shawn Washington, Deceased Child of Derrick Christopher Washington, Deceased | Kiesha Laneen Washington-Dean, as Personal Representative of the Estate of Christopher Shawn Washington, Deceased | 1:02-cv-01616, 26, 29, at 2423, 8393-1, at 297, 8487, 8397-1, at 365, 8433 | Derrick Christopher Washington |
| 48 | John Francis Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Washington, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1:02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Washington |
| 49 | Morton Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Washington, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1:02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Washington |
| 50 | Jay Steven Winuk, as Co-Personal Representative of the Estate of Elaine Shirley Winuk, Deceased Parent of Glenn J. Winuk, Deceased | Jay Steven Winuk, as Personal Representative of the Estate of Elaine Shirley Winuk, Deceased | 1:02-cv-01616, 155, at P3159, 8397-1, at 378, 8433 | Glenn J. Winuk |
| 51 | Jeff M. Winuk, as Co-Personal Representative of the Estate of Elaine Shirley Winuk, Deceased Parent of Glenn J. Winuk, Deceased | Jay Steven Winuk, as Personal Representative of the Estate of Elaine Shirley Winuk, Deceased | 1:02-cv-01616, 155, at P3159, 8397-1, at 378, 8433 | Glenn J. Winuk |
| 52 | Teresa DiFato, as Personal Representative of the Estate of Antonio DiFato, Deceased Parent of John DiFato, Deceased | Antonio DiFato, in his own right as the Father of John DiFato, Deceased | 1:02-cv-01616, 1, at 181 | John DiFato |
| 53 | Richard Giordano, as Personal Representative of the Estate of Mario Joseph Giordano, Jr., Deceased Parent of Jeffrey Giordano, Deceased | Mario Joseph Giordano, Jr., individually as the Parent of Jeffrey Giordano, Deceased | 1:02-cv-01616, 26, 29, at 2514, 5284-1, at 5, 5296 | Jeffrey Giordano |
| 54 | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie | 1:02-cv-01616, 313, at P4660; 10682-1, 4,10696 | Susan Huie |
| 55 | Patricia Huie, as Co-Personal Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie | 1:02-cv-01616, 313, at P4660; 10682-1, 4,10696 | Susan Huie |
| 56 | Tracy Johnson, as Personal Representative of the Estate of Eric Thomas Laborie, Deceased Spouse of Kathryn L. Laborie, Deceased | Eric Laborie (P4369) | 1:02-cv-01616, 305, at P4369 | Kathryn L. Laborie |
| 57 | Karen B. Richards, as Personal Representative of the Estate of Jim Dale Richards, Deceased Sibling of Claude Daniel Richards, Deceased | Jim D. Richards, individually as the Sibling and as the Personal Representative of the Estate of Claude Daniel Richards, Deceased and on behalf of all survivors of Claude Daniel Richards | 1:02-cv-01616, 155, at AP213, 5284-1, at 10, 5296 | Claude Daniel Richards |
| 58 | Maureen Sherry, as Personal Representative of the Estate of John Michael Sherry, Deceased Child of John Anthony Sherry, Deceased | John Michael Sherry, Individually as the Child of John Anthony Sherry, Deceased, and previously included as minor child of Maureen Sherry | 1:02-cv-01616, 26, 29, at 2476, 8393-1, at 579, 8487 | John Anthony Sherry |
| 59 | Monte S. Payne, as Personal Representative of the Estate of Charlette M. Thompson, Deceased Spouse of Perry Thompson, Deceased | Charlette Thompson (P4550) | 1:02-cv-01616, 305, at P4550 | Perry Thompson |
| 60 | Karen L. Ciaccio, as Personal Representative of the Estate of Jennie Vicenza Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Jennie Walz, in her own right as the Mother of Jeffrey P. Walz, Deceased | 1:02-cv-01616, 3, at 1725 | Jeffrey P. Walz |
| 61 | John P. Baeszler, as Personal Representative of the Estate of Rita Baeszler, Deceased Parent of Jane Ellen Baeszler, Deceased | Rita Baeszler, Parent | 1:03-md-1570, 8679-1, at 14, 8696 | Jane Ellen Baeszler |
| 62 | William Lawrence Horrocks, Jr., as Personal Representative of the Estate of Debra Lynn Brown, Deceased Sibling of Michael Robert Horrocks, Deceased | Debra Lynn Brown, Sibling | 1:03-md-01570, 8679-1, at 206, 8696 | Michael Robert Horrocks |
| 63 | Martin James Cummins, III, as Personal Representative of the Estate of Martin James Cummins, Jr., Deceased Parent of Brian Thomas Cummins, Deceased | Martin James Cummins, Jr., Parent | 1:03-cv-09849, 838, at 13; 1:03-md-01570, 8679-1, at 83, 8696 | Brian Thomas Cummins |
| 64 | Karen Anne Zaccaria, as Co-Personal Representative of the Estate of Joan Elizabeth Fischer, Deceased Parent of Debra Lynn Gibbon, Deceased | Joan Elizabeth Fischer, Parent | 1:03-md-01570, 8679-1, at 155, 8696 | Debra Lynn Gibbon |
| 65 | Adam Fischer, III, as Co-Personal Representative of the Estate of Joan Elizabeth Fischer, Deceased Parent of Debra Lynn Gibbon, Deceased | Joan Elizabeth Fischer, Parent | 1:03-md-01570, 8679-1, at 155, 8696 | Debra Lynn Gibbon |
| 66 | Karen Anne Zaccaria, as Co-Personal Representative of the Estate of Adam Fischer, Jr., Deceased Parent of Debra Lynn Gibbon, Deceased | Adam Fischer, Jr., Parent | 1:03-md-01570, 8679-1, at 158, 8696 | Debra Lynn Gibbon |
| 67 | Adam Fischer, III, as Co-Personal Representative of the Estate of Adam Fischer, Jr., Deceased Parent of Debra Lynn Gibbon, Deceased | Adam Fischer, Jr., Parent | 1:03-md-01570, 8679-1, at 158, 8696 | Debra Lynn Gibbon |
| 68 | Louis Gritsipis, as Personal Representative of the Estate of Michael Gritsipis, Deceased Parent of George Paris, Deceased | Michael Gritsipis, Parent | 1:03-md-01570, 8679-1, at 369, 8696 | George Paris |
| 69 | Christian John Horrocks, as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Linda Jane Horrocks, Parent | 1:03-md-01570, 8679-1, at 207, 8696 | Michael Robert Horrocks |
| 70 | William Lawrence Horrocks, Jr., as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Linda Jane Horrocks, Parent | 1:03-md-01570, 8679-1, at 207, 8696 | Michael Robert Horrocks |
| 71 | Karen P. Murphy, as Personal Representative of the Estate of Kenneth George Murphy, Deceased Sibling of Raymond E. Murphy, Sr., Deceased | Kenneth George Murphy, Sibling | 1:03-md-01570, 8679-1, at 337, 8696 | Raymond E. Murphy, Sr. |
| 72 | Brian Peter Vitale, as Personal Representative of the Estate of Michael B. Vitale, Deceased Parent of Joshua S. Vitale, Deceased | Michael B. Vitale, Parent | 1:03-md-01570, 8679-1, at 496, 8696 | Joshua S. Vitale |
| 73 | Susie L. Lopez, as Personal Representative of the Estate of John Martin Lopez, Deceased Sibling of Maclovio Lopez, Jr., Deceased | John Martin Lopez, Sibling | 1:03-md-01570, 8679-1, at 263, 8696 | Maclovio Lopez, Jr. |
| 74 | Kathleen Ann Lynch, as Personal Representative of the Estate of Michael Francis Lynch, Deceased | Kathleen Ann Lynch, in her own right as the Sister of Michael Francis Lynch, Deceased | 1:02-cv-01616, 3, at 1387 | Michael Francis Lynch |
| 75 | Kara Kasper, as Co-Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased | Lauren Kasper (P5108) | 1:03-cv-9849, HAND FILED, at P5108 | Charles Lewis Kasper |
| 76 | Melissa Kasper, as Co-Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased | Lauren Kasper (P5108) | 1:03-cv-9849, HAND FILED, at P5108 | Charles Lewis Kasper |
| 77 | Michael Roman Kasper, as Co-Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased | Lauren Kasper (P5108) | 1:03-cv-9849, HAND FILED, at P5108 | Charles Lewis Kasper |
| 78 | Gerald E. McCollin, as Personal Representative of the Estate of Norma L. Powell, Deceased Parent of Brandon J. Powell, Deceased | Norma L. Powell (P5232) | 1:03-cv-9849, HAND FILED, at P5232 | Brandon J. Powell |
| 79 | Daniel F. Tangel, as Personal Representative of the Estate of Marianne Halderman Tangel, Deceased Sibling of David Halderman, Deceased | Marianne Halderman Tangel | 1:03-md-1570, 9528, at 4, 9532 | David Halderman |
| 80 | Kelly Ann Green-Grady, as Personal Representative of the Estate of Christopher Michael Grady, Deceased | Spouse Doe #70 (AP142), in her own right, on behalf of the Minor Children, and as the Representative of the Estate of Decedent Doe #70, Deceased | 1:02-cv-01616, 26, 29, at 2475 | Christopher Michael Grady |
| 81 | Meena Jerath, as Personal Representative of the Estate of Prem N. Jerath, Deceased | Spouse Doe #17, in her own right and as the Representative of the Estate of Decedent Doe #17, Deceased | 1:02-cv-01616, 1, at 807 | Prem N. Jerath |

| # | Plaintiff | Spouse/Representative | Case Citation | Decedent |
|---|---|---|---|---|
| 82 | Elisabeth Lynch, as Personal Representative of the Estate of Robert H. Lynch, Jr., Deceased | Spouse Doe #69 (AP141), in her own right and as the Representative of the Estate of Decedent Doe #69, Deceased | 1:02-cv-01616, 26, 29, at 2472 | Robert H. Lynch, Jr. |
| 83 | Anarkali Sarkar, as Personal Representative of the Estate of Kalyan K. Sarkar, Deceased | Spouse Doe #4, in her own right and as the Representative of the Estate of Decedent Doe #4, Deceased | 1:02-cv-01616, 1, at 760 | Kalyan K. Sarkar |
| 84 | Terry Lynn Strada, as Personal Representative of the Estate of Thomas Strada, Deceased | Spouse Doe #2, in her own right and as the Representative of the Estate of Decedent Doe #2, Deceased | 1:02-cv-01616, 1, at 753 | Thomas Strada |
| 85 | Jennifer Tarantino, as Personal Representative of the Estate of Kenneth Joseph Tarantino, Deceased | Spouse Doe #62 (AP134), in her own right, on behalf of the Minor Children, and as the Representative of the Estate of Decedent Doe #62, Deceased | 1:02-cv-01616, 26, 29, at 2453 | Kenneth Joseph Tarantino |
| 86 | Lorie Jill Van Auken, as Personal Representative of the Estate of Kenneth Warren Van Auken, Deceased | Spouse Doe #8, in her own right and as the Representative of the Estate of Decedent Doe #8, Deceased | 1:02-cv-01616, 1, at 773 | Kenneth Warren Van Auken |
| 87 | Laura Sterneberg, as Personal Representative of Estate of Deanna G. Demotte, Deceased Sibling of Canfield D. Boone, Deceased | Deanna G. Demotte (P4774) | 1:02-cv-01616, 432, at P4774 | Canfield D. Boone |
| 88 | Alexandra Brzezinski, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | Stella Olender, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | 1:02-cv-01616, 432, at P4914; 10737-1, 33, 10757 | Christine Olender |
| 89 | Alexandra Brzezinski, as Personal Representative of the Estate of Therese Winters, Deceased Sibling of Christine Olender, Deceased | Therese Winters (P4916) | 1:02-cv-01616, 432, at P4916 | Christine Olender |
| 90 | Alexandra Brzezinski, as Personal Representative of the Estate of Conrad S. Olender Deceased Sibling of Christine Olender, Deceased | Conrad S. Olender (P4915) | 1:02-cv-01616, 432, at P4915 | Christine Olender |