UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03-md-1570 (GBD) (SN) |

**This Document Relates to**
*Havlish, et al. v. Iran, et al.,*
**1:03-cv-9848 (GBD)(SN)**

*Ashton et al. v. al Qaeda et al.,*
**02-cv-6977 (GBD)(SN)**

## DECLARATION OF NOAM BIALE
## IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Noam Biale, do hereby affirm under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to the Bar of the State of New York and to practice before this Court. Michael Tremonte and I are partners in the law firm of Sher Tremonte LLP ("Sher Tremonte" or the "Firm"), counsel for the *Ashton* Plaintiffs in the above-captioned action.

2. I respectfully submit this declaration in support of the accompanying Motion to Withdraw as Counsel pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York.

3. Kathryn Ghotbi is no longer associated with Sher Tremonte, and she, Mr. Tremonte, and I wish to withdraw as counsel for the *Ashton* Plaintiffs. Theresa Trzaskoma, a former partner, has left Sher Tremonte LLP for the law firm Harris Trzaskoma LLP and will continue as counsel of record for the *Ashton* Plaintiffs, along with the *Ashton* Plaintiffs' counsel from Kreindler & Kreindler LLP. Accordingly, the proposed withdrawal of counsel is not expected to affect the continuity of representation or the administration of this action.

2

      4.      I have been informed that Sher Tremonte is not asserting a retaining or charging lien in connection with this action.

      5.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 6, 2025

                                  */s/ Noam Biale*
                                  Noam Biale