**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**


-----------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED:  6/10/2025           │
└─────────────────────────────────┘
```

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received from the Republic of the Sudan ("Sudan") a courtesy copy of the letter and exhibits filed at ECF No. 10968. The USB flash drive meant to relay the videos in Exhibits A–D, however, was empty. Sudan is therefore directed to refile a USB flash drive containing Exhibits A–D. The flash drive must not be password protected.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 10, 2025
           New York, New York