USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:   6/10/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------x

IN RE TERRORIST ATTACKS ON          Civil Action No.
SEPTEMBER 11, 2001                  03 MDL 1570


--------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   June 6, 2025                Respectfully submitted,

                                     MOTLEY RICE LLC

                                     */s/ John C. Duane*
                                     John C. Duane, Esq.
                                     Mount Pleasant, SC 29464
                                     Telephone: (843) 216-9000
                                     Facsimile: (843) 216-9450
                                     jduane@motleyrice.com

                                     Counsel for Plaintiffs

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Megan Fajardo, as Personal Representative of the Estate of Neil Matthew Dollard, Deceased | Helen Ann Dollard as the Personal Representative of the Estate of Neil Matthew Dollard, Deceased | 1 02-cv-01616, 305, at P4232, 8393-1, at 61, 8487 | Neil Matthew Dollard |
| 2 | Kitty Eileen Bunin, as Personal Representative of the Estate of Corinne Loretta Bunin, Deceased Parent of Stephen Bunin, Deceased | Corinne Bunin (P5473) | 1 03-md-01570, 602, at P5473 | Stephen Bunin |
| 3 | Joseph Anthony Fava, as Personal Representative of the Estate of Frank Joseph Fava, Deceased Spouse of Shannon Marie Fava, Deceased | Frank Fava, in his own right as the Husband of Shannon Fava, Deceased | 1 02-cv-01616, 1, at 210 | Shannon Marie Fava |
| 4 | Gregory Fumando, as Personal Representative of the Estate of Clement Fumando, Deceased | Katherine Fumando, in her own right and as the Representative of the Estate of Clement Fumando, Deceased | 1 02-cv-01616, 3, at 1132 | Clement Fumando |
| 5 | Thomas Michael Byrne, as Personal Representative of the Estate of Robert Guy Byrne, Sr., Deceased Parent of Patrick D. Byrne, Deceased | Anne Patricia Byrne, as Personal Representative of the Estate of Robert Guy Byrne, Sr., Deceased | 1 02-cv-01616, 26, 29, at 2759, 8397-1, at 45, 8433 | Patrick D. Byrne |
| 6 | Joseph A. Charbonneau, as Personal Representative of the Estate of Letitia Driscoll, Deceased Parent of Stephen Patrick Driscoll, Deceased | Gail Marie Silke, as Personal Representative of the Estate of Letitia Driscoll, Deceased | 1 02-cv-01616, 77, at AP203, 5284-1, at 4, 5296, 8397-1, at 103, 8433 | Stephen Patrick Driscoll |
| 7 | Joseph A. Charbonneau, as Personal Representative of the Estate of Patrick Joseph Driscoll, Deceased Parent of Stephen Patrick Driscoll, Deceased | Gail Marie Silke, as Personal Representative of the Estate of Patrick Joseph Driscoll, Deceased | 1 02-cv-01616, 77, at AP202, 8397-1, at 102, 8433 | Stephen Patrick Driscoll |
| 8 | Charles Reggie Evans, Jr., as Co-Personal Representative of the Estate of Corinne J. Evans, Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Corinne J. Evans, Deceased | 1 02-cv-01616, 3, at 1090, 8397-1, at 107, 8433 | Eric Brian Evans |
| 9 | Gary Michael Evans, as Co-Personal Representative of the Estate of Corinne J. Evans, Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Corinne J. Evans, Deceased | 1 02-cv-01616, 3, at 1090, 8397-1, at 107, 8433 | Eric Brian Evans |
| 10 | Charles Reggie Evans, Jr., as Co-Personal Representative of the Estate of Charles R. Evans, Sr., Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Charles R. Evans, Sr., Deceased | 1 02-cv-01616, 3, at 1089, 8397-1, at 108, 8433 | Eric Brian Evans |
| 11 | Gary Michael Evans, as Co-Personal Representative of the Estate of Charles R. Evans, Sr., Deceased Parent of Eric Brian Evans, Deceased | Charles Reggie Evans, Jr., as Personal Representative of the Estate of Charles R. Evans, Sr., Deceased | 1 02-cv-01616, 3, at 1089, 8397-1, at 108, 8433 | Eric Brian Evans |
| 12 | John Edward Geyer, as Co-Personal Representative of the Estate of Philip G. Geyer, Deceased Parent of James G. Geyer, Deceased | Geralyn Marasco, as Personal Representative of the Estate of Philip G. Geyer, Deceased | 1 02-cv-01616, 77, at P2600, 8397-1, at 133, 8433 | James G. Geyer |
| 13 | Geralyn Marasco, as Co-Personal Representative of the Estate of Philip G. Geyer, Deceased Parent of James G. Geyer, Deceased | Geralyn Marasco, as Personal Representative of the Estate of Philip G. Geyer, Deceased | 1 02-cv-01616, 77, at P2600, 8397-1, at 133, 8433 | James G. Geyer |
| 14 | Barbara Margaret Wentworth, as Personal Representative of the Estate of Joan Greene, Deceased Parent of Lorraine Lee, Deceased | Thomas Michael Greene, as Personal Representative of the Estate of Joan Greene, Deceased | 1 02-cv-01616, 3, at 1347, 8397-1, at 144, 8433 | Lorraine Lee |
| 15 | Virginia Margaret Kwiatkoski, as Co-Personal Representative of the Estate of Teresa L. Grimner, Deceased Parent of David Joseph Grimner, Deceased | Virginia Margaret Kwiatkoski, as Personal Representative of the Estate of Teresa L. Grimner, Deceased | 1 02-cv-01616, 3, at 1184, 8397-1, at 146, 8433 | David Joseph Grimner |
| 16 | Mary Ann Elizabeth Peters, as Co-Personal Representative of the Estate of Teresa L. Grimner, Deceased Parent of David Joseph Grimner, Deceased | Virginia Margaret Kwiatkoski, as Personal Representative of the Estate of Teresa L. Grimner, Deceased | 1 02-cv-01616, 3, at 1184, 8397-1, at 146, 8433 | David Joseph Grimner |
| 17 | Joseph Hart, as Personal Representative of the Estate of James Arthur Hart, Jr., Deceased Sibling of John P. Hart, Deceased | Kenneth G. Calewarts, as Personal Representative of the Estate of James Arthur Hart, Jr., Deceased | 1 02-cv-01616, 305, at P4312, 8397-1, at 159, 8433 | John P. Hart |
| 18 | John William Hoffman, as Co-Personal Representative of the Estate of Jean L. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Helen Suzanne Hoffman, as Personal Representative of the Estate of Jean L. Hoffman, Deceased | 1 02-cv-01616, 26, 29, at 2498, 5284-1, at 6, 5296, 8397-1, at 164, 8433 | Stephen G. Hoffman |
| 19 | Helen Suzanne Hoffman, as Co-Personal Representative of the Estate of Jean L. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Helen Suzanne Hoffman, as Personal Representative of the Estate of Jean L. Hoffman, Deceased | 1 02-cv-01616, 26, 29, at 2498, 5284-1, at 6, 5296, 8397-1, at 164, 8433 | Stephen G. Hoffman |
| 20 | Miriam Rose Jacobson, as Co-Personal Representative of the Estate of Deborah B. Jacobson, Deceased Spouse of Steven A. Jacobson, Deceased | Miriam Rose Jacobson, as Personal Representative of the Estate of Deborah B. Jacobson, Deceased | 1 03-md-01570, 432, at P5375, 8397-1, at 172, 8433 | Steven A. Jacobson |
| 21 | Rachel Bess Jacobson, as Co-Personal Representative of the Estate of Deborah B. Jacobson, Deceased Spouse of Steven A. Jacobson, Deceased | Miriam Rose Jacobson, as Personal Representative of the Estate of Deborah B. Jacobson, Deceased | 1 03-md-01570, 432, at P5375, 8397-1, at 172, 8433 | Steven A. Jacobson |
| 22 | Deborah Lasko, as Co-Personal Representative of the Estate of Edward R. Lasko, Deceased Parent of Gary E. Lasko, Deceased | Deborah Lasko, as Personal Representative of the Estate of Edward R. Lasko, Deceased | 1 02-cv-01616, 313, at P4675, 8397-1, at 190, 8433 | Gary E. Lasko |
| 23 | Doreen Jurczyk, as Co-Personal Representative of the Estate of Edward R. Lasko, Deceased Parent of Gary E. Lasko, Deceased | Deborah Lasko, as Personal Representative of the Estate of Edward R. Lasko, Deceased | 1 02-cv-01616, 313, at P4675, 8397-1, at 190, 8433 | Gary E. Lasko |
| 24 | Daniel William Murphy, as Co-Personal Representative of the Estate of Evelyn M. Murphy, Deceased Parent of Edward Charles Murphy, Deceased | Daniel William Murphy, as Personal Representative of the Estate of Evelyn M. Murphy, Deceased | 1 02-cv-01616, 232, at P3861, 8397-1, at 256, 8433 | Edward Charles Murphy |
| 25 | Richard Edward Murphy, as Co-Personal Representative of the Estate of Evelyn M. Murphy, Deceased Parent of Edward Charles Murphy, Deceased | Daniel William Murphy, as Personal Representative of the Estate of Evelyn M. Murphy, Deceased | 1 02-cv-01616, 232, at P3861, 8397-1, at 256, 8433 | Edward Charles Murphy |
| 26 | Philip J. Murray, as Co-Personal Representative of the Estate of Philip C. Murray, Deceased Parent of John J. Murray, Deceased | Philip J. Murray, as Personal Representative of the Estate of Philip C. Murray, Deceased | 1 02-cv-01616, 155, at P3042, 8397-1, at 260, 8433 | John J. Murray |
| 27 | Michael Christopher Murray, as Co-Personal Representative of the Estate of Philip C. Murray, Deceased Parent of John J. Murray, Deceased | Philip J. Murray, as Personal Representative of the Estate of Philip C. Murray, Deceased | 1 02-cv-01616, 155, at P3042, 8397-1, at 260, 8433 | John J. Murray |
| 28 | Alexandra Brzezinski, as Co-Personal Representative of the Estate of Stella Olender, Deceased Parent of Christine Olender, Deceased | Alexandra Brzezinski, as Personal Representative of the Estate of Stella Olender, Deceased | 1 02-cv-01616, 305, at P4457, 8397-1, at 275, 8433 | Christine Olender |
| 29 | Wieslaw Olender, as Co-Personal Representative of the Estate of Stella Olender, Deceased Parent of Christine Olender, Deceased | Alexandra Brzezinski, as Personal Representative of the Estate of Stella Olender, Deceased | 1 02-cv-01616, 305, at P4457, 8397-1, at 275, 8433 | Christine Olender |
| 30 | Angela Pesce, as Co-Personal Representative of the Estate of Paolo Pesce, Deceased Parent of Danny Pesce, Deceased | Angela Pesce, as Personal Representative of the Estate of Paolo Pesce, Deceased | 1 02-cv-01616, 1, at 448, 8397-1, at 291, 8433 | Danny Pesce |
| 31 | Frank Pesce, as Co-Personal Representative of the Estate of Paolo Pesce, Deceased Parent of Danny Pesce, Deceased | Angela Pesce, as Personal Representative of the Estate of Paolo Pesce, Deceased | 1 02-cv-01616, 1, at 448, 8397-1, at 291, 8433 | Danny Pesce |
| 32 | Thomas Daniel Petti, as Co-Personal Representative of the Estate of Catherine Petti, Deceased Parent of Philip Scott Petti, Deceased | Thomas Daniel Petti, as Personal Representative of the Estate of Catherine Petti, Deceased | 1 02-cv-01616, 305, at P4486, 8397-1, at 294, 8433 | Philip Scott Petti |
| 33 | Adrian Lee Foran, as Co-Personal Representative of the Estate of Catherine Petti, Deceased Parent of Philip Scott Petti, Deceased | Thomas Daniel Petti, as Personal Representative of the Estate of Catherine Petti, Deceased | 1 02-cv-01616, 305, at P4486, 8397-1, at 294, 8433 | Philip Scott Petti |
| 34 | Irene Ann Lesiw, as Co-Personal Representative of the Estate of Jaroslawa Skala, Deceased Parent of John Peter Skala, Deceased | Irene Ann Lesiw, as Personal Representative of the Estate of Jaroslawa Skala, Deceased | 1 02-cv-01616, 313, at P4734, 8397-1, at 325, 8433 | John Peter Skala |
| 35 | Michael John Skala, as Co-Personal Representative of the Estate of Jaroslawa Skala, Deceased Parent of John Peter Skala, Deceased | Irene Ann Lesiw, as Personal Representative of the Estate of Jaroslawa Skala, Deceased | 1 02-cv-01616, 313, at P4734, 8397-1, at 325, 8433 | John Peter Skala |
| 36 | Matthew G. Smith, as Co-Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased Parent of Karl T. Smith, Deceased | Georgia R. Smith, as Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased | 1 02-cv-01616, 26, 29, at 4430, 8397-1, at 329, 8433 | Karl T. Smith |
| 37 | Philip Trumbull Smith, III, as Co-Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased Parent of Karl T. Smith, Deceased | Georgia R. Smith, as Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased | 1 02-cv-01616, 26, 29, at 4430, 8397-1, at 329, 8433 | Karl T. Smith |
| 38 | Tammy Sopper Segovia, as Co-Personal Representative of the Estate of Raymond William Sopper, Deceased Parent of Mari-Rae Sopper, Deceased | Suzanne T. Sopper, as Personal Representative of the Estate of Raymond William Sopper, Deceased | 1 02-cv-01616, 305, at P4532, 8397-1, at 330, 8433 | Mari-Rae Sopper |
| 39 | Suzanne T. Sopper, as Co-Personal Representative of the Estate of Raymond William Sopper, Deceased Parent of Mari-Rae Sopper, Deceased | Suzanne T. Sopper, as Personal Representative of the Estate of Raymond William Sopper, Deceased | 1 02-cv-01616, 305, at P4532, 8397-1, at 330, 8433 | Mari-Rae Sopper |
| 40 | Michael Straine, as Co-Personal Representative of the Estate of Mary Emma Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of Mary Emma Straine, Deceased | 1 02-cv-01616, 3, at 1676, 8397-1, at 334, 8433 | James J. Straine, Jr. |

| # | | | | |
|---|---|---|---|---|
| 41 | Kevin Joseph Straine, as Co-Personal Representative of the Estate of Mary Emma Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of Mary Emma Straine, Deceased | 1 02-cv-01616, 3, at 1676, 8397-1, at 334, 8433 | James J. Straine, Jr. |
| 42 | Kevin Joseph Straine, as Co-Personal Representative of the Estate of James Joseph Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of James Joseph Straine, Deceased | 1 02-cv-01616, 3, at 1675, 8397-1, at 335, 8433 | James J. Straine, Jr. |
| 43 | Michael Straine, as Co-Personal Representative of the Estate of James Joseph Straine, Deceased Parent of James J. Straine, Jr., Deceased | Michael Straine, as Personal Representative of the Estate of James Joseph Straine, Deceased | 1 02-cv-01616, 3, at 1675, 8397-1, at 335, 8433 | James J. Straine, Jr. |
| 44 | Christopher Scott Vadas, as Co-Personal Representative of the Estate of Donald Joseph Vadas, Deceased Parent of Bradley Hodges Vadas, Deceased | Christopher Scott Vadas, as Personal Representative of the Estate of Donald Joseph Vadas, Deceased | 1 02-cv-01616, 232, at P3989, 8397-1, at 350, 8433 | Bradley Hodges Vadas |
| 45 | Melissa Mary Prevey, as Co-Personal Representative of the Estate of Donald Joseph Vadas, Deceased Parent of Bradley Hodges Vadas, Deceased | Christopher Scott Vadas, as Personal Representative of the Estate of Donald Joseph Vadas, Deceased | 1 02-cv-01616, 232, at P3989, 8397-1, at 350, 8433 | Bradley Hodges Vadas |
| 46 | Kiesha Laneen Washington-Dean, as Co-Personal Representative of the Estate of Christopher Shawn Washington, Deceased Child of Derrick Christopher Washington, Deceased | Kiesha Laneen Washington-Dean, as Personal Representative of the Estate of Christopher Shawn Washington, Deceased | 1 02-cv-01616, 26, 29, at 2423, 8393-1, at 297, 8487, 8397-1, at 365, 8433 | Derrick Christopher Washington |
| 47 | Malik Ziaire Washington, as Co-Personal Representative of the Estate of Christopher Shawn Washington, Deceased Child of Derrick Christopher Washington, Deceased | Kiesha Laneen Washington-Dean, as Personal Representative of the Estate of Christopher Shawn Washington, Deceased | 1 02-cv-01616, 26, 29, at 2423, 8393-1, at 297, 8487, 8397-1, at 365, 8433 | Derrick Christopher Washington |
| 48 | John Francis Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Washington, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1 02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Washington |
| 49 | Morton Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Washington, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1 02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Washington |
| 50 | Jay Steven Winuk, as Co-Personal Representative of the Estate of Elaine Shirley Winuk, Deceased Parent of Glenn J. Winuk , Deceased | Jay Steven Winuk, as Personal Representative of the Estate of Elaine Shirley Winuk, Deceased | 1 02-cv-01616, 155, at P3159, 8397-1, at 378, 8433 | Glenn J. Winuk |
| 51 | Jeff M. Winuk, as Co-Personal Representative of the Estate of Elaine Shirley Winuk, Deceased Parent of Glenn J. Winuk, Deceased | Jay Steven Winuk, as Personal Representative of the Estate of Elaine Shirley Winuk, Deceased | 1 02-cv-01616, 155, at P3159, 8397-1, at 378, 8433 | Glenn J. Winuk |
| 52 | Teresa DiFato, as Personal Representative of the Estate of Antonio DiFato, Deceased Parent of John DiFato, Deceased | Antonio DiFato, in his own right as the Father of John DiFato, Deceased | 1 02-cv-01616, 1, at 181 | John DiFato |
| 53 | Richard Giordano, as Personal Representative of the Estate of Mario Joseph Giordano, Jr., Deceased Parent of Jeffrey Giordano, Deceased | Mario Joseph Giordano, Jr., individually as the Parent of Jeffrey Giordano, Deceased | 1 02-cv-01616, 26, 29, at 2514, 5284-1, at 5, 5296 | Jeffrey Giordano |
| 54 | Gordon Huie, as Co-Personal Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie | 1 02-cv-01616, 313, at P4660; 10682-1, 4,10696 | Susan Huie |
| 55 | Patricia Huie, as Co-Personal Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie | 1 02-cv-01616, 313, at P4660 10682-1, 4,10696 | Susan Huie |
| 56 | Tracy Johnson, as Personal Representative of the Estate of Eric Thomas Laborie, Deceased Spouse of Kathryn L. Laborie, Deceased | Eric Laborie (P4369) | 1 02-cv-01616, 305, at P4369 | Kathryn L. Laborie |
| 57 | Karen B. Richards, as Personal Representative of the Estate of Jim Dale Richards, Deceased Sibling of Claude Daniel Richards, Deceased | Jim D. Richards, individually as the Sibling and as the Personal Representative of the Estate of Claude Daniel Richards, Deceased and on behalf of all survivors of Claude Daniel Richards | 1 02-cv-01616, 155, at AP213, 5284-1, at 10, 5296 | Claude Daniel Richards |
| 58 | Maureen Sherry, as Personal Representative of the Estate of John Michael Sherry, Deceased Child of John Anthony Sherry, Deceased | John Michael Sherry, Individually as the Child of John Anthony Sherry, Deceased, and previously included as minor child of Maureen Sherry | 1 02-cv-01616, 26, 29, at 2476, 8393-1, at 579, 8487 | John Anthony Sherry |
| 59 | Monte S. Payne, as Personal Representative of the Estate of Charlette M. Thompson, Deceased Spouse of Perry Thompson, Deceased | Charlette Thompson (P4550) | 1 02-cv-01616, 305, at P4550 | Perry Thompson |
| 60 | Karen L. Ciaccio, as Personal Representative of the Estate of Jennie Vicenza Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Jennie Walz, in her own right as the Mother of Jeffrey P. Walz, Deceased | 1 02-cv-01616, 3, at 1725 | Jeffrey P. Walz |
| 61 | John P. Baeszler, as Personal Representative of the Estate of Rita Baeszler, Deceased Parent of Jane Ellen Baeszler, Deceased | Rita Baeszler, Parent | 1 03-md-1570, 8679-1, at 14, 8696 | Jane Ellen Baeszler |
| 62 | William Lawrence Horrocks, Jr., as Personal Representative of the Estate of Debra Lynn Brown, Deceased Sibling of Michael Robert Horrocks, Deceased | Debra Lynn Brown, Sibling | 1 03-md-1570, 8679-1, at 206, 8696 | Michael Robert Horrocks |
| 63 | Martin James Cummins, III, as Personal Representative of the Estate of Martin James Cummins, Jr., Deceased Parent of Brian Thomas Cummins , Deceased | Martin James Cummins, Jr., Parent | 1 03-cv-09849, 838, at 13; 1 03-md-01570, 8679-1, at 83, 8696 | Brian Thomas Cummins |
| 64 | Karen Anne Zaccaria, as Co-Personal Representative of the Estate of Joan Elizabeth Fischer, Deceased Parent of Debra Lynn Gibbon, Deceased | Joan Elizabeth Fischer, Parent | 1 03-md-1570, 8679-1, at 155, 8696 | Debra Lynn Gibbon |
| 65 | Adam Fischer, III, as Co-Personal Representative of the Estate of Joan Elizabeth Fischer, Deceased Parent of Debra Lynn Gibbon, Deceased | Joan Elizabeth Fischer, Parent | 1 03-md-1570, 8679-1, at 155, 8696 | Debra Lynn Gibbon |
| 66 | Karen Anne Zaccaria, as Co-Personal Representative of the Estate of Adam Fischer, Jr., Deceased Parent of Debra Lynn Gibbon, Deceased | Adam Fischer, Jr., Parent | 1 03-md-1570, 8679-1, at 158, 8696 | Debra Lynn Gibbon |
| 67 | Adam Fischer, III, as Co-Personal Representative of the Estate of Adam Fischer, Jr., Deceased Parent of Debra Lynn Gibbon, Deceased | Adam Fischer, Jr., Parent | 1 03-md-1570, 8679-1, at 158, 8696 | Debra Lynn Gibbon |
| 68 | Louis Gritsipis, as Personal Representative of the Estate of Michael Gritsipis, Deceased Parent of George Paris, Deceased | Michael Gritsipis, Parent | 1 03-md-01570, 8679-1, at 369, 8696 | George Paris |
| 69 | Christian John Horrocks, as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Linda Jane Horrocks, Parent | 1 03-md-01570, 8679-1, at 207, 8696 | Michael Robert Horrocks |
| 70 | William Lawrence Horrocks, Jr., as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Linda Jane Horrocks, Parent | 1 03-md-01570, 8679-1, at 207, 8696 | Michael Robert Horrocks |
| 71 | Karen P. Murphy, as Personal Representative of the Estate of Kenneth George Murphy, Deceased Sibling of Raymond E. Murphy, Sr., Deceased | Kenneth George Murphy, Sibling | 1 03-md-01570, 8679-1, at 337, 8696 | Raymond E. Murphy, Sr. |
| 72 | Brian Peter Vitale, as Personal Representative of the Estate of Michael B. Vitale, Deceased Parent of Joshua S. Vitale, Deceased | Michael B. Vitale, Parent | 1 03-md-01570, 8679-1, at 496, 8696 | Joshua S. Vitale |
| 73 | Susie L. Lopez, as Personal Representative of the Estate of John Martin Lopez, Deceased Sibling of Maclovio Lopez, Jr. , Deceased | John Martin Lopez, Sibling | 1 03-md-01570, 8679-1, at 263, 8696 | Maclovio Lopez, Jr. |
| 74 | Kathleen Ann Lynch, as Personal Representative of the Estate of Michael Francis Lynch, Deceased | Kathleen Ann Lynch, in her own right as the Sister of Michael Francis Lynch, Deceased | 1 02-cv-01616, 3, at 1387 | Michael Francis Lynch |
| 75 | Kara Kasper, as Co-Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased | Lauren Kasper (P5108) | 1 03-cv-9849, HAND FILED, at P5108 | Charles Lewis Kasper |
| 76 | Melissa Kasper, as Co-Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased | Lauren Kasper (P5108) | 1 03-cv-9849, HAND FILED, at P5108 | Charles Lewis Kasper |
| 77 | Michael Roman Kasper, as Co-Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased | Lauren Kasper (P5108) | 1 03-cv-9849, HAND FILED, at P5108 | Charles Lewis Kasper |
| 78 | Gerald E. McCollin, as Personal Representative of the Estate of Norma L. Powell, Deceased Parent of Brandon J. Powell, Deceased | Norma L. Powell (P5232) | 1 03-cv-9849, HAND FILED, at P5232 | Brandon J. Powell |
| 79 | Daniel F. Tangel, as Personal Representative of the Estate of Marianne Halderman Tangel, Deceased Sibling of David Halderman, Deceased | Marianne Halderman Tangel | 1 03-md-1570, 9528, at 4, 9532 | David Halderman |
| 80 | Kelly Ann Green-Grady, as Personal Representative of the Estate of Christopher Michael Grady, Deceased | Spouse Doe #70 (AP142), in her own right, on behalf of the Minor Children, and as the Representative of the Estate of Decedent Doe #70, Deceased | 1 02-cv-01616, 26, 29, at 2475 | Christopher Michael Grady |
| 81 | Meena Jerath, as Personal Representative of the Estate of Prem N. Jerath, Deceased | Spouse Doe #17, in her own right and as the Representative of the Estate of Decedent Doe #17, Deceased | 1 02-cv-01616, 1, at 807 | Prem N. Jerath |

| | | | | |
|---|---|---|---|---|
| 82 | Elisabeth Lynch, as Personal Representative of the Estate of Robert H. Lynch, Jr., Deceased | Spouse Doe #69 (AP141), in her own right and as the Representative of the Estate of Decedent Doe #69, Deceased | 1 02-cv-01616, 26, 29, at 2472 | Robert H. Lynch, Jr. |
| 83 | Anakali Sarkar, as Personal Representative of the Estate of Kalyan K. Sarkar, Deceased | Spouse Doe #4, in her own right and as the Representative of the Estate of Decedent Doe #4, Deceased | 1 02-cv-01616, 1, at 760 | Kalyan K. Sarkar |
| 84 | Terry Lynn Strada, as Personal Representative of the Estate of Thomas Strada, Deceased | Spouse Doe #2, in her own right and as the Representative of the Estate of Decedent Doe #2, Deceased | 1 02-cv-01616, 1, at 753 | Thomas Strada |
| 85 | Jennifer Tarantino, as Personal Representative of the Estate of Kenneth Joseph Tarantino, Deceased | Spouse Doe #62 (AP134), in her own right, on behalf of the Minor Children, and as the Representative of the Estate of Decedent Doe #62, Deceased | 1 02-cv-01616, 26, 29, at 2453 | Kenneth Joseph Tarantino |
| 86 | Lorie Jill Van Auken, as Personal Representative of the Estate of Kenneth Warren Van Auken, Deceased | Spouse Doe #8, in her own right and as the Representative of the Estate of Decedent Doe #8, Deceased | 1 02-cv-01616, 1, at 773 | Kenneth Warren Van Auken |
| 87 | Laura Sterneberg, as Personal Representative of Estate of Deanna G. Demotte, Deceased Sibling of Canfield D. Boone, Deceased | Deanna G. Demotte (P4774) | 1 02-cv-01616, 432, at P4774 | Canfield D. Boone |
| 88 | Alexandra Brzezinski, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | Stella Olender, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | 1 02-cv-01616, 432, at P4914 10737 1, 33, 10757 | Christine Olender |
| 89 | Alexandra Brzezinski, as Personal Representative of the Estate of Therese Winters, Deceased Sibling of Christine Olender, Deceased | Therese Winters (P4916) | 1 02-cv-01616, 432, at P4916 | Christine Olender |
| 90 | Alexandra Brzezinski, as Personal Representative of the Estate of Conrad S. Olender Deceased Sibling of Christine Olender, Deceased | Conrad S. Olender (P4915) | 1 02-cv-01616, 432, at P4915 | Christine Olender |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 10, 2025
      New York, New York