UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Ashton et al. v. al Qaeda et al., 02-cv-06977- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 11th day of June 2025, I served defendant:

    Islamic Republic of Iran
    Abbas Araghchi
    Foreign Minister of the Ministry of Foreign Affairs
    Imam Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **2894 6560 7293**, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of a true and certified Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashton August 31, 2015 Default Judgment on Liability and its certified Farsi translation. *See Attachment A to the Notice;* a true and certified copy of the May 29, 2025 Memorandum Decision and Order for Final Judgment on Behalf of the *Ashton* 27 Plaintiff, the moving papers for Plaintiffs motion filed February 28, 2025, and the certified Farsi translations. *See Attachment B to the Notice;* and a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See *Attachment C to the Notice.*

Dated: June 11th, 2025
      New York, New York

                                         TAMMI H. HELLWIG
                                         CLERK OF COURT

                                         /s/Rachel Slusher
                                         Deputy Clerk