UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 03 MDL 1570 (GBD)(SN) |

Re: *Ashton et al. v. al Qaeda et al., 02-cv-06977- (GBD)(SN)*

   I hereby certify under the penalties of perjury that on the 11th day of June 2025, I served defendant:

  Islamic Republic of Iran
  Abbas Araghchi
  Foreign Minister of the Ministry of Foreign Affairs
  Imam Khomeini Street, Imam Khomeini Square
  Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **2894 6428 9414**, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of a true and certified Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the *Ashton* August 31, 2015 Default Judgment on Liability and its certified Farsi translation. *See Attachment A to the Notice;* a true and certified copy of the May 29, 2025 Order Granting Partial Final Default Judgment Against the Islamic Republic of Iran for the *Ashton and Burlingame* Plaintiffs Listed in Exhibits A and B on behalf of the *Ashton 31*, *Ashton 32*, *Ashton 34*, and *Ashton 35* plaintiffs and its certified Farsi translation. *See Attachment B to the Notice;* the moving papers and certified Farsi translations for the following motions for default judgment: Ashton 31 Motion for Final Damages for Estate Plaintiffs Without Prior Economic Loss Judgments and Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on April 3, 2025 Ashton 32 Motion for Final Damages for Estate Plaintiffs Without Prior Economic Loss Judgments and Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on April 30, 2025 Ashton 34 Motion for Final Damages for Estate Plaintiffs Without Prior Economic Loss Judgments and Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on May 2, 2025 Ashton 35 Motion for Final Damages for Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on May 9, 2025 *See*

*Attachment B to the Notice*; and a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. *See Attachment C to the Notice.*

Dated: June 11th, 2025
      New York, New York

                                                  TAMMI H. HELLWIG
                                                  CLERK OF COURT

                                                  /s/Rachel Slusher
                                                  Deputy Clerk