UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:   *Schneider, et. al. Islamic Republic of Iran, 02 cv-7209- (GBD)(SN)*
      *Ashton et al. v. al Qaeda et al., 02-cv-06977- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 11th day of June 2025, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **8819 2511 6462**, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); and a copy of the Partial Final Default Judgment and the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motion papers.

Dated: June 16th, 2025
       New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk