UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Morris v. Islamic Republic of Iran*, No. l:18-cv-05321 (GBD)(SN);
*Rowenhorst v. Islamic Republic of Iran*, No. l:18-cv-12387 (GBD)(SN);
*King v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 16th day of June 2025, I served defendant:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Abbas Araghchi

by dispatching via Federal Express, Tracking No. **8148 5856 7043**, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Judgment for Order of Partial Final Judgments for Damages, ECF No. 11011, dated June 9, 2025, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for Liability dated June 21, 2019, September 3, 2019, and November 6, 2023 for the above-referenced matters; Order of Partial Final Judgments for Damages, ECF No. 11011, dated June 9, 2025; Instructions for Appealing Judgment; A copy of 28 U.S.C. § 1330, 28 U.S.C. § 1391, 28 U.S.C. § 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.), and Affidavit of Translator.[2]

Dated: June 16th, 2025
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk