AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  03 MD 1570 (GBD) (SN) |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America and its agencies and components.

Date:   06/18/2025

s/Jean-David Barnea
*Attorney's signature*

Jean-David Barnea
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

Jean-David.Barnea@usdoj.gov
*E-mail address*

(212) 637-2679
*Telephone number*

*FAX number*