Exhibit B - Estates (U.S. National)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Marie | | Halloran | | Vincent | | Halloran | | USA | 9/11/01 | NY | 19cv11767 | 5 at pg 20 | 15cv9903, 53 | N/A | $2,000,000.00 | | Economic | 12/23/03 | N/A | $ 3,612,754.00 | |
| 2 | Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | 19cv11776 | 5 at pg 13 | 15cv9903, 53 | N/A | $2,000,000.00 | | Economic | 12/11/03 | N/A | $ 2,607,424.00 | |
| 3 | | | | | | | | | | | | | | | | | $ - | | | | $ - | |
| 4 | | | | | | | | | | | | | | | | | $ - | | | | $ - | |

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | ol | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Marie | | Halloran | | Marie | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Spouse | 03md1570, #7522 | 1/4/22 | $ 12,500,000.00 | |
| 2 | | | | | Declan | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 3 | | | | | Phelan | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 4 | | | | | Jake | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 19 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 5 | | | | | Kieran | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 19 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 6 | | | | | Aidan | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 7 | | | | | Conor | | Halloran | | USA | Vincent | | Halloran | | USA | 9/11/01 | NY | | 19cv11767 | 5 pg 20 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 8 | Lisa | | Jordan | | Lisa | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Spouse | 03md1570, #7522 | 1/4/22 | $ 12,500,000.00 | |
| 9 | | | | | Matthew | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 10 | | | | | Kelsey | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |
| 11 | | | | | Sean | | Jordan | | USA | Andrew | | Jordan | | USA | 9/11/01 | NY | | 19cv11776 | 5 pg 13 | 15cv9903, 53 | Child | 03md1570, #7522 | 1/4/22 | $ 8,500,000.00 | |