UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court is consistently looking to improve its operations and increase its efficiency given limited judicial resources. To that end, the Court has revised the tables that counsel uses in connection with default judgment motions. The proposed tables, which are attached, are similar to those currently in use—but include information and internal formulas that will automatically calculate the pre-judgment interest owed to each Plaintiff. Under this proposal, counsel would fill out the columns up to and including the "Start Date" column; the Court would enter the "End Date" on the day it issues a judgment; and the table itself would calculate the total interest and total award. (Counsel can also request a copy of the underlying Excel file by emailing Netburn_NYSDChambers@nysd.uscourts.gov.)

    The Plaintiffs Executive Committees should review these materials and file any comments, suggestions, or questions by July 10, 2025. The checklist and cover sheet that are currently in use will remain the same.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 25, 2025
                New York, New York

Estates - Pain & Suffering - (description)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | | | | | | | | | | | | | | | | $ - | | | 9/11/2001 | | | | |
| 2 | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 3 | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 4 | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 5 | | | | | | | | | | | | | | | | $ - | | | | | | | |

Estates - Economic - (description)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | | | | | | | | | | | | | | | | | | $ - | | | [Date of Report] | | | | |
| 2 | | | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | $ - | | | | | | | |

Solatium - (description)

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | | | | | | | | | | | | | | | | | | | | | | | $ - | | | 9/11/2001 | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | $ - | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | $ - | | | | | | | |

Personal & Latent Injuries - (description)

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | | | | | | | | | | | | | | | | | $ - | | 9/11/2001 | | | | |
| 2 | | | | | | | | | | | | | | | | | $ - | | | | | | |
| 3 | | | | | | | | | | | | | | | | | $ - | | | | | | |
| 4 | | | | | | | | | | | | | | | | | $ - | | | | | | |
| 5 | | | | | | | | | | | | | | | | | $ - | | | | | | |

P&L Injuries - Economic - (description)

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | | | | | | | | | | | | | | | | | | $ - | | [Date of Report] | | | | |
| 2 | | | | | | | | | | | | | | | | | | $ - | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | $ - | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | $ - | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | $ - | | | | | | |