UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|
| This document relates to:<br>*Johnson, et al. v. The Islamic Republic of Iran* | 18-cv-12344 (GBD)(SN)<br>ECF Case |

**MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN ON BEHALF OF *JOHNSON* PLAINTIFFS**

PLEASE TAKE NOTICE that upon the accompanying declaration of Robert Keith Morgan, with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information as is required by the Court to adjudicate this motion (*See* ECF No. 9425), the Plaintiffs identified in Exhibit A and Exhibit B (*Johnson* Plaintiffs) to the declaration of Robert Keith Morgan, respectfully move this Court for an Order of judgment by default against the Defendant, Islamic Republic of Iran ("Iran"), under 28 U.S.C. § 1605A(c).[1] *Johnson* Plaintiffs herein are seeking pain and suffering damages in accordance with this Court's established framework, prior orders, and based on those awarded in prior judgments entered by this Court in this litigation to those who sustained injuries on September 11, 2001 and those who developed fatal medical conditions from environmental exposure on September 11, 2001 (*See, e.g.,* August 9, 2023 Mem. Decision and Order (ECF No. 9274), *citing,* Feb. 7, 2020 R. & R., (ECF No. 5879), *adopted by,* Feb. 14, 2020 Mem. Decision and Order, (ECF No. 5946)).

The *Johnson* Plaintiffs herein, Gary Arthur, Anthony Blackmon, Joanne Brown, Carl Fargione, Dawn Gough, Raymond Gough, Robert Intartaglio, Adam Noble, and Terrence Webb each suffered injuries in the terrorist attacks on the World Trade Center on September 11, 2001 and its immediate aftermath, and move for entry of a judgment for pain and suffering damages. *Johnson* Plaintiff, the Estate of Albert Filosa, who developed a chronic and ultimately fatal medical condition

---

[1] All ECF Nos. refer to the main MDL docket, 03-md-01570, unless otherwise indicated.

1

after environmental exposure on September 11, 2001 and its immediate aftermath, moves for entry of judgment for pain and suffering damages.

Further, *Johnson* Plaintiffs move that any pain and suffering damages awarded herein include pre-judgment interest at rate of 4.96 percent per annum, compounded annually from the period from September 11, 2001, until the date of the judgment. *Johnson* Plaintiffs also move for permission to seek punitive damages, economic damages, or other damages in the future and for all other *Johnson* Plaintiffs not appearing on Exhibits A and B, to submit applications for damages awards in later stages of this litigation, to the extent such awards have not been previously addressed by the Court.

Dated:  June 26, 2025

                                    Respectfully submitted,

                                    */s/  Robert Keith Morgan*
                                    Robert Keith Morgan
                                    David J. Dickens
                                    The Miller Firm LLC
                                    108 Railroad Ave
                                    Orange, VA 22960
                                    Tel: 540-672-4224
                                    Fax: 540-672-3055
                                    Email: kmorgan@millerfirmllc.com
                                                  ddickens@millerfirmllc.com
                                    *Counsel for Plaintiffs*