# EXHIBIT A

Johnson Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| Claimant | | | | | | Claim Information | | | | Pain & Suffering Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | | Notes |
| 1 Gary | | Arthur | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 5 of Appendix 1 | | | | $7,000,000 | | |
| 2 Anthony | | Blackmon | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 8 of Appendix 1 | | | | $7,000,000 | | |
| 3 Joanne | | Brown | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 14 of Appendix 1 | | | | $7,000,000 | | |
| 4 Carl | | Fargione | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 28 of Appendix 1 | | | | $7,000,000 | | |
| 5 Dawn | | Gough | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 35 of Appendix 1 | | | | $7,000,000 | | |
| 6 Raymond | | Gough | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 36 of Appendix 1 | | | | $7,000,000 | | |
| 7 Robert | | Intartaglio | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 43 of Appendix 1 | | | | $7,000,000 | | |
| 8 Adam | | Noble | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 62 of Appendix 1 | | | | $7,000,000 | | |
| 9 Terrence | | Webb | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 94 of Appendix 1 | | | | $7,000,000 | | |

Page 1 of 150