# EXHIBIT D

# Anthony Blackmon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Johnson, et al. v. The Islamic Republic of Iran* | 18-cv-12344 (GBD)(SN)<br>ECF Case |

**DECLARATION OF ANTHONY BLACKMON**

I, Anthony Blackmon, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration. I am a citizen of the United States. I was a citizen of the United States on September 11, 2001.

2. On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred. I was a police officer with the New York Police Department (NYPD) assigned to headquarters security at One Police Plaza, eight blocks from the WTC. When reports began to come in about an incident at the WTC, it was initially thought to be a bombing. It quickly became apparent that a plane had struck one of the towers. As we watched the television reports in the station, we saw another plane strike the second tower.

3. NYPD was mobilized throughout the city to respond to the WTC. At the time of the attacks, I was assigned to light duty. I was recovering from surgery to my right knee that I had undergone the previous winter for an injury I suffered while on duty. When the mobilization began, I was told to by my sergeant to "drop the cane" we are going to the WTC. I was directed to get as much emergency equipment as possible from the equipment room and proceed

immediately to the WTC with my fellow officers. We assembled in front of the police building and then rushed toward the WTC.

4. On the way to the WTC, we passed people on the street who had stopped and were staring at the burning buildings. We had gotten to within two blocks of the WTC when we saw the first tower come down. We turned to avoid the avalanche of dust and debris that was headed toward us. As I ran to avoid being overtaken by what was rapidly coming in our direction, I felt a sharp pop in my right knee. As I continued to move away with the debris now covering us, I felt a sharp pain in my knee and it began to crack as I attempted to move back toward the towers. It soon became apparent that I was not able to walk, much less run, with my knee in this condition. I returned to the station with the assistance of two of my fellow officers. We were all gray from the dust when we arrived at the station. My right knee was swollen to twice its normal size. I was taken to the triage area that had been set up to take care of the injured. I remained there and helped by assisting others as I could until late that evening when I was taken to the train station to return to my home.

5. The day following 9/11 I was unable to walk. I was seen by the doctor who had performed my previous surgery and diagnosed with a severe sprain of the right knee. Based on his recommendation, I was placed on medical leave for three weeks. I returned to restricted duty at One Police Plaza on September 18, 2001. I continued to work on restricted duty for the remainder of the year. In December 2001, the Medical Board Police Pension Fund recommended to the Police Pension Board of Trustees that I be approved for accident disability retirement. I retired from NYPD in early 2002.

6. Since leaving the police department I have undergone multiple knee injections and additional knee surgery. I have been informed by my physician that I will eventually require knee

replacement surgery. I have also developed rhinitis affecting my nose and throat and obstructive sleep apnea, although these conditions have not yet been attributed to my exposure to the dust from the collapse of the WTC towers.

7. I subsequently applied to the Victim Compensation Fund (VCF) for the injury to my knee which occurred on 9/11. The VCF found that I was eligible for compensation based on the information it received for the injury related to the severe sprain of my right knee. A true and correct copy of the VCF eligibility determination letter documenting the physical injury I suffered from the attacks on 9/11 is submitted with this declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 8 day of May, 2025.

Anthony Blackmon

Declarant Anthony Blackmon



September 11th
Victim Compensation Fund

October 25, 2016

ANTHONY BLACKMON



Dear ANTHONY BLACKMON:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. Your claim number is VCF0006395. Your Eligibility Form was determined to be substantially complete on October 25, 2016. As stated in the regulations and on the claim form, by filing a substantially complete Eligibility Form you have waived your right to file or be a party to a September 11th-related lawsuit.

## The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

- RIGHT KNEE SPRAIN

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about your treatment in order to process your claim. All forms are available on the www.vcf.gov



September 11th
Victim Compensation Fund

website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund