

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 26, 2025

BY ECF
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks of September 11, 2001*
            03 MDL 01570 (GBD) (SN)

Dear Judge Netburn:

    We write respectfully in this multidistrict litigation to request that the Court remove AUSA Sarah S. Normand from the docket as counsel for the United States, a non-party. Ms. Normand is retiring from the Department of Justice. AUSA Jennifer Jude and AUSA Jean-David Barnea have filed notices of appearance and will continue to represent the United States in this matter.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

    /s/ *Sarah S. Normand*
    JEAN-DAVID BARNEA
    JENNIFER A. JUDE
    SARAH S. NORMAND
    Assistant U.S. Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2679/2663
    Jean-David.Barnea@usdoj.gov
    Jennifer.Jude@usdoj.gov