# EXHIBIT A

| | | | Schedule of Relevant Material 2025 - Annex 1 | | Items Handed Over | |
|---|---|---|---|---|---|---|
| URN | Police Ref. | Material Type | Description and Relevance | Redaction Notes | Initialled p202429 | Initialled G.SIMPSON |
| ... | ... | ... | ... | | | |
| 2025-023 | X0350 | EXHIBIT | EXHIBIT PSS/103 – Quantity of Floppy Discs - Seized from the Garage at 34 Dymoke Street. This consists of a bag of floppy discs, some with printed or handwritten labels in English and Arabic. * EXHIBIT RECORD UPDATED * Forensic Images of the floppy discs were created by MPS Digital Media Exploitation Unit, digitalised and disclosed at NES/4. | | MM | [signature] |
| ... | ... | ... | ... | | | |
| 2025-068 | NES/4 | EXHIBIT | EXHIBIT NES/4 - One (1) 64GB USB Flash Drive - Features exhibit PSS/103. Review material provided both as carved files in folders (according to file type), and as forensic material that can be examined and searched. | | MM | [signature] |

**DISCLOSURE COMPLETED - SIGNED :** [signature] p202429 / [signature]

We, DC Matthew McKINLAY (p202429) on behalf of the Metropolitan Police Service, and J. Gavin Simpson Esq., on behalf of the Plaintiffs In re Terrorist Attacks on September 11th, 2001 (03-MDL-1570), confirm the transfer of the material listed above via one (1) 64GB USB flash drive. Transfer and review of the material was completed on June 27, 2025.

**DATED :** 27/06/2025 / JUNE 27, 2025