# EXHIBIT B

MPS2025-068

EXHIBIT NES/4

64GB USB FLASH DRIVE

