

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2025
```

BY ECF
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks of September 11, 2001*
            **03 MDL 01570 (GBD) (SN)**

Dear Judge Netburn:

    We write respectfully in this multidistrict litigation to request that the Court remove AUSA Sarah S. Normand from the docket as counsel for the United States, a non-party. Ms. Normand is retiring from the Department of Justice. AUSA Jennifer Jude and AUSA Jean-David Barnea have filed notices of appearance and will continue to represent the United States in this matter.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

                              */s/ Sarah S. Normand*
                              JEAN-DAVID BARNEA
                              JENNIFER A. JUDE
                              SARAH S. NORMAND
                              Assistant U.S. Attorneys
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Telephone: (212) 637-2679/2663
                              Jean-David.Barnea@usdoj.gov
                              Jennifer.Jude@usdoj.gov

**SO ORDERED.**

                              _____
                              SARAH NETBURN
                              United States Magistrate Judge

Dated: June 30, 2025
       New York, New York