# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

July 2, 2025                                                                                      **Via ECF**

Honorable George B. Daniels
Honorable Sarah Netburn

      Re:    *In re Terrorist Attacks on September 11, 2001,*
               MDL No. 03-MDL-1570 (GBD) (SN)
               *Burnett v. Islamic of Iran,* 15-cv-09903 (GBD)(SN)
               <u>Wrongful Death Plaintiffs' Motion for Entry of Awards</u>

Your Honors:

I write in regards to the following motion papers recently filed by my office in MDL 03-md-1570: Motion for Default Judgment for an Award of Economic Loss Damages for the *Halloran* and *Jordan* Estates (ECF #11032); Declaration of John F. Schutty in Support of this Motion (ECF #11033); and Proposed Order for Economic Loss Award and an Amended Partial Final Judgment (ECF #11034).

I am compelled to advise you that there was an error in the motion papers, since my office requested a decedent conscious pain and suffering award to the estates of these two families. I failed to see that the Court had already issued such an award when it awarded solatium damages to these two families. I apologize for this error.

Attached is an Amended Proposed Order for this application, which now acknowledges the Court's prior award of conscious pain and suffering damages. This Order will be filed separately through the ECF system today.

Sincerely yours,

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**
**445 Park Avenue, 9th Floor**
**New York, NY 10022**

**Cell: (646) 345-1441**
**Fax: (917) 591-5980**