**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x

*In re Terrorist Attacks on September 11, 2001*          03 MDL 1570 (GBD)(SN)
                                                         ECF Case

―――――――――――――――――――――――x

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923 (GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE

PLEASE TAKE NOTICE that upon the supporting Declaration of Jeremy Shockett, Esq., undersigned counsel respectfully moves this Court for an Order:

(1) dismissing without prejudice the claims filed on behalf of Michael Reynolds;

(2) granting such other and further relief as this Honorable Court deems just and proper.

Date: July 8, 2025                    /s/ Jerry S. Goldman
                                      Jerry S. Goldman
                                      Anderson Kill P.C.
                                      7 Times Square, 15th Floor
                                      New York, New York 10036
                                      jgoldman@andersonkill.com

docs-100789541.3