# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ x

*In re Terrorist Attacks on September 11, 2001*

_____ x

03 MDL 1570 (GBD)(SN)
ECF Case

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.,* *1*:04-cv-01923(GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion to Dismiss Without Prejudice, it is hereby **ORDERED** as follows:

(1) The Motion to Dismiss Without Prejudice is **GRANTED** with respect to claims brought on behalf of Michael Reynolds in the above-referenced matters.

BY THE COURT

_____
SARAH NETBURN
United States Magistrate Judge, SDNY

docs-100795280.1