IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

*In re Terrorist Attacks on September 11, 2001*

03 MDL 1570 (GBD)(SN)
ECF Case

---------------------------------------x

This document relates to:
*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, l:04-cv-01923 (GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## CERTIFICATE OF SERVICE

I, Jerry Goldman, Esquire, hereby certify that the foregoing Motion to Dismiss Without Prejudice the claims filed on behalf of Michael Reynolds, the supporting Declaration of Jeremy Shockett, Esq., and the Proposed Order were filed through the Court's ECF service. In addition, copies of the foregoing Motion to Dismiss Without Prejudice the claims filed on behalf of Michael Reynolds, the supporting Declaration of Jeremy Shockett, Esq., and the Proposed Order are being served via first class mail and email to the following recipient:

Michael Reynolds
5340 San Mateo Blvd NE
Apt. C41
Albuquerque, NM 87109
michaelreynolds15@yahoo.com

Dated:  New York, New York
     July 8, 2025

/s/ Jerry S. Goldman, Esq.
Jerry Goldman, Esq.
Anderson Kill

docs-100795279.1