IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

*In re Terrorist Attacks on September 11, 2001*

03 MDL 1570 (GBD)(SN)
ECF Case

---------------------------------x

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, l:04-cv-01923 (GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

### NOTICE OF MOTION SEEKING WITHDRAWAL AS COUNSEL AND PERMISSION FOR PLAINTIFF JUSTIN RODRIGUEZ TO PROCEED PRO SE

PLEASE TAKE NOTICE that upon the supporting Declaration of Jeremy Shockett, Esq., undersigned counsel respectfully moves this Court for an Order:

(1) Granting undersigned counsel and all other Anderson Kill P.C. attorneys permission to withdraw as counsel for Justin Rodriguez;

(2) Allowing Justin Rodriguez to proceed pro se;

(3) Granting such other and further relief as this Honorable Court deems just and proper.

Date: July 8, 2025

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Anderson Kill P.C.
7 Times Square, 15th Floor
New York, New York 10036
jgoldman@andersonkill.com

docs-100802293.2