

140 Broadway, 46th Floor
New York, NY 10005

DOROTHEA M. CAPONE
tcapone@baumeisterlaw.com

212-363-1200
866-363-1200
212-363-1346 Fax
www.baumeisterlaw.com

July 8, 2025

**VIA ECF**

| | |
|---|---|
| Honorable Judge George B. Daniels | Honorable Magistrate Sarah Netburn |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel Patrick Moynihan Courthouse | Thurgood Marshall Courthouse |
| 500 Pearl Street | 40 Foley Square |
| New York, NY 10007 | New York, NY 10007 |

Re: In Re: September 11, 2001 Terror Attacks, 03-mdl-1570 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

Dear Judge Daniels and Netburn:

I am writing to advise the Court of an error found in a partial final default judgment against the Taliban granted for certain *Bauer* plaintiffs on October 28, 2024, ECF No. 10468. During an administrative review of the firm's ECF filings, we discovered that the aforementioned default judgment did not address the award of treble damages for the solatium damages of the family members, although treble damages were requested in the original motion, and have been previously awarded to similarly situated plaintiffs by this honorable Court. *See* ECF Nos. 8973 and 11012. As such, we will be filing a Rule 60(a) motion seeking to correct the partial final default judgment.

Very truly yours,

/s/ *Dorothea M. Capone*
Dorothea M. Capone

DMC:cm