# EXHIBIT 1

### *BAUER II* PLAINTIFFS[1]

| Claimant Last Name | Claim First Name, Initial | 9/11 Decedent Last Name | 9/11 Decedent First Name, Initial | Relationship to 9/11 Victim | Damage Type Sought |
|---|---|---|---|---|---|
| Parker | Philip L. | n/a | n/a | Victim | Conscious, pain, and suffering and economic |
| Parker | Joan Z. | Parker | Philip L. | Spouse | Solatium |
| Parker | Stephanie Z. | Parker | Philip L. | Child | Solatium |
| Suarez | David S. | n/a | n/a | Victim | Conscious, pain, and suffering and economic |
| Suarez | Carol A. | Suarez | David S. | Parent | Solatium |
| Suarez | Manuel T. | Suarez | David S. | Parent | Solatium |
| Suarez | Bryan A. | Suarez | David S. | Sibling | Solatium |
| Carpenter | Kristen M. | Suarez | David S. | Sibling | Solatium |

---

[1] All Plaintiffs named are U.S. nationals.