*Bauer II Plaintiffs - Estates Conscious Pain and Suffering*

**EXHIBIT A-1**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | |
| 1 | Joan | Z | Parker | | Philip | L | Parker | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5,6 | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | $6,000,000 | 9/11/2001 | | $ (10,013,713.88) | $ (4,013,713.88) | |
| 2 | Carol Manuel | A T | Suarez Suarez | | David | S | Suarez | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5,6 | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | $6,000,000 | 9/11/2001 | | $ (10,013,713.88) | $ (4,013,713.88) | Parents are Co-Admin. |