*Bauer II Plaintiffs - Estates*
*Economic Damages*

**EXHIBIT A-2**

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | Judgment | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | |
| 1 | Joan | Z | Parker | | Philip | L | Parker | | U.S. | 9/11/01 | WTC | 03-697 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5,6 | 5470-2, filed under seal | 1/8/20 | 5774 at 4 | $ 9,486,305.00 | $ 28,458,915.00 | $28,458,915.00 | 9/11/2001 | | $ (47,496,572.01) | $ (19,037,657.01) | |
| 2 | Carol Manuel | A T | Suarez Suarez | | David | S | Suarez | | U.S. | 9/11/01 | WTC | 03-697 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5,6 | 5470-2, filed under seal | 1/8/20 | 5774 at 4 | $ 17,177,054.00 | $ 51,531,162.00 | $51,531,162.00 | 9/11/2001 | | $ (86,003,052.01) | $ (34,471,890.01) | Parents are Co-Admin |