# EXHIBIT A

*Ashton v. al Qaeda Islamic Army, et. al.*, Civil Action No. 02-6977

Complaint in Which Plaintiffs Below Were Previously Named: Ashton Sixth Amended Complaint, 03-md-1570, ECF 465

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 1 | Curia, Laurence | Linda Curia | | Linda Curia, as Parent and Guardian of Mitchell Curia, Child of Laurence Curia | Mitchell Curia, Child of Laurence Curia | WD |
| 2 | Demas, Anthony | Violetta Demas | | Violetta Demas, as Parent and Guardian of Andrew Demas, Child of Anthony Demas | Andrew Demas, Child of Anthony Demas | WD |
| 3 | Demas, Anthony | Violetta Demas | | Violetta Demas, as Parent and Guardian of Nicholas Demas, Child of Anthony Demas | Nicholas Demas, Child of Anthony Demas | WD |
| 4 | Griffin, Tawanna | Bobby Griffin | Bobby Griffin, Spouse of Tawanna Griffin | | | WD |
| 5 | Griffin, Tawanna | Bobby Griffin | | Bobby Griffin, as Parent and Guardian of Bobby Griffin, Jr., Child of Tawanna Griffin | Bobby Griffin, Jr., Child of Tawanna Griffin | WD |
| 6 | Hatton, Leonard | Joanne Hatton | Joanne Hatton, Spouse of Leonard Hatton | | | WD |
| 7 | Hatton, Leonard | Joanne Hatton | | Joanne Hatton, as Parent and Guardian of Jessica Hatton, Child of Leonard Hatton | Jessica Hatton, Child of Leonard Hatton | WD |
| 8 | Hatton, Leonard | Joanne Hatton | | Joanne Hatton, as Parent and Guardian of Courtney Nash, Child of Leonard Hatton | Courtney Nash, Child of Leonard Hatton | WD |
| 9 | Maio, Joseph | Sharri Maio | Sharri Maio, as Spouse of Joseph Maio | | | WD |
| 10 | Maio, Joseph | Sharri Maio | | Sharri Maio, as Parent and Guardian of Devon Maio, Child of Joseph Maio | Devon Maio, Child of Joseph Maio | WD |
| 11 | Razuvaev, Alexey | Natalya Loginova | | Natalya Loginova, as Limited Guardian of Anna Razovaev, Child of Alexey Razuvaev | Anna Razovaev, Child of Alexey Razuvaev | WD |
| 12 | Taylor, Lorisa | Frank Taylor | | Frank Taylor, as Limited Guardian of Tatiana Lawes, Child of Lorisa Taylor | Tatiana Lawes, Child of Lorisa Taylor | WD |