UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO CLARIFY PLEADINGS FOR MULTIPLE-CAPACITY CLAIMS

Upon consideration of the arguments submitted by Plaintiffs identified in Exhibit A to this Order, it is hereby:

**ORDERED** that the claims of the Plaintiffs named in the pleadings in this case by or prior to September 30, 2005 in the *Ashton* Sixth Amended Complaint (ECF 465), as set forth in Exhibit A are clarified to encompass the capacity to bring claims for these named Plaintiffs listed in Exhibit A; and it is

**ORDERED** that this clarification amends the operative pleadings in this action and relates back to when each of the individuals who were originally named in the pleadings were added to this litigation as set forth in Exhibit A pursuant to Fed. R. Civ. P. 15(c);

**ORDERED** that the *Ashton* Plaintiffs must comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of the additional capacities of these plaintiffs and the names of the formerly minor plaintiffs to the *Ashton* action in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF 11064 in 03-MDL-1570 (GBD)(SN) and ECF 2299 in 02-cv-6977 (S.D.N.Y.) (GBD)(SN).

1

**SO ORDERED.**

Dated: _____, 2025
       New York, New York

HON. SARAH NETBURN
United States Magistrate Judge