# EXHIBIT A

Exhibit A to Motion to Add Plaintiffs

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Leonard | W. | Hatton | III | | Child | NJ | United States | Leonard | | Hatton | |
| 2 | Tara | Anne | Hatton | | | Child | NJ | United States | Leonard | | Hatton | |
| 3 | Virginia | | Howard | | Anne Galizia | Parent | NY | United States | Joseph | | Howard | |
| 4 | Thomas | | Knox | | | Parent | N/A | Austriala | Andrew | | Knox | |
| 5 | Joshua | E. | Marchand | | | Child | OH | United States | Alfred | G. | Marchand | |
| 6 | Janna | | Rasuvaev | | | Spouse | N/A | Canada | Alexey | | Razuvaev | |
| 7 | Megan | | Schaeffer | | | Sibling | FL | United States | John | F. | McDowell | Jr. |