# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ x

*In re Terrorist Attacks on September 11, 2001*

_____ x

03 MDL 1570 (GBD)(SN)

ECF Case

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, l:04-cv-01923 (GBD)(SN)
*Gladys Lopez et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion Seeking Withdrawal as Counsel and Permission for Plaintiff Justin Rodriguez to Proceed Pro Se, it is hereby **ORDERED** as follows:

(1)   The Motion Seeking Withdrawal as Counsel and Permission for Plaintiff Justin Rodriguez to Proceed Pro Se is **GRANTED**;

(2)   All counsel at Anderson Kill P.C. are hereby withdrawn from representing Justin Rodriguez in the above referenced actions;

(3)   Plaintiff Justin Rodriguez is hereby granted leave to appear Pro Se in the above referenced actions.

BY THE COURT

_____
SARAH NETBURN
United States Magistrate Judge, SDNY

docs-100802299.2