UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2025

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiffs' counsel should refrain from using the newly circulated *draft* spreadsheets for default judgment motions. See ECF No. 11036.[1] The Court will issue a separate Order once the spreadsheets are finalized. See, e.g., ECF No. 9435.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 10, 2025
              New York, New York

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.