**Exhibit A-2 - 9/11 Decedent's Estate Economic Damages**

| | Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | 5450 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 5470-2, filed under seal. | 1/8/20 | 5775 at 4 | $ 9,486,305.00 | $ 28,458,915.00 |
| 2 | Carol | A. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | 5450 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 5470-2, filed under seal. | 1/8/20 | 5775 at 4 | $ 19,177,054.00 | $ 57,531,162.00 |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | Same as above | | | $ - | | Same as above | | | $ - | |