**Exhibit C - Family Members' Solatium Damages**

| | Claimant | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Kristen | M. | Carpenter | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |
| 2 | Stephanie | Z. | Parker | U.S. | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Child | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Bryan | A. | Suarez | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |