USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2025

**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

July 10, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs and Sudan, together with the Government, submit this request to address the Court's directions identified in the Order at ECF No. 10999.

The parties and the Government have been engaging in meet and confers regarding the parties' subpoenas and Touhy requests. Plaintiffs and the Government met for an hour-and-a-half meet and confer on June 23. Sudan and the Government met and conferred on June 13 and 18, and agreed Sudan would follow up on those discussions in writing, which Sudan did by letter on July 9. Further discussions are anticipated. Sudan and Plaintiffs continue to confer regarding the parties' respective obligations. The parties and the Government uniformly agree that additional time is necessary for their ongoing meet and confers to determine whether there are any issues they need the Court to address.

The parties and the Government jointly propose that the Court set a further deadline for the parties to report on the status of their discussions, July 31, 2025, and the parties and the Government will propose in that letter a range of mutually convenient dates for a status conference thereafter.

---

The parties' request to provide the Court with a status letter by July 31, 2025, is GRANTED. The letter should include the following, as set out in the Court's Order at ECF No. 10999: the status of their meet-and-confer process regarding the parties' subpoenas; a proposal for a deposition protocol; and the PECs' discovery production to Sudan. The status conference previously set for July 21, 2025, is ADJOURNED. In their letter, the parties shall propose mutually convenient dates for a status conference prior to August 15, 2025.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 11, 2025
       New York, New York

The Honorable Sarah Netburn, U.S.M.J.
July 10, 2025
Page 2

_____

Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*Co-Chair for the Plaintiffs' Executive Committee for Commercial Claims on behalf of the Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
STEVEN R. POUNIAN
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF