**EXHIBIT A**

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 1 | Peter Beck, as Personal Representative of the Estate of Susie Beck | Sibling (Deceased) | NY | United States | Erwin Erker |
| 2 | Michelle Fallon | Sibling | NY | United States | David Ruddle |
| 3 | Dakota Hale | Child | MT | United States | Alfred Marchand |
| 4 | Trae Hale | Child | NM | United States | Alfred Marchand |
| 5 | Renee Shubert | Child | NY | United States | Thomas Shubert |
| 6 | Diana Shubert | Spouse | NY | United States | Thomas Shubert |
| 7 | Diana Shubert | PR | NY | United States | Thomas Shubert |
| 8 | Anita Danielsen | Sibling | FL | United States | Erwin Erker |