UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Kenneth Lum, et al. |
| v. |
| Islamic Republic of Iran |

**CLERK'S CERTIFICATE OF MAILING**

1:24-cv-07824-GBD-SN

I hereby certify under the penalties of perjury that on the 20th day of December, 2024, I served defendant:

> Islamic Republic of Iran
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: ABBAS ARAGHCHI

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3) one (1) copy (in English and Farsi) of the:

- Summons;
- Iran Short Form Complaint and Demand for Trial by Jury dated October 15, 2024;
- Notice to Conform to Consolidated Amended Complaint dated October 28, 2023;
- Notice to Conform to Sudan Consolidated Amended Complaint or *ASHTON* Sudan Amended Complaint dated October 28, 2024;
- Civil Cover Sheet;
- Related Case Statement;
- Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;
- Affidavit of translator;
- Translations of the above-referenced documents.

by USPS Registered Mail RH004148072US.


Dated: December 20, 2024
       New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk