UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Lum, et al.,

                       Plaintiffs,

v.

Islamic Republic of Iran,

                       Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:24-cv-07824-GBD-SN

I hereby certify under the penalties of perjury that on the 24th day of January, 2025, I served defendant:

    Islamic Republic of Iran
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Iman Khomeini Avenue
    Tehran, Iran
    ATTN: ABBAS ARAGHCHI

by dispatching via Federal Express, Tracking No. 8182 8357 9849, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies (in English and Farsi) of the Summons; Iran Short Form Complaint and Demand for Trial by Jury dated October 15, 2024; Notice to Conform to Consolidated Amended Complaint dated October 28, 2023; Notice to Conform to Sudan Consolidated Amended Complaint or ASHTON Sudan Amended Complaint dated October 28, 2024; Civil Cover Sheet; Related Case Statement; Notice of suit prepared in accordance with 22 CPR§ 93.2 with a copy of 28 U.S.C. § 1330, l391(f), 1441(d), and 1602 -1611; Affidavit of Translator; and translations of the above-mentioned documents.

Dated: January 24, 2025
        New York, New York

                                                   TAMMI M. HELLWIG
                                                   CLERK OF COURT

                                                   /s/Rachel Slusher
                                                   Deputy Clerk