# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

<u>Via U.S. Mail and Email if on File</u>          July 22, 2025

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03-MDL-1570 (GBD)(SN); <u>Grace Salinardi, et al. v. Islamic Republic of Iran</u>, No. 1:25-cv-05971

Dear Judge Netburn:

  Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed July 21, 2025 be made part of the MDL.

  Per Your Honor's practices in this MDL, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Jerry Goldman*
            Jerry S. Goldman, Esq.

            *Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
     All MDL Counsels of Record