**ANDERSON KILL P.C.**

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/24/2025

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

*Via U.S. Mail and Email if on File*                                                July 22, 2025

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN);
            *Grace Salinardi, et al. v. Islamic Republic of Iran*, No. 1:25-cv-05971

Dear Judge Netburn:

      Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed July 21, 2025 be made part of the MDL.

      Per Your Honor's practices in this MDL, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

      We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        */s/ Jerry Goldman*
                                        Jerry S. Goldman, Esq.

                                        *Attorney for the Plaintiffs*

---

Pursuant to the Court's Order at ECF No. 5234, the above-referenced case shall be made part of the MDL.
**SO ORDERED.**

                                        SARAH NETBURN
                                        United States Magistrate Judge

Dated: July 24, 2025
       New York, New York