UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

-----------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   July 30, 2025                               Respectfully submitted,

                                                     MOTLEY RICE LLC

                                                     */s/ John C. Duane*
                                                     John C. Duane, Esq.
                                                     Mount Pleasant, SC 29464
                                                     Telephone: (843) 216-9000
                                                     Facsimile: (843) 216-9450
                                                     jduane@motleyrice.com
                                                     Counsel for Plaintiffs