UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has approved revised default judgment motion worksheets. Effective immediately, Plaintiffs' counsel should use these new worksheets to prepare all future default judgment motions. Plaintiffs' counsel can email Netburn_NYSDchambers@nysd.uscourts.gov to obtain the new worksheets. The Clerk of Court will use these worksheets to calculate the total interest and total damages awards at the time judgment is entered.[1]

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 31, 2025
                New York, New York

---

[1] Special thanks to the dedicated Miscellaneous Case Operations and Docket Services staff for their diligent work and thoughtful insights, which were instrumental in preparing these new forms.