UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has reviewed the joint status letter submitted by the Plaintiffs, Sudan, and the United States. See ECF No. 11112. The Court will hold a status conference at 2:30 p.m. on August 6, 2025, in the Thurgood Marshall Courthouse (courtroom to be determined later) to address any outstanding matters and set further deadlines. The parties should be prepared to discuss a reasonable deadline to file a deposition protocol and schedule depositions, and a proposal to address discovery from government agencies, including a reasonable schedule for any related motion practice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 1, 2025
               New York, New York