**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                                     **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Kim, et al. v. Islamic Republic of Iran, 18-cv-11870 (GBD) (SN)

    Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN)

    King, et al. v. Islamic Republic of Iran, 22-cv-5193 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2024, the Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is **ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is **ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages and it is ORDERED that the Plaintiff identified in Exhibit A is awarded compensatory damages as set forth therein for her decedent's pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is **ORDERED** that the Plaintiff receiving pain and suffering damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and

it is **ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is **ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York
August 5, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

**BY:** _____
                                        **Deputy Clerk**

# Exhibit A

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Jamie | | Brito | | Victoria | | Alvarez-Brito | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | | N/A | $2,000,000.00 | 9915-4, at 1 | 7/1/24 | N/A | $1,277,218.00 |
| 2 | Andrea | | Stauter | | Edward | T. | Earhart | | US | 9/11/2001 | VA | 18cv11870 | 18cv11870, 1 at 1 | | N/A | N/A | 9915-4, at 24 | 7/1/24 | N/A | $1,226,414.00 |
| 3 | Dawn; Thomas | | Gonzalez; Gonzalez | | Jenine | | Gonzalez | | US | 9/11/2001 | NY | 18cv11870 | 18cv11870, 1 at 5 | 5509, 5532, granted at 5565 | N/A | N/A | 9915-4, at 39 | 7/1/24 | N/A | $1,562,453.00 |
| 4 | Lance | | Ogren | | Joseph | J. | Ogren | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 7 | 5548, granted at 5641 | N/A | N/A | 9915-4, at 62 | 7/1/24 | N/A | $4,025,861.00 |
| 5 | Valada | B. | Penny | | Richard | | Penny | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | | N/A | N/A | 9915-4, at 79 | 7/1/24 | N/A | $153,883.00 |
| 6 | Gail | Ingersoll | Sezna | | Davis | Grier | Sezna | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | | N/A | N/A | 9915-4, at 102 | 7/1/24 | N/A | $2,476,433.00 |