**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                            03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                        **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Aron, et al. v. Islamic Republic of Iran, 20-cv-9376 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2024, this Court clarifies that Exhibit A to its June 17, 2024 Order inadvertently omitted Plaintiff's award of pain-and-suffering damages. It is hereby ORDERED that Plaintiff, as identified in Exhibit A, is awarded compensatory damages for her decedent's pain and suffering in an amount of $2,000,000.00, as set forth therein; and it is ORDERED that Plaintiff is awarded prejudgment interest of 4.96 percent per annum on the pain and suffering damages award, compounded annually, running from September 11, 2001 until the date of judgment (June 17, 2024).

**Dated:** New York, New York
          August 5, 2025

                                                                                **TAMMI M. HELLWIG**
                                                                                **Clerk of Court**

                                   BY:
                                                                                **Deputy Clerk**

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent ||||  9/11 Decedent ||||||| Claim Information ||| Pain & Suffering Damages ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount |
| 1 | Christine |  | Brozon |  | Luigi |  | Calvi |  | Italy | 9/11/2001 | NY | 20cv9376 | 20cv9376, 1 at 2 |  |  | $2,000,000.00 |