UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:  03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON  **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

   Ray, et al. v. Islamic Republic of Iran, et al., 19-cv-0012 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2024, the Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Defendant the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in the Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

   August 6, 2025

TAMMI M HELLWIG
CLERK OF COURT

By _____
    Deputy Clerk

# Exhibit A

| Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 Herman | | Ray | | Denease | | Conley | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 13 | | | | 10348-1 | 10/1/24 | N/A | $5,341,635 |
| 2 Vito | | Garfi | | Francesco | | Garfi | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 19 | | | | 10348-1 | 10/1/24 | N/A | $22,829,152 |
| 3 Danielle | | McGuire | | Patrick | | McGuire | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 23 | | | | 10348-1 | 10/1/24 | N/A | $19,770,692 |
| 4 Elizabeth | | Medaglia-Cordes | | Rocco | | Medaglia | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 26 | | | | 10348-1 | 10/1/24 | N/A | $5,800,381 |