UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                                          **<u>PARTIAL JUDGMENT</u>**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903 (GBD) (SN)

    Prior, et al. v. Islamic Republic of Iran, et al., 19-cv-0044 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2024, the Burnett Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). It is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Defendants; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and

it is ORDERED that the Plaintiffs identified in the attached Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York

       August 6, 2025

                                      **TAMMI M. HELLWIG**
                                      _____
                                        **Clerk of Court**

**BY:**           _____
                     **Deputy Clerk**

# Exhibit A

EXHIBIT A
NON-U.S. NATIONAL 9/11 DECEDENTS (NY)

| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Maria | Celeste | Aryee | | Japhet | | Aryee | | Ghana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3170 | | | | | | 1/29/2024 | | $ 6,523,355.00 | |
| 2 | Katherine | Agnes | Bailey | | Garnet | | Bailey | | Canada | 9/11/01 | NY (UA175) | 15cv9903 | 1:15-cv-09903 ¶3 at 2314 | | | | | | 1/10/2020 | | $ 5,416,710.00 | |
| 3 | Maureen | Elizabeth | Basnicki | | Kenneth | William | Basnicki | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3563 | | | | | | 2/15/2024 | | $ 10,941,249.00 | |
| 4 | Robert | W. | Beatty | | Jane | | Beatty | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3606 | | | | | | 1/29/2024 | | $ 6,320,477.00 | |
| 5 | Malcolm | Phillip | Campbell | | Geoffrey | Thomas | Campbell | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3157 | | | | | | 2/8/2024 | | $ 16,441,891.00 | |
| 6 | Margaret | Alexandra | Clarke | | Suria | R. E. | Clarke | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3691 | | | | | | | | | |
| 7 | Donald | J. | Poissant | | Cynthia | Marie | Connolly | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 2755 | | | | | | 1/10/2020 | | $ 9,212,611.00 | |
|  | Nigel | Durnstan | Cox | | Andre | | Cox | | St. Vincent and the Grenadines | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3087 | | | | | | | | | |
| 9 | Bibiana Asuncion | M. | de Chavez de Chavez | | Jayceryll | Malbuyoc | de Chavez | | Philippines | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3, ¶3 at 366, 4778 at 3 | | | | | | 2/20/2024 | | $ 9,308,134.00 | |
| 10 | Janet | Arleen | Dunstan | | Richard | A. | Dunstan | | England | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1154 | | | | | | 2/29/2024 | | $ 12,461,980.00 | |
| 11 | Anna | Maria | Egan | | Michael | | Egan | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 579 | | | | | | | | | |
| 12 | Rogelio | R. | Escarcega | | Sarah | Ali | Escarcega | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3605 | | | | | | 4/4/2024 | | $ 13,103,471.00 | |
| 13 | Jennifer | Rene | Ewart | | Meredith | Em V June | Ewart | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 88 | | | | | | | | | |
| 14 | Tosite | | Molina | | Christopher | Hugh | Forsythe | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 439 | | | | | | | | | |
| 15 | Hans | L. | Gerhardt | | Ralph | | Gerhardt | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3501 | | | | | | 1/10/2020 | | $ 18,122,886.00 | |
| 16 | Deena | Joan | Gilbey | | Paul | Stuart | Gilbey | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1416 | | | | | | 1/10/2020 | | $ 12,215,596.00 | |
| 17 | Victoria | | Blaksley | | Pedro | | Grehan | | Argentina | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1727 | | | | | | | | | |
| 18 | Beverly | | Hall | | Vaswald | George | Hall | | Jamaica | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3598 | | | | | | | | | |
| 19 | Susan | | Jones | | Christopher | D. | Jones | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 2883 | | | | | | 1/13/2020 | | $ 14,785,800.00 | |
| 20 | Solomon | | Gayle | | Sellel | | Khoo | | Malaysia | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 400 | | | | | | 1/13/2020 | | $ 73,639,140.00 | |
| 21 | Seeka | | Gawas | | Ganesh | | Ladkat | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1541 | | | | | | | | | |
| 22 | Se | Hua | Au | | Wei Rong | | Lin | | China | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 2554 | | | | | | 1/10/2020 | | $ 12,114,565.00 | |
| 23 | Deming | | Lohez | | Jerome | | Lohez | | France | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3509 | | | | | | | | | |
| 24 | Maureen | Marguerite | Maddison | | Simon | | Maddison | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1349 | | | | | | | | | |
| 25 | William | Jern | Skead | | Christine | Sheila | McNulty | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3584 | | | | | | | | | |
| 26 | Myrtle | | Bazil | | Shevonne | Olicia | Mentis | | Guyana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 2050 | | | | | | 1/14/2020 | | $ 8,917,674.00 | |
| 27 | Koolshmatie | | Nath | | Narender | | Nath | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 2533 | | | | | | | | | |
| 28 | Lachman | | Parbhu | | Hardai | | Parbhu | | Guyana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3537 | | | | | | | | | |
| 29 | Yogesh | R. | Patel | | Avnish | Rameshbhai | Patel | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 78 | | | | | | 1/13/2020 | | $ 6,631,265.00 | |
| 30 | Silveria | | Segura | | Juan | G. | Salas | | Dominican Republic | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 4778 at 6 | | | | | | | | | |
| 31 | Lucy | E. | Thompson | | Clive | | Thompson | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1324 | | | | | | | | | |
| 32 | Sharon | B. | Schultz | | Karamo | | Trerra | | Gambia | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1561 | | | | | | | | | |
| 33 | Elizabeth | Rachel | Turner | | Simon | James | Turner | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3556 | | | | | | | | | |
| 34 | Yah-Ju | | Wen | | Szu-Hui | | Wen | | Taiwan | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 1191 | | | | | | | | | |
| 35 | Victor | M. | Turcios | | Sigrid | Charlotte | Wiswe | | Germany | 9/11/01 | NY (WTC) | 19cv44 | 1:19-cv-00044 1 Appx, Pg. 12 | | | | | | | | | |
| 36 | Karen | L. | Bedell | | Martin | Michael | Wortley | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 2258 | | | | | | | | | |
| 37 | Nancy | McCardle | Yambem | | Jupiter | | Yambem | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3234 | | | | | | 1/13/2020 | | $ 7,936,398.00 | |
| 38 | Aitha | | Vennakapalli | | Suresh | | Yanamadala | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903 ¶3 at 3543 | | | | | | | | | |