**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |

## ENTRY OF APPEARANCE

To the Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

August 6, 2025

By:    */s/ Amy Weiss*
Amy Weiss, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Telephone: 212-278-1000
Email: aweiss@andersonkill.com

*Attorney for Plaintiffs*

docs-100725874.1