**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                                            **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-----------------------------------------------------------X

This document relates to:

    Burnett, et al., v. Islamic Republic of Iran, No. 15-cv-9903 (GBD) (SN)

    Jimenez, et al. v. Islamic Republic of Iran, No. 18-cv-11875 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated January 29, 2025, the Plaintiffs' motions for partial final default judgment as to solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Ian L. Pescaia be awarded $12,500,000.00 in solatium damages; and it is ORDERED that Plaintiff Jaimelin Taveras be awarded $8,500,000.00 m solatium damages; and it is ORDERED that Plaintiff Jaimercedes Taveras be awarded $8,500,000.00 in solatium damages; and it is ORDERED that Plaintiff Jaimenys Taveras be awarded $4,250,000.00 solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 percentile per annum, all interest compounded annually for the period from September 11, 2001 until the date of judgment; and it is ORDERED that, to the extent they have not already done so, all Burnett and Jimenez Plaintiffs are permitted to seek punitive or other damages at a later date, consistent with future Court orders.

**Dated:** New York, New York

    August 6, 2025

TAMMI M. HELLWIG
Clerk of Court

BY: _____
Deputy Clerk