```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                                    03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001                                             ORDER


-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2025

**SARAH NETBURN, United States Magistrate Judge:**

The Court today held a discovery conference with the Plaintiffs' Executive Committees ("PECs"), the Republic of the Sudan ("Sudan"), and the United States Government. Having considered their submissions, the Court ORDERS the following: First, the PECs and Sudan shall submit a proposed deposition protocol by August 22, 2025, along with letter briefs from each side delineating any areas of dispute. These letters are not to exceed five pages.

Second, the PECs shall file a motion to compel CIA documents by September 8, 2025, should their continuing conversations with the Government not resolve their outstanding issues. By September 15, 2025, Sudan shall file a letter indicating that it is joining the PECs' motion, adding to it, or adopting another position. The CIA shall respond one month after Sudan's letter is filed—by October 15, 2025. The PECs and Sudan shall reply (either jointly or separately, depending on Sudan's position) by November 7, 2025.

Lastly, the parties and the Government shall submit a joint status letter on the progress of document production by other Government agencies—namely, the FBI, the U.S. Marshals Service, and the State Department—by September 17, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 6, 2025
         New York, New York

2