UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903- (GBD)(SN)*

      I hereby certify under the penalties of perjury that on the 7th day of August 2025, I served defendant:

    Islamic Republic of Iran
    Ali Bagheri
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Imam Khomeini Avenue
    Imam Khomeini Square
    Tehran, Iran

by dispatching via Federal Express, Tracking No. 8833 2669 9421, to The Secretary of State, L/CA/POG/GC SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10980 in the Burnett case; Order Granting Partial Final Default Judgment, dated May 29, 2025, Document 10980 and Report & Recommendation dated April 17, 2025, Document 10876 (in English and Farsi) entered in the Burnett case; A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated: August 7th, 2025
       New York, New York

                                                      Tammi M Hellwig
                                                      Clerk of Court

                                                      /s/Rachel Slusher
                                                      Deputy Clerk