# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:                                                    03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                          **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-----------------------------------------------------------X

This document relates to:

    Burnett, et al., v. Islamic Republic of Iran, No. 15-cv-9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Decision & Order dated May 29, 2025, certain Burnett Plaintiffs moved for

partial final default judgment against the Islamic Republic of Iran, the Islamic Revolutionary

Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran

Defendants"). It is ORDERED that judgments as to liability are entered for the Plaintiffs on their

wrongful death claims based on New York law against the Iran Defendants as described in that

Order; and it is ORDERED that judgments as to liability are entered for the Plaintiffs on their

survival claims based on New York law against the Iran Defendants as described in that Order;

and it is ORDERED that judgments as to liability are entered for the Plaintiffs on their IIED

state law claims against the Iran Defendants as described in that Order; and it is ORDERED that

partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B

against the Iran Defendants; and it is ORDERED that the Plaintiffs identified in Exhibit A are

awarded pain and suffering and economic damages as set forth therein; and it is

ORDERED that the Plaintiffs identified in Exhibit B are awarded solatium damages as set

forth therein; and it is ORDERED that Plaintiffs receiving economic damages identified in

Exhibit A are awarded

prejudgment interest of 4.96 percent per annum, compounded annually, running from the date in the "Date of Report" column in Exhibit A until the date of judgment; ORDERED that Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; ORDERED that Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

August 7, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**

# Exhibit A

Exhibit A
Non-U.S. National 9/11 Decedents (NY)

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Joy, Adrian | | Bennett, Bennett | | Oliver | Duncan | Bennett | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3570 | 9962, at 4-5, 10036 | | $ 2,000,000.00 | | 1/31/2024 | | $ 10,186,843.00 |
| 2 | Derek | Edward | Bristow | | Paul | Gary | Bristow | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3328 | 9962, at 14, 10036 | | $ 2,000,000.00 | | 1/29/2024 | | $ 12,798,670.00 |
| 3 | Abigail | Jane | Carter | | Caleb | Arron | Dack | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 103 | 9962, at 6, 10036 | | $ 2,000,000.00 | | 1/9/2020 | | $ 18,343,242.00 |
| 4 | David | | de Vere | | Melanie | Louise | De Vere | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3552 | 9962, at 7, 10036 | | $ 2,000,000.00 | | | | |
| 5 | Raymond | D. | Duger | | Antoinette | | Duger | | Italy | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1619 | 9962, at 8, 10036 | | $ 2,000,000.00 | | 1/10/2020 | | $ 7,411,252.00 |
| 6 | Ellen | Ruth | Judd | | Christine | | Egan | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3573 | 9962, at 9, 10036 | | $ 2,000,000.00 | | | | |
| 7 | Timothy, Glyn | | John, John | | Nicholas | | John | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3250 | 9962, at 10-11, 10036 | | $ 2,000,000.00 | | | | |
| 8 | Angela, Keith | Elizabeth, John | Rogers, Rogers | | Karlie | Barbara | Rogers | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3596 | 9962, at 12-13, 10036 | | $ 2,000,000.00 | | | | |

# Exhibit B

Exhibit B - Solatium

| First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| | | **Claimant** | | | | | **9/11 Decedent** | | | | | | **Claim Information** | | | **Solatium Damages** | | |
| Justin | Michael | Bennett | | U.K. | Oliver | Duncan | Bennett | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3572 | 10207, at 161, 10219 | Sibling | | | $ 4,250,000.00 |
| Joy | | Bennett | | U.K. | Oliver | Duncan | Bennett | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3571 | 9962, at 4, 10036 | Parent | | | $ 8,500,000.00 |
| Angela | Elizabeth | Rogers | | U.K. | Karlie | Barbara | Rogers | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3595 | 9962, at 12, 10036 | Parent | | | $ 8,500,000.00 |
| Keith | | Rogers | | U.K. | Karlie | Barbara | Rogers | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3596 | 9962, at 13, 10036 | Parent | | | $ 8,500,000.00 |
| Joanna | K. | Wells | | U.K. | Vincent | Michael | Wells | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3615 | 10207, at 182, 10219 | Sibling | | | $ 4,250,000.00 |
| Timothy | | John | | U.K. | Nicholas | | John | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3215 | 9962, at 11, 10036 | Sibling | | | $ 4,250,000.00 |
| Keith | Trevor | Cudmore | | U.K. | Neil | James | Cudmore | | U.K. | 9/11/01 | NY | 9903 | 15-cv-09903, 53, at 3325 | 10207, at 178, 10219 | Sibling | | | $ 4,250,000.00 |
| Matthew | Ian | Campbell | | U.K. | Geoffrey | Thomas | Campbell | | U.K. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 826, at 1 | Sibling | | | $ 4,250,000.00 |
| Maureen | Lucille | Campbell | | U.K. | Geoffrey | Thomas | Campbell | | U.K. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 826, at 2 | Parent | | | $ 8,500,000.00 |
| Robert | Benjamin | Campbell | | U.K. | Geoffrey | Thomas | Campbell | | U.K. | 9/11/01 | NY | 9903 | | 1:15-cv-09903, 826, at 3 | Sibling | | | $ 4,250,000.00 |