UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:                                                                                      03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                                       **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Ashton v. al Qaeda Islamic Army, No. 02-cv-6977 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated May 29, 2025, the estate of Andrez Cieslik (the "Cieslik Estate Plaintiff") filed a renewed motion for partial final default judgment against the Islamic Republic of Iran ("Iran"). The Cieslik Estate Plaintiff's motion is GRANTED. It is ORDERED that judgment as to liability is entered for the Cieslik Estate Plaintiff on its assault and battery claims based on New York law against Iran as described in this order; and it is ORDERED that a partial final default judgment is entered against Iran for the Cieslik Estate Plaintiff; and it is ORDERED that the Cieslik Estate Plaintiff be awarded pain and suffering damages as set forth in that order; and it is ORDERED that the Cieslik Estate Plaintiff be awarded prejudgment interest at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is ORDERED that the Cieslik Estate Plaintiff may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court.

**Dated:** New York, New York

    August 7, 2025

                                                        TAMMI M. HELLWIG
                                                        Clerk of Court

                                  BY: _____
                                                         Deputy Clerk