UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                                    03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                               **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Burnett v. Islamic Republic of Iran, No. 15-cv-09903 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated May 29, 2025, two *Burnett* Plaintiffs, Manuel Gonzalez and Renato Olaes, as the Personal Representative of the Estate of Dalisay Olaes, moved for partial final default judgment against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants"). The motions by Burnett Plaintiffs, Manuel Gonzalez and Renato Olaes, as the Personal Representative of the Estate of Dalisay Olaes, are GRANTED. It is ORDERED that service of process was properly effectuated upon the Iran Defendants under 28 U.S.C. § 1608(a)(4) and 28 U.S.C. § 1608(b)(3); and it is ORDERED that this Court has subject matter and personal jurisdiction over the Plaintiffs' claims against the Iran Defendants under 28 U.S.C. §§ l330(a) andl605A; and it is ORDERED that judgments as to liability are entered for the U.S. national Burnett Plaintiffs on their 28 U.S.C. § 1605A claims against the Iran Defendants as described in this Order; and it is ORDERED that a partial final default judgment is entered on behalf of the two Burnett Plaintiffs, Manuel Gonzalez and Renato Olaes, as the Personal Representative of the Estate of Dalisay Olaes, against the Iran Defendants; and it is ORDERED that Manuel Gonzalez be

awarded pain and suffering damages in the amount of $5 million; and it is ORDERED that Renato Olaes, as the Personal Representative of the Estate of Dalisay Olaes, be awarded pain and suffering damages in the amount of $7 million; and it is ORDERED that the two Burnett Plaintiffs receiving pain and suffering be awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is ORDERED that the two Burnett Plaintiffs may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court.

**Dated:**  New York, New York

      August 7, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**