UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:  03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON     **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

      Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977 (GBD) (SN)
      Burlingame v. Bin Laden, No. 02-cv-7230 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 29, 2025, the Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). It is ORDERED that the motions for judgment by default against Iran on behalf of plaintiffs listed in Exhibits A and B are GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A and B against Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against Iran; and it is ORDERED that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in the Exhibit B are awarded solatium damages as set forth therein; and it is ORDERED that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit

future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing in Exhibits A or B may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York

      August 11, 2025

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                **BY:**       *[signature]*
                                    **Deputy Clerk**

# Exhibit A

Exhibit A - Economic Damages

| # | Personal Representative | | | | 9/11 Decedent | | | | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information | | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | | | | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | |
| 1 | Joanne | | Hatton | | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | | 2/1/25 | | $ 4,814,861.00 | |
| 2 | Deborah | | Basham | | Alfred | Todd | Rancke | | US | 9/11/01 | NY | 02cv06977 | 1463 at 20 | | | 6/1/25 | | $ 10,635,883.00 | Personal Representative also appears as Deborah Rancke in 1463 at 20 |
| 3 | Paula | | Berry | | David | S. | Berry | | US | 9/11/01 | NY | 02cv06977 | 1463 at 49 | | | 6/1/25 | | $ 15,806,301.00 | |
| 4 | Donna | | Hickey | | Brian | C. | Hickey | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | | 6/1/25 | | $ 2,990,966.00 | |
| 5 | Marcella | | Leahy | | James | P. | Leahy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | | 6/1/25 | | $ 4,200,710.00 | |
| 6 | Linda | | Sarle | | Paul | F. | Sarle | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | | 6/1/25 | | $ 5,013,787.00 | |
| 7 | Emily | | Terry | | Andrew | | Kates | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | | 6/1/25 | | $ 22,471,741.00 | |
| 8 | Sharri | | Maio | | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | | | 6/1/25 | | $ 11,730,247.00 | Personal Representative also appears as Shari Maio in the amendment at 02-cv-6977, ECF No. 996. |

# Exhibit B

Exhibit B - Solatium Damages

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
| 1 | | | | | Mitchell | | Curia | | US | Laurence | | Curia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 6 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 2 | | | | | Bobby | | Griffin | | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 | |
| 3 | | | | | Bobby | | Griffin | Jr | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 4 | Anne | | Galizia | | Virginia | | Howard | | US | Joseph | | Howard | | US | 9/11/01 | NY | 02cv06977 | 1463 at 13 | 02cv06977, 2245 | Parent | | | $ 8,500,000.00 | |
| 5 | | | | | Joanne | | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 997 | Spouse | | | $ 12,500,000.00 | |
| 6 | | | | | Tara | Anne | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 7 | | | | | Leonard | W. | Hatton | III | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 8 | | | | | Jessica | L. | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 9 | | | | | Courtney | M. | Nash | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 02cv06977, 2245 | Child | | | $ 8,500,000.00 | |
| 10 | | | | | Tatiana | | Lawes | | US | Lorisa | C. | Taylor | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | 02cv06977, 2253 | Child | | | $ 8,500,000.00 | |
| 11 | | | | | Megan | | Schaeffer | | US | John | F. | McDowell | Jr | US | 9/11/01 | NY | 02cv06977 | 1463 at 17 | 02cv06977, 2253 | Sibling | | | $ 4,250,000.00 | |
| 12 | | | | | Devon | | Maio | | US | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 2261 | Child | | | $ 8,500,000.00 | |
| 13 | | | | | Sharri | | Maio | | US | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 | |
| 14 | | | | | Joshua | E. | Marchand | | US | Alfred | G. | Marchand | | US | 9/11/01 | NY | 02cv06977 | 1463 at 16 | 02cv06977, 2261 | Child | | | $ 8,500,000.00 | |
| 15 | | | | | Andrew | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2273 | Child | | | $ 8,500,000.00 | |
| 16 | | | | | Nicholas | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2273 | Child | | | $ 8,500,000.00 | |
| 17 | | | | | Susan | | Frost | | US | Christopher | | Panatier | | US | 9/11/01 | NY | 02cv07230 | 1463 at 85 | 02cv07230, 386 | Sibling | | | $ 4,250,000.00 | |

Page 1 of 1