**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                             **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

      Marinella Hemenway et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)
      King et al. v. Islamic Republic of Iran, No. 22-cv-5193 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2025, the Plaintiffs listed in Exhibits A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). It is ORDERED that the motions for judgment by default against Iran on behalf of Plaintiffs listed in Exhibit A are GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibit A against Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in the attached Exhibit A against Iran; and it is ORDERED that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that Plaintiffs rece1vmg economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

      August 11, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                    **BY:** _____

                                                **Deputy Clerk**

# Exhibit A

Exhibit A

| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rokshana; Nur | | Miah; Miah | | Nurul | Haque | Miah | | Bangladesh | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 6 | 7539, 7565 (granting 7539) | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 47. | 11/1/24 | $2,211,853.00 | |
| 2 | Shweta | | Khandelwal | | Rajesh | | Khandelwal | | India | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 12/1/24 | $3,388,467.00 | |
| 3 | Anne | Lynn | Hayashi | | Stuart | (Soo-Jin) | Lee | | Canada | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 | | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | $7,251,693.00 | |