UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Grace Salinardi et al v. Islamic Republic of Iran*, No. 1:25-cv-05971 (GBD)(SN)

**NOTICE OF MOTION FOR ORDER AUTHORIZING SERVICE UPON DEFENDANT ISLAMIC REPUBLIC OF IRAN IN ACCORDANCE WITH 28 U.S.C. § 1608(a)(4)**

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration"), Plaintiffs in the above-captioned matter, by and through their counsel, Anderson Kill P.C., respectfully move the Court for an ORDER:

(1) determining that, for the purposes of this action, service of upon Defendant Islamic Republic of Iran ("Iran") in accordance with 28 U.S.C. § 1608(a)(1) through (a)(3) is unavailable because there is no "special arrangement for service between" Plaintiffs and Iran; there is no "applicable international convention on service of judicial documents" between the United States and Iran; and there is no viable means for the Clerk of Court for the Southern District of New York to mail process to the head of the Ministry of Foreign Affairs of Iran, as mail service from the United States to Iran has been suspended;

(2) authorizing service of process upon Iran through diplomatic channels in accordance with 28 U.S.C. § 1608(a)(4) for sovereign defendants; and,

(3) granting to the Plaintiffs such other and further relief as this Honorable Court deems just and proper.

docs-100812097.2

Dated: New York, New York  
August 14, 2025

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
Amy Weiss, Esq.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 279-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com
aweiss@andersonkill.com
*Attorneys for Plaintiffs*

2

docs-100812097.2