**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

August 20, 2025

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Daniels:

Plaintiffs with claims against Al Rajhi Bank ("ARB") write to respectfully request the Court's endorsement of an August 26, 2025 deadline for Plaintiffs to submit their response to ARB's August 19, 2025 letter concerning the Second Circuit's decision in *Ashley v. Deutsche Bank Aktiengesellschaft*, 144 F.4th 420 (2d Cir. 2025). *See* ECF No. 11163. Several attorneys managing the ARB litigation for the Plaintiffs presently have travel, vacation, and family commitments, and/or other impending litigation deadlines in the next several days. Plaintiffs have conferred with counsel for ARB, and ARB has advised that "[t]he Bank will not object to Plaintiffs' request to the Court to respond to our letter by August 26."

We thank you in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Sean P. Carter*
SEAN P. CARTER
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On Behalf of Plaintiffs With Claims
Against Defendant Al Rajhi Bank*

cc:   The Honorable Sarah Netburn (via ECF)