UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025
```

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et. al.*, 1:04-cv-01076 (GBD)(SN)
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11964 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTY PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party, as identified in Exhibit A in the above-referenced actions. The individual being substituted into the cases is the Personal Representative of an individual who was killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent").

Exhibit A identifies the individual to be substituted in the pleadings, including the capacity in which he seeks to be substituted, state of residency, the existing pleadings that refers to the Plaintiff, and the decedent of which the Plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 26, 2025
       New York, New York

docs-100762443.1

Dated: August 21, 2025

                                        */s/ Jerry S. Goldman*
                                        Jerry S. Goldman, Esq.
                                        Bruce E. Strong, Esq.
                                        Alexander Greene, Esq.
                                        ANDERSON KILL P.C.
                                        7 Times Square, 15th Floor
                                        New York, NY 10036
                                        Tel: (212) 278-1000
                                        Fax: (212) 278-1733
                                        Email: jgoldman@andersonkill.com
                                                               bstrong@andersonkill.com
                                                               agreene@andersonkill.com

docs-100762443.1

**EXHIBIT A to Motion to Substitute Party**

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 1. | Anne McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | 1:04-cv-01076 (GBD)(SN); 1:18-cv-11964 (GBD)(SN) | Noah R. McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | IN | Katie M. McCloskey |

docs-100762443.1