# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

August 26, 2025

The Hon. George B. Daniels, U.S.D.J.  
United States District Court for the S.D.N.Y.  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, NY 10007

The Hon. Sarah Netburn, U.S.M.J.  
United States District Court for the S.D.N.Y.  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)  
Extension to file Objections and/or Motions to Reconsider re ECF No. 11157

Dear Judges Daniels and Netburn:

Plaintiffs submit this letter to request an extension of the deadline, from September 1, 2025, to October 3, 2025, to file any objections or motion for reconsideration regarding Magistrate Judge Netburn's August 18, 2025 Opinion & Order ("Order"), ECF No. 11157, which addressed the July 31, 2023 motions to exclude testimony of three expert witnesses. ECF Nos. 9246, 9248. Given the passage of time since these motions were filed and since the Court's previous rulings on other *Daubert* motions in this MDL, Plaintiffs are requesting additional time to review the original motions and responses and to consult with the involved experts, to determine what objections or motion, if anything, Plaintiffs may need to file.

Plaintiffs have consulted with counsel for the "Charity Defendants" identified in the order,[1] who indicated that those defendants do not object to the Plaintiffs' request, provided that any extension applies equally to all parties. Plaintiffs have agreed to that condition.

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Sean P. Carter  
SEAN P. CARTER  
COZEN O'CONNOR

MOTLEY RICE LLC

By: /s/ Robert T. Haefele  
ROBERT T. HAEFELE  
MOTLEY RICE LLC

---

[1] The Order identified the "Charity Defendants" as World Assembly of Muslim Youth and World Assembly of Muslim Youth International (collectively, "WAMY"), International Islamic Relief Organization ("IIRO"), Muslim World League ("MWL"), Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi. ECF No. 11157 at 1.

The Hon. George B. Daniels, U.S.D.J.
The Hon. Sarah Netburn, U.S.M.J.
August 26, 2025
Page 2

---

One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com
For the Plaintiffs' Exec. Committees

28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
For the Plaintiffs' Exec. Committees

cc: All Counsel of Record via ECF