# EXHIBIT A

## DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. _____

    Memorandum of law: ECF No. _____

    Declaration & supporting exhibits: ECF No. _____

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B1 | PRs of the Estates of Non-U.S. Nationals with Prior Pain and Suffering Judgments | common law |
| B2 | PRs of the Estates of Non-U.S. Nationals with Prior Economic Loss Judgments | common law |
| C | Immediate Family Members (Non-U.S. Nationals) With Prior Judgments (Solatium) | common law |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

    The Taliban

**COMPLIANCE**

    As stated in ECF No. _____ at ¶ __2__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. _____ at ¶ __19__, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on ___/___/___.

**SUBJECT MATTER JURISDICTION**

    ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __8973__

    ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

    ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. __8973__

    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 02-cv-06977, ECF 465 (Sixth Amended Complaint) | Motion to Add: 8711, et seq. (Motion), 8723 (Order); 8715, et seq. (Motion), 8721 (Order); | ECF 445 (03-md-1570) | ECF 709 (03-md-1570) | ECF 1756 (03-md-1570) | ECF 1756 (03-md-1570) |
| | Motion to Add: 11071 et seq. (Motion), 11074 (Order); Motion to Amend/Correct 11064 et seq. (Motion), 11096 (Order); | | | | |
| | Motion to Substitute: 9704, et seq. (Motion), 9726 (Order); 9929, et seq. (Motion), 9953 (Order) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |