UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:   *Burnett, et al. v. Islamic Republic of Iran, et al., No. 1:15-cv-9903 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 29th day of August 2025, I served defendant:

   Islamic Revolutionary Guard Corps
   Abbas Araghchi
   Minister of Foreign Affairs
   Ministry of Foreign Affairs of the Islamic Republic of Iran
   Imam Khomeini Avenue
   Imam Khomeini Square
   Tehran, Iran

by dispatching via Federal Express, Tracking No. **8838 7759 5130**, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of The Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10980 in the Burnett case; Order Granting Partial Final Default Judgment, dated May 29, 2025, Document 10980 and Report & Recommendation dated April 17, 2025, Document 10876 (in English and Farsi) entered in the Burnett case; Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10988 in the Burnett case; Order Granting Partial Final Default Judgment, dated May 29, 2025, Document 10988 and Report & Recommendation dated April 11, 2025, Document 10858 (in English and Farsi) entered in the Burnett case; Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10990 in the Burnett case; Order Granting Partial Final Default Judgment, dated May 29, 2025, Document 10990 (in English and Farsi); A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated:   August 29, 2025
         New York, New York

                              TAMMI M. HELLWIG
                              CLERK OF COURT

                              /s/Rachel Slusher

Deputy Clerk