# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

## NOTICE OF APPEAL

Notice is hereby given that the Estates of Michael Theodoridis and Rahma Salie, plaintiffs in the above-captioned actions, appeal to the United States Court of Appeals for the Second Circuit from each and every part of the August 4, 2025 Memorandum Decision and Order at MDL ECF No. 11118, entered by the United States District Court for the Southern District of New York, which denied the Estates of Michael Theodoridis' and Rahma Salie's judgment motion for damages against the Islamic Republic of Iran.

Dated:   New York, New York
         September 2, 2025

                                        Respectfully submitted,

                                        */s/ Jerry S. Goldman*
                                        ANDERSON KILL P.C.
                                        Jerry S. Goldman, Esq.
                                        Bruce E. Strong, Esq.
                                        Alexander Greene, Esq.
                                        7 Times Square, 15th Floor
                                        New York, NY 10036
                                        Tel:  (212) 279-1000
                                        Fax: (212) 278-1733
                                        Email:  jgoldman@andersonkill.com
                                                bstrong@andersonkill.com
                                                agreene@andersonkill.com

                                        *Attorneys for the Plaintiffs*

DOCS-100814651.1