UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|
| | ECF Case |

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

**NOTICE OF APPEAL**

Notice is hereby given that Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis and Haleema Salie, as Personal Representative of the Estate of Rahma Salie, plaintiffs in the above-captioned actions, appeal to the United States Court of Appeals for the Second Circuit from each and every part of the August 4, 2025 Memorandum Decision and Order at MDL ECF No. 11118, attached hereto as Exhibit A, entered by the United States District Court for the Southern District of New York, which denied their judgment motion for damages against the Islamic Republic of Iran.

Dated:   New York, New York
         September 3, 2025

                                         Respectfully submitted,

                                         */s/ Jerry S. Goldman*

docs-100814651.2

                        ANDERSON KILL P.C.
                        Jerry S. Goldman, Esq.
                        Bruce E. Strong, Esq.
                        Alexander Greene, Esq.
                        7 Times Square, 15th Floor
                        New York, NY 10036
                        Tel:  (212) 279-1000
                        Fax: (212) 278-1733
                        Email:   jgoldman@andersonkill.com
                                    bstrong@andersonkill.com
                                    agreene@andersonkill.com

*Attorneys for the Plaintiffs*

2

docs-100814651.2