UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2025

**SARAH NETBURN, United States Magistrate Judge:**

    Upon review of the Court's orders at ECF Nos. 11180 and 11182, the Plaintiffs and the Kingdom of Saudi Arabia ("KSA") are directed to meet and confer to discuss (1) a schedule for additional discovery, if any, and (2) whether their outstanding motions to exclude expert testimony or strike KSA's motion are moot or can be denied without prejudice to refiling at a later time. See ECF Nos. 10667, 10670. The parties are ordered to submit a joint letter identifying areas of agreement and disagreement by Tuesday, September 30, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 3, 2025
               New York, New York