UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

**Motion to Substitute Parties Pursuant to Federal Rule of Civil Procedure 15(d)**

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs move this Court to permit the substitution of the parties in the above-captioned action as set forth on the attached Exhibit A. Each of the proposed substitute plaintiffs set forth in Exhibit A is the duly-appointed Personal Representative of the estate of a now-deceased immediate family member of an individual who was killed in the September 11, 2001 terrorist attacks (the "9/11 Decedent").

Exhibit A identifies individuals to be substituted in the pleading, including the now-deceased plaintiff's name, the relationship between the now-deceased plaintiff and the 9/11 Decedent, the identity of and capacity in which the proposed substitute plaintiff would be acting, the existing pleading that refers to the now-deceased plaintiff and the 9/11 Decedent's name.

Should this Court grant the relief requested in the proposed Order, Plaintiffs will add the substituted parties individually as named plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office.

Dated: September 4, 2025  
       New York, NY

*/s/ Andrew J. Maloney, III, Esq.*
Andrew J. Maloney
Kreindler& Kreindler, LLP
485 Lexington Ave, 28th Fl
New York, NY 10017
T (212) 687-8181
Amaloney@kreindler.com
Counsel for *Ashton* Plaintiffs