**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

**[proposed] ORDER**

Upon consideration of the motion by the Kreindler *Ashton* plaintiffs to substitute the Personal Representatives of individuals who are the Personal Representative for an immediate family member of a 9/11 decedent; it is hereby

ORDERED that the Kreindler *Ashton* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted as plaintiffs as set forth in therein.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF 11193 in 03-MDL-1570 (GBD)(SN) and ECF 2325 in 02-cv-6977 (S.D.N.Y.) (GBD) (SN).

Dated: _____, 2025
       New York, New York

                                                SO ORDERED:

                                                _____
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE