UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11196 in 03-MDL-1570 (GBD)(SN) and ECF No. 1037 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

  
September ___, 2025                                    _____
New York, New York                                     SARAH NETBURN
                                                       United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Frank Mingione as Personal Representative of the Estate of Antonina Mingione, Deceased Parent of Thomas Mingione, Deceased | Antonina Mingione in their own right as the Parent of Thomas Mingione, Deceased | 1:15-cv-09903, 53, at 1280 | Thomas Mingione |