IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Ashton, et al v. Al Qaeda Islamic, et al, No. 02-cv-06977* | |

## (PROPOSED) ORDER ON PLAINTIFFS' NOTICE OF MOTION TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15

Upon consideration of Plaintiffs' Notice of Motion to Amend Pursuant to Federal Rule of Civil Procedure 15(a)(2) and arguments submitted in support thereof, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the Plaintiffs' Sixth Amended Complaint is amended as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 for the addition of plaintiffs to the case listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11198 in 03-md-1570 (GBD)(SN) and ECF No. 2327 in 02-cv-06977 (GBD)(SN). **SO ORDERED**.

September _____, 2025
New York, New York

_____
Hon. SARAH NETBURN
United States Magistrate Judge

1