

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 5, 2025

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

     This Office represents the government agencies that received *Touhy* requests and third-party subpoenas from the plaintiffs' executive committee and the Government of Sudan in the above-referenced case.  After the last status conference on August 6, the Court set a briefing schedule for the parties to move to compel responses to their subpoenas from the Central Intelligence Agency ("CIA").  Dkt. No. 11139.  The parties are discussing whether they can consensually resolve their disagreement regarding the CIA's response. In light of these discussions, the Government has proposed and the parties jointly respectfully request that the briefing schedule be pushed back by two weeks to enable continued discussions.  Sudan further requests that the deadline for its response be extended by an additional week.  The new briefing schedule would be as follows: plaintiffs' motion would be due on September 22; Sudan's submission would be due on October 6; the CIA's response would be due on October 29; and the parties' replies would be due on November 21.

     We thank the Court for its consideration of this request.

                 Respectfully,

                 JAY CLAYTON
                 United States Attorney

          By:     /s/ Jean-David Barnea
                 JEAN-DAVID BARNEA
                 JENNIFER A. JUDE
                 Assistant United States Attorneys
                 Telephone: (212) 637-2679/2663
                 Email: Jean-David.Barnea@usdoj.gov
                           Jennifer.Jude@usdoj.gov

cc:   Counsel for all parties (by ECF)