UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' complaint at ECF No. 8702, as amended:

**As to Plaintiffs' Name Corrections:**

|    | Case Number | Plaintiffs' Full Name as Pled | Plaintiffs' Full Name as Amended |
|----|-------------|-------------------------------|----------------------------------|
| 1. | 1:04-cv-01076 | Derrick McKenley | Derrick McKenly |
| 2. | 1:04-cv-01076 | Marisa John | Marissa John |

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11205.

Dated: New York, New York
       _____, 202_

                                                    _____
                                                                              J.

docs-100657990.1