UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-1076 (GBD)(SN)

**[PROPOSED] ORDER OF PARTIAL FINAL DAMAGES JUDGMENTS AGAINST THE TALIBAN FOR THE PLAINTIFFS IDENTIFIED ON EXHIBIT B, EXHIBIT C, AND EXHIBIT D**

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355, and the other evidence and arguments submitted by certain Plaintiffs in the above-captioned matter, together with the entire record in the case, for all Plaintiffs in Exhibit B, Exhibit C, and Exhibit D ("Moving Plaintiffs"), IT IS HEREBY

(1) ORDERED that the Taliban is jointly and severally liable with the Islamic Republic of Iran ("Iran") and awarding damages judgments to the Moving Plaintiffs identified in Exhibit B, Exhibit C, and Exhibit D against the Taliban in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, *O'Neill*, and other cases against Iran (subject to trebling damages as indicated below); and it is further

(2) ORDERED that solatium damages are awarded to the Moving Plaintiffs identified in Exhibit B in the amounts of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit B; and it is further

(3) ORDERED that the estates of the 9/11 decedents, through the personal representatives and on behalf of all survivors and all legally entitled beneficiaries and

docs-100795332.1

-2-

family members of such 9/11 decedents, as identified by the Moving Plaintiffs set forth in Exhibit C, are awarded compensatory damages for pain and suffering in the same per estate amount previously awarded by this Court regarding other estates of decedents killed in the September 11th Attacks, as set forth in Exhibit C; and it is further

(4)     ORDERED that compensatory damages are awarded to the Moving Plaintiffs identified in Exhibit C for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit C; and it is further

(5)     ORDERED that the estates of the 9/11 decedents, through their personal representatives and on behalf of all survivors and all legally entitled beneficiaries and family members of such 9/11 decedents, as identified in Exhibit D, are awarded an award of economic damages in the amounts as set forth in Exhibit D; and it is further

(6)     ORDERED that the Moving Plaintiffs identified in Exhibit B, Exhibit C, and Exhibit D are awarded treble damages pursuant to the Anti-Terrorism Act, 18 U.S.C. § 2333(a), for solatium, economic, and non-economic damages, in the amounts set forth in Exhibit B, Exhibit C, and Exhibit D; and it is further

(7)     ORDERED that the treble damages awarded are compensatory in nature and not punitive; and it is further

(8)     ORDERED that the Moving Plaintiffs identified in Exhibit B, Exhibit C, and Exhibit D are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 (except for the economic damages portion of awards for those Moving Plaintiffs in Exhibit D, where pre-judgment interest will run from the date as indicated in the "Date of Report" column in Exhibit D) until the date of judgment, in the amount of $_____; and it is further

-3-

(9)  ORDERED that the Moving Plaintiffs in Exhibit B, Exhibit C, and Exhibit D are granted permission to seek punitive damages, economic damages, and other appropriate damages, at a later date; and it is further

(10)  ORDERED that all other Plaintiffs not appearing in Exhibit B, Exhibit C, and Exhibit D are granted permission to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

(11)  ORDERED that this order is not binding on the determination of damages for defendants besides the one against whom default judgment is being sought. *See*, *e.g.*, ECF No. 2582 at 3.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11211.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
           _____ \_\_, 202\_