# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kingdom of Saudi Arabia ("Saudi Arabia") hereby appeals to the United States Court of Appeals for the Second Circuit from (1) each and every part of the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated August 28, 2025 (MDL ECF No. 11182 (Daniels, J.)) ("Renewed MTD Order") (a copy of which is attached as Exhibit A), denying Saudi Arabia's renewed motion to dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); (2) each and every part of the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated August 28, 2025 (MDL ECF No. 11180 (Daniels, J.)) ("Rule 72 Order") (a copy of which is attached as Exhibit B), overruling Saudi Arabia's Rule 72 objections to Magistrate Judge Netburn's December 11, 2024 Opinion & Order (MDL ECF No. 10615) (a copy of which is attached as Exhibit C); and (3) each and every opinion and order upon which said Renewed MTD Order and Rule 72 Order are based, including the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated March 28, 2018 (MDL ECF No. 3946 (Daniels, J.)) ("MTD Order") (a copy of which is attached as Exhibit D), denying Saudi Arabia's motion to dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Date:  September 8, 2025

Respectfully submitted,

/s/ *Michael K. Kellogg*
Michael K. Kellogg
Mark C. Hansen
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
(202) 326-7999 (fax)

*Attorneys for the Kingdom of Saudi Arabia*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 8, 2025, I caused a copy of the foregoing document to be served electronically pursuant to the Court's ECF system.

 /s/ *Michael K. Kellogg*
Michael K. Kellogg

*Attorney for the Kingdom of Saudi Arabia*