-1-

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

### [PROPOSED] ORDER OF FINAL RULE 54(b) FINAL JUDGMENT AS TO THE CLAIMS OF THE ESTATES OF MICHAEL THEODORIDIS AND RAHMA SALIE AGAINST IRAN

WHEREAS, this Court denied the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against defendant Islamic Republic of Iran ("Iran") in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118); AND,

WHEREAS, absent entry of a Rule 54(b) final judgment, it could be some time before the remaining claims of all Plaintiffs in the above-referenced matters as to Iran are resolved; AND,

WHEREAS, in the absence of a Rule 54(b) final judgment, the Estates of Michael Theodoridis and Rahma Salie will be unable to seek timely appellate review of the Court's dismissal order; AND,

WHEREAS, the Court's August 4, 2025 Memorandum Decision and Order has denied claims asserted by the Estates of Michael Theodoridis and Rahma Salie against Iran and has decided finally the rights and liabilities of Iran, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to this defendant; AND,

WHEREAS, it is appropriate at this juncture to enter partial final judgment under Rule 54(b) with respect to Iran; AND,

-2-

WHEREAS, this Court finds that there is no just reason to delay the entry of a final judgment, pursuant to Federal Rule of Civil Procedure 54(b), denying the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against Iran.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Court's denial of the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against defendant Islamic Republic of Iran ("Iran") in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118), is certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judgment in the above-captioned actions.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11216.

**SO ORDERED:**

GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
         _____ __, 202_