```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076
(GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint to Correct

Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' complaint at

ECF No. 8702, as amended:

**As to Plaintiffs' Name Corrections:**

|   | Case Number | Plaintiffs' Full Name as Pled | Plaintiffs' Full Name as Amended |
|---|---|---|---|
| 1. | 1:04-cv-01076 | Derrick McKenley | Derrick McKenly |
| 2. | 1:04-cv-01076 | Marisa John | Marissa John |

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion

at ECF No. 11205.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 8, 2025
       New York, New York

docs-100657990.1