UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received a letter motion from Mahtaub Moore, a non-party, that seeks to supplement the record in this matter. ECF No. 11203. The material accompanying Moore's correspondence does not appear to state a claim for relief which this Court may grant. Moore's motion is therefore DENIED. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 11203.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 10, 2025
                New York, New York