USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

**Motion to Substitute Parties Pursuant to Federal Rule of Civil Procedure 15(d)**

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs move this Court to permit the substitution of the parties in the above-captioned action as set forth on the attached Exhibit A. Each of the proposed substitute plaintiffs set forth in Exhibit A is the duly-appointed Personal Representative of the estate of a now-deceased immediate family member of an individual who was killed in the September 11, 2001 terrorist attacks (the "9/11 Decedent").

Exhibit A identifies individuals to be substituted in the pleading, including the now-deceased plaintiff's name, the relationship between the now-deceased plaintiff and the 9/11 Decedent, the identity of and capacity in which the proposed substitute plaintiff would be acting, the existing pleading that refers to the now-deceased plaintiff and the 9/11 Decedent's name.

Should this Court grant the relief requested in the proposed Order, Plaintiffs will add the substituted parties individually as named plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office.

Dated: September 4, 2025                   */s/ Andrew J. Maloney, III, Esq.*

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 8, 2025
        New York, New York

# Exhibit A

| # | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP of PLAINTIFF to 9/11 DECEDENT | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Linda | | Bodian | | Parent | Daniel Polatsch as Personal Representative of the estate of Linda | | Bodian | | 02cv06977 | Laurence | | Polatsch | |
| 2 | Andrew | A. | Gardner | | Child | Angelina Rizzo as Personal Representative of the Estate of Andrew | A. | Gardner | | 02cv06977 | William | A. | Gardner | |
| 3 | Maureen | | Kennedy | | Spouse | Cathering Miller and Meredith Andrews as Personal Representatives of the Estate of Maureen | | Kelly | | 02cv06977 | Robert | C. | Kennedy | |
| 4 | Patricia | | McDowell | | Parent | Megan Schaeffer as Personal Representative of the Estate of Patricia | | McDowell | | 02cv06977 | John | F. | McDowell | Jr. |
| 5 | Patricia | | Noah | | Parent | Leigh Macadlo as Personal Representative of the Estate of Patricia | | Noah | | 02cv06977 | Leonard | M. | Castrianno | Jr. |