UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

### NOTICE OF MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL OF AUGUST 28, 2025 ORDER (MDL ECF No. 11182) DENYING KINGDOM OF SAUDI ARABIA'S RENEWED MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rule 8(a)(1) of the Federal Rules of Appellate Procedure, Rule 7.1 of the Local Civil Rules of the Southern District of New York, and the Court's inherent power to manage its own proceedings, Defendant Kingdom of Saudi Arabia hereby appears for the purpose of moving the Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, or before the Honorable Sarah Netburn, United States Chief Magistrate Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order confirming that all pretrial proceedings are stayed during Saudi Arabia's interlocutory appeal of the Court's August 28, 2025 Order (MDL ECF No. 11182) denying Saudi Arabia's renewed motion to dismiss for lack of subject-matter jurisdiction under the Foreign Sovereign Immunities Act of 1976. Points and authorities supporting Saudi Arabia's motion for a stay are set forth in the accompanying Memorandum of Law.

Date: September 11, 2025                          Respectfully submitted,

/s/ *Michael K. Kellogg*
Michael K. Kellogg
Mark C. Hansen
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
(202) 326-7999 (fax)

*Attorneys for the Kingdom of Saudi Arabia*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 11, 2025, I caused a copy of the foregoing document to be served electronically pursuant to the Court's ECF system.

      /s/ *Michael K. Kellogg*
      Michael K. Kellogg

      *Attorney for the Kingdom of Saudi Arabia*