KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 12, 2025

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") concerning a briefing schedule for Saudi Arabia's recently filed motion for a stay pending appeal, ECF No. 11226. Saudi Arabia has met and conferred with the Plaintiffs' Executive Committees ("Plaintiffs"), who intend to oppose the motion. The parties have agreed to propose that Plaintiffs' opposition to the motion should be due on September 26, 2025, and Saudi Arabia's reply in support of the motion should be due on October 6. We respectfully request that the Court approve those dates.

                                  Respectfully submitted,

                                  */s/ Michael K. Kellogg*

                                  Michael K. Kellogg
                                  *Counsel for the Kingdom of Saudi Arabia*

cc: All MDL Counsel of Record (via ECF)