UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11230 in 03-MDL-1570 (GBD)(SN) and ECF No. 1268 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

September ___, 2025                           _____
New York, New York                            SARAH NETBURN
                                              United States Magistrate Judge

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|
| | **EXHIBIT A** | | | | |
| 1 | Maria Garbarino as Sibling of Laura Angilletta, Deceased | NY | SISTER DOE # 39, in her own right as the Sister of DECEDENT DOE # 39, Deceased | 1:02-cv-01616, 1, at 892 | Laura Angilletta |
| 2 | Alberto Angilleta as Sibling of Laura Angilletta, Deceased | NY | BROTHER DOE # 39, in his own right as the Brother of DECEDENT DOE # 39, Deceased | 1:02-cv-01616, 1, at 889 | Laura Angilletta |
| 3 | Lee A. Barnes, Jr. as an Injured Party | NJ | JOHN DOE # 72 (AP149), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 2484 | Lee A. Barnes, Jr. |
| 4 | David W. Bernard, Jr. as Child of David William Bernard, Deceased | MA | SON DOE # 29, in his own right as the Son of DECEDENT DOE # 29, Deceased | 1:02-cv-01616, 1, at 855 | David William Bernard |
| 5 | Renata Szokoloczi as Parent of J. Hoiward Boulton, Jr., Deceased | Venzuala | MOTHER DOE # 126(AP261) | 1:02-cv-01616, 313, at AP261 | J. Howard Boulton, Jr. |
| 6 | Renata Szokoloczi as Sibling of J. Hoiward Boulton, Jr., Deceased | Venzuala | BROTHER DOE # 126(AP262) | 1:02-cv-01616, 313, at AP262 | J. Howard Boulton, Jr. |
| 7 | Kevin T. Brennan as an Injured Party | NY | DOE 142 as an Injured Person | 1:03md-01570, 3477, at 4108 | Kevin T. Brennan |
| 8 | Lori S. Brody as an Injured Party | CA | SISTER DOE # 28, in her own right as an Injured Party | 1:02-cv-01616, 1, at 849 | Lori Stacey Brody |
| 9 | Edwina Carrington as Sibling of Jeremy Mark Carrington, Deceased | UK | SISTER DOE # 128(AP274) | 1:02-cv-01616, 313, at AP274 | Jeremy Mark Carrington |
| 10 | Daniel D'Allara as Sibling of John D'Allara, Deceased | NY | BROTHER DOE # 88 (AP188), in his own right as the Brother of DECEDENT DOE # 88, Deceased | 1:02-cv-01616, 26, 29, at 4796 | John D'Allara |
| 11 | Ruth de Vere as Sibling of Melanie Louise De Vere, Deceased | UK | SISTER DOE # 130(AP287) | 1:02-cv-01616, 313, at AP287 | Melanie Louise De Vere |
| 12 | John Drapas, Jr. as an Injured Party | VA | JOHN DOE # 18, in his own right as an Injured Party | 1:02-cv-01616, 1, at 810 | John Drapas, Jr. |
| 13 | Ryan W. Duffy as Child of Thomas W. Duffy, Deceased | NY | CHILD DOE # 121(AP253) | 1:02-cv-01616, 305, at AP253 | Thomas W. Duffy |
| 14 | Jason T. Duffy as Child of Thomas W. Duffy, Deceased | NY | CHILD DOE # 121(AP252) | 1:02-cv-01616, 305, at AP252 | Thomas W. Duffy |

| # | Name | State | Capacity | Citation | Decedent |
|---|------|-------|----------|----------|----------|
| 15 | Megan Michelle Duger as Child of Antoinette Duger | NJ | SPOUSE DOE # 86 (AP184), in his own right, on behalf of the Minor Child, and as the Representative of the ESTATE OF DECEDENT DOE # 86, Deceased | 1:02-cv-01616, 26, 29, at 4789 | Antoinette Duger |
| 16 | Alice Gary as Parent of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Parent and as the Personal Representative of the Estate of DOE 145, Deceased and on behalf of all survivors of DOE 145 | 1:03md-01570, 3477, at 1262 | Bruce Henry Gary |
| 17 | Cynthia M. Casserly as Sibling of Harvey L. Harrell, Deceased | NY | SISTER DOE # 37, in her own right as the Sister of DECEDENT DOE # 37, Deceased | 1:02-cv-01616, 1, at 884 | Harvey L. Harrell |
| 18 | Cynthia M. Casserly as Sibling of Stephen G. Harrell, Deceased | NY | SISTER DOE # 36, in her own right as the Sister of DECEDENT DOE # 36, Deceased | 1:02-cv-01616, 1, at 882 | Stephen G. Harrell |
| 19 | Michael T. Hoey as Child of Patrick Aloysius Hoey, Deceased | NJ | SON DOE # 3, in his own right as the Son of DECEDENT DOE # 3, Deceased | 1:02-cv-01616, 1, at 757 | Patrick Aloysius Hoey |
| 20 | Neel Jerath as Child of Prem N. Jerath, Deceased | NJ | SON DOE # 17, in his own right as the Son of DECEDENT DOE # 17, Deceased | 1:02-cv-01616, 1, at 808 | Prem N. Jerath |
| 21 | Enfys John as Parent of Nicholas John, Deceased | UK | Mother DOE # 131 (AP280) | 1:02-cv-01616, 313, at AP280 | Nicholas John |
| 22 | Robert Ksido as Child of Lyudmila Ksido, Deceased | NY | Son DOE # 51, in his own right as the Son of Decedent DOE #51, Deceased | 1:02-cv-01616, 3, at 1799 | Lyudmila Ksido |
| 23 | Barry Ksido as Child of Lyudmila Ksido, Deceased | CA | Son DOE # 51, in his own right as the Son of Decedent DOE #51, Deceased | 1:02-cv-01616, 3, at 1798 | Lyudmila Ksido |
| 24 | Dana Mary Lizzul as Sibling of Martin Lizzul, Deceased | NY | Sister DOE # 123 (AP259) | 1:02-cv-01616, 305, at AP259 | Martin Lizzul |
| 25 | Bernadette Marie McHugh as Parent of Denis J. McHugh, III, Deceased | NY | MOTHER DOE # 31, in her own right as the Mother of DECEDENT DOE # 31, Deceased | 1:02-cv-01616, 1, at 867 | Denis J. McHugh, III |
| 26 | Timothy S. McHugh as Sibling of Denis J. McHugh, III, Deceased | NY | BROTHER DOE # 31, in his own right as the Brother of DECEDENT DOE # 31, Deceased | 1:02-cv-01616, 1, at 866 | Denis J. McHugh, III |
| 27 | Trudi Jean Venditi as Sibling of Carl Eugene Molinaro, Deceased | NY | SISTER DOE # 41 in her own right as the Sister of DECEDENT DOE # 41, Deceased | 1:02-cv-01616, 1, at 898 | Carl Eugene Molinaro |
| 28 | Lisa Jean Hojnacki as Sibling of Carl Eugene Molinaro, Deceased | AZ | SISTER DOE # 41 in her own right as the Sister of DECEDENT DOE # 41, Deceased | 1:02-cv-01616, 1, at 899 | Carl Eugene Molinaro |

| | | | | | |
|---|---|---|---|---|---|
| 29 | Robert Harry Nussberger as an Injured Party | NY | John Doe # 23, in his own right as an Injured Party | 1:02-cv-01616, 1, at 824 | Robert Harry Nussberger |
| 30 | Katherine Ann Palmer as Sibling of Orio Joseph Palmer, Deceased | CT | Sister DOE # 54, in her own right as the Sister of Decedent DOE # 54, Deceased | 1:02-cv-01616, 3, at 1813 | Orio Joseph Palmer |
| 31 | Revakuvar Parmar as Parent of Hashmukhrai C. Parmar, Deceased | UK | Mother Doe # 141 (AP924) | 1:03-cv-9849, HAND FILED, at AP924 | Hashmukhrai C. Parmar |
| 32 | Manoj Parmar as Sibling of Hashmukhrai C. Parmar, Deceased | UK | Brother DOE # 132 (AP269) | 1:02-cv-01616, 313, at AP269 | Hashmukhrai C. Parmar |
| 33 | Derek Earle Peterson as Sibling of Davin N. Paterson, Deceased | ID | BROTHER DOE # 16, in his own right as the Brother of DECEDENT DOE # 16, Deceased | 1:02-cv-01616, 1, at 804 | Davin N. Peterson |
| 34 | Sharon Premoli as an Injured Party | NH | JANE DOE # 19, in her own right as an Injured Party | 1:02-cv-01616, 1, at 812 | Sharon Premoli |
| 35 | Elena Yuryevna Rapoport as Child of Faina Aronovna Rapoport, Deceased | NJ | Daughter DOE # 46, in her own right as the Daughter of Decedent DOE # 46, Deceased | 1:02-cv-01616, 3, at 1783 | Faina Aronovna Rapoport |
| 36 | Scott Thomas Reinig as Child of Thomas Barnes Reinig, Deceased | MA | SON DOE # 24, in his own right as the Son of DECEDENT DOE # 24, Deceased | 1:02-cv-01616, 1, at 831 | Thomas Barnes Reinig |
| 37 | Julia Emilia Rodriguez as Sibling of Gregory E. Rodriguez, Decased | NH | Sister DOE # 98 (AP209) | 1:02-cv-01616, 77, at AP209 | Gregory E. Rodriguez |
| 38 | Kristie Rogers as Sibling of Karlie Barbara Rogers, Deceased | UK | Sister DOE # 140 (AP292) | 1:02-cv-01616, 432, at AP292 | Karlie Barbara Rogers |
| 39 | Kristine Camille DiLullo as Sibling of John Anthony Sherry, Deceased | NY | Sister DOE # 71, (AP148), in her own right as the Sister of Decedent DOE # 71, Deceased | 1:02-cv-01616, 26, 29, at 2482 | John Anthony Sherry |
| 40 | Roy Hudson as Sibling of Joyce Patricia Smith, Deceased | UK | Brother DOE # 135 (AP284) | 1:02-cv-01616, 313, at AP284 | Joyce Patricia Smith |
| 41 | John Lewis Thurman as an Injured Party | DE | John DOE # 92 (AP195), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4809 | John Lewis Thurman |
| 42 | William Charles Wells as Sibling of Vincent Michael Wells, Deceased | UK | Brother DOE # 137 (AP277) | 1:02-cv-01616, 313, at AP277 | Vincent Michael Wells |
| 43 | Benjamin C. Wong as Parent and as Personal Representative of the Estate of Jennifer Y. Wong, Deceased | NY | FATHER DOE # 26, in his own right and as Representative of the ESTATE OF DECEDENT DOE # 26, Deceased | 1:02-cv-01616, 1, at 836 | Jennifer Y. Wong |