UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2025
```

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. Plaintiffs were identified as a "DOE" plaintiff at the time that this case was initially instituted, were identified as such in the initial pleadings, and have since consented to being named according to their legal name. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   September 15, 2025

Respectfully submitted,

MOTLEY RICE LLC

*/s/* John C. Duane
John C. Duane, Esq.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com

Counsel for Plaintiffs

---

The motion to substitute is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 16, 2025
       New York, New York

**EXHIBIT A**

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| 1 | Maria Garbarino as Sibling of Laura Angilletta, Deceased | NY | SISTER DOE # 39, in her own right as the Sister of DECEDENT DOE # 39, Deceased | 1:02-cv-01616, 1, at 892 |
| 2 | Alberto Angilleta as Sibling of Laura Angilletta, Deceased | NY | BROTHER DOE # 39, in his own right as the Brother of DECEDENT DOE # 39, Deceased | 1:02-cv-01616, 1, at 889 |
| 3 | Lee A. Barnes, Jr. as an Injured Party | NJ | JOHN DOE # 72 (AP149), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 2484 |
| 4 | David W. Bernard, Jr. as Child of David William Bernard, Deceased | MA | SON DOE # 29, in his own right as the Son of DECEDENT DOE # 29, Deceased | 1:02-cv-01616, 1, at 855 |
| 5 | Renata Szokoloczi as Parent of J. Hoiward Boulton, Jr., Decased | Venezuala | MOTHER DOE # 126(AP261) | 1:02-cv-01616, 313, at AP261 |
| 6 | Renata Szokoloczi as Sibling of J. Hoiward Boulton, Jr., Decased | Venezuala | BROTHER DOE # 126(AP262) | 1:02-cv-01616, 313, at AP262 |
| 7 | Kevin T. Brennan as an Injured Party | NY | DOE 142 as an Injured Person | 1:03md-01570, 3477, at 4108 |
| 8 | Lori S. Brody as an Injured Party | CA | SISTER DOE # 28, in her own right as an Injured Party | 1:02-cv-01616, 1, at 849 |
| 9 | Edwina Carrington as Sibling of Jeremy Mark Carrington, Deceased | UK | SISTER DOE # 128(AP274) | 1:02-cv-01616, 313, at AP274 |
| 10 | Daniel D'Allara as Sibling of John D'Allara, Deceased | NY | BROTHER DOE # 88 (AP188), in his own right as the Brother of DECEDENT DOE # 88, Deceased | 1:02-cv-01616, 26, 29, at 4796 |
| 11 | Ruth de Vere as Sibling of Melanie Louise De Vere, Deceased | UK | SISTER DOE # 130(AP287) | 1:02-cv-01616, 313, at AP287 |
| 12 | John Drapas, Jr. as an Injured Party | VA | JOHN DOE # 18, in his own right as an Injured Party | 1:02-cv-01616, 1, at 810 |
| 13 | Ryan W. Duffy as Child of Thomas W. Duffy, Deceased | NY | CHILD DOE # 121(AP253) | 1:02-cv-01616, 305, at AP253 |
| 14 | Jason T. Duffy as Child of Thomas W. Duffy, Deceased | NY | CHILD DOE # 121(AP252) | 1:02-cv-01616, 305, at AP252 |

| # | Name | State | Doe Designation | Citation |
|---|---|---|---|---|
| 15 | Megan Michelle Duger as Child of Antoinette Duger | NJ | SPOUSE DOE # 86 (AP184), in his own right, on behalf of the Minor Child, and as the Representative of the ESTATE OF DECEDENT DOE # 86, Deceased | 1:02-cv-01616, 26, 29, at 4789 |
| 16 | Alice Gary as Parent of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Parent and as the Personal Representative of the Estate of DOE 145, Deceased and on behalf of all survivors of DOE 145 | 1:03md-01570, 3477, at 1262 |
| 17 | Cynthia M. Casserly as Sibling of Harvey L. Harrell, Deceased | NY | SISTER DOE # 37, in her own right as the Sister of DECEDENT DOE # 37, Deceased | 1:02-cv-01616, 1, at 884 |
| 18 | Cynthia M. Casserly as Sibling of Stephen G. Harrell, Deceased | NY | SISTER DOE # 36, in her own right as the Sister of DECEDENT DOE # 36, Deceased | 1:02-cv-01616, 1, at 882 |
| 19 | Michael T. Hoey as Child of Patrick Aloysius Hoey, Deceased | NJ | SON DOE # 3, in his own right as the Son of DECEDENT DOE # 3, Deceased | 1:02-cv-01616, 1, at 757 |
| 20 | Neel Jerath as Child of Prem N. Jerath, Deceased | NJ | SON DOE # 17, in his own right as the Son of DECEDENT DOE # 17, Deceased | 1:02-cv-01616, 1, at 808 |
| 21 | Enfys John as Parent of Nicholas John, Deceased | UK | Mother DOE # 131 (AP280) | 1:02-cv-01616, 313, at AP280 |
| 22 | Robert Ksido as Child of Lyudmila Ksido, Deceased | NY | Son DOE # 51, in his own right as the Son of Decedent DOE #51, Deceased | 1:02-cv-01616, 3, at 1799 |
| 23 | Barry Ksido as Child of Lyudmila Ksido, Deceased | CA | Son DOE # 51, in his own right as the Son of Decedent DOE #51, Deceased | 1:02-cv-01616, 3, at 1798 |
| 24 | Dana Mary Lizzul as Sibling of Martin Lizzul, Deceased | NY | Sister DOE # 123 (AP259) | 1:02-cv-01616, 305, at AP259 |
| 25 | Bernadette Marie McHugh as Parent of Denis J. McHugh, III, Deceased | NY | MOTHER DOE # 31, in her own right as the Mother of DECEDENT DOE # 31, Deceased | 1:02-cv-01616, 1, at 867 |
| 26 | Timothy S. McHugh as Sibling of Denis J. McHugh, III, Deceased | NY | BROTHER DOE # 31, in his own right as the Brother of DECEDENT DOE # 31, Deceased | 1:02-cv-01616, 1, at 866 |
| 27 | Trudi Jean Venditi as Sibling of Carl Eugene Molinaro, Deceased | NY | SISTER DOE # 41 in her own right as the Sister of DECEDENT DOE # 41, Deceased | 1:02-cv-01616, 1, at 898 |
| 28 | Lisa Jean Hojnacki as Sibling of Carl Eugene Molinaro, Deceased | AZ | SISTER DOE # 41 in her own right as the Sister of DECEDENT DOE # 41, Deceased | 1:02-cv-01616, 1, at 899 |

| # | Name | State | Doe Designation | Citation |
|---|---|---|---|---|
| 29 | Robert Harry Nussberger as an Injured Party | NY | John Doe # 23, in his own right as an Injured Party | 1:02-cv-01616, 1, at 824 |
| 30 | Katherine Ann Palmer as Sibling of Orio Joseph Palmer, Deceased | CT | Sister DOE # 54, in her own right as the Sister of Decedent DOE # 54, Deceased | 1:02-cv-01616, 3, at 1813 |
| 31 | Revakuvar Parmar as Parent of Hashmukhrai C. Parmar, Deceased | UK | Mother Doe # 141 (AP924) | 1:03-cv-9849, HAND FILED, at AP924 |
| 32 | Manoj Parmar as Sibling of Hashmukhrai C. Parmar, Deceased | UK | Brother DOE # 132 (AP269) | 1:02-cv-01616, 313, at AP269 |
| 33 | Derek Earle Peterson as Sibling of Davin N. Paterson, Deceased | ID | BROTHER DOE # 16, in his own right as the Brother of DECEDENT DOE # 16, Deceased | 1:02-cv-01616, 1, at 804 |
| 34 | Sharon Premoli as an Injured Party | NH | JANE DOE # 19, in her own right as an Injured Party | 1:02-cv-01616, 1, at 812 |
| 35 | Elena Yuryevna Rapoport as Child of Faina Aronovna Rapoport, Deceased | NJ | Daughter DOE # 46, in her own right as the Daughter of Decedent DOE # 46, Deceased | 1:02-cv-01616, 3, at 1783 |
| 36 | Scott Thomas Reinig as Child of Thomas Barnes Reinig, Deceased | MA | SON DOE # 24, in his own right as the Son of DECEDENT DOE # 24, Deceased | 1:02-cv-01616, 1, at 831 |
| 37 | Julia Emilia Rodriguez as Sibling of Gregory E. Rodriguez, Decased | NH | Sister DOE # 98 (AP209) | 1:02-cv-01616, 77, at AP209 |
| 38 | Kristie Rogers as Sibling of Karlie Barbara Rogers, Deceased | UK | Sister DOE # 140 (AP292) | 1:02-cv-01616, 432, at AP292 |
| 39 | Kristine Camille DiLullo as Sibling of John Anthony Sherry, Deceased | NY | Sister DOE # 71, (AP148), in her own right as the Sister of Decedent DOE # 71, Deceased | 1:02-cv-01616, 26, 29, at 2482 |
| 40 | Roy Hudson as Sibling of Joyce Patricia Smith, Deceased | UK | Brother DOE # 135 (AP284) | 1:02-cv-01616, 313, at AP284 |
| 41 | John Lewis Thurman as an Injured Party | DE | John DOE # 92 (AP195), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4809 |
| 42 | William Charles Wells as Sibling of Vincent Michael Wells, Deceased | UK | Brother DOE # 137 (AP277) | 1:02-cv-01616, 313, at AP277 |
| 43 | Benjamin C. Wong as Parent and as Personal Representative of the Estate of Jennifer Y. Wong, Deceased | NY | FATHER DOE # 26, in his own right and as Representative of the ESTATE OF DECEDENT DOE # 26, Deceased | 1:02-cv-01616, 1, at 836 |