# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

Via ECF                                                                                         September 17, 2025

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
U.S. District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

> Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MD-1570 (GBD)(SN); *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN); *Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN) – Order at ECF No. 11229

Dear Judge Netburn:

     Undersigned counsel writes in response to the Court's Order, dated September 15, 2025, ECF No. 11229.[1] In the Order, the Court notes that it has received Plaintiffs' motion for entry of a final judgment under Federal Rule of Civil Procedure 54(b) against defendant the Islamic Republic of Iran ("Iran"), ECF No. 11216, for the Estates of Michael Theodoridis and Rahma Salie (the "Estates") "based on the Court's denial of the renewed judgment motion (ECF No. 10326 . . . in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118)." ECF No. 11229 at 1. The Order "seeks confirmation that the Estates wish to forgo any opportunity for punitive damages" against Iran "in order to obtain a final judgment." *Id.* at 2. The Order continues that "[a]bsent further considerations, and assuming the Estates acknowledge that any final judgment will dispose of any opportunity to seek punitive damages at a later date" against Iran, "the Court will enter judgment pursuant to Rule 54(b)." *Id.* The Order requests that the Estates confirm their intention in writing.

     As requested, the Estates confirm that they wish to forgo the opportunity for punitive damages against Iran in order to obtain a final judgment and appeal the Court's adverse Memorandum Decision and Order, dated August 4, 2025. *See* ECF No. 11118.

     We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc: (via ECF): All MDL Counsel of Record

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.