## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-1076 (GBD)(SN)

### NON-U.S. NATIONALS' NOTICE OF MOTION FOR PARTIAL FINAL DAMAGES JUDGMENTS AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Jerry S. Goldman, Esq. with the exhibits appended and tendered (the "Goldman Declaration"), and all prior proceedings in the MDL, non-U.S. National Plaintiffs in Exhibit A, Exhibit B, and Exhibit D[1] ("Moving Plaintiffs"), by and through undersigned counsel, respectfully move this Court for an ORDER:

(1) finding the Taliban jointly and severally liable with the Islamic Republic of Iran ("Iran") and awarding damages judgments under New York common law to Moving Plaintiffs identified in Exhibit A, Exhibit B, and Exhibit D against the Taliban in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, *O'Neill*, and other cases against Iran; AND,

(2) awarding intentional infliction of emotional distress (solatium) damages to the Moving Plaintiff identified in Exhibit A in the amount of $8,500,000 per child, as set forth in Exhibit A; AND,

(3) awarding the estates of the 9/11 decedents, through the personal representatives and on behalf of all survivors and all legally entitled beneficiaries and

---

[1] Exhibit A includes an immediate family member of a 9/11 decedent where the 9/11 decedent was not a U.S. National *and* the immediate family member was also not a U.S. National on September 11, 2001. Exhibit B and Exhibit D includes 9/11 decedent estates where the 9/11 decedent was known not to have been a U.S. National on September 11, 2001.

family members of such 9/11 decedents, as set forth in Exhibit B and Exhibit D, compensatory damages for wrongful death and survival in the same per estate amount previously awarded by this Court regarding other estates of decedents killed in the September 11th Attacks, as set forth in Exhibit B and Exhibit D; AND,

(4)     awarding compensatory damages to those Moving Plaintiffs identified in Exhibit B for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; AND,

(5)     awarding the estates of the 9/11 decedents, through their personal representatives and on behalf of all survivors and all legally entitled beneficiaries and family members of such 9/11 decedents, as identified in Exhibit D, an award of economic damages in the amounts as set forth in Exhibit D; AND,

(6)     awarding the Moving Plaintiffs identified in Exhibit A, Exhibit B, and Exhibit D prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 (except for the economic damages portion of awards for those Moving Plaintiffs in Exhibit D, where pre-judgment interest will run from the date as indicated in the "Date of Report" column in Exhibit D) until the date of the damages judgment, in an amount determined by the Court; AND,

(7)     granting Moving Plaintiffs permission to seek punitive damages, economic damages, and other appropriate damages, at a later date; AND,

(8)     granting permission for all other Plaintiffs not appearing in Exhibit A, Exhibit B, and Exhibit D to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed; AND,

   (9) granting Plaintiffs such other and further relief as this honorable court

deems just and proper.

| | | |
|---|---|---|
| Dated: | New York, New York<br>September 17, 2025 | Respectfully submitted, |

                /s/ Jerry S. Goldman
                ANDERSON KILL P.C.
                Jerry S. Goldman, Esq.
                Bruce E. Strong, Esq.
                Alexander Greene, Esq.
                7 Times Square, 15th Floor
                New York, NY 10036
                Tel:  (212) 279-1000
                Fax: (212) 278-1733
                Email:  jgoldman@andersonkill.com
                     bstrong@andersonkill.com
                     agreene@andersonkill.com
                *Attorneys for Plaintiffs*