UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                     Civil Action No.
SEPTEMBER 11, 2001                              03 MDL 1570

------------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11237 in 03-MDL-1570 (GBD)(SN) and ECF No. 1271 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

September ___, 2025                            _____
New York, New York                             SARAH NETBURN
                                               United States Magistrate Judge

| | EXHIBIT A | | | | |
|---|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Alice Gary as Personal Representative of the Estate of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Parent and as the Personal Representative of the Estate of DOE 145, Deceased and on behalf of all survivors of DOE 145 | 1:03md-01570, 3477, at 1262 | Bruce Henry Gary |
| 2 | Alfred Boulton as Sibling of J. Howard Boulton, Jr., Deceased[1] | Venezuela | BROTHER DOE # 126(AP262) | 1:02-cv-01616, 313, at AP262 | J. Howard Boulton, Jr. |

---

[1] The identification of this party was previously included in Plaintiff's Motion to Substitute Parties, ECF 11230 (11230-1 at 6) filed September 15, 2025, but the Plaintiff's Name was incorrectly identified in that prior motion.