UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-1076 (GBD)(SN)

### [PROPOSED] ORDER FOR PARTIAL FINAL DAMAGES JUDGMENTS AGAINST THE TALIBAN FOR NON-U.S. NATIONALS

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355, and the other evidence and arguments submitted by certain non-U.S. National Plaintiffs in the above-captioned matter, together with the entire record in the case, for all Plaintiffs in Exhibit B, Exhibit C, and Exhibit D ("Moving Plaintiffs"), IT IS HEREBY

(1) ORDERED that the Taliban is jointly and severally liable with the Islamic Republic of Iran ("Iran") and that damages judgments under New York common law are awarded to Moving Plaintiffs, identified in Exhibit B, Exhibit C, and Exhibit D, against the Taliban in the same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, *O'Neill*, and other cases against Iran; and it is further

(2) ORDERED that intentional infliction of emotional distress (solatium) damages are awarded to the Moving Plaintiff identified in Exhibit B in the amount of $8,500,000 per child, as set forth in Exhibit B; and it is further

(3) ORDERED that the estates of the 9/11 decedents, through the personal representatives and on behalf of all survivors and all legally entitled beneficiaries and family members of such 9/11 decedents, as set forth in Exhibit C, are awarded

1

compensatory damages for wrongful death and survival in the same per estate amount previously awarded by this Court regarding other estates of decedents killed in the September 11th Attacks, as set forth in Exhibit C; and it is further

(4)     ORDERED that compensatory damages are awarded to those Moving Plaintiffs identified in Exhibit C for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit C; and it is further

(5)     ORDERED that the estates of the 9/11 decedents, through their personal representatives and on behalf of all survivors and all legally entitled beneficiaries and family members of such 9/11 decedents, as identified in Exhibit D, are awarded economic damages in the amounts as set forth in Exhibit D; and it is further

(6)     ORDERED that the Plaintiffs identified in Exhibit B, Exhibit C, and Exhibit D are awarded prejudgment interest of 4.96 percent per annum, compounded annually for the period from September 11, 2001 (except for the economic damages portion of awards for those Plaintiffs in Exhibit D, where pre-judgment interest will run from the date as indicated in the "Date of Report" column in Exhibit D) until the date of judgment, in the amount of $_____; and it is further

(7)     ORDERED that Moving Plaintiffs are permitted to seek punitive damages, economic damages, and other appropriate damages, at a later date; and it is further

(8)     ORDERED that all other Plaintiffs not appearing in Exhibit B, Exhibit C, and Exhibit D are permitted to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed; and it is further

DOCS-100795694.1

(9)     ORDERED that this order is not binding on the determination of damages for defendants besides the one against whom default judgment is being sought. *See*, *e.g.*, ECF No. 2582 at 3.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11235.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
              _____ \_\_, 202\_