

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 17, 2025

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

      This Office represents the U.S. government agencies that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees and the Government of Sudan in the above-referenced case in March 2025.  I write on behalf of all parties, pursuant to the Court's direction in its order of August 6, 2025, ECF No. 11139, to provide a status update regarding the agencies' searches for documents responsive to these subpoenas and requests.

      **Federal Bureau of Investigation:**  The parties have provided proposed search terms for the FBI to conduct searches for responsive records.  The FBI has made substantial progress in identifying documents in response to the parties' subpoenas, including running term searches for all categories of requests for which the FBI agreed to conduct searches.  The FBI has completed its initial review to identify responsive documents available in full text in its search system.  For documents whose full text is unavailable electronically but whose document description indicates a likelihood of being responsive, the FBI is scanning the hard-copy files, which will then be reviewed.  The agency has also begun referring responsive documents to other agencies for their review where needed, and has begun reviewing documents for privileged information and other information protected from disclosure by law.  The FBI intends to make rolling releases of responsive documents and anticipates that its first release will be made in early November.[1]

      **U.S. Department of State:**  The parties have provided proposed search terms for State to conduct searches for responsive records.  State has completed initial searches in its electronic records system and its retired records, and has identified a set of records for further review, most of which are currently classified.  Because State's initial searches were very broad, especially for retired records, the agency is manually reviewing the records it located to determine which are responsive to the parties' requests.  Once that review is complete, the agency will begin the declassification review process for any classified, responsive records.  State currently estimates

---

[1] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service.

that its searches will be complete by mid-October and that it will know approximately how many responsive documents it has located by mid-November.

**Central Intelligence Agency:** The CIA has made significant progress in its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records. The agency currently expects to be able to produce these records in mid-November. The parties are still discussing whether they can agree on a compromise for the remaining requests to CIA, and the CIA has agreed to respond to the Plaintiffs' proposed compromise by the end of this week. If the parties are unable to reach a compromise, the briefing schedule approved by the Court on September 5, 2025, contemplates that Plaintiffs will file a motion to compel the CIA on Monday September 22, 2025. However, if the Parties' discussions continue past this week, the Parties and the CIA may seek a further extension of that briefing schedule.

\* \* \*

The parties respectfully propose that they provide monthly status reports going forward regarding the agencies' responses to the requests at issue, with the next report due on October 17, 2025.

We thank the Court for its consideration of this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:   /s/ Jean-David Barnea
JEAN-DAVID BARNEA
JENNIFER A. JUDE
Assistant United States Attorneys
Telephone: (212) 637-2679/2663
Email: Jean-David.Barnea@usdoj.gov
         Jennifer.Jude@usdoj.gov

cc:   Counsel for all parties (by ECF)