UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2025

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Grace Salinardi et al v. Islamic Republic of Iran*, No. 1:25-cv-05971 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' Motion For Order Authorizing Service Upon Defendant Islamic Republic Of Iran In Accordance With 28 U.S.C. § 1608(a)(4), along with Plaintiffs' memorandum of law, declaration and exhibits submitted therewith; it is hereby

**ORDERED** that the *Salinardi* Plaintiffs' motion is granted, and it is further

**ORDERED** that for the purposes of the action captioned *Grace Salinardi et al v. Islamic Republic of Iran*, No. 1:25-cv-05971 (GBD)(SN), service upon Defendant Islamic Republic of Iran ("Iran") in accordance with 28 U.S.C. §§ 1608(a)(1) through (a)(3) is unavailable; and it is further

**ORDERED** that the *Salinardi* Plaintiffs are authorized to proceed with effecting service of process upon Iran in accordance with 28 U.S.C. § 1608(a)(4).

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11153.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 19, 2025
New York, New York

docs-100745879.2