

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 19, 2025

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

      This Office represents the government agencies that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees and the Government of Sudan (the "parties") in the above-referenced case. The Court previously extended by two weeks the briefing schedule for the parties to move to compel responses to their subpoenas from the Central Intelligence Agency ("CIA"). Dkt. No. 11208. The CIA and the parties are continuing to discuss whether they can consensually resolve their disagreement regarding the CIA's response. Although the CIA had hoped to provide a proposal to the parties today, it has not yet finalized this proposal. In light of their ongoing discussions, the CIA and Plaintiffs jointly respectfully request that the briefing schedule be extended three more weeks to enable continued discussions. Sudan does not object to the CIA and Plaintiffs' request for an additional three weeks. The new briefing schedule would be as follows: plaintiffs' motion would be due on October 14; Sudan's submission would be due on October 28; the CIA's response would be due on November 20; and the parties' replies would be due on December 15.

      We thank the Court for its consideration of this request.

                                      Respectfully,

                                      JAY CLAYTON
                                      United States Attorney

                By:    /s/ Jean-David Barnea
                        JEAN-DAVID BARNEA
                        JENNIFER A. JUDE
                        Assistant United States Attorneys
                        Telephone: (212) 637-2679/2663
                        Email: Jean-David.Barnea@usdoj.gov
                                Jennifer.Jude@usdoj.gov

cc:    Counsel for all parties (by ECF)