IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

*This document relates to:*

*Abtello et al. v. Kingdom of Saudi Arabia et al., Case No. 1:17-cv-05174*
*Labozzetta et al. v. Kingdom of Saudi Arabia et al., Case No. 1:18-cv-12362*
*Abiuso et al. v. Kingdom of Saudi Arabia et al., Case No. 1:18-cv-12374*
*Nelson et al. v. Kingdom of Saudi Arabia et al., Case No. 1:18-cv-12375*
*DiGiovanni et al. v. Kingdom of Saudi Arabia et al., Case No. 1:18-cv-12376*
*Kwartowitz et al. v. Kingdom of Saudi Arabia et al., Case No. 1-18-cv-12378*

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel, Melanie H. Muhlstock, of the law firm of Parker Waichman LLP, hereby appears on behalf of the Plaintiffs in the above-captioned actions.

Respectfully submitted,

By: /s/ *Melanie H. Muhlstock*
Melanie H. Muhlstock
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
mmuhlstock@yourlawyer.com

Dated: September 22, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                    /s/ *Melanie H. Muhlstock*
                                    Melanie H. Muhlstock