UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] DEFAULT JUDGMENT AGAINST THE TALIBAN FOR PERSONAL INJURY CLAIMS ARISING UNDER 18 U.S.C. § 2333

Upon consideration of the evidence and arguments submitted by Plaintiffs in *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN), whose claims arise from the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against *inter alia* The Taliban entered on April 7, 2006 in this Multi-District Litigation (ECF No. 1756), together with the entire record in this case, it is hereby:

**ORDERED** that this Court possesses personal jurisdiction over Defendant The Taliban by virtue of its conduct supporting the terrorist activities of Al-Qaeda including but not limited to the Terrorist Attacks on September 11, 2001 which involved terrorist attacks conducted on American soil in New York, Pennsylvania, and Virginia;

**ORDERED** that this Court possesses subject-matter jurisdiction under the ATA as thousands of United States nationals were injured by reason of the terrorist attacks on September 11, 2001 which constituted acts of international terrorism resulting in significant harm including injury and death;

**ORDERED** that a review of the submissions of the *Burnett* Moving Plaintiffs set forth on Exhibit A makes clear that each of these individual Plaintiffs has suffered profoundly as a result

of the tragic events of September 11, 2001, and this review supports the determination that the following personal injury awards against The Taliban are appropriate:

| Category of Injury | Pain and Suffering Damages Award |
|---|---|
| Significant | $5,000,000 |
| Severe | $7,000,000 |
| Devastating | $10,000,000 |

; and it is

**ORDERED** that the *Burnett* Moving Plaintiffs identified in the attached Exhibit A are awarded compensatory damages for personal injuries as set forth in Exhibit A; and it is

**ORDERED** that the compensatory damages judgments for the ATA Plaintiffs set forth on Exhibit A be trebled in accordance with the mandatory provision of the ATA that provides that successful plaintiffs in an ATA action "shall recover threefold the damages he or she sustains and the cost of suit, including attorney's fees"; and it is

**ORDERED** that the ATA Plaintiffs set forth on Exhibit A be awarded prejudgment interest at the rate of 4.96%, compounded annually, from September 11, 2001 through the date of the judgment entered in the amount of $_____; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that any default judgment issued by this Court against The Taliban as a Defendant in this MDL is not binding on the determination of damages for any other Defendant within this MDL; and it is

**ORDERED** that the remaining *Burnett* personal injury Plaintiffs not identified in the attached Exhibit A may submit in later stages applications for damages awards for compensatory damages for pain and suffering, punitive damages, economic damages, or other damages (to the extent such awards have not been previously ordered).

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11295 in 03-MDL-1570 (GBD)(SN) and ECF No. 1285 in 03-cv-9849 (GBD)(SN).

Dated: New York, New York          **SO ORDERED:**
_____, 2025

_____
GEORGE B. DANIELS
United States District Judge