UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

<u>***BURNETT* PLAINTIFFS' NOTICE OF MOTION<br>FOR ENTRY OF DEFAULT JUDGMENTS FOR PERSONAL INJURY<br>CLAIMS UNDER 18 U.S.C. § 2333 AGAINST THE TALIBAN FOR PLAINTIFFS WITH<br>PRIOR DEFAULT JUDGMENTS**</u>

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane (hereinafter "Duane Decl."), with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023, Order setting forth such information the Court requires to adjudicate this motion (*see* ECF No. 9435), the *Burnett* Moving Plaintiffs included on Exhibit A respectfully request Final Default Judgments Against The Taliban for pecuniary and non-pecuniary loss (including, but not limited to pain-and-suffering damages, pre-judgment interest, and trebled damages under 18 U.S.C. § 2333(a)) in favor of the *Burnett* Moving Plaintiffs. The judgment amounts sought here by the Plaintiffs included in Exhibit A are based upon prior judgments entered by this Court for these *Burnett* Moving Plaintiffs for personal injury damages for individuals who sustained injuries as a direct result of the terrorist attacks on September 11, 2001 within this MDL against *inter alia* the Islamic Republic of Iran.

The *Burnett* Moving Plaintiffs on Exhibit A further move that such damages be trebled under the ATA and include prejudgment interest at the rate of 4.96 percent, compounded annually, from the period from September 11, 2001, until the date of the judgment for damages entered against the Taliban. In addition, the *Burnett* Moving Plaintiffs on Exhibit A move for permission to seek punitive damages and/or other damages at a later date to the extent appropriate. Finally,

the *Burnett* Moving Plaintiffs seek permission from the Court for all other *Burnett* Personal Injury Plaintiffs not appearing on Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against The Taliban on April 7, 2006. *See* 03-cv-9849 (ECF No. 1756).

Dated:  September 24, 2025                             Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.
Donald A. Migliori, Esq.
Jodi Westbrook Flowers, Esq.
Robert T. Haefele, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
Email: jduane@motleyrice.com

Attorneys for the *Burnett* Plaintiffs