UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

## *BURNETT* PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENTS FOR DEATH CLAIMS OF NON-U.S. NATIONALS UNDER COMMON LAW AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane (hereinafter "Duane Declaration"), with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information the Court requires to adjudicate this motion (*see* ECF No. 9435), the *Burnett* Moving Plaintiffs herein who are the personal representatives of the estates of non-United States-national 9/11 decedents killed in New York City respectfully request Final Default Judgments Against The Taliban for conscious pain-and-suffering damages, economic-loss damages (where applicable), and pre-judgment interest under the common law in favor of the *Burnett* Moving Plaintiffs.

The *Burnett* Moving Plaintiffs included in Exhibit A seek conscious pain and suffering damages against the Taliban. Many of the Plaintiffs listed in Exhibit A have previously obtained a judgment entered by this Court for conscious pain-and-suffering damages for 9/11 decedents within this MDL against *inter alia* the Islamic Republic of Iran under the common law and seek the same damages awards against the Taliban. As further noted in Exhibit A, certain Plaintiffs have not previously obtained a judgment for conscious pain and suffering against the Iran Defendants or any other Defendant in this MDL, and they now seek to spread this Court's prior orders and

judgments regarding the appropriate value of conscious pain and suffering awards for 9/11 decedents to their cases under the common law.

Further, the Plaintiffs included in Exhibit B are the non-U.S. national personal representatives of estates of individuals who were non-U.S. nationals when they were killed in the terrorist attacks on September 11, 2001, and who are now seeking economic loss damages under the common law against the Taliban in the amounts identified in Exhibit B for each estate. As noted in Exhibit B, some of these Plaintiffs included in Exhibit B have previously received an economic loss damages judgment entered by this Court within this MDL against *inter alia* the Islamic Republic of Iran and seek the same damages awards against the Taliban. For those Plaintiffs included in Exhibit B in which this Court has not previously awarded economic loss damages against any Defendant in this MDL (as noted in Exhibit B), these Plaintiffs have included an economic loss expert report for the Court's review as attached at Exhibit C to the Duane Declaration.

All of the *Burnett* Moving Plaintiffs herein included on Exhibits A and B are those personal representatives of the estates of individuals killed on September 11, 2001 in the terrorist attacks for whom counsel has determined were—either based on documentation obtained or based on other evidence available to them—non-United States citizens at the time of their deaths.

These *Burnett* Moving Plaintiffs further move that the above requests for damages include prejudgment interest at the rate of 4.96 percent, compounded annually, as noted in Exhibits A and B. In addition, the *Burnett* Moving Plaintiffs move for permission to seek punitive and economic loss damages (where applicable) at a later date to the extent appropriate.

Dated: September 25, 2025                              Respectfully submitted,

                                                       MOTLEY RICE LLC

        <u>*/s/ John C. Duane*</u>
        John C. Duane, Esq.
        Donald A. Migliori, Esq.
        Jodi Westbrook Flowers, Esq.
        John M. Eubanks, Esq.
        Robert T. Haefele, Esq.
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        Tel: (843) 216-9000
        Fax: (843) 216-9450
        Email: jduane@motleyrice.com