**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re: Terrorist Attacks on September 11, 2001

03 MD 1570 (GBD)(SN)

**FINAL RULE 54(b) JUDGMENT**

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran,*
No. 1:18-cv-11878 (GBD)(SN)

*Matthew Rowenhorst, et al. v. Islamic Republic of Iran,*
No. 1: 18-cv-12387 (GBD)(SN)
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2025, the Court's denial of the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against defendant Iran in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118), is certified as final pursuant to Federal Rule of Civil Procedure 54(b).

**Dated:** New York, New York
September 29, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** *K. Mango*
_____
**Deputy Clerk**