UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|
| | ECF Case |

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis and Haleema Salie, as Personal Representative of the Estate of Rahma Salie, plaintiffs in the above-captioned actions, hereby amend their existing appeal (Second Circuit Dkt. No. 25-2135) to the United States Court of Appeals for the Second Circuit and appeal from each and every part of the August 4, 2025 Memorandum Decision and Order at MDL ECF No. 11118 ("Memorandum Decision and Order"), attached hereto as Exhibit A, each and every part of the September 25, 2025 Order at MDL ECF No. 11306 ("Order"), attached hereto as Exhibit B, and each and every part of the September 29, 2025 Final Rule 54(b) Judgment at MDL ECF No. 11324 ("Judgment"), attached hereto as Exhibit C, each entered by the United States District Court for the Southern District of New York, and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Memorandum Decision and Order, the Order, and the Judgment.

DOCS-100850565.1

Dated:   New York, New York
        September 29, 2025

Respectfully submitted,

*/s/ Jerry S. Goldman*
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com

*Attorneys for the Plaintiffs*