# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------ x

This document relates to:

> *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
>
> *Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

GEORGE B. DANIELS, District Judge:

WHEREAS, this Court entered partial default judgments for the Estates of Michael Theodoridis and Rahma Salie against defendant Islamic Republic of Iran ("Iran") in its Memorandum Decision and Order dated June 17, 2024 (ECF No. 9931) and awarded the Estates economic and pain & suffering damages (*Id.* Ex. A at 11, 13); AND,

WHEREAS, this Court denied the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against Iran in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118); AND,

WHEREAS, absent entry of a Rule 54(b) final judgment, it could be some time before the remaining claims of all Plaintiffs in the above-referenced matters as to Iran are resolved; AND,

WHEREAS, in the absence of a Rule 54(b) final judgment, the Estates of Michael Theodoridis and Rahma Salie will be unable to seek timely appellate review of the Court's August 4, 2025 Memorandum Decision and Order; AND,

WHEREAS, the Court's August 4, 2025 Memorandum Decision and Order has denied

certain claims asserted by the Estates of Michael Theodoridis and Rahma Salie against Iran and has decided finally the rights and liabilities of Iran, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to this defendant; AND,

WHEREAS, the Plaintiffs have confirmed "they wish to forgo the opportunity for punitive damages against Iran to obtain a final judgment" (ECF No. 11234); AND

WHEREAS, it is appropriate at this juncture to enter final judgment under Rule 54(b) with respect to Iran; AND

WHEREAS, this Court finds that there is no just reason to delay the entry of a final judgment, pursuant to Federal Rule of Civil Procedure 54(b), denying the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against Iran.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Court's denial of the renewed judgment motion (ECF No. 10326) brought by the Estates of Michael Theodoridis and Rahma Salie against defendant Iran in its Memorandum Decision and Order dated August 4, 2025 (ECF No. 11118), is certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judgment in the above-captioned actions.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11216.

Dated: September 25, 2025
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE