## PLAINTIFF LIST

Plaintiffs and putative class members include:

1.    Christine O'Neill, as the Personal Representative of the Estate of John P. O'Neill, Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. O'Neill, Sr.
2.    Christine O'Neill, individually, as surviving spouse of John P. O'Neill, Sr.
3.    John P. O'Neill, Jr., individually, as surviving child of John P. O'Neill, Sr.
4.    Carol O'Neill, individually, as surviving child of John P. O'Neill, Sr.
5.    Christine O'Neill, as Personal Representative of the Estate of Dorothy O'Neill, deceased, the late parent of John P. O'Neill, Sr.
6.    Erik K. Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr.
7.    Gordon Aamoth, Sr., individually, as surviving parent of Gordon McCannel Aamoth, Jr.
8.    Mary Aamoth, individually, as surviving parent of Gordon McCannel Aamoth, Jr.
9.    Gordon Aamoth, Sr., as the Personal Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gordon McCannel Aamoth, Jr.
10.   Peter Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr.
11.   Lloyd A. Abel Jr., individually, as surviving sibling of Laurence C. Abel
12.   Lloyd A. Abel Sr., individually, as surviving parent of Laurence C. Abel
13.   Lloyd A. Abel Sr., as the Personal Representative of the Estate of Laurence C. Abel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence C. Abel
14.   Roberta Agyeman, individually, as surviving child of Sophia Addo
15.   Joseph Ameyaw, individually, as surviving spouse of Sophia Addo
16.   BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo
17.   Angeli Ylanan Agarwala, individually, as surviving child of Mukul Kumar Agarwala
18.   Robert Langdon as Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of (Lt.) Brian G. Ahearn
19.   Elizabeth A. Ahearn, individually, as surviving sibling of (Lt.) Brian G. Ahearn
20.   Debra Ahearn, as the Personal Representative of the Estate of Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn
21.   June Ahearn, individually, as surviving parent of (Lt.) Brian G. Ahearn
22.   Jeba Ahmed, individually, as surviving spouse of Shabbir Ahmed
23.   Nadia Ahmed, individually, as surviving child of Shabbir Ahmed
24.   Thanbir Ahmed, individually, as surviving child of Shabbir Ahmed
25.   Salma Ahmed-Green, individually, as surviving child of Shabbir Ahmed
26.   Abdul Mosobbir, individually, as surviving sibling of Shabbir Ahmed
27.   Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed,

deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed

28. Andrew Albero, individually, as surviving sibling of Gary Albero
29. Aracelis Albero, individually, as surviving spouse of Gary Albero
30. Aracelis Albero, as the Personal Representative of the Estate of Gary Albero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Albero
31. Kevin Albero, individually, as surviving sibling of Gary Albero
32. Michael A. Albero, individually, as surviving child of Gary Albero
33. Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero, deceased, the late parent of Gary Albero
34. Fred Corrado as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero
35. Sylvia Aldrige as Personal Representative of the Estate of Willie Aldridge Jr., deceased, the late sibling of Jacquelyn D. Aldridge
36. Delores Aldridge a/k/a Delores Aldridge Essuon, individually, as surviving sibling of Jacquelyn D. Aldridge
37. Marjorie Aldridge-Holder, individually, as surviving sibling of Jacquelyn D. Aldridge
38. Lafayette Frederick, individually, as surviving spouse of Jacquelyn D. Aldridge
39. Lafayette Frederick, as the Personal Representative of the Estate of Jacquelyn D. Aldridge, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn D. Aldridge
40. Barry Allen, individually, as surviving sibling of Eric Allen
41. Marian Allen, individually, as surviving sibling of Eric Allen
42. Barry Allen as Personal Representative of the Estate of Edward Allen, deceased, the late sibling of Eric Allen
43. Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen, deceased, the late parent of Eric Allen
44. Denise Allen, individually, as surviving parent of Richard L. Allen
45. Denise Allen, as the Personal Representative of the Estate of Richard L. Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard L. Allen
46. Richard Allen, deceased, the late parent of Richard L. Allen
47. Robert C. Alonso, individually, as surviving spouse of Janet Alonso
48. Robert C. Alonso, as the Personal Representative of the Estate of Janet Alonso, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janet Alonso
49. Victoria Alonso, individually, as surviving child of Janet Alonso
50. Robert C. Alonso Jr., individually, as surviving child of Janet Alonso
51. Karen Banyo, individually, as surviving sibling of Janet Alonso
52. Cheryl A. Russo, individually, as surviving sibling of Janet Alonso
53. Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez
54. Giovanni Javier, individually, as surviving child of Antonio J. Alvarez

55. BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez

56. Anthony Amatuccio, individually, as surviving sibling of Joseph Amatuccio

57. Antoinette Amatuccio a/k/a Antoinette R. Callori, individually, as surviving sibling of Joseph Amatuccio

58. Debra Amatuccio, individually, as surviving spouse of Joseph Amatuccio

59. Debra Amatuccio, as the Personal Representative of the Estate of Joseph Amatuccio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Amatuccio

60. Dina Amatuccio, individually, as surviving child of Joseph Amatuccio

61. Joseph Amatuccio, individually, as surviving child of Joseph Amatuccio

62. Karen Amundson, individually, as surviving parent of (Spc.) Craig Amundson

63. Orland Amundson, individually, as surviving parent of (Spc.) Craig Amundson

64. Ryan Amundson, individually, as surviving sibling of (Spc.) Craig Amundson

65. Amber A. Amundson, as the Personal Representative of the Estate of Craig Amundson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Spc.) Craig Amundson

66. Rachel Dana Aron Weiner, individually, as surviving spouse of Joshua Aron

67. Rachel Dana Aron Weiner, as the Personal Representative of the Estate of Joshua Aron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joshua Aron

68. Carl Asaro, individually, as surviving child of Carl Asaro

69. Heloiza Asaro, individually, as surviving spouse of Carl Asaro

70. Heloiza Asaro, as the Personal Representative of the Estate of Carl Asaro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl Asaro

71. Marc Asaro, individually, as surviving child of Carl Asaro

72. Matthew Asaro, individually, as surviving child of Carl Asaro

73. Phillip Asaro, individually, as surviving child of Carl Asaro

74. Rebecca Asaro, individually, as surviving child of Carl Asaro

75. Jason Audiffred, individually, as surviving child of James Audiffred

76. Robin Audiffred, individually, as surviving spouse of James Audiffred

77. Robin Audiffred, as the Personal Representative of the Estate of James Audiffred, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Audiffred

78. Antonio Aversano, individually, as surviving child of Louis F. Aversano, Jr.

79. Doris Aversano, individually, as surviving spouse of Louis F. Aversano, Jr.

80. Doris Aversano, as the Personal Representative of the Estate of Louis F. Aversano Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis F. Aversano, Jr.

81. Rosemary Aversano, individually, as surviving child of Louis F. Aversano, Jr.

82. Lisa R. Procaccio, individually, as surviving child of Louis F. Aversano, Jr.

83. Leyda Colon-Ayala, individually, as surviving spouse of Samuel (Sandy) Ayala
84. Leyda Colon-Ayala, as the Personal Representative of the Estate of Samuel (Sandy) Ayala, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel (Sandy) Ayala
85. Samantha Ayala, individually, as surviving child of Samuel (Sandy) Ayala
86. Vincent Babakitis, individually, as surviving child of Arlene T. Babakitis
87. James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis
88. Evelyn Pettignano, individually, as surviving sibling of Arlene T. Babakitis
89. Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of Arlene T. Babakitis
90. Karen Ann Reoch, individually, as surviving sibling of Arlene T. Babakitis
91. Laura Baierwalter, individually, as surviving spouse of Robert J. Baierwalter
92. Laura Baierwalter, as the Personal Representative of the Estate of Robert J. Baierwalter, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Baierwalter
93. Raymond Baierwalter, individually, as surviving child of Robert J. Baierwalter
94. Richard Baierwalter, individually, as surviving child of Robert J. Baierwalter
95. Veronica Baierwalter, individually, as surviving child of Robert J. Baierwalter
96. Maureen Schlowinski, individually, as surviving sibling of Robert J. Baierwalter
97. Daniel Barnes, individually, as surviving sibling of Matthew Barnes
98. Denise Barnes, individually, as surviving sibling of Matthew Barnes
99. Jesse Barnes, individually, as surviving child of Matthew Barnes
100. Matthew Barnes Jr., individually, as surviving child of Matthew Barnes
101. Russell Barnes, individually, as surviving sibling of Matthew Barnes
102. Suzanne Barnes, individually, as surviving sibling of Matthew Barnes
103. Thomas Barnes, individually, as surviving child of Matthew Barnes
104. Susan Barnes-Ford, individually, as surviving spouse of Matthew Barnes
105. Susan Barnes-Ford, as the Personal Representative of the Estate of Matthew Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Barnes
106. Daniel Barnes and Russell Barnes, as co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes
107. Ricardo Barnes, individually, as surviving spouse of Sheila P. Barnes
108. Ricardo Barnes, as the Personal Representative of the Estate of Sheila P. Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sheila P. Barnes
109. Christine Barnes-Murrell, individually, as surviving child of Sheila P. Barnes
110. Zulema Barnes-Robinson, individually, as surviving child of Sheila P. Barnes
111. Elizabeth a/k/a Betty Bennett, individually, as surviving parent of Eric L. Bennett
112. Elizabeth a/k/a Betty Bennett, as the Personal Representative of the Estate of Eric L. Bennett, deceased, and on behalf of all survivors and all legally entitled beneficiaries

4

and family members of Eric L. Bennett

113.  Kimberly Ann Bennett, individually, as surviving sibling of Eric L. Bennett

114.  Terry Bennett, individually, as surviving parent of Eric L. Bennett

115.  William J. Biggart, individually, as surviving child of William G. Biggart

116.  Elizabeth Linker, individually, as surviving sibling of William G. Biggart

117.  Margaret Burke a/k/a Margaret Burke, individually, as surviving sibling of William G. Biggart

118.  William Bishop, individually, as surviving child of George Bishop

119.  John Doe 4, being intended to designate the Personal Representative of the Estate of George Bishop, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of George Bishop

120.  John Doe 5, being intended to designate the Personal Representative of the Estate of Carrie R. Blagburn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Carrie R. Blagburn

121.  Kevin Smith, individually, as surviving child of Carrie R. Blagburn

122.  Kim Williams, individually, as surviving child of Carrie R. Blagburn

123.  Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding, deceased, the late sibling of Harry Blanding, Jr.

124.  Dorothy Blanding, individually, as surviving parent of Harry Blanding, Jr.

125.  Carol Boccardi, individually, as surviving parent of Michael A. Boccardi

126.  Carol Boccardi, as the co-Personal Representative of the Estate of Michael A. Boccardi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi

127.  Michelle Bronson as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. Boccardi

128.  Roya Bolourchi Touran, individually, as surviving child of Touran (Touri) Bolourchi

129.  John Doe 67, being intended to designate the Personal Representative of the Estate of Touran (Touri) Bolourchik, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Touran (Touri) Bolourchi

130.  Lenore Williams as Personal Representative of the Estate of Kathryn B. Agugliaro, deceased, the late parent of Frank J. Bonomo

5

131. Joseph Anthony Bonomo, individually, as surviving child of Frank J. Bonomo
132. Juliana Rose Bonomo, individually, as surviving child of Frank J. Bonomo
133. Margarite Bonomo, individually, as surviving spouse of Frank J. Bonomo
134. Margarite Bonomo, as the Personal Representative of the Estate of Frank J. Bonomo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank J. Bonomo
135. Lenore B. Williams, individually, as surviving sibling of Frank J. Bonomo
136. Alexandra Bowen, individually, as surviving child of Donna Bowen
137. Anastasia Siberon, individually, as surviving child of Donna Bowen
138. Eugene Bowen, deceased, the late spouse of Donna Bowen
139. Eugene Bowen, as the Personal Representative of the Estate of Donna Bowen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen
140. Eugene Bowen Jr., individually, as surviving child of Donna Bowen
141. Dior P. Gordon, individually, as surviving child of Veronique N. Bowers
142. Dior P. Gordon, as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers
143. Jeffery M. Bright, individually, as surviving sibling of Gary L. Bright
144. Jeffery M. Bright, as the Personal Representative of the Estate of Gary L. Bright, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary L. Bright
145. Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright
146. Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright
147. Andrea Caballero Valadez, individually, as surviving sibling of Daniel M. Caballero
148. Andres Caballero, individually, as surviving parent of Daniel M. Caballero
149. Claudia Caballero, individually, as surviving sibling of Daniel M. Caballero
150. Maria Caballero, individually, as surviving parent of Daniel M. Caballero
151. Maria Caballero, as the Personal Representative of the Estate of Daniel M. Caballero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero
152. Jamie Cachia, individually, as surviving sibling of Brian Cachia
153. James Lynch as Personal Representative of the Estate of Sabrina C. Spencer, deceased, the late parent of Brian Cachia
154. Joseph Cachia, individually, as surviving parent of Brian Cachia
155. Joseph Cachia, as the Personal Representative of the Estate of Brian Cachia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia
156. Alexander Calabro, individually, as surviving child of Salvatore B. Calabro
157. Daniel Calabro, individually, as surviving child of Salvatore B. Calabro
158. Francine Calabro, individually, as surviving spouse of Salvatore B. Calabro

159. Francine Calabro, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro

160. Carl Calabro, individually, as surviving sibling of Salvatore B. Calabro

161. Martin Armstrong, individually, as surviving sibling of Felix Calixte

162. Rhonda Branch, individually, as surviving sibling of Felix Calixte

163. Peter Anderson Calixte, individually, as surviving sibling of Felix Calixte

164. Marguerite Calixte-Williams, individually, as surviving parent of Felix Calixte

165. Marguerite Calixte-Williams and Angus Jacques, as the co-Personal Representatives of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte

166. Nina DeSouza, individually, as surviving sibling of Felix Calixte

167. Keream Williams, individually, as surviving sibling of Felix Calixte

168. Kizzy Williams, individually, as surviving sibling of Felix Calixte

169. Remy Williams, individually, as surviving sibling of Felix Calixte

170. Terra Williams, individually, as surviving sibling of Felix Calixte

171. Angela Callahan, individually, as surviving spouse of Francis J. Callahan

172. Angela Callahan, as the Personal Representative of the Estate of Francis J. Callahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan

173. Harry Callahan, individually, as surviving child of Francis J. Callahan

174. Nora M. Callahan, individually, as surviving child of Francis J. Callahan

175. Peter Callahan, individually, as surviving child of Francis J. Callahan

176. Rose (Callahan) Verno, individually, as surviving child of Francis J. Callahan

177. Tereza Antonios, individually, as surviving child of Roko Camaj

178. Angelina Camaj, individually, as surviving child of Roko Camaj

179. Katrina Camaj, individually, as surviving spouse of Roko Camaj

180. Katrina Camaj, as the Personal Representative of the Estate of Roko Camaj, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj

181. Vincent Camaj, individually, as surviving child of Roko Camaj

182. Darrick Carlone, individually, as surviving child of David G. Carlone

183. Matthew Carlone, individually, as surviving child of David G. Carlone

184. Nicholas A. Carlone, individually, as surviving child of David G. Carlone

185. Daniel R. Carlson, individually, as surviving child of Rosemarie C. Carlson

186. James D. Carlson, individually, as surviving child of Rosemarie C. Carlson

187. Kimberly R. Carlson, individually, as surviving child of Rosemarie C. Carlson

188. Stephen J. Carlson, individually, as surviving child of Rosemarie C. Carlson

189. Crystal Ortiz, individually, as surviving child of Rosemarie C. Carlson

190. Evita Ortiz, individually, as surviving child of Rosemarie C. Carlson

191. Debra Carson, individually, as surviving spouse of James Carson Jr.

192. Debra Carson, as the Personal Representative of the Estate of James Carson Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and

7

family members of James Carson Jr.

193. James M. Carson, individually, as surviving child of James Carson Jr.

194. Angenette Cash, individually, as surviving child of Angelene C. Carter

195. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, individually, as surviving child of Angelene C. Carter

196. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, as the Personal Representative of the Estate of Angelene C. Carter, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angelene C. Carter

197. Angilic Casalduc, individually, as surviving child of Vivian Casalduc

198. Paul Casalduc, individually, as surviving child of Vivian Casalduc

199. Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc

200. Jeanette Kirby, individually, as surviving sibling of Vivian Casalduc

201. Maria Poliard, individually, as surviving parent of Vivian Casalduc

202. Evan Cascio, individually, as surviving sibling of Paul R. Cascio

203. Evan Cascio, as the Personal Representative of the Estate of Paul R. Cascio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul R. Cascio

204. Janet Cascio, individually, as surviving parent of Paul R. Cascio

205. Paul Cascio, individually, as surviving parent of Paul R. Cascio

206. Diana P. Castano, individually, as surviving spouse of Alejandro Castano

207. Diana P. Castano, as the Personal Representative of the Estate of Alejandro Castano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Castano

208. Francisco Castano, individually, as surviving parent of Alejandro Castano

209. Steven Castano, individually, as surviving child of Alejandro Castano

210. Yolanda Castano, individually, as surviving parent of Alejandro Castano

211. Claudia Rodriguez, individually, as surviving sibling of Alejandro Castano

212. John Doe 7, being intended to designate the Personal Representative of the Estate of Arcelia Castillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Arcelia Castillo

213. Rodrigo Gomez Castillo, individually, as surviving sibling of Arcelia Castillo

214. Anthony Roman, individually, as surviving child of Arcelia Castillo

215. Silvio Roman, individually, as surviving child of Arcelia Castillo

216. Ana L. Centeno, individually, as surviving sibling of Ana M. Centeno

217. Jesus Centeno, individually, as surviving sibling of Ana M. Centeno

218. Antonia Torres Ayala, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno

8

219. Harry Massa, individually, as surviving sibling of Ana M. Centeno
220. Havier Massa, individually, as surviving sibling of Ana M. Centeno
221. Margarita Perez, individually, as surviving sibling of Ana M. Centeno
222. Angeles Rivera, individually, as surviving sibling of Ana M. Centeno
223. Angeles Rivera, as the Personal Representative of the Estate of Ana M. Centeno, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ana M. Centeno
224. Antonia Torres Ayala, individually, as surviving parent of Ana M. Centeno
225. Maria Zayas, individually, as surviving sibling of Ana M. Centeno
226. Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt, individually, as surviving child of John Chada
227. Virginia Chada, individually, as surviving spouse of John Chada
228. Virginia Chada, as the Personal Representative of the Estate of John Chada, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Chada
229. Darien P. Cherry, individually, as surviving child of Vernon P. Cherry
230. Selena Cherry-Daniel as Personal Representative of the Estate of JoAnne Cherry, deceased, the late spouse of Vernon P. Cherry
231. Selena Cherry-Daniel, individually, as surviving child of Vernon P. Cherry
232. Selena Cherry-Daniel, as the Personal Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry
233. Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry
234. Ana Soria, individually, as surviving spouse of Luis A. Chimbo
235. BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo
236. Luis Chimbo, individually, as surviving child of Luis A. Chimbo
237. Fahina Chowdhury, individually, as surviving child of Mohammed S. Chowdhury
238. Farqad Chowdhury, individually, as surviving child of Mohammed S. Chowdhury
239. Baraheen Ashrafi, individually, as surviving spouse of Mohammed S. Chowdhury
240. Baraheen Ashrafi, as the Personal Representative of the Estate of Mohammed S. Chowdhury, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed S. Chowdhury
241. Stephen P. Heuston, Esq., as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron
242. Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron-Lugos a/k/a William Cintron, deceased, the late spouse of Edna Cintron
243. Anthony Clark, individually, as surviving sibling of Benjamin K. Clark
244. Courtland Jerome Clark, individually, as surviving sibling of Benjamin K. Clark
245. Elsie Clark, individually, as surviving parent of Benjamin K. Clark

246.    Gabriel Clark, individually, as surviving child of Benjamin K. Clark

247.    LaShawn Clark, individually, as surviving spouse of Benjamin K. Clark

248.    LaShawn Clark, as the Personal Representative of the Estate of Benjamin K. Clark, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Benjamin K. Clark

249.    Randy Clark, individually, as surviving sibling of Benjamin K. Clark

250.    Sean Clark, individually, as surviving child of Benjamin K. Clark

251.    Taj-Pierre Clark, individually, as surviving child of Benjamin K. Clark

252.    Elsie Clark as Personal Representative of the Estate of Benjamin Clark Sr., deceased, the late parent of Benjamin K. Clark

253.    Brittany Hantz, individually, as surviving child of Benjamin K. Clark

254.    Sharon McAvinue, individually, as surviving sibling of Donna Clarke

255.    Thomas G. McAvinue, individually, as surviving sibling of Donna Clarke

256.    Stephanie Marie Sampson (Clarke), individually, as surviving child of Donna Clarke

257.    Stephanie Marie Sampson (Clarke), as the Personal Representative of the Estate of Donna Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Clarke

258.    Patricia McAvinue McCarthy, individually, as surviving sibling of Donna Clarke

259.    Cathleen Mary Cleary, individually, as surviving sibling of Kevin F. Cleary

260.    Christopher James Cleary, individually, as surviving sibling of Kevin F. Cleary

261.    Christopher James Cleary and Patricia Mary Cleary, as the co-Personal Representatives of the Estate of Kevin F. Cleary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary

262.    Christopher James Cleary and Patricia Mary Cleary as Co-Personal Representative of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary

263.    Michael G. Cleary, individually, as surviving sibling of Kevin F. Cleary

264.    Patricia Mary Cleary, individually, as surviving sibling of Kevin F. Cleary

265.    Thomas J. Cleary, individually, as surviving sibling of Kevin F. Cleary

266.    Maureen Cleary Colligan, individually, as surviving sibling of Kevin F. Cleary

267.    Mio Cloud, individually, as surviving spouse of Geoffrey Cloud

268.    Mio Cloud, as the Personal Representative of the Estate of Geoffrey Cloud, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Geoffrey Cloud

269.    Beth Schutte, as the Personal Representative of the Estate of Patricia A. Cody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody

270.    Beth Schutte, individually, as surviving child of Patricia A. Cody

271.    Joyce Cohen-Day, individually, as surviving child of Florence Cohen

272.    Joyce Cohen-Day, as the Personal Representative of the Estate of Florence Cohen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Florence Cohen

273.    John Doe 9 as Personal Representative of the Estate of Mildred Gordonson, deceased, the late parent of Florence Cohen

274. Juana Colon, individually, as surviving spouse of Jaime Concepcion
275. Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion
276. Orquidia Colon, individually, as surviving child of Jaime Concepcion
277. Reginald Colon, individually, as surviving child of Jaime Concepcion
278. Rosa Colon, individually, as surviving child of Jaime Concepcion
279. Mercedes Concepcion, individually, as surviving child of Jaime Concepcion
280. Jaime Concepcion Jr., individually, as surviving child of Jaime Concepcion
281. Virginia Concepcion De Soto, individually, as surviving child of Jaime Concepcion
282. Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion
283. April Alexander, individually, as surviving sibling of Brenda E. Conway
284. Stanley Alexander, individually, as surviving sibling of Brenda E. Conway
285. Mandell Conway, individually, as surviving child of Brenda E. Conway
286. Russell Conway, individually, as surviving spouse of Brenda E. Conway
287. Russell Conway, as the Personal Representative of the Estate of Brenda E. Conway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway
288. Linda McGee, individually, as surviving sibling of Brenda E. Conway
289. Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway
290. Danielle Alexander, individually, as surviving child of Brenda E. Conway
291. Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook
292. Blanca M. Garcia, individually, as surviving sibling of Helen Cook
293. Edson Garcia, individually, as surviving sibling of Helen Cook
294. Keidy Garcia, individually, as surviving sibling of Helen Cook
295. Teofila Garcia, individually, as surviving parent of Helen Cook
296. Moises Cordero, individually, as surviving parent of Alejandro Cordero
297. Moises Cordero, as the Personal Representative of the Estate of Alejandro Cordero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Cordero
298. Moises Cordero, Sr., as Personal Representative of the Estate of Teresa Cordero, deceased, the late parent of Alejandro Cordero
299. Wellington Cordero, individually, as surviving sibling of Alejandro Cordero
300. Moises Cordero Jr., individually, as surviving sibling of Alejandro Cordero
301. Marina Correa, individually, as surviving parent of Danny Correa-Gutierrez
302. Jessica Correa, individually, as surviving sibling of Danny Correa-Gutierrez
303. John Doe 11, being intended to designate the Personal Representative of the Estate of Danny Correa-Gutierrez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has

expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Danny Correa-Gutierrez

304.    Robert E. Marisay Jr., individually, as surviving sibling of Georgine R. Corrigan

305.    Laura Buck, individually, as surviving child of Georgine R. Corrigan

306.    Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan

307.    Albertina Rivera, individually, as surviving parent of Digna Costanza

308.    Ingrid Rivera, individually, as surviving sibling of Digna Costanza

309.    Uriel Rivera Jr., individually, as surviving sibling of Digna Costanza

310.    Uriel Rivera Sr., individually, as surviving parent of Digna Costanza

311.    John Costanza, individually, as surviving spouse of Digna Costanza

312.    John Costanza, as the Personal Representative of the Estate of Digna Costanza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Digna Costanza

313.    Kathleen Birch, individually, as surviving sibling of Charles Costello, Jr.

314.    Charles Costello, individually, as surviving child of Charles Costello, Jr.

315.    Mary Costello, individually, as surviving spouse of Charles Costello, Jr.

316.    Mary Costello, as the Personal Representative of the Estate of Charles Costello, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Costello, Jr.

317.    Patricia Costello, individually, as surviving sibling of Charles Costello, Jr.

318.    Raymond Costello, individually, as surviving sibling of Charles Costello, Jr.

319.    Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr., deceased, the late parent of Charles Costello, Jr.

320.    MaryKate Naples, individually, as surviving child of Charles Costello, Jr.

321.    Amanda Taylor, individually, as surviving child of Charles Costello, Jr.

322.    James Coyle, individually, as surviving parent of James R. Coyle

323.    James Coyle, as the Personal Representative of the Estate of James R. Coyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle

324.    Katherine Coyle, individually, as surviving sibling of James R. Coyle

325.    Regina Coyle, individually, as surviving parent of James R. Coyle

326.    Joseph Coyle, individually, as surviving sibling of James R. Coyle

327.    Geraldine Havran as Personal Representative of the Estate of Charles Cross, deceased, the late sibling of Dennis Cross

328.    Virginia Fredriksen, individually, as surviving sibling of Dennis Cross

329.    Carol Cubas, individually, as surviving spouse of Kenneth J. Cubas

330.    Carol Cubas, as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas

331.    Helga Curtin, individually, as surviving spouse of Michael Curtin

332. Helga Curtin, as the Personal Representative of the Estate of Michael Curtin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Curtin

333. Erika C. Sufilka, individually, as surviving child of Michael Curtin

334. Anand A. Dataram, individually, as surviving sibling of Annette A. Dataram

335. Mahadai Dataram, individually, as surviving parent of Annette A. Dataram

336. Mahadai Dataram, as the Personal Representative of the Estate of Annette A. Dataram, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annette A. Dataram

337. Ronald Dataram, individually, as surviving sibling of Annette A. Dataram

338. Adam Davidson, individually, as surviving child of Lawrence Davidson

339. Adam Davidson and Daniel Davidson, as the co-Personal Representatives of the Estate of Lawrence Davidson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson

340. Marc Davidson, individually, as surviving child of Lawrence Davidson

341. Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson

342. Tanya Dale, individually, as surviving child of Titus Davidson

343. Tanya Dale, as the Personal Representative of the Estate of Titus Davidson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Titus Davidson

344. Denzil Davidson, individually, as surviving sibling of Titus Davidson

345. Janet Davidson, individually, as surviving sibling of Titus Davidson

346. Merna Davidson, individually, as surviving sibling of Titus Davidson

347. Michelle Davidson, individually, as surviving sibling of Titus Davidson

348. Noel Davidson, individually, as surviving sibling of Titus Davidson

349. Phillip Davidson, individually, as surviving sibling of Titus Davidson

350. Rose Davidson, individually, as surviving sibling of Titus Davidson

351. Sam Davidson, individually, as surviving sibling of Titus Davidson

352. Trevor Davidson, individually, as surviving sibling of Titus Davidson

353. William Davidson, individually, as surviving sibling of Titus Davidson

354. Phillip Davidson as Personal Representative of the Estate of Ragland Davidson, deceased, the late parent of Titus Davidson

355. Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson

356. Evis Jones, individually, as surviving sibling of Titus Davidson

357. Amy M. Knight, individually, as surviving sibling of Titus Davidson

358. Shirley White, individually, as surviving sibling of Titus Davidson

359. Paige Debek, individually, as surviving child of Tara Debek

360. Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek

361. Maureen Moore, individually, as surviving parent of Tara Debek

362. Robert Moore, individually, as surviving sibling of Tara Debek

13

363. Lisa Reahl, individually, as surviving sibling of Tara Debek
364. Dale Choate, individually, as surviving sibling of Gerald F. DeConto
365. David DeConto, individually, as surviving sibling of Gerald F. DeConto
366. G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto
367. Patricia DeConto, deceased, the late parent of Gerald F. DeConto
368. Raymond DeConto, individually, as surviving sibling of Gerald F. DeConto
369. Marie DeConto LeBlanc, individually, as surviving sibling of Gerald F. DeConto
370. Alfred DeMartini, individually, as surviving sibling of Francis DeMartini
371. Dominic DeMartini, individually, as surviving child of Francis DeMartini
372. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, individually, as surviving spouse of Francis DeMartini
373. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, as the Personal Representative of the Estate of Francis DeMartini, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis DeMartini
374. Paul DeMartini, individually, as surviving sibling of Francis DeMartini
375. Rosemary DeMartini, individually, as surviving sibling of Francis DeMartini
376. Sabrina DeMartini, individually, as surviving child of Francis DeMartini
377. Nina DeMartini Day, individually, as surviving sibling of Francis DeMartini
378. Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini
379. Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini
380. Juan De Jesus Rodriguez, individually, as surviving sibling of Jose Depena
381. Anny De Jesus De Pena Rodriguez, individually, as surviving sibling of Jose Depena
382. Edwin N. Depena, individually, as surviving child of Jose Depena
383. Marlin Nicole Depena, individually, as surviving child of Jose Depena
384. Victor T. Depena, individually, as surviving sibling of Jose Depena
385. Virgilio N. Depena, deceased, the late parent of Jose Depena
386. Daniel N. Depena Mora, individually, as surviving child of Jose Depena
387. Belkis A. Depena Rodriguez, individually, as surviving sibling of Jose Depena
388. Jorge A. Depena Rodriguez, individually, as surviving sibling of Jose Depena
389. BNY Mellon, as the Personal Representative of the Estate of Jose Depena, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Depena
390. Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez, deceased, the late sibling of Jose Depena
391. Pura A. Rodriguez, individually, as surviving parent of Jose Depena
392. Veronica Altagracia Sanchez Depena, individually, as surviving sibling of Jose Depena
393. Clara Depena, individually, as surviving sibling of Jose Depena
394. Maxima Depena, individually, as surviving spouse of Jose Depena

14

395. Quilcio Depena, individually, as surviving sibling of Jose Depena
396. William Depena, individually, as surviving sibling of Jose Depena
397. Angela DeRubbio, individually, as surviving sibling of David P. DeRubbio
398. Anthony J. DeRubbio, individually, as surviving sibling of David P. DeRubbio
399. Dominick A. DeRubbio, individually, as surviving sibling of David P. DeRubbio
400. Jessica DeRubbio, individually, as surviving child of David P. DeRubbio
401. Lorraine D. DeRubbio, individually, as surviving spouse of David P. DeRubbio
402. Lorraine D. DeRubbio, as the Personal Representative of the Estate of David P. DeRubbio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David P. DeRubbio
403. Marion DeRubbio, individually, as surviving parent of David P. DeRubbio
404. Robert Anthony DeRubbio, individually, as surviving sibling of David P. DeRubbio
405. Mary Lee Ianno, individually, as surviving sibling of David P. DeRubbio
406. Mary Lee Ianno as Personal Representative of the Estate of Albert DeRubbio (Sr.), deceased, the late parent of David P. DeRubbio
407. Anthony Desperito, individually, as surviving child of Andrew Desperito
408. David Desperito, individually, as surviving child of Andrew Desperito
409. Laura Desperito-Filiberto, individually, as surviving spouse of Andrew Desperito
410. Laura Desperito-Filiberto, as the Personal Representative of the Estate of Andrew Desperito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Desperito
411. Joseph A. Deuel, individually, as surviving sibling of Cindy Ann Deuel
412. Christine A. Horvath-Deuel as Personal Representative of the Estate of Joseph P. Deuel, deceased, the late parent of Cindy Ann Deuel
413. Richard A. Deuel, individually, as surviving sibling of Cindy Ann Deuel
414. John Doe 15, being intended to designate the Personal Representative of the Estate of Cindy Ann Deuel, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Cindy Ann Deuel
415. Patricia Kocian, individually, as surviving parent of Cindy Ann Deuel
416. Casey Devlin, individually, as surviving child of Dennis L. Devlin
417. Dennis Devlin, individually, as surviving child of Dennis L. Devlin
418. Kathleen A. Devlin, individually, as surviving spouse of Dennis L. Devlin
419. Kathleen A. Devlin, as the Personal Representative of the Estate of Dennis L. Devlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis L. Devlin
420. Kathleen E. Devlin, individually, as surviving child of Dennis L. Devlin
421. Kerry Sharkey, individually, as surviving child of Dennis L. Devlin
422. Sandra Ahern as Personal Representative of the Estate of Christopher Diaz, deceased, the late sibling of Matthew Diaz

423. Christopher J. Diaz, individually, as surviving child of Matthew Diaz
424. Mattie K. Diaz, as Personal Representative of the Estate of Michael C. Diaz, deceased, the late sibling of Matthew Diaz
425. Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz, deceased, the late child of Matthew Diaz
426. Florence Kneff, as the Personal Representative of the Estate of Matthew Diaz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Diaz
427. Florence Kneff as Personal Representative of the Estate of Karen Diaz, deceased, the late spouse of Matthew Diaz
428. James E. DiChiaro as Personal Representative of the Estate of Joseph L. DiChiaro, deceased, the late spouse of Patricia F. DiChiaro
429. James E. DiChiaro, individually, as surviving child of Patricia F. DiChiaro
430. James E. DiChiaro, as the Personal Representative of the Estate of Patricia F. DiChiaro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia F. DiChiaro
431. Thomas L. DiChiaro, individually, as surviving child of Patricia F. DiChiaro
432. Camille Doany, individually, as surviving sibling of Ramzi A. Doany
433. Samia Doany, individually, as surviving parent of Ramzi A. Doany
434. Dina Doany-Azzam, individually, as surviving sibling of Ramzi A. Doany
435. Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany
436. Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany
437. Daryl Gabriel, individually, as surviving child of Benilda Domingo
438. Benjamin Dominguez, Jr., individually, as surviving sibling of Carlos Dominguez
439. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr., deceased, the late parent of Carlos Dominguez
440. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia Dominguez, deceased, the late parent of Carlos Dominguez
441. Chang Don Kim, individually, as surviving parent of Lawrence Don Kim
442. Chang Don Kim, as the Personal Representative of the Estate of Lawrence Don Kim, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Don Kim
443. Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim, deceased, the late parent of Lawrence Don Kim
444. Catherine Fleming, individually, as surviving sibling of Lawrence Don Kim
445. Mario Sanchez as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek
446. Mario Sanchez, as the Personal Representative of the Estate of Luke Dudek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek
447. April Horton, individually, as surviving sibling of Edward T. Earhart

448. Andrea Stauter, individually, as surviving sibling of Edward T. Earhart
449. Andrea Stauter, as the Personal Representative of the Estate of Edward T. Earhart, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward T. Earhart
450. Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart, deceased, the late parent of Edward T. Earhart
451. Andrea Stauter as Personal Representative of the Estate of Thomas Earhart, deceased, the late parent of Edward T. Earhart
452. Christopher Aiello as Personal Representative of the Estate of Joan Aiello, deceased, the late sibling of John E. Eichler
453. John Churchill as Personal Representative of the Estate of Lois Churchill, deceased, the late sibling of John E. Eichler
454. John R. Eichler, individually, as surviving child of John E. Eichler
455. John R. Eichler, as the Personal Representative of the Estate of John E. Eichler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John E. Eichler
456. John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler, deceased, the late spouse of John E. Eichler
457. Catherine Ericson, individually, as surviving child of Ulf Ramm Ericson
458. Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson
459. Catherine Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson
460. Itauma Ette, individually, as surviving sibling of Sadie Ette
461. Benjamin Edokpayi, as the Personal Representative of the Estate of Sadie Ette, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette
462. Sarah DeSimone, individually, as surviving child of Catherine Fagan
463. Sarah DeSimone, as the Personal Representative of the Estate of Catherine Fagan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherine Fagan
464. Jane M. Cristiano, individually, as surviving child of Thomas Farino
465. Daniel Farino, individually, as surviving sibling of Thomas Farino
466. Frank Farino, individually, as surviving sibling of Thomas Farino
467. James Farino, individually, as surviving child of Thomas Farino
468. Patrick Farino, individually, as surviving sibling of Thomas Farino
469. Mary A. Farino-Thomas, individually, as surviving spouse of Thomas Farino
470. Mary A. Farino-Thomas, as the Personal Representative of the Estate of Thomas Farino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Farino
471. Kathryn Nesbit, individually, as surviving child of Elizabeth A. Farmer
472. Kathryn Nesbit, as the Personal Representative of the Estate of Elizabeth A. Farmer,

deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elizabeth A. Farmer

473. Jennifer Artola, individually, as surviving child of Francis J. Feely
474. Caitlin Feely, individually, as surviving child of Francis J. Feely
475. Lori Feely, individually, as surviving spouse of Francis J. Feely
476. Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely
477. Alice Feely as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely
478. Stephanie Feely, individually, as surviving child of Francis J. Feely
479. Lauren Feely, individually, as surviving child of Francis J. Feely
480. Catherine Curley, individually, as surviving sibling of Sean B. Fegan
481. Peter Fegan Jr., individually, as surviving sibling of Sean B. Fegan
482. Catherine Curley and Anne Marie Hartney as co-Personal Representatives of the Estate of Peter Fegan, deceased, the late parent of Sean B. Fegan
483. Catherine Curley and Anne Marie Hartney, as the Co-Personal Representatives of the Estate of Sean B. Fegan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sean B. Fegan
484. Anne Marie Hartney, individually, as surviving sibling of Sean B. Fegan
485. Catherine Curley and Anne Marie Hartney as co-Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan
486. Alexis Feliciano, individually, as surviving child of Rosa Maria Feliciano
487. Amanda Feliciano, individually, as surviving child of Rosa Maria Feliciano
488. Isaac Feliciano, individually, as surviving spouse of Rosa Maria Feliciano
489. Isaac Feliciano, as the Personal Representative of the Estate of Rosa Maria Feliciano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosa Maria Feliciano
490. Angela Fields, individually, as surviving spouse of Samuel Fields, Sr.
491. Angela Fields, as the Personal Representative of the Estate of Samuel Fields Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Fields, Sr.
492. Demetrius Fields, individually, as surviving child of Samuel Fields, Sr.
493. Samuel Fields Jr., individually, as surviving child of Samuel Fields, Sr.
494. Stefan Fields, individually, as surviving child of Samuel Fields, Sr.
495. Sharif Fields, individually, as surviving child of Samuel Fields, Sr.
496. Sharaia Fields, individually, as surviving child of Samuel Fields, Sr.
497. Christina D. Fisher, individually, as surviving sibling of Andrew Fisher
498. John Fisher, individually, as surviving sibling of Andrew Fisher
499. Maria R. Fisher, individually, as surviving sibling of Andrew Fisher
500. Nina Fisher and Maria R. Fisher as co-Personal Representatives of the Estate of Marie E. Fisher, deceased, the late parent of Andrew Fisher
501. Nina A. Fisher, individually, as surviving sibling of Andrew Fisher

18

502. Peter Fisher, individually, as surviving sibling of Andrew Fisher
503. Nina Fisher and John Fisher as co-Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher
504. Stephanie E. Lang, individually, as surviving spouse of Andrew Fisher
505. Stephanie E. Lang, as the Personal Representative of the Estate of Andrew Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher
506. Catherine A. Chiola, individually, as surviving sibling of John Roger Fisher
507. Catherine A. Chiola, as the Personal Representative of the Estate of John Roger Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Roger Fisher
508. Bridget E. Pineros, individually, as surviving child of John Roger Fisher
509. Evan H. Fisher, individually, as surviving child of John Roger Fisher
510. Kyle Fisher, individually, as surviving child of John Roger Fisher
511. Ryan P. Fisher, individually, as surviving child of John Roger Fisher
512. Tina M. Fisher, individually, as surviving sibling of John Roger Fisher
513. Erin N. Siegel, individually, as surviving child of John Roger Fisher
514. Kylie Eve Florio, individually, as surviving child of John J. Florio
515. Michael J. Florio, individually, as surviving child of John J. Florio
516. Shari Florio, individually, as surviving spouse of John J. Florio
517. Shari Florio, as the Personal Representative of the Estate of John J. Florio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John J. Florio
518. Brittany Fogel, individually, as surviving child of Stephen M. Fogel
519. David Fogel, individually, as surviving sibling of Stephen M. Fogel
520. Joseph Fogel, individually, as surviving child of Stephen M. Fogel
521. David Fogel as Personal Representative of the Estate of Beth Fogel, deceased, the late parent of Stephen M. Fogel
522. Karen Hamorsky, individually, as surviving sibling of Stephen M. Fogel
523. Laurie Pater, individually, as surviving spouse of Stephen M. Fogel
524. Laurie Pater, as the Personal Representative of the Estate of Stephen M. Fogel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen M. Fogel
525. Elaine Cunnea, individually, as surviving sibling of Godwin Forde
526. Charlene Carmen Forde, individually, as surviving child of Godwin Forde
527. Charlene Carmen Forde, Angela Alleyne, and Deborah Cremona, as the co-Personal Representatives of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde
528. Dorepha Forde, individually, as surviving parent of Godwin Forde
529. Dorna Forde, individually, as surviving sibling of Godwin Forde
530. Dorolyne Forde, individually, as surviving sibling of Godwin Forde
531. Raymond Forde, individually, as surviving sibling of Godwin Forde
532. Romel DaCosta Forde, individually, as surviving child of Godwin Forde

533. Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde
534. Myrna Thomas, individually, as surviving sibling of Godwin Forde
535. David Foreman, individually, as surviving sibling of Donald A. Foreman
536. Marcus Foreman, individually, as surviving child of Donald A. Foreman
537. Shirley Foreman, individually, as surviving parent of Donald A. Foreman
538. Shirley Foreman, as the Personal Representative of the Estate of Donald A. Foreman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald A. Foreman
539. Lawrence Hill, as the Personal Representative of the Estate of Barbara E. Hill, deceased, the late parent of Sandra N. Foster
540. Lawrence Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster
541. Lawrence Hill, individually, as surviving sibling of Sandra N. Foster
542. Allison Fox-Breland, individually, as surviving child of Virginia E. Fox
543. Allison Fox-Breland, as the Personal Representative of the Estate of Virgina E. Fox, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia E. Fox
544. Patrick T. Wynn, individually, as surviving child of Virginia E. Fox
545. Raymond Durant, individually, as surviving child of Virgin (Lucy) Francis
546. Joseph Francis, individually, as surviving child of Virgin (Lucy) Francis
547. Joseph Francis, as the Personal Representative of the Estate of Virgin (Lucy) Francis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgin (Lucy) Francis
548. Peter Francis, individually, as surviving child of Virgin (Lucy) Francis
549. Troy Francis, individually, as surviving child of Virgin (Lucy) Francis
550. Felicia Cappo, individually, as surviving sibling of Gary J. Frank
551. Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant, deceased, the late parent of Gary J. Frank
552. John Doe 111, as the Personal Representative of the Estate of Gary J. Frank, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary J. Frank
553. Laurie Vigeant, individually, as surviving sibling of Gary J. Frank
554. Daniel Frawley, individually, as surviving sibling of Kevin Frawley
555. Theresa Frawley, individually, as surviving sibling of Kevin Frawley
556. Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin, deceased, the late parent of Kevin Frawley
557. Margaret Frawley-Gardini, individually, as surviving sibling of Kevin Frawley
558. Frances McCarthy, individually, as surviving sibling of Kevin Frawley
559. Martin Fredericks, individually, as surviving sibling of Andrew Fredericks
560. Allen Freeman, individually, as surviving parent of Tamitha Freeman
561. Allen Freeman and Juanita Freeman, as the co-Personal Representatives of the Estate of Tamitha Freeman, deceased, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Tamitha Freeman

562.  Carla Freeman, individually, as surviving sibling of Tamitha Freeman
563.  Juanita Freeman, individually, as surviving parent of Tamitha Freeman
564.  Xavier White, individually, as surviving child of Tamitha Freeman
565.  Michael Freiman, individually, as surviving sibling of Brett O. Freiman
566.  Petagaye Allen as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman
567.  Pamela J. Freiman, individually, as surviving sibling of Brett O. Freiman
568.  Pamela J. Freiman, as the Personal Representative of the Estate of Brett O. Freiman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brett O. Freiman
569.  Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman
570.  Audrey Ades, individually, as surviving spouse of Paul Friedman
571.  Audrey Ades, as the Personal Representative of the Estate of Paul Friedman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman
572.  Richard Hyun-Soo Friedman Fox, individually, as surviving child of Paul Friedman
573.  Selma M. Friedman, individually, as surviving parent of Paul Friedman
574.  Amy Radin, individually, as surviving sibling of Paul Friedman
575.  John Doe 18, being intended to designate the Personal Representative of the Estate of Lisa Frost, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Frost
576.  Daniel Frost, individually, as surviving sibling of Lisa Frost
577.  Suzanne G. Adams, individually, as surviving sibling of Anthony E. Gallagher
578.  Carolyn Belford, individually, as surviving sibling of Anthony E. Gallagher
579.  Rose Costello, individually, as surviving parent of Anthony E. Gallagher
580.  John Doe 19 as Personal Representative of the Estate of Carrie A. Gallagher, deceased, the late spouse of Anthony E. Gallagher
581.  John Doe 68, being intended to designate the Personal Representative of the Estate of Anthony E. Gallagher, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony E. Gallagher
582.  Joseph Gallagher, individually, as surviving sibling of Anthony E. Gallagher
583.  Donna Struzzieri, individually, as surviving sibling of Bruce Gary
584.  Donna Struzzieri as Personal Representative of the Estate of Alice Gary, deceased,

the late parent of Bruce Gary

585. Christopher Geis, individually, as surviving sibling of Julie M. Geis
586. James P. Geis, individually, as surviving sibling of Julie M. Geis
587. Rebecca Loethen, individually, as surviving life partner of Julie M. Geis
588. Rebecca Loethen, as the Personal Representative of the Estate of Julie M. Geis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis
589. Carol Varland, individually, as surviving sibling of Julie M. Geis
590. Michael Geis, individually, as surviving sibling of Julie M. Geis
591. Janet Baronian, individually, as surviving sibling of Edward F. Geraghty
592. Lynn Cannata, individually, as surviving sibling of Edward F. Geraghty
593. Colin Geraghty, individually, as surviving child of Edward F. Geraghty
594. Colleen Geraghty, individually, as surviving sibling of Edward F. Geraghty
595. Connor Geraghty, individually, as surviving child of Edward F. Geraghty
596. James Geraghty, individually, as surviving child of Edward F. Geraghty
597. Mary Geraghty, individually, as surviving spouse of Edward F. Geraghty
598. Mary Geraghty, as the Personal Representative of the Estate of Edward F. Geraghty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward F. Geraghty
599. Maureen Geraghty, individually, as surviving sibling of Edward F. Geraghty
600. Lynn Cannata and Janet Baronian as Co-Personal Representatives for the Estate of Norma Geraghty, deceased, the late parent of Edward F. Geraghty
601. Cathy Geraghty as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty
602. Norma Geraghty as Personal Representative of the Estate of James F. Geraghty, deceased, the late parent of Edward F. Geraghty
603. Debra Giordano, individually, as surviving sibling of Jeffrey J. Giordano
604. Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein
605. Annete Herman, individually, as surviving sibling of Michelle H. Goldstein
606. Henry Rinder as Personal Representative of the Estate of Ingrid Jaffe, deceased, the late parent of Michelle H. Goldstein
607. Rafael Herman, individually, as surviving parent of Michelle H. Goldstein
608. Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez
609. BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez
610. Tatiana S. Gomez, individually, as surviving child of Wilder A. Gomez
611. Dawn Gonzalez, individually, as surviving sibling of Jenine Gonzalez
612. Dawn Gonzalez and Thomas Gonzalez, Jr., as the co-Personal Representatives of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez

22

613. Corina Murillo, individually, as surviving parent of Mauricio Gonzalez
614. Dora Murillo, individually, as surviving sibling of Mauricio Gonzalez
615. Evan V. Vandommelen-Gonzalez, as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez
616. Brenda S. Goody, individually, as surviving spouse of Harry Goody
617. Brenda S. Goody, as the Personal Representative of the Estate of Harry Goody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Goody
618. Jonathan Goody, individually, as surviving child of Harry Goody
619. Alexis Goody-Harding, individually, as surviving child of Harry Goody
620. Adilakshumma Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu
621. Deepa R. Gopu, individually, as surviving sibling of Kiran Kumar Reddy Gopu
622. Deepa R. Gopu, as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kiran Kumar Reddy Gopu
623. Venkata Subba Reddy Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu
624. Carly Gordenstein, individually, as surviving child of Lisa F. Gordenstein
625. David Gordenstein, individually, as surviving spouse of Lisa F. Gordenstein
626. David Gordenstein, as the Personal Representative of the Estate of Lisa F. Gordenstein, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa F. Gordenstein
627. Samantha Stevens, individually, as surviving child of Lisa F. Gordenstein
628. Dorothy Fenn Grodberg, individually, as surviving parent of Lisa F. Gordenstein
629. Deborah Fenn, individually, as surviving sibling of Lisa F. Gordenstein
630. Erika Lutzner, individually, as surviving spouse of Jon R. Grabowski
631. Erika Lutzner, as the Personal Representative of the Estate of Jon R. Grabowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon R. Grabowski
632. Kristen C. Graf, individually, as surviving child of Edwin J. Graf, III
633. Karen A. Parker as Personal Representative of the Estate of Tyler W. Graf, deceased, the late child of Edwin J. Graf, III
634. Wesley J. Graf, individually, as surviving child of Edwin J. Graf, III
635. Maureen Granados, individually, as surviving child of Gilbert Granados
636. Teresa Granados, individually, as surviving spouse of Gilbert Granados
637. Teresa Granados, as the Personal Representative of the Estate of Gilbert Granados, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gilbert Granados
638. Lawrence Gray, individually, as surviving spouse of Tara McCloud Gray
639. Lawrence Gray, as the Personal Representative of the Estate of Tara McCloud Gray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara McCloud Gray

640. John Doe 22, being intended to designate the Personal Representative of the Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Peter Charles Curry Green

641. Matthew Green, individually, as surviving sibling of Andrew Peter Charles Curry Green

642. Peter E. Green, individually, as surviving parent of Andrew Peter Charles Curry Green

643. Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green, deceased, the late parent of Derrick A. Green

644. Melrose Morrison Green, individually, as surviving spouse of Derrick A. Green

645. Melrose Morrison Green, as the Personal Representative of the Estate of Derrick A. Green, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derrick A. Green

646. Delroy Llewellyn, deceased, the late sibling of Derrick A. Green

647. Jennifer Green, individually, as surviving child of Wanda Green

648. Jennifer Green, as the Personal Representative of the Estate of Wanda Green, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wanda Green

649. Joe Green, individually, as surviving child of Wanda Green

650. Sandra Jamerson, individually, as surviving sibling of Wanda Green

651. Aserene Smith, individually, as surviving parent of Wanda Green

652. Tommy Smith, individually, as surviving sibling of Wanda Green

653. John Doe 23, being intended to designate the Personal Representative of the Estate of Denise Gregory, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Denise Gregory

654. Lenworth Sewell, individually, as surviving sibling of Denise Gregory

655. Evelyn Griffin, individually, as surviving parent of John M. Griffin

656. John Griffin, individually, as surviving parent of John M. Griffin

657. Julie Griffin, individually, as surviving child of John M. Griffin

658. June Griffin, individually, as surviving spouse of John M. Griffin

659. June Griffin, as the Personal Representative of the Estate of John M. Griffin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John M. Griffin

660. Michael T. Griffin, individually, as surviving sibling of John M. Griffin

661. Jenna Griffin, individually, as surviving child of John M. Griffin

24

662. Nenita Grijalvo, individually, as surviving spouse of Ramon Grijalvo
663. Nenita Grijalvo, as the Personal Representative of the Estate of Ramon Grijalvo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo
664. Rachel Grijalvo, individually, as surviving child of Ramon Grijalvo
665. Raymond Grijalvo, individually, as surviving child of Ramon Grijalvo
666. Frances Grouzalis, individually, as surviving spouse of Kenneth Grouzalis
667. Frances Grouzalis, as the Personal Representative of the Estate of Kenneth Grouzalis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Grouzalis
668. Lisa Grouzalis, individually, as surviving child of Kenneth Grouzalis
669. Myrta Gschaar, individually, as surviving spouse of Robert Gschaar
670. Myrta Gschaar, as the Personal Representative of the Estate of Robert Gschaar, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar
671. Genevieve Singer, individually, as surviving child of Peter Gyulavary
672. Jane Gyulavary, individually, as surviving spouse of Peter Gyulavary
673. Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Gyulavary
674. Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary
675. Bebe Hafiz, individually, as surviving parent of Nezam Hafiz
676. Sharon Hafiz, individually, as surviving sibling of Nezam Hafiz
677. Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz, deceased, the late parent of Nezam Hafiz
678. Deborah Khublall, individually, as surviving sibling of Nezam Hafiz
679. Deborah Khublall, as the Personal Representative of the Estate of Nezam Hafiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nezam Hafiz
680. Gary McKinzy, individually, as surviving spouse of Diane Hale-McKinzy
681. Gary McKinzy, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy
682. Douglas W. Hall, individually, as surviving sibling of Richard Hall
683. Shawn C. Hall, individually, as surviving child of Richard Hall
684. Douglas Hall as Personal Representative of the Estate of Herman W. Hall, deceased, the late parent of Richard Hall
685. Douglas Hall as Personal Representative of the Estate of Ruth Hall, deceased, the late parent of Richard Hall
686. Alisha Halmon, individually, as surviving child of Carolyn Halmon
687. Herman Halmon, individually, as surviving spouse of Carolyn Halmon
688. Herman Halmon, as the Personal Representative of the Estate of Carolyn Halmon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and

family members of Carolyn Halmon

689. Standish Halmon, individually, as surviving child of Carolyn Halmon
690. Talat Hamdani, individually, as surviving parent of Mohammad S. Hamdani
691. Zeshan Hamdani, individually, as surviving sibling of Mohammad S. Hamdani
692. Talat Hamdani, as the Personal Representative of the Estate of Mohammad S. Hamdani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammad S. Hamdani
693. Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani
694. Mohammad Hamdani, individually, as surviving sibling of Mohammad S. Hamdani
695. John Doe 24, being intended to designate the Personal Representative of the Estate of Melissa M. Harrington-Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Melissa M. Harrington-Hughes
696. Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes
697. Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes
698. Dawn Haskell Carbone, individually, as surviving sibling of Thomas Haskell
699. John Doe 25 as Personal Representative of the Estate of Timothy Haskell, deceased, the late sibling of Thomas Haskell
700. Barbara Haskell, individually, as surviving spouse of Thomas Haskell
701. Barbara Haskell, as the Personal Representative of the Estate of Thomas Haskell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell
702. Erin Haskell, individually, as surviving child of Thomas Haskell
703. Maureen Haskell, individually, as surviving parent of Thomas Haskell
704. Meaghan Haskell, individually, as surviving child of Thomas Haskell
705. Tara Haskell, individually, as surviving child of Thomas Haskell
706. Kevin Haskell, individually, as surviving sibling of Thomas Haskell
707. Dawn H. Carbone, individually, as surviving sibling of Timothy Haskell
708. John Doe 26, being intended to designate the Personal Representative of the Estate of Timothy Haskell, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haskell
709. Kevin Haskell, individually, as surviving sibling of Timothy Haskell
710. Maureen Haskell, individually, as surviving parent of Timothy Haskell

711.  Barbara Haskell as Personal Representative of the Estate of Thomas Haskell, deceased, the late sibling of Timothy Haskell

712.  Melissa J. Bernstein, individually, as surviving child of Roberta B. Heber

713.  Stuart Bernstein, individually, as surviving child of Roberta B. Heber

714.  Robyn Bernstein Donati, individually, as surviving child of Roberta B. Heber

715.  Sheldon Heber as Personal Representative of the Estate of Jacob Heber, deceased, the late spouse of Roberta B. Heber

716.  Melissa J. Bernstein, as the Co-Personal Representative of the Estate of Roberta B. Heber, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber

717.  Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway

718.  Desiree Hemenway, individually, as surviving child of Ronald J. Hemenway

719.  Marinella Hemenway, individually, as surviving spouse of Ronald J. Hemenway

720.  Robert B. Hemenway Jr., individually, as surviving sibling of Ronald J. Hemenway

721.  Robert B. Hemenway Sr., individually, as surviving parent of Ronald J. Hemenway

722.  Robert Hemenway Sr. as Personal Representative of the Estate of Shirley Hemenway, deceased, the late parent of Ronald J. Hemenway

723.  Stefan Hemenway, individually, as surviving child of Ronald J. Hemenway

724.  Kathleen Novich, individually, as surviving sibling of Ronald J. Hemenway

725.  Bernice Dawn Dillard, individually, as surviving sibling of Ronnie Henderson

726.  Valestine Henderson, individually, as surviving sibling of Ronnie Henderson

727.  Tara Butzbaugh, individually, as surviving sibling of John Christopher Henwood

728.  Catherine M. Eklund, individually, as surviving sibling of John Christopher Henwood

729.  David D. Henwood III, individually, as surviving sibling of John Christopher Henwood

730.  David Henwood III as the Personal Representative of the Estate of David D. Henwood Jr., deceased, the late parent of John Christopher Henwood

731.  Mary C. Henwood, deceased, the late parent of John Christopher Henwood

732.  Mary L. Henwood, individually, as surviving sibling of John Christopher Henwood

733.  Pamela Dixon, individually, as surviving parent of DaJuan Hodges

734.  Sherard Dixon, individually, as surviving sibling of DaJuan Hodges

735.  Jamielah Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges

736.  Jatair Persol, individually, as surviving child of DaJuan Hodges

737.  Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller

738.  Robert Hofmiller, individually, as surviving sibling of Judith Hofmiller

739.  Robert Hofmiller as Personal Representative of the Estate of Emma Graves, deceased, the late parent of Judith Hofmiller

740.  Kelly Marchese as Personal Representative of the Estate of William J. Houston,

deceased, the late sibling of Charles J. Houston

741. Barbara Houston as Personal Representative of the Estate of Francis X. Houston, deceased, the late sibling of Charles J. Houston

742. Joan M. Houston, individually, as surviving sibling of Charles J. Houston

743. Linda Houston, individually, as surviving spouse of Charles J. Houston

744. Linda Houston, as the Personal Representative of the Estate of Charles J. Houston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston

745. Joan M. Houston as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston

746. Brian Howley, individually, as surviving spouse of Jennifer L. Howley

747. Brian Howley, as the Personal Representative of the Estate of Jennifer L. Howley, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Howley

748. Gerald Hrycak, individually, as surviving sibling of Marian R. Hrycak

749. Gregory Hrycak as Personal Representative of the Estate of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak

750. Gregory Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak

751. Christine Buividas, individually, as surviving child of Marian R. Hrycak

752. Gregory Hrycak, individually, as surviving child of Marian R. Hrycak

753. Harold Singleton as Personal Representative of the Estate of Trina Sabb, deceased, the late sibling of Lamar D. Hulse

754. Harold Singleton, individually, as surviving sibling of Lamar D. Hulse

755. Harold Singleton as Personal Representative of the Estate of Linda Hulse, deceased, the late parent of Lamar D. Hulse

756. Harold Singleton , as the Personal Representative of the Estate of Lamar D. Hulse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse

757. Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late parent of Peggie Hurt

758. Arthur Harris, individually, as surviving parent of Peggie Hurt

759. Arthur Harris, as the Personal Representative of the Estate of Peggie Hurt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt

760. Edith Otelia Harris, individually, as surviving close, immediate family member of Peggie Hurt

761. Margaret Ann Williams, individually, as surviving close, immediate family member of Peggie Hurt

762. Christine Sandra Wilson, deceased, the late close, immediate family member of Peggie Hurt

763. Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn, deceased,

the late close, immediate family member of Peggie Hurt

764. Katherine Wynn, individually, as surviving close, immediate family member of Peggie Hurt

765. Ben Huttler, individually, as surviving child of Joseph S. Huttler

766. Frida Huttler, individually, as surviving child of Joseph S. Huttler

767. Gideon Huttler, individually, as surviving child of Joseph S. Huttler

768. Miriam Zehava Huttler, individually, as surviving spouse of Joseph S. Huttler

769. Miriam Zehava Huttler, as the Personal Representative of the Estate of Joseph S. Huttler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph S. Huttler

770. Patricia Catherine Hardy, individually, as surviving sibling of Stephen N. Hyland

771. Charles Hyland, individually, as surviving sibling of Stephen N. Hyland

772. Stephen Hyland, individually, as surviving parent of Stephen N. Hyland

773. Stephen Hyland, as the Personal Representative of the Estate of Stephen N. Hyland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen N. Hyland

774. Cheryl Hyland, individually, as surviving sibling of Stephen N. Hyland

775. Rachel James, individually, as surviving sibling of Ernest James

776. Rachel James, as the Personal Representative of the Estate of Ernest James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernest James

777. Rachel James as Personal Representative of the Estate of Esther James, deceased, the late parent of Ernest James

778. Michael James Beckford, individually, as surviving spouse of Gricelda E. James

779. Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James

780. Madlene Brown, individually, as surviving sibling of Gricelda E. James

781. Jacobo Castro, individually, as surviving child of Gricelda E. James

782. Darril Garo, individually, as surviving sibling of Gricelda E. James

783. Obed Garo, individually, as surviving sibling of Gricelda E. James

784. Jairo Castro, individually, as surviving child of Gricelda E. James

785. Michael Zinkofsky, individually, as surviving spouse of Maxima Jean-Pierre

786. Michael Zinkofsky, as the Personal Representative of the Estate of Maxima Jean-Pierre, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maxima Jean-Pierre

787. Natalie Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez

788. Ryan Rogers, individually, as surviving child of Alva Jeffries Sanchez

789. Ryan Rogers, as the Personal Representative of the Estate of Alva Cynthia Jeffries-Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alva Jeffries Sanchez

790. John Doe 29, being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not

presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John C. Jenkins

791. John Doe 30 as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins

792. Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins

793. Alexander Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr.

794. Rita Sanchez, as Personal Representative of the Estate of Eliezer S. Jimenez Sr., deceased, the late parent of Eliezer Jimenez, Jr.

795. Elizabeth Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr.

796. Erick Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr.

797. Genesis Belinda Jimenez, individually, as surviving child of Eliezer Jimenez, Jr.

798. Jonathan Jimenez, individually, as surviving child of Eliezer Jimenez, Jr.

799. Melissa Jimenez, individually, as surviving child of Eliezer Jimenez, Jr.

800. Rosa Jimenez, individually, as surviving spouse of Eliezer Jimenez, Jr.

801. Rosa Jimenez, as the Personal Representative of the Estate of Eliezer Jimenez (Jr.), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eliezer Jimenez, Jr.

802. Anthony Salas, individually, as surviving child of Eliezer Jimenez, Jr.

803. Zamani Davis, individually, as surviving sibling of Charles G. John

804. Peggy H. Taylor, as the Personal Representative of the Estate of Charles G. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John

805. Cleveland B. John, individually, as surviving sibling of Charles G. John

806. Orwyn John, individually, as surviving sibling of Charles G. John

807. Veronica John, individually, as surviving parent of Charles G. John

808. Royston Roach, individually, as surviving sibling of Charles G. John

809. Charlene Cumberbatch, individually, as surviving sibling of Charles G. John

810. Gary Jones, individually, as surviving sibling of Brian L. Jones

811. Leander Jones, individually, as surviving parent of Brian L. Jones

812. Leander Jones, as the Personal Representative of the Estate of Brian L. Jones, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian L. Jones

813. Patricia Jones, individually, as surviving parent of Brian L. Jones

814. Teri Marshall, individually, as surviving sibling of Brian L. Jones

815. June Jurgens a/k/a June Drescher, individually, as surviving child of Paul W. Jurgens

816. Lindsay Jurgens, individually, as surviving child of Paul W. Jurgens

817. Maria Jurgens, individually, as surviving spouse of Paul W. Jurgens

818. Maria Jurgens, as the Personal Representative of the Estate of Paul W. Jurgens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul W. Jurgens

819.  Paul Jurgens, individually, as surviving child of Paul W. Jurgens
820.  Bakhtiyar Kamardinova a/k/a Bakhtiyar Kamardinov, individually, as surviving
      sibling of Gavkharoy Kamardinova
821.  Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova
822.  Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova
823.  Mukhamet Kamardinova, individually, as surviving parent of Gavkharoy
      Kamardinova
824.  Zahro Kamardinova a/k/a Zakhro Kamardinova, individually, as surviving sibling of
      Gavkharoy Kamardinova
825.  Zahro Kamardinova a/k/a Zakhro Kamardinova, as the Personal Representative of the
      Estate of Gavkharoy Kamardinova, deceased, and on behalf of all survivors and all
      legally entitled beneficiaries and family members of Gavkharoy Kamardinova
826.  Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova
827.  Faye Kane, individually, as surviving parent of Jennifer L. Kane
828.  George Kane, individually, as surviving parent of Jennifer L. Kane
829.  George Kane, as the Personal Representative of the Estate of Jennifer L. Kane,
      deceased, and on behalf of all survivors and all legally entitled beneficiaries and
      family members of Jennifer L. Kane
830.  Timothy Kane, individually, as surviving sibling of Jennifer L. Kane
831.  Matthew Kane, individually, as surviving sibling of Jennifer L. Kane
832.  Craig Griffin, individually, as surviving spouse of Lisa Kearney-Griffin
833.  Craig Griffin, as the Personal Representative of the Estate of Lisa Kearney-Griffin,
      deceased, and on behalf of all survivors and all legally entitled beneficiaries and
      family members of Lisa Kearney-Griffin
834.  Lorraine Griffin, individually, as surviving child of Lisa Kearney-Griffin
835.  Maurice Corbett Kearney, individually, as surviving sibling of Lisa Kearney-Griffin
836.  McKinley Kearney, individually, as surviving parent of Lisa Kearney-Griffin
837.  Brityne Sprauve, individually, as surviving child of Lisa Kearney-Griffin
838.  Christine Keating, individually, as surviving sibling of Paul Hanlon Keating
839.  Cornelius H. Keating, individually, as surviving sibling of Paul Hanlon Keating
840.  Cornelius J. Keating, individually, as surviving parent of Paul Hanlon Keating
841.  Cornelius J. Keating, as the Personal Representative of the Estate of Paul Hanlon
      Keating, deceased, and on behalf of all survivors and all legally entitled beneficiaries
      and family members of Paul Hanlon Keating
842.  Jeanne Keating, individually, as surviving sibling of Paul Hanlon Keating
843.  Jeffrey Keating, individually, as surviving sibling of Paul Hanlon Keating
844.  Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating,
      deceased, the late parent of Paul Hanlon Keating
845.  Kathleen A. Matthews, individually, as surviving sibling of Paul Hanlon Keating
846.  Belinda Bennett a/k/a Belinda Carter, individually, as surviving child of Brenda
      Kegler
847.  Andre Hunter, individually, as surviving sibling of Brenda Kegler
848.  Robert Lee Hunter, individually, as surviving sibling of Brenda Kegler

849. Simara Warren, individually, as surviving child of Brenda Kegler
850. Simara Warren, as the Personal Representative of the Estate of Brenda Kegler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda Kegler
851. Bing Kegler, individually, as surviving spouse of Brenda Kegler
852. David Royal, individually, as surviving sibling of Brenda Kegler
853. Anne K. Blauvelt, individually, as surviving spouse of Thomas Michael Kelly
854. Anne K. Blauvelt, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Michael Kelly
855. Kathleen Kelly, individually, as surviving spouse of Thomas William Kelly
856. Kathleen Kelly, as the Personal Representative of the Estate of Thomas W. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas William Kelly
857. Thomas Kelly, individually, as surviving child of Thomas William Kelly
858. Francis Kelly, individually, as surviving child of Thomas William Kelly
859. Allison Garger, individually, as surviving spouse of Thomas Kennedy
860. Allison Garger, as the Personal Representative of the Estate of Thomas Kennedy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy
861. Brian Kennedy, individually, as surviving sibling of Thomas Kennedy
862. Brian Kennedy, as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy
863. James Kennedy, individually, as surviving child of Thomas Kennedy
864. Michael Kennedy, individually, as surviving child of Thomas Kennedy
865. Robert Kennedy, individually, as surviving sibling of Thomas Kennedy
866. Brian Kennedy, as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy
867. Elizabeth Khalif, individually, as surviving parent of Boris Khalif
868. Lev Khalif, individually, as surviving parent of Boris Khalif
869. Dara Berliner, individually, as surviving sibling of Mary Jo Kimelman
870. Michael G. Kimelman, individually, as surviving parent of Mary Jo Kimelman
871. Michael G. Kimelman and Terre Susan Wallach, as the co-Personal Representatives of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman
872. Michael P. Kimelman, individually, as surviving sibling of Mary Jo Kimelman
873. Scott Kimelman, individually, as surviving sibling of Mary Jo Kimelman
874. Terre Susan Wallach, individually, as surviving parent of Mary Jo Kimelman
875. Kathryn "Kay" D'Amico, individually, as surviving sibling of Karen Kincaid
876. John Doe 33, being intended to designate the Personal Representative of the Estate of Karen Kincaid, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has

32

expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen Kincaid

877. Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid
878. Karyl Kincaid-Noel, individually, as surviving sibling of Karen Kincaid
879. Kellie Work, individually, as surviving sibling of Amy R. King
880. Susan M. King, individually, as surviving parent of Amy R. King
881. Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King
882. Robert Murray, Raymond Murray, and Karen Barrett, as the co-Personal Representatives of the Estate of Lucille T. King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King
883. Hans A. Klein, individually, as surviving parent of Peter A. Klein
884. Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Kloepfer
885. Jill Graziano, individually, as surviving sibling of Ronald Kloepfer
886. Christopher Kloepfer, individually, as surviving sibling of Ronald Kloepfer
887. Janet C. Kloepfer, individually, as surviving parent of Ronald Kloepfer
888. Michael Kloepfer, individually, as surviving sibling of Ronald Kloepfer
889. Robert Kloepfer Jr., individually, as surviving sibling of Ronald Kloepfer
890. Kim McKenna, individually, as surviving sibling of Ronald Kloepfer
891. John Koecheler, individually, as surviving child of Gary E. Koecheler
892. Mary Jo Koecheler, individually, as surviving sibling of Gary E. Koecheler
893. Maureen Koecheler, individually, as surviving spouse of Gary E. Koecheler
894. Maureen Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler
895. Paul Koecheler, individually, as surviving child of Gary E. Koecheler
896. Judy Schneider, individually, as surviving sibling of Gary E. Koecheler
897. Gene Koecheler, individually, as surviving sibling of Gary E. Koecheler
898. Thomas Kuras, individually, as surviving sibling of Patricia A. Kuras
899. Thomas Kuras, as the Personal Representative of the Estate of Patricia A. Kuras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras
900. Thomas Kuras as Personal Representative of the Estate of Michael B. Kuras, deceased, the late sibling of Patricia A. Kuras
901. Thomas Kuras as Personal Representative of the Estate of Frances Kuras, deceased, the late parent of Patricia A. Kuras
902. Morgan Kyte, individually, as surviving child of Angela R. Kyte
903. Roger Kyte, individually, as surviving spouse of Angela R. Kyte
904. Roger Kyte, as the Personal Representative of the Estate of Angela R. Kyte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family

members of Angela R. Kyte

905. Jem A. Howard, individually, as surviving child of Alan LaFrance
906. Jody C. Howard, individually, as surviving child of Alan LaFrance
907. Andre LaFrance, individually, as surviving sibling of Alan LaFrance
908. Carolyn LaFrance, individually, as surviving sibling of Alan LaFrance
909. Steven LaFrance, individually, as surviving sibling of Alan LaFrance
910. Annmarie Williams, individually, as surviving sibling of Alan LaFrance
911. Kyler Lake, as the Personal Representative of the Estate of William D. Lake, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William D. Lake
912. Kyler Lake, individually, as surviving child of William D. Lake
913. Jeanne Kavinski, individually, as surviving sibling of Carol A. LaPlante
914. Jeanne Kavinski, as the Personal Representative of the Estate of Carol A. LaPlante, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante
915. Marilyn Matthews, individually, as surviving sibling of Carol A. LaPlante
916. Catherine Lauria, individually, as surviving sibling of Stephen J. Lauria
917. Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria
918. Catherine Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria
919. Pamela Lawson Dixon, individually, as surviving child of Nathaniel Lawson
920. Pamela Lawson Dixon, as the Personal Representative of the Estate of Nathaniel Lawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson
921. Betty Moore-Gooding, individually, as surviving sibling of Nathaniel Lawson
922. Evelyn Robinson, individually, as surviving sibling of Nathaniel Lawson
923. Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee
924. Anna Ledee, individually, as surviving parent of Kenneth Charles Ledee
925. Olivia Ledee Lindsey, individually, as surviving child of Kenneth Charles Ledee
926. Alexica Leduc, individually, as surviving child of Alexis Leduc
927. Alexis John Leduc, individually, as surviving child of Alexis Leduc
928. Elvis Leduc, individually, as surviving child of Alexis Leduc
929. Jessica Leduc, individually, as surviving child of Alexis Leduc
930. Cindy Leduc-Sanchez, individually, as surviving child of Alexis Leduc
931. Katherine Lenoir, individually, as surviving sibling of John R. Lenoir
932. Patricia Lenoir, individually, as surviving parent of John R. Lenoir
933. Patrick Lenoir, individually, as surviving sibling of John R. Lenoir
934. Patrick Lenoir as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir

935. Elaine Farrally-Plourde, individually, as surviving child of Charles A. Lesperance
936. Elaine Farrally-Plourde & Leslie K. Lesperance, as the co-Personal Representatives of the Estate of Charles A. Lesperance, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance
937. Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance
938. Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A. Lesperance
939. Audrey Levin, individually, as surviving parent of Alisha C. Levin
940. Marvin Levin, individually, as surviving parent of Alisha C. Levin
941. Mindy Gottenberg, individually, as surviving sibling of Alisha C. Levin
942. Mindy Gottenberg, as the Personal Representative of the Estate of Alisha C. Levin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin
943. John E. Allen Jr., individually, as surviving child of Samantha Lightbourn-Allen
944. Rennea Butler, individually, as surviving sibling of Samantha Lightbourn-Allen
945. Raymond Lightbourn, individually, as surviving sibling of Samantha Lightbourn-Allen
946. Rebecca Lightbourn, individually, as surviving parent of Samantha Lightbourn-Allen
947. Rebecca Lightbourn, as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen
948. Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn-Allen
949. Olga Colon, individually, as surviving sibling of Carlos R. Lillo
950. Iliana E. Flores, individually, as surviving sibling of Carlos R. Lillo
951. Julio C. Lillo, individually, as surviving sibling of Carlos R. Lillo
952. Alexander Lopez, individually, as surviving sibling of Carlos R. Lillo
953. Ilia E. Rodriguez, individually, as surviving parent of Carlos R. Lillo
954. Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo
955. Nahid Mashayekhi Lin, individually, as surviving parent of Darya Lin
956. Berdie Hicks, individually, as surviving parent of Nickie Lindo
957. Walter Hicks, individually, as surviving sibling of Nickie Lindo
958. Vincent Linnane, individually, as surviving sibling of Robert T. Linnane
959. Vincent Linnane, as the Personal Representative of the Estate of Robert T. Linnane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane
960. Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz
961. Jose Liz, individually, as surviving sibling of Nancy Liz
962. Jose Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz
963. Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz

35

964. Elisa P. Malani a/k/a Elisa Partosoedarso Malani, as the Personal Representative of the Estate of Michael Lomax, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lomax

965. Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso, deceased, the late spouse of Michael Lomax

966. Alexandra Lopes, individually, as surviving child of Salvatore Lopes

967. Bernard Lopes, individually, as surviving sibling of Salvatore Lopes

968. Lorraine Lopes, individually, as surviving spouse of Salvatore Lopes

969. Lorraine Lopes, as the Personal Representative of the Estate of Salvatore Lopes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore Lopes

970. Nicole Lopes, individually, as surviving child of Salvatore Lopes

971. Antoinette Solowsky, individually, as surviving sibling of Salvatore Lopes

972. Michael Lopez Feliciano, individually, as surviving child of George Lopez

973. Sophia W. M. Feliciano, individually, as surviving spouse of George Lopez

974. Sophia W. M. Feliciano, as the Personal Representative of the Estate of George Lopez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez

975. Carolyn DeRosier, individually, as surviving sibling of James T. Lynch

976. Judith M. Hesse, individually, as surviving sibling of James T. Lynch

977. Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch, deceased, the late sibling of James T. Lynch

978. Brenda Lynch, individually, as surviving spouse of James T. Lynch

979. Brenda Lynch, as the Personal Representative of the Estate of James T. Lynch, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James T. Lynch

980. Paul Thomas Lynch, individually, as surviving child of James T. Lynch

981. Maureen MacDonald, individually, as surviving sibling of James T. Lynch

982. Kathleen E. Zetscher, individually, as surviving sibling of James T. Lynch

983. Rodney Bush, individually, as surviving sibling of Nehamon Lyons

984. Corey Hawkins, individually, as surviving sibling of Nehamon Lyons

985. Christian Lyons, individually, as surviving sibling of Nehamon Lyons

986. Marquis Lyons, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons

987. Gregory Taylor, as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons

988. Marquis Lyons, individually, as surviving sibling of Nehamon Lyons

989. Andrew Magazine, individually, as surviving child of Jay R. Magazine

990. Michele Magazine, individually, as surviving sibling of Jay R. Magazine

991. Susan Lori Magazine, individually, as surviving spouse of Jay R. Magazine

992. Susan Lori Magazine, as the Personal Representative of the Estate of Jay R. Magazine, deceased, and on behalf of all survivors and all legally entitled

36

beneficiaries and family members of Jay R. Magazine

993.  Janet Wexler Magee, individually, as surviving spouse of Charles W. Magee

994.  Janet Wexler Magee, as the Personal Representative of the Estate of Charles W. Magee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee

995.  Ali Mohamed Malahi, individually, as surviving parent of Abdu Ali Malahi

996.  Ali Mohamed Malahi, as the Personal Representative of the Estate of Abdu Ali Malahi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdu Ali Malahi

997.  Malek Malahi, individually, as surviving child of Abdu Ali Malahi

998.  Nabeela Malahi, individually, as surviving spouse of Abdu Ali Malahi

999.  Fares Malahi, individually, as surviving child of Abdu Ali Malahi

1000.  Miriam R. Carrasquillo, individually, as surviving sibling of Debora I. Maldonado

1001.  Elvia Diaz, individually, as surviving parent of Debora I. Maldonado

1002.  Leslie Edwards, individually, as surviving sibling of Debora I. Maldonado

1003.  Jarid Maldonado, individually, as surviving child of Myrna Maldonado-Agosto

1004.  Jordan Maldonado, individually, as surviving child of Myrna Maldonado-Agosto

1005.  Frances Mercado, individually, as surviving sibling of Myrna Maldonado-Agosto

1006.  April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy, deceased, the late parent of Gene Maloy

1007.  Gene Maloy, individually, as surviving parent of Gene Maloy

1008.  April Fitzgerald, individually, as surviving sibling of Gene Maloy

1009.  Margaret Randazzo-Maloy, as the Personal Representative of the Estate of Gene Maloy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gene Maloy

1010.  Anthony Mancini, individually, as surviving sibling of Francisco M. Mancini a/k/a Frank Mancini

1011.  Anastasia Mancini a/k/a Anastasia Zouvelos, individually, as surviving spouse of Francisco M. Mancini a/k/a Frank Mancini

1012.  Anastasia Mancini a/k/a Anastasia Zouvelos, as the Personal Representative of the Estate of Francisco Mancini (a/k/a Frank Mancini), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco M. Mancini a/k/a Frank Mancini

1013.  Sophia Mancini, individually, as surviving child of Francisco M. Mancini a/k/a Frank Mancini

1014.  Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini), deceased, the late parent of Francisco M. Mancini a/k/a Frank Mancini

1015.  Laura aka Laura E. Mardovich Balemian, individually, as surviving spouse of Edward J. Mardovich

1016.  Victoria Catanese, individually, as surviving child of Edward J. Mardovich

1017.  Edward J. Mardovich III, individually, as surviving child of Edward J. Mardovich

1018.  Joseph Mardovich, individually, as surviving child of Edward J. Mardovich

1019.  Leigh Massi, individually, as surviving child of Edward J. Mardovich

37

1020. Laura Mardovich a/k/a Laura E. Balemian, as the Personal Representative of the Estate of Edward J. Mardovich, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward J. Mardovich

1021. Lauren Peters, as the Personal Representative of the Estate of Louis N. Mariani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani

1022. Christine Mariani, individually, as surviving sibling of Louis N. Mariani

1023. Christina Martinez, individually, as surviving child of Betsy Martinez

1024. Gabriel Martinez and Chasity DeLeon, as the co-Personal Representatives of the Estate of Robert Gabriel Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez

1025. Gabriel Martinez, individually, as surviving parent of Robert G. Martinez

1026. Marie Martinez, individually, as surviving parent of Robert G. Martinez

1027. Francis Firth, individually, as surviving sibling of Robert G. Martinez

1028. Arnold F. Mascali Jr., individually, as surviving sibling of Joseph A. Mascali

1029. Arnold F. Mascali Jr. as Personal Representative of the Estate of Catherine Mascali, deceased, the late parent of Joseph A. Mascali

1030. John Mascali, individually, as surviving sibling of Joseph A. Mascali

1031. Arnold F. Mascali Jr. as Personal Representative of the Estate of Arnold Mascali, Sr., deceased, the late parent of Joseph A. Mascali

1032. Donna Mascali Russo, individually, as surviving sibling of Joseph A. Mascali

1033. Cathyanne Mascali Sprenger, individually, as surviving sibling of Joseph A. Mascali

1034. Sherman Acker, individually, as surviving spouse of Ada L. Mason

1035. Annie Harris, individually, as surviving sibling of Ada L. Mason

1036. JoAnn Wilson-Johnson, individually, as surviving sibling of Ada L. Mason

1037. Nelson Johnson, as the Personal Representative of the Estate of Ada L. Mason, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason

1038. JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason

1039. Shaun Mason, individually, as surviving child of Ada L. Mason

1040. Gloria Wilson as Personal Representative of the Estate of Jimmie L. Willson , deceased, the late sibling of Ada L. Mason

1041. Shannon Mason, individually, as surviving child of Ada L. Mason

1042. Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen

1043. Tara Moloney as Personal Representative of the Estate of Deborah Moloney, deceased, the late sibling of William A. Mathesen

1044. Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen

1045. Karen Schubert, individually, as surviving sibling of William A. Mathesen

1046. Patricia Sarrantonio, individually, as surviving sibling of William A. Mathesen

1047. Vivian Mattic, individually, as surviving sibling of Margaret E. Mattic

1048. Jean Neal a/k/a Elvin Jean Neal, individually, as surviving sibling of Margaret E. Mattic

1049. Jean Neal a/k/a Elvin Jean Neal, as the Personal Representative of the Estate of Margaret E. Mattic, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret E. Mattic

1050. Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic, deceased, the late parent of Margaret E. Mattic

1051. Frances Douglas, individually, as surviving sibling of Margaret E. Mattic

1052. William Eugene Clark a/k/a Eugene W. Clark, as the Personal Representative of the Estate of Dean E. Mattson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean E. Mattson

1053. Dale Mattson, individually, as surviving sibling of Dean E. Mattson

1054. Dale Mattson as Personal Representative of the Estate of Bernice Mattson, deceased, the late parent of Dean E. Mattson

1055. Mary Mattson as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson

1056. Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson

1057. Donald Mauro, individually, as surviving spouse of Nancy Mauro

1058. Donald Mauro, as the Personal Representative of the Estate of Nancy Mauro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Mauro

1059. Anne McCloskey, individually, as surviving parent of Katie M. McCloskey

1060. Noah R. McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey

1061. Noah R. McCloskey, individually, as surviving sibling of Katie M. McCloskey

1062. Linda D. May, individually, as surviving sibling of Thomas McHale

1063. Elizabeth ("Beth") McCarthy (nee McHale), individually, as surviving sibling of Thomas McHale

1064. Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale, deceased, the late parent of Thomas McHale

1065. Joseph M. McHale, individually, as surviving sibling of Thomas McHale

1066. Kevin J. McHale, individually, as surviving sibling of Thomas McHale

1067. John F. McHale Jr. a/k/a Jack McHale, individually, as surviving sibling of Thomas McHale

1068. Jeffrey A. McIlvaine, as the Personal Representative of the Estate of Robert G. McIlvaine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. McIlvaine

1069. Jeffrey A. McIlvaine, individually, as surviving sibling of Robert G. McIlvaine

1070. Julie E. McMahon, individually, as surviving spouse of Robert D. McMahon

1071. Julie E. McMahon, as the Personal Representative of the Estate of Robert D. McMahon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. McMahon

1072. Matthew McMahon, individually, as surviving child of Robert D. McMahon

1073. Peter McMahon, individually, as surviving sibling of Robert D. McMahon

1074. Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon, deceased, the late parent of Robert D. McMahon

1075. Patrick McMahon, individually, as surviving child of Robert D. McMahon

1076. Andrew McMahon, individually, as surviving sibling of Robert D. McMahon

1077. Damon McMahon, individually, as surviving sibling of Robert D. McMahon

1078. Michael McMahon, individually, as surviving sibling of Robert D. McMahon

1079. Kim McNeil-Hightower, individually, as surviving child of Walter A. McNeil

1080. Kim McNeil-Hightower, as the Personal Representative of the Estate of Walter A. McNeil, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter A. McNeil

1081. Walter A. McNeil II, individually, as surviving child of Walter A. McNeil

1082. Kim McNeil-Hightower as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil

1083. Dolores Lara, deceased, the late parent of Manuel E. Mejia

1084. Scarlyn Mejia, individually, as surviving child of Manuel E. Mejia

1085. Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia

1086. Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia

1087. Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia

1088. Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia

1089. Yaritza Franco Estudillo, individually, as surviving child of Antonio Melendez

1090. Daisy N. Melendez, individually, as surviving child of Antonio Melendez

1091. Marco A. Melendez, individually, as surviving child of Antonio Melendez

1092. Saul Melendez-Hernandez, individually, as surviving child of Antonio Melendez

1093. Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez

1094. John Mello as Personal Representative of the Estate of Douglas Mello, deceased, the late parent of Christopher D. Mello

1095. Ellen Mello, individually, as surviving parent of Christopher D. Mello

1096. Ellen Mello, as the Personal Representative of the Estate of Christopher D. Mello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello

1097. John Mello, individually, as surviving sibling of Christopher D. Mello

1098. Aleksandr Melnichenko, individually, as surviving spouse of Yelena Melnichenko

1099. Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, and on behalf of all survivors and all legally entitled

40

beneficiaries and family members of Yelena Melnichenko

1100. Erik F. Melnichenko, individually, as surviving child of Yelena Melnichenko

1101. Mary Cooper, individually, as surviving sibling of Wesley Mercer

1102. Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer

1103. Linda Loran, individually, as surviving child of Wesley Mercer

1104. Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer

1105. Kimberly Lee King Anderson as Personal Representative of the Estate of Queen Mercer, deceased, the late spouse of Wesley Mercer

1106. Kimberly Lee King Anderson, as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer

1107. Sharif Chowdhury and Showkatara Sharif as co-Personal Representatives of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah

1108. Rokshana Miah and Nur M. Miah, as the co-Personal Representatives of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah

1109. Bakul Miah, individually, as surviving sibling of Nurul Miah

1110. Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier

1111. Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier

1112. Jacqueline Milam, individually, as surviving spouse of Ronald D. Milam

1113. Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald D. Milam

1114. Ronald D. Milam Jr., individually, as surviving child of Ronald D. Milam

1115. MyeJoi Milam, individually, as surviving child of Ronald D. Milam

1116. Laurie Miller, individually, as surviving spouse of Douglas C. Miller

1117. Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller

1118. Rachel Miller, individually, as surviving child of Douglas C. Miller

1119. Katherine Miller, individually, as surviving child of Douglas C. Miller

1120. Sheryl Miller Bechor, individually, as surviving child of Philip D. Miller

1121. Arlene Miller and Sheryl Miller Bechor, as the co-Personal Representatives of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller

1122. Arlene Miller, individually, as surviving spouse of Philip D. Miller

1123. Frank Moccia, Jr. as Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia

1124. Frank Moccia, Jr. and Donna Velazquez, as the co-Personal Representatives of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Frank V. Moccia

1125. Donna Velazquez, individually, as surviving child of Frank V. Moccia

1126. Frank Moccia, individually, as surviving child of Frank V. Moccia

1127. Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi

1128. Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi

1129. Patricia Codispoti, as Personal Representative of the Estate of Raffaela Modafferi, deceased, the late parent of Louis J. Modafferi

1130. Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus Molina

1131. Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina

1132. Amanda Castrillon, individually, as surviving spouse of Antonio Montoya

1133. Amanda Castrillon and Jorge Montoya, as the Co-Personal Representatives of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya

1134. Cindy Montoya, individually, as surviving child of Antonio Montoya

1135. Jorge Montoya, individually, as surviving child of Antonio Montoya

1136. Kelly Montoya, individually, as surviving child of Antonio Montoya

1137. Margarita Londono de Montoya, individually, as surviving parent of Carlos A. Montoya

1138. Gilberto Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya

1139. Jaime Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya

1140. Luis F. Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya

1141. Stacey Montoya, individually, as surviving spouse of Carlos A. Montoya

1142. Stacey Montoya, as the Personal Representative of the Estate of Carlos A. Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya

1143. Deirdre Moody, individually, as surviving child of (Capt.) Thomas Moody

1144. Jessica Moody, individually, as surviving child of (Capt.) Thomas Moody

1145. Sean Moody, individually, as surviving child of (Capt.) Thomas Moody

1146. Maureen Moody-Theinert, individually, as surviving spouse of (Capt.) Thomas Moody

1147. Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas (Capt.) Moody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Capt.) Thomas Moody

1148. Erin Moody Brennan, individually, as surviving child of (Capt.) Thomas Moody

1149. Portia Morales, individually, as surviving child of Paula E. Morales

1150. Sherwin Morales, individually, as surviving child of Paula E. Morales

1151. Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales

1152. Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales

42

1153. Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales
1154. Kevin Moran, individually, as surviving sibling of Gerard Moran
1155. Shannon Moran, individually, as surviving child of Gerard Moran
1156. Shannon Moran, as the Personal Representative of the Estate of Gerard Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Moran
1157. Ellen Moran, individually, as surviving sibling of John Moran
1158. Dylan Moran, individually, as surviving child of John Moran
1159. Michael Moran, individually, as surviving sibling of John Moran
1160. Ryan Moran, individually, as surviving child of John Moran
1161. Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran, deceased, the late parent of John Moran
1162. Mona O'Connor, individually, as surviving sibling of John Moran
1163. Kim Racklin, individually, as surviving spouse of John Moran
1164. Kim Racklin, as the Personal Representative of the Estate of John Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran
1165. Alfia L. Gilligan (nee Morello), individually, as surviving child of Steven Morello
1166. Eileen M. Morello, individually, as surviving spouse of Steven Morello
1167. Eileen M. Morello, as the Personal Representative of the Estate of Steven Morello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello
1168. Steven Morello, individually, as surviving child of Steven Morello
1169. Jessica Spiers, individually, as surviving child of Steven Morello
1170. Winford F. Lamb, individually, as surviving sibling of Odessa V. Morris
1171. Dahlia Morris, individually, as surviving child of Odessa V. Morris
1172. Horace Morris, individually, as surviving spouse of Odessa V. Morris
1173. Horace Morris, as the Personal Representative of the Estate of Odessa V. Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris
1174. Jan-Sheri Morris, individually, as surviving child of Odessa V. Morris
1175. Keith Morris, individually, as surviving child of Odessa V. Morris
1176. Ferdinand Morrone, individually, as surviving child of Ferdinand Morrone
1177. Gregory Morrone, individually, as surviving child of Ferdinand Morrone
1178. Linda Morrone, individually, as surviving spouse of Ferdinand Morrone
1179. Linda Morrone, as the Personal Representative of the Estate of Ferdinand Morrone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone
1180. Alyssa Morrone, individually, as surviving child of Ferdinand Morrone
1181. George Jebrine and Sami Nassar, as the co-Personal Representatives of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa
1182. Joseph Moussa, individually, as surviving parent of Jude Moussa

1183. Mazen Moussa, individually, as surviving sibling of Jude Moussa
1184. Michael Moussa, individually, as surviving sibling of Jude Moussa
1185. Yvette Moussa, individually, as surviving parent of Jude Moussa
1186. Andre Mowatt, individually, as surviving sibling of Damion Mowatt
1187. Andrea Mowatt, individually, as surviving parent of Damion Mowatt
1188. Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt
1189. Deval Mowatt, individually, as surviving sibling of Damion Mowatt
1190. Devon Mowatt, individually, as surviving parent of Damion Mowatt
1191. Mary Muldowney as Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr.
1192. Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr.
1193. Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr.
1194. Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr.
1195. Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr.
1196. Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr.
1197. John Proodian, individually, as surviving child of Richard Muldowney Jr.
1198. Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian, deceased, the late child of Richard Muldowney Jr.
1199. Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan
1200. Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan
1201. Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan
1202. Patricia Mulligan, as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan
1203. Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan
1204. Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady, deceased, the late parent of Dennis M. Mulligan
1205. Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan
1206. Masako Murphy, individually, as surviving spouse of Patrick J. Murphy
1207. Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy
1208. Mitchell Murphy, individually, as surviving child of Patrick J. Murphy
1209. Michael Murray, individually, as surviving child of Valerie V. Murray
1210. Michael Murray, as the Personal Representative of the Estate of Valerie V. Murray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray
1211. Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late child of Valerie V. Murray
1212. Veronica Stinga, individually, as surviving child of Valerie V. Murray

1213. Valerie J. Murray, individually, as surviving child of Valerie V. Murray

1214. Timothy Murray, individually, as surviving child of Valerie V. Murray

1215. John Capodanno, as the Personal Representative of the Estate of Mario Nardone Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr.

1216. Christopher Nardone, individually, as surviving sibling of Mario Nardone Jr.

1217. Jeanine Rao, individually, as surviving sibling of Mario Nardone Jr.

1218. Jeanine Rao as Personal Representative of the Estate of Linda Nardone, deceased, the late parent of Mario Nardone Jr.

1219. Jerrell Nedd, individually, as surviving child of Jerome O. Nedd

1220. Roxanne Nedd, individually, as surviving spouse of Jerome O. Nedd

1221. Roxanne Nedd, as the Personal Representative of the Estate of Jerome O. Nedd, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd

1222. Jerome Nedd, individually, as surviving child of Jerome O. Nedd

1223. Lyndsi Nelson, as the Personal Representative of the Estate of Peter A. Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson

1224. Ryan Nelson, individually, as surviving child of Peter A. Nelson

1225. Earlrick Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt

1226. John Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt

1227. Leslie Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt

1228. Leslie Nesbitt, as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt

1229. Joycelyn Nesbitt-Arneaud, individually, as surviving sibling of Oscar F. Nesbitt

1230. Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt, deceased, the late sibling of Oscar F. Nesbitt

1231. Daniel Nevins, individually, as surviving child of Gerard T. Nevins

1232. Marie Nevins, individually, as surviving spouse of Gerard T. Nevins

1233. Marie Nevins, as the Personal Representative of the Estate of Gerard T. Nevins, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins

1234. Andrew Nevins, individually, as surviving child of Gerard T. Nevins

1235. Robin Loconto, individually, as surviving sibling of Nancy Yuen Ngo

1236. Ashley Ngo, individually, as surviving child of Nancy Yuen Ngo

1237. Lindsay Ngo, individually, as surviving child of Nancy Yuen Ngo

1238. Man Ngo, individually, as surviving spouse of Nancy Yuen Ngo

1239. Man Ngo, as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo

1240. Ho Ying Yee, individually, as surviving parent of Nancy Yuen Ngo

1241. Dorothy Ogren, individually, as surviving parent of Joseph J. Ogren

1242. Lance Edward Ogren, individually, as surviving sibling of Joseph J. Ogren
1243. Lance Ogren, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren
1244. Lance Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren
1245. Jessica Marrero, individually, as surviving child of Samuel Oitice
1246. Jean Oitice, deceased, the late spouse of Samuel Oitice
1247. Jean Oitice, as the Personal Representative of the Estate of Samuel Oitice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice
1248. John Oitice, individually, as surviving child of Samuel Oitice
1249. Duane Orloske, individually, as surviving spouse of Margaret Orloske
1250. Duane Orloske, as the Personal Representative of the Estate of Margaret Orloske, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske
1251. Stephen Orloske, individually, as surviving child of Margaret Orloske
1252. Duane Orloske as Personal Representative of the Estate of Sylvia Quinn, deceased, the late parent of Margaret Orloske
1253. Elizabeth O. Kenworthy, individually, as surviving child of Virginia Ormiston
1254. James H. Kenworthy, individually, as surviving spouse of Virginia Ormiston
1255. James H. Kenworthy, as the Personal Representative of the Estate of Virginia Ormiston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia Ormiston
1256. William O. Kenworthy, individually, as surviving child of Virginia Ormiston
1257. Jonathan Ortiz, individually, as surviving sibling of Paul Ortiz Jr.
1258. Pablo Ortiz Sr., individually, as surviving parent of Paul Ortiz Jr.
1259. Estrellita a/k/a Estrellita Sanchez Ortiz, individually, as surviving spouse of Paul Ortiz Jr.
1260. Estrellita a/k/a Estrellita Sanchez Ortiz, as the Personal Representative of the Estate of Paul Ortiz Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Ortiz Jr.
1261. Rebecca Brianne Ortiz, individually, as surviving child of Paul Ortiz Jr.
1262. Sophie Ortiz, individually, as surviving parent of Paul Ortiz Jr.
1263. Crystal Marie Ortiz, individually, as surviving child of David Ortiz
1264. Ilianette Ortiz, individually, as surviving spouse of David Ortiz
1265. Ilianette Ortiz, as the Personal Representative of the Estate of David Ortiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz
1266. Richard Ortiz, individually, as surviving child of David Ortiz
1267. Paola Ottenwalder, individually, as surviving child of Isidro D. Ottenwalder
1268. Maria Delgado, individually, as surviving sibling of Isidro D. Ottenwalder
1269. Ana Silvia Diaz, individually, as surviving sibling of Isidro D. Ottenwalder

1270.  Maria Fernandez, individually, as surviving spouse of Isidro D. Ottenwalder
1271.  Maria Fernandez and Jose Ottenwalder, as the co-Personal Representatives of the
Estate of Isidro D. Ottenwalder, deceased, and on behalf of all survivors and all
legally entitled beneficiaries and family members of Isidro D. Ottenwalder
1272.  Altagracia Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1273.  Homero Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1274.  Jose Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1275.  Maria Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1276.  Pedro Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1277.  Rafael Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1278.  William Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
1279.  Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di
Ottenwalder, deceased, the late parent of Isidro D. Ottenwalder
1280.  Maria Cruz Rodriguez, individually, as surviving sibling of Isidro D. Ottenwalder
1281.  Josefina Tolentino, individually, as surviving sibling of Isidro D. Ottenwalder
1282.  John Owens, individually, as surviving sibling of Peter Owens
1283.  Kevin Owens, individually, as surviving sibling of Peter Owens
1284.  Terence Owens, individually, as surviving sibling of Peter Owens
1285.  Thomas F. Owens, individually, as surviving sibling of Peter Owens
1286.  Felipe Oyola, individually, as surviving spouse of Adianes Oyola
1287.  Felipe Oyola, as the Personal Representative of the Estate of Adianes Oyola,
deceased, and on behalf of all survivors and all legally entitled beneficiaries and
family members of Adianes Oyola
1288.  Hannah Pabon, individually, as surviving child of Israel Pabon
1289.  Karen Pabon, individually, as surviving spouse of Israel Pabon
1290.  Karen Pabon, as the Personal Representative of the Estate of Israel Pabon, deceased,
and on behalf of all survivors and all legally entitled beneficiaries and family
members of Israel Pabon
1291.  Sara Pabon, individually, as surviving child of Israel Pabon
1292.  Alyssa Palmer, individually, as surviving child of Orio J. Palmer
1293.  Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of
Deborah Palmer, deceased, the late spouse of Orio J. Palmer
1294.  Dana M. Runfola and Keith Palmer, as the Co-Personal Representatives of the Estate
of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Orio J. Palmer
1295.  Keith Palmer, individually, as surviving child of Orio J. Palmer
1296.  Dana M. Runfola, individually, as surviving child of Orio J. Palmer
1297.  John Doe 44, being intended to designate the Personal Representative of the Estate of
James W. Parham, deceased, said name being fictitious, her/his true name is not
presently known, confirmed, and/or has not been duly appointed by a court of
competent jurisdiction (or having been so appointed, his or her appointment has
expired, and/or he or she has ceased to serve, and his or her successor has not yet
been appointed) and on behalf of all survivors and all legally entitled beneficiaries

47

and family members of James W. Parham

1298. Leno Parham Jr., individually, as surviving sibling of James W. Parham
1299. Kevin Parham, individually, as surviving sibling of James W. Parham
1300. Sonia Lowe, individually, as surviving parent of Michael Parkes
1301. Sonia Lowe, as the Personal Representative of the Estate of Michael Parkes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Parkes
1302. Anya Monique Parkes, individually, as surviving sibling of Michael Parkes
1303. Ralph Parkes, individually, as surviving parent of Michael Parkes
1304. Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual
1305. John Doe 45, being intended to designate the Personal Representative of the Estate of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Leobardo L. Pascual
1306. Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual
1307. Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual
1308. Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual
1309. Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual
1310. Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1311. Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1312. Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1313. Graciela Lopez Papetti, individually, as surviving sibling of Leobardo L. Pascual
1314. Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1315. Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1316. Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1317. Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1318. Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual
1319. Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual
1320. Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual
1321. Ana Pascual Ortiz, deceased, the late parent of Leobardo L. Pascual
1322. Terilyn Patrick Esse a/k/a Terilyn Patrick, individually, as surviving spouse of James Matthew Patrick
1323. Terilyn Patrick Esse a/k/a Terilyn Patrick, as the Personal Representative of the Estate of James Patrick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Matthew Patrick
1324. Jack James Patrick Esse a/k/a Jack James Patrick, individually, as surviving child of James Matthew Patrick
1325. Alex M. Patrocino, individually, as surviving child of Manuel D. Patrocino
1326. Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino

48

1327. Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino

1328. Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino

1329. Barry Pearlman, individually, as surviving parent of Richard A. Pearlman

1330. Dorie Pearlman, individually, as surviving parent of Richard A. Pearlman

1331. Dorie Pearlman, as the Personal Representative of the Estate of Richard A. Pearlman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman

1332. Lisa Pearlman-Mason, individually, as surviving sibling of Richard A. Pearlman

1333. Patrizia Davis, individually, as surviving sibling of Salvatore F. Pepe

1334. Anna Faustini as Personal Representative of the Estate of Anna Maria Allen, deceased, the late sibling of Salvatore F. Pepe

1335. Catherine Ng-Pepe, individually, as surviving spouse of Salvatore F. Pepe

1336. Catherine Ng-Pepe, as the Personal Representative of the Estate of Salvatore F. Pepe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore F. Pepe

1337. Rosa Occhicone, individually, as surviving sibling of Salvatore F. Pepe

1338. Genoveffa Palmieri, individually, as surviving sibling of Salvatore F. Pepe

1339. Leonida R. Pepe, individually, as surviving sibling of Salvatore F. Pepe

1340. Salvatore L. Pepe, individually, as surviving child of Salvatore F. Pepe

1341. Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe, deceased, the late sibling of Salvatore F. Pepe

1342. Marina Z. Perez, individually, as surviving spouse of Alejo Perez

1343. Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez

1344. Antonio Perez, individually, as surviving parent of Anthony Perez

1345. Brian Perez, individually, as surviving sibling of Anthony Perez

1346. Maria Perez, individually, as surviving parent of Anthony Perez

1347. Scott Perez, individually, as surviving sibling of Anthony Perez

1348. Olivia M. Johntry, individually, as surviving child of Anthony Perez

1349. Yolanda Knepper, individually, as surviving sibling of Nancy E. Perez

1350. Berta Perez, individually, as surviving parent of Nancy E. Perez

1351. Mario Perez, individually, as surviving parent of Nancy E. Perez

1352. Mario Perez, as the Personal Representative of the Estate of Nancy E. Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez

1353. Minerva Conti, individually, as surviving sibling of Nancy E. Perez

1354. Melissa Perry, individually, as surviving child of Emelda Perry

1355. Melissa Perry, as the Personal Representative of the Estate of Emelda Perry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry

49

1356. William Perry, individually, as surviving child of Emelda Perry
1357. Caitlin Bender (Perry), individually, as surviving child of Glenn Perry Sr.
1358. Glenn Perry Jr., individually, as surviving child of Glenn Perry Sr.
1359. Peggy Perry, individually, as surviving spouse of Glenn Perry Sr.
1360. Peggy Perry, as the Personal Representative of the Estate of Glenn Perry Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr.
1361. Meaghan Wilt, individually, as surviving child of Glenn Perry Sr.
1362. Dianne Lynn Hudder, individually, as surviving sibling of William R. Peterson
1363. Robert M. Peterson, individually, as surviving sibling of William R. Peterson
1364. Robin Peterson, individually, as surviving spouse of William R. Peterson
1365. Robin Peterson, as the Personal Representative of the Estate of William R. Peterson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson
1366. Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson, deceased, the late parent of William R. Peterson
1367. Deirdre Kroupa, individually, as surviving sibling of Glen Pettit
1368. Neil Pettit, individually, as surviving sibling of Glen Pettit
1369. Tara Felice as Personal Representative of the Estate of Jane Wixted, deceased, the late parent of Glen Pettit
1370. Tara Felice, individually, as surviving sibling of Glen Pettit
1371. Tara Felice, as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit
1372. Joel Mercer as Personal Representative of the Estate of Thomas Knobel , deceased, the late spouse of Tu-Anh Pham
1373. Thomas Knobel, as the Personal Representative of the Estate of Tu-Anh Pham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham
1374. Vivienne Hoang-Anh Knobel, individually, as surviving child of Tu-Anh Pham
1375. Daniel T. Phelan, individually, as surviving child of Kenneth Phelan
1376. Erin Phelan, individually, as surviving child of Kenneth Phelan
1377. Kenneth J. Phelan Jr., individually, as surviving child of Kenneth Phelan
1378. Kimberly Phelan, individually, as surviving child of Kenneth Phelan
1379. Patricia Phelan-Byrnes, individually, as surviving spouse of Kenneth Phelan
1380. Patricia Phelan-Byrnes, as the Personal Representative of the Estate of Kenneth Phelan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Phelan
1381. Mary Phelan-Cox, individually, as surviving sibling of Kenneth Phelan
1382. Erin Cherubin, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores)
1383. Gerald Thomas Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

1384. Gilbert Norman Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

1385. Zaneta Frances Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

1386. Zenda F. Gutierrez-Klingenberg, as Personal Representative of the Estate of Zenaida Frances Flores, deceased, the late parent of Zandra Marie Cooper Ploger (nee Flores)

1387. Zenda Flores Gutierrez-Klingenberg, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

1388. Zenda Flores Gutierrez-Klingenberg, as the Personal Representative of the Estate of Zandra Marie Cooper Ploger (nee Flores), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Zandra Marie Cooper Ploger (nee Flores)

1389. Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III, deceased, the late spouse of Zandra Marie Cooper Ploger (nee Flores)

1390. Zena T. Wilderman, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores)

1391. Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores), deceased, the late spouse of Robert R. Ploger III

1392. Marianne Ploger Hill, individually, as surviving sibling of Robert R. Ploger III

1393. Daniel B. Ploger, individually, as surviving sibling of Robert R. Ploger III

1394. Gregory Fiehrer Ploger, individually, as surviving sibling of Robert R. Ploger III

1395. Marguerite Ploger, individually, as surviving sibling of Robert R. Ploger III

1396. Wayne D. Ploger, individually, as surviving sibling of Robert R. Ploger III

1397. Wendy Lynn Ploger, individually, as surviving child of Robert R. Ploger III

1398. Wendy Lynn Ploger, as the Personal Representative of the Estate of Robert R. Ploger III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert R. Ploger III

1399. Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II, deceased, the late parent of Robert R. Ploger III

1400. Craig Pohlmann, individually, as surviving child of William H. Pohlmann

1401. Roxana Olivieri, individually, as surviving sibling of Giovanna Porras

1402. Adela Romero, as the Personal Representative of the Estate of Giovanna Porras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras

1403. Adela Romero, individually, as surviving parent of Giovanna Porras

1404. John Doe 46, being intended to designate the Personal Representative of the Estate of Anthony Portillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Portillo

1405. Zachary Portillo, individually, as surviving sibling of Anthony Portillo

51

1406. David Potorti, individually, as surviving sibling of James E. Potorti

1407. Monique Powell, individually, as surviving sibling of Shawn E. Powell

1408. Maureen Pugliese as Personal Representative of the Estate of Josephine Pugliese, deceased, the late parent of Robert D. Pugliese

1409. Lisa Marie Hand a/k/a Lisa Pugliese, individually, as surviving child of Robert D. Pugliese

1410. Maureen Pugliese, individually, as surviving spouse of Robert D. Pugliese

1411. Maureen Pugliese, as the Personal Representative of the Estate of Robert D. Pugliese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese

1412. Michael Pugliese, individually, as surviving child of Robert D. Pugliese

1413. Dennis Pugliese, individually, as surviving child of Robert D. Pugliese

1414. Robert Pycior, individually, as surviving child of Joseph J. Pycior

1415. Teresa J. Pycior, individually, as surviving spouse of Joseph J. Pycior

1416. Teresa J. Pycior, as the Personal Representative of the Estate of Joseph J. Pycior, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Pycior

1417. Joseph Pycior, individually, as surviving child of Joseph J. Pycior

1418. Tara O'Connell, individually, as surviving sibling of Lincoln Quappe

1419. Charles Quappe, individually, as surviving parent of Lincoln Quappe

1420. Clint Quappe, individually, as surviving child of Lincoln Quappe

1421. Jane Quappe, individually, as surviving spouse of Lincoln Quappe

1422. Jane Quappe, as the Personal Representative of the Estate of Lincoln Quappe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe

1423. Natalie Quappe, individually, as surviving child of Lincoln Quappe

1424. Bruce Tooker as Personal Representative of the Estate of Doris Tooker, deceased, the late parent of Lincoln Quappe

1425. Samantha Bianca Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

1426. Selvyn Neil Patrick Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

1427. Kerene Reeves aka Kerene Sherica Clarke, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

1428. Kerene Reeves aka Kerene Sherica Clarke, as the Personal Representative of the Estate of Carol Rabalais a/k/a Carol South-Rabalais, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol Rabalais a/k/a Carol South-Rabalais

1429. Mary Agatha South, individually, as surviving parent of Carol Rabalais a/k/a Carol South-Rabalais

1430. James Buro, individually, as surviving child of Laura Ragonese-Snik

1431. John J. Buro, as the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and

family members of Laura Ragonese-Snik

1432. JoAnn Boutureira, individually, as surviving sibling of Harry Raines
1433. Joseph Raines, individually, as surviving sibling of Harry Raines
1434. Mark S. Raines, individually, as surviving sibling of Harry Raines
1435. Gloria Reinholtz, individually, as surviving sibling of Harry Raines
1436. Ida Riese, individually, as surviving sibling of Harry Raines
1437. Ida Riese as Personal Representative of the Estate of Gloria Raines, deceased, the late parent of Harry Raines
1438. Ann Ramsaur, individually, as surviving child of Deborah Ramsaur
1439. Brian Ramsaur, individually, as surviving child of Deborah Ramsaur
1440. John Ramsaur, individually, as surviving spouse of Deborah Ramsaur
1441. John Ramsaur, as the Personal Representative of the Estate of Deborah Ramsaur, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur
1442. Kimberly J. Rescorla, individually, as surviving child of Richard C. Rescorla
1443. Susan G. Rescorla, individually, as surviving spouse of Richard C. Rescorla
1444. Susan G. Rescorla and John McManus, as the Co-Personal Representatives of the Estate of Richard C. Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla
1445. Trevor S. Rescorla, individually, as surviving child of Richard C. Rescorla
1446. Mark Anthony Jonas, individually, as surviving child of Martha M. Reszke
1447. Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson, deceased, the late parent of Martha M. Reszke
1448. James Reszke, individually, as surviving spouse of Martha M. Reszke
1449. James Reszke, as the Personal Representative of the Estate of Martha M. Reszke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke
1450. Lina Dicola, individually, as surviving child of Martha M. Reszke
1451. Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, the late parent of Bruce A. Reynolds
1452. Linda Rhodes, as the Personal Representative of the Estate of John Rhodes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes
1453. John Frederick Rhodes IV, individually, as surviving child of John Rhodes
1454. Christiana Riccardelli, individually, as surviving child of Francis Riccardelli
1455. Genevieve Riccardelli, individually, as surviving child of Francis Riccardelli
1456. Marielle Riccardelli, individually, as surviving child of Francis Riccardelli
1457. Meghan Riccardelli, individually, as surviving child of Francis Riccardelli
1458. Theresa Riccardelli, individually, as surviving spouse of Francis Riccardelli
1459. Theresa Riccardelli, as the Personal Representative of the Estate of Francis Riccardelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli
1460. Zachary Riccardelli, individually, as surviving child of Francis Riccardelli

1461. Brian Keegan, individually, as surviving child of Eileen M. Rice
1462. Brian Keegan and Lesli Rice, as the co-Personal Representatives of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice
1463. Francis Keegan, individually, as surviving sibling of Eileen M. Rice
1464. Lesli Rice, individually, as surviving child of Eileen M. Rice
1465. Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard
1466. Cynthia Lawson, individually, as surviving sibling of Cecelia E. Richard
1467. Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, deceased, the late parent of Cecelia E. Richard
1468. Monica L. Lawson, individually, as surviving sibling of Cecelia E. Richard
1469. Michael Richard, individually, as surviving spouse of Cecelia E. Richard
1470. Michael Richard, as the Personal Representative of the Estate of Cecelia E. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cecelia E. Richard
1471. Valerie Walls, individually, as surviving sibling of Cecelia E. Richard
1472. Vernon A. Richard II and Vernessa Richard, as the co-Personal Representatives of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard
1473. Vernon A. Richard II, individually, as surviving child of Vernon A. Richard
1474. Vernessa Richard and Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard, deceased, the late spouse of Vernon A. Richard
1475. Vernessa Richard, individually, as surviving child of Vernon A. Richard
1476. Lelith Bergen, individually, as surviving parent of Venesha Richards
1477. Naquan Bergen, individually, as surviving sibling of Venesha Richards
1478. Queena Bergen, individually, as surviving sibling of Venesha Richards
1479. Hopeton Richards, individually, as surviving spouse of Venesha Richards
1480. Hopeton Richards, as the Personal Representative of the Estate of Venesha Richards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards
1481. Kayla Richards, individually, as surviving child of Venesha Richards
1482. Omar Rodgers, individually, as surviving sibling of Venesha Richards
1483. Cheryl Rivelli, individually, as surviving spouse of Joseph Rivelli, Jr.
1484. Cheryl Rivelli, as the Personal Representative of the Estate of Joseph Rivelli Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rivelli, Jr.
1485. Michael Rivelli, individually, as surviving sibling of Joseph Rivelli, Jr.
1486. Donna Ambrosino, individually, as surviving sibling of Joseph Rivelli, Jr.
1487. Donna Ambrosino as Personal Representative of the Estate of Joseph Rivelli Sr., deceased, the late parent of Joseph Rivelli, Jr.
1488. James G. Wall as Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli, Jr.

1489. Britney Rivera, individually, as surviving child of Carmen A. Rivera

1490. Luis E. Rivera Sr., individually, as surviving spouse of Carmen A. Rivera

1491. Luis E. Rivera Sr., as the Personal Representative of the Estate of Carmen A. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera

1492. Luis Rivera Jr., individually, as surviving child of Carmen A. Rivera

1493. Britney Rivera and Luis Rivera, as the co-Personal Representatives of the Estate of Racine Concepcion, deceased, the late child of Carmen A. Rivera

1494. Carmen Alvarado Rivera, individually, as surviving parent of Linda I. Rivera

1495. Rafael J. Rivera, individually, as surviving sibling of Linda I. Rivera

1496. Jose R. Rivera a/k/a Jose Rivera Ramos, individually, as surviving parent of Linda I. Rivera

1497. Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera

1498. Rafael A. Rivera, individually, as surviving sibling of Linda I. Rivera

1499. Daniel Henry, individually, as surviving sibling of Catherina Robinson

1500. Daniel Henry, as the Personal Representative of the Estate of Catherina Robinson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherina Robinson

1501. Jennifer Renee McKenzie, individually, as surviving child of Marsha A. Rodriguez

1502. Vanessa Phillips, individually, as surviving sibling of Marsha A. Rodriguez

1503. Daniel Rodriguez, individually, as surviving spouse of Marsha A. Rodriguez

1504. Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez

1505. Flossie J. Foster, individually, as surviving parent of Marsha A. Rodriguez

1506. Shavonne Cobb, individually, as surviving child of Marsha A. Rodriguez

1507. Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Rodriguez

1508. Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez

1509. Anibal Valdez, individually, as surviving sibling of Mayra V. Rodriguez

1510. Jose Valdez, individually, as surviving sibling of Mayra V. Rodriguez

1511. John Doe 121 as the Personal Representative of the Estate of Lydia Valdez, deceased, the late parent of Mayra V. Rodriguez

1512. Elias Rodriguez, individually, as surviving child of Mayra V. Rodriguez

1513. Michele Flannery, individually, as surviving sibling of Joseph M. Romagnolo

1514. Alexis Romagnolo, individually, as surviving child of Joseph M. Romagnolo

1515. Anthony Romagnolo, individually, as surviving child of Joseph M. Romagnolo

1516. Joseph Romagnolo, individually, as surviving child of Joseph M. Romagnolo

1517. Maria Romagnolo, individually, as surviving parent of Joseph M. Romagnolo

1518. Maria Romagnolo, as Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Joseph M. Romagnolo

1519. Sandra Romagnolo, individually, as surviving spouse of Joseph M. Romagnolo

1520. Sandra Romagnolo, as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo

1521. Christofer Romagnolo, individually, as surviving child of Joseph M. Romagnolo

1522. Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito

1523. Laura Fasulo, individually, as surviving sibling of James Romito

1524. Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr., deceased, the late parent of James Romito

1525. Laura Fasulo as Personal Representative of the Estate of Catherine Romito, deceased, the late parent of James Romito

1526. Anthony Romito Jr., individually, as surviving sibling of James Romito

1527. Jennifer Horwitz, individually, as surviving spouse of Mark L. Rosenberg

1528. Jennifer Horwitz, as the Personal Representative of the Estate of Mark L Rosenberg, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg

1529. Janet Rosenberg, individually, as surviving parent of Mark L. Rosenberg

1530. Sheldon Rosenberg, individually, as surviving parent of Mark L. Rosenberg

1531. Sara L. Rosenberg Sharvit, individually, as surviving sibling of Mark L. Rosenberg

1532. Harvey Rosenberg, individually, as surviving sibling of Mark L. Rosenberg

1533. Tracy Rowenhorst, as the Personal Representative of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst

1534. Matthew Rowenhorst, individually, as surviving sibling of Edward Rowenhorst

1535. Sicely N. McCants, individually, as surviving child of Judy Rowlett

1536. Sicely N. McCants, as the Personal Representative of the Estate of Judy Rowlett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judy Rowlett

1537. Caitlyn deAprix, individually, as surviving child of Timothy A. Roy

1538. Timothy Roy Jr., individually, as surviving child of Timothy A. Roy

1539. Stacey Roy-Christ, individually, as surviving spouse of Timothy A. Roy

1540. Stacey Roy-Christ, as the Personal Representative of the Estate of Timothy A. Roy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy

1541. Brittney Roy, individually, as surviving child of Timothy A. Roy

1542. David Ruback, individually, as surviving child of Paul G. Ruback

1543. Rita L. Ruback, individually, as surviving spouse of Paul G. Ruback

1544. Rita L. Ruback, as the Personal Representative of the Estate of Paul G. Ruback, deceased, and on behalf of all survivors and all legally entitled beneficiaries and

family members of Paul G. Ruback

1545. Shannon Ruback, individually, as surviving child of Paul G. Ruback

1546. Gina Ruback, individually, as surviving child of Paul G. Ruback

1547. Hillary Hans, individually, as surviving sibling of Ronald J. Ruben

1548. Hillary Hans and Leslie C. Ruben, as the co-Personal Representatives of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben

1549. Leslie C. Ruben, individually, as surviving sibling of Ronald J. Ruben

1550. Anthony Rubino, individually, as surviving sibling of Joanne Rubino

1551. Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino

1552. Anthony Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino

1553. Margaret Grigonis, individually, as surviving parent of Susan A. Ruggiero

1554. Paul Grigonis, individually, as surviving parent of Susan A. Ruggiero

1555. Peggy Ann Asciutto, individually, as surviving sibling of Susan A. Ruggiero

1556. Frank Ruggiero, individually, as surviving spouse of Susan A. Ruggiero

1557. Frank Ruggiero, as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero

1558. Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo

1559. Anthony F. Russo, individually, as surviving sibling of Michael Russo

1560. Dolores Russo, individually, as surviving parent of Michael Russo

1561. Cyrina Morrison, individually, as surviving sibling of Brock J. Safronoff

1562. Aaron Safronoff, individually, as surviving sibling of Brock J. Safronoff

1563. Debra M. Safronoff, individually, as surviving parent of Brock J. Safronoff

1564. Joel Safronoff, individually, as surviving parent of Brock J. Safronoff

1565. Tara Safronoff, individually, as surviving spouse of Brock J. Safronoff

1566. Tara Safronoff, as the Personal Representative of the Estate of Brock J. Safronoff, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brock J. Safronoff

1567. Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya

1568. Shawn Saiya, individually, as surviving child of Edward Saiya

1569. Shawn Saiya and Katherine R. Schlosser, as the co-Personal Representatives of the Estate of Edward Saiya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya

1570. Katherine R. Schlosser, individually, as surviving child of Edward Saiya

1571. Madeline Reed, individually, as surviving parent of John P. Salamone

1572. Sharon Salamone as Personal Representative of the Estate of Benedict Salamone,

57

deceased, the late parent of John P. Salamone

1573. Mary E. Salamone, individually, as surviving spouse of John P. Salamone

1574. Mary E. Salamone, as the Personal Representative of the Estate of John P. Salamone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. Salamone

1575. Michael Salamone, individually, as surviving sibling of John P. Salamone

1576. Catherine Mary Sauer, individually, as surviving sibling of John P. Salamone

1577. Michelle Cataline, individually, as surviving sibling of John P. Salamone

1578. Carlos Salas, individually, as surviving child of Hernando R. Salas

1579. Carlos Salas, as the Personal Representative of the Estate of Hernando R. Salas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas

1580. Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas

1581. Nelcy Salas, individually, as surviving child of Hernando R. Salas

1582. Afkham Salie, individually, as surviving sibling of Rahma Salie

1583. Haleema Salie, individually, as surviving parent of Rahma Salie

1584. Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie

1585. Ysuff Salie, individually, as surviving parent of Rahma Salie

1586. Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis, deceased, the late spouse of Rahma Salie

1587. Edison Salomon, being intended to designate the Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon

1588. Antoine Salomon, individually, as surviving parent of Nolbert Salomon

1589. Edison Salomon, individually, as surviving sibling of Nolbert Salomon

1590. James Salomon, individually, as surviving sibling of Nolbert Salomon

1591. Francesca Pierre, as the Personal Representative of the Estate of Dania Salomon a/k/a Dania Salomon Macharie, deceased, the late sibling of Nolbert Salomon

1592. Deborah Rooney, individually, as surviving spouse of John Sammartino

1593. Deborah Rooney, as the Personal Representative of the Estate of John Sammartino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Sammartino

1594. Nicole Sammartino, individually, as surviving child of John Sammartino

1595. Clara Sanay, individually, as surviving spouse of Hugo Sanay

1596. Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family

58

members of Hugo Sanay

1597. Hugo Sanay Jr., individually, as surviving child of Hugo Sanay
1598. Michelle Sanay, individually, as surviving child of Hugo Sanay
1599. Steven Sanay, individually, as surviving child of Hugo Sanay
1600. Sonia Hernandez, individually, as surviving sibling of Ayleen J. Santiago
1601. Jose A. Medina, individually, as surviving sibling of Ayleen J. Santiago
1602. Sonia Hernandez as Personal Representative of the Estate of Julio Medina, deceased, the late parent of Ayleen J. Santiago
1603. Cassandra Nash, individually, as surviving child of Anthony Savas
1604. John Savas, individually, as surviving child of Anthony Savas
1605. John Savas as Personal Representative of the Estate of Phaedra Savas, deceased, the late spouse of Anthony Savas
1606. John Savas, as the Personal Representative of the Estate of Anthony Savas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Savas
1607. Karen Scheffold Onorio, individually, as surviving child of Frederick C. Scheffold
1608. Claudette Scheffold, individually, as surviving child of Frederick C. Scheffold
1609. Joan Scheffold, individually, as surviving spouse of Frederick C. Scheffold
1610. Joan Scheffold, as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold
1611. Kim Scheffold Stiefel, individually, as surviving child of Frederick C. Scheffold
1612. Dawn Schlegel, individually, as surviving spouse of Robert A. Schlegel
1613. Dawn Schlegel, as the Personal Representative of the Estate of Robert A. Schlegel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel
1614. Laurence Schlissel, individually, as surviving sibling of Jon S. Schlissel
1615. Laurence Schlissel, as the Personal Representative of the Estate of Jon S. Schlissel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon S. Schlissel
1616. Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel, deceased, the late parent of Jon S. Schlissel
1617. Jaclyn McManus, individually, as surviving child of Gerard P. Schrang
1618. Denise Schrang, individually, as surviving spouse of Gerard P. Schrang
1619. Denise Schrang, as the Personal Representative of the Estate of Gerald P. Schrang, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard P. Schrang
1620. Katherine R. Krieger, individually, as surviving sibling of Susan Lee Schuler
1621. Darby L. Catalano and Erin Laspa, as co-Personal Representatives of the Estate of Jude Laspa, deceased, the late sibling of Susan Lee Schuler
1622. Ted Slanker, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler

1623.  Tevis Laspa, individually, as surviving sibling of Susan Lee Schuler
1624.  Ted Slanker, individually, as surviving child of Susan Lee Schuler
1625.  Sandra Slanker, individually, as surviving child of Susan Lee Schuler
1626.  Elizabeth Schlehr, individually, as surviving sibling of Margaret Seeliger
1627.  Bruce Seeliger, individually, as surviving spouse of Margaret Seeliger
1628.  Bruce Seeliger, as the Personal Representative of the Estate of Margaret Seeliger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Seeliger
1629.  Andrew T. Walier, individually, as surviving sibling of Margaret Seeliger
1630.  Arthur A. Walier, individually, as surviving parent of Margaret Seeliger
1631.  James M. Walier, individually, as surviving sibling of Margaret Seeliger
1632.  John P. Walier, individually, as surviving sibling of Margaret Seeliger
1633.  Joseph Walier, individually, as surviving sibling of Margaret Seeliger
1634.  Paul Walier, individually, as surviving sibling of Margaret Seeliger
1635.  Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger
1636.  Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier, deceased, the late parent of Margaret Seeliger
1637.  Matthew Walier, individually, as surviving sibling of Margaret Seeliger
1638.  Jahnan Shajahan, individually, as surviving child of Mohammed Shajahan
1639.  Layla Shajahan, individually, as surviving child of Mohammed Shajahan
1640.  Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan
1641.  Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan
1642.  Shirin Shajahan, individually, as surviving child of Mohammed Shajahan
1643.  Yusuf Shajahan, individually, as surviving child of Mohammed Shajahan
1644.  Christopher Davidson, individually, as surviving sibling of Kathryn A. Shatzoff
1645.  Francis Shea, individually, as surviving sibling of Daniel Shea
1646.  Kathleen Shea, individually, as surviving sibling of Daniel Shea
1647.  Thomas J. Shea, individually, as surviving sibling of Daniel Shea
1648.  Francis Shea, individually, as surviving sibling of Joseph Shea
1649.  Kathleen Shea, individually, as surviving sibling of Joseph Shea
1650.  Thomas J. Shea, individually, as surviving sibling of Joseph Shea
1651.  Charles Clarke, individually, as surviving parent of Antionette Sherman
1652.  Eloise Clarke, individually, as surviving parent of Antionette Sherman
1653.  Eloise Clarke, as the Personal Representative of the Estate of Antionette Sherman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman
1654.  Ruth Sigmund as Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund
1655.  John Sigmund, individually, as surviving sibling of Johanna Sigmund
1656.  Ruth Sigmund, individually, as surviving parent of Johanna Sigmund
1657.  Ruth Sigmund, as the Personal Representative of the Estate of Johanna Sigmund,

deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Johanna Sigmund

1658. John T. Signer as Personal Representative of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer

1659. Kenneth Signer, individually, as surviving sibling of Dianne Signer

1660. Patricia Signer, individually, as surviving parent of Dianne Signer

1661. Patricia Signer, as the Personal Representative of the Estate of Dianne Signer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dianne Signer

1662. Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky

1663. George Sikorsky, individually, as surviving sibling of Gregory Sikorsky

1664. Kenneth Sikorsky, individually, as surviving sibling of Gregory Sikorsky

1665. Perry V. Sikorsky, individually, as surviving sibling of Gregory Sikorsky

1666. Jennifer Simon Berardi, individually, as surviving child of Arthur Simon

1667. Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon

1668. Mandy Exantus, individually, as surviving child of Arthur Simon

1669. Stanley Simon, individually, as surviving sibling of Arthur Simon

1670. Susan Simon, individually, as surviving spouse of Arthur Simon

1671. Todd Simon, individually, as surviving child of Arthur Simon

1672. Jennifer Simon Berardi, individually, as surviving sibling of Kenneth Simon

1673. Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon

1674. Karen Simon, as the Personal Representative of the Estate of Kenneth Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon

1675. Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon

1676. Mandy Exantus, individually, as surviving sibling of Kenneth Simon

1677. Susan Simon, individually, as surviving parent of Kenneth Simon

1678. Todd Simon, individually, as surviving sibling of Kenneth Simon

1679. Jill S. Polansky, individually, as surviving sibling of Thomas E. Sinton III

1680. Thomas Lorenzen as Personal Representative of the Estate of Sally Sinton, deceased, the late sibling of Thomas E. Sinton III

1681. Jill S. Polansky as Personal Representative of the Estate of Susan M. Sinton, deceased, the late parent of Thomas E. Sinton III

1682. Marilyn Smith Pusey, individually, as surviving spouse of Leon Smith

1683. Marilyn Smith Pusey, as the Personal Representative of the Estate of Leon Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leon Smith

61

1684. Irene Smith, individually, as surviving parent of Leon Smith
1685. Jasmine Michele Smith, individually, as surviving child of Leon Smith
1686. Nakia Smith, individually, as surviving child of Leon Smith
1687. Tiffany Smith, individually, as surviving child of Leon Smith
1688. Yolanda Smith-Purdy, individually, as surviving child of Leon Smith
1689. Mary Elizabeth Reddy, individually, as surviving sibling of Moira A. Smith
1690. James Smith, individually, as surviving spouse of Moira A. Smith
1691. James Smith, as the Personal Representative of the Estate of Moira A. Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moira A. Smith
1692. Patricia Mary Smith, individually, as surviving child of Moira A. Smith
1693. Patricia S. Rafter, as the Personal Representative of the Estate of Bonnie Smithwick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bonnie Smithwick
1694. Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick, deceased, the late spouse of Bonnie Smithwick
1695. Peter Shihadeh, individually, as surviving sibling of Bonnie Smithwick
1696. Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh, deceased, the late parent of Bonnie Smithwick
1697. Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh, deceased, the late parent of Bonnie Smithwick
1698. James W. Smithwick, individually, as surviving child of Bonnie Smithwick
1699. Katharine E. Smithwick, individually, as surviving child of Bonnie Smithwick
1700. Joanne Messina, individually, as surviving sibling of Michael C. Sorresse
1701. Catherine Ricciardelli, individually, as surviving spouse of Michael C. Sorresse
1702. Catherine Ricciardelli, as the Personal Representative of the Estate of Michael C. Sorresse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael C. Sorresse
1703. Leonard M. Sorresse Jr., individually, as surviving sibling of Michael C. Sorresse
1704. Leonard M. Sorresse Sr., individually, as surviving parent of Michael C. Sorresse
1705. Maria Sorresse, individually, as surviving parent of Michael C. Sorresse
1706. Nicholas Sorresse, individually, as surviving sibling of Michael C. Sorresse
1707. Linda E. Spampinato a/k/a Linda E. Melville, individually, as surviving sibling of Donald F. Spampinato
1708. Michael Spampinato, individually, as surviving sibling of Donald F. Spampinato
1709. Michael Spampinato as Personal Representative of the Estate of Mary Spampinato, deceased, the late parent of Donald F. Spampinato
1710. Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence
1711. Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S. Spence, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maynard S. Spence
1712. Kristina Spence, individually, as surviving child of Maynard S. Spence
1713. Shannon Spence, individually, as surviving child of Maynard S. Spence

1714. Dorothy Spence Evans, individually, as surviving sibling of Maynard S. Spence

1715. Susan Spitz, individually, as surviving spouse of William Spitz

1716. Susan Spitz, as the Personal Representative of the Estate of William Spitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz

1717. Kathy Buell, individually, as surviving sibling of Timothy Stackpole

1718. Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole

1719. Patricia Murphy, individually, as surviving sibling of Timothy Stackpole

1720. Edward Stackpole, individually, as surviving sibling of Timothy Stackpole

1721. Michael Stackpole, individually, as surviving sibling of Timothy Stackpole

1722. Daniel Carroll, individually, as surviving child of Patricia J. Statz

1723. David Carroll, individually, as surviving spouse of Patricia J. Statz

1724. David Carroll, as the Personal Representative of the Estate of Patricia J. Statz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz

1725. Erick Carroll, individually, as surviving child of Patricia J. Statz

1726. Pamela Statz, individually, as surviving sibling of Patricia J. Statz

1727. Vincent A. Statz, individually, as surviving parent of Patricia J. Statz

1728. Phil Statz, individually, as surviving sibling of Patricia J. Statz

1729. Gloria Darrisaw, individually, as surviving sibling of Edna L. Stephens

1730. Eunice W. Stephens, individually, as surviving sibling of Edna L. Stephens

1731. Betty Jo Hill, deceased, the late sibling of Edna L. Stephens

1732. Brenda Stephens Pyant, individually, as surviving sibling of Edna L. Stephens

1733. Eddie Stephens, individually, as surviving sibling of Edna L. Stephens

1734. Marvin Stephens, individually, as surviving sibling of Edna L. Stephens

1735. Mary L. Stephens, individually, as surviving sibling of Edna L. Stephens

1736. Barbara Stephens-Cobb, individually, as surviving sibling of Edna L. Stephens

1737. Torrass Allen-Stephens, individually, as surviving child of Edna L. Stephens

1738. Torrass Allen-Stephens, as the Personal Representative of the Estate of Edna L. Stephens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna L. Stephens

1739. Eric Stoller, individually, as surviving child of Sanford M. Stoller

1740. Glen Stoller, individually, as surviving child of Sanford M. Stoller

1741. Trudy Stoller, individually, as surviving spouse of Sanford M. Stoller

1742. Trudy Stoller, as the Personal Representative of the Estate of Sanford M. Stoller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller

1743. Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss

1744. Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss

1745. Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss,

63

deceased, the late parent of Steven Strauss

1746. Derek Strauss, individually, as surviving child of Steven Strauss

1747. Melanie Strauss, individually, as surviving child of Steven Strauss

1748. Jean Strauss a/k/a Jeannie Strauss, individually, as surviving spouse of Steven Strauss

1749. Jean Strauss a/k/a Jeannie Strauss, as the Personal Representative of the Estate of Steven Strauss, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss

1750. Brian Sullivan, individually, as surviving child of Christopher P. Sullivan

1751. Dolores Sullivan, individually, as surviving spouse of Christopher P. Sullivan

1752. Dolores Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan

1753. Robert J. Sullivan as Personal Representative of the Estate of James R. Sullivan, deceased, the late parent of Christopher P. Sullivan

1754. Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan

1755. Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

1756. Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

1757. Peter Q. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

1758. Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

1759. Sean Sullivan, individually, as surviving child of Christopher P. Sullivan

1760. Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan

1761. Jill Marsella, individually, as surviving spouse of Thomas F. Swift

1762. Jill Marsella, as the Personal Representative of the Estate of Thomas F. Swift, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift

1763. Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift

1764. Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift, deceased, the late sibling of Thomas F. Swift

1765. Patrick T. Swift, individually, as surviving sibling of Thomas F. Swift

1766. Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift

1767. John Doe 114 as Personal Representative of the Estate of Peter T. Swift, Sr., deceased, the late parent of Thomas F. Swift

1768. Octavia Bangura, individually, as surviving child of Hilda E. Taylor

1769. Yvette Jones, individually, as surviving sibling of Hilda E. Taylor

1770. Edna Mbayo, individually, as surviving sibling of Hilda E. Taylor

1771. Dennis Stafford, individually, as surviving child of Hilda E. Taylor

1772. George O. Taylor, individually, as surviving sibling of Hilda E. Taylor

1773. George O. Taylor, as the Personal Representative of the Estate of Hilda E. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hilda E. Taylor

1774. Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte

1775. Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte,

deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte

1776. Elina Shirolkar, individually, as surviving child of Harshad S. Thatte

1777. Haleema Salie, as Personal Representative of the Estate of Rahma Salie, deceased, the late spouse of Michael Theodoridis

1778. Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis

1779. Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis

1780. Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis

1781. Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis

1782. Sarah Kashetta, individually, as surviving child of Brian T. Thompson

1783. Kathleen Thompson, individually, as surviving spouse of Brian T. Thompson

1784. Kathleen Thompson, as the Personal Representative of the Estate of Brian T. Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian T. Thompson

1785. Daniel Thompson, individually, as surviving child of Brian T. Thompson

1786. Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson

1787. Doreen Thompson, deceased, the late parent of Vanavah Thompson

1788. Tsahai S. Santiago, as the Personal Representative of the Estate of Vanavah Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson

1789. Nia Jah-Selah Thompson, individually, as surviving child of Vanavah Thompson

1790. Giovanni McKenzie, individually, as surviving sibling of Vanavah Thompson

1791. Michael K. Thompson, individually, as surviving child of William Harry Thompson

1792. Michael K. Thompson, as the Personal Representative of the Estate of William Harry Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Harry Thompson

1793. Rahsaan Thompson, individually, as surviving child of William Harry Thompson

1794. Beatrice Woolen, individually, as surviving sibling of Tamara Thurman

1795. Saundra Faye Woolen, individually, as surviving parent of Tamara Thurman

1796. Emory E. Hackman, Jr., as the Personal Representative of the Estate of Tamara Thurman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman

1797. Jennifer Dolan, individually, as surviving child of John Tobin

1798. Barbara Tobin, individually, as surviving spouse of John Tobin

1799. Barbara Tobin, as the Personal Representative of the Estate of John Tobin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin

1800. Margaret M. Tobin, individually, as surviving sibling of John Tobin

1801. Michael Tobin, individually, as surviving sibling of John Tobin

1802. Sean Tobin, individually, as surviving child of John Tobin

65

1803. Teresa Traina, individually, as surviving parent of Christopher M. Traina

1804. Teresa Traina, as the Personal Representative of the Estate of Christopher M Traina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M. Traina

1805. Salvatore M. Traina Jr., individually, as surviving sibling of Christopher M. Traina

1806. Salvatore Traina, individually, as surviving parent of Christopher M. Traina

1807. Theresa Corio, individually, as surviving sibling of Diane M. Urban

1808. Theresa Corio, as the Personal Representative of the Estate of Diane M. Urban, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane M. Urban

1809. Ann Van Hine, individually, as surviving spouse of Richard B. Van Hine

1810. Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine

1811. Meghan Sensenig, individually, as surviving child of Richard B. Van Hine

1812. Emily Small, individually, as surviving child of Richard B. Van Hine

1813. Vasanta Velamuri, individually, as surviving spouse of Sankara Velamuri

1814. Vasanta Velamuri, as the Personal Representative of the Estate of Sankara Velamuri, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sankara Velamuri

1815. Ramon Velazquez, individually, as surviving child of Jorge L. Velazquez

1816. Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera

1817. Migdalia Lopez as Personal Representative of the Estate of Javier Guzman, deceased, the late sibling of David Vera

1818. Migdalia Lopez, individually, as surviving sibling of David Vera

1819. Jennica Perez a/k/a Jennica Vera, individually, as surviving child of David Vera

1820. Jennica Perez a/k/a Jennica Vera, as the Personal Representative of the Estate of David Vera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Vera

1821. Anthony Vola, individually, as surviving sibling of Maria P. Vola

1822. Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, as surviving sibling of Maria P. Vola

1823. Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola

1824. Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola

1825. Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola

1826. Kim Wagner, individually, as surviving sibling of Karen J. Wagner

1827. Kim Wagner, as the Personal Representative of the Estate of Karen J. Wagner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and

family members of Karen J. Wagner

1828. Warren Wagner, individually, as surviving sibling of Karen J. Wagner

1829. Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner, deceased, the late parent of Karen J. Wagner

1830. Karl Wagner, individually, as surviving sibling of Karen J. Wagner

1831. Andrea Treble, individually, as surviving sibling of Gabriela Waisman

1832. Andrea Treble, as the Personal Representative of the Estate of Gabriela Waisman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gabriela Waisman

1833. Andrea Treble as Personal Representative of the Estate of Armando Waisman, deceased, the late parent of Gabriela Waisman

1834. Marta Waisman, individually, as surviving parent of Gabriela Waisman

1835. Rebecca Clemento, individually, as surviving spouse of Victor Wald

1836. Rebecca Clemento, as the Personal Representative of the Estate of Victor Wald, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victor Wald

1837. Clarissa B. Kirschenbaum, individually, as surviving sibling of Victor Wald

1838. Daniella Wald Spielman, individually, as surviving child of Victor Wald

1839. Alexandra Wald Bortz, individually, as surviving child of Victor Wald

1840. Reagan Koniuch, individually, as surviving child of Peter G. Wallace

1841. Alison W. Smith, individually, as surviving child of Peter G. Wallace

1842. Charlotte Wallace, individually, as surviving spouse of Peter G. Wallace

1843. Charlotte Wallace, as the Personal Representative of the Estate of Peter G. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter G. Wallace

1844. Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace

1845. Robert Wallace, individually, as surviving child of Robert F. Wallace

1846. Angela Watson Cucciniello, individually, as surviving child of Kenneth Watson

1847. Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late parent of Kenneth Watson

1848. Carmella Watson, individually, as surviving parent of Kenneth Watson

1849. Christopher Watson, individually, as surviving child of Kenneth Watson

1850. Gary Watson, individually, as surviving child of Kenneth Watson

1851. Glenn Watson, individually, as surviving sibling of Kenneth Watson

1852. James Watson, individually, as surviving sibling of Kenneth Watson

1853. Kenneth Watson, Jr., individually, as surviving child of Kenneth Watson

1854. Susan Watson, individually, as surviving spouse of Kenneth Watson

1855. Susan Watson, as the Personal Representative of the Estate of Kenneth Watson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Watson

1856. Tina Watson-Tirabassi, individually, as surviving sibling of Kenneth Watson

1857. Chin Sok Wells, individually, as surviving sibling of Chin Sun Pak Wells
1858. Kum Son Wells, individually, as surviving parent of Chin Sun Pak Wells
1859. Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells
1860. Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells
1861. Enid White, individually, as surviving spouse of John White
1862. Enid White, as the Personal Representative of the Estate of John White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White
1863. Maxine White, individually, as surviving child of John White
1864. Shirley Nottingham, individually, as surviving sibling of Leonard A. White
1865. Shirley Nottingham, as the Personal Representative of the Estate of Leonard A. White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White
1866. Shirley Nottingham as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White
1867. Sylvia Ball, individually, as surviving sibling of Malissa White
1868. Wakeland Higgins, individually, as surviving spouse of Malissa White
1869. Wakeland Higgins, as the Personal Representative of the Estate of Malissa White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White
1870. Marc C. White, individually, as surviving sibling of Malissa White
1871. Phillip White, individually, as surviving sibling of Malissa White
1872. John Doe 64, being intended to designate the Personal Representative of the Estate of Sandra L. White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra L. White
1873. Connie Murray, individually, as surviving sibling of Sandra L. White
1874. John Doe 65, being intended to designate the Personal Representative of the Estate of Wayne White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Wayne White
1875. Hilda Ventura, individually, as surviving sibling of Wayne White
1876. Daren White, individually, as surviving sibling of Wayne White
1877. Jennifer L. Lynch as Personal Representative of the Estate of Kathleen Wik,

deceased, the late sibling of William Wik

1878. Thomas C. Wik, individually, as surviving sibling of William Wik

1879. Raphael Wik, individually, as surviving sibling of William Wik

1880. Christopher Wong, individually, as surviving child of Yuk Ping Wong

1881. Eddie Wong, individually, as surviving child of Yuk Ping Wong

1882. Eddie Wong, as the Personal Representative of the Estate of Yuk Ping Wong, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong

1883. Fahim Chowdhury, individually, as surviving sibling of Shakila Yasmin

1884. Sharif Chowdhury, individually, as surviving parent of Shakila Yasmin

1885. Sharif Chowdhury and Showkatara Sharif, as the co-Personal Representatives of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin

1886. Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin

1887. Showkatara Sharif, individually, as surviving parent of Shakila Yasmin

1888. Mary Kessler, individually, as surviving sibling of Suzanne Youmans

1889. Mary Kessler and William Youmans, as the co-Personal Representatives of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans

1890. William Youmans, individually, as surviving sibling of Suzanne Youmans

1891. Joan Youmans as Personal Representative of the Estate of John Youmans, deceased, the late sibling of Suzanne Youmans

1892. Edmond Young Sr., individually, as surviving parent of Edmond G. Young Jr.

1893. Margaret Young, individually, as surviving parent of Edmond G. Young Jr.

1894. Markia Young, individually, as surviving sibling of Edmond G. Young Jr.

1895. Marvene Young, individually, as surviving sibling of Edmond G. Young Jr.

1896. Marvene Young, as the Personal Representative of the Estate of Edmond G. Young Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edmond G. Young Jr.

1897. Stephan Young, individually, as surviving child of Edmond G. Young Jr.

1898. Chaquita Young, individually, as surviving child of Lisa L. Young

1899. Chaquita Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young

1900. Desiree Zambrana, individually, as surviving sibling of Edwin J. Zambrana

1901. Lillian Zambrana, individually, as surviving parent of Edwin J. Zambrana

1902. Lillian Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Zambrana

1903. Michael Zampieri, individually, as surviving sibling of Robert A. Zampieri

1904. Jeannie Schlesinger, individually, as surviving sibling of Robert A. Zampieri

1905. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack

Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz

1906. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz

1907. Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl

1908. Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

1909. Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

1910. Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

1911. Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

1912. Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

1913. Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

1914. Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl

1915. BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl

1916. Debra Zeplin, as the Personal Representative of the Estate of Marc Scott Zeplin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marc Scott Zeplin

1917. Debra Zeplin, individually, as surviving spouse of Marc Scott Zeplin

1918. Ethan Gabriel Zeplin, individually, as surviving child of Marc Scott Zeplin

1919. Ryan Harris Zeplin, individually, as surviving child of Marc Scott Zeplin

1920. John P. O'Neill, Jr., individually, as injured person

1921. Elizabeth Ann Kiel, individually, as surviving sibling of John J. Florio

1922. John Florio, individually, as surviving parent of John J. Florio

1923. Timothy Geraghty, individually, as surviving sibling of Edward F. Geraghty

1924. Maureen Bernadette Paglia, individually, as surviving sibling of Thomas William Kelly

1925. Maureen B. Paglia, as the Personal Representative of the Estate of William J. Kelly, deceased, the late sibling of Thomas William Kelly

1926. Dennis T. Kelly, individually, as surviving sibling of Thomas William Kelly

1927. Wendy Santimays, individually, as surviving sibling of Ronald Kloepfer

1928. Jaime Reali, individually, as surviving child of Ronald Kloepfer

1929. Taylor Kloepfer, individually, as surviving child of Ronald Kloepfer

1930. Dawn Kloepfer, individually, as surviving spouse of Ronald Kloepfer

1931. Casey Kloepfer, individually, as surviving child of Ronald Kloepfer

1932. Anthony B. McMahon, individually, as surviving sibling of Robert D. McMahon

1933.  Irene McMahon, individually, as surviving sibling of Robert D. McMahon
1934.  Marie Sikorsky, individually, as surviving spouse of Gregory Sikorsky
1935.  Steven Sikorsky, individually, as surviving child of Gregory Sikorsky
1936.  Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr.
1937.  Yon-Paul Casalduc, individually, as surviving sibling of Vivian Casalduc
1938.  Frank Camaj, individually, as surviving sibling of Roko Camaj
1939.  Kole Camaj, individually, as surviving sibling of Roko Camaj
1940.  Preta Berisha, individually, as surviving sibling of Roko Camaj
1941.  BNY Mellon, as the Personal Representative of the Estate of Humberto Ailinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Humberto Ailinger
1942.  Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr.
1943.  Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr.
1944.  BNY Mellon, as the Personal Representative of the Estate of Ivhan Bautista, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista
1945.  Catherine Chiofalo as Personal Representative of the Estate of Anthony Chiofalo, deceased, the late sibling of Nicholas Chiofalo
1946.  Joseph Hollingsworth as Personal Representative of the Estate of Donna Chiofalo, deceased, the late sibling of Nicholas Chiofalo
1947.  Annette Melillo, individually, as surviving sibling of Nicholas Chiofalo
1948.  Annette Melillo as Personal Representative of the Estate of Rosemarie Maggiore, deceased, the late parent of Nicholas Chiofalo
1949.  George Coughlin, individually, as surviving sibling of John G. Coughlin
1950.  Carol L. D'Allara, as the Personal Representative of the Estate of John D'Allara, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara
1951.  Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara
1952.  Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara
1953.  John Joseph D'Allara, individually, as surviving child of John D'Allara
1954.  Nicholas Michael D'Allara, individually, as surviving child of John D'Allara
1955.  Carol L. D'Allara, individually, as surviving spouse of John D'Allara
1956.  Dariusz Debek, individually, as surviving spouse of Tara Debek
1957.  Albert DeRubbio, Jr., individually, as surviving sibling of David P. DeRubbio
1958.  RoseEllen Dowdell, individually, as surviving spouse of Kevin Christopher Dowdell
1959.  RoseEllen Dowdell, as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Christopher Dowdell

1960. Patrick Kevin Dowdell, individually, as surviving child of Kevin Christopher Dowdell

1961. James Michael Dowdell, individually, as surviving child of Kevin Christopher Dowdell

1962. Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher, deceased, the late parent of John Roger Fisher

1963. Laurie Gambino, individually, as surviving sibling of Thomas Gambino, Jr.

1964. Marilyn Hess, individually, as surviving parent of Thomas Gambino, Jr.

1965. Thomas Gambino, Sr., individually, as surviving parent of Thomas Gambino, Jr.

1966. Keith Gambino, individually, as surviving sibling of Thomas Gambino, Jr.

1967. Valerie Gambino, individually, as surviving sibling of Thomas Gambino, Jr.

1968. Thomas Gambino, III, individually, as surviving child of Thomas Gambino, Jr.

1969. Brian Gambino, individually, as surviving child of Thomas Gambino, Jr.

1970. Janet Gambino, individually, as surviving spouse of Thomas Gambino, Jr.

1971. Janet Gambino, as the Personal Representative of the Estate of Thomas Gambino, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Gambino, Jr.

1972. John T. Genovese, individually, as surviving sibling of Steven Genovese

1973. John T. Genovese as Personal Representative of the Estate of Veronica Genovese, deceased, the late parent of Steven Genovese

1974. John T. Genovese as Personal Representative of the Estate of John G. Genovese, deceased, the late parent of Steven Genovese

1975. Patti Ann Valerio, individually, as surviving sibling of Matthew J. Grzymalski

1976. Paul Joseph Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski

1977. Joseph W. Grzymalski as Personal Representative of the Estate of Peter John Grzymalski, deceased, the late sibling of Matthew J. Grzymalski

1978. Joseph Walter Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski

1979. Jo Ann McManus, individually, as surviving sibling of Matthew J. Grzymalski

1980. Patricia Byrne, individually, as surviving sibling of Joseph Gullickson

1981. Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson

1982. Thomas Gullickson, individually, as surviving sibling of Joseph Gullickson

1983. Patricia Byrne as Personal Representative of the Estate of Patricia Gullickson, deceased, the late parent of Joseph Gullickson

1984. Ralph Gullickson, individually, as surviving sibling of Joseph Gullickson

1985. Robert Gullickson, Jr., individually, as surviving sibling of Joseph Gullickson

1986. Iris Marie Holohan, individually, as surviving parent of Thomas P. Holohan

1987. Mary Alice Holohan, individually, as surviving sibling of Thomas P. Holohan

1988. Megan Holohan, individually, as surviving sibling of Thomas P. Holohan

1989. Sean Holohan, individually, as surviving sibling of Thomas P. Holohan

1990. Harold Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.

1991. Tara Leonardi, individually, as surviving sibling of Thomas F. Hughes, Jr.

1992.  Kathleen Creran as Personal Representative of the Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr.

1993.  Mark F. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.

1994.  Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr.

1995.  Martin S. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.

1996.  Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr.

1997.  Philomena Ann Karczewski, individually, as surviving spouse of Charles Henry Karczewski

1998.  Philomena Ann Karczewski, as the Personal Representative of the Estate of Charles Henry Karczewski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski

1999.  Mary Kelly as Personal Representative of the Estate of Robert J. Kelly, deceased, the late sibling of Thomas William Kelly

2000.  Daniel T. Kirwin, individually, as surviving sibling of Glenn Kirwin

2001.  Jon D. Kirwin, individually, as surviving sibling of Glenn Kirwin

2002.  Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin

2003.  Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin

2004.  Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin

2005.  Virginia Krukowski, individually, as surviving sibling of William Krukowski

2006.  Barbara Rastelli, individually, as surviving parent of William Krukowski

2007.  Corey LaFrance, individually, as surviving sibling of Alan LaFrance

2008.  Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance

2009.  JoAnn Langone, individually, as surviving spouse of Thomas Langone

2010.  JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone

2011.  JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone

2012.  Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone

2013.  Brian Langone, individually, as surviving child of Thomas Langone

2014.  Joanne Langone, individually, as surviving sibling of Thomas Langone

2015.  Rosemarie Langone, individually, as surviving sibling of Thomas Langone

2016.  Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone

2017.  Joanne Langone, individually, as surviving sibling of Peter Langone

2018.  Rosemarie Langone, individually, as surviving sibling of Peter Langone

2019.  Terri Langone, individually, as surviving spouse of Peter Langone

2020.  Terri Langone, as the Personal Representative of the Estate of Peter Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Langone

2021.  Terri Langone as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone

2022. Nikki Langone, individually, as surviving child of Peter Langone
2023. Karli Langone, individually, as surviving child of Peter Langone
2024. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Peter Langone
2025. Jose Domingo Liz, individually, as surviving sibling of Nancy Liz
2026. Jose Domingo Liz as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz
2027. William Stone Luckett, individually, as surviving child of Edward H. Luckett
2028. Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett
2029. Lisa Luckett, individually, as surviving spouse of Edward H. Luckett
2030. Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett
2031. Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett
2032. Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett
2033. Caterina Tavolacci, deceased, the late sibling of Anthony Luparello
2034. Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello
2035. Lauren Peters, individually, as surviving child of Louis N. Mariani
2036. Donna Mercurio as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa
2037. Donna Mercurio, individually, as surviving child of Nicholas G. Massa
2038. Nicholas T. Massa, individually, as surviving child of Nicholas G. Massa
2039. Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford, deceased, the late half-sibling of Margaret E. Mattic
2040. Denise McDonnell, individually, as surviving sibling of Michael Patrick McDonnell
2041. Vincenza McDonnell, deceased, the late parent of Michael Patrick McDonnell
2042. Patrick A. McDonnell, individually, as surviving parent of Michael Patrick McDonnell
2043. Kathleen Murphy, individually, as surviving sibling of Patrick McGuire
2044. Thomas McGuire, individually, as surviving sibling of Patrick McGuire
2045. John McGuire, individually, as surviving sibling of Patrick McGuire
2046. Patricia Morello as Personal Representative of the Estate of John Morello, deceased, the late parent of Vincent S. Morello
2047. Patricia Morello, individually, as surviving parent of Vincent S. Morello
2048. Colleen Golden, individually, as surviving child of Richard Morgan
2049. John Michael Nee, individually, as surviving sibling of Luke Gerard Nee
2050. Dolores Laguerre, individually, as surviving sibling of Diana O'Connor
2051. Jimmy Vega, individually, as surviving sibling of Diana O'Connor
2052. Minerva Galarza, individually, as surviving sibling of Diana O'Connor
2053. Sonia Vega, individually, as surviving sibling of Diana O'Connor
2054. Peter Roman, as the Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor

74

2055. Aida Cintron, individually, as surviving sibling of Diana O'Connor
2056. Johnny Vega, individually, as surviving sibling of Diana O'Connor
2057. Johnny Vega as Personal Representatives of the Estate of Maria Vega, deceased, the late parent of Diana O'Connor
2058. Maria Vega as Personal Representative of the Estate of Robert Vega, deceased, the late sibling of Diana O'Connor
2059. Eddie Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
2060. Nilda Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
2061. Olga Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder
2062. John Owens as Personal Representative of the Estate of Dolores Owens, deceased, the late parent of Peter Owens
2063. Pamela Rancke Schroeder, individually, as surviving sibling of Alfred Todd Rancke
2064. Elizabeth Rivas, as the Personal Representative of the Estate of Moises Norberto Rivas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moises Norberto Rivas
2065. Elizabeth Rivas, individually, as surviving spouse of Moises Norberto Rivas
2066. Moesha Rivas, individually, as surviving child of Moises Norberto Rivas
2067. Moises Norberto Rivas, Jr., individually, as surviving child of Moises Norberto Rivas
2068. Lorene Rosenberg, individually, as surviving sibling of Lloyd Rosenberg
2069. Lawrence Rosenberg, individually, as surviving parent of Lloyd Rosenberg
2070. Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg, deceased, the late parent of Lloyd Rosenberg
2071. Linda Amato, individually, as surviving sibling of Timothy A. Roy
2072. James Roy, individually, as surviving sibling of Timothy A. Roy
2073. John Roy, individually, as surviving sibling of Timothy A. Roy
2074. John Roy as Personal Representative of the Estate of Ida Mae Roy, deceased, the late parent of Timothy A. Roy
2075. Danielle Horrigan as Personal Representative of the Estate of Gary Roy, deceased, the late sibling of Timothy A. Roy
2076. Kenneth Roy, individually, as surviving sibling of Timothy A. Roy
2077. Brendan Ryan, individually, as surviving sibling of Matthew Ryan
2078. Kathleen Sanchez, individually, as surviving child of Raymond Sanchez
2079. Christian Santos, individually, as surviving child of Rafael Humberto Santos
2080. Jonnathan Santos, individually, as surviving child of Rafael Humberto Santos
2081. Yubelly Santos, as the Personal Representative of the Estate of Rafael Humberto Santos, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Humberto Santos
2082. Yubelly Santos, individually, as surviving spouse of Rafael Humberto Santos
2083. Christopher John Saucedo, individually, as surviving sibling of Gregory Saucedo
2084. Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman, deceased, the late parent of Michael H. Seaman
2085. Elizabeth Isacowitz, individually, as surviving sibling of Michael H. Seaman
2086. Maryellen Michalenko, individually, as surviving sibling of Michael H. Seaman

75

2087. Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon, deceased, the late sibling of Arthur Simon
2088. Brian Stackpole, individually, as surviving child of Timothy Stackpole
2089. Brendan Stackpole, individually, as surviving child of Timothy Stackpole
2090. Kaitlyn Welsh, individually, as surviving child of Timothy Stackpole
2091. Kevin Carlton, individually, as surviving child of Timothy Stackpole
2092. Tara A. Stackpole, individually, as surviving spouse of Timothy Stackpole
2093. Terence Stackpole, individually, as surviving child of Timothy Stackpole
2094. Barbara Strobert, individually, as surviving parent of Steven Frank Strobert
2095. Frank Steven Strobert, individually, as surviving child of Steven Frank Strobert
2096. Tara Strobert-Nolan, individually, as surviving spouse of Steven Frank Strobert
2097. Kathleen Deloughery, individually, as surviving sibling of Thomas F. Swift
2098. Alexander John Wallace, individually, as surviving child of Robert F. Wallace
2099. Jeanine L. Fusco, individually, as surviving child of Robert F. Wallace
2100. Nancy T. Wallace, individually, as surviving spouse of Robert F. Wallace
2101. Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace, deceased, the late child of Robert F. Wallace
2102. Karin Giansanti, individually, as surviving spouse of Kenneth Zelman
2103. Karin Giansanti, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman
2104. Olivia Zelman Charles, individually, as surviving child of Kenneth Zelman
2105. Ethan Zelman Charles, individually, as surviving child of Kenneth Zelman
2106. Justin Johnson, individually, as surviving child of Janice Brown
2107. George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin, deceased, the late parent of John G. Coughlin
2108. Beverly Epps, individually, as surviving sibling of Christopher Samuel Epps
2109. Debra Epps, individually, as surviving sibling of Christopher Samuel Epps
2110. Valerie Epps Kendall, individually, as surviving sibling of Christopher Samuel Epps
2111. Chundera Epps, individually, as surviving sibling of Christopher Samuel Epps
2112. Robert Epps, individually, as surviving sibling of Christopher Samuel Epps
2113. Anne Ielpi, individually, as surviving parent of Jonathan Ielpi
2114. AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi
2115. Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski
2116. Donna Cavanaugh, individually, as surviving sibling of Charles Henry Karczewski
2117. Donna A. Cavanaugh as Personal Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski
2118. Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney, deceased, the late parent of Lisa Kearney-Griffin
2119. Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski
2120. Maureen Simpson, individually, as surviving sibling of Patrick McGuire

2121. James McGuire, individually, as surviving sibling of Patrick McGuire

2122. Michael McGuire, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire

2123. John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr., deceased, the late parent of Peter Owens

2124. John Owens, as Personal Representative of the Estate of Kathleen Owens, deceased, the late sibling of Peter Owens

2125. Douglas Roy, individually, as surviving sibling of Timothy A. Roy

2126. Barbara Strobert, as Personal Representative of the Estate of Frank Strobert, deceased, the late parent of Steven Frank Strobert

2127. Joan Ruth Puwalski, individually, as surviving spouse of Steven J. Bates

2128. Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis N. Mariani

2129. Bruce Mariani, individually, as surviving sibling of Louis N. Mariani

2130. Elizabeth Miller, individually, as surviving child of Douglas C. Miller

2131. Laura Nogaj, individually, as surviving spouse of Stephen Philip Morris

2132. Jude Monteserrato a/k/a Judith Monteserrato, individually, as surviving spouse of John Michael Sbarbaro

2133. Tara Strobert-Nolan, as the Personal Representative of the Estate of Steven Frank Strobert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Frank Strobert

2134. John Doe 70, being intended to designate the Personal Representative of the Estate of Steven J. Bates, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven J. Bates

2135. Katherine Collier and Andrew Morris, as the co-Personal Representatives of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris

2136. John Doe 72, being intended to designate the Personal Representative of the Estate of John Michael Sbarbaro, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Michael Sbarbaro

2137. Chundera Epps, as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps

2138. Chundera Epps, as Personal Representative of the Estate of Christopher Samuel Epps, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Samuel Epps

2139. Nicole Mayer, individually, as surviving child of Peter J. Carroll
2140. Pete Carroll, individually, as surviving child of Peter J. Carroll
2141. Christopher Carroll, individually, as surviving child of Peter J. Carroll
2142. Michael Carroll, individually, as surviving child of Peter J. Carroll
2143. Kevin Carroll, individually, as surviving sibling of Peter J. Carroll
2144. Patricia D'Agata, individually, as surviving sibling of Peter J. Carroll
2145. Thomas Gonzalez, Jr., individually, as surviving sibling of Jenine Gonzalez
2146. Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev
2147. Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev
2148. Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan, deceased, the late parent of Matthew Ryan
2149. Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole
2150. Janice Dukes, individually, as surviving spouse of Donnie Taylor
2151. Janice Dukes, as the Personal Representative of the Estate of Donnie Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor
2152. Kristina Nicole York, individually, as surviving child of Raymond York
2153. Joan York, as the Personal Representative of the Estate of Raymond York, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York
2154. Joan York, individually, as surviving spouse of Raymond York
2155. Jesse Kemp, individually, as surviving child of Timothy Haviland
2156. Barbara Keane, as the Personal Representative of the Estate of Timothy Haviland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland
2157. Barbara Keane, as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland
2158. Phylicia Ruggieri, individually, as surviving child of Joseph Rivelli, Jr.
2159. Matthew Casey, individually, as surviving child of Kathleen Hunt-Casey
2160. Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey
2161. Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey
2162. Theresa Fiorelli, individually, as surviving spouse of Stephen J. Fiorelli
2163. Theresa Fiorelli, as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli
2164. Stephen J. Fiorelli, Jr., individually, as surviving child of Stephen J. Fiorelli
2165. Christine Epstein, individually, as surviving child of Stephen J. Fiorelli
2166. William Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli
2167. Kenneth Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

DOCS-100850936.1

2168. Karen Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli
2169. Kaitlyn Fisher, individually, as surviving child of John Roger Fisher
2170. Margaret Fisher, individually, as surviving child of John Roger Fisher
2171. Brian Wilkes, individually, as surviving spouse of Lorraine Antigua
2172. John Doe 76, being intended to designate the Personal Representative of the Estate of Lorraine Antigua, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Lorraine Antigua
2173. Mildred Calderon, individually, as surviving sibling of Vivian Casalduc
2174. Wendell Acevedo, individually, as surviving sibling of Vivian Casalduc
2175. Eugene A. Harris, individually, as surviving sibling of Peggie Hurt
2176. Cynthia M. Harris, individually, as surviving sibling of Peggie Hurt
2177. Anthony D. Harris, individually, as surviving sibling of Peggie Hurt
2178. Shawn Patrick, individually, as surviving sibling of James Matthew Patrick
2179. Christopher Ruggieri, individually, as surviving child of Joseph Rivelli, Jr.
2180. Aidan Salamone, individually, as surviving child of John P. Salamone
2181. Alexander Salamone, individually, as surviving child of John P. Salamone
2182. Anna Salamone, individually, as surviving child of John P. Salamone
2183. James Babakitis, as Personal Representative of the Estate of Kevin Babakitis, deceased, the late child of Arlene T. Babakitis
2184. Brieann Centro, individually, as surviving child of Alexander Centro, Jr.
2185. Alexander Centro, individually, as surviving child of Alexander Centro, Jr.
2186. Alexander Centro, as the Personal Representative of the Estate of Alexander Centro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr.
2187. Craig Centro, individually, as surviving child of Alexander Centro, Jr.
2188. Craig Centro, as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr.
2189. Amy Eberling, individually, as surviving spouse of Dean P. Eberling
2190. Amy Eberling, as the Personal Representative of the Estate of Dean P. Eberling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling
2191. Corinne Ardente, individually, as surviving child of Dean P. Eberling
2192. Lauren Rydelek, individually, as surviving child of Dean P. Eberling
2193. Christopher Ahearn, individually, as surviving child of (Lt.) Brian G. Ahearn
2194. Lauren Sosa, individually, as surviving child of (Lt.) Brian G. Ahearn
2195. Debra Ahearn, individually, as surviving spouse of (Lt.) Brian G. Ahearn
2196. Marian Owens, individually, as surviving sibling of Kenneth Phelan
2197. John Morris III, individually, as surviving sibling of Seth Morris
2198. Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton, deceased,

the late sibling of John Cahill

2199. Eric Johnson, as the Personal Representative of the Estate of Janice Brown, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown

2200. Eileen Lunder Baynes, individually, as surviving sibling of Christopher Lunder

2201. Hector Mejia, individually, as surviving sibling of Manuel E. Mejia

2202. Diane Brierley, individually, as surviving sibling of Mary Catherine Boffa

2203. Margaret Trudeau, individually, as surviving sibling of Mary Catherine Boffa

2204. John Boffa, individually, as surviving spouse of Mary Catherine Boffa

2205. John Boffa and Elizabeth Murphy, as the Co-Personal Representatives of the Estate of Mary Catherine Boffa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa

2206. John T. Genovese, as the Personal Representative of the Estate of Steven Genovese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Genovese

2207. August Bernaerts, individually, as surviving sibling of Donna Bernaerts-Kearns

2208. Ellen Macri, individually, as surviving sibling of Katherine McGarry Noack

2209. Patrick McGarry, individually, as surviving sibling of Katherine McGarry Noack

2210. Marianne Burke, individually, as surviving sibling of Katherine McGarry Noack

2211. Deborah M. Brink, individually, as surviving sibling of Katherine McGarry Noack

2212. Francis J. Moody as Personal Representative of the Estate of Angelina Moody, deceased, the late parent of (Capt.) Thomas Moody

2213. Francis J. Moody, individually, as surviving sibling of (Capt.) Thomas Moody

2214. Lorraine Antoniello, individually, as surviving sibling of (Capt.) Thomas Moody

2215. Michael L. Moody, individually, as surviving sibling of (Capt.) Thomas Moody

2216. Patrick Nee, individually, as surviving child of Luke Gerard Nee

2217. Irene Lavelle, as the Personal Representative of the Estate of Luke G. Nee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Gerard Nee

2218. Irene Lavelle, individually, as surviving spouse of Luke Gerard Nee

2219. Jean Diaz, individually, as surviving sibling of Kenneth Phelan

2220. Lourdes Mireya Mejia De La Cruz, individually, as surviving sibling of Manuel E. Mejia

2221. Rafael Mejia, individually, as surviving sibling of Manuel E. Mejia

2222. James Morris as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris

2223. James Morris as Personal Representative of the Estate of John R. Morris, Jr., deceased, the late parent of Seth Morris

2224. James Morris, individually, as surviving sibling of Seth Morris

2225. Raymond Sanchez, Jr., as the Personal Representative of the Estate of Raymond Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez

2226. Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan

80

2227. John Doe 82 as Personal Representative of the Estate of Guiseppe Luparello, deceased, the late sibling of Anthony Luparello

2228. John Doe 103, as the Personal Representative of the Estate of Rosa Campisi, deceased, the late sibling of Anthony Luparello

2229. Patrice A. Regan, as the Personal Representative of the Estate of Nicholas G. Massa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nicholas G. Massa

2230. Gloria Eleanor Moran, individually, as surviving sibling of Nicholas G. Massa

2231. Colleen Golden, as the Personal Representative of the Estate of Richard Morgan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Morgan

2232. Colleen Golden as Personal Representative of the Estate of Patricia Morgan, deceased, the late spouse of Richard Morgan

2233. Brendan Ielpi, individually, as surviving sibling of Jonathan Ielpi

2234. Melissa Brengel, individually, as surviving sibling of Jonathan Ielpi

2235. Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter, deceased, the late spouse of Angelene C. Carter

2236. Rachel Uchitel, individually, as surviving spouse of Andrew O'Grady

2237. Maureen Sullivan, individually, as surviving spouse of Derek O. Sword

2238. Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword

2239. Jose D. Liz as Guardian of Maria Liz, individually, as surviving sibling of Nancy Liz

2240. Maya Simon, individually, as surviving child of Kenneth Simon

2241. Karen Simon, individually, as surviving spouse of Kenneth Simon

2242. Stanley Frank, individually, as surviving parent of Gary J. Frank

2243. Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea

2244. Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea

2245. Mindy Gabler, individually, as surviving spouse of Fredric Gabler

2246. Mindy Gabler, as the Personal Representative of the Estate of Fredric Gabler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fredric Gabler

2247. Alexis Gabler, individually, as surviving child of Fredric Gabler

2248. Howard Gabler, individually, as surviving parent of Fredric Gabler

2249. Leslie Gabler, individually, as surviving parent of Fredric Gabler

2250. Jolie Gabler, individually, as surviving sibling of Fredric Gabler

2251. Steven Romagnolo, individually, as surviving sibling of Joseph M. Romagnolo

2252. Jonathan Martinez, individually, as surviving child of Robert G. Martinez

2253. Barbara Keane as Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear

2254. Nicholas Kemp, individually, as surviving child of Timothy Haviland

DOCS-100850936.1

2255. John Doe 84, being intended to designate the Personal Representative of the Estate of Donna Bernaerts-Kearns, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bernaerts-Kearns

2256. Bradley D. Noack, as the Personal Representative of the Estate of Katherine McGarry Noack, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katherine McGarry Noack

2257. Patricia Kavanagh Edwards, individually, as surviving spouse of Dennis Edwards

2258. Patricia Kavanagh Edwards, as the Personal Representative of the Estate of Dennis Edwards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Edwards

2259. Alexa Marie Edwards, individually, as surviving child of Dennis Edwards

2260. Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards, deceased, the late parent of Dennis Edwards

2261. Morgan Edwards, individually, as surviving sibling of Dennis Edwards

2262. Sheila Doyle, individually, as surviving sibling of Dennis Edwards

2263. Elizabeth Cortese, individually, as surviving sibling of Dennis Edwards

2264. Eileen O'Brien, individually, as surviving sibling of Dennis Edwards

2265. Gale DiFrancisco, individually, as surviving sibling of Donald A. Foreman

2266. Eric Ogren, individually, as surviving sibling of Joseph J. Ogren

2267. Patricia Golden, individually, as surviving sibling of Joseph J. Ogren

2268. Shaun Rodgers, individually, as surviving sibling of Venesha Richards

2269. Robert R. Ploger, IV, individually, as surviving child of Robert R. Ploger III

2270. Edward Goldstein, individually, as surviving spouse of Michelle H. Goldstein

2271. Patricia Singh, individually, as surviving child of James T. Lynch

2272. Ber Barry Aron, individually, as surviving parent of Joshua Aron

2273. Dana Aron Weiner, individually, as surviving sibling of Joshua Aron

2274. Barbara Ann Sullivan, individually, as surviving sibling of James W. Barbella

2275. Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr., deceased, the late parent of Harry Blanding, Jr.

2276. Anthony Bocchi, individually, as surviving sibling of John Bocchi

2277. Elena Bocchi, individually, as surviving parent of John Bocchi

2278. Matthew Bocchi, individually, as surviving child of John Bocchi

2279. Michael Bocchi, individually, as surviving child of John Bocchi

2280. Michele Bocchi-Sandello, individually, as surviving spouse of John Bocchi

2281. Nicholas Bocchi, individually, as surviving child of John Bocchi

2282. Paul Bocchi, individually, as surviving child of John Bocchi

2283. Ann Bocchi-Schwimmer, individually, as surviving sibling of John Bocchi

2284. Diane Bocchi Esola, individually, as surviving sibling of John Bocchi

2285. Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi,

deceased, the late parent of John Bocchi

2286. Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi

2287. Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi

2288. Elizabeth Murphy, individually, as surviving sibling of Mary Catherine Boffa

2289. Daphne Bowers, individually, as surviving parent of Veronique N. Bowers

2290. Andrew Broderick, individually, as surviving child of Mark Broderick

2291. Carolina Broderick, individually, as surviving spouse of Mark Broderick

2292. James Broderick, individually, as surviving child of Mark Broderick

2293. Matthew Broderick, individually, as surviving child of Mark Broderick

2294. Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Broderick

2295. Angus Jacques, individually, as surviving parent of Felix Calixte

2296. Christine Brozon, individually, as surviving spouse of Luigi Calvi

2297. Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi

2298. James Cherry, individually, as surviving sibling of Vernon P. Cherry

2299. Cynthia Taylor, individually, as surviving sibling of Vernon P. Cherry

2300. Germaine Alexander, individually, as surviving sibling of Brenda E. Conway

2301. Tammi Alexander, individually, as surviving sibling of Brenda E. Conway

2302. Dennis Coughlin, individually, as surviving sibling of Timothy Coughlin

2303. Francis Coughlin, Jr., individually, as surviving sibling of Timothy Coughlin

2304. Robert Coughlin, individually, as surviving sibling of Timothy Coughlin

2305. Maura Coughlin-Roberti, individually, as surviving spouse of Timothy Coughlin

2306. Riley Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

2307. Ryann Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

2308. Sean Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

2309. Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as co-Personal Representatives of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin

2310. Robert Coughlin and Francis Coughlin as co-Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin

2311. Francis Coughlin, Jr. and Maura Coughlin-Roberti, as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin

2312. Regina Martin as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove

2313. Regina Martin as Personal Representative of the Estate of Margaret Cove, deceased, the late parent of James Cove

2314. Regina Martin, individually, as surviving sibling of James Cove

2315. Vancena Dawson Donovan, individually, as surviving sibling of Calvin Dawson
2316. Vanita Aviles, individually, as surviving sibling of Calvin Dawson
2317. Janita Clyne, individually, as surviving sibling of Calvin Dawson
2318. Alvin Dawson, individually, as surviving sibling of Calvin Dawson
2319. Annette Simon, individually, as surviving sibling of Calvin Dawson
2320. Charles Dawson, individually, as surviving sibling of Calvin Dawson
2321. Janet Dawson, individually, as surviving sibling of Calvin Dawson
2322. Lena Dawson, individually, as surviving spouse of Calvin Dawson, individually, as surviving spouse of Calvin Dawson
2323. Tatiana Dawson, individually, as surviving child of Calvin Dawson
2324. Victorine Dawson, individually, as surviving sibling of Calvin Dawson
2325. Doris Hetherington, individually, as surviving sibling of Calvin Dawson
2326. Lena Dawson, as the Personal Representative of the Estate of Calvin Dawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin Dawson
2327. Daniella De La Pena, individually, as surviving child of Emerita De la Pena
2328. Gabriel De La Pena, individually, as surviving spouse of Emerita De La Pena
2329. Gabriel De La Pena, as the Personal Representative of the Estate of Emerita De La Pena, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emerita De La Pena
2330. Ronald Sierra, individually, as surviving spouse of Judith Berquis Diaz-Sierra
2331. Ronald Sierra, as the Personal Representative of the Estate of Judith Berquis Diaz-Sierra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judith Berquis Diaz-Sierra
2332. Saul Espinal Ramos, individually, as surviving sibling of Jose Espinal
2333. Eileen Esquilin, individually, as surviving sibling of Ruben Esquilin
2334. Marybelle Vargas, individually, as surviving sibling of Ruben Esquilin
2335. Lynn Faulkner, as the Personal Representative of the Estate of Wendy R. Faulkner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wendy Faulkner
2336. Stephen Morris, individually, as surviving sibling of Wendy Faulkner
2337. Annette Fields, individually, as surviving sibling of Samuel Fields, Sr.
2338. Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr.
2339. Michael Fields, individually, as surviving sibling of Samuel Fields, Sr.
2340. Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty
2341. Peter Finnerty, individually, as surviving parent of Timothy Finnerty
2342. Theresa Roberts, individually, as surviving spouse of Timothy Finnerty
2343. Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty
2344. Louise Flickinger as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger
2345. Alana Flickinger, individually, as surviving child of Carl M. Flickinger

2346. Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger

2347. Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger

2348. Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger

2349. Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger

2350. Lisa Madden as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger

2351. Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger

2352. Lisa Madden, individually, as surviving sibling of Carl M. Flickinger

2353. Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger

2354. Sylvia Aleman, individually, as surviving sibling of Claudia Foster

2355. Blanca Martinez, individually, as surviving parent of Claudia Foster

2356. Carlos Martinez, individually, as surviving parent of Claudia Foster

2357. Karen Carlucci, individually, as surviving spouse of Peter Frank

2358. Constance Frank, individually, as surviving parent of Peter Frank

2359. Michelle Frank, individually, as surviving sibling of Peter Frank

2360. Peter Frank, individually, as surviving parent of Peter Frank

2361. Peter Frank, as the Personal Representative of the Estate of Peter Frank, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Frank

2362. Edward Gnazzo, individually, as surviving sibling of John Gnazzo

2363. Nicholas Gnazzo, individually, as surviving sibling of John Gnazzo

2364. Song Jeng, individually, as surviving parent of John Gnazzo

2365. Luz America Piedrahita Ayala, individually, as surviving parent of Wilder A. Gomez

2366. Jairo Gomez, individually, as surviving sibling of Wilder A. Gomez

2367. Omar Gomez, individually, as surviving sibling of Wilder A. Gomez

2368. Walter Gomez, individually, as surviving sibling of Wilder A. Gomez

2369. Kathleen Griffin, individually, as surviving sibling of John M. Griffin

2370. Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave

2371. Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave

2372. James Hargrave, Jr., individually, as surviving sibling of Timothy J. Hargrave

2373. Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave

2374. Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave

2375. Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave

2376. Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave

2377. Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave

2378. Kenneth Haskell, individually, as surviving sibling of Thomas Haskell

2379. Kenneth Haskell, individually, as surviving sibling of Timothy Haskell

2380. Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson

2381. Sharon Henderson, individually, as surviving sibling of Ronnie Henderson

2382. Lucy Aita, individually, as surviving spouse of Paul Innella

2383. Maria Rich, as the Personal Representative of the Estate of Paul Innella, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Innella

2384. James Jenkins, Jr., individually, as surviving sibling of John C. Jenkins

2385. Joan Kirwin, individually, as surviving spouse of Glenn Kirwin

2386. Joan Kirwin, as the Personal Representative of the Estate of Glenn Kirwin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Kirwin

2387. Miles Kirwin, individually, as surviving child of Glenn Kirwin

2388. Troy Kirwin, individually, as surviving child of Glenn Kirwin

2389. Christopher Cuomo, Westchester County Public Administrator, as the Personal Representative of the Estate of Vanessa Lang Langer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer

2390. Jackson S. O'Connor, individually, as surviving sibling of Vanessa Lang Langer

2391. James T. O'Connor, individually, as surviving sibling of Vanessa Lang Langer

2392. Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks, deceased, the late parent of Nickie Lindo

2393. Lauren Baker, individually, as surviving child of Joseph R Marchbanks Jr.

2394. Ryan Marchbanks, individually, as surviving child of Joseph R Marchbanks Jr.

2395. Teresa Marchbanks, individually, as surviving spouse of Joseph R Marchbanks Jr.

2396. Teresa Marchbanks, as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr.

2397. Kathleen A. Koehler, individually, as surviving child of Timothy Maude

2398. Karen E. Maude, individually, as surviving child of Timothy Maude

2399. Teresa Maude, individually, as surviving spouse of Timothy Maude

2400. Teresa Maude, as the Personal Representative of the Estate of Timothy Maude, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude

2401. Christopher Delosh, individually, as surviving spouse of Kathy N. Mazza

2402. John Mazza, individually, as surviving sibling of Kathy N. Mazza

2403. Ronald Mazza, individually, as surviving sibling of Kathy N. Mazza

2404. John Mazza as Personal Representative of the Estate of Rose Mazza, deceased, the late parent of Kathy N. Mazza

2405. Victor Mazza, individually, as surviving sibling of Kathy N. Mazza

2406. Christopher Delosh, as the Personal Representative of the Estate of Kathy N. Mazza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza

2407. Andrea Madonna and Joanne Los Kamp, as co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli

2408. Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli

2409. Joanne Los Kamp, individually, as surviving sibling of William Micciulli
2410. Andrea Madonna, individually, as surviving sibling of William Micciulli
2411. Emily Micciulli, individually, as surviving child of William Micciulli
2412. Sara Micciulli, individually, as surviving child of William Micciulli
2413. Colleen Micciulli-Foley, individually, as surviving spouse of William Micciulli
2414. Colleen Micciulli-Foley, as the Personal Representative of the Estate of William Micciulli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli
2415. Daniel Lamb, individually, as surviving sibling of Odessa V. Morris
2416. Ethel Scott, individually, as surviving sibling of Odessa V. Morris
2417. Joseph Lamb, Sr., individually, as surviving sibling of Odessa V. Morris
2418. Rachel Quinnie, individually, as surviving sibling of Odessa V. Morris
2419. Jeanine Murphy, individually, as surviving spouse of James Murphy, IV
2420. Jeanine Murphy, as the Personal Representative of the Estate of James Murphy, IV, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Murphy, IV
2421. Jessica A. Fronheiser, individually, as surviving child of Joseph M. Navas
2422. Joseph M. Navas, Jr., individually, as surviving child of Joseph M. Navas
2423. Justin C. Navas, individually, as surviving child of Joseph M. Navas
2424. Karen A. Navas, individually, as surviving spouse of Joseph M. Navas
2425. Karen A. Navas, as the Personal Representative of the Estate of Joseph M. Navas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Navas
2426. Stephen Nevins as the Personal Representative of the Estate of Lorraine B Foley, deceased, the late parent of Gerard T. Nevins
2427. Stephen Nevins, individually, as surviving sibling of Gerard T. Nevins
2428. Iris Vega, individually, as surviving sibling of Diana O'Connor
2429. Maria Vega, individually, as surviving sibling of Diana O'Connor
2430. Virginia Parro, individually, as surviving parent of Robert Parro
2431. John P. Dunleavy, as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn Perry Sr.
2432. Frank Perry A/K/A Francis Perry, individually, as surviving sibling of Glenn Perry Sr.
2433. Francis Perry as Personal Representative of the Estate of Catherine Perry, deceased, the late parent of Glenn Perry Sr.
2434. Patrick Perry, individually, as surviving sibling of Glenn Perry Sr.
2435. Jennifer Bruno, individually, as surviving sibling of Maria Ramirez
2436. Miriam Carter, individually, as surviving sibling of Maria Ramirez
2437. Elsie Cintron-Rosado, individually, as surviving parent of Maria Ramirez
2438. Elsie Cintron-Rosado, as the Personal Representative of the Estate of Maria Ramirez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria Ramirez
2439. Jessica Darden, individually, as surviving sibling of Maria Ramirez

2440.  Maureen Regan, individually, as surviving sibling of Donald Regan
2441.  William Regan, individually, as surviving sibling of Donald Regan
2442.  Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly, individually, as surviving sibling of Kevin Reilly
2443.  Susan Brand a/k/a Siegel a/k/a Retik, individually, as surviving sibling of David Retik
2444.  Mark Retik as Personal Representative of the Estate of Lynne Retik, deceased, the late parent of David Retik
2445.  John Doe 125 as Personal Representative of the Estate of Alan Retik, deceased, the late parent of David Retik
2446.  Benjamin Retik, individually, as surviving child of David Retik
2447.  Dina Retik, individually, as surviving child of David Retik
2448.  Molly Retik, individually, as surviving child of David Retik
2449.  Susan Zalesne Retik, individually, as surviving spouse of David Retik
2450.  Susan Zalesne Retik, as the co-Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik
2451.  Stanley Rodgers, individually, as surviving parent of Venesha Richards
2452.  Cristal Barragan, individually, as surviving child of Moises Norberto Rivas
2453.  Katherin Dalmasi fka Katherin Pleitez, individually, as surviving child of Moises Norberto Rivas
2454.  Karen Robertson-Jurczak, as the Personal Representative of the Estate of Donald Robertson, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald Robertson, Jr.
2455.  Karen Robertson-Jurczak, individually, as surviving spouse of Donald Robertson, Jr.
2456.  Denyse Betcher, individually, as surviving child of Paul G. Ruback
2457.  Danny J. Marino, individually, as surviving child of Paul G. Ruback
2458.  Raysa Rodriguez, individually, as surviving sibling of Esmerlin Salcedo
2459.  Amarcimeve Jimenez Salcedo, individually, as surviving parent of Esmerlin Salcedo
2460.  Amber Salcedo, individually, as surviving child of Esmerlin Salcedo
2461.  Francisco Salcedo, individually, as surviving sibling of Esmerlin Salcedo
2462.  Joel Salcedo, individually, as surviving sibling of Esmerlin Salcedo
2463.  Kayla Salcedo, individually, as surviving child of Esmerlin Salcedo
2464.  Markos Salcedo, individually, as surviving child of Esmerlin Salcedo
2465.  Matilde Salcedo, individually, as surviving spouse of Esmerlin Salcedo
2466.  Melody Salcedo, individually, as surviving child of Esmerlin Salcedo
2467.  Miriam Salcedo, individually, as surviving parent of Esmerlin Salcedo
2468.  Orson Salcedo, individually, as surviving sibling of Esmerlin Salcedo
2469.  Oscar Salcedo, individually, as surviving sibling of Esmerlin Salcedo
2470.  Matilde Salcedo, as the Personal Representative of the Estate of Esmerlin Salcedo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo
2471.  Melissa Magazine, individually, as surviving child of Jay R. Magazine
2472.  Jenny Asaro, as Personal Representative of the Estate of Paul Asaro, deceased, the

late sibling of Carl Asaro

2473. Peter Asaro, individually, as surviving sibling of Carl Asaro
2474. Dolores Audiffred, individually, as surviving sibling of James Audiffred
2475. Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune
2476. Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune
2477. Edward Arjune, individually, as surviving child of Renee Barrett-Arjune
2478. John Joseph Curtin, individually, as surviving sibling of Michael Curtin
2479. Kathleen Wojslaw, individually, as surviving sibling of Michael Curtin
2480. Jeanne Osterndorf, individually, as surviving sibling of Michael Curtin
2481. James Devlin, individually, as surviving sibling of Dennis L. Devlin
2482. Jane Gollan, individually, as surviving sibling of Barbara G. Edwards
2483. Douglas Evans, individually, as surviving sibling of Eric Evans
2484. Iris J. Friedman, individually, as surviving sibling of Paul Friedman
2485. Meryl Friedman Price, individually, as surviving sibling of Paul Friedman
2486. James Friedman, individually, as surviving sibling of Paul Friedman
2487. Thomas Gary, individually, as surviving child of Bruce Gary
2488. Josefina Gonzalez, individually, as surviving parent of Rosa Gonzalez
2489. Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez
2490. Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez
2491. Esterlina Rivera, individually, as surviving sibling of Rosa Gonzalez
2492. Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez
2493. Maria Gonzalez, individually, as surviving sibling of Rosa Gonzalez
2494. Nelida Gonzalez, individually, as surviving sibling of Rosa Gonzalez
2495. Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez
2496. Mary Hasson, as the Personal Representative of the Estate of Joseph John Hasson, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph John Hasson, III
2497. Mary Hasson, individually, as surviving spouse of Joseph John Hasson, III
2498. Joseph John Hasson, IV, individually, as surviving child of Joseph John Hasson, III
2499. Joseph John Hasson, Jr, individually, as surviving parent of Joseph John Hasson, III
2500. Paulette Hasson, individually, as surviving parent of Joseph John Hasson, III
2501. Victoria Zanotto, individually, as surviving sibling of Joseph John Hasson, III
2502. Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III
2503. Maria Rich, individually, as surviving sibling of Paul Innella
2504. Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella
2505. Lisa Iraci as Personal Representative of the Estate of Francis Kelly, deceased, the late sibling of Thomas William Kelly
2506. Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly
2507. Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly, deceased, the late parent of Thomas Michael Kelly

2508.  Yolanda Cerda, individually, as surviving spouse of Matthew Leonard
2509.  Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard
2510.  Christina Leonard, individually, as surviving child of Matthew Leonard
2511.  Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen
2512.  Michael Magee, individually, as surviving sibling of Charles W. Magee
2513.  Margaret Randazzo-Maloy, individually, as surviving spouse of Gene Maloy
2514.  Mario Truglio as Personal Representative of the Estate of Rodger Marti, deceased, the late parent of Michael Marti
2515.  Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena
2516.  Nixia Mena-Alexis as Personal Representative of the Estate of Diana Mena, deceased, the late parent of Diarelia Mena
2517.  Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena
2518.  Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor
2519.  Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Keith O'Connor
2520.  Susan O'Connor, individually, as surviving parent of Keith O'Connor
2521.  Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor
2522.  Neil Peraza, individually, as surviving sibling of Robert Peraza
2523.  Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Peraza
2524.  Neil Peraza, as Personal Representative of the Estate of Robert P. Peraza, deceased, the late parent of Robert Peraza
2525.  Lee Gargano, individually, as surviving sibling of Karen Renda
2526.  Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario
2527.  Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario
2528.  Amy Vazquez, individually, as surviving child of Aida Rosario
2529.  Jasmine DeJesus, individually, as surviving child of Aida Rosario
2530.  Farah Frenkel, individually, as surviving sibling of Rahma Salie
2531.  Christina Savas, individually, as surviving child of Anthony Savas
2532.  David Schlegel, individually, as surviving sibling of Robert A. Schlegel
2533.  Richard Schlegel, individually, as surviving sibling of Robert A. Schlegel
2534.  Elvin Schlegel, deceased, the late parent of Robert A. Schlegel
2535.  Robert Davenport, individually, as surviving sibling of Antionette Sherman
2536.  Christopher Charles Clarke, individually, as surviving sibling of Antionette Sherman

2537.   Jamal Green, individually, as surviving child of Antionette Sherman
2538.   Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky
2539.   Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky
2540.   Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh
2541.   Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh
2542.   Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh
2543.   Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh
2544.   Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh
2545.   Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh, deceased, the late sibling of Roshan Ramesh Singh
2546.   Leandra Hart, individually, as surviving child of Leon Smith
2547.   Alex Stone, individually, as surviving child of Lonny Jay Stone
2548.   Stacey Stone, individually, as surviving spouse of Lonny Jay Stone
2549.   Stacey Stone, as the Co-Personal Representative of the Estate of Lonny Stone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone
2550.   Joshua Stone, individually, as surviving child of Lonny Jay Stone
2551.   Graeme Sword, individually, as surviving sibling of Derek O. Sword
2552.   John Doe 105, as the Personal Representative of the Estate of Allan Sword, deceased, the late sibling of Derek O. Sword
2553.   Irene Sword, individually, as surviving parent of Derek O. Sword
2554.   Graeme Sword as the Personal Representative of the Estate of David Sword, deceased, the late parent of Derek O. Sword
2555.   Luz Vale, individually, as surviving spouse of Ivan Vale
2556.   Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale
2557.   Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald
2558.   Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald, deceased, the late parent of Victor Wald
2559.   Robert Weingard, individually, as surviving sibling of Scott Weingard
2560.   Marc Weingard as Personal Representative of the Estate of Bonnie Weingard, deceased, the late parent of Scott Weingard

2561. Marc Weingard, individually, as surviving sibling of Scott Weingard
2562. Marc Weingard, as the Personal Representative of the Estate of Scott Weingard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Weingard
2563. Denise White, individually, as surviving child of John White
2564. Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr., deceased, the late parent of Edwin J. Zambrana
2565. Michael Bianco, individually, as surviving child of Joseph Agnello
2566. Charlotte Amundson, individually, as surviving child of (Spc.) Craig Amundson
2567. Elliot Amundson, individually, as surviving child of (Spc.) Craig Amundson
2568. Amber Ann Amundson, individually, as surviving spouse of (Spc.) Craig Amundson
2569. Natalie Pollack, individually, as surviving child of Louis F. Aversano, Jr.
2570. Ronda Boyle, individually, as surviving spouse of Allen Boyle
2571. Ronda Boyle, as the Personal Representative of the Estate of Allen Boyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle
2572. Allen Richard Boyle, individually, as surviving child of Allen Boyle
2573. Dylan Boyle, individually, as surviving child of Allen Boyle
2574. Nathan Boyle, individually, as surviving child of Allen Boyle
2575. Patrick Cartier, individually, as surviving parent of James Cartier
2576. John Doe 96, being intended to designate the Personal Representative of the Estate of James Cartier, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of James Cartier
2577. Patricia Fennelly as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield
2578. Patricia Fennelly, as the Personal Representative of the Estate of Robert Caufield, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield
2579. Jermaine Cook, individually, as surviving spouse of Helen Cook
2580. Mary Doherty, as the Personal Representative of the Estate of John Doherty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Doherty
2581. Mary Doherty, individually, as surviving spouse of John Doherty
2582. Barbara Doherty, individually, as surviving child of John Doherty
2583. Maureen Reed, individually, as surviving child of John Doherty
2584. Sarah Dwyer, individually, as surviving child of Patrick Dwyer
2585. Jo Ann Dwyer, individually, as surviving spouse of Patrick Dwyer
2586. Jo Ann Dwyer, as the Personal Representative of the Estate of Patrick Dwyer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and

family members of Patrick Dwyer

2587. Brendan Dwyer, individually, as surviving child of Patrick Dwyer

2588. Johanna Kmetz as Personal Representative of the Estate of Barbara Echtermann, deceased, the late parent of Margaret Echtermann

2589. Johanna Kmetz, as the Personal Representative of the Estate of Margaret Echtermann, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann

2590. Annette Elseth, individually, as surviving spouse of Robert Elseth

2591. Annette Elseth, as the Personal Representative of the Estate of Robert Elseth, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Elseth

2592. Faith Elseth, individually, as surviving child of Robert Elseth

2593. Berta Elseth, individually, as surviving parent of Robert Elseth

2594. James Elseth as Personal Representative for the Estate of Curtis Elseth, deceased, the late parent of Robert Elseth

2595. James Elseth, individually, as surviving sibling of Robert Elseth

2596. Harlan Elseth, individually, as surviving sibling of Robert Elseth

2597. Nancy Bolger, individually, as surviving sibling of Robert Elseth

2598. Alfredo Samuel Espinal, individually, as surviving sibling of Jose Espinal

2599. Dorothy Swick, individually, as surviving sibling of Catherine Fagan

2600. Veronica Morris, as the Personal Representative of the Estate of Eileen Flecha, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha

2601. Veronica Morris, individually, as surviving parent of Eileen Flecha

2602. Jane Thompson, individually, as surviving parent of Jon R. Grabowski

2603. Desmond Green, individually, as surviving sibling of Derrick A. Green

2604. Ester Yevdayeva, individually, as surviving parent of Daniel Ilkanayev

2605. Alfred Jeffries, Sr., individually, as surviving parent of Alva Jeffries Sanchez

2606. Malikah Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez

2607. Alexandra Mück, individually, as surviving child of George Lopez

2608. Doris McCloud, individually, as surviving parent of Tara McCloud Gray

2609. Tommie Milam, individually, as surviving parent of Ronald D. Milam

2610. Effie Milam, individually, as surviving parent of Ronald D. Milam

2611. Steven Wayne Milam, individually, as surviving sibling of Ronald D. Milam

2612. Winsome Nelson-Reid, individually, as surviving parent of Michele Ann Nelson

2613. Winsome Nelson-Reid, as the Personal Representative of the Estate of Michele Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson

2614. Monique Riviere, individually, as surviving sibling of Michele Ann Nelson

2615. Sheila O'Shea, as the Personal Representative of the Estate of Patrick O'Shea, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'Shea

2616. Sheila O'Shea, individually, as surviving spouse of Patrick O'Shea

2617. Patrick O'Shea, Jr., individually, as surviving child of Patrick O'Shea
2618. Megan O'Shea, individually, as surviving child of Patrick O'Shea
2619. Edwin Ovalles, individually, as surviving child of Jesus Ovalles
2620. John Doe 90, being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles
2621. Pamela Pabon, individually, as surviving child of Israel Pabon
2622. Terry Paul, individually, as surviving sibling of James Paul
2623. Patricia A. Paul, as the Personal Representative of the Estate of James Paul, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul
2624. Carey Pierce, individually, as surviving sibling of Dennis Pierce
2625. Barbara Timpone, individually, as surviving sibling of Dennis Pierce
2626. John Doe 97, being intended to designate the Personal Representative of the Estate of Dennis Pierce, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Pierce
2627. Cynthia Lesemann, individually, as surviving sibling of James Sands, Jr.
2628. Geraldine Sands, individually, as surviving parent of James Sands, Jr.
2629. Loreen Sands, individually, as surviving sibling of James Sands, Jr.
2630. Dinnette Medina, individually, as surviving sibling of Ayleen J. Santiago
2631. Otis Tolbert, individually, as surviving parent of Otis Tolbert
2632. Nancy Tolbert, individually, as surviving parent of Otis Tolbert
2633. Shari Tolbert, as the Personal Representative of the Estate of Otis Tolbert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert
2634. Alda Walcott, as the Personal Representative of the Estate of Courtney Walcott, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Courtney Walcott
2635. Alda Walcott, individually, as surviving parent of Courtney Walcott
2636. Alda Walcott, as Personal Representative of the Estate of Hector L. Walcott, deceased, the late parent of Courtney Walcott
2637. Andrew Walcott, individually, as surviving sibling of Courtney Walcott
2638. Delano Walcott, individually, as surviving sibling of Courtney Walcott
2639. John Doe 89, being intended to designate the Personal Representative of the Estate of Edward White, deceased, said name being fictitious, her/his true name is not

DOCS-100850936.1

presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward White

2640.  Christopher White, individually, as surviving sibling of Edward White
2641.  Regina White, individually, as surviving parent of Edward White
2642.  Regina White, as Personal Represntative of the Estate of Edward James White, Jr., deceased, the late parent of Edward White
2643.  William White, individually, as surviving sibling of Edward White
2644.  Suzanne Antoniou, individually, as surviving sibling of Edward White
2645.  James White, individually, as surviving sibling of Edward White
2646.  Wanda Rose, individually, as surviving sibling of Lisa L. Young
2647.  Barry Amundson, individually, as surviving sibling of (Spc.) Craig Amundson
2648.  Ramona Schroeder, individually, as surviving parent of Lorraine Antigua
2649.  Charles Schroeder, individually, as surviving parent of Lorraine Antigua
2650.  Sasha Cardona, individually, as surviving child of Jose Cardona
2651.  Daniel Acevedo, individually, as surviving sibling of Vivian Casalduc
2652.  Jennifer Sullivan, individually, as surviving child of Michael Curtin
2653.  Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann, deceased, the late parent of Margaret Echtermann
2654.  Dietrich Echtermann, individually, as surviving sibling of Margaret Echtermann
2655.  Heidemarie Echtermann-Toribio, individually, as surviving sibling of Margaret Echtermann
2656.  Christopher Fagan, individually, as surviving child of Catherine Fagan
2657.  Brenda Fallon, as the Personal Representative of the Estate of William Fallon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Fallon
2658.  Brenda Fallon, individually, as surviving spouse of William Fallon
2659.  Christopher Fallon, individually, as surviving child of William Fallon
2660.  Patricia Quinlan, individually, as surviving child of William Fallon
2661.  Stephen Fallon, individually, as surviving sibling of William Fallon
2662.  Donald Fallon, individually, as surviving sibling of William Fallon
2663.  Peter Fallon, individually, as surviving sibling of William Fallon
2664.  Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha
2665.  Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha
2666.  Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha
2667.  Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha
2668.  Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha
2669.  Loren Smith, individually, as surviving child of Wendy Faulkner
2670.  Daryn Faulkner, individually, as surviving child of Wendy Faulkner

2671. Lynn Faulkner, individually, as surviving spouse of Wendy Faulkner
2672. Stephen Feely, individually, as surviving sibling of Francis J. Feely
2673. Alice Feely, individually, as surviving sibling of Francis J. Feely
2674. Michael Feely, individually, as surviving sibling of Francis J. Feely
2675. Jessica Geier, individually, as surviving child of Paul Hamilton Geier
2676. Jessica Geier, as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier
2677. Nicole Rasanen as the Personal Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier
2678. Claudie Nash, individually, as surviving sibling of Diane Hale-McKinzy
2679. Craig Hannan, individually, as surviving sibling of Michael Hannan
2680. Andrea Hannan, as the Personal Representative of the Estate of Michael Hannan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan
2681. Andrea Hannan, individually, as surviving spouse of Michael Hannan
2682. Rachel Roberts, individually, as surviving child of Michael Hannan
2683. Alexandra Hannan, individually, as surviving child of Michael Hannan
2684. Jennifer Muller as Personal Representative of the Estate of Barbara Hannan, deceased, the late parent of Michael Hannan
2685. Jennifer Muller, individually, as surviving sibling of Michael Hannan
2686. Peter Hannan, individually, as surviving sibling of Michael Hannan
2687. Sheri Lynn Berger, individually, as surviving sibling of Ronald J. Hemenway
2688. Susan Hermer, as the Personal Representative of the Estate of Harvey Hermer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harvey Hermer
2689. Kyra Houston, individually, as surviving sibling of Uhuru Houston
2690. Anane Crandon, individually, as surviving sibling of Uhuru Houston
2691. Efia Crandon, individually, as surviving sibling of Uhuru Houston
2692. Efia Crandon as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston
2693. Matthew Dorsey, individually, as surviving sibling of Jennifer L. Howley
2694. Victoria Jones, individually, as surviving child of Paul Innella
2695. Andy Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre
2696. Rachel Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre
2697. Anjunelly Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre
2698. Ajax Jean-Pierre Jr. , individually, as surviving child of Maxima Jean-Pierre
2699. Emmet Clyde Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez
2700. Kieran Lyons, individually, as surviving sibling of Michael Lyons
2701. Mary Lyons, individually, as surviving child of Michael Lyons
2702. Elaine Lyons, individually, as surviving spouse of Michael Lyons
2703. Elaine Lyons, as the Personal Representative of the Estate of Michael Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and

96

family members of Michael Lyons

2704. Caitlyn Lyons, individually, as surviving child of Michael Lyons

2705. Mirella Matricciano, individually, as surviving parent of Marcellus Matricciano

2706. Umberto Matricciano, individually, as surviving parent of Marcellus Matricciano

2707. Bruno Matricciano, individually, as surviving sibling of Marcellus Matricciano

2708. Rosie Matricciano-Vetere, as the Personal Representative of the Estate of Marcellus Matricciano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano

2709. Leslie Faulstich, individually, as surviving sibling of Katie M. McCloskey

2710. Julie Gardner, individually, as surviving sibling of Katie M. McCloskey

2711. Garland Mercer, individually, as surviving sibling of Wesley Mercer

2712. Shannon Moran as Personal Representative of the Estate of Joyce Moran, deceased, the late spouse of Gerard Moran

2713. Shannon Moran as Personal Representative of the Estate of Dane Moran, deceased, the late child of Gerard Moran

2714. Masako Murphy as Personal Representative of the Estate of Casey Murphy, deceased, the late child of Patrick J. Murphy

2715. Jamie Nelson, individually, as surviving child of Peter A. Nelson

2716. Chin Yong Wells, individually, as surviving sibling of Chin Sun Pak Wells

2717. Neil Peraza, as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza

2718. Peter Snik as Personal Representative of the Estate of John W. Snik, deceased, the late spouse of Laura Ragonese-Snik

2719. Nadia Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop

2720. Shelly Ann Ramkhelawan, individually, as surviving child of Vishnoo Ramsaroop

2721. Michelle Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop

2722. Ernest LaRoche, individually, as surviving sibling of Deborah Ramsaur

2723. Wesley Gargano, individually, as surviving sibling of Karen Renda

2724. Deborah Malek, individually, as surviving child of John Rhodes

2725. Linda Rhodes, individually, as surviving spouse of John Rhodes

2726. Matthew Robertson, individually, as surviving child of Donald Robertson, Jr.

2727. Michael Robertson, individually, as surviving child of Donald Robertson, Jr.

2728. Madison McDonough, individually, as surviving child of Donald Robertson, Jr.

2729. Kevin Robertson, individually, as surviving child of Donald Robertson, Jr.

2730. Neanta McCants as the Personal Representative of the Estate of Trisha McCants, deceased, the late child of Judy Rowlett

2731. William Grigonis, individually, as surviving sibling of Susan A. Ruggiero

2732. Kim Coleman, individually, as surviving parent of Jacquelyn Sanchez

2733. Cedric Pitt Sr., as the Personal Representatives of the Estate of Jacquelyn Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn Sanchez

2734. Michael Coleman, individually, as surviving sibling of Jacquelyn Sanchez

2735. Ericka Brown, individually, as surviving sibling of Jacquelyn Sanchez

2736. Cedric Pitt, Jr., individually, as surviving child of Jacquelyn Sanchez
2737. James Signer, individually, as surviving sibling of Dianne Signer
2738. JoAnne Romano, individually, as surviving sibling of William Spitz
2739. Jacqueline Statz, individually, as surviving sibling of Patricia J. Statz
2740. Justin Strauss, individually, as surviving child of Edward Strauss
2741. Yolanda Calderon, individually, as surviving sibling of Jorge L. Velazquez
2742. Nelson White, Jr., individually, as surviving sibling of Leonard A. White
2743. Robert Rawlston White, individually, as surviving sibling of Leonard A. White
2744. John Robertson, individually, as surviving sibling of Donald Robertson, Jr.
2745. Abdo Hashem, individually, as surviving sibling of Peter Hashem
2746. Chaz Clark, individually, as surviving child of Benjamin K. Clark
2747. Salvatore DiFazio, individually, as surviving sibling of Vincent DiFazio
2748. Teresa Kestenbaum, individually, as surviving sibling of Vincent DiFazio
2749. Grace Brennan, individually, as surviving sibling of Vincent DiFazio
2750. Ringo Fernandez, individually, as surviving child of Julio Fernandez
2751. Edu Umana, individually, as surviving sibling of Sadie Ette
2752. Itauma Ette and Edu Umana as co-Personal Representatives of the Estate of Sunday Itauma Ette, deceased, the late parent of Sadie Ette
2753. Edu Umana as Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette
2754. Nolton Davis, Jr., individually, as surviving spouse of Ada Davis
2755. Nolton Davis, Jr., as the Personal Representative of the Estate of Ada Davis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis
2756. Najwah Miceli, individually, as surviving sibling of Peter Hashem
2757. Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem
2758. Najat Janet Hashem, individually, as surviving sibling of Peter Hashem
2759. Najat Janet Hashem as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem
2760. Ryan John Cove, individually, as surviving child of James Cove
2761. Ann Smith, individually, as surviving spouse of Gary Smith
2762. Ann Smith, as the Personal Representative of the Estate of Gary Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith
2763. Natalie Smith, individually, as surviving child of Gary Smith
2764. Nicole Amato, individually, as surviving child of Gary Smith
2765. Teresa Cheezum, individually, as surviving child of Gary Smith
2766. Kristina Smith, individually, as surviving child of Gary Smith
2767. Annette Mashburn, individually, as surviving sibling of Gary Smith
2768. Christine McKee, individually, as surviving sibling of Gary Smith
2769. Donald Smith, individually, as surviving sibling of Gary Smith
2770. Mark Smith, individually, as surviving sibling of Gary Smith
2771. Annette Smith a/k/a Annette Mashburn and Mark Smith as Personal Representatives

of the Estate of Dorothy Smith, deceased, the late parent of Gary Smith

2772. Stephan Smith, individually, as surviving sibling of Gary Smith

2773. Mason Smith, individually, as surviving sibling of Gary Smith

2774. Brian Schrang, individually, as surviving child of Gerard P. Schrang

2775. Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola

2776. Amanda Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola

2777. Amanda Trerotola, individually, as surviving child of Lisa Trerotola

2778. Michael L. Trerotola, individually, as surviving child of Lisa Trerotola

2779. Jacqueline Fanning, individually, as surviving child of John Fanning

2780. Ryan Fanning, individually, as surviving child of John Fanning

2781. Jeremy Fanning, individually, as surviving child of John Fanning

2782. Tracy Zorpette as Personal Representative of the Estate of Dorothy Burke, deceased, the late parent of Brooke Rosenbaum

2783. Evan V. Vandommelen-Gonzalez, individually, as surviving spouse of Mauricio Gonzalez

2784. Robin Davis, individually, as surviving sibling of Edward Rowenhorst

2785. Andrew Strobert, individually, as surviving sibling of Steven Frank Strobert

2786. Helman Correa, individually, as surviving parent of Danny Correa-Gutierrez

2787. Justin Cook, individually, as surviving child of Helen Cook

2788. Mary Ann Ledee, individually, as surviving spouse of Kenneth Charles Ledee

2789. Anna Ledee as Personal Representative of the Estate of Carlos Ledee, deceased, the late parent of Kenneth Charles Ledee

2790. Jamielah Persol, individually, as surviving spouse of DaJuan Hodges

2791. Diane L. Fredericks, individually, as surviving sibling of Andrew Fredericks

2792. Nancy Joanne Klicko, individually, as surviving sibling of Andrew Fredericks

2793. Timothy Kuveikis, individually, as surviving sibling of Thomas Kuveikis

2794. Christine Kuveikis, individually, as surviving sibling of Thomas Kuveikis

2795. Heather Curtin, individually, as surviving child of Michael Curtin

2796. Lyndsi Nelson, individually, as surviving child of Peter A. Nelson

2797. Josephine Romito, individually, as surviving spouse of James Romito

2798. Ellen Romito, individually, as surviving child of James Romito

2799. Emily Mathesen, individually, as surviving child of William A. Mathesen

2800. Kathleen Mathesen, individually, as surviving spouse of William A. Mathesen

2801. Tracy Rowenhorst, individually, as surviving spouse of Edward Rowenhorst

2802. Ashley Brandt, individually, as surviving child of Edward Rowenhorst

2803. Kaitlyn Rowenhorst, individually, as surviving child of Edward Rowenhorst

2804. Valerie Caufield, individually, as surviving spouse of Robert Caufield

2805. Alicia C. Jeffries and Jeremy Jeffries as Personal Representative of the Estate of Alfred Jeffries, Jr., deceased, the late sibling of Alva Jeffries Sanchez

2806. Anne McCloskey as Personal Representatives of the Estate of Richard McCloskey,

deceased, the late parent of Katie M. McCloskey

2807. Rosie Matricciano-Vetere, individually, as surviving spouse of Marcellus Matricciano

2808. Nicholas Matricciano, individually, as surviving child of Marcellus Matricciano

2809. Kathleen Gelman, individually, as surviving sibling of Thomas Kuveikis

2810. Mary Buss, individually, as surviving sibling of Julie M. Geis

2811. Mary Buss as Personal Representative of the Estate of Betty Geis, deceased, the late parent of Julie M. Geis

2812. Eric Johnson, individually, as surviving spouse of Janice Brown

2813. Lyndsi Nelson as Personal Representative of the Estate of Iris Nelson, deceased, the late spouse of Peter A. Nelson

2814. Jamie Brito, as the Personal Representative of the Estate of Victoria Alvarez-Brito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victoria Alvarez-Brito

2815. Jamie Brito, individually, as surviving child of Victoria Alvarez-Brito

2816. Jamie Brito as Personal Representative of the Estate of Mario Brito, deceased, the late spouse of Victoria Alvarez-Brito

2817. Raul Brito, individually, as surviving child of Victoria Alvarez-Brito

2818. Lauren Paula Mayer-Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug

2819. Lauren Paula Mayer-Beug as Personal Representative of the Estate of John Beug, deceased, the late spouse of Carolyn Beug

2820. Lindsey Erin Mayer-Beug a/k/a Lindsey Mayer Beug-Wood, individually, as surviving child of Carolyn Beug

2821. Lauren Paula Mayer-Beug, individually, as surviving child of Carolyn Beug

2822. Nicholas Mayer, individually, as surviving child of Carolyn Beug

2823. Beverly Carlone, individually, as surviving spouse of David G. Carlone

2824. Beverly Carlone, as the Personal Representative of the Estate of David Carlone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David G. Carlone

2825. Jeffrey Fagan, individually, as surviving child of Catherine Fagan

2826. James Fagan, individually, as surviving child of Catherine Fagan

2827. Susan M. King, as the Personal Representative of the Estate of Amy King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Amy R. King

2828. Susan M. King as Personal Representative of the Estate of Stewart King, deceased, the late parent of Amy R. King

2829. Barbara Chucknick, as the Personal Representative of the Estate of Steven Chucknick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Chucknick

2830. Barbara Chucknick, individually, as surviving spouse of Steven Chucknick

2831. Steven Chucknick, individually, as surviving child of Steven Chucknick

2832. Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh

Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal

2833. Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal
2834. Shivam Khandelwal, individually, as surviving child of Rajesh Khandelwal
2835. Joyce Infante, as the Personal Representative of the Estate of Anthony P. Infante, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony P. Infante, Jr.
2836. Joyce Infante, individually, as surviving spouse of Anthony P. Infante, Jr.
2837. Marie Costa, individually, as surviving child of Anthony P. Infante, Jr.
2838. John Infante, individually, as surviving child of Anthony P. Infante, Jr.
2839. Andrew Infante, individually, as surviving sibling of Anthony P. Infante, Jr.
2840. Fred Infante, individually, as surviving sibling of Anthony P. Infante, Jr.
2841. Fred Infante as Personal Representative of the Estate of Elizabeth Infante, deceased, the late parent of Anthony P. Infante, Jr.
2842. Fred Infante as Personal Representative of the Estate of Anthony P. Infante, Sr., deceased, the late parent of Anthony P. Infante, Jr.
2843. Rokshana Miah, individually, as surviving sibling of Nurul Miah
2844. Nur M. Miah, individually, as surviving sibling of Nurul Miah
2845. Shewely Miah, individually, as surviving sibling of Nurul Miah
2846. Nurunnahar Miah, individually, as surviving parent of Nurul Miah
2847. Lorraine Nedell, as the Personal Representative of the Estate of Laurence Nedell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence Nedell
2848. Lorraine Nedell, individually, as surviving spouse of Laurence Nedell
2849. Jennie Nedell, individually, as surviving child of Laurence Nedell
2850. Laura Nedell, individually, as surviving child of Laurence Nedell
2851. Rhea Shome, individually, as surviving spouse of Mukul Kumar Agarwala
2852. Loubertha Williams, as the Personal Representative of the Estate of Jacqueline Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacqueline Young
2853. Loubertha Williams, individually, as surviving parent of Jacqueline Young
2854. Terrence Young, individually, as surviving sibling of Jacqueline Young
2855. James McKenly, individually, as surviving sibling of Jacqueline Young
2856. Derrick McKenly, individually, as surviving sibling of Jacqueline Young
2857. Theresa Russo-Kempf , individually, as surviving spouse of Michael Russo
2858. Michael Thomas Russo Jr., individually, as surviving child of Michael Russo
2859. Anthony F. Russo as Personal Representative of the Estate of Anthony S. Russo, deceased, the late parent of Michael Russo
2860. Patricia McCarthy as Personal Representative of the Estate of Thomas P. McAvinue, deceased, the late parent of Donna Clarke
2861. Aaron Antigua, individually, as surviving child of Lorraine Antigua
2862. Caitlin Antigua, individually, as surviving child of Lorraine Antigua
2863. Josephine Tabick, individually, as surviving sibling of Debra DiMartino

2864. Sol Newman, individually, as surviving sibling of Debra DiMartino
2865. Angelo Puma, individually, as surviving sibling of Debra DiMartino
2866. Joseph Dixon, individually, as surviving parent of DaJuan Hodges
2867. Tonya Young, individually, as surviving sibling of Lisa L. Young
2868. April Young, individually, as surviving sibling of Lisa L. Young
2869. John McLoughlin, individually, as injured person
2870. Manu Dhingra, individually, as injured person
2871. William Jimeno, individually, as injured person
2872. David LaRoche, individually, as surviving sibling of Deborah Ramsaur
2873. William Innella, individually, as surviving sibling of Paul Innella
2874. Judith Knight, individually, as surviving sibling of Frank Wisniewski
2875. Judith Knight as Personal Representative of the Estate of Mary Wisniewski, deceased, the late parent of Frank Wisniewski
2876. Judith Knight as Personal Representative of the Estate of Vincent Wisniewski, deceased, the late parent of Frank Wisniewski
2877. Justin Lite, Esq. as Personal Representative of the Estate of Vincent Wisniewski , deceased, the late sibling of Frank Wisniewski
2878. Walter William Sezna II, individually, as surviving sibling of Davis Grier Sezna, Jr.
2879. Gail Ingersoll Sezna, as the Personal Representative of the Estate of Davis Sezna, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Davis Grier Sezna, Jr.
2880. Davis Grier Sezna, individually, as surviving parent of Davis Grier Sezna, Jr.
2881. Gail Ingersoll Sezna, individually, as surviving parent of Davis Grier Sezna, Jr.
2882. Suzanne Ledee Garcia, individually, as surviving sibling of Kenneth Charles Ledee
2883. Masia Shurla Riley, as the Personal Representative of the Estate of Scott Powell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Powell
2884. Sydney Ayesha Powell, individually, as surviving child of Scott Powell
2885. Scott Watkins, individually, as surviving child of Scott Powell
2886. Casey Brent, individually, as surviving child of Scott Powell
2887. Art Powell, individually, as surviving parent of Scott Powell
2888. Kevin Powell, individually, as surviving sibling of Scott Powell
2889. Art Edward Powell, individually, as surviving sibling of Scott Powell
2890. Shaun Powell, individually, as surviving sibling of Scott Powell
2891. Lisa Powell, individually, as surviving sibling of Scott Powell
2892. Paul Hemenway, individually, as surviving sibling of Ronald J. Hemenway
2893. Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen, deceased, the late parent of Tamara Thurman
2894. Amanda Ruddle, individually, as surviving child of David Ruddle
2895. Amanda Ruddle, as the Personal Representative of the Estate of David Ruddle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle
2896. Jessica Mathesen, individually, as surviving child of William A. Mathesen

2897. Marcus Fields, individually, as surviving sibling of Samuel Fields, Sr.

2898. Angela Eacobacci, individually, as surviving parent of Joseph Eacobacci

2899. Thomas Eacobacci, being intended to designate the Personal Representative of the Estate of Joseph Eacobacci, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Eacobacci

2900. Lidia Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros

2901. Alfonso Cisneros, individually, as surviving parent of Juan Pablo Alvarez Cisneros

2902. Lidia Alvarez, individually, as surviving parent of Juan Pablo Alvarez Cisneros

2903. Gillian Gransaull-Joseph, as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph

2904. Gillian Gransaull-Joseph, individually, as surviving spouse of Stephen Joseph

2905. Tristan Joseph, individually, as surviving child of Stephen Joseph

2906. Thomas Fehling, individually, as surviving sibling of Lee Fehling

2907. Joan Bischoff, individually, as surviving parent of Lee Fehling

2908. James Fehling, individually, as surviving sibling of Lee Fehling

2909. Danielle Fehling-Wasnieski, as the Personal Representative of the Estate of Lee Fehling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Fehling

2910. Danielle Fehling-Wasnieski, individually, as surviving spouse of Lee Fehling

2911. Kaitlin Fehling, individually, as surviving child of Lee Fehling

2912. Megan Fehling-Singh, individually, as surviving child of Lee Fehling

2913. Gayle Regan, as the Personal Representative of the Estate of Thomas Regan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Regan

2914. Gayle Regan, individually, as surviving spouse of Thomas Regan

2915. Allaistar Regan, individually, as surviving child of Thomas Regan

2916. Connor Regan, individually, as surviving child of Thomas Regan

2917. Page Dantzler Dickerson, as the Personal Representative of the Estate of Jerry Dickerson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerry Dickerson

2918. Page Dantzler Dickerson, individually, as surviving spouse of Jerry Dickerson

2919. Elizabeth Bailey Dickerson, individually, as surviving child of Jerry Dickerson

2920. William Dickerson, individually, as surviving child of Jerry Dickerson

2921. Lisa A. Schunk, as the Co-Personal Representative of the Estate of Edward W. Schunk, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward W. Schunk

2922. Ana Cisneros, individually, as surviving sibling of Juan Pablo Alvarez Cisneros
2923. Anne Lynn Hayashi, as the Personal Representative of the Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo-Jin) Lee
2924. Anne Lynn Hayashi, individually, as surviving spouse of Stuart (Soo-Jin) Lee
2925. Bradley D. Noack, individually, as surviving spouse of Katherine McGarry Noack
2926. Joseph E. Jurgens, individually, as surviving parent of Thomas Edward Jurgens
2927. Joseph B. Jurgens, individually, as surviving sibling of Thomas Edward Jurgens
2928. Jessica Lynn Jurgens, individually, as surviving sibling of Thomas Edward Jurgens
2929. Mitchell Eacobacci, individually, as surviving parent of Joseph Eacobacci
2930. Lynda T. Scarcella, as the Personal Representative of the Estate of Paul Fiori, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Fiori
2931. Lynda T. Scarcella, individually, as surviving spouse of Paul Fiori
2932. Brittley Wise, as the Personal Representative of the Estate of Richard Salinardi, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Salinardi, Jr.
2933. Brittley Wise, individually, as surviving spouse of Richard Salinardi, Jr.
2934. Edith Skrzypek, as the Personal Representative of the Estate of Paul Skrzypek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Skrzypek
2935. Edith Skrzypek as Personal Representative of the Estate of Albert Skrzypek, deceased, the late parent of Paul Skrzypek
2936. Edith Skrzypek, individually, as surviving parent of Paul Skrzypek
2937. Laura Kvederas, individually, as surviving sibling of Paul Skrzypek
2938. Nichole Brathwaite-Dingle, as the Personal Representative of the Estate of Jeffrey Dingle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Dingle
2939. Nichole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle
2940. Jassiem Dingle, individually, as surviving child of Jeffrey Dingle
2941. Nia Dingle, individually, as surviving child of Jeffrey Dingle
2942. John Doe 126, being intended to designate the Personal Representative of the Estate of Thomas E. Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Edward Jurgens
2943. Cynthia Gomes, as Personal Representative of the Estate of Dennis J. Gomes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis James Gomes
2944. Lorna D. Lamana, being intended to designate the Personal Representative of the Estate of Michael S. Lamana, deceased, said name being fictitious, her/his true name

is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael S. Lamana

2945. John Doe 129, being intended to designate the Personal Representative of the Estate of John G. Scharf, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John G. Scharf

2946. Carlos G. Albert, individually, as surviving sibling of Ayleen J. Santiago

2947. Kings County Public Administrator, as Personal Representative of the Estate of Rosemarie C. Carlson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie C. Carlson

2948. Ayleen Arroyo, as Co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago

2949. Stefanie Oliva, as the Personal Representative of the Estate of Alex Ciccone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex F. Ciccone

2950. Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone

2951. John G. Duffy, as the Personal Representative of the Estate of Christopher Duffy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Duffy

2952. John G. Duffy, individually, as surviving parent of Christopher Duffy

2953. Kathleen Langan, individually, as surviving parent of Christopher Duffy

2954. Kevin Duffy, individually, as surviving sibling of Christopher Duffy

2955. Dennis Ketcham, as the Personal Representative of the Estate of Douglas Ketcham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas D. Ketcham

2956. Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham

2957. Denyse D. Kruse as Personal Representative of the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham

2958. Denyse D. Kruse, individually, as surviving sibling of Douglas D. Ketcham

2959. Michael R. Kuo, individually, as surviving child of Frederick Kuo, Jr.

2960. Dean Taylor, individually, as surviving sibling of Kip P. Taylor

2961. John Luke Taylor, individually, as surviving child of Kip P. Taylor

2962. Dean Ross Taylor, individually, as surviving child of Kip P. Taylor

2963. Kay Ann Taylor, individually, as surviving parent of Kip P. Taylor

2964. Ann Marie Taylor, individually, as surviving sibling of Kip P. Taylor

2965. Dean Taylor, as the Personal Representative of the Estate of Kip P. Taylor, deceased,

and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor

2966. Dean Taylor as Personal Representative of the Estate of Nancy Taylor, deceased, the late spouse of Kip P. Taylor

2967. John Doe 132, being intended to designate the Personal Representative of the Estate of Myrna T. Maldonado-Agosto, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Myrna Maldonado-Agosto

2968. Michael R. Kuo, as the Personal Representative of the Estate of Frederick Kuo, Jr. deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Kuo, Jr.

2969. Linda Pohlmann, as the Personal Representative of the Estate of William Howard Pohlmann deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William H. Pohlmann

2970. Valada B. Penny, as the Personal Representative of the Estate of Richard Penny, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Penny

2971. Valada B. Penny, individually, as surviving spouse of Richard Penny

2972. Richard Penny, individually, as surviving child of Richard Penny

2973. Eve Bucca, as the Personal Representative of the Estate of Ronald P. Bucca, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald P. Bucca

2974. Eve Bucca, individually, as surviving spouse of Ronald P. Bucca

2975. Ronald Bucca, individually, as surviving child of Ronald P. Bucca

2976. Thomas Kelleher, as the Personal Representative of the Estate of Stephen Roach , deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Roach

2977. Caitlin Duffy Meloy, individually, as surviving sibling of Christopher Duffy

2978. Angelina Jimenez, as the Personal Representative of the Estate of Elena Ledesma, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elena Ledesma

2979. Angelina Jimenez, individually, as surviving child of Elena Ledesma

2980. Shanhellen Jimenez, individually, as surviving child of Elena Ledesma

2981. Elizabeth Rick, as the Personal Representative of the Estate of Scott Bart, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Bart

2982. Elizabeth Rick, individually, as surviving spouse of Scott Bart

2983. Jessica Bucca-Hughes, individually, as surviving child of Ronald P. Bucca

2984. Alfred R. Bucca, individually, as surviving sibling of Ronald P. Bucca

2985. Robert Bucca, individually, as surviving sibling of Ronald P. Bucca

2986. Astrid Bucca, individually, as surviving sibling of Ronald P. Bucca
2987. Astrid Bucca as Personal Representative of the Estate of Joseph Bucca, deceased, the late parent of Ronald P. Bucca
2988. Brian Duffy, individually, as surviving sibling of Christopher Duffy
2989. Kara Mylod, individually, as surviving sibling of Christopher Duffy
2990. Adriana Fiori, individually, as surviving child of Paul Fiori
2991. Debbi Fiori, individually, as surviving child of Paul Fiori
2992. Cynthia M. Gomes, individually, as surviving spouse of Dennis James Gomes
2993. Mackenzie Gomes, individually, as surviving child of Dennis James Gomes
2994. Isabel Roach, individually, as surviving spouse of Stephen Roach
2995. Mackenzie Roach, individually, as surviving child of Stephen Roach
2996. Eileen Roach, individually, as surviving child of Stephen Roach
2997. Stephen Roach, Jr., individually, as surviving child of Stephen Roach
2998. Amy Mulderry and Peter Mulderry, as the co-Personal Representatives of the Estate of Stephen Mulderry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry
2999. Anne M. Mulderry, individually, as surviving parent of Stephen Mulderry
3000. Darra Mulderry, individually, as surviving sibling of Stephen Mulderry
3001. Daniel Mulderry, individually, as surviving sibling of Stephen Mulderry
3002. Andrew Mulderry, individually, as surviving sibling of Stephen Mulderry
3003. Peter Mulderry, individually, as surviving sibling of Stephen Mulderry
3004. Amy Mulderry, individually, as surviving sibling of Stephen Mulderry
3005. Amy Mulderry, as Personal Representative of the Estate of William J.D. Mulderry, deceased, the late parent of Stephen Mulderry
3006. Anne C. Mulderry, individually, as surviving sibling of Stephen Mulderry
3007. William J. Mulderry, individually, as surviving sibling of Stephen Mulderry
3008. Jeannette Ramos, as the Personal Representative of the Estate of Anthony Alvarado, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Alvarado
3009. Anthony Joshua Alvarado, individually, as surviving child of Anthony Alvarado
3010. June Pietruszkiewicz, as the Personal Representative of the Estate of James Suozzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Suozzo
3011. June Pietruszkiewicz, individually, as surviving spouse of James Suozzo
3012. Timothy Suozzo, individually, as surviving child of James Suozzo
3013. Alexander Suozzo, individually, as surviving child of James Suozzo
3014. Katherine Collier and Andrew Morris, as the co-Personal Representatives of the Estate of Philip L. Morris, deceased, the late parent of Stephen Philip Morris
3015. Katherine Collier, individually, as surviving sibling of Stephen Philip Morris
3016. Andrew Morris, individually, as surviving sibling of Stephen Philip Morris
3017. Maribeth Eccleston, individually, as surviving sibling of Terence McShane
3018. Linda Pohlmann, individually, as surviving spouse of William H. Pohlmann
3019. Patricia Paul, individually, as surviving spouse of James Paul

3020. Monique Kerman, individually, as surviving child of James Paul
3021. Danielle Ridley, individually, as surviving child of James Paul
3022. Brian Weaver and Michael Weaver, as co-Personal Representatives of the Estate of Joan Weaver, deceased, the late parent of Walter Weaver
3023. Brian Weaver, as the Personal Representative of the Estate of Walter Weaver, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter Weaver
3024. Luis Revilla, Jr., individually, as surviving child of Luis Clodoaldo Revilla Mier
3025. Michael Revilla, individually, as surviving child of Luis Clodoaldo Revilla Mier
3026. Marissa John, individually, as surviving child of Charles G. John
3027. Greffery John, individually, as surviving child of Charles G. John
3028. Gregory John, individually, as surviving child of Charles G. John
3029. Wilton White, individually, as surviving sibling of Tamara Thurman
3030. Artricia McClure, individually, as surviving sibling of Tamara Thurman
3031. Simone Taylor, individually, as surviving child of Donnie Taylor
3032. Tamika Taylor as Personal Representative of Estate of Donnie Taylor, Jr., deceased, the late child of Donnie Taylor
3033. Michael Weaver, individually, as surviving sibling of Walter Weaver
3034. Brian Weaver and Michael Weaver and Co-Personal Representatives of the Estate of William Weaver, deceased, the late parent of Walter Weaver
3035. Paul Britton, as the Personal Representative of the Estate of Marion Britton, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marion Britton
3036. Paul Britton, individually, as surviving sibling of Marion Britton
3037. Stephen Ciccone, individually, as surviving child of Alex F. Ciccone
3038. Julia Ciccone, individually, as surviving child of Alex F. Ciccone
3039. Shari Tolbert, individually, as surviving spouse of Otis Tolbert
3040. Brittany Tolbert, individually, as surviving child of Otis Tolbert
3041. Amanda Tolbert, individually, as surviving child of Otis Tolbert
3042. Anthony Tolbert, individually, as surviving child of Otis Tolbert
3043. Raymond Pena, individually, as surviving child of Raymond York
3044. Paulina Cardona, as the Personal Representative of the Estate of Jose Cardona, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Cardona
3045. Paulina Cardona, individually, as surviving spouse of Jose Cardona
3046. Joshua Cardona, individually, as surviving child of Jose Cardona
3047. Kelly Weightman Diaz-Piedra, as the Personal Representative of the Estate of Michael Diaz-Piedra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Diaz-Piedra
3048. Kelly Weightman Diaz-Piedra, individually, as surviving spouse of Michael Diaz-Piedra
3049. Michael Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra
3050. Thomas Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra

3051. Petrolina Sencion, individually, as surviving parent of Maxima Jean-Pierre

3052. Monique Somervell, individually, as surviving child of Michael Diaz-Piedra

3053. John Doe 133, being intended to designate the Personal Representative of the Estate of Edward Strauss, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Strauss

3054. John Doe 134, being intended to designate the Personal Representative of the Estate of Mukul Kumar Agarwala , deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Mukul Kumar Agarwala

3055. Susan Fennell, being intended to designate the Personal Representative of the Estate of Edwin J. Graf, III, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III

3056. Nicky Santiago, individually, as surviving spouse of Giovanna Porras

3057. Rafael Espinal, individually, as surviving sibling of Jose Espinal

3058. Maria Elena Santana, individually, as surviving sibling of Jose Espinal

3059. Maria Altagracia Espinal, individually, as surviving sibling of Jose Espinal

3060. Josefina Blanchard, individually, as surviving sibling of Jose Espinal

3061. Flordaliza Espinal, individually, as surviving sibling of Jose Espinal

3062. Moises Espinal, individually, as surviving sibling of Jose Espinal

3063. Jasmine Espinal, individually, as surviving child of Jose Espinal

3064. Maria Alayo Aguilar, as the Personal Representative of the Estate of Jose Espinal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Espinal

3065. Lisa DeRienzo, as the Personal Representative of the Estate of Michael DeRienzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael DeRienzo

3066. Lisa DeRienzo, individually, as surviving sibling of Michael DeRienzo

3067. Ayleen Arroyo, individually, as surviving child of Ayleen J. Santiago

3068. George J. Santiago, individually, as surviving child of Ayleen J. Santiago

3069. Ayleen Arroyo and George J. Santiago as co-Personal Representatives of the Estate of George Santiago, deceased, the late spouse of Ayleen J. Santiago

3070. Alana McKenzie, as the Personal Representative of the Estate of Molly McKenzie,

deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Molly McKenzie

3071. Alana McKenzie, individually, as surviving child of Molly McKenzie

3072. Rebecca Shum, as the Personal Representative of the Estate of See Wong Shum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of See Wong Shum

3073. Rebecca Shum, individually, as surviving spouse of See Wong Shum

3074. Leon Shum, individually, as surviving child of See Wong Shum

3075. Chanel Shum, individually, as surviving child of See Wong Shum

3076. Celestine Kone, as the Personal Representative of the Estate of Abdoulaye Kone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdoulaye Kone

3077. Celestine Kone, individually, as surviving spouse of Abdoulaye Kone

3078. Lacina Kone, individually, as surviving child of Abdoulaye Kone

3079. Mama Kone, individually, as surviving child of Abdoulaye Kone

3080. Reza Mashayekhi, as the Personal Representative of the Estate of Darya Lin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Lin

3081. Lea McKenzie, individually, as surviving child of Molly McKenzie

3082. Joyce Grant, as the Personal Representative of the Estate of Winston Grant, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Winston Grant

3083. Joyce Grant, individually, as surviving spouse of Winston Grant

3084. Winston Grant II, individually, as surviving child of Winston Grant

3085. John Doe 144 as Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant

3086. Georgette Conroy, as the Personal Representative of the Estate of Kevin Conroy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Conroy

3087. Georgette Conroy, individually, as surviving spouse of Kevin Conroy

3088. Matthew Conroy, individually, as surviving child of Kevin Conroy

3089. Jamie Conroy, individually, as surviving child of Kevin Conroy

3090. Christine Kelly, individually, as surviving child of Kevin Conroy

3091. Jill Conroy, individually, as surviving child of Kevin Conroy

3092. Ursula Andrus, as the Personal Representative of the Estate of Norbert Szurkowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Norbert Szurkowski

3093. Ursula Andrus, individually, as surviving spouse of Norbert Szurkowski

3094. Alexandra Szurkowski, individually, as surviving child of Norbert Szurkowski

3095. Claudia Szurkowski, individually, as surviving child of Norbert Szurkowski

3096. Casey (Clarke) DeBaecke, as the Personal Representative of the Estate of Christopher Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Clarke

3097. Casey (Clarke) DeBaecke, individually, as surviving spouse of Christopher Clarke

3098. Diane Inghilterra, as the Personal Representative of the Estate of Louis Inghilterra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis Inghilterra

3099. Diane Inghilterra, individually, as surviving spouse of Louis Inghilterra

3100. Louis Sam Inghilterra, individually, as surviving child of Louis Inghilterra

3101. John Doe 143, being intended to designate the Personal Representative of the Estate of Stanley McCaskill, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Stanley McCaskill Stanley McCaskill

3102. Kevin Joseph Collin, individually, as surviving sibling of Jean Marie Collin

3103. Kathleen Raney, individually, as surviving sibling of Jean Marie Collin

3104. John Doe 141, being intended to designate the Personal Representative of the Estate of Jean Marie Collin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jean Marie Collin Jean Marie Collin

3105. John Doe 142 as Personal Representative of the Estate of Charlotte Griebel, deceased, the late parent of Jean Marie Collin

3106. Lorna Moringiello, individually, as surviving spouse of Michael S. Lamana

3107. Kimmie Chedel, as the Personal Representative of the Estate of Frank Doyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Doyle

3108. Kimmie Chedel, individually, as surviving spouse of Frank Doyle

3109. Zoe Doyle, individually, as surviving child of Frank Doyle

3110. Garrett Doyle, individually, as surviving child of Frank Doyle

3111. Debra Andreacchio or Carmela Andreacchio (? we filed Debra as PR on taliban) (was John Doe 137), being intended to designate the Personal Representative of the Estate of John Andreacchio, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Andreacchio

3112. Leo Andreacchio, individually, as surviving sibling of John Andreacchio

3113. John Doe 138, being intended to designate the Personal Representative of the Estate of Elaine Greenberg, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of

competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Elaine Greenberg

3114. Wilfredo Agosto, individually, as surviving spouse of Myrna Maldonado-Agosto

3115. Stacy Paolozzi, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep

3116. Stacy Paolozzi, as Personal Representative of the Estate of Estelle Pershep, deceased, the late spouse of Franklin Pershep

3117. Stacy Paolozzi, individually, as surviving child of Franklin Pershep

3118. Brian Fine, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep

3119. Betty Woods, as the Personal Representative of the Estate of Marvin Woods , deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marvin Woods

3120. Betty Woods, individually, as surviving spouse of Marvin Woods

3121. James Woods, individually, as surviving child of Marvin Woods

3122. Jennifer Nicosia, individually, as surviving child of Marvin Woods

3123. Deborah Ivory, as the Personal Representative of the Estate of Lacey B. Ivory , deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lacey B. Ivory

3124. Deborah Ivory, individually, as surviving spouse of Lacey B. Ivory

3125. Momo Scharf, individually, as surviving child of John G. Scharf

3126. John Doe 139, being intended to designate the Personal Representative of the Estate of Yamel Merino, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Yamel Merino

3127. Kevin Merino, individually, as surviving child of Yamel Merino

3128. Edwardo Rodriguez, as the Personal Representative of the Estate of Lizette Mendoza , deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lizette Mendoza

3129. Rolando Mendoza, Sr., individually, as surviving spouse of Lizette Mendoza

3130. Rolando Mendoza, Jr., individually, as surviving child of Lizette Mendoza

3131. Wil-Justin Ojeda, individually, as surviving child of Lizette Mendoza

3132. Sarah Sopher, individually, as surviving child of Edwin J. Graf, III

3133. Tamatha Patterson, as the Personal Representative of the Estate of Clifford Patterson, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Clifford L. Patterson, Jr.

3134. Tamatha Patterson, individually, as surviving spouse of Clifford L. Patterson, Jr.

3135.  Clifford L. Patterson III, individually, as surviving child of Clifford L. Patterson, Jr.
3136.  Benjamin Cody Patterson, individually, as surviving child of Clifford L. Patterson, Jr.
3137.  Clifford Patterson, individually, as surviving parent of Clifford L. Patterson, Jr.
3138.  Sandra Wheeler Patterson, individually, as surviving parent of Clifford L. Patterson, Jr.
3139.  Rashida Ivory, individually, as surviving child of Lacey B. Ivory
3140.  Quawana Rodriguez, individually, as surviving child of Lacey B. Ivory
3141.  Raymond Sanchez, Jr., individually, as surviving child of Raymond Sanchez
3142.  Christopher Cuomo, Westchester County Public Administrator, as Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Vanessa Lang Langer
3143.  Andrew C. Kelly, as the Personal Representative of the Estate of Maurice Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maurice Kelly
3144.  Danielle Kelly, individually, as surviving child of Maurice Kelly
3145.  Thomas Kelly, individually, as surviving child of Maurice Kelly
3146.  Danielle Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly
3147.  Sarah Cherry, as the Personal Representative of the Estate of Douglas Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Cherry
3148.  Sarah Cherry, individually, as surviving spouse of Douglas Cherry
3149.  Emma Cherry, individually, as surviving child of Douglas Cherry
3150.  Isabel Cherry, individually, as surviving child of Douglas Cherry
3151.  John Cherry, individually, as surviving child of Douglas Cherry
3152.  Gladys Lopez, as the Personal Representative of the Estate of Luis Manuel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Lopez
3153.  Gladys Lopez, individually, as surviving spouse of Luis Lopez
3154.  Lester Fortuna, individually, as surviving child of Luis Lopez
3155.  Heily Fortuna, individually, as surviving child of Luis Lopez
3156.  Patricia Fennelly, individually, as surviving sibling of Robert Caufield
3157.  Catherine Allen, individually, as surviving child of John Hartz
3158.  John Hartz, Jr., individually, as surviving child of John Hartz
3159.  Jaimenys Taveras, individually, as surviving child of Manuel De Jesus Molina
3160.  Jaimercedes Taveras, individually, as surviving child of Manuel De Jesus Molina
3161.  Jaimelin Taveras, individually, as surviving child of Manuel De Jesus Molina
3162.  Alfredo Bordenabe, as the Personal Representative of the Estate of Krystine Bordenabe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Krystine Bordenabe
3163.  Alfredo Bordenabe, individually, as surviving spouse of Krystine Bordenabe
3164.  Andrew Godsil, individually, as surviving child of Krystine Bordenabe
3165.  William Carson, individually, as surviving sibling of James Carson Jr.

DOCS-100850936.1

3166. Stephen Carson, individually, as surviving sibling of James Carson Jr.

3167. John M. Galvin Sr. and Diverra M. Galvin, as the co-Personal Representatives of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin

3168. Diverra Galvin, individually, as surviving parent of Thomas Galvin

3169. John M. Galvin, individually, as surviving parent of Thomas Galvin

3170. Lynn Galvin, individually, as surviving sibling of Thomas Galvin

3171. Kathy Callahan, individually, as surviving sibling of Thomas Galvin

3172. John M. Galvin Jr., individually, as surviving sibling of Thomas Galvin

3173. Deborah Cremona a/k/a Deborah Forde, individually, as surviving spouse of Godwin Forde

3174. Kai Hernandez, as the Personal Representative of the Estate of Glenn Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Thompson

3175. Kai Hernandez, individually, as surviving spouse of Glenn Thompson

3176. Grace Salinardi, individually, as surviving parent of Richard Salinardi, Jr.

3177. Grace Salinardi as Personal Representative of the Estate of Richard Salinardi, deceased, the late parent of Richard Salinardi, Jr.

3178. Jason Salinardi, individually, as surviving sibling of Richard Salinardi, Jr.

3179. Jayme Salinardi, individually, as surviving sibling of Richard Salinardi, Jr.

3180. Debra Roberts, as the Personal Representative of the Estate of Leo Roberts, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leo Roberts

3181. Debra Roberts, individually, as surviving spouse of Leo Roberts

3182. Michael Roberts, individually, as surviving child of Leo Roberts

3183. Jeffrey Roberts, individually, as surviving child of Leo Roberts

3184. Daniel Roberts, individually, as surviving child of Leo Roberts

3185. Taylor Roberts, individually, as surviving child of Leo Roberts

3186. Michael Slavin, as the Personal Representative of the Estate of Vincent Slavin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent Slavin

3187. Michael Slavin, individually, as surviving child of Vincent Slavin

3188. Mary Jo Slavin, individually, as surviving spouse of Vincent Slavin

3189. Jacqueline Beard-Edwards, as the Personal Representative of the Estate of Michael Edwards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Edwards

3190. Jacqueline Beard-Edwards, individually, as surviving spouse of Michael Edwards

3191. Angela Herold, as the Personal Representative of the Estate of Gary Herold, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Herold

3192. Angela Herold, individually, as surviving spouse of Gary Herold

3193. Jennifer Herold, individually, as surviving child of Gary Herold

3194. Ashley McBrayer, individually, as surviving child of Gary Herold

3195. Lyndsey Herold, individually, as surviving child of Gary Herold
3196. Catherine Lyn-Shue, as the Personal Representative of the Estate of Francisco Munoz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco Munoz
3197. Catherine Lyn-Shue, individually, as surviving spouse of Francisco Munoz
3198. Anthony Stewart, as the Personal Representative of the Estate of Chapelle Sarker, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chapelle Sarker
3199. Anthony Stewart, individually, as surviving sibling of Chapelle Sarker
3200. Anthony Stewart, as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker
3201. Mary Lou Moss, as the Personal Representative of the Estate of Brian Moss, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Moss
3202. Mary Lou Moss, individually, as surviving spouse of Brian Moss
3203. Ashten Moss, individually, as surviving child of Brian Moss
3204. Connor Moss, individually, as surviving child of Brian Moss
3205. George J. Santiago, as Co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago
3206. Christine O'Reilly, as the Personal Representative of the Estate of Howard Gelling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Howard Gelling
3207. Christine O'Reilly, individually, as surviving spouse of Howard Gelling
3208. Howard Gelling Sr, individually, as surviving parent of Howard Gelling
3209. Deborah Mulford, individually, as surviving sibling of Howard Gelling
3210. William Gelling, individually, as surviving sibling of Howard Gelling
3211. Ken Reibman, aka Calvin Louie, as the Personal Representative of the Estate of Chet Louie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chet Louie
3212. Catalina Louie, individually, as surviving child of Chet Louie
3213. Cassandra Louie, individually, as surviving child of Chet Louie
3214. Ken Yazawa Reibman a/k/a Calvin Louie, individually, as surviving child of Chet Louie
3215. Ondre Forde, individually, as surviving child of Godwin Forde
3216. Sunny Chiang, as the Personal Representative of the Estate of Alexander Chiang, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Chiang
3217. Sunny Chiang, individually, as surviving spouse of Alexander Chiang
3218. Amber Payton, as the Personal Representative of the Estate of Marcia Cecil-Carter, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcia Cecil-Carter
3219. Devonte Carter, individually, as surviving child of Marcia Cecil-Carter

DOCS-100850936.1

3220. Devonte Carter, as Personal Representative of the Estate of Andre Carter, deceased, the late spouse of Marcia Cecil-Carter

3221. John Doe 156, being intended to designate the Personal Representative of the Estate of Jeffrey Bittner, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Bittner

3222. Pamela Bittner-Conley, individually, as surviving sibling of Jeffrey Bittner

3223. Pamela Bittner Conley as Personal Representative of the Estate of Donald Bittner, deceased, the late parent of Jeffrey Bittner

3224. Kenneth Lum, as the Personal Representative of the Estate of William Lum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Lum

3225. Kenneth Lum, individually, as surviving sibling of William Lum

3226. Debra Dennis, as the Personal Representative of the Estate of Kevin Dennis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Dennis

3227. Debra Dennis, individually, as surviving spouse of Kevin Dennis

3228. Ryan Dennis, individually, as surviving child of Kevin Dennis

3229. Elliot Dennis, individually, as surviving child of Kevin Dennis

3230. Marva May, as the Personal Representative of the Estate of Tyrone May, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tyrone May

3231. Marva May, individually, as surviving spouse of Tyrone May

3232. Tyrone May, Jr., individually, as surviving child of Tyrone May

3233. Deborah Lloyd, individually, as surviving sibling of Amy R. King

3234. Wendy Doremus, PR William G. Biggart

3235. Wendy Doremus, individually, as surviving spouse of William G. Biggart

3236. Peter Biggart, individually, as surviving child of William G. Biggart

3237. Catherine Biggart, individually, as surviving child of William G. Biggart

3238. Debra Andreacchio, individually, as surviving sibling of John Andreacchio

3239. Louise Andreacchio, individually, as surviving sibling of John Andreacchio

3240. Marcella Bittner as Personal Representative of the Estate of Michael Bittner, deceased, the late sibling of Jeffrey Bittner

3241. Miriam Hennessey, as the Personal Representative of the Estate of Brian Hennessey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Hennessey

3242. Miriam Hennessey, individually, as surviving spouse of Brian Hennessey

3243. Richard Hennessey, individually, as surviving child of Brian Hennessey

3244. Christine Hennessey, individually, as surviving child of Brian Hennessey

3245. Cristian Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra

116

3246. John Ruddle, individually, as surviving sibling of David Ruddle
3247. Kyle Foster as Personal Representative of the Estate of Kenneth Foster, deceased, the late spouse of Sandra N. Foster
3248. Mary Migliaccio as Personal Representative of the Estate of James Schuler, deceased, the late spouse of Susan Lee Schuler
3249. Darren Pohlmann, individually, as surviving child of William H. Pohlmann
3250. Christopher Pohlmann, individually, as surviving child of William H. Pohlmann
3251. Deirdre Ruddle, individually, as surviving sibling of David Ruddle
3252. Andrew Erker, individually, as surviving child of Erwin Erker
3253. Lauren Erker, individually, as surviving child of Erwin Erker
3254. Ann Erker, individually, as surviving spouse of Erwin Erker
3255. Ann Erker, as the Personal Representative of the Estate of Erwin Erker, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Erwin Erker
3256. Peter Beck, as Personal Representative of the Estate of Susie Beck, deceased, the late sibling of Erwin Erker
3257. Michelle Fallon, individually, as surviving sibling of David Ruddle
3258. Dakota Hale, individually, as surviving child of Alfred Marchand
3259. Trae Hale, individually, as surviving child of Alfred Marchand
3260. Renee Shubert, individually, as surviving child of Thomas Shubert
3261. Diana Shubert, individually, as surviving spouse of Thomas Shubert
3262. Diana Shubert, as the Personal Representative of the Estate of Thomas Shubert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Shubert
3263. Anita Danielsen, individually, as surviving sibling of Erwin Erker
3264. Debra Andreacchio as Personal Representative of the Estate of Carmela Andreacchio, deceased, the late parent of John Andreacchio
3265. Anita Danielsen as Personal Representative of the Estate of Siegfried Erker, deceased, the late parent of Erwin Erker
3266. Anita Danielsenas Personal Representative of the Estate of Josefine Erker, deceased, the late parent of Erwin Erker
3267. Melissa Rogan, individually, as surviving spouse of Matthew S. Rogan
3268. Sarah Rogan, individually, as surviving child of Matthew S. Rogan
3269. Matthew G. Rogan, individually, as surviving child of Matthew S. Rogan
3270. Monica Anderson, individually, as surviving child of Matthew S. Rogan
3271. Melissa Rogan, as the Personal Representative of the Estate of Matthew S. Rogan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew S. Rogan

Plaintiffs and/or putative class members are included in the following cases:

1. *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-01922
2. *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 04-cv-01076

117

3.  *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849
4.  *Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003
5.  *Jessica DeRubbio, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05306
6.  *Roberta Agyeman, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05320
7.  *Horace Morris, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05321
8.  *Alexander Jimenez, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-11875
9.  *Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11880
10. *Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11885
11. *William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11888
12. *David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11904
13. *Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11926
14. *David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11941
15. *Arthur Harris, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11946
16. *Allison Garger, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11950
17. *Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11964
18. *Queen Mercer, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11965
19. *Michael Murray, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11966
20. *Mario Perez, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11967
21. *Hopeton Richards, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11969
22. *Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11970
23. *Barbara Carroll Spence, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11971
24. *Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12270
25. *Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12272
26. *Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12273
27. *Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12274
28. *Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12275
29. *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-12276
30. *Anaya et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12339
31. *Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12381
32. *August Bernaerts, et al. v. Islamic Republic of Iran, et al.*, No. 19-cv-11865
33. *Susan M. King et al. v. Islamic Republic of Iran, et al.*, No. 22-cv-05193
34. *Justin Strauss et al. v. Islamic Republic of Iran, et al.*, No. 22-cv-10823
35. *Celestine Kone et al v. Islamic Republic of Iran, et al.*, No. 23-cv-05790
36. *Danielle Kelly, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-07283
37. *Gladys Lopez, et al v. Islamic Republic of Iran, et al.*, No. 23-cv-08305
38. *Patricia Fennelly, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-10824
39. *Mary Jelnek et al v. Islamic Republic of Iran, et al.*, No. 24-cv-05520
40. *Kenneth Lum, et al. v. Islamic Republic of Iran, et al.*, No. 24-cv-07824

Counsel reserves the right to modify or update these lists as needed.

DOCS-100850936.1