**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
:  MEMORANDUM DECISION AND
:  ORDER
In re Terrorist Attacks on September 11, 2001  :
:  03 MDL 1570 (GBD) (SN)
:
:
------------------------------------- x

This document relates to:

*Smith v. al The Islamic Emirate, et al.*, 01-CV-10132 (GBD)(SN)

GEORGE B. DANIELS, District Judge:

Plaintiffs Anthony Smith and Katherine Soulas ("Plaintiffs") move this Court for an order renewing and extending this Court's July 13, 2003 judgment (No. 01-CV-10132, ECF No. 28) against the Taliban, the Islamic Emirate of Afghanistan, and the Al Queda/Islamic Army. (*See* Plaintiffs' Motion ("Motion"), ECF No. 8963.[1]) Based on that judgment, Plaintiffs obtained a writ of execution and filed a turnover motion. (No. 01-CV-10132, ECF No. 62.) Specifically, Plaintiffs' Motion "requests this Court to maintain the status quo while this case is on appeal" at the Second Circuit. (Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion, ECF No. 8964 at 2.)

On August 26, 2025, the Second Circuit issued an opinion affirming this Court's order denying Plaintiff's turnover motion. *Havlish v. Taliban*, No. 23-258-cv, 2025 WL 2447193, at *2 (2d Cir. Aug. 26, 2025). On the same day, the Second Circuit filed the corresponding judgment in this case.

---

[1] Unless otherwise noted, ECF numbers refer to the main MDL docket, No. 03-MD-01570.

Because this case is no longer pending appeal in the Second Circuit, the Clerk of Court is hereby directed to close the open motion at ECF No. 8963.

Dated: September 30, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE