# Schedule B

# APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED MAY 22, 2018

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

|  | Plaintiffs Name in Alphabetical Order of Last Name of Injured 9/11 Victim | Relationship to injured 9/11 victim | State of Residency at Filing | Citizenship/ Nationality on 9/11/2001 | General Nature of the Claim Asserted |
|---|---|---|---|---|---|
| 1 | Labozzetta, Jonathan | Self | NY | US | Personal Injury |
| 2 | Lafontant, Jaques | Self | NY | US | Personal Injury |
| 3 | Laino, James | Self | NY | US | Personal Injury |
| 4 | Lam, Sarah | Self | NY | US | Personal Injury |
| 5 | Lam, George | Spouse | NY | US | Loss of Consortium |
| 6 | Lamanna, Anthony | Self | NY | US | Personal Injury |
| 7 | Lamattina, Robert | Self | NY | US | Personal Injury |
| 8 | Lamattina, Elizabeth | Spouse | NY | US | Loss of Consortium |
| 9 | Lapid, Remon | Self | NJ | US | Personal Injury |
| 10 | Lapid, Nancy | Spouse | NJ | US | Loss of Consortium |
| 11 | LaRosa, Joseph, Jr. | Self | NY | US | Personal Injury |
| 12 | Lawyer, Flora | Self | NY | US | Personal Injury |
| 13 | Lee, Howard, Jr. | Self | NY | US | Personal Injury |
| 14 | Lee, Glenda | Spouse | NY | US | Loss of Consortium |
| 15 | Lee, Michael | Self | NY | US | Personal Injury |
| 16 | Lofton, John R. | Self | NY | US | Personal Injury |
| 17 | Lofton, Gayle Jones | Spouse | NY | US | Loss of Consortium |
| 18 | Lohier, Robin | Self | NY | US | Personal Injury |
| 19 | Love, Kim | Self | PA | US | Personal Injury |

9

| 20 | Low, William | Self | NJ | US | Personal Injury |
|---|---|---|---|---|---|
| 21 | Low, Mary Ann | Spouse | NJ | US | Loss of Consortium |
| 22 | Lowe, Kalmus | Self | NY | US | Personal Injury |
| 23 | Lowe, June | Spouse | NY | US | Loss of Consortium |
| 24 | Lubach, Edward | Self | NY | US | Personal Injury |
| 25 | Lumbrazo, Diana | Self | NY | US | Personal Injury |
| 26 | Lumbrazo, Rocco | Spouse | NY | US | Loss of Consortium |
| 27 | Magan, Christine as Administrator of Estate of Keith Magan | PR | NY | US | Wrongful death |
| 28 | Magan, Christine | Self | NY | US | Solatium |
| 29 | Maikish, Charles | Self | NY | US | Personal Injury |
| 30 | Mainvielle, Michele | Self | NY | US | Personal Injury |
| 31 | Maldonado, Ramon | Self | NY | US | Personal Injury |
| 32 | Mangiaracina, Anna Marie | Self | NY | US | Personal Injury, Loss of Consortium |
| 33 | Mangin, Cheryl | Self | NY | US | Personal Injury |
| 34 | Manning, Brian | Self | NY | US | Personal Injury |
| 35 | Manning, Serena | Spouse | NY | US | Loss of Consortium |
| 36 | Maple, Allegra | Self | NY | US | Personal Injury |
| 37 | Marcus, Sandra, as administrator of the Estate of Lawrence Kraham | PR | NY | US | Wrongful Death |
| 38 | Marcus, Sandra, Individually | Spousoe | NY | US | Solatium |
| 39 | Marino, Norman | Self | NY | US | Personal Injury |
| 40 | Marshall, Clifton | Self | NY | US | Personal Injury |
| 41 | Marquez, Socorro | Self | NY | US | Personal Injury |
| 42 | Masella, Robert | Self, Spouse | NJ | US | Personal Injury |

10

| 43 | Masella, Marie | Spouse | NJ | US | Loss of Consortium |
|---|---|---|---|---|---|
| 44 | Mathura, Myah | Self | NY | US | Personal Injury |
| 45 | Mathura, Anand | Spouse | NY | US | Loss of Consortium |
| 46 | Matos, Willie | Self, Spouse | NY | US | Personal Injury |
| 47 | Matos, Lillian | Spouse | NY | US | Loss of Consortium |
| 48 | Mauro, Aldo | Self | NY | US | Personal Injury |
| 49 | Masseo, Beth | Self | NY | US | Personal Injury |
| 50 | Maysonet, Beverly | Self | NY | US | Personal Injury |
| 51 | Masseo, Beth | Self | NY | US | Personal Injury |
| 52 | McBean, Alonzo E. | Self | NY | US | Personal Injury |
| 53 | McBride, Phyllis | Self | NY | US | Personal Injury |
| 54 | McCullough, William | Self | NJ | US | Personal Injury |
| 55 | McDaniel, Stephanie | Self | NY | US | Personal Injury |
| 56 | McDaniel, Kevin | Spouse | NY | US | Loss of Consortium |
| 57 | McDonough, Thomas P. | Self | NY | US | Personal Injury |
| 58 | McGuinness, John; | Self | NY | US | Personal Injury |
| 59 | McIlwain, Darrell | Self | NY | US | Personal Injury |
| 60 | McKeon, John | Self | NY | US | Personal Injury |
| 61 | McNally, Mark | Self | NY | US | Personal Injury |
| 62 | McNally, Thomas | Self | NY | US | Personal Injury |
| 63 | McNally, Corinne | Spouse | NY | US | Loss of Consortium |
| 64 | McNeil, Raymond M. | Self | NY | US | Personal Injury |
| 65 | McPhee, Michael | Self | NY | US | Personal Injury |

11

| 66 | McPhee, Doretha | Spouse | NY | US | Loss of Consortium |
|---|---|---|---|---|---|
| 67 | Medina, Iovanny | Self | NY | US | Personal Injury |
| 68 | Metcalf, John | Self | NY | US | Personal Injury |
| 69 | Meyers, Paul | Self | NY | US | Personal Injury |
| 70 | Meyers, Michaela | Spouse | NY | US | Loss of Consortium |
| 71 | Michael, Allan | Self | NY | US | Personal Injury |
| 72 | Migliore, Jack | Self | NY | US | Personal Injury |
| 73 | Miller-Edwards, Jacqueline | Self | NY | US | Personal Injury |
| 74 | Mills-Hamlett, Claudette | Self | NY | US | Personal Injury |
| 75 | Hamlett, Joel | Spouse | NY | US | Loss of Consortium |
| 76 | Minter, Dee | Self | NY | US | Personal Injury |
| 77 | Mitchell, Karen | Self | NY | US | Personal Injury |
| 78 | Mitchell, Vance, Sr. | Self | NY | US | Personal Injury |
| 79 | Mitchell, Jacquelyn | Spouse | NY | US | Loss of Consortium |
| 80 | Moore-Ford, Denise | Self | NY | US | Personal Injury |
| 81 | Moore, Johnny D. | Self | NY | US | Personal Injury |
| 82 | Moore, Vickie | Self | NY | US | Personal Injury |
| 83 | Moriarity, Patrick | Self | NY | US | Personal Injury |
| 84 | Mouhlas, Nicholas | Self | NY | US | Personal Injury |
| 85 | Mouhlas, Claire | Spouse | NY | US | Loss of Consortium |
| 86 | Mulford, Scott | Self | NY | US | Personal Injury |
| 87 | Murray, Lois | Self | NY | US | Personal Injury |
| 88 | Murray, Mary L. | Self | NY | US | Personal Injury |

| 89 | Murray, Thomas | Spouse | NY | US | Loss of Consotrium |
| --- | --- | --- | --- | --- | --- |
| 90 | Murza, Michael | Self | NY | US | Personal Injury |
| 91 | Murza, Alice | Spouse | NY | US | Loss of Consortium |
| 92 | Myers, Barbara | Self | NY | US | Personal Injury |
| 93 | Montenegro, Julio | Spouse | NY | US | Loss of Consortium |
| 94 | Myers, John | Self | NY | US | Personal Inury |
| 95 | Myers, Linda | Spouse | NY | US | Loss of Consortium |
| 96 | Nash, Timothy | Self | NY | US | Personal Injury |
| 97 | Natal, Danny | Self | PA | US | Personal Injury |
| 98 | Natal, Doris | Spouse | PA | US | Loss of Consortium |
| 99 | Needle, Allan | Self | NY | US | Personal Injury |
| 100 | Needle, Annette | Spouse | NY | US | Loss of Consortium |

13