# Schedule C

## APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED MAY 22, 2018

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

|    | Plaintiffs Name in Alphabetical Order of Last Name of Injured 9/11 Victim | Relationship to injured 9/11 victim | State of Residency at Filing | Citizenship/ Nationality on 9/11/2001 | General Nature of the Claim Asserted |
|----|---|---|---|---|---|
| 1  | Abiuso, Michael | Self | NY | US | Personal Injury |
| 2  | Abramson, Marc | Self | NY | US | Personal Injury |
| 3  | Glasser, Helen | Spouse | NY | US | Loss of Consortium |
| 4  | Adams, Clayton | Self | NY | US | Personal Injury |
| 5  | Adams, Joy | Self | NY | US | Personal Injury |
| 6  | Gordon, Anthony | Spouse | NY | US | Loss of Consortium |
| 7  | Ahmed, Shaheed | Self | NY | US | Personal Injury |
| 8  | Alfred, Gerald | Self | NY | US | Personal Injury |
| 9  | Alfred, Arlene | Spouse | NY | US | Loss of Consortium |
| 10 | Alhalabialidelbi, Kinaz | Self | NY | US | Personal Injury |
| 11 | Hageko, Adnan | Spouse | NY | US | Loss of Consortium |
| 12 | Anthony, Monique | Self | NY | US | Personal Injury |
| 13 | Anthony, John K. | Spouse | NY | US | Loss of Consortium |
| 14 | Anthony, Tyrone | Self | NY | US | Personal Injury |
| 15 | Antoine, Cecil | Self | NY | US | Personal Injury |
| 16 | Armstrong, Chandella | Self | NY | US | Personal Injury |
| 17 | Arnold, Ray M. | Self | NY | US | Personal Injury |
| 18 | Arnold, Theresa | Spouse | NY | US | Loss of Consortium |
| 19 | Asregadoo, Lloyd | Self | NY | US | Personal Injury |

11

| 20 | Asregadoo, Joan | Spouse | NY | US | Loss of Consortium |
|---|---|---|---|---|---|
| 21 | Attias, George | Self | NY | US | Personal Injury |
| 22 | Baglino, Ralph | Self | NY | US | Personal Injury |
| 23 | Baglino, Barbara | Spouse | NY | US | Loss of Consortium |
| 24 | Bannister, Cleveland | Self | NY | US | Personal Injury |
| 25 | Barillo, Joseph | Self | NY | US | Personal Injury |
| 26 | Barrow, Felicia | Self | NY | US | Personal Injury |
| 27 | Basdewa, Rajeshri | Self | NY | US | Personal Injury |
| 28 | Basulto, Noreen, as administrator of the Estate of Adan Basulto, deceased | PR | NY | US | Wrongful Death |
| 29 | Basulto, Noreen Individually | Self | NY | US | Solatium |
| 30 | Battagila, Judith | Self | NY | US | Personal Injury |
| 31 | Becker, Gerard | Self | NY | US | Personal Injury |
| 32 | Bevans, Marvin J. | Slef | NY | US | Personal Injury |
| 33 | Billitteri, Edward | Self | NY | US | Personal Injury |
| 34 | Blanshard, Judith | Self | NY | US | Personal Injury |
| 35 | Bourguignon, William | Self | NY | US | Personal Injury |
| 36 | Bowman, Helen | Self | NY | US | Personal Injury |
| 37 | Boyce, Richard W. | Self | NY | US | Personal Injury |
| 38 | Bradley, Edward | Self | NY | US | Personal Injury |
| 39 | Bragg, Howard Jr. | Self | NY | US | Personal Injury |
| 40 | Bragg, Monica | Spouse | NY | US | Loss of Cosortium |
| 41 | Brannigan, Tara | Self | NY | US | Personal Injury |
| 42 | Brennan, Catherine, as administrator of the Estate of Terrence | PR | NY | US | Wrongful Death |

|    |                                                                                  |        |    |    |                     |
|----|----------------------------------------------------------------------------------|--------|----|----|---------------------|
|    | Brennan deceased                                                                 |        |    |    |                     |
| 43 | Brennan, Catherine individually                                                  | Self   | NY | US | Solatium            |
| 44 | Brinson, Gregory                                                                 | Self   | NY | US | Personal Injury     |
| 45 | Brinson, Maureen                                                                 | Spouse | NY | US | Loss of Consortium  |
| 46 | Brown, Judith, as Administrator of Estate of Norman L. Dicks, deceased           | PR     | NY | US | Wrongful Death      |
| 47 | Brown, Judith individually                                                       | Self   | NY | US | Solatium            |
| 48 | Brown, Milton, as administrator of the Estate of Leticia Brown, deceased and individually | PR | NY | US | Wrongful Death |
| 49 | Brown, Milton individually                                                       | Self   | NY | US | Solatium            |
| 50 | Brown, Sidney                                                                    | Self   | NY | US | Personal Injury     |
| 51 | Brown, Phyllis                                                                   | Spouse | NY | US | Loss of Cosortium   |
| 52 | Brown, Vanessa                                                                   | Self   | NY | US | Personal Injury     |
| 53 | Bruce, Shirley                                                                   | Self   | NY | US | Personal Injury     |
| 54 | Bruce, Robert                                                                    | Spouse | NY | US | Loss of Consortium  |
| 55 | Burns, Oliver                                                                    | Self   | NY | US | Personal Injury     |
| 56 | Cannizarro, Simone                                                               | Self   | NY | US | Personal Injury     |
| 57 | Carbone, Thomas                                                                  | Self   | NY | US | Personal Injury     |
| 58 | Carr, Michelle                                                                   | Self   | NY | US | Personal Injury     |
| 59 | Carrington, Janice                                                               | Self   | NY | US | Personal Injury     |
| 60 | Carter, Ruby                                                                     | Self   | NY | US | Personal Injury     |
| 61 | Cashwell, Liscea, as                                                             | PR     | NY | US | Wrongful Death      |

| | administrator of the Estate of Caroline Cashwell | | | | |
|---|---|---|---|---|---|
| 62 | Cashwell, Liscea indivisually | Self | NY | US | Solatium |
| 63 | Cassidy, Edward | Self | NY | US | Personal Injury |
| 64 | Caswell, Bennie | Self | NY | US | Personal Injury |
| 65 | Christmas, Erickson | Self | NY | US | Personal Injury |
| 66 | Colletta, Toni | Self | NY | US | Personal Injury |
| 67 | Corcoran, James | Self | NJ | US | Personal Injury |
| 68 | Corcoran, Carolyn | Spouse | NJ | US | Loss of Consortium |
| 69 | Corrigan, Margaret | Self | NY | US | Personal Injury |
| 70 | Cossifos, Constantine | Self | NY | US | Personal Injury |
| 71 | Crawford, Dorothy | Self, | NY | US | Personal Injury |
| 72 | Crawford, John | Spouse | NY | US | Loss of Consortium |
| 73 | Crespo, Jose | Self | NY | US | Personal Injury |
| 74 | Crespo, Barbara | Spouse | NY | US | Loss of Consortium |
| 75 | Crosland, Thelma | Self | NY | US | Personal Injury |
| 76 | Crupe, Elaine | Self | NJ | US | Personal Injury |
| 77 | Crupe, William | Spouse | NJ | US | Loss of Consortiu, |
| 78 | Culleton, James as administrator of the Estate of Gerald Culleton, deceased | PR | NY | US | Wrongful Death |
| 79 | Culleton, James individually | Self | NY | US | Solatium |
| 80 | Cummings, Jolyon | Self | NY | US | Personal Injury |

14

| 81 | Cummins, Sharon | Spouse | NY | US | Loss of Consortium |
| --- | --- | --- | --- | --- | --- |
| 82 | Curio, Michael | Self | NJ | US | Personal Injury |
| 83 | Curtiss, John | Self | NJ | US | Personal Injury |
| 84 | Curtiss, Kathleen | Spouse | NJ | US | Loss of Consortiu, |
| 85 | Dalonzo, Arlene | Self | NY | US | Personal Injury |
| 86 | Daniello, David | Self | NY | US | Personal Injury |
| 87 | Daniels, Paul | Self | NY | US | Personal Injury |
| 88 | Daniels-Epps, Lena | Self | NY | US | Personal Injury |
| 89 | De Vincenzo, John | Self | NJ | US | Personal Injury |
| 90 | De Vincenzo, Penelope | Spouse | NJ | US | Loss of Consortium |
| 91 | Deas, Jacquelyn | Self | NY | US | Personal Injury |
| 92 | Decandia, Helene | Self | NY | US | Personal Injury |
| 93 | DeJesus, Francesca | Self | NY | US | Personal Injury |
| 94 | Delgado, Steve | Self | NY | US | Personal Injury |
| 95 | Donohue, Mary | Spouse | NY | US | Loss of Consortium |
| 96 | Del Guidice, Gerard | Self | NJ | US | Personal Injury |
| 97 | Del Guidice, Maryann | Spouse | NJ | US | Loss of Consortium |
| 98 | Delph, Dirk | Self | NY | US | Personal Injury |
| 99 | DiMeglio, Frank | Self | NY | US | Personal Injury |