# Schedule D

**APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED MAY 22, 2018**

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

|    | Plaintiffs Name in Alphabetical Order of Last Name of Injured 9/11 Victim | Relationship to injured 9/11 victim | State of Residency at Filing | Citizenship/ Nationality on 9/11/2001 | General Nature of the Claim Asserted |
|----|---|---|---|---|---|
| 1  | Nelson, Annette | Self | NY | US | Personal Injury |
| 2  | Nixon, Magdalena | Self | NY | US | Personal Injury |
| 3  | Njoku, Fabian | Self | NY | US | Personal Injury |
| 4  | Nolan, Richard | Self | NY | US | Personal Injury |
| 5  | Obi, Winifred | Self | NY | US | Personal Injury |
| 6  | O'Donnell, Michael James | Self | NC | US | Personal Injury |
| 7  | O'Donnell, Julie | Spouse | NC | US | Loss of Consortium |
| 8  | Oliveras, Ramon | Self, Spouse | NY | US | Personal Injury, Loss of Consortium |
| 9  | Oliveras, Carrie | Spouse | NY | US | Loss of Consortium |
| 10 | Onwuanumkpe, Agnes | Self | NY | US | Personal Injury |
| 11 | Orbes-Akers, Mary | Self | FL | US | Personal Injury |
| 12 | Ortiz, Miguel | Self | NY | US | Personal Injury |
| 13 | Ortiz, Miriam | Spouse | NY | US | Loss of Consortium |
| 14 | Ortiz, Yadira | Self | NY | US | Personal Injury |
| 15 | Daudua, Rafael | Spoue | NY | US | Loss of Consortium |
| 16 | Pacitto, Star | Self | NY | US | Personal Injury |
| 17 | Pagnotta, Theresa | Self | N | US | Personal Injury |

| 18 | Palmieri, Toni as Executor of Estate of Maryann Valenti | PR | NY | US | Wrongful Death |
|---|---|---|---|---|---|
| 19 | Palmieri, Toni, Individually | Self | NY | US | Solatium |
| 20 | Pearson, Beverly | Self | NY | US | Personal Injury |
| 21 | Peras, Barbara | Self | NY | US | Personal Injury |
| 22 | Perillo, Louis | Self | PA | US | Personal Injury |
| 23 | Perillo, Louise | Spouse | PA | US | Loss of Consortium |
| 24 | Perry, Michael | Self | NY | US | Personal Injury |
| 25 | Perry, Carol | Spouse | NY | US | Loss of Consortium |
| 26 | Peterson, Jeremy | Self | NY | US | Personal Injury |
| 27 | Prevost, Paul | Self | NY | US | Personal Injury |
| 28 | Prevost, Iliana | Spouse | NY | US | Loss of Consortium |
| 29 | Price, Robert, Jr. | Self | NY | US | Personal Injury |
| 30 | Quaglierini, Stella | Self | NY | US | Personal Injury |
| 31 | Quisgard, Elizabth | Self | NY | US | Personal Injury |
| 32 | Railey, Louis | Self | NY | US | Personal Inury |
| 33 | Ramesar, Ramnarine | Self | NY | US | Personal Injury |
| 34 | Ranford, Nicole | Self | NY | US | Personal Injury |
| 35 | Ranford, Thomas | Spouse | NY | US | Loss of Consortium |
| 36 | Rapp, Mark W. | Self | NY | US | Personal Injury |
| 37 | Raymond, Roberta | Self | NY | US | Personal Injury |
| 38 | Rego, Steven | Self | NY | US | Personal Injury |
| 39 | Rego, Susan | Spouse | NY | US | Loss of Consortium |
| 40 | Rengifo, Carmen | Self | NY | US | Personal Injury |
| 41 | Reynolds, Annette | Self | NY | US | Personal Injury |
| 42 | Reynolds, Paul | Self | NY | US | Personal Injury |
| 43 | Reynolds, Patricia | Spouse | NY | US | Loss of Consortium |
| 44 | Reznick, Israel | Self | NJ | US | Personal Injury |

| 45 | Reznick, Raisa | Spouse | NJ | US | Loss of Consortium |
|---|---|---|---|---|---|
| 46 | Richardson, Harry | Self | NY | US | Personal Injury |
| 47 | Richman, Mark | Self, Spouse | NJ | US | Personal Injury |
| 48 | Richman, Sharon | Spouse | NJ | US | Loss of Consortium |
| 49 | Rivera, Marta | Self | NY | US | Personal Injury |
| 50 | Rizzo, Michal | Self | FL | US | Personal Injury |
| 51 | Robertson, Verity, as asministrator of the Estate of Joy Robertson, deceased | Self | NY | US | Personal Injury |
| 52 | Robertson, Verity, individually | Spouse | NY | US | Solatium |
| 53 | Robinson, Geraldine | Self | NY | US | Personal Injury |
| 54 | Robledo, Elena | Self | NY | US | Personal Injury |
| 55 | Roeske, Gregory | Self | NY | US | Personal Injury |
| 56 | Ronzo, Robert | Self | CT | US | Personal Injury |
| 57 | Ronzo, Alice Anne | Spouse | CT | US | Loss of Consotrium |
| 58 | Rose, Eugenie | Self | NY | US | Personal Injury |
| 59 | Rosenthal, Kevin | Self | NY | US | Personal Injury |
| 60 | Rosenthal, Wendy | Spouse | NY | US | Loss of Consortium |
| 61 | Ross, Elenor | Self | NY | US | Personal Inury |
| 62 | Ross, Helen as Executor of Estate of David Ross, Deceased | PR | NY | US | Wrongful Death, Solatium |
| 63 | Ross, Helen, individually | Self | NY | US | Solatium |
| 64 | Ross, Michael | Self | NY | US | Personal Injury |
| 65 | Rowe, Daniel | Self | NY | US | Personal Injury |
| 66 | Rowe, Clarissa | Spouse | NY | US | Loss of Consortium |
| 67 | Rowland, Deidhra | Self | NY | US | Personal Injury |

11

| 68 | Ruppert, Charles | Self | NY | US | Personal Injury |
|----|---|---|---|---|---|
| 69 | Samson, Oswald | Self | NY | US | Personal Injury |
| 70 | Sanders, Joyce | Self | DE | US | Personal Injury |
| 71 | Santana, Elizabeth | Self | NY | US | Personal Injury |
| 72 | Santana, Gladys | Self | NY | US | Personal Injury |
| 73 | Santiago, Daniel | Self | NY | US | Personal Injury |
| 74 | Saporito, Rosemary | Self | NJ | US | Personal Injury |
| 75 | Scharf, Barbara | Self | NY | US | Personal Injury |
| 76 | Schepisi, Joseph | Self | NY | US | Personal Injury |
| 77 | Sepulveda, Anthony | Self, Spouse | NY | US | Personal Injury |
| 78 | Sepulveda, Evette | Spouse | NY | US | Loss of Consortium |
| 79 | Shaheed, Ahmed | Self | NY | US | Personal Injury |
| 80 | Shannon, Hazel | Self | NY | US | Personal Injury |
| 81 | Shea, Thomas | Self | NY | US | Personal Injury |
| 82 | Sherlock, Gerald | Self | NY | US | Personal Injury |
| 83 | Sherlock, Paulette | Spouse | NY | US | Loss of Consotrium |
| 84 | Sherwood, Joan | Self | NY | US | Personal Injury |
| 85 | Fuentes, Robert | Spouse | NY | US | Loss of Consortium |
| 86 | Sierra, Jeannette | Self | MA | US | Personal Injury |
| 87 | Sills, Prince | Self | NY | US | Personal Injury |
| 88 | Simmons, Charaya | Self | NY | US | Personal Injury |
| 89 | Smith, Albertha | Self | NY | US | Personal Injury |
| 90 | Smith, Clarence | Self | NY | US | Personal Injury |
| 91 | Smith, Elizabeth | Self | NY | US | Personal Injury |
| 92 | Smith, Rita | Self | NY | US | Personal Injury |
| 93 | Smoot, Brian | Self | NY | US | Personal Injury |