# Schedule E

# APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED MAY 22, 2018

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

|  | Plaintiffs Name in Alphabetical Order of Last Name of Injured 9/11 Victim | Relationship to injured 9/11 victim | State of Residency at Filing | Citizenship/ Nationality on 9/11/2001 | General Nature of the Claim Asserted |
|---|---|---|---|---|---|
| 1 | DiGiovanni, Louis | Self, Spouse | NJ | US | Personal Injury |
| 2 | DiGiovanni, Cindy | Spouse | NJ | US | Loss of Consortium |
| 3 | Disogra, Marie | Self | NY | US | Personal Injury |
| 4 | Ditoro, Doreen, as administrator of the Estate of Michael Ditoro, deceased | PR/Spouse | NY | US | Wrongful Death |
| 5 | Ditoro, Dorren | Self | NY | US | Solatium |
| 6 | Doktor, James | Self | NY | US | Personal Injury |
| 7 | Dormarunno, Jean | Self | NJ | US | Personal Injury |
| 8 | Durante, Joseph | Self | NY | US | Personal Injury |
| 9 | Edwards, Gurda | Self | NY | US | Personal Injury |
| 10 | Elsasser, Jacqueline | Self | NY | US | Personal Injury |
| 11 | Elsasser, Thomas J. | Spouse | NY | US | Loss of Consortium |
| 12 | Engel, Melanie | Self | NY | US | Personal Injury |
| 13 | Erskine-Hargrove, Carrie as administrator of the Estate of Rolando F. Erskine, deceased | PR | NY | US | Wrongful Death |

11

| 14 | Erskine-Hargrove, Carrie | Self | NY | US | Solatium |
|---|---|---|---|---|---|
| 15 | Espinal, Anthony | Self | NY | US | Personal Injury |
| 16 | Eugenio, Lucia | Self | NY | US | Personal Injury |
| 17 | Everett, Joseph | Self | NY | US | Personal Injury |
| 18 | Everett, Sylvia | Spouse | NY | US | Loss of Consortium |
| 19 | Facey, Andre | Self | NY | US | Personal Injury |
| 20 | Facey, Sophia | Spouse | NY | US | Loss of Consortium |
| 21 | Falvey, Joanne | Self | NY | US | Personal Injury |
| 22 | Farag, Salwa | Self | NJ | US | Personal Injury |
| 23 | Farmer, Melissa | Self | NY | US | Personal Injury |
| 24 | Feliciano, Norberto | Self, | NY | US | Personal Injury |
| 25 | Feliciano, Evelyn | Spouse | NY | US | Loss of Consortiu, |
| 26 | Ferguson, Dorrin | Self | NY | US | Personal Injury |
| 27 | Ferrer, Rosa M. | Self | NY | US | Personal Injury |
| 28 | Pozo, Eddie E. | Spouse | NY | US | Loss Consortium |
| 29 | Fezza, Judy | Self | NY | US | Personal Injury |
| 30 | Figueroa, Carlos | Self | NY | US | Personal Injury |
| 31 | Fox, Roberto | Self | NY | US | Personal Injury |
| 32 | Franceschi, Luis | Self | NY | US | Personal Injury |
| 33 | Francis, Barbara | Self | NY | US | Personal Injury |
| 34 | Francis, Daphne | Self | NY | US | Personal Injury |
| 35 | Frank, Neil A. | Self | NY | US | Personal Injury |
| 36 | Fuller, Ruby | Self | NY | Us | Personal Injury |
| 37 | Fuller, Donald | Spouse | NY | US | Loss of Consortium |
| 38 | Furtado, Maria | Self | NY | US | Personal Injury |
| 39 | Gallo, Dominick | Self | NY | US | Personal Injury |
| 40 | Gallo, Caroline | Spouse | NY | US | Loss of Consortium |
| 41 | Gamble, Ethel | Self | NY | US | Personal Injury |

| 42 | Geiger, Kevin | Self | NJ | US | Personal Injury |
|---|---|---|---|---|---|
| 43 | Geiger, Colleen | Spouse | NJ | US | Loss of Consortium |
| 44 | Giardino, Angelo | Self | NY | US | Personal Injury |
| 45 | Giardino, Mirian | Spouse | NY | US | Loss of Consortium |
| 46 | Gibbs, Purcell | Self | NY | US | Personal Injury |
| 47 | Gionet, Joseph | Self | NY | US | Personal Injury |
| 48 | Gonzalez, Elsie | Self | NY | US | Personal Injury |
| 49 | Gordon-Fenty, June as Administrator of Estate of Arthur Fenty deceased | PR | NY | US | Wrongful Death |
| 50 | Gordon-Fenty, June | Self | NY | US | Solatium |
| 51 | Graves, James | Self | NY | US | Personal Injury |
| 52 | Grayson, Anita | Self | NY | US | Personal Injury |
| 53 | Griffin, Linda | Self | NY | US | Personal Injury |
| 54 | Grogan, Anthony | Self | NY | US | Personal Injury |
| 55 | Grogan, Dennis | Self | NY | US | Personal Injury |
| 56 | Grossman, Hyman | Self | NY | US | Personal Injury |
| 57 | Grossman, Arline | Spouse | NY | US | Loss of Consoritum |
| 58 | Guidice, Densie | Self | NY | US | Personal Injury |
| 59 | Guinan, Laura | Self | NY | US | Personal Injury |
| 60 | Hageko, Adnan | Self | NY | US | Personal Injury |
| 61 | Alhalabialidelbi, Kinaz | Spouse | NY | US | Loss of Consortium |
| 62 | Hall, Thomas | Self | NY | US | Personal Injury |
| 63 | Hall, Mary | Spouse | NY | US | Loss of Consortium |
| 64 | Harrington, Donna, as administrator of the Estate of Alan Harrington, deceased | PR | NY | US | Wrongful Death |

13

| 65 | Harrington, Donna | Self | NY | US | Solatium |
|---|---|---|---|---|---|
| 66 | Harris, Priscilla | Self | NY | US | Personal Injury |
| 67 | Harrison, Joyce | Self | NY | US | Personal Injury |
| 68 | Hayes, Henry | Self | NY | US | Personal Injury |
| 69 | Heisler, Mort | Self | NY | US | Personal Injury |
| 70 | Heisler, Carol | Spouse | NY | US | Loss of Consortium |
| 71 | Held, Catherine | Self | NY | US | Personal Injury |
| 72 | Henderson, Dorrance | Self | NY | US | Personal Injury |
| 73 | Hendricks, Amelia | Self | NY | US | Personal Injury |
| 74 | Henry, Armando R. | Self | NY | US | Personal Injury |
| 75 | Henry, Glendora | Self | NY | US | Personal Injury |
| 76 | Hernandez, Aurea | Self | NY | US | Personal Injury |
| 77 | Hernandez, Felix Jr. | Self | NY | US | Personal Injury |
| 78 | Hernandez, Anna | Spouse | NY | IS | Loss of Consortium |
| 79 | Hertz, Judith | Self | NY | US | Personal Injury |
| 80 | Hinphy, Brian | Self | NY | US | Personal Injury |
| 81 | Hinphy, Catherine | Spouse | NY | US | Loss of Consortium |
| 82 | Hirsch, Marcia | Self | NY | US | Personal Injury |
| 83 | Hirsch, William | Self | NY | US | Personal Injury |
| 84 | Howard, Lawrence | Self | NY | US | Personal Injury |
| 85 | Huggins, Anthony C. | Self | NY | US | Personal Injury |
| 86 | Ingram, James | Self | NJ | US | Personal Injury |
| 87 | Ingram, Dorothy | Spouse | NJ | US | Loss of Consortium |
| 88 | Inguano, Concepcion Y. | Self | NY | US | Personal Injury |
| 89 | Jackson, Arwilda | Self | NY | US | Personal Injury |

| 90 | Jedrezyk, Michael | Self | NY | US | Personsal Injury |
| 91 | Jeffrey, Karen | Self | NY | US | Personal Injury |
| 92 | Johnson, Michael | Self | FL | US | Personal Injury |
| 93 | Johnson, Sybil | Self | NY | US | Personal Injury |
| 94 | Joseph, Noel | Self | NY | US | Personal Injury |
| 95 | Kaider, Matthew Jr. | Self | NY | US | Personal Injury |
| 96 | Kelly, Thomas | Self | NY | US | Personal Injury |
| 97 | King, Lloyd | Self | NY | US | Personal Injury |
| 98 | Kinzelberg, Steven | Self | NY | US | Personal Injury |
| 99 | Korzenko, Richard K. | Self | NY | US | Personal Injury |
| 100 | Kowalski, Kathyann | Self | NY | US | Personal Injury |