# Schedule F

# APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED MAY 22, 2018

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.

|    | Plaintiffs Name in Alphabetical Order of Last Name of Injured 9/11 Victim | Relationship to injured 9/11 victim | State of Residency at Filing | Citizenship/ Nationality on 9/11/2001 | General Nature of the Claim Asserted |
|----|---|---|---|---|---|
| 1  | Kwartowitz, Jan | Self | NY | US | Personal Injury |
| 2  | Sorensen, William | Self | NY | US | Personal Injury |
| 3  | Spence, Eric | Self | NY | US | Personal Injury |
| 4  | Spencer, Maureen | Self | NY | US | Personal Injury |
| 5  | Staples, John | Self | NJ | US | Personal Injury |
| 6  | Staples, Maureen | Spouse | NJ | US | Loss of Cosortium |
| 7  | Steele, Sandra | Self | NY | US | Personal Injury |
| 8  | Stefanski, Richard Jr. | Self | NY | US | Personal Injury |
| 9  | Stevens, Tonya | Self | NY | US | Personal Injury |
| 10 | Sullivan, James | Self | NJ | US | Personal Injury |
| 11 | Sunshine, Joseph | Self | NY | US | Personal Injury |
| 12 | Tagg, Gary | Self | OH | US | Personal Injury |
| 13 | Tagg, Patricia | Spouse | OH | US | Loss of Consortium |
| 14 | Tarrant, Cynthia | Self | NY | US | Personal Injury |
| 15 | Tarrant, James | Spouse | NY | US | Loss of Cosortium |
| 16 | Taylor, William | Self | NY | US | Personal Injury |
| 17 | Terry, Lenwood | Self | NY | US | Personal Injury |
| 18 | Thorpe, David | Self | NY | US | Personal Injury |
| 19 | Tine, Teresa | Self | NY | US | Personal Injury |
| 20 | Torres, Carmen | Self | NY | US | Personal Injury |
| 21 | Torres, Danny | Self | NY | US | Personal Injury |

| 22 | Torres, Maricel | Spouse | NY | US | Loss of Cosortium |
|---|---|---|---|---|---|
| 23 | Torres, Milagros | Self | NY | US | Personal Injury |
| 24 | Torres, Robert | Self | NY | US | Personal Injury |
| 25 | Torres, Maria | Spouse | NY | US | Loss of Cosortium |
| 26 | Truell, Lawrence A. | Self | NY | US | Personal Injury |
| 27 | Tse, Candie | Self | NY | US | Personal Injury |
| 28 | Tucker, Marie | Self | NY | US | Personal Injury |
| 29 | Tuthill, Lester | Self | NY | US | Personal Injury |
| 30 | Twitty, Nigel | Self | NY | US | Personal Injury |
| 31 | Twomey, Frances as administrator of Estate of Twomey, Edward J., deceased | PR | NY | US | Wrongful Death |
| 32 | Twomey, Frances | Self | NY | US | Solatium |
| 33 | Tyson, Jeannette | Self | NY | US | Personal Injury |
| 34 | Greene, Leon | Spouse | NY | US | Loss of Consortium |
| 35 | Vazquez, Dorothy | Self | NY | US | Personal Injury |
| 36 | Vazquez, Israel | Self | NY | US | Personal Injury |
| 37 | Vazquez, Juan | Self | NY | US | Personal Injury |
| 38 | Vidal, Ramon | Self | NY | US | Personal Injury |
| 39 | Vidal Pascascia | Spouse | NY | US | Loss of Consortium |
| 40 | Walker, Alanena, as administrator of the Estate of Renee D. Walker, deceased | PR | NY | US | Wrongful Death |
| 41 | Walker, Alanena | Self | NY | US | Solatium |
| 42 | Walker, Denis | Self | NY | US | Personal Injury |
| 43 | Walker, Debra | Spouse | NY | US | Loss of Consortium |
| 44 | Walsh, Delano | Self | NY | US | Personal Injury |

| 45 | Walsh, Audrey | Spouse | NY | US | Loss of Consortium |
|---|---|---|---|---|---|
| 46 | Washington, Ernest, Jr. | Self | NY | US | Personal Injury |
| 47 | Washington, Helen | Self | NY | US | Personal Injury |
| 48 | Watson, William | Self | NJ | US | Personal Injury |
| 49 | Wells, Marc., as executor of Estate of Wells, Lawrence deceased | PR | NY | US | Wrongful Death |
| 50 | Wells, Marc | Self | NY | US | Solatium |
| 51 | White, Yvette, as administrator of the Estate of Sheldon White, deceased | PR | NY | US | Wrongful Death |
| 52 | White, Yvette | Self | NY | US | Solatium |
| 53 | Williams, Barbara | Self | NY | US | Personal Injury |
| 54 | Williams, Eddie | Self | NY | US | Personal Injury |
| 55 | Williams, Ellen | Spouse | NY | US | Loss of Cosortium |
| 56 | Williams, Elena R. | Self | NY | US | Personal Injury |
| 57 | Williams, Joya | Self | NY | US | Personal Injury |
| 58 | Wilson, Doris | Self | NY | US | Personal Injury |
| 59 | Worrell, Anthony | Self | NJ | US | Personal Injury |
| 60 | Wright, Raymond | Self | NY | US | Personal Injury |
| 61 | Young, Collin | Self | NJ | US | Personal Injury |
| 62 | Xu, Wei Quin as administrator of the Estate of Xiu Zhen Chen deceased | PR | NY | US | Wrongful Death |
| 63 | Xu, Wei Quin | Self | NY | US | Solatium |
| 64 | Zeller, Jerome | Self, Spouse | NY | US | Personal Injury |

13

| 65 | Zeller, Esther | Spouse | NY | US | Loss of Consortium |
| 66 | Ziehl, Fred | Self | NY | US | Personal Injury |
| 67 | Ziegler, Caroline | Self | NY | US | Personal Injury |