**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2025

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

September 26, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs Executive Committees (PECs) and counsel for Sudan jointly write in response to the Court's Order at ECF No. 11243 ("Order"), which directed the parties to submit "(1) a revised deposition protocol; and (2) a joint proposed schedule for discovery, including depositions" by September 26, 2025.

The parties respectfully enclose herewith the revised deposition protocol, incorporating the language adopted by the Court in its Order, for the Court's endorsement.

Following entry of the Court's Order, the parties also communicated with one another and the Department of Justice ("DOJ") concerning an appropriate discovery schedule. Sudan proposed a discovery schedule that provided for the completion of document discovery (including productions by United States Government Agencies) by December 19, 2025, and the close of fact discovery (including depositions of fact witnesses) by May 1, 2026. In response to that proposal, the DOJ advised that "the agencies [that are responding to the parties' subpoenas] have not yet completed their searches and we will not know how many documents they have located (and thus how long it will take them to process them) until that is done." The government indicated that the timeline for the agencies' productions may come into better focus by October 17, 2025, when the parties' next status report concerning the agencies' searches and productions is due. In response to the government's position, Plaintiffs expressed their view that it would not be possible to offer the Court an informed proposal for the discovery schedule until after the government provided information about the timeline for the agencies' productions.

In light of the government's position, the PECs and Sudan respectfully request that the Court extend the deadline for submitting their proposed schedule for discovery until October 24,

_____

2025, seven days after the due date for the next status report concerning the agencies' searches and productions.

        Respectfully submitted,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ Sean P. Carter<br>SEAN P. CARTER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter@cozen.com<br>For the Plaintiffs' Exec. Committees | By: /s/ Robert T. Haefele<br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br>For the Plaintiffs' Exec. Committees |

Enclosure (Proposed Protocol)

cc:    The Honorable George B. Daniels, via ECF
        All Counsel of Record via ECF

---

The parties' request is GRANTED. The parties shall file a joint proposed schedule for discovery, including depositions, by October 24, 2025.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 30, 2025
       New York, New York