# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*Via ECF*                                                                                                       October 1, 2025

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 04-cv-1076 (GBD)(SN) – Pending Taliban Judgment Motions

Dear Judge Netburn:

    Undersigned counsel writes to update the Court about the *O'Neill* plaintiffs' pending motions for default partial final damages judgments against the Taliban. On March 12, 2025, undersigned counsel previously provided an update on the pending *O'Neill* judgment motions against the Taliban and included updated exhibits to the pending judgment motions. *See* ECF No. 10779. Since that time, undersigned counsel has added additional plaintiffs to the case against the Taliban, *see* ECF Nos. 10979 and 11089, and moved for damages judgments, *see* ECF Nos. 11211 and 11235. Additionally, the letter undersigned counsel filed at ECF No. 10779, inadvertently omitted the pending Taliban judgment motion at ECF No. 8459. *See* ECF No. 10779 at 2. Accordingly, at the present time, the *O'Neill* judgment motions pending against the Taliban are at ECF Nos. 8455, 8459, 8528, 8568, 8577, 8595, 8745, 9130, 11211, and 11235.

    At this time, we do not plan to submit another Taliban judgment motion in the near future.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for Plaintiffs*

cc:   The Honorable George B. Daniels (via ECF)
      All Counsel of Record (via ECF)