IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>Defendants. | CASE NO. 01-cv-10132-GBD-SN<br>CASE NO. 1:03-md-01570-GBD-SN |

## **MOTION TO VACATE ORDER CLOSING MOTION**

In accordance with Federal Rule of Civil Procedure 60(b)(6) Raymond Anthony Smith, Administrator of the Estate of George Smith, and Katherine Soulas, Executrix of the Estate of Timothy Soulas hereby move this Honorable Court for an order vacating this Court's Order entered 30 September 2025 directing the Clerk of the Court to close Plaintiffs' motion to renew and extend judgment against the Taliban, the Islamic Emirate of Afghanistan, and the Al Qaeda/Islamic Army) [MDL ECF 8963].

As set forth in the following Memorandum of Law in support of their motion, the Order should be vacated because it is based on two clear misapprehensions by the Court. First, it is based explicitly on the clearly erroneous supposition that the appeal in the Second Circuit of the denial of Plaintiffs' turnover motion has concluded; it has not. Second, in directing, based on that first misapprehension, that Plaintiffs' motion to renew and extend judgment be closed, the

Court has clearly misapprehended the motion to renew and extend judgment itself as being somehow limited in import to that turnover motion now on appeal and its resolution; it is not.

                                          Respectfully submitted,

                                          **THE BEASLEY FIRM, LLC**

By:    */s/ James E. Beasley, Jr.*
           JAMES E. BEASLEY, JR. (*pro hac vice*)
           DION G. RASSIAS
           1125 Walnut Street
           Philadelphia, PA 19107
           (215) 592-1000
           (215) 592-8360 (facsimile)
           jbj@beasleyfirm.com
           dgr@beasleyfirm.com
           *Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>Defendants. | CASE NO. 01-cv-10132-GBD-SN<br>CASE NO. 1:03-md-01570-GBD-SN |

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Motion to Vacate was filed via the ECF system for the Southern District of New York.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

By:  /s/ *James E. Beasley, Jr.*
JAMES E. BEASLEY, JR. (*pro hac vice*)
DION G. RASSIAS
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
(215) 592-8360 (facsimile)
jbj@beasleyfirm.com
dgr@beasleyfirm.com
*Attorneys for Plaintiffs*