IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>Defendants. | CASE NO.  01-cv-10132-GBD-SN<br>CASE NO. 1:03-md-01570-GBD-SN |

### NOTICE OF MOTION TO VACATE ORDER CLOSING MOTION[1]

PLEASE TAKE NOTICE that, upon the attached Memorandum of Law, the undersigned attorneys for Plaintiffs, Raymond Anthony Smith, Administrator of the Estate of George Smith, and Katherine Soulas, Executrix of the Estate of Timothy Soulas shall move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York and the Honorable Sarah Netburn Magistrate Judge for the Southern District of New York, pursuant to Federal Rule of Civil Procedure 60(b)(6).

---

[1] Service of this motion upon the Taliban, the Islamic Emirate of Afghanistan and Al Qaeda/Islamic Army is not required, as each Defendant is a defaulting party per Fed. R. Civ. P. 5(a)(2). Federal Rule of Civil Procedure 5 states in relevant part:
>  (2) If a party Fails to Appear. No service is required on a party
>  who is in default for failing to appear.

Fed. R. Civ. P. 5(a)(2).  Plaintiffs obtained a default judgment against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army.  Moreover, neither the Taliban, the Islamic Emirate of Afghanistan, nor Al Qaeda appeared at the hearing of this matter (inquest) upon which judgment was entered by the District Court.  Accordingly, under Rule 5 service of this motion is not required as to the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda as defaulting judgment debtors.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

By:    */s/ James E. Beasley, Jr.*
      JAMES E. BEASLEY, JR. (*pro hac vice*)
      DION G. RASSIAS
      1125 Walnut Street
      Philadelphia, PA 19107
      (215) 592-1000
      (215) 592-8360 (facsimile)
      jbj@beasleyfirm.com
      dgr@beasleyfirm.com
      *Attorneys for Plaintiffs*