IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased; and KATHERINE SOULAS, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br><br>Defendants. | CASE NO. 01-cv-10132-GBD-SN<br>CASE NO. 1:03-md-01570-GBD-SN |

### (Proposed) ORDER

**AND NOW**, this _____ day of_____, 2025, upon consideration of Plaintiffs' Motion to Vacate this Court's Order [MDL ECF 11329] entered 30 September 2025 directing the Clerk of the Court to close Plaintiffs' Motion [MDL ECF 8963] it is hereby declared and ordered that said **ORDER is VACATED**. Plaintiffs' judgment against the Taliban, the Islamic Emirate of Afghanistan, and Al Qaeda/Islamic Army is renewed and extended for an additional twenty (20) years from this Order's date.

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge