UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Knight, et al. v. The Islamic Republic of Iran* | 18-cv-12398 (GBD)(SN) <br> ECF Case |

**ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR
ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT**

I, Robert Keith Morgan, hereby state under penalty of perjury, as follows:

1.  I am an attorney with The Miller Firm, LLC, which represents Plaintiff Kary Seminerio in the above-captioned matter. This declaration is submitted in response to the Court's Order dated September 18, 2025 (ECF No.11245) and in support of the motion for partial final default judgment of Plaintiff Kary Seminerio in the action titled *Knight, et al. v. The Islamic Republic of Iran*, 18-cv-12398-GBD-SN (ECF No. 10849).[1] The Court has requested additional information "on (1) the working conditions at Fresh Kills Landfill, including the tools and protection that Seminerio used; (2) the time Seminerio spent at Fresh Kills on a daily and weekly basis; and (3) the management of the debris-processing operation at Fresh Kills." (ECF No. 11245).

2.  Exhibit A, attached hereto, is a true and correct copy of the Supplemental Declaration of Kary Seminerio provided in response to the Court's request for additional information.

3.  This attorney declaration supplements the attorney declaration filed in this matter,

---

[1] All citations to ECF Nos. are to the docket in *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

1

dated April 10, 2025 (ECF No. 10851), which is incorporated herein by reference.

Dated October 1, 2025

                                                  */s/ Robert Keith Morgan*
                                                  Robert Keith Morgan
                                                  The Miller Firm LLC
                                                  108 Railroad Ave
                                                  Orange, VA 22960
                                                  Tel: 540-672-4224
                                                  kmorgan@millerfirmllc.com