## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean P. Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

October 1, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees ("PECs") respectfully request a two-week extension, from October 3, 2025 to October 17, 2025, for the PECs to provide the input requested in the Court's order at ECF No. 11245 (Sept. 18, 2025). The PECs have found the additional time to be necessary to coordinate the views of the various Plaintiffs counsel into a consolidated view for recommendation to the Court.

    Respectfully submitted,

    MOTLEY RICE LLC

    By:  /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel.: (843) 216-9163
    Email: jflowers@motleyrice.com

    *Liaison Counsel of the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

cc:    The Honorable George B. Daniels, via ECF
        All Counsel of Record, via ECF