USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2025

**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean P. Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

October 1, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees ("PECs") respectfully request a two-week extension, from October 3, 2025 to October 17, 2025, for the PECs to provide the input requested in the Court's order at ECF No. 11245 (Sept. 18, 2025). The PECs have found the additional time to be necessary to coordinate the views of the various Plaintiffs counsel into a consolidated view for recommendation to the Court.

    Respectfully submitted,

    MOTLEY RICE LLC

    By: /s/ *Robert T. Haefele*
    ROBERT T. HAEFELE
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    Tel.: (843) 216-9163
    Email: jflowers@motleyrice.com

    *Liaison Counsel of the Plaintiffs' Executive Committee for*

---

The PECs' request for an extension is GRANTED. They shall file the letter with their input by October 17, 2025.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 2, 2025
    New York, New York