UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001

----------------------------------------------------------------X

03-MDL-1570(GBD)(SN)

**NOTICE OF
APPEARANCE**

This document relates to:

***Abrams et al. v. Kingdom of Saudi Arabia et al.,*** Case No.17-cv-04201
***Abarca et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-00947
***Acker et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-06922
***Ascher et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-7509
***Alarcon et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-10779
***Napolitano et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-10820
***Kane et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-11717
***Karibian et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-11727
***Towle et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-11745
***Acosta et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12039
***Hogue et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12052
***Shtivelman et al. v. Kingdom of Saudi Arabia et al.,*** Case No.18-cv-12067
***Ashourvaveh, et al. v. Kingdom of Saudi Arabia et al.,*** Case No.19-cv-00039

      **PLEASE TAKE NOTICE** that Madeline Muniz, an attorney associated with the law firm

of The Fuchsberg Cannata Law Firms, Gregory J. Cannata & Associates, LLP and The Jacob

Fuchsberg Law Firm, admitted to practice in this court, hereby appears as co-lead counsel of record

for the Plaintiffs in the above-captioned individual matters. The undersigned requests that all

parties and interested persons serve copies of any and all papers, notices and correspondence on

the undersigned at the address listed below.

Dated: New York, New York
      October 6, 2025

                          Respectfully submitted,

                          _____

                          Madeline Muniz, Esq.
                          The Fuchsberg Cannata Law Firms, Gregory J.

Cannata & Associates, LLP and The Jacob
Fuchsberg Law Firm
*Attorney for Plaintiff*s
60 EAST 42ND STREET, SUITE 1460
NEW YORK, NY 10165
Tel: 212-553-9205
Fax: 212-227-4141
mmuniz@cannatalaw.com