UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:     *Ashton, et al. v. Al Qaeda Islamic, et al., No. 1:02-cv-06977-GBD-SN*

I hereby certify under the penalties of perjury that on the 6th day of October 2025, I served defendant:

    Islamic Republic of Iran
    Abbas Araghchi
    Foreign Minister of the Ministry of Foreign Affairs
    Imam Khomeini Street, Imam Khomeini Square
    Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No.: 8157 2471 5941, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/ORI), U.S. Department of State, SA-17, 10th Floor, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

(1)     a true and certified Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice");

(2)     a true and certified copy of the Ashton August 31, 2015 Default Judgment on Liability and its certified Farsi translation. See *Attachment A to the Notice;*

(3)     a true and certified copy of the Final Order of Judgment on Behalf of Plaintiff Marion Knox entered May 6, 2020, the moving papers for Plaintiffs' motion, and the certified Farsi translations. See *Attachment B to the Notice*;

(4)     a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See *Attachment C to the Notice*.

Dated:  New York, New York
        October 6, 2025

                                                      TAMMI M. HELLWIG
                                                      CLERK OF COURT

                                                      /s/ Rachel Slusher
                                                      Deputy Clerk