```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

03-MD-01570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Acciarito et al. v. Kingdom of Saudi Arabia, No. 18-cv-11483

The Court has received the letter from Carlos Grullon dated September 18, 2025. No. 18-cv-11483, ECF No. 96. Mr. Grullon is incarcerated at Wallkill Correctional Facility. He asks whether his counsel, Anthony Giordano, filed a civil action under 42 U.S.C. § 1983 on his behalf. No such action has been filed in this Court. A search of this Court's Electronic Case Filing (ECF) system did not yield any cases involving Mr. Grullon in which Mr. Giordano served as counsel. That search also returned only three cases involving "Carlos Grullon" as a party: Acciarito, the MDL, and a non-1983 case closed in November 1994 (No. 94-cv-3462). Moreover, it is unclear whether Mr. Grullon is the "Carlos Grullon" named as a plaintiff in the Acciarito complaint, ECF No. 5. The Clerk of the Court is therefore respectfully directed to mail a copy of this Order to Mr. Grullon (DIN 01A2066) at Wallkill Correctional Facility, Route 208, Box G, Wallkill, NY 12589-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 9, 2025
                New York, New York