## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

October 14, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD)(SN)
        Amended Standing Order M10-658 25-mc-00433-LTS

Dear Judge Netburn:

Plaintiffs write concerning the current shutdown of the U.S. government, which has suspended certain ongoing discovery of U.S. agencies in this litigation. The Amended Standing Order, M10-468, 25-MC-00433-LTS ("ASO"), circulated via the ECF on Friday, October 3, 2025, states that the Court has stayed "all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees" until "the business day after the President signs into law a budget appropriation that restores Department of Justice funding." 1:25-mc-00433-LTS, ECF No. 3 (Oct. 2, 2025).

As the Court is aware, several federal agencies were in the process of responding to subpoenas in the Sudan proceedings when the shutdown occurred, and the Court had deferred proposals for a discovery schedule in the Sudan proceedings pending further developments in the agencies' review and responses to the subpoenas. *See* ECF No. 11333. The Department of Justice has advised that the shutdown has put on hold all work of the agencies in response to the subpoenas, and expressed the government's view that all associated deadlines are stayed. Plaintiffs and the DOJ have conferred and are in agreement that the Sudan-related subpoenas and associated deadlines are the only aspects of the MDL presently requiring responsive action by the government, and that all other aspects of the MDL may proceed.

This Court addressed a similar issue in connection with the government shutdown in 2019, when discovery of several U.S. agencies was ongoing in the proceedings against Saudi Arabia. At the request of all parties and the government, the Court issued an Order clarifying that "aspects of the litigation that require a response from a federal agency, including the Department

The Honorable Sarah Netburn
October 14, 2025
Page 2

_____

of Justice, are stayed during the pendency of the shutdown," but that "aspects of the litigation that do not involve a federal agency shall move forward." ECF No. 4367.

Plaintiffs and the DOJ are in agreement that entry of a similar Order is appropriate in the current context. Plaintiffs also have conferred with counsel for Sudan, Al Rajhi Bank, Saudi Arabia, and the merits and personal jurisdiction defendants, and all are in agreement with this proposed approach.

A proposed form of Order is enclosed for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| MOTLEY RICE LLC | COZEN O'CONNOR |
| By: /s/ Robert T. Haefele | By: /s/ Sean P. Carter |
| ROBERT T. HAEFELE | SEAN P. CARTER |
| 28 Bridgeside Boulevard | One Liberty Place |
| Mount Pleasant, SC 29465 | 1650 Market Street, Suite 2800 |
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |
| Email: rhaefele@motleyrice.com | Tel.: (215) 665-2105 |
| | Email: scarter@cozen.com |
| *Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | *Co-Chair of the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

Enclosure (Proposed Order)

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF
      Jeffrey Oestericher, Chief, Civil Division, United States Attorney's Office SDNY (via Email)