**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-------------------------------------------------------------- X

03-MDL-01570 (GBD)(SN)

[PROPOSED] ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, October 2, 2025, Chief Judge Swain stayed all civil cases (other than forfeiture cases and immigration cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, or its employees. Amended Standing Order M10–468 (the "Amended Standing Order"). The Amended Standing Order provides that the stay will remain in effect until the business day after the President signs into law a budget appropriation that restores Department of Justice funding. *Id*.

Following meet and confer discussions with the Department of Justice, and counsel for the Kingdom of Saudi Arabia, Sudan, Al Rajhi Bank, and the remaining merits and personal jurisdiction defendants Committee, the Plaintiffs' Executive Committees ("PECs") filed a letter regarding the impact of the Standing Order on this litigation. ECF No. _____. The Court adopts the parties' proposal.

Accordingly, any aspects of the litigation that require a response from a federal agency, including the Department of Justice, are stayed during the government shutdown. This includes the Sudan-related subpoenas and associated deadlines. The Court will revisit the government's progress on the Sudan-related subpoenas and associated deadlines at the conclusion of the

shutdown. In contrast, those aspects of the litigation that do not involve a federal agency shall

proceed unaffected by the Amended Standing Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:
         New York, New York