

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

October 14, 2025

<u>VIA PACER/ECF</u>

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    **Re:** ***In re Terrorist Attacks on September 11, 2001***, **03 MDL 1570 (GBD) (SN)**
          **Joint Letter Motion for Extension of Time to File Response/Reply as to ECF No. 11350**

Dear Judge Daniels:

    Defendants[1] write to the Court concerning the Joint Letter Motion for Extension of Time to File Response/Reply, which was filed on October 9, 2025 (ECF No. 11355). With the original deadline for Defendants' response approaching this Friday, October 17, 2025, Defendants respectfully ask that the Court rule on the requested extensions therein to provide the parties with the time needed to file the briefing.

Under the proposed joint request, the deadlines would be as follows:
- Defendants' response due October 31, 2025 and
- Plaintiffs reply due November 21, 2025.

    These extensions are necessary given both the passage of time since the first and second rounds of *Daubert* briefing and decisions and the need to allow adequate time to prepare a response and to coordinate amongst the various Defendants' counsel, and to accommodate travel by counsel for Plaintiffs in the week following the proposed response due date.

                                  Respectfully submitted,

 */s/ Aisha E. R. Bembry*                           /s/ *Omar T. Mohammedi*

 Eric L. Lewis                                     Omar T. Mohammedi

---

[1] "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International (collectively, "WAMY"), International Islamic Relief Organization ("IIRO"), Muslim World League ("MWL"), Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi.



| | |
|---|---|
| Aisha E. R. Bembry (admitted *pro hac vice*) <br> Sumayya Khatib (admitted *pro hac vice*) <br> Lewis Baach Kaufmann Middlemiss PLLC <br> 1050 K St NW, Suite 400 <br> Washington, DC 20001 <br> Telephone: (202) 833-8900 <br> Fax: (202) 466-5738 <br> Email: eric.lewis@lbkmlaw.com <br> Email: aisha.bembry@lbkmlaw.com <br> Email: sumayya.khatib@lbkmlaw.com <br> *Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki* | Frederick Goetz, *of counsel* (admitted *pro hac vice*) <br> The Law Firm of Omar T. Mohammedi, LLC <br> 233 Broadway, Suite 820 <br> New York, NY 10279 <br> Telephone: (212) 725-3846 <br> Fax: (212) 202-7621 <br> Email: omohammedi@otmlaw.com <br> Email: fgoetz@goetzeckland.com <br> *Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth International* |
| /s/ *Alan Kabat* | /s/ *Peter C. Salerno* |
| Alan Kabat <br> Bernabei & Kabat PLLC <br> 1400 16th Street NW, Suite 500 <br> Washington, DC 20036-2223 <br> Telephone: 202-745-1942 <br> Email: Kabat@Bernabeipllc.com <br> *Counsel for Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki* | Peter C. Salerno <br> Amy Rothstein <br> Salerno & Rothstein <br> 221 Schultz Hill Road <br> Pine Plains, NY 12567 <br> Telephone: (518) 771-3050 <br> Email: peter.salerno.law@gmail.com <br> Email: amyrothsteinlaw@gmail.com <br> *Counsel for Defendant Yassin Kadi* |

cc: Counsel of Record via ECF