

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

October 14, 2025

<u>VIA PACER/ECF</u>

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

   **Re:**  ***In re Terrorist Attacks on September 11, 2001***, **03 MDL 1570 (GBD) (SN)**
      **Joint Letter Motion for Extension of Time to File Response/Reply as to ECF No. 11350**

Dear Judge Daniels:

  Defendants[1] write to the Court concerning the Joint Letter Motion for Extension of Time to File Response/Reply, which was filed on October 9, 2025 (ECF No. 11355). With the original deadline for Defendants' response approaching this Friday, October 17, 2025, Defendants respectfully ask that the Court rule on the requested extensions therein to provide the parties with the time needed to file the briefing.

Under the proposed joint request, the deadlines would be as follows:
- Defendants' response due October 31, 2025 and
- Plaintiffs reply due November 21, 2025.

  These extensions are necessary given both the passage of time since the first and second rounds of *Daubert* briefing and decisions and the need to allow adequate time to prepare a response and to coordinate amongst the various Defendants' counsel, and to accommodate travel by counsel for Plaintiffs in the week following the proposed response due date.

              Respectfully submitted,

 */s/ Aisha E. R. Bembry*         /s/ *Omar T. Mohammedi*

 Eric L. Lewis            Omar T. Mohammedi

---

[1] "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International (collectively, "WAMY"), International Islamic Relief Organization ("IIRO"), Muslim World League ("MWL"), Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi.



October 14, 2025<br>Page 2

Aisha E. R. Bembry (admitted *pro hac vice*)
Sumayya Khatib (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K St NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: eric.lewis@lbkmlaw.com
Email: aisha.bembry@lbkmlaw.com
Email: sumayya.khatib@lbkmlaw.com
*Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

Frederick Goetz, *of counsel* (admitted *pro hac vice*)
The Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Telephone: (212) 725-3846
Fax: (212) 202-7621
Email: omohammedi@otmlaw.com
Email: fgoetz@goetzeckland.com
*Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth International*

/s/ *Alan Kabat*

Alan Kabat
Bernabei & Kabat PLLC
1400 16th Street NW, Suite 500
Washington, DC 20036-2223
Telephone: 202-745-1942
Email: Kabat@Bernabeipllc.com
*Counsel for Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

/s/ *Peter C. Salerno*

Peter C. Salerno
Amy Rothstein
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
Telephone: (518) 771-3050
Email: peter.salerno.law@gmail.com
Email: amyrothsteinlaw@gmail.com
*Counsel for Defendant Yassin Kadi*

cc: Counsel of Record via ECF