UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2025

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, October 2, 2025, Chief Judge Swain stayed all civil cases (other than civil forfeiture cases and immigration cases) "in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees." Amended Standing Order M10-468 (the "Amended Standing Order"), No. 25-mc-433, ECF No. 3, at 1. The Amended Standing Order provides that the stay will remain in effect "until the business day after the President signs into law a budget appropriation that restores Department of Justice funding." Id.

Following meet and confer discussions with the Department of Justice ("DOJ"), and counsel for the Kingdom of Saudi Arabia, Sudan, Al Rajhi Bank, and the remaining merits and personal jurisdiction defendants, the Plaintiffs' Executive Committees ("PECs") filed a letter regarding the impact of the Amended Standing Order on this litigation. ECF No. 11361.[1] The PECs and the DOJ agree that "the Sudan-related subpoenas and associated deadlines are the only aspects of the MDL presently requiring responsive action by the government." Id. at 1. The Court therefore adopts the parties' proposal. Id. at 2.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

Accordingly, any aspects of this litigation that require a response from a federal agency, including the DOJ, are stayed during the government shutdown. This category includes the Sudan-related subpoenas and associated deadlines. See ECF Nos. 11242, 11263, 11333. In contrast, those aspects of the litigation that do not involve a federal agency shall proceed unaffected by the Amended Standing Order. See ECF No. 4367 (instituting analogous stay during prior government shutdown).

At the conclusion of the shutdown, the Court will direct the parties to meet and confer and submit (1) updates on the government's progress with the Sudan-related subpoenas; and (2) proposed deadlines that account for the shutdown, consistent with the Amended Standing Order and the needs of the parties.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 15, 2025
          New York, New York

2