**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

Aisha E. R. Bembry
202 659 6752
aisha.bembry@lbkmlaw.com

October 9, 2025

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.

Dated: **OCT 1 5 2025**

<u>VIA PACER/ECF</u>

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
Extension to file Response to ECF No. 11350 and to file Reply thereto

Dear Judge Daniels:

Defendants[1] write to request an extension of time to file a response to Plaintiffs' Objections to Magistrate Judge Netburn's August 18, 2025 Opinion & Order, ECF No. 11350, and an extension of time for Plaintiffs to file a reply thereto.

Without objection from Defendants, Plaintiffs requested and the Court granted an extension of time to file their objections from September 1 to October 3, 2025. ECF No. 11172. Plaintiffs timely filed their objections, ECF No. 11350, and Defendants' response is due October 17, 2025. L.Civ.R. 72.1(b).

Counsel for Defendants and Plaintiffs met and conferred today, October 9, 2025, and agreed to make a joint request to the Court to endorse the following deadlines:
- Defendants' response to be due October 31, 2025 and
- Plaintiffs reply to be due November 21, 2025.

These extensions are necessary given both the passage of time since the first and second rounds of *Daubert* briefing and decisions and the need to allow adequate time to prepare a response and to coordinate amongst the various Defendants' counsel, and to accommodate travel by counsel for Plaintiffs in the week following the proposed response due date.

Respectfully submitted,

---

[1] "Defendants" means World Assembly of Muslim Youth and World Assembly of Muslim Youth International (collectively, "WAMY"), International Islamic Relief Organization ("IIRO"), Muslim World League ("MWL"), Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi.

**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

October 9, 2025
Page 2

/s/ *Aisha E. R. Bembry*

Eric L. Lewis
Aisha E. R. Bembry (admitted *pro hac vice*)
Sumayya Khatib (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K St NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: eric.lewis@lbkmlaw.com
Email: aisha.bembry@lbkmlaw.com
Email: sumayya.khatib@lbkmlaw.com
*Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

/s/ *Omar T. Mohammedi*

Omar T. Mohammedi
Frederick Goetz, *of counsel* (admitted *pro hac vice*)
The Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Telephone: (212) 725-3846
Fax: (212) 202-7621
Email: omohammedi@otmlaw.com
Email: fgoetz@goetzeckland.com
*Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth International*

/s/ *Alan Kabat*

Alan Kabat
Bernabei & Kabat PLLC
1400 16th Street NW, Suite 500
Washington, DC 20036-2223
Telephone: 202-745-1942
Email: Kabat@Bernabeipllc.com
*Counsel for Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

/s/ *Peter C. Salerno*

Peter C. Salerno
Amy Rothstein
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
Telephone: (518) 771-3050
Email: peter.salerno.law@gmail.com
Email: amyrothsteinlaw@gmail.com
*Counsel for Defendant Yassin Kadi*

cc: Counsel of Record via ECF