UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:
    All Actions

## SUGGESTION OF DEATH OF DR. ABDULLAH OMAR NASEEF

Undersigned counsel, who represented Defendant Dr. Abdullah Omar Naseef, hereby inform this Court and the parties, pursuant to Rule 25, that Dr. Naseef, who is named as a defendant in several of the consolidated cases, died on Sunday, October 12, 2025.

Date: October 16, 2025        Respectfully submitted,

                                      *Aisha Bembry /s/*
                                      Eric Lewis
                                      Aisha Bembry (*pro hac vice*)
                                      Sumayya Khatib (*pro hac vice*)
                                      LEWIS BAACH KAUFMANN MIDDLEMESS PLLC
                                      1050 K Street, NW, Suite 400
                                      Washington, DC 20001
                                      Tel: (202) 833-8900
                                      Fax: (202) 466-5738

                                      Alan Kabat
                                      BERNABEI & KABAT, PLLC
                                      1400 16th St. NW, Suite 500
                                      Washington, DC 20036
                                      Tel: (202) 883-3125

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2025, I caused the foregoing to be served electronically on counsel of record pursuant to the Court's Electronic Case Filing (ECF) System.

Respectfully submitted,

*Aisha Bembry* /s/
Aisha Bembry

2