UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-CV-6977 (GBD)(SN)

## NOTICE OF APPEAL

Notice is hereby given that Maxwell Sivin, plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Second Circuit from each and every part of the September 25, 2025 Memorandum Decision and Order at MDL ECF No. 11304, attached hereto as Exhibit A, entered by the United States District Court for the Southern District of New York, which denied vacatur, or in the alternative, reconsideration, of the May 29, 2025 Memorandum Decision and Order at MDL ECF No. 10989, denying final damages judgments against the Islamic Republic of Iran.

Dated: New York, New York
October 23, 2025

Respectfully submitted,

 /s/ Megan W. Benett
KREINDLER & KREINDLER LLP
Megan W. Benett, Esq.
485 Lexington Avenue, 28th Fl.
New York, NY 10017
Tel: (212) 687-8181
Fax: (212) 972-9432
Email: mbenett@kreindler.com

Plaintiff Maxwell Sivin