UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF CASE |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Armey, et al.*, 02-cv-7236 (GBD)(SN)
*Parker, et al. v. The Islamic Republic of Iran,* 18-cv-11416 (GBD)(SN)
*Parker, et al. v. Republic of the Sudan,* 20-cv-10657 (GBD)(SN)
*Ashton, et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

**NOTICE OF CHANGE OF ADDRESS**

**TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES**

■   I have cases pending          ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:      Dorothea M. Capone

My SDNY Bar Number is:   DC8582          My State Bar Number is:   2929198

I am,

■     An attorney
☐     A Government Agency attorney
☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:       BAUMEISTER & SAMUELS, P.C.
            FIRM ADDRESS:    140 Broadway, 46th Fl, New York, NY 10005
            FIRM TELEPHONE NUMBER:    (212) 363-1200
            FIRM FAX NUMBER:          (212) 363-1346

NEW FIRM:   FIRM NAME:    BAUMEISTER & SAMUELS, P.C.
                FIRM ADDRESS:   200 Vesey Street, Suite 24170, New York, NY 10281
                FIRM TELEPHONE NUMBER:   (212) 363-1200
                FIRM FAX NUMBER:   (212) 363-1346

■    I will continue to be counsel of record on the above-entitled cases at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled cases. An order withdrawing my appearance was entered on _____ by Judge _____ .

Dated October 27, 2025                                     */s/ Dorothea M. Capone*
                                                                    Dorothea M. Capone, Esq.