THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased<br><br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>THE ISLAMIC EMIRATE OF AFGHANISTAN, et al.<br>　　　　　　　　　　　　　Defendants. | CASE NO.  01-cv-10132 (GBD) (SN)<br>　　　　　　03 MDL 1570 (GBD) (SN) |

## NOTICE OF APPEAL

Notice is given this 29th day of October, 2025, that Plaintiffs-Judgment Creditors Raymond Anthony Smith, Administrator of the Estate of George Smith, and Katherine Soulas, Executrix of the Estate of Timothy P. Soulas (Smith/Soulas Creditors) hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered by the Honorable George B. Daniels on 30 September 2025 (ECF No. 11329 in 03-md-1570; ECF No. 160 in 01-cv-10132), terminating Plaintiffs' Motion for Summary Judgment (ECF No. 8963 in 03-md-1570; ECF No. 109 in 01-cv-10132).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**THE BEASLEY FIRM, LLC**

Dated: 29 October 2025　　　　By:　/s/ Dion G. Rassias
　　　　　　　　　　　　　　　　　　　　DION G. RASSIAS
　　　　　　　　　　　　　　　　　　　　JAMES E. BEASLEY, JR. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　The Beasley Building
　　　　　　　　　　　　　　　　　　　　1125 Walnut Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19107
　　　　　　　　　　　　　　　　　　　　215.592.1000
　　　　　　　　　　　　　　　　　　　　215.592.1523 (telefax)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs