UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*McCarthy, et al. v. The Kingdom of Saudi Arabia,* 1:16-cv-08884 (GBD)(SN)

## MOTION TO SUBSTITUE COUNSEL

Jennifer Castelano, individually as surviving child of Emeric J. Harvey, deceased; and Antoinette McCarthy, individually as surviving child of Emeric J. Harvey, deceased; Plaintiffs in *McCarthy, et al. v. The Kingdom of Saudi Arabia,* 1:16-cv-08884 (GBD)(SN) (the "*McCarthy* Plaintiffs"), hereby submit this Motion to Substitute Counsel. As grounds for this Motion, the Plaintiffs state as follows:

1. Plaintiffs were represented by Allan C. Samuels and the law offices of Shendell & Pollock, P.L., in the above cited action, which is consolidated as part of the multi-district litigation arising out of the September 11, 2001 terrorist attacks, at *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (S.D.N.Y.)(GBD)(SN).

2. Following discussions with Allan C. Samuels*,* the *McCarthy* Plaintiffs have determined that it would be in their best interest to retain new counsel. Mr. Samuels has advised the *McCarthy* Plaintiffs that for personal reasons, he is not in a position to continue to represent them in this consolidated multi-district litigation. *See* Exhibit A attached to the Declaration of Andrew J. Maloney, III, Esq. ("Maloney Declaration") (Declaration of Allan Samuels, Esq.).

3. The *McCarthy* Plaintiffs have now retained the law offices of Kreindler and Kreindler LLP to represent them in this litigation against the Kingdom of Saudi Arabia.

1

The law offices of Kreindler and Kreindler LLP already represent the Estate of Emeric J. Harvey.

4. The *McCarthy* Plaintiffs now ask the Court to substitute Andrew J. Maloney, III, Esq. and Kreindler & Kreindler LLP as attorney of record as to the *McCarthy* Plaintiffs.

5. The *McCarthy* Plaintiffs, Allan C. Samuels, Shendell & Pollock, L.P., and Andrew J. Maloney, III, Esq., of Kreindler & Kreindler, LLP, consent to the substitution of counsel as requested herein. *See* Exhibit B to the Maloney Declaration (Declaration of Gary Shendell, Esq.) and Exhibit C to the Maloney Declaration (Signed Consents).

6. For the foregoing reasons, plaintiffs Jennifer Castelano, individually as surviving child of Emeric J. Harvey, deceased; and Antoinette McCarthy, individually as surviving child of Emeric J. Harvey, deceased; ask that this Court grant this motion and issue the proposed Order filed herewith, substituting Andrew J. Maloney, III, Esq., and the law offices of Kreindler and Kreindler LLP as attorneys of record for the *McCarthy* Plaintiffs in *McCarthy, et al. v. The Kingdom of Saudi Arabia*, 1:16-cv-08884(GBD)(SN).

Dated: New York, New York
      October 29, 2025

KREINDLER & KREINDLER LLP

BY:    /s/ Andrew J. Maloney, III
Andrew J. Maloney, III, Esq.
485 Lexington Ave., 28th Floor
New York, New York 10017
Tel: (212) 687-8181
Fax: (212) 972-9432
amaloney@kreindler.com