```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| --- | --- |
| | ECF Case |

This document relates to:
*McCarthy, et al. v. The Kingdom of Saudi Arabia*, 1:16-cv-08884 (GBD)(SN)

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

Upon consideration of the motion, declarations and consents submitted by Plaintiffs Jennifer Castelano and Antoinette McCarthy, it is hereby:

**ORDERED** that Andrew J. Maloney, Esq. of the law offices of Kreindler and Kreindler LLP is hereby substituted as counsel for moving plaintiffs, in place of Allan Samuels, Esq. and Shendell & Pollock P.L.; and it is further

**ORDERED** that Allan Samuels, Esq. and Shendell & Pollock P.L. are hereby relieved as counsel for Plaintiffs Jennifer Castelano and Antoinette McCarthy.

Further, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11374.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 30, 2025
       New York, New York

1