# Exhibit A

Page 1

1
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  Case No. 03-MDL-1570 (GBD) (SN)
5  ------------------------------------x.
6  IN RE: TERRORIST ATTACKS ON
7  SEPTEMBER 11, 2001
8  ------------------------------------x
9              August 5, 2021
10             9:09 a.m.
11
              Videotaped Deposition via Zoom
12  of EVAN KOHLMANN, pursuant to Notice,
13  before Jineen Pavesi, a Registered
14  Professional Reporter, Registered Merit
15  Reporter, Certified Realtime Reporter and
16  Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25

Page 154

1            KOHLMANN
2  really, no, certainly not like he is.
3        But I think he is guilty of
4  saying dumb things sometimes, but I don't
5  believe he's -- I wouldn't work for
6  someone, my father is a holocaust
7  survivor, I wouldn't work for someone who
8  is a racist or a bigot.
9    Q.    1999 you were there, Egypt Air
10 Flight 990 crashed in the Atlantic, do you
11 remember that?
12   A.    Yes, I do.
13   Q.    And Mr. Emerson said, "Well,
14 look, there are lots of reports out of
15 Egypt today about what the pilot said or
16 what the relief pilot may have said, the
17 Shahada, prayers, it's the major tenet of
18 Islam and sometimes it's said before you
19 commit an act of terrorism."
20   A.    That's true.
21        Again, if you're asking --  I
22 think I would have couched it a little
23 more and said, look, it could be totally
24 incorrect, right, but what he said is
25 absolutely true, it is a major part of

Page 155

1            KOHLMANN
2  Islam and it also happens that when people
3  are carrying out terrorist attacks, they
4  frequently say the Shahada, right.
5        That doesn't mean Islam is a
6  terrorist state, it just means when
7  religious Muslims happen to carry out
8  terrorist attacks, the same way an
9  American guy probably would say, like, you
10 know, god be with me or praise Jesus or
11 something, that's what a Muslim person
12 would say, right.
13       You know, I don't think --
14 it's a fact, I don't, you know -- is it
15 possible that someone would say that for
16 another reason, yeah, it's possible, sure.
17   Q.    Like the airplane is about to
18 crash, is that a possibility?
19   A.    It is a definite possibility, a
20 hundred percent.
21       Again, if you're asking is this
22 speculation that I would not engage in,
23 yeah, a hundred percent, this is
24 speculation that I would not engage in.
25       However, do I think that this

Page 156

1            KOHLMANN
2  is, like, false, no, it's true, it's just
3  not  -- I don't think it's helpful.
4    Q.    What is the Shahada?
5    A.    The Shahada is the declaration
6  of faith in Islam, I believe in Islam
7  alone, (witness using Arabic words.)
8    Q.    It is one of the five pillars
9  of Islam, correct?
10       MR. HAEFELE:  Objection to
11 form.
12   A.    More than that, it is a
13 statement of faith, you can't be a Muslim
14 if you don't say it, so again --
15   Q.    And you say it five times a day
16 if you were an observant Muslim, right,
17 said in the prayers?
18   A.    It depends your interpretation,
19 et cetera, but, sure, okay.
20   Q.    Did you discuss with
21 Mr. Emerson while you were working at the
22 Investigative Project that statement about
23 the Shahada with him?
24   A.    I don't recall.
25       I've had many, many, many

Page 157

1            KOHLMANN
2  conversations with Steve, I had many
3  conversations with Steve during this time
4  about various different things.
5        I can only tell you what my
6  personal viewpoints are, I honestly --
7  our conversations mostly had to do with
8  functional things, like I have to go here,
9  I have to talk to this person or I have to
10 try to get this document.
11       We didn't do a lot of high
12 level discussions like that, no.
13   Q.    You do realize that U.S. law
14 enforcement authorities concluded that the
15 crash of 990 was not a terrorist attack?
16   A.    Oh, yeah, of course, and that's
17 exactly why I'm saying --  what he is
18 saying is it's not false, it's just it's
19 speculation.
20       You know, it's all so easy now
21 because, you know, it's 2021.
22       Back in those days it was very
23 easy for people to engage in speculation
24 that they shouldn't have.
25       Nowadays I think people are

40 (Pages 154 - 157)

Page 158

1          KOHLMANN
2  more mindful of the fact that you have to
3  be careful about engaging in kind of
4  speculation, because what you're saying
5  might be true but that doesn't necessarily
6  make it the case.
7     Q.    And you need to wait until more
8  facts are in before going on national TV
9  and accusing a Muslim group, because that
10 could lead, for example, to retaliation
11 against Muslims, right?
12    A.    Well, look, I think it's just
13 not a good idea for many different
14 reasons, right.
15          I think you have to be very
16 careful about making assertions and making
17 sure that they have their -- that they're
18 backed up with evidence, right.
19          I, because of my background and
20 because of the fact that I studied Islam
21 and I've spent time in the Middle East and
22 I have a lot of Muslim friends, I am
23 sensitive to the idea of painting the
24 entire community with a brush that doesn't
25 apply.

Page 159

1          KOHLMANN
2          You know, so I'm very cautious
3  about doing things like that, because I
4  don't -- you know, there is a lot of
5  people in a lot of different communities
6  that do a lot of bad things; focusing in
7  on one and speculating about that kind of
8  thing is not helpful.
9     Q.    I agree, let's go forward.
10         You were presumably long gone
11 when Mr. Emerson said that there are --
12 Birmingham is a city, Birmingham, England,
13 where non-Muslims just simply don't go in
14 and the prime minister called him a
15 complete idiot.
16    A.    That's a stupid statement, I
17 agree, that's a stupid statement; if he
18 had made that statement when I was working
19 for him I would have quit.
20    Q.    Were you there in 1999 when
21 FAIR, Fairness and Accuracy in Reporting,
22 published an article which I am going to
23 ask for in document 63, which we're going
24 to mark as Exhibit 1007.
25         ( Exhibit 1007, Fairness and

Page 160

1          KOHLMANN
2  Accuracy in Reporting article, was marked
3  for identification, as of this date.)
4          MR. LEWIS:  I am going to ask
5  Michael to kindly put it up on the screen.
6     Q.    Obviously you're free to look
7  at whatever you want, but I am going to
8  ask you about page 6 out of 10 that's
9  marked on the bottom.
10         (Witness perusing document.)
11    Q.    Tell me when you're ready to
12 chat about it and I will ask you a
13 question.
14    A.    Sure.
15         (Witness perusing document.)
16    Q.    Arabaphobia is the subhead on
17 page 6.
18    A.    Misspelled, okay, but yes,
19 okay, yes.
20    Q.    I will direct your attention to
21 the paragraph that says, "Although he
22 piously prefaces diatribes by saying there
23 are good Muslims and bad Muslims, it is a
24 hollow defense.  He claimed in a March
25 1999 article in Jewish Monthly that Islam

Page 161

1          KOHLMANN
2  'sanctions genocide, planned genocide, as
3  part of its religious doctrine.'"
4          Did you see this artical in or
5  around the time it was published in 1999,
6  I imagine it was big news?
7     A.    I'm vaguely familiar with it,
8  yeah, it was written by someone who was
9  extremely partisan.
10         This quote, as far as I
11 understand, it was taken out of context.
12         Again, I know Steve better than
13 the person who wrote this article, I know
14 who John is, and I can tell you that the
15 idea that -- Steve very firmly believes
16 that there are many, many good Muslims, he
17 does not -- he is not against Islam as a
18 faith.
19         All the people that Steve
20 worked with in the initial part of his
21 career, all of them were Muslims, all the
22 people that he worked with to get all the
23 information out of Al-Kifah, Makhtab, they
24 are all Muslims.
25         So I just -- I understand that

Page 162

KOHLMANN

you can take things that he has written in a certain context, it sounds bias, but he is not anti-Muslim, at least not when I was there certainly, because I wouldn't -- yeah.

Q. If you're concerned about the context, the end of page 9 of the article, there is a longer take-out on what he says, it says, "The level of vitriol against Jews and Christianity within contemporary Islam unfortunately is something we're not totally cognizant of or that we don't want to accept. We don't want to accept it because to do so would be to acknowledge that one of the world's great religions, which has more than 1.4 billion adherents, somehow sanctions genocide and planned genocide as part of its religious doctrine."

A. So I don't agree with the statement, but, again, he is talking about contemporary Islam, not Islam as a state.

Again, when this was written in 1995, there was a level of vitriol against

Page 163

KOHLMANN

Jews within contemporary Islam, no doubt about that.

Not every Muslim feels that way, I don't even know if most Muslims feel that way, but I would say in 1995 there was a significant number of Muslims who were not terribly up on Jews because of the fact they were upset on what was going on in Israel with the Palestinian.

So I don't think that this is false, right, I don't agree with the way he says it, right, and I think certainly the idea that's suggesting that Islam sanctions genocide is not correct, but he is suggesting here that its a part of the religious doctrine.

I don't agree with that, I think it has to do with political doctrine, right, but, again, this is a debate.

Q. Did you tell him at the time that you saw this that you disagree that Islam --

A. I don't remember ever having a

Page 164

KOHLMANN

discussion about this particular thing, but I had several discussions with him about the fact that -- I study Islam, of course.

Again, most of my discussions with Steve were about things having to do with functional stuff, like writing an article about this or writing a report about this or going to observe this conference or that conference.

I wasn't discussing things like this with him, this was not -- especially not in 1998, when I just started as an intern.

Q. Again, if somebody wrote an article to me and said Jews sanction genocide --

A. I don't think that's --

Q. Let me finish, you interrupted me.

A. Yes.

Q. -- that Jews sanctioned genocide, planned genocide, as part of its religious doctrine, it's not just saying,

Page 165

KOHLMANN

well, what portion of the Old Testament are you quoting, that would be a troubling statement to me; would it be a troubling statement to you?

MR. HAEFELE: Objection to form.

A VOICE: Objection.

A. I don't think that's exactly what he's saying here, but, again, I am not going to reinterpret what Steve has said previously in 1995, which was 26 years ago.

I can only tell you when I was there, my experience with Steve and what he said.

If you're asking me did Steve say stupid things occasionally, yes, he definitely does.

If you're asking me is he a racist or is he anti-Muslim, if I really believed that, I wouldn't have worked there.

My experience with Steve was that I watched him treat Muslims with

Page 182

1        KOHLMANN
2        THE VIDEO TECHNICIAN: It is
3  12:10, going off the record.
4        (Recess taken.)
5        THE VIDEO TECHNICIAN: Time is
6  12:24, back on the record.
7        MR. LEWIS:  Just two
8  housekeeping matters, if I may, as we
9  start again, three actually.
10       I understand we're going to go
11 until 1, which is fine.
12       I have a family emergency, so
13 my phone may ring and I want to apologize
14 to the witness and to counsel in advance.
15       And third, I'm told that with
16 two New Yorkers talking to each other, it
17 goes very fast and overlaps and so I'll
18 undertake, and I would ask the witness to
19 undertake, that we try to avoid
20 interrupting each other in the interest of
21 a clean record, because I think poor
22 Jineen, she is not looking frazzled, but
23 she must be frazzled.
24       THE WITNESS:  I would
25 appreciate that too.

Page 183

1        KOHLMANN
2  BY MR. LEWIS:
3    Q.   Mr. Kohlmann, do you have any
4  formal training in statistics?
5    A.   No, I do not.
6    Q.   Do you have any formal training
7  in accounting?
8    A.   No, I do not.
9    Q.   Do you have any formal training
10 in banking?
11   A.   No.
12   Q.   You don't consider yourself an
13 expert in Islam, do you?
14   A.   Well, I'm an expert in Islam in
15 the sense that I can explain to you about
16 the religion, the various different
17 aspects of it, I mean, I studied it.
18       I don't know that my primary
19 expertise is Islam, but I do have
20 expertise in Islam, sure.
21   Q.   Again, I'm going from a cold
22 record, so I am going to show you document
23 77, which is Exhibit 1009.
24       ( Exhibit 1009, Transcript
25 11/28/2007, was marked for identification,

Page 184

1        KOHLMANN
2  as of this date.)
3    Q.   I am going to ask the witness,
4  it is a transcript of a Daubert hearing
5  with Mr. Kohlmann in the United States
6  case of United States versus Muntasser
7  from the United States District Court in
8  District of Massachusetts.
9        I am going to direct your
10 attention, sir, to the last line on page
11 25 and top of page --  line 25 on page 13
12 and the beginning of page 14, obviously
13 you're free to read it around there for
14 context and --
15       MR. HAEFELE:  If you're going
16 to give him the freedom to do that, you
17 need to wait until it is uploaded to
18 Egnyte as well.
19   A.   I just read it, I just read it,
20 this is exactly what I just said; in other
21 words, exactly what I just said.
22       My primary expertise is not in
23 Islam, but I do have a certificate in
24 Islam and I have expertise in Islam.
25       I don't generally proffer

Page 185

1        KOHLMANN
2  myself as an expert in Islam, however I
3  have given expert testimony about Islam
4  generally speaking relating to topics that
5  are germane to my specific area of
6  expertise.
7        So if you're asking about the
8  term mujahideen or Jihad or Shahada,
9  things like that, yes, I have been asked
10 to provide expert opinions about that, but
11 that's because these are things that are,
12 you know, these are elements of my own
13 training, and while they are elements of
14 Islam, they are also inherent in what I do
15 as well.
16   Q.   Are you testifying today as an
17 expert in Islam?
18   A.   I believe I am testifying as to
19 the meaning of particular terms and the
20 significance of Islam in Saudi Arabia, but
21 I think that's not necessarily expertise
22 in Islam, it is expertise in contemporary
23 Islam and it is more political than I
24 think it is religious.
25   Q.   Are you an expert, sir, do you

47 (Pages 182 - 185)

Page 210

KOHLMANN

1
2  A.   Okay.
3  Q.   I am going to ask you beginning
4  on line 7, "My concern I guess is
5  Mr. Kohlmann's penchant for overstatement
6  and my concern that that would translate
7  into jumping to conclusions or accepting
8  the overstatements of others, and given
9  that I am going to limit him on certain
10 subjects, I'm going to permit the
11 testimony with the caveat that some of his
12 more expressive language is going to have
13 to be cabined."
14       My question for you, sir, does
15 this refresh your recollection that the
16 judge made a reference to "Mr. Kohlmann's
17 penchant for overstatement"?
18 A.   No, I never heard that first
19 part, but the second part I'm familiar
20 with, the expressive language bit I am
21 familiar with and I can explain that if
22 you would like.
23 Q.   Don't need that, I am asking if
24 you recall this testimony --
25 A.   The first part I am not

Page 211

KOHLMANN

1
2  familiar with, no.
3  Q.   You have no reason to think he
4  didn't say that now that you see it in the
5  transcript?
6  A.   I don't have any reason to
7  believe the transcript is wrong.
8       Again, I testified in the case
9  and I know what he is referring to in that
10 second statement, because what he is
11 talking about is he didn't want me to
12 refer to the word Jihad or Al Qaeda,
13 excuse me.
14       I couldn't say the name of my
15 book, so even describing my
16 qualifications, I wasn't allowed to say
17 the title of my book.
18       Basically the judge decided
19 that in order to try to keep this to a tax
20 case, he didn't want mention of the word
21 Al Qaeda or Osama bin Laden anywhere,
22 right, so that's certainly fine, although
23 it was a little odd, because I was having
24 to describe my book without actually
25 describing what was in it or title or

Page 212

KOHLMANN

1
2  anything else.
3  Q.   Let's go to page 30 and take a
4  look at the paragraph that begins at line
5  5, "I do think, however, that the
6  testimony would assist the jury in the
7  following respect; that to the extent that
8  the newsletters or other materials make
9  reference to groups, events, people,
10 places and so forth, particularly in
11 Chechnya and Bosnia and Afghanistan, that
12 Mr. Kohlmann can provide some explanation
13 of those references with the caveat that
14 he does not speak Arabic and is not an
15 expert on Islam; therefore I don't think
16 he could testify, for example, as to what
17 Jihad means within the Islamic religion or
18 what a particular Arabic term means as a
19 general matter."
20       Is that what you were referring
21 to in your explanation?
22 A.   No, I think this is something
23 separate, yes.
24 Q.   Were you aware at the time he
25 made that ruling?

Page 213

KOHLMANN

1
2  A.   Honestly, I can't remember,
3  because in a number of different cases I
4  have been approved by a judge to do
5  exactly this, so this is the only case I
6  think where a judge didn't allow me to say
7  what Jihad means.
8       I honestly don't recall this
9  one.
10 Q.   Is it your recollection this is
11 the only case you were not allowed?
12 A.   I do not recall, but, again, I
13 can only tell you what I do recall.
14       What I recall is there are
15 multiple cases where I have been
16 specifically approved by a judge to talk
17 about the meanings of the word Jihad,
18 Jihadeen, Shahada, things like that,
19 infidel, kafir, kafir, things like that,
20 specifically what this means within the
21 Islamic religion, et cetera, et cetera,
22 right.
23       Generally speaking, I'm not
24 proffered as an expert on Islam, that's
25 true, and I don't speak Arabic, that's

54 (Pages 210 - 213)

Page 214

1        KOHLMANN
2 true, but I have expertise in Islam and
3 understanding what mujahideen means
4 doesn't require knowledge of Arabic.
5        So I think the answer is that I
6 don't recall this, but the reason is
7 because I have been approved multiple
8 times since then to do exactly this in
9 other courts.
10    Q.    Let's talk about United States
11 versus Kabir, do you remember that case?
12    A.    It is in Riverside, California,
13 if I remember correct.
14    Q.    There was a Daubert hearing in
15 that case as well?
16    A.    Correct, yes.
17    Q.    And was that one of your
18 homegrown terrorist cases?
19    A.    Well, I think is it depends how
20 you define it, but it did involve
21 individuals with homegrown extremists,
22 yes.
23    Q.    Do you recall that the judge in
24 that case said that he refused to let you
25 testify on homegrown terrorist profiles

Page 215

1        KOHLMANN
2 stating, quote, "you are," quote,
3 "'unfamiliar with basic terms and theories
4 of social science research,'" unquote,
5 "and that you do not, quote, '"employ or
6 recognize social scientific tools, such as
7 random sampling and blind tests to control
8 for bias or error.'"
9        Do you recall the ruling, the
10 judge making that ruling in that case?
11    A.    I recall the judge ruling that
12 I was not allowed to testify on the
13 homegrown terrorist model, yes.
14    Q.    Would you like to see the
15 specific language or are you content --
16    A.    No, I just made clear that I
17 did testify in that case, I just didn't
18 testify about homegrown terrorist model, I
19 testified everything in it except for the
20 model.
21    Q.    Let me ask you about the Babar
22 Ahmad case.
23        Do you remember in that case
24 you changed a transcript of Jamal al-Fadl
25 and put the term in brackets Al Qaeda for

Page 216

1        KOHLMANN
2 where he said rule, when he was talking
3 about his experience in Afghanistan?
4        MR. HAEFELE:  Objection to
5 form.
6    A.    Yeah, I think --  I believe I
7 do, it was a mistake I made, that's
8 correct.
9    Q.    You made that mistake in Babar
10 Ahmad, that where he was talking about
11 what was happening in camp, he said the
12 rule and you substituted Al Qaeda?
13    A.    I was reading a transcript and
14 I was under the understanding that he was
15 referring to Al Qaeda when he was
16 discussing it, but upon further review and
17 after lengthy discussion and what not, my
18 sense is it probably is not, but, yeah, I
19 would say afterwards --  I'm certainly not
20 sure enough to say for sure he was
21 referring to Al Qaeda, no.
22    Q.    The Hasbajrami case, you put
23 the same brackets in Al Qaeda rather than
24 rule a year later?
25    A.    Yeah, I'm sure.

Page 217

1        KOHLMANN
2        The issue in that case, the
3 Hasbajrami case was not an issue about
4 whether or not Jamal al-Fadl --
5        THE COURT REPORTER:  Stop, I
6 couldn't hear you.
7        THE WITNESS:  It's my fault,
8 I'm speaking too fast.
9    A.    In the Hasbajrami case, which I
10 don't know the spelling offhand, I'm very
11 sorry, the key issue in that case was not
12 whether or not Jamal al-Fadl said that
13 about Al Qaeda, the key issue was about
14 providing basic Al Qaeda background.
15        I think I just, you know, I was
16 just including kind of general Al Qaeda
17 background in my expert report, it is
18 possible I included that too by accident,
19 but that's -- again, that fact wasn't
20 germane to the case, it wasn't significant
21 to the case, it didn't change the meaning
22 of my expert report, it didn't change the
23 meaning of whether or not my expert
24 analysis was relevant or what the
25 conclusion was, you know, it was a typo.

55 (Pages 214 - 217)

Page 274

1           KOHLMANN
2  organization and methods of terrorist
3  groups, the meaning of Islamic religious
4  terminology used by such groups, and the
5  web of relationships between a terrorist
6  group and other groups, foreign states,
7  and individuals that have varying degrees
8  of sympathy for the terrorist group's
9  goals," and then there is a citation.
10         MR. HAEFELE:  Is there a
11 question in there?
12         MR. LEWIS:  I was about to get
13 to it, I just wanted to put in what I was
14 asking about.
15   Q.    Do you agree with the terrorism
16 and evidence experts so styled in the
17 Supreme Court brief with respect to their
18 observations about area expertise?
19         MR. HAEFELE:  Before you answer
20 the question, objection to the form,
21 objection to the compound question and
22 objection to the characterization of the
23 people who put in this brief for alleged
24 amici, which I don't know whether it was
25 ever approved or not.

Page 275

1           KOHLMANN
2   A.    I don't know who these people
3  are or --
4         MR. LEWIS:  I can make a
5  representation that the amici were
6  approved and the brief was filed, but your
7  objections are noted and I just want to
8  understand this witness' views with
9  respect to the importance of area
10 expertise and whether that statement is a
11 statement with which he would agree or
12 disagree.
13        MR. HAEFELE:  I am not
14 preventing you from asking the question or
15 questions that you're asking, just
16 objection at this point particularly
17 because it is compound.
18   Q.    Can you answer the question,
19 Mr. Kohlmann.
20   A.    I agree and I disagree with
21 parts of this.
22        I think the idea that you need
23 in-depth knowledge of Arabic is incredibly
24 chauvinist, because the whole idea of area
25 expertise, many areas are where people

Page 276

1           KOHLMANN
2  don't speak Arabic, many of the cases I've
3  dealt with here in the U.S., the
4  individuals speak primarily English.
5         As far as in-depth knowledge of
6  Islamic culture, I have that, it is very
7  helpful, the fact that I have a
8  certificate in Islam, the fact that I know
9  about Islamic terminology, I have spent
10 time in the Islam world, I know the
11 difference between someone, as you pointed
12 out, saying the Shahada in a religious
13 context, versus saying in a more political
14 context, I understand that.
15        But I would say in-depth
16 knowledge of Arabic per se, that's a
17 chauvinist way of looking at it, assuming
18 that every single Islamic terrorist group
19 speaks Arabic, which is not true.
20        And I think that kind of gets
21 to the key issue here, that most of the
22 experts that I know, many, not most, I
23 would say many of the experts I know that
24 focus on these areas, they don't
25 necessarily speak Arabic fluently because

Page 277

1           KOHLMANN
2  of the fact that they deal in a variety of
3  areas, some of which people speak Arabic
4  and others not.
5         In Bosnia and in Chechnya they
6  don't speak Arabic, so if you're trying to
7  study foreign fighters in those areas, you
8  really, if you really wanted to study all
9  the language, you would have to study
10 Chechnya, Arabic, Bosnia-Croatian, it is
11 not possible to study all those languages.
12        But having a familiarity with
13 Islamic culture, having familiarity with
14 the different geographic areas and history
15 that has taken place in those areas that
16 might have led to Al Qaeda franchises or
17 terrorist groups in general having sprung
18 up there, sure.
19        I mean, someone that's
20 researching Hamas and has never done
21 research into the Arab-Israeli conflict is
22 probably not generating very valuable
23 opinion.
24        Someone that has -- is writing
25 about Al Qaeda and has never studied

Page 278

1        KOHLMANN
2  Afghanistan or the Afghan-Soviet War or
3  Islamism in Afghanistan or Islamism in
4  Saudi Arabia, yeah, sure, that's all
5  necessary, that's why I got my certificate
6  in Islam, my understanding, and that's why
7  I took all that course work at Georgetown
8  focused on, you know, Islamic movements in
9  those countries.
10         That part is true, yeah, sure,
11  sure, I mean, it is important to have some
12  local understanding of those conflicts.
13         But, again, I'm just being very
14  clear here, I'm not studying terrorist
15  organizations in general.
16         Generally what I'm studying is
17  transnational terrorist organizations that
18  operate in a variety of different areas.
19         So while having some knowledge
20  of that particular area and what's going
21  on in is certainly helpful, it's not any
22  one area and we're not  -- I'm not a
23  geographic area studier, I'm looking at
24  the transnational group that is spread out
25  in lots of different areas, that's the

Page 279

1        KOHLMANN
2  focus of my studies.
3     Q.    Let's talk about Al Qaeda.
4         You would agree --  by the way,
5  have you reviewed all of the Abbottabad
6  documents that were found in Osama bin
7  Laden's compound?
8     A.    Enough to see my own documents
9  popping up in there, yes.
10    Q.    And have you reviewed the
11  Harmony database?
12    A.    I mean, it is a huge database,
13  but, yes, I am familiar with it, I have
14  seen plenty of documents in it, it is
15  interesting but it's not  -- you have to
16  be very careful about relying on that as
17  being the end-all be-all of everything of
18  Osama bin Laden or everything Al
19  Qaeda-related.
20    Q.    The language in which members
21  of Al Qaeda communicated was largely they
22  were communicating in Arab --
23    A.    In the Harmony documents, yeah.
24        Not in Indonesia, not in
25  Bosnia.

Page 280

1        KOHLMANN
2         That's the thing, the Harmony
3  documents are a very narrow view of a
4  particular era, of particular location, of
5  particular people.
6         If you broaden it out, Al Qaeda
7  literally has people all over the place,
8  right.
9         Some of those people don't
10  speak Arabic that well, which is kind of
11  funny, not most, but some.
12         Some of the documents that
13  you're talking about here are not
14  documents necessarily just from Al Qaeda,
15  but they're from local law enforcement
16  institutions, local religious
17  institutions, they are interviews with
18  local eye witnesses.
19         I mean, I worked on a case with
20  the United Nations involving war crimes in
21  Bosnia and the interviews were in Arabic,
22  English, Croatian, Russian.
23    Q.    I asked you a straightforward
24  question, which was, were the members of
25  Al Qaeda generally communicating in

Page 281

1        KOHLMANN
2  Arabic, is that right or not?
3     A.    Sometimes, sometimes not.
4         Again, you know, I am familiar
5  with the communications I've seen, many of
6  them are in Arabic, some are also in
7  English and other languages.
8         So, you know, I think the idea
9  that you have to have in-depth knowledge
10  of Arabic, that depends where you're
11  studying, what you're studying and the
12  problem is that you can speak great Arabic
13  but that doesn't mean anything for Pashto,
14  Urdu, Serbo-Croation, Tagalog.
15    Q.    None of which of you speak,
16  correct?
17    A.    Bingo, I can't speak all those
18  languages.
19    Q.    Or any?
20    A.    Well, I know some Arabic, but I
21  am not fluent.
22    Q.    Let me move on a bit.
23        I want to talk a little bit
24  about relationships with your peers.
25        We talked about Dr. Sageman

71 (Pages 278 - 281)

Page 374

1     KOHLMANN
2  always scrambling to get them.
3         But, you know, running an
4  international terrorist enterprise even
5  with, you know, that many people, it's
6  costly.
7         That's why he lost a lot of his
8  people, because it's costly, he couldn't
9  afford to pay all of them what they
10 wanted.
11    Q.    You would agree, then, Al Qaeda
12 was in a cash crunch during that period
13 and spending funds as quickly as it
14 received them?
15    A.    It needed every dollar it could
16 get and it was engaged in advanced
17 strategies in order to get them, even
18 smaller amounts.
19        There is a case of a charity
20 here in the United States that was out in
21 California, charity called Charity Without
22 Borders, it was started by Adam Gadahn,
23 who eventually became the spokesperson for
24 Al Qaeda in Afghanistan.
25        The charity was basically a

Page 375

1     KOHLMANN
2  front, it was to bring money into
3  Afghanistan, but the amounts were small,
4  total number I think was $30,000, right.
5         So what does this tell you, it
6  tells you that Al Qaeda was engaged in
7  advanced schemes to get money, sometimes
8  that money was smaller amounts, it lost
9  money along the way, but that's truly the
10 story of what it was doing.
11    Q.    Let me move on.
12        Do you have any training, sir,
13 any formal training in accountancy?
14    A.    No, not beyond just analyzing
15 the financial documents of charitable
16 organizations, that's it.
17    Q.    You're not a CPA?
18    A.    No, no, no, no.
19    Q.    You say, "Financial
20 irregularities and atypical accounting
21 practices are not bugs but features of
22 these groups."
23    A.    Yes.
24    Q.    Mr. Winer said the same thing,
25 that's a term in the computer world, I'm

Page 376

1     KOHLMANN
2  just trying to get an understanding of how
3  you settled on that expression.
4     A.    I develop software, so that's
5  just when you develop computer software, I
6  guess that's just, you know.
7     Q.    Often it is a bit of a joke in
8  the computer software industry that when a
9  user complains about a bug, the developer
10 says it is not a bug but a feature?
11    A.    Yeah, something like that, yes.
12    Q.    You talked about Islamic
13 charities.
14        Is it fair to say the financial
15 accounting irregularities are, in your
16 terms, not bugs but features of all
17 charities?
18    A.    I wouldn't say so, no, no.
19        I think -- you know, look, I
20 think it is fair to say that with
21 nonprofit organizations where you don't
22 have a huge budget, sometimes mistakes are
23 made and those mistakes are made, you
24 know, sometimes innocently and by
25 charities around the world, right.

Page 377

1     KOHLMANN
2         I haven't seen a lot of
3  instances where law enforcement agencies
4  have written lengthy reports about how one
5  particular charity seems to be involved in
6  all sorts of, you know, burning records,
7  cheating, forgery, and they're using those
8  words.
9         You know, it could mean just
10 graph, it could mean theft, but it also
11 happens to be something very useful if
12 you're looking to launder money and
13 terrorist groups are always trying to
14 launder money from legitimate sources,
15 including in this case charities.
16    Q.    Are you aware of the Harvard
17 study in 2006 that Mr. Winer cited in his
18 report that showed $40 billion was lost
19 from U.S. charities through embezzlement
20 and fraud?
21    A.    No, I am not familiar with that
22 report.
23    Q.    Does that number sound right to
24 you?
25    A.    I have no idea, I don't know,

Page 422

1  KOHLMANN
2  presumably in '87 or '88, they only got
3  there in late '86.
4       But, again, I can't say exactly
5  when it was, it was sometime in that
6  period.
7       But the Afghan war was over in
8  late '88.
9       Most of the Afghan war took
10 place long before these guys ever got
11 there.
12   Q.   Right, I think the Soviet
13 completed their withdrawal in February of
14 '89, does that accord with your
15 understanding?
16   A.   Approximately, yeah, but,
17 again, they were already mostly withdrawn
18 long before then, that was just the last
19 bits were in December and January.
20   Q.   Beginning in 1988.
21       Do you know when in 1988 Zia
22 Ul-Haq's plane blew up?
23   A.   Offhand I forget which month, I
24 remember it was '88, but I forget which
25 month it was.

Page 423

1  KOHLMANN
2   Q.   I think it was August of 1988;
3  so we know it was before August of 1988?
4   A.   I don't know, but if you say
5  August, it is possible.
6       It is possible that this
7  document is from sometime in mid 1988, I
8  would believe that, sure.
9   Q.   It could have been earlier, it
10 could have been '87 as well, you can't say
11 one way or another from the context or the
12 date or anything else about the document?
13   A.   I would have to look again at
14 the source more closely.
15      Again, the original source
16 probably has a date on it somewhere, but I
17 just don't have access to that.
18   Q.   We have seen the Arabic
19 document and at least it doesn't have a
20 legible date on it, that's why we're
21 trying to figure that out.
22   A.   That's not entirely surprising
23 given where it came from, these documents
24 were not in great condition when they were
25 recovered and they were very old.

Page 424

1  KOHLMANN
2       Honestly, you know, people's
3  handwriting and stuff, it is not that
4  surprising.
5       There is no doubt it is
6  sometime in '87 or '88 just looking at the
7  names of the people involved here and what
8  was going on, Muslim World League wasn't
9  heavily involved before '86, '87, so it
10 had to be '87, '88 when this meeting took
11 place.
12   Q.   Let me move you forward to page
13 18 of your statement, paragraph 49, and
14 there you discuss an organization called
15 the Fiqh Council, F-I-Q-H, Fiqh Council,
16 and let me have an ongoing apology to
17 Jineen for all of these words, names, and
18 the like.
19      Fiqh, can you tell us what that
20 is?
21   A.   The jurist prudence of Islam,
22 basically going through religious rulings
23 and coming out with fine rulings about
24 particular issues.
25   Q.   You cite a resolution there,

Page 425

1  KOHLMANN
2  the fourth resolution on collection and
3  distribution of Zakah and Oshr in
4  Pakistan.
5       Do you know when this
6  resolution was adopted?
7   A.   I have to admit offhand I do
8  not, I would have to take a look at the
9  original document, I don't remember.
10  Q.   Well, I can represent to you
11 that it was adopted during its eighth
12 session between the period 18 to 29
13 January 1985.
14  A.   Okay.
15  Q.   Do you accept my
16 representation?
17  A.   To the degree that you're
18 telling me; I have no way of verifying,
19 but for the purposes of the following
20 conversation, I'll accept that as being
21 the premise.
22  Q.   You quote certain passages
23 there about armed Jihad and I'd like to
24 direct your attention to paragraph 4,
25 which states, "since the Muslim countries"