# EXHIBIT B



# Saudi Arabia
## and the
# Politics of Dissent

Mamoun Fandy

Few books on Saudi Arabia use primary sources to examine internal Saudi dissent. In contrast, *Saudi Arabia and the Politics of Dissent* relies on field work and the analysis of more than one hundred taped sermons by Saudi Islamic activists, examining their personal backgrounds, their rhetoric, and their strategies Mamoun Fandy traces the evolution of Islamic opposition in Saudi Arabia, focusing on the Gulf War and its aftermath and scrutinizing the works of Safar al Hawali and Salman al-'Auda. He also documents the history of the Shi'a Reform Movement and its leader, Sheik Hassan al-Safar, of Mohammed al-Mas'ari and his Committee for the Defense of Legitimate Rights; of Sa'd al-Faqih and the Movement of Islamic Reform in Arabia; and, finally, the radical Usama bin Laden and his organization. By analyzing the Saudi opposition's use of modern communication technologies and discussing the ways in which supposedly fundamentalist thinkers have been influenced by global debates and events, *Saudi Arabia and the Politics of Dissent* contributes significantly to the theoretical debate on domination and resistance in the current age of globalization and postmodernity.

*For a note on the author, please see the back flap.*

# Saudi Arabia and the Politics of Dissent:

*Mamoun Fandy*

St. Martin's Press
New York



*To my two intimate friends:*
*Haj Hamza Fandy and Haja Datfiya Yaseen (my parents)*

SAUDI ARABIA AND THE POLITICS OF DISSENT

Copyright © Mamoun Fandy, 1999. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles or reviews. For information, address St. Martin's Press, 175 Fifth Avenue, New York, N.Y. 10010.

ISBN 0-312-21021-3

Library of Congress Cataloging-in-Publication Data

Fandy, Mamoun, 1961–
    Saudi Arabia and the politics of dissent / Mamoun Fandy.
        p    cm.
    Includes bibliographical references and index.
    ISBN 0-312-21021-3
    1. Saudi Arabia—Politics and government.   2. Government,
resistance to—Saudi Arabia.   I. Title.
DS244.63.F36   1999
322.4'2'09538—DC21          98–42909
            CIP

Design by Letra Libre

First edition: February, 1999
10   9   8   7   6   5   4   3   2   1

# Contents

*Acknowledgments*                                                                                   ix

Introduction                                                                                         1

Chapter 1
Context: Concepts, Parameters, and History                                                          21

Chapter 2
Sheikh Safar al-Hawali, Geopolitics, and Islamic Dissent                                            61

Chapter 3
Salman al-'Auda: A Preacher from the Heartland                                                       89

Chapter 4
Muhammed al-Mas'ari and The Committee for the
Defence of Legitimate Rights (CDLR)                                                                 115

Chapter 5
Sa'd al-Faqih and the Movement for the Islamic Reform in Arabia                                     149

Chapter 6
Usama bin Laden and the Advice and Reform Committee                                                 177

Chapter 7
Sheikh Hassan al-Saffar and the Shi'a Reform Movement                                               195

Chapter 8
Conclusion                                                                                          229

*Notes*                                                                                             249
*Index*                                                                                             267

# Acknowledgments

F irst and foremost, I wish to thank my wife, Judith Caesar, who repeatedly read and commented upon this manuscript in all its phases. My thanks also go to my parents, who, although they have never understood why I left their world of oral tradition for the world of the written word, have remained loving and supportive.

In addition, I would like to thank colleagues who have commented upon various chapters. Dr. F. Gregory Gause of the University of Vermont has been the most critical and the most helpful. Dr. John Voll and Dr. John Esposito of Georgetown University also provided insightful criticism and suggestions. I also appreciate the kindness of Dr. Sana Abed-Qotob.

Finally, I wish to thank the Saudis of all political persuasions who were so generous in granting me interviews and in helping me to understand the complex political structures of their country.

CHAPTER SIX

# Usama bin Laden and the Advice and Reform Committee

*"Good Gracious! Anybody hurt?"*
*"No'm. Killed a nigger."*
*"Well, it is lucky, because sometimes people do get hurt."*

—Mark Twain, *The Adventures of Huckleberry Finn,* Chapter 32

*"What matters is that in Riyadh and Khobar no Saudi was hurt, only Americans were killed."*

—Usama bin Laden, Interview, *Al-Huquq,* 1997

Central to Usama bin Laden's politics is the division between the world of "us" and the world of "them," Muslims/non-Muslims, believers and non-believers, Saudi/non-Saudi. The circle grows smaller or wider depending on the conflict and the combatants. Although his activities seem to blur the borders between the local and the global, his rhetoric and his intellectual production work as a divide between "us" and "them." Like the racialism of the American south depicted by Mark Twain in the opening quote, Usama bin Laden's xenophobia excludes the different others from the realm of humanity, thus his reaction to the killing of Americans in the Khobar bombing. What drives this callousness in this particular case?

Unlike previous Saudi opposition leaders such as Salman al-'Auda and Safar al-Hawali, who are elaborating a transcript and a discourse that shields Muslims and their culture from the Western onslaught, bin Laden is willing to use violence to prevent the "West" and its values from dominating Muslim lives.[1] He also differs from them in another respect. While their opposition exists in global media space and cyberspace, bin Laden's exists not only in these spaces but also in the worlds of weapons and high finance. What went into the making of Usama bin Laden, and how are we to understand him? In discussing the previous opposition leaders, I focused on the domestic factors that figured so prominently in their discourse. In the case of bin Laden, however, an analysis that emphasizes only domestic variables within Saudi Arabia is less useful. Bin Laden lives both inside and outside of Saudi Arabia, on the borderline between domestic and international politics. Thus we cannot understand him without understanding global and local politics simultaneously. We have to understand why he was driven out of Sudan, why he was stripped of his Saudi citizenship, why he is under the protection of the Taliban fighters in Afghanistan, and why the American and the Saudi governments are after him. This puts us face to face with a different kind of opposition, and the domain of analysis has to be broadly defined to include not just the Saudi political system and Saudi society but borderline politics and the global system. This transnational component of the Saudi opposition forces us to refine our concepts as well as our tools.

Although bin Laden's Peshawar and Afghani experiences appear novel to some and may lend support to the current global moment, Wahhabism was a force in Afghanistan and its politics two centuries before bin Laden. In 1824 the Wahhabi sheikh Saiyid Ahmed declared a jihad against the infidels in the Punjab region. In fact, he was fighting the British in the same way that bin Laden was fighting the Soviets in his time, both movements fueled by Wahhabism. In 1830 the Wahhabis occupied Peshawar and built a state there; their coins carried the name of Ahmed. The Wahhabi resistance against colonialism in India is very well documented, especially during the uprising of 1857 to 1859. The Wahhabi movement also influenced other movements in North and West Africa. Bin Laden's activities are thus in many ways a continuation of a historical pattern.[2]

No matter how seductive the historical continuity, bin Laden is also shaped by various other forces. While some factors relate to bin Laden as a person and the local politics of Saudi Arabia, other factors relate to the rise in the politics of identity on a global scale and the position of Muslims in this new world. Still others relate to U.S. politics in the Middle East and the Muslim world or to the new information age and the nature of the media. As these factors converge, there is a dialectical process in which Western governments and media agencies shape bin Laden's image to serve their own interests, and bin Laden draws on

these constructed images to highlight the "anti-Muslim" nature of U.S. foreign policy. As Muslims watch the Arab-Israeli peace process deteriorate and sanctions are imposed on numerous Muslim countries such as Iraq and Libya, anti-American sentiments intensify. Bin Laden manipulates these sentiments and presents himself as a defender of the faith against an aggressive West.

The role of Western governments and media in this dialectical process made bin Laden a household name both in the United States and abroad due to his presumed connection to the Riyadh bombing and the bombing of the Khobar Towers. Although bin Laden never directly admitted responsibility to the two bombings, the media assumed that he was the mastermind behind these attacks. Some U.S. government officials have supported this media image by casting bin Laden as terrorist financier.[3] Although bin Laden has never been charged with an offense in the United States or Britain, the governments of both countries consider him a dangerous person and seek to convince others that he poses a global threat. The Saudi government and media likewise exaggerate the image of bin Laden and his ability to cause damage, thereby further enhancing his global importance.[4]

While bin Laden's image is clearly influenced by Saudi and Western governments and media, he plays an active role in the dialectical process of image-making. As is the case with many radical leaders, exposure on CNN and through other media outlets gives both the leader and his followers an exaggerated sense of their own importance. Bin Laden, for instance, believes that he and his followers brought down the evil empire of communism in Afghanistan. He thinks he is also capable of defeating the leaders of the capitalist world. As he attacks the United States and threatens its interests, he attracts more media attention. His image from his hiding place in Afghanistan becomes larger than life. Moreover, he also plays on U.S. foreign policy in the region in order to influence the image of the United States and Western world. In the same way we know of bin Laden here through the Khobar bombing, he and many Arabs knew of the United States through its support for Israel. Images, no matter how distorted, have shaped bin Laden's understanding of the West and the West's understanding of bin Laden.

Currently it is difficult to tell the difference between bin Laden the image and bin Laden the man. This chapter attempts to sort out the two and analyze the impact of their interplay to assess both the man and his organization. But, first, what is the Committee for Advice and Reform, and who is Usama bin Laden?

### The Launching of The Advice and Reform Committee

The Advice and Reform Committee (ARC) is an umbrella organization for many radical groups in Saudi Arabia that have been active since the early

1980s. Its members took advantage of government support for the Muslims in Afghanistan to gain military experience. Khaled al-Fawaz, bin Laden's representative in London, is an activist who was born in Kuwait in 1962 and returned to Saudi Arabia in 1979.[5] Like al-Faqih, he returned to Saudi Arabia at the time of political turmoil: the Iranian revolution, the Juhaiman takeover of the Grand Mosque, and the disturbances in the Eastern Province. Al-Fawaz's family comes from al-Zubair region in Iraq, as does al-Faqih. Bin Laden is also a marginal figure in terms of tribal genealogy and place of birth. Saudi Arabia is not his deera (land), although he was born in Riyadh. His family comes from the Hadramout region of southern Yemen. In spite of his family's incredible wealth, he is considered non-Saudi and for this alone even the poor of the Najd look down on him. Thus the theme of marginal figures using religion to establish their own position in a society dominated by tribalism and Islam continues in this case as well.

Further damaging to bin Laden's standing in the community is that this money came from his family's connections with the royal family. Most of the wealth of the bin Laden Group is the direct result of major state contracts, such as the reconstruction of the Muslim holy sites in Mecca and Medina.[6] Because the family acquired its wealth as a result of its relationship to the state, they were willing to denounce and disown bin Laden when he became an opposition figure. For the family business, good relations with the royal family were more important than Usama. When he left Saudi Arabia, he took his share of the $260 million family fortune with him and used this money to maintain his position as a financier and philanthropist in the eyes of his followers.

Many describe Usama as a very gentle and pious man. His volunteering for the jihad in Afghanistan to fight on the side of Muslims against the communists came from his deep religious convictions. A fellow Afghan volunteer said, "He was a hero to us because he was always on the front line. He not only gave his money, but he also gave himself. He came down from his palace to live with the Afghan peasants and the Arab fighters. He cooked with them, ate with them, dug trenches with them. That was bin Laden's way." His involvement with the conflict in Afghanistan started in the early 1980s, when, with the help of the Saudi government, he set up the Islamic Salvation Foundation to recruit Arabs to the Afghani cause. Through his personal contacts and funds, he was able to recruit fighters from various Islamic countries including Saudi Arabia, Egypt, Turkey, Yemen, Algeria, and Lebanon. As he started his operation in Afghanistan, bin Laden used his company to build bomb shelters, strategic roads, and hospitals. All of these activities influenced those around him, and many "Arab Afghans" supported him as their leader. As a guerrilla commander in Afghanistan, bin Laden is proud of two particular battles, Jaji in 1986 and Shaban in 1987. Later, his

battle against communism went beyond the Afghani conflict to include Yemen and the struggle of the government of the north against the communists of the south. In fact, in some of his communiqués, he chastises the government for its "support of the infidel communists in southern Yemen" against the Islamic north.[7] In both Afghanistan and Yemen, he acted on his ideological convictions and thus won the confidence of his followers.

The group's objectives are revealed in a second document entitled *Ta'reef wa Tabiyin* (Description of the organization and its goals), which gives the reasons for establishing its office in London. "Due to the government ban on freedom of expression, the group finds it necessary to set up its operation abroad."[8] Al-Fawaz asserts that ARC was in the making even before the CDLR or any other group came into being. "We were there, working secretly since the early 1980s," he says. "But because we did not want the government to find out about our activities, we delayed the declaration of the organization." Al-Fawaz believes that the members of ARC were disappointed that the CDLR came into the open when the society at large knew little of the whole Islamic project. It is also surprising that al-Fawaz and the bin Laden group did not know of Mas'ari and his group. "We knew of Sheikh bin Jibreen, one of the founders of this committee, and Sheikh Abdullah al-Mas'ari, Mohammed's father, but we were not sure," he said in our interviews. "We thought at first that this may be a ploy by the regime to take the wind out of the sail of our movement, but by the time we realized that these were our brothers, they were taken into custody." However, as soon as the group made it to London, al-Fawaz and bin Laden did not mind cooperating with the CDLR. Bin Laden's group had their reservations about the CDLR and the whole reformist project and its pioneering approach to change the situation. "We know that the way of positioning the governed is not the right approach. We think that the government is not an Islamic one," al-Fawaz continued. He believes the tactical mistake of the other groups is that their demands are limited. "Suppose Abdullah becomes king and releases the prisoners and controls corruption, what is left in the program of al-Mas'ari and those who signed the petitions?" It is very illuminating that these groups are not as connected with or knowledgeable of each other as many would have supposed.

The group's sense of self and mission is defined as follows: "The Committee for Advice and Reform is an all-encompassing organization that aims at applying the teachings of God to all aspects of life."[9] The group's approach to social and political change is based on "a comprehensive understanding of Islam, the holy book and the Prophet's tradition as it was interpreted by our Sunni predecessors." This is central, since bin Laden presents himself as the legitimate heir of Sheikh Mohammed bin Abdul Wahhab. The organization has four aims: (1) to eradicate all forms of

Jahiliya (pre-Islamic or non-Islamic) rule and apply the teachings of God to all aspects of life; (2) to achieve true Islamic justice and eradicate all aspects of injustice; (3) to reform the Saudi political system and purify it from corruption and injustice; and (4) to revive the hezba system (the right of citizens to bring charges against state officials), which should be guided by the teachings of the top 'ulama. Although the goals do not make it clear that this group is out to destroy the current political structure, in interviews members are very clear that the system cannot be reformed and has to be changed completely.

Nonetheless, the early documents published by this group were not as confrontational as bin Laden's later messages, which advocated war against the "American-Israeli alliance and its local supporters."[10] These earlier messages emphasized a multitier approach to political change, including education, da'wa, and building alliances with other Islamic forces. In the second document after the announcement of the operation of the London office, the group emphasized educational means to achieve its mission. The group strives to use all modern technological means in order to educate the public about the Saudi political system and its problems. Second, it aims to use da'wa (missionary activities for the propagation of the faith) to promote virtue and suppress vice. Third, the group counts on "the cooperation and support of all Islamic forces that share the goals of the organization." Finally, this committee specifies that all means for social change or bringing about their vision of an Islamic state are permissible "as long as they conform to the teachings of the faith." This last statement is vague and could mean that the group intends to use force. The teachings of the religion are open texts that can be interpreted in various ways. Some interpretations could greatly restrict the use of violence; others permit its use. Thus far the teachings and statements of bin Laden seem to endorse a more violent approach to changing the system.

## Spheres of Movement and Influence

Bin Laden moves in two spheres of influence, one domestic and the other international. As I will show, it appears that bin Laden's international influence is greater than his domestic one. Yet his discourse focuses more on the domestic constituency. In this regard he is the opposite of Muhammad al-Mas'ari and Sa'd al-Faqih. Both focused on holding the western allies of Saudi Arabia to their professed values of democracy and human rights and engaged the West on this basis. Bin Laden focused on holding the Saudi state to its professed values. His dialogue with the West is confrontational, in part because his knowledge of the West is limited. Again, while al-Faqih and Mas'ari encountered the West through education and lived experiences,

bin Laden's encounter with the West was through America's involvement in Afghanistan and its policies in the Middle East, especially its blatant support of Israel. These encounters shaped bin Laden's uncompromising discourse. In the next section I will identify bin Laden's local and global connections to evaluate his power base.

### The Local and Domestic Connections

Bin Laden's power base consists of three groups in Saudi society. A very small core group is dedicated to bin Laden as a leader and are bound to him by a bayi'a (oath of allegiance). These few believers are willing to die for him and his cause. However, recently one of his men, Sheikh Abu al-Fadhl, turned himself in to state authorities and gave the Saudi government important information about the group. The next tier of his supporters are people who are not part of his organization but see him as inspirational force and godfather of Islamic activism in Arabia. The third and most dangerous category is represented by the "Arab Afghans," the Saudi youths who went to Afghanistan and have different degrees of allegiance to bin Laden.[11]

Central to the frustration of the "Saudi Afghans" was the disjunction between the rhetoric of jihad that took them to Afghanistan and the total lack of appreciation that they saw when they returned to Saudi Arabia. They were expecting to be treated as heroes who defeated communism. In Saudi Arabia, however, the public did not share this euphoria with the Islamist fighters. Thus, like the Vietnam veterans in the United States, the fighters felt a sense of betrayal. This, in addition to shellshock and other war-related factors, turned these men into social misfits who were looking for another war to fight. Their anger at the Saudi government grew when it rejected bin Laden's offer to fight against Iraq, instead going ahead with its plan of bringing in the U.S. troops. After this refusal, bin Laden left Saudi Arabia for the Sudan and started his anti-Saudi campaign from there. As bin Laden failed inside the country, he looked at the outside world to change the Saudi political order and to continue his struggle for Islam as he saw it.

### Borderline Living, Resistance, and Global Constituency

The ideologically and geographically diffuse nature of the Islamist movement(s) has allowed bin Laden considerable flexibility in recruiting warriors and selecting his hiding places and allowed him to exploit the political tensions within the various countries in which he has taken refuge. His supporters range from the tribal leaders of Yemen, to the "Arab Afghans," to the governments of Yemen, Sudan, and Afghanistan, who have at least temporarily given tacit approval to his presence. Yet in the

same way that he exploits these states, they also use him. For example, at the behest of the Yemeni government, some Yemeni tribes expressed their willingness to host bin Laden and his troops, which helped to strengthen the Yemeni position in its negotiations with the Saudi government over their border dispute. When both governments were negotiating that dispute, one tribal leader stated in an interview in *Al-Quds al-Arabi* that an emissary from bin Laden had visited his tribe and that it was willing to give him all the support he needed.[12] Similarly, the Sudanese government has used bin Laden to extract concessions from both the Egyptian and the Saudi government. Because of bin Laden's connection with Egypt's Islamic group, Sudan has used him and his "Arab Afghans" to have leverage over Egypt. Sudan has also used him to get aid from Saudi Arabia and to use the Egyptians and the Saudis to pressure the United States to remove Sudan from its list of states that support terrorism. But bin Laden is in control of neither his agenda nor its consequences. Sudan can grant him protection at one time and throw him out of the country when he no longer serves their needs.

Bin Laden's contacts in Yemen, for example, reveal the complexity and the precariousness of these relationships. In direct competition with the Saudi government, bin Laden has developed ties with the Sanhane tribe, a branch of the Hashed tribal federation, the tribe of Yemen's president, Ali Abdullah Saleh. Bin Laden also has the support of the radical wing of the Islah party, the Islamist party of Yemen, because the leader of this faction, Abdul Majid al-Zandani, served with him in Afghanistan. Yet compared to the influence of the Saudi government among the Yemeni tribes, bin Laden's contacts in northern Yemen are certainly less than impressive. The Saudi government, on the other hand, has historically cemented special relationships with many Yemeni tribes; some are more loyal to Riyadh than they are to San'a, Yemen's capital. For example, Sheikh Abdullah al-Ahmer, the head of the Hashed tribe, the Islamist party, and the real power behind Ali Abdullah Saleh's regime, is very close to the Saudis. In fact, whenever the Yemeni government is in trouble with Saudi Arabia, Saleh usually sends al-Ahmer to iron out the differences. Thus although bin Laden's family comes from Yemen, it would be a mistake to exaggerate his influence or underestimate the influence of the Saudi government in that country. In fact, my interviews with some of Islah leaders in Yemen support an argument that Saudi Arabia controls both the tribes and the Islamic forces there.[13] Thus Saudi Arabia can threaten the regime of Ali Abdullah Saleh more than bin Laden can threaten the Saudis.

Bin Laden has a very close relationship with the Sudanese government under the leadership of the Islamic Front of Hassan al-Turabi and General Omar al-Basheer. For years Sudan granted bin Laden protection, allowed him to operate from its territories, and celebrated his presence in the Islamic conferences held in Khartoum. For instance, during the 1995 meeting of the Islamic People's Congress there, bin Laden was given an opportunity to present himself as a major leader of the Islamic movement. Under the auspices of Hassan al-Turabi, the real power behind Omar al-Basheer's regime, the congress brought together a host of organizations and their leaders, including: Imad Mughniyah, the second-ranking member of Hizbullah's security service; Fathi Shakaki of Islamic Jihad in Palestine; Mussa Abu Marzuk and Mohamed Nezzal of Hamas; Adnan Saadedine of the Muslim Brotherhood; Sheikh Abdul Majid al-Zandani, head of the Yemeni Majlis al-Shura; Mustapha Hamza; two other representatives of Egypt's Islamic Group; and many representatives from Iran, Algeria, Pakistan, and Tunisia. Bin Laden's presence at the congress testifies to the important role he plays within this diffuse, decentralized network.

But his allies and friends also reveal the complexity and fragility of modern political alliances. Although bin Laden has been under the protection of Afghanistan's Taliban movement since 1996, he also had ties since the early 1980s with its rival, the former president Gilbudden Hekmatyar. It is puzzling that Taliban leaders also have good relations with Saudi Arabia, since the Saudi government probably has more influence in Afghanistan than any other government. Yet bin Laden remains there unharmed. Perhaps the Saudis are not really interested in trying him and are satisfied merely to have him out of the way. Furthermore, the Taliban seem to enjoy U.S. support for their antinarcotics activities. This web of complex relations raises more questions for those interested in the role of nonstate actors in global politics.

Through these connections, bin Laden has made of himself a player in world politics, but like Mas'ari he is also likely to be the victim of these global relations, because the balance of power is not in his favor. His fate may not be all that different from that of Sheikh Omar Abdul Rahaman, the spiritual guide of Egypt's Islamic group. Both enjoyed the support of the Sudan and had some relations with the United States throughout the Afghan conflict. The only difference between the two is that while Abdul Rahaman was fighting a poor state like Egypt, bin Laden is fighting a very rich and powerful state. Symbolically, Saudi Arabia as the guardian of the two holy sites in Islam has more clout among Muslims than bin Laden will ever have. Materially, bin Laden has less money than even a minor prince in the Saud family. Yet bin Laden the man is not as important as bin Laden the agent who both plays on the differences among Arab states and also is used by them.

However, despite his vulnerability, both the nature of the movement and the existence of modern communications technology do give bin Laden's movement considerable power and influence. Now more than ever, networks

can be established instantaneously. Bin Laden depends on these transnational networks to circulate his message and fight for his cause. His major contributions within this network are financial, especially running training camps and probably funding actual terrorist attacks. The U.S. government is investigating him in connection with a December 1995 wire transfer of funds from the Armed Islamic Group (GIA) in Algeria to his headquarters in Khartoum, and the Egyptian government has linked him to the assassination attempt against President Hosni Mubarak in December 1995.[14] The U.S. State Department claims that bin Laden runs three camps in northern Sudan that train militants from Egypt, Algeria, and Tunisia.

### Bin Laden's Critique of the Saudi Political Order

Usama bin Laden's critique of the Saudi political system is a theme that runs through most of his group's communiqués and declarations. However, the best outline of this critique is summarized in communiqué 17, which the committee issued on August 3, 1995. The title of the communiqué is "An Open Letter to King Fahd." Here the group outlined its main grievances against the regime. These include "the lack of commitment of the regime to the teachings of Sunni Islam," as interpreted by the eighteenth-century reformer Sheikh Muhammed bin Abdul Wahhab, the state's inability to conduct a viable defense policy, the mismanagement of public funds and squandering of oil money, and finally, the dependence on non-Muslims for protection. Bin Laden and the ARC dedicate ten pages to explaining in detail what went wrong with the Saudi policy in these and other areas.

With regard to the state's lack of Islamic credentials, bin Laden starts his attack against state 'ulama who issue fatwas to justify the royal family's hold on power and give Islamic legitimacy to the state's reliance on non-Muslims for protection. Most of the supporting quotes of this section are taken from either the writings of Muhammed bin Abdul Wahhab himself or one of his successors. Thus, in this regard, bin Laden is more radical than the rest of the Saudi opposition, in that he wants to go back to the earlier teachings of Wahhab and his understanding of the relationship between the rulers and the ruled. As I mentioned earlier, bin Laden is critical of the 'ulama appointed by the king and very supportive of the ideas of Safar al-Hawali and Salman al-'Auda. He has devoted specific communiqués to defending these young 'ulama against the state and its 'ulama. Some of his statements are also taken from either Hawali or al-'Auda, especially on the normalization of relations with Israel. He also chastises Sheikh bin Baz for issuing a fatwa that accepts the idea of peace with Israel. Bin Laden is further critical of the way the Saudis handle their defenses and accuses the king and his brothers of squandering money generated from oil revenues. In the conclusion to his

open letter, bin Laden advises the king to resign: "We have proven that your regime is un-Islamic. It is mired in corruption and applies non-Islamic laws to certain aspects of the human dealings such as commercial law. It also has failed in the areas of the economy and defense. Thus, you should resign."[15] Bin Laden does not suggest an alternative, however, and seems willing to accept someone from the royal family itself. He uses the model of King Saud's removal from power and replacement by King Faisal, which suggests that he has a special animosity toward King Fahd. However, unlike the rest of the Shura council of ARC, especially al-Fawaz, bin Laden has refrained from criticizing Crown Prince Abdullah. Will the ARC and bin Laden change their position when Abdullah becomes king? The answer to this question depends on the intensity of differences among members of the ARC Shura council. It also depends on the policies Abdullah adopts when he assumes the throne.

Finally, bin Laden is gravely concerned with government suppression of dissent. He claims that all sectors have been wronged but makes particular note of tribal leaders, professors, merchants, and academics.[16] He is particularly angered by the arrest of the "honest" scholars, such as Salman al-'Auda and Safar al-Hawali.[17] These young 'ulama, according to bin Laden, are better than the establishment 'ulama because they speak truth to power.[18] Bin Laden argues against the establishment of an official body of 'ulama to interpret the Shari'a. He considers them apologists for the regime, with their main purpose the masking of the degree by which Saudi policy has strayed from the Shari'a.

### Can bin Laden Undermine the Saudi-Wahhabi Alliance?

For the Saudi government, bin Laden poses a threat not through "terrorism" alone but in undermining the regime's Wahhabi and Hanbali base. He challenges the regime by holding its 'ulama to the Hanbali school of jurisprudence that represents the frame of reference for Wahhabism. This is very obvious in two open letters that bin Laden and ARC sent to Sheikh Abdul Aziz bin Baz, the Grand Mufti. Here I summarize his main critique of bin Baz's fatwas. In challenging bin Baz, bin Laden and ARC take a more radical position than any of the other groups I have discussed thus far. Although he refers to the communications between younger 'ulama and their attacks against bin Baz's fatwas, bin Laden's criticism exceeds that of the radical 'ulama. In this regard, he is more dangerous to the hegemonic narrative and institutions of the current state 'ulama.

The first open letter is entitled "An Open Letter to Sheikh bin Baz Refuting His Fatwa concerning the Reconciliation with the Jews."[19] This letter is a response to a fatwa issued by bin Baz published in *al-Muslimoon* in

which he endorsed the current peace talks between the Arab states and Israel. ARC and bin Laden accuse bin Baz of giving Islamic legitimacy to "the current terms of surrender signed by the cowardly tyrants of the Arab leaders and Israel." This communiqué also contained messages sent by more specialized 'ulama to bin Baz warning him against the consequences of this fatwa. These 'ulama and activists include Safar al-Hawali, Salman al-'Auda, Abdullah bin Jibreen, A'yid al-Qarni, and nine others.

The case against bin Baz's fatwa was stated even more explicitly in the second communiqué, in which bin Laden outlines five reasons why the fatwa is invalid, according to the consensus of the 'ulama. First, bin Laden states that the current Arab-Israeli peace talks do not meet the conditions stipulated in the Shari'a regarding legitimate contracts between Muslims and their enemies. The parties to such a contract should be recognized as legitimate Muslim leaders through the consensus of the ummah (nation). It is understandable that there would be an agreement between the Muslims and their enemies. However, according to bin Laden, those acting on behalf of the Muslim party are not Muslims. "They are a group of secular leaders who abandoned the faith (murtadoon)." He reminds bin Baz that he himself described the secularists in earlier fatwas as infidels (kufar, plural of kafir). Furthermore, bin Laden states that such an agreement uses international law rather than Islam as its frame of reference and thus will result in giving land to the Israelis. He advises bin Baz to read the agreements signed between Israel and the Palestinians, between Israel and the Egyptians, and between Israel and the Jordanians. The basis of international law, he points out, is the concept of sovereignty in a system of nation states. Under this frame of reference, Muslims are unlikely to win Jerusalem, especially if the Israelis insist that it is going to be their undivided capital.

Bin Laden then uses the work of Ibn Taiymiyya to assert that bin Baz has no right to issue a fatwa in this matter, since fatwas of this type must be issued by a mufti who is well-versed in the subject under discussion. Since bin Baz did not read the treaties and has a limited understanding of international law and the complexity of the situation on the ground, he should not issue a fatwa in this regard. The letter also states that bin Baz's whole approach to issuing fatwas is wanting, since it aims at pleasing those in power at the expense of Muslim interests, the teachings of God, and the consensus of the 'ulama.[20] Because he follows the whims of rulers whose interests change according to the politics of the situation, bin Baz's fatwas are usually contradictory. Bin Laden thus argues that bin Baz should resign his post as a mufti and repent. He quotes a hadith, telling the sheikh: "Hold your tongue and stay within the confines of your home and cry over your sin." To substantiate this assertion, bin Laden uses the work of ibn al-Qayyim al-Jawziyya, an authority in Hanbali jurisprudence.

In this debate, there is an echo of the 1989 debate between the secularist trend and the religious trend in Saudi society. Earlier I identified this debate as the basis for the current oppositional discourse within Sunni circles. In the same way that Sa'eed al-Ghamidi accused the secular writers in 1989 of corrupting Saudi society, we find bin Laden accusing bin Baz of catering to the whims of the secular forces of the Arab world that push for reconciliation with Israel. Bin Laden's rhetoric also is influenced both directly and indirectly by the sermons and writings of Salman al-'Auda and Safar al-Hawali. Bin Laden directly quotes Hawali in his jihad against America booklet, his book is entitled *Haqa'iq Hawal Azmat al-Khaleej (Facts behind the Gulf crisis)*.[21]

### Bin Laden's Critique of Saudi Foreign Policy

In the global media scape and its discourse, especially in the United States, bin Laden has been associated with declaring war on America and its troops stationed in Saudi Arabia. Indeed, bin Laden is very critical of United States for its "occupation of the land of the holy places," as he stated in a CNN interview of April 7, 1997. He is also critical of the Saudi government's complicity with U.S. designs for the Middle East, contending that the foreign presence in Saudi Arabia is opposed to Islam and the community of the faithful. "[O]ur main problem is the U.S. government while the Saudi regime is but a branch or agent of the U.S." The U.S. government "has committed acts that are extremely unjust, hideous and criminal whether directly or through its support of the Israeli Occupation." He points to acts of U.S. and Israeli aggression that have resulted in the deaths of Muslims; namely, the occupation of Palestine, the economic embargo of Iraq, and the bomb explosion in Qana, Lebanon, in 1996.[22] Furthermore, he is very critical of the U.S. government pressuring the Saudis to purchase expensive and useless arms while maintaining an artificially low price for oil. In this, bin Laden is echoing themes already raised by Hawali, al-'Auda, Mas'ari, and al-Faqih. These are also the themes elaborated in the Memorandum of Advice in the section that focuses on Saudi defense and foreign policies. Muwalat al-Kuffar (alliance with the infidels) is also a very important section in bin Laden's open letter to King Fahd. In bin Laden's view, infidel governments include both Western and Arab governments. In his letter to the king, he wrote:

In its foreign policy, your government ties its destiny to that of the crusader Western governments. It is shameful that a government that claims the protection of the Two Holy Mosques pays $4 billion in 1991 to help the Soviet Union before the Soviets washed their blood from killing Muslims in

Afghanistan. In 1982, your government also aided the infidel regime in Syria with billions of dollars as a reward for killing tens of thousands of Islamists in the city of Hama. Your government also aided with millions a tyrannical regime in Algeria that kills Muslims. And finally your government aided the Christian rebels in southern Sudan.[23]

As much as this quote reveals bin Laden's criticisms of Saudi foreign policy, it also shows his loyalties. He was very concerned about the government of the north in the Sudan and its survival against rebel attacks. He was likewise concerned with the Afghani struggle against the Soviets, with the Muslim Brotherhood against the Syrian government, and with the Islamists against the Algerian government. Even when he addresses Saudi involvement in Lebanon, he claims that the Saudis support the Maronite Christians against the Muslims. An interesting point here is that for bin Laden, the Muslims of Lebanon are not just Sunnis but Shi'a as well. Thus, unlike other Saudi Islamists, apparently bin Laden does not discriminate between Shi'a and Sunni Islam, at least in terms of global politics. Obviously, by virtue of being a very conservative Wahhabi, he is likely to condemn the Shi'a of Saudi Arabia, yet for tactical reasons, he seems to be refraining from criticizing them. Bin Laden is also critical of the Saudi support of Yasser Arafat and the "the secular," Palestinian authority at the expense of Palestinian Islamists, especially Hamas. In a letter to the king he states that Arafat is "the colonial administrator who can do the dirty work that the Israelis themselves could not do." He accuses the king of supporting Arafat and the peace process out of deference for American wishes.

### Bin Laden's Cosmology and Ideological Orientation

Although there is no clear manifesto for the Advice and Reform Committee, some elements of bin Laden's ideology and worldview can be discerned from his interviews, communiqués, and actions. Central to his view is the question of an ideological authenticity against a perceived Muslim dependency and cultural inferiority to the West. This theme has been repeated before, in the sermons of Salman al-'Auda and Safar al-Hawali and, to some extent, within the central discourse of MIRA and the CDLR. Like almost all Islamist activists, bin Laden constructs an Islamic tradition and history in which Muslims confronted similar issues and threats and came out as winners. This constructed history of the Islamic tradition appeals to the disadvantaged cells and groups throughout the Muslim world.

Bin Laden's cosmology and worldview are shaped by Islamic narrative as handed down, constructed, and reconstituted throughout the ages and by his personal experiences as a mujahid in the Afghan war. He is very critical

of all secular ideologies and is willing to risk his life to make sure that these secular principles do not influence Muslim life or dominate their societies. These concerns dominated the Saudi debate both before and after the Gulf War and were prominent themes in the sermons of Hawali and al-'Auda. Indeed, as I explained in chapter 2, al-'ilmaniyyah (secularism) and its consequences for the Muslim world was al-Hawali's doctoral dissertation topic. In interviews, bin Laden quotes extensively from the hadith and Quran and the teachings of early Muslim 'ulama, such as Sheikh ibn Taiymiyya, ibn al-Qayyim, and Mohammed bin Abdul Wahhab. For every modern-day event, he cites a historical precedent to portray his actions as part of being faithful to the teachings of early Muslims. For example, his communiqués identify ibn Taiymiyya as the original inspiration of jihad against a corrupt regime.[24] He questions the House of Saud's claim to the throne on the grounds that it has failed to protect the faithful. This idea of regime legitimacy can be traced from an apologetic doctrine that developed over time under the states succeeding the Prophet and continuing until the eighteenth century. Most important, however, is the great faith he places in the richness of "legitimate" Islamic legal and political history. Islam is "the complete and comprehensive ideology" that has "clarified the dealings between an individual and another, the duties of a believer toward God . . . and the relationship of the Muslim nation and the other nations in time of peace and war." His ideology is not innovation, "not a new thing that we have to come up with."[25] While bin Laden's discourse is based on an interpretation of Islamic history, his power is derived from playing on the current social, economic, and political problems of the Muslim world.

Several pillars of bin Laden's ideology were established and solidified during his eight years fighting in the mountains of Afghanistan. Unlike many nationalist movements in Algeria, Egypt, Palestine, or even Saudi Arabia, where jihad was launched for the good of the homeland, this particular jihad was for Allah and geopolitics. The activists saw themselves as Muslim warriors, facing off with the intrusive atheism of the Soviet Union. Symbolically, the Soviet Union became atheism and the fight against occupation became a struggle against evil. In the process, jihad was semantically transformed; "effort" came to mean "violent struggle." This drastically reduces the flexibility of the term jihad, and thus the doctrine, but it simultaneously unites the bloody reality of a protracted, ugly war with a divinely sanctioned fight between good and evil. Bin Laden has stated "the acme of this religion is jihad."[26] The shift is of awesome importance: Bin Laden perceives the religious-symbolic system of Islam vs. Kufr as the cause and motivation behind the conflict in Afghanistan; the geopolitical dimension is therefore diminished considerably. For him the language and symbols of ideology take precedence over the political or economic realities.

Bin Laden internalized an ethic of jihad that developed during the Afghan conflict based on myth, war, and religious experience. He states: "there is a special place in the hereafter for those who participate in jihad." It is also the mark of the privileged in this life. "Being killed for Allah's cause is a great honor achieved by only those who are the elite of the nation." Second, violence fits within a totality of uncompromising activism to create the righteous society. Bin Laden's most common references to the Quran come from the sections that enjoin piety, activism and the enforcement of morality. A characteristic example is an excerpt from Surat (section) Al Imraan, 3:110: "You are the best of the nations raised up for the benefit of men; you enjoin what is right and forbid the wrong and believe in Allah." Bin Laden defines jihad very narrowly in a way that confirms the worst of Western stereotypes of Islam as "a violent religion"; in fact, the term is broader and all-encompassing, from the betterment of someone's personal status to the improvement of a nation to defend itself against its enemies. Bin Laden's mujahedoon are intensely loyal to him and to their comrades-in-arms.

Experiences of an almost mystical peace further affirm bin Laden's belief in his cause. Although a puritanical Wahhabi, he sounds like a Sufi whenever he speaks of the great peace ("sekina") that filled him in battle: "Once I was only 30 meters from the Russians and they were trying to capture me. I was under bombardment but I was so peaceful in my heart that I fell asleep."[27] Success, however, may be the most important proof. As bin Laden said in his CNN interview, "Slumber and fatigue vanished and so [did] the terror which the U.S. would use . . . or the Soviet Union used by attributing itself as a superpower." Bin Laden can point to an array of successes against superior forces since Afghanistan: Somalia, Bosnia, Eritrea, and Beirut, with ongoing jihads in over a dozen countries.

### Conclusion

Central to bin Laden's opposition is his conception of the Saudi state as part of the larger web of global relations. Thus he believes that disrupting this web, preferably by severing Saudi Arabia's ties to Western powers, could weaken the domestic position of the royal family considerably. Indeed, with his loyal "Arab Afghans," he may be able to mount a serious violent campaign to achieve this purpose. Yet despite the major strength represented by this loyal following, bin Laden also has major weaknesses. He is not only vulnerable to potential policy changes on the part of the Taliban movement, but he also occupies a marginal position in Saudi society and lacks a political program.

Like Hawali and al-'Auda and the Saudi nationalists of the 1960s, the thrust of bin Laden's oppositional discourse and activities focuses more on external factors than on domestic ones, in this case the presence of U.S. troops in Saudi Arabia. Unlike Mas'ari, who tried to shame the West into acting in accordance with democratic and human rights principles, he views efforts to persuade the West to alter its policies toward the Saudi regime as ineffective. He thus turns instead to violent measures in an effort to directly undermine the Saudi regime's international support base. He justifies these measures via an ideological discourse that presents the House of Saud as unable to defend the Muslim state and links the regime's complicity to corruption in the government and society at large. He is critical of the 'ulama and their inability to demonstrate God's teachings to the rulers and wider society. His communiqués emphasize the image of a Saudi state that has abandoned its duty to enjoin what is right and forbid what is wrong.

Despite his sweeping criticism of the Saudi state, however, bin Laden lacks any clear program for political change. Like Mas'ari after the split in the CDLR, he views himself as part of the larger Islamic movement, which transcends national boundaries. His discourse is more episodic than systemic. He reacts to events rather than taking the initiative on the basis of an a priori conceived political program. Bin Laden may want to establish a theocratic state in which the Shari'a is supreme, yet there is nothing in his written or spoken statements that delineates the shape or instrumentalities of that state. However, unlike al-Faqih and Mas'ari, he is willing to use force to achieve this objective, and he also has a stronger power base. His "Arab Afghan" followers gave him their allegiance and pledged to die for his cause; neither Mas'ari nor al-Faqih commands this type of following.

On the global level, however, bin Laden's future may be uncertain. In spite of his success in maintaining his position as a global actor, he is likely to face two main problems. First, the Taliban protection is not likely to continue forever. Taliban as a movement is subject to global pressures, especially from the United States and Saudi Arabia. Previously, under pressure from both countries, Sudan expelled bin Laden from its territory. Under similar pressure, Taliban may behave likewise. Taliban is already in contact with the U.S. government, and the Saudis also seem to have influence on the movement. There may come a time when Taliban is asked to turn bin Laden in. Moreover, since the conflict between Taliban and its rivals in Afghanistan has not yet been settled, bin Laden's future is uncertain if any of those rivals gain control. Furthermore, although his personal wealth has helped him to move around and support his troops, time is his enemy. Eventually, his money will run out, and he may face the possibility of living in debt, as Mohammed al-Mas'ari does.

Finally, bin Laden previously worked in Saudi Arabia for his family's business, a construction company that took pride in building numerous projects essential to the maintenance of the modern Saudi state and its global

image, especially expanding the two holy mosques. Could he reverse course and become a force of destruction? This may be true on the global level. In this media age, if bin Laden is to kill others, it will not be for Islam and Jahad, but for air time on global television screens. However, domestically, it would take more than bin Laden to tear down this 66-year-old state. It would require stronger Islamic credentials, a prominent tribal lineage, and large tribal following. Bin Laden's image may be great in global spaces, but locally he remains a marginal figure who in a local division of the world into "us" and "them" is a "them" to most Saudis.

CHAPTER SEVEN

# Sheikh Hasan al-Saffar and the Shi'a Reform Movement

*It is best whenever the people assume a role in managing their affairs and solving their problems. This is the way a people may learn and grow. Of course, private/civil performance is much better and of higher quality than government. Whatever is done by private hands is the result of self-motivation and drive, whether this stems from personal interest or from noble, voluntary feelings. The government's work, on the other hand, is bureaucratic and follows a pattern of routine. . . . Thus in developed and advanced societies there is an abundance of civil organizations, institutions; they are the ones which solve societal problems and ills.*

—Sheikh Hasan al-Saffar, "Al-Mujtama' al-Ahli" (Civil society), January 1997

Read in isolation, these words appear to echo the familiar Western discourse on "civil society," the widely extolled yet ambiguous buffer between democratic leaders and those they govern. Yet this tribute to civil society is not the work of a Western activist or scholar. Rather, it is an excerpt from a taped sermon given by Sheikh Hasan al-Saffar, the spiritual leader of the Shi'a Reform Movement in Saudi Arabia.

Considered within its political, geographical, and historical context, this sermon is part of a dramatic shift in the movement's ideological discourse

# Index

Abbasid, 44, 48, 97
al-Abdeen, Imam Ali Zein, 204, 205
Abdu, Mohammed, 203
Abdul Aziz (late king), 32–34, 38, 43,
    46, 47, 123, 124, 137, 149, 150,
    157
bin Abdul Aziz, Prince Abdullah, 45,
    243
bin Abdul Aziz, Prince Ahmed, 36, 126
bin Abdul Aziz, Prince Talal, 44, 45
bin Abdul Rahman Al Saud, Abdul
    Aziz, 43
bin Abdul Wahhab, Sheikh
    Muhammed, 23, 36, 46, 69, 83,
    101,123, 136, 162, 181, 186, 191
Abdullah, 32, 36, 42, 43, 49, 133, 134,
    138, 139, 181, 187, 243
Adonis, 48; see also Sa'eed, Ali Ahmed
Advice and Reform Committee (ARC),
    3, 20, 167, 179, 181, 186–88, 190,
    227, 233
al-Afghani, Jamal ad-Din, 203
Afghanistan, 2, 3, 113, 166, 178–81,
    183–85, 190, 191–93, 233
'Afifi, Sheikh Abdul Raziq, 206
al-Ahmer, Sheikh Abdullah, 184
Ahmed, Sheikh Saiyid, 178
Albright, Madeline, 85

Algeria, 29, 83, 84, 95, 104, 112, 120,
    142, 151, 167, 180, 185, 186, 190,
    191, 193, 247
Ali, Muhammed, 42
al-'Amri, Khadija, 48
Anderson, Lisa, 13
al-'Anqri, 38
Appadurai, Arjun, 9, 250
Arafat, Yasser, 78, 190
Aramco, 44, 150, 234
'Ashmawi, Judge Sa'id, 218
al-'Auda, Sheikh Salman, 4, 6, 18, 19,
    39, 50, 51, 59, 89–113, 117–19,
    151, 157, 161, 168, 169, 178,
    186–92, 197, 200, 207, 226, 231,
    232, 239
Ayatollah Khomeini, 12, 90, 97
al-Ayubi, Salah al-Deen, 106
Ayubid, 97, 106
al-Aziz, Prince Ahmed Bin, 68

Baghdad, 71, 103
al-Baha, 32, 62, 63
Bahrain, 10, 42, 83, 207, 227, 234,
    247, 248
Bakri, Sheikh Omar, 126, 135, 142,
    146
Bangkok, 66

Basha, Ibrahim, 42
al-Basheer, Omar, 184, 185
al-Basr, 90
Ba'th, 103
Baudrillard, Jean, 8
bin Baz, Sheikh Abdul Aziz, 3, 51, 67–69, 119, 123, 124, 131–33, 159, 168, 169, 174, 186–89, 200, 206, 233
BBC, 5, 121, 166, 239
Beirut, 63, 192, 207
Berger, Samuel, 85
Bill, James A., 16
Bisharat, Henry, 121
Bosnia, 3, 106, 108, 110, 113, 192
Boudlarared, Jean, 118
Britain, 33, 44, 47, 106, 127, 128, 136, 142, 152, 155, 156, 179, 236; *see also* Great Britain
Buraydah, 32, 42, 90–93, 112, 232
Bush, President George, 73, 76

Cable News Network (CNN), 1, 5, 179, 189, 192, 239
Cairo, 45
Cairo Declaration of Human Rights, 216, 223
Cairo Population Conference, 104, 109, 231
Carter, Jimmy, 69, 76
Charter of Human Rights, 75
Clinton, Bill, 85
Cohen, William, 85
Committee for Advice and Reform (CAR), 120, 175, 179, 181
Committee for the Defence of Legitimate Rights (CDLR), 3, 5, 7, 20, 65, 91, 92, 113, 115–25, 126–34, 136–47, 150, 151, 160, 161, 164, 167, 168, 173, 174, 181, 190, 193, 197, 202, 215, 227, 232, 236–39, 244
Committee for the Promotion of Virtue and the Suppression of Vice, 33, 37, 52, 169

Council of the Higher 'Ulama, 36, 37, 52, 54, 69, 93, 94, 120, 123, 159, 169, 170, 174, 206, 233
Council of Ministers, 34, 38, 39

Dahl, Robert, 1, 12, 13

Eastern Province, 10, 26, 27, 30, 32, 33, 38, 43, 44, 47, 91, 101, 131, 146, 154, 180, 197, 198, 200, 201, 234; *see also* Hasa
Egypt, 3, 42, 45, 46, 48, 71, 82, 83, 95, 97, 98, 104, 112, 113, 120, 126, 137, 142, 151, 154, 167, 180, 184–86, 191, 210, 214, 216, 218, 224, 225, 239, 246–48
Egyptian Muslim Brotherhood, 11, 153
El Berry, Sheikh Zakari, 216, 223
Evans, Mike, 73–75

Falwell, Jerry, 73
al-Faqih, Sa'd, 5, 11, 18, 93, 118, 119, 131, 134, 141, 143, 149–75, 180, 182, 189, 193, 207, 227, 232, 233, 237, 244, 247
al-Fawaz, Khaled, 180, 181, 187
al-Faysal, Prince Faysal Ben Abdul Aziz, 126, 137
Findley, Paul, 73, 76
France, 44, 106, 108, 110, 165

al-Ghamari, Professor Mohammed H., 206
al-Ghamidi, Dr. Sa'eed, 48, 102, 189
al-Ghazali, Sheikh Mohammed, 239
al-Ghudaiyan, Sheikh Abdulla, 206
Giddens, Anthony, 7, 11
Grand Mosque, 1, 26, 27, 32, 37, 47, 66, 101, 154, 180, 198
Grand Mufti of Saudi Arabia, 51, 120, 123, 159, 168, 187, 200
Great Britain, 77, 94, 142; *see also* Britain
Gulf Cooperation Council, 136, 138

Gulf War, 5, 8, 11, 19, 22, 29, 48, 58, 61, 62, 65, 67, 69, 72, 73, 75, 84, 86, 87, 89, 90, 92, 94, 97, 102, 117, 118, 121, 145, 151, 152, 158–61, 168, 169, 191, 196, 200, 226, 231, 234, 243, 245

Habermas, Jurgen, 15
Habib, John S. 47
al-Hajri, Riyadh, 2, 3
Hasa, 32, 33, 43, 131
al-Hawali, Sheikh Safar bin Abd al-Rahman, 4, 18, 19, 31, 50–52, 59, 61–87, 92, 106, 111, 112, 117–19, 151, 157, 161, 164, 168, 169, 178, 186–92, 197, 200, 226, 231, 232
Herzl, Theodor, 74, 76
Hijaz, 33, 39, 146, 234
Holy Land, 75, 76
Holy Mosque, 37, 105
Howeidy, Fahmi, 11, 126, 224
Huntington, Samuel P., 63
Hussein, Saddam, 69, 71, 72, 103, 200, 247

bin Ibraheem, Sheikh Muhammad, 4
al-Ibrahim, Sheikh Walid, 236
Imam Mohammed bin Saud University, 90, 119
India, 137, 178
Indonesia, 23, 76, 79
Indyk, Martin, 85
Iran, 10, 15, 29, 33, 47, 68, 69, 81, 82, 97, 103, 105, 154, 173, 185, 204, 234
Iraq, 5, 46, 69, 70, 73, 83, 87, 97,110, 152, 157, 158, 165, 179, 180, 183, 189, 200, 207, 227, 242, 247, 248
Israel, 13, 58, 59, 64, 70–79, 85, 87, 96, 100, 106, 111, 112, 126, 136, 137, 141, 179, 183, 186, 188

Jalal-Abadi, Muhhamed, 141, 142
Javaid, Magbool, 142
al-Jawziyya, ibn al-Qayyim, 162, 188

Jerusalem, 72, 75, 137, 188, 231
al-Jibreen, Abdullah bin Abdul Rahman, 51, 118, 181, 206
Jordan, 70, 73, 83, 111, 112
al-Jubran, Sadiq, 200

Kamil, Sheikh Salih, 236
al-Khail, Muhammed Aba, 158
Ibn Khaldun, 6–9, 94, 115
al-Khattab, Omar ibn, 57, 98, 107, 153
King Fahd, 91, 127, 133, 139, 173, 187, 189, 200, 236
King Faisal, 36, 38, 45, 69, 124, 125, 187
King Saud, 123, 124, 187, 235
King Saud University, 118, 119, 151, 156
Khartoum, 185, 186
Khobar Towers, 1, 2, 10, 18, 143, 146, 165, 169, 177, 179, 242
Kuwait, 8, 10, 33, 43, 67, 70–73, 84,163, 165, 180

bin Laden, Usama, 3, 5, 20, 30, 120, 126, 167, 174, 175, 177–94, 226, 227, 233, 242, 244
Lebanon, 10, 48, 73, 83, 110, 112, 180, 189, 190, 207, 227, 234
Letter of Demands, 22, 32, 49, 50, 80, 92, 95, 120, 145, 151, 159–61, 234
Levant, 96, 158
Libya, 46, 83, 179, 238, 247
Likud, 72, 87
London, 5, 9, 11, 65, 71, 102, 116, 117, 119, 126–28, 132, 134, 141–46, 149, 152, 156, 160, 162–64, 166, 173, 180–82, 200, 207, 232, 234, 236, 247

Madrid Peace Conference, 74, 78, 79
al-Marshud, Muhhamad, 132
Marzuk, Mussa Abu, 185
al-Mas'ari, Abdullah, 121, 123–25, 141, 181

al-Mas'ari, Muhammad, 3, 5, 6, 11, 18, 65, 115–47, 150, 151, 156, 158, 162, 168, 173, 181, 182, 185, 189, 193, 202, 226, 227, 232, 233, 236, 237, 244, 247
Mayer, Ann Elizabeth, 224
Mecca, 10, 32, 63, 66, 102, 109, 154, 180, 234
Medina, 10, 25, 32, 63, 83, 124, 180, 209
Memorandum of Advice, 22, 32, 39, 45, 49–51, 54, 60, 65, 80, 92, 96, 119, 120, 142, 147, 151, 159–61, 167–69, 232–34, 238
Middle East Broadcasting Corporation (MBC), 11, 126, 235, 236
Mill, John Stuart, 202
Miller, Aaron, 85
al-Mi'thim, Abdul Aziz, 2, 4
Morocco, 76, 79, 83
Movement of Islamic Reform in Arabia (MIRA), 5, 20, 93, 94, 117, 141, 150, 151, 156, 160–67, 170, 171, 173, 174, 189, 190, 227, 232, 233, 236–39
Mubarak, Hosni, 186
Mughniyah, Imad, 185
Muslim Brotherhood, 152, 153, 157, 190, 201, 224
al-Muz'il, Isa, 200

Najd, 32, 33, 39, 46, 59, 91, 123, 146, 158, 180
Nasser, Gamal 'Abdul, 64
Netanyahu, Benjamin, 72, 112
Nixon, Richard, 68, 76, 79, 203

al-Omar, Nasser, 50
Organization of the Islamic Conference, 219, 223
Oslo Peace Accords/Talks, 78, 79
bin Otheimeen, Sheikh Mohammed, 3, 93, 112, 123, 168, 232

Pakistan, 71, 185
Palestine, 64, 72, 73, 75, 77, 78, 106, 108, 110, 113, 135, 137, 189, 191
Peres, Shimon, 137
Prince Abdul Aziz, 35
Prince Ahmed, 35
Prince Bandar, 132
Prince Faisal, 44–46
Prince Nayef, 131
Prince Salman, 35, 49, 132, 139, 200
Prince Sultan, 32, 171, 200
Prophet, the, 25, 50, 57, 82, 97, 100, 102, 138, 139, 172, 181, 191, 208, 216, 217, 221, 223
Prophet's Mosque, 10

al-Qarni, Sheikh Awad, 48, 50, 91, 102, 188
Qaseem, 32, 39, 42, 43, 90, 91, 93, 232, 242
al-Qasim, 'Abd al-'Aziz, 119
Quran, 4, 48, 57, 80, 95, 101, 111, 116, 120, 164, 172, 191, 192, 204, 208, 212, 216, 217, 220, 221, 224
al-Qusaibi, Ghazi, 94, 98, 102–105

Rahman, Abdul, 43, 185
Reagan, Ronald, 76
Riyadh, 1, 2, 18, 32, 39, 43, 49, 90, 121, 124, 127, 128, 130, 132, 138, 139, 143, 146, 152, 154, 165, 177, 180, 184, 242
Robertson, Pat, 73, 74
Ross, Dennis, 85
Rousseau, Jean-Jacques, 82
Rushdie, Salman, 105

Sadat, Anwar, 98, 111, 154
al-Sa'eed, Khalid, 2
al-Sa'eed, Nasser, 45
al-Saffar, Hasan, 18, 112, 126, 195–228, 233
al-Said, Dr. Abdul Aziz, 37
Said, Edward, 19

bin Salman, Prince Ahmad, 11
al Saud, King Abdul Aziz, 123
al Saud, Prince Khalid bin Fahd bin Abdullah bin Abd al-Rahman, 236
al Saud, Prince al-Waleed bin Talal bin Abd al-Aziz, 236
Scott, James C., 12
al-Seif, Tawfiq, 200, 224
Seko Seko, Mabuto, 220
Shah of Iran, 12, 68, 69, 97, 105
al-Shamrani, Muslih, 2, 3
Shari'a, 25, 37, 45, 53–55, 59, 81, 95, 97, 106, 112, 116, 119, 139, 159, 161, 168–72, 187, 188, 193, 211, 231, 234
al-Shayib, Ja'far, 200
al-Sheikh, Muhammed bin Ibraheem al, 123
al-Sheikh, Tawfiq, 198
Shi'a, 2, 5, 10, 17, 26, 27, 29, 30, 44, 47, 48, 81, 82, 91, 96, 101, 105, 110, 117, 134, 146, 147, 154, 158, 171–74, 190, 196–99, 201–202, 204–11, 213–18, 220–28, 230, 233, 234, 244, 247
Shi'a Reform Movement, 20, 174, 195–99, 200, 203, 215, 226, 228, 233, 236
Shura, 26, 34, 39, 40, 92, 96–98, 141, 144, 145, 187, 234, 238, 243, 244, 246
Singerman, Diane, 246
Soroush, Abdol Karim, 199, 224
Soviet Union, 5, 70, 97, 189, 191, 192
al-Sudairi, Maha, 133
Sudan, the, 23, 73, 83, 103, 178, 183–86, 190, 192, 193
al-Suleifeh, Hammad, 118
bin Suleiman, Abdullah, 118
bin Sultan, Prince Bandar, 138
Sunni, 5, 10, 17, 20, 23, 26, 27, 80, 91, 93, 96, 103, 105, 135, 151, 154, 158, 172, 173, 181, 186, 189,

190, 196, 197, 198, 200–202, 204–208, 214, 216, 222–27, 230, 233, 234, 244

ibn Taiymiyyah, 120, 162, 188, 191
bin Talal, Prince al-Waleed, 31, 139
al-Trairi, 'Abd al-Wahhab, 119
Tunisia, 83, 104, 142, 185, 186
al-Turabi, Hassan, 103, 184, 185
Turkey, 73, 180
bin Turki, Faisal, 42, 43
al-Tuwaijri, Abdullah, 118, 119, 144, 146, 234, 244

al-'Ubaikan, Abdul Mohsin, 119
al-Uliyan, 30, 42, 43
Umayyads, 47, 97, 208, 214, 222
United Nations, 3, 4, 107, 109, 136–38, 140, 142, 219, 231
United States, 4, 14, 41, 44, 49, 59, 61, 62, 64, 67–71, 73, 74, 78–80, 85, 86, 97, 105–107, 121, 122, 126, 128, 132, 135, 136, 138, 139, 142, 145, 163, 165, 167, 179, 183, 184–86, 189, 192, 193, 196, 200, 212, 220, 230, 231, 241, 242, 245
Universal Declaration of Human Rights, 107, 108, 139, 140, 174, 229, 233, 238
'Uniyazah, 42, 90, 93
al-Utaibi, Sheikh Kassab, 141
al-'Utaibi, Juhaiman, 26, 27, 47, 101, 154, 244

Voice of America, 121, 127, 239

Wahhabi, 4, 30, 101, 135, 158, 178, 187, 190, 192, 206, 208, 210, 218, 227
Washington, 5, 44, 76, 85, 121, 132, 138
Weizmann, Chaim, 77
Western Province, 33, 234

Wilson, Woodrow, 76
World War II, 70, 75, 107

bin Yahiya, Abdullah al-Zamil, 42
Yemen, 2, 42, 83, 180, 181, 184
al-Yousef, Abdulla, 224

al-Zabiar, 157, 158, 180
bin Za'er, Sa'eed, 119
Zaid, Nasr Hamid Abu, 218
Zaire, 220
al-Zandani, Abdul Majid, 184, 185
al-Zubair, Abdullah ibn, 47



MAMOUN FANDY is Professor of Politics at Georgetown University's Center for Contemporary Arab Studies. He spent two years in Saudi Arabia researching this book.

Cover photo: The Khobar Towers after the bombing. Courtesy of the author.

Jacket design by Acme Art, Inc.

St. Martin's Press
175 Fifth Avenue
New York, NY 10010

Printed in the United States of America

"A rare and penetrating study of deepening dissent in a politically fragile and poorly understood Kingdom. Fandy's analysis of Saudi Arabia is candidly and courageously written."

—James A. Bill, The College of William and Mary
and co-author of *Politics in the Middle East*

"Few countries in the Arab world are more covered and yet less known than Saudi Arabia. Mamoun Fandy's *Saudi Arabia and the Politics of Dissent* provides the corrective: an engaging, informative, and provocative study which will be welcomed by scholars, diplomats, and journalists alike."

—John Esposito, Director,
Center for Muslim-Christian Understanding,
Georgetown University

"A truly important, original, and imaginative book. Not only does Fandy provide us with a rare glimpse into the nature and workings of the Saudi opposition—using strictly primary source materials—but he places it in the broader context of Islamist anti-regime ideologies, "post-modern" political opposition in the region, and the impact of globalization on the state and its opponents. An essential book for anyone interested in modernity and the modern Middle East."

—Graham E. Fuller, Senior Political Analyst,
RAND Corporation



US    0312210213    PRI – 0714A

X004TCTN45

Saudi Arabia and the Politics ...    Box # 40
Used – G    Lister1