**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 03, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-five.

Before:    Guido Calabresi,
                Raymond J. Lohier, Jr.,
                Alison J. Nathan,
                  *Circuit Judges*.

_____

In Re: Terrorist Attacks on September 11, 2001

_____

Kreindler & Kreindler LLP,

        Interested-Party-Appellant,

Kathleen Ashton, Individually, as a Surviving Spouse, as Personal Representative of the Estate of Thomas Ashton and as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton, Josephine Alger, Individually, as Personal Representative of the Estate of David D. Alger, as surviving Spouse of David D. Alger,Spouse of David D. Alger Deceased, Personal Representative of the Estate of David D. Alger, Deceased, as Co-Executor of the Estate of David D. Alger, deceased and on behalf of all of survivors of David D. Alger, Angelica Allen, Individually, as Administrator of the Estate of Eric Allen, deceased and on behalf of survivors of Eric Allen, as Personal Representative of the Estate of Eric Allen, as surviving Spouse of Eric Allen, Deceased, Personal Representative of the Estate of Eric Allen, Deceased and Spouse of 9/11 decedent Eric Allen, George Andrucki, Individually, as Co-Administrator of the Estate of Jean Andrucki, deceased and on behalf of all survivors of Jean Andrucki and as Personal Representative of the Estate of Jean Andrucki, , Mary Andrucki, as Co-Administrator of the Estate of Jean Andrucki, deceased and on behalf of all survivors of Jean Andrucki,

        Plaintiffs,

**JUDGMENT**

Docket No. 23-1170

v.

The Kingdom of Saudi Arabia,

    Defendant - Appellee,

Egyptian Islamic Jihad, Yeslam Binladin, Mohammed Al Faisal Al Saud, Abdulrahman Bin Mahfouz, African Muslim Agency,

    Defendants.

_____

    The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit