UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | 03-MD-01570<br><br>**NOTICE OF APPEARANCE** |

This document relates to:

    Ashton v. al Qaeda Islamic Army, No. 02-cv-6977 (GBD)(SN)
    Ashton v. Kingdom of Saudi Arabia, No. 17-cv-2003 (GBD)(SN)

    **PLEASE TAKE NOTICE** that Jerry S. Goldman, Esq., of Anderson Kill P.C., 7 Times Square, 15th Floor, New York, New York 10036, hereby enters his appearance as counsel for the following Plaintiffs: LaChanze Sapp-Gooding (individually and as personal representative), Celia Gooding, Zaya Gooding, and the Estate of Calvin Joseph Gooding (collectively, the "Gooding Plaintiffs").

Dated: November 7, 2025
       New York, New York

**ANDERSON KILL P.C.**

By: */s/ Jerry S. Goldman*
    Jerry S. Goldman
    7 Times Square, 15th Floor
    New York, New York 10036
    Telephone: (212) 278-1000
    Fax: (212) 278-1733
    Email: Jgoldman@andersonkill.com

*Attorney for the Gooding Plaintiffs*