UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| | ECF Case |
| This document relates to: | |
| *Bartoli et al,* | 24-cv-04715(GBD)(SN) |
| *vs.* | ECF Case |
| *The Islamic Republic of Iran* | |

### DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY AND DAMAGES ON BEHALF OF *BARTOLI/IRAN* PLAINTIFFS IDENTIFIED AT EXHIBIT A

RAYMOND C. SILVERMAN, Esquire, hereby states under penalty of perjury that:

1.      I am a member of the law firm of Parker Waichman LLP, attorneys for the Plaintiffs in the above-captioned matter.  I submit this Declaration in support of this motion on behalf of the Plaintiffs identified in Exhibit A (attached hereto) from the action titled *Bartoli et al v. The Islamic Republic of Iran*, 24-cv-04715-GBD-SN ("Plaintiffs").

2.      The form of this motion and the relief requested herein are intended to comply with the following orders of this Court:

a.      The Court's Order dated January 24, 2017 (ECF No. 3435[1]), requiring that "[a]ll further motions for final judgment against any defaulting defendant shall be accompanied by a sworn declaration attesting that the attorney has (1) complied with the due diligence safeguards [referenced in Section II.D. of the January 23, 2017 letter from the Plaintiffs' Executive Committee (ECF No. 3433)] and (2) personally verified that no relief has previously been awarded to any plaintiff included in the judgment (or, if relief has been awarded, the nature of that relief)."  For compliance with the required sworn declaration, please see below.

b.      The Court's Order dated October 14, 2016 (ECF No. 3362) related to the cases captioned as *Bauer v. Al Qaeda Islamic Army*, 02-CV-7236

---

[1] Unless indicated differently, citations to ECF Nos. are to the docket in *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

(GBD)(SN) and *Ashton v. al Qaeda Islamic Army*, 02-CV-6977 (GBD)(SN).

3.      The form of this motion and the relief requested herein are also consistent with the form and relief requested and granted as to other plaintiffs in actions against Iran pending within this Multi-District Litigation.

4.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the Plaintiffs listed in Exhibit A in connection with the September 11th terror attacks, other court records relating to the *In re Terrorist Attack on September 11, 2001* multidistrict litigation to which this individual is a party, my communications with other counsel for other plaintiffs in the *In re Terrorist Attacks on September 11, 2001* multidistrict litigation, and conversations with these Plaintiffs.  Any matters about which I lack personal knowledge are asserted herein upon information and belief.

5.      The Plaintiffs identified in Exhibit A represent the Plaintiffs, who sustained physical injuries on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, as indicated on Exhibit A.

6.      Exhibit B details the physical injuries sustained by each of the Plaintiffs identified in Exhibit A, as a proximate result of the terrorist attacks on September 11, 2001.

7.      After reviewing the records available to me regarding other judgments entered by this Court against the Iranian defendants, I have not identified any relief that has previously been awarded to the Plaintiffs identified in Exhibit A.

8.      Before filing this motion, I have (1) complied with the due diligence safeguards referenced in Section II.D. of the January 23, 2017 letter from the Plaintiffs' Executive Committees (ECF No. 3433) and (2) personally verified that, based upon my review of the records available to

me regarding other judgments entered by this Court against the Iranian defendants, no relief has previously been awarded to the Plaintiffs included in the judgment.

9.      Accordingly, I am filing contemporaneously with this Declaration a Proposed Order of Judgment as to Liability in this case and for Partial Final Judgment on Behalf of the Plaintiffs Identified in Exhibit A, conforming to the Court's previous orders.


Dated: November 10, 2025

/s/ Raymond C. Silverman
Raymond C. Silverman, Esq.
Melanie H. Muhlstock, Esq.
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: 516-466-6500
Fax: 516-466-6664
Email: rsilverman@yourlawyer.com
Email: mmuhlstock@yourlawyer.com

*Attorneys for Plaintiffs*