UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-----------------------------------------------------------x

This document relates to:
   *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
   *Prior, et al. vs. Islamic Republic of Iran*, Case No. 1:19-cv-00044 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   November 7, 2025                     Respectfully submitted,

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 10, 2025
      New York, New York

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Douglas M. Rochler as Personal Representative of the Estate of Helen K. Rocher, Deceased Sibling of Claude Daniel Richards, Deceased | Helen Kay Rochler, individually as Sibling of Claude Daniel Richards, Deceased | 1:15-cv-09903, 53, at 2195, 10207, at 143, 10219 | Claude Daniel Richards |
| 2 | Julia Yamnicky as Co-Personal Representative of the Estate of John David Yamnicky, Jr., Deceased Child of John David Yamnicky, Sr., Deceased | John David Yamnicky, Jr. | 1:19-cv-00044, 1, Appx. Pg. 12 | John David Yamnicky, Sr. |
| 3 | Devin Best as Co-Personal Representative of the Estate of John David Yamnicky, Jr., Deceased Child of John David Yamnicky, Sr., Deceased | John David Yamnicky, Jr. | 1:19-cv-00044, 1, Appx. Pg. 12 | John David Yamnicky, Sr. |
| 4 | Joseph J. Bedigian as Co-Personal Representative of the Estate of Dolores Bedigian, Deceased Parent of Carl Bedigian, Deceased | Dolores Bedigian in their own right as the Parent of Carl Bedigian, Deceased | 1:15-cv-09903, 53, at 1441 | Carl Bedigian |
| 5 | Robert J. Bedigian as Co-Personal Representative of the Estate of Dolores Bedigian, Deceased Parent of Carl Bedigian, Deceased | Dolores Bedigian in their own right as the Parent of Carl Bedigian, Deceased | 1:15-cv-09903, 53, at 1441 | Carl Bedigian |
| 6 | Patricia M. Nussberger as Personal Representative of the Estate of Robert H. Nussberger, Deceased Injured Party | Robert Harry Nussberger, as an Injured Party | 1:15-cv-09903, 53, at 4517; 11386-1, at 7,1138 | Robert H. Nussberger |
| 7 | Kara Hadfield as Personal Representative of the Estate of Josephine M. Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | Josephine Acquaviva in their own right as the Parent of Paul Andrew Acquaviva, Deceased | 1:15-cv-09903, 53, at 571 | Paul Andrew Acquaviva |
| 8 | Sarah Jane Carrington as Personal Representative of the Estate of Catherine Mary Ross, Deceased Parent of Jeremy Mark Carrington, Deceased | Catherine Mary Ross in their own right as the Parent of Jeremy Mark Carrington, Deceased | 1:15-cv-09903, 53, at 3558 | Jeremy Mark Carrington |
| 9 | Lourdes Pimentel as Personal Representative of the Estate of Ruben Dario Pimental, Deceased injured party | Ruben Pimental, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4583 | Ruben Dario Pimental |
| 10 | Dorell Froehner McNamara as Personal Representative of the Estate of Anna Mae Froehner, Deceased Parent of Gregg J. Froehner, Deceased | Anna Mae Froehner | 1:15-cv-09903, 276, at 3 | Gregg J. Froehner |
| 11 | Devin F. Farrelly as Personal Representative of the Estate of Joseph Dennis Farrelly, Deceased | Stacey Farrelly, as Personal Representative of the Estate of Joseph Farrelly, Deceased and on behalf of all beneficiaries of Joseph Farrelly | 1:15-cv-09903, 53, at 704 | Joseph Dennis Farrelly |

| # | | | | |
|---|---|---|---|---|
| 12 | Susan S. Tillier as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased | Joan B. Stewart, as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased and on behalf of all beneficiaries of Richard H. Stewart, Jr.; Richard H. Stewart, as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased and on behalf of all beneficiaries of Richard H. Stewart, Jr. | 1:15-cv-09903, 53, at 2408, 2409 | Richard H. Stewart, Jr. |
| 13 | Winnie Chingyee Chung as Personal Representative of the Estate of Pui Lin Chung, Deceased Parent of Wai C. Chung, Deceased | Pui Lin Chung in their own right as the Parent of Wai C. Chung, Deceased | 1:15-cv-09903, 53, at 1769 | Wai C. Chung |
| 14 | Gary Michael Low as Personal Representative of the Estate of Bobbie Jean Low, Deceased Parent of Sara Elizabeth Low, Deceased | Bobbie Jean Low, in their own right as the Parent of Sara Elizabeth Low, Deceased | 1:15-cv-09903, 53, at 111 | Sara Elizabeth Low |
| 15 | Thomas M. Byrne as Personal Representative of the Estate of Patrick D. Byrne, Deceased | Robert G. Byrne, Sr., as Personal Representative of the Estate of Patrick D. Byrne, Deceased and on behalf of all beneficiaries of Patrick D. Byrne | 1:15-cv-09903, 53, at 1838 | Patrick D. Byrne |
| 16 | Andrew M. Rice as Co-Representative of the Estate of David H. Rice, Deceased | Hugh D. Rice as Personal Representative of the Estate of David H. Rice, Deceased and on behalf of all beneficiaries of David H. Rice | 1:15-cv-09903, 53, at 1694 | David H. Rice |
| 17 | Amy Elizabeth Rice as Co-Representative of the Estate of David H. Rice, Deceased | Hugh D. Rice as Personal Representative of the Estate of David H. Rice, Deceased and on behalf of all beneficiaries of David H. Rice | 1:15-cv-09903, 53, at 1694 | David H. Rice |
| 18 | Thomas A. Schaefer as Personal Representative of the Estate of Christine Ann Snyder, Deceased | Charles O'Neal Snyder as Personal Representative of the Estate of Christine Ann Snyder, Deceased and on behalf of all beneficiaries of Christine Ann Snyder | 1:15-cv-09903, 53, at 3033 | Christine Ann Snyder |
| 19 | Denise DeAngelis as Personal Representative of the Estate of Robert Joseph DeAngelis, Jr., Deceased | Paul DeAngelis, as Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased and on behalf of all beneficiaries of Robert J. DeAngelis, Jr. | 1:15-cv-09903, 53, at 461 | Robert Joseph DeAngelis, Jr. |
| 20 | Kevin Casey as Personal Representative of the Estate of James Richard Vacccacio, Deceased Parent of John Damien Vaccacio, Deceased | James R. Vacccacio in their own right as the Parent of John Damien Vaccacio, Deceased | 1:15-cv-09903, 53, at 1964 | John Damien Vaccacio |
| 21 | Mary A. Horn as Personal Representative of the Estate of Charles H. Horn, Deceased Parent of Michael Joseph Horn, Deceased | Charles H. Horn, as Personal Representative of the Estate of Michael Joseph Horn, Deceased and on behalf of all beneficiaries of Michael Joseph Horn | 1:15-cv-09903, 53, at 2589 | Michael Joseph Horn |