UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On October 15, 2025, the Court stayed any aspects of this litigation that require a response from a federal agency, including the Department of Justice, during the government shutdown. ECF No. 11364. Because appropriations have been restored, this stay is LIFTED. See Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, Pub. L. 119-37, 139 Stat. 495 (2025).

The Court directs the parties to meet and confer about (1) the government's progress with the Sudan-related subpoenas; and (2) updated deadlines that account for the shutdown, consistent with the needs of the parties and the Amended Standing Order entered by Chief Judge Swain on October 2, 2025. See ECF Nos. 11242, 11263, 11333 (deadlines stayed during the shutdown); Amended Standing Order M10-468, No. 25-mc-433, ECF No. 3, at 1. The parties must submit a joint letter by Monday, November 24, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 17, 2025
               New York, New York