# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

November 19, 2025                                                  **Via ECF**

Honorable George B. Daniels
Honorable Sarah Netburn

> Re:    *In re Terrorist Attacks on September 11, 2001,*
>        MDL No. 03-MDL-1570 (GBD) (SN)
>        *Burnett v. Islamic of Iran,* 15-cv-09903 (GBD)(SN)
>        <u>Wrongful Death Plaintiffs' Motion for Amended Awards</u>

Your Honors:

I write in regard to the following motion papers filed by my office in MDL 03-md-1570: Motion for Default Judgment for an award of Economic Loss Damages for the *Halloran* and *Jordan* Estates against the Islamic Republic of Iran (ECF #11032); Declaration of John F. Schutty in Support of this Motion (ECF #11033); Proposed Order for Economic Loss Awards and an Amended Partial Final Judgment (ECF #11034), and Letter advising of mistake in Motion (ECF #11050) and new Amended Proposed Order (ECF #11051).

Again, there is an error in the moving motion papers, since my office requested a decedent conscious pain and suffering award to the Estates of these two families. I failed to discover that the Court had already issued such an award when it awarded solatium damages to these two families. I again apologize for this error.

I am writing merely to advise that the Halloran and Jordan families are still awaiting final compensatory damage awards against Iran (an addition of economic loss damages) through the resolution of their pending Motion (ECF #11032) and new Amended Proposed Order (ECF #11051).

Sincerely yours,

*John F. Schutty*