# EXHIBIT A

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA Electronic Mail**

October 23, 2023

Aisha E. Bembry (*aisha.bembry@lbkmlaw.com*)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave, NW
Suite 1000
Washington, DC 20005

Peter C. Salerno (*peter.salerno.law@gmail.com*)
Amy Rothstein (*amyrothsteinlaw@gmail.com*)
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567

Omar T. Mohammedi (*OMohammedi@otmlaw.com*)
Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279

> Re: ***In Re: Terrorist Attacks on September 11, 2001,*** **03 MDL 1570 (GBD) (SN)**
> **Related Cases:**
> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
> *Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
> *Federal Insurance Co., et al. v. Al Qaida, et al.,* 03-cv-06978
> *Thomas E. Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
> *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.,* 04-cv-01923
> *Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
> *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.,* 04-cv-07065
> *Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.,* 04-cv-07279
> *Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845[1]

Dear Counsellors:

     We write regarding the agreement reflected in our email exchanges of May 30, 2023, as extended by our exchanges on October 17, 2023, wherein the Plaintiffs' Executive Committees agreed to your proposal of a clarification from Plaintiffs identifying which existing causes of action the various sets of Plaintiffs intend to pursue against each defendant. Plaintiffs are addressing the claims being pursued against the ostensible charity defendants (Muslim World League, International

---

[1] This list of cases represents the cases identified in the caption of the two sets of Daubert motions the charity defendants and Kadi filed at ECF Nos. 7342 and 9246.

October 23, 2023
Page 2

_____

Islamic Relief Organization, and World Assembly of Muslim Youth and the charity officials) and defendant Yasin Kadi in the cases defendants identified in the two sets of *Daubert* motions those defendants filed at ECF Nos. 7342 and 9246. In those cases, Plaintiffs are pursuing the following claims.[2]

| Case | MWL/IIRO & WAMY | Kadi & Charity Officials |
|---|---|---|
| *Ashton & Maher* | • ATA<br>• Wrongful Death<br>• Survival<br>• Assault/Battery<br>• Property Loss | • ATA<br>• Wrongful Death<br>• Survival<br>• Assault/Battery<br>• TVPA<br>• Property Loss |
| *Burnett & Salvo*[3] | • ATA<br>• Wrongful Death<br>• Survival<br>• Negligence<br>• Emotional Distress<br>• RICO<br>• Conspiracy<br>• Aiding & Abetting | • ATA<br>• TVPA<br>• ATS<br>• Wrongful Death<br>• Survival<br>• Negligence<br>• Emotional Distress<br>• RICO<br>• Conspiracy<br>• Aiding & Abetting |
| *Cantor Fitzgerald* | • Trespass<br>• ATA<br>• RICO<br>• International Law<br>• Conspiracy<br>• Aiding & Abetting<br>• Contribution and Indemnity | |
| *Continental Cas.* | • Trespass<br>• RICO<br>• Conspiracy | • Trespass<br>• RICO<br>• Conspiracy |
| *Euro Brokers* | • ATA<br>• Trespass | • ATA<br>• Trespass |

_____

[2] While conspiracy and aiding & abetting may not be recognized as independent causes of action under New York law, other states' laws may apply and recognize independent causes of action. In addition, the counts alleging conspiracy or aiding & abetting theories provide a basis for establishing liability under other causes of action and thus inform the other common law claims. Similarly, though punitive damages may not be considered an independent cause of action, Plaintiffs maintain entitlement to punitive damages under state and federal law. Finally, Plaintiffs note that, though the Court previously dismissed certain assault and battery and infliction of emotional distress claims under New York law as time barred, other states' laws, statutes of limitation, and tolling may apply, and Plaintiffs preserve their rights of appeal and are not abandoning any of these claims.

[3] *See* 1:03-cv-5071-GBD-SN, ECF No. 73 (Aug. 16, 2005) (consolidating *Salvo* with *Burnett*).

October 23, 2023
Page 3

|            |                      |                      |
|------------|----------------------|----------------------|
| *Federal Ins.* | • RICO              | • RICO              |
|            | • ATA                | • ATA                |
|            | • Trespass           | • TVPA               |
|            | • Wrongful Death     | • Trespass           |
|            | • Survival           | • Wrongful Death     |
|            | • Negligence         | • Survival           |
|            | • Assault and Battery| • Negligence         |
|            | • Emotional Distress | • Assault and Battery|
|            | • RICO               | • Emotional Distress |
|            | • Conspiracy         | • RICO               |
|            | • Aiding & Abetting  | • Conspiracy         |
|            |                      | • Aiding & Abetting  |
| *O'Neill*  | • ATA                | • ATA                |
|            | • Wrongful Death     | • TVPA               |
|            | • Survival           | • ATS                |
|            | • Negligence         | • Wrongful Death     |
|            | • Emotional Distress | • Survival           |
|            | • RICO               | • Negligence         |
|            | • Conspiracy         | • Emotional Distress |
|            | • Aiding & Abetting  | • RICO               |
|            |                      | • Conspiracy         |
|            |                      | • Aiding & Abetting  |

All plaintiffs reserve their respective rights to amend their actions to conform to the evidence.

Regards,

| COZEN O'CONNOR | MOTLEY RICE LLC |
|---|---|
| By: /s/ Sean P. Carter | By: /s/ Robert T. Haefele |
| SEAN P. CARTER | ROBERT T. HAEFELE |
| COZEN O'CONNOR | MOTLEY RICE LLC |
| One Liberty Place | 28 Bridgeside Boulevard |
| 1650 Market Street, Suite 2800 | Mount Pleasant, SC 29465 |
| Philadelphia, Pennsylvania 19103 | Tel.: (843) 216-9184 |
| Tel.: (215) 665-2105 | Email: rhaefele@motleyrice.com |
| Email: scarter@cozen.com | For the Plaintiffs' Exec. Committees |
| For the Plaintiffs' Exec. Committees | |

cc: Jodi Westbrook Flowers, Esq.
     Donald Migliori, Esq.
     John Eubanks, Esq.
     Scott Tarbutton, Esq.

_____

        Jerry Goldman, Esq.
        Bruce Strong, Esq.
        Thea Capone, Esq.
        Jeanne O'Grady, Esq.
        Dennis Pantazis, Esq.
        Timothy Fleming, Esq.
        Steven Pounian, Esq.
        Andrew Maloney, Esq.
        Gavin Simpson, Esq.