### MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

November 24, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs Executive Committees (PECs) and counsel for Sudan jointly, and in consultation with the U.S. government, write in response to the Court's Order at ECF No. 11403 ("Order"), which directed the parties to meet and confer about "(1) the government's progress with the Sudan-related subpoenas; and (2) updated deadlines that account for the shutdown, consistent with the needs of the parties and the Amended Standing Order entered by Chief Judge Swain on October 2, 2025," and submit a joint letter by Monday, November 24, 2025. ECF No. 11403.

On November 24, 2025, the U.S. government provided the following updates from the FBI, the U.S. State Department, and the CIA regarding the government's progress with the Sudan-related subpoenas:

- The FBI has completed its searches responsive to those portions of the parties' requests that it indicated to the parties it would search for, and expects to make its first production in early December, with approximately monthly productions thereafter.[1] The FBI's preliminary estimate is that it will be able to process the documents it has located in a total of three productions, though the timing of these may vary for documents that contain equities of other government agencies with which the FBI will need to consult before making final decisions about whether they can be released and if so whether any redactions are needed.

- State's searches in response to the parties' requests have uncovered a total of approximately 1,000 potentially responsive records, which the agency has begun to review now that the government shutdown has concluded.  State anticipates making its first production of

---

[1] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service that the government has agreed to process.

The Honorable Sarah Netburn
November 24, 2025
Page 2

_____

responsive records in late January, with periodic productions thereafter.  State notes that, due to staffing and resource issues, and the fact that many of the records it has located are classified (and thus will need to undergo declassification review) and may require interagency coordination, its review of these records is expected to be time-consuming.

- The CIA has been working on its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records.  The agency expects to complete its reprocessing of these documents within approximately two months.  Separately, the parties have continued to discuss whether they can agree on a compromise for the remaining requests to CIA, and the CIA has now responded to the Plaintiffs' proposal.  The parties plan to continue their discussions and reserve all rights with regard to any disputes that may arise.

The parties and the U.S. government have not met and conferred on the CIA's proposals received this afternoon or on the timing proposals from FBI and State.  The parties thus jointly propose that the U.S. government resume submitting monthly status reports (*see* ECF No. 11242), with the first status report due December 19, 2025. The parties further jointly propose that the briefing on the PECs' motion to compel the production of documents by the CIA be extended until at least December 19, on which date the parties will either propose a new briefing schedule or a further extension of briefing.

Respectfully submitted,

COZEN O'CONNOR                          MOTLEY RICE LLC

By:  /s/ Sean P. Carter                      By:  /s/ Robert T. Haefele
SEAN P. CARTER                            ROBERT T. HAEFELE
COZEN O'CONNOR                          MOTLEY RICE LLC
One Liberty Place                          28 Bridgeside Boulevard
1650 Market Street, Suite 2800            Mount Pleasant, SC 29465
Philadelphia, Pennsylvania 19103          Tel.: (843) 216-9184
Tel.: (215) 665-2105                      Email: rhaefele@motleyrice.com
Email: scarter@cozen.com                  For the Plaintiffs' Exec. Committees
For the Plaintiffs' Exec. Committees

cc:     The Honorable George B. Daniels, via ECF
        All Counsel of Record via ECF