```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has reviewed the status letter filed by the Charity Defendants[1] explaining the parties' proposals for dispositive motions. See ECF No. 11405.[2] A conference is scheduled for Monday, December 8, 2025, at 11:00 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at (212) 805-0286. The Charity Defendants and the Plaintiffs should be prepared to discuss the briefing schedule and page limits for the Merits Defendants' dispositive motions. In particular, the Court is troubled by the proposed nine-month briefing period and the Charity Defendants' proposed 535 pages of briefing, both of which appear excessive.

SARAH NETBURN
United States Magistrate Judge

DATED:    December 2, 2025
               New York, New York

---

[1] The Charity Defendants consist of two groups: (1) the World Assembly of Muslim Youth and World Assembly of Muslim Youth International (collectively, "WAMY"), International Islamic Relief Organization ("IIRO"), and Muslim World League ("MWL") (together, the "Merits Defendants"); and (2) Abdullah bin Saleh al Obaid, Abdullah Mohsen al Turki, Adnan Basha, and Yassin Kadi (together, the "Jurisdictional Defendants").

[2] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.