UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN* PLAINTIFFS IDENTIFIED AT EXHIBITS A, B, AND C**

**(*BURNETT / IRAN* 45)**

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane, with exhibits, and the accompanying memorandum of law, the Plaintiffs identified in Exhibits A, B, and C to the accompanying declaration of John C. Duane, respectfully move this Court for an Order awarding them:

(1) solatium damages for the losses they suffered as the immediate family members (in this instance, spouses, parents, children, and siblings, or the estate of a spouse, parent, child, or sibling) of their decedents (as indicated in Exhibit A to the Duane Declaration) in the same per plaintiff amounts previously awarded by this Court to various similarly situated plaintiffs;

(2) compensatory damages for pain and suffering (as indicated in Exhibit B to the Duane Declaration) in the same per estate amount previously awarded by this Court regarding other estates of decedents killed in the terrorist attacks on September 11, 2001;

(3) economic-loss damages for the plaintiffs included in Exhibit C to the Duane Declaration and as identified in the expert reports attached as Exhibit D;

(4) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the time periods identified in Exhibits A, B, and C;

(5) permission for the *Burnett/Iran* plaintiffs identified in Exhibits A, B, and C to seek punitive damages, economic damages, or other damages at a later date (where applicable); and

(6) for all other similarly situated *Burnett/Iran* Plaintiffs not appearing on Exhibits A, B, and C, to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "the Iran Defendants") on January 31, 2017. 15-cv-9903, ECF No. 85.

Dated: December 2, 2025

        Respectfully submitted,

        /s/ *John C. Duane*
        John C. Duane, Esq.
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        Mount Pleasant, SC 29464
        Tel: 843-216-9237
        Fax: 843-216-9450
        Email: jduane@motleyrice.com