UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　　03 MDL 1570

-----------------------------------------------------------x

This document relates to:

   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11422 in 03-MDL-1570 (GBD)(SN) and ECF No. 1059 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

December ___, 2025　　　　　　　　　　　SARAH NETBURN
New York, New York　　　　　　　　　　　United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Kara Hadfield as Personal Representative of the Estate of Alfred Thomas Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | Josephine M. Acquaviva, as Personal Representative of the Estate of Alfred Thomas Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | 1:15-cv-09903, 53, at 570, 10252, at 1, 10256 | Paul Andrew Acquaviva |
| 2 | John G. Atwood as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood in their own right as the Parent of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3310 | Gerald T. Atwood |
| 3 | Jane M. Duffy as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood in their own right as the Parent of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3310 | Gerald T. Atwood |
| 4 | Gregory P. Atwood as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood in their own right as the Parent of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3310 | Gerald T. Atwood |
| 5 | Debra Ann Jensen as Personal Representative of the Estate of Frank Gerald Jensen, Deceased Spouse of Suzanne M. Calley, Deceased | Frank Jensen, as Personal Representative of the Estate of Suzanne M. Calley, Deceased and on behalf of all beneficiaries of Suzanne M. Calley | 1:15-cv-09903, 53, at 2995 | Suzanne M. Calley |
| 6 | Nancy Lennon Frain as Co-Administrator of the Estate of Lucille Lennon, Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2357 | John J. Lennon, Jr. |
| 7 | James L. Lennon as Co-Administrator of the Estate of Lucille Lennon, Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2357 | John J. Lennon, Jr. |
| 8 | Lena Pesce as Personal Representative of the Estate of Joseph G. Pesce, Deceased | Joseph G. Pesce, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4574 | Joseph G. Pesce |
| 9 | Maureen Yetman as Personal Representative of the Estate of Thomas J. Reidy, Deceased Parent of Gregg Reidy, Deceased | Thomas Reidy, as Personal Representative of the Estate of Gregory Reidy, Deceased and on behalf of all beneficiaries of Gregory Reidy | 1:15-cv-09903, 53, at 368 | Gregg Reidy |
| 10 | Gloria E. Machado as Co-Administrator of the Estate of Gloria E. Rivera-Gonzalez, Deceased Sibling of Isaias Rivera, Deceased | Gloria Gonzalez in their own right as the Sibling of Isaias Rivera, Deceased | 1:15-cv-09903, 53, at 148 | Isaias Rivera |
| 11 | Obed A. Gonzalez as Co-Administrator of the Estate of Gloria E. Rivera-Gonzalez, Deceased Sibling of Isaias Rivera, Deceased | Gloria Gonzalez in their own right as the Sibling of Isaias Rivera, Deceased | 1:15-cv-09903, 53, at 148 | Isaias Rivera |
| 12 | Zachary S. Stone as Personal Representative of the Estate of Douglas J. Stone, Deceased | Charles Parker, III, as Personal Representative of the Estate of Douglas Stone, Deceased and on behalf of all beneficiaries of Douglas Stone | 1:15-cv-09903, 53, at 3471 | Douglas J. Stone |