UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2025
```

-----------------------------------------------------------X

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-----------------------------------------------------------X

This document relates to:
*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   December 9, 2025                                  Respectfully submitted,

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 10, 2025
       New York, New York

## EXHIBIT A

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Kara Hadfield as Personal Representative of the Estate of Alfred Thomas Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | Josephine M. Acquaviva, as Personal Representative of the Estate of Alfred Thomas Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | 1:15-cv-09903, 53, at 570, 10252, at 1, 10256 | Paul Andrew Acquaviva |
| 2 | John G. Atwood as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood in their own right as the Parent of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3310 | Gerald T. Atwood |
| 3 | Jane M. Duffy as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood in their own right as the Parent of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3310 | Gerald T. Atwood |
| 4 | Gregory P. Atwood as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood in their own right as the Parent of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3310 | Gerald T. Atwood |
| 5 | Debra Ann Jensen as Personal Representative of the Estate of Frank Gerald Jensen, Deceased Spouse of Suzanne M. Calley, Deceased | Frank Jensen, as Personal Representative of the Estate of Suzanne M. Calley, Deceased and on behalf of all beneficiaries of Suzanne M. Calley | 1:15-cv-09903, 53, at 2995 | Suzanne M. Calley |
| 6 | Nancy Lennon Frain as Co-Administrator of the Estate of Lucille Lennon, Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2357 | John J. Lennon, Jr. |
| 7 | James L. Lennon as Co-Administrator of the Estate of Lucille Lennon, Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2357 | John J. Lennon, Jr. |
| 8 | Lena Pesce as Personal Representative of the Estate of Joseph G. Pesce, Deceased | Joseph G. Pesce, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4574 | Joseph G. Pesce |
| 9 | Maureen Yetman as Personal Representative of the Estate of Thomas J. Reidy, Deceased Parent of Gregg Reidy, Deceased | Thomas Reidy, as Personal Representative of the Estate of Gregory Reidy, Deceased and on behalf of all beneficiaries of Gregory Reidy | 1:15-cv-09903, 53, at 368 | Gregg Reidy |
| 10 | Gloria E. Machado as Co-Administrator of the Estate of Gloria E. Rivera-Gonzalez, Deceased Sibling of Isaias Rivera, Deceased | Gloria Gonzalez in their own right as the Sibling of Isaias Rivera, Deceased | 1:15-cv-09903, 53, at 148 | Isaias Rivera |
| 11 | Obed A. Gonzalez as Co-Administrator of the Estate of Gloria E. Rivera-Gonzalez, Deceased Sibling of Isaias Rivera, Deceased | Gloria Gonzalez in their own right as the Sibling of Isaias Rivera, Deceased | 1:15-cv-09903, 53, at 148 | Isaias Rivera |
| 12 | Zachary S. Stone as Personal Representative of the Estate of Douglas J. Stone, Deceased | Charles Parker, III, as Personal Representative of the Estate of Douglas Stone, Deceased and on behalf of all beneficiaries of Douglas Stone | 1:15-cv-09903, 53, at 3471 | Douglas J. Stone |