UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2025

03-MD-01570 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Burnett v. Islamic Republic of Iran, No. 15-cv-9903
    BNY Mellon v. Islamic Republic of Iran, No. 19-cv-11767
    Bodner v. Islamic Republic of Iran, No. 19-cv-11776

Several plaintiffs in these cases (the "Halloran and Jordan Plaintiffs") moved for partial final default judgments against the Islamic Republic of Iran ("Iran") and sought both economic damages and pain and suffering damages for the estates of two 9/11 decedents. See ECF No. 110032 at 5.[1] In support of the motion, the Halloran and Jordan Plaintiffs attached a declaration from their counsel, John F. Schutty. ECF No. 11033 ("Schutty Declaration"). Counsel later notified the Court that the two estates already received pain and suffering damages and, as a result, the Halloran and Jordan Plaintiffs' motion seeks only economic damages. ECF Nos. 11050 (letter explaining correction), 11051 ("Revised Proposed Order"). Having reviewed the original and revised submissions, the Court orders as follows:

The Revised Proposed Order attaches the default judgment motion cover sheet. ECF No. 11051-1. The cover sheet certifies, with citations to the Schutty Declaration, that counsel (1) followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

3435, and (2) represents that the Halloran and Jordan Plaintiffs "have not previously received judgments against these defendants." Id. at 1. But the Schutty Declaration neither states that counsel followed the quality control measures nor references the applicable orders, in the cited paragraph or otherwise. See Schutty Declaration ¶ 3. Moreover, the Schutty Declaration represents that the Halloran and Jordan Plaintiffs "have not recovered fully for their economic damages and conscious pain and suffering awards previously." Id. ¶ 10. And it states that counsel "further confirmed that [the Plaintiffs] do not have any prior judgments or pending motion before this Court for compensation arising out of the September 11th attacks." Id.

In light of the prior judgments awarded to the Halloran and Jordan Plaintiffs against Iran, counsel should revise the Schutty Declaration and confirm compliance with all required procedures for default judgments. See ECF No. 7522 at 1–2, Exs. A-1, A-2 (entering liability judgment and awarding solatium damages to the Halloran and Jordan family members); ECF No. 7527 at 3, Exs. B-1, B-2 (awarding pain & suffering damages, but not economic damages, to the Halloran and Jordan estates); ECF 11032 at 2 n.2 (noting prior solatium awards in initial motion). By December 22, 2025, counsel must file a revised declaration that (1) certifies and explains counsel's compliance with the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435, (2) states the prior judgments the Halloran and Jordan Plaintiffs received, and (3) clarifies the partial final default judgment they now request.

The Court also directs the Halloran and Jordan Plaintiffs to file a new Revised Proposed Order, see ECF No. 11051, that includes the following changes: (1) updates the references for the revised Schutty Declaration; (2) removes the columns for the prior pain & suffering damages from the table in "Exhibit B – Estates (U.S. National)," ECF No. 11051-2 at 1; and (3) removes as an attachment "Exhibit B – Solatium – (U.S. National)," ECF No. 11051-2 at 2. In other

words, the Revised Proposed Order should include as an attachment only a summary of the requested economic damages. The deadline for the new Revised Proposed Order is December 22, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   December 12, 2025
         New York, New York