EXHIBIT A

## DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. __11430__

Memorandum of law: ECF No. _____

Declaration & supporting exhibits: ECF No. __11431__

**PLAINTIFFS**

Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B1 | Personal Representatives of the Estates of U.S. | ATA (18 U.S.C. sec. 2333), common law |
| | Nationals with Prior Judgments (Pain and Suffering) | |
| B2 | Personal Representatives of the Estates of U.S. | ATA (18 U.S.C. sec. 2333), common law |
| | Nationals with Prior Judgments (Economic loss) | |
| C | Immediate Family Members (U.S. Nationals) with | ATA (18 U.S.C. sec. 2333), common law |
| | Prior Judgments (Solatium) | |

**DEFENDANTS**

Please list all defendants the plaintiffs are moving against:

The Taliban

**COMPLIANCE**

As stated in ECF No. __11431__ at ¶ ___2, 7-9 and 14___ ,counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. __11431__ at ¶ __14__, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on _12_ / _15_ / __2025__.

**SUBJECT MATTER JURISDICTION**

☑ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __8973__

☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

☑ The Court previously addressed personal jurisdiction over these defendants in ECF No. __8973__

☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

☐          ☐ new functional equivalence findings; ☐ new personalinjuryassessments; or ☐ resolution of a new issue: _____

☑ ÿhis motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions | Alternative Service Order | Affidavit of Service | Certificate of Default | Liability Judgment |
|---|---|---|---|---|---|
| | *list entries relevant to moving plaintiffs* | *complete if applicable* | | | *leave blank if requesting liability judgment* |
| 02-cv-06977, ECF 465 (Sixth Amended Complaint) | Motion to Add: 8711, et seq. (Motion), 8723 (Order); 8715, et seq. (Motion), 8721 (Order); 10496 et seq. (Motion), 10508 (Order) | ECF 445 (03-md-1570) | ECF 709 (03-md-1570) | ECF 1756 (03-md-1570) | ECF 1756 (03-md-1570) |
| | Motion to Add: 11064 et seq. (Motion), 11096 (Order); 11068 et seq. (Motion), 11074 (Order) | | | | |
| | Motion to Substitute: 8246, et seq. (Motion), 8251 (Order); 10471 et seq. (Motion), 10473 (Order); 11198 et seq. (Motion), 11209 (Order) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |