# EXHIBIT B-1

Exhibit B1 - Personal Representatives of the Estates of U.S. Nationals with Prior Judgments (Pain and Suffering) - ATA (18 U.S.C. sec. 2333), common law

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Lorraine | | Abad | | Edelmiro | | Abad | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | 11198-1, 11209 | 3226 at 5 | $ 2,000,000.00 | $ 6,000,000.00 | $6,000,000 | 9/11/2001 | | |
| 2 | Arlene | | Beyer | | Paul | M. | Beyer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | 11198-1, 11209 | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | $6,000,000 | 9/11/2001 | | |
| 3 | Bobby | | Griffin | | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | $6,000,000 | 9/11/2001 | | |
| 4 | Joanne | | Hatton | | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | $6,000,000 | 9/11/2001 | | |
| 5 | Sharri | | Maio | | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | $6,000,000 | 9/11/2001 | | |