# EXHIBIT B-2

Exhibit B2 - Personal Representatives of the Estates of U.S. Nationals with Prior Judgments (Economic Loss) - ATA (18 U.S.C. sec. 2333), common law

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | | Economic Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Lorraine | | Abad | | Edelmiro | | Abad | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | 11198-1, 11209 | 5537-6 | 1/1/20 | 5881-2 at 2, 5926 | $ 2,889,133.00 | $ 8,667,399.00 | $ 8,667,399.00 | 1/1/2020 | | |
| 2 | Deborah | | Basham | | Alfred | Todd | Rancke | | US | 9/11/01 | NY | 02cv06977 | 1463 at 20 | | 10908-3 | 6/1/25 | 10987 at 5 | $ 10,635,883.00 | $ 31,907,649.00 | $ 31,907,649.00 | 6/1/2025 | | |
| 3 | Paula | | Berry | | David | S. | Berry | | US | 9/11/01 | NY | 02cv06977 | 1463 at 49 | | 10908-4 | 6/1/25 | 10987 at 5 | $ 15,806,301.00 | $ 47,418,903.00 | $ 47,418,903.00 | 6/1/2025 | | |
| 4 | Arlene | | Beyer | | Paul | M. | Beyer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | 11198-1, 11209 | 9980-5 | 7/1/24 | 10266 at 5 | $ 4,166,944.00 | $ 12,500,832.00 | $ 12,500,832.00 | 7/1/2024 | | |
| 5 | Frank | | Distefano | | Douglas | | Distefano | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | 8246 at 4, 8251 | 9980-24 | 7/1/24 | 10266 at 5 | $ 3,018,031.00 | $ 9,054,093.00 | $ 9,054,093.00 | 7/1/2024 | | |
| 6 | Joanne | | Hatton | | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 10830-1 | 2/1/25 | 10987 at 5 | $ 4,814,861.00 | $ 14,444,583.00 | $ 14,444,583.00 | 2/1/2025 | | |
| 7 | Donna | | Hickey | | Brian | C. | Hickey | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 10908-2 | 6/1/25 | 10987 at 5 | $ 2,990,966.00 | $ 8,972,898.00 | $ 8,972,898.00 | 6/1/2025 | | |
| 8 | Marcela | | Leahy | | James | P. | Leahy | | US | 9/11/01 | | 02cv06977 | 1463 at 63 | | 10908-1 | 6/1/25 | 10987 at 5 | $ 4,200,710.00 | $ 12,602,130.00 | $ 12,602,130.00 | 6/1/2025 | | |
| 9 | Sharri | | Maio | | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | | 10929-1 | 6/1/25 | 10987 at 5 | $ 11,730,247.00 | $ 35,190,741.00 | $ 35,190,741.00 | 6/1/2025 | | |
| 10 | Perry | | Oretzky | | Mary Lynn | Edwards | Angell | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | 11198-1, 11209 | 9680-12 | 4/1/23 | 10292 at 5 | $ 1,998,157.00 | $ 5,994,471.00 | $ 5,994,471.00 | 4/1/2023 | | |
| 11 | Linda | | Sarle | | Paul | F. | Sarle | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 10908-5 | 6/1/25 | 10987 at 5 | $ 5,013,787.00 | $ 15,041,361.00 | $ 15,041,361.00 | 6/1/2025 | | |
| 12 | Emily | | Terry | | Andrew | | Kates | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 10908-6 | 6/1/25 | 10987 at 5 | $ 22,471,741.00 | $ 67,415,223.00 | $ 67,415,223.00 | 6/1/2025 | | |