# EXHIBIT C

Exhibit C - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium) - ATA (18 U.S.C. sec. 2333), common law

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Leslie | | Werdann | | Frank | | Agnes | | US | David | S. | Agnes | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | 8715-1 at 2, 8721 | Parent | | 4880 at 3 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 2 | Paula | | Hayes Cottoy | | Conrod | | Cottoy | Jr. | US | Conrod | | Cottoy | Sr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 8715-1 at 8, 8721; 10471-1 at 2, 10473 | Child | | 7190 at 4 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 3 | | | | | Mitchell | | Curia | | US | Laurence | | Curia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 6 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 4 | | | | | Andrew | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 5 | | | | | Nicholas | | Demas | | US | Anthony | | Demas | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 6 | Angelina | | Rizzo | | Andrew | A. | Gardner | | US | William | A. | Gardner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | 8711-1 at 20, 8723; 11224 | Child | | 4880 at 11 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 7 | | | | | Bobby | | Griffin | | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 11067-1 at 2, 11096 | Spouse | | 10987 at 7 | $ 12,500,000.00 | $ 37,500,000.00 | $ 37,500,000.00 | 9/11/2001 | | |
| 8 | | | | | Bobby | | Griffin | Jr | US | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 9 | | | | | Joanne | | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 11067-1 at 2, 11096 | Spouse | | 10987 at 7 | $ 12,500,000.00 | $ 37,500,000.00 | $ 37,500,000.00 | 9/11/2001 | | |
| 10 | | | | | Jessica | L. | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 11 | | | | | Leonard | W. | Hatton | III | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 11071-1 at 2, 11074 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 12 | | | | | Tara | Anne | Hatton | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 11071-1 at 2, 11074 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 13 | | | | | Courtney | M. | Nash | | US | Leonard | | Hatton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 14 | Anne | | Galizia | | Virginia | | Howard | | US | Joseph | | Howard | | US | 9/11/01 | NY | 02cv06977 | 1463 at 13 | 11071-1 at 2, 11074 | Parent | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 15 | | | | | Sharri | | Maio | | US | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 11067-1 at 2, 11096 | Spouse | | 10987 at 7 | $ 12,500,000.00 | $ 37,500,000.00 | $ 37,500,000.00 | 9/11/2001 | | |
| 16 | | | | | Devon | | Maio | | US | Joseph | | Maio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 51 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 17 | | | | | Joshua | E. | Marchand | | US | Alfred | G. | Marchand | | US | 9/11/01 | NY | 02cv06977 | 1463 at 16 | 11071-1 at 2, 11074 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 18 | | | | | Megan | | Schaeffer | | US | John | F. | McDowell | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 17 | 11071-1 at 2, 11074 | Sibling | | 10987 at 7 | $ 4,250,000.00 | $ 12,750,000.00 | $ 12,750,000.00 | 9/11/2001 | | |
| 19 | Linda | | McLaughlin | | Dorothy | | McLaughlin | | US | George | P. | McLaughlin | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | 8715-1 at 22, 8721; 10471-1 at 2, 10473 | Parent | | 3979 at 8 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 20 | | | | | Margarita | | Vazquez | | US | Carmen | M. | Rodriguez | | US | 9/11/01 | NY | 02cv06977 | 1463 at 22 | 8715-1 at 36, 8721; | Parent | | 3979 at 10 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 21 | | | | | Lior | | Saada | | US | Thierry | | Saada | | France | 9/11/01 | NY | 02cv06977 | 1463 at 22 | 8711-1 at 47, 8723 | Child | | 4880 at 32 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 22 | Niloy | | Shah | | Malti | | Shah | | US | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | 10500-1, 10508 | Parent | | 10292 at 8 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |
| 23 | | | | | Tatiana | | Lawes | | US | Lorisa | C. | Taylor | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | 11067-1 at 2, 11096 | Child | | 10987 at 7 | $ 8,500,000.00 | $ 25,500,000.00 | $ 25,500,000.00 | 9/11/2001 | | |