LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

233 BROA[DWAY]
WOOLWO[RTH BUILDING]
NEW YO[RK]
PHONE (
FACSIMI[LE]
www.o[tmlaw.com]

ADMITTE[D]
SECOND C[IRCUIT]
US COURT ON INTERNATIONAL TRADE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2025

December 12, 2025

**VIA ECF**

The Honorable Sarah Netburn
Magistrate Judge
Southern District Court of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: ***In re Terrorist Attacks on September 11, 2001**, No. 03-md-1570 (GBD) (SN)*

Dear Judge, Netburn:

We write in response to the Court's December 9, 2025, Order (ECF No. 11419), which set the page limits and deadlines for the upcoming summary judgment motions. We respectfully request reconsideration of the portion of the Order pertaining to the page limits for the motion for summary judgment for the two Defendants the World Assembly of Muslim Youth ("WAMY SA") and World Assembly of Muslim Youth International ("WAMY International") as they are two separate Defendants, similar to Muslim World League (MWL) and International Islamic Relief Organization (IIRO). We respectfully request that the Court allow the WAMY SA and WAMY International Defendants an additional 10 pages in their opening combined brief only for a total of 75 pages and combined reply brief at 45.

The Order provides that each defendant is permitted 65 pages for its opening (moving) brief and 40 pages for its reply brief. The Order deems MWL and IIRO as separate entities for purposes of these page allocations but combines WAMY Saudi Arabia and WAMY International into a single defendant. This effectively provides WAMY SA and WAMY International with half the pages afforded to other defendants at both the moving-brief and reply-brief stages. While parity with MWL/IIRO would be the equitable approach we are only asking for 75 pages combined for the two Defendants we represent. As we requested separate from MWL/IIRO request WAMY defendants need a minimum of 75 pages necessary for the opening brief and 45 pages for the reply brief are necessary to adequately present their legal arguments and factual analysis of this complex litigation in support of WAMY SA and WAMY International's summary judgment motion.

WAMY SA and WAMY International are separate defendants, sued separately, with separate discovery records, legal issues, and factual circumstances. There will be legal issues unique to WAMY SA and WAMY International, including insufficiency of service of process. Accordingly, combining WAMY and WAMY International into a single 65-page allocation creates inequity.

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

As we underscored at the hearing, WAMY SA and WAMY International are the only Defendants in the multidistrict litigation to produce more than 1.3 million pages of documents, far more than any Defendants in this litigation, reflecting the extraordinary scale of the factual material requiring analysis for both WAMY SA and WAMY International. These facts highlight why a combined 65-page limit and reply brief at 40 pages, exactly half in comparison with MWL and IIRO Defendants, are inequitable and would materially prejudice the ability of both Defendants to brief their issues fully.

For these reasons, we respectfully request that the Court reconsider its Order and grant WAMY SA and WAMY International at least the 75-page combined brief and a 45-page reply brief as we initially requested. We appreciate the Court's consideration and hope this clarifies the basis of our request.

Respectfully submitted,

*s/s Omar T. Mohammedi*

_____

Omar T. Mohammedi. Esq.

*s/s Frederick Goetz, Esq.*

---

WAMY SA and WAMY International's request is GRANTED. They must file one consolidated opening brief (limited to 75 pages) and one consolidated reply brief (45 pages). They also have the option of joining the other Merits Defendants and filing one omnibus opening brief (205 pages) and one omnibus reply brief (125 pages). The Plaintiff's opposition brief related to the WAMY Defendants is likewise limited to 75 pages but can be consolidated. All other deadlines and page limits remain the same. See ECF No. 11419.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 15, 2025
       New York, New York