### DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

      Motion: ECF No. _____

      Memorandum of law: ECF No. _____

      Declaration & supporting exhibits: ECF No. _____

**PLAINTIFFS**

Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---------|--------------------------|--------------------|
|         |                          |                    |
|         |                          |                    |
|         |                          |                    |
|         |                          |                    |
|         |                          |                    |
|         |                          |                    |

**DEFENDANTS**

Please list all defendants the plaintiffs are moving against:

_____

_____

**COMPLIANCE**

      As stated in ECF No. _____ at ¶ ____, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

      As stated in ECF No. _____ at ¶ ____, these plaintiffs have not previously received judgments against these defendants.

      Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on ____ / ____ / _____.

**SUBJECT MATTER JURISDICTION**

    ☐  The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____

    ☐  The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

    ☐  The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

    ☐  The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐  This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☐  This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |