Exhibit B:  Estates - Economic - (U.S. Nationals)

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble |
| Marie | | Halloran | | Vincent | G | Halloran | | USA | 9/11/01 | NY | 19cv11767 | 5 at 85 | | Economic | 12/23/03 | N/A | $ 3,612,754.00 | |
| Lisa | | Jordan | | Andrew | | Jordan | | USA | 9/11/01 | NY | 19cv11776 | 5 at 18 | | Economic | 12/11/03 | N/A | $ 2,607,424.00 | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | |
| | | | | | | | | USA | 9/11/01 | NY | | | | | | | | |