**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

December 19, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

   Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

   The Plaintiffs' Executive Committees (PECs) and counsel for Sudan jointly, and in consultation with the U.S. government, write in response to the Court's Endorsement Order at ECF No. 11408, which directed the parties to "either (1) jointly propose an updated briefing schedule for the PECs' motion to compel production of documents by the CIA, or (2) request further extension for proposing a briefing schedule." ECF No. 11408.

   The parties continue to be in dialogue with the U.S. government regarding the CIA's production of documents pursuant to the parties' subpoenas. Plaintiffs offered a compromise proposal in August 2025, to which the government responded following the government shutdown. Following exchanges of proposals and counter proposals in late November 2025, on December 11, 2025, Plaintiffs provided the government's counsel with Plaintiffs' latest proposal, which the CIA is currently considering. As to Sudan, the CIA provided a proposal to Sudan in late November, to which Sudan responded on December 12, 2025 with follow-up questions and additional proposed search terms, which the CIA is considering. The parties reserve all rights with regard to any disputes that may arise.

   Because the parties continue to be in dialogue with the U.S. government regarding the CIA's production obligations, the U.S. government and Plaintiffs jointly propose that the Court extend the deadlines for any briefing regarding the CIA production through the end of January, and direct that the parties, in the next status report, either propose a briefing schedule or provide the Court with a further update on the progress of the parties discussions. Sudan does not object to Plaintiffs' and the U.S. government's request.

The Honorable Sarah Netburn, U.S.M.J.
December 19, 2025
Page 2

_____

      Respectfully submitted,

MOTLEY RICE LLC

By:  /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*Liaison Counsel for the Plaintiffs' Executive
Committee for Personal Injury and Death
Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By:  /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*Co-Chair for the Plaintiffs' Executive
Committee for Commercial Claims on behalf
of Plaintiffs*

cc:    The Honorable George B. Daniels, via ECF
       All Counsel of Record via ECF

AMERICAS 132220900 v4