USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025

**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

December 19, 2025

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees (PECs) and counsel for Sudan jointly, and in consultation with the U.S. government, write in response to the Court's Endorsement Order at ECF No. 11408, which directed the parties to "either (1) jointly propose an updated briefing schedule for the PECs' motion to compel production of documents by the CIA, or (2) request further extension for proposing a briefing schedule." ECF No. 11408.

The parties continue to be in dialogue with the U.S. government regarding the CIA's production of documents pursuant to the parties' subpoenas. Plaintiffs offered a compromise proposal in August 2025, to which the government responded following the government shutdown. Following exchanges of proposals and counter proposals in late November 2025, on December 11, 2025, Plaintiffs provided the government's counsel with Plaintiffs' latest proposal, which the CIA is currently considering. As to Sudan, the CIA provided a proposal to Sudan in late November, to which Sudan responded on December 12, 2025 with follow-up questions and

---

> The joint request of the Plaintiffs and the U.S. government is GRANTED. The U.S. government's next monthly status report is due by January 20, 2026. See ECF No. 11408. By the same day, the parties must provide an update on the progress of their discussions and either (1) jointly propose an updated briefing schedule for the PECs' motion to compel production of documents by the CIA, or (2) request a further extension of time for proposing a briefing schedule. See ECF No. 11263.
>
> **SO ORDERED.**
>
> *[signature]*
> SARAH NETBURN
> United States Magistrate Judge
>
> Dated: December 19, 2025
>        New York, New York

AMERICAS 132220900 v4

The Honorable Sarah Netburn, U.S.M.J.
December 19, 2025
Page 2

---

    Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ Robert T. Haefele<br>ROBERT T. HAEFELE<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | By: /s/ Sean P. Carter<br>SEAN P. CARTER<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter@cozen.com<br><br>*Co-Chair for the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

cc:    The Honorable George B. Daniels, via ECF
        All Counsel of Record via ECF