**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEE
FOR PERSONAL INJURY AND DEATH CLAIMS**

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

Ronald L. Motley (1944-2013)
Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*
MOTLEY RICE LLC

Robert T. Haefele, *Co-Liaison Counsel*
MOTLEY RICE LLC

**VIA ECF**

December 22, 2025

The Hon. George B. Daniels, U.S.D.J.
United States District Court for the S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

  The Plaintiffs' Executive Committee for Personal Injury and Death Claims write regarding the non-motion letter of Kristen Breitweiser, a single represented 9/11 Plaintiff in these MDL proceedings, purporting to provide the views of herself and other also-represented 9/11 Plaintiffs that was filed on December 10, 2025, and docketed at ECF No. 11426.

  The Court has already heard, considered, and rejected the arguments this letter asserts—about choice of law, structure of solatium damages, and the propriety of and alleged conflicts between certain categories of plaintiffs. In fact, the letter writer's own retained counsel, John Schutty, argued these issues in written filings and at oral argument before this Court. *See, e.g.*, ECF No. 8814; Tr. of Nov. 18, 2022; ECF No. 8986. When the Court rejected those arguments, *see* ECF Nos. 8929, 8973, 8997, the Filer's retained counsel, Mr. Schutty, sought to appeal, first through certification of an interlocutory appeal, ECF No. 8992, 8993, which this Court denied, ECF No. 9175, and then through a petition for writ of mandamus, ECF No. 9095, which the Second Circuit denied, ECF No. 9348, and then through a petition for writ of certiorari to the United States Supreme Court, which the Supreme Court denied. *O'Brien v. United States Dist. Ct. for S. Dist. of New York*, 144 S. Ct. 808, 218 L. Ed. 2d 23 (2024). In all contexts, this Court rejected the arguments reraised in the December 10 letter as legally wrong and this Court and the Second Circuit denied further review as unwarranted.

  The PECs rest on the Court's prior rulings on these issues and do not intend to file any further response to the December 10 letter unless directed by the Court to do so.

  Respectfully submitted,

        MOTLEY RICE LLC

        By: /s/ Robert T. Haefele
        ROBERT T. HAEFELE

The Honorable George B. Daniels, U.S.D.J.
December 22, 2025
Page 2

_____

        28 Bridgeside Boulevard
        Mount Pleasant, SC 29465
        Tel.: (843) 216-9184
        Email: rhaefele@motleyrice.com

*Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims*

cc:    The Honorable Sarah Netburn, U.S.M.J., via ECF
        All Counsel of Record via ECF