# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2025

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

December 23, 2025

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Sean Manning, et al. v. Islamic Republic of Iran*, No. 1:25-cv-10649

Dear Judge Netburn:

Pursuant to Your Honor's Order dated October 28, 2019, docketed under the MDL as Docket Number 5234 ("October 28, 2019 Order"), we respectfully request that the above-referenced case filed December 23, 2025 be made part of the MDL.

Per Your Honor's practices in this MDL, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement. Similarly, under Judge Daniels' individual rules and practices, available at https://www.nysd.uscourts.gov/hon-george-b-daniels, we are *not* providing a courtesy copy for chambers of Plaintiffs' Civil Cover Sheet, Request for Summons, Complaint, and Related Case Statement.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jerry Goldman
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

---

Pursuant to the Court's Order at ECF No. 5234, the above-referenced case shall be made part of the MDL.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: December 29, 2025
New York, New York