

United States Department of State

Washington, D.C.   20520

December 2, 2025

Tammi M. Hellwig, Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)(SN): *Accardi v. Islamic Republic of Iran*, 21-cv-06247; *Alexander v. Islamic Republic of Iran*, 21-cv-03505; and *Betso v. Islamic Republic of Iran*, 21-cv-01394**

Dear Ms. Hellwig:

I am writing regarding the Court's request for transmittal of a Memorandum Decision and Order (Dkt. 10813, March 28, 2025), Notice of Plaintiffs Rule 60(a) Motion to Correct Clerical Errors in Exhibits A, B and C of the Courts March 28, 2025 Memorandum Decision and Order (Dkt. 10862, April 14, 2025) and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1083-IE dated October 25, 2025, and delivered on October 28, 2025. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

Cc: Nicholas Papain
SULLIVAN PAPAIN BLOCK McMANUS COFFINAS & CANNAVO P.C.
120 Broadway, 27th Floor
New York, NY 10271