**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2026

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

January 5, 2026

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

The Plaintiffs' Executive Committees (PECs) and counsel for Sudan jointly write in response to the Court's Order at ECF No. 11409, which directed the parties "to meet and confer about the discovery schedule and file a joint proposed schedule, including depositions, by January 5, 2026." ECF No. 11409. Having conferred, the parties propose the following schedule for fact discovery:

- Document Discovery Deadline:   Tuesday, June 30, 2026
- Fact Deposition Deadline:   Thursday, October 15, 2026

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER

---

The parties' joint request is GRANTED. The Court establishes the above schedule for fact discovery. The parties should anticipate that these deadlines are firm and will not be adjourned. **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 8, 2026
New York, New York