IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570 (GBD)(SN) |
| This document relates to: *Desimone, et al. v. The Islamic Republic of Iran,* Case No. 21-cv-07679 (GBD)(SN) | |

### PLAINTIFFS' NOTICE OF MOTION TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Exhibit A attached hereto, Plaintiff, Alexandria Desimone, identified in Exhibit A, respectfully moves the Court pursuant to Fed. R. Civ. P. 15(a)(2) for leave to amend Plaintiffs' Complaint. Plaintiff's claim was voluntarily dismissed without prejudice May 28, 2024 (ECF 9836).[1] Plaintiff requests leave to amend following the ruling in *K.E.F.V. v. Islamic Republic of Iran*, 135 F. 4th 988 (D.C. Cir. 2025) wherein the Court of Appeals for the District of Columbia held that children who are in utero at the time a parent is killed in a terrorist attack and who are later born may seek solatium under the Foreign Sovereign Immunity Act. Plaintiff is named in Appendix 1 to the original Iran Short Form Complaint and this motion does not add any additional parties, but seeks only to reinstate the solatium claim asserted on behalf of the Plaintiff as originally stated in the pleadings.

---

[1] Unless indicated differently, citations to ECF Nos. are to the docket in *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

Respectfully submitted,

 /s/ *Robert Keith Morgan*
Robert Keith Morgan
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com