UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In recent default judgment motions, many plaintiffs have submitted as support for their claims only their sworn declarations and letters from the Victim Compensation Fund ("VCF") confirming their eligibility for compensation. See, e.g., ECF Nos. 10851-2, 10924-3, 11039-3, 11109-3.[1] Although the Court has credited these submissions, see ECF No. 11400 at 21 n.7, future default judgment motions should also attach (1) each plaintiff's citizenship records and (2) detailed medical records on the plaintiff's reported injuries, wherever possible. See, e.g., ECF No. 9663 (default judgment motion including declarations from each plaintiff that attached, under seal, the plaintiff's citizenship and relevant medical records); see also Burnett I, ECF No. 5879 at 9 ("The absence of medical records supporting and providing further information regarding an affiant's claims may support a downward departure in an award determination."). Additionally, the Court reminds plaintiffs that "submitting medical records to support motions for personal injury damages must include pin cites directing the Court to the particular part of the medical record that supports the plaintiff's claimed injuries." ECF No. 7083 at 2. And the

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

plaintiffs should ensure that all pages of their supporting documents are attached to their filings.

<u>See, e.g.</u> ECF No. 11109-10 at 5 (including only the first page of VCF letter).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 16, 2026
               New York, New York