**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS                  :
ON SEPTEMBER 11, 2001                    :
                                         :     **03 MDL 1570 (GBD)(SN)**
                                         :
                                         :
------------------------------------------------------------------x

This Document Relates to
<u>Ray, et al. v. Islamic Republic of Iran, et al.</u>
1:19-cv-00012 (GBD)(SN)

### [*PROPOSED*] ORDER UNDER 28 U.S.C. § 1610(c) AUTHORIZING ENFORCEMENT OF JUDGMENT

AND NOW, upon consideration of the unopposed Plaintiffs' Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) on some or all of approximately 127,271 Bitcoin currently held by the U.S. Government, and all proceeds traceable thereto (the "Bitcoin Assets"), and Plaintiffs' Memorandum in Support thereof, it is hereby ORDERED and DECREED that:

1. On February 19, 2020, the Court entered a partial final judgment ("Partial Final Judgment") in favor of the *Ray* Plaintiffs and against the Defendant Islamic Republic of Iran;

2. The *Ray* Plaintiffs have validly and properly served their Partial Final Judgment on the Defendant Islamic Republic of Iran in conformity with the requirements of 28 U.S.C. § 1608(e);

3. A reasonable period of time had elapsed since entry of the Partial Final Judgment and since service of the Partial Final Judgment on the Defendant Islamic Republic of Iran;

4. More than five (5) years have passed since the date of service of the Partial Final Judgment by Judgment Debtor Iran;

5. As of the date of the filing of this Motion for an order authorizing them to enforce their Final Judgment against specific assets belonging to the Judgment Debtor Defendants,

Defendant Iran has made no payment upon the Judgment, nor has Iran indicated in any way that it will voluntarily make payment on the Judgment;

6. The *Ray* Plaintiffs have an opportunity to enforce their Partial Final Judgment against the Bitcoin Assets currently held by the U.S. Government, and all proceeds traceable thereto;

7. The Bitcoin Assets are currently the subject of a forfeiture proceeding pending in the Eastern District of New York pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions in the Federal Rules of Civil Procedure;

8. The *Ray* Plaintiffs now seek Court approval to attach and execute on the Bitcoin Assets that were property of the Iran and China Investment Development Group ("Iran-China Group");

9. The Iran-China Group, doing business on the blockchain as "Lubian.com" or "LuBian," is an agency or instrumentality of Iran that has materially supported that country's efforts to evade Western sanctions by mining cryptocurrency in Iran;

10. Through this scheme, Iran converts sanctioned Iranian oil and gas into electricity, which miners then use to generate cryptocurrency for the Iranian government to use outside the traditional global banking systems;

11. LuBian was the cryptocurrency mining pool for the Iran-China Group, an Iranian joint-stock company that partnered with the Iranian government to build a large Bitcoin mine in Rafsanjan, Iran to assist that country's longstanding efforts to evade U.S. sanctions;

12. Under the Terrorism Risk Insurance Act ("TRIA"), the *Ray* Plaintiffs have the right to attach and execute on the property of Iran and its agencies and instrumentalities, including the Iran-China Group; and

13. In accordance with the provisions of 28 U.S.C. § 1610(c), a reasonable period of time has elapsed following the entry of the Partial Final Judgment against Iran and the giving of notice by service of the Final Judgment on Iran in accordance with 28 U.S.C. § 1608(e); and

14. The *Ray* Plaintiffs hereby seek to assert their superior interest in the Bitcoin Assets, or at least so much as may ultimately be necessary to satisfy the outstanding comnpensatory damages, plus post-judgment interest, on their judgments, which TRIA makes senior to any interest that the government or other claimants could assert.

**THEREFORE,**

***IT IS ORDERED*** that the *Ray* Plaintiffs' Motion for Order Under 28 U.S.C. § 1610(c) Authorizing Enforcement of Judgment is **GRANTED**, and,

***IT IS FURTHER ORDERED*** that the *Ray* Plaintiffs are authorized pursuant to 28 U.S.C. § 1610(c) to enforce the *Ray* Partial Final Judgment by any lawful means, including attachment of, and execution against, the Bitcoin Assets.

**SO ORDERED:**

Date: _____         _____
     New York, New York                GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE