

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 21, 2026

<u>BY ECF</u>
Hon. Sarah Netburn
Chief Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, No. 03 MD 1570 (GBD) (SN)

Dear Judge Netburn:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance on behalf of the United States of America in this matter. My colleagues, AUSAs Jennifer Jude and Jean-David Barnea, will continue to represent the interests of the Government in this case.

    I thank the Court for its consideration of this request.

                                      Respectfully,

                                      JAY CLAYTON
                                    United States Attorney for the
                                    Southern District of New York

By:   <u>/s/  Rebecca S. Tinio</u>
        REBECCA S. TINIO
        Assistant United States Attorney
        Telephone: (212) 637-2774
        Email: rebecca.tinio@usdoj.gov
        *Counsel for the United States of America*