UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member cases
*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 (GBD) (SN) and
*Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*,1:18-cv-12370 (GBD) (SN))

*EX PARTE* APPLICATION TO PERMIT
ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)

Upon the accompanying Memorandum of Law, the Declaration of James P. Bonner executed on January 21, 2026 (the "Bonner Declaration"), together with the Exhibits annexed thereto, and all prior pleadings and proceedings had herein, the *Anaya* and *Chairnoff* Plaintiffs identified at **Exhibit A** to the Bonner Declaration, each of whom is the personal representative or an immediate family member of an individual killed in the terrorist attacks on September 11, 2001, by and through their undersigned attorneys, hereby apply *ex parte* for an Order pursuant to 28 U.S.C. § 1610(c):

(1)   finding that a reasonable period of time has elapsed since the entry of each of Plaintiffs' judgments identified in **Exhibit A** to the Bonner Declaration and the giving of notice required under 28 U.S.C. § 1610(e);

(2)   directing the Clerk of the Court to issue a writ of execution with respect to property and interests in property of the Judgment Debtor, the Islamic Republic of Iran ("Iran"), and/or property or interests in property of Iran's agencies or instrumentalities, in the United States including but not limited to the Iran and China Investment Development Group doing business as Lubian.com or LuBian, which have been blocked by reason of Executive Order No. 13599 effective February 6, 2012, including 127,271 Bitcoin in the

custody of the United States Department of Justice and all proceeds traceable thereto that are currently the subject of a forfeiture proceeding pending in the Eastern District of New York, to the extent necessary to satisfy Plaintiffs' judgments against Iran for compensatory damages and post-judgment interest thereon; and authorizing the use of such further procedures available under Rule 69 of the Federal Rules of Civil Procedure in aid of execution against such assets; and

(3)  granting such other and further relief as the Court deems just and proper.

A proposed form of order is submitted herewith.

Dated:  January 21, 2026
        White Plains, New York

**FLEISCHMAN BONNER & ROCCO LLP**
By: /s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
445 Hamilton Avenue, Suite 402
White Plains, New York  10601
Telephone:  646-415-1399

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631

Patrick M. Donahue (admitted *pro hac vice*)
P. Joseph Donahue (admitted *pro hac vice*)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377

*Counsel for Anaya and Chairnoff Plaintiffs*