UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :        ORDER
                                    :
                                    :        03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :
                                    :
                                    :
------------------------------------x

This document relates to:

    *Burnett, et al. v. Islamic Republic of Iran, et al.*, 15-cv-9903(GBD)(SN)

## ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *BURNETT/IRAN* PLAINTIFFS IDENTIFIED AT EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The *Burnett/Iran* Plaintiffs listed in Exhibits A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 10993, 10994, 10995, 10996.)[1] This Court previously denied these Plaintiffs' motions for partial final default judgment without prejudice. (*See* ECF Nos. 10814, 101818 - Exhibit B.) Plaintiffs have cured the defects identified by this Court in its prior orders. Upon consideration of the evidence and arguments set forth in the Declarations of John C. Duane, Esq. and the exhibits thereto (ECF No. 10995); and in light of the default judgments as to liability against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (Case No. 15-cv-9903, ECF No. 85); together with the entire record in this case, it is hereby

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants (*see* ECF No. 64 in No. 15-cv-9903); and it is

**ORDERED** that partial final judgment is entered on behalf of the *Burnett/Iran* Plaintiffs identified in Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving solatium damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A. The Clerk of Court is further directed to close the motions at:

- ECF No. 10993, in 03-mdl-1570;

- ECF No. 999, in 15-cv-9903.

Dated: January 22, 2026  
New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS  
United States District Judge

# Exhibit A

EXHIBIT A
ESTATES

| Personal Representative ||||| 9/11 Decedent |||||||| Claim Information |||| Pain & Suffering Damages ||| Economic Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 Rebecca | | Hofer | | John | Aaron | Hofer | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2945 | | | $ 2,000,000.00 | | 1/3/25 | | $ 6,003,819.00 |