USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026

**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

January 20, 2026

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs' Executive Committees (PECs), counsel for Sudan, and the U.S. government write jointly in response to the Court's Endorsement Order at ECF No. 11438 (Dec. 19, 2025), which instructed the government to provide an update on the status of the agencies' productions and directed the parties to provide the Court with an update on the progress of their discussions with the agencies and "either (1) jointly propose an updated briefing schedule for the PECs' motion to compel production of documents by the CIA, or (2) request further extension for proposing a briefing schedule." ECF No. 11438.[1]

      **Federal Bureau of Investigation:** The FBI has completed its searches responsive to those portions of the parties' requests that it indicated to the parties it would search for, and made its first production on November 25, 2025.[2]  The FBI had previously indicated that it would be able to make subsequent productions in December and January.  However, starting in mid-December, various FBI personnel assigned to this matter have been tasked to assist with the Department of Justice's compliance regarding a high-priority transparency project.  As a result, the FBI's progress on this case has slowed considerably over the past month.  It is unclear at this time when that tasking will end, but the agency believes it may be able to make its next production in February.

      **U.S. Department of State:**  State previously reported that its searches in response to the parties' requests uncovered a total of approximately 1,000 potentially responsive records, which the agency has been reviewing.  State anticipates making its first production of responsive

---

[1] The government provided the updates below concerning the status of the agencies' productions.

[2] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service that the government has agreed to process.

The Honorable Sarah Netburn, U.S.M.J.
January 20, 2026
Page 2

_____

records by the end of January, with periodic rolling productions every few weeks thereafter. State currently estimates that the bulk of its productions should be completed within the next four months or so.

**Central Intelligence Agency**: The CIA has been working on its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records. The agency expects to complete its reprocessing of these documents by the end of January. Separately, the parties continue to discuss the CIA's response to the remainder of the parties' subpoenas. As reported previously, Plaintiffs offered a compromise proposal in August 2025, and the CIA made a counterproposal on November 24, 2025. On December 11, 2025, Plaintiffs asked for certain clarifications to the CIA's proposal and proposed certain changes to it. On January 20, 2026, the CIA responded to Plaintiffs' questions and advised Plaintiffs that it rejects Plaintiffs' proposed changes.

As to Sudan, the CIA provided a proposal to Sudan in late November, to which Sudan responded on December 12, 2025, with follow-up questions and additional proposed search terms. Counsel for the U.S. government and Sudan discussed the CIA's responses on January 16, 2026. Sudan reiterated to the U.S. government that Sudan is amenable to the CIA's approach in principle, reserving all rights, particularly with respect to requests for certain categories of information that may not be included in the CIA's proposed search terms and approach. Sudan also reminded the U.S. government that, for the sake of efficiency, if Plaintiffs litigate their discovery dispute with the CIA on the front end, then Sudan will do likewise, in accordance with this Court's August 6, 2025 Order (ECF No. 11139).

Although the parties continue to be in dialogue with the U.S. government regarding the CIA's production obligations, because the issue has remained unresolved and the Court has now set a firm discovery deadline, the Plaintiffs propose that the Court set a deadline of February 20, 2026, for Plaintiffs to file a motion to compel the CIA, and if the Court orders briefing on Plaintiffs' motion, then Sudan proposes a deadline of March 6, 2026, for Sudan to file a letter indicating that it is joining the PECs' motion, adding to it, or adopting another position. The

---

The parties' proposed schedule for the PECs' motion to compel is GRANTED. The PECs must file any motion to compel the CIA by February 20, 2026, should their continuing conversations with the U.S. government not resolve their outstanding issues. By March 6, 2026, Sudan must file a letter indicating that it is joining the PECs' motion, adding to it, or adopting another position. The CIA must respond by March 23, 2026. The PECs and Sudan must reply (either jointly or separately, depending on Sudan's position) by April 15, 2026. Additionally, the U.S. government must continue submitting monthly status reports, see ECF No. 11408, with the next status report due by February 19, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 21, 2026
        New York, New York

The Honorable Sarah Netburn, U.S.M.J.
January 20, 2026
Page 3

_____

| | |
|---|---|
| *Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | *Co-Chair for the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF