# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

January 22, 2026                                                                                                   Via ECF

Honorable George B. Daniels, U.S. District Court Judge
Honorable Sarah Netburn, U.S. District Court Magistrate Judge

      Re:    *In re Terrorist Attacks on September 11, 2001,*
              MDL No. 03-MDL-1570 (GBD) (SN)
              *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977
              <u>Requests for Execution against Alleged Iranian Assets</u>

Your Honors:

I write in support of a letter filed yesterday (MDL ECF #11476) by four law firms who have responded to a Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. 1610(c) (MDL ECF #11458: motion to attach 127,271 Bitcoin with a value of $12 billion). Last night's letter to the Court highlights the unjust and unfair attempts by a relatively small number of 9/11 claimants to seize assets totally for themselves with a total disregard of the interests of all other plaintiffs in this multidistrict litigation.

Attorney Jerry S. Goldman's letter last night shows the complexity of the asset execution attempts thus far and the need for a coordination between this Court, the Eastern District of New York (where other asset execution actions have been filed) and the U.S. Government (the present possessor of the assets in question).

My clients would suggest that the U.S. Government be given the opportunity to turn these assets over to the USVSST Fund, where a fair and equitable sharing might result for all victims of Iranian terrorism.

We are in full agreement with Mr. Goldman's contention that the "overarching purpose" of the courts and U.S. Government should be to ensure "that the proceeds of the forfeiture proceeding will be distributed in a fair and equitable manner to all 9/11 victims, without a 'race to the courthouse' and competing attachment in different jurisdictions, whether equitable distribution is accomplished via the U.S.V.S.S.T. statutory mechanism or via the powers of the District Court."

We suggest a conference be scheduled with the Court so that all these issues may be addressed in open court.

Sincerely yours,

*John F. Schutty*