U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2026

January 21, 2026

BY ECF
Hon. Sarah Netburn
Chief Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, No. 03 MD 1570 (GBD) (SN)

Dear Judge Netburn:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance on behalf of the United States of America in this matter. My colleagues, AUSAs Jennifer Jude and Jean-David Barnea, will continue to represent the interests of the Government in this case.

    I thank the Court for its consideration of this request.

                                Respectfully,

                                JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

                By:   /s/ *Rebecca S. Tinio*
                        REBECCA S. TINIO
                        Assistant United States Attorney
                        Telephone: (212) 637-2774
                        Email: rebecca.tinio@usdoj.gov
                        *Counsel for the United States of America*

---

The motion to withdraw as counsel is GRANTED.
**SO ORDERED.**

                                _____
                                SARAH NETBURN
                                United States Magistrate Judge

Dated: January 23, 2026
       New York, New York