UNITED STATES DISTRICT COURT -- SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN))

**NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN *BURLINGAME* & *SCHNEIDER* PLAINTIFFS BASED ON PRIOR AWARDS [OR WAIVERS] OF PUNITIVE DAMAGES**

For the reasons set forth below, the statements contained in the Declaration of John Schutty, Esq. ("Schutty Declaration"), the exhibits annexed thereto, and the accompanying Memorandum of Points & Authorities, those *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs[1] set forth in a Proposed Order submitted herewith, by and through their counsel, the Law Office of John F. Schutty, P.C., respectfully move this Court for an Order granting the *Ashton-Burlingame*

1 Claims brought on behalf of the Plaintiffs described herein were part of the original *Burlingame* Complaint, styled *Burlingame, et al. v. Bin Laden, et al*., filed on September 10, 2002, bearing civil action no. 02-cv-7230, or the *Schneider* Complaint, styled *Schneider v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN), also filed on September 10, 2002, bearing civil action no. 02-cv-7209. Since these Plaintiffs remain segregated in the consolidated *Ashton* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burlingame* civil action no. 02-cv-7230 and *Schneider* civil action no. 02-cv-7209 within the consolidated *Ashton* Complaint are being collectively referred to hereinafter as the "*Ashton-Burlingame*" and *"Ashton-Schneider"* Plaintiffs (or all collectively as "Plaintiffs herein"). If their prior punitive damage awards are not honored, the following *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: [*Burlingame*] Irene Dickey, Joseph Dickey Jr., Elizabeth Dickey, Joanne Kelly, Brianne Kelly, Kaitlyn Kelly, Colleen Kelly, Erin Kelly, Eileen Lynch, Anne Lynch, Kathleen Lynch, Meaghan Lynch, Lisa O'Brien, John O'Brien, Madeline O'Brien, Jaqueline O'Brien, Dara Seaman, Michaella Seaman, Mary Seaman, Edward Seaman, Susan Sliwak, Ryan Sliwak, Kyle Sliwak, Nicole Sliwak, Allison Wallice, John Wallice, Christian Wallice, and Patrick Wallice, and [*Schneider*] Nancy Dimino and Sabrina Dimino.

and *Ashton-Schneider* Plaintiffs Final Judgments against one of the Defendants-in-Default, the Islamic Republic of Iran ("Iran"), since there appears no just reason to delay the entry of a Judgment certified as final pursuant to Fed. R. Civ. P. 54(b). The only claim that may be unresolved against Iran by these Plaintiffs is punitive damages. This motion seeks to resolve that remaining claim.

On March 8, 2016 (MDL ECF #3226 at 1, Schutty Declaration, Exhibit B), this Court awarded the Plaintiffs herein "punitive damages for conscious pain and suffering in the amount of $6,880,000 each …. and prejudgment interest on the compensatory damages awards of for conscious pain and suffering of each decedent to be calculated at the rate of 9% per annum from September 11, 2001 until today."[2] Upon information and belief that Order was never vacated.

If this Court should determine that its Order awarding these Plaintiffs punitive damages

---

[2] On March 8, 2016, Judge George B. Daniels issued an order awarding conscious pain and suffering *and punitive damages* against Iran for the *Ashton-Burlingame* and *Ashton-Schneider* plaintiffs. *See* ECF MDL #3226: "Ordered that . . . compensatory damages for conscious pain and suffering [are awarded] in the amount of $2,000,000. . . and punitive damages for conscious pain and suffering in the amount of $6,880,000 each."

On December 17, 2019, Judge George B. Daniels issued an order awarding damages for solatium (individually: spouse and children) and economic loss against Iran for the Estates of Dickey, Kelly, O'Brien, Seaman, Sliwak and the Wallice. *See* MDL ECF#5376.

On January 7, 2020, Judge George B. Daniels issued an order awarding damages for solatium (individually: spouse and children) and economic loss against Iran for the Estate of Farrell Lynch. *See* MDL ECF #5449.

On September 23, 2020, Judge George B. Daniels issued an order awarding damages for solatium (individually: spouse and children) against Iran, *see* ECF #54 in 02-cv-7209, and then economic loss against Iran for the Estate of Stephen Dimino on September 20, 2024, s*ee* MDL ECF #10391.

and prejudgment interest as promised in MDL ECF 3226 is no longer valid (*see* MDL ECF #3229), then the Plaintiffs herein will *conditionally* agree to a waiver of the only remaining claim that each of these Plaintiffs has left unresolved against Iran – a claim for punitive damages – *in exchange for this Court's agreement* to immediately enter an Order directing the Court of Clerk to award a Final Judgment with prejudgment interest at 4.96% from September 11, 2001 up and until the date a Final Judgment is entered. The Order now requested should be certified as a Final Judgment because it will fully dispose of the rights and liabilities of at least one party (Iran) and an immediate appeal will serve the interests of sound judicial administration and fairness to the litigants.

This Court has two options requested by the moving Plaintiffs based on the papers submitted with this motion: (1) it can reconsider and reverse its prior, wrongful rulings as to Iran (Orders "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities," Fed. R. Civ. P. 54(b)), or (2) it can immediately issue an Order that (a) provides for the entry of the Final Judgments to these Plaintiffs with prejudgment interest (4.96% compounded annually from September 11, 2001) and (b) certify the Order for appeal pursuant to Fed. R. Civ .P. Rule 54(b).

This motion is made on behalf of the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs listed within Exhibit B-1 to B-3 attached to the Proposed Order submitted simultaneously herewith.

Dated: New York, New York
January 29, 2026

Respectfully submitted,

LAW OFFICE OF JOHN F. SCHUTTY P.C.

By: /s/ *John F. Schutty*

John F. Schutty, Esq.
445 Park Avenue, Ninth Floor
New York, New York 10022
Tel: (646) 345-1441
*Counsel for the Ashton-Burlingame and Ashton-Schneider Plaintiffs*