UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN))

**[PROPOSED] ORDER FOR ENTRY OF FINAL
JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN
*BURLINGAME & SCHNEIDER* PLAINTIFFS BASED ON
PRIOR AWARDS [OR WAIVERS] OF PUNITIVE DAMAGES**

Upon consideration of the evidence and arguments submitted against the Islamic Republic of Iran ("Iran") by *Burlingame* and *Schneider* subsets of *Ashton* Plaintiffs (fully described in footnote 1 below[1] and in Ex. B-1 – B-3 hereto) in the above-captioned litigation, together with the entire record in this case, and in addition to the prior partial default judgment awards for compensatory damages issued to these Plaintiffs by this Court, it is hereby:

---

[1] Claims brought on behalf of the Plaintiffs described herein were part of the original *Burlingame* Complaint, styled *Burlingame, et al. v. Bin Laden, et al.*, filed on September 10, 2002, bearing civil action no. 02-cv-7230, or the *Schneider* Complaint, styled *Schneider v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN), also filed on September 10, 2002, bearing civil action no. 02-cv-7209. Since these Plaintiffs remain segregated in the consolidated *Ashton* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burlingame* civil action no. 02-cv-7230 and *Schneider* civil action no. 02-cv-7209 within the consolidated *Ashton* Complaint are being collectively referred to hereinafter as the "*Ashton-Burlingame*" and *"Ashton-Schneider"* Plaintiffs (or all collectively as "Plaintiffs herein"). The following *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs have conditionally agreed (if their prior punitive damage awards are not honored) to waive their punitive damage claims in exchange for this Court's entry of immediate Final Judgments; these Plaintiffs are: [*Burlingame*] Irene Dickey, Joseph Dickey Jr., Elizabeth Dickey, Joanne Kelly, Erin Kelly, Brianne Kelly, Kaitlyn Kelly, Colleen Kelly, Eileen Lynch, Anne Lynch, Kathleen Lynch, Meaghan Lynch, Lisa O'Brien, John O'Brien, Madeline O'Brien, Jaqueline O'Brien, Dara Seaman, Michaella Seaman, Mary Seaman, Edward Seaman, Susan Sliwak, Ryan Sliwak, Kyle Sliwak, Nicole Sliwak, Allison Wallice, John Wallice, Christian Wallice, and Patrick Wallice, and [*Schneider*] Nancy Dimino and Sabrina Dimino.

**ORDERED** that the prior, partial default judgments entered on behalf of the Plaintiffs herein are hereby acknowledged:

- In the first action (*Havlish*) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11.

- On March 8, 2016, this Court issued an order awarding conscious pain and suffering against Iran for the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs. *See* ECF MDL #3226: "Ordered that . . . compensatory damages for conscious pain and suffering [are awarded] in the amount of $2,000,000. . . and punitive damages for conscious pain and suffering in the amount of $6,880,000 each."

- On December 17, 2019, this Court issued an order awarding damages for solatium (individually: spouse and children) and economic loss against Iran for the Estates of Dickey, Kelly, O'Brien, Seaman, Sliwak and Wallice. *See* MDL ECF#5376.

- On January 7, 2020, this Court issued an order awarding damages for solatium (individually: spouse and children) and economic loss against Iran for the Estate of Farrell Lynch. *See* MDL ECF #5449.

- On September 23, 2020, this Court issued an order awarding damages for solatium (individually: spouse and children), *see* ECF #54 in 02-cv-7209, and then economic loss against Iran for the Estate of Stephen Dimino on September 20, 2024, s*ee* MDL ECF #10391.

And it is further (*one of the following two alternatives must be chosen*):

[**ORDERED** that punitive damages are hereby awarded to the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in the amounts awarded in MDL ECF # 3226, since this Court has previously ruled that Defendant Iran is subject to punitive damage awards on the compensatory awards issued by the Court to wrongful death plaintiffs;] and it is further

[**ORDERED** that punitive damages are hereby waived by the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of

these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3;] and it is further

**ORDERED** that prejudgment interest on the compensatory damage awards is to be calculated at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further

**ORDERED** that the *Ashton* Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a Final Judgment against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *Burlingame* and *Schneider* subsets of *Ashton* Plaintiffs identified in the attached Exhibit B-1 to B-3.

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. 11487.*

Dated: New York, New York
      February __, 2026

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE