## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |

This document relates to:

*Moody-Theinert, et al. v. Islamic Republic of Iran (1:18-CV-11876) (GBD) (SN)*

### [PROPOSED] PARTIAL FINAL JUDGMENT II

Upon consideration of the evidence and arguments submitted by *Moody-Theinert II* Plaintiffs identified in Exhibit A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the *Moody-Theinert II* Plaintiffs' motion for Judgment by Default for liability and damages against the Islamic Republic of Iran, ("Iran") filed on August 15, 2019 (03-md-1570, ECF Nos. 4864-4867), together with the entire record in this case, it is hereby;

ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

Case 1:18-cv-11876-GBD-SN   Document 203-1   Filed 01/30/26   Page 2 of 4
Case 1:03-md-01570-GBD-SN   Document 5069   Filed 09/04/19   Page 2 of 4
Case 1:03-md-01570-GBD-SN   Document 4963   Filed 08/21/19   Page 2 of 2

ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive

damages, economic damages, or other damages (to the extent such awards have not previously

been ordered) at a later date consistent with any future rulings made by this Court on this issue.


Dated: New York, New York

_____, 2019

SEP 0 4 2019

SO ORDERED:

HON. GEORGE B. DANIELS
UNITED STATES                        JUDGE

Case 1:18-cv-11876-GBD-SN   Document 203-1   Filed 01/30/26   Page 3 of 4
Case 1:03-md-01570-GBD-SN   Document 5069   Filed 09/04/19   Page 3 of 4
Case 1:03-md-01570-GBD-SN   Document 4963-1   Filed 08/21/19   Page 1 of 2

# EXHIBIT A

Case 1:18-cv-11876-GBD-SN   Document 203-1   Filed 01/30/26   Page 4 of 4
Case 1:03-md-01570-GBD-SN   Document 5065   Filed 09/04/19   Page 4 of 4
Case 1:03-md-01570-GBD-SN   Document 4963-1   Filed 08/21/19   Page 2 of 2

**EX. A to *Moody-Theinert* Motion for Judgment on Damages (II)**

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | NAME OF PLAINTIFF | NAME OF 9/11 DECEDENT | Plaintiff's Relationship to 9/11 Decedent | Solatium Damages |
|---|---|---|---|---|
| 1 | Ortiz, Rebecca Brianne | Paul Ortiz Jr. | Child | $8,500,000 |
| 2 | Ida Riese as Personal Representative of the Estate of Gloria Raines | Harry Raines | Parent (Deceased) | $8,500,000 |

|   | Total |   |   | $17,000,000.00 |
|---|---|---|---|---|