UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977 (GBD)(SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003 (GBD)(SN)
*Dickey v. Republic of Iran, et al.*, No. 18-cv-11417 (UA)
*Burlingame v. Bin Laden, et al.*, No. 02-cv-07230 (GBD)(SN)
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan*, No. 02-cv-06977 (GBD)(SN)

## MOTION TO SUBSTITUTE COUNSEL

**COME NOW**, Plaintiffs Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton ("Plaintiffs"), in the above-captioned actions, respectfully move this Court for an Order substituting counsel. In support thereof, Plaintiffs state as follows:

1. Plaintiffs were previously represented by John F. Schutty, Esq., Law Office of John F. Schutty, P.C., in connection with the above-captioned matters, which are consolidated as part of the multi-district litigation arising out of the September 11, 2001 terrorist attacks, at In re Terrorist Attacks on September 11, 2001, 03-md-1570 (S.D.N.Y.)(GBD) (SN).

2. Several months ago Mr. Schutty terminated his representation of Plaintiffs, and Plaintiffs no longer wish to be represented by him in these proceedings.

3. Plaintiffs have retained Jonathan P. Vuotto, Esq. of McAndrew Vuotto, LLC to represent them in this matter.

4. Plaintiffs respectfully request that the Court substitute Jonathan P. Vuotto, Esq., as attorney of record for Plaintiffs.

5. This motion is made in good faith, is procedural in nature, and will not prejudice any party or delay the proceedings.

6.      Plaintiffs and Jonathan P. Vuotto, Esq. of McAndrew Vuotto, LLC, consent to the substitution of counsel as requested herein. Although we requested the consent of John F. Schutty, Esq., Mr. Schutty has not signed the consent. *See* Vuotto Declaration, Exhibit A (Signed Consents without Mr. Schutty's signature).

**WHEREFORE**, Plaintiffs respectfully pray that this Honorable Court enter an Order: (i) terminating John F. Schutty, Esq. as attorney of record for Plaintiffs Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton; (ii) substituting Jonathan P. Vuotto, Esq., as attorney of record for Plaintiffs Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton, in all matters in which they and/or the Estate are listed as parties in this MDL and related actions; and (iii) granting Plaintiffs such other and further relief as the Court deems just and proper.

Dated: Pearl River, New York
February 3, 2026

McANDREW VUOTTO, LLC

By:   */s/Jonathan P. Vuotto*
Jonathan P. Vuotto
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
jpv@mcandrewvuotto.com