UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977
*Burlingame, et al. v. Bin Laden, et al.*, No. 02-cv-07230
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003
*Ryan, et al. v. Islamic Republic of Iran, et al.*, No. 20-cv-00266
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan*, No. 02-cv-06977 (GBD) (SN)

## MOTION TO SUBSTITUTE COUNSEL

**COME NOW**, Caroline Breitweiser, Individually, and Kristen Breitweiser, Individually and as Personal Representative of the Estate of Ronald M. Breitweiser, deceased (collectively, the "Breitweiser Plaintiffs"), in the above-captioned actions, respectfully move this Court for an Order substituting counsel. In support thereof, the Breitweiser Plaintiffs state as follows:

1.    The Breitweiser Plaintiffs were previously represented by John F. Schutty, Esq., Law Office of John F. Schutty, P.C., in connection with the above-captioned matters, which are consolidated as part of the multi-district litigation arising out of the September 11, 2001 terrorist attacks, at *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (S.D.N.Y.)(GBD) (SN).

2.    On or about December 10, 2025, the Breitweiser Plaintiffs terminated Mr. Schutty's representation for cause and no longer wish to be represented by him in these proceedings.

3.    The Breitweiser Plaintiffs have retained Jonathan P. Vuotto, Esq. of McAndrew Vuotto, LLC to represent them in this matter.

4.    The Breitweiser Plaintiffs respectfully request that the Court substitute Jonathan P. Vuotto, Esq., as attorney of record for the Breitweiser Plaintiffs.

5.    This motion is made in good faith, is procedural in nature, and will not prejudice any party or delay the proceedings.

6.    The Breitweiser Plaintiffs and Jonathan P. Vuotto, Esq. of McAndrew Vuotto, LLC, consent to the substitution of counsel as requested herein.  Although we requested the consent of John F. Schutty, Esq., Mr. Schutty has not signed the consent.  *See* Vuotto Declaration, Exhibit A (Signed Consents without Mr. Schutty's signature).

**WHEREFORE,** the Breitweiser Plaintiffs respectfully pray that this Honorable Court enter an Order: (i) terminating John F. Schutty, Esq. as attorney of record for Plaintiffs Caroline Breitweiser, individually, and Kristen Breitweiser both individually and in her capacity as Personal Representative of the Estate; (ii) substituting Jonathan P. Vuotto, Esq., as attorney of record for Caroline Breitweiser, individually , and Kristen Breitweiser, individually and as Personal Representative of the Estate of Ronald M. Breitweiser, in all matters in which they  and/or the Estate are listed as parties in this MDL and related actions; and (iii) granting the Breitweiser Plaintiffs such other and further relief as the Court deems just and proper.

Dated: Pearl River, New York
       February 3, 2026                                     McANDREW VUOTTO, LLC

                                                            By:   */s/Jonathan P. Vuotto*
                                                                  Jonathan P. Vuotto
                                                                  1 Blue Hill Plaza, Suite 1509
                                                                  Pearl River, New York 10965
                                                                  (212) 382-2208
                                                                  jpv@mcandrewvuotto.com