UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton v. Al Qaeda Islamic Army, No. 02-cv-06977
    Burlingame v. Bin Laden, No. 02-cv-07230
    Bauer v. Al Qaeda Islamic Army, No. 02-cv-07236
    Ashton v. Kingdom of Saudi Arabia, No. 17-cv-02003
    Dickey v. Islamic Republic of Iran, No. 18-cv-11417
    Ryan v. Islamic Republic of Iran, No. 20-cv-00266

On February 3, 2026, certain plaintiffs in the above cases filed three motion to substitute counsel. ECF Nos. 11662, 11663, 11664.[1] The Consent Orders submitted with each motion did not include the signature of outgoing counsel (John F. Schutty of the Law Office of John F. Shutty, P.C.). The next day, the plaintiffs filed updated Consent Orders signed by all relevant parties, including Shutty. See ECF No. 11665.

The Court therefore orders the substitution of counsel described in ECF Nos. 11662, 11663, and 11664. Jonathan P. Vuotto of McAndrew Vuotto, LLC is substituted in place of Shutty as counsel of record for (1) Jacqueline Eaton, individually and as personal representative of the Estate of Robert D. Eaton; (2) Caroline Breitweiser; (3) Kristen Breitweiser, individually and as personal representative of the Estate of Ronald M. Breitweiser; (4) Patricia Ryan,

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

individually and as personal representative of the Estate of John J. Ryan; (5) Laura Ryan; (6) Colin Ryan; and (7) Kristen Ryan. The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 11662, 11663, and 11664.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: February 5, 2026
New York, New York

2