

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2024R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 5, 2026

<u>By ECF</u>

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In Re Terrorist Attacks on September 11, 2001*, 03 MD 1570 (GBD) (SN)

Dear Judge Netburn:

    The government writes to respectfully request that Your Honor adjourn until February 23, 2026 the government's deadline to file a statement of interest in the various *ex parte* motions for attachment filed by plaintiffs in this matter. *See* ECF Nos. 11458, 11461, 11465, 11470.1; Order dated January 28, 2026.

The reason for this request is that the government's filing requires consultation within the Department of Justice and with other federal government agencies. Notably, the government is responding on the same timeline to an attachment motion filed in the Eastern District of New York by the plaintiffs in *Fritz v. Iran & China Inv. Dev. Grp*, 25-cv-7093 (S.D.N.Y.), where it has also sought a similar adjournment.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Alexander Mindlin
Tanisha R. Payne
Benjamin Weintraub
Andrew Reich
Rebeccah Schuman
Assistant U.S. Attorneys
(718) 254-7000

Christopher B. Brown
Supervisory Trial Attorney
National Security Cyber Section
National Security Division
United States Department of Justice