UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS                         :
ON SEPTEMBER 11, 2001                           :
                                                :        03 MDL 1570 (GBD)(SN)
                                                :
                                                :
------------------------------------------------------------------x

This Document Relates to
<u>Parker, et al. v. Islamic Republic of Iran</u>
18-cv-11416 (GBD) (SN)

### [*PROPOSED*] ORDER UNDER 28 U.S.C. § 1610(c) AUTHORIZING ENFORCEMENT OF JUDGMENT

AND NOW, upon consideration of the Plaintiffs' Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) on some or all of approximately 127,271 Bitcoin currently held by the U.S. Government, and all proceeds traceable thereto (the "Bitcoin Assets"), and Plaintiffs' Memorandum in Support thereof, and all the files and records in this case, it is hereby ORDERED and DECREED that:

1. On September 4, 2019, the Court entered Final Order of Summary Judgment in favor of the *Parker* Plaintiffs and against the Defendant Islamic Republic of Iran (*Parker* ECF Doc. No. 30; MDL Doc. No. 5073) ("Final Judgment");

2. The *Parker* Plaintiffs have validly and properly served their Final Judgment on the Defendant Islamic Republic of Iran in conformity with the requirements of 28 U.S.C. § 1608(e);

3. A reasonable period of time had elapsed since entry of the Final Judgment and since service of the Final Judgment on the Defendant Islamic Republic of Iran;

4. Since entry of the Final Judgment, the *Parker* Plaintiffs have been attempting to enforce the Final Judgment against assets belonging to the Defendant Islamic Republic of Iran and Iran has been opposing such enforcement efforts;

5.      As of the date of the filing of this Motion for an Order authorizing them to enforce their Final Judgment against specific assets belonging to the Judgment Debtor Defendants, more than five and a half years have passed since the date of service without payment of the Partial Final Judgment by Judgment Debtor the Islamic Republic of Iran;

6.      The *Parker* Plaintiffs have an opportunity to enforce their Final Judgment against the Bitcoin Assets currently held by the U.S. Government, and all proceeds traceable thereto;

7.      The Bitcoin Assets are currently the subject of a forfeiture proceeding pending in the Eastern District of New York pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions in the Federal Rules of Civil Procedure;

8.      The *Parker* Plaintiffs now seek Court approval to attach and execute on the Bitcoin Assets that were property of the Iran and China Investment Development Group ("Iran-China Group").  The Iran-China Group, doing business on the blockchain as "Lubian.com" or "LuBian," is an agency or instrumentality of Iran that has materially supported that country's efforts to evade Western sanctions by mining cryptocurrency in Iran.  Through this scheme, Iran converts sanctioned Iranian oil and gas into electricity, which miners then use to generate cryptocurrency for the Iranian government to use outside the traditional global banking systems. LuBian was the cryptocurrency mining pool for the Iran-China Group, an Iranian joint-stock company that partnered with the Iranian government to build a large Bitcoin mine in Rafsanjan, Iran to assist that country's longstanding efforts to evade U.S. sanctions;

9.      Under the Terrorism Risk Insurance Act ("TRIA"), the *Parker* Plaintiffs have the right to attach and execute on the property of Iran and its agencies and instrumentalities, including the Iran-China Group; and,

10. In accordance with the provisions of 28 U.S.C. § 1610(c), a reasonable period of time has elapsed following the entry of the Final Judgment against the Iran and the giving of notice by service of the Final Judgment on Iran in accordance with 28 U.S.C. § 1608(e).

11. Accordingly, the *Parker* Plaintiffs hereby seek to assert their superior interest in Bitcoin Assets, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages, plus post-judgment interest, on their judgments, which TRIA makes senior to any interest that the government or other claimants could assert.

**THEREFORE,**

*IT IS ORDERED* that the *Parker* Plaintiffs' Motion for Order Under 28 U.S.C. § 1610(c) Authorizing Enforcement of their Final Judgment is GRANTED, and,

*IT IS FURTHER ORDERED* that the *Parker* Plaintiffs are authorized pursuant to 28 U.S.C. § 1610(c) to enforce their Final Judgment by any lawful means, including attachment of, and execution against, the Bitcoin Assets.

**SO ORDERED:**

Date: _____    _____
        New York, New York                    GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE