**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————X

*In re Terrorist Attacks on September 11, 2001*

03 MDL 1570 (GBD)(SN)
ECF Case

———————————————————————————X

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Arm, et al., No. 02-cv-06977 (GBD)(SN)
Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003 (GBD)(SN)
Burlingame, et al. v. Bin Laden, et al., No. 02-cv-07230 (GBD)(SN)
Ryan, et al. v. Islamic Republic of Iran, et al. 20-cv-00266 (GDB)(SN)*

## NOTICE OF ATTORNEY CHARGING LIENS

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1367(a) and Judiciary Law § 475 and 475-a, the law firm of John F. Schutty, P.C. hereby provides notice of Attorney Charging Liens for attorneys' fees awarded and/or received and/or distributed relating to the following former clients who are Plaintiffs in the above-referenced actions,

PLEASE TAKE NOTICE that, pursuant to Judiciary Law § 475 and 475-a, the law firm of John F. Schutty, P.C. hereby provides notice of Attorney Charging Liens for attorneys' fees to be awarded and/or to be received and/or to be distributed relating to the following former clients who are Plaintiffs in the above-referenced actions;

PLEASE TAKE NOTICE that, the law firm of John F. Schutty, P.C., hereby asserts charging liens upon the causes of action of said Plaintiffs, and against any and all sums representing the proceeds thereof, whether issued in accordance with settlement or otherwise, in whatever hands they may come, in an amount set forth in the parties' agreement for services.

These liens shall not be affected by any settlement between the parties before or after judgment, final order or determination.

PLEASE TAKE FURTHER NOTICE that pursuant to applicable law, anyone who disregards said lien may be held to be personally liable to the Law Office of John F. Schutty P.C. *See* Judiciary Law § 475; *Matter of Strage*, 2023 NY Slip Op 01062, ¶ 1 (1st Dep't 2023), *Schneider, Kleinick, Weitz, Damashek & Shoot v. City of N.Y.*, 302 A.D.2d 183, 187 (1st Dep't 2002); *LMWT Realty Corp. v. Davis Agency, Inc.*, 85 N.Y.2d 462 (1995).

PLEASE TAKE FURTHER NOTICE that the following Plaintiffs (the Breitweiser Plaintiffs) shall be subjected to the attorney charging liens:

1.   Kristen Breitweiser, individually as spouse of Ronald M. Breitweiser, deceased;

2.   Kristen Breitweiser, as the Personal Representative of the Estate of Ronald M. Breitweiser, deceased;

3.   Caroline Breitweiser, individually as surviving child of Robert M. Breitweiser, deceased.

The Breitweiser Plaintiffs have claims in the instant MDL including, but not limited to, *The Estate of Ashton, et al. v. Al Qaeda Islamic Arm, et al.,* No. 02-cv-06977 (GBD)(SN), *Estate of Ashton, et al. v. Kingdom of Saudi Arabia,* No. 17-cv-02003 (GBD)(SN), *Burlingame, et al. v. Bin Laden, et al.,* No. 02-cv-07230 (GBD)(SN), and *Ryan, et al. v. Islamic Republic of Iran, et al., No. 02-cv-00266 (GDB)(SN).*

Dated: February 6, 2025

/s/ John F. Schutty
John F. Schutty, Esq.
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Fl.
New York, NY 10022