## UNITED STATES DISTRICT COURT -- SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, 1:15-cv-09903 (GBD)(SN)*

### NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN *BURNETT* PLAINTIFFS BASED ON WAIVERS OF PUNITIVE DAMAGES

For the reasons set forth below, the statements contained in the Declaration of John Schutty, Esq. ("Schutty Declaration"), the exhibits annexed thereto, and the accompanying Memorandum of Points & Authorities, those Burnett Plaintiffs[1] set forth in a Proposed Order submitted herewith, by and through their counsel, the Law Office of John F. Schutty, P.C., respectfully move this Court for an Order granting the *Burnett-Munhall-Nilsen* Plaintiffs Final Judgments against one of the Defendants-in-Default, the Islamic Republic of Iran ("Iran"), since there appears no just reason to delay the entry of a Judgment certified as final pursuant to Fed. R. Civ. P. 54(b). The only claim that may be unresolved against Iran by these Plaintiffs is punitive damages. This motion seeks to resolve that remaining claim.

Plaintiffs herein are *conditionally* agreeing to a waiver of the only remaining claim that

---

[1] Claims brought on behalf of the Plaintiffs described herein were part of the original *Burnett* Complaint, styled *Burnett, et al. v. Islamic Republic of Iran, et al.*, filed on December 18, 2015, bearing civil action no. 1:15-cv-09903 (GBD)(SN). Since these Plaintiffs remain segregated in the consolidated *Burnett* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Burnett* civil action will be referred to hereinafter as the "*Burnett-Munhall-Nilsen* Plaintiffs" (or all collectively as "Plaintiffs herein"). The following *Burnett* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: Susan Munhall, Lauren Munhall, Jennifer Nilsen, Scott Nilsen and Ryan Nilsen.

each of these Plaintiffs has left unresolved against Iran – a claim for punitive damages – *in exchange for this Court's agreement* to immediately enter an Order directing the Court of Clerk to award a Final Judgment with prejudgment interest at 4.96% from September 11, 2001 up and until the date a Final Judgment is entered.  The Order now requested should be certified as a Final Judgment because it will fully dispose of the rights and liabilities of at least one party (Iran) and an immediate appeal will serve the interests of sound judicial administration and fairness to the litigants.

This renewed motion is made on behalf of the *Burnett* Plaintiffs listed within Exhibit B-1 to B-3 attached to the Proposed Order submitted simultaneously herewith.

Dated: New York, New York
February 10, 2026

Respectfully submitted,

LAW OFFICE OF JOHN F. SCHUTTY P.C.

By:  /s/ *John F. Schutty*
John F. Schutty, Esq.
445 Park Avenue, Ninth Floor
New York, New York 10022
Tel: (646) 345-1441
*Counsel for the Certain Burnett Plaintiffs*