UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:  *DeRubbio, et al. v. Islamic Republic of Iran, 18-cv-05306 (GBD)(SN),*
*Morris, et al. v. Islamic Republic of Iran, 18-cv-05321 (GBD)(SN),*
*Rivelli, et al. v. Islamic Republic of Iran, 18-cv-11878 (GBD)(SN),*
*Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD)(SN),*
*Bianco, et al. v. Islamic Republic of Iran, 20-cv-10902 (GBD)(SN),*
*King, et al. v. Islamic Republic of Iran, 22-cv-05193 (GBD)(SN),*
*Kone, et al. v. Islamic Republic of Iran, 23-cv-05790 (GBD)(SN),*
*Lum, et al. v. Islamic Republic of Iran, 24-cv-07824 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 10th day of February 2026, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E Abbas Araghchi

by dispatching via Federal Express, Tracking No. **8182 8357 9492**, to The Secretary of State, L/CA/POG/GC SA-29, 4th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Fardi of the Notice of Judgment for Order Granting Partial Final Judgment as to liability and damages, MDL ECF No. 11661, dated February 3, 2026, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for Liability dated May 28, 2019, June 21, 20219, September 3, 2019, January 4, 2022, November 6, 2023, and September 5, 2024 for the above-referenced matters; Order Granting Partial Final Judgment as to liability and damages, MDL ECF No. 11661, dated February 3, 2026, February 3, 2026; Instructions for Appealing Judgment; a copy of 28 U.S.C. § 1330, 28 U.S.C. § 1391, 28 U.S.C. § 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.). and Affidavit of Translator.

Dated: February 10th, 2026
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk