**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* 1:04-cv-01076 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran,* 1:19-cv-11776(GBD)(SN)

**[PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENTS**
**AGAINST IRAN ON BEHALF OF CERTAIN**
***BODNER* PLAINTIFFS BASED ON WAIVERS OF PUNITIVE DAMAGES**

Upon consideration of the evidence and arguments submitted against the Islamic Republic

of Iran ("Iran") by the *O'Neill-Bodner* Plaintiffs (fully described in footnote 1 below[1] and in Ex. B-

1 – B-3 hereto) in the above-captioned litigation, together with the entire record in this case, and in

addition to the prior partial default judgment awards for compensatory damages issued to these

Plaintiffs by this Court, it is hereby:

**ORDERED** that the prior, partial default judgments entered on behalf of the Plaintiffs

herein are hereby acknowledged:

- In the first action (*Havlish*) within this MDL litigation to establish liability against Iran under § 1605A (in 2011), Magistrate Judge Maas determined that Iran could be held liable to 9/11 plaintiffs. MDL ECF #2515 at 47, para. 11.

---

[1]      Claims brought on behalf of the Plaintiffs described herein were part of the original *Bodner* Complaint, styled *Bodner, et al. v. Islamic Republic of Iraq*, filed on December 27, 2019, bearing civil action no. 1:19-cv-11776 (GBD)(SN).  Since these Plaintiffs remain segregated in the consolidated *O'Neill* filings under their original civil action number and thus can easily be identified, the within Plaintiffs appearing under the *Bodner* civil action will be referred to hereinafter as the "*O'Neill-Bodner* Plaintiffs" (or all collectively as "Plaintiffs herein").  The following *O'Neill-Bodner* Plaintiffs have agreed to waive their punitive damage claims conditionally against Iran in exchange for this Court's immediate grant of Final Judgments (and prejudgment interest) against Iran; the following Plaintiffs are represented on this motion: Lisa Jordan, Kelsey Jordan, Sean Jordan, Matthew Jordan, Catherine McShane, Colin McShane, Sean McShane, Aidan McShane, Deborah Temple, Justin Morello and Paige Morello.

- On January 4, 2022, Judge George B. Daniels issued an order awarding conscious pain and suffering against Iran for the Estates of Andrew Jordan, Vincent Morello and Terence McShane. *See* ECF MDL #7527: "Ordered that . . . compensatory damages for conscious pain and suffering [are awarded] in the amount of $2,000,000…"

- On January 4, 2022, Judge George B. Daniels issued orders awarding damages for solatium (individually: spouse and children) against Iran for the *O'Neill-Bodner* plaintiffs. *See* MDL ECF #7522.

- On July 19, 2022, and January 22, 2026, Judge George B. Daniels issued orders awarding economic loss damages against Iran for certain *O'Neill-Bodner* plaintiffs (the Estates of Terence McShane and Andrew Jordan). *See* ECF MDL ##8232 (McShane Estate) and 11475 (Jordan Estate).

And it is further:

**ORDERED** that punitive damages are hereby waived by the *O'Neill-Bodner* Plaintiffs, as identified in the attached Exhibit B-1 to B-3, against Iran, in exchange for this Court's direction to the Clerk of the Court to enter Final Judgments in favor of these Plaintiffs on their compensatory damage awards as identified on Exhibit B-1 to B-3; and it is further

**ORDERED** that prejudgment interest on the compensatory damage awards is to be calculated by the Clerk of the Court at the rate of 4.96 percent per annum, compounded annually, for the period from September 11, 2001, until the date of the Final Judgment; and it is further

**ORDERED** that the *O'Neill-Bodner* Plaintiffs not appearing in the attached Exhibit B-1 to B-3, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court is to enter a Final Judgment against the Defendant, Islamic Republic of Iran, certified as Final Judgment pursuant to Fed. R. Civ. P. 54(b), to the *O'Neill-Bodner* Plaintiffs identified in the attached Exhibit B-1 to B-3.

-3-

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF*

*No. 11717.*


Dated: New York, New York
         February __, 2026

                    SO ORDERED:


                    _____

                    GEORGE B. DANIELS
                    UNITED STATES DISTRICT COURT JUDGE