UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977 (GBD)(SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003 (GBD)(SN)
*Dickey v. Republic of Iran, et al.*, No. 18-cv-11417 (UA)
*Burlingame v. Bin Laden, et al.*, No. 02-cv-07230 (GBD)(SN)
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan*, No. 02-cv-06977 (GBD)(SN)

**REQUEST FOR CLERK'S CERTIFICATION OF FINAL AMENDED JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT (AO 451)**

Plaintiff Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton ("Plaintiff"), respectfully requests that the Clerk of Court certify, pursuant to 28 U.S.C. § 1963, the Final Amended Order of Judgment entered by this Court on March 8, 2016 (ECF No. 3226), for registration in another district.

The March 8, 2016 Final Amended Order of Judgment awarded compensatory and punitive damages in favor of Plaintiff and against Defendant Islamic Republic of Iran. The Judgment fully resolved Plaintiff's claims against Iran, was duly entered on the docket, and is final. The time for appeal has expired, no appeal or stay of enforcement is pending, and the Judgment has not been vacated, modified, or satisfied.

Plaintiff respectfully requests that the Clerk issue AO 451 (Clerk's Certification of a Judgment to be Registered in Another District), together with a certified copy of the Judgment, for purposes of registration pursuant to 28 U.S.C. § 1963.

Dated: Pearl River, New York
February 12, 2026

McANDREW VUOTTO, LLC
Attorneys for Plaintiff Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton

By:   */s/Jonathan P. Vuotto*
Jonathan P. Vuotto
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
jpv@mcandrewvuotto.com