UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977
*Burlingame, et al. v. Bin Laden, et al.*, No. 02-cv-07230
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003
*Ryan, et al. v. Islamic Republic of Iran, et al.*, No. 20-cv-00266
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan*, No. 02-cv-06977 (GBD) (SN)

**REQUEST FOR CLERK'S CERTIFICATION OF FINAL AMENDED JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT (AO 451)**

Plaintiffs Caroline Breitweiser, Individually, and Kristen Breitweiser, Individually and as Personal Representative of the Estate of Ronald M. Breitweiser (the "Breitweiser Plaintiffs"), respectfully request that the Clerk of Court certify, pursuant to 28 U.S.C. § 1963, the Final Order of Summary Judgment entered by this Court on May 29, 2018 (ECF No. 4011), for registration in another district.

The May 29, 2018 Final Order of Summary Judgment awarded damages in favor of Plaintiffs and against Defendant Islamic Republic of Iran and was duly entered on the docket. Plaintiffs respectfully request issuance of AO 451 (Clerk's Certification of a Judgment to be Registered in Another District), together with a certified copy of the Judgment, for purposes of registration pursuant to 28 U.S.C. § 1963.

Dated: Pearl River, New York
February 12, 2026

McANDREW VUOTTO, LLC
Attorneys for Plaintiffs Caroline Breitweiser, Individually, and Kristen Breitweiser, Individually and as Personal Representative of the Estate of Ronald M. Breitweiser

By:  */s/Jonathan P. Vuotto*
Jonathan P. Vuotto
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
jpv@mcandrewvuotto.com