UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977 (GBD)(SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003 (GBD)(SN)
*Dickey v. Republic of Iran, et al.*, No. 18-cv-11417 (UA)
*Burlingame v. Bin Laden, et al.*, No. 02-cv-07230 (GBD)(SN)
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan*, No. 02-cv-06977 (GBD)(SN)

**REQUEST FOR CLERK'S CERTIFICATION OF FINAL AMENDED JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT (AO 451)**

Plaintiff Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton ("Plaintiff"), respectfully requests that the Clerk of Court certify, pursuant to 28 U.S.C. § 1963, the Order of Partial Final Judgments entered by this Court on December 17, 2019 (ECF No. 5376), for registration in another district.

The December 17, 2019 Order of Partial Final Judgments awarded damages in favor of Plaintiff and against Defendant Islamic Republic of Iran and was duly entered on the docket. Plaintiff respectfully requests issuance of AO 451 (Clerk's Certification of a Judgment to be Registered in Another District), together with a certified copy of the Judgment, for purposes of registration pursuant to 28 U.S.C. § 1963.

Dated: Pearl River, New York
February 12, 2026

McANDREW VUOTTO, LLC
Attorneys for Plaintiff Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton

By:  /s/Jonathan P. Vuotto
Jonathan P. Vuotto
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
jpv@mcandrewvuotto.com