UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977 (GBD)(SN)
*Bauer, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-07236 (S.D.N.Y.)
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003 (GBD)(SN)
*Ryan, et al. v. Islamic Republic of Iran, et al.*, No. 20-cv-00266 (S.D.N.Y.)
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan*, No. 02-cv-06977 (GBD)(SN)

## REQUEST FOR CLERK'S CERTIFICATION OF FINAL AMENDED JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT (AO 451)

Plaintiffs Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan and Kristen Ryan (collectively, "Plaintiffs"), respectfully request that the Clerk of Court certify, pursuant to 28 U.S.C. § 1963, the Order of Partial Final Default Judgments entered by this Court on February 21, 2020 (ECF No. 5999), for registration in another district.

The February 11, 2020 Order of Partial Final Default Judgments awarded damages in favor of Plaintiffs and against Defendant Islamic Republic of Iran and was duly entered on the docket. Plaintiffs respectfully request issuance of AO 451 (Clerk's Certification of a Judgment to be Registered in Another District), together with a certified copy of the Judgment, for purposes of registration pursuant to 28 U.S.C. § 1963.

Dated: Pearl River, New York
February 12, 2026

McANDREW VUOTTO, LLC
Attorneys for Plaintiffs Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan and Kristen Ryan

By:  */s/Jonathan P. Vuotto*
Jonathan P. Vuotto
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
jpv@mcandrewvuotto.com