```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiffs in this multidistrict litigation have recently filed over 200 requests for the Clerk of Court to certify their judgments against Iran for registration in another judicial district. See ECF Nos. 11486, 11491–11549, 11551–11601, 11603–11658, 11670–11673, 11675, 11683–11692, 11694, 11696, 11697, 11700, 11701, 11703–11705, 11721–11727.[1] Some requests have been filed in the MDL, and others have been filed in individual member cases. See Anaya v. Iran, No. 18-cv-12341, ECF Nos. 224–234; Chairnoff v. Iran, No. 18-cv-12370, ECF Nos. 169–171. The Court has also received many letters related to these requests. ECF Nos. 11602, 11660, 11674, 11693, 11702, 11706, 11707, 11708, 11720, 11728.

    On February 2, 2026, the Court directed the Clerk of Court not to take any action on the plaintiffs' proposed certifications while the Court evaluates the requests. See ECF No. 11659. If the Court directs the Clerk of Court to grant the judgment certifications, the Clerk will need to process a high volume of requests. To enable the efficient and accurate processing of the plaintiffs' requests, the Court directs the Plaintiffs Executive Committees (the "PECs"), in coordination with other plaintiffs' counsel, to file one consolidated list of all the judgments against Iran that the plaintiffs ask the Clerk to certify. The list should be in a table format that

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

includes the following columns: (1) date filed for the certification request; (2) ECF number for the certification request; (3) lead law firm that filed the certification request; (4) phone number or email address for the law firm that filed the certification request; (5) date filed for the underlying judgment; (6) ECF number for the underlying judgment; and (7) member case(s) in which the underlying judgment was entered. This list should include MDL ECF numbers wherever possible. The PECs must file this list in PDF format in the MDL docket and email it in Excel format to the Court at Netburn_NYSDChambers@nysd.uscourts.gov.

Additionally, the PECs must file with the above list an affidavit from counsel certifying that the PECs or plaintiffs' counsel has reviewed and verified (1) all information included in the list; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran. The PECs must file their submissions pursuant to the above instructions by February 20, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 13, 2026
           New York, New York