UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

## PROPOSED ORDER TO WITHDRAW CAROLINE A. SCHECHINGER AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Caroline A. Schechinger as Attorney of Record for the Kingdom of Saudi Arabia, filed February 16, 2026.

It is **ORDERED** that Caroline A. Schechinger be withdrawn as counsel for the Kingdom of Saudi Arabia in the above-referenced action.

Signed this _____ day of _____ 2026.

_____