**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/17/2026
```

------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                        :

                        :       03 MDL 1570 (GBD) (FM)

                        :

                        :

------------------------------------------------------------------x

This Document Relates to:

    *Havlish, et al. v. bin Laden, et al*., Case No.: 1:03-cv-09848 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT
### TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties identified in **Exhibit A** in the above-referenced action.  The individuals being substituted into the identified case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, or (2) family members of a 9/11 decedent who have now passed away.

**Exhibit A** identifies the individual to be substituted in the pleadings and the capacity in which they seek to be substituted, the existing pleadings that refer to the Plaintiff, and the name of the 9/11 decedent and relation to the Plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, filed contemporaneously herewith, the substituted parties will be individually entered as Plaintiffs into

---

The motion to substitute is GRANTED.
**SO ORDERED.**

                                    _____

                                      SARAH NETBURN
                                      United States Magistrate Judge

Dated: February 17, 2026
       New York, New York

Dated: February 12, 2026.

Respectfully submitted,

*/s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street NW, #110
Washington, D.C.   20009
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building 301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
PO Box 40849
Indianapolis, IN   46240
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL   60134
(630) 232-7450

*Counsel for Plaintiffs*

**EXHIBIT A –** *Havlish, et al. v. bin Laden, et al.*, Case No.: 1:03-cv-09848 (GBD)(SN)

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Julia Boryczewski and Michele Boryczewski, Substitutionary Administrators of the Estate of Martin Boryczewski, Deceased | Krystyna Boryczewski, as the Executrix of the Estate of Martin Boryczewski, Deceased | 1:03-cv-09848, ECF 263 at ¶¶ 104-105 | Martin Boryczewski |
| 2 | Julia Boryczewski , as Executrix of the Estate of Krystyna Boryczewski, Deceased | Krystyna Boryczewski, in her own right as mother of Martin Boryczewski, Deceased | 1:03-cv-09848, ECF 263 at ¶ 105 | Martin Boryczewski |
| 3 | Julia Boryczewski and Michele Boryczewski, Co-Executrix of the Estate of Michael Boryczewski, Deceased | Michael Boryczewski, as father of Martin Boryczewski, Deceased | 1:03-cv-09848, ECF 263 at ¶ 103 | Martin Boryczewski |
| 4 | Leslie Ann Brown, as Personal Representative of the Estate of William Coale, Deceased | William Coale, as Administrator of the Estate of Jeffrey Alan Coale, Deceased | 1:03-cv-09848, ECF 263 at ¶ ¶ 32-33 | Jeffrey Alan Coale |
| 5 | Karen Bingham, as Executor of the Estate of Gerald Bingham, Deceased | Gerald W. Bingham, as father of Gerald Kendall Bingham a/k/a Mark K. Bingham, Deceased | 1:03-cv-09848, ECF 263 at ¶ 119 | Mark Kendall Bingham |
| 6 | Kathryn Collman, as Executor of the Estate of Dwayne W. Collman, Deceased | Dwayne Collman, as father of Jeffrey D. Collman, Deceased | 1:03-cv-09848, ECF 263 at ¶ 185 | Jeffrey Collman |
| 7 | Michele L. Dorf, as Administrator of the Estate of Ann Marie Dorf, Deceased | Ann Marie Dorf, as Sibling of Stephen Scott Dorf, Deceased | 1:03-cv-09848, ECF 263 at ¶ 99 | Stephen Dorf |
| 8 | Tara Ann Dorf, as Administrator of the Estate of Joseph Anthony Dorf, Deceased | Joseph Dorf, as Sibling of Stephen Scott Dorf, Deceased | 1:03-cv-09848, ECF 263 at ¶ 99 | Stephen Dorf |
| 9 | Michelle Dorf and Linda Sammut, as Co-Administrators of the Estate of Morris Dorf, Deceased | Morris Dorf, in his own right as Father of Stephen Scott Dorf, Deceased | 1:03-cv-09848, ECF 263 at ¶ ¶ 97-98 | Stephen Dorf |
| 10 | Jane Godshalk Haller, as of the Estate of Grace Parkinson Godshalk, Deceased | Grace M. Parkinson-Godshalk in her own right | 1:03-cv-09848, ECF 263 at ¶ 18 | William Godshalk |
| 11 | William P. Havlish, as Personal Representative of the Estate of Donald G. Havlish, Sr., Deceased | Donald G. Havlish, Sr., as the parent of Donald G. Havlish, Jr., Deceased | 1:03-cv-09848, ECF 263 at ¶ 68 | Donald G. Havlish Jr. |
| 12 | Nathan Conklin, as Executor of the Estate of Susan Conklin, Deceased | Susan Conklin, as the sibling of Donald G. Havlish, Jr., Deceased | 1:03-cv-09848, ECF 263 at ¶ 68 | Donald G. Havlish Jr. |
| 13 | Paul Lavelle, as Administrator of the Estate of Denis Lavelle, Deceased | Marie Ann Paprocki, as the Executrix of the Estate of Denis Lavelle, Deceased | 1:03-cv-09848, 263 at ¶ 109 | Denis Lavelle |
| 14 | Luke Richard Paprocki, as Personal Representative of the Estate of Marie Ann Paprocki, Deceased | Marie Ann Paprocki, in her own right as sister of Denis Lavelle, Deceased | 1:03-cv-09848, 263 at ¶¶ 107, 109 | Denis Lavelle |

| 15 | Bette Maerz, as Personal Representative of the Estate of Ralph S. Maerz, Jr., Deceased | Ralph Maerz, Jr., as the parent and on behalf of the family of Noell Maerz, Deceased | 1:03-cv-09848, 263 at ¶ 38 | Noell Maerz |
|----|----|----|----|----|
| 16 | Martina L. Stanley, as Personal Representative of the Estate of Martin Panik, Deceased | Martin Panik, as the parents and on behalf of the family of Lt. Jonas Martin Panik, Deceased | 1:03-cv-09848, 263 at ¶ 39 | Lt. Jonas Martin Panik |
| 17 | Martina L. Stanley, as Personal Representative of the Estate of Linda Ellen Panik, Deceased | Linda Panik, as the parents and on behalf of the family of Lt. Jonas Martin Panik, Deceased | 1:03-cv-09848, 263 at ¶ 39 | Lt. Jonas Martin Panik |
| 18 | Joel R. Perry, as Personal Representative of the Estate of John Perry, Deceased | Patricia J. Perry, in her own right and as Administratrix of the Estate of John William Perry, Deceased | 1:03-cv-09848, 263 at ¶ 36 | John Perry |
| 19 | Joel R. Perry, as Personal Representative of the Estate of Patricia J. Perry, Deceased | Patricia J. Perry, in her own right and as Administratrix of the Estate of John William Perry, Deceased | 1:03-cv-09848, 263 at ¶ 36 | John Perry |
| 20 | Barry Craig Russin, as Executor of the Estate of Gloria Russin, Deceased | Gloria Russin, as the parents of Steven Russin | 1:03-cv-09848, 263 at ¶ 76 | Steven Russin |
| 21 | Victor Santillan, as Personal Representative of the Estate of Maria Theresa Santillan, Deceased | Expedito C. Santillan, in his own right and as Administrator of the Estate of Maria Theresa Santillan, Deceased | 1:03-cv-09848, 263 at ¶ 72 | Maria Theresa Santillan |
| 22 | Victor Santillan, as Personal Representative of the Estate of Expedito Santillan, Deceased | Expedito C. Santillan, in his own right and as Administrator of the Estate of Maria Theresa Santillan, Deceased | 1:03-cv-09848, 263 at ¶ 72 | Maria Theresa Santillan |
| 23 | Victor Santillan, as Personal Representative of the Estate of Ester Santillan, Deceased | Esther Santillan, as the parent of Maria Theresa Santillan, Deceased | 1:03-cv-09848, 263 at ¶ 73 | Maria Theresa Santillan |
| 24 | Joanne Renzi, as Executor of the Estate of Anne C. Saracini, Deceased | Anne C. Saracini, as the parent of Victor J. Saracini, Deceased | 1:03-cv-09848, 263 at ¶ 65 | Victor Saracini |
| 25 | Michelle Dorf and Linda Sammut, as Co-Administrators of the Estate of Stephen Dorf, Deceased | Morris Dorf, as Executrix of the Estate of Stephen Scott Dorf, Deceased | 1:03-cv-09848, 263 at ¶ 98 | Stephen Dorf |