UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|
| This document relates to:<br>*Johnson, et al. v. The Islamic Republic of Iran* | 18-cv-12344 (GBD)(SN)<br>ECF Case |

**MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN ON BEHALF OF *JOHNSON* PLAINTIFFS**

PLEASE TAKE NOTICE that upon the accompanying declaration of Robert Keith Morgan, with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information as is required by the Court to adjudicate this motion (*See* ECF No. 9425), the Plaintiff identified in Exhibit A (*Johnson* Plaintiff) to the declaration of Robert Keith Morgan, respectfully moves this Court for an Order of judgment by default against the Defendant, Islamic Republic of Iran ("Iran"), under 28 U.S.C. § 1605A(c).[1] *Johnson* Plaintiff herein is seeking pain and suffering damages in accordance with this Court's established framework, prior orders, and based on those awarded in prior judgments entered by this Court in this litigation to those who sustained injuries on September 11, 2001 and those who developed fatal medical conditions from environmental exposure on September 11, 2001 (*See, e.g.,* August 9, 2023 Mem. Decision and Order (ECF No. 9274), *citing,* Feb. 7, 2020 R. & R., (ECF No. 5879), *adopted by,* Feb. 14, 2020 Mem. Decision and Order, (ECF No. 5946)).

The *Johnson* Plaintiff herein, the Estate of Moshe Lederer, who developed a chronic and ultimately fatal medical condition after environmental exposure on September 11, 2001 and its immediate aftermath, moves for entry of judgment for pain and suffering damages.

Further, *Johnson* Plaintiff moves that any pain and suffering damages awarded herein include pre-judgment interest at rate of 4.96 percent per annum, compounded annually from the period from

---

[1] All ECF Nos. refer to the main MDL docket, 03-md-01570, unless otherwise indicated.

1

September 11, 2001, until the date of the judgment. *Johnson* Plaintiff also moves for permission to seek punitive damages, economic damages, or other damages in the future and for all other *Johnson* Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages of this litigation, to the extent such awards have not been previously addressed by the Court.

Dated: February 18, 2026

                                            Respectfully submitted,

                                            */s/ Robert Keith Morgan*
                                            Robert Keith Morgan
                                            David J. Dickens
                                            The Miller Firm LLC
                                            108 Railroad Ave
                                            Orange, VA 22960
                                            Tel: 540-672-4224
                                            Fax: 540-672-3055
                                            Email: kmorgan@millerfirmllc.com
                                                     ddickens@millerfirmllc.com
                                            *Counsel for Plaintiffs*