**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean P. Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

February 18, 2026

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Barrera, et al v. Al Qaeda Islamic, et al,* 1:03-cv-07036
*Bauer, et al. v. Al Queda Islamic Army, et al.*, 02-cv-7236
*Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230
*Burnett, et al., v. Al Baraka Investment & Dev. Corp., et al.*, Case No. 03-cv-9849
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Continental Cas. Co., et al. v. Al Qaeda Islamic Army, et al.*, 04-cv-05970
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-7279
*Federal Insurance Co., et al. v. Al Qaeda, et al.*, 03-cv-06978
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845
*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071

Dear Judge Netburn:

The Plaintiffs Executive Committees ("PECs"), along with counsel for Defendants Abdullah bin Saleh al-Obaid, Abdullah Mohsen al-Turki, and Adnan Basha, respectfully submit a Proposed Stipulation concerning the conditional dismissal of claims against those defendants in their individual capacities.

Counsel for all Parties respectfully request that the Court authorize Plaintiffs to file the Stipulation and that, if the Court finds it necessary under Federal Rule of Civil Procedure 41, the Court then enter (or, "so-order") the Stipulation, dismissing the action **as to the three identified defendants only**, pursuant to Federal Rule of Civil Procedure 41(a).

As expressly indicated in the Stipulation, Plaintiffs are entering into this Stipulation for solely pragmatic reasons, to avoid further delays in bringing claims against other defendants to trial in this long-running multi-district litigation, and recognizing that these three defendants have participated in discovery already and have agreed, as a condition of this Stipulation, to sit for an additional trial deposition under the terms outlined in the Stipulation.

Honorable Sarah Netburn, U.S.M.J.
February 18, 2026
Page 2

_____

Also as indicated in the Stipulation, these three defendants continue to assert that the claims against them and/or based on their conduct lack merit and that the Court lacks jurisdiction over them.

The parties have agreed that the conditional dismissal as to the specified defendants shall be with prejudice, subject to the terms and conditions set forth in the Stipulation.

Counsel for all parties whose claims are affected by the Stipulation have reviewed and agreed to the execution of it, and no party objects to the relief requested. Entry of the Stipulation will streamline the proceedings and promote the efficient resolution of the remaining claims without prejudice to any party's rights or defenses.

Finally, as part of the discussions resulting in this, the Parties agreed that Plaintiffs would not go forward with the filing of any Averments regarding these three defendants, as referenced in ECF No. 11419. Accordingly, the Parties do not contemplate that Plaintiffs will file those Averments, which would have been due to be filed on February 20, 2026.

Accordingly, the parties respectfully request that the Court so-order the Proposed Stipulation and Agreement of Conditional Dismissal.

We thank the Court for its time and consideration.

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By:  /s/ *Robert T. Haefele*  <br>ROBERT T. HAEFELE<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br>*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | By:  /s/ *Sean P. Carter*  <br>SEAN P. CARTER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter@cozen.com<br>*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

Enclosure

cc:     The Honorable George B. Daniels, via ECF
        All Counsel of Record via ECF