

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 19, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

    This Office represents the U.S. government agencies that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees ("Plaintiffs") and the Government of Sudan in the above-referenced case in March 2025 (the "Government"). I write to provide this month's status report regarding the agencies' searches for documents responsive to these subpoenas as directed by the Court's January 21, 2026 Order. ECF No. 11474 (memo endorsement).

    **Federal Bureau of Investigation:** As previously noted, the FBI has completed its searches responsive to those portions of the parties' requests that it indicated to the parties it would search for, and made its first production in November.[1] The FBI is currently preparing its next production, which it anticipates making by the end of next week.

    **U.S. Department of State:** State previously reported that its searches in response to the parties' requests uncovered a total of approximately 1,000 potentially responsive records, which the agency has been reviewing. State made its first production of responsive records on February 2, 2026, and anticipates making its next production, which should contain approximately 100 documents, in late February or early March.

    **Central Intelligence Agency:** The CIA has been working on its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records. The agency expects to complete its reprocessing of these documents by March 23, 2026. Separately, since the last status report, the parties have continued to discuss whether they can agree on a compromise for the remaining requests to CIA. The Government understands that Plaintiffs have rejected CIA's most recent proposal and intend to file their motion to compel by tomorrow's deadline. *See* ECF No. 11474 at 2 (memo endorsement with briefing schedule).

---

[1] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service that the government has agreed to process.

\* \* \*

Pursuant to the Court's direction that the Government submit monthly status reports, *id.*, the Government intends to provide its next status report on March 20, 2026.

We thank the Court for its consideration of this matter.

        Respectfully,

        JAY CLAYTON
        United States Attorney

By:   /s/ Jennifer Jude
        JEAN-DAVID BARNEA
        JENNIFER A. JUDE
        Assistant United States Attorneys
        Telephone: (212) 637-2679/2663
        Email: Jean-David.Barnea@usdoj.gov
              Jennifer.Jude@usdoj.gov

cc:   Counsel for all parties (by ECF)