UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>**PLAINTIFFS' MOTION TO COMPEL THE CIA TO COMPLY WITH RULE 45 SUBPOENA** |

*This document relates to*:
All Actions

  Plaintiffs, by and through undersigned counsel, hereby move this Court, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, for an Order compelling the Central Intelligence Agency ("CIA") to comply with Plaintiffs' duly issued Rule 45 subpoena.

  In support of this Motion, Plaintiffs respectfully state as follows:

  1. In March 2025, Plaintiffs served a Rule 45 subpoena ("Subpoena") on the CIA seeking documents relevant to Plaintiffs' claims as the Sudan in this MDL.

  2. Over the course of multiple meetings with counsel for the United States Department of Justice (DOJ counsel), acting on behalf of the CIA, including most recently on February 10, 2026, Plaintiffs have engaged in a good-faith meet-and-confer with DOJ counsel, but the parties have been unable to resolve their dispute regarding the CIA's obligations to respond to the Subpoena.

  3. While the CIA has conceded to producing a small set of 20 documents culled from sets of documents identified using its own search terms—which Plaintiffs have advised are deficient and prejudicial for locating documents—the CIA has refused to conduct searches using Plaintiffs' proposed search terms or to provide a meaningful, particularized explanation for

refusing to do so, and has not produced any documents and refused to produce more than 20 responsive documents.

4. Plaintiffs therefore seek an Order compelling the CIA to comply with the subpoena in accordance with the Federal Rules of Civil Procedure.

5. The grounds for this Motion are set forth in the accompanying **Brief in Support of Plaintiffs' Motion to Compel the Central Intelligence Agency to Produce Documents in Response to Plaintiffs' Rule 45 Subpoena**, the **Declaration of Robert T. Haefele**, and all papers and proceedings in this action.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order:

(a) Compelling the CIA to comply with Plaintiffs' Rule 45 subpoena; and

(b) Granting such other and further relief as the Court deems just and proper.

**Dated:** February 20, 2026

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ Robert T. Haefele<br>ROBERT T. HAEFELE<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*Liaison Counsel of Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | By: /s/ Sean P. Carter<br>SEAN P. CARTER<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter1@cozen.com<br><br>*Chair of the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |