# EXHIBIT E

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

**VIA EMAIL**

May 1, 2025

Sarah S. Normand, Assistant U.S. Attorney
Office of the United States Attorney for the
Southern District of New York
86 Chambers Street
New York, NY 10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Sarah:

    We are in receipt of your April 10, 2025 letter and will be responding soon to the objections and issues raised with respect to Plaintiffs' subpoenas directed to the Central Intelligence Agency ("CIA"), Federal Bureau of Investigation ("FBI"), Department of State, and U.S. Marshals Service (collectively, the "Agencies"). In the interim, we are sending you today via secure file transfer copies of forty-four (44) government records that you have requested, *see* April 10, 2025 letter at 6, to help facilitate the Agencies' compliance with the subpoenas. The government records include the following:

**FBI Subpoena**

• Request No. 3, n.4 – FBI 302, Interview of a Co-operating Witness (Jamal Ahmed al Fadl), January 8, 1998 – Producing via secure file transfer.

• Request No. 14 – FBI interviews of Jamal al Fadl and others cited in the endnotes to the 9/11 Commission Final Report – Plaintiffs do not have these documents to produce.

**CIA Subpoena**

• Request No. 3 – CIA Report, *Al-Qa'ida in Sudan, 1992-96: Old School Ties Lead Down Dangerous Paths*, March 10, 2003 – Producing via secure file transfer.

• Request No. 3, n.2 – CIA Report, *Saudi-Based Financial Support for Terrorist Organizations*, November 14, 2002 – Producing via secure file transfer.

• Request No. 4 – CIA Report, *Usama Bin Ladin's Finances: Some Estimates of Wealth, Income, and Expenditures*, November 17, 1998 – Producing via secure file transfer.

• Request No. 5 – CIA Report, *Funding Islamic Extremist Movements; The Role of Islamic Financial Institutions* – Producing via secure file transfer.

• Request No. 14 – CIA reports and cables produced to Cozen O'Connor by the CIA's FOIA office in 2012, but with extensive redactions – Producing via secure file transfer.

Sarah S. Normand
May 1, 2025
Page | 2

• Request No. 15 – CIA and intelligence reports, memoranda, cables, and other documents cited in the endnotes to the 9/11 Commission Final Report – Plaintiffs do not have these documents to produce.

**State Department Subpoena**

• Request No. 2 – State Department Patterns of Global Terrorism (1992-2001) – Producing via secure file transfer.

• Request No. 3 – State Department August 14, 1996 Fact Sheet, *Usama Bin Ladin: Islamic Extremist Financier* – Producing via secure file transfer.

• Request No. 12 – State Department diplomatic cables produced to Cozen O'Connor by the State Department's FOIA office in 2017, but with extensive redactions – Producing via secure file transfer.

• Request No. 13 – State Department diplomatic cables cited in the endnotes to the 9/11 Commission Final Report – Plaintiffs do not have these documents to produce.

Please let us know if you have any questions or experience any difficulties accessing the documents sent via secure file transfer.

Respectfully,

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*For the Plaintiffs' Executive Committees*

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committees*

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
STEVEN R. POUNIAN
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com

*For the Ashton Plaintiffs*

LEGAL\77253592\1