# EXHIBIT H

## Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Haefele, Robert <rhaefele@motleyrice.com> |
| **Sent:** | Friday, August 22, 2025 6:19 PM |
| **To:** | Jude, Jennifer (USANYS); Carter, Sean; Barnea, Jean-David (USANYS) |
| **Cc:** | Tarbutton, J. Scott; Steven R. Pounian; WTC[amaloney@kreindler.com]; Gavin Simpson; WTC[jgoldman@andersonkill.com]; Bruce Strong; Leung, Mona (USANYS) |
| **Subject:** | RE: In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.) - Sudan-Related Subpoenas |

**\*\*EXTERNAL SENDER\*\***

Dear JD and Jen,

Thanks for your message.

In the spirit of trying to reach some compromise here, can you please let us know if the CIA would consider a proposal to search its repositories for and produce 25 additional reports (other than those that were specifically listed in Plaintiffs' requests or part of the CIA's Executive Order 14040 production) that contain the greatest number of independent hits for separate/different specified search terms that Plaintiffs would provide (for example, Sudan, Al Qaida, bin Laden, Turabi, Bashir, Shamal, Khartoum Tannery, Sudanese intelligence, passport, weapons, Popular Arab and Islamic Congress/Conference, etc.). Each term would count as only one hit even if used multiple times in the document.

Also, please confirm that the CIA will conduct a new 2025 declassification review and produce the documents listed in our requests for production. Also, Plaintiffs want to add to our list of documents for a 2025 declassification review certain documents relating to Sudan that were part of the CIA's Executive Order 14040 production. We are working to confirm the complete list but those Sudan EO documents include the following reports:

- CIA, Terrorism: Cooperation Among Usama Bin Ladin's Islamic Army, Iran and the NIF (January 31, 1997) (CIA380-85)

- CIA, Terrorism: Usama Bin Ladin's Activities in Somalia and Sudanese NIF Support (April 30, 1997) (CIA 347-350)

- CIA, Terrorism: Establishment of a Tripartite Agreement Among Usama Bin Ladin, Iran and the NIF (January 31, 1997) (CIA387-92)

- CIA, *Al-Qa'ida in Sudan, 1992-96: Old School Ties Lead Down Dangerous Paths* (March 10, 2003) (referenced in our request No. 3) (CIA 38-52)

- National Security Council, *draft DCI Report: The Rise of UBL and Al-Qa'ida and the Intelligence Community Response* (March 19, 2004) (CIA63-141)

Finally, the last item on the list - the DCI report produced by the CIA – was listed as the "*draft*" report produced to the 9/11 Commission in 2004. Please confirm that the CIA will produce the final version of that report or confirm that the "draft" that was produced in the EO production was the final version.

Regards,



**Robert Haefele**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com

---

**From:** Jude, Jennifer (USANYS) <Jennifer.Jude@usdoj.gov>
**Sent:** Wednesday, August 20, 2025 11:01 AM
**To:** Carter, Sean <SCarter@cozen.com>; Barnea, Jean-David (USANYS) <Jean-David.Barnea@usdoj.gov>; Haefele, Robert <rhaefele@motleyrice.com>
**Cc:** Tarbutton, J. Scott <starbutton@cozen.com>; Steven R. Pounian <spounian@kreindler.com>; Andrew J. Maloney <amaloney@kreindler.com>; Gavin Simpson <gsimpson@kreindler.com>; Jerry S. Goldman <Jgoldman@andersonkill.com>; Bruce Strong <Bstrong@andersonkill.com>; Leung, Mona (USANYS) <Mona.Leung@usdoj.gov>
**Subject:** RE: In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.) - Sudan-Related Subpoenas

CAUTION:EXTERNAL

Hi all,

I understand that J.D. had a conversation with some of you about whether Plaintiffs might propose a very narrow search/processing by CIA (something similar in scope to what was done with respect to ARB) as a possible path forward that will get Plaintiffs some of the information they seek and avoid having to brief this issue this fall. I want to encourage you to propose something that we could take to CIA in the next week or so, to give us time to discuss it with them. It may not be acceptable to them, but J.D. and I are open to presenting it and getting back to you with their response quickly.

Best,
Jen