# EXHIBIT I

# Haefele, Robert

| | |
|---|---|
| **From:** | Barnea, Jean-David (USANYS) <Jean-David.Barnea@usdoj.gov> on behalf of Barnea, Jean-David (USANYS) |
| **Sent:** | Monday, November 24, 2025 2:46 PM |
| **To:** | SCarter@cozen.com; cmclaughlin@whitecase.com; Haefele, Robert; STarbutton@cozen.com; Flowers, Jodi; spounian@kreindler.com; amaloney@kreindler.com; gsimpson@kreindler.com; jgoldman@andersonkill.com; Bstrong@andersonkill.com; nerb@whitecase.com; michael.mahaffey@whitecase.com; Elsner, Mike |
| **Cc:** | Jennifer.Jude@usdoj.gov |
| **Subject:** | In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - September 26, 2025 Submission |

FRE 408

At long last we have a response from the CIA. See below. Let us know if this works and if we should further push back the briefing schedule on the motion to compel the CIA's response to the original subpoena. Also CIA is still reprocessing the specific documents identified in both parties' subpoenas and are trying to get us a timeline but may not have one today. I'll send around a draft of today's letter to the court once I hear back from you and the CIA.

\*\*\*

In response to Plaintiffs' subpoena, CIA will conduct limited searches using combinations and variations of the following terms and will produce 15 additional reports (other than those that were specifically listed in Plaintiffs' requests or part of the CIA's Executive Order 14040 production) that contain the greatest number of hits and the existence or nonexistence of which can be acknowledged:

> Bin Laden, Al Qaida, Sudan, Abu Hammam al Saudi, Abu Hammam, Abu Hamam, Saidi Madani al Tayyib, Abu Fadil, Abu Faid al Makki, Mustafa Ahmad Uthman Abu al Yazid, Said al Masri, Saeed al Masri, Jamal Ahmed al Fadl, National Islamic Front, Mukhabarat, Military, Hilat Koko, Soba, Damazine, Merkhiyat, Al Shambat, Al Mazran, Elefansa Popular Defense, Wadi al Aqiq, Wadi al Aqiq Company Ltd, Al Hijra Construction Company, Al Hijrah Construction and Development Ltd, Al Themar al Mubarakah Agriculture Company Ltd, Al Timar al Mubarikah, Blessed Fruits Company, Ladin International Company, Bin Ladin International, Saudi Binladin Group, Taba Investment Company Ltd, Khartoum Tannery, Qudarat Transport Company, Al Qudarat Transport Company, International al Ikhlas Company, Al Ikhlas International Company, Al Ikhlas al Almiyya, Al Shamal Islamic Bank, Atyaf Investments, Dad Corporation, Tesdir al Khudrawat Wa Faqiha Company, Tahsin Salalat al Abqar, Al Mashari al Ziraiya Kassal, Al Mutahin Company, Al Waha Building, Mutasib Sidiq al Alama Company, Al Athathat Company, Qimam Company, Fardos Company, Zarqani Company, Salt Company, Abu Musab Company, Al Shamal Islamic Bank, Faisal Islamic Bank of Sudan, Dar al Maal al Islami Trust, Tadamon Islamic Bank, Farmers Bank for Investment and Rural Development, Islamic West Bank, Bank of Khartoum, Bank of Saudi-Sudani, Al Baraka Sudanese Bank, Al Baraka Al Burg Sudanese Bank, Animal Resources Bank, Nileim Industrial Development Bank, Landmark Plot, World Trade Center bombing

In response to Sudan's subpoena, CIA will conduct limited searches using combinations and variations of the following terms and will produce 15 additional reports (other than those that were specifically listed in Sudan's requests or part of the CIA's Executive Order 14040 production) that contain the greatest number of hits and the existence of nonexistence of which can be acknowledged:

> Bin Laden, Sudan, Khartoum, National Islamic Front, Islamic Army, Training Camp, Farm, Merkyhiat, business, business group, headquarters, departure

Jean-David (J.D.) Barnea
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
T (212) 637-2679
M (646) 491-2745
Jean-David.Barnea@usdoj.gov