# EXHIBIT J

# Haefele, Robert

| | |
|---|---|
| **From:** | Haefele, Robert <rhaefele@motleyrice.com> on behalf of Haefele, Robert |
| **Sent:** | Thursday, December 11, 2025 5:57 PM |
| **To:** | Jean-David.Barnea@usdoj.gov; Jennifer.Jude@usdoj.gov |
| **Cc:** | SCarter1@cozen.com; starbutton@cozen.com; Flowers, Jodi; Elsner, Mike; spounian@kreindler.com; amaloney@kreindler.com; gsimpson@kreindler.com; Jgoldman@andersonkill.com; Bstrong@andersonkill.com |
| **Subject:** | In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - September 26, 2025 Submission |

J.D. and Jenn – Thanks for the call earlier today. This email is in follow-up to our discussion during that call and in furtherance of your request that we provide you with a written proposal in response to the CIA's November 24 counterproposal for you to discuss with the CIA.

During our discussion today, we flagged two interrelated issues from Plaintiffs' August 22 proposal and the CIA's November 24 counterproposal. One issue concerned how the CIA's 11/24 counterproposal may be implemented, and how to reduce the risk of the results being unreasonably skewed. A second issue concerned the additional declassification reviews that Plaintiffs referenced in our 8/22 proposal but that were not addressed in the CIA's 11/24 response.

1. **Search Protocol Issue**

Regarding the first issue, Plaintiffs have concerns about the uncertainty surrounding the CIA's implementation of a search protocol and the results that may be derived from that implementation. During our discussion, you made clear that you have not discussed with the CIA its search capabilities and that the CIA will not divulge to Plaintiffs what its capabilities are (If this is inaccurate, please provide that information). In the absence of having a fuller understanding of the CIA's capabilities, we explained that a central concern Plaintiffs have is that lumping all the search terms together may result in unreasonably skewed results. The example we offered was that the repetition, or copying and pasting, of language from one report to another—for example, the lists of bin Laden's businesses in Sudan—along with the limitation on the number of reports to be produced, could skew results in favor of reports focused on that particular issue, to the exclusion of other reports of greater importance, simply because of the number of hits the business names will generate.

To ameliorate that specific concern, we proposed a two-step search process, under which the CIA would conduct searches based on an initial set of terms Plaintiffs will provide and the CIA would then produce 10 reports.  Plaintiffs would then have an opportunity to refine the search terms for purposes of a second inquiry, and the CIA would produce an additional 10 reports resulting from those second searches. The search terms Plaintiffs will provide for the first run will be different from those CIA proposed, but not necessarily more expansive.  Instead, we expect that the terms will focus on the parties at the center of the relationship (e.g., OBL, al Qaeda, Sudan, Bashir, Turabi) and more relevant forms of material support.  This refinement would be necessary to address concern about unintended skewing of the results.

2. **Declassification Review of Identified Sudan-Related documents from 9/11 Commission Report, FOIA, and EO Production**

Regarding the second issue, based on our discussion, we understand the CIA has agreed to undertake a renewed declassification review of the Sudan-related documents listed in Plaintiffs' March 28, 2025 subpoena. The CIA documents listed in the subpoena in Requests Nos. 14 and 15 include 43 documents cited in the 9/11 Commission

Report and 12 additional documents Plaintiffs have received pursuant to FOIA requests. Plaintiffs understand that the CIA's response to the subpoena will include a declassification review and production of these 55 documents.

In addition, although the CIA's 11/24 email did not respond to the inquiry, Plaintiffs' 8/22 inquiry also referenced declassification review of additional documents that the CIA previously made public in response to Executive Order 14040. Twenty-six of the sixty reports CIA made public under E.O. 14040 address Sudan and the relationship between and among the National Islamic Front ("NIF) and its officials, Hasan al Turabi, Osama bin Laden, and al Qaeda and its members. Review of these documents indicates that their previous disclosures included substantial redactions which may no longer be necessary. The importance of this declassification review is heightened because counsel for Sudan have argued elsewhere that the scope of the redactions in those reports render them inadmissible.  As part of the CIA's response to the subpoena, Plaintiffs propose that the CIA conduct a further declassification review of 26 of the 60 reports the CIA has already acknowledge exist, to determine if additional material from those documents may now be released. The 26 documents are identified at the end of this email.

Finally, one last related issue, which may have gotten lost in our discussion earlier today, concerns Plaintiffs' 8/22 request regarding the item produced in the CIA's EO collection at CIA63-141. That item was identified as a "draft" report produced to the 9/11 Commission in 2004. Please confirm that the CIA will produce the final version of the report or confirm that the "draft" that was produced in the EO production was the final version.

Please discuss this response to the CIA's 11/24 counterproposal with the CIA and let us know whether we can move forward with some protocol similar to what is proposed here, or what the CIA may propose to address the concerns identified. Likewise, please let us know if the CIA will commit to the proposed re-review of the additional documents identified beyond those that it has already committed to conduct.

> **List of 26 of 60 Sudan-Related Documents the CIA disclosed (with redactions) under E.O. 14040 almost 4 years ago, as to which Plaintiffs are proposing the CIA conduct a further declassification review:**
>
> 1.  *How Bin Ladin Commands a Global Terrorist Network*, January 27, 1999 (CIA 2-16) (**Significant Redactions**).
>
> 2.  *Al-Qa'ida in Sudan, 1992-1996; Old School Ties Lead Down Dangerous Paths*, March 10, 2003 (CIA 38-52) (**Significant Redactions**).
>
> 3.  *Shaykh Sa'id: al Qa'ida's Loyal Senior Accountant*, July 2, 2003 (CIA 54-56) (**Significant Redactions**).
>
> 4.  *The Rise of UBL and al Qa'ida and the Intelligence Community Response*, March 19, 2004 (CIA 64-141) (**Significant Redactions**).
>
> 5.  *Saudi-based Financial Support for Terrorist Organizations*, November 14, 2002 (CIA 143-158) (**Significant Redactions**).
>
> 6.  *Identifying Al Qa'ida's Donors and Fund Raisers: A Status Report*, February 27, 2002 (CIA 193-199) (**Significant Redactions**).
>
> 7.  *Pursuing the bin Ladin Financial Target*, April 12, 2001 (CIA 201-208) (**Significant Redactions**).
>
> 8.  *Islamic Terrorists: Using Nongovernmental Organizations Extensively*, April 9, 1999 (CIA 210-236) (**Significant Redactions**).

2

9. *Usama bin Ladin's Finances: Some Estimates of Wealth, Income and Expenditures*, November 17, 1998 (CIA 317-338) (**Significant Redactions**).

10. *Terrorism: Usama Bin Ladin's Activities in Somalia and Sudanese NIF Support*, April 30, 1997 (CIA 347-350) (**Significant Redactions**).

11. *Terrorism: Fatwa Issued in 1992 by Usama bin Ladin's Islamic Army to Attack U.S. Military in Saudi Arabia; Movement of Explosives in 1994 by the Islamic Army from Sudan to Saudi Arabia via Yemen*, January 8, 1997 (CIA 352-359) (**Significant Redactions**).

12. *Terrorism: Responsibilities and Background of Islamic Army Shura Council Members*, December 19, 1996 (CIA 361-370) (**Significant Redactions**).

13. *Terrorism: Historical Background of the Islamic Army, and Bin Ladin's Move from Afghanistan to Sudan*, November 26, 1996 (CIA 372-378) (**Significant Redactions**).

14. *Terrorism: Cooperation Among Usama Bin Ladin's Islamic Army, Iran, and the NIF*, January 31, 1997 (CIA 380-385) (**Significant Redactions**).

15. *Terrorism: Establishment of a Tripartite Agreement Among Usama Bin Ladin, Iran, and the NIF*, January 31, 1997 (CIA 387-392) (**Significant Redactions**).

16. *Terrorism: Usama Bin Ladin's Financial Support to the Egyptian Al-Gama'at Al-Islamiyya, as well as Algerian and Libyan Extremists, Bin Ladin and IG Connections to Ibrahim Abu Hasanay*n, June 17, 1997 (CIA 402-405) (**Significant Redactions**).

17. *Terrorism: Possible Islamic Army Foreknowledge of an "Egyptian Operation" and Logistical and Security Assistance Provided for the Attackers*, February 13, 1997 (CIA 407-410) (**Significant Redactions**).

18. *Terrorism: Activities of bin Ladin's in Pakistan*, Afghanistan, and India, July 14, 1997 (CIA 412-414) (**Significant Redactions**).

19. *Terrorism: Iranian Awareness of Bin Ladin's Plans Circa 1994 to Carry Out an Operation in Saudi Arabia*, January 8, 1997 (CIA 416-419) (**Significant Redactions**).

20. *Terrorism: Companies Linked to Usama Bin Ladin*, January 3, 1997 (CIA 422-428) (**Significant Redactions**).

21. *Terrorism: Egyptian Al-Jihad and Vanguards of Conquest Connection to Usama Bin Ladin's Islamic Army; List of Al-Jihad and Vanguards of Conquest Members Who Also Are Part of the Islamic Army*, February 7, 1997 (CIA 430-438) (**Significant Redactions**).

22. *Terrorism: Financial Dealings of Usama Bin Ladin and His Islamic Army Members*, December 30, 1996 (CIA 440-445) (**Significant Redactions**).

23. *Usama bin Ladin: al Qa'ida's Financial Facilitators*, October 18, 2001 (CIA 500-563) (**Significant Redactions**).

24. *Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions*, December 1997 (CIA 720-804) (**Significant Redactions**).

25. *Usama Bin Ladin: Some Saudi Financial Ties Probably Intact*, January 11, 1999 (CIA 807-848) (**Significant Redactions**).

26. *Terrorism: Structure and Senior Officials of Bin Ladin's Islamic Army*, December 17, 1996 (CIA 850-854) (**Significant Redactions**).

Regards,



**Robert Haefele**
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com