# EXHIBIT K

# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Tarbutton, J. Scott |
| **Sent:** | Thursday, January 22, 2026 3:23 PM |
| **To:** | Barnea, Jean-David (USANYS); Jude, Jennifer (USANYS) |
| **Cc:** | Carter, Sean; Haefele, Robert; Steven R. Pounian; WTC[amaloney@kreindler.com]; Gavin Simpson; WTC[jgoldman@andersonkill.com]; Bruce Strong |
| **Subject:** | CIA Subpoena (Sudan) |
| **Attachments:** | Final - Plaintiffs' Search Terms for CIA (Jan. 22, 2026).pdf |

JD – Following up on Tuesday's call, attached please find Plaintiffs' proposed search terms for the CIA. Please let us know if you have any questions.

Regards,

Scott



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

1

*In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

<u>Plaintiffs' Proposed Search Terms in Support of the March 18, 2025 Subpoena<br>Directed to the Central Intelligence Agency</u>

- "Sudan!" AND …

- Bin Laden (or Bin Ladin)
- Al Qaida (or Al Qa'ida, Al Qaeda, Islamic Army)
- National Islamic Front (or NIF)
- Hasan al Turabi (or Turabi)
- Omar al Bashir (or Bashir)
- Mustafa Osman Ismail Elamin (or Elamin)
- Hassan Ahmed Taha (or Taha)
- Salah Abdallah Mohamed Ghosh (or Ghosh, Gosh)
- Sharaf Eldin Ibrahim Bannaga (or Bannaga)
- Ali Osman Mohammed Taha (or Taha)
- Lt. Col. Abd al Basit Hamza (or Basit)
- Intelligence
- Delegation Office
- Military
- Somalia
- Weapons
- Explosives
- Ammunition
- Security
- Factories
- Guesthouse
- Safehaven
- Citizenship
- Passport
- Diplomatic papers
- Recruit (or recruitment)
- Training camp (or camp)
- Hilat Koko
- Soba
- Damazine
- Merkhiyat
- Al Shambat
- Al Mazraa
- Elefansa Popular Defense
- Halfiya
- Popular Arab and Islamic Conference (or PAIC)
- Iran
- Hezbollah (or Hizballah)
- Lebanon
- Training