# EXHIBIT L

# Haefele, Robert

| | |
|---|---|
| **From:** | Carter, Sean <SCarter@cozen.com> |
| **Sent:** | Tuesday, August 5, 2025 12:39 PM |
| **To:** | Barnea, Jean-David (USANYS); Haefele, Robert |
| **Cc:** | Tarbutton, J. Scott; Steven R. Pounian; Andrew J. Maloney; Gavin Simpson; Jerry S. Goldman; Bruce Strong; Jude, Jennifer (USANYS); Leung, Mona (USANYS) |
| **Subject:** | RE: In re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.) - Sudan-Related Subpoenas |
| **Attachments:** | Email Exchanges re CIA and Al Rajhi Bank.pdf |

> CAUTION:EXTERNAL

JD – Attached is the email string with Sarah reflecting the agreement between Plaintiffs and CIA concerning Al Rajhi Bank. As indicated, the CIA agreed in that context to conduct searches to identify a specified number of reports with the greatest number of references to Al Rajhi. Given that agreement, we understood that the CIA does have the capacity to conduct systemwide text searches. During the call today, you suggested CIA did not have the ability to do so.

We understand that you are speaking with the CIA at 2 today and would appreciate clarification. If the CIA does not have the ability to conduct systemwide text searches, it would be helpful to understand how the searches contemplated by the Al Rajhi agreement were undertaken.

Thanks, Sean



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

## Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Normand, Sarah (USANYS) <Sarah.Normand@usdoj.gov> |
| **Sent:** | Friday, June 24, 2022 3:57 PM |
| **To:** | Carter, Sean |
| **Cc:** | Tarbutton, J. Scott; Clark,Jr., William; Sher, Abby; Williams, Coleen D. |
| **Subject:** | RE: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank) |

**\*\*EXTERNAL SENDER\*\***

Sean:

Sorry for the delayed response. In response to your points, I can confirm that:

1. The CIA is conducting its declassification review of the three additional analytic documents in the spirit of the Executive Order and consistent with the policy stated therein.
2. The three documents are in addition to the documents released under the EO.
3. The CIA anticipates being able to complete its review within 60 days. I saw that the Court recently extended the ARB discovery fact deadline to mid-November, so 60 days will still be well before fact discovery closes.
4. Treasury is actively engaged in the declassification review process with regard to the documents specifically identified (by Bates number) on page 3 of the PECs' 1/26/22 letter to Brian Netter.
5. We too are hopeful there will be no disputes. In the event of a dispute, and in the spirit of reserving rights, we do not believe the PECs would have any basis to challenge the CIA's application of the discretionary public interest declassification standard in section 3.1 of Executive Order 13526 or the policy statement in section 1 of EO 14040.

Have a good weekend.
Sarah

---

**From:** Carter, Sean <SCarter1@cozen.com>
**Sent:** Wednesday, June 22, 2022 1:32 PM
**To:** Normand, Sarah (USANYS) <SNormand@usa.doj.gov>
**Cc:** Tarbutton, J. Scott <STarbutton@cozen.com>; Clark,Jr., William <WClark@cozen.com>; Sher, Abby <ASher@cozen.com>; Williams, Coleen D. <CWilliams@cozen.com>
**Subject:** RE: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank)

Sarah,

Just circling back on this. Let us know where things stand on your end.

Thanks, Sean



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

1

**From:** Carter, Sean
**Sent:** Wednesday, June 8, 2022 11:05 AM
**To:** 'Normand, Sarah (USANYS)' <Sarah.Normand@usdoj.gov>
**Cc:** Tarbutton, J. Scott <STarbutton@cozen.com>; Clark,Jr., William <WClark@cozen.com>; Sher, Abby <ASher@cozen.com>; Williams, Coleen D. <CWilliams@cozen.com>
**Subject:** RE: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank)

Sarah,

Hope you had a good vacation, and thanks for following up on this promptly upon returning. This will confirm Plaintiffs' agreement to proceed as specified below with respect to the subpoenas served on Treasury and CIA in connection with the jurisdictional discovery proceedings as to Al Rajhi Bank, subject to the following points of clarification:

1. We understand that CIA's declassification review of the documents referenced below will be conducted in accordance with President Biden's statement of policy in section 1 of EO 14040. We recognize that the government may dispute the formal applicability of that policy statement to the review, and are merely asking for the government's agreement that the review will be guided by the principles set forth in that section.
2. The "three analytic documents" referenced in section (2) of your email below will be in addition to any documents already released pursuant to EO 14040 referencing Al Rajhi Bank and the report referenced in section (1) of your email below. That is obviously what we discussed and what we understand you to be confirming below, but your email below does not expressly reference the fact that the three documents would be in addition to those already released pursuant to the EO.
3. We have not discussed a timeline for CIA to complete its searches and review of the 4 additional documents. Given the limited number of documents at issue, and the schedule for document discovery as to ARB, we would propose 30 days.
4. As discussed during our last call, our proposal and agreement to proceed on this basis is predicated, in part, on our understanding that it would enable the Treasury Department to focus on the declassification reviews described in our January 26, 2021 letter to Brian Netter. Given that circumstance, can you confirm that Treasury is in fact working on those?
5. With regard to redactions, plaintiffs will need to reserve their right to challenge privilege assertions. If the reviews are conducted in accordance with the policy statement in section 1 of EO 14040, we would not expect a dispute on that front.

Happy to discuss if necessary, and thanks to you and your colleagues for working with us on a compromise solution.

Best, Sean



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105  F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Normand, Sarah (USANYS) <Sarah.Normand@usdoj.gov>
**Sent:** Tuesday, June 7, 2022 4:16 PM
**To:** Carter, Sean <SCarter1@cozen.com>
**Cc:** Tarbutton, J. Scott <STarbutton@cozen.com>; Clark,Jr., William <WClark@cozen.com>; Sher, Abby <ASher@cozen.com>; Williams, Coleen D. <CWilliams@cozen.com>

2

**Subject:** RE: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank)

**\*\*EXTERNAL SENDER\*\***

Sean:

This will confirm the government's agreement with your proposal, during our call on May 23, 2022, to resolve the subpoenas to the CIA and the Department of Treasury.  Specifically, you proposed to withdraw the subpoena to Treasury and narrow the CIA subpoena if the CIA would agree to process and produce redacted versions of (1) the document identified in Point II.1.A of the subpoena as a CIA report titled "*Al Rajhi Bank:  Conduit for Extremist Finance*," and (2) the three additional analytic documents identified in the CIA's search for records responsive to the subpoena that contain the greatest number of references to Al Rajhi Bank.  If the CIA processes and produces redacted versions of these four documents, with redactions of any information that remains classified or statutorily protected following a declassification review, the PECs will accept that production as full compliance with the subpoena to the CIA, and will withdraw the subpoena to Treasury in its entirety.

Please confirm this agreement, and the CIA will proceed accordingly.  Thanks in advance.

Sarah

---

**From:** Carter, Sean <SCarter1@cozen.com>
**Sent:** Monday, May 23, 2022 7:38 AM
**To:** Normand, Sarah (USANYS) <SNormand@usa.doj.gov>
**Cc:** Tarbutton, J. Scott <STarbutton@cozen.com>; Clark,Jr., William <WClark@cozen.com>; Sher, Abby <ASher@cozen.com>; Williams, Coleen D. <CWilliams@cozen.com>
**Subject:** Re: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank)

Sarah - Let's speak at 11:00 today.  We can use:



Sent from my iPhone