**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (GBD) (SN) |
| | **[Proposed] ORDER** |

Upon Plaintiffs' Motion to Compel the Central Intelligence Agency ("CIA") to comply with Plaintiffs' Rule 45 subpoena, the briefing submitted by the parties, the accompanying Declaration of Robert T. Haefele, and for good cause shown, it is hereby:

1. **ORDERED** that the CIA shall, within **14 days**, either:

(a) Conduct searches for responsive documents using Plaintiffs' proposed search terms and proceed with responsiveness and privilege review, and produce all responsive, non-privileged documents within 30 days thereafter; **or**

(b) Submit a sworn declaration from an appropriate CIA official that:

- Explains, with particularity, why Plaintiffs' proposed search terms cannot be used;

- Identifies any subset of Plaintiffs' terms that can be used;

- Proposes narrowly tailored alternative terms or methodologies designed to ameliorate the risks of prejudice and capture the same subject matter as Plaintiffs' terms were designed to identify; and

- Sets forth a reasonable proposed production plan and timeline for the Court's consideration.

2.  **ORDERED** that any privilege assertions shall be supported by a privilege log or other mechanism approved by the Court.

3.  **ORDERED** that the parties shall meet and confer within **7 days** after the CIA's election under Paragraph 1 to finalize implementation details consistent with this Order.

SO ORDERED.

Dated: _____, 2026
New York, New York

_____
**SARAH NETBURN, U.S.M.J.**
United States Magistrate Judge