**MotleyRice** LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**John M. Eubanks**
*Licensed in Maryland and South Carolina*
direct:  843.216.9218
JEubanks@motleyrice.com

February 20, 2026

<u>**VIA CM/ECF**</u>

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

> Re:  <u>*In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MDL 1570 (GBD)(SN)
> PECs' Response to Court's February 13, 2026 Order (ECF No. 11730</u>

Dear Judge Netburn:

      Pursuant to the Court's Order dated February 13, 2026 (ECF No. 11730), undersigned counsel—on behalf of the Plaintiffs' Executive Committees ("PECs")—submits as attachments to this letter the following items:

1. Consolidated list of all the judgments against Iran that the plaintiffs ask the Clerk to certify. The list being filed as an attachment to this letter is in PDF format for ease of filing on the Court's CM/ECF system, but the list will also be transmitted to Judge Netburn's Chambers via e-mail to (Netburn_NYSDChambers@nysd.uscourts.gov) in Microsoft Excel following the filing of this letter. This spreadsheet includes separate columns for (1) the date of filing of the Proposed Clerk's Certification of Judgment to be Registered in Another District; (2) the ECF number of the Proposed Clerk's Certification; (3) the name of the lead law firm that submitted the Proposed Clerk's Certification; (4) the phone number and e-mail of counsel who submitted the Proposed Clerk's Certification; (5) the date of filing of the underlying judgment for which the Proposed Clerk's Certification is being sought; (6) the ECF number of the underlying judgment for which the Proposed Clerk's Certification is being sought; and (7) the identification of the member case(s) in which the underlying judgment was filed for which the Proposed Clerk's Certification is being sought.[1] This consolidated list appears as Exhibit 1 to this letter.

---

[1] The spreadsheet includes the entries for the *Anaya* and *Chairnoff* cases in part because they were specifically noted in the Court's February 13, 2026 Order; however, counsel for the plaintiffs in those cases notified the PECs that the Clerk's Office issued the Certified Judgments to be



The Honorable Sarah Netburn
February 20, 2026
Page 2

2. The Court requested "an affidavit from counsel certifying that the PECs or plaintiffs' counsel has reviewed and verified (1) all information included in the list; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." ECF No. 11730 at 2. In order to comply with the Court's request while also ensuring that the affiant possesses sufficient personal knowledge to issue their affidavit, the PECs submit the following counsel-specific affidavits for the Court's consideration:

   a. Affidavit of John M. Eubanks on behalf of plaintiffs in the *Burnett*, *Arias*, *Prior*, and *Ortiz* member cases. This Affidavit is attached as Exhibit 2.

   b. Declaration of Andrew J. Maloney, Jr. on behalf of plaintiffs in the *Ashton* and *Betru* member cases. This Declaration is attached as Exhibit 3.

   c. Affidavit of Jerry S. Goldman on behalf of plaintiffs in the *Ashton*, *O'Neill*, *Burnett*, *DeRubbio*, *Agyeman*, *Morris*, *Schlissel*, *Kamardinova*, *Ades*, *Abel*, *Kim*, *Jimenez*, *Moody-Theinert*, *Rivelli*, *Aamoth*, *Hemenway*, *Rowenhorst*, *Anaya*, *BNY Mellon*, *Bodner*, *Bernaerts*, *Aron*, *Hargrave*, *Asaro*, *Bianco*, *Amato*, *King*, *Strauss*, *Kone*, *Kelly*, *Lopez*, *Fennelly*, *Jelnek*, and *Lum* member cases. This Affidavit is attached as Exhibit 4.

   d. Affidavit of Jeanne M. O'Grady on behalf of plaintiffs in the *Ashton*, *Burlingame*, *Nolan*, and *Betru* member cases. This Affidavit is attached as Exhibit 5.

   e. Affidavit of Nicholas Papain on behalf of plaintiffs in the *Accardi*, *Alexander*, and *Betso* member cases. This Affidavit is attached as Exhibit 6.

   f. Affidavit of Jonathan P. Vuotto on behalf of plaintiffs in the *Ashton*, *Burlingame*, *Bauer*, *Dickey*, and *Ryan* member cases. This Affidavit is attached as Exhibit 7.

   g. Declaration of Timothy B. Fleming on behalf of plaintiffs in the *Havlish*, *Hoglan*, *Ray*, and *Maher* member cases. This Declaration is attached as Exhibit 8.

   h. Declaration of Dorothea M. Capone on behalf of plaintiffs in the *Bauer* and *Parker* member cases. This Declaration is attached as Exhibit 9.

---

Registered in Another District on January 27, 2026. Therefore, additional Certified Judgments would not need to be issued for those judgments.

The Honorable Sarah Netburn
February 20, 2026
Page 3

      i. Declaration of Susan M. Davies on behalf of plaintiffs in the *Anaya* and *Chairnoff* member cases.  This Declaration is attached as Exhibit 10.

      j. Declaration of John F. Schutty on behalf of plaintiffs in the *O'Neill* and *BNY Mellon* member cases.  This Declaration is attached as Exhibit 11.

      k. Affidavit of J. Scott Tarbutton on behalf of plaintiffs in the *Federal Insurance Co.* member case.  This Affidavit is attached as Exhibit 12.

Should the Court have additional questions or concerns regarding the spreadsheet or affidavits attached to this letter, the PECs are available to either make a further submission or appear for a status conference to address Your Honor's questions or concerns.

Respectfully submitted,

/S/ John M. Eubanks
John M. Eubanks
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
E-mail: jeubanks@motleyrice.com
Tel: (843) 216-9000
Fax: (843) 216-9450

On Behalf of the Plaintiffs' Executive Committees for Personal Injury and Death Claims and for Commercial Claims