**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | Lead Law Firm | Phone number or e-mail address for Lead Law Firm | Date of Filing of Underlying Judgment | ECF No. of Underlying Judgment | MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11486 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/31/2017 | 3666 | 15-cv-9903 |
| 1/29/2026 | 11491 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/8/2018 | 4023 | 15-cv-9903 |
| 1/29/2026 | 11492 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/28/2018 | 4126 | 15-cv-9903 |
| 1/29/2026 | 11493 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/4/2018 | 4146 | 15-cv-9903 |
| 1/29/2026 | 11494 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2018 | 4175 | 15-cv-9903 |
| 1/29/2026 | 11495 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5061 | 15-cv-9903 |
| 1/29/2026 | 11496 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5062 | 15-cv-9903 |
| 1/29/2026 | 11497 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5087 | 15-cv-9903 |
| 1/29/2016 | 11498 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5088 | 19-cv-44 |
| 1/29/2026 | 11499 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5092 | 15-cv-9903 |
| 1/29/2026 | 11500 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/9/2019 | 5104 | 19-cv-41 |
| 1/29/2026 | 11501 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 3/8/2016 | 3226 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11502 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5136 | 19-cv-41 |
| 1/29/2026 | 11503 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5138 | 15-cv-9903 |
| 1/29/2026 | 11504 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2019 | 5151 | 15-cv-9903 |
| 1/29/2026 | 11505 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/13/2019 | 5356 | 15-cv-9903 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| 1/29/2026 | 11506 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/30/2020 | 5784 | 19-cv-44 |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11507 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5848 | 15-cv-9903 |
| 1/29/2026 | 11508 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5851 | 19-cv-44 |
| 1/29/2026 | 11509 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/12/2020 | 5918 | 19-cv-41 |
| 1/29/2026 | 11510 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5946 | 15-cv-9903 |
| 1/29/2026 | 11511 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5948 | 15-cv-9903 |
| 1/29/2026 | 11512 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5949 | 15-cv-9903 |
| 1/29/2026 | 11513 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5951 | 15-cv-9903 |
| 1/29/2026 | 11514 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5955 | 15-cv-9903 |
| 1/29/2026 | 11515 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5957 | 15-cv-9903 |
| 1/29/2026 | 11516 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5969 | 19-cv-41 |
| 1/29/2026 | 11517 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5975 | 15-cv-9903 |
| 1/29/2026 | 11518 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5926 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11519 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5979 | 15-cv-9903 |
| 1/29/2026 | 11520 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6034 | 15-cv-9903 |
| 1/29/2026 | 11521 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6035 | 15-cv-9903 |
| 1/29/2026 | 11522 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6037 | 15-cv-9903 |
| 1/29/2026 | 11523 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/15/2019 | 4880 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11524 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6038 | 15-cv-9903 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11525 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6040 | 19-cv-44 |
| 1/29/2026 | 11526 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6042 | 15-cv-9903 |
| 1/29/2026 | 11527 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6043 | 19-cv-41 |
| 1/29/2026 | 11528 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6044 | 15-cv-9903 |
| 1/29/2026 | 11529 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5101 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11530 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4884 | Schlissel, No. 1:18-cv-05331 |
| 1/29/2026 | 11531 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4885 | DeRubbio, No. 1:18-cv-05306 |
| 1/29/2026 | 11532 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 1/30/2020 | 5774 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11533 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/20/2019 | 4897 | Morris, No. 1:18-cv-05321 |
| 1/29/2026 | 11534 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4996 | Kamardinova, No. 1:18-cv-05339 |
| 1/29/2026 | 11535 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4997 | Ades, No. 1:18-cv-07306 |
| 1/29/2026 | 11536 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5047 | Rivelli, No. 1:18-cv-11878 |
| 1/29/2026 | 11537 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5048 | Abel, No. 1:18-cv-11837 |
| 1/29/2026 | 11538 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5049 | Kim, No. 1:18-cv-11870 |
| 1/29/2026 | 11539 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5050 | Aamoth, No. 1:18-cv-12276 |
| 1/29/2026 | 11540 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5051 | O'Neill., No. 1:04-cv-01076 |
| 1/29/2026 | 11541 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5053 | Rowenhorst, No. 1:18-cv-12387 |
| 1/29/2026 | 11542 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5054 | Hemenway, No. 1:18-cv-12277 |
| 1/29/2026 | 11543 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5055 | Moody-Theinert, No. 1:18-cv-11876 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11544 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5056 | Jimenez, No. 1:18-cv-11875 |
| 1/29/2026 | 11545 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5061 | Burnett, No. 1:15-cv-09903 |
| 1/29/2026 | 11546 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5063 | Ades, No. 1:18-cv-07306 |
| 1/29/2026 | 11547 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5064 | Morris, No. 1:18-cv-05321 |
| 1/30/2026 | 11548 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/17/2017 | 3706 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11549 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/16/2018 | 4052 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11551 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 4/25/2018 | 3979 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11552 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5067 | Hemenway, No. 1:18-cv-12277 |
| 1/30/2026 | 11553 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5068 | Aamoth, No. 1:18-cv-12276 |
| 1/30/2026 | 11554 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/17/2018 | 4186 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11555 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5069 | Moody-Theinert, No. 1:18-cv-11876 |
| 1/30/2026 | 11556 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5070 | Rivelli, No. 1:18-cv-11878 |
| 1/30/2026 | 11557 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5071 | Kamardinova, No. 1:18-cv-05339 |
| 1/30/2026 | 11558 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5072 | Schlissel, No. 1:18-cv-05331 |
| 1/30/2026 | 11559 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6202 | 15-cv-9903 |
| 1/30/2026 | 11560 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6203 | 15-cv-9903 |
| 1/30/2026 | 11561 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6205 | 15-cv-9903 |
| 1/30/2026 | 11562 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7180 | 19-cv-41 |
| 1/30/2026 | 11563 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5087 | Burnett, No. 1:15-cv-09903 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/2026 | 11564 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7182 | 19-cv-44 |
| 1/30/2026 | 11565 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5093 | Agyeman, No. 1:18-cv-05320 |
| 1/30/2026 | 11566 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5153 (M&O) | Jimenez, No. 1:18-cv-11875 |
| 1/30/2026 | 11567 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/4/2020 | 5832 | Burnett, No. 1:15-cv-09903 |
| 1/30/2026 | 11568 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7188 | 15-cv-9903 |
| 1/30/2026 | 11569 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7287 | 15-cv-9903 |
| 1/30/2026 | 11570 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7288 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11571 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/22/2021 | 7494 | 15-cv-9903 |
| 1/30/2026 | 11572 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8233 | 15-cv-9903 |
| 1/30/2026 | 11573 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8235 | 19-cv-41 |
| 1/30/2026 | 11574 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8238 | 15-cv-9903 |
| 1/30/2026 | 11575 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/28/2022 | 8283 | 15-cv-9903 |
| 1/30/2026 | 11576 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/29/2022 | 8293 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11577 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/2/2022 | 8310 | 15-cv-9903 |
| 1/30/2026 | 11578 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/16/2018 | 4106 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11579 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5843 | Agyeman, No. 1:18-cv-05320 |
| 1/30/2026 | 11580 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5845 | Aamoth, No. 1:18-cv-12276 |
| 1/30/2026 | 11581 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 11/1/2023 | 9400 | 15-cv-9903 |
| 1/30/2026 | 11582 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/18/2020 | 5976 | 1:02-cv-06977-GBD-SN |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/2026 | 11583 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9927 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11584 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5847 | Kim, No. 1:18-cv-11870 |
| 1/30/2026 | 11585 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9932 | 15-cv-9903 |
| 1/30/2026 | 11586 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/17/2024 | 10373 | 15-cv-9903 |
| 1/30/2026 | 11587 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5849 | Schlissel, No. 1:18-cv-05331 |
| 1/30/2026 | 11588 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10388 | 15-cv-9903 |
| 1/30/2026 | 11589 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5850 | Kamardinova, No. 1:18-cv-05339 |
| 1/30/2026 | 11590 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10389 | 15-cv-9903; 19-cv-44 |
| 1/30/2026 | 11591 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/29/2025 | 10681 | 15-cv-9903 |
| 1/30/2026 | 11592 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/3/2025 | 10756 | 15-cv-9903 |
| 1/30/2026 | 11593 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/12/2025 | 10780 | 15-cv-9903; 22-cv-3100 |
| 1/30/2026 | 11594 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10980 | 15-cv-9903 |
| 1/30/2026 | 11595 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10988 | 15-cv-9903 |
| 1/30/2026 | 11596 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10990 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11597 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/21/2026 | 11472 | 15-cv-9903 |
| 1/30/2026 | 11598 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 3/8/2016 | 3226 | 02cv07230 |
| 1/30/2026 | 11599 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 4/30/2018 | 3987 | 02cv07230 |
| 1/30/2026 | 11600 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5852 | Moody-Theinert, 1:18-cv-11876 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/2026 | 11601 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/7/2018 | 4087 | 02cv07230 |
| 1/30/2026 | 11603 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5853 | Rowenhorst, No. 1:18-cv-12387 |
| 1/30/2026 | 11604 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/12/2018 | 4156 | 02cv07230 |
| 1/30/2026 | 11605 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2018 | 4175 | 02cv07230 |
| 1/30/2026 | 11606 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2018 | 4170 | 18cv8297 |
| 1/30/2026 | 11607 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 7/30/2019 | 4707 | 02cv07230 |
| 1/30/2026 | 11608 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/20/2019 | 4898 | 18cv8297 |
| 1/30/2026 | 11609 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2019 | 5154 | 18cv8297 |
| 1/30/2026 | 11610 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/8/2020 | 5467 | 18cv8297 |
| 1/30/2026 | 11611 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/3/2019 | 5058 | 02cv07230 |
| 1/30/2026 | 11612 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/9/2019 | 5102 | 18cv11340 |
| 1/30/2026 | 11613 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/8/2020 | 5466 | 18cv11340 |
| 1/30/2026 | 11614 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/7/2020 | 5453 | 02cv07230 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/2026 | 11615 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/5/2020 | 5857 | 02cv07230 |
| 1/30/2026 | 11616 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/14/2020 | 5954 | 02cv07230 |
| 1/30/2026 | 11617 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/18/2020 | 5974 | 02cv07230 |
| 1/30/2026 | 11618 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 7/19/2022 | 8231 | 02cv07230 |
| 1/30/2026 | 11619 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 6/18/2024 | 9928 | 02cv07230 |
| 1/30/2026 | 11620 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 6/18/2024 | 9934 | 02cv07230 |
| 1/30/2026 | 11621 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/28/2024 | 10266 | 02cv07230 |
| 1/30/2026 | 11622 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 5/29/2025 | 10987 | 02cv07230 |
| 1/31/2026 | 11623 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5865 | Hemenway, No. 1:18-cv-12277 |
| 1/31/2026 | 11624 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/7/2020 | 5876 | Ades, No. 1:18-cv-07306 |
| 1/31/2026 | 11625 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5917 | Rivelli, No. 1:18-cv-11878 |
| 1/31/2026 | 11626 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5919 | DeRubbio, No. 1:18-cv-05306 |
| 1/31/2026 | 11627 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5928 | Morris, No. 1:18-cv-05321 |
| 1/31/2026 | 11628 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5929 | Jimenez, No. 1:18-cv-11875 |
| 1/31/2026 | 11629 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5933 | Abel, No. 1:18-cv-11837 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/31/2026 | 11630 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5975 | Burnett, No. 1:15-cv-09903 |
| 1/31/2026 | 11631 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7521 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Hemenway, No. 1:18-cv-12277; Jimenez, No. 1:18-cv-11875; Kim, No. 1:18-cv-11870; Morris, No. 1:18-cv-05321; Rivelli, No. 1:18-cv-11878; Rowenhorst, No. 1:18-cv-12387; Moody-Theinert, No. 1:18-cv-11876; Agyeman, No. 1:18-cv-05320; Ades, No. 1:18-cv-07306; Kamardinova, No. 1:18-cv-05339; Schlissel, No. 1:18-cv-05331 |
| 1/31/2026 | 11632 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7522 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11633 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7523 | DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870; Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Agyeman, No. 1:18-cv-05320; Hemenway, No. 1:18-cv-12277; Kamardinova, No. 1:18-cv-05339; Rowenhorst, No. 1:18-cv-12387; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |

CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/31/2026 | 11634 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7527 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11635 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/10/2022 | 7580 | Anaya, No. 1:18-cv-12341 |
| 1/31/2026 | 11636 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8232 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Rivelli, No. 1:18-cv-11878; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11637 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8239 | DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/31/2026 | 11638 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/2/2022 | 8311 | Anaya, No. 1:18-cv-12341 |
| 1/31/2026 | 11639 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 11/7/2023 | 9416 | Kamardinova, No. 1:18-cv-05339; Jimenez, No. 1:18-cv-11875; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 1/31/2026 | 11640 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 3/26/2024 | 9668 | King, No. 1:22-cv-05193 |
| 1/31/2026 | 11641 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9933 | Agyeman, No. 1:18-cv-05320; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 1/31/2026 | 11642 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9935 | Ashton, No. 1:02-cv-06977; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/31/2026 | 11643 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/28/2024 | 10266 (J) corresponding to clerk's judgment at 11120 | Ashton, No. 1:02-cv-06977; Burlingame, No. 1:02-cv-7230; DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Schlissel, No. 1:18-cv-05331; Jimenez, No. 1:18-cv-11875 Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11644 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10276 (J) corresponding to clerk's judgment at 11121 | Hemenway, 18-cv-12277; Kim, 18-cv-11870; King, 22-cv-05193 |
| 1/31/2026 | 11645 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10277 (J) corresponding to clerk's judgment at 11123 | Abel, No. 1:18-cv-11837; Mellon, No. 1:19-cv-11767; Ades, No. 1:18-cv-07306; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376 |
| 1/31/2026 | 11646 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/5/2024 | 10306 (J) corresponding to clerk's judgment at 11127 | Morris, No. 1:18-cv-05321; Hemenway, No. 1:18-cv-12277 Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283 |
| 2/2/2026 | 11647 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/2/2019 | 4503 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11648 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/16/2016 | 3300 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11649 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/31/2016 | 3386 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11650 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 11/16/2016 | 3394 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11651 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/20/2024 | 10390 | Aamoth, No. 1:18-cv-12276; Jimenez, No. 1:18-cv-11875; Mellon, No. 1:19-cv-11767 King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/2/2026 | 11652 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/13/2018 | 4170 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11653 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10984 (J) corresponding to clerk's judgment at 11148 | Hemenway, No. 1:18-cv-12277; King, No. 1:22-cv-05193 |
| 2/2/2026 | 11654 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10997 (J) corresponding to clerk's judgment at 11145 | Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Bodner, No. 1:19-cv-11776; Fennelly, No. 1:23-cv-10824; Bianco, No. 1:20-cv-10902; Kelly, No. 1:23-cv-07283; Jelnek, No. 1:24-cv-05520 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/2/2026 | 11655 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/2/2025 | 11000 (J) corresponding to clerk's judgment at 11149 | Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Fennelly, No. 1:23-cv-10824; Jelnek, No. 1:24-cv-05520 |
| 2/2/2026 | 11656 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/9/2025 | 11011 (J) corresponding to clerk's judgment at 11011 | Morris, No. 1:18-cv-05321; Rowenhorst, No. 1:18-cv-12387; King, No. 1:22-cv-05193 |
| 2/2/2026 | 11657 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11657 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 10/5/2021 | 7190 | Ashton, 1:02-cv-06977 |

CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/2/2026 | 11658 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 4/3/2023 | 8978 | DeRubbio, No. 1:18-cv-05306; Kamardinova, No. 1:18-cv-05339; Aamoth, No. 1:18-cv-12276; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239 |
| 2/5/2026 | 11670 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2018 | 4127 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11671 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/7/2018 | 4152 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11672 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/5/2020 | 6191 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11673 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5950 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11675 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5947 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11683 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/12/2019 | 5145 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11684 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5920 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11685 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/5/2020 | 5846 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11686 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11687 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7170 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11688 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7172 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11689 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/26/2023 | 9159 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11690 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/3/2024 | 10292 | 1:02-cv-06977-GBD-SN |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/6/2026 | 11691 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10986 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11692 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2024 | 10266 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11694 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10987 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11696 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10985 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11697 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5953 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11700 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8287 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11701 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5103 | 1:18-cv-08297-GBD-SN; 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11703 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/17/2024 | 9925 | 1:18-cv-08297-GBD-SN |
| 2/6/2026 | 11704 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/21/2022 | 8245 | 1:18-cv-08297-GBD-SN |
| 2/6/2026 | 11705 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8289 | 1:02-cv-06977-GBD-SN |
| 2/12/2026 | 11721 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07230 |
| 2/12/2026 | 11722 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07230 |
| 2/12/2026 | 11723 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07236 |
| 2/12/2026 | 11724 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 5/29/2018 | 4011 | 02-cv-06977; 02-cv-07230 |
| 2/12/2026 | 11725 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 12/17/2019 | 5376 | 02-cv-06977; 02-cv-07230; 18-cv-11417 |
| 2/12/2026 | 11726 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 2/21/2020 | 5999 | 02-cv-06977; 02-cv-07236; 20-cv-00266 |
| 2/12/2026 | 11727 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 1/7/2020 | 5452 | 02-cv-06977; 02-cv-07230; 18-cv-11417 |
| 2/16/2026 | 11735 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 3/8/2016 | 3226 | 02cv07236 |
| 2/16/2026 | 11736 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 9/12/2016 | 3341 | 02cv07236 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/16/2026 | 11739 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 10/31/2016 | 3387 | 02cv07236 |
| 2/16/2026 | 11740 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 11/29/2016 | 3399 | 02cv07236 |
| 2/16/2026 | 11741 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 11/30/2016 | 3402 | 02cv07236 |
| 2/16/2026 | 11742 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 12/1/2016 | 3403 | 02cv07236 |
| 2/16/2026 | 11743 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 12/5/2016 | 3408 | 02cv07236 |
| 2/16/2026 | 11744 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 9/4/2019 | 5073 | 18cv11416 |
| 2/16/2026 | 11745 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/7/2020 | 5450 | 18cv11416 |
| 2/16/2026 | 11746 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5771 | 02cv07236 |
| 2/16/2026 | 11747 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5772 | 02cv07236 |
| 2/16/2026 | 11748 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5773 | 02cv07236 |
| 2/16/2026 | 11749 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5775 | 02cv07236; 18cv11416 |
| 2/16/2026 | 11750 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5776 | 02cv07236 |
| 2/16/2026 | 11751 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5779 | 02cv07236 |
| 2/16/2026 | 11752 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5780 | 02cv07236 |
| 2/16/2026 | 11753 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5781 | 02cv07236 |
| 2/16/2026 | 11754 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 2/14/2020 | 5947 | 02cv07236 |
| 2/17/2026 | 11755 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-06247 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/17/2026 | 11756 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-03505 |
| 2/17/2026 | 11757 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-01394 |
| 2/17/2026 | 11759 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 2/19/2020 | 5985 | 19cv00012 |
| 2/17/2026 | 11760 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 9/20/2024 | 10346 | 19cv00012 |
| 2/18/2026 | 11766 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5132 | DeRubbio, No. 1:18-cv-05306 |
| 2/18/2026 | 11767 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5126 | Agyeman, No. 1:18-cv-05320 |
| 2/18/2026 | 11768 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5129 | Kim, No. 1:18-cv-11870 |
| 2/18/2026 | 11769 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5133 | Abel, No. 1:18-cv-11837 |
| 2/18/2026 | 11770 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5155 | Rowenhorst, No. 1:18-cv-12387 |
| 2/18/2026 | 11771 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/14/2020 | 5974 | Rivelli, No. 1:18-cv-11878 |
| 2/19/2026 | 11776 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5927 (M&O) | O'Neill, No. 1:04-cv-01076 |
| 2/19/2026 | 11777 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 10/16/2012 | 2624 | 03cv09848 |
| 2/19/2026 | 11778 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8288 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767 |
| 2/19/2026 | 11779 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/19/2025 | 10681 (M&O) corresponding to judgment at 11138 | Jimenez, No. 1:18-cv-11875 |
| 2/19/2026 | 11780 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/17/2023 | 9213 (M&O) | Amato, No. 1:21-cv-10239 |
| 2/19/2026 | 11781 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2024 | 10300 (M&O) corresponding to judgment at 11125 | Aron, 20-cv-9376 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/19/2026 | 11782 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/22/2024 | 9557 (M&O) corresponding to judgment at 9730 | Bernaerts, No. 1:19-cv-11865 |
| 2/19/2026 | 11783 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2024 | 10292 (J) corresponding to clerk's judgment at 11124 | Morris, No. 1:18-cv-05321; Bernaerts, No. 1:19-cv-11865; Jimenez, No. 1:18-cv-11875; Aamoth, No. 1:18-cv-12276; King, No. 1:22-cv-05193 |
| 2/19/2026 | 11784 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9931 (M&O) | DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; Abel, No. 1:18-cv-11837; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 2/19/2026 | 11785 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 2/21/2020; 3/6/2020; 5/11/2020 | 5999; 6036; 6201; 8984; 9172 | 22cv00266 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/19/2026 | 11786 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 12/14/2023 | 9468 (M&O) | DeRubbio, No. 1:18-cv-05306; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 2/19/2026 | 11788 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5977 | Rowenhorst, No. 1:18-cv-12387; Agyeman, No. 1:18-cv-05320; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870 |
| 2/19/2026 | 11789 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8286 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902 |
| 2/19/2026 | 11792 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 10/31/2016 | 3387; 3371-1; 8984 | 22cv00266 |
| 2/19/2026 | 11794 | Law Office of John F. Schutty, P.C. | (212) 745-1157; john@johnschutty.com | 1/4/2022; 1/21/2026 | 7527, 7522, 11475 | Burnett, No. 1:15-cv-9903; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 2/20/2026 | 11795 | Cozen O'Connor | (215) 665-2105; scarter1@cozen.com | 1/26/2018 | 3890 | 03-cv-6978 |

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/22/2026 | *Anaya* 225 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 7/28/2022 | 8291 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Anaya* 228 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 10/5/2023 | 9359 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Anaya* 229 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 6/24/2024 | 9989 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Anaya* 232 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 8/1/2023 | *Anaya* 163 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Anaya* 233 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 1/10/2022 | 7580 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Anaya* 234 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 8/2/2022 | 8311 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Chairnoff* 169 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 10/5/2021 | 7173 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Chairnoff* 170 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 4/17/2024 | 9694 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 1/22/2026 | *Chairnoff* 171 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 3/30/2023 | 8976 | 18-cv-12370; Certification Issued on 1/27/2026 |