# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
   *Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN);
   *Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN);
   *Prior, et al. v. Islamic Republic of Iran*, No. 19-cv-44 (GBD)(SN);
   *Ortiz v. Islamic Republic of Iran*, No. 22-cv-3100 (GBD)(SN)

### AFFIDAVIT OF JOHN M. EUBANKS

STATE OF SOUTH CAROLINA   )
                                      )   ss.:
COUNTY OF CHARLESTON     )

      **JOHN M. EUBANKS**, being duly sworn and under penalty of perjury, deposes and says:

      1.    I am a member of the law firm of Motley Rice LLC, attorneys to the Plaintiffs in *Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN); *Arias, et al. v. Islamic Republic of Iran*, No. 19-cv-41 (GBD)(SN); *Prior, et al. v. Islamic Republic of Iran*, No. 19-cv-44 (GBD)(SN); and *Ortiz v. Islamic Republic of Iran*, No. 22-cv-3100 (GBD)(SN). I am admitted *pro hac vice* to represent the Plaintiffs in these cases before this Court.

      2.    I submit this Affidavit pursuant to the Court's February 13, 2026 Order requiring plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." *See* ECF No. 11730.

3. The information contained herein is based on my personal knowledge arising from my involvement in this litigation and my personal review of the relevant documents referenced in the exhibit to this Affidavit.

4. Attached hereto as Exhibit A is a list of all of the Proposed Clerk's Certifications of Judgments to be Registered in Another District for which Motley Rice LLC has sought such Clerk's Certifications.

5. I have reviewed the list included as Exhibit A, and I can verify that the information included therein is accurate.

6. I have also reviewed the list of judgments and can verify that the judgment amounts included in each of the underlying judgments are accurate.

7. Finally, I have reviewed the list of judgments and can verify that all of the underlying judgments were entered against at least the Islamic Republic of Iran.

_____
John M. Eubanks

Sworn to before me this
20th day of February, 2026

_____
Notary Public

[Notary Seal: STEFANI M ADKINS, NOTARY PUBLIC, SOUTH CAROLINA, My Comm. Exp. November 9, 2026]

**EXHIBIT A TO AFFIDAVIT OF JOHN M. EUBANKS**

| Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | Lead Law Firm | Phone number or e-mail address for Lead Law Firm | Date of Filing of Underlying Judgment | ECF No. of Underlying Judgment | MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11486 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/31/2017 | 3666 | 15-cv-9903 |
| 1/29/2026 | 11491 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/8/2018 | 4023 | 15-cv-9903 |
| 1/29/2026 | 11492 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/28/2018 | 4126 | 15-cv-9903 |
| 1/29/2026 | 11493 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/4/2018 | 4146 | 15-cv-9903 |
| 1/29/2026 | 11494 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2018 | 4175 | 15-cv-9903 |
| 1/29/2026 | 11495 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5061 | 15-cv-9903 |
| 1/29/2026 | 11496 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5062 | 15-cv-9903 |
| 1/29/2026 | 11497 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5087 | 15-cv-9903 |
| 1/29/2016 | 11498 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5088 | 19-cv-44 |
| 1/29/2026 | 11499 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5092 | 15-cv-9903 |
| 1/29/2026 | 11500 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/9/2019 | 5104 | 19-cv-41 |
| 1/29/2026 | 11502 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5136 | 19-cv-41 |
| 1/29/2026 | 11503 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5138 | 15-cv-9903 |
| 1/29/2026 | 11504 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2019 | 5151 | 15-cv-9903 |
| 1/29/2026 | 11505 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/13/2019 | 5356 | 15-cv-9903 |
| 1/29/2026 | 11506 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/30/2020 | 5784 | 19-cv-44 |

**EXHIBIT A TO AFFIDAVIT OF JOHN M. EUBANKS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11507 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5848 | 15-cv-9903 |
| 1/29/2026 | 11508 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5851 | 19-cv-44 |
| 1/29/2026 | 11509 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/12/2020 | 5918 | 19-cv-41 |
| 1/29/2026 | 11510 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5946 | 15-cv-9903 |
| 1/29/2026 | 11511 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5948 | 15-cv-9903 |
| 1/29/2026 | 11512 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5949 | 15-cv-9903 |
| 1/29/2026 | 11513 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5951 | 15-cv-9903 |
| 1/29/2026 | 11514 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5955 | 15-cv-9903 |
| 1/29/2026 | 11515 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5957 | 15-cv-9903 |
| 1/29/2026 | 11516 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5969 | 19-cv-41 |
| 1/29/2026 | 11517 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5975 | 15-cv-9903 |
| 1/29/2026 | 11519 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5979 | 15-cv-9903 |
| 1/29/2026 | 11520 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6034 | 15-cv-9903 |
| 1/29/2026 | 11521 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6035 | 15-cv-9903 |
| 1/29/2026 | 11522 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6037 | 15-cv-9903 |
| 1/29/2026 | 11524 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6038 | 15-cv-9903 |
| 1/29/2026 | 11525 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6040 | 19-cv-44 |
| 1/29/2026 | 11526 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6042 | 15-cv-9903 |
| 1/29/2026 | 11527 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6043 | 19-cv-41 |

**EXHIBIT A TO AFFIDAVIT OF JOHN M. EUBANKS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11528 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6044 | 15-cv-9903 |
| 1/30/2026 | 11559 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6202 | 15-cv-9903 |
| 1/30/2026 | 11560 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6203 | 15-cv-9903 |
| 1/30/2026 | 11561 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6205 | 15-cv-9903 |
| 1/30/2026 | 11562 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7180 | 19-cv-41 |
| 1/30/2026 | 11564 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7182 | 19-cv-44 |
| 1/30/2026 | 11568 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7188 | 15-cv-9903 |
| 1/30/2026 | 11569 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7287 | 15-cv-9903 |
| 1/30/2026 | 11570 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7288 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11571 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/22/2021 | 7494 | 15-cv-9903 |
| 1/30/2026 | 11572 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8233 | 15-cv-9903 |
| 1/30/2026 | 11573 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8235 | 19-cv-41 |
| 1/30/2026 | 11574 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8238 | 15-cv-9903 |
| 1/30/2026 | 11575 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/28/2022 | 8283 | 15-cv-9903 |
| 1/30/2026 | 11576 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/29/2022 | 8293 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11577 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/2/2022 | 8310 | 15-cv-9903 |
| 1/30/2026 | 11581 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 11/1/2023 | 9400 | 15-cv-9903 |
| 1/30/2026 | 11583 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9927 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11585 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9932 | 15-cv-9903 |

**EXHIBIT A TO AFFIDAVIT OF JOHN M. EUBANKS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/2026 | 11586 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/17/2024 | 10373 | 15-cv-9903 |
| 1/30/2026 | 11588 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10388 | 15-cv-9903 |
| 1/30/2026 | 11590 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10389 | 15-cv-9903; 19-cv-44 |
| 1/30/2026 | 11591 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/29/2025 | 10681 | 15-cv-9903 |
| 1/30/2026 | 11592 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/3/2025 | 10756 | 15-cv-9903 |
| 1/30/2026 | 11593 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/12/2025 | 10780 | 15-cv-9903; 22-cv-3100 |
| 1/30/2026 | 11594 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10980 | 15-cv-9903 |
| 1/30/2026 | 11595 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10988 | 15-cv-9903 |
| 1/30/2026 | 11596 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10990 | 15-cv-9903; 19-cv-41 |
| 1/30/2026 | 11597 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/21/2026 | 11472 | 15-cv-9903 |