# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

*This document relates to*:
*Ashton, et al. v. Al Qaeda Islamic, et al.,* 02-CV-06977 (GBD)(SN)
*Betru, et al. v. Islamic Republic of Iran,* 18-CV-08297 (GBD)(SN)

## DECLARATION IN SUPPORT OF JUDGMENT DATA
## PURSUANT TO FEBRUARY 13, 2026 ORDER (ECF NO 11730)

I, Andrew J. Maloney, III, Esq., pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that:

1.     I am an attorney admitted to practice before this Court and a partner at Kreindler & Kreindler LLP, attorneys for many of the Plaintiffs in *Ashton, et al. v. Al Qaeda Islamic, et al*., 02-CV-06977 (GBD)(SN) and all of the Plaintiffs in *Betru, et al. v. Islamic Republic of Iran*, 18-CV-08297 (GBD)(SN).

2.     I submit this Declaration in support of Plaintiffs' judgment dates, as required by the Court's Order of February 13, 2026 (ECF No. 11730) (the "Order"). I have knowledge of the facts set forth herein either through my own personal knowledge or through my review of the relevant documents.

3.     I submit this Declaration pursuant to the Court's February 13, 2026 Order requiring plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran."  See ECF No. 11730.

1

4.      The information contained herein is based on my personal knowledge arising from my involvement in this litigation and my personal review of the relevant documents referenced in the exhibit to this Declaration.

5.      Attached hereto as Exhibit A is a list of all of the Proposed Clerk's Certifications of Judgments to be Registered in Another District for which Kreindler & Kreindler LLP has sought such Clerk's Certifications.

6.      I have reviewed the list included as Exhibit A, and I can verify that the information included therein is accurate.

7.      I have also reviewed the list of judgments and can verify that the judgment amounts included in each of the underlying judgments are accurate.

8.      Finally, I have reviewed the list of judgments and can verify that all of the underlying judgments were entered against at least the Islamic Republic of Iran.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2026

/s/ Andrew J. Maloney, III
Andrew J. Maloney, III

| Filing Date Clerk's Certification of Judgment to be Registered in Another District | MDL ECF No. Clerk's Certification of Judgment to be Registered in Another District | Law Firm | Contact of Law firm | Date of SDNY Judgment | MDL ECF of Order Granting Judgment | member case(s) in which the underlying judgment was entered |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11501 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 3/8/2016 | 3226 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11648 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/16/2016 | 3300 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11649 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/31/2016 | 3386 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11650 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 11/16/2016 | 3394 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11548 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/17/2017 | 3706 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11551 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 4/25/2018 | 3979 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11549 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/16/2018 | 4052 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11578 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/16/2018 | 4106 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11670 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2018 | 4127 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11671 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/7/2018 | 4152 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11652 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/13/2018 | 4170 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11554 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/17/2018 | 4186 | 1:02-cv-06977-GBD-SN |
| 2/2/2026 | 11647 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/2/2019 | 4503 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11523 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/15/2019 | 4880 | 1:02-cv-06977-GBD-SN |

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2026 | 11529 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5101 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11701 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5103 | 1:18-cv-08297-GBD-SN; 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11683 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/12/2019 | 5145 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11532 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 1/30/2020 | 5774 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11685 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/5/2020 | 5846 | 1:02-cv-06977-GBD-SN |
| 1/29/2026 | 11518 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5926 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11684 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5920 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11697 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5953 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11673 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5950 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11675 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5947 | 1:02-cv-06977-GBD-SN |
| 1/30/2026 | 11582 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/18/2020 | 5976 | 1:02-cv-06977-GBD-SN |
| 2/5/2026 | 11672 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/5/2020 | 6191 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11686 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11687 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7170 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11688 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7172 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11704 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/21/2022 | 8245 | 1:18-cv-08297-GBD-SN |

| | | | | | |
|---|---|---|---|---|---|
| 2/6/2026 | 11700 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8287 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11705 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8289 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11689 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/26/2023 | 9159 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11703 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/17/2024 | 9925 | 1:18-cv-08297-GBD-SN |
| 2/6/2026 | 11692 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2024 | 10266 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11690 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/3/2024 | 10292 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11696 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10985 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11694 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10987 | 1:02-cv-06977-GBD-SN |
| 2/6/2026 | 11691 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10986 | 1:02-cv-06977-GBD-SN |