# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
    *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)
    *O'Neill et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD)(SN)
    *Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN)
    *Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
    *Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
    *Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
    *Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
    *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
    *Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
    *Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
    *Chang Don Kim, et al. v. Islamic Republic of Iran*, 1:18-cv-11870 (GBD)(SN)
    *Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
    *Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
    *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN)
    *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
    *Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
    *Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
    *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12341 (GBD)(SN)
    *BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
    *Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)
    *August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
    *Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
    *Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
    *Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
    *Michael Bianco et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN)
    *Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
    *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
    *Justin Strauss, et al. v. Islamic Republic of Iran*, No. 1:22-cv-10823 (GBD)(SN)
    *Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
    *Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
    *Gladys Lopez, et al v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)
    *Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)
    *Mary Jelnek, et al v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)
    *Kenneth Lum, et al v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN)

## AFFIDAVIT OF JERRY S. GOLDMAN, ESQ.

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

**JERRY S. GOLDMAN, ESQ.**, here, being duly sworn and under penalty of perjury, deposes and says:

1. I am an attorney and shareholder with Anderson Kill P.C., attorneys representing Plaintiffs in the above-captioned actions (collectively referred to herein for purposes of this affidavit as the "*O'Neill* Plaintiffs").[1] I am a member of the court-established Plaintiffs' Executive Committee for Personal Injury and Death Claims in the 9/11 multidistrict litigation, entitled *In re Terrorist Attacks on September 11, 2001*, 03-mdl-1570 (GBD)(SN), and I am the lead attorney for the *O'Neill* Plaintiffs. I am fully familiar with the facts stated herein.

2. I submit this Affidavit pursuant to the Court's February 13, 2026 Order requiring plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." *See* ECF No. 11730.

3. The information contained herein is based on my personal knowledge arising from my involvement in this litigation and my personal review of the relevant documents referenced in the exhibit to this Affidavit.

---

[1] Certain *O'Neill* Plaintiffs obtained judgments against the Islamic Republic of Iran while they were represented by former counsel in the actions entitled, *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN), *Thomas Burnett, Sr., et al. v. Islamic Republic of Iran*, No. 1:15-cv-09903 (GBD)(SN), *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12341 (GBD)(SN).

2

DOCS-100886698.5

3

4. Attached hereto as Exhibit A is a list of all of the Proposed Clerk's Certifications of Judgments to be Registered in Another District for which Anderson Kill P.C. has sought such Clerk's Certifications.

5. I have reviewed the list included as Exhibit A, and I can verify that the information included therein is accurate.

6. I have also reviewed the list of judgments and can verify that the judgment amounts included in each of the underlying judgments are accurate.

7. Finally, I have reviewed the list of judgments and can verify that all of the underlying judgments were entered against at least the Islamic Republic of Iran.

Dated:  New York, New York
        February 20, 2026

_____
Jerry S. Goldman, Esq.

Sworn to before me this
20th day of February, 2026

_____
Notary Public

Karen A Albertelli
Notary Public, State of New York
Reg. No. 01AL0010369
Qualified in Nassau County
Commission Expires June 27, 2027

3

DOCS-100886698.5

# EXHIBIT A

| Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | Lead Law Firm | Phone number or e-mail address for Lead Law Firm | Date of Filing of Underlying Judgment | ECF No. of Underlying Judgment | MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|
| 1/29/2026 | 11530 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4884 | Schlissel, No. 1:18-cv-05331 |
| 1/29/2026 | 11531 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4885 | DeRubbio, No. 1:18-cv-05306 |
| 1/29/2026 | 11533 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/20/2019 | 4897 | Morris, No. 1:18-cv-05321 |
| 1/29/2026 | 11534 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4996 | Kamardinova, No. 1:18-cv-05339 |
| 1/29/2026 | 11535 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4997 | Ades, No. 1:18-cv-07306 |
| 1/29/2026 | 11536 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5047 | Rivelli, No. 1:18-cv-11878 |
| 1/29/2026 | 11537 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5048 | Abel, No. 1:18-cv-11837 |
| 1/29/2026 | 11538 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5049 | Kim, No. 1:18-cv-11870 |
| 1/29/2026 | 11539 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5050 | Aamoth, No. 1:18-cv-12276 |
| 1/29/2026 | 11540 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5051 | O'Neill, No. 1:04-cv-01076 |
| 1/29/2026 | 11541 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5053 | Rowenhorst, No. 1:18-cv-12387 |
| 1/29/2026 | 11542 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5054 | Hemenway, No. 1:18-cv-12277 |
| 1/29/2026 | 11543 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5055 | Moody-Theinert, No. 1:18-cv-11876 |
| 1/29/2026 | 11544 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5056 | Jimenez, No. 1:18-cv-11875 |
| 1/29/2026 | 11545 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5061 | Burnett, No. 1:15-cv-09903 |
| 1/29/2026 | 11546 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5063 | Ades, No. 1:18-cv-07306 |
| 1/29/2026 | 11547 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5064 | Morris, No. 1:18-cv-05321 |
| 1/30/2026 | 11552 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5067 | Hemenway, No. 1:18-cv-12277 |
| 1/30/2026 | 11553 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5068 | Aamoth, No. 1:18-cv-12276 |
| 1/30/2026 | 11555 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5069 | Moody-Theinert, No. 1:18-cv-11876 |
| 1/30/2026 | 11556 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5070 | Rivelli, No. 1:18-cv-11878 |
| 1/30/2026 | 11557 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5071 | Kamardinova, No. 1:18-cv-05339 |
| 1/30/2026 | 11558 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5072 | Schlissel, No. 1:18-cv-05331 |
| 1/30/2026 | 11563 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5087 | Burnett, No. 1:15-cv-09903 |
| 1/30/2026 | 11565 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5093 | Agyeman, No. 1:18-cv-05320 |
| 2/18/2026 | 11767 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5126 | Agyeman, No. 1:18-cv-05320 |
| 2/18/2026 | 11768 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5129 | Kim, No. 1:18-cv-11870 |
| 2/18/2026 | 11766 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5132 | DeRubbio, No. 1:18-cv-05306 |
| 2/18/2026 | 11769 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5133 | Abel, No. 1:18-cv-11837 |
| 1/30/2026 | 11566 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5153 (M&O) | Jimenez, No. 1:18-cv-11875 |
| 2/18/2026 | 11770 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5155 | Rowenhorst, No. 1:18-cv-12387 |
| 1/30/2026 | 11567 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/4/2020 | 5832 | Burnett, No. 1:15-cv-09903 |
| 1/30/2026 | 11579 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5843 | Agyeman, No. 1:18-cv-05320 |
| 1/30/2026 | 11580 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5845 | Aamoth, No. 1:18-cv-12276 |
| 1/30/2026 | 11584 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5847 | Kim, No. 1:18-cv-11870 |
| 1/30/2026 | 11587 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5849 | Schlissel, No. 1:18-cv-05331 |
| 1/30/2026 | 11589 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5850 | Kamardinova, No. 1:18-cv-05339 |
| 1/30/2026 | 11600 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5852 | Moody-Theinert, 1:18-cv-11876 |
| 1/30/2026 | 11603 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5853 | Rowenhorst, No. 1:18-cv-12387 |
| 1/31/2026 | 11623 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5865 | Hemenway, No. 1:18-cv-12277 |
| 1/31/2026 | 11624 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/7/2020 | 5876 | Ades, No. 1:18-cv-07306 |
| 1/31/2026 | 11625 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5917 | Rivelli, No. 1:18-cv-11878 |
| 1/31/2026 | 11626 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5919 | DeRubbio, No. 1:18-cv-05306 |
| 2/19/2026 | 11776 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5927 (M&O) | O'Neill, No. 1:04-cv-01076 |
| 1/31/2026 | 11627 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5928 | Morris, No. 1:18-cv-05321 |
| 1/31/2026 | 11628 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5929 | Jimenez, No. 1:18-cv-11875 |
| 1/31/2026 | 11629 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5933 | Abel, No. 1:18-cv-11837 |
| 2/18/2026 | 11771 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/14/2020 | 5974 | Rivelli, No. 1:18-cv-11878 |
| 1/31/2026 | 11630 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5975 | Burnett, No. 1:15-cv-09903 |
| 2/19/2026 | 11768 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5977 | Rowenhorst, No. 1:18-cv-12387; Agyeman, No. 1:18-cv-05320; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870 |
| 2/2/2026 | 11657 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 10/5/2021 | 7190 | Ashton, 1:02-cv-06977 |

| Date | No. | Firm | Contact | Date | Doc | Cases |
|---|---|---|---|---|---|---|
| 1/31/2026 | 11631 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7521 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Hemenway, No. 1:18-cv-12277; Jimenez, No. 1:18-cv-11875; Kim, No. 1:18-cv-11870; Morris, No. 1:18-cv-05321; Rivell, No. 1:18-cv-11878; Rowenhorst, No. 1:18-cv-12387; Moody-Thelnert, No. 1:18-cv-11876; Agyeman, No. 1:18-cv-05320; Ades, No. 1:18-cv-07306; Kamardinova, No. 1:18-cv-05339; Schlissel, No. 1:18-cv-05331 |
| 1/31/2026 | 11632 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7522 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11633 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7523 | DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870; Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Agyeman, No. 1:18-cv-05320; Hemenway, No. 1:18-cv-12277; Kamardinova, No. 1:18-cv-05339; Rowenhorst, No. 1:18-cv-12387; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11634 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7527 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11635 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/10/2022 | 7580 | Anaya, No. 1:18-cv-12341 |
| 1/31/2026 | 11636 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8232 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Rivell, No. 1:18-cv-11878; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11637 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8239 | DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 2/19/2026 | 11789 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8286 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902 |
| 2/19/2026 | 11778 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8288 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767 |
| 1/31/2026 | 11638 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/2/2022 | 8311 | Anaya, No. 1:18-cv-12341 |
| 2/2/2026 | 11658 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 4/3/2023 | 8978 | DeRubbio, No. 1:18-cv-05306; Kamardinova, No. 1:18-cv-05339; Aamoth, No. 1:18-cv-12276; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239 |
| 2/19/2026 | 11780 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/17/2023 | 9213 (M&O) | Amato, No. 1:21-cv-10239 |
| 1/31/2026 | 11639 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 11/7/2023 | 9416 | Kamardinova, No. 1:18-cv-05339; Jimenez, No. 1:18-cv-11875; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 2/19/2026 | 11786 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 12/14/2023 | 9468 (M&O) | DeRubbio, No. 1:18-cv-05306; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivell, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 2/19/2026 | 11782 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/22/2024 | 9557 (M&O) corresponding to judgment at 9730 | Bernaerts, No. 1:19-cv-11865 |
| 1/31/2026 | 11640 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 3/26/2024 | 9668 | King, No. 1:22-cv-05193 |
| 2/19/2026 | 11784 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9931 (M&O) | DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; Abel, No. 1:18-cv-11837; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivell, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 1/31/2026 | 11641 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9933 | Agyeman, No. 1:18-cv-05320; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 1/31/2026 | 11642 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9935 | Ashton, No. 1:02-cv-06977; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Thelnert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 1/31/2026 | 11643 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/28/2024 | 10266 (J) corresponding to clerk's judgment at 11120 | Ashton, No. 1:02-cv-06977; Burlingame, No. 1:02-cv-7230; DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Schlissel, No. 1:18-cv-05331; Jimenez, No. 1:18-cv-11875; Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 1/31/2026 | 11644 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10276 (J) corresponding to clerk's judgment at 11121 | Hemenway, 18-cv-12277; Kim, 18-cv-11870; King, 22-cv-05193 |
| 1/31/2026 | 11645 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10277 (J) corresponding to clerk's judgment at 11123 | Abel, No. 1:18-cv-11837; Mellon, No. 1:19-cv-11767; Ades, No. 1:18-cv-07306; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376 |
| 2/19/2026 | 11783 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2024 | 10292 (J) corresponding to clerk's judgment at 11124 | Morris, No. 1:18-cv-05321; Bernaerts, No. 1:19-cv-11865; Jimenez, No. 1:18-cv-11875; Aamoth, No. 1:18-cv-12276; King, No. 1:22-cv-05193 |
| 2/19/2026 | 11781 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2024 | 10300 (M&O) corresponding to judgment at 11125 | Aron, 20-cv-9376 |
| 1/31/2026 | 11646 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/5/2024 | 10306 (J) corresponding to clerk's judgment at 11127 | Morris, No. 1:18-cv-05321; Hemenway, No. 1:18-cv-12277 Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283 |

| Date | Doc # | Firm | Contact | Date 2 | Reference | Cases |
|---|---|---|---|---|---|---|
| 2/2/2026 | 11651 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/20/2024 | 10390 | Aamoth, No. 1:18-cv-12276; Jimenez, No. 1:18-cv-11875; Mellon, No. 1:19-cv-11767; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 2/19/2026 | 11779 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/19/2025 | 10681 (M&O) corresponding to judgment at 11138 | Jimenez, No. 1:18-cv-11875 |
| 2/2/2026 | 11653 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10984 (J) corresponding to clerk's judgment at 11148 | Hemenway, No. 1:18-cv-12277; King, No. 1:22-cv-05193 |
| 2/2/2026 | 11654 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10997 (J) corresponding to clerk's judgment at 11145 | Morris, No. 1:18-cv-05321; Schilssel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Bodner, No. 1:19-cv-11776; Fennelly, No. 1:23-cv-10824; Blanco, No. 1:20-cv-10902; Kelly, No. 1:23-cv-07283; Jelnek, No. 1:24-cv-05520 |
| 2/2/2026 | 11655 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/2/2025 | 11000 (J) corresponding to clerk's judgment at 11149 | Morris, No. 1:18-cv-05321; Schilssel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Blanco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Fennelly, No. 1:23-cv-10824; Jelnek, No. 1:24-cv-05520 |
| 2/2/2026 | 11656 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/9/2025 | 11011 (J) corresponding to clerk's judgment at 11011 | Morris, No. 1:18-cv-05321; Rowenhorst, No. 1:18-cv-12387; King, No. 1:22-cv-05193 |