# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
and member cases:
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Nolan, et al. v. Islamic Republic of Iran,* 18-cv-11340 (GBD)(SN))
*Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN))

### AFFIDAVIT OF JEANNE M. O'GRADY

STATE OF NEW YORK    )
                    )   ss.:
COUNTY OF NASSAU     )

**JEANNE M. O'GRADY**, being duly sworn and under penalty of perjury, deposes and says:

1. I am a member of the law firm of Speiser Krause, PC, attorneys to the Plaintiffs in *Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) and member cases: *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN); *Nolan, et al. v. Islamic Republic of Iran,* 18-cv-11340 (GBD)(SN) and *Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN))

2. I submit this Affidavit pursuant to the Court's February 13, 2026 Order requiring plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." *See* ECF No. 11730.

3. The information contained herein is based on my personal knowledge arising from my involvement in this litigation and my personal review of the relevant documents referenced in the exhibit to this Affidavit.

4. Attached hereto as Exhibit A is a list of all of the Proposed Clerk's Certifications of Judgments to be Registered in Another District for which Speiser Krause, PC has sought such Clerk's Certifications.

5. I have reviewed the list included as Exhibit A, and I can verify that the information included therein is accurate.

6. I have also reviewed the list of judgments and can verify that the judgment amounts included in each of the underlying judgments are accurate.

7. Finally, I have reviewed the list of judgments and can verify that all of the underlying judgments were entered against at least the Islamic Republic of Iran.

Jeanne M. O'Grady

Sworn to before me this
20th day of February, 2026

Notary Public

KAITLYN L. VIDASOLO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02VI0026109
Qualified in NASSAU County
Commission Expires June 24, 2028

2

# SPEISER KRAUSE, PC EXHIBIT A

## SPEISER KRAUSE CERTIFICATION REQUESTS

| Certification Request | | | | Underlying Judgment | | |
|---|---|---|---|---|---|---|
| Date | ECF # | Lead Law Firm | Phone # or Email address | Date | ECF # | Member Case # |
| 1/30/2026 | 11599 | Speiser Krause | jog@speiserkrause.com | 4/30/2018 | 3987 | 02cv07230 |
| 1/30/2026 | 11601 | Speiser Krause | jog@speiserkrause.com | 8/7/2018 | 4087 | 02cv07230 |
| 1/30/2026 | 11604 | Speiser Krause | jog@speiserkrause.com | 9/12/2018 | 4156 | 02cv07230 |
| 1/30/2026 | 11605 | Speiser Krause | jog@speiserkrause.com | 9/13/2018 | 4175 | 02cv07230 |
| 1/30/2026 | 11617 | Speiser Krause | jog@speiserkrause.com | 2/18/2020 | 5974 | 02cv07230 |
| 1/30/2026 | 11607 | Speiser Krause | jog@speiserkrause.com | 7/30/2019 | 4707 | 02cv07230 |
| 1/30/2026 | 11611 | Speiser Krause | jog@speiserkrause.com | 9/3/2019 | 5058 | 02cv07230 |
| 1/30/2026 | 11612 | Speiser Krause | jog@speiserkrause.com | 9/9/2019 | 5102 | 18cv11340 |
| 1/30/2026 | 11614 | Speiser Krause | jog@speiserkrause.com | 1/7/2020 | 5453 | 02cv07230 |
| 1/30/2026 | 11615 | Speiser Krause | jog@speiserkrause.com | 2/5/2020 | 5857 | 02cv07230 |
| 1/30/2026 | 11616 | Speiser Krause | jog@speiserkrause.com | 2/14/2020 | 5954 | 02cv07230 |
| 1/30/2026 | 11618 | Speiser Krause | jog@speiserkrause.com | 7/19/2022 | 8231 | 02cv07230 |
| 1/30/2026 | 11619 | Speiser Krause | jog@speiserkrause.com | 6/18/2024 | 9928 | 02cv07230 |
| 1/30/2026 | 11620 | Speiser Krause | jog@speiserkrause.com | 6/18/2024 | 9934 | 02cv07230 |
| 1/30/2026 | 11621 | Speiser Krause | jog@speiserkrause.com | 8/28/2024 | 10266 | 02cv07230 |
| 1/30/2026 | 11622 | Speiser Krause | jog@speiserkrause.com | 5/29/2025 | 10987 | 02cv07230 |
| 1/30/2026 | 11606 | Speiser Krause | jog@speiserkrause.com | 9/13/2018 | 4170 | 18cv8297 |
| 1/30/2026 | 11608 | Speiser Krause | jog@speiserkrause.com | 8/20/2019 | 4898 | 18cv8297 |
| 1/30/2026 | 11609 | Speiser Krause | jog@speiserkrause.com | 9/13/2019 | 5154 | 18cv8297 |
| 1/30/2026 | 11610 | Speiser Krause | jog@speiserkrause.com | 1/8/2020 | 5467 | 18cv8297 |
| 1/30/2026 | 11598 | Speiser Krause | jog@speiserkrause.com | 3/8/2016 | 3226 | 02cv07230 |
| 1/30/2026 | 11613 | Speiser Krause | jog@speiserkrause.com | 1/8/2020 | 5466 | 18cv11340 |