# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
    *Accardi et al v. Islamic Republic of Iran*, Case No. 21-cv-06247
    *Alexander et al v. Islamic Republic of Iran*, Case No. 21-cv-03505
    *Betso et al v. Islamic Republic of Iran*, Case No. 21-cv-01394

## AFFIDAVIT

Nicholas Papain, Esq., an attorney at law duly admitted before the Courts of the State of New York, being duly sworn, hereby deposes and says:

    1.    I am a member of the firm of Sullivan Papain Block McManus Coffinas & Cannavo P.C., attorneys for the Plaintiffs in the above-captioned matters, *Accardi et al v. Islamic Republic of Iran*, No. 21-cv-06247; *Alexander et al v. Islamic Republic of Iran* No. 21-cv-03505; and *Betso et al v. Islamic Republic of Iran*, No. 21-cv-01394, which are part of the above-captioned multidistrict litigation, *In re Terrorist Attacks on September 11, 2001.*

    2.    I submit this Affidavit in response to Judge Netburn's Order of February 13, 2026 (ECF No. 11730).

    3.    On February 17, 2026, my firm submitted a Proposed Clerk's Certification of a Judgment to be Registered in Another District in each of the above-captioned matters.

    4.    I have reviewed and verified all information included in the List provided to the Plaintiffs Executive Committee (the "PEC") on February 20, 2026.

    5.    I have reviewed and verified all the Judgment amounts included in each of the underlying Judgments, which were attached to each Proposed Clerk's Certification of a Judgment to be Registered in Another District.

1

6.   I have reviewed and verified that all underlying Judgments were entered by the Court against the Islamic Republic of Iran.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: February 19, 2026

_____
Nicholas Papain, Esq.

Sworn to before me this
19th day of February 2026

_____
NOTARY PUBLIC

ALLISON PALMER
Notary Public, State of New York
No. 01PA4682413
Qualified in Suffolk County
Commission Expires April 30, 20__

**CONSOLIDATED LIST OF JUDGMENTS AGAINST IRAN THAT PLAINTIFFS ASK THE CLERK OF COURT TO CERTIFY (PER ECF NO. 11730)**

| Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | Lead Law Firm | Phone number or e-mail address for Lead Law Firm | Date of Filing of Underlying Judgment | ECF No. of Underlying Judgment | MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|
| 2/17/2026 | 11755 | Sullivan Papain Block McManus Coffinas & Cannavo P.C., 120 Broadway, 27th Floor, New York, NY 10271 | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-06247 |
| 2/17/2026 | 11756 | Sullivan Papain Block McManus Coffinas & Cannavo P.C., 120 Broadway, 27th Floor, New York, NY 10271 | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-03505 |
| 2/17/2026 | 11757 | Sullivan Papain Block McManus Coffinas & Cannavo P.C., 120 Broadway, 27th Floor, New York, NY 10271 | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-01394 |