# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977 (GBD)(SN)*
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan, No. 02-cv-06977 (GBD)(SN)*
*Burlingame, et al. v. Bin Laden, et al., No. 02-cv-07230*
*Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236 (S.D.N.Y.)*
*Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003 (GBD)(SN)*
*Dickey v. Republic of Iran, et al., No. 18-cv-11417 (UA)*
*Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266*

**AFFIDAVIT IN SUPPORT OF JUDGMENT DATA
PURSUANT TO FEBRUARY 13, 2026 ORDER (ECF NO. 11730)**

STATE OF NEW JERSEY   )
                             ) ss.:
COUNTY OF MORRIS     )

       **JONATHAN P. VUOTTO,** being duly sworn and under penalty of perjury, deposes and

says:

       1.       I am an attorney admitted to practice before this Court and a member of McAndrew

Vuotto, LLC, attorneys for Plaintiffs Caroline Breitweiser, Individually, Kristen Breitweiser,

Individually and as Personal Representative of the Estate of Ronald M. Breitweiser, Jacqueline

Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton, Patricia Ryan,

Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan

and Kristen Ryan(collectively, "Plaintiffs"). I submit this Affidavit in support of Plaintiffs'

judgment date, as required by the Court's Order of February 13, 2026 (ECF No. 11730) (the

"Order"). I have knowledge of the facts set forth herein either through my own personal

knowledge or through my review of the relevant documents.

2.    I hereby certify that I have reviewed the case docket and Plaintiffs' respective Judgments and verified: (i) all information included in the attached judgment data list; (ii) the judgment amounts included in each of the underlying judgments; and (iii) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran.

3.    Plaintiffs' judgment data as required by the Order is attached hereto as **Exhibit A**.

Jonathan P. Vuotto

Sworn to before me this
16th Day of February 2026

Notary Public

JOANNA WHIPPLE
Notary Public, State of New Jersey
My Commission Expires 6/13/2027

# EXHIBIT A

| NAME | Date of Certification | ECF of Certification | Law Firm | Phone & Email | Date of Judgment | ECF of Judgment | Member Case |
|---|---|---|---|---|---|---|---|
| Kristen Breitweiser, Caroline Breitweiser - Estate of Ronald M Breitweiser: ECF #3226 | Feburary 12th, 2026 | ECF 11722 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 8-Mar-16 | ECF 3226 | Ashton, et.al v. Al Qaeda Islamic Army, et.al, No. 02-cv-06977.  Burlingame, et.al v Bin Laden, et.al,. No 2-cv-07230 |
| Kristen Breitweiser, Caroline Breitweiser- Estate of Ronald M Breitweiser: ECF #4011 | Feburary 12th, 2026 | ECF 11724 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 29-May-18 | ECF 4011 | Ashton, et.al v. Al Qaeda Islamic Army, et.al, No. 02-cv-06977.  Burlingame, et.al v Bin Laden, et.al,. No 2-cv-07230 |
| Jacqueline Eaton, Estate of Robert D Eaton: ECF # 3226 | Feburary 12th, 2026 | ECF 11721 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 8-Mar-16 | ECF 3226 | Ashton, et.al v. Al Qaeda Islamic Army, et.al, No. 02-cv-06977.  Burlingame, et.al v Bin Laden, et.al,. No 2-cv-07230 |
| Jacqueline Eaton, Estate of Robert D Eaton: ECF # 5376 | Feburary 12th, 2026 | ECF 11725 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 17-Dec-19 | ECF 5376 | Ashton, et.al v. Al Qaeda Islamic Army, et.al, No. 02-cv-06977.  Burlingame, et.al v Bin Laden, et.al,. No 2-cv-07230.  Dickey v Republic of Iran, et.al, No 18-cv-11417(UA) |
| Jacqueline Eaton, Estate of Robert D Eaton: ECF # 5452 | Feburary 12th, 2026 | ECF 11727 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 7-Jan-20 | ECF 5452 | Ashton, et.al v. Al Qaeda Islamic Army, et.al, No. 02-cv-06977.  Burlingame, et.al v Bin Laden, et.al,. No 2-cv-07230.  Dickey v Republic of Iran, et.al, No 18-cv-11417(UA) |
| Patricia Ryan , Estate of John J Ryan, Colin Ryan, Kristen Ryan, Laura Ryan: ECF # 3226 | Feburary 12th, 2026 | ECF 11723 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 8-Mar-16 | ECF 3226 | Aston, et.al. v. Al Qaeda Islamic Army, et.al., No. 02-cv-06977 (GBD)(SN). Bauer, et.al v. Al Qaeda Islamic Army et.al. NO 02-cv-07236 (S.D.N.Y) |
| Patricia Ryan , Estate of John J Ryan, Colin Ryan, Kristen Ryan, Laura Ryan: ECF # 5999 | Feburary 12th, 2026 | ECF 11726 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 21-Feb-20 | ECF 5999 | Aston, et.al. v. Al Qaeda Islamic Army, et.al., No. 02-cv-06977 (GBD)(SN). Bauer, et.al v. Al Qaeda Islamic Army et.al. NO 02-cv-07236 (S.D.N.Y).  Ryan et.al. v Islamic Republic of Iran , et.al. NO 20-cv-00266 (S.D.N.Y) |