# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :
:
:
:
: 1:03 MDL 1570 (GBD) (SN)
:
:
------------------------------------------------------------------X

## DECLARATION OF TIMOTHY B. FLEMING, ESQ.
## IN SUPPORT OF APPLICATIONS FOR REGISTRATION OF JUDGMENT

I, TIMOTHY B. FLEMING, Esq., counsel for the *Havlish*, *Hoglan*, *Ray*, and *Maher* Plaintiffs, hereby make and submit this Declaration in support of certain applications for a Clerk's Certification of a Judgment to be Registered in Another District in the member cases within the above-captioned MDL, and I state as follows:

1. I am over eighteen years of age, and I am member in good standing of the Bar of the District of Columbia.

2. I am *of counsel* to the firm Wiggins Childs Pantazis Fisher & Goldfarb, PLLC, in Washington, D.C., and I have been admitted as an attorney in this MDL for more than twenty years.

3. I serve as one of Plaintiffs' counsel in five member cases within this MDL against the Islamic Republic of Iran, its political subdivisions, and its agencies and instrumentalities, arising out of the September 11, 2001 terrorist attacks.

4. We seek registration in the Eastern District of New York of judgments entered in three of member cases: *Havlish, et al., v. bin Laden, et al.*; *Ray, et al., v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN); and *Maher, et al. v. Islamic Republic of Iran*, 1:20-cv-

00266 (GBD)(SN).  We already hold a Clerk's certification for *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN).

5. I reviewed and verified the information required regarding the *Havlish*, *Ray* and *Maher* cases to comply with this Court's Order at MDL Doc. No. 11730, issued February 13, 2026, prior to forwarding our entries for the master spreadsheet to the liaison firm for inclusion in the PEC's submission as directed by the Court.

6. The *Havlish* case is a complete and final judgment as to all claims and all parties and has been final since 2012.  The *Havlish* judgment was served in accordance with the FSIA, and the appeal period ran out many years ago, with no appeal taken.

7. The Clerk of this Court has previously issued certifications for registration in foreign jurisdictions for *Havlish*.  *E.g.*, 1:14-mc-00107-APM Doc. No. 1, filed 02/05/14.

8. Additionally, this Court has previously issued two 28 U.S.C. § 1610(c) orders to the *Havlish* judgment holders, one a general § 1610(c) order dated September 12, 2013, authorizing general enforcement (*Havlish* Doc. No. 393; MDL Doc. No. 2778) and the second a specific § 1610(c) order dated April 7, 2020 against a specific asset (*Havlish* Doc. No. 504; MDL Doc. No. 6134).

9. Now, the *Havlish* judgment holders seek certification of their judgment for filing in the Eastern District of New York and a § 1610(c) order for the same purpose.  *Havlish* Doc. No. 393; MDL Doc. No. 2778.

10. There are two entries on the spreadsheet pertaining to the *Maher* judgments against Iran which were entered by the Court separately on behalf of two sets of plaintiffs.

11. The first set is comprised of only one plaintiff, namely, the estate of the 9/11 decedent of the *Maher* family, which was entered in the *Ryan* case (before it was renamed *Maher*) at

a different time (along with another estate whose claims were subsequently transferred away from the action to another member case within the MDL) due to the proof of economic damages being submitted after the *Ryan* case was filed.

12. The second set is comprised of the surviving members of the Maher family itself who previously were in, and originally received their judgments against Iran, in *Bauer, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN). Thus, on the spreadsheet, the *Bauer* judgment is listed in the column for the ECF number designating the underlying judgment and that cell also references the exhibit that listed the individual plaintiffs in *Bauer*, such list containing the Maher family members. That cell also references the Court's orders transferring those plaintiffs' *Bauer* judgments to the *Maher* action, as well as the Court's order renaming the caption of the *Maher* action, previously known by the name *Ryan*.

13. In the *Ray* case, there are separate entries for judgments because certain estates in *Ray* submitted their damages evidence separately from other plaintiffs. Thus, *Ray* plaintiffs were awarded judgments at two different times.

14. I personally certify that the amounts of the judgments entered by the Court in the above actions were accurate, and I can supply information to the Court concerning the judgment amounts that remain outstanding, if necessary.

15. I certify that the Islamic Republic of Iran was a Defendant in each of the above member cases and was adjudged by this Court to be liable to Plaintiffs for all damages.

**FURTHER THE DECLARANT SAYETH NOT.**

This Declaration is comprised of fifteen (15) separately numbered paragraphs.

I, TIMOTHY B. FLEMING, declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on February 20, 2026.

    /s/ *Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS FISHER
GOLDFARB, PLLC
2202 18th Street, NW, #110
Washington, D.C. 20009
(202) 467-4489