# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Bauer, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran*, 18-cv-11416 (GBD)(SN)

## DECLARATION OF DOROTHEA M. CAPONE, ESQ.
## IN SUPPORT OF APPLICATIONS FOR REGISTRATION OF JUDGMENT

I, Dorothea M. Capone, Esq., declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a member of Baumeister & Samuels, P.C., attorneys for *Bauer* Plaintiffs and *Parker* Plaintiffs named above captioned matters, and a member of the Plaintiffs Executive Committee, having been appointed to such position by Hon. Richard C. Casey on June 16, 2004, MDL ECF 248. As such, I am familiar with the facts and circumstances of this case and am admitted to practice in this Court.

2. The source of my information and the basis for my belief in my statements contained herein is my personal involvement in this matter for almost 25 years and my firm's representation of the *Bauer* Plaintiffs and *Parker* Plaintiffs in connection with this litigation.

3. I submit this Declaration in support of the requests for registration of judgment in the Eastern District of New York for eighteen judgments in the following two cases:

   a. *Bauer, et al., v. al-Qaeda Islamic Army, et al.*, 1:02-cv-07236 (GBD)(SN)

   b. *Parker, et al. v. Islamic Republic of Iran*, 1:18-cv-11416 (GBD)(SN)

4. I have reviewed and verified the required information to comply with this Court's Order at ECF 11730 issued on February 13, 2026, prior to forwarding our entries for the master spreadsheet to Liaison Counsel for the Plaintiffs' Executive Committee.

5. I personally attest to the amount of the judgments entered by the Court in the above actions and certify that the Islamic Republic of Iran was a Defendant in the above actions and was adjudged by this Court to be liable to Plaintiffs for damages.

Dated: February 18, 2026

>*/s/ Dorothea M. Capone*
> Dorothea M. Capone
> BAUMEISTER & SAMUELS, P.C.
> 200 Vesey Street, 24th Floor
> New York, New York 10281
> (212) 363-1200