# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD/SN)
*Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370(GBD/SN)

## DECLARATION OF SUSAN M. DAVIES

**SUSAN M. DAVIES** declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am associated with the law firm of Fleischman Bonner & Rocco LLP, attorneys to the Plaintiffs in *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD/SN) (the "*Anaya* Case") and *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370(GBD/SN) (the "*Chairnoff* Case"). I am an attorney admitted to practice in this Court.

2. I submit this Declaration pursuant to the Court's February 13, 2026 Order requiring plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." *See* ECF No. 11730.

3. The information contained herein is based on my personal knowledge arising from my involvement in the *Anaya* and *Chairnoff* Cases since their inception, and my personal review of the relevant documents referenced in the exhibit to this Declaration.

4. Attached hereto as Exhibit A is a list of the judgments in the *Anaya* and *Chairnoff* Cases that the Clerk of this Court certified on January 27, 2026 at my firm's request, including the amounts awarded by each such judgment. I hereby certify that the information set forth in

Exhibit A is correct. I further certify that each of the judgments identified in Exhibit A was entered against the Islamic Republic of Iran.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in West Hurley, New York on February 20, 2026.

_____
Susan M. Davies

**EXHIBIT A to DECLARATION OF SUSAN M. DAVIES**

| Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District[1] | Date of Filing of Underlying Judgment | ECF No. of Underlying Judgment | Judgment Amounts in Underlying Judgment | MDL Member Case in which Underlying Judgment was Filed | Date Judgment Certified by SDNY Clerk |
|---|---|---|---|---|---|---|
| 1/22/2026 | *Anaya* 233 | 1/10/2022 | MDL 7580 | $512,500,000 compensatory damages | 18-cv-12341 | 1/27/2026 |
| 1/22/2026 | *Anaya* 225 | 7/28/2022 | MDL 8291 | $12,750,000 compensatory damages | 18-cv-12341 | 1/27/2026 |
| 1/22/2026 | *Anaya* 234 | 8/2/2022 | MDL 8311 | $27,443,843 compensatory damages | 18-cv-12341 | 1/27/2026 |
| 1/22/2026 | *Anaya* 232 | 8/1/2023 | No MDL # *Anaya* 163 | $25,500,000 compensatory damages plus $24,526,271.97 prejudgment interest | 18-cv-12341 | 1/27/2026 |
| 1/22/2026 | *Anaya* 228 | 10/5/2023 | MDL 9359 | $27,059,294 compensatory damages | 18-cv-12341 | 1/27/2026 |
| 1/22/2026 | *Anaya* 229 | 6/24/2024 | MDL 9989 | $8,500,000 compensatory damages | 18-cv-12341 | 1/27/2026 |
| 1/22/2026 | *Chairnoff* 169 | 10/5/2021 | MDL 7173 | $84,750,000 compensatory damages | 18-cv-12370 | 1/27/2026 |
| 1/22/2026 | *Chairnoff* 170 | 4/17/2024 | MDL 9694 | $8,500,000 compensatory damages plus $16,890,954.57 prejudgment interest | 18-cv-12370 | 1/27/2026 |
| 1/22/2026 | *Chairnoff* 111 | 3/30/2023 | MDL 8976 | $2,891,933 compensatory damages plus $5,100,780.39 prejudgment interest | 18-cv-12370 | 1/27/2026 |

[1] The Proposed Clerk's Certifications were filed only in the *Anaya* and *Chairnoff* Cases, not in the MDL.