# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* 1:04-cv-01076 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran,* No. 1: 19-cv-11767 (GBD) (SN)

## DECLARATION OF JOHN F. SCHUTTY

**JOHN F. SCHUTTY**, declares under penalty of perjury that the foregoing is true and correct:

1.   I am the founding member of the Law of John F. Schutty, P.C., attorney to certain Plaintiffs in *BNY Mellon, et al. v. Islamic Republic of Iran,* No. 1: 19-cv-11767 (GBD) (SN), *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* (GDB)(SN), and several other legal actions pending in this multidistrict litigation.

2.   I submit this Affidavit pursuant to the Court's February 13, 2026 Order requiring plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." *See* ECF No. 11730.

3.   The information contained herein is based on my personal knowledge arising from my involvement in this litigation and my personal review of the relevant documents referenced in the exhibit to this Affidavit.

2

4. Attached hereto as Exhibit A is a list of the Proposed Clerk's Certifications of Judgments to be Registered in Another District for which the Law Office of John F. Schutty, P.C, has sought such Clerk's Certifications.

5. I have reviewed the list included as Exhibit A, and I can verify that the information included therein is accurate.

6. I have also reviewed the list of judgments and can verify that the judgment amounts included in each of the underlying judgments are accurate.

7. Finally, I have reviewed the list of judgments and can verify that all the underlying judgments were entered against at least the Islamic Republic of Iran.

Dated: February 20, 2026
New York, NY

_____
John F. Schutty

**EXHIBIT TO DECLARATION OF JOHN F. SCHUTTY**

| Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | Lead Law Firm | Phone number or e-mail address for Lead Law Firm | Date of Filing of Underlying Judgment | ECF No. of Underlying Judgment | MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|
| 2/19/2026 | 11794 | Law Office of John F. Schutty, P.C. | (212) 745-1157; john@johnschutty.com | 1/4/2022; 1/21/2026 | 7527, 7522, 11475 | Burnett, No. 1:15-cv-9903; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |