# EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to: *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978

## AFFIDAVIT OF J. SCOTT TARBUTTON

| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) |
| COUNTY OF PHILADELPHIA | ) |

1. J. Scott Tarbutton, being duly sworn, deposes and says:

2. I am an attorney admitted to practice *pro hac vice* in the above-captioned multidistrict litigation, and a member of the law firm Cozen O'Connor, attorneys to Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 1:03-cv-06978. I am familiar with the facts and circumstances in this action.

3. I submit this Affidavit pursuant to the Court's February 13, 2026 Order (ECF No. 11730) requiring Plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments against Iran that the plaintiffs ask the Clerk to certify]; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran."

4. The information contained herein is based on my personal knowledge arising from my involvement in this litigation and my personal review of the relevant documents referenced in Exhibit 1 to the Plaintiffs' Executive Committees' February 20, 2026 letter associated with this Affidavit.

5. Exhibit 1 is a consolidated list of all of the Proposed Clerk's Certifications of Judgments to be Registered in Another District submitted by plaintiffs, including the Proposed Clerk's Certification of Judgment for which Cozen O'Connor seeks on behalf of Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978.

6. I have reviewed the Exhibit 1 consolidated list and can verify that the information included therein as to *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978, is accurate.

7. I have also reviewed the Amended Judgment (MDL ECF No. 3890) issued in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978, and can verify that the judgment amount identified therein is accurate.

8. Finally, I have reviewed the Amended Judgment (MDL ECF No. 3890) issued in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978, and can verify that the judgment was entered as to the Islamic Republic of Iran.

Dated:  Philadelphia, Pennsylvania
         February 20, 2026

                                                          */s/ J. Scott Tarbutton*
                                                          J. Scott Tarbutton, Esq.

LEGAL\113477064\