# LAW OFFICE OF JOHN F. SCHUTTY, P.C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

February 24, 2026                                                                 **Via ECF**

Honorable Sarah Netburn, U.S. District Court Magistrate Judge

> Re:   *In re Terrorist Attacks on September 11, 2001,*
> MDL No. 03-MDL-1570 (GBD) (SN)
> *Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977
> <u>Request for Rule 54(b) Certifications of Damage Awards Against Iran</u>

Your Honor:

Pursuant to the Court's Order dated February 13, 2026 (ECF No. 11730), undersigned counsel requests that certain families my office represents also be issued Rule 54(b) certifications on their previous compensatory damage awards to ensure that these families receive a timely "finality" with other plaintiffs. Accordingly, I submit as attachments to this letter the following items:

     1.   A list of all the judgments against Iran that I ask this Court to certify as final pursuant to Rule 54(b) on behalf of certain *Ashton* clients. The list being filed as an attachment to this letter is in PDF format for ease of filing on the Court's CM/ECF system, but the list will also be transmitted to Your Honor's Chambers via a following e-mail (addressed to Netburn_NYSDChambers@nysd.uscourts.gov in Microsoft Excel format following the filing of this letter). This spreadsheet includes separate columns for (1) the date of filing of the instant request for Rule 54(b) certification (today); (2) the ECF number of this letter (consider this letter the request for certification); (3) my firm's formal name; (4) my phone number and e-mail; (5) the date of filing of the underlying judgment(s) for which the Rule 54(b) certification is being sought; (6) the ECF number of the underlying judgment for which certification is being sought; and (7) the identification of the member case(s) in which the underlying judgment was filed for which the certification is being sought. This list appears as Exhibit 1 to this letter.

     2.   The Court requested "an affidavit from counsel certifying that the PECs or plaintiffs' counsel has reviewed and verified (1) all information included in the list; (2) the judgment amounts included in each of the underlying judgments; and (3) that all underlying judgments were entered by the Court against at least the Islamic Republic of Iran." MDL ECF # 11730 at 2. I submit the following counsel-specific declaration for the Court's consideration:

     a.   The Declaration of John F. Schutty on behalf of plaintiffs in the *Ashton-Burlingame* and *Ashton-Schneider* member cases. This Declaration is attached as Exhibit 2.

Honorable Sarah Netburn
February 24, 2026, Page 2

Your Honor will recall that my office has filed three separate motions requesting final judgments against Iran (with awards of prejudgment interest): MDL ECF #11487-11490 (*Ashton* motion), MDL ECF #11713-11715 (*Burnett* motion) and MDL ECF #11717-11719 (*O'Neill* motion). We make the instant application to ensure that a subset of my clients proceeds apace with the other plaintiffs in this multidistrict litigation and to ensure that they receive no less timely relief than other plaintiffs.

*Please ensure that the clients referred to in the attachments are part of the broad Rule 54(b) certification Order that may be issued to other plaintiffs (that were submitted to the Court with the letter of Mr. John Eubanks dated February 20, 2026 (MDL ECF #11800)).*

Should the Court have additional questions or concerns regarding the spreadsheet or declaration attached to this letter, I am available either to make a further submission or appear for a status conference to address Your Honor's questions or concerns.

I look forward to hearing from Your Honor.

Sincerely yours,

*John F. Schutty*