| List of The Judgments Against Iran | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed for the Certification Request | ECF Number for the C.R | Lead Law Firm that Filed the C.R | Phone/Email | Date filed for the Underlying Judgment | ECF Number for the U.J | Member case(s) in which the U.J. was entered |
| 2/24/26 | | Law Office of John F. Schutty, P.C. | 646-345-1441/john@johnschutty.com | 3/8/16 | 3226 | (Ashton) 02-cv-6977; (Burlingame) 02-cv-7230; (Schneider) 02-cv-7209 |
| 2/24/26 | | Law Office of John F. Schutty, P.C. | 646-345-1441/john@johnschutty.com | 12/17/19 | 5376 | (Ashton) 02-cv-6977; (Burlingame) 02-cv-7230 |
| 2/24/26 | | Law Office of John F. Schutty, P.C. | 646-345-1441/john@johnschutty.com | 1/7/20 | 5449 | (Ashton) 02-cv-6977; (Burlingame) 02-cv-7230 |
| 2/24/26 | | Law Office of John F. Schutty, P.C. | 646-345-1441/john@johnschutty.com | 9/19/24 | 10391 | (Ashton) 02-cv-6977; (Schneider) 02-cv-7209 |
| 2/24/26 | | Law Office of John F. Schutty, P.C. | 646-345-1441/john@johnschutty.com | 9/23/20 | 54 | (Ashton) 02-cv-6977; (Schneider) 02-cv-7209 |
| | | | | | | |