**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**

*Ashton, et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member cases
      *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider, et al. v. al
      Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)

**<u>DECLARATION OF JOHN F. SCHUTTY</u>**

      **JOHN F. SCHUTTY**, declares under penalty of perjury that the foregoing is true and

correct:

      1.      I am founding member of the Law Office of John F. Schutty P.C., attorneys to

certain Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and

member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider, et

al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN), and several other legal actions

pending in this multidistrict litigation case.

      2.      I submit this Declaration pursuant to the Court's February 13, 2026 Order requiring

plaintiffs' counsel to review and verify "(1) all information included in the [list of all the judgments

against Iran that the plaintiffs ask the Clerk [Court] to certify]; (2) the judgment amounts included

in each of the underlying judgments; and (3) that all underlying judgments were entered by the

Court against at least the Islamic Republic of Iran." *See* ECF No. 11730.

      3.      The information contained herein is based on my personal knowledge arising from

my involvement in this litigation and my personal review of the relevant documents referenced in

the exhibit to this Declaration.

4.     Attached hereto as Exhibit A is a list of the "Partial Final Judgments" of compensatory damage awards for which the Law Office of John F. Schutty, P.C. is now seeking this Court's Rule 54(b) certification.

5.     I have reviewed the list included as Exhibit A, and I can verify that the information included therein is accurate.

6.     I have also reviewed the list of judgments and can verify that the judgment amounts included in each of the underlying judgments are accurate.

7.     Finally, I have reviewed the list of judgments and can verify that all the underlying judgments were entered against the Islamic Republic of Iran.

Dated: February 24, 2026
       New York, NY

_____
John F. Schutty

2