# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

## MOTION TO WITHDRAW MICHAEL J. GUZMAN AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Michael J. Guzman to withdraw as counsel of record for the Kingdom of Saudi Arabia in the above-referenced actions.  I respectfully request that Michael J. Guzman be removed from the docket as counsel for the Kingdom of Saudi Arabia.  All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent the Kingdom of Saudi Arabia in this matter.

A proposed order will be filed separately on the docket.

Dated:  February 25, 2026                          Respectfully submitted,

*/s/ Michael K. Kellogg*
Michael K. Kellogg
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900
(202) 326-7999 (fax)

*Attorney for the Kingdom of Saudi Arabia*

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 25, 2026, I caused an electronic copy of the foregoing Motion to Withdraw Michael J. Guzman as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System. It was filed on the MDL docket and the dockets of all related cases in which the Kingdom of Saudi Arabia is a defendant and Michael J. Guzman has appeared as counsel.

      /s/ Michael K. Kellogg
      Michael K. Kellogg
      *Attorney for the Kingdom of Saudi Arabia*