UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                                    03 MDL 1570

-----------------------------------------------------------x

This document relates to:

    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

    Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

    **ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

    Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11812 in 03-MDL-1570 (GBD)(SN) and ECF No. 1135 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

February ___, 2026                                             _____
New York, New York                                             SARAH NETBURN
                                                              United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Meredith C. Andrews as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, at 3428 | Robert C. Kennedy |
| 2 | Catherine M. Miller as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, at 3428 | Robert C. Kennedy |
| 3 | Joseph Furmato, Jr. as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1151 | Paul James Furmato |
| 4 | Carol M. DeBenedictis as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1151 | Paul James Furmato |
| 5 | Alexandra Brzezinski as Representative of the Estate of Christine Olender, Deceased | Stella Olender, as Personal Representative of the Estate of Christine Olender, Deceased and on behalf of all beneficiaries of Christine Olender | 1:15-cv-09903, 53, at 418 | Christine Olender |
| 6 | Gregory Paul Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3309, 10252, at 15, 10256 | Gerald T. Atwood |
| 7 | John Gerald Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3309, 10252, at 15, 10256 | Gerald T. Atwood |
| 8 | Jane Marie Duffy as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3309, 10252, at 15, 10256 | Gerald T. Atwood |
| 9 | Gregory Paul Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3314, 10252, at 14, 10256 | Gerald T. Atwood |
| 10 | John Gerald Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3314, 10252, at 14, 10256 | Gerald T. Atwood |
| 11 | Jane Marie Duffy as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3314, 10252, at 14, 10256 | Gerald T. Atwood |
| 12 | Cornelius Patrick Clancy, III as Representative of the Estate of Vera Clancy, Deceased Parent of Susan Clancy Conlon, Deceased | Vera Clancy in their own right as the Parent of Susan Clancy Conlon, Deceased | 1:15-cv-09903, 53, at 668 | Susan Clancy Conlon |
| 13 | Regina Fiumefreddo as Representative of the Estate of Anthony D. Fiumefreddo, Deceased Child of Salvatore A. Fiumefreddo, Deceased | Anthony D. Fiumefreddo | 1:15-cv-09903, 255, at 7 | Salvatore A. Fiumefreddo |
| 14 | Virginia M. Kwiatkoski as Representative of the Estate of Charles Gregory Grimner, Deceased Sibling of David Joseph Grimner, Deceased | Charles G. Grimner in their own right as the Sibling of David Joseph Grimner, Deceased | 1:15-cv-09903, 53, at 1025 | David Joseph Grimner |
| 15 | Elizabeth Ruthmansdorfer as Representative of the Estate of George Arnold Holmes, Sr., Deceased Sibling of Janice Marie Scott, Deceased | Kelly Holmes as Personal Representative of the Estate of George A. Holmes | 1:15-cv-09903, 278, at 12 | Janice Marie Scott |
| 16 | Gordon Huie as Co-Administrator of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Tennyson Huie, as Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all beneficiaries of Susan Huie | 1:15-cv-09903, 53, at 3254 | Susan Huie |
| 17 | Patricia Huie as Co-Administrator of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Tennyson Huie, as Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all beneficiaries of Susan Huie | 1:15-cv-09903, 53, at 3254 | Susan Huie |
| 18 | Benjamin Wong as Co-Administrator of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Tennyson Huie, as Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all beneficiaries of Susan Huie | 1:15-cv-09903, 53, at 3254 | Susan Huie |
| 19 | Autumn Arbet as Representative of the Estate of Paul B. Ingrassia, Deceased Sibling of Christopher Noble Ingrassia, Deceased | Paul B. Ingrassia in their own right as the Sibling of Christopher Noble Ingrassia, Deceased | 1:15-cv-09903, 53, at 126 | Christopher Noble Ingrassia |
| 20 | Nancy L. Frain as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | John J. Lennon, Sr. in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2356, 248, at 18 | John J. Lennon, Jr. |
| 21 | James L. Lennon as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | John J. Lennon, Sr. in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2356, 248, at 18 | John J. Lennon, Jr. |
| 22 | Karen Randlett as Representative of the Estate of Vernon Alfred Randlett, Deceased Sibling of Marie Pappalardo, Deceased | Vernon A. Randlett in their own right as the Sibling of Marie Pappalardo, Deceased | 1:15-cv-09903, 53, at 221 | Marie Pappalardo |
| 23 | Mary L. Reidy as Representative of the Estate of Gregg Reidy, Deceased | Thomas Reidy, as Personal Representative of the Estate of Gregory Reidy, Deceased and on behalf of all beneficiaries of Gregory Reidy | 1:15-cv-09903, 53, at 368 | Gregg Reidy |
| 24 | Michael John Reina as Representative of the Estate of Rosemarie Reina, Deceased Parent of Joseph Reina, Jr., Deceased | Rosemarie Reina in their own right as the Parent of Joseph Reina, Jr., Deceased | 1:15-cv-09903, 53, at 512 | Joseph Reina, Jr. |
| 25 | Michael John Reina as Representative of the Estate of Joseph Reina, Sr., Deceased Parent of Joseph Reina, Jr., Deceased | Joseph Reina, Sr. in their own right as the Parent of Joseph Reina, Jr., Deceased | 1:15-cv-09903, 53, at 509 | Joseph Reina, Jr. |
| 26 | Kathy R. Stahlman as Representative of the Estate of Samuel Stahlman, Deceased Parent of Eric Adam Stahlman, Deceased | Samuel Stahlman in their own right as the Parent of Eric Stahlman, Deceased | 1:15-cv-09903, 53, at 1577 | Eric Adam Stahlman |

| | | | | |
|---|---|---|---|---|
| 27 | Thomas F. Wainio as Representative of the Estate of Mary Louise White, Deceased Parent of Honor Elizabeth Wainio, Deceased | Mary Louise White, as Personal Representative of the Estate of Honor Elizabeth Wainio, Deceased and on behalf of all beneficiaries of Honor Elizabeth Wainio | 1:15-cv-09903, 53, at 2981 | Honor Elizabeth Wainio |
| 28 | Jill Karen Saladino as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | 1:15-cv-09903, 53, at 2308, 10252, at 398, 10256 | Alison M. Wildman |
| 29 | Robert Edward Wildman as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | 1:15-cv-09903, 53, at 2308, 10252, at 398, 10256 | Alison M. Wildman |
| 30 | Christopher A. Wildman as Representative of the Estate of Arthur S. Wildman, III, Deceased Sibling of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. as Personal Representative of the Estate of Arthur S. Wildman, III | 1:15-cv-09903, 248, at 19 | Alison M. Wildman |
| 31 | Edward C. Williams as Representative of the Esate of Brandice Renee Williams, Deceased Child of Manette M. Beckles, Deceased | Brandice Williams | 1:15-cv-09903, 237, at 7 | Manette M. Beckles |
| 32 | Kevin Michael Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:15-cv-09903, 141, at 17 | Kathryn L. Laborie |
| 33 | Mark Anthony Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:15-cv-09903, 141, at 17 | Kathryn L. Laborie |
| 34 | Meryl Zucker as Representative of the Estate of Stuart Craig Zucker, Deceased Sibling of Andrew Steven Zucker, Deceased | Stuart C. Zucker in their own right as the Sibling of Andrew Steven Zucker, Deceased | 1:15-cv-09903, 53, at 1881 | Andrew Steven Zucker |