```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON              Civil Action No.
SEPTEMBER 11, 2001                      03 MDL 1570

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   February 26, 2026                    Respectfully submitted,

---

The motion to substitute is GRANTED.
**SO ORDERED.**

                                    _____
                                    SARAH NETBURN
                                    United States Magistrate Judge

Dated: February 27, 2026
       New York, New York

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Meredith C. Andrews as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, at 3428 | Robert C. Kennedy |
| 2 | Catherine M. Miller as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, at 3428 | Robert C. Kennedy |
| 3 | Joseph Furmato, Jr. as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1151 | Paul James Furmato |
| 4 | Carol M. DeBenedictis as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1151 | Paul James Furmato |
| 5 | Alexandra Brzezinski as Representative of the Estate of Christine Olender, Deceased | Stella Olender, as Personal Representative of the Estate of Christine Olender, Deceased and on behalf of all beneficiaries of Christine Olender | 1:15-cv-09903, 53, at 418 | Christine Olender |
| 6 | Gregory Paul Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3309, 10252, at 15, 10256 | Gerald T. Atwood |
| 7 | John Gerald Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3309, 10252, at 15, 10256 | Gerald T. Atwood |
| 8 | Jane Marie Duffy as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3309, 10252, at 15, 10256 | Gerald T. Atwood |
| 9 | Gregory Paul Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3314, 10252, at 14, 10256 | Gerald T. Atwood |
| 10 | John Gerald Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3314, 10252, at 14, 10256 | Gerald T. Atwood |
| 11 | Jane Marie Duffy as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | 1:15-cv-09903, 53, at 3314, 10252, at 14, 10256 | Gerald T. Atwood |
| 12 | Cornelius Patrick Clancy, III as Representative of the Estate of Vera Clancy, Deceased Parent of Susan Clancy Conlon, Deceased | Vera Clancy in their own right as the Parent of Susan Clancy Conlon, Deceased | 1:15-cv-09903, 53, at 668 | Susan Clancy Conlon |
| 13 | Regina Fiumefreddo as Representative of the Estate of Anthony D. Fiumefreddo, Deceased Child of Salvatore A. Fiumefreddo, Deceased | Anthony D. Fiumefreddo | 1:15-cv-09903, 255, at 7 | Salvatore A. Fiumefreddo |
| 14 | Virginia M. Kwiatkoski as Representative of the Estate of Charles Gregory Grimner, Deceased Sibling of David Joseph Grimner, Deceased | Charles G. Grimner in their own right as the Sibling of David Joseph Grimner, Deceased | 1:15-cv-09903, 53, at 1025 | David Joseph Grimner |
| 15 | Elizabeth Ruthmansdorfer as Representative of the Estate of George Arnold Holmes, Sr., Deceased Sibling of Janice Marie Scott, Deceased | Kelly Holmes as Personal Representative of the Estate of George A. Holmes | 1:15-cv-09903, 278, at 12 | Janice Marie Scott |
| 16 | Gordon Huie as Co-Administrator of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Tennyson Huie, as Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all beneficiaries of Susan Huie | 1:15-cv-09903, 53, at 3254 | Susan Huie |
| 17 | Patricia Huie as Co-Administrator of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Tennyson Huie, as Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all beneficiaries of Susan Huie | 1:15-cv-09903, 53, at 3254 | Susan Huie |
| 18 | Benjamin Wong as Co-Administrator of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased | Tennyson Huie, as Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all beneficiaries of Susan Huie | 1:15-cv-09903, 53, at 3254 | Susan Huie |
| 19 | Autumn Arbet as Representative of the Estate of Paul B. Ingrassia, Deceased Sibling of Christopher Noble Ingrassia, Deceased | Paul B. Ingrassia in their own right as the Sibling of Christopher Noble Ingrassia, Deceased | 1:15-cv-09903, 53, at 126 | Christopher Noble Ingrassia |
| 20 | Nancy L. Frain as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | John J. Lennon, Sr. in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2356, 248, at 18 | John J. Lennon, Jr. |
| 21 | James L. Lennon as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | John J. Lennon, Sr. in their own right as the Parent of John J. Lennon, Jr., Deceased | 1:15-cv-09903, 53, at 2356, 248, at 18 | John J. Lennon, Jr. |
| 22 | Karen Randlett as Representative of the Estate of Vernon Alfred Randlett, Deceased Sibling of Marie Pappalardo, Deceased | Vernon A. Randlett in their own right as the Sibling of Marie Pappalardo, Deceased | 1:15-cv-09903, 53, at 221 | Marie Pappalardo |
| 23 | Mary L. Reidy as Representative of the Estate of Gregg Reidy, Deceased | Thomas Reidy, as Personal Representative of the Estate of Gregory Reidy, Deceased and on behalf of all beneficiaries of Gregory Reidy | 1:15-cv-09903, 53, at 368 | Gregg Reidy |
| 24 | Michael John Reina as Representative of the Estate of Rosemarie Reina, Deceased Parent of Joseph Reina, Jr., Deceased | Rosemarie Reina in their own right as the Parent of Joseph Reina, Jr., Deceased | 1:15-cv-09903, 53, at 512 | Joseph Reina, Jr. |
| 25 | Michael John Reina as Representative of the Estate of Joseph Reina, Sr., Deceased Parent of Joseph Reina, Jr., Deceased | Joseph Reina, Sr. in their own right as the Parent of Joseph Reina, Jr., Deceased | 1:15-cv-09903, 53, at 509 | Joseph Reina, Jr. |
| 26 | Kathy R. Stahlman as Representative of the Estate of Samuel Stahlman, Deceased Parent of Eric Adam Stahlman, Deceased | Samuel Stahlman in their own right as the Parent of Eric Adam Stahlman, Deceased | 1:15-cv-09903, 53, at 1577 | Eric Adam Stahlman |

| # | | | | |
|---|---|---|---|---|
| 27 | Thomas F. Wainio as Representative of the Estate of Mary Louise White, Deceased Parent of Honor Elizabeth Wainio, Deceased | Mary Louise White, as Personal Representative of the Estate of Honor Elizabeth Wainio, Deceased and on behalf of all beneficiaries of Honor Elizabeth Wainio | 1:15-cv-09903, 53, at 2981 | Honor Elizabeth Wainio |
| 28 | Jill Karen Saladino as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | 1:15-cv-09903, 53, at 2308, 10252, at 398, 10256 | Alison M. Wildman |
| 29 | Robert Edward Wildman as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | 1:15-cv-09903, 53, at 2308, 10252, at 398, 10256 | Alison M. Wildman |
| 30 | Christopher A. Wildman as Representative of the Estate of Arthur S. Wildman, III, Deceased Sibling of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. as Personal Representative of the Estate of Arthur S. Wildman, III | 1:15-cv-09903, 248, at 19 | Alison M. Wildman |
| 31 | Edward C. Williams as Representative of the Esate of Brandice Renee Williams, Deceased Child of Manette M. Beckles, Deceased | Brandice Williams | 1:15-cv-09903, 237, at 7 | Manette M. Beckles |
| 32 | Kevin Michael Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:15-cv-09903, 141, at 17 | Kathryn L. Laborie |
| 33 | Mark Anthony Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:15-cv-09903, 141, at 17 | Kathryn L. Laborie |
| 34 | Meryl Zucker as Representative of the Estate of Stuart Craig Zucker, Deceased Sibling of Andrew Steven Zucker, Deceased | Stuart C. Zucker in their own right as the Sibling of Andrew Steven Zucker, Deceased | 1:15-cv-09903, 53, at 1881 | Andrew Steven Zucker |