UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean Manning, et al. v. Islamic Republic of Iran

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:25-cv-10649-GBD-SN
03-mdl-1570-GBD-SN

I hereby certify under the penalties of perjury that on the 25th day of February 2025, I served defendant:

    The Islamic Republic of Iran
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Iman Khomeini Avenue
    Tehran, Iran
    ATTN: Abbas Araghchi

by dispatching via Federal Express, Tracking No.: 8186 3641 8313, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons
2. Iran Short Form Complaint and Demand for Trial by Jury dated December 23, 2025
3. Letter to Judge Netburn to Be Made Part of MDL dated December 23, 2025
4. Related Case Statement
5. Civil Cover Sheet
6. Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611
7. Affidavit of Translator
8. Translations of the above-mentioned documents.

Dated: New York, New York
       February 25, 2025

                                    TAMMI M. HELLWIG
                                    CLERK OF COURT

                                    /s/ Rachel Slusher
                                    Deputy Clerk