

March 2, 2026

**VIA ECF**

**Sean P. Carter**
Direct Phone    215-665-2105
Direct Fax      215-701-2105
scarter1@cozen.com

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   RE:  *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

  We represent the Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-06978, and write to Your Honor concerning the Plaintiffs' Executive Committees' ("PECs") February 20, 2026 application at ECF No. 11800 seeking the Clerk of Court's Rule 54(b) certification of judgments against the Islamic Republic of Iran and certifications of those judgments for registration in another district. *See also* February 13, 2026 Order at ECF No. 11730.

  The *Federal Insurance* Plaintiffs joined in the PECs' February 20, 2026 application, and we are identified in the consolidated list of judgments against Iran provided to the Court. *See* ECF No. 11800-1 at 20; ECF No. 11800-12.

  In recent days, however, letters have been submitted to the Court raising issues relating to certain injury and death plaintiffs' judgments against Iran that do not pertain to the *Federal Insurance* Plaintiffs and their judgment against Iran.

  In light of those additional submissions, and in the interest of avoiding any confusion with respect to our Iran judgment or potential entanglement in issues that do not pertain to us, the *Federal Insurance* Plaintiffs believe it is preferable to keep our Iran judgment separate and do not wish to be included in any omnibus order with the other Iran judgment holders. Accordingly, the *Federal Insurance* Plaintiffs respectfully request that the Court remove them from the application at ECF No. 11800 and exclude the *Federal Insurance* Plaintiffs' Iran judgment from any order that may be issued by this Court in response to the submission at ECF No. 11800.

  We apologize for adding to the growing number of communications concerning the Iran judgments, and thank the Court for its attention to this matter.

March 2, 2026
Page 2

_____

Respectfully submitted,

COZEN O'CONNOR

BY:    SEAN P. CARTER

*Counsel for the Federal Insurance Plaintiffs*

cc:    All Counsel of Record (via ECF*)*

LEGAL\13651396\1