**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2026
```

**03-MD-01570 (GBD)(SN)**

**REPORT &**
**RECOMMENDATION**

**SARAH NETBURN, United States Magistrate Judge.**

**TO THE HONORABLE GEORGE B. DANIELS:**

      The United States Government recently seized 127,271 Bitcoin and related proceeds (the "Bitcoin") worth approximately $11 billion. The Bitcoin are allegedly assets of the Islamic Republic of Iran ("Iran"). The Government has initiated a civil forfeiture action in the Eastern District of New York (E.D.N.Y.), where the Bitcoin are currently held.

      In this multidistrict litigation, hundreds of plaintiffs hold judgments against Iran. A group of Iran judgment holders (the "Plaintiffs") seek to register their judgments (the "Iran Judgments"), see Appendix, in the E.D.N.Y., pursuant to 28 U.S.C. § 1963. This registration statute authorizes a district court to certify final judgments for registration in another judicial district. Nearly all of the Iran Judgments are not final, however, because the Court has not addressed the Plaintiffs' requests for punitive damages. Thus, to date, these Iran Judgments have been referred to as "partial final judgments" and have not been certified as final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. See ECF Nos. 11602, 11660.[1]

      The Court, however, may act in the interest of justice to expedite finality by (1) denying without prejudice the Plaintiffs' outstanding requests for additional damages; (2) certifying all of

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

the Iran Judgments as final judgments under Rule 54(b), *nunc pro tunc* to their filing date; and (3) directing the Clerk of Court to immediately process the requests to certify the Iran Judgments for registration in another judicial district.

## BACKGROUND

The Court assumes familiarity with this multidistrict litigation and summarizes only the relevant procedural and factual background.

## I.    Litigation Against Iran

The MDL plaintiffs have sued Iran and alleged that it is a state sponsor of terrorism that provided material support to Al Qaeda for the 9/11 Attacks. The Plaintiffs' claims are brought under the Foreign Sovereign Immunities Act ("FSIA"). See 28 U.S.C. §§ 1605A(c), 1605B(b). Iran has never appeared, and the Court has repeatedly held that it has jurisdiction over Iran, and that the Plaintiffs have sufficiently established Iran's liability for entry of a default judgment. 28 U.S.C. § 1608(e).

Upon entry of each default, the Court has considered the Plaintiffs' requests for damages against Iran. With limited exceptions, the Court has awarded compensatory damages for conscious pain and suffering, solatium, and economic loss. See, e.g., ECF No. 11472 (granting "partial final default judgment" against Iran and awarding pain and suffering and economic damages only); ECF No. 11674 at 2 n.4 (noting that some estates have outstanding economic damages claims). The Court, however, has mostly deferred consideration of punitive damages because of the complexity such applications would entail and because the most prevalent sources of funds to satisfy these judgments permit recovery of only compensatory damages. See ECF Nos. 3358, 10465, 10470; see also 34 U.S.C. § 20144(c)(2)(A), (j)(3) (limiting eligibility for the U.S. Victims of State Sponsored Terrorism Fund ("VSSTF") to claims for "compensatory damages awarded . . . in a final judgment" and excluding "punitive damages"); Terrorism Risk

Insurance Act ("TRIA"), Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002) (codified at 28 U.S.C. § 1610 note) (allowing execution or attachment "to the extent of any compensatory damages"); Hegna v. Islamic Republic of Iran, 402 F.3d 97, 99 (2d Cir. 2005) ("[T]he TRIA requires that the creditors relinquish their rights to collect punitive damages . . . ."); Bank Markazi v. Peterson, 578 U.S. 212, 220 n.7 (2016) ("§ 201(a) of the TRIA . . . permit[s] execution *only* 'to the extent of any compensatory damages.'" (emphasis added)). Because these Plaintiffs have not been awarded punitive damages and have not received judgments certified as final under Rule 54(b), their judgments are considered "Partial Iran Judgments."

A limited number of the Plaintiffs have final judgments against Iran because they have received all forms of damages (compensatory and punitive), or because their judgments have been certified as final under Rule 54(b). See ECF No. 11801 (describing final judgments listed in the Appendix); e.g., ECF No. 3226 (Ashton). These judgments are considered "Final Iran Judgments" (together with the "Partial Iran Judgments," the "Iran Judgments").

In 2012, the Court awarded punitive damages in Havlish v. Bin Laden, No. 03-cv-09848. That judgment is thus final. See ECF No. 2624. Since then, the Court has deferred consideration of punitive damages. Still, in several cases, the Court has entered "final judgments" against Iran that have not included punitive damages awards. See e.g., ECF Nos. 3233, 3890 (Federal Insurance Co.), 9159 (Ashton), 11306 (Rivelli/Rowenhorst). The Court has permitted execution on these final judgments. See, e.g., ECF Nos. 2778, 6134 (Havlish). Thus, the Plaintiffs ask the Clerk to certify some of these Final Iran Judgments for registration in the E.D.N.Y. See ECF No. 11777 (request to register ECF No. 2624); ECF No. 11689 (request to register ECF No. 9159).

In yet another case, the Court awarded the Hoglan Plaintiffs compensatory damages, denied their request for punitive damages without prejudice "to [its] being considered in

conjunction with the same issues in other cases" in the MDL, and entered "final" judgment pursuant to Rule 54(b). ECF No. 3905 at 3, 9. The Court permitted execution on the Hoglan final judgment. See ECF Nos. 6092, 6129, 6133. And the Clerk later certified the Hoglan final judgment for registration in other districts. See ECF Nos. 6145, 9662 (proposed certifications processed by the Clerk on the same day).

## II.    The Requests to Certify the Iran Judgments

The Plaintiffs recently filed over 250 requests for the Clerk of Court to certify the Iran Judgments for registration in other judicial districts. Each request includes the Clerk's Office's proposed certification (Form AO 451) and attaches a copy of the underlying Iran Judgment. At the Court's request, see ECF No. 11730, the Plaintiffs Executive Committees ("PECs") filed a consolidated list of the Clerk's requests and the Iran Judgments, which is the basis for the Appendix. See ECF No. 11800-1. The PECs or plaintiffs' counsel confirmed the accuracy of the Appendix and the key details of the underlying Iran Judgments. See ECF Nos. 11800-2 ¶¶ 4–7, 11800-3 ¶¶ 5–8, 11800-4 ¶¶ 4–7, 11800-5 ¶¶ 4–7, 11800-6 ¶¶ 3–6, 11800-7 ¶¶ 2–3, 11800-8 ¶¶ 5, 14–15, 11800-9 ¶¶ 4–5, 11810-10 ¶ 4, 11810-11 ¶¶ 4–7. Some plaintiffs' counsel asked that their clients' Iran Judgments be included in the Appendix but then later withdrew those requests. See ECF Nos. 11803, 11808, 11821. Because of the significance of the issues and the need to act fast, the parties have flooded the Court with letters about the certification requests. See ECF Nos. 11674, 11693, 11702, 11706, 11707, 11708, 11720, 11720, 11728, 11729, 11758, 11801. The Court directed the Clerk of Court not to take any action on the requests to allow the Court to consider all arguments. See ECF No. 11659.[2]

---

[2] Before the Court issued its ordering directing the Clerk to pause, the Clerk's Office processed nine requests to certify for registration the Partial Iran Judgments entered in the Anaya and Chairnoff member cases. See Appendix at 1, lines 1–9 (requests filed in Anaya v. Iran, No. 18-cv-12341, and Chairnoff v. Iran, No. 18-cv-12370). This Report & Recommendation ultimately concludes that certifying the Partial

### III.    The Bitcoin Proceedings

The influx of requests to certify the Iran Judgments coincided with activity in the E.D.N.Y., all of which concerns the Bitcoin. First, in 2025, the U.S. Government initiated a civil forfeiture proceeding for the Bitcoin after seizing it in connection with criminal investigations for wire fraud and money laundering. United States v. Approximately 127,271 Bitcoin, No. 25-cv-05745 (E.D.N.Y.) (the "Forfeiture Case"). Second, a group of victims of non-9/11 terrorist attacks with judgments against Iran initiated a post-judgment turnover proceeding. Fritz v. Iran & China Inv. Dev. Grp., No. 25-cv-07093 (E.D.N.Y.). Third, a separate group of Iran judgment holders filed another turnover proceeding last month. Relvas v. Iran & China Inv. Dev. Grp., No. 26-cv-00642 (E.D.N.Y.) (collectively, the "E.D.N.Y. Proceedings").

The Plaintiffs intend to use their Iran Judgments to execute on the Bitcoin in the E.D.N.Y. Some Plaintiffs are participating, or intend to participate, in the E.D.N.Y. Proceedings. See, e.g., Forfeiture Case, ECF Nos. 163, 260 (verified claims of O'Neill Plaintiffs); Fritz, ECF Nos. 93, 94 (motions to intervene of O'Neill and Breitweiser Plaintiffs). Others intend to file separate turnover proceedings for the Bitcoin. See ECF No. 11667 at 2–3 (Havlish Plaintiffs). The Plaintiffs, thus, need to register their Iran Judgments in the E.D.N.Y. so that they can seek writs of execution on the Bitcoin under TRIA § 201. The date of the Plaintiffs' Iran Judgments, and the date of any writs of execution on the Bitcoin, would eventually matter for the Plaintiffs' priority over the Bitcoin.

---

Iran Judgments in the Anaya and Chairnoff cases (Appendix Column F) as final under Rule 54(b), *nunc pro tunc* to their date of filing, is appropriate. The Court therefore recommends that the District Judge direct the Clerk to issue amended Forms AO 451 in the Anaya and Chairnoff cases that incorporate the Court's final Rule 54(b) certifications.

**DISCUSSION**

The Plaintiffs urgently seek certification of the Iran Judgments so that they may be registered in the E.D.N.Y. The registration statute, however, requires that any judgments be final. Because many of the Plaintiffs' requests for additional damages remain outstanding, the Court cannot certify the Partial Iran Judgments, in their current form, as "final judgments" pursuant to Rule 54(b). The Court should, however, deny without prejudice any outstanding damages requests, including for punitive damages; certify all the Iran Judgments as final under Rule 54(b), *nunc pro tunc* to their filing date; and direct the Clerk of Court to process the Plaintiffs' requests to register the Iran Judgments. This outcome is consistent with the historical practice of the Court, acknowledges the practical reality of the situation, and is in the best interests of the Plaintiffs. See Fed. R. Civ. P. 1 (The Federal Rules should be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").

**I.    The Partial Iran Judgments Are Not Final Judgments**

First, the Court finds that the Partial Iran Judgments are not final. Rule 54(b) addresses judgments involving multiple parties or claims. It permits the court in such complex cases to "direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Any other order that "adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties," "however designated," does not "end the action as to any of the claims or parties." Such orders may therefore "be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b).

This Rule was adopted "specifically 'to avoid the possible injustice' of 'delay[ing] judgment o[n] a distinctly separate claim [pending] adjudication of the entire case.'" Gelboim v.

Bank of America Corp., 574 U.S. 405, 409 (2015) (quoting Report of Advisory Committee on Proposed Amendments to Rules of Civil Procedure 70 (1946)). It "attempts to strike a balance" between minimizing multiple appeals in one case and "the need for making review available in multiple-party or multiple-claim situations at a time that best serves the needs of the litigants." Okla. Turnpike Auth. v. Bruner, 259 F.3d 1236, 1241 (10th Cir. 2001) (quoting 10 Charles A. Wright et al., Federal Practice & Procedure § 2654 at 35 (2d ed. 1982)).

The Court of Appeals has identified several different standards for determining whether separate claims are present for Rule 54(b) purposes:

- a claim is "the aggregate of operative facts which give rise to a right enforceable in the courts," Acumen Re Mgmt. Corp. v. Gen. Sec. Nat. Ins. Co., 769 F.3d 135, 141 (2d Cir. 2014) (cleaned up);

- multiple claims may exist if the issues are "separate and distinct," meaning that "the certified claims are based upon factual and legal questions that are distinct from those questions remaining before the trial court," Hudson River Sloop Clearwater, Inc. v. Dep't of Navy, 891 F.2d 414, 418 (2d Cir. 1989); and

- multiple claims may exist if the "underlying factual bases for recovery state a number of different claims which could have been separately enforced," Rieser v. Baltimore & Ohio R.R. Co., 224 F.2d 198, 199 (2d Cir. 1955).

Additionally, the Court of Appeals has concluded that a judgment on a single claim "cannot be considered final as long as it leaves open the question of additional damages." Int'l Controls Corp. v. Vesco, 535 F.2d 742, 748 (2d Cir. 1976). Later Court of Appeals' cases on Rule 54(b) affirm this principle. See Linde v. Arab Bank, PLC, 882 F.3d 314, 323 (2d Cir. 2018) (stating that a partial summary judgment on liability, which reserves the issue of damages and other relief, is not final and therefore "not certifiable pursuant to Rule 54(b)" (quoting Acha v. Beame, 570 F.2d 57, 62 (2d Cir. 1978))).

Under any of the Court of Appeals' claim standards, the Partial Iran Judgments adjudicated only a portion of each Plaintiff's claim against Iran. The operative facts supporting

the award for compensatory damages also support any award for punitive damages. Otherwise stated, each Plaintiff's FSIA cause of action represents one theory of recovery against Iran and "one indivisible whole." Hudson River Sloop, 891 F.2d at 418. The available damages simply represent different remedies available to compensate a single FSIA claim. See e.g., 28 U.S.C. § 1605A(c) ("[D]amages may include economic damages, solatium, pain and suffering, and punitive damages."). For the majority of the Plaintiffs, the Court has not fully disposed of their FSIA claims because it has not decided the amount of punitive damages and, for a small group, has not fixed supplementary economic damages. See ECF No. 11472 (granting "partial final default judgment" against Iran and awarding pain and suffering and economic damages only); ECF No. 11674 at 2 n.4 (noting outstanding economic damages requests). As a result, the Court has left "open the question of additional damages," and it cannot certify the Partial Iran Judgments as "final judgments." Vesco, 535 F.2d at 748.

## II.     The Plaintiffs Cannot Register the Partial Iran Judgments Under 28 U.S.C. § 1963

Because the Partial Iran Judgments are not final judgments, they cannot be registered. The federal judgment registration statute states:

> A judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown.

28 U.S.C. § 1963. When appropriately registered in another district, a judgment "shall have the same effect as a judgment of the district court of the district where registered and may be enforced in a like manner." Id. A primary purpose for this registration statute was to "spare creditors and debtors alike both the additional costs and harassment of further litigation" through separate actions otherwise required to enforce judgments in other district courts. Home Port

Rentals, Inc. v. Int'l Yachting Grp., Inc., 252 F.3d 399, 404 (5th Cir. 2001) (quoting S. Rep. No. 1917 (1954), as reprinted in 1954 U.S.C.C.A.N. 3142).

Section 1963's use of "judgment" connotes a final judgment that fully disposes of a claim or the rights or liabilities of a party. Rule 54(a) defines a "judgment" as "a decree and any order from which an appeal lies." Fed. R. Civ. P. 54(a); see also 10 Charles A. Wright et al., Federal Practice & Procedure § 2651 (4th ed. 2025) (judgments include "final decisions" of the district courts from which an appeal is permitted under 28 U.S.C. § 1291). Because the Partial Iran Judgments do not include an award for all damages sought, they do not "end[] the litigation on the merits and leave[] nothing for the court to do but execute the judgment." In re Terrorist Attacks on September 11, 2001, 152 F.4th 396, 401 (2d Cir. 2025) (quoting Van Cauwenberghe v. Biard, 486 U.S. 517, 521 (1988)). Thus, absent a Rule 54(b) certification, each Partial Iran Judgment is not a "judgment" or final decision under § 1963.

The PECs argue that the "good cause" language in § 1963 offers a workaround. ECF No. 11674 at 2. The registration statute authorizes registration of a judgment in another district when the judgment has become final "or when ordered by the court that entered the judgment for good cause shown." 28 U.S.C. § 1963. Thus, a court may allow registration of a judgment in another district before appellate exhaustion "upon a mere showing that the [judgment debtor] has substantial property in th[at] other . . . district and insufficient [property] in the rendering district to satisfy the judgment." G&A Strategic Invs. I LLC v. Petroleos de Venezuela, S.A., No. 23-cv-10766 (JSR), 2025 WL 3237166, at *2 (S.D.N.Y. Nov. 20, 2025) (quoting Coudert v. Hokin, No. 12-cv-110 (ALC), 2018 WL 4278332 at *2 (S.D.N.Y. July 30, 2018)). But this good-cause provision still presupposes the existence of a final judgment in the district court. When courts have relied on this provision to permit registration, the underlying judgments were *final* except

for any pending appeals. See HSH Nordbank AG N.Y. Branch v. Swerdlow, No. 08-cv-6131 (DLC), 2010 WL 1957265, at *1 (S.D.N.Y. May 14, 2010) (judgment entered under Rule 54 against all guarantor-defendants, with joint and several liability for full amount); Lyman Commerce Sols. v. Lung, No. 12-cv-04398 (TPG), 2015 WL 5097646, at *1 (S.D.N.Y. Aug. 28, 2015) (final judgment entered against one defendant under Rule 54(b)); G&A Strategic Invs., 2025 WL 3237166 at *1 (amended final judgment addressed all of plaintiffs' causes of action).

Notwithstanding the significant property potentially available to the Plaintiffs in the E.D.N.Y., the Court cannot authorize the registration of a non-final order. Thus, § 1963's "good cause" language cannot assist the holders of the Partial Iran Judgments.

## III. The Court Should Deny Without Prejudice the Plaintiffs' Outstanding Requests for Additional Damages

A court may dismiss a plaintiff's claim "on terms that the court considers proper," and "[u]nless the order states otherwise," that dismissal is without prejudice. Fed. R. Civ. P. 41(a)(2). As a general rule, plaintiffs may, under at least some circumstances, voluntarily dismiss "remaining claims or remaining parties from an action as a way to conclude the whole case in the district court and ready it for appeal." Blue v. D.C. Pub. Schs., 764 F.3d 11, 17 (D.C. Cir. 2014) (surveying all circuits). The Court of Appeals has held that the voluntary dismissal of outstanding claims *with prejudice* made a district court's order retroactively final and gave the appellate court jurisdiction. See McManus v. Gitano Grp., Inc., 59 F.3d 382, 383 (2d Cir. 1995) (summary judgment order became final judgment *nunc pro tunc*); Caspary v. Louisiana Land & Exploration Co., 725 F.2d 189, 191 (2d Cir. 1984) (per curiam) (judgment on single claim, not certified under Rule 54(b), became subject to appellate jurisdiction). Whether a voluntary dismissal *without prejudice* produces finality in the same way is unclear, although the Court of Appeals has recognized a "presumption against that practice." Blue, 764 F.3d at 17 (citing Ali v.

Fed. Ins. Co., 719 F.3d 83, 88 (2d Cir. 2013)). The exceptional circumstances of this litigation, however, overcome any presumptions against taking that approach here. Accordingly, the Court recommends denying without prejudice any outstanding requests for additional damages by the holders of the Partial Iran Judgments, under Rule 41(a).

First, the Court has previously denied without prejudice additional damages requests. In its 2018 decision in Hoglan, the Court denied without prejudice the plaintiffs' requests for punitive damages and certified the Court's judgment on compensatory damages as "final" under Rule 54(b). See ECF No. 3905 at 3, 9. This approach reconciled two competing interests: (1) the litigants' interests in finality for Iran, especially for the plaintiffs' post-judgment enforcement efforts; and (2) the Court's and the litigants' interests in the fair and efficient adjudication of the punitive-damages issue for all plaintiffs. The Court's decision enabled the Clerk of Court to later certify the Hoglan judgment for registration in other judicial districts. See ECF Nos. 6145, 9662 (proposed certifications processed by the Clerk on the same day).

The same interests animate the Court's recommended approach here. The holders of the Partial Iran Judgments seek to register their judgments in the E.D.N.Y. See ECF No. 11674 at 2. Under § 201(a) of the TRIA, they can attach or execute on the Bitcoin only for compensatory awards. See 28 U.S.C. § 1610 note. Thus, while punitive damages are an important type of remedy, awarding the Plaintiffs punitive damages against Iran will not aid in their collection efforts at this time. See 34 U.S.C. § 20144(c)(2)(A), (j)(3) (limiting eligibility for the VSSTF to claims for "compensatory damages awarded . . . in a final judgment" and excluding "punitive damages"). Moreover, given this litigation's scale and complexity, rushing to resolve the punitive-damages issue now, on an expedited basis, would not be prudent. See ECF Nos. 3358 at 14–16 (raising concerns about the method for computing punitive damages), 10465 at 2–3

(noting the likely extensive briefing and expert evidence required to assess punitive damages), 10470 (declining to set briefing schedule on punitive-damages issue). For these reasons, the Court affirms that its approach in <u>Hoglan</u> best accounts for all interests relevant to the Partial Iran Judgments.

Second, denying without prejudice the Plaintiffs' additional damages requests accords with the purposes of Rule 54(b) and § 1963. The Plaintiffs require final judgments for any collection proceedings in the E.D.N.Y. If the Court denies without prejudice the Plaintiffs' additional damages requests, it may certify the Partial Iran Judgments as "final" under Rule 54(b), as it did in <u>Hoglan</u>. <u>See</u> ECF No. 3905. But if the Court does not certify the Partial Iran Judgments, the Plaintiffs will have to wait for the Court's full adjudication of the punitive-damages issue. That wait could very likely cost them access or priority to the Iran-linked funds in the E.D.N.Y. Proceedings. Rule 54(b) was adopted to avoid this type of unfairness. <u>See</u> <u>Gelboim</u>, 574 U.S. at 409 (Rule 54(b) was adopted "specifically 'to avoid the possible injustice' of 'delay[ing] judgment o[n] a distinctly separate claim [pending] adjudication of the entire case.'"). Likewise, the Court's approach would permit the Plaintiffs to access § 1963's fast-track procedures and avoid "the additional costs and harassment of further litigation" that duplicate actions against Iran in other districts would require. <u>See</u> <u>Home Port Rentals</u>, 252 F.3d at 404.

Finally, denying without prejudice the Plaintiffs' additional damages requests is the most administratively workable solution. The Court's delay in permitting the registration of the Partial Iran Judgments in the E.D.N.Y. directly affects the Plaintiffs' prospects of attaching or executing on the Bitcoin. <u>See</u> ECF Nos. 11674 at 4, 11720 at 2. Directing counsel to seek permission from each of the hundreds of plaintiffs listed in the Partial Iran Judgments, to voluntarily dismiss their requests for additional damages and file a separate affidavit or motion for final judgment, would

create unacceptable delay. <u>See, e.g.</u>, ECF Nos. 11487, 11713, 11717 (separate motions for final judgments). For this reason, the PECs and plaintiffs' counsel support the omnibus denial-without-prejudice approach. <u>See</u> ECF Nos. 11674 at 4–5, 11708 at 1, 11720 at 1–2. Plaintiffs will still have the option of seeking relief from final judgment under Rule 60(b) at a later date. <u>See</u> ECF 11720 at 1 (proposing idea); Fed. R. Civ. P. 60(b), (c) ("On motion and just terms, the court may relieve a party or its legal representative from a final judgment . . . for the following reasons," including "any other reason that justifies relief," if the motion is "made within a reasonable time"). To maintain this option, the Court recommends expressly staying the deadline for filing a Rule 60(b) motion on any dismissal of the Plaintiffs' additional damages requests.

Accordingly, the Court recommends denying without prejudice the Plaintiffs' outstanding requests for additional damages against Iran. Fed. R. Civ. P. 41(a)(2).

## IV.    The Court Should Certify the Iran Judgments as Final Under Rule 54(b) *Nunc Pro Tunc* to Their Filing Date

Rule 54(b) authorizes entry of a partial final judgment only when three requirements are met: (1) there are multiple claims or parties, (2) at least one claim or the right or liabilities of at least one party has been finally determined, and (3) the Court makes an express determination that there is "no just reason for delay." <u>Acumen Re Mgmt.</u>, 769 F.3d at 140. The Court of Appeals has emphasized that the district court's power to grant Rule 54(b) certifications should "be exercised sparingly" and must reflect careful judicial consideration and specific conclusions. <u>Harriscom Svenska AB v. Harris Corp.</u>, 947 F.2d 627, 629 (2d Cir. 1991); <u>see</u> <u>Ginnett v. Computer Task Grp., Inc.</u>, 962 F.2d 1085, 1091–92 (2d Cir. 1992). But "if the question of whether judgment should have been entered is a close one," the Court of Appeals "will honor the district court's exercise of its discretion if it 'will make possible a more expeditious and just

result for all parties.'" Ginnett, 962 F.2d at 1092 (quoting Gumer v. Shearson, Hammill & Co., 516 F.2d 283, 286 (2d Cir. 1974)).

On the first requirement, this multidistrict litigation includes many claims, filed by the Plaintiffs and others, against Iran and many other sovereign and non-sovereign defendants. As the Court explains above, each of the Plaintiffs' causes of action under the FSIA represents a single "claim" for the purpose of Rule 54. But there are thousands of such "claims" against Iran, and the Iran Judgments each granted some compensatory damages for those claims. This requirement is plainly met.

On the second requirement, the Court recommends dismissing without prejudice the Plaintiffs' outstanding requests for additional damages. Upon dismissal, all the Iran Judgments listed in the Appendix—including the Partial Iran Judgments—would fully dispose of the Plaintiffs' FSIA claims against Iran, as "all damages stemming from that claim [will] have been fixed." Vesco, 353 F.2d at 748. As such, the second requirement would be satisfied.

Finally, the third requirement is "left to the sound discretion of the district court" and should be exercised "in the interest of sound judicial administration." Ginnett, 962 F.2d at 1092 (quoting Curtiss-Wright Corp. v. Gen. Elec. Co., 446 U.S. 1, 9 (1980)). The Court must consider "all relevant facts" and do so "comprehensive[ly]" while "tak[ing] account of both the policy against piecemeal appeals and the equities between or among the parties." Novick v. AXA Network, LLC, 642 F.3d 304, 310 (2d Cir. 2011) (quoting Ansam Assocs., Inc. v. Cola Petroleum, Ltd., 760 F.2d 442, 445 (2d Cir. 1985)). And the Court must provide a "reasoned, even if brief, explanation of its considerations." Novick, 642 F.3d at 310 (quoting Harriscom Svenska, 947 F.2d at 629).

There is no just reason to delay entering final judgments against Iran. The relevant considerations largely overlap with the Court's reasons for denying without prejudice the Plaintiffs' requests for additional damages. Certifying all of the Iran Judgments as final under Rule 54(b) enables the Plaintiffs to move expeditiously for enforcement of their compensatory damages awards in the judicial district where purportedly Iranian assets are held. That result accords with a main purpose of TRIA § 201, which Congress designed "to deal comprehensively with the problem of enforcement" of terrorism victims' judgments and better "enabl[e] them to satisfy [their] judgments." ECF No. 11674 at 2 (quoting 148 Cong. Rec. H8728 (Nov. 13, 2002)). Moreover, by certifying the Iran Judgments at this time, the Court acts fairly and with sensitivity to the importance of timing (*i.e.*, the date of judgment and the date of any writs of execution) to post-judgment enforcement. This is part of the equity calculus among the MDL plaintiffs. While the interests of Iran as a defendant in this litigation are a consideration, Iran has defaulted and never appeared. See ECF No. 11674 at 3. The Court therefore finds that the equities overwhelmingly favor entering final judgments for the Plaintiffs. Finally, the Court acknowledges that its approach may authorize multiple appeals from the Iran Judgments. But the Court assesses that the likelihood of piecemeal appeals is small and, in any event, outweighed by the importance of the Plaintiffs' timely registration of final Iran Judgments, given all the circumstances.

Accordingly, the Court recommends (1) expressly determining that there is no just reason for delay and (2) certifying the underlying Iran Judgments listed in the attached Appendix as each a final judgment as to the Plaintiffs' claims against Iran.

Given the exceptional circumstances outlined above, the Court further recommends entering this Rule 54(b) certification *nunc pro tunc* to the filing date of each underlying Iran

Judgment listed in the Appendix. Courts may issue *nunc pro tunc* orders under their "inherent power to enter an order having retroactive effect," as an equitable remedy in exceptional cases for "rectifying any injustice the parties suffered by them on account of judicial delay." In re World Trade Center Disaster Site Litigation, 758 F.3d 202, 214 (2d Cir. 2014) (quoting Iouri v. Ashcroft, 487 F.3d 76, 87 (2d Cir. 2006)). The Court's approach to the issue of punitive damages is partly responsible for the delay of finality against Iran and a procedural obstacle to the Plaintiffs' registering the Iran Judgments in the E.D.N.Y. See ECF No. 11674 at 4–5 (suggesting a blanket *nunc pro tunc* certification). Moreover, the Court supports issuing this *nunc pro tunc* certification to prevent prejudice to any of the Plaintiffs. See Local P-171, Amalgamated Meat Cutters & Butcher Workmen of N.A. v. Thompson Farms Co., 642 F.2d 1065, 1069, 1075 (7th Cir. 1981) (holding that the district court had the power to add a Rule 54(b) certification to an order, *nunc pro tunc* to the date of entry of that order, and that the appellate court therefore had jurisdiction over the final order).

Lastly, upon entry of the final Iran Judgments, the Court finds good cause for their immediate registration. The allegedly Iranian Bitcoin are present in the E.D.N.Y., and Iran has insufficient property in this judicial district that might satisfy the Plaintiffs' Iran Judgments. The Court therefore recommends permitting registration of the Iran Judgments under the "good cause" language of § 1963. See G&A Strategic Invs., 2025 WL 3237166 at *4 (finding good cause for registration when the plaintiffs identified "'substantial property' in the districts in which they seek to register the judgment," "whether or not plaintiffs will ultimately be able to execute against any of the assets identified").

## CONCLUSION

The Court recommends that the District Judge enter orders making these rulings:

- The Court denies without prejudice the Plaintiffs' outstanding requests for additional damages related to the underlying Iran Judgments in the member cases listed in the attached Appendix (Columns F and G).

- The Court stays the deadlines for the Plaintiffs to move for relief from final judgment until further order of the Court. See Fed. R. Civ. P. 60(b).

- Pursuant to Rule 54(b), the Court expressly determines that there is no just reason for delay and certifies each of the underlying Iran Judgments listed in the attached Appendix (Column F) as a final judgment on all of the Plaintiffs' claims against Iran. Given the unique and exceptional circumstances, this certification under Rule 54(b) applies *nunc pro tunc* to the filing date of each underlying Iran Judgment, as listed in the attached Appendix (Column E).

- Pursuant to 28 U.S.C. § 1963, and upon the entry of the final Iran Judgments, the Court finds good cause for the immediate registration in the E.D.N.Y. of certified copies of the Iran Judgments.

- The Court respectfully directs the Clerk of Court to process the Plaintiffs' requests to certify their Iran Judgments for registration in another judicial district, in the order such requests were filed through the ECF system, as listed in the attached Appendix (Columns A and B).[3]

Given the exceptional circumstances, the parties shall have until **March 5, 2026**, to file written objections to this Report & Recommendation, as explained below. Upon a decision by the District Judge on this Report & Recommendation, the Court will address the parties' outstanding motions pursuant to 28 U.S.C. § 1610(c).

SARAH NETBURN
United States Magistrate Judge

DATED:      March 3, 2026
            New York, New York

---

[3] As explained in footnote 2 above, the Court recommends that the District Judge direct the Clerk to issue amended Forms AO 451 in the Anaya and Chairnoff cases that incorporate the Court's final Rule 54(b) certifications for the relevant Partial Iran Judgments (Appendix, Column F).

\*          \*          \*

## NOTICE OF PROCEDURE FOR FILING OBJECTIONS
## TO THIS REPORT AND RECOMMENDATION

Given the exceptional circumstances explained above, the parties shall have **until March 5, 2026**, to file written objections to this Report & Recommendation under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. <u>See</u> Fed. R. Civ. P. 6(a), 6(d). To the extent warranted, a party may respond to another party's objections **by March 9, 2026**. Fed. R. Civ. P. 72(b)(2); <u>see</u> Fed. R. Civ. P. 6(a), 6(d). These objections shall be filed with the Court and served on any opposing parties. <u>See</u> Fed. R. Civ. P. 72(b)(2). Courtesy copies shall be delivered to the Honorable George B. Daniels if required by that judge's Individual Rules and Practices. Any requests for an extension of time for filing objections must be addressed to Judge Daniels. <u>See</u> Fed. R. Civ. P. 6(b). The failure to file timely objections will waive those objections for purposes of appeal. <u>See</u> <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>United States v. James</u>, 712 F.3d 79, 105 (2d Cir. 2013).

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 1 | 1/22/2026 | Anaya 225 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 7/28/2022 | 8291 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 2 | 1/22/2026 | Anaya 228 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 10/5/2023 | 9359 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 3 | 1/22/2026 | Anaya 229 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 6/24/2024 | 9989 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 4 | 1/22/2026 | Anaya 232 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 8/1/2023 | Anaya 163 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 5 | 1/22/2026 | Anaya 233 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 1/10/2022 | 7580 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 6 | 1/22/2026 | Anaya 234 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 8/2/2022 | 8311 | 18-cv-12341; Certification Issued on 1/27/2026 |
| 7 | 1/22/2026 | Chairnoff 169 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 10/5/2021 | 7173 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 8 | 1/22/2026 | Chairnoff 170 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 4/17/2024 | 9694 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 9 | 1/22/2026 | Chairnoff 171 | Fleischman Bonner & Rocco LLP | (914) 278-5100; jbonner@fbrllp.com | 3/30/2023 | 8976 | 18-cv-12370; Certification Issued on 1/27/2026 |
| 10 | 1/29/2026 | 11486 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/31/2017 | 3666 | 15-cv-9903 |
| 11 | 1/29/2026 | 11491 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/8/2018 | 4023 | 15-cv-9903 |
| 12 | 1/29/2026 | 11492 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/28/2018 | 4126 | 15-cv-9903 |
| 13 | 1/29/2026 | 11493 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/4/2018 | 4146 | 15-cv-9903 |
| 14 | 1/29/2026 | 11494 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2018 | 4175 | 15-cv-9903 |
| 15 | 1/29/2026 | 11495 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5061 | 15-cv-9903 |
| 16 | 1/29/2026 | 11496 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/3/2019 | 5062 | 15-cv-9903 |
| 17 | 1/29/2026 | 11497 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5087 | 15-cv-9903 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 18 | 1/29/2026 | 11498 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5088 | 19-cv-44 |
| 19 | 1/29/2026 | 11499 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/6/2019 | 5092 | 15-cv-9903 |
| 20 | 1/29/2026 | 11500 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/9/2019 | 5104 | 19-cv-41 |
| 21 | 1/29/2026 | 11501 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 3/8/2016 | 3226 | 1:02-cv-06977-GBD-SN |
| 22 | 1/29/2026 | 11502 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5136 | 19-cv-41 |
| 23 | 1/29/2026 | 11503 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/10/2019 | 5138 | 15-cv-9903 |
| 24 | 1/29/2026 | 11504 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/13/2019 | 5151 | 15-cv-9903 |
| 25 | 1/29/2026 | 11505 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/13/2019 | 5356 | 15-cv-9903 |
| 26 | 1/29/2026 | 11506 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/30/2020 | 5784 | 19-cv-44 |
| 27 | 1/29/2026 | 11507 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5848 | 15-cv-9903 |
| 28 | 1/29/2026 | 11508 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/5/2020 | 5851 | 19-cv-44 |
| 29 | 1/29/2026 | 11509 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/12/2020 | 5918 | 19-cv-41 |
| 30 | 1/29/2026 | 11510 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5946 | 15-cv-9903 |
| 31 | 1/29/2026 | 11511 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5948 | 15-cv-9903 |
| 32 | 1/29/2026 | 11512 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5949 | 15-cv-9903 |
| 33 | 1/29/2026 | 11513 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5951 | 15-cv-9903 |
| 34 | 1/29/2026 | 11514 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/14/2020 | 5955 | 15-cv-9903 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 35 | 1/29/2026 | 11515 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5957 | 15-cv-9903 |
| 36 | 1/29/2026 | 11516 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5969 | 19-cv-41 |
| 37 | 1/29/2026 | 11517 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5975 | 15-cv-9903 |
| 38 | 1/29/2026 | 11518 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5926 | 1:02-cv-06977-GBD-SN |
| 39 | 1/29/2026 | 11519 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 2/18/2020 | 5979 | 15-cv-9903 |
| 40 | 1/29/2026 | 11520 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6034 | 15-cv-9903 |
| 41 | 1/29/2026 | 11521 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6035 | 15-cv-9903 |
| 42 | 1/29/2026 | 11522 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6037 | 15-cv-9903 |
| 43 | 1/29/2026 | 11523 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/15/2019 | 4880 | 1:02-cv-06977-GBD-SN |
| 44 | 1/29/2026 | 11524 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6038 | 15-cv-9903 |
| 45 | 1/29/2026 | 11525 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6040 | 19-cv-44 |
| 46 | 1/29/2026 | 11526 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6042 | 15-cv-9903 |
| 47 | 1/29/2026 | 11527 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6043 | 19-cv-41 |
| 48 | 1/29/2026 | 11528 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/6/2020 | 6044 | 15-cv-9903 |
| 49 | 1/29/2026 | 11529 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5101 | 1:02-cv-06977-GBD-SN |
| 50 | 1/29/2026 | 11530 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4884 | Schlissel, No. 1:18-cv-05331 |
| 51 | 1/29/2026 | 11531 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/19/2019 | 4885 | DeRubbio, No. 1:18-cv-05306 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 52 | 1/29/2026 | 11532 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 1/30/2020 | 5774 | 1:02-cv-06977-GBD-SN |
| 53 | 1/29/2026 | 11533 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/20/2019 | 4897 | Morris, No. 1:18-cv-05321 |
| 54 | 1/29/2026 | 11534 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4996 | Kamardinova, No. 1:18-cv-05339 |
| 55 | 1/29/2026 | 11535 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/26/2019 | 4997 | Ades, No. 1:18-cv-07306 |
| 56 | 1/29/2026 | 11536 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5047 | Rivelli, No. 1:18-cv-11878 |
| 57 | 1/29/2026 | 11537 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5048 | Abel, No. 1:18-cv-11837 |
| 58 | 1/29/2026 | 11538 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5049 | Kim, No. 1:18-cv-11870 |
| 59 | 1/29/2026 | 11539 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5050 | Aamoth, No. 1:18-cv-12276 |
| 60 | 1/29/2026 | 11540 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5051 | O'Neill, No. 1:04-cv-01076 |
| 61 | 1/29/2026 | 11541 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5053 | Rowenhorst, No. 1:18-cv-12387 |
| 62 | 1/29/2026 | 11542 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5054 | Hemenway, No. 1:18-cv-12277 |
| 63 | 1/29/2026 | 11543 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5055 | Moody-Theinert, No. 1:18-cv-11876 |
| 64 | 1/29/2026 | 11544 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5056 | Jimenez, No. 1:18-cv-11875 |
| 65 | 1/29/2026 | 11545 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5061 | Burnett, No. 1:15-cv-09903 |
| 66 | 1/29/2026 | 11546 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5063 | Ades, No. 1:18-cv-07306 |
| 67 | 1/29/2026 | 11547 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2019 | 5064 | Morris, No. 1:18-cv-05321 |
| 68 | 1/30/2026 | 11548 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/17/2017 | 3706 | 1:02-cv-06977-GBD-SN |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 69 | 1/30/2026 | 11549 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/16/2018 | 4052 | 1:02-cv-06977-GBD-SN |
| 70 | 1/30/2026 | 11551 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 4/25/2018 | 3979 | 1:02-cv-06977-GBD-SN |
| 71 | 1/30/2026 | 11552 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5067 | Hemenway, No. 1:18-cv-12277 |
| 72 | 1/30/2026 | 11553 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5068 | Aamoth, No. 1:18-cv-12276 |
| 73 | 1/30/2026 | 11554 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/17/2018 | 4186 | 1:02-cv-06977-GBD-SN |
| 74 | 1/30/2026 | 11555 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5069 | Moody-Theinert, No. 1:18-cv-11876 |
| 75 | 1/30/2026 | 11556 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5070 | Rivelli, No. 1:18-cv-11878 |
| 76 | 1/30/2026 | 11557 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5071 | Kamardinova, No. 1:18-cv-05339 |
| 77 | 1/30/2026 | 11558 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2019 | 5072 | Schlissel, No. 1:18-cv-05331 |
| 78 | 1/30/2026 | 11559 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6202 | 15-cv-9903 |
| 79 | 1/30/2026 | 11560 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6203 | 15-cv-9903 |
| 80 | 1/30/2026 | 11561 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/11/2020 | 6205 | 15-cv-9903 |
| 81 | 1/30/2026 | 11562 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7180 | 19-cv-41 |
| 82 | 1/30/2026 | 11563 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5087 | Burnett, No. 1:15-cv-09903 |
| 83 | 1/30/2026 | 11564 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7182 | 19-cv-44 |
| 84 | 1/30/2026 | 11565 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/6/2019 | 5093 | Agyeman, No. 1:18-cv-05320 |
| 85 | 1/30/2026 | 11566 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5153 (M&O) | Jimenez, No. 1:18-cv-11875 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 86 | 1/30/2026 | 11567 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/4/2020 | 5832 | Burnett, No. 1:15-cv-09903 |
| 87 | 1/30/2026 | 11568 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/5/2021 | 7188 | 15-cv-9903 |
| 88 | 1/30/2026 | 11569 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7287 | 15-cv-9903 |
| 89 | 1/30/2026 | 11570 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 10/25/2021 | 7288 | 15-cv-9903; 19-cv-41 |
| 90 | 1/30/2026 | 11571 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 12/22/2021 | 7494 | 15-cv-9903 |
| 91 | 1/30/2026 | 11572 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8233 | 15-cv-9903 |
| 92 | 1/30/2026 | 11573 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8235 | 19-cv-41 |
| 93 | 1/30/2026 | 11574 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/19/2022 | 8238 | 15-cv-9903 |
| 94 | 1/30/2026 | 11575 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/28/2022 | 8283 | 15-cv-9903 |
| 95 | 1/30/2026 | 11576 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 7/29/2022 | 8293 | 15-cv-9903; 19-cv-41 |
| 96 | 1/30/2026 | 11577 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 8/2/2022 | 8310 | 15-cv-9903 |
| 97 | 1/30/2026 | 11578 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/16/2018 | 4106 | 1:02-cv-06977-GBD-SN |
| 98 | 1/30/2026 | 11579 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5843 | Agyeman, No. 1:18-cv-05320 |
| 99 | 1/30/2026 | 11580 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5845 | Aamoth, No. 1:18-cv-12276 |
| 100 | 1/30/2026 | 11581 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 11/1/2023 | 9400 | 15-cv-9903 |
| 101 | 1/30/2026 | 11582 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/18/2020 | 5976 | 1:02-cv-06977-GBD-SN |
| 102 | 1/30/2026 | 11583 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9927 | 15-cv-9903; 19-cv-41 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 103 | 1/30/2026 | 11584 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5847 | Kim, No. 1:18-cv-11870 |
| 104 | 1/30/2026 | 11585 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 6/17/2024 | 9932 | 15-cv-9903 |
| 105 | 1/30/2026 | 11586 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/17/2024 | 10373 | 15-cv-9903 |
| 106 | 1/30/2026 | 11587 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5849 | Schlissel, No. 1:18-cv-05331 |
| 107 | 1/30/2026 | 11588 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10388 | 15-cv-9903 |
| 108 | 1/30/2026 | 11589 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5850 | Kamardinova, No. 1:18-cv-05339 |
| 109 | 1/30/2026 | 11590 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 9/20/2024 | 10389 | 15-cv-9903; 19-cv-44 |
| 110 | 1/30/2026 | 11591 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/29/2025 | 10681 | 15-cv-9903 |
| 111 | 1/30/2026 | 11592 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/3/2025 | 10756 | 15-cv-9903 |
| 112 | 1/30/2026 | 11593 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 3/12/2025 | 10780 | 15-cv-9903; 22-cv-3100 |
| 113 | 1/30/2026 | 11594 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10980 | 15-cv-9903 |
| 114 | 1/30/2026 | 11595 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10988 | 15-cv-9903 |
| 115 | 1/30/2026 | 11596 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 5/29/2025 | 10990 | 15-cv-9903; 19-cv-41 |
| 116 | 1/30/2026 | 11597 | Motley Rice LLC | (843) 216-9218; jeubanks@motleyrice.com | 1/21/2026 | 11472 | 15-cv-9903 |
| 117 | 1/30/2026 | 11598 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 3/8/2016 | 3226 | 02cv07230 |
| 118 | 1/30/2026 | 11599 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 4/30/2018 | 3987 | 02cv07230 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 119 | 1/30/2026 | 11600 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5852 | Moody-Theinert, 1:18-cv-11876 |
| 120 | 1/30/2026 | 11601 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/7/2018 | 4087 | 02cv07230 |
| 121 | 1/30/2026 | 11603 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5853 | Rowenhorst, No. 1:18-cv-12387 |
| 122 | 1/30/2026 | 11604 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/12/2018 | 4156 | 02cv07230 |
| 123 | 1/30/2026 | 11605 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2018 | 4175 | 02cv07230 |
| 124 | 1/30/2026 | 11606 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2018 | 4170 | 18cv8297 |
| 125 | 1/30/2026 | 11607 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 7/30/2019 | 4707 | 02cv07230 |
| 126 | 1/30/2026 | 11608 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/20/2019 | 4898 | 18cv8297 |
| 127 | 1/30/2026 | 11609 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/13/2019 | 5154 | 18cv8297 |
| 128 | 1/30/2026 | 11610 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/8/2020 | 5467 | 18cv8297 |
| 129 | 1/30/2026 | 11611 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/3/2019 | 5058 | 02cv07230 |
| 130 | 1/30/2026 | 11612 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 9/9/2019 | 5102 | 18cv11340 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 131 | 1/30/2026 | 11613 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/8/2020 | 5466 | 18cv11340 |
| 132 | 1/30/2026 | 11614 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 1/7/2020 | 5453 | 02cv07230 |
| 133 | 1/30/2026 | 11615 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/5/2020 | 5857 | 02cv07230 |
| 134 | 1/30/2026 | 11616 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/14/2020 | 5954 | 02cv07230 |
| 135 | 1/30/2026 | 11617 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 2/18/2020 | 5974 | 02cv07230 |
| 136 | 1/30/2026 | 11618 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 7/19/2022 | 8231 | 02cv07230 |
| 137 | 1/30/2026 | 11619 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 6/18/2024 | 9928 | 02cv07230 |
| 138 | 1/30/2026 | 11620 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 6/18/2024 | 9934 | 02cv07230 |
| 139 | 1/30/2026 | 11621 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 8/28/2024 | 10266 | 02cv07230 |
| 140 | 1/30/2026 | 11622 | Speiser Krause, PC | (914) 220-5333; jog@speiserkrause.com; klv@speiserkrause.com | 5/29/2025 | 10987 | 02cv07230 |
| 141 | 1/31/2026 | 11623 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/5/2020 | 5865 | Hemenway, No. 1:18-cv-12277 |
| 142 | 1/31/2026 | 11624 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/7/2020 | 5876 | Ades, No. 1:18-cv-07306 |

APPENDIX: The Requests to Certify the Iran Judgments

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 143 | 1/31/2026 | 11625 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5917 | Rivelli, No. 1:18-cv-11878 |
| 144 | 1/31/2026 | 11626 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5919 | DeRubbio, No. 1:18-cv-05306 |
| 145 | 1/31/2026 | 11627 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5928 | Morris, No. 1:18-cv-05321 |
| 146 | 1/31/2026 | 11628 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5929 | Jimenez, No. 1:18-cv-11875 |
| 147 | 1/31/2026 | 11629 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5933 | Abel, No. 1:18-cv-11837 |
| 148 | 1/31/2026 | 11630 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5975 | Burnett, No. 1:15-cv-09903 |
| 149 | 1/31/2026 | 11631 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7521 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Hemenway, No. 1:18-cv-12277; Jimenez, No. 1:18-cv-11875; Kim, No. 1:18-cv-11870; Morris, No. 1:18-cv-05321; Rivelli, No. 1:18-cv-11878; Rowenhorst, No. 1:18-cv-12387; Moody-Theinert, No. 1:18-cv-11876; Agyeman, No. 1:18-cv-05320; Ades, No. 1:18-cv-07306; Kamardinova, No. 1:18-cv-05339; Schlissel, No. 1:18-cv-05331 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 150 | 1/31/2026 | 11632 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7522 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 151 | 1/31/2026 | 11633 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7523 | DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870; Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Agyeman, No. 1:18-cv-05320; Hemenway, No. 1:18-cv-12277; Kamardinova, No. 1:18-cv-05339; Rowenhorst, No. 1:18-cv-12387; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 152 | 1/31/2026 | 11634 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/4/2022 | 7527 | Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 153 | 1/31/2026 | 11635 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/10/2022 | 7580 | Anaya, No. 1:18-cv-12341 |

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 154 | 1/31/2026 | 11636 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8232 | Aamoth, No. 1:18-cv-12276; Abel, No. 1:18-cv-11837; Rivelli, No. 1:18-cv-11878; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 155 | 1/31/2026 | 11637 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/19/2022 | 8239 | DeRubbio, No. 1:18-cv-05306; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 156 | 1/31/2026 | 11638 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/2/2022 | 8311 | Anaya, No. 1:18-cv-12341 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 157 | 1/31/2026 | 11639 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 11/7/2023 | 9416 | Kamardinova, No. 1:18-cv-05339; Jimenez, No. 1:18-cv-11875; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 158 | 1/31/2026 | 11640 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 3/26/2024 | 9668 | King, No. 1:22-cv-05193 |
| 159 | 1/31/2026 | 11641 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9933 | Agyeman, No. 1:18-cv-05320; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |

APPENDIX: The Requests to Certify the Iran Judgments

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 160 | 1/31/2026 | 11642 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9935 | Ashton, No. 1:02-cv-06977; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387;  Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 161 | 1/31/2026 | 11643 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/28/2024 | 10266 (J) corresponding to clerk's judgment at 11120 | Ashton, No. 1:02-cv-06977; Burlingame, No. 1:02-cv-7230; DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Schlissel, No. 1:18-cv-05331; Jimenez, No. 1:18-cv-11875 Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |
| 162 | 1/31/2026 | 11644 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10276 (J) corresponding to clerk's judgment at 11121 | Hemenway, 18-cv-12277; Kim, 18-cv-11870; King, 22-cv-05193 |
| 163 | 1/31/2026 | 11645 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 8/29/2024 | 10277 (J) corresponding to clerk's judgment at 11123 | Abel, No. 1:18-cv-11837; Mellon, No. 1:19-cv-11767; Ades, No. 1:18-cv-07306; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376 |
| 164 | 1/31/2026 | 11646 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/5/2024 | 10306 (J) corresponding to clerk's judgment at 11127 | Morris, No. 1:18-cv-05321; Hemenway, No. 1:18-cv-12277 Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283 |
| 165 | 2/2/2026 | 11647 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/2/2019 | 4503 | 1:02-cv-06977-GBD-SN |
| 166 | 2/2/2026 | 11648 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/16/2016 | 3300 | 1:02-cv-06977-GBD-SN |

APPENDIX: The Requests to Certify the Iran Judgments

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 167 | 2/2/2026 | 11649 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/31/2016 | 3386 | 1:02-cv-06977-GBD-SN |
| 168 | 2/2/2026 | 11650 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 11/16/2016 | 3394 | 1:02-cv-06977-GBD-SN |
| 169 | 2/2/2026 | 11651 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/20/2024 | 10390 | Aamoth, No. 1:18-cv-12276; Jimenez, No. 1:18-cv-11875; Mellon, No. 1:19-cv-11767 King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823 |
| 170 | 2/2/2026 | 11652 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/13/2018 | 4170 | 1:02-cv-06977-GBD-SN |
| 171 | 2/2/2026 | 11653 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10984 (J) corresponding to clerk's judgment at 11148 | Hemenway, No. 1:18-cv-12277; King, No. 1:22-cv-05193 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 172 | 2/2/2026 | 11654 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 5/29/2025 | 10997 (J) corresponding to clerk's judgment at 11145 | Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Moody-Theinert, No. 1:18-cv-11876; Aamoth, No. 1:18-cv-12276; Bodner, No. 1:19-cv-11776; Fennelly, No. 1:23-cv-10824; Bianco, No. 1:20-cv-10902; Kelly, No. 1:23-cv-07283; Jelnek, No. 1:24-cv-05520 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 173 | 2/2/2026 | 11655 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/2/2025 | 11000 (J) corresponding to clerk's judgment at 11149 | Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Ades, No. 1:18-cv-07306; Abel, No. 1:18-cv-11837; Jimenez, No. 1:18-cv-11875; Moody-Theinert, No. 1:18-cv-11876; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193; Strauss, No. 1:22-cv-10823; Kone, No. 1:23-cv-05790; Kelly, No. 1:23-cv-07283; Lopez, No. 1:23-cv-08305; Burnett, No. 1:15-cv-09903; Fennelly, No. 1:23-cv-10824; Jelnek, No. 1:24-cv-05520 |
| 174 | 2/2/2026 | 11656 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/9/2025 | 11011 (J) corresponding to clerk's judgment at 11011 | Morris, No. 1:18-cv-05321; Rowenhorst, No. 1:18-cv-12387; King, No. 1:22-cv-05193 |
| 175 | 2/2/2026 | 11657 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 10/5/2021 | 7190 | Ashton, 1:02-cv-06977 |
| 176 | 2/2/2026 | 11657 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 177 | 2/2/2026 | 11658 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 4/3/2023 | 8978 | DeRubbio, No. 1:18-cv-05306; Kamardinova, No. 1:18-cv-05339; Aamoth, No. 1:18-cv-12276; Rowenhorst, No. 1:18-cv-12387; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239 |
| 178 | 2/5/2026 | 11670 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2018 | 4127 | 1:02-cv-06977-GBD-SN |
| 179 | 2/5/2026 | 11671 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/7/2018 | 4152 | 1:02-cv-06977-GBD-SN |
| 180 | 2/5/2026 | 11672 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/5/2020 | 6191 | 1:02-cv-06977-GBD-SN |
| 181 | 2/5/2026 | 11673 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5950 | 1:02-cv-06977-GBD-SN |
| 182 | 2/5/2026 | 11675 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5947 | 1:02-cv-06977-GBD-SN |
| 183 | 2/6/2026 | 11683 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/12/2019 | 5145 | 1:02-cv-06977-GBD-SN |
| 184 | 2/6/2026 | 11684 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/12/2020 | 5920 | 1:02-cv-06977-GBD-SN |
| 185 | 2/6/2026 | 11685 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/5/2020 | 5846 | 1:02-cv-06977-GBD-SN |
| 186 | 2/6/2026 | 11686 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7190 | 1:02-cv-06977-GBD-SN |
| 187 | 2/6/2026 | 11687 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7170 | 1:02-cv-06977-GBD-SN |
| 188 | 2/6/2026 | 11688 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 10/5/2021 | 7172 | 1:02-cv-06977-GBD-SN |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 189 | 2/6/2026 | 11689 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/26/2023 | 9159 | 1:02-cv-06977-GBD-SN |
| 190 | 2/6/2026 | 11690 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/3/2024 | 10292 | 1:02-cv-06977-GBD-SN |
| 191 | 2/6/2026 | 11691 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10986 | 1:02-cv-06977-GBD-SN |
| 192 | 2/6/2026 | 11692 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 8/28/2024 | 10266 | 1:02-cv-06977-GBD-SN |
| 193 | 2/6/2026 | 11694 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10987 | 1:02-cv-06977-GBD-SN |
| 194 | 2/6/2026 | 11696 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 5/29/2025 | 10985 | 1:02-cv-06977-GBD-SN |
| 195 | 2/6/2026 | 11697 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 2/14/2020 | 5953 | 1:02-cv-06977-GBD-SN |
| 196 | 2/6/2026 | 11700 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8287 | 1:02-cv-06977-GBD-SN |
| 197 | 2/6/2026 | 11701 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 9/9/2019 | 5103 | 1:18-cv-08297-GBD-SN; 1:02-cv-06977-GBD-SN |
| 198 | 2/6/2026 | 11703 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 6/17/2024 | 9925 | 1:18-cv-08297-GBD-SN |
| 199 | 2/6/2026 | 11704 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/21/2022 | 8245 | 1:18-cv-08297-GBD-SN |
| 200 | 2/6/2026 | 11705 | Kreindler and Kreindler LLP | mbenett@kreindler.com 212.973.3406 | 7/28/2022 | 8289 | 1:02-cv-06977-GBD-SN |
| 201 | 2/12/2026 | 11721 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07230 |
| 202 | 2/12/2026 | 11722 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07230 |
| 203 | 2/12/2026 | 11723 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 3/8/2016 | 3226 | 02-cv-06977; 02-cv-07236 |
| 204 | 2/12/2026 | 11724 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 5/29/2018 | 4011 | 02-cv-06977; 02-cv-07230 |
| 205 | 2/12/2026 | 11725 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 12/17/2019 | 5376 | 02-cv-06977; 02-cv-07230; 18-cv-11417 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 206 | 2/12/2026 | 11726 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 2/21/2020 | 5999 | 02-cv-06977; 02-cv-07236; 20-cv-00266 |
| 207 | 2/12/2026 | 11727 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 1/7/2020 | 5452 | 02-cv-06977; 02-cv-07230; 18-cv-11417 |
| 208 | 2/16/2026 | 11735 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 3/8/2016 | 3226 | 02cv07236 |
| 209 | 2/16/2026 | 11736 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 9/12/2016 | 3341 | 02cv07236 |
| 210 | 2/16/2026 | 11739 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 10/31/2016 | 3387 | 02cv07236 |
| 211 | 2/16/2026 | 11740 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 11/29/2016 | 3399 | 02cv07236 |
| 212 | 2/16/2026 | 11741 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 11/30/2016 | 3402 | 02cv07236 |
| 213 | 2/16/2026 | 11742 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 12/1/2016 | 3403 | 02cv07236 |
| 214 | 2/16/2026 | 11743 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 12/5/2016 | 3408 | 02cv07236 |
| 215 | 2/16/2026 | 11744 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 9/4/2019 | 5073 | 18cv11416 |
| 216 | 2/16/2026 | 11745 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/7/2020 | 5450 | 18cv11416 |
| 217 | 2/16/2026 | 11746 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5771 | 02cv07236 |
| 218 | 2/16/2026 | 11747 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5772 | 02cv07236 |
| 219 | 2/16/2026 | 11748 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5773 | 02cv07236 |
| 220 | 2/16/2026 | 11749 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5775 | 02cv07236; 18cv11416 |
| 221 | 2/16/2026 | 11750 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5776 | 02cv07236 |
| 222 | 2/16/2026 | 11751 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5779 | 02cv07236 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 223 | 2/16/2026 | 11752 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5780 | 02cv07236 |
| 224 | 2/16/2026 | 11753 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 1/30/2020 | 5781 | 02cv07236 |
| 225 | 2/16/2026 | 11754 | Baumeister & Samuels, P.C. | (212) 363-1200 tcapone@baumeisterlaw.com | 2/14/2020 | 5947 | 02cv07236 |
| 226 | 2/17/2026 | 11755 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-06247 |
| 227 | 2/17/2026 | 11756 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-03505 |
| 228 | 2/17/2026 | 11757 | Sullivan Papain Block McManus Coffinas & Cannavo P.C. | (212) 732-9000; Npapain@Triallaw1.com | 3/28/25; 4/14/25 | 10813; 10862 | 21-cv-01394 |
| 229 | 2/17/2026 | 11759 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 2/19/2020 | 5985 | 19cv00012 |
| 230 | 2/17/2026 | 11760 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 9/20/2024 | 10346 | 19cv00012 |
| 231 | 2/18/2026 | 11766 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5132 | DeRubbio, No. 1:18-cv-05306 |
| 232 | 2/18/2026 | 11767 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5126 | Agyeman, No. 1:18-cv-05320 |
| 233 | 2/18/2026 | 11768 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5129 | Kim, No. 1:18-cv-11870 |
| 234 | 2/18/2026 | 11769 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/10/2019 | 5133 | Abel, No. 1:18-cv-11837 |
| 235 | 2/18/2026 | 11770 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/13/2019 | 5155 | Rowenhorst, No. 1:18-cv-12387 |
| 236 | 2/18/2026 | 11771 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/14/2020 | 5974 | Rivelli, No. 1:18-cv-11878 |
| 237 | 2/19/2026 | 11776 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/12/2020 | 5927 (M&O) | O'Neill, No. 1:04-cv-01076 |
| 238 | 2/19/2026 | 11777 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 10/16/2012 | 2624 | 03cv09848 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 239 | 2/19/2026 | 11778 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8288 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767 |
| 240 | 2/19/2026 | 11779 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/19/2025 | 10681 (M&O) corresponding to judgment at 11138 | Jimenez, No. 1:18-cv-11875 |
| 241 | 2/19/2026 | 11780 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/17/2023 | 9213 (M&O) | Amato, No. 1:21-cv-10239 |
| 242 | 2/19/2026 | 11781 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/4/2024 | 10300 (M&O) corresponding to judgment at 11125 | Aron, 20-cv-9376 |
| 243 | 2/19/2026 | 11782 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 1/22/2024 | 9557 (M&O) corresponding to judgment at 9730 | Bernaerts, No. 1:19-cv-11865 |
| 244 | 2/19/2026 | 11783 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 9/3/2024 | 10292 (J) corresponding to clerk's judgment at 11124 | Morris, No. 1:18-cv-05321; Bernaerts, No. 1:19-cv-11865; Jimenez, No. 1:18-cv-11875; Aamoth, No. 1:18-cv-12276; King, No. 1:22-cv-05193 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 245 | 2/19/2026 | 11784 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 6/17/2024 | 9931 (M&O) | DeRubbio, No. 1:18-cv-05306; Agyeman, No. 1:18-cv-05320; Morris, No. 1:18-cv-05321; Schlissel, No. 1:18-cv-05331; Kamardinova, No. 1:18-cv-05339; Abel, No. 1:18-cv-11837; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Rowenhorst, No. 1:18-cv-12387; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Asaro, No. 1:20-cv-10460; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 246 | 2/19/2026 | 11785 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 2/21/2020; 3/6/2020; 5/11/2020 | 5999; 6036; 6201; 8984; 9172 | 20cv00266 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 247 | 2/19/2026 | 11786 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 12/14/2023 | 9468 (M&O) | DeRubbio, No. 1:18-cv-05306; Morris, No. 1:18-cv-05321; Ades, No. 1:18-cv-07306; Kim, No. 1:18-cv-11870; Jimenez, No. 1:18-cv-11875; Rivelli, No. 1:18-cv-11878; Aamoth, No. 1:18-cv-12276; Hemenway, No. 1:18-cv-12277; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902; Amato, No. 1:21-cv-10239; King, No. 1:22-cv-05193 |
| 248 | 2/19/2026 | 11788 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/18/2020 | 5977 | Rowenhorst, No. 1:18-cv-12387; Agyeman, No. 1:18-cv-05320; Abel, No. 1:18-cv-11837; DeRubbio, No. 1:18-cv-05306; Kim, No. 1:18-cv-11870 |
| 249 | 2/19/2026 | 11789 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 7/28/2022 | 8286 (M&O) | Hemenway, No. 1:18-cv-12277; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Bianco, No. 1:20-cv-10902 |
| 250 | 2/19/2026 | 11792 | Wiggins Childs LLC | (205) 314-0500 dgp@wigginschilds.com | 10/31/2016 | 3387; 3371-1; 8984 | 20cv00266 |

**APPENDIX: The Requests to Certify the Iran Judgments**

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 251 | 2/19/2026 | 11794 | Law Office of John F. Schutty, P.C. | (212) 745-1157; john@johnschutty.com | 1/4/2022; 1/21/2026 | 7527, 7522, 11475 | Burnett, No. 1:15-cv-9903; Mellon, No. 1:19-cv-11767; Bodner, No. 1:19-cv-11776; Bernaerts, No. 1:19-cv-11865; Aron, No. 1:20-cv-09376; Hargrave, No. 1:20-cv-09387; Asaro, No. 1:20-cv-10460; Bianco, No. 1:20-cv-10902 |