# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

*Via ECF*  March 4, 2026

The Honorable George B. Daniels, U.S.D.J.  The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.  United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse  Thurgood Marshall U.S. Courthouse
500 Pearl Street  40 Foley Square, Room 430
New York, NY 10007  New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD)(SN); *Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN); *Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN); *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, 1:18-cv-11878 (GBD)(SN); *Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN); *Michael Bianco et al. v. Islamic Republic of Iran*, 1:20-cv-10902 (GBD)(SN); *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN); *Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN); *Kenneth Lum, et al v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN) – Additional Judgment to Add to Exhibit to Report & Recommendation at ECF No. 11824

Dear Judge Daniels and Judge Netburn:

Plaintiffs in the above-referenced actions respectfully request that the partial final judgment the Court recently entered in their favor and against the Islamic Republic of Iran ("Iran"), on February 3, 2026, ECF No. 11661, be added to the Exhibit attached to yesterday's Report & Recommendation at ECF No. 11824.

As detailed in the affidavit attached to this letter, leading up to the Court's February 13, 2026 Order, ECF No. 11730, ordering preparation of the Exhibit that became part of the Court's Report & Recommendation at ECF No. 11824, and that would include all recent requests for Proposed Clerk's Certification of Judgment to be Registered in Another District, undersigned counsel had not filed for a Proposed Clerk's Certification of Judgment to be Registered in Another District for this new partial final judgment against Iran, at ECF No. 11661, because service had not yet been completed. But given the Court's ruling in the Report and Recommendation, ECF No. 11824, at pp. 16-17, that "upon entry of the final Iran Judgments, the Court finds good cause for their immediate registration" in another district notwithstanding the time for Iran to appeal has not yet passed, undersigned counsel has now filed for a Proposed Clerk's Certification of Judgment to be Registered in Another District for this judgment at ECF No. 11661. *See* ECF No. 11829. Accordingly, undersigned counsel respectfully requests that this judgment be added to the Exhibit attached to the Report & Recommendation at ECF No. 11824, and any corresponding future Court order.

**ANDERSON KILL P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
March 4, 2026
Page 2

  We thank the Court for its attention to this matter.

                Respectfully submitted,

             By: ANDERSON KILL P.C.

               */s/ Jerry S. Goldman*
               Jerry S. Goldman, Esq.
               Bruce Strong, Esq.
               7 Times Square, 15th Floor
               New York, NY 10036
               Telephone: (212) 278-1000
               jgoldman@andersonkill.com
               bstrong@andersonkill.com

               *For the O'Neill Plaintiffs*

Enclosure
cc: All Counsel of Record via ECF

DOCS-100890257.1