**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF A PLAINTIFF WHO WAS NOT AN IMMEDIATE FAMILY MEMBER OF A 9/11 DECEDENT**

(*BURNETT/IRAN* **48**)

PLEASE TAKE NOTICE that upon the accompanying Declaration of John C. Duane ("Duane Declaration"), with exhibits, and the accompanying memorandum of law, Plaintiff Francesca M. Jerez-DeVito respectfully moves this Court for an Order entering partial final default judgment on her behalf against The Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "the Iran Defendants") and awarding her (1) solatium damages for the losses she suffered as a functional equivalent of a child to 9/11 decedent Robert D. Cirri, Sr. in the same per plaintiff amount of $8,500,000.00 previously awarded by this Court to children; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and (3) permission for Mrs. Jerez-DeVito to seek punitive damages or other damages at a later date, and for all other similarly situated Plaintiffs to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiff Francesca M. Jerez-DeVito makes this request in connection with the judgment of default as to liability entered against the Iran Defendants on January 31, 2017. *See* 15-cv-9903 ECF No. 85.

Dated:  March 4, 2026

Respectfully submitted,

/s/  *John C. Duane*
John C. Duane, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Email: jduane@motleyrice.com

Attorney for the *Burnett/Iran* Plaintiffs