# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

March 5, 2026                                                **Via ECF**

Honorable George B. Daniels, U.S. District Court Judge
Honorable Sarah Netburn, U.S. District Court Magistrate Judge

> Re:    *In re Terrorist Attacks on September 11, 2001,*
> MDL No. 03-MDL-1570 (GBD) (SN)
> *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (and member
> cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and
> *Schneider, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)
> <u>*Ashton* Requests for Rule 54(b) Certifications to Past Awards</u>

Your Honors:

I write in response to the Report and Recommendation (R&R) & Appendix (MDL ECF #11824) issued March 3, 2026, by Magistrate Judge Sarah Netburn.

We have noted upon a review of the R&R's Appendix that the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs were not included within the Appendix as parties seeking Rule 54(b) certifications; these plaintiffs also seek to obtain "finality" to their "partial final judgments" against the Islamic Republic of Iran since a proper and timely request was made for such inclusion within "the list" on February 24, 2026 (MDL ECF ##11803, 11803-1 and 11803-2).

I am attaching as Exhibits what was filed by these Plaintiffs who requested inclusion to "the list" on February 24, nearly a week before the R&R was issued.

Since we believe that this was a mere oversight, we are asking the Magistrate Judge to amend the Appendix to include the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs.

*Please ensure that the clients referred to in the attachments are part of the broad Rule 54(b) certification Order that may be issued to other plaintiffs (that were submitted to the Court with the letter of Mr. John Eubanks dated February 20, 2026 (MDL ECF #11800)).*

Sincerely yours,

*John F. Schutty*