# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

*Via ECF*  March 6, 2026

The Honorable George B. Daniels, U.S.D.J.     The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.  United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse             Thurgood Marshall U.S. Courthouse
500 Pearl Street                                40 Foley Square, Room 430
New York, NY 10007                              New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD)(SN) – Corrections to Exhibit in Report & Recommendation at ECF No. 11824

Dear Judge Daniels and Judge Netburn:

The *O'Neill* Plaintiffs write to correct two small errors in the Exhibit attached to the Report & Recommendation at ECF No. 11824 that we discovered as part of our ongoing quality control process. First, line 174 of the chart states that ECF No. 11011 corresponds to a clerk's judgment entered at ECF No. 11011. It should read that ECF No. 11011 corresponds to a clerk's judgment entered at ECF No. 11150. Second, line 86 of the chart correctly states that undersigned counsel sought certification of the Court's Order at ECF No. 5832, but Anderson Kill withdraws that request. Undersigned counsel requests that this line be removed from the chart. Undersigned counsel respectfully requests that these changes be made to the Exhibit attached to the Report & Recommendation at ECF No. 11824, and any corresponding related future Court order.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: ANDERSON KILL P.C.

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
7 Times Square, 15th Floor
New York, NY 10036
Telephone: (212) 278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*For the O'Neill Plaintiffs*

cc:     All Counsel of Record via ECF