# EXHIBIT G

| | |
|---|---|
| **From:** | Mahaffey, Michael |
| **Sent:** | Friday, December 12, 2025 11:02 AM |
| **To:** | Barnea, Jean-David (USANYS); Jude, Jennifer (USANYS) |
| **Cc:** | Erb, Nicole; McLaughlin, Celia |
| **Subject:** | RE: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - September 26, 2025 Submission |

Dear J.D.,

Thank you for providing the CIA's proposal. Reserving all rights, we have a few questions, and are happy to discuss by phone or videoconference if helpful.

First, can you give us some clarity on how the CIA will conduct its searches based on "combinations and variations" of the proposed terms in order to identify the reports that contain the greatest number of hits? For instance, what combinations will the CIA use? Will the CIA simply identify the 15 reports that contain the most hits (and that can be acknowledged, and that are not listed in the parties' requests or included in the CIA's EO 14040 production), or will it further refine based on relevance? Terms like "business," "business group," "departure," and "headquarters," for instance, will likely trigger a substantial number of false hits, so we want to understand how those terms will be combined with other terms to capture relevance.

Second, will the CIA be identifying and producing 15 reports responsive to Plaintiffs' requests, and 15 *different* reports responsive to Sudan's requests? Or is it possible that there will be some (or even substantial) overlap in those productions?

Third, we understand that the CIA will *only* be producing "reports," and not underlying documents, interviews, notes, communications, etc. Is our understanding correct? What database will the CIA be searching?

Fourth, would the CIA consider adding the following search terms to respond to Sudan's requests: El Shifa, Elfatih Erwa, Mahdi Ibrahim Mohamed, Saleh Gosh, including the spelling variations in the tables below designed to capture comprehensive results:

Fifth, Sudan's Request No. 5 seeks information "sufficient to establish and explain the withdrawal of approximately 100 United States intelligence reports regarding Sudan," and our prior communications have set forth the bases for that request. How will the CIA's proposal capture withdrawn intelligence reports regarding Sudan?

Sudan reserves all rights with regard to any objections or disputes that may arise.

Sincerely,

Michael

**Alternative Spellings: El Shifa**

| El Shifa |
|---|
| El-Shifa |
| Al Shifa |
| Al-Shifa |

**Alternative Spellings: Elfatih Erwa**

| Elfatih | Erwa |
|---|---|
| El-Fatih | Erwa |
| Alfatih | Erwa |
| Al-Fatih | Erwa |
| Elfatih | Irwa |
| El-Fatih | Irwa |
| Alfatih | Irwa |
| Al-Fatih | Irwa |

**Alternative Spellings: Mahdi Ibrahim Mohamed**
- **Boolean search: "M*hdi Ibrahim Muh*d" OR "M*hdi Ibrahim Moh*d"**

| Mahdi | Ibrahim | Mohamed |
|---|---|---|

| | | |
|---|---|---|
| Mahdi | Ibrahim | Muhammad |
| Mahdi | Ibrahim | Mohammed |
| Mahdi | Ibrahim | Mohammad |
| Mahdi | Ibrahim | Muhammed |
| Mahdi | Ibrahim | Mohamad |
| Mahdi | Ibrahim | Muhamad |
| Mahdi | Ibrahim | Mohamud |
| Mehdi | Ibrahim | Mohamed |
| Mehdi | Ibrahim | Muhammad |
| Mehdi | Ibrahim | Mohammed |
| Mehdi | Ibrahim | Mohammad |
| Mehdi | Ibrahim | Muhammed |
| Mehdi | Ibrahim | Mohamad |
| Mehdi | Ibrahim | Muhamad |
| Mehdi | Ibrahim | Mohamud |

**Alternative Spellings: Saleh Gosh**
- **Boolean search: "Sal*h Gosh" OR "Sal*h Ghosh" OR "Sal*h Abd*lla* Moh*d" OR "Sal*h Abd*lla* Muh*d"**

| | | |
|---|---|---|
| Saleh | Gosh | |
| Salah | Gosh | |
| Salih | Gosh | |
| Saleh | Ghosh | |
| Salah | Ghosh | |
| Salih | Ghosh | |
| Saleh | Abdalla | Mohamed |
| Saleh | Abdalla | Muhammad |
| Saleh | Abdalla | Mohammed |
| Saleh | Abdalla | Mohammad |
| Saleh | Abdalla | Muhammed |
| Saleh | Abdalla | Mohamad |
| Saleh | Abdalla | Muhamad |
| Saleh | Abdalla | Mohamud |
| Salah | Abdalla | Mohamed |
| Salah | Abdalla | Muhammad |
| Salah | Abdalla | Mohammed |

| | | |
|---|---|---|
| Salah | Abdalla | Mohammad |
| Salah | Abdalla | Muhammed |
| Salah | Abdalla | Mohamad |
| Salah | Abdalla | Muhamad |
| Salah | Abdalla | Mohamud |
| Salih | Abdalla | Mohamed |
| Salih | Abdalla | Muhammad |
| Salih | Abdalla | Mohammed |
| Salih | Abdalla | Mohammad |
| Salih | Abdalla | Muhammed |
| Salih | Abdalla | Mohamad |
| Salih | Abdalla | Muhamad |
| Salih | Abdalla | Mohamud |
| Salah | Abdalla | Mohamed |
| Salih | Abdalla | Mohamed |
| Saleh | Abdulla | Mohamed |
| Saleh | Abdulla | Muhammad |

| | | |
|---|---|---|
| Saleh | Abdulla | Mohammed |
| Saleh | Abdulla | Mohammad |
| Saleh | Abdulla | Muhammed |
| Saleh | Abdulla | Mohamad |
| Saleh | Abdulla | Muhamad |
| Saleh | Abdulla | Mohamud |
| Salah | Abdulla | Mohamed |
| Salah | Abdulla | Muhammad |
| Salah | Abdulla | Mohammed |
| Salah | Abdulla | Mohammad |
| Salah | Abdulla | Muhammed |
| Salah | Abdulla | Mohamad |
| Salah | Abdulla | Muhamad |
| Salah | Abdulla | Mohamud |
| Salih | Abdulla | Mohamed |
| Salih | Abdulla | Muhammad |
| Salih | Abdulla | Mohammed |

| Salih | Abdulla | Mohammad |
|-------|---------|----------|
| Salih | Abdulla | Muhammed |
| Salih | Abdulla | Mohamad |
| Salih | Abdulla | Muhamad |
| Salih | Abdulla | Mohamud |
| Salah | Abdulla | Mohamed |
| Salih | Abdulla | Mohamed |

**Michael Mahaffey**  |  Associate
T  +1 202 729 2488     E  michael.mahaffey@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807