# EXHIBIT H

| | |
|---|---|
| **From:** | Mahaffey, Michael |
| **Sent:** | Friday, December 12, 2025 3:08 PM |
| **To:** | Barnea, Jean-David (USANYS); Carter, Sean; McLaughlin, Celia; Haefele, Robert; Tarbutton, J. Scott; WTC[jflowers@motleyrice.com]; Steven R. Pounian; WTC[amaloney@kreindler.com]; Gavin Simpson; WTC[jgoldman@andersonkill.com]; Bruce Strong; Erb, Nicole; Elsner, Mike |
| **Cc:** | Jude, Jennifer (USANYS); Pritsker, Gabrielle E. |
| **Subject:** | RE: In Re Terrorist Attacks on September 11, 2001, Case No. 1:03-md-01570 (GBD)(SN) - September 26, 2025 Submission |

J.D.,

We understand that the CIA is re-processing specific reports requested by Sudan and Plaintiffs in our respective subpoenas.

You noted in our June 13 call that the declassification review process for the CIA could be time-consuming. As we have said before, we want to work with the CIA to make the process of responding to the subpoenas as minimally burdensome and timely as possible. In particular, as we noted in our July 9, 2025, letter, before the CIA expends its resources re-processing documents that have already been produced or publicly disclosed with redactions, we are happy to review the redacted versions of those documents, and inform you whether another review is necessary or can be streamlined from our perspective.

In this vein, and to expedite the CIA's review, we want to confirm that Sudan is not seeking re-processing of redacted information that is not relevant to Plaintiffs' claims against Sudan or Sudan's defenses. For the specific reports requested by Sudan, we have identified below particular sections where re-processing is not necessary. If there are other sections or redactions that the CIA identifies as not being relevant here, then we are happy to consider those as well.

Similarly, as the CIA conducts its classification review for all additional reports that it produces based on the CIA's proposal in your email below, Sudan's position is that the CIA does *not* need to conduct a classification review with the aim of releasing information in those reports that is not relevant to Plaintiffs' claims against Sudan or Sudan's defenses. To expedite the CIA's review, such irrelevant information can simply be redacted from the reports that the CIA produces.

We also understand that DIB's counsel, whom we've copied in, has no objection to Sudan's approach to the scope of re-processing on its requests to the CIA.

Please let us know if you have any questions or would like to discuss.

Sudan reserves all rights with regard to any objections or disputes that may arise.

Sincerely,

Michael

----

**Sections of Previously Produced Reports that Do _Not_ Require Re-Processing**

**Al-Qa'ida in Sudan, 1992-96: Old School Ties Lead Down Dangerous Paths**

- CIA_000045 – No reprocessing necessary of "Financial Infrastructure" Section

**Usama Bin Ladin's Finances: Some Estimates of Wealth, Income, and Expenditures**

- CIA_000322-323 – In first paragraph of the "Bank Accounts" Section, reprocessing only necessary for the first and last redactions in this paragraph.
- CIA_000326 – No reprocessing necessary of "Conventional Banks" paragraph, except for last redaction, if relevant to Sudan.
- CIA_000337-338 – No reprocessing necessary of "Islamic Banks Possibly Harboring Bin Ladin's Wealth" section, other than paragraph beginning with "Islamic banks in Sudan…" on CIA_000337.

**Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions**

- CIA_000722-727 – No reprocessing necessary of "Key Findings" section, Index, and Scope note, other than paragraphs/bullets regarding Dar Al Maal Al Islami Trust and The Dallah Al Baraka Group on CIA_000722-723.
- CIA_000728-733 – No re-processing necessary.
- CIA_000734-750 – No reprocessing necessary of Sections on Dubai Islamic Bank, Faisal Islamic Bank of Sudan, Faisal Finance Institution, Faisal Islamic Bank of Egypt, Faysal Islamic Bank of Bahrain, Dallah al Baraka Group, Al Rajhi Banking & Investment Company, Suspect Financial Activities at other Islamic Banks, Motivations for Using Islamic Banks, and Common Ownership and Management of Islamic Financial Institutions, except –
    - (a) CIA_000736, only reprocess information that pertain to Sudan (not DIB);
    - (b) CIA_000747, only reprocess paragraph/bullet that begins with "In early 1995, senior management at Al Shamal Islamic Bank"; and
    - (c) CIA_000748, only reprocess paragraph/bullet beginning with "Islamic banks in Sudan".
- CIA_000755-CIA_804 – Appendix does not need to be reprocessed

**Michael Mahaffey**  |  Associate
**T**  +1 202 729 2488     **E**  michael.mahaffey@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807