# EXHIBIT K

```
            P5UETERRH

 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    IN RE:   TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001.
 4                                            03 MD 1570 (GBD)(SN)

 5                                            MDL Hearing
      ------------------------------x
 6
                                              New York, N.Y.
 7                                            May 30, 2025
                                              10:00 a.m.
 8    Before:

 9                         HON. SARAH NETBURN,

10                                            District Judge

11                         APPEARANCES
      COZEN O'CONNOR
12         Attorney for Plaintiffs and DECs
      BY:  SEAN P. CARTER
13
      MOTLEY RICE LLC
14         Attorney for Plaintiffs
      BY:  ROBERT T. HAEFELE
15         DONALD A. MIGLIORI

16    KREINDLER & KREINDLER LLP
           Attorneys for the Ashton Plaintiffs
17    BY:  STEVEN R. POUNIAN
           JAMES GAVIN SIMPSON
18         ANDREW MALONEY

19    ANDERSON KILL, P.C.
           Attorneys for Plaintiffs
20    BY:  JERRY S. GOLDMAN
           ALEXANDER GREENE
21         BRUCE STRONG

22    WHITE & CASE, LLP
           Attorneys for Defendant Republic of the Sudan
23    BY:  NICOLE ERB
           CELIA A. McLAUGHLIN
24
      SARAH S. NORMAND and JD BERNEA
25         Attorneys for Interested Party FBI
```

(212) 805-0300

1  have to tackle.
2            THE COURT:  Okay.
3            Ms. Normand, can you just make sure that either you or
4  you replacement can figure out what can be produced?
5            MS. NORMAND:  Certainly, your Honor.  We've typically
6  resolved those issues readily.
7            I would like to introduce my colleague, JD Barnea --
8  for the court reporter, it's B-A-R-N-E-A -- who is going to be
9  taking the lead on the Sudan issues.
10           THE COURT:  Great.
11           Welcome, Mr. Barnea.
12           MR. BARNEA:  Thank you, your Honor.
13           THE COURT:  All right.  I think we have a working plan
14  here.
15           Again, Mr. Carter, I'm not going to preclude you from
16  filing your motion for spoliation, but my recommendation, if
17  you want my free legal advice, is to wait and let's see what it
18  looks like.  It may be that the motion is well brought at the
19  appropriate time, I'm not prejudging it.  I understand your
20  arguments, but I think it'll be a better motion, for my
21  purposes, for evaluating whether that sort of ultimate sanction
22  is appropriate against a sovereign nation once I'm satisfied
23  that really every stone has been turned over.
24           MR. CARTER:  I understand, your Honor.
25           THE COURT:  Okay.

P5UETERRH

1              Anything further from you, Mr. Carter?
2              MR. CARTER:  No, your Honor.
3              THE COURT:  And anything further from you, Ms. Erb?
4              MS. ERB:  No.
5              THE COURT:  Is it pronounced --
6              MS. ERB:  It's Erb.
7              THE COURT:  Erb.  Sorry.
8              MS. ERB:  Thank you, your Honor.
9              THE COURT:  Okay.  Great.
10             All right, everybody.  I will see you after July 4, so
11   happy July 4.  I hope summer shows up at some point and the
12   rain eventually stops.
13             Take care, everybody.
14             (Adjourned)
15
16
17
18
19
20
21
22
23
24
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300