**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977 (GBD)(SN)*
*Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236 (S.D.N.Y.)*
*Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003 (GBD)(SN)*
*Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266 (S.D.N.Y.)*
*Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan, No. 02-cv-06977 (GBD)(SN)*

**REQUEST FOR CLERK'S CERTIFICATION OF FINAL AMENDED JUDGMENT**
**FOR REGISTRATION IN ANOTHER DISTRICT (AO 451)**

Plaintiffs Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan and Kristen Ryan (collectively, "Plaintiffs"), respectfully request that the Clerk of Court certify, pursuant to 28 U.S.C. § 1963, the Order of Further Partial Judgment entered by this Court on October 31, 2016 (ECF No. 3387), for registration in another district.

The October 31, 2016 Order of Further Partial Judgment awarded solatium damages in favor of Plaintiffs and against Defendant Islamic Republic of Iran. The Judgment fully resolved Plaintiffs' claims against Iran, was duly entered on the docket, and is final. The time for appeal has expired, no appeal or stay of enforcement is pending, and the Judgment has not been vacated, modified, or satisfied.

Plaintiffs respectfully request that the Clerk issue AO 451 (Clerk's Certification of a Judgment to be Registered in Another District), together with a certified copy of the Judgment, for purposes of registration pursuant to 28 U.S.C. § 1963.

Dated: Pearl River, New York
     March 7, 2026

                    McANDREW VUOTTO, LLC
                    Attorneys for Plaintiffs Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan and Kristen Ryan

                    By:    */s/Jonathan P. Vuotto*
                         Jonathan P. Vuotto
                         1 Blue Hill Plaza, Suite 1509
                         Pearl River, New York 10965
                         (212) 382-2208
                         jpv@mcandrewvuotto.com