AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action  No.03-md-1570 (GBD)(SN) |
| | ) |
| *Defendant* | ) This document relates to 02-cv-6977 (GBD)(SN); |
| | 02-cv-7236 (GBD0(SN) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

      I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* October 31, 2016, on behalf of Plaintiffs Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan and Kristen Ryan.

      I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.


Date: _____

                                         *CLERK OF COURT*

                                    _____

                                      *Signature of Clerk or Deputy Clerk*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 3 1 2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

## [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II*

and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment

by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the

entire record in this case, and in addition to the default judgment award for compensatory

damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226,

3229), it is hereby;

ORDERED that further partial judgment is entered on behalf of the forty (40) *Bauer II*

and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran;

and it is

ORDERED that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in the

attached Exhibits A and B are awarded solatium damages;

ORDERED that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on

Exhibits A and B may submit at a later date (1) an application for punitive damages; (2) an

application for economic damages awards that will be approved on the same basis as previously

awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I* Plaintiffs; and (3) Declarations in

support of those family members of the decedents in the forty (40) *Bauer II* and four (4) *Ashton*

Plaintiffs who are functionally equivalent to immediate family members.

Dated: New York, New York
     October _____, 2016

        SO ORDERED:

OCT 31 2016

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

***Bauer et al. v. al Qaeda Islamic Army, et al.,***
**02-cv-7236 (GBD)(FM)**

Case 1:03-md-01570-GBD-SN   Document 3371-1   Filed 10/21/16   Page 2 of 19

*Bauer et al. v. al Qaeda Islamic Army, et al., 02-cv-7236 (GBD)(FM)*

| Estate of | Family Members | | Solatium Damages |
|---|---|---|---|
| W. David Bauer | Virginia Bauer | Spouse | $12,500,000.00 |
| | W. David Bauer, III | Child | $8,500,000.00 |
| | Stephen Bauer | Child | $8,500,000.00 |
| | Jacqueline Bauer | Child | $8,500,000.00 |
| | Walter D. Bauer (died post-9/11) | Parent | $8,500,000.00 |
| | Dorothy Bauer | Parent | $8,500,000.00 |
| | Robert Bauer | Sibling | $4,250,000.00 |
| | Gretchen Abernathy | Sibling | $4,250,000.00 |
| | Heidi Pollard | Sibling | $4,250,000.00 |

1

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Paul F. Beatini | Susan Beatini | Spouse | $12,500,000.00 |
| | Julia R. Beatini | Child | $8,500,000.00 |
| | Daria L. Beatini | Child | $8,500,000.00 |
| | Michael Beatini (died in 2014) | Parent | $8,500,000.00 |
| | Doris Beatini (died in 2010) | Parent | $8,500,000.00 |
| | Michael Beatini (died in 2015) | Sibling | $4,250,000.00 |
| | Thomas Beatini | Sibling | $4,250,000.00 |
| | Nanda Beatini | Sibling | $4,250,000.00 |
| | Mark Beatini | Sibling | $4,250,000.00 |
| Anil T. Bharvaney | Pandora Bharvaney | Spouse | $12,500,000.0 |
| | Savitri Bharvaney | Parent | $8,500,000.00 |
| | Govind Bharvaney (died post-9/11) | Parent | $8,500,000.00 |
| | Kishore Bharvaney | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Colin Bonnett | Cathy Ann Bonnett | Spouse | $12,500,000.00 |
| | Kody Bonnett | Child | $8,500,000.00 |
| | Aubrey A. Parris | Parent | $8,500,000.00 |
| | Julia V. Bonnett | Parent | $8,500,000.00 |
| | Heather Bonnett | Sibling | $4,250,000.00 |
| Thomas Bowden | Deborah Bowden Hart | Spouse | $12,500,000.00 |
| | ▮ | Child | $8,500,000.00 |
| | ▮ | Child | $8,500,000.00 |
| | Thomas Bowden Sr. | Parent | $8,500,000.00 |
| | Sheila Bowden | Parent | $8,500,000.00 |
| | Kathleen Bowden | Sibling | $4,250,000.00 |
| | Paul Bowden | Sibling | $4,250,000.00 |
| | James Bowden | Sibling | $4,250,000.00 |

[1]The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Shawn E. Bowman | Jennifer Bowman Henry | Spouse | $12,500,000.00 |
| | ███ | Child | $8,500,000.00 |
| | ███ | Child | $8,500,000.00 |
| | Shawn Bowman Sr. | Parent | $8,500,000.00 |
| | Carol Bowman | Parent | $8,500,000.00 |
| | James Bowman | Sibling | $4,250,000.00 |
| Thomas Brennan | Jennifer Brennan Waterhouse | Spouse | $12,500,000.00 |
| | ███ | Child | $8,500,000.00 |
| | ███ | Child | $8,500,000.00 |
| | John Brennan | Parent | $8,500,000.00 |
| | Anita Brennan | Parent | $8,500,000.00 |
| | John Brennan | Sibling | $4,250,000.00 |
| | Paul Brennan | Sibling | $4,250,000.00 |
| | Marybeth Brennan | Sibling | $4,250,000.00 |
| | Michael Brennan | Sibling | $4,250,000.00 |

4

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Milton Bustillo | Laura Bustillo | Spouse | $12,500,000.00 |
| | ████ | Child | $8,500,000.00 |
| | Margarita Better | Parent | $8,500,000.00 |
| | Gilberto Bustillo (died post-9/11) | Parent | $8,500,000.00 |
| | Henry Bustillo | Sibling | $4,250,000.00 |
| | Gilberto Bustillo, Jr. | Sibling | $4,250,000.00 |
| | Dissa Bustillo | Sibling | $4,250,000.00 |
| | Mirna Bustillo | Sibling | $4,250,000.00 |
| John A. Candela | Elizabeth Candela | Spouse | $12,500,000.00 |
| | Juliette Candela | Child | $8,500,000.00 |
| | John Candela Jr. | Child | $8,500,000.00 |
| | John C. Candela (died in 2002) | Parent | $8,500,000.00 |
| | Phyllis Candela (died in 2012) | Parent | $8,500,000.00 |
| | Joseph Candela | Sibling | $4,250,000.00 |
| | Valerie Speller | Sibling | $4,250,000.00 |
| | Karen Ann Mee | Sibling | $4,250,000.00 |
| | Joan Brady | Sibling | $4,250,000.00 |

Case 1:03-md-01570-GBD-SN   Document 3371-1   Filed 10/21/16   Page 7 of 19

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Edward Carlino | Marie Carlino | Spouse | $12,500,000.00 |
| | Lisa Lopez | Child | $8,500,000.00 |
| | Salvatore Carlino | Parent | $8,500,000.00 |
| | Mary M. Carlino | Parent | $8,500,000.00 |
| Michael J. Cunningham | Teresa Cunningham | Spouse | $12,500,000.00 |
| | ▮▮▮▮ | Child | $8,500,000.00 |
| | Laurence Cunningham | Parent | $8,500,000.00 |
| | Bernadette Cunningham | Sibling | $4,250,000.00 |
| | Paul Cunningham | Sibling | $4,250,000.00 |
| | Sean Cunningham | Sibling | $4,250,000.00 |
| | Andrew Cunningham | Sibling | $4,250,000.00 |
| | Julieanne Cunningham | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jack L. D'Ambrosi, Jr. | Karen D'Ambrosi | Spouse | $12,500,000.00 |
| | Jacqueline D'Ambrosi | Child | $8,500,000.00 |
| | Emily E. D'Ambrosi | Child | $8,500,000.00 |
| | Jack D'Ambrosi, Sr. | Parent | $8,500,000.00 |
| | Denise Bonoli | Sibling | $4,250,000.00 |
| | Dean D'Ambrosi | Sibling | $4,250,000.00 |
| Patrick Danahy | Mary Danahy Sammel | Spouse | $12,500,000.00 |
| | ███ | Child | $8,500,000.00 |
| | ███ | Child | $8,500,000.00 |
| | Grace A. Danahy | Child | $8,500,000.00 |
| | Francis Danahy | Parent | $8,500,000.00 |
| | Mary-Anne Danahy | Parent | $8,500,000.00 |
| | Kathleen Samuelson | Sibling | $4,250,000.00 |
| | Denise Duffy | Sibling | $4,250,000.00 |
| | Michael Danahy | Sibling | $4,250,000.00 |
| | Mary Ann Danahy | Sibling | $4,250,000.00 |
| | John Danahy | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| David DiMeglio | John DiMeglio | Parent | $8,500,000.00 |
| | Patti DiMeglio | Parent | $8,500,000.00 |
| | Daniel DiMeglio | Sibling | $4,250,000.00 |
| Vincenzo Gallucci | Barbara Gallucci | Spouse | $12,500,000.00 |
| | Joseph Gallucci | Child | $8,500,000.00 |
| | Alyssa Gallucci | Child | $8,500,000.00 |
| | Joseph Gallucci | Parent | $8,500,000.00 |
| | Angela Gallucci | Parent | $8,500,000.00 |
| | Grace Santorelli | Sibling | $4,250,000.00 |
| Donna Giordano | Michael Giordano | Child | $8,500,000.00 |
| | Domenick D'Ambola | Father | $8,500,000.00 |
| | Jessamine D'Ambola (Died in 2003) | Mother | $8,500,000.00 |
| | Elaine Barrett | Sibling | $4,250,000.00 |

8

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jeremy Glick | Lyzbeth Glick Best | Spouse | $12,500,000.00 |
| | ▆ | Child | $8,500,000.00 |
| | Lloyd Glick | Parent | $8,500,000.00 |
| | Joan Glick | Parent | $8,500,000.00 |
| | Joanna Glick | Sibling | $4,250,000.00 |
| | Jennifer Glick | Sibling | $4,250,000.00 |
| | Jed Glick | Sibling | $4,250,000.00 |
| | Jared Glick | Sibling | $4,250,000.00 |
| | Jonah Glick | Sibling | $4,250,000.00 |
| Steven Goldstein | Jill Goldstein | Spouse | $12,500,000.00 |
| | Hanna Goldstein | Child | $8,500,000.00 |
| | ▆ | Child | $8,500,000.00 |
| | Alyce Goldstein | Parent | $8,500,000.00 |
| | Robert Goldstein | Sibling | $4,250,000.00 |
| Linda Gronlund | Doris Gronlund | Parent | $8,500,000.00 |
| | Gunnar Gronlund (died in 2002) | Parent | $8,500,000.00 |
| | Elsa Strong | Sibling | $4,250,000.00 |

9

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kevin Hannaford | Eileen Hannaford | Spouse | $12,500,000.00 |
| | ■ | Child | $8,500,000.00 |
| | ■ | Child | $8,500,000.00 |
| | James Hannaford | Parent | $8,500,000.00 |
| | Nancy Hannaford | Parent | $8,500,000.00 |
| | Elizabeth Saraceno | Sibling | $4,250,000.00 |
| | Patrick Hannaford | Sibling | $4,250,000.00 |
| Donald T. Jones, II | Michele Jones-Ferrell | Spouse | $12,500,000.00 |
| | Taylor N. Jones | Child | $8,500,000.00 |
| | ■ | Child | $8,500,000.00 |
| | Donald T. Jones, Sr. | Parent | $8,500,000.00 |
| | Judith Jones | Parent | $8,500,000.00 |
| | William B. Jones | Sibling | $4,250,000.00 |
| Scott Johnson | Thomas S. Johnson | Parent | $8,500,000.00 |
| | Ann Johnson | Parent | $8,500,000.00 |
| | Margaret Johnson | Sibling | $4,250,000.00 |
| | Thomas P. Johnson (died in 2015) | Sibling | $4,250,000.00 |

10

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Howard Kane | Lori Kane | Spouse | $12,500,000.00 |
| | Jason B. Kane | Child | $8,500,000.00 |
| | Bruce Kane (died in 2016) | Parent | $8,500,000.00 |
| | Rochelle Kane | Parent | $8,500,000.00 |
| | Adam Kane | Sibling | $4,250,000.00 |
| | Holly Ann Kane | Sibling | $4,250,000.00 |
| Joseph Keller | Rose Keller D'Alessandro | Spouse | $12,500,000.00 |
| | ▮ | Child | $8,500,000.00 |
| | ▮ | Child | $8,500,000.00 |
| | June Saslow | Parent | $8,500,000.00 |
| | Jennifer Lutz | Sibling | $4,250,000.00 |
| Catherine MacRae | Cameron MacRae | Parent | $8,500,000.00 |
| | Ann B. MacRae | Parent | $8,500,000.00 |
| | Ann C. MacRae | Sibling | $4,250,000.00 |

11

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Ronald Magnuson | Audrey Magnuson | Spouse | $12,500,000.00 |
| | Jeffrey A. Magnuson | Child | $8,500,000.00 |
| | Sheryl A. Magnuson | Child | $8,500,000.00 |
| | Knut Magnuson | Sibling | $4,250,000.00 |
| Daniel Maher | Kathy Maher | Spouse | $12,500,000.00 |
| | Daniel Maher | Child | $8,500,000.00 |
| | Joseph Maher | Child | $8,500,000.00 |
| | Raymond Maher Jr. (died post 9/11) | Sibling | $4,250,000.00 |
| | James Maher | Sibling | $4,250,000.00 |
| | Jeanne Brandofino | Sibling | $4,250,000.00 |
| David Meyer | Margaret Meyer | Spouse | $12,500,000.00 |
| | Heidi Meyer | Child | $8,500,000.00 |
| | Heather Meyer | Child | $8,500,000.00 |
| | Dawn Meyer | Child | $8,500,000.00 |
| | Charles Meyer | Sibling | $4,250,000.00 |
| | Kristine Riordan | Sibling | $4,250,000.00 |

12

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kristen Montanaro | Ellen Robb | Parent | $8,500,000.00 |
| | Frank Montanaro | Parent | $8,500,000.00 |
| | Karen Montanaro | Sibling | $4,250,000.00 |
| | Jamie Montanaro | Sibling | $4,250,000.00 |
| Kevin Murphy | Beth Murphy | Spouse | $12,500,000.00 |
| | Connor K. Murphy | Child | $8,500,000.00 |
| | Caitlyn B. Murphy | Child | $8,500,000.00 |
| | Sally Heyser | Parent | $8,500,000.00 |
| | Timothy Murphy (died post-9/11) | Parent | $8,500,000.00 |
| | Mary Beth Dougherty | Sibling | $4,250,000.00 |
| | Timothy Murphy, Jr. | Sibling | $4,250,000.00 |
| | Michael Murphy | Sibling | $4,250,000.00 |
| | Jack Murphy | Sibling | $4,250,000.00 |
| Ronald Orsini | Arlene Orsini | Spouse | $12,500,000.00 |
| | Danielle Orsini Pandolfi | Child | $8,500,000.00 |
| | Barbara Orsini | Sibling | $4,250,000.00 |
| | Robert Orisini | Sibling | $4,250,000.00 |

13

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jean Peterson | Jennifer Price-Selkever | Child | $8,500,000.00 |
| | Catherine Price | Child | $8,500,000.00 |
| | Grace Sherwood | Child | $8,500,000.00 |
| | Virginia Hoadley (died post-9/11) | Parent | $8,500,000.00 |
| | Walter Hoadley (died in 2003) | Parent | $8,500,000.00 |
| | Richard Hoadley | Sibling | $4,250,000.00 |
| John Ryan | Patricia Ryan | Spouse | $12,500,000.00 |
| | Laura Ryan | Child | $8,500,000.00 |
| | Kristen Ryan | Child | $8,500,000.00 |
| | Colin Ryan | Child | $8,500,000.00 |
| | John Ryan, Sr. | Parent | $8,500,000.00 |
| | Mary Ryan | Parent | $8,500,000.00 |
| | Patrick Ryan | Sibling | $4,250,000.00 |
| | Teague Ryan | Sibling | $4,250,000.00 |
| | Aileen Ryan Burden | Sibling | $4,250,000.00 |
| | Colleen Ryan (died post 9/11) | Sibling | $4,250,000.00 |

14

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Steven F. Schlag | Tomoko T. Schlag | Spouse | $12,500,000.00 |
| | Dakota I. Schlag | Child | $8,500,000.00 |
| | Garrett M. Schlag | Child | $8,500,000.00 |
| | Sierra A. Schlag | Child | $8,500,000.00 |
| | Donald Schlag | Parent | $8,500,000.00 |
| | Patricia Schlag | Parent | $8,500,000.00 |
| | Jean Schlag | Sibling | $4,250,000.00 |
| | Ellen Schlag | Sibling | $4,250,000.00 |
| Joseph Sisolak | Suzanne Sisolak Penavic | Spouse | $12,500,000.00 |
| | Paul Sisolak (died in 2003) | Parent | $8,500,000.00 |
| | Anna J. Powell | Parent | $8,500,000.00 |
| | Theresa Reller | Sibling | $4,250,000.00 |
| | Thomas Sisolak (died in April 2016) | Sibling | $4,250,000.00 |

15

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Daniel Smith | Mary Smith | Spouse | $12,500,000.00 |
| | Elizabeth Smith | Child | $8,500,000.00 |
| | Michael Smith | Child | $8,500,000.00 |
| | Tracey Smith (dec. year unknown) | Parent | $8,500,000.00 |
| | Helen McCarthy (dec. year unknown) | Parent | $8,500,000.00 |
| Michael Tanner | Michele Tanner | Spouse | $12,500,000.00 |
| | Sasha Tanner | Child | $8,500,000.00 |
| | Gianna Tanner | Child | $8,500,000.00 |
| | Mary Tanner (died in 2015) | Parent | $8,500,000.00 |
| | Kenneth Tanner Jr. | Sibling | $4,250,000.00 |
| | Rene Abbatte | Sibling | $4,250,000.00 |
| | Nicole Tanner | Sibling | $4,250,000.00 |
| | Maria Marascuilo | Sibling | $4,250,000.00 |

16

| Estate | Family Members | | Solatium Damages |
|--------|----------------|---|------------------|
| Scott Vasel | Amy Vasel | Spouse | $12,500,000.00 |
| | ███████ | Child | $8,500,000.00 |
| | Ryan A. Vasel | Child | $8,500,000.00 |
| | Mynda Vasel (died in 2004) | Parent | $8,500,000.00 |
| | Charles Vasel (died in 2010) | Parent | $8,500,000.00 |
| | Janyne Dembicki | Sibling | $4,250,000.00 |
| Alan Wisniewski | Kathy Wisniewski | Spouse | $12,500,000.00 |
| | Jessica M. Wisniewski | Child | $8,500,000.00 |
| | Erica C. Wisniewski | Child | $8,500,000.00 |
| | Matthew Wisniewski | Child | $8,500,000.00 |
| | Muriel Wisniewski (died in 2003) | Parent | $8,500,000.00 |

17

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Salvatore Zisa | Roseann Zisa | Spouse | $12,500,000.00 |
| | Christina Zisa | Child | $8,500,000.00 |
| | Joseph Zisa | Child | $8,500,000.00 |
| | Joseph Zisa (died in 2014) | Parent | $8,500,000.00 |
| | Josephine Zisa | Parent | $8,500,000.00 |
| | Rosemarie Martie | Sibling | $4,250,000.00 |
| | Phyllis Zisa Kelly | Sibling | $4,250,000.00 |
| | Jane Zisa Presto | Sibling | $4,250,000.00 |
| | Anthony Zisa | Sibling | $4,250,000.00 |

18