**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | Civil Action No. 03 MDL 1570 (GBD) (SN) |
| TERRORIST ATTACKS ON ) | ECF Case |
| SEPTEMBER 11, 2001 ) |  |

This document relates to all actions.

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION**
**OF MATTHEW N. DRECUN *PRO HAC VICE***

I, Matthew N. Drecun, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, Matthew N. Drecun, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. Accompanying this affidavit is a certificate from the District of Columbia, issued within the past thirty days, stating that I am a member in good standing of the bar in its jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 9, 2026                               Respectfully submitted,

                                                    */s/ Matthew N. Drecun*

                                                    Matthew N. Drecun
                                                    KELLOGG, HANSEN, TODD,
                                                        FIGEL & FREDERICK, P.L.L.C.
                                                    1615 M Street, N.W., Suite 400
                                                   Washington, D.C. 20036
                                                   Telephone: (202) 326-7900
                                                   Facsimile: (202) 326-7999
                                                   mdrecun@kellogghansen.com