UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:<br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to all actions.

### [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION

The motion of Matthew N. Drecun for admission to practice *pro hac vice* in the above-captioned litigation and individual cases is granted.

Matthew N. Drecun has declared that he is a member in good standing of the bar of the District of Columbia and the State Bar of Texas; and that his contact information is as follows:

> Matthew N. Drecun
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel.: 202-326-7900 / Fax: 202-326-7999
> mdrecun@kellogghansen.com

Matthew N. Drecun having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that Matthew N. Drecun is admitted to practice *pro hac vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                           SARAH NETBURN
                                           UNITED STATES MAGISTRATE JUDGE