**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |
| TERRORIST ATTACKS ON ) | **ECF Case** |
| SEPTEMBER 11, 2001 ) | |

This document relates to all actions.

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew N. Drecun, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bar of the District of Columbia and the State Bar of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: March 9, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew N. Drecun*
　　　　　　　　　　　　　　　　　　　　Matthew N. Drecun
　　　　　　　　　　　　　　　　　　　　KELLOGG, HANSEN, TODD,
　　　　　　　　　　　　　　　　　　　　　FIGEL & FREDERICK, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 326-7900
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 326-7999
　　　　　　　　　　　　　　　　　　　　mdrecun@kellogghansen.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026 I caused an electronic copy of the foregoing Motion For Admission Of Matthew N. Drecun *pro hac vice* to be served electronically by the Court's Electronic Case Filing (ECF) System.  I caused the foregoing to be filed on the MDL docket.

Dated: March 9, 2026                                  Respectfully submitted,

                                                                          /s/ Matthew N. Drecun
                                                                          Matthew N. Drecun