UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No. 03 MDL 1570 (GBD) (SN)
ECF Case

This document relates to all actions.

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF MATTHEW N. DRECUN *PRO HAC VICE*

I, Matthew N. Drecun, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel *pro hac vice* for Defendant Kingdom of Saudi Arabia.

I, Matthew N. Drecun, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
3. There are no disciplinary proceedings presently against me.
4. Accompanying this affidavit are certificates from the District of Columbia and the Supreme Court of Texas, issued within the past thirty days, stating that I am a member in good standing of the bar in each jurisdiction.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 9, 2026

District of Columbia

signed and sworn to (or affirmed) before me on 3/9/26 by Matthew Drecun
Name(s) of individual(s) making Statement

Marilyn Williams
Signature of Notarial Officer

Title of Office
My commission expires: 10/31/30

Respectfully submitted,

M. Drecun
_____
Matthew N. Drecun
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mdrecun@kellogghansen.com

