**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
IN RE:                                  )      **Civil Action No. 03 MDL 1570 (GBD) (SN)**
TERRORIST ATTACKS ON                    )      **ECF Case**
SEPTEMBER 11, 2001                      )
_____ )

   This document relates to all actions.

**[PROPOSED] ORDER GRANTING _PRO HAC VICE_ ADMISSION**

     The motion of Matthew N. Drecun for admission to practice _pro hac vice_ in the above-captioned litigation and individual cases is granted.

     Matthew N. Drecun has declared that he is a member in good standing of the bar of the District of Columbia and the State Bar of Texas; and that his contact information is as follows:

> Matthew N. Drecun
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel.: 202-326-7900 / Fax: 202-326-7999
> mdrecun@kelloghhansen.com

     Matthew N. Drecun having requested admission _pro hac vice_ to appear for all purposes as counsel for Defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

     **IT IS HEREBY ORDERED** that Matthew N. Drecun is admitted to practice _pro hac vice_ in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                      SARAH NETBURN
                                      UNITED STATES MAGISTRATE JUDGE