# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 914.278.5100 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

EMAIL: jbonner@fbrllp.com

March 9, 2026

<u>Via ECF</u>

Hon. George B. Daniels
U.S. District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *In re Terrorist Attacks on September 11, 2001*, 1:03-md-1570 (GBD/SN)
*Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341(GBD/SN)
*Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370(GBD/SN)

Dear Judge Daniels:

My firm represents the Plaintiffs in the above-captioned *Anaya* and *Chairnoff* member cases of the 9/11 MDL. I write concerning Magistrate Netburn's March 3, 2026 Report & Recommendation (the "Report") [MDL ECF 11824] which addresses the apparent "non-finality" of over 250 judgments entered by this Court. A true and correct copy of the Report is annexed hereto as Exhibit A.

The Report specifies that any objections thereto must be filed by March 5, 2026, effectively shortening the 14 day period allowed by Federal Rule of Civil Procedure 72(b)(2) to just 2 days. *See* Exhibit A at p.18. The Report further specifies that "[a]ny requests for an extension of time for filing objections must be addressed to Judge Daniels." *See id*.

We respectfully request the Court to issue an order providing that objections to the Report, and responses to same, may be filed according to the deadlines set forth in Rule 72(b)(2) notwithstanding the shorter deadlines set forth in the Report. Such an order would require objections to the Report to be submitted by March 17, 2026, and responses to objections to be submitted by March 31, 2026.

This additional time is necessary for my firm, and the numerous other counsel whose clients will be affected, to consider the practical implications of the Report and formulate an appropriate response. I note that at least one other attorney has objected to the shortened time for objecting to the Report. *See* MDL ECF 11850 at 1-2. In addition, given the absence of any statutory authorization for a Magistrate Judge to shorten time periods specified by the Federal Rules of Civil Procedure, we respectfully submit that the Report's stated deadline for submission of objections is ineffective to modify Rule 72(b)(2). *See, e.g., Denny v. Ford Motor Co.*, 146 F.R.D. 52, 55 (N.D.N.Y. 1993) ("[M]agistrate judges are not article III judges and therefore have jurisdiction only as created by statute.").

Respectfully submitted,

James P. Bonner

FLEISCHMAN BONNER & ROCCO LLP
ATTORNEYS AT LAW

Hon. George B. Daniels
U.S. District Court Southern District of New York
March 9, 2026
Page 2

Attachment – Exhibit A