**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18th STREET, N.W. · #110 · WASHINGTON, D.C. 20009

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

March 16, 2026

<u>*Via ECF*</u>

The Honorable George B. Daniels
United States District Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

The Honorable Sarah Netburn
United States Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, New York 10007

Re:  *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD) (SN)
     *Ray, et al. v. Iran*, 19-cv-00012-GBD-SN
     *Maher, et al. v. Iran, et al.,* 1:20-cv-00266 (GBD)(SN)  [CORRECTED]
     Rule 72(a) Objections filed at MDL Doc. No. 11850

Dear Judge Daniels and Magistrate Judge Netburn:

On behalf of the *Ray* Plaintiffs and the *Maher* Plaintiffs, we write to join in the points and arguments expressed by several law firms at MDL Doc. No. 11873 in Opposition to the Stay Request filed by the Law Office of John F. Schutty, P.C. at MDL Doc. No. 11869.

Respectfully Submitted,

/s/ *Timothy B. Fleming*
Timothy B. Fleming
One of the Attorneys for the *Ray* and *Maher* Plaintiffs

cc:  All MDL counsel (via ECF)

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.