**UNITED STATES DISTRICT COURT -- SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)

*AND ALL LEGAL ACTIONS IN THIS MULTIDISTRICT LITIGATION PROCEEDING AFFECTED BY THE DISTRICT COURT'S MEMORANDUM ORDER & DECISION CERTIFIYING "PARTIAL FINAL JUDGMENTS" AGAINST DEFENDANT IRAN AS "FINAL" (DATED MARCH 18, 2026)*

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs [in *Burlingame*] Irene Dickey, Joseph Dickey Jr., Elizabeth Dickey, Joanne Kelly, Erin Kelly, Brianne Kelly, Kaitlyn Kelly, Colleen Kelly, Eileen Lynch, Anne Lynch, Kathleen Lynch, Meaghan Lynch, Lisa O'Brien, John O'Brien, Madeline O'Brien, Jaqueline O'Brien, Dara Seaman, Michaella Seaman, Mary Seaman, Edward Seaman, Susan Sliwak, Ryan Sliwak, Kyle Sliwak, Nicole Sliwak, Allison Wallice, John Wallice, Christian Wallice, and Patrick Wallice, and [in *Schneider*] Nancy Dimino and Sabrina Dimino, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision & Order entered in this action on the 18th day of March, 2026, which: (1) certified a host of "Partial Final Judgments" against the defendant Islamic Republic of Iran as "final" pursuant to Fed. R. Civ. P. 54(b) *nunc pro tunc,* (2) determined that these "Partial Final Judgments" might be processed by the SDNY Clerk of Court and "immediately" registered in the EDNY through the issuance of AO 451 forms pursuant to 28 U.S.C. § 1963, and (3) denied these Plaintiffs a stay of the AO 451

judgment registrations pending the resolution of this appeal, a stay requested pursuant to Fed. R.

Civ. P. 62.

Dated: March 18, 2026
       New York, New York

Respectfully submitted,


By:     *John F. Schutty*

John F. Schutty, Esq.
Law Office of John F. Schutty, P.C.
Attorneys for the Plaintiffs-Appellants
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441
Fax: (917) 591-5980
john@johnschutty.com