Exhibit B - United States national estate plaintiffs w/o prior economic damages judgments

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount | Treble | | Principal | Start Date | End Date | Notes |
| Bobby | | Griffin | | Tawanna | | Griffin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | | 3/4/26 | | $ 1,954,125.00 | $ 5,862,375.00 | | $ 5,862,375.00 | 9/11/2001 | | |
| Saradha | | Moorthy | | Krishna | | Moorthy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 18 | | | 3/4/26 | | $ 2,028,832.00 | $ 6,086,496.00 | | $ 6,086,496.00 | 9/11/2001 | | |
| Consuelo | | Velazquez | | Jorge | | Velazquez | | US | 9/11/01 | NY | 02cv06977 | 1463 at 60 | | | 3/4/26 | | $ 1,600,207.00 | $ 4,800,621.00 | | $ 4,800,621.00 | 9/11/2001 | | |