Exhibit C - United States national solatium plaintiffs w/o prior judgments

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | | | | | John | | Clark | | US | Gregory | A. | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 5 | 02cv06977, 2475 | Child | | | $ 8,500,000.00 | $ 25,500,000.00 | $25,500,000 | 9/11/2001 | | |
| 2 | Megan | | Schaeffer | | John | F. | McDowell | Sr. | US | John | F. | McDowell | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 17 | 02cv06977, 2475 | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 | $25,500,000 | 9/11/2001 | | |
| 3 | | | | | Ivette | | Ortiz | | US | Alexander | | Ortiz | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | 02cv06977, 2475 | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | $12,750,000 | 9/11/2001 | | |
| 4 | | | | | Evelyn | | Ortiz | | US | Alexander | | Ortiz | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | 02cv06977, 2475 | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | $12,750,000 | 9/11/2001 | | |
| 5 | | | | | Edwin | | Ortiz | | US | Alexander | | Ortiz | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | 02cv06977, 2475 | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | $12,750,000 | 9/11/2001 | | |