**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:                                                                    **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                    **PARTIAL DEFAULT JUDGMENT**
SEPTEMBER 11, 2001

-------------------------------------------------------------X

This document relates to:

    *Knight v. Islamic Republic of Iran, No. 18-cv-12398*

    *Rodriguez v. Islamic Republic of Iran, No. 18-cv-12347*

    *Johnson  v. Islamic Republic of Iran, No. 18-cv-12344*

    *Gaston v. Islamic Republic of Iran, No. 18-cv-12337*

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Memorandum Decision and Order dated March 17, 2026, Report and Recommendations,

Magistrate Judge Netburn's recommendations in the Non-fatal Latent Injury Reports are

ADOPTED in their entireties. The motions for partial default judgment brought on behalf of the

Latent Injury Plaintiffs are GRANTED; and the motion for partial default judgment brought on

behalf of the Filosa Estate is GRANTED. It is ORDERED that a partial default judgment is entered

against Iran on behalf of the Filosa Estate; and it is ORDERED that the Filosa Estate be awarded

pain and suffering damages as described in this Order; and it is ORDERED that partial default

judgments are entered on behalf of the Latent Injury Decedents identified in the Appendix below;

and it is ORDERED that Plaintiffs identified in the Appendix be awarded pain and suffering

damages as set forth therein; and it is ORDERED that Plaintiffs receiving damages identified in

the Appendix are awarded prejudgment interest of 4.96 percent per annum, compounded annually,

running from September 11, 2001, until the date of judgment; and it is ORDERED that Plaintiffs may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court.

**Dated:**  New York, New York

March 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

BY:

**Deputy Clerk**