**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Kenneth Lum, et al. v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN)

**NOTICE OF MOTION TO EXTEND *NUNC PRO TUNC* 54(B) ORDER AT ECF NO. 11878 TO ORDER GRANTING PARTIAL FINAL JUDGMENT AT ECF NO. 11661**

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration"), seventeen plaintiffs included in the Order Granting Partial Final Default Judgment on Behalf of the *Lum* Plaintiffs Identified (sic) in Exhibit A, Exhibit B, and Exhibit D (collectively, "seventeen *Lum* Plaintiffs"), dated February 3, 2026, at ECF No. 11661, by and through their counsel, Anderson Kill P.C., respectfully move the Court for an ORDER:

(1) Extending the Court's Memorandum Decision and Order at ECF No. 11878 to the recent judgment undersigned counsel obtained against the Islamic Republic of Iran ("Iran"), dated February 3, 2026, at ECF No. 11661 ("Underlying Iran Judgment"), which would include the following relief:

(a) Denying without prejudice the seventeen *Lum* Plaintiffs' outstanding requests for additional damages related to the Underlying Iran Judgment; AND,

DOCS-100898384.1

(b) Staying the deadlines for the seventeen *Lum* Plaintiffs to move for relief from final judgment until further order of the Court. *See* Fed. R. Civ. P. 60(b).

(c) Determining that there is no just reason for delay and certifying the Underlying Iran Judgment as a final judgment on the seventeen *Lum* Plaintiffs' claims against Iran under Rule 54(b). And given the unique and exceptional circumstances, certifying under Rule 54(b) *nunc pro tunc* to the filing date of the Underlying Iran Judgment (February 3, 2026); AND,

(d) Pursuant to 28 U.S.C. § 1963, finding good cause for the immediate registration in the Eastern District of New York of a certified copy of the Underlying Iran Judgment; AND,

(e) Directing the Clerk of Court to process the seventeen *Lum* Plaintiffs' request to certify the Underlying Iran Judgment for registration in another judicial district, *see* ECF No. 11829; AND,

(2) Granting to the seventeen *Lum* Plaintiffs such other and further relief as this Honorable Court deems just and proper.

2

DOCS-100898384.1

Dated:   New York, New York       Respectfully submitted,
           March 20, 2026

/s/ Jerry S. Goldman

ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
7 Times Square, 15th Floor
New York, NY 10036
Tel:  (212) 279-1000
Fax: (212) 278-1733
Email:  jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com
*Attorneys for Plaintiffs*

3

DOCS-100898384.1