**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Kenneth Lum, et al. v. Islamic Republic of Iran*, No. 1:24-cv-07824 (GBD)(SN)

**[PROPOSED] ORDER EXTENDING *NUNC PRO TUNC* 54(B) ORDER AT ECF NO. 11878 TO ORDER GRANTING PARTIAL FINAL JUDGMENT AT ECF NO. 11661**

Upon consideration of Memorandum of Law, the Declaration of Jerry S. Goldman, Esq. and the entire record in this case, it is hereby:

**ORDERED** that the Court's Memorandum Decision and Order at ECF No. 11878 is extended to apply to the recent judgment against the Islamic Republic of Iran ("Iran"), dated February 3, 2026, at ECF No. 11661 ("Underlying Iran Judgment"); and it is further

**ORDERED** that the seventeen plaintiffs' identified in the Underlying Iran Judgment (the "seventeen *Lum* Plaintiffs") outstanding requests for additional damages related to the Underlying Iran Judgment are denied without prejudice; and it is further

**ORDERED** that deadlines for the seventeen *Lum* Plaintiffs to move for relief from final judgment are stayed until further order of the Court. *See* Fed. R. Civ. P. 60(b); and it is further

**ORDERED** that there is no just reason for delay and as such, the Underlying Iran Judgment is certified as a final judgment as to the seventeen *Lum* Plaintiffs' claims against Iran under Rule 54(b). And that given the unique and exceptional circumstances, certification under

1

Rule 54(b) is made *nunc pro tunc* to the filing date of the Underlying Iran Judgment (February 3, 2026); and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1963, good cause is found for the immediate registration in the Eastern District of New York of a certified copy of the Underlying Iran Judgment; and it is further

**ORDERED** that the Clerk of Court is directed to process the seventeen *Lum* Plaintiffs' request to certify the Underlying Iran Judgment for registration in another judicial district, *see* ECF No. 11829.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11888.

**SO ORDERED:**

GEORGE B. DANIELS
United States District Judge

Dated:    New York, New York
          _____, 2026

2