

# McANDREW VUOTTO LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

March 20, 2026

***Via ECF***

Hon. Sarah Netburn, U.S.M.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:    In re Terrorist Attacks on September 11, 2001**
> **Case No. 03 MDL 1570 (GBD)(SN)**
> **Supplemental Submission for 1610(c) motion – Breitweiser**

Dear Judge Netburn:

We represent Kristen Breitweiser, individually and as Personal Representative of the Estate of Ronald M. Breitweiser and Caroline Breitweiser (collectively, "Breitweiser") in the above-referenced matter. We respectfully submit this letter in response to the Court's March 18, 2026 Order [ECF No. 11882] directing the filing of certified copies of diplomatic notes confirming service of judgment, and respectfully request that this submission be recognized as supplementing Breitweiser's motion pursuant to 28 U.S.C. § 1610(c) [ECF No. 11710].

Attached herewith as **Exhibit A** is a certified copy of the diplomatic notes confirming that the United States Department of State transmitted the relevant materials through diplomatic channels to the Islamic Republic of Iran. The record reflects that Breitweiser's counsel submitted the relevant judgment, notice of default judgment, certified translations, and supporting materials to the United States Department of State for service upon the Islamic Republic of Iran through diplomatic channels. These submissions included all materials required under the Foreign Sovereign Immunities Act and were sent in accordance with the procedures prescribed by statute. Breitweiser relied on the Department of State to effectuate service and issue the corresponding diplomatic notes, as contemplated by § 1608(a)(4). The materials were transmitted through Switzerland, acting as the protecting power for the United States in Iran, and were delivered to the Iranian Ministry of Foreign Affairs in December 2018, as confirmed in the attached certification from the U.S. Department of State and accompanying diplomatic documentation.

We respectfully submit that these materials establish that service was effected in accordance with 28 U.S.C. §§ 1608 and 1608(c)(1), and that a reasonable period of time has elapsed following such service. Accordingly, Breitweiser respectfully requests that the Court find that proper notice has been effected pursuant to 28 U.S.C. § 1608(e), that a reasonable period of time has elapsed, and that the Court grant Breitweiser's motion pursuant to 28 U.S.C. § 1610(c).

We thank the Court for its consideration of this submission.

Respectfully submitted,

*/s/Jonathan P. Vuotto*
Jonathan P. Vuotto

Enclosure

cc:      Counsel of Recond (via ECF)