# EXHIBIT A

| | |
|---|---|
| **From:** | John Schutty |
| **To:** | Jonathan Vuotto |
| **Cc:** | rothny73104 |
| **Subject:** | RE: Certificate of Mailing |
| **Date:** | Friday, March 20, 2026 2:03:52 PM |

My paralegal and I do not recall ever receiving such a note to the Clerk . . . if it was sent to the Clerk, the Clerk's Office never sent it to my office.

**From:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Sent:** Friday, March 20, 2026 1:49 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** RE: Certificate of Mailing

John – Thank you, but we have the certificate of service and certificate of mailing.  Judge Netburn has requested the diplomatic notes and supporting materials that you would have received – attached is an example of what we are looking for.   Please let me know if you are able to locate them.  Thanks for looking.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
www.mcandrewvuotto.com

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.

**From:** John Schutty <john@johnschutty.com>
**Sent:** Friday, March 20, 2026 1:43 PM
**To:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** FW: Certificate of Mailing

This may be what you are looking for . . .

**From:** Rothny Say <rothny73104@me.com>
**Sent:** Friday, March 20, 2026 1:40 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** Certificate attach with receipt