# EXHIBIT B

 **Outlook**

---

## FSIA Service – Iran – Urgent Court Deadline

---

**From** Jonathan Vuotto <jpv@mcandrewvuotto.com>

**Date** Thu 3/19/2026 4:29 PM

**To** ASKPRI@state.gov <ASKPRI@state.gov>; LegalOffice@state.gov <LegalOffice@state.gov>

📎 2 attachments (3 MB)
COS & COM - JEG.pdf; Doc. 11882 - Order requiring BER Plaintiffs to file diplomatic notes.pdf;

Dear Sir/Madam:

I represent Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, "Eaton") in *In re Terrorist Attacks on September 11, 2001*, SDNY Case No. 03-MDL-1570 (GBD)(SN); *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02-cv-06977, *Burlingame, et al. v. Bin Laden, et al.*, No. 02-cv-07230 and *Dickey v. Republic of Iran, et al.,* No. 18-cv-11417.

I write to request a copy of the diplomatic notes and any related documents or other confirmation of transmission relating to the service of Eaton's judgments.  The approximate service date was February 19/24, 2020.  Attached is a copy of the Certificate of Service and Certificate of Mailing.

We have a deadline of March 20, 2026, to provide these materials to the Court, in accordance with the attached Order.  Therefore, we would much appreciate it if you could expedite this request.

Please let me know if there is anything else that you would need from me in order to complete this request.  My contact information is below.  Thank you.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
www.mcandrewvuotto.com

---

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.