**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB** PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18th STREET, N.W. · #110 · WASHINGTON, D.C.  20009

Direct Dial: 202−467−4489 · Fax: 205−314−0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

March 20, 2026

*Via ECF only*

The Honorable Sarah Netburn
United States Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, New York 10007

Re:    *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN)
       *Maher, et al. v. Iran, et al.,* 1:20-cv-00266 (GBD)(SN)

Dear Magistrate Judge Netburn:

On behalf of the *Maher* Plaintiffs, we write regarding Your Honor's Order at MDL Doc. No. 11882 (the "Order") directing certain parties to file certified copies of diplomatic notes to demonstrate service of judgments.

We do not understand the Order to apply to our clients, who are generally in the *Maher* case (1:20-cv-00266), formerly captioned as *Ryan, et al. v. Iran, et al.*, and which bears one of the litigation case numbers referenced in the Order.  Rather, we read the Order as applying to certain <u>former</u> plaintiffs in the *Ryan* case, including, among those, the Personal Representative of the Estate of John J. Ryan, whose claims have transferred elsewhere (among the "BER" plaintiffs), and not to any of present plaintiffs of the *Maher* case.

We point out that the diplomatic notes we filed in regard to *Maher* at MDL Doc. No. 11819-1 covered both our present client, the Personal Representative of the Estate of Daniel L. Maher, and our then-client Personal Representative of the Estate of John J. Ryan with respect to their economic damages judgments.  At the time of service of the partial final judgment pertaining to economic damages, we represented both Estates.  The Personal Representative of the Estate of John J. Ryan is now represented by other counsel.

We did not ourselves serve Partial Final Judgments for anyone other than these two estates in *Ryan/Maher*, and, for those, only as pertaining to their economic damages.

Service of the Partial Final Judgments applicable to all *Maher* plaintiffs, including those by other counsel, is recounted in the *Maher* Plaintiffs' Motion To Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c), MDL Doc. No. 11819.  However, the following

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.

The Honorable Sarah Netburn
*March 20, 2026*                                                                      *Page 2*

summarizes our service of the Partial Final Judgment for economic damages on behalf of both the Estate of John J. Ryan and the Estate of Daniel L. Maher:

- On June 11, 2020, Judge George B. Daniels granted the *Maher* Plaintiffs' request to serve Iran via diplomatic service through the State Department without having to serve Iran first via mail requesting a signed receipt, as required by the FSIA, 28 U.S.C. § 1608(a)(3).  (*Maher* Doc. No. 14; MDL Doc. No. 6268.)
- On July 2, 2020, counsel for the *Maher* Plaintiffs delivered their judgment documents to the Clerk of Courts of the SDNY.  That same day, the SDNY Clerk docketed a Certificate of Mailing attesting to the dispatch of the *Maher* Plaintiffs' judgment documents to the State Department for service on Iran via diplomatic processes.  (*Maher* Doc. No. 14.)
- Defendant Iran was served with the *Maher* judgment documents on October 27, 2020 by the U.S. State Department, with assistance from the Embassy of Switzerland, Foreign Interests Section in Tehran, Iran.  *See* certified diplomatic note, attached as "Exhibit A" to the *Maher* Plaintiffs' 1610(c) motion, filed on February 28, 2026.  (*Maher* Doc. No. 204; MDL Doc. No. 11819.)
- On December 30, 2020, the SDNY Clerk docketed a Certificate of Mailing confirming that the diplomatic service was attempted and that "delivery was executed and was not received."  (*Unnumbered docket entry.*)

We hope this letter constructively adds to the record, and if the Court has any questions, we stand ready to respond.

Respectfully Submitted,
/s/ *Timothy B. Fleming*
Timothy B. Fleming
One of the Attorneys for the *Maher* Plaintiffs

cc:  All MDL counsel (via ECF)