**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 20, 2026

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MD 1570 (GBD)(SN)

Dear Judge Netburn:

This Office represents the U.S. government agencies (the "agencies" or the "Government") that received *Touhy* requests and third-party subpoenas from the Plaintiffs' Executive Committees ("Plaintiffs") and the Government of Sudan (together with Plaintiffs, the "parties") in the above-referenced case in March 2025.  I write respectfully to provide this month's status report regarding the agencies' searches for documents responsive to these subpoenas as directed by the Court's January 21, 2026, Order. ECF No. 11474 (memo endorsement).

**Federal Bureau of Investigation:**  The FBI has completed its searches for records responsive to those portions of the parties' requests that it indicated to the parties it would search for,[1] and made productions on November 25, 2025, and February 27, 2026.  The FBI anticipates making its next production in late April.

**U.S. Department of State:**  State has completed its searches for records responsive to those portions of the parties' requests that it indicated to the parties it would search for, and has been reviewing its search results for responsiveness.  State made its first production of responsive records on February 2, 2026, and anticipates making its next production in the next week or two, and another production in April 2026.

**Central Intelligence Agency:**  The CIA has been working on its responses to the portions of the parties' requests to which it has agreed to respond—those seeking the reprocessing of specifically identified and acknowledged CIA records.  The agency made a production of 42 documents today.

\* \* \*

---

[1] As previously indicated, the FBI will include within its productions any records responsive to the parties' requests to the U.S. Marshals Service that the Government has agreed to process.

Pursuant to the Court's direction that the Government submit monthly status reports, the Government intends to provide its next status report on April 20, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:   /s/ Jean-David Barnea
JEAN-DAVID BARNEA
JENNIFER A. JUDE
Assistant United States Attorneys
Telephone: (212) 637-2679/2663
Email: Jean-David.Barnea@usdoj.gov
           Jennifer.Jude@usdoj.gov

cc:    Counsel for all parties (by ECF)