**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                          :
                          :       03 MDL 1570 (GBD) (FM)
                          :
                          :
------------------------------------------------------------------x
This Document Relates to:
    *Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)

### [*PROPOSED*] ORDER

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11901 to permit the substitution of personal representatives of the estates of certain Plaintiffs who have died during the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

**ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11901 is granted, and **IT IS**

**ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the estates of Plaintiffs who have died during the pendency of these cases, or as identified in Exhibit A, are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs in their respective cases, and **IT IS**

**ORDERED** that counsel for the Plaintiffs shall add the substituted personal representatives of the estates on, and delete the deceased persons from, the ECF system in these cases and the MDL.

The Court respectfully directs the Clerk of the Court to terminate the motion at MDL Doc. No. 11901 in 03-MDL-1570 (GBD)(SN) and at *Hoglan* Doc. No. 475 in 11-cv-7550 (GBD)(SN).

**SO ORDERED.**

March ____, 2026
New York, New York

                        _____
                        SARAH NETBURN
                        United States Magistrate Judge