**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                        :
                                                                        :          03 MDL 1570 (GBD) (FM)
                                                                        :
                                                                        :
------------------------------------------------------------------x

This Document Relates to:

> *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)
> *Grazioso, et al. v. The Taliban, et al.,* 1:22-cv-01188 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT
### TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties identified in **Exhibit A** in the above-referenced action. The individuals being substituted into the identified case are the Personal Representatives of family members of a 9/11 decedent who have now passed away.

**Exhibit A** identifies the individual to be substituted in the pleadings and the capacity in which they seek to be substituted, the existing pleadings that refer to the Plaintiff, and the name of the 9/11 decedent and relation to the Plaintiff.

Plaintiffs propose that, upon entry of Plaintiffs' Proposed Order, filed contemporaneously herewith, or such other Order as the Court deems proper, such Order include an instruction for Plaintiffs' counsel to enter individually the substituted parties as Plaintiffs into the Court's ECF system, and to delete the deceased party, to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated: March 24, 2026.

Respectfully submitted,

*/s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street NW, #110
Washington, D.C.   20009
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building 301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
PO Box 40849
Indianapolis, IN   46240
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL   60134
(630) 232-7450

*Counsel for Plaintiffs*