**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:                    03 MDL 1570 (GBD) (FM)
:
:
-------------------------------------------------------------------x
This Document Relates to:

> *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)
> *Grazioso, et al. v. The Taliban, et al.,* 1:22-cv-01188 (GBD)(SN)

## [*PROPOSED*] ORDER

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11903 to permit the substitution of personal representatives of the estates of certain Plaintiffs who have died during the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

**ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11903 is granted, and **IT IS**

**ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the estates of family member Plaintiffs who have died during the pendency of these cases, as identified in Exhibit A, are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs in their respective cases and in this MDL, and **IT IS**

**ORDERED** that counsel for the Plaintiffs shall add the substituted personal representatives of the estates on, and delete the deceased persons from, the ECF system in these cases and the MDL.

The Court respectfully directs the Clerk of the Court to terminate the motion at MDL Doc. No. 11903 in 03-MDL-1570 (GBD)(SN) and at *Hoglan* Doc. No. 477 in 11-cv-7550 (GBD)(SN), and at *Grazioso* Doc. No. 133 in 22-cv-1188 (GBD)(SN).

**SO ORDERED.**

March \_\_\_\_, 2026                                    _____
New York, New York                                SARAH NETBURN
                                                  United States Magistrate Judge