**In UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br>**ECF Case** |

This document relates to member case *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, **1:18-cv-12370(GBD) (SN)**

## NOTICE OF MOTION FOR
## PARTIAL FINAL DEFAULT JUDGMENT FOR MICHELE M. NIMBLEY

**PLEASE TAKE NOTICE** that, by and through her undersigned counsel and upon the accompanying Memorandum of Law, the Declaration of Joseph Peter Drennan executed on March 25, 2026, the October 5, 2021 judgment on default as to liability against the Islamic Republic of Iran entered in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN) as ECF No. 64 and in the above-captioned MDL as ECF No. 7173, and all prior pleadings and proceedings had herein, Michele M. Nimbley, who is a plaintiff in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN) and the daughter of the late Paul Richard Nimbley who was killed in the terrorist attacks on September 11, 2001, respectfully moves this Court pursuant to 18 U.S.C. Section 2333 and 28 U.S.C. Sections 1605A, 1605B and 1608(e), and Rules 54(b), 55 and 60(b) of the Federal Rules of Civil Procedure for a partial final order of default judgment (1) awarding to Michele M. Nimbley against the Islamic Republic of Iran (a) compensatory damages for solatium in the amount of $8,500,000, which is the same amount previously awarded to surviving children of decedents killed in the September 11 attacks, and (b) prejudgment interest thereon at the rate of 4.96 percent per annum, compounded annually for the period from

September 11, 2001 until the date of the judgment; and (2) granting such other and further relief as the Court deems just and proper.

The undersigned counsel respectfully notify the Court that the U.S. Victims of States Sponsored Terrorism Fund (the "Fund") has set June 1, 2026 as the application deadline for new claimants to be considered for the next round of payments by the Fund.

Dated:    March 25, 2026
          White Plains, New York          **FLEISCHMAN BONNER & ROCCO LLP**

                                          By:    /s/ James P. Bonner
                                          James P. Bonner (jbonner@fbrllp.com)
                                          Patrick L. Rocco (procco@fbrllp.com)
                                          Susan M. Davies (sdavies@fbrllp.com)
                                          445 Hamilton Avenue, Suite 402
                                          White Plains, New York  10601
                                          Telephone:  646-415-1399

                                          Joseph Peter Drennan (admitted *pro hac vice*)
                                          218 North Lee Street, Third Floor
                                          Alexandria, Virginia 22314-2631
                                          Telephone:  703-519-3773
                                          joseph@josephpeterdrennan.com

                                          Patrick M. Donahue (admitted *pro hac vice*)
                                          P. Joseph Donahue (admitted *pro hac vice*)
                                          THE DONAHUE LAW FIRM, LLC
                                          18 West Street
                                          Annapolis, MD 21401
                                          Telephone:  410-280-2023
                                          pmd@thedonahuelawfirm.com
                                          pjd@thedonahuelawfirm.com

                                          P. York McLane (admitted *pro hac vice*)
                                          LAW OFFICE OF P. YORK MCLANE
                                          14015 Park Dr., Ste. 111
                                          Tomball, Texas 77377
                                          yorkmclane@yahoo.com

                                          ***Counsel for Plaintiff Michele M. Nimbley***