# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)**<br>**ECF Case** |

**This document relates to member case *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370(GBD) (SN)**

## MEMORANDUM OF LAW IN SUPPORT OF MICHELE M. NIMBLEY'S MOTION FOR PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN

FLEISCHMAN BONNER & ROCCO LLP
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
445 Hamilton Avenue, Suite 402
White Plains, New York 10601
Telephone:  646-415-1399

Patrick M. Donahue (admitted *pro hac vice*)
P. Joseph Donahue (admitted *pro hac vice*)
THE DONAHUE LAW FIRM, LLC
18 West Street
Annapolis, MD 21401
Telephone: (410) 280-2023
pmd@thedonahuelawfirm.com
pjd@thedonahuelawfirm.com

Joseph Peter Drennan (admitted *pro hac vice*)
218 North Lee Street, Third Floor
Alexandria, Virginia 22314-2631
Telephone: (703) 519-3773
joseph@josephpeterdrennan.com

P. York McLane (admitted *pro hac vice*)
LAW OFFICE OF P. YORK MCLANE
14015 Park Dr., Ste. 111
Tomball, Texas 77377
yorkmclane@yahoo.com

Plaintiff Michele M. Nimbley, by and through her undersigned counsel, respectfully submits this Memorandum of Law in support of her motion for an award of compensatory damages for solatium, and prejudgment interest thereon, against the Islamic Republic of Iran. Ms. Nimbley is a United States citizen, and the daughter of the late Paul Richard Nimbley who was killed in the September 11, 2001 terrorist attack on the World Trade Center. *See* Declaration of Joseph Peter Drennan executed on March 25, 2026 ("Drennan Decl.") at ¶ 7.

## PROCEDURAL HISTORY

Ms. Nimbley is a plaintiff in MDL member case *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD) (SN) (the "*Chairnoff* Action") in which victims of the September 11th terrorist attacks assert claims against the Islamic Republic of Iran pursuant to 18 U.S.C. § 2333 and 28 U.S.C. § 1605A based on Iran's direct sponsorship of al Qaeda for nearly a decade leading up to September 11, 2001, which included support that directly assisted and enabled al Qaeda to carry out the September 11th terrorist attacks.

On October 5, 2021, this Court entered a judgment on default as to liability against the Islamic Republic of Iran in favor of the plaintiffs in the *Chairnoff* Action, including Ms. Nimbley (the "October 2021 Judgment"). Drennan Decl. at ¶ 8 (citing MDL ECF No. 7173 and 18-cv-12370 ECF No. 64). The October 2021 Judgment awarded damages for solatium and pain and suffering to certain plaintiffs in the *Chairnoff* Action but did not include a damages award in favor of Ms. Nimbley. *Id.* The October 2021 Judgment provided that Ms. Nimbley could submit an application for a judgment for solatium damages at a later date. *Id.* Ms. Nimbley has not previously applied for, or been awarded, damages in the *Chairnoff* Action. *Id.* at ¶ 9.

1

**ARGUMENT**

**MICHELE M. NIMBLEY IS ENTITLED TO AN AWARD
OF DAMAGES AND PREJUDGMENT INTEREST AGAINST IRAN**

A.      **Solatium Damages**

Section 1605A(c) specifically provides for the award of solatium damages. *See* 28 U.S.C. § 1605A(c)(4). "'A claim for solatium refers to the mental anguish, bereavement, and grief that those with a close relationship to the decedent experience as a result of the decedent's death, as well as the harm caused by the loss of decedent's society and comfort.'" *Havlish v. Laden*, 2012 U.S. Dist. LEXIS 143525, *80-81 n.1 (S.D.N.Y. Oct. 3, 2012) ("*Havlish II*") (internal quotation omitted); *In re Terrorist Attacks on September 11, 2001*, 2016 U.S. Dist. LEXIS 142865, at *278 (S.D.N.Y. Oct. 12, 2016) (same).

In *Havlish II*, this Court approved the following solatium awards as appropriate for immediate family members of persons killed in the September 11th terrorist attacks:

| | |
|---|---|
| Spouse | $12,500,000 |
| Parent | $8,500,000 |
| Child | $8,500,000 |
| Sibling | $4,250,000 |

*Havlish II*, 2012 U.S. Dist. LEXIS 143525, at *81 and Table 1. These amounts represent an upward departure from the benchmarks established in *Estate of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229 (D.D.C. 2006), which this Court found warranted "[c]onsidering the extraordinarily tragic circumstances surrounding the September 11th attacks, the indelible impact on the lives of the victims' families, and the frequent reminders that each of the individual Plaintiffs face daily . . . ." *Havlish II*, 2012 U.S. Dist. LEXIS 143525, at *81. This Court has consistently awarded these same amounts to other Plaintiffs in this MDL.

The solatium loss suffered Ms. Nimbley is legally and factually comparable to the losses suffered by the plaintiffs in *Havlish* and other 9/11-related cases. Accordingly, Ms. Nimbley

2

respectfully requests the Court to grant her an award of solatium in the amount of $8,500,000, consistent with the amounts established and applied in *Havlish* and other 9/11-related cases.

### B.    Prejudgment Interest

An award of prejudgment interest is within the sound discretion of a trial court and is warranted when plaintiffs are delayed in recovering compensation for non-economic injuries caused by acts of terrorism.  *See Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 86 (D.D.C. 2011).  This Court awarded the *Havlish* plaintiffs prejudgment interest at a rate of 4.96 per cent per annum, compounded annually on their solatium and pain and suffering damages awards, to be calculated from September 11, 2001 until the date of judgment. *Havlish II*, 2012 U.S. Dist. LEXIS 143525, at *83.  This Court has subsequently affirmed that the 4.96% interest rate should be applied to all damages awarded in 9/11-related cases, regardless of whether the injuries arose in New York (where the statutory rate for prejudgment interest is 9%).  *See In re Terrorist Attacks on September 11, 2001*, 2016 U.S. Dist. LEXIS 144325, at *316-17 (S.D.N.Y. Oct. 14, 2016), *adopted by* 2016 U.S. Dist. LEXIS 151675, at *275 (S.D.N.Y. Oct. 24, 2016).

Ms. Nimbley respectfully requests that the Clerk be directed to award prejudgment interest on her solatium damages awards at the rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of the judgment.

3

<u>**CONCLUSION**</u>

For the foregoing reasons, Michele M. Nimbley respectfully requests the Court to enter a partial final order of judgment against the Islamic Republic of Iran awarding her compensatory damages in the amount of $8,500,000 for loss of solatium, and prejudgment interest thereon at the rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of the judgment.

Dated:   March 25, 2026            Respectfully submitted,
         White Plains, New York

                                   **FLEISCHMAN BONNER & ROCCO LLP**

                                   By: /s/ James P. Bonner
                                   James P. Bonner (jbonner@fbrllp.com)
                                   Patrick L. Rocco (procco@fbrllp.com)
                                   Susan M. Davies (sdavies@fbrllp.com)
                                   445 Hamilton Avenue, Suite 402
                                   White Plains, New York 10601
                                   Telephone:  646-337-1426

                                   Joseph Peter Drennan (admitted *pro hac vice*)
                                   218 North Lee Street, Third Floor
                                   Alexandria, Virginia 22314-2631
                                   Telephone: (703) 519-3773
                                   joseph@josephpeterdrennan.com

                                   Patrick M. Donahue (admitted *pro hac vice*)
                                   P. Joseph Donahue (admitted *pro hac vice*)
                                   THE DONAHUE LAW FIRM, LLC
                                   18 West Street
                                   Annapolis, MD 21401
                                   Telephone: (410) 280-2023
                                   pmd@thedonahuelawfirm.com
                                   pjd@thedonahuelawfirm.com

                                   P. York McLane (admitted *pro hac vice*)
                                   LAW OFFICE OF P. YORK MCLANE
                                   14015 Park Dr., Ste. 111
                                   Tomball, Texas 77377
                                   yorkmclane@yahoo.com

                                   ***Counsel for Plaintiff Michele M. Nimbley***