**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (GBD)(SN)** <br> **ECF Case** |

**This document relates to member case *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN)**

### [PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT
### FOR MICHELE M. NIMBLEY

Upon consideration of the evidence and arguments submitted by Michele M. Nimbley, who is a plaintiff in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN) and the daughter of late Paul Richard Nimbley who was killed in the terrorist attacks on September 11, 2001, and the judgment on default as to liability entered against the Islamic Republic of Iran on October 5, 2021 in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN) as ECF No. 64 and in the above-captioned Multidistrict Litigation as ECF No. 7173, together with the entire record in this case, it is hereby:

**ORDERED** that service of process in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN) was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that, Michele M. Nimbley's claims against the Islamic Republic of Iran being separate, distinct, and separable from those of all other plaintiffs in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran,* 1:18-cv-12370 (GBD) (SN) there is no just reason for delay in entering final judgment in her favor, and therefore partial final default judgment is hereby entered pursuant to 18 U.S.C. Section 2333 and 28 U.S.C. Sections 1605A,

1605B and 1608(e) and Rules 54(b) and 55 of the Federal Rules of Civil Procedure against the Islamic Republic of Iran and in favor of Michele M. Nimbley; and it is

**ORDERED** that Michele M. Nimbley is awarded compensatory damages for solatium in the amount of $8,500,000; and it is

**ORDERED** that Michele M. Nimbley is awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of this judgment, in the amount of $_____.

Furthermore, the Court respectfully directs the Clerk of Court to terminate the motion at ECF 11906 in 03-MDL-1570 (GBD)(SN) and ECF No. 181 in 18-cv-12370 (GBD) (SN).

Dated: New York, New York
_____, 2026

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

2