**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                        :
                                                                        :           03 MDL 1570 (GBD) (FM)
                                                                        :
                                                                        :
-------------------------------------------------------------------x

This Document Relates to:

     *Ray, et al. v. Iran, et al., 1:19-cv-00012 (GBD)(SN)*
     *Grazioso, et al. v. The Taliban, et al., 1:22-cv-01188 (GBD)(SN)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Rule 25(a), FED. R. CIV. PROC., Plaintiffs in the above-referenced cases move

the Court to substitute the parties identified in **Exhibit A** in the above-referenced actions.  The

individual being substituted into the identified cases is the Personal Representative of the father

of two different 9/11 decedents; the father has now passed away.

**Exhibit A** identifies the Personal Representative of the estate of the father, the capacity in

which she seeks to be substituted, the existing pleadings that refer to the father as a Plaintiff in

the above-referenced cases, and the names of the two 9/11 decedents whose father has now

passed away.

Plaintiffs propose that, upon entry of Plaintiffs' Proposed Order, filed contemporaneously

herewith, or such other Order as the Court deems proper, such Order include an instruction for

Plaintiffs' counsel to enter individually the substituted parties as Plaintiffs into the Court's ECF

system, and to delete the deceased party, to ease the burden on the Clerk of the Court's Office

and based on the size of this MDL.

Dated: March 25, 2026.

Respectfully submitted,

*/s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street NW, #110
Washington, D.C.   20009
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building 301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
951 N. Delaware St.
Indianapolis, IN. 46202
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL   60134
(630) 232-7450

*Counsel for Plaintiffs*