# BARASCH  MCGARRY  SALZMAN  &

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/25/2026___

ATTORNEYS AT LAW
11 PARK PLACE, 18TH FLOOR
NEW YORK, NEW YORK 10007
(212) 385-8000
(800) 562-9190
Fax No. (212) 385-7845
www.baraschmcgarry.com
www.911victims.org

MICHAEL A. BARASCH
BARRY A. SALZMAN*
DOMINIQUE A. PENSON
BRUCE K. KAYE
SARA DIRECTOR
DANA COHEN
LEE LONDON
JAMES STEINER
JENNIFER JIMENEZ

DESTINEE SALOMON
ANGELA NEVARD
DANIEL LEE
ADAM WYNN
ANDREA VELASQUEZ
SABA MEKBEB**
DELARAM YOUSEFI
CHIDI UDOYE
SEAN GALLAGHER
ERIC GRAF
MARK CAFIERO
KATARZYNA BAJEK
ROBERT N. BARASCH***
KATIE LESSER

*Also Admitted in Connecticut

**Also Admitted in NJ
*** Of Counsel - Admitted in FL

March 4, 2026

**VIA ECF**

The Honorable George B. Daniels, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     ***In re Terrorist Attacks on September 11, 2001****,* No. 03-md-1570 (GBD) (SN)
***Mandelkow et al. v. Islamic Republic of Iran***, No. 20-cv-00315 (GBD) (SN)
***Alcabes et al. v. Islamic Republic of Iran***, No. 20-cv-00340 (GBD) (SN)
***Anderson et al. v. Islamic Republic of Iran***, No. 20-cv-00354 (GBD) (SN)
***Ahearn et al. v. Islamic Republic of Iran***, No. 20-cv-00355 (GBD) (SN)
***Asciutto et al. v. Islamic Republic of Iran***, No. 20-cv-00411 (GBD) (SN)
***Amin et al. v. Islamic Republic of Iran***, No. 20-cv-00412 (GBD) (SN)
***Basci et al. v. Islamic Republic of Iran***, No. 20-cv-00415 (GBD) (SN)
***Cloud et al. v. Islamic Republic of Iran***, No. 1:20-cv-00416 (GBD) (SN)

**Request to Be Included in Report & Recommendation regarding Final Judgments**

Dear Judge Daniels:

We write on behalf of the Plaintiffs in the above-captioned eight cases, each of which is a part of the multi-district litigation *In re Terrorist Attacks on September 11, 2001*.

Plaintiffs in the above-captioned cases hold the following judgments against the Islamic Republic of Iran ("Iran").

| Case | Date of Underlying Judgment(s) | ECF No. of Underlying Judgment(s) |
|---|---|---|
| *Mandelkow et al. v. Islamic Republic of Iran*, No. 20-cv-00315 (GBD) (SN) | August 9, 2023 | 9274 |
| *Alcabes et al. v. Islamic Republic of Iran*, No. 20-cv-00340 (GBD) (SN) | August 9, 2023 | 9274 |
| *Anderson et al. v. Islamic Republic of Iran*, No. 20-cv-00354 (GBD) (SN) | August 9, 2023<br>March 28, 2025<br>August 11, 2025 | 9274<br>10813<br>11152 |
| *Ahearn et al. v. Islamic Republic of Iran*, No. 20-cv-00355 (GBD) (SN) | August 9, 2023 | 9274 |
| *Asciutto et al. v. Islamic Republic of Iran*, No. 20-cv-00411 (GBD) (SN) | August 9, 2023 | 9274 |
| *Amin et al. v. Islamic Republic of Iran*, No. 20-cv-00412 (GBD) (SN) | August 9, 2023<br>March 28, 2025<br>August 11, 2025 | 9274<br>10813<br>11152 |
| *Basci et al. v. Islamic Republic of Iran*, No. 20-cv-00415 (GBD) (SN) | August 9, 2023 | 9274 |
| *Cloud et al. v. Islamic Republic of Iran*, No. 1:20-cv-00416 (GBD) (SN) | October 5, 2021 | 7186 |

On March 3, 2026, Magistrate Judge Netburn recommended that for non-final judgments against Iran, the Court take the necessary action to certify the judgments as final against Iran. *See* ECF No. 11824 at 17. Those recommended actions include denying without prejudice outstanding requests for additional damages, staying deadlines for those plaintiffs to move for relief from final judgment until further order of the Court, and expressly determining that there is no just reason for delay and certifying each of the underlying judgments against Iran as final on all of those plaintiffs'

The Court is considering this request to extend its rulings from recent decisions on the MDL plaintiffs' Iran Judgments, see ECF Nos. 11878, 11824, to the Plaintiffs' judgments listed here. To maintain a clear record for the Clerk of Court, the Court directs counsel to file the appropriate requests to the Clerk for registration of the additional Iran Judgments listed here in other judicial districts. See, e.g., 11757.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 25, 2026
       New York, New York