**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                  :
                                                                  :          03 MDL 1570 (GBD) (FM)
                                                                  :
                                                                  :
------------------------------------------------------------------x
This Document Relates to:

  *Ray, et al. v. Iran, et al.*, Case No.: 1:19-cv-00012 (GBD)(SN)
  *Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)

## **[*PROPOSED*] ORDER**

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11913 to permit the

substitution of personal representatives of the estates of certain Plaintiffs who have died during

the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

  **ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11913 is granted, and **IT IS**

  **ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the

estates of Plaintiffs who have died during the pendency of these cases, as identified in Exhibit A,

are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs in their respective cases

and in this MDL, and **IT IS**

  **ORDERED** that counsel for the Plaintiffs shall add the substituted personal

representatives of the estates on, and delete the deceased persons from, the ECF system in these

cases and the MDL.

  The Court respectfully directs the Clerk of the Court to terminate the motion

at Doc. No. 11913 in 03-MDL-1570 (GBD)(SN), and at Doc. No. 372 in *Ray*, 19-cv-00012, and

at Doc. No. 117 in *Grazioso*, 22-cv-01188.

**SO ORDERED.**

March ____, 2026                                    _____
New York, New York                                 SARAH NETBURN
                                                   United States Magistrate Judge

**EXHIBIT A**
***Ray, et al. v. Iran, et al.*, Case No.: 1:19-cv-00012 (GBD)(SN)**
***Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)**

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of *Ray* 2nd Amended Complaint Discussing Decedent | Paragraph of *Grazioso* 2nd Amended Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 1 | Kristy Grazioso, as Administrator of the Estate of Hank Grazioso, Deceased | Hank Grazioso, surviving Parent of John Grazioso | ¶ 46 | ¶ 216 | John Grazioso |
| 2 | Kristy Grazioso, as Administrator of the Estate of Hank Grazioso, Deceased | Hank Grazioso, surviving Parent of Timmy Grazioso | ¶ 47 | ¶ 20 | Timothy (Timmy) Grazioso |