**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/25/2026___
```

------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                  :

                  :        03 MDL 1570 (GBD) (FM)

                  :

                  :

------------------------------------------------------------------x

This Document Relates to:

    *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT
### TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties identified in **Exhibit A** in the above-referenced action.  The individuals being substituted into the identified case are the Personal Representatives of family members of a 9/11 decedent who have now passed away.

**Exhibit A** identifies the individual to be substituted in the pleadings and the capacity in which they seek to be substituted, the existing pleadings that refer to the Plaintiff, and the name of the 9/11 decedent and relation to the Plaintiff.

Plaintiffs propose that, upon entry of Plaintiffs' Proposed Order, filed contemporaneously herewith, or such other Order as the Court deems proper, such Order include an instruction for Plaintiffs' counsel to enter individually the substituted parties as Plaintiffs into the Court's ECF system, and to delete the deceased party, to ease the burden on the Clerk of the Court's Office

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 25, 2026
     New York, New York

Dated: March 24, 2026.

Respectfully submitted,

*/s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street NW, #110
Washington, D.C.   20009
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building 301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
PO Box 40849
Indianapolis, IN   46240
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL   60134
(630) 232-7450

*Counsel for Plaintiffs*

**EXHIBIT A**
***Hoglan, et al. v. Iran, et al.*, Case No.: 1:11-cv-07550 (GBD)(SN)**

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Candyce S. Hoglan, as Executor of the Estate of Alice Hoglan a/k/a Alice Hoagland | Alice Hoglan, a/k/a Alice Hoagland, individual, and as a surviving parent of Mark Kendall Bingham | 1:11-cv-07550, ECF 62 at ¶ 10 | Mark Kendall Bingham |
| 2 | Daniel Dominic Coffey, as Executor of the Estate of Jeannette Coffey, Deceased | Jeannette Coffey, surviving Parent of Daniel M. Coffey | 1:11-cv-07550, ECF 62 at ¶ 36 | Daniel M. Coffey |
| 3 | John Haller, as Executor of the Estate of James Bond Godshalk, Deceased | Grace Parkinson-Godshalk as Power of Attorney for James Bond Godshalk, surviving Parent of William Godshalk | 1:11-cv-07550, ECF 62 at ¶ 57 | William Godshalk |
| 4 | Carolee Azzarello, as Administratrix of the Estate of Sandra Grazioso, Deceased | Sandra Grazioso, surviving Parent of John Grazioso | 1:11-cv-07550, ECF 62 at ¶ 64 | John Grazioso |
| 5 | Candy L. Moyer, as Executrix of the Estate of John R. Jones, Deceased | John R. Jones, as a surviving Parent of Donald W. Jones | 1:11-cv-07550, ECF 62 at ¶ 290 | Donald W. Jones |
| 6 | Joy Rina Kaufman, as Personal Representative of the Estate of Bessie Lebor, Deceased | Bessie Lebor, surviving parent of Leon Lebor | 1:11-cv-07550, 62, at ¶ 280 | Leon Lebor |
| 7 | Diane Lostrangio, as Personal Representative of the Estate of James Lostrangio, Deceased | James Lostrangio, the surviving father of Joseph Lostrangio | 1:11-cv-07550, 62, at ¶ 106 | Joseph Lostrangio |
| 8 | John Mistrulli and Maria Lamber, as Co-Executors of the Estate of Anne Mistrulli, Deceased | Ann Mistrulli, as the surviving Parent of Joseph D. Mistrulli | 1:11-cv-07550, 62, at ¶ 300 | Joseph D. Mistrulli |
| 9 | Joel R. Perry, as Personal Representative of the Estate of James Leslie Perry, Deceased | James Perry is a surviving Parent of John Perry | 1:11-cv-07550, 62, at ¶ 131 | John Perry |
| 10 | Anthony M. Hoffman, as Personal Representative of the Estate of Claudia Marie Stallworth, Deceased | Claudia Stallworth is a surviving Parent of Marsha Ratchford | 1:11-cv-07550, 62, at ¶ 141 | Marsha Ratchford |
| 11 | Diana Diaz, as Personal Representative of the Estate of Isaac Romero, Deceased | Isaac Romero is a surviving Parent of Elvin Romero | 1:11-cv-07550, 62, at ¶ 150 | Elvin Romero |
| 12 | Loren Rosenthal, as Personal Representative of the Estate of Seth Rosenthal | Seth Rosenthal is a surviving Child of Richard Rosenthal | 1:11-cv-07550, 62, at ¶ 153 | Richard Rosenthal |
| 13 | George M. Steiner, as Personal Representative of the Estate of George W. Steiner, Deceased | George W. Steiner is a surviving Sibling of William Steiner | 1:11-cv-07550, 62, at ¶ 235 | William Steiner |
| 14 | Peter A. McDermott III, as Personal Representative of the Estate of Jeanne McDermott | Jeanne McDermott is a surviving Sibling of William Wilson | 1:11-cv-07550, 62, at ¶ 79 | William Wilson |
| 15 | Lynne Dunn, Esq., as Administrator C.T.A. of the Estate of John Charles Bradish, Sr., Deceased | Jack Bradish a/k/a John Bradish, surviving Brother of Sandra Wright Cartledge | 1:11-cv-07550, 62, at ¶ 31 | Sandra Wright Cartledge |