**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                     :
                                     :       03 MDL 1570 (GBD) (FM)
------------------------------------------------------------------x
This Document Relates to:

        *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)
        *Grazioso, et al. v. The Taliban, et al.,* 1:22-cv-01188 (GBD)(SN)
        *Adler, et al. v. Republic of the Sudan*, 1:23-cv-07391 (GBD)(SN)

### [*PROPOSED*] ORDER

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11912 to permit the substitution of personal representatives of the estates of certain Plaintiffs who have died during the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

**ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11912 is granted, and **IT IS**

**ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the estates of Plaintiffs who have died during the pendency of these cases, as identified in Exhibit A, are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs in their respective cases and in this MDL, and **IT IS**

**ORDERED** that counsel for the Plaintiffs shall add the substituted personal representatives of the estates on, and delete the deceased persons from, the ECF system in these cases and the MDL.

The Court respectfully directs the Clerk of the Court to terminate the motion at MDL Doc. No. 11912 in 03-MDL-1570 (GBD)(SN), at *Hoglan* Doc. No. 481 in 11-cv-7750, at *Grazioso* Doc. No. 116 in 22-cv-1188, and at *Adler* Doc. No. 43 in 23-cv-7164.

**SO ORDERED.**

March \_\_\_\_, 2026                             _____
New York, New York                      SARAH NETBURN
                                          United States Magistrate Judge

**EXHIBIT A**
*Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)
*Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)
*Adler, et al. v. Republic of the Sudan*, 1:23-cv-07164 (GBD)(SN)

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of *Hoglan* 2nd Amended Complaint Discussing Decedent | Paragraph of *Grazioso* 2nd Amended Complaint Discussing Decedent | Paragraph of *Adler* Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|---|
| 1 | Corazon Fernandez, as Executrix of the Estate of Cirilo Fernandez, Deceased | Cirilo Fernandez, surviving Parent of Judy Fernandez | ¶ 51 | ¶ 54 | ¶ 50 | Judy Fernandez |
| 2 | Maria Regina Merwin, as Personal Representative of the Estate of Renee L. Gamboa, Deceased | Renee' L. Gamboa, surviving Parent of Ronald Gamboa | ¶ 53 | ¶ 58 | ¶ 59 | Ronald Gamboa |