**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                                               :       03 MDL 1570 (GBD) (FM)

                                               :

                                             :

-------------------------------------------------------------------x

This Document Relates to:

        *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)
        *Grazioso, et al. v. The Taliban, et al.,* 1:22-cv-01188 (GBD)(SN)
        *DiNardo, et al. v. Republic of the Sudan*, 1:23-cv-07328 (GBD)(SN)

## **[*PROPOSED*] ORDER**

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11920 to permit the

substitution of personal representatives of the estates of certain Plaintiffs who have died during

the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

**ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11920 is granted, and **IT IS**

**ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the

estates of Plaintiffs who have died during the pendency of these cases, as identified in Exhibit A,

are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs in their respective cases

and in this MDL, and **IT IS**

**ORDERED** that counsel for the Plaintiffs shall add the substituted personal

representatives of the estates on, and delete the deceased persons from, the ECF system in these

cases and the MDL.

The Court respectfully directs the Clerk of the Court to terminate the motion

at MDL Doc. No. 11920 in 03-MDL-1570 (GBD)(SN), at *Hoglan* Doc. No. 486 in 11-cv-07550

(GBD)(SN), at *Grazioso* Doc. No. 121 in 22-cv-01188 (GBD)(SN), and at *DiNardo* Doc. No. 59

in 23-cv-07328 (GBD)(SN).

**SO ORDERED.**

March \_\_\_\_, 2026                                  _____
New York, New York                            SARAH NETBURN
                                                             United States Magistrate Judge

**EXHIBIT A**
*Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)
*Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)
*DiNardo, et al. v. Republic of the Sudan*, 1:23-cv-07328 (GBD)(SN)

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of *Hoglan* 2nd Amended Complaint Discussing Decedent | Paragraph of *Grazioso* 2nd Amended Complaint Discussing Decedent | Paragraph of *Dinardo* Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|---|
| 1 | Melanie Buchman, as Personal Representative of the Estate of Loretta Haines, Deceased | Loretta Haines, surviving Sister of Sandra Wright Cartledge | ¶ 28 | ¶ 28 | ¶ 86 | Sandra Wright Cartledge |