**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/26/2026___
```

-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                :

                :       03 MDL 1570 (GBD) (FM)

                :

                :

-------------------------------------------------------------------x

This Document Relates to:

      *Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)
      *Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)
      *Adler, et al. v. Republic of the Sudan*, 1:23-cv-07391 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Rule 25(a), FED. R. CIV. P., Plaintiffs herein move the Court to allow substitution of the parties identified in **Exhibit A** in the above-referenced action. The individuals being substituted into the identified case are the Personal Representatives of family members of a 9/11 decedent who have now passed away.

**Exhibit A** identifies the individual to be substituted in the pleadings and the capacity in which they seek to be substituted, the existing pleadings that refer to the Plaintiff, and the name of the 9/11 decedent and relation to the Plaintiff.

Plaintiffs propose that, upon entry of Plaintiffs' Proposed Order, filed contemporaneously herewith, or such other Order as the Court deems proper, such Order include an instruction for

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 26, 2026
      New York, New York

Dated: March 25, 2026.

        Respectfully submitted,

        */s/ Timothy B. Fleming*
        Timothy B. Fleming (DC Bar No. 351114)
        WIGGINS CHILDS PANTAZIS
        FISHER GOLDFARB PLLC
        2202 18th Street NW, #110
        Washington, D.C.   20009
        (202) 467-4489

        Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
        WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
        FISHER GOLDFARB LLC
        The Kress Building 301 19th Street North
        Birmingham, Alabama  35203
        (205) 314-0500

        Richard D. Hailey (IN Bar No. 7375-49)
        Mary Beth Ramey (IN Bar No. 5876-49)
        RAMEY & HAILEY
        PO Box 40849
        Indianapolis, IN   46240
        (317) 582-0000

        Robert M. Foote (IL Bar No. 03124325)
        FOOTE, MIELKE, CHAVEZ
        & O'NEIL, LLC
        10 West State Street, Suite 200
        Geneva, IL   60134
        (630) 232-7450

        *Counsel for Plaintiffs*

**EXHIBIT A**
***Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)**
***Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)**
***Adler, et al. v. Republic of the Sudan*, 1:23-cv-07164 (GBD)(SN)**

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of *Hoglan* 2nd Amended Complaint Discussing Decedent | Paragraph of *Grazioso* 2nd Amended Complaint Discussing Decedent | Paragraph of *Adler* Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|---|
| 1 | Corazon Fernandez, as Executrix of the Estate of Cirilo Fernandez, Deceased | Cirilo Fernandez, surviving Parent of Judy Fernandez | ¶ 51 | ¶ 54 | ¶ 50 | Judy Fernandez |
| 2 | Maria Regina Merwin, as Personal Representative of the Estate of Renee L. Gamboa, Deceased | Renee' L. Gamboa, surviving Parent of Ronald Gamboa | ¶ 53 | ¶ 58 | ¶ 59 | Ronald Gamboa |