# EXHIBIT A

| | |
|---|---|
| **From:** | Jacqui Eaton-Garland |
| **To:** | Jonathan Vuotto |
| **Subject:** | FW: URGENT ASSISTANCE REQUEST-STATE DEPARTMENT DIPLOMATIC NOTES |
| **Date:** | Monday, March 23, 2026 8:58:12 PM |
| **Attachments:** | CERT OF SERVICE ECF5981 CERT OF MAILING 6008.pdf |
| | Revised Notice of Defualt Judgment Against the Islamic Republic of Iran.pdf |
| | 5452. CERTIFIED Copy of Default Judgment - 7 Plaintiffs.PDF |
| | EXAMPLE OF DIPLOMATIC NOTES.pdf |
| | CERTIFICATION OF TRANSLATION |
| | Foreign Souvereign Immunities Act in English+Farsi.pdf |
| | STATE DEPT AFFIDAVIT.pdf |

████

████████████████████

████████████████████████████████

████████████████████████████

████████████████

**From:** Jacqui Eaton-Garland <Jacqui@garlandsullivandesign.com>

**Date:** Monday, March 23, 2026 at 8:51 PM

**To:** MEGHAN.BELL@MAIL.HOUSE.GOV <MEGHAN.BELL@MAIL.HOUSE.GOV>, ARMEN.HARATUNIAN@MAIL.HOUSE.GOV <ARMEN.HARATUNIAN@MAIL.HOUSE.GOV>, Bains, Tejkaran <tejkaran.bains@mail.house.gov>

**Cc:** Jacqui Eaton-Garland <Jacqui@garlandsullivandesign.com>

**Subject:** URGENT ASSISTANCE REQUEST-STATE DEPARTMENT DIPLOMATIC NOTES

Dear Meghan, Armen & Tej,

I hope the message finds you well!

I met with Armen today at Congressman Suozzi's office to request assistance with a very time sensitive matter involving the U.S Department of State.
I am a constituent, Jacqui Eaton, in connection with long-standing federal litigation arriving from the September 11th attacks (In re Terrorist Attacks on September 11, 2001, S.D.N.Y. No. 03-MD-1570)
As part of this matter, the Court has requested certified diplomatic records confirming service of judgement on the Islamic Republic of Iran pursuant to 28 USC 1608 (a)(4).

The relevant service materials were transmitted through the US Department of State, as reflected in filings on the court's docket, including:

ECF No. 5981 (Certificate of Default Judgement dated February 24, 2020)
ECF No. 6008 (Certificate of Mailing, dated February 24, 2020).

I am seeking copies of the corresponding ***diplomatic notes** (example in these attachments) and any related certifications confirming the Department of State transmitted these materials through diplomatic channels.

Due to a current court deadline-(**extended to Friday, March 27, 2026**) this request is time sensitive.

I would be deeply grateful if your office could assist in contacting the Department of State-specifically the Office of Policy Review and Interagency Liaison (CA/OCS/PRI)-to help expedite the retrieval of these records.

I left documents with Armen but said I would follow up and provide the documents electronically to help with this matter.
I have also included some additional documents in the event the Department of State might request them.

Attached are the following:

-JUDGE NETBURNS ORIGINAL ORDER REQUESTING DOCUMENTS BY MARCH 20, 2026
-JUDGE NETBURNS EXTENSION REQUESTING DOCUMENTS BY MARCH 27,2026
-CERTIFICATE OF SERVICE OF DEFAULT JUDGEMENT ECF 5981 DATED FEBRUARY 19,2020
-CERTIFICATE OF MAILING, ECF 6008 DATED FEBRUARY 24, 2020
-5452 CERT COPY OF DEFAULT JUDGEMENTS
-**EXAMPLE COPY OF DIPLOMATIC NOTES-(THIS IS WHAT I AM LOOKING FOR)**
**-**CERTIFICATION OF TRANSLATION
-FOREIGN SOVEREIGN IMMUNITIES ACT ENGLISH & FARSI
-AFFIDAVIT OF STATE DEPARTMENT-**IF THEY CAN"T PROVIDE THE DOCUMENTS BUT CAN CONFIRM TRANSMITTAL HOPEFULLY THEY WOULD PROVIDE AN AFFIDAVIT SUPPORTING THE SERVICE.

Please let me know if you require any additional documentation or information.
Thank you so very much for your time and assistance regarding this matter, it is greatly appreciated.

Respectfully,
Jacqui Eaton
4 Long Meadow Lane
Glen Cove, NY 11542
516-330-6054