# EXHIBIT C

 **Outlook**

## Re: URGENT ASSISTANCE REQUEST-STATE DEPARTMENT DIPLOMATIC NOTES

**From** Jacqui Eaton-Garland <Jacqui@garlandsullivandesign.com>

**Date** Tue 3/24/2026 7:43 PM

**To** Bains, Tejkaran <Tejkaran.Bains@mail.house.gov>; Bell, Meghan <Meghan.Bell@mail.house.gov>; Haratunian, Armen <Armen.Haratunian@mail.house.gov>

📎 1 attachment (10 MB)
CLERK MAILING TO US STATE DEPT.pdf;

Good Evening Tej, Meghan & Armen,

Hope you all had a good day.
I spent 5 hours at the public records department at 500 Pearl St trying to locate the diplomatic notes.
Unfortunately, I was not successful.
I have attached some additional documents which include Service Request from the Clerk of Court (SDNY) to the UD Department of State dated February 24, 2020.
I'm hoping this may help the US Department of State locate the documents I need.
At the very least, I am wondering if they cannot locate copies of the diplomatic notes can they provide an affidavit that they did effect service on Iran as per the Clerks request?

If you could let me know if you are having any success, I would greatly appreciate it.
As per Judge Newburn's orders I need to submit by Friday March 27, 2026.

Thank you so much for all your help!

Respectfully,
Jacqui Eaton

**From:** Bains, Tejkaran <Tejkaran.Bains@mail.house.gov>
**Date:** Monday, March 23, 2026 at 9:00 PM
**To:** Jacqui Eaton-Garland <Jacqui@garlandsullivandesign.com>, Bell, Meghan <Meghan.Bell@mail.house.gov>, Haratunian, Armen <Armen.Haratunian@mail.house.gov>
**Subject:** RE: URGENT ASSISTANCE REQUEST-STATE DEPARTMENT DIPLOMATIC NOTES

Hi Jacqui,

So sorry you are going through this. I had contacted State when you emailed a few days back. Let me follow up. Thanks.

Thank you and warm regards,

*Tejkaran Bains*
Legislative Assistant

The Honorable Congressman Tom Suozzi
(NY-03)
Cannon 203
Tejkaran.Bains@mail.house.gov

---

**From:** Jacqui Eaton-Garland <Jacqui@garlandsullivandesign.com>
**Sent:** Monday, March 23, 2026 8:51 PM
**To:** Bell, Meghan <Meghan.Bell@mail.house.gov>; Haratunian, Armen <Armen.Haratunian@mail.house.gov>;
Bains, Tejkaran <Tejkaran.Bains@mail.house.gov>
**Cc:** Jacqui Eaton-Garland <Jacqui@garlandsullivandesign.com>
**Subject:** URGENT ASSISTANCE REQUEST-STATE DEPARTMENT DIPLOMATIC NOTES

Dear Meghan, Armen & Tej,

I hope the message finds you well!

I met with Armen today at Congressman Suozzi's office to request assistance with a very time sensitive matter involving the U.S Department of State.
I am a constituent, Jacqui Eaton, in connection with long-standing federal litigation arriving from the September 11th attacks (In re Terrorist Attacks on September 11, 2001, S.D.N.Y. No. 03-MD-1570)
As part of this matter, the Court has requested certified diplomatic records confirming service of judgement on the Islamic Republic of Iran pursuant to 28 USC 1608 (a)(4).

The relevant service materials were transmitted through the US Department of State, as reflected in filings on the court's docket, including:

ECF No. 5981 (Certificate of Default Judgement dated February 24, 2020)
ECF No. 6008 (Certificate of Mailing, dated February 24, 2020).

I am seeking copies of the corresponding *diplomatic notes** (example in these attachments) and any related certifications confirming the Department of State transmitted these materials through diplomatic channels.

Due to a current court deadline-(**extended to Friday, March 27, 2026**) this request is time sensitive. I would be deeply grateful if your office could assist in contacting the Department of State-specifically the Office of Policy Review and Interagency Liaison (CA/OCS/PRI)-to help expedite the retrieval of these records.

I left documents with Armen but said I would follow up and provide the documents electronically to help with this matter.
I have also included some additional documents in the event the Department of State might request them.

Attached are the following:

-JUDGE NETBURNS ORIGINAL ORDER REQUESTING DOCUMENTS BY MARCH 20, 2026
-JUDGE NETBURNS EXTENSION REQUESTING DOCUMENTS BY MARCH 27,2026
-CERTIFICATE OF SERVICE OF DEFAULT JUDGEMENT ECF 5981 DATED FEBRUARY 19,2020
-CERTIFICATE OF MAILING, ECF 6008 DATED FEBRUARY 24, 2020
-5452 CERT COPY OF DEFAULT JUDGEMENTS
-**\*EXAMPLE COPY OF DIPLOMATIC NOTES-(THIS IS WHAT I AM LOOKING FOR)**
-**CERTIFICATION OF TRANSLATION**
-FOREIGN SOVEREIGN IMMUNITIES ACT ENGLISH & FARSI

-AFFIDAVIT OF STATE DEPARTMENT-**IF THEY CAN"T PROVIDE THE DOCUMENTS BUT CAN CONFIRM TRANSMITTAL HOPEFULLY THEY WOULD PROVIDE AN AFFIDAVIT SUPPORTING THE SERVICE.

Please let me know if you require any additional documentation or information.
Thank you so very much for your time and assistance regarding this matter, it is greatly appreciated.

Respectfully,
Jacqui Eaton
4 Long Meadow Lane
Glen Cove, NY 11542
516-330-6054



**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

February 24, 2020

**Via Federal Express: 8138 7350 5910**
U.S. Department of State
SA-29, 4th Floor
2201 C Street NW
Washington, DC 20520
Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Re:   In re Terrorist Attacks of September 11, 2001
        Case No(s).   03-MDL-1570 (GBD) (SN)
                  02-CV-6977 (GBD) (SN), *Ashton v. Al Qaeda, et al.*
                  02-CV-7230 (GBD) (SN), *Burlingame v. Bin Laden, et al.*
                  17-CV-2003 (GBD) (SN), *Ashton, et al. v. Kingdom of Saudi Arabia*
                  18-CV-11417 (GBD) (SN), *Dickey v. Republic of Iran et al.*

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4), I am hereby requesting service of process on the following defendant:

      Minister of Foreign Affairs
      Ministry of Foreign Affairs of the Islamic
      Republic of Iran Iman Khomeini Avenue
      Tehran, Iran
      Attn: H.E Mohammad Javid Zarif

Enclosed you will find a check in the amount of $2,275.00; and two sets of the following documents (in English and Farsi) for service upon the defendant:

- Notice of Default Judgment

- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020

Secretary of State
February 24, 2020
Page 2

- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and

- Certification of Accuracy of Farsi translations by translator

Upon completion of service, please send me a certified copy of the diplomatic note of transmittal. I am enclosing a prepaid FedEx envelope provided by the Plaintiff's attorney for your convenience. Thank you for your assistance, and please contact me if you have any questions.

Respectfully,

Ruby J. Krajick
Clerk of Court

Enclosures

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 6008, 1288, 118, 191, 29
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230 (GBD) (SN)
17-cv-2003 (GBD) (SN)
18-cv-11417 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 24th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic
Republic of Iran Iman Khomeini Avenue
Tehran, Iran
Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7350 5910, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Notice of Default Judgment
- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020
- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
- Certification of Accuracy of Farsi translations by translator

Dated: New York, New York
February 24, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 745-1157 Fax: (917) 591-5980
john@johnschutty.com

February 19, 2020                                                    **Via Hand Delivery**

Clerk of the Court, Ruby J. Krajick
United States District Court Judge
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

Re:     *In re Terrorist Attacks on September 11, 2001*, MDL No. 03-MDL-1570 (GBD) (SN)
        *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member
        case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
        *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
        *Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

Dear Clerk of the Court, Ruby J. Krajick;

I represent the certain Plaintiffs in the above-referenced actions.

I am writing to request you effect service of two Partial Final Judgments, dated December 23, 2019, MDL ECF Nos. 5394 and 5397, on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic
> Republic of Iran Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010). As you are aware, service by mail pursuant to 28 U.S.C. § 1608(a)(3) cannot be effected as demonstrated by the fact that service of original process by mail in the initial phase of the action was not effective and such futile efforts need not be repeated here.

---

[1]    Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

On December 6, 2018, Plaintiffs served the complaint on Defendant pursuant to 28 U.S.C. § 1608(a)(4). Defendant failed to file an answer or responsive pleading within 60 days from the date that service was effectuated and two Partial Final Judgments were entered on December 23, 2020.

Pursuant to 28 U.S.C. § 1608(e), and 22 CFR § 93.2, Plaintiffs now request that Defendant Iran be served with the two Judgments pursuant to 28 U.S.C. § 1608(a)(4) by first sending the enclosed documents to the following address, which will arrange for diplomatic service:

> U.S. Department of State
> SA-29, 4th Floor, 2201 C Street NW
> Washington, DC 20520
> Attn: Secretary of State, Director of Consular Services, Office of Policy
> Review and Inter-Agency Liaison (CA/OCS/PRI)

Enclosed please find copies of the following documents, in English and Farsi:

a. Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
b. Certified Copy of Order of Supplemental, Partial Final Judgment, dated January 7, 2020;
c. Certified Copy of Order of Supplemental, Partial Final Judgment dated January 7, 2020;
d. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
e. Certification of accuracy of Farsi translations by translator.

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's "Foreign Mailing Instructions" we are providing two sets for service on the Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the Department of State. Please note that our firm FedEx account number is 8510-5792-7.

Finally, we also enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards

John F. Schutty, Esq.

2

## FedEx Express — Package US Airbill

FedEx Tracking Number **8138 7350 5910**

Form ID No. **0200**  **Sender's Copy**

**1 From** *Please print and press hard.*

Date _____

Sender's FedEx Account Number **8510-5792-7**

Sender's Name CLERK'S OF THE COURT, RUBY J. KRAJICK
U.S. District Court
Southern District of NewYork

Phone ( )

Company OFFICE OF THE CLERK

Address 500 PEARL STREET

Dept./Floor/Suite/Room

City NEW YORK  State NY  ZIP 10007

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.   OPTIONAL

**3 To**
Recipient's Name Secretary of State
Attn: Director of Consular Service  Phone 202 736-9110

Company OFFICE OF POLICE REVIEW and Inter-Agency Liason
U.S. Department of State

Address SA-29, 4 Floor
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address 2201 C. Street NW
Use this line for the HOLD location address or for continuation of your shipping address.

City Washington  State DC  ZIP 20520

**Hold Weekday**
FedEx location address
REQUIRED, NOT available for
FedEx First Overnight.

**Hold Saturday**
FedEx location address
REQUIRED. Available ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations.

**4 Express Package Service** * To most locations.

Packages up to 150 lbs.
For packages over 150 lbs. use the
FedEx Express Freight US Airbill.

**Next Business Day**
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight

**2 or 3 Business Days**
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging** *Declared value limit $500.
- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.
- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked.
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [ ] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No. **8510-5792-7**

Total Packages ___ Total Weight ___ lbs. Total Declared Value $ ___ .00

**644**

**Ship it. Track it. Pay for it. All online.** Go to fedex.com

fedex.com 1.800.GoFedEx 1.800.463.3339

Rev. Date 3/15 · Part #167002 · ©2012-2015 FedEx · PRINTED IN U.S.A. RRDA

LAW OFFICE OF JOHN F. SCHUTTY, P.C.

1454

PAY TO THE ORDER OF U.S. Embassy Bern

DATE Feb. 19, 2020    1-8/210

Two thousand two hundred seventy-five 00/100 DOLLARS    $ 2,275.00

citibank
CITIBANK, N.A.

FOR Service of Default Judgments Upon Iran
Sept. 11 Litigation (Dickey, et al)

John F. Schutty

⑈000014541⑈