# EXHIBIT D

 Outlook

## Re: Documents Served Upon the Department of State re Garland

**From** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Date** Tue 3/24/2026 9:01 PM
**To** John Schutty <john@johnschutty.com>

📎 1 attachment (1 MB)
2026-03-24 - 5-28-20 letter.pdf;

John:

Ms. Eaton-Garland spent five hours at the public records room at 500 Pearl Street today and was unable to find the diplomatic notes and supporting documents. She found the attached letter from the State Department that was cc'd to you on May 28, 2020, but it relates to the service of a complaint in March 2020. Did you receive anything from the State Department in that time frame or later that relates to the service of Ms. Eaton-Garland's judgments?

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
www.mcandrewvuotto.com

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

**From:** John Schutty <john@johnschutty.com>
**Sent:** Monday, March 23, 2026 11:59 AM
**To:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** Documents Served Upon the Department of State re Garland

Again, here are the documents we filed with Clerk of the SDNY for service upon the U.S. Department of State for Ms. Garland and other clients.

My paralegal personally visited the SDNY Clerk's Office to deliver the package for service upon the Department of State.

We have no record of ever receiving a "Diplomatic Note" from the Department of State confirming

receipt.

If such a "Diplomatic Note" was returned to the SDNY Clerk, we do not know . . .

Sincerely Yours,
John F. Schutty
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022

Cell: (646) 345-1441
Fax: (917) 591-5980



**United States Department of State**

*Washington, D.C.*   *20520*

May 28, 2020

Ms. Ruby J. Krajick
Clerk of the Court
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Irene Dickey, et al. v. Islamic Republic of Iran, 1:18-cv-11417-GBD-SN**

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1039-IE, dated March 23, 2020 and delivered on April 6, 2020. A certified copy of the diplomatic note is enclosed.

Sincerely,

Michael McPherson
Paralegal Specialist
Overseas Citizens Services
Office of Legal Affairs

CERTIFIED AS A TRUE COPY ON

THIS DATE 3-24-2026

BY _____
( ) Clerk
( ) Deputy

Paul Simoniello

Cc:    John F. Schutty, Esq.
        Law Office of John F. Schutty, P.C.
        445 Park Ave., 9th Floor

CERTIFIED AS A TRUE COPY ON

THIS DATE 3/27/2026

BY _____
( ) Clerk
( ) Deputy

Paul Simoncello