# EXHIBIT E

| **From:** | Jacqui Eaton-Garland |
|---|---|
| **To:** | ASK-OCS-L@STATE.GOV |
| **Cc:** | Jacqui Eaton-Garland; Jonathan Vuotto |
| **Subject:** | URGENT ASSISTANCE FOR COPIES OF DIPLOMATIC NOTES |
| **Date:** | Wednesday, March 25, 2026 9:18:24 AM |
| **Attachments:** | EATON-PROOF OF SERVICE IRAN.pdf |
| **Importance:** | High |

Dear Sir or Madam,

I am writing to request assistance in locating records related to diplomatic service effected through the U.S. Department of State pursuant to 28 U.S.C. § 1608(a)(4).

The service at issue relates to the case:

**In re Terrorist Attacks on September 11, 2001**
United States District Court for the Southern District of New York
MDL No. 03-MDL-1570 (GBD)(SN)

On or about February 19–24, 2020, the Clerk of the Court for the Southern District of New York transmitted service documents to the U.S. Department of State for delivery to the Islamic Republic of Iran via diplomatic channels. The transmittal included default judgments and related documents, addressed to:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Tehran, Iran

The Clerk's Office dispatched the materials to the Department of State (CA/OCS/PRI) via Federal Express (Tracking No. 8138 7350 5910).

I have obtained records from the Clerk of Court confirming transmittal to the Department of State. However, the Court has requested confirmation that service was completed through diplomatic channels—specifically, a **diplomatic note, certificate of service, or other official record issued by the Department of State confirming transmission and/or service upon Iran**.

Accordingly, I respectfully request copies of any records in the possession of the Department of State reflecting:

1. Receipt of the service packet from the SDNY Clerk in or around February 2020
2. Transmission of the documents to Iran via diplomatic channels
3. Any diplomatic note, certificate, or confirmation of service (or attempted service)

If these records are maintained by your office, I would be grateful for guidance on how to obtain certified copies. If a formal FOIA request is required, please advise and I will promptly submit one.

For your convenience, I have provided copies of the Clerk's Certificate of Mailing and related documentation-please see attached.

Thank you for your time and assistance with this matter. Please let me know if any additional information is needed to facilitate your search.

Sincerely,
Jacqueline Eaton
4 Long Meadow Lane Glen Cove, NY 11542
516-330-6054
Jacqui@garlandsullivandesign.com

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
  *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia,* 17-cv-02003 (GBN)(SN)
*Dickey v. Republic of Iran, et al.,* 18-CV-11417 (UA)

### CERTIFICATE OF SERVICE OF DEFAULT JUDGMENTS

I, John F. Schutty, Esq., declare under penalty of perjury, as provided for by 28 U.S.C. §

1746, that the following statements are true and correct:

I certify that I caused two default judgments to be served on the Islamic Republic of

Iran ("Iran") on February 19, 2020, by delivery to the Clerk of the U.S. District Court for the

Southern District of New York, pursuant to the Foreign Sovereign Immunities Act, of such

judgments, notices of judgments, and other documents set forth in the transmittal letter, a copy

of which is annexed hereto, for submission to the U.S. Department of State, along with the

requisite service fee, for delivery to the Foreign Minister of Iran via diplomatic means.


Dated: February 19, 2020

Name (Signature): _____

Name (Print): _____John F. Schutty, Esq._____

# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 745-1157  Fax: (917) 591-5980
john@johnschutty.com

February 19, 2020                                        **Via Hand Delivery**

Clerk of the Court, Ruby J. Krajick
United States District Court Judge
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

Re: *In re Terrorist Attacks on September 11, 2001*, MDL No. 03-MDL-1570 (GBD) (SN)
  *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member
    case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
  *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
  *Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

Dear Clerk of the Court, Ruby J. Krajick;

I represent the certain Plaintiffs in the above-referenced actions.

I am writing to request you effect service of two Partial Final Judgments, dated December 23, 2019, MDL ECF Nos. 5394 and 5397, on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic
> Republic of Iran Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).  As you are aware, service by mail pursuant to 28 U.S.C. § 1608(a)(3) cannot be effected as demonstrated by the fact that service of original process by mail in the initial phase of the action was not effective and such futile efforts need not be repeated here.

---

[1] Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

On December 6, 2018, Plaintiffs served the complaint on Defendant pursuant to 28 U.S.C. § 1608(a)(4). Defendant failed to file an answer or responsive pleading within 60 days from the date that service was effectuated and two Partial Final Judgments were entered on December 23, 2020.

Pursuant to 28 U.S.C. § 1608(e), and 22 CFR § 93.2, Plaintiffs now request that Defendant Iran be served with the two Judgments pursuant to 28 U.S.C. § 1608(a)(4) by first sending the enclosed documents to the following address, which will arrange for diplomatic service:

> U.S. Department of State
> SA-29, 4th Floor, 2201 C Street NW
> Washington, DC 20520
> Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Enclosed please find copies of the following documents, in English and Farsi:

a. Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
b. Certified Copy of Order of Supplemental, Partial Final Judgment, dated January 7, 2020;
c. Certified Copy of Order of Supplemental, Partial Final Judgment dated January 7, 2020;
d. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
e. Certification of accuracy of Farsi translations by translator.

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's "Foreign Mailing Instructions" we are providing two sets for service on the Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the Department of State. Please note that our firm FedEx account number is 8510-5792-7.

Finally, we also enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards

John F. Schutty, Esq.

2

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ ·

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).:  03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230 (GBD) (SN)
17-cv-2003 (GBD) (SN)
18-cv-11417 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 24th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic
Republic of Iran Iman Khomeini Avenue
Tehran, Iran
Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7350 5910, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Notice of Default Judgment
- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020
- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
- Certification of Accuracy of Farsi translations by translator

Dated: New York, New York
February 24, 2020

RUBY J. KRAJICK
CLERK OF COURT


/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

Case 1:03-cv-11450-SDU Document 11-8 Filed 02/27/26 Page 8 of 8

**FedEx** Express

*Package* **US Airbill**

FedEx Tracking Number: 8138 7350 5910

Form ID No. 0200

fedex.com 1.800.GoFedEx 1.800.463.3339

**1 From** *Please print and press hard.*

Date _____

Sender's FedEx Account Number: 8510-5792-7

Sender's Name: CLERK'S OF THE COURT, RUBY J. KRAJICK
U.S. District Court    Phone ( )
Southern District of New York

Company: OFFICE OF THE CLERK

Address: 500 PEARL STREET
Dept/Floor/Suite/Room

City: NEW YORK    State: NY    ZIP: 10007

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.    OPTIONAL

**3 To**
Recipient's Name: Secretary of State
Attn: Director of Consular Service    Phone: 202 736-9110

Company: OFFICE OF POLICE REVIEW and Inter-Agency Liason
U.S. Department of State

Address: SA-29, 4 Floor
We cannot deliver to P.O. boxes or P.O. ZIP codes.    Dept/Floor/Suite/Room

Address: 2201 C. Street NW
Use this line for the HOLD location address or for continuation of your shipping address.

City: Washington    State: DC    ZIP: 20520

☐ Hold Weekday
FedEx location address REQUIRED, NOT available for FedEx First Overnight.

☐ Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com.

**4 Express Package Service** *To most locations.*    Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.

☐ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg

Restrictions apply for dangerous goods—see the current FedEx Service Guide.    ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No. Credit Card No.: 8510-5792-7    Exp. Date

Total Packages    Total Weight ____ lbs.    Total Declared Value† $ ____ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 3/15 • Part #167002 • ©2012–2015 FedEx • PRINTED IN U.S.A. RRDA 00/00

644

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.