# EXHIBIT F

*Markee*
*3/25/26*

Jacqueline Eaton
4 Long Meadow Lane
Glen Cove, NY 11542
516 330-6054
Jacqui@garlandsullivandesign.com

March 25, 2026

U.S. Department of State
Office of American Citizens Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
SA-29, 4th Floor
2201 C Street NW
Washington, DC 20520

Re: Request for Diplomatic Service Records
28 U.S.C. § 1608(a)(4) – Service on the Islamic Republic of Iran
SDNY MDL No. 03-MDL-1570 (GBD)(SN)

Dear Sir or Madam:

I respectfully write to request assistance in locating records relating to diplomatic service effected through the U.S. Department of State pursuant to 28 U.S.C. § 1608(a)(4).

The service at issue arises from the following matter:

**In re Terrorist Attacks on September 11, 2001**
United States District Court for the Southern District of New York
MDL No. 03-MDL-1570 (GBD)(SN)

On or about February 19–24, 2020, the Clerk of the United States District Court for the Southern District of New York transmitted a service package to the U.S. Department of State for delivery to the Islamic Republic of Iran via diplomatic channels. The materials included default judgments, notices of judgment, and related documents addressed to:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Tehran, Iran

The Clerk's Office dispatched the materials to the Department of State (CA/OCS/PRI) via Federal Express (Tracking No. 8138 7350 5910).

**Enclosed with this letter is a copy of the proof of service packet obtained from the Clerk of Court,** including the Certificate of Service, transmittal letter, Certificate of Mailing, and Federal Express documentation reflecting delivery to the U.S. Department of State.

I have obtained these records confirming transmittal to the Department of State. However, the Court has requested confirmation that service was completed through diplomatic channels. Specifically, I am seeking a **diplomatic note, certificate of service, or other official documentation issued by the Department of State confirming transmission and/or service upon Iran**.

Accordingly, I respectfully request copies of any records in the possession of the Department of State reflecting:

1. Receipt of the service packet from the SDNY Clerk in or around February 2020;
2. Transmission of the documents to Iran via diplomatic channels;
3. Any diplomatic note, certificate, or confirmation of service (or attempted service) issued in connection with this request.

If these records are maintained by your office, I would be grateful for guidance on how to obtain certified copies suitable for submission to the Court. If a request must be submitted pursuant to the Freedom of Information Act, please advise and I will promptly comply.

Thank you for your time and assistance. Please do not hesitate to contact me if additional information is needed to facilitate your search.

Respectfully submitted,

Jacqueline Eaton

Jacqueline Eaton

Enclosure: Proof of Service Packet (SDNY MDL 1570 – February 2020 Transmittal)

**Subject:** (none)
**Date:** Wednesday, March 25, 2026 at 5:22:52 PM Eastern Daylight Time
**From:** jacqueline eaton-garland
**To:** Jacqui Eaton-Garland
**Attachments:** IMG_1389.jpeg



Sent from my iPhone

GOLD COAST MAILROOM
5 BREWSTER STREET
GLEN COVE, NY 11542
TEL:(516)759-0000 FAX:(516)759-0153
EMAIL: SALES@GOLDCOASTMAILROOM.COM
WWW.GOLDCOASTMAILROOM.COM

Shipment------------------------

FedEx Priority Overnight Envelope
Ship To:

ATT: SECRETARY OF STATE,
US DEPT OF STATE
2201 C St NW
SA-29, FL 4
WASHINGTON, DC 20520
Package ID: 607110            112.59
Tracking #:  889984185289
Expected arrival: Thu 03/26 10:30 AM
Direct Signature Requi [$9.50]

SUBTOTAL
TAX                          112.59
TOTAL                          0.00
TEND American Expres         112.59
                             112.59

Total shipments: 1
JACQUELINE EATON

#151626                   03/25/2026
                           03:59 PM
Workstation: 0 - Master Workstation
CCTran# 42df2324-7bae-4af2-a7e9-6ef962dc64a3

Signature_____

ALL SHIPPING CLAIMS MUST BE MADE IN
WRITING TO GOLD COAST MAILROOM WITHIN
15 DAYS OF PACKAGE BEING SHIPPED.
BY SHIPPING YOUR PACKAGE/S WITH
GOLD COAST MAILROOM YOU AGREE TO OUR
TERMS AND CONDITIONS WHICH IS LOCATED ON
OUR WEB SITE:
WWW.GOLDCOASTMAILROOM.COM

***********************************
THANK YOU FOR YOUR BUSINESS!
***********************************
GOOGLE REVIEW US!!



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

February 24, 2020

**Via Federal Express: 8138 7350 5910**
U.S. Department of State
SA-29, 4th Floor
2201 C Street NW
Washington, DC 20520
Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Re:    In re Terrorist Attacks of September 11, 2001
       Case No(s).   03-MDL-1570 (GBD) (SN)
                     02-CV-6977 (GBD) (SN), *Ashton v. Al Qaeda, et al.*
                     02-CV-7230 (GBD) (SN), *Burlingame v. Bin Laden, et al.*
                     17-CV-2003 (GBD) (SN), *Ashton, et al. v. Kingdom of Saudi Arabia*
                     18-CV-11417 (GBD) (SN), *Dickey v. Republic of Iran et al.*

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4), I am hereby requesting service of process on the following defendant:

       Minister of Foreign Affairs
       Ministry of Foreign Affairs of the Islamic
       Republic of Iran Iman Khomeini Avenue
       Tehran, Iran
       Attn: H.E Mohammad Javid Zarif

Enclosed you will find a check in the amount of $2,275.00; and two sets of the following documents (in English and Farsi) for service upon the defendant:

- Notice of Default Judgment

- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020

Secretary of State
February 24, 2020
Page 2

- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and

- Certification of Accuracy of Farsi translations by translator

Upon completion of service, please send me a certified copy of the diplomatic note of transmittal. I am enclosing a prepaid FedEx envelope provided by the Plaintiff's attorney for your convenience. Thank you for your assistance, and please contact me if you have any questions.

Respectfully,

Ruby J. Krajick
Clerk of Court

Enclosures

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 6008, 1288, 118, 191, 29
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CERTIFICATE OF MAILING**

Case No(s).: 03-MDL-1570 (GBD) (SN)
02-cv-6977 (GBD) (SN)
02-cv-7230 (GBD) (SN)
17-cv-2003 (GBD) (SN)
18-cv-11417 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 24th day of February 2020, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic
Republic of Iran Iman Khomeini Avenue
Tehran, Iran
Attn: H.E Mohammad Javid Zarif

By dispatching via Federal Express, Tracking No. 8138 7350 5910, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Notice of Default Judgment
- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020
- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
- Certification of Accuracy of Farsi translations by translator

Dated: New York, New York
February 24, 2020

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 745-1157 Fax: (917) 591-5980
john@johnschutty.com

February 19, 2020

**Via Hand Delivery**

Clerk of the Court, Ruby J. Krajick
United States District Court Judge
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

Re:     *In re Terrorist Attacks on September 11, 2001*, MDL No. 03-MDL-1570 (GBD) (SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member
case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
*Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

Dear Clerk of the Court, Ruby J. Krajick;

I represent the certain Plaintiffs in the above-referenced actions.

I am writing to request you effect service of two Partial Final Judgments, dated December 23, 2019, MDL ECF Nos. 5394 and 5397, on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic
> Republic of Iran Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010). As you are aware, service by mail pursuant to 28 U.S.C. § 1608(a)(3) cannot be effected as demonstrated by the fact that service of original process by mail in the initial phase of the action was not effective and such futile efforts need not be repeated here.

---

[1]     Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

On December 6, 2018, Plaintiffs served the complaint on Defendant pursuant to 28 U.S.C. § 1608(a)(4). Defendant failed to file an answer or responsive pleading within 60 days from the date that service was effectuated and two Partial Final Judgments were entered on December 23, 2020.

Pursuant to 28 U.S.C. § 1608(e), and 22 CFR § 93.2, Plaintiffs now request that Defendant Iran be served with the two Judgments pursuant to 28 U.S.C. § 1608(a)(4) by first sending the enclosed documents to the following address, which will arrange for diplomatic service:

> U.S. Department of State
> SA-29, 4th Floor, 2201 C Street NW
> Washington, DC 20520
> Attn: Secretary of State, Director of Consular Services, Office of Policy
> Review and Inter-Agency Liaison (CA/OCS/PRI)

Enclosed please find copies of the following documents, in English and Farsi:

a. Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
b. Certified Copy of Order of Supplemental, Partial Final Judgment, dated January 7, 2020;
c. Certified Copy of Order of Supplemental, Partial Final Judgment dated January 7, 2020;
d. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
e. Certification of accuracy of Farsi translations by translator.

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's "Foreign Mailing Instructions" we are providing two sets for service on the Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the Department of State. Please note that our firm FedEx account number is 8510-5792-7.

Finally, we also enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards

John F. Schutty, Esq.

2

Case 1:03-md-01570-GBD-SN Document 11929-8 Filed 02/24/20 Page 2 of 2 Document 11704-CBD-SN Filed 03/27/26 Page 11 of 12

**FedEx** Express  Package US Airbill

FedEx Tracking Number  8138 7350 5910

Form ID No. 0200

**Sender's Copy**

**1 From** *Please print and press hard.*

Date _____

Sender's FedEx Account Number  8510-5792-7

Sender's Name  CLERK'S OF THE COURT, RUBY J. KRAJICK
U.S. District Court
Southern District of New York

Phone ( )

Company  OFFICE OF THE CLERK

Address  500 PEARL STREET

Dept/Floor/Suite/Room

City  NEW YORK    State  NY    ZIP  10007

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*

OPTIONAL

**3 To**

Recipient's Name  Secretary of State
Attn: Director of Consular Service  Phone ( 202 736-9110

Company  OFFICE OF POLICE REVIEW and Inter-Agency Liason
U.S. Department of State

Address  SA-29, 4 Floor
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Dept/Floor/Suite/Room

Address  2201 C. Street NW
*Use this line for the HOLD location address or for continuation of your shipping address.*

City  Washington    State  DC    ZIP  20520

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com.

**4 Express Package Service** *To most locations.*

Packages up to 150 lbs.
*For packages over 150 lbs. use the FedEx Express Freight US Airbill.*

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options** *Fees may apply. See the FedEx Service Guide.*

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
*One box must be checked.*

☐ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required    ☐ Dry Ice  Dry Ice, 9, UN 1845 ___ x ___ kg

*Restrictions apply for dangerous goods—see the current FedEx Service Guide.*

☐ Cargo Aircraft Only

☐ Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

☐ Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**7 Payment** *Bill to:*

☐ Sender
Acct. No. in Section 1 will be billed.

☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.  8510-5792-7    Exp. Date

Total Packages    Total Weight    Total Declared Value†

_____ lbs.  $ _____ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 3/15 • Part #167002 • ©2012–2015 FedEx • PRINTED IN U.S.A. RRDA 00/00

644

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

fedex.com  1.800.GoFedEx  1.800.463.3339

LAW OFFICE OF JOHN F. SCHUTTY, P.C.

1454

PAY TO THE ORDER OF U.S. Embassy Bern

DATE Feb. 19, 2020   1-8/210

Two thousand two hundred seventy-five 00/100 DOLLARS   $ 2,275.00

citibank
CITIBANK, N.A.

FOR Service of Default Judgments Upon Iran
Sept. 11 Litigation (Dickey, et al.)

John F. Schutty

⑆0000 1454⑆ ⑉021000089⑈ 49676085 32⑈