# EXHIBIT G

| | |
|---|---|
| **From:** | John Schutty |
| **To:** | Jonathan Vuotto |
| **Subject:** | RE: Certificate of Mailing |
| **Date:** | Wednesday, March 25, 2026 1:39:13 PM |
| **Attachments:** | Doc. 5981 - Certificate of Service of Default Judgments.pdf |

This morning my paralegal and I went to my external storage location and scoured all of our 9/11 files in a search for a "Diplomatic" confirmation of Service of the Default Judgments upon Iran.

Unfortunately, we could find no such confirmation.

My letter of February 19, 2020, details exactly what we delivered to the SDNY Clerk.

If you need a Declaration from me and/or my paralegal (who has been working with me for over 7 years), confirming that we have no record of receiving a "Diplomatic" confirmation after serving the Court Clerk, please let me know exactly what you need as we will try to help you and Ms. Garland.

**Sincerely Yours,**

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**
**445 Park Avenue, 9th Floor**
**New York, NY 10022**

**Cell: (646) 345-1441**
**Fax: (917) 591-5980**

---

**From:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Sent:** Tuesday, March 24, 2026 9:13 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** Re: Certificate of Mailing

John:

With respect to your certificate of service, you stated in your February 19, 2020 service request, that you want to effect service on Judgments dated December 23, 2019, ECF Nos. 5394 and ECF 5397. Then on the next page you say that you were including copies of Order of Supplemental, Partial final judgement dated January 7, 2020. Would you please clarify for us what you actually sent for service? Thank you.

Jonathan P. Vuotto, Esq.

McANDREW VUOTTO, LLC

13 Mt. Kemble Avenue

Morristown, New Jersey 07960

Direct: (973) 532-6242

www.mcandrewvuotto.com

---

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

---

**From:** John Schutty <john@johnschutty.com>
**Sent:** Friday, March 20, 2026 1:42 PM
**To:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** FW: Certificate of Mailing

This may be what you are looking for . . .

---

**From:** Rothny Say <rothny73104@me.com>
**Sent:** Friday, March 20, 2026 1:40 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** Certificate attach with receipt

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
        *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia,* 17-cv-02003 (GBN)(SN)
*Dickey v. Republic of Iran, et al.,* 18-CV-11417 (UA)

## CERTIFICATE OF SERVICE OF DEFAULT JUDGMENTS

I, John F. Schutty, Esq., declare under penalty of perjury, as provided for by 28 U.S.C. §
1746, that the following statements are true and correct:

I certify that I caused two default judgments to be served on the Islamic Republic of
Iran ("Iran") on February 19, 2020, by delivery to the Clerk of the U.S. District Court for the
Southern District of New York, pursuant to the Foreign Sovereign Immunities Act, of such
judgments, notices of judgments, and other documents set forth in the transmittal letter, a copy
of which is annexed hereto, for submission to the U.S. Department of State, along with the
requisite service fee, for delivery to the Foreign Minister of Iran via diplomatic means.


Dated: February 19, 2020

Name (Signature): _____

Name (Print): _____John F. Schutty, Esq._____

# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 745-1157  Fax: (917) 591-5980
john@johnschutty.com

February 19, 2020                              **Via Hand Delivery**

Clerk of the Court, Ruby J. Krajick
United States District Court Judge
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

> Re:     *In re Terrorist Attacks on September 11, 2001*, MDL No. 03-MDL-1570 (GBD) (SN)
> *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member
>       case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
> *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
> *Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

Dear Clerk of the Court, Ruby J. Krajick;

I represent the certain Plaintiffs in the above-referenced actions.

I am writing to request you effect service of two Partial Final Judgments, dated December 23, 2019, MDL ECF Nos. 5394 and 5397, on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic
> Republic of Iran Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 70 (D.D.C. 2010).  As you are aware, service by mail pursuant to 28 U.S.C. § 1608(a)(3) cannot be effected as demonstrated by the fact that service of original process by mail in the initial phase of the action was not effective and such futile efforts need not be repeated here.

---

[1]      Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Case 1:03-md-01570-GBD-SN Document 9981 Filed 02/19/20 Page 3 of 3

On December 6, 2018, Plaintiffs served the complaint on Defendant pursuant to 28 U.S.C. § 1608(a)(4). Defendant failed to file an answer or responsive pleading within 60 days from the date that service was effectuated and two Partial Final Judgments were entered on December 23, 2020.

Pursuant to 28 U.S.C. § 1608(e), and 22 CFR § 93.2, Plaintiffs now request that Defendant Iran be served with the two Judgments pursuant to 28 U.S.C. § 1608(a)(4) by first sending the enclosed documents to the following address, which will arrange for diplomatic service:

> U.S. Department of State
> SA-29, 4th Floor, 2201 C Street NW
> Washington, DC 20520
> Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Enclosed please find copies of the following documents, in English and Farsi:

a. Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
b. Certified Copy of Order of Supplemental, Partial Final Judgment, dated January 7, 2020;
c. Certified Copy of Order of Supplemental, Partial Final Judgment dated January 7, 2020;
d. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
e. Certification of accuracy of Farsi translations by translator.

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's "Foreign Mailing Instructions" we are providing two sets for service on the Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the Department of State. Please note that our firm FedEx account number is 8510-5792-7.

Finally, we also enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards

John F. Schutty, Esq.

2