# EXHIBIT H

**From:** Jonathan Vuotto
**To:** John Schutty
**Subject:** Re: Certificate of Mailing
**Date:** Wednesday, March 25, 2026 6:29:59 PM
**Attachments:** 2026-03-19 - Email FSIA Service – Iran – Urgent Court Deadline.pdf
2026-03-24 - URGENT ASSISTANCE REQUEST-STATE DEP...pdf
2026-03-25 - FEDEX US DEPT OF STATE.pdf

---

John:

Thanks for your email. We have been emailing and writing the state department requesting the diplomatic notes and supporting documents (see attached). Would you please also send them an email requesting the materials? Maybe since you sent the judgments for service, they will be more likely to respond to you.

We will also get back to you about a potential declaration for the court. Thank you for your assistance.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
www.mcandrewvuotto.com

---

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

---

**From:** John Schutty <john@johnschutty.com>
**Sent:** Wednesday, March 25, 2026 1:39 PM
**To:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** RE: Certificate of Mailing

This morning my paralegal and I went to my external storage location and scoured all of our 9/11 files in a search for a “Diplomatic” confirmation of Service of the Default Judgments upon Iran.

Unfortunately, we could find no such confirmation.

My letter of February 19, 2020, details exactly what we delivered to the SDNY Clerk.

If you need a Declaration from me and/or my paralegal (who has been working with me for over 7 years), confirming that we have no record of receiving a "Diplomatic" confirmation after serving the Court Clerk, please let me know exactly what you need as we will try to help you and Ms. Garland.

**Sincerely Yours,**

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**
**445 Park Avenue, 9th Floor**
**New York, NY 10022**

**Cell: (646) 345-1441**
**Fax: (917) 591-5980**

---

**From:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Sent:** Tuesday, March 24, 2026 9:13 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** Re: Certificate of Mailing

John:

With respect to your certificate of service, you stated in your February 19, 2020 service request, that you want to effect service on Judgments dated December 23, 2019, ECF Nos. 5394 and ECF 5397. Then on the next page you say that you were including copies of Order of Supplemental, Partial final judgement dated January 7, 2020. Would you please clarify for us what you actually sent for service? Thank you.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
www.mcandrewvuotto.com

---

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use.

You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank You.

---

**From:** John Schutty <john@johnschutty.com>
**Sent:** Friday, March 20, 2026 1:42 PM
**To:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** FW: Certificate of Mailing

This may be what you are looking for . . .

---

**From:** Rothny Say <rothny73104@me.com>
**Sent:** Friday, March 20, 2026 1:40 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** Certificate attach with receipt