**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

March 26, 2026

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Daniels:

    Plaintiffs with claims against Al Rajhi Bank ("ARB") write to respectfully request the Court's endorsement of an April 3, 2026 deadline for Plaintiffs to submit their response to ARB's March 24, 2026 supplemental authority letter concerning the Opinion and Order in *Troell v. Binance Holdings Ltd.*, No. 24-cv-7136 (JAV), 2026 WL 636849 (S.D.N.Y. Mar. 6, 2026). *See* ECF No. 11905. Several attorneys managing the ARB litigation for the Plaintiffs presently have travel and family vacation commitments over the next week. Plaintiffs have conferred with counsel for ARB, and ARB has advised that the Bank has no objection.

    We thank you in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Sean P. Carter*
SEAN P. CARTER
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On Behalf of Plaintiffs With Claims*
*Against Defendant Al Rajhi Bank*

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: MAR 3 1 2026

cc:  The Honorable Sarah Netburn (via ECF)

LEGAL\114344996\1