USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/1/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                    :
                                                                    :      03 MDL 1570 (GBD) (FM)
                                                                    :
                                                                    :
------------------------------------------------------------------x
This Document Relates to:

       *Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)
       *Grazioso, et al. v. The Taliban, et al.,* 1:22-cv-01188 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11911 to permit the

substitution of personal representatives of the estates of certain Plaintiffs who have died during

the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

    **ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11911 is granted, and **IT IS**

    **ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the

estates of family member Plaintiffs who have died during the pendency of these cases, as

identified in Exhibit A, are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs

in their respective cases and in this MDL, and **IT IS**

    **ORDERED** that counsel for the Plaintiffs shall add the substituted personal

representatives of the estates on, and delete the deceased persons from, the ECF system in these

cases and the MDL.

The Court respectfully directs the Clerk of the Court to terminate the motion at MDL Doc. No. 11911 in 03-MDL-1570 (GBD)(SN) and at *Hoglan* Doc. No. 480 in 11-cv-7550 (GBD)(SN), and at *Grazioso* Doc. No. 115 in 22-cv-1188 (GBD)(SN).

**SO ORDERED.**

Dated: April 1, 2026
New York, New York

SARAH NETBURN
United States Magistrate Judge

**EXHIBIT A**
***Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)**
***Grazioso, et al. v. The Taliban, et al.*, 1:22-cv-01188 (GBD)(SN)**

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of *Hoglan* 2nd Amended Complaint Discussing Decedent | Paragraph of *Grazioso* 2nd Amended Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 1 | Leslie Ann Brown, as Personal Representative of the Estate of Joan Ann Coale, Deceased | Joan Ann Coale, surviving Parent of Jeffrey Coale | ¶ 34 | ¶ 34 | Jeffrey Alan Coale |
| 2 | Timothy M. Regan, as Personal Representative of the Estate of Emma C. Fernandez-Regan (a/k/a Emma C. Regan), Deceased | Emma Fernandez Regan, surviving Sibling of Judy Fernandez | ¶ 50 | ¶ 53 | Judy Fernandez |