**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/1/2026___

-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                               :

                               :      03 MDL 1570 (GBD) (FM)

                               :

                               :

-------------------------------------------------------------------x

This Document Relates to:

    *Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion at MDL Doc. No. 11910 to permit the substitution of personal representatives of the estates of certain Plaintiffs who have died during the pendency of the above-referenced cases, as identified in **Exhibit A**, it is **HEREBY**

**ORDERED** that the Plaintiffs' motion at MDL Doc. No. 11910 is granted, and **IT IS**

**ORDERED** that the individuals identified in **Exhibit A** as personal representatives of the estates of Plaintiffs who have died during the pendency of these cases, or as identified in Exhibit A, are **HEREBY** substituted as parties Plaintiff for such deceased Plaintiffs in their respective cases, and **IT IS**

**ORDERED** that counsel for the Plaintiffs shall add the substituted personal representatives of the estates on, and delete the deceased persons from, the ECF system in these cases and the MDL.

The Court respectfully directs the Clerk of the Court to terminate the motion at MDL Doc. No. 11910 in 03-MDL-1570 (GBD)(SN) and at *Hoglan* Doc. No. 479 in 11-cv-7550 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 1, 2026
     New York, New York

## EXHIBIT A - *Hoglan, et al. v. Iran, et al.*, Case No.: 1:11-cv-07550 (GBD)(SN)

| # | Identification of Party to be Substituted (Plaintiff's Name And Relationship To Decedent) | Reference to Plaintiff in Current Caption | Paragraph of 2nd Amended Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Candyce S. Hoglan, as Executor of the Estate of Alice Hoglan a/k/a Alice Hoagland | Alice Hoglan, a/k/a Alice Hoagland, individual, and as a surviving parent of Mark Kendall Bingham | 1:11-cv-07550, ECF 62 at ¶ 10 | Mark Kendall Bingham |
| 2 | Daniel Dominic Coffey, as Executor of the Estate of Jeannette Coffey, Deceased | Jeannette Coffey, surviving Parent of Daniel M. Coffey | 1:11-cv-07550, ECF 62 at ¶ 36 | Daniel M. Coffey |
| 3 | John Haller, as Executor of the Estate of James Bond Godshalk, Deceased | Grace Parkinson-Godshalk as Power of Attorney for James Bond Godshalk, surviving Parent of William Godshalk | 1:11-cv-07550, ECF 62 at ¶ 57 | William Godshalk |
| 4 | Carolee Azzarello, as Administratrix of the Estate of Sandra Grazioso, Deceased | Sandra Grazioso, surviving Parent of John Grazioso | 1:11-cv-07550, ECF 62 at ¶ 64 | John Grazioso |
| 5 | Carolee Azzarello, as Administratrix of the Estate of Sandra Grazioso, Deceased | Sandra Grazioso, surviving Parent of Timmy Grazioso | 1:11-cv-07550, ECF 62 at ¶ 72 | Timmy Grazioso |
| 6 | Candy L. Moyer, as Executrix of the Estate of John R. Jones, Deceased | John R. Jones, as a surviving Parent of Donald W. Jones | 1:11-cv-07550, ECF 62 at ¶ 290 | Donald W. Jones |
| 7 | Joy Rina Kaufman, as Personal Representative of the Estate of Bessie Lebor, Deceased | Bessie Lebor, surviving parent of Leon Lebor | 1:11-cv-07550, ECF 62, at ¶ 280 | Leon Lebor |
| 8 | Diane Lostrangio, as Personal Representative of the Estate of James Lostrangio, Deceased | James Lostrangio, the surviving father of Joseph Lostrangio | 1:11-cv-07550, ECF 62, at ¶ 106 | Joseph Lostrangio |
| 9 | John Mistrulli and Maria Lamber, as Co-Executors of the Estate of Anne Mistrulli, Deceased | Ann Mistrulli, as the surviving Parent of Joseph D. Mistrulli | 1:11-cv-07550, ECF 62, at ¶ 300 | Joseph D. Mistrulli |
| 10 | Joel R. Perry, as Personal Representative of the Estate of James Leslie Perry, Deceased | James Perry is a surviving Parent of John Perry | 1:11-cv-07550, ECF 62, at ¶ 131 | John Perry |
| 11 | Anthony M. Hoffman, as Personal Representative of the Estate of Claudia Marie Stallworth, Deceased | Claudia Stallworth is a surviving Parent of Marsha Ratchford | 1:11-cv-07550, ECF 62, at ¶ 141 | Marsha Ratchford |
| 12 | Diana Diaz, as Personal Representative of the Estate of Isaac Romero, Deceased | Isaac Romero is a surviving Parent of Elvin Romero | 1:11-cv-07550, ECF 62, at ¶ 150 | Elvin Romero |
| 13 | Loren Rosenthal, as Personal Representative of the Estate of Seth Rosenthal | Seth Rosenthal is a surviving Child of Richard Rosenthal | 1:11-cv-07550, ECF 62, at ¶ 153 | Richard Rosenthal |
| 14 | George M. Steiner, as Personal Representative of the Estate of George W. Steiner, Deceased | George W. Steiner is a surviving Sibling of William Steiner | 1:11-cv-07550, ECF 62, at ¶ 235 | William Steiner |
| 15 | Peter A. McDermott III, as Personal Representative of the Estate of Jeanne McDermott | Jeanne McDermott is a surviving Sibling of William Wilson | 1:11-cv-07550, ECF 62, at ¶ 79 | William Wilson |

| 16 | Lynne Dunn, Esq., as Administrator C.T.A. of the Estate of John Charles Bradish, Sr., Deceased | Jack Bradish a/k/a John Bradish, surviving Brother of Sandra Wright Cartledge | 1:11-cv-07550, ECF 62, at ¶ 31 | Sandra Wright Cartledge |