**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB PLLC**
**Advocates & Litigators**

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18th Street, N.W. · # 110 · WASHINGTON, D.C.  2000

Office Direct Dial: 202-467-4489 · Fax: 205-453-4907
Email: TFleming@wigginschilds.com · Internet: www.wiggin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/1/2026___

TIMOTHY B. FLEMING
*OF COUNSEL*

March 27, 2026

*VIA ECF*

The Honorable Sarah Netburn
United States Magistrate Judge
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***In re Terrorist Attacks on September 11, 2001***, No. 03-md-1570 (GBD) (SN)
        **Recently Motions to Substitute Parties**

Dear Magistrate Judge Netburn:

Earlier this week, the undersigned attorney filed a series of Motions to Substitute Parties, specifically, personal representatives of the estates for certain deceased Plaintiffs, in our various cases in the MDL.  Each Motion presents the substitution requests for a listed set of decedents who have all been party plaintiffs in a particular set of member cases (excluding the Saudi cases on appeal), filed as Exhibit A to each Motion.

The Court has already granted six motions via endorsed order with the Exhibit A list attached.  <u>These four are correct and need no further attention</u>:

1. MDL Doc. 11761 pertaining to *Havlish* only
2. MDL Doc. 11925 pertaining to *Ray* and *Grazioso*
3. MDL Doc. 11923 pertaining to *Hoglan*, *Grazioso*, and *Adler*
4. MDL Doc. 11924 pertaining to *Hoglan*, *Grazioso*, and *DiNardo*

<u>Two motions do require further attention</u> because Exhibit A to each of those two, as originally filed, contained small errors.  The erroneous two were:

A. MDL Doc. No. 11901, specifically, Exhibit A at MDL Doc. No. 11901-1 (*Hoglan* only); the Court used this Exhibit for the endorsed order at MDL Doc. No. 11919;
B. MDL Doc. No. 11903, specifically, Exhibit A at MDL Doc. No. 11903-1 (*Hoglan* and *Grazioso*); the Court used this Exhibit for the endorsed order at MDL Doc. No. 11915.

Realizing the errors, the undersigned attorney notified the SDNY Error Desk, and then yesterday refiled new motions with the correct Exhibit A's and, separately, new proposed orders as follows:

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.

The Honorable Sarah Netburn                                        March 27, 2026
United States Magistrate Judge                                            *Page 2*

    A.  MDL Doc. No. 11910 and Exhibit A at Doc. No. 11910-1; and

        a.  New proposed order including Exhibit A at Doc. No. 11916 (*Hoglan* only);

    B.  MDL Doc. No. 11911 and Exhibit A at Doc. No. 11911-1; and

        a.  New proposed order including Exhibit A at Doc. No. 11917 (*Hoglan* and *Grazioso*).

However, the Court had entered endorsements on these two motions before news of the errors reached chambers. MDL Doc. No. 11919 (*Hoglan* only) and MDL Doc. No. 11915 (*Hoglan* and *Grazioso*. These two endorsed orders may be rescinded or vacated.

In their places, the refiled motions with proposed orders at MDL Doc. Nos. 11910, 11910-1, and 11916 (*Hoglan* only), and at Doc. Nos. 11911, 11911-1, and 11917 (*Hoglan* and *Grazioso*), are ready for entry.

We apologize for the inconvenience and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Timothy B. Fleming*
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2202 18th Street, NW, #110
Washington, D.C. 20009-1813
Washington, D.C. 20036
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

---

The Court VACATES its orders at ECF Nos. 11915 and 11919 because they contain errors, as the parties explain here.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 1, 2026
    New York, New York

The Honorable Sarah Netburn                                    March 27, 2026
United States Magistrate Judge                                          *Page 3*

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

Douglass A. Mitchell
JENNER & BLOCK, LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
(202) 639-6090

Counsel for the *Havlish*, *Hoglan*, *Ray*, *Grazioso*,
*Adler* and *DiNardo* Plaintiff*s*

cc: All counsel of record (by ECF)