# BARASCH  MCGARRY  SALZMAN  &  PENSON

MICHAEL A. BARASCH
BARRY A. SALZMAN*
DOMINIQUE A. PENSON
BRUCE K. KAYE
SARA DIRECTOR
DANA COHEN
LEE LONDON
JAMES STEINER
JENNIFER JIMENEZ

ATTORNEYS AT LAW
11 PARK PLACE, 18TH FLOOR
NEW YORK, NEW YORK 10007
(212) 385-8000
(800) 562-9190
Fax No. (212) 385-7845
www.baraschmcgarry.com
www.911victims.org

MARIYA ATANASOVA
REBECCA FORMAN
TRAVIS CARTER
TREVOR TAYLOR
DESTINEE SALOMON
ANGELA NEVARD
DANIEL LEE
ADAM WYNN
ANDREA VELASQUEZ
SABA MEKBEB**
DELARAM YOUSEFI
CHIDI UDOYE
SEAN GALLAGHER
ERIC GRAF
MARK CAFIERO
KATARZYNA BAJEK
ROBERT N. BARASCH***
KATIE LESSER

*Also Admitted in Connecticut

**Also Admitted in NJ
*** Of Counsel - Admitted in FL

April 1, 2026

**VIA ECF**

The Honorable George B. Daniels, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    ***In re Terrorist Attacks on September 11, 2001,*** No. 03-md-1570 (GBD)(SN)
       ***Cloud, et al. v. Islamic Republic of Iran***, No. 1:20-cv-00416 (GBD)(SN)

Dear Judge Daniels:

We write on behalf of the Plaintiffs in the above-captioned case, which is part of the multi-district litigation *In re Terrorist Attacks on September 11, 2001.*

In accordance with the Court's directive dated March 25, 2026, enclosed please find a proposed Clerk's Certification of a Judgment to be Registered in Another District submitted on behalf of the above Plaintiffs. The Certification relates to the judgment entered by this court on October 5, 2021.

Respectfully submitted,

*Barry Salzman*
Barry Salzman

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action  No. |
|  | ) |  |
| *Defendant* | ) |  |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Cloud, Jr. et al v. Islamic Republic of Iran* | Case No. 20-cv-00416 (GBD)(SN) <br> ECF Case |

**ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS FOR**
*CLOUD* **PLAINTIFFS IDENTIFIED AT EXHIBITS A AND B**

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A and B to this Order (the "*Cloud* Plaintiffs"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed on September 11, 2001 as a result of the September 11 terrorist attacks (as identified on Exhibit A), or the estate of an individual who was killed on September 11, 2001 a result of the September 11 terrorist attacks (as identified on Exhibit B), in their Motion for Entry of Partial Final Default Judgment and memorandum of law in support thereof, together with the entire record in this case, it is hereby:

**ORDERED** that the Motion is granted and that default judgment as to liability is entered in favor of all *Cloud* Plaintiffs under 28 U.S.C. § 1605A and against the Islamic Republic of Iran; and it is

**ORDERED** that partial final judgment is entered against Iran and on behalf of the *Cloud* Plaintiffs under 28 U.S.C. § 1605A as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed as a result of the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is

**ORDERED** that the *Cloud* Plaintiffs identified in Exhibit A are awarded partial solatium

damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that partial final judgment is entered against Iran and on behalf of the *Cloud* plaintiffs as identified in the attached Exhibit B, who are each the estate of a victim killed as a result of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it is

**ORDERED** that the *Cloud* Plaintiffs identified in Exhibit B are awarded partial compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; and it is

**ORDERED** that the *Cloud* Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Cloud* Plaintiffs identified in Exhibits A and B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
October 5, 2021

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge