IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |
| This document relates to:<br><br>*Hartford Fire Insurance Company et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12085-GBD-SN | |

## JAROD G. TAYLOR'S NOTICE OF MOTION WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon his accompanying declaration Jarod G. Taylor, hereby moves this Court, before the Honorable George B. Daniels and Hon. Sarah Netburn for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, for an Order granting Jarod G. Taylor to withdraw as counsel for the entities listed below.

1. Hartford Fire Insurance Company

2. Hartford Accident and Indemnity Company

3. Hartford Casualty Insurance Company

4. Hartford Insurance Company of Illinois

5. Hartford Insurance Company of the Midwest

6. Hartford Insurance Company of the Southeast

7. Hartford Lloyd's Insurance Company

8. Hartford Underwriters Insurance Company

9.  Pacific Insurance Company, Limited

10. Property and Casualty Insurance Company of Hartford

11. Trumbull Insurance Company

12. Twin City Fire Insurance Company

As set forth in the attached declaration, withdrawal is necessary as the entities will now be

represented by Thomas Gerard Rohback, the lead attorney who is no longer an attorney at Axinn,

Veltrop & Harkrider LLP and is now an attorney associated with Carlton Fields as noted on the docket.

My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not

asserting a retaining or charging lien in connection with my departure.

In connection with the withdrawal, the Clerk is requested to remove the name of the undersigned

from the CM/ECF service list.

Dated: April 2, 2026

Respectfully submitted,

/s/ Jarod G. Taylor
Jarod G. Taylor
Axinn, Veltrop & Harkrider
LLP 90 State House Square
Hartford, CT 06103
Phone: 860.275.8100
Fax: 860.275.8101
Email: jtaylor@axinn.com

2