IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |
| This document relates to:<br><br>*Hartford Fire Insurance Company et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12085-GBD-SN | |

**DECLARATION OF JAROD G. TAYLOR**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Jarod G. Taylor, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The facts herein are based upon my personal knowledge

2. Thomas Gerard Rohback, will continue representing the entities listed below as an attorney associated with Carlton Fields

   a. Hartford Fire Insurance Company

   b. Hartford Accident and Indemnity Company

   c. Hartford Casualty Insurance Company

   d. Hartford Insurance Company of Illinois

   e. Hartford Insurance Company of the Midwest

   f. Hartford Insurance Company of the Southeast

   g. Hartford Lloyd's Insurance Company

   h. Hartford Underwriters Insurance Company

   i. Pacific Insurance Company, Limited

2

j.   Property and Casualty Insurance Company of Hartford

k.   Trumbull Insurance Company

l.   Twin City Fire Insurance Company

3.  My withdrawal will not occasion a request for an extension of deadlines in the case

4.  I am not asserting a retaining or charging lien in connection with my departure.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: April 2, 2026


Respectfully submitted,


/s/ Jarod G. Taylor
Jarod G. Taylor
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Phone: 860.275.8100
Fax: 860.275.8101
Email: jtaylor@axinn.com

**CERTIFICATE OF SERVICE**

I, Jarod G. Taylor, hereby certify that a copy of the foregoing Motion to Withdraw as Attorney was e-mailed to all entities as listed in the Declaration above and is being electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties of record.

/s/ Jarod G. Taylor
Jarod G. Taylor
Axinn, Veltrop & Harkrider LLP