IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 1:03-md-01570-GBD-SN<br><br>Hon. George B. Daniels<br>Hon. Sarah Netburn |
| This document relates to:<br><br>*Hartford Fire Insurance Company et al. v. Kingdom of Saudi Arabia*, 1:18-cv-12085-GBD-SN |  |

## [PROPOSED] ORDER

Jarod G. Taylor's motion to withdraw as counsel is GRANTED.

The Clerk of the Court is respectfully directed to remove Jarod G. Taylor from the docket as counsel for

the entities listed below:

1. Hartford Fire Insurance Company

2. Hartford Accident and Indemnity Company

3. Hartford Casualty Insurance Company

4. Hartford Insurance Company of Illinois

5. Hartford Insurance Company of the Midwest

6. Hartford Insurance Company of the Southeast

7. Hartford Lloyd's Insurance Company

8. Hartford Underwriters Insurance Company

9. Pacific Insurance Company, Limited

10. Property and Casualty Insurance Company of Hartford

11. Trumbull Insurance Company

12. Twin City Fire Insurance Company


SO ORDERED.


Dated: April _____, 2026
New York, New York

_____
SARAH NETBURN

United States Magistrate Judge