UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-------------------------------------------------------------------------------X

03-MDL-1570(GBD)(SN)

IRAN SHORT FORM
COMPLAINT AND DEMAND
FOR TRIAL BY JURY

ROBERT ABERTNETHY, as Personal Representative
of the ESTATE OF ROBERT A. ABERTNETHY, Deceased
and on behalf of all beneficiaries of ROBERT A. ABERTNETHY,

ALICE V. ALEXANDER, as Personal Representative of the ESTATE
OF RAYMOND W. ALEXANDER, Deceased and on behalf of
all beneficiaries of RAYMOND W. ALEXANDER,

THOMAS W. ALFANO, as Personal Representative of the
ESTATE OF GLORIA ALFANO, Deceased and
on behalf of all beneficiaries of GLORIA ALFANO,

BIBI ALLY, as Personal Representative of the ESTATE
OF KAMRU ALLY, Deceased and on behalf of
all beneficiaries of KAMRU ALLY,

JOSEPH AMBROSIO, as Personal Representative of
the ESTATE OF JOANNE HAMM, Deceased and on behalf
of all beneficiaries of JOANNE HAMM,

CHRISTINE ANDRIANI-GULLO, as Personal Representative of the
ESTATE OF ANTONIO ANDRIANI, Deceased and on behalf of
all beneficiaries of ANTONIO ANDRIANI,

CHIYERE BARBOR, as Personal Representative of the
ESTATE OF WAYNE TAYLOR, Deceased and on behalf of
all beneficiaries of WAYNE TAYLOR,

STEVEN BASKIN, as Personal Representative of the
ESTATE OF SUSAN REISS, Deceased and on behalf of
all beneficiaries of SUSAN REISS,

CLAIRE ILANA BERMAN, as Personal Representative of the
ESTATE OF CORRINE BERMAN, Deceased and on behalf of
all beneficiaries of CORRINE BERMAN,

1

THANDO BESCHTA, as Personal Representative of the
ESTATE OF SUSAH BESCHTA, Deceased and on behalf of
all beneficiaries of SUSAN BESCHTA,

JAMES BOVE, as Personal Representative of the
ESTATE OF DANIEL BOVE, Deceased and on behalf of
all beneficiaries of DANIEL BOVE,

TASHEA BROTHERS, as Personal Representative of the
ESTATE OF TIMOTHY BROTHERS, Deceased and on behalf of
all beneficiaries of TIMOTHY BROTHERS,

KARA CANNON, as Personal Representative of the ESTATE
OF MICHAEL J. CANNON, Deceased and on behalf of
all beneficiaries of MICHAEL J. CANNON,

MATILDE CARBONELL, as Personal Representative of the
ESTATE OF LISANDRO DURAN, Deceased and on behalf of
all beneficiaries of LISANDRO DURAN,

MARIE CATAPANO, as Personal Representative of the
ESTATE OF ANTHONY J. CATAPANO, Deceased and on
behalf of all beneficiaries of ANTHONY J. CATAPANO,

ROBIN E. CHAMBERS, as Personal Representative of the
ESTATE OF NICHOLAS E. MIELE, Deceased and on behalf of
all beneficiaries of NICHOLAS E. MIELE,

MEI SHUI CHAN CHIU, as Personal Representative of the
ESTATE OF STEVE T. CHIU, Deceased and on behalf of
all beneficiaries of STEVE T. CHIU,

LUISA CIOFFI, as Personal Representative of the ESTATE
OF STEVEN L. CIOFFI, Deceased and on behalf of
all beneficiaries of STEVEN L. CIOFFI,

THOMAS CLEARY, as Co-Personal Representative of the
ESTATE OF THOMAS A. CLEARY, Deceased and on behalf of
all beneficiaries of THOMAS A. CLEARY,

LISA ANN COLALELLA, as Personal Representative of the
ESTATE OF MARCO COLALELLA, Deceased and on behalf of
all beneficiaries of MARCO COLALELLA,

KEVIN L. CONNORS, JR., as Personal Representative of the
ESTATE OF KEVIN L. CONNORS, Deceased and on behalf of
all beneficiaries of KEVIN L. CONNORS,

2

SOLANGE CROCI, as Personal Representative of the
ESTATE OF LEANDRO ARTURO ARTIGALA, Deceased and
on behalf of all beneficiaries of LEANDRO ARTURO ARTIGALA,

DANA M. DALY, as Personal Representative of the
ESTATE OF JOSEPH K. DALY, Deceased and on behalf of
all beneficiaries of JOSEPH K. DALY,

ANTHONY DE NOBLE, as Personal Representative of the
ESTATE OF DENISE DE NOBLE, Deceased and on behalf of
all beneficiaries of DENISE DE NOBLE,

ALYSSA DECKER-MCGOORTY, as Personal Representative
of the ESTATE OF BRIAN DECKER, Deceased and on behalf of
all beneficiaries of BRIAN DECKER,

ELLEN DELISLE, as Personal Representative of the
ESTATE OF ROBERT MORGA, Deceased and on behalf of
all beneficiaries of ROBERT MORGA,

MERYL E. DEMERS, as Personal Representative of the
ESTATE OF HENRI A. DEMERS, Deceased and on
behalf of all beneficiaries of HENRI A. DEMERS,

SEAN DOYLE, as Personal Representative of the
ESTATE OF KATHLEEN KENNEY, Deceased and on behalf of
all beneficiaries of KATHLEEN KENNEY,

JOANNA DZIEMIANCZYK, as Personal Representative of the
ESTATE OF TADEUSZ DZIEMIANCZYK, Deceased and on
behalf of all beneficiaries of TADEUSZ DZIEMIANCZYK,

DONNA M FERRO, as Personal Representative of the
ESTATE OF NEIL R. FERRO, Deceased and on behalf of
all beneficiaries of NEIL R. FERRO,

MARGARET EMBREE FISHER, as Personal Representative
of the ESTATE OF MARK FISHER, Deceased and on behalf of
all beneficiaries of MARK FISHER,

JOHN P. FOERTSCH, as Personal Representative of the
ESTATE OF MELANIE TUFANO, Deceased and on behalf
of all beneficiaries of MELANIE TUFANO,

JENNIFER GAGLIARDO VIZZA, as Personal Representative
of the ESTATE OF FRANCIS VIZZA, Deceased and on behalf

3

of all beneficiaries of FRANCIS VIZZA,

MARY M. GALLAGHER, as Personal Representative of the
ESTATE OF JAMES GALLAGHER, Deceased and on
behalf of all beneficiaries of JAMES GALLAGHER,

MAUREEN K. GALLAGHER, as Personal Representative of the
ESTATE OF GERARD E. GALLAGHER, Deceased and on
behalf of all beneficiaries of GERARD E. GALLAGHER,

NANCY GASPARINO, as Personal Representative of the
ESTATE OF FRANK GASPARINO, Deceased and on
behalf of all beneficiaries of FRANK GASPARINO,

LARISA GORDEYCHUK, as Personal Representative of the
ESTATE OF ALEKSANDR GORDEYCHUK, Deceased and
on behalf of all beneficiaries of ALEKSANDR GORDEYCHUK,

RICHARD A. GOULD, as Personal Representative of the
ESTATE OF MICHAEL CAPPI, Deceased and on behalf of
all beneficiaries of MICHAEL CAPPI,

VLADIMIRA GUEREN, as Personal Representative of the
ESTATE OF RICHARD A. GUEREN, Deceased and on behalf of
all beneficiaries of RICHARD A. GUEREN,

GILBERT HACHADOORIAN, as Personal Representative
of the ESTATE OF MARY HACHADOORIAN, Deceased
and on behalf of all beneficiaries of MARY HACHADOORIAN,

ROBERT ERIK HAHNE, as Personal Representative of the
ESTATE OF SUSAN M. BOZINKO, Deceased and on behalf of
all beneficiaries of SUSAN M. BOZINKO,

MERYL HECHTMAN, as Personal Representative of the
ESTATE OF ALAN HECHTMAN, Deceased and on behalf of
all beneficiaries of ALAN HECHTMAN,

ARLENE M. HEGLUND, as Personal Representative of the
ESTATE OF DANIEL E. HEGLUND, Deceased and on behalf of
all beneficiaries of DANIEL E. HEGLUND,

KOLE ASHLEY HERNANDEZ, as Personal Representative of the
ESTATE OF PAUL R. TOKARSKI, Deceased and on behalf of
all beneficiaries of PAUL R. TOKARSKI,

4

MICHELE HUGHES, as Personal Representative of the
ESTATE OF FRED NACHSHEN, Deceased and on behalf of
all beneficiaries of FRED NACHSHEN,

ROSEMARIE V. HUGHES, as Personal Representative of the
ESTATE OF JAMES M. HUGHES, Deceased and on behalf of
all beneficiaries of JAMES M. HUGHES,

LORI HURSON, as Personal Representative of the
ESTATE OF JAMES J. HURSON, Deceased and on behalf of
all beneficiaries of JAMES J. HURSON,

KELVIA JOSEPH, as Personal Representative of the
ESTATE OF KELVIN DAVIS, Deceased and on behalf of
all beneficiaries of KELVIN DAVIS,

SUZANNE KING, as Personal Representative of the
ESTATE OF KEVIN KING, Deceased and on behalf of
all beneficiaries of KEVIN KING,

ROBERT JAMES KIRWAN, as Personal Representative of the
ESTATE OF INDIANA NOGUERA KIRWAN, Deceased
and on behalf of all beneficiaries of INDIANA NOGUEERA KIRWAN,

DEMETRIOS KOUTROS, as Personal Representative of the
ESTATE OF CHRISTINE KOUTROS, Deceased
and on behalf of all beneficiaries of CHRISTINE KOUTROS,

DONAMARIE LARSON, as Personal Representative of the
ESTATE OF CHARLES R. LARSON, JR., Deceased and on behalf of
all beneficiaries of CHARLES R. LARSON, JR.,

DEBORAH RAE LAURO, as Personal Representative of the
ESTATE OF PATRICK J. LAURO, Deceased and on behalf of
all beneficiaries of PATRICK J. LAURO,

ADANNA LEWIS, as Personal Representative of the
ESTATE OF JOAN MCINTYRE-HUNTER, Deceased and
on behalf of all beneficiaries of JOAN MCINTYRE-HUNTER,

MADELYNE LOPEZ, as Personal Representative of the
ESTATE OF ALBA LUZ MORALES, Deceased and on behalf of
all beneficiaries of ALBA LUZ MORALES,

NABIL MAASARANI, as Personal Representative of the
ESTATE OF SOUHAIL SARA, Deceased and on behalf of
all beneficiaries of SOUHAIL SARA,

5

IRVING LEONARD MARKOVITZ, as Personal Representative
of the ESTATE OF RUTH MARKOVITZ, Deceased and on
behalf of all beneficiaries of RUTH MARKOVITZ,

JENNIFER MCARDLE, as Personal Representative of the
ESTATE OF JAMES MCARDLE, Deceased and on behalf of
all beneficiaries of JAMES MCARDLE,

CATHERINE MCCARTHY, as Personal Representative
of the ESTATE OF WILLIAM J. MCCARTHY, Deceased
and on behalf of all beneficiaries of WILLIAM J. MCCARTHY,

STACEY MCCARTHY-ROONEY, as Personal Representative
of the ESTATE OF SEAN MCCARTHY, Deceased
and on behalf of all beneficiaries of SEAN MCCARTHY,

FRANCES MCGOWAN, as Personal Representative of the
ESTATE OF JAMES J. MCGOWAN, Deceased and on
behalf of all beneficiaries of JAMES J. MCGOWAN,

BELINDA MCKAY, as Personal Representative of the
ESTATE OF MARK MCKAY, Deceased and on behalf of
all beneficiaries of MARK MCKAY,

BRIAN PATRICK MCMAHON, as Personal Representative
of the ESTATE OF ROBERT MCMAHON, Deceased and
on behalf of all beneficiaries of ROBERT MCMAHON,

MARIE MCNAMEE, as Personal Representative of the
ESTATE OF JOHN V. MCNAMEE JR., Deceased and
on behalf of all beneficiaries of JOHN V. MCNAMEE JR.,

JOSEPHINE MEBANE, as Personal Representative of the
ESTATE OF REGINALD VANNESS MEBANE II, Deceased and
on behalf of all beneficiaries of REGINALD VANESS MEBANE II,

RICHARD MENESES, as Personal Representative of the
ESTATE OF AWILDA MENESES, Deceased and on behalf of
all beneficiaries of AWILA MENESES,

GERALDINE MONAHAN, as Personal Representative of the
ESTATE OF DANIEL MONAHAN, Deceased and on behalf of
all beneficiaries of DANIEL MONAHAN,

JANINE T. NARDUCCI, as Personal Representative of the
ESTATE OF GIANFRANCO NARDUCCI, Deceased and on
behalf of all beneficiaries of GIANFRANCO NARDUCCI,

6

LISA M. O'BRIEN, as Personal Representative of the
ESTATE OF JENNIFER ABRAMOWITZ, Deceased and on behalf of
all beneficiaries of JENNIFER ABRAMOWITZ,

JEANNE OCCHICONE, as Personal Representative of the
ESTATE OF NICHOLAS J. OCCHICONE, Deceased and on
behalf of all beneficiaries of NICHOLAS J. OCCHICONE,

DORIS OTERO, as Personal Representative of the
ESTATE OF WILLIAM OTERO, Deceased and on
behalf of all beneficiaries of WILLIAM OTERO,

JEANINE K. PENA, as Personal Representative of the
ESTATE OF JULIAN C. PENA, Deceased and on
behalf of all beneficiaries of JULIAN C. PENA,

CHRISTOPHER PHELAN, as Personal Representative
of the ESTATE OF THOMAS PHELAN, Deceased and
on behalf of all beneficiaries of THOMAS PHELAN,

JUDITH PINCUS, as Personal Representative of the
ESTATE OF CONAN S. FREUD, Deceased and on behalf of
all beneficiaries of CONAN S. FREUD,

JOHN PUCA, as Personal Representative of the
ESTATE OF NANCY PUCA, Deceased and on behalf of
all beneficiaries of NANCY PUCA,

DIANE F. RICCA, as Personal Representative of the
ESTATE OF JOSEPH CARMELO RICCA, Deceased and
on behalf of all beneficiaries of JOSEPH CARMELO RICCA,

JEANETTE RUIZ, as Personal Representative of the
ESTATE OF MARIO A. TORRES, Deceased and on behalf of
all beneficiaries of MARIO A. TORRES,

LUCY RUSSO, as Personal Representative of the
ESTATE OF JOHN G. RUSSO, Deceased and on behalf of
all beneficiaries of JOHN G. RUSSO,

KELLY ANNE RYAN, as Personal Representative of the
ESTATE OF DENNIS RYAN, Deceased and on behalf of
all beneficiaries of DENNIS RYAN,

MARY P. RYAN, as Personal Representative of the
ESTATE OF MICHAEL A. RYAN, Deceased and on behalf
of all beneficiaries of MICHAEL A. RYAN,

7

RALPH SANTIAGO, as Personal Representative of the
ESTATE OF SANDRA SANTIAGO, Deceased and on behalf
of all beneficiaries of SANDRA SANTIAGO,

MARYE ROSE SCHALER, as Personal Representative of the
ESTATE OF RALPH SCHALER, Deceased and on behalf of
all beneficiaries of RALPH SCHALER,

REGINA SHANKLE, as Personal Representative of the
ESTATE OF VIRGINIA SIMS WILSON, Deceased and on
behalf of all beneficiaries of VIRGINIA SIMS WILSON,

NANCY SHNETMAN, as Personal Representative of the
ESTATE OF MARC JORDAN SHNETMAN, Deceased and
on behalf of all beneficiaries of MARC JORDAN SHNETMAN,

HARVEY SIMON, as Personal Representative of the
ESTATE OF JOY SIMON, Deceased and on behalf of
all beneficiaries of JOY SIMON,

PEGGY SPELLMAN HOEY, as Personal Representative of the
ESTATE OF ALICE HOEY, Deceased and on behalf of
all beneficiaries of ALICE HOEY,

ANN STAINES, as Personal Representative of the
ESTATE OF THOMAS C. STAINES, Deceased and on
behalf of all beneficiaries of THOMAS C. STAINES,

IRINA SUMSKAYA, as Personal Representative of the
ESTATE OF YURIY KHANUTIN, Deceased and on behalf of
all beneficiaries of YURIY KHANUTIN,

DARSHAN TAYLOR, as Personal Representative of the
ESTATE OF MAYA STEIN, Deceased and on behalf of
all beneficiaries of MAYA STEIN,

AGNES THANJAN, as Personal Representative of the
ESTATE OF PAUL THANJAN, Deceased and on behalf of
all beneficiaries of PAUL THANJAN,

JEAN M. THATCHER, as Personal Representative of the
ESTATE OF RICHARD THATCHER, Deceased and
on behalf of all beneficiaries of RICHARD THATCHER,

SUSAN TUMBARELLO, as Personal Representative of the
ESTATE OF PHILLIP TUMBARELLO, Deceased and on
behalf of all beneficiaries of PHILLIP TUMBARELLO,

TAMARA UZILOV, as Personal Representative of the
ESTATE OF SERGEY UZILOV, Deceased and on behalf
of all beneficiaries of SERGEY UZILOV,

RUTH ANN VALVA, as Personal Representative of the
ESTATE OF VICTOR VALVA, Deceased and on behalf
of all beneficiaries of VICTOR VALVA,

DENISE VERZI, as Personal Representative of the
ESTATE OF MICHAEL VERZI, Deceased and on behalf
of all beneficiaries of MICHAEL VERZI,

MARY WALKER, as Personal Representative of the
ESTATE OF WILLIAM D. WALKER, Deceased and
on behalf of all beneficiaries of WILLIAM D. WALKER,

QI HUANG XIAO, as Personal Representative of the
ESTATE OF DUAN HE CHEN, Deceased and on behalf of
all beneficiaries of DUAN HE CHEN,

LISA M. ZINCK, as Personal Representative of the
ESTATE OF JOSEPH J. ZINCK, Deceased and on behalf of
all beneficiaries of JOSEPH J. ZINCK,

MARY ZUMMO, as Personal Representative of the
ESTATE OF ANTHONY FRANK ZUMMO, Deceased and on
behalf of all beneficiaries of ANTHONY FRANK ZUMMO.

Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN,

Defendant.

-------------------------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form
Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September
11, 2011 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by
the Court's Order of October 28 2019, ECF No. 5234. Each Plaintiff incorporates by reference the

9

specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiff's Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237 or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within the complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848(GBD)(SN) (S.D.N.Y.) SCF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570(GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2001 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28. U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

10

## CAUSES OF ACTION

3.    Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [check only one complaint]:

☐Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.    In addition, each Plaintiff hereby asserts the following additional causes of action:

☒Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 233 et seq. (The Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiffs allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that the Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 et seq.

☐Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (The Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 et seq. (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiffs allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; and that the Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism

11

in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5.  The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

  a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

  b.  Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

  c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

  d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as state specifically in Appendix 1.

  e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

  f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

12

## IDENTIFICATION OF THE DEFENDANT

6.      The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7.      By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8.      By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.


WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.


Dated: April 7, 2026                          Respectfully submitted,

SULLIVAN    PAPAIN    BLOCK    McMANUS
COFFINAS & CANNAVO P.C.

By: _____
Nicholas Papain
**Attorneys for Plaintiffs**
120 Broadway, 27th Floor
New York, NY  10271
Phone: (212) 732-9000

13