# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | ABERTNETHY, ROBERT | UT | USA | ROBERT A. ABERTNETHY | Personal Representative | USA | Wrongful death |
| 2 | ALEXANDER, ALICE V. | MA | USA | RAYMOND W. ALEXANDER | Personal Representative | USA | Wrongful death |
| 3 | ALFANO, THOMAS W. | NY | USA | GLORIA ALFANO | Personal Representative | USA | Wrongful death |
| 4 | ALLY, BIBI | NY | USA | KAMRU ALLY | Personal Representative | USA | Wrongful death |
| 5 | AMBROSIO, JOSEPH | NY | USA | JOANNE HAMM | Personal Representative | USA | Wrongful death |
| 6 | ANDRIANI-GULLO, CHRISTINE | NY | USA | ANTONIO ANDRIANI | Personal Representative | USA | Wrongful death |
| 7 | BARBOR, CHIYERE | NY | USA | WAYNE TAYLOR | Personal Representative | USA | Wrongful death |
| 8 | BASKIN, STEVEN | NJ | USA | SUSAN REISS | Personal Representative | USA | Wrongful death |
| 9 | BERMAN, ILANA CLAIRE | NY | USA | CORRIE BERMAN | Personal Representative | USA | Wrongful death |
| 10 | BESCHTA, THANDO | NY | USA | SUSAN BESCHTA | Personal Representative | USA | Wrongful death |
| 11 | BOVE, JAMES | NY | USA | DANIEL BOVE | Personal Representative | USA | Wrongful death |
| 12 | BROTHERS, TASHEA | NY | USA | TIMOTHY BROTHERS | Personal Representative | USA | Wrongful death |
| 13 | CANNON, KARA | NY | USA | MICHAEL J CANNON | Personal Representative | USA | Wrongful death |
| 14 | CARBONELL, MATILDE | DE | USA | LISANDRO ALEXIS DURAN | Personal Representative | USA | Wrongful death |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | CATAPANO, MARIE | NY | USA | ANTHONY J. CATAPANO | Personal Representative | USA | Wrongful death |
| 16 | CHAMBERS, ROBIN E. | NY | USA | NICHOLAS E. MIELE | Personal Representative | USA | Wrongful death |
| 17 | CHAN CHIU, MEI SHUI | NY | USA | STEVE T. CHIU | Personal Representative | USA | Wrongful death |
| 18 | CIOFFI, LUISA | FL | USA | STEVEN L. CIOFFI | Personal Representative | USA | Wrongful death |
| 19 | CLEARY THOMAS A. & SALVADOR, ANNE | NY | USA | THOMAS A CLEARY | Co-Personal Representative | USA | Wrongful death |
| 20 | COLALELLA, LISA ANN | NY | USA | MARCO COLALELLA | Personal Representative | USA | Wrongful death |
| 21 | CONNORS, KEVIN L., JR. | NJ | USA | KEVIN L. CONNORS | Personal Representative | USA | Wrongful death |
| 22 | CROCI, SOLANGE | NY | USA | LEANDRO ARTURO ARTIGALA | Personal Representative | USA | Wrongful death |
| 23 | DALY, DANA M | NY | USA | JOSEPH K DALY | Personal Representative | USA | Wrongful death |
| 24 | DE NOBLE, ANTHONY | NY | USA | DENISE DE NOBLE | Personal Representative | USA | Wrongful death |
| 25 | DECKER-MCGOORTY, ALYSSA | NY | USA | BRIAN DECKER | Personal Representative | USA | Wrongful death |
| 26 | DELISLE, ELLEN | NY | USA | ROBERT MORGA | Personal Representative | USA | Wrongful death |
| 27 | DEMERS, MERYL E | NY | USA | HENRI A DEMERS | Personal Representative | USA | Wrongful death |
| 28 | DOYLE, SEAN | NV | USA | KATHLEEN KENNEY | Personal Representative | USA | Wrongful death |
| 29 | DZIEMIANCZYK, JOANNA | NY | USA | TADEUSZ DZIEMIANCZYK | Personal Representative | USA | Wrongful death |
| 30 | FERRO, DONNA M. | NJ | USA | NEIL R. FERRO | Personal Representative | USA | Wrongful death |
| 31 | FISHER, MARGARET EMBREE | NJ | USA | MARK FISHER | Personal Representative | USA | Wrongful death |
| 32 | FOERTSCH, JOHN P. | FL | USA | MELANIE TUFANO | Personal Representative | USA | Wrongful death |
| 33 | GAGLIARDO VIZZA, JENNIFER | NY | USA | FRANCIS VIZZA | Personal Representative | USA | Wrongful death |
| 34 | GALLAGHER, MARY M. | NJ | USA | JAMES GALLAGHER | Personal Representative | USA | Wrongful death |
| 35 | GALLAGHER, MAUREEN K. | NJ | USA | GERARD E. GALLAGHER | Personal Representative | USA | Wrongful death |
| 36 | GASPARINO, NANCY | NY | USA | FRANK GASPARINO | Personal Representative | USA | Wrongful death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | GORDEYCHUK, LARISA | NY | USA | ALEKSANDR GORDEYCHUK | Personal Representative | USA | Wrongful death |
| 38 | GOULD, RICHARD A | NY | USA | MICHAEL CAPPI | Personal Representative | USA | Wrongful death |
| 39 | GUEREN, VLADIMIRA | FL | Czech Republic | RICHARD A. GUEREN | Personal Representative | USA | Wrongful death |
| 40 | HACHADOORIAN, GILBERT | NY | USA | MARY HACHADOORIAN | Personal Representative | USA | Wrongful death |
| 41 | HAHNE, ROBERT ERIK | MD | USA | SUSAN M. BOZINKO | Personal Representative | USA | Wrongful death |
| 42 | HECHTMAN, MERYL | NY | USA | ALAN HECHTMAN | Personal Representative | USA | Wrongful death |
| 43 | HEGLUND, ARLENE M | NY | USA | DANIEL E. HEGLUND | Personal Representative | USA | Wrongful death |
| 44 | HERNANDEZ, KOLE ASHLEY | NY | USA | PAUL R. TOKARSKI | Personal Representative | USA | Wrongful death |
| 45 | HUGHES, MICHELE | NY | USA | FRED NACHSHEN | Personal Representative | USA | Wrongful death |
| 46 | HUGHES, ROSEMARIE V. | NJ | USA | JAMES M. HUGHES | Personal Representative | USA | Wrongful death |
| 47 | HURSON, LORI | FL | USA | JAMES J. HURSON | Personal Representative | USA | Wrongful death |
| 48 | JOSEPH, KELVIA | NY | USA | KELVIN DAVIS | Personal Representative | USA | Wrongful death |
| 49 | KING, SUZANNE | NY | USA | KEVIN KING | Personal Representative | USA | Wrongful death |
| 50 | KIRWAN, ROBERT JAMES | SC | USA | INDIANA NOGUERA KIRWAN | Personal Representative | USA | Wrongful death |
| 51 | KOUTROS, DEMETRIOS | NY | USA | CHRISTINE KOUTROS | Personal Representative | USA | Wrongful death |
| 52 | LARSON, DONAMARIE | NY | USA | CHARLES R. LARSON JR. | Personal Representative | USA | Wrongful death |
| 53 | LAURO, DEBORAH RAE | NY | USA | PATRICK J. LAURO | Personal Representative | USA | Wrongful death |
| 54 | LEE, MARY and YIP, JEANNIE | NJ, NY | USA | KELLY LYNX YIP | Co-Personal Representative | USA | Wrongful death |
| 55 | LEWIS, ADANNA | NY | Trinidad and Tobago | JOAN MCINTYRE-HUNTER | Personal Representative | Trinidad and Tobago | Wrongful death |
| 56 | LOPEZ, MADELYNE | NY | USA | ALBA LUZ MORALES | Personal Representative | USA | Wrongful death |
| 57 | MAASARANI, NABIL | NJ | USA | SOUHAIL SARA | Personal Representative | USA | Wrongful death |
| 58 | MARKOVITZ, IRVING LEONARD | NY | USA | RUTH MARKOVITZ | Personal Representative | USA | Wrongful death |

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | MCARDLE, JENNIFER | NY | USA | JAMES MCARDLE | Personal Representative | USA | Wrongful death |
| 60 | MCCARTHY, CATHERINE | MA | USA | WILLIAM J. MCCARTHY | Personal Representative | USA | Wrongful death |
| 61 | MCCARTHY-ROONEY, STACEY | NY | USA | SEAN MCCARTHY | Personal Representative | USA | Wrongful death |
| 62 | MCGOWAN, FRANCES | NY | USA | JAMES J. MCGOWAN | Personal Representative | USA | Wrongful death |
| 63 | MCKAY, BELINDA | NY | USA | MARK MCKAY | Personal Representative | USA | Wrongful death |
| 64 | MCMAHON, BRIAN PATRICK | FL | USA | ROBERT MCMAHON | Personal Representative | USA | Wrongful death |
| 65 | MCNAMEE, MARIE | NY | USA | JOHN V. MCNAMEE JR. | Personal Representative | USA | Wrongful death |
| 66 | MEBANE, JOSEPHINE | NC | USA | REGINALD VANNESS MEBANE II | Personal Representative | USA | Wrongful death |
| 67 | MENESES, RICHARD | NY | USA | AWILDA MENESES | Personal Representative | USA | Wrongful death |
| 68 | MONAHAN, GERALDINE | NY | USA | DANIEL MONAHAN | Personal Representative | USA | Wrongful death |
| 69 | NARDUCCI, JANINE T | PA | USA | GIANFRANCO NARDUCCI | Personal Representative | USA | Wrongful death |
| 70 | O'BRIEN, LISA M. | PA | USA | JENNIFER ABRAMOWITZ | Personal Representative | USA | Wrongful death |
| 71 | OCCHICONE, JEANNE | NY | USA | NICHOLAS J. OCCHICONE | Personal Representative | USA | Wrongful death |
| 72 | OTERO, DORIS | NY | USA | WILLIAM OTERO | Personal Representative | USA | Wrongful death |
| 73 | PENA, JEANINE K. | FL | USA | JULIAN C. PENA | Personal Representative | USA | Wrongful death |
| 74 | PHELAN, CHRISTOPHER | NY | USA | THOMAS PHELAN | Personal Representative | USA | Wrongful death |
| 75 | PINCUS, JUDITH | NY | USA | CONAN S. FREUD | Personal Representative | USA | Wrongful death |
| 76 | PUCA, JOHN | NJ | USA | NANCY PUCA | Personal Representative | USA | Wrongful death |
| 77 | RICCA, DIANE F. | FL | USA | JOSEPH CARMELO RICCA | Personal Representative | USA | Wrongful death |
| 78 | RUIZ, JEANETTE | NY | USA | MARIO A. TORRES | Personal Representative | USA | Wrongful death |
| 79 | RUSSO, LUCY | NY | USA | JOHN G. RUSSO | Personal Representative | USA | Wrongful death |
| 80 | RYAN, KELLY ANNE | NY | USA | DENNIS RYAN | Personal Representative | USA | Wrongful death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81 | RYAN, MARY P. | NY | USA | MICHAEL A. RYAN | Personal Representative | USA | Wrongful death |
| 82 | SANTIAGO, RALPH | NY | USA | SANDRA SANTIAGO | Personal Representative | USA | Wrongful death |
| 83 | SCHALER, MARYE ROSE | FL | USA | RALPH SCHALER | Personal Representative | USA | Wrongful death |
| 84 | SHANKLE, REGINA | NY | USA | VIRGINIA SIMS WILSON | Personal Representative | USA | Wrongful death |
| 85 | SHNETMAN, NANCY SUSAN | NY | USA | MARC JORDAN SHNETMAN | Personal Representative | USA | Wrongful death |
| 86 | SIMON, HARVEY | NY | USA | JOY SIMON | Personal Representative | USA | Wrongful death |
| 87 | SPELLMAN HOEY, PEGGY | NY | USA | ALICE HOEY | Personal Representative | USA | Wrongful death |
| 88 | STAINES, ANN | NY | USA | THOMAS C. STAINES | Personal Representative | USA | Wrongful death |
| 89 | SUMSKAYA, IRINA | NY | USA | YURIY KHANUTIN | Personal Representative | USA | Wrongful death |
| 90 | TAYLOR, DARSHAN | NY | USA | MAYA STEIN | Personal Representative | USA | Wrongful death |
| 91 | THANJAN, AGNES | NY | USA | PAUL THANJAN | Personal Representative | USA | Wrongful death |
| 92 | THATCHER, JEAN M | NY | USA | RICHARD THATCHER | Personal Representative | USA | Wrongful death |
| 93 | TUMBARELLO, SUSAN | NJ | USA | PHILLIP TUMBARELLO | Personal Representative | USA | Wrongful death |
| 94 | UZILOV, TAMARA | NY | USA | SERGEY UZILOV | Personal Representative | USA | Wrongful death |
| 95 | VALVA, RUTH ANN | TX | USA | VICTOR VALVA | Personal Representative | USA | Wrongful death |
| 96 | VERZI, DENISE | NY | USA | MICHAEL VERZI | Personal Representative | USA | Wrongful death |
| 97 | WALKER, MARY | VA | USA | WILLIAM D. WALKER | Personal Representative | USA | Wrongful death |
| 98 | XIAO, QI HUANG | NC | China | DUAN HE CHEN | Personal Representative | China | Wrongful death |
| 99 | ZINCK, LISA M. | MA | USA | JOSEPH J. ZINCK | Personal Representative | USA | Wrongful death |
| 100 | ZUMMO, MARY | NY | USA | ANTHONY FRANK ZUMMO | Personal Representative | USA | Wrongful death |