IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Alan M. Friedman, as Personal
Representative of the Estate of Daniel
Friedman, Deceased, et al. (See Appendix)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Islamic Republic of Iran | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Terrorist Attacks on September 11,
2001

| Plaintiff | Case Number |
|---|---|
| vs. | 03 MDL 1570 (GBN) (SN) |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

Partial and/or full summary judgment as to Defendant Islamic Republic of Iran has been granted and ordered for select plaintiffs. This matter is still ongoing. On October 26, 2019, the Court entered an Order approving the "Iran Short Form Complaint" that is filed herewith. (See ECF No. 5324 in 1:03-md-01570-GBDSN)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This is also a September 11th case for wrongful death and solatium against sponsors of terrorism, as the Defendant Islamic Republic of Iran is involved in the related MDL action. We are seeking similar relief in the form of damages from the Defendant. The Plaintiffs herein intend to participate in the underlying litigations as to the other defendants in due course.

This case is also related to the Estate of John Patrick O'Neill Sr. et al. v. The Republic of Iraq, et al., 04-1076-GBD-SN: Thomas E. Burnett, Sr. in his own right as the Parent of Thomas E. Burnett, Jr., Deceased, et al. v. The Islamic Republic of Iran, et al., 15-cf-09903-GBD-SN: and Kathleen Ashton et al. v. al Qaeda Islamic Army, et al., 02-CV-06977-GBD-FM. The instant complaint is being filed in accordance with the Court's directives of October 28, 2019, ECF No. 5234 in 1:03-md-01570-GBD-SN.

Signature: _Nicholas Papain_                    Date: _April 7, 2026_

Firm: Sullivan Papain Block McManus Coffinas & Cannavo, P.C.