USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:                                              **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                        **JUDGMENT**
SEPTEMBER 11, 2001

-------------------------------------------------------------X

This document relates to:

    Ashton et al v. al Qaeda Islamic Army, et al., 02 Civ. 6977 (GBD) (SN)

    Burlingame v. Bin Laden, et al., 02 Civ. 7230 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's February 11, 2020 Report and Recommendation (the "Report"), recommending that this Court grant Plaintiffs' motion and recommending the amounts in which each Plaintiff should be awarded pain and suffering damages; (Report, ECF No.5915, at 6-7)), is adopted. Plaintiffs motion for Final Judgments (ECF No. 4718), is granted. it is

  ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is

  ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is

  ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages awards may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

RUBY J. KRAJICK

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020

# EXHIBIT A

| Number | Plaintiff | Pain and Suffering Damages Amount |
|---|---|---|
| 1 | Ling N. Young | $12,000,000 |
| 2 | Virginia DiChiara | $12,000,000 |
| 3 | Kathy Cordero | $10,000,000 |
| 4 | Edward A. Nicholls | $10,000,000 |
| 5 | Valecia Parker | $7,000,000 |