USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

03 **MDL** 1570 (GBD)

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**CORRECTED JUDGMENT**

-----------------------------------------------------------X

This document relates to:

> Ashton et al. v. al Qaeda Islamic Army, et al., 02 Civ. 6977 (GBD)(SN)
> Burlingame v. Bin Laden, et al., 02 Civ. 7230 (GBD)(SN)
> Thomas Burnett, Sr. et al. v. The Islamic Republic or Iran, et al., 15
> Civ. 9903 (GBD)(SN)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Memorandum Decision and Order dated September 13, 2018, judgment is entered

against the Islamic Republic of Iran for a total of $42,500,000 as the sum of the following

amounts:

(1) Frank Kminek, Sr. for Mari-Rae Sopper in the amount of $8,500,000, plus

prejudgment interest at 4.96% per annum, compounded annually in the amount of

$10,872,151.41, for a total sum of $19,372,151.41

(2) Frank Kminek, Sr. for Mari-Rae Sopper in the amount of $4,250,000, plus

prejudgment interest at 4.96% per annum, compounded annually in the amount of

$5,436,075.70, for a total sum of $9,686,075.70

(3) Christopher Kminek for Mari-Rae Sopper in the amount of $4,250,000, plus

prejudgment interest at 4.96% per annum, compounded annually in the amount of

$5,436,075.70, for a total sum of $9,686,075.70

(4) Christina L. Kminek for Mari-Rae Sopper in the amount of $4,250,000, plus

prejudgment interest at 4.96% per annum, compounded annually in the amount of

$5,436,075.70, for a total sum of $9,686,075.70

(5) Andrew Petisce for Kenneth Waldie in the amount of $8,500,000, plus prejudgment

interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41,

for a total sum of $19,372,151.41

(6) Elba Iris Cedeno for Catherine Smith in the amount of $12,500,000, plus prejudgment

interest at 4.96% per annum, compounded annually in the amount of $15,988,457.96,

for a total sum of $28,488,457.96

This Court denies the Burlingame Plaintiffs' claim on behalf of Kerby Laurent under the

principles established in Hoglan IV. Both the Burnett and Burlingame Plaintiffs may submit an

application for punitive damages, economic damages, or other damages (to the extent such

awards have not previously been ordered) at a later date consistent with any future rulings made

by this Court on this issue. Finally, the remaining Burnett and Burlingame Plaintiffs not

appearing in these motions and who were not previously awarded damages may still submit

applications for solatium and/or economic damages awards.

**Dated:** New York, New York
September 17, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**