**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty-five.

Before:      Guido Calabresi,
               José A. Cabranes,
               Richard J. Sullivan,
               *Circuit Judges.*

_____

Fiona Havlish, et al., John Does 1 through 7, Federal Insurance Co., et al., Raymond Anthony Smith, et al., Kathleen Ashton, et al.,

        Plaintiffs - Appellants,

v.

The Taliban,

        Defendant-Appellee,

Federal Reserve Bank of New York,

        Garnishee-Interested-Party-Appellee.

_____

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __4/10/2026__ |

**JUDGMENT**

Docket Nos. 23-258(L), 23-263(Con), 23-304(Con), 23-346(Con), 23-444(Con)

The appeals in the above captioned cases from an order of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order denying Judgment Plaintiffs' turnover motions is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/10/2026**