# EXHIBIT A

 Outlook

---

## RE: [External] Request for Proof of Service of Partial Final Default Judgments Upon Iran

---

**From** Hess, Jared N <HessJN@state.gov>

**Date** Wed 4/8/2026 3:05 PM

**To** john@johnschutty.com <john@johnschutty.com>

**Cc** FSIA-LR <FSIA-LR@state.gov>; Jonathan Vuotto <jpv@mcandrewvuotto.com>

---

📎 3 attachments (1 MB)

RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN); 20200219 - Request Letter and Check.pdf; RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN);

Good afternoon Mr. Schutty,

Thank you for your email. Please see the attached copy of the February 19, 2020 letter requesting service and the check, as well as correspondence relating to the withdrawal.

Best,

**Jared Hess**
Attorney Adviser
U.S. Department of State
Office of the Legal Adviser (L/CA)

 U.S. DEPARTMENT *of* STATE

---

**From:** John Schutty <john@johnschutty.com>
**Sent:** Thursday, April 2, 2026 3:30 PM
**To:** ASKPRI@STATE.GOV; FSIA-LR <FSIA-LR@state.gov>; ASK-OCS-L@STATE.GOV
**Cc:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** [External] Request for Proof of Service of Partial Final Default Judgments Upon Iran

You don't often get email from john@johnschutty.com. Learn why this is important

Dear Sirs:

I am an attorney representing several families who have obtained Partial Final Default Judgments against the Islamic Republic of Iran (Iran).

Attached is a "Certificate of Mailing" signed by the Clerk of the U.S. District Court for the Southern District of New York showing that the Clerk mailed (via Fed Ex) a package of documents to the Department of State for service upon Iran through diplomatic channels.

The attached Certificate identifies the date the documents were transmitted, the documents transmitted and the office to which the documents were sent.

Unfortunately, my office never received a confirmation of the requested service from the Department of State nor a rejection of the request (or return of the package).  The SDNY Clerk

claims the same.

As a matter of some urgency, can you locate whatever paperwork you can find relating to this requested service and let my office know ASAP what has resulted.

An initial request to your office received a somewhat ambiguous response – that my office "sent an email requesting a withdrawal of the package."  My office has no such record of such a request being made.

**Sincerely Yours,**

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**

**445 Park Avenue, 9th Floor**

**New York, NY 10022**

**Cell: (646) 345-1441**

**Fax: (917) 591-5980**

 Outlook

## RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)

**From** John Schutty <john@johnschutty.com>

**Date** Fri 5/8/2020 4:11 PM

**To** Hess, Jared N <HessJN@state.gov>

**Cc** McPherson, Michael <McPhersonMC@state.gov>

Yes, all correct.
We are no longer asking you to serve the documents and you may discard them.
Sincerely yours,

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**
**445 Park Avenue, 9th Floor**
**New York, NY 10022**
**Tel: (212) 745-1157**
**Fax: (917) 591-5980**
**Email: john@johnschutty.com**

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Friday, May 08, 2020 12:19 PM
**To:** 'John Schutty'
**Cc:** McPherson, Michael
**Subject:** RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)
Dear Mr. Shutty,
Thank you for your quick response. As noted, the check is being returned to you. With respect to the documents provided with the attached request, I just want to confirm 1) you are withdrawing your request to have the documents described in the attached be transmitted through diplomatic channels pursuant to 28 U.S.C. 1608(a)(4), and 2) you do not need or want the Department to return the documents to you or the clerk?
Sincerely,
**Jared N. Hess**
CA/OCS/L
Phone: 202-485-6173
E-mail: HessJN@state.gov

**From:** John Schutty <john@johnschutty.com>
**Sent:** Thursday, May 7, 2020 6:32 PM
**To:** Hess, Jared N <HessJN@state.gov>
**Cc:** McPherson, Michael <McPhersonMC@state.gov>
**Subject:** RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)
I acknowledge receipt of your email.
My clients have obtained service upon the Islamic Republic of Iran through alternative means.
Thank you for returning our check. You may discard the rest of the package.
Sincerely yours,

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**

445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (212) 745-1157
Fax: (917) 591-5980
Email: john@johnschutty.com

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Thursday, May 07, 2020 4:31 PM
**To:** 'John@johnschutty.com'
**Cc:** McPherson, Michael
**Subject:** Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)

Dear Mr. Schutty:

I am writing regarding the February 19, 2020 request for transmittal of documents pursuant to 28 U.S.C. Section 1608(a)(4) in the lawsuit: *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN) and member case *Burlingame, et al. v. Bin Laden, et al.*, 02-CV-7230 (GBD)(SN). Please see the attached letter requesting a replacement check and related information. The original check submitted with the request for service as well as a copy of the attached letter is being returned to your office via UPS tracking number **1ZX4630W0291230728**. Should you have any questions in this regard, please do not hesitate to contact Michael McPherson at Ask-OCS-L@state.gov.

Sincerely,

**Jared N. Hess**
CA/OCS/L
Phone: 202-485-6173
E-mail: HessJN@state.gov

 Outlook

## RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)

**From** Hess, Jared N <HessJN@state.gov>

**To**     'John Schutty' <john@johnschutty.com>

**Cc**     McPherson, Michael <McPhersonMC@state.gov>

📎 1 attachment (597 KB)

Request Letter and Check.pdf;

Dear Mr. Shutty,

Thank you for your quick response. As noted, the check is being returned to you. With respect to the documents provided with the attached request, I just want to confirm 1) you are withdrawing your request to have the documents described in the attached be transmitted through diplomatic channels pursuant to 28 U.S.C. 1608(a)(4), and 2) you do not need or want the Department to return the documents to you or the clerk?

Sincerely,

**Jared N. Hess**

CA/OCS/L

Phone: 202-485-6173

E-mail: HessJN@state.gov

**From:** John Schutty
**Sent:** Thursday, May 7, 2020 6:32 PM
**To:** Hess, Jared N
**Cc:** McPherson, Michael
**Subject:** RE: Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)

I acknowledge receipt of your email.

My clients have obtained service upon the Islamic Republic of Iran through alternative means.

Thank you for returning our check. You may discard the rest of the package.

Sincerely yours,

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**

**445 Park Avenue, 9th Floor**

**New York, NY 10022**

**Tel: (212) 745-1157**

**Fax: (917) 591-5980**

**Email: john@johnschutty.com**

**From:** Hess, Jared N [mailto:HessJN@state.gov]
**Sent:** Thursday, May 07, 2020 4:31 PM
**To:** 'John@johnschutty.com'
**Cc:** McPherson, Michael
**Subject:** Service Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(SN) and member case Burlingame, et al. v. Bin Laden, et al., 02-CV-7230 (GBD)(SN)

Dear Mr. Schutty:

I am writing regarding the February 19, 2020 request for transmittal of documents pursuant to 28 U.S.C. Section 1608(a)(4) in the lawsuit: *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN) and member case *Burlingame, et al. v. Bin Laden, et al.*, 02-CV-7230 (GBD)(SN). Please see the attached letter requesting a replacement check and related information. The original check submitted with the request for service as well as a copy of the attached letter is being returned to your office via UPS tracking number **1ZX4630W0291230728**. Should you have any questions in this regard, please do not hesitate to contact Michael McPherson at Ask-OCS-L@state.gov.

Sincerely,

**Jared N. Hess**

CA/OCS/L

Phone: 202-485-6173

E-mail: HessJN@state.gov



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

February 24, 2020

**Via Federal Express: 8138 7350 5910**
U.S. Department of State
SA-29, 4th Floor
2201 C Street NW
Washington, DC 20520
Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Re:    In re Terrorist Attacks of September 11, 2001
       Case No(s).   03-MDL-1570 (GBD) (SN)
                     02-CV-6977 (GBD) (SN), *Ashton v. Al Qaeda, et al.*
                     02-CV-7230 (GBD) (SN), *Burlingame v. Bin Laden, et al.*
                     17-CV-2003 (GBD) (SN), *Ashton, et al. v. Kingdom of Saudi Arabia*
                     18-CV-11417 (GBD) (SN), *Dickey v. Republic of Iran et al.*

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4), I am hereby requesting service of process on the following defendant:

       Minister of Foreign Affairs
       Ministry of Foreign Affairs of the Islamic
       Republic of Iran Iman Khomeini Avenue
       Tehran, Iran
       Attn: H.E Mohammad Javid Zarif

Enclosed you will find a check in the amount of $2,275.00; and two sets of the following documents (in English and Farsi) for service upon the defendant:

- Notice of Default Judgment

- Two Certified Copies of Order of Supplemental, Partial Final Judgment, dated January 7, 2020

Secretary of State
February 24, 2020
Page 2

- A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441, and Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and

- Certification of Accuracy of Farsi translations by translator

Upon completion of service, please send me a certified copy of the diplomatic note of transmittal. I am enclosing a prepaid FedEx envelope provided by the Plaintiff's attorney for your convenience. Thank you for your assistance, and please contact me if you have any questions.

Respectfully,

Ruby J. Krajick
Clerk of Court

Enclosures

# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 745-1157  Fax: (917) 591-5980
john@johnschutty.com

February 19, 2020                                        **Via Hand Delivery**

Clerk of the Court, Ruby J. Krajick
United States District Court Clerk
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, MDL No. 03-MDL-1570 (GBD) (SN)
>       *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and
>       member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
>       *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
>       *Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

Dear Clerk of the Court, Ruby J. Krajick;

I represent the certain Plaintiffs in the above-referenced actions.

I am writing to request you effect service of two Partial Final Judgments, dated December 23, 2019, MDL ECF Nos. 5394 and 5397, on the Defendant, Islamic Republic of Iran, pursuant to 28 U.S.C. §1608(a)(4), at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic
> Republic of Iran Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

Service on Iran cannot be effected under 28 U.S.C. Sections 1608(a)(1) and (2) because the United States and Iran do not have any special arrangement for service of process upon Iran in accordance with sub-section (1), nor is service permitted by any applicable international convention under the provisions of sub-section (2).[1] *See Valore v. Islamic Republic of Iran,* 700 F. Supp. 2d 52, 70 (D.D.C. 2010). As you are aware, service by mail pursuant to 28 U.S.C. § 1608(a)(3) cannot be effected as demonstrated by the fact that service of original process by mail in the initial phase of the action was not effective and such futile efforts need not be repeated here.

---

[1]     Iran is not a signatory to the convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

On December 6, 2018, Plaintiffs served the complaint on Defendant pursuant to 28 U.S.C. § 1608(a)(4). Defendant failed to file an answer or responsive pleading within 60 days from the date that service was effectuated and two Partial Final Judgments were entered on December 23, 2020.

Pursuant to 28 U.S.C. § 1608(e), and 22 CFR § 93.2, Plaintiffs now request that Defendant Iran be served with the two Judgments pursuant to 28 U.S.C. § 1608(a)(4) by first sending the enclosed documents to the following address, which will arrange for diplomatic service:

> U.S. Department of State
> SA-29, 4th Floor, 2201 C Street NW
> Washington, DC 20520
> Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)

Enclosed please find copies of the following documents, in English and Farsi:

a. Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
b. Certified Copy of Order of Supplemental, Partial Final Judgment, dated January 7, 2020;
c. Certified Copy of Order of Supplemental, Partial Final Judgment dated January 7, 2020;
d. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
e. Certification of accuracy of Farsi translations by translator.

In total, we are providing three complete sets of the documents, in both English and Farsi. In accordance with pages 12-13 of the Court's "Foreign Mailing Instructions" we are providing two sets for service on the Defendant and a set of documents for the Court's file.

We have also enclosed pre-paid FedEx label and envelope for delivery to the Department of State. Please note that our firm FedEx account number is 8510-5792-7.

Finally, we also enclose a cashier's check in the amount of $2,275.00 made payable to "U.S. Embassy Bern."

Should you have any questions or require any additional information please do not hesitate to contact me.

Regards

John F. Schutty, Esq.

2

1454

**LAW OFFICE OF JOHN F. SCHUTTY, P.C.**

DATE Feb. 19, 2020    1-8/210

PAY TO THE ORDER OF U. S. Embassy Bern                                      $ 2,275.00

Two thousand two hundred seventy-five 00/100 DOLLARS

citibank
CITIBANK, N.A.

FOR Service of Default Judgments Upon Iran
Sept. 11 Litigation (Dickey, et al.)

John F. Schutty

⑈000⑈454⑈ ⑈021000089⑈ 4967608532⑈