# EXHIBIT B

 Outlook

---

RE: [External] Request for Proof of Service of Partial Final Default Judgments Upon Iran

---

**From** John Schutty <john@johnschutty.com>

**Date** Thu 4/9/2026 10:16 AM

**To** Jonathan Vuotto <jpv@mcandrewvuotto.com>

This was a misunderstanding . . .

I wanted the State Department to cease service of a new Summons & Complaint upon Iran, not the Partial Final Judgments. Speiser Krause confirmed that they had properly served Iran, so I wanted to halt the "second" service.  Instead, what was with drawn was the service of the Partial Final Default Judgments and service upon Iran went forward

Since I am responsible for this miscommunication, I will re-serve the original package as early as today or tomorrow.  Or do you want to do this on your own for Ms. Garland?

**Sincerely Yours,**

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**

**445 Park Avenue, 9ᵗʰ Floor**
**New York, NY 10022**

**Cell: (646) 345-1441**
**Fax: (917) 591-5980**

---

**From:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Sent:** Wednesday, April 8, 2026 3:42 PM
**To:** John Schutty <john@johnschutty.com>
**Subject:** FW: [External] Request for Proof of Service of Partial Final Default Judgments Upon Iran

John:

Please let me know how you "obtained service upon the Islamic Republic of Iran through alternative means," as you stated in your May 7, 2020, email to the State Department.  Please provide all evidence of this service.  We need this information and documentation evidencing proof of service immediately - this is an urgent matter.

Please note that all of Ms. Eaton-Garland's rights are reserved.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
www.mcandrewvuotto.com

Confidentiality notice: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.

**From:** Hess, Jared N <HessJN@state.gov>
**Sent:** Wednesday, April 8, 2026 3:05 PM
**To:** john@johnschutty.com
**Cc:** FSIA-LR <FSIA-LR@state.gov>; Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** RE: [External] Request for Proof of Service of Partial Final Default Judgments Upon Iran

Good afternoon Mr. Schutty,
Thank you for your email. Please see the attached copy of the February 19, 2020 letter requesting service and the check, as well as correspondence relating to the withdrawal.

Best,
**Jared Hess**
Attorney Adviser
U.S. Department of State
Office of the Legal Adviser (L/CA)

 U.S. DEPARTMENT *of* STATE

**From:** John Schutty <john@johnschutty.com>
**Sent:** Thursday, April 2, 2026 3:30 PM
**To:** ASKPRI@STATE.GOV; FSIA-LR <FSIA-LR@state.gov>; ASK-OCS-L@STATE.GOV
**Cc:** Jonathan Vuotto <jpv@mcandrewvuotto.com>
**Subject:** [External] Request for Proof of Service of Partial Final Default Judgments Upon Iran

You don't often get email from john@johnschutty.com. Learn why this is important
Dear Sirs:

I am an attorney representing several families who have obtained Partial Final Default Judgments against the Islamic Republic of Iran (Iran).

Attached is a "Certificate of Mailing" signed by the Clerk of the U.S. District Court for the Southern District of New York showing that the Clerk mailed (via Fed Ex) a package of documents to the Department of State for service upon Iran through diplomatic channels.

The attached Certificate identifies the date the documents were transmitted, the documents transmitted and the office to which the documents were sent.

Unfortunately, my office never received a confirmation of the requested service from the Department of State nor a rejection of the request (or return of the package). The SDNY Clerk claims the same.

As a matter of some urgency, can you locate whatever paperwork you can find relating to this requested service and let my office know ASAP what has resulted.

An initial request to your office received a somewhat ambiguous response – that my office "sent an email requesting a withdrawal of the package." My office has no such record of such a

request being made.

Sincerely Yours,

*John F. Schutty*

**Law Office of John F. Schutty, P.C.**

**445 Park Avenue, 9th Floor**

**New York, NY 10022**

**Cell: (646) 345-1441**

**Fax: (917) 591-5980**