**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

**[PROPOSED ORDER]**

Upon consideration of Plaintiffs' motion to permit the substitution of each individual identified in Exhibit A, each such individual either being substituted as the Personal Representative of a deceased individual killed as a result of the terrorist attacks of September 11, 2001 (a "9/11 Decedent"), as a deceased family member of a 9/11 Decedent, or as the Personal Representative of a deceased family member of a 9/11 Decedent; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above captioned cases.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 11971, and the related motion at 02-cv-6977 (S.D.N.Y.) ECF No. 2507, 02-7236 (S.D.N.Y.) ECF No. 372, and 17-2003 (S.D.N.Y.) ECF No. 427.

Dated: _____, 2026
    New York, New York                    **SO ORDERED:**

_____
SARAH NETBURN
United States Magistrate Judge