**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|
| | |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN)
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above referenced actions. The individuals being substituted into the case are either the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or the Personal Representative for a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

2

Dated: April 16, 2026

/s/ Jerry S. Goldman

Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
       bstrong@andersonkill.com
       agreene@andersonkill.com

*Attorneys for Plaintiffs*

2

DOCS-100903044.1

**EXHIBIT A to Motion to Substitute Parties**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 158 being intended to designate the Personal Representative of the Estate of Chet Louie, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Chet Louie | No. 1:24-cv-05520 (GBD)(SN) | Ken Reibman, aka Calvin Louie, as the Personal Representative of the Estate of Chet Louie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chet Louie | NY | Chet Louie |

3

DOCS-100903044.1

| | | | | | |
|---|---|---|---|---|---|
| 2. | John Doe 156, being intended to designate the Personal Representative of the Estate of Jeffrey Bittner, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Bittner | No. 1:04-cv-01076 (GBD)(SN); No. 1:24-cv-05520 (GBD)(SN) | Pamela Bittner-Conley, as the Personal Representative of the Estate of Jeffrey Bittner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Bittner | FL | Jeffrey Bittner |
| 3. | Danielle Kelly, as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly | No. 1:04-cv-01076 (GBD)(SN); No. 1:04-cv-01923(GBD)(SN); No. 1:23-cv-07283 (GBD)(SN) | Andrew C. Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly | NY | Maurice Kelly |

4

DOCS-100903044.1

| | | | | | |
|---|---|---|---|---|---|
| 4. | John Doe 145, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep | No. 1:04-cv-01076 (GBD)(SN); No. 1:04-cv-01923(GBD)(SN); No. 1:23-cv-05790 (GBD)(SN) | Brian Fine, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep | NY | Franklin Pershep |
| 5. | Estelle Pershep, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep | No. 1:04-cv-01076 (GBD)(SN); No. 1:04-cv-01923(GBD)(SN); No. 1:23-cv-05790 (GBD)(SN) | Stacy Paolozzi, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep | NY | Franklin Pershep |
| 6. | Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani | No. 1:04-cv-01076 (GBD)(SN); No. 1:04-cv-01923(GBD)(SN); No. 1:18-cv-11870 (GBD)(SN); No. 1:18-cv-11941 (GBD)(SN) | Zeshan Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani | NY | Mohammad S. Hamdani |

5

DOCS-100903044.1