**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, No. 1:04-cv-01923 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN)
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)
*Danielle Kelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-07283 (GBD)(SN)
*Mary Jelnek, et al. v. Islamic Republic of Iran*, No. 1:24-cv-05520 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included in Exhibit A are to be substituted into the above-referenced cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11979.

Dated: New York, New York
_____, 202_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DOCS-100903043.1

**EXHIBIT A to Motion to Substitute Parties**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 158 being intended to designate the Personal Representative of the Estate of Chet Louie, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Chet Louie | No. 1:24-cv-05520 (GBD)(SN) | Ken Reibman, aka Calvin Louie, as the Personal Representative of the Estate of Chet Louie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chet Louie | NY | Chet Louie |

2

DOCS-100903043.1

| 2. | John Doe 156, being intended to designate the Personal Representative of the Estate of Jeffrey Bittner, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Bittner | No. 1:04-cv-01076 (GBD) (SN); No. 1:24-cv-05520 (GBD)(SN) | Pamela Bittner-Conley, as the Personal Representative of the Estate of Jeffrey Bittner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Bittner | FL | Jeffrey Bittner |
| 3. | Danielle Kelly, as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly | No. 1:04-cv-01076 (GBD) (SN); No. 1:04-cv-01923(GBD)(SN); No. 1:23-cv-07283 (GBD) (SN) | Andrew C. Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly | NY | Maurice Kelly |

3

| 4. | John Doe 145, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep | No. 1:04-cv-01076 (GBD) (SN); No. 1:04-cv-01923(GBD)(SN); No. 1:23-cv-05790 (GBD) (SN) | Brian Fine, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep | NY | Franklin Pershep |
|---|---|---|---|---|---|
| 5. | Estelle Pershep, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep | No. 1:04-cv-01076 (GBD) (SN); No. 1:04-cv-01923(GBD)(SN); No. 1:23-cv-05790 (GBD) (SN) | Stacy Paolozzi, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep | NY | Franklin Pershep |
| 6. | Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani | No. 1:04-cv-01076 (GBD) (SN); No. 1:04-cv-01923(GBD)(SN); No. 1:18-cv-11870 (GBD) (SN); No. 1:18-cv-11941 (GBD) (SN) | Zeshan Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani | NY | Mohammad S. Hamdani |

DOCS-100903043.1