USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/15/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

**MOTION TO SUBSTITUTE PARTIES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), *Bauer* Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above referenced actions. Each individual being substituted into the case is either substituting the Personal Representative of a deceased individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent"), a deceased family member of a 9/11 decedent, or substituting the Personal Representative for a deceased family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency of at the time the complaint was filed, the 9/11 decedent to which the deceased family member is related to, and the existing pleading that refers to the plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, Plaintiff's

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 15, 2026
New York, New York

1

Dated: April 13, 2026

*/s/ Dorothea M. Capone, Esq.*
Dorothea M. Capone
Baumeister & Samuels, P.C.
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone (212) 363-1200
Email: tcapone@baumeisterlaw.com

# Exhibit A

| Personal Representative or Plaintiff | Name of Substitute Party | State of Residency | Relationship of Plaintiff to 9/11 Decedent | Named of 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|
| Grace P. Sherwood, Plaintiff | David F. Sherwood, Sr., as Executor of the Estate of Grace P. Sherwood, deceased | ME | Surviving Daughter | Jean H. Peterson | 02-cv-6977, ECF 465<br><br>02-cv-7236, ECF 1<br><br>03-md-1570, ECF 8715-3<br><br>17-cv-2003, ECF 1 |
| Teresa Reller, Plaintiff | C. Benjamin Reller, as Executor of the Estate of Teresa Reller, deceased | NY | Surviving Sibling | Joseph Sisolak | 02-cv-6977, ECF 465<br><br>02-cv-7236, ECF 1<br><br>03-md-1570, ECF 8715-3<br><br>17-cv-2003, ECF 1 |
| Teresa Reller as Executrix of the Estate of Anna J. Powell, deceased | C. Benjamin Reller, as Executor of the Estate of Anna J. Powell, deceased | NY | Surviving Parent | Joseph Sisolak | 02-cv-6977, ECF 465<br><br>02-cv-7236, ECF 1<br><br>03-md-1570, ECF 8715-3<br><br>17-cv-2003, ECF 1 |
| Kishore Bharvaney, Plaintiff | Shenaz K. Bharvaney Daswani, as Personal Rep. | Thailand | Surviving Sibling | Anil T. Bharvaney | 02-cv-6977, ECF 465<br><br>02-cv-7236, ECF 1 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | of the Estate of Kishore Bharvaney, deceased |  |  |  | 03-md-1570, ECF 8715-3 |
| Kishore Bharvaney, as Personal Rep. of the Estate of Govind Bharvaney, deceased | Shenaz K. Bharvaney Daswani, as Personal Rep. of the Estate of Govind Bharvaney, deceased | Thailand | Surviving Parent | Anil T. Bharvaney | 02-cv-6977, ECF 465<br><br>02-cv-7236, ECF 1<br><br>03-md-1570, ECF 8715-3 |