**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/15/2026
```

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

      Ashton v. al Qaeda Islamic Army, No. 02-cv-06977
      Schneider v. al Qaeda Islamic Army, No. 02-cv-07209
      Burlingame v. Bin Laden, No. 02-cv-07230
      O'Neill v. Republic of Iraq, No. 04-cv-01076
      Burnett v. Islamic Republic of Iran, No. 15-cv-09903
      Bodner v. Islamic Republic of Iran, No. 19-cv-11776

Certain plaintiffs in the above cases moved for the entry of final judgments against the Islamic Republic of Iran ("Iran"). See ECF Nos. 11487 (Burlingame-Schneider), 11713 (Burnett-Munhall-Nilsen), 11717 (O'Neill-Bodner) (collectively, the "Plaintiffs").[1] The Plaintiffs conditionally agreed to waive their remaining claims against Iran (for punitive damages) if the Court certified their default judgments as "final" pursuant to Rule 54(b). See ECF Nos. 3226, 5061, 5138, 5376, 5449, 5975, 7188, 7287, 7522, 7527, 8232, 10391, 11745; Schneider, ECF No. 54. The Burlingame-Schneider Plaintiffs alternatively requested confirmation that their prior punitive damages award is valid. See ECF No. 11487 at 2–3.

Many other plaintiffs in this litigation with default judgments against Iran later sought to finalize their judgments for registration in other judicial districts. The Plaintiffs joined that effort.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

For this large group of Iran Judgments, the Court denied without prejudice the plaintiffs' outstanding requests for additional damages and certified each Iran Judgment as a final judgment pursuant to Rule 54(b), *nunc pro tunc* to the filing date of the underlying Judgment. See ECF Nos. 11878 at 12, 11940 at 2. This group of now-final Iran Judgments included the judgments awarded to the Burlingame-Schneider, Burnett-Munhall-Nilsen, and O'Neill-Bodner Plaintiffs. See ECF No. 11878 at 1–3, 6, 26. The Court also affirmed the punitive damages award to the Burlingame-Schneider Plaintiffs. See id. at 26.

Because the Plaintiffs have all received final judgments under Rule 54(b), the Plaintiffs' separate motions are moot. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 11487, 11713, and 11717; Ashton, No. 02-cv-06977, ECF No. 2362; Schneider, No. 02-cv-07209, ECF No. 204; Burlingame, No. 02-cv-07230, ECF No. 406; Burnett, No. 15-cv-09903, ECF No. 1130; O'Neill, No. 04-cv-01076, ECF No. 916; and Bodner, No. 19-cv-11776, ECF No. 253.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 15, 2026
          New York, New York

2