**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN) <br><br> ECF Case <br><br> **ORAL ARGUMENT REQUESTED** |

This document relates to:

*Kathleen Ashton, et al. v.* Al Qaeda *Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v.* Al Qaeda *Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v.* Al Qaeda*, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

**DEFENDANT MUSLIM WORLD LEAGUE'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that consistent with the Court's December 9, 2025 Order (ECF No. 11419) and pursuant to Federal Rule of Civil Procedure 56, Defendant Muslim World League, by and through undersigned counsel, will move the Court before the Honorable George B. Daniels, U.S. District Court Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, at a date and time to be determined by the Court, for an Order granting summary judgment.

Defendant Muslim World League seeks this relief for the reasons set forth in the accompanying Memorandum of Law and the Declaration of Aisha Bembry and its attached exhibits.

April 15, 2026

Respectfully submitted,

/s/ *Eric L. Lewis*

Eric L. Lewis
Aisha E. R. Bembry (admitted *pro hac vice*)
Sumayya Khatib (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K St NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Fax: (202) 466-5738
Email: eric.lewis@lbkmlaw.com
Email: aisha.bembry@lbkmlaw.com
Email: sumayya.khatib@lbkmlaw.com

*Counsel for Defendant Muslim World League*