**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case<br>ORAL ARGUMENT REQUESTED |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

## DECLARATION OF AISHA E. R. BEMBRY

I, Aisha E. R. Bembry, declare and say that the following statements are true as a matter of my personal knowledge:

1. I am a partner at the law firm of Lewis Baach Kaufmann Middlemiss PLLC and a member in good standing of the District of Columbia Bar and the Maryland Bar and have been admitted *pro hac vice* as counsel for defendants Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"). I make this declaration in support of MWL's Motion for Summary Judgment in the above-captioned case, filed on April 15, 2026.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Transcript of Deposition of Jonathan M. Winer dated July 13-14, 2021 (excerpt) |
| Exhibit 2 | FBI Report Administratively Closing Case (May 27, 2021), beginning at Bates No. E014040-000001 |
| Exhibit 3 | Transcript of Deposition of Matthew A. Levitt dated April 8, 2021 (excerpt) |
| Exhibit 4 | Expert Report of Vahid Brown |

| Exhibit 5 | First Declaration of Abdullah Bin Abdelmohsen Al-Turki dated 8/4/2023 |
|---|---|
| Exhibit 6 | First Declaration of Dr. Abdullah bin Saleh Al-Obaid dated April 4, 2023 |
| Exhibit 7 | Declaration of Adnan Basha dated May 4, 2023 |
| Exhibit 8 | Declaration of Ali Al-Thaqafi dated January 10, 2024 |
| Exhibit 9 | Declaration of Mohamed Al-Hassani dated January 10, 2024 |
| Exhibit 10 | 2002 MWL Statute, beginning at Bates No. JT-MWL 00037 (excerpt) |
| Exhibit 11 | Declaration of Mohamed Fawzi dated April 4, 2026 |
| Exhibit 12 | Transcript of Deposition of Abdulhadi Daguit dated June 27, 2019 (excerpt) |
| Exhibit 13 | 1997 MWL Secretariat General Report (excerpt) |
| Exhibit 14 | 2004 MWL Secretariat General Report (excerpt) |
| Exhibit 15 | U.N. Sec. Gen., List of non-governmental organizations in consultative status with the Economic and Social Council as of 31 December 2022, U.N. Doc. E/2023/INF/5 (Apr. 4, 2023) (excerpt) |
| Exhibit 16 | U.N. Economic and Social Council Res. 1996/31 (July 25, 1996) (excerpt) |
| Exhibit 17 | U.N. Charter, art. 62 |
| Exhibit 18 | G.A. Res. 60/180, The Peacebuilding Commission (Dec. 20, 2005) |
| Exhibit 19 | G.A. Res. 61/16, Strengthening the Economic and Social Council (Jan. 9, 2007) |
| Exhibit 20 | Decision Ending Secondment of Abdullah Naseef (Aug. 1993), beginning at Bates No. MWL 059188 |
| Exhibit 21 | Letter re Dr. Ali beginning his service as of 2/9/1414H (Feb. 1994), beginning at Bates No. MWL 059171 |
| Exhibit 22 | Letter re Dr. Ali End of Service Order as of 10/7/1416H (Dec. 1995), beginning at Bates No. MWL 059173 |
| Exhibit 23 | Transcript of Deposition of Dr. Abdullah Al Turki dated Sept. 14-15, 2018 (excerpt) |
| Exhibit 24 | 1987 MWL Employee Regulations, beginning at Bates No. JT-MWL00194 |
| Exhibit 25 | 2003 MWL Employee Regulations, beginning at Bates No. JT-MWL00169 |
| Exhibit 26 | 2003 MWL Guidelines for Employment & Appendices, beginning at Bates No. JT-MWL00227 (excerpt) |
| Exhibit 27 | 1986 MWL Financial Regulations, beginning at Bates No. JT-MWL00125 |
| Exhibit 28 | 2001/2002 MWL Financial Regulations, beginning at Bates No. JT-MWL00157 |
| Exhibit 29 | 2001/2002 MWL Executive Regulations of the Financial Bylaws, beginning at Bates No. JT-MWL00208 |
| Exhibit 30 | 1997 MWL Regulations for External Offices and Centers, beginning at Bates No. JT-MWL00268 |

| Exhibit 31 | Transcript of Deposition of Dr. Abdullah Obaid dated Sept. 18, 2018 (excerpt) |
|---|---|
| Exhibit 32 | Declaration of Mohamed Helles dated April 13, 2026 |
| Exhibit 33 | 2000-2001 IIRO Annual Report, beginning at Bates No. IIRO-003482 (excerpt) |
| Exhibit 34 | 1999-2000 IIRO Annual Report, beginning at Bates No. IIRO-003593 (excerpt) |
| Exhibit 35 | 1998 IIRO Annual Report, beginning at Bates No. IIRO-003712 |
| Exhibit 36 | 2002 IIRO Constitution |
| Exhibit 37 | 1998 IIRO Constitution |
| Exhibit 38 | Second Declaration of Abdullah Bin Abdelmohsen Al-Turki dated 8/4/2023 |
| Exhibit 39 | Second Declaration of Dr. Abdullah bin Saleh Al-Obaid dated April 4, 2023 |
| Exhibit 40 | 2000 IIRO Board of Directors Meeting, beginning at Bates No. MWLIIRO-16243 |
| Exhibit 41 | 2001-2002 IIRO Annual Report, beginning at Bates No. IIRO 004511 (excerpt) |
| Exhibit 42 | IIRO Secretariat General Report 1421/1422H, beginning at Bates No. IIRO 340871 (excerpt) |
| Exhibit 43 | Declaration of Ammar Chaouat dated January 12, 2017 |
| Exhibit 44 | MWL Financial Statements prepared by certified public accountant El Sayed El Ayouty & Co. for year ending in 2001, beginning at Bates No. JT-MWL 00001 |
| Exhibit 45 | 2001-2005 KPMG Audits of IIRO, beginning at Bates No. IIRO-000868 |
| Exhibit 46 | KSA Auditing Bureau Records, beginning at Bates No. JT-MWL-04518 |
| Exhibit 47 | Transcript of Deposition of Fahd Mohammad Sanad Alharbi dated March 26-27, 2019 (excerpt) |
| Exhibit 48 | Letter to Gari from IIRO Offices Department, beginning at Bates No. IIRO 094570 |
| Exhibit 49 | Letter to Gari from IIIRO Emergency Relief Department, beginning at Bates No. IIRO 50804 |
| Exhibit 50 | Letter to Gari from IIRO Social Welfare Department, beginning at Bates No. IIRO 51398 |
| Exhibit 51 | Letters from MWL Head Office to MWL-Pakistan Director, beginning at Bates No. MWL 018804 |
| Exhibit 52 | Transcript of Deposition of Rahmatullah Nazir Khan Gari dated July 21, 2019 (excerpt) |
| Exhibit 53 | Declaration of Abdulhadi Daguit dated December 29, 2022 |
| Exhibit 54 | Declaration of Faiz Wardi dated 19/6/1444H |
| Exhibit 55 | Rabita Trust Deed |

| Exhibit 56 | Letter Appeal for Donation to the Rabita Trust for Repatriation of Stranded Pakistanis from Bangladesh, beginning at Bates No. IIRO 149661 |
|---|---|
| Exhibit 57 | Letter from M. Aslam Tariq dated October 29, 1992, beginning at Bates No. MWL 008691 |
| Exhibit 58 | Letter from Ass. Sec. Gen. Amin Aqeel Attas to external party dated January 4, 1993, beginning at Bates No. MWL 030813 |
| Exhibit 59 | Letter from Ass. SG Amin Aqeel Attas to MWL-Pakistan director dated November 29, 1996, beginning at Bates No. MWL 030810 |
| Exhibit 60 | Letter from Pakistan Citizens' National Committee for Repatriation of Stranded Pakistanis dated, September 30, 2003, beginning at Bates No. MWL 008694 |
| Exhibit 61 | Letters re notification of the reconstitution of Rabita Trust's Board, dated October 11, 2001, and Letter from Pakistani Brigadier General, dated October 13, 2001, beginning at Bates No. IIRO 149643 |
| Exhibit 62 | Government of Pakistan Circular regarding the Composition of Rabita Trust Board dated, March 14, 2000 |
| Exhibit 63 | List of members of the Rabita Trust Board, beginning at Bates No. MWL 030817 |
| Exhibit 64 | Letter From Abdullah Al-Turki to Ambassador Abdul Mirza of Pakistan, beginning at Bates No. IIRO 149628 |
| Exhibit 65 | Second Declaration of Adnan Basha dated May 21, 2024 |
| Exhibit 66 | Letter to Basha from Gari, beginning at Bates No. IIRO-149640 |
| Exhibit 67 | Okaz article dated January 9, 1998, beginning at Bates No. IIRO 111679 |
| Exhibit 68 | Letter from Al-Turki regarding Jelaidan, beginning at Bates No. BUR-PEC-0175890 |
| Exhibit 69 | Aslam Khan and Company Auditor's Report, |
| Exhibit 70 | Declaration of Mohamed Fawzi dated January 1, 2018 (ECF Doc. 3857-2) |
| Exhibit 71 | Administrative Order dated October 13, 2001, beginning at Bates No. MWL 030814 |
| Exhibit 72 | Transcript of Deposition of Olivier Roy dated April 20, 2021 (excerpt) |
| Exhibit 73 | UN Security Council Al-Qaida Sanctions Committee Deletes Wa'el Hamza Abd al-Fatah Julaidan from Its Sanctions List dated, August 26, 2014 |
| Exhibit 74 | Letter accepting Khalifa resignation, beginning at Bates No. IIRO 287370 |
| Exhibit 75 | Letter from Zakaria Mohamed Shaikh to IIRO Supervisor noting lack of a relationship between IIRO and Khalifa's Dar-ul-Imam Al-Shafi'i and his employees and distinguishing between that institute and IIRO's similarly named orphanage, beginning at Bates No. IIRO-002997 |
| Exhibit 76 | Letter from IIRO Supervisor to MWL Secretary General and President of the IIRO Founding Council providing Khalifa's employment |

| | |
|---|---|
| | history with IIRO and distinguishing between Khalifa's personal projects and IIRO, beginning at Bates No. IIRO-003014 |
| Exhibit 77 | Transcript of Deposition of John Sidel dated Apr. 7, 2021 (excerpt) |
| Exhibit 78 | Expert Report of Olivier Roy |
| Exhibit 79 | National Guard Journal: Islamic Horizons, His Highness Secretary General of the Muslim World League: Dialogue with others is the means to repel oppression and introduce Islam dated November 1, 2000, beginning at Bates No. FED-PEC 0242816 |
| Exhibit 80 | Osama Bin Laden, Declaration of War against the Americans Occupying the Land of the Holy Places (2006), beginning at Bates No. BUR-PEC-026957 |
| Exhibit 81 | Bin Laden, Others Sign Fatwa to "Kill Americans Everywhere", Al Quds al-Arabi (Feb. 23, 1998), beginning at Bates No. FED-PEC0279093 |
| Exhibit 82 | West Point's Combatting Terrorism Center's ("CTC") Harmony Database ("HD"), ID AFGP-2002-003345 ("Letters from Bin Laden") |
| Exhibit 83 | Transcript of Deposition of Brian M. Jenkins dated April 12, 2021 (excerpt) |
| Exhibit 84 | Transcript of Deposition of Marc Sageman, M.D., Ph.D. dated July 2, 2021 (excerpt) |
| Exhibit 85 | Expert Report of Marc Sageman |
| Exhibit 86 | Terrorist-Related NGOs without Designations (Unclassified), beginning at Bates No. BUR-PEC-078442 |
| Exhibit 87 | Transcript of Deposition Jacob Vahid Brown dated May 25, 2021 (excerpt) |
| Exhibit 88 | Transcript of Deposition of Evan Kohlmann dated August 5, 2021 (excerpt) |
| Exhibit 89 | Rabita-Sponsored Auqaf Conference Resolutions (1981), beginning at Bates No. FED-PEC0260167 |
| Exhibit 90 | Jihad With Money in the Way of Allah (1991), beginning at Bates No. FED-PEC0265171 |
| Exhibit 91 | Child Upbringing in Islam (1994), beginning at Bates No. FED-PEC0266481 |
| Exhibit 92 | The Ambassador of Afghanistan in Cairo, Al Alam Al Islami (Aug. 31, 1992) |
| Exhibit 93 | 1995 MWL Journal, beginning at Bates No. FED-PEC0267571 |
| Exhibit 94 | 1994 MWL Journal, beginning at Bates No. BUR-PEC-035607 |
| Exhibit 95 | Imam of Holy Haram Calls for Assistance to Kashmiris (1993), beginning at Bates NO. FED-PEC0231562 |
| Exhibit 96 | CIA report, "How Bin Ladin Commands a Global Terrorist Network," CTC 99-40003 (Jan. 27, 1999), beginning at Bates No. CIA_000002-CIA |
| Exhibit 97 | CIA report, "Pursuing the Bin Laden Financial Target," CTC 01-400003HCS (Apr. 12, 2001), beginning at Bates No. CIA00377 |

| Exhibit 98 | CIA report, "Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions," OTI 97-10035CX (Dec. 1997), beginning at Bates No. CIA_00720 |
|---|---|
| Exhibit 99 | CIA report, Usama Bin Ladin: Some Saudi Financial Ties Probably Intact," (Jan. 11, 1999), beginning Bates No. CIA0000002 |
| Exhibit 100 | CIA report, "Islamic Terrorists: Using Nongovernmental Organizations Extensively," CTC 99-40007 (Apr. 9, 1999), beginning at Bates No. CIA_000209 |
| Exhibit 101 | Transcript of Deposition of Adnan Basha dated February 20, 2019 and February 21, 2019 (excerpt) |
| Exhibit 102 | CIA report, "Usama Bin Ladin: Al-Qa'ida's Financial Facilitators," OTI iA 2001-134-HXC (Oct. 18, 2001), beginning at Bates No. CIA_000500 |
| Exhibit 103 | CIA report, "Usama Bin Ladin: Al-Qa'ida's Business and Financial Links in Southeast Asia" CTC 2002-40066CH, (June 6, 2002), beginning at Bates No. CIA 000450 |
| Exhibit 104 | CIA report, "Saudi-Based Financial Support for Terrorist Organizations [redacted]," CTC 2002-40117CH (Nov. 14, 2002), beginning at Bates No. CIA_000143 |
| Exhibit 105 | CIA-FBI report, "Assessment of Saudi Arabian Support to Terrorism and the Counterintelligence Threat to the United States" (Dec. 2004), beginning at Bates No. E014040-003414-UPDATED |
| Exhibit 106 | Transcript of Deposition of Jimmy Gurule dated July 7, 2021 (excerpt) |
| Exhibit 107 | Treasury Department Memorandum, beginning at Bates No. TREASURY00001 |
| Exhibit 108 | Subpoena directed to Jamal al Fadl dated August 7, 2019 |
| Exhibit 109 | Email from Andrew Krause to Bruce Strong et al. dated September 17, 2019 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: April 15, 2026                    */s/ Aisha E. R. Bembry*

                                              Aisha E. R. Bembry

6