# EXHIBIT 003

Page 187

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-----------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-----------------------------------x

April 8, 2021

9:10 a.m.


Continued Videotaped Deposition

via Zoom of MATTHEW A. LEVITT, pursuant to

Adjournment, before Jineen Pavesi, a

Registered Professional Reporter,

Registered Merit Reporter, Certified

Realtime Reporter and Notary Public of the

State of New York.

Page 424

LEVITT

But without the opportunity to take a look at this new information, all I can tell you is that I know that subsequent information has come out and I cannot therefore state under oath that the statement in the 9/11 Commission Report is the latest and most therefore accurate description of whether or not any Saudi or Saudi official funding may have gone to 9/11.

Q.    Okay, I get it; let's move on.

Your report does not include any opinion, nor does your expert rebuttal report, include any opinion that any of the 9/11 hijackers, those 19 people, ever attended any WAMY program, such opinion is not in either report, is it?

A.    Such information is not in my report.

Q.    Neither your report nor your rebuttal report include any opinion that any of the 9/11 hijackers ever attended any WAMY camp or school, would you agree with that?

Page 425

LEVITT

A.    Such information is not in my report.

Q.    Nor is there any opinion in either your report or your rebuttal report that any 9/11 hijacker ever work for WAMY anywhere at any time?

A.    Such information is not in my report.

Q.    Neither your report nor your rebuttal report include any opinion that any of the 9/11 attackers received any material support from WAMY at any time, would you agree?

MR. HAEFELE:  Objection to form.

A.    My report does not include any material about the specific financing of the 9/11 hijackers themselves, as I recall.

Q.    Similarly, there is no opinion, you don't state any opinion in your report that there is a money trail --

A.    Excuse me, let me mute that, my apologies.

Page 426

LEVITT

Q.    I will start the question again.

Neither your report nor your rebuttal report include any opinion that there is a money trail between WAMY and the terrorist attacks of 9/11, would you agree?

A.    There is nothing in my report that says that either way, it is not covered in my report.

Q.    Let's jump to your expert report at page 10, please.

A.    The initial report?

Q.    Yes.

A.    Page 10, okay, I have that.

In the third and last paragraph of that report, you reference --

A.    Sorry, are we still on page 10?

Q.    Yes.

MR. HAEFELE:  You said third and last paragraph of the report or third and last paragraph of the page?

MR. GOETZ:  I'm sorry, the page.

Page 427

LEVITT

Q.    Page 10, third and last paragraph of that page.

A.    "Consider the CIA's assessment"?

Q.    Yes.

"Indeed, in another report the CIA noted how some Al Qaeda foreign fighters went home while others traveled to other battlefronts.  'Militants who received training in Afghanistan were sent to fight Jihads, Kashmir, Chechnya, or Bosnia'."

Did that include any of the 9/11 attackers, in your view?

A.    I don't recall the specific histories of the 9/11 hijackers, which I did not include in the report.

Maybe in the 9/11 Commission Report, but this is a quote, we ended in the middle of it, but this is a quote from the CIA report.

I don't think this report, from 2004 it looks like, I don't recall if that report specifically mentioned if this

61 (Pages 424 - 427)

Page 576

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, MATTHEW A. LEVITT, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes. I further certify that I am not employed by nor related to any party to this action.

*Jineen Pavesi RPR, RMR*

JINEEN PAVESI, RPR, RMR, CRR

Page 577

E X H I B I T S

Defendants'

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 2006 | article called Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats | 200 |
| Exhibit 2007 | Arabic documents with translations attached | 213 |
| Exhibit 2008 | order entered in this case | 218 |
| Exhibit 2009 | excerpt from The Caravan | 228 |
| Exhibit 2010 | ARC Statements | 261 |
| Exhibit 2011 | CIA Report | 277 |
| Exhibit 2012 | CIA document | 282 |
| Exhibit 2013 | CIA document | 282 |

Page 578

| Exhibit 2014 | unclassified 1996 CIA document | 297 |
|---|---|---|
| Exhibit 2015 | U.N. report | 322 |
| Exhibit 2016 | 9/11 Commission Report | 356 |
| Exhibit 2017 | translation of the document with the Arabic document behind | 378 |
| Exhibit 2018 | Washington Post article | 386 |
| Exhibit 2019 | The Looming Tower by Lawrence Wright | 389 |
| Exhibit 2020 | translated letter, an Arabic letter, and a certificate | 401 |
| Exhibit 2021 | Council on Foreign Relations Task Force Report on Terrorist Financing | 435 |
| Exhibit 2022 | Noorwali Deposition Excerpt | 470 |
| Exhibit 2023 | Noorwali Deposition Excerpt | 485 |

Page 579

| Exhibit 2024 | CRA document | 489 |
|---|---|---|

EXAMINATION BY:
MR. LEWIS: Page 192
MR. GOETZ: Page 403
MR. COTTREAU: Page 508

99 (Pages 576 - 579)