# EXHIBIT 005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                                              )

In re: Terrorist Attacks on            )

September 11, 2001               )       No. 03 MDL 1570 (GBD) (SN)

_____ )

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, *Case No.* 02-cv-6977 (GBD) (SN);

*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN);

*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN);

*Continental Casualty Co., et al. v. Al Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN);

*Euro Brokers Inc., et al. v. Ai Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN);

*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-cv-6978 (GBD) (SN);

*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).

## DECLARATION OF DR. ABDULLAH BIN ABDUL MOHSEN AL-TURKI

1.     I, Abdullah bin Abdul Mohsen Al-Turki, hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2.     I have previously submitted sworn statements in this proceeding, including a Declaration dated March 31, 2004, in support of my original motion to dismiss, filed on April 8, 2004 (ECF 85), as well as a Declaration dated July 13, 2018, and submitted on July 20, 2018 (ECF 4063). Except for the point that I clarify in paragraph 13 below, the statements and facts contained in these previous declarations remain true and accurate to the best of my knowledge and belief, and if called as a witness, I could and would testify to the statements and facts contained therein.

3.     I was born in 1940 in the Kingdom of Saudi Arabia. I am a Saudi national and have lived in the Kingdom my entire life.

1

4.    I earned a Bachelor's degree in Islamic Law in 1963 from the College of Islamic Law in Riyadh, and also earned a Master's degree in 1969 from the Higher Institute for Judges in Riyadh. I remained in Riyadh, where the supervisor for the Ph.D. I was working on also resided, and earned a Ph.D. degree in Fundamentals of Jurisprudence in 1973 from the Al-Azhar University based in Cairo, Egypt.  After completing my Ph.D., I served as the Rector of the Imam Muhammad Bin Saud Islamic University in the Kingdom of Saudi Arabia.

5.    From 1993 to 1999, I served as Minister of Islamic Affairs, after being appointed by King Fahd Bin Abdulaziz Al Saud.

6.    In my role as Minister of Islamic Affairs, one of my responsibilities was to appoint new employees within the Ministry. During my tenure, I appointed many employees across all departments of the Ministry according to the system in the Kingdom.

7.    In the case of each employee appointment, my involvement was supervisory and did not include an in-depth vetting of the candidate. The relevant department or committee was responsible for vetting, interviewing, and selecting candidates for available positions. My role, on the other hand, was limited to providing the final signature required for the appointment to take effect. I received only limited information on the curriculum vitae of the candidates that had already been vetted. I was not responsible for confirming the candidate's qualifications or otherwise determining whether the candidate was a suitable fit for the position. During the hiring process, I was mainly in contact with the deputies of the Ministry and other officials in the Ministry. I did not generally meet with the employment candidates themselves as part of the hiring process.

8.    I do not remember the names of all the job applicants, or even all of the individuals that were ultimately appointed to positions within the Ministry. Nor do I have knowledge of the specific details of the hiring process for each applicant. For instance, although I do not specifically remember the employment applications of Khalid Al Suwailem and Fahad Al Thumairy or their appointments (on August 27, 1995 and December 12, 1995, respectively), I was provided, however, during the course of this litigation by the Plaintiffs' attorneys documents holding my signature approving the appointment of these two individuals. If there is an approval on the appointment, this was done as per the general regulations in the Kingdom. In my capacity as Minister, I approved the appointment of many employees as a matter of course and routine and Fahad Al Thumairy and Khalid Al Suwailem were among those appointments.

9.    In most cases, I never spoke to or otherwise met with the applicants. With respect to Khalid Al Suwailem and Fahad Al Thumairy in particular, I did not speak to nor did I meet with either of them during the application process, as that was not within my responsibilities as Minister. Furthermore, while it is possible that I unintentionally crossed paths with one or both of them after their appointments, nevertheless I do not recall any such meeting.

10. Once a candidate is appointed to a position within the Ministry, my role in that process was complete. I did not have any supervision or other responsibilities with respect to that individual.

11. Regarding the allegations in this case that Mr. Al Thumairy worked for Saudi intelligence inside of the United States, I have no knowledge regarding any such alleged intelligence work. Moreover, the Ministry of Islamic Affairs did not have any intelligence functions. I did not appoint any individual to an intelligence role, nor did I supervise or have any responsibility for these individuals after I appointed them to positions within the Ministry of Islamic Affairs.

12. In my official capacity as Minister of Islamic Affairs, I represented the Ministry at tens of international conferences and inaugurations of Islamic centers and mosques, including at the Opening Ceremony of the King Fahd Mosque in Los Angeles, California in 1998. These routine trips were organized by the relevant department in the Ministry in coordination with the embassy of the KSA in the host countries, usually upon the invitation of the staff and leaders of the mosque, center, or conference that I was visiting or attending. I was not involved in the planning process for these trips. During these trips, I met hundreds of scholars, community members and leaders, and conference attendees, most of whom I cannot recall specifically. My attendance at these events did not reflect my adoption or endorsement of the views and opinions of the organizers, or the other scholars or attendees.

13. After leaving the Ministry, I served as Secretary General of the Muslim World League ("MWL") from November 2000 to 2016. The declaration I submitted on July 13, 2018 in this litigation contained a typographical error indicating that I held that position from 2001.

14. MWL is an international Islamic non-governmental organization based in the Kingdom of Saudi Arabia that is involved in charitable projects around the world. MWL was founded in 1962 and is headquartered in Makkah Al Mukarrama, Kingdom of Saudi Arabia. MWL operates approximately 30 offices and cultural centers throughout the world.

15. Through its educational, religious, and cultural projects, MWL promotes dialogue across cultures and the followers of religions and seeks to spread moderate Islamic values, and counters extremist ideology through a message of peace and harmony.

16. MWL has a general, consultative status with the United Nations' Economic and Social Council.

17. My role as MWL's Secretary General was to represent MWL in meetings and at conferences, and to participate in delegations on its behalf. In addition, I ensured that the Resolutions and Recommendations of the Constituent Council were implemented by the Secretariat General. However, I was not involved in the day-to-day operations of MWL as those were managed by the Secretary General's deputies and the relevant departments.

3

During my tenure as MWL Secretary General, I constantly traveled and attended a large number of conferences and meetings, and met hundreds of scholars, attendees, and participants. In attending these events, I did not adopt or endorse the views and opinions of the organizers, or the other scholars and attendees.

18. During my tenure as Secretary General of MWL, I served as the *ex officio* Chair of the Board of Directors for the International Islamic Relief Organization ("IIRO"), a humanitarian organization based in Jeddah, the Kingdom of Saudi Arabia that provided general humanitarian aid to impoverished people, as well as emergency aid in response to crises and natural disasters. I did not have a role in IIRO's day-to-day operations. I was one of twenty-four Board members.

19. Regarding the allegations that I and other IIRO board members served as executive directors for the organization Al Haramain and Al Masjed Al Aqsa. This is incorrect, and I do not recall serving at any time in any capacity for or on behalf of this entity.

20. As Secretary General for MWL, I served *ex officio* as a member of the board of the Rabita Trust, an organization established jointly in Pakistan by MWL and the Government of Pakistan in 1988. The President of Pakistan served as Chairman of the Rabita Trust Board.

21. The Rabita Trust was established with the purpose of repatriating Biharis (Pakistanis living in Bangladesh following the Indo-Pakistani War) from Bangladesh to Pakistan and this entity operated in Pakistan.

22. The Rabita Trust was not a subsidiary of MWL, but was an independent entity. By the time I became a member of the Rabita Trust's board, it was an inoperative organization, and I do not recall attending any of its meetings.

23. In 2016, I completed my term as Secretary General of MWL and thereby also left my board positions at IIRO and the Rabita Trust.

24. I have never participated in nor directed anyone to participate in any activities intended to support Al Qaeda or any other terrorist organization.

25. I have never provided nor directed anyone to provide any financing to or in support of Al Qaeda or any other terrorist organization.

26. I have never supported nor instructed, explicitly or implicitly, anyone else to support Al Qaeda or any other terrorist organization.

27. I have never intended to aid a terrorist attack nor support Al Qaeda in any way.

28.    I did not know at any time prior to September 11, 2001 that Al Qaeda was planning a terrorist attack against the United States.

29.    I do not agree with, and have never agreed with, Al Qaeda's or its affiliated terrorist organization's aims or acts. To the contrary, I was horrified, shocked, and saddened by the terrorist attacks on September 11, 2001, which I viewed as criminal acts of terror which are prohibited by the Islamic faith.

30.    I do not know Osama bin Ladin.

31.    I have worked actively to counter Osama bin Ladin's and Al Qaeda's and its affiliated terrorist organizations' ideologies in my sermons, speeches, and private meetings, and have denounced acts of terrorism, including those of September 11, 2001. After the September 11 attacks, and in my capacity as Secretary General of the MWL, I published several statements condemning the attacks, which are detailed in paragraph 14 of my March 31, 2004 declaration.

Pursuant to 28 U.S.C. § 1746, I, Abdullah Bin Abdelmohsen Al-Turki, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signature]

_____
Abdullah Bin Abdelmohsen Al-Turki

Executed On: 8/4/2023

5

محكمة مقاطعة الولايات المتحدة
مقاطعة نيويورك الجنوبية

<table>
<tr><td>رقم 3 MDL 1570 (GBD) (SN)</td><td>(</td><td>في القضية المتعلّقة بهجمات إرهابية في 11 سبتمبر 2001</td></tr>
<tr><td></td><td>(</td><td></td></tr>
</table>

يطبق على الاتي:

أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 02-cv-6977(GBD) (SN)؛

بورنت وآخرون ضد مؤسسة البركة للاستثمار والتنمية وآخرين، قضية رقم 03-cv-

9849 (SN)  (GBD)؛

كانتور فيتز جرالد وشركائه وآخرون ضد بنك اكيدة الخاص ( ش.م.م.) وآخرين، قضية رقم 04-cv-7065 (GBD) (SN)؛

شركة كونتينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم 04-cv-05970 (GBD) (SN)؛

يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم 04-cv-7279 (GBD) (SN)؛

شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم 03-cv-6978 (GBD) (SN)؛

أونيل وآخرون ضد البركة وآخرين، قضية رقم 04-cv-1923 (GBD) (SN).

**بيان د.عبدالله بن عبد المحسن التركي**

1.  أنا ، عبد الله بن عبد المحسن التركي ، أفيد بموجبه  بأنني تجاوزت الثامنة عشرة من عمري وأنني بكامل قواي العقلية لأقدم هذا البيان. لدي معرفة شخصية بالوقائع المبينة أدناه. إذا تم استدعائي شاهداً، سأكون حينها قادراً وسأشهد على البيانات والوقائع الواردة هنا والتي كلها صحيحة ودقيقة على حد علمي واعتقادي.

2.  لقد سبق وقدّمت بيانات يؤكدها اليمين في هذه القضيّة بما في ذلك البيان بتاريخ 31 مارس 2004 لدعم طلبي الأصلي  بالرد المقدم في 8 أبريل 2004 (ECF 85) ، وكذلك البيان بتاريخ 13 يوليو 2018 تم تقديمه في 20 يوليو 2018 (ECF 4063). باستثناء النقطة الموضحة في الفقرة 13 أدناه ، تظل البيانات والوقائع الواردة في هذين البيانين السابقين صحيحة ودقيقة على حد علمي واعتقادي وإذا استدعيت كشاهد ، سأكون حينها قادراً وسأشهد على الأقوال و والوقائع الواردة فيها.

3.  ولدت عام 1940 في المملكة العربية السعودية فأنا مواطن سعودي وعشت في المملكة طوال حياتي.

1

4. لقد حصلت على درجة بكالوريوس في الشريعة في عام 1963 من كلية الشريعة في الرياض، و حصلت أيضاً على الماجستير عام 1969 من المعهد العالي للقضاء في الرياض. مكثت في الرياض حيث كان مشرف الدكتوراه التي كنت أعمل عليها يقيم هناك أيضاً وحصلت على الدكتوراه في أصول الفقه عام 1973 من جامعة الأزهر في القاهرة/مصر. بعد انهائي الدكتوراه ، عملت مديراً لجامعة الإمام محمد بن سعود الإسلامية في المملكة العربية السعودية.

5. شغلت منصب وزير الشؤون الإسلامية من 1993 إلى 1999 بعد أن تم تعييني من قبل الملك فهد بن عبد العزيز آل سعود.

6. في دوري كوزير للشؤون الإسلامية كانت إحدى مسؤولياتي تعيين موظفين جدد في الوزارة. خلال فترة ولايتي قمت بتعيين الكثير من الموظفين في جميع إدارات الوزارة حسب النظام في المملكة.

7. في كل تعيين موظف كانت مشاركتي إشرافية ولم تنطوي على تدقيق متعمق للمرشح. كانت الإدارة أو اللجنة المعنية مسؤولة عن التدقيق والمقابلات واختيار المرشحين للوظائف المتاحة. أمّا أنا فقد اقتصر دوري على التوقيع النهائي المطلوب حتى يصبح التعيين نافذ المفعول. تلقيت فقط معلومات محدودة عن السيرة الذاتية للمرشحين الذين تم التدقيق عنهم. لم أكن مسؤولاً عن التأكد من مؤهلات المرشح أو تحديد ما إذا كان المرشح مناسبًا للمنصب. أثناء عملية التوظيف، كنت على اتصال بشكل رئيسي بوكلاء الوزارة ومسؤولين آخرين في الوزارة. بشكل عام لم أقابل مرشحي التوظيف أنفسهم كجزء من عملية التوظيف.

8. لا أتذكر أسماء جميع المتقدمين للوظائف أو حتى جميع الأفراد الذين تم تعيينهم في النهاية في مناصب في الوزارة. كما أنني لست على دراية بالتفاصيل الخاصة لإجراءات توظيف لكل متقدم. على سبيل المثال ، على الرغم من أنني لا أتذكر بالتحديد طلبات التوظيف الخاصة بخالد السويلم وفهد الثميري أو تعيينهما (في 27 أغسطس 1995 و 12 ديسمبر 1995 على التوالي) لكن خلال إجراءات هذه القضية أفادني محامو المدعين بالمستندات التي تحمل توقيعي بالموافقة على تعيين هذين الشخصين.فإذا كانت هناك موافقة علي التعيين فذلك حسب النظام العام في المملكة. بصفتي وزيراً، وافقت على تعيين العديد من الموظفين بشكل عادي وروتيني. وكان فهد الثميري وخالد السويلم من بين تلك التعيينات.

9. في معظم الحالات، لم أحاور كما لم أقابل مقدّمي الطلبات. فيما يتعلق بخالد السويلم وفهد الثميري على وجه الخصوص، لم أحاور ولم أقابل أياً منهما أثناء عملية التقديم لأن ذلك لم يكن ضمن مسؤولياتي كوزير. علاوة على ذلك، في حين أنه من الممكن أن أكون قد التقيت مع أحدهما أو كليهما بعد تعيينهما بلقاء غير مقصود إلا أنني لا أتذكر أي لقاء من هذا القبيل.

10. بمجرد تعيين مرشح لمنصب في الوزارة يكتمل دوري في هذه العملية. لم يكن لدي أي إشراف أو مسؤوليات أخرى فيما يتعلق بهذا الفرد.

2

11. أما بخصوص المزاعم في هذه القضية أن السيد فهد الثميري يعمل في المخابرات السعودية داخل الولايات المتحدة ، ليس لدي أي علم بشأن أي عمل استخباراتي مزعوم. كما لم يكن لوزارة الشؤون الإسلامية أي وظائف استخباراتية. لم أقم بتعيين أي فرد في دور استخباراتي ولم أشرف على هؤلاء الأفراد أو أتحمل أي مسؤولية عنهم بعد تعيينهم في مناصب في وزارة الشؤون الإسلامية.

12. بصفتي الرسمية كوزير للشؤون الإسلامية قمت بتمثيل الوزارة في عشرات من المؤتمرات الدولية وافتتاح المراكز والمساجد الإسلامية بما في ذلك حفل افتتاح مسجد الملك فهد في لوس أنجلوس  في كاليفورنيا في 1998. تم تنظيم هذه الرحلات الروتينية من قبل الإدارة المختصة في الوزارة بالتنسيق مع سفارة المملكة العربية السعودية في البلدان المضيفة وعادةً ما يتم ذلك بناءً على دعوة من موظفي وقادة المسجد أو المركز أو المؤتمر الذي كنت أزوره أو أحضره.  لم أشارك في عملية التخطيط لهذه الرحلات. خلال هذه الرحلات، قابلت مئات العلماء وأعضاء المجتمع والقادة والحاضرين في المؤتمرات ومعظمهم لا أستطيع تذكرهم على وجه التحديد. لم يعكس حضوري في هذه الأحداث تبنّي أو تأييد وجهات نظر وآراء المنظمين أو العلماء الآخرين أو الحاضرين.

13. بعد مغادرتي الوزارة،  شغلت منصب أمين عام لرابطة العالم الإسلامي ("الرابطة") من نوفمبر 2000 إلى 2016. وقد تضمن البيان الذي قدمته في 13 يوليو 2018 في هذه الدعوى خطأ مطبعيًا يشير إلى أنني شغلت هذا المنصب من 2001.

14. الرابطة هي منظمة إسلامية دولية غير حكومية مقرها في المملكة العربية السعودية وتشارك في مشاريع خيرية في جميع أنحاء العالم. تأسست الرابطة في عام 1962 ويقع مقرها الرئيسي في مكة المكرمة/المملكة العربية السعودية. تدير الرابطة ما يقارب 30 مكتبًا ومركزًا ثقافيًا في جميع أنحاء العالم.

15. من خلال مشاريعها التعليمية والدينية والثقافية، تشجع الرابطة الحوار بين الثقافات وأتباع الأديان وتسعى إلى نشر القيم الإسلامية المعتدلة وتواجه الأيديولوجية المتطرفة من خلال رسالة السلام والتناغم.

16. لرابطة العالم الإسلامي مركز استشاري عام مع المجلس الاقتصادي والاجتماعي التابع للأمم المتحدة.

17. كان دوري بصفتي الأمين العام للرابطة هو تمثيل الرابطة في الاجتماعات والمؤتمرات والمشاركة في الوفود نيابة عنها. فضلاً عن ذلك تأكدت من تنفيذ قرارات وتوصيات المجلس التأسيسي من قبل الأمانة العامة. ومع ذلك، لم أشارك في العمليات اليومية للرابطة حيث كان يديرها وكلاء الأمين العام والإدارات المعنية. خلال فترة عملي كأمين عام للرابطة، كنت أسافر باستمرار وحضرت عددًا كثيراً من المؤتمرات والاجتماعات والتقيت بمئات العلماء والحضور والمشاركين. عند حضوري هذه النشاط ، لم أتبن أو أؤيد أوجه نظر وآراء المنظمين أو غيرهم من العلماء والحضور.

3

18. خلال فترة عملي كأمين عام للرابطة، عملت بحكم منصبي كرئيس لمجلس إدارة هيئة الإغاثة الإسلامية العالمية ("الهيئة") وهي منظمة إنسانية مقرها جدة/المملكة العربية السعودية تقدم مساعدات إنسانية عامة للفقراء، فضلا عن المساعدات الطارئة استجابةً للأزمات والكوارث الطبيعية. لم يكن لي دور في عمليات الهيئة اليومية. كنت واحدًا من بين أربعة وعشرين عضوًا في مجلس الإدارة.

19. بخصوص المزاعم أنني أنا وبعض من أعضاء مجلس إدارة الهيئة الآخرين عملنا كمديرين تنفيذيين لمؤسسة الحرمين والمسجد الأقصى. هذا غير صحيح ولا أذكر أنني عملت في أي وقت وبأي صفة لصالح هذا الكيان أو بالنيابة عنه.

20. بحكم منصبي أمينًا عامًا للرابطة كنت عضواً في مجلس وقف الرابطة وهي منظمة تم إنشاؤها في باكستان بشكل مشترك من قبل الرابطة وحكومة باكستان في عام 1988. شغل رئيس باكستان منصب رئيس مجلس إدارة وقف الرابطة.

21. تأسست وقف الرابطة بهدف إعادة البيهاريين (الباكستانيين الذين عاشوا في بنغلاديش في أعقاب الحرب الهندية الباكستانية) من بنغلاديش إلى باكستان وكان هذا الكيان يعمل في باكستان.

22. لم يكن وقف الرابطة كياناً فرعياً للرابطة ولكنه كيان مستقل. بحلول الوقت الذي أصبحت فيه عضواً في مجلس وقف الرابطة، كانت منظمة منتهية ولا أذكر أنني حضرت أي اجتماعات له.

23. في عام 2016، أكملت فترة خدمتي كأمين عام للرابطة وبالتالي تركت أيضًا مناصبي في مجلس إدارة الهيئة ومجلس وقف الرابطة.

24. لم أشارك ولم أوجه أي شخص للمشاركة في أي أنشطة تهدف إلى دعم القاعدة أو أي منظمة إرهابية أخرى.

25. لم أقم أبدًا بتقديم أو توجيه أي شخص لتقديم أي تمويل أو دعم للقاعدة أو أي منظمة إرهابية أخرى.

26. لم أقم أبدًا بدعم أو توجيه، بشكل صريح أو غير صريح، أي شخص آخر لدعم القاعدة أو أي منظمة إرهابية أخرى.

27. لم أنوِ أبدًا المساعدة في هجوم إرهابي أو دعم القاعدة بأي شكل من الأشكال.

28. لم أكن أعرف في أي وقت قبل 11 سبتمبر 2001 أن القاعدة كانت تخطط لهجوم إرهابي ضد الولايات المتحدة.

4

29.  أنا لا أتفق مع أهداف أو أفعال القاعدة أو المنظمات الإرهابية التابعة لها ولم أتفق معها قط. على العكس من ذلك، شعرت بالرعب والصدمة والحزن من الهجمات الإرهابية في 11 سبتمبر 2001 والتي اعتبرتها أعمال إرهابية إجرامية محظورة من العقيدة الإسلامية.

30.  لا أعرف أسامة بن لادن.

31.  لقد عملت بنشاط لمواجهة إيديولوجيات أسامة بن لادن والقاعدة والمنظمات الإرهابية التابعة لها في خطبي وخطاباتي واجتماعاتي الخاصة وقد استنكرت أعمال الإرهاب بما في ذلك أحداث 11 سبتمبر 2001. بعد هجمات 11 سبتمبر وبصفتي الأمين العام لرابطة العالم الإسلامي، قمت بنشر العديد من البيانات التي تدين الهجمات والتي تم تفصيلها في فقرة 14 من البيان المؤرخ 31 مارس 2004.

لذلك طبقًا للمادة 1746 § .U.S.C. 28، أفيد أنا، عبد الله بن عبد المحسن التركي، تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.

عبد الله بن عبد المحسن التركي

بتاريخ

5

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** Al-Turki Declaration (31 Paragraphs)

**Source language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026