# EXHIBIT 006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                                      )
In re: Terrorist Attacks on           )
September 11, 2001              )        No. 03 MDL 1570 (GBD) (SN)
_____ )

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, *Case No.* 02-cv-6977 (GBD) (SN);

*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN);

*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN);

*Continental Casualty Co., et al. v. Al Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN);

*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN);

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-6978 (GBD) (SN);

*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).

## <u>DECLARATION OF DR. ABDULLAH BIN SALEH AL-OBAID</u>

1. I, Dr. Abdullah bin Saleh Al-Obaid, hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2. I have previously submitted sworn statements in this proceeding, including a Declaration dated March 29, 2004, in support of my original motion to dismiss filed on September 6, 2005 (ECF 1182), and a Certification dated October 14, 2017, submitted on October 20, 2017 (ECF 3764). Except for the point that I clarify in paragraph 3 below, the statements and facts contained in these previous declarations remain true and accurate to the best of my knowledge and belief, and if called as a witness, I could and would testify to the statements and facts contained therein.

3. I served as Secretary General of the Muslim World League ("MWL") from 1996 to 2000. My previous Declaration and Certification contained a typographical error indicating that I held this position from 1995. The position of Secretary General is the most senior position within the organization. Unless otherwise indicated, the statements and facts contained herein refer to the period of my tenure at each organization.

1

4. MWL is an international Islamic non-governmental organization based in Saudi Arabia that is involved in charitable projects around the world. Through its educational, religious, and cultural projects, MWL promotes dialogue across cultures and the followers of religions, seeks to spread moderate Islamic values, and counters extremist ideology through a message of peace and harmony. MWL operates approximately 30 offices and cultural centers throughout the world. MWL has a general, consultative status with the United Nations' Economic and Social Council.

5. MWL is particularly interested in alleviating Muslim suffering worldwide, whether due to natural disasters or internal civil or political conflict. For example, MWL participated in the peace negotiations between the Philippines Government and the Moro Islamic Liberation Front in order to assist in reaching a peaceful resolution between the two, who had been in conflict for many years. To that end, I attended the peace ceremony between the Government of the Philippines and the Moro Islamic Liberation Front in 1997, at the invitation of the Government of the Philippines.

6. I never authorized, explicitly or implicitly, and have no knowledge of activities conducted or financing provided by MWL in support of Al Qaeda or any other terrorist organization.

7. I am not aware of any person within MWL who authorized or instructed, explicitly or implicitly, MWL employees to provide any form of support, whether financial or otherwise, to Al Qaeda or any other terrorist organization.

8. MWL never had a relationship with Al Qaeda and did not provide support, whether financial or otherwise, to Al Qaeda or any other terrorist organization.

9. I am not aware of any member of MWL's management who agreed with Al Qaeda's aims or acts. Indeed, as a member of senior management, I worked actively with others at MWL to counter extremism of any kind.

10. No MWL employee, member of management, or office was designated by the US Treasury Department's Office of Foreign Assets Control ("OFAC") as a Specifically Designated Terrorist prior to September 11, 2001.

11. Prior to his designation by OFAC in September 2002, I was not aware of any allegations that former MWL-Pakistan director Wael Jelaidan provided any support, whether financial or otherwise, to Al Qaeda.

12. During my tenure as Secretary General of MWL, I served as the *ex officio* Chair of the Board of Directors for the International Islamic Relief Organization ("IIRO"), a charitable organization based in Jeddah, Kingdom of Saudi Arabia that was established by MWL in 1978 to provide general humanitarian aid to impoverished people, as well as emergency aid in response to crises and natural disasters.

13. IIRO had approximately 50 offices within the Kingdom of Saudi Arabia and abroad and engaged in humanitarian activities in more than 120 countries. IIRO worked with other international relief organizations, including the United Nations High Commission on Refugees and the International Conference of Red Cross and Red Crescent Societies.

14. The IIRO Board of Directors studied and addressed issues that were presented to it, and provided recommendations that were implemented by IIRO's Secretariat General. In instances where any type of misconduct was presented, the Board always recommended a thorough investigation of such issues.

15. While MWL enjoyed a working relationship with the IIRO, MWL was both financially and structurally independent from IIRO. Each of IIRO and MWL operated independently, and MWL exercised no control over IIRO's day-to-day operations.

16. IIRO maintained separate corporate governance, functions, identities, and operations from MWL. For instance, IIRO had separate payrolls, bank accounts, budgets, and document management systems. While some employees in foreign branch offices held dual posts at IIRO and MWL, they received separate compensation, instructions, and budgets for IIRO and MWL projects and work.

17. While MWL and IIRO worked closely together on some projects, MWL could not and did not control IIRO's day-to-day activities or management, and IIRO could not and did not act on MWL's behalf.

18. I am unaware of any activities conducted or financing provided by IIRO in support of Al Qaeda or any other terrorist organization.

19. As Secretary General for MWL, I also served *ex officio* as a member of the board of Rabita Trust, a Pakistan-based organization established jointly by MWL and the Government of Pakistan in 1988. The President of Pakistan served as Chairman of the Board of Rabita Trust and the Pakistani Minister of Finance was responsible for the financial aspects.

20. The Rabita Trust was established with the purpose of repatriating the Biharis (Pakistanis living in Bangladesh following the Indo-Pakistani War) from Bangladesh to Pakistan.

21. The Rabita Trust maintained separate corporate governance, functions, identities, and operations from MWL and IIRO. For instance, it had separate payrolls and budgets, and managed its own assets in coordination with the Pakistani government.

22. MWL could not and did not control Rabita Trust's activities or management. Rabita Trust could not and did not act on MWL's behalf.

23. I am not aware of any activities conducted or financing provided by the Rabita Trust in support of Al Qaeda or any other terrorist organization. If any occurred, they were not approved tacitly or explicitly by either me or MWL.

3

Pursuant to 28 U.S.C. § 1746, I, Abdullah bin Saleh Al-Obaid, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____[signed]_____

Abdullah bin Saleh Al-Obaid

Executed On: __4/4/2023_____

4

محكمة مقاطعة الولاية المتحدة
المقاطعة الجنوبية من نيويورك

_____

في القضية المتعلقة بهجمات إرهابية في 11 سبتمبر 2001                          رقم *3 MDL 1570* (GBD) (SN)

يطبق على الاتي:

*أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 02-cv-6977*(GBD) (SN) ؛

*بورنت وآخرون ضد مؤسسة البركة للاستثمار والتنمية وآخرين، قضية رقم 03-cv-9849* (GBD) (SN) ؛

*كانتور فيتزجرالد وشركائه وآخرون ضد بنك اكيدة الخاص (ش.م.م.) وآخرين، قضية رقم 04-cv-7065* (GBD) (SN) ؛

*شركة كونتينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم 04-cv-05970* (GBD) (SN)؛

*يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم 04-cv-7279* (GBD) (SN)؛

*شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم 03-cv-6978* (GBD) (SN)؛

*أونيل وآخرون ضد البركة وآخرين، قضية رقم 04-cv-1923* (GBD) (SN).

## تصريح د. عبدالله بن صالح العبيد

1.  أنا الدكتور عبد الله بن صالح العبيد أصرّح بموجبه بأنني تجاوزت الثامنة عشرة من عمري وأنني بكامل قواي العقلية لأقوم بهذا التصريح. لدي معرفة شخصية بالوقائع المبينة أدناه. إذا تم استدعائي شاهداً، أنا قادر وسأشهد على البيانات والوقائع الواردة هنا، والتي كلها صحيحة ودقيقة على حد علمي واعتقادي.

2.  لقد سبق وقدّمت بيانات تحت القسم في هذه القضيّة ، بما في ذلك تصريح بتاريخ 29 مارس 2004 ، لدعم طلبي الأصلي بالردّ المقدم في 6 سبتمبر 2005 (ECF 1182) ، وشهادة بتاريخ 14 أكتوبر 2017 ، قدّمتها في 20 أكتوبر 2017 (ECF 3764). باستثناء النقطة الموضحة في الفقرة 3 أدناه ، تظل البيانات والوقائع الواردة في هذه التصريحات السابقة صحيحة ودقيقة على حد علمي واعتقادي ، وإذا استدعيت كشاهد ، أنا قادر وسأشهد على البيانات والوقائع الواردة فيه.

3.  شغلت منصب الأمين العام لرابطة العالم الإسلامي (الرابطة) من عام 1996 إلى عام 2000. احتوى تصريحي وشهادتي السابقين على خطأ مطبعي يشير إلى أنني شغلت هذا المنصب منذ عام 1995. منصب الأمين العام هو أعلى منصب داخل المنظمة. ما لم يُذكر خلاف ذلك ، تشير البيانات والوقائع الواردة هنا إلى فترة ولايتي في كل منظمة.

4.  رابطة العالم الإسلامي هي منظمة إسلامية دولية غير حكومية مقرها في المملكة العربية السعودية وتشارك في مشاريع خيرية في جميع أنحاء العالم. من خلال مشاريعها التعليمية والدينية والثقافية، تشجع رابطة العالم الإسلامي الحوار بين الثقافات وأتباع الأديان ، وتسعى إلى نشر القيم الإسلامية المعتدلة ، وتقاوم الفكر المتطرف من خلال رسالة السلام والوئام. تدير الرابطة ما يقارب 30 مكتبًا ومركزًا ثقافيًا في جميع أنحاء العالم. لرابطة العالم الإسلامي مركز استشاري عام مع المجلس الاقتصادي والاجتماعي التابع للأمم المتحدة.

5.  تهتم رابطة العالم الإسلامي بشكل خاص بالتخفيف من معاناة المسلمين في جميع أنحاء العالم ، سواء بسبب الكوارث الطبيعية أو الصراع المدني أو السياسي الداخلي. على سبيل المثال ، شاركت رابطة العالم الإسلامي في مفاوضات السلام بين حكومة الفلبين وجبهة تحرير مورو الإسلامية من أجل المساعدة في التوصل إلى حل سلمي بين الاثنين ، اللذين كانا في صراع منذ سنوات

1

عديدة. وتحقيقا لهذه الغاية ، حضرت حفل السلام بين حكومة الفلبين وجبهة تحرير مورو الإسلامية في عام 1997 ، بدعوة من حكومة الفلبين.

6. لم أسمح مطلقًا ، بشكل صريح أو ضمني ، وليس لدي علم بنشاطات أجريت أو بتمويل جرى تقديمه من قبل رابطة العالم الإسلامي لدعم القاعدة أو أي منظمة إرهابية أخرى.

7. لست على علم بأي شخص داخل رابطة العالم الإسلامي سمح أو وجّه تعليمات ، بشكل صريح أو ضمني، إلى موظفي الرابطة بتقديم أي شكل من أشكال الدعم ، سواء كان ماليًا أو غير ذلك ، إلى القاعدة أو أي منظمة إرهابية أخرى.

8. لم يكن لرابطة العالم الإسلامي أبدًا علاقة بالقاعدة ولم تقدم دعمًا أكان ماليًا أو غير ذلك للقاعدة أو أي منظمة إرهابية أخرى.

9. لست على علم بأي عضو في إدارة رابطة العالم الإسلامي اتّفق مع أهداف القاعدة أو أفعالها. في الواقع ، بصفتي عضوًا في الإدارة العليا ، عملت بنشاط مع الآخرين في رابطة العالم الإسلامي لمكافحة التطرف من أي نوع.

10. لم يتم تصنيف أي موظف في رابطة العالم الإسلامي أو عضو في إدارتها أو مكاتبها من قبل مكتب مراقبة الأصول الأجنبية التابع لوزارة الخزانة الأمريكية كإرهابي معيّن بشكل محدّد قبل 11 سبتمبر 2001.

11. قبل تعيينه من قبل مكتب مراقبة الأصول الأجنبية في سبتمبر 2002 ، لم أكن على علم بأي مزاعم بأن المدير السابق لرابطة العالم الإسلامي ـ باكستان السيد وائل جليدان، قدم أي دعم ، سواء كان ماليًا أو غير ذلك ، للقاعدة.

12. خلال فترة إشغالي منصب أمين عام رابطة العالم الإسلامي ، عملت بحكم منصبي كرئيس لمجلس إدارة هيئة الإغاثة الإسلامية العالمية (الهيئة) ، وهي منظمة خيرية مقرها في جدة/المملكة العربية السعودية والتي أنشأتها رابطة العالم الإسلامي في 1978 لتقديم المساعدات الإنسانية العامة للفقراء ، فضلا عن المساعدات الطارئة استجابة للأزمات والكوارث الطبيعية.

13. كان للهيئة ما يقارب 50 مكتبا داخل المملكة العربية السعودية وخارجها وتعمل في أنشطة إنسانية في أكثر من 120 دولة. عملت الهيئة مع منظمات الإغاثة الدولية الأخرى ، بما في ذلك مفوضية الأمم المتحدة السامية لشؤون اللاجئين والمؤتمر الدولي للصليب الأحمر وجمعيات الهلال الأحمر.

14. قام مجلس إدارة الهيئة بدراسة وتناول القضايا التي تم عرضها عليه ، وقدم التوصيات التي تم تنفيذها من قبل الأمانة العامة للهيئة. في الحالات التي تم فيها عرض أي نوع من سوء السلوك ، أوصى المجلس دائمًا بإجراء تحقيق شامل في هذه القضايا.

15. بينما تمتعت الرابطة بعلاقة عمل مع الهيئة ، كانت الرابطة مستقلة ماليًا وهيكليًا عن الهيئة .عملت كلّ من الهيئة والرابطة بشكل مستقل، ولم تمارس الرابطة أي سيطرة على عمليات الهيئة اليومية.

16. احتفظت الهيئة بحوكمة مؤسسية ووظائف وهويات وعمليات منفصلة عن الرابطة. على سبيل المثال ، كان لدى الهيئة كشوف رواتب، وحسابات مصرفية، وميزانيات، وأنظمة إدارة مستندات منفصلة. بينما شغل بعض الموظفين في مكاتب الفروع الأجنبية وظائف مزدوجة في الهيئة والرابطة ، إلّا أنهم تلقوا تعويضات وتعليمات وميزانيات منفصلة لمشاريع وعمل الهيئة والرابطة.

17. بينما عملت الرابطة والهيئة معًا بشكل وثيق في بعض المشروعات ، لم تتمكن ولم تتحكم الرابطة في الأنشطة أو الإدارة اليومية للهيئة، ولم تتمكن ولم تتصرف الهيئة نيابة عن الرابطة.

18. لا علم لي بأي أنشطة تم إجراؤها أو تمويل تم تقديمه من هيئة الإغاثة الإسلامية العالمية لدعم القاعدة أو أي منظمة إرهابية أخرى.

19. بصفتي أمينًا عامًا لرابطة العالم الإسلامي ،عملت أيضًا بحكم منصبي كعضو في مجلس وقف الرابطة ، وهي منظمة مقرها باكستان تأسست بالاشتراك بين الرابطة وحكومة باكستان في عام 1988. شغل رئيس باكستان منصب رئيس مجلس إدارة وقف الرابطة و وزير المالي الباكستاني كان المسؤول عن الجوانب المالية.

2

20. أنشئ وقف الرابطة بهدف إعادة البيهاريين (الباكستانيين الذين عاشوا في بنغلاديش في أعقاب الحرب الهندية الباكستانية) من بنغلاديش إلى باكستان.

21. حافظ وقف الرابطة على حوكمة مؤسسية ووظائف وهويات وعمليات منفصلة عن الرابطة والهيئة. على سبيل المثال ، كان لديه جداول رواتب وميزانيات منفصلة ، ويدير أصوله بالتنسيق مع الحكومة الباكستانية.

22. لم تتمكن ولم تتحكم الرابطة في أنشطة وقف الرابطة أو إدارته. لم يتمكن ولم يتصرف وقف الرابطة نيابة عن الرابطة.

23. لست على علم بأي أنشطة تم تنفيذها أو تمويل تم تقديمه من قبل وقف الرابطة لدعم القاعدة أو أي منظمة إرهابية أخرى. وفي حال حدث ذلك، فلم يكن موافقا عليه ضمنيا أو صراحة أكان من قبلي أو من قبل الرابطة.

وفقًا لقانون 28 U.S.C.§ 1746 ، أنا عبد الله بن صالح العبيد ، أصرّح تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.

عبد الله بن صالح العبيد

نُفذ في: ___4/4/2023___

3

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** Al-Obaid Declaration (23 Paragraphs)

**Source language:** Arabic                          **Translated to:** English

## TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

## Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                          **Date:** 11 April 2026