# EXHIBIT 008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re: Terrorist Attacks on
September 11, 2001
_____

)
)
)
)
)

No. 03 MDL 1570 (GBD) (SN)

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD) (SN);
*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN);
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN);
*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03-cv-05071 (GBD)(SN);
*Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN);
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN);
*Federal Insurance Co., et al. v. A1 Qaida, et al.,* Case No. 03-cv-6978 (GBD) (SN);
*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN);
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, Case No. 1:23-cv-02845 (GBD)(SN).

## <u>DECLARATION OF ALI AL-THAQAFI</u>

1.    I, Ali Al-Thaqafi hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2.    I studied at the Umm Al-Qura University in Makkah Al-Mukarrama attaining a Bachelor's degree in Economics before entering the work force in 1989. I worked for a public entity before joining the Muslim World Leage ("MWL"). I worked at the MWL Secretariat General in Makkah from 1990 to 2022. During my tenure, I have held several positions at the Administrative and Financial Affairs Sector at MWL, including as an accountant in 1990, and in 1997 I got promoted to the position of Head of the Payroll Department at Human Resources. I was promoted to the position of Manager of Employees Affairs in 2002, and thereafter in 2007 I was promoted to Manager of Financial Affairs. In these roles I became familiar with MWL's employee, financial, and administrative regulations, and several other topics, which I address herein. Unless otherwise stated, my declaration concerns the time period from 1992 to December 31, 2004.

3.    MWL, an international Islamic non-governmental organization, performed charitable work worldwide through educational, religious, and cultural projects. MWL worked with other non-governmental organizations, governments, and international governing bodies, like the United Nations. MWL enjoyed a sterling reputation as a force for good in the world and

was often called upon for its expertise in troubling times. The Secretary General of MWL is the most senior position within MWL.

4.    I joined MWL to help achieve its mission of promoting dialogue across cultures and religions, seeking to spread moderate Islamic values, countering extremist ideology through a message of peace and harmony, and alleviating Muslim suffering worldwide. In my experience, my colleagues worked tirelessly to do the same. I am proud of the work MWL has performed around the world and of my part in that work.

5.    When I joined MWL, it had in place regulations, in addition to directives issued by the secretary general, governing employee conduct and relating to the hiring, promoting, and dismissing of employees. These regulations and directives, along with the principles undergirding them, have remained consistent throughout my tenure at MWL.

6.    MWL employees were required to understand and follow all MWL regulations and the directives and understand their position's responsibilities, duties, and authorities.

7.    MWL employees are expected to conduct their jobs with integrity, which meant protecting MWL money and resources and respecting guidelines and orders from the organization's superiors and supervisors.

8.    MWL employees were prohibited from participating in activities that contradicted MWL values or taking directions from other entities. They could not accept personal gifts or donations.

9.    MWL did not employ the missionaries that cooperated with it, and the missionaries were not precluded from seeking and obtaining employment elsewhere.

10.   MWL did not provide the missionaries that cooperated with it with any benefits apart from a small stipend.

11.   MWL engaged its own legal representation when necessary, including in dealings between MWL and the International Islamic Relief Organization ("IIRO").

12.   MWL maintained separate corporate governance, functions, identities, and operations from IIRO. For instance, MWL had separate accounting departments, payrolls, bank accounts, budgets, and document management systems. In addition, MWL conducted separate governance meetings with separate minutes of those meetings, maintained a separate general secretariat from IIRO, and it had its own files.

13.   MWL and IIRO had separate finances, taxes, and properties, and neither used the others' funds.

14.   MWL handled its own operations and did not operate through IIRO or declare to others that it did so.

15. MWL was not insolvent.

16. MWL did not comingle its funds with any other entity and was responsible for its own capitalization and debts.

17. Financial Officers were governed by MWL financial bylaws and Secretary General directives. These bylaws, and the principles undergirding them, remained consistent throughout my tenure at MWL.

18. Expenditures were tied to specific budgetary allocations and were not authorized for other purposes. Thus, no other MWL's bodies, offices or departments were permitted to take actions that did not correspond to items allocated in the budget.

19. MWL employed internal auditors and engaged external auditors.

20. Among other duties, the Internal Auditor supervised and audited accounts, reviewed inventory records, verified that financial and administrative regulations were being adhered to, and submitted quarterly reports.

21. The Internal Auditor reviewed cases of financial negligence and regulatory violations and issued recommendations to prevent any such future occurrences.

22. External Auditors provided an additional level of financial control; they inspected all books and records to ensure that the correct procedures were followed, verified MWL's assets and liabilities, examined final accounting statements, and compared transactions with the work done to ensure their regularity and uncover any violations

23. I did not observe any support, tacit or explicit, provided by MWL to terror organizations, including Al Qaeda. To my knowledge, MWL did not knowingly or tacitly employ members of Al Qaeda or individuals known as Al Qaeda sympathizers to work for or within MWL.

I, Ali Al-Thaqafi, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ [signed] _____

Ali Al-Thaqafi

Executed On: _____
1//10/2024
28/3/1446

محكمة مقاطعة الولايات المتحدة
مقاطعة نيويورك الجنوبية

_____

في القضية المتعلقة بهجمات إرهابية في 11 سبتمبر 2001    رقم 3 *MDL 1570* (GBD) (SN)

يطبق على الاتي:

*أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 02-cv-6977*(GBD) (SN) ؛

*بورنت وآخرون ضد مؤسسة البركة للإستثمار والتنمية وآخرين، قضية رقم 03-cv- 9849* (GBD) (SN) ؛

*كانتور فيتزجرالد وشركائه وآخرون ضد بنك اكيدة الخاص (ش.م.م.) وآخرين، قضية رقم 04-cv-7065* (GBD) (SN) ؛

*سالفو وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 03-cv-05071* (GBD) (SN) ؛

*شركة كونتيينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم 04-cv-05970* (GBD) (SN)؛

*يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم 04-cv-7279* (GBD) (SN)؛

*شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم 03-cv-6978* (GBD) (SN)؛

*أونيل وآخرون ضد البركة وآخرين، قضية رقم 04-cv-1923* (GBD) (SN)؛

*ماهر وآخرون ضد الإمارة الإسلامية في أفغانستان المعروفة أيضاً بالطالبان وآخرين، قضية رقم 1:23-cv-02845* (GBD) (SN).

<u>**تصريح على الثقفي**</u>

1.  أنا علي الثقفي أصرّح بموجبه بأنني تجاوزت الثامنة عشرة من عمري وأنني بكامل قواي العقلية لأقوم بهذا التصريح. لدي معرفة شخصية بالوقائع المبيّنة أدناه. إذا تم استدعائي كشاهد، أنا قادر وسأشهد على البيانات والوقائع الواردة هنا والتي هي كلها صحيحة ودقيقة على حد علمي واعتقادي.

2.  درست في جامعة أم القرى بمكة المكرمة وحصلت على درجة بكلوريس في الإقتصاد قبل الانضمام إلى سوق العمل في 1989. عملت في كيان حكومي قبل الانضمام إلى رابطة العالم الإسلامي ("الرابطة"). عملت في الأمانة العامة في الرابطة في مكة من 1990 الى 2022. خلال فترة عملي شغلت عدة مناصب في قطاع الشؤون الإدارية والمالية في الرابطة ومن ضمنهم عملت كمحاسب في 1990 وفي 1997 ترقيت لمنصب رئيس قسم التأدية في الموارد البشرية. ترقيت لمنصب مدير شؤون الموظفين في 2002 ومن بعد ذلك ترقيت لمنصب مدير الشؤون المالية في 2007. بحكم هذه المناصب اكتسبت معرفة بلوائح المالية والإدارية والموظفين والعديد من المواضيع الأخرى والتي سأعرضها فيما يلي. ما لم يُذكر خلاف ذلك، فإن تصريحي يغطي فترة 1992 حتى 31 ديسمبر 2004.

3.  رابطة العالم الإسلامي، هي منظمة إسلامية دولية غير حكومية، قامت بأعمال خيرية حول العالم من خلال مشاريع تعليمية ودينية وثقافية. عملت الرابطة مع منظمات غير حكومية أخرى وحكومات وهيئات دولية حاكمة مثل الأمم المتحدة. تمتعت الرابطة بسمعة ممتازة كقوة للخير في العالم وغالباً ما كانت تُستدعى لخبرتها في الأوقات العصيبة. ويُعد منصب الأمين العام الأعلى في الرابطة.

4.  انضممت إلى الرابطة للمساهمة في تحقيق رسالتها التي تهدف إلى تعزيز الحوار بين الثقافات وأتباع الأديان ونشر القيم الإسلامية المعتدلة ومواجهة الفكر المتطرف برسالة سلام ووئام وتخفيف معاناة المسلمين حول العالم. ومن

خلال تجربتي، عمل زملائي بجد لتحقيق نفس الأهداف. أنا فخور بالعمل الذي قامت به الرابطة في مختلف أنحاء العالم وبالدور الذي لعبته في هذا العمل.

5. عندما انضممت إلى الرابطة، كانت لديها لوائح بالإضافة الى إرشادات من الأمين العام تنظم سلوك الموظفين وتتعلق بتعيين الموظفين وترقيتهم وفصلهم. وقد ظلت هذه القواعد والإرشادات، إلى جانب المبادئ التي تدعمها، متسقة طوال فترة عملي في الرابطة.

6. تعين على موظفي الرابطة فهم واتباع جميع اللوائح والإرشادات الخاصة بالرابطة وفهم مسؤوليات وواجبات وصلاحيات وظائفهم.

7. من المتوقع من موظفي الرابطة تأدية وظائفهم بنزاهة مما يعني حماية أموال وموارد الرابطة والإمتثال لإرشادات وأوامر الرؤساء والمشرفين في المنظمة.

8. كان يحظر على موظفي الرابطة المشاركة في أنشطة تتعارض مع قيم الرابطة أو تلقي توجيهات من جهات أخرى. لم يُسمح لهم بقبول الهدايا الشخصية أو التبرعات.

9. لم توظف الرابطة الدعاة المتعاونون معها ولم يتم منعهم من البحث عن عمل والحصول عليه في أماكن أخرى.

10. لم تقدم الرابطة للدعاة المتعاونون معها أي مزايا باستثناء مخصصات مالية صغيرة.

11. قامت الرابطة بالحصول على تمثيلاً قانونيًا خاصًا بها عند الحاجة لا سيّما في تعاملاتها مع هيئة الإغاثة الإسلامية العالمية ("الهيئة").

12. احتفظت الرابطة بحوكمة ووظائف وهويات وعمليات منفصلة عن الهيئة. على سبيل المثال، كانت لدى الرابطة إدارات محاسبية وكشوف رواتب وحسابات مصرفية وميزانيات وأنظمة إدارة وثائق منفصلة. كما عقدت الرابطة اجتماعات حوكمة منفصلة مع محاضر منفصلة لتلك الاجتماعات وكان لديها أمانة عامة مستقلة عن الهيئة وملفات خاصة بها.

13. كانت مالية وضرائب وممتلكات كل من الرابطة والهيئة مستقلة ولم يستخدم أي منهما أموال الآخر.

14. أدارت الرابطة عملياتها بنفسها ولم تعمل من خلال الهيئة أو صرحت للغير بذلك.

15. لم تكن الرابطة مفلسة.

16. لم تخلط الرابطة أموالها مع أي كيان آخر وكانت الرابطة مسؤولة عن تمويلها وديونها الخاصة.

17. خضع الموظفون الماليون للوائح المالية للرابطة ولتوجيهات الأمين العام. ظلت هذه اللوائح والمبادئ المبنية عليها متسقة طوال فترة عملي في الرابطة.

18. ارتبطت النفقات بمخصصات محددة في الميزانية ولم تكن تُسمح لأغراض أخرى. وبالتالي، لم يُسمح لأية جهات أو مكاتب أو أقسام تابعة للرابطة باتخاذ إجراءات لا تتماشى مع بنود مخصصة في الميزانية.

19. وظفت الرابطة مدققين داخليين واستعانة بمدققين خارجيين.

20. من بين واجبات المدقق الداخلي الإشراف على الحسابات وتدقيقها ومراجعة سجلات الجرد والتحقق من الالتزام باللوائح المالية والإدارية وتقديم تقارير ربع سنوية.

21. قام المدقق الداخلي بمراجعة حالات الإهمال المالي والمخالفات النظامية وأصدر توصيات لمنع تكرار مثل هذه الحوادث في المستقبل.

22. وفر المدققون الخارجيون مستوى إضافيًا من الرقابة المالية إذ قاموا بتفتيش جميع الدفاتر والسجلات للحرص على اتباع الإجراءات الصحيحة والتحقق من أصول وخصوم الرابطة وفحص البيانات المحاسبية النهائية ومقارنة المعاملات بالعمل المنجز للتأكد من انتظامها وكشف أي انتهاكات.

23. لم ألاحظ أي دعم، سواء كان ضمنيًا أو صريحًا، لمنظمات إرهابية، بما في ذلك القاعدة. على حد علمي لم تقم الرابطة عن علم أو ضمنياً بتوظيف أعضاء من تنظيم القاعدة أو أفراد معروفين بأنهم متعاطفون مع التنظيم للعمل لصالح الرابطة أو داخلها.

أنا على الثقفي أصرّح تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.

علي الثقفي

نُفذ في: ‏ ٢٠٢٤/١٠/١

١٤٤٦/١٢/٢٨

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** Ali Al-Thaqafi Declaration

**Source language:** Arabic          **Translated to:** English

### TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

### Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**          **Date:** 11 April 2026