# EXHIBIT 010

**Muslim World League**            [logo: Muslim World League]
**Secretariat General – Mecca**

# The Basic Statute
# of the Muslim World League

**Issued by the Founding Council of the Muslim World League
in its thirty-seventh session
convened in Mecca**

**in the period from**

27-28 Muharram 1423 Hijri
10-11 April 2002

**JT-MWL 00037**

# The Basic Statute
# of the Muslim World League

**Issued by the Founding Council of the Muslim World League
in its thirty-seventh session
convened in Mecca**

**in the period from**

27-28 Muharram 1423 Hijri
10-11 April 2002

JT-MWL 00038

[logo: In the name of God, the Most Gracious, the Most Merciful]

JT-MWL 00039

# Chapter One
# General Provisions

1. This statute is called: (The Basic Statute of the Muslim World League).
2. In this statute, each of the following terms has the meaning indicated next to it:

   **The League:** The Muslim World League

   **The General Conference:** The General Islamic Conference

   **The Founding Council:** The Founding Council of the League

   **The Chairman:** The Chairman of the Founding Council

   **The Secretary General:** The Secretary General of the Muslim World League

   **The Affiliated Organizations:** The World Supreme Council of Mosques and the Islamic Fiqh Council in Mecca, the International Islamic Relief Organization, the Commission on Scientific Signs in the Quran and Sunnah, and any other affiliated organization or institution founded previously by the Founding Council or to be founded going forward based on this statute.

   **The Secretariat General:** The Secretariat General of the Muslim World League

   **The Statute:** The Basic Statute of the Muslim World League

   **The Country of its Headquarters:** The Kingdom of Saudi Arabia

3. **About the League:**

   The Muslim World League is a global, non-government, Islamic grassroots organization founded on 14/12/1381 Hijri, corresponding to 28/5/1962.

4. **The Headquarters and the Offices of the Affiliated Organizations:**
   1. The headquarters of the League is Mecca.
   2. The League may establish affiliated organizations, provided that it identifies the sources of their funding. It may also open offices inside the country of its headquarters or outside of it, with the approval of the concerned country.

- 5 -

JT-MWL 00040

# Chapter Two
## Objectives and Means

5. **Objectives of the League:**

1. Introducing Islam in terms of belief, law, and conduct, inviting people to join it [through missionary work], raising the awareness of Muslims about the reality of the religion according to the Holy Quran and the Sunnah of the Prophet, and exposing the distortion, misrepresentation, and departure from its noble values that have attached themselves to Islam in the lives of Muslims.

2. Working to achieve the message of Islam by spreading peace and justice, by freeing human beings from servitude to anyone except God, by helping to establish a Muslim society on the basis of the noble values of Islam, and by protecting human rights.

3. Explaining the teachings of Islam, inviting people to join it, refuting fabrications against it, and fighting the tarnishing of its image and the misinformation directed against the invitation to the Truth.

4. Fostering mutual interactions and cooperation between the Muslim peoples and working to raise shared awareness about the issues facing Muslims and their aspirations, within the framework of respect for the sovereignty of the states in which they exist.

5. Making efforts to address the problems that the Muslim world faces, providing assistance to Muslims in solving their problems, and achieving their hopes and projects.

6. Making all possible efforts to alleviate the factors of conflict, discord, and strife within Muslim peoples and between them.

7. Striving to spread virtue and reform on Earth, and ridding it of corruption, in addition to encouraging people to obey God and obey His Messenger, Peace and Blessings of God be upon him.

6. **The Means:**

The League uses all legal means to accomplish its objectives. They include:

(A) Calling for the application of the provisions of Islamic law at the level of individuals, groups, and countries, for the return to the book of God Almighty and the Sunnah of His Messenger, Peace and Blessings of God be upon him, and for peace whenever there is disagreement.

(B) Coordinating the efforts of those engaging in inviting people to God [missionary work] and those working in Islamic centers, organizations, and associations throughout the world, and bringing them to benefit from each other.

(C) Contributing to strengthening the message of the mosques and their architecture, both physically and spiritually.

(D) Developing the methods of spreading the invitation to Islam, and supporting and raising the capabilities of Muslims' missionary, educational, teaching, cultural, and media.

(E) Deriving benefit from the Hajj season by providing the opportunity to gather together people of knowledge, thinkers, and opinion leaders, strengthen the bonds of closeness between them, and encourage them to present practical solutions to elevate the stature of Muslims in the world.

(F) Organizing conferences and forums bringing together opinion leaders and guiding people working for the sake of Islam to engage in exchanges about Islamic affairs and issues facing Muslims.

(G) Establishing centers and offices to serve Islamic objectives, establishing and operating missionary, educational, cultural, media, and relief organizations, supporting existing organizations, and supporting work that leads to the spread of the Arabic Language and the elevation of the level of its instruction among the Arab and non-Arab Muslim peoples.

(H) Cooperating and coordinating with local, regional, and international agencies and organizations, governmental and non-governmental, to achieve the objectives.

JT-MWL 00041

## Chapter Three
## Organization and Administration

7. **The Organizational Structure:**

The organizational structure of the League consists of: The General Islamic Conference, the Founding Council, the Secretary General, the Deputy Secretaries, and the technical and administrative apparatus.

8. **The General Islamic Conference:**

The General Islamic Conference consists of the senior missionaries and scholars of Islam, who the League chooses from among the Muslim world and the leaders of organizations and associations that work to spread Islam, invite people to it, and serve it in different regions of the world.

9. **The Conference is responsible for the following:**

(A) Looking to coordinate the efforts of those working in the field of inviting people to God [missionary work] and developing the means of missionary work, and of informing people about Islam according to the Book of God and the Sunnah of His Messenger, Peace and Blessings of God be upon him, on the basis of the experiences of its members in this field.

(B) Examining the public policies of the League and reviewing their effectiveness, the performance of the apparatuses affiliated with the League, and presenting advice and guidance in this.

(C) Addressing the issues of greatest importance to Muslims at the time of its convening and trying to solve them in a manner consistent with the foundations of Islamic law.

10. Chaired by the Founding Council, the Conference convenes once every five years upon the invitation of the Secretary General of the League, except if necessity calls for its organization before this. In such cases, the Secretary General of the League calls for an extraordinary session, provided that the selected members are informed of the agenda at least three months before the convening.

- 8 -

11. **The Founding Council:**

The composition of the Founding Council:

1. The Founding Council is composed as follows:
   ❖ The Grand Mufti of the Kingdom of Saudi Arabia (Chairman)
   ❖ The Secretary General                                (Member)
   ❖ The Deputy Secretaries of the League              (Members)
   ❖ Sixty members, each of which is appointed by decision of the Council, based on the proposal of the Secretary General of the League.

2. Care is taken in the appointment of members of the Founding Council that all of the regional Islamic communities are represented, and no more than two members from a single country are appointed at one time.

3. It is required for the member of the Founding Council to be a scholar or have extensive experience and have made noticeable efforts in the service of Islamic missionary work.

4. The term of membership in the Founding Council is five years, subject to renewal by decision of the Council, based on the proposal of the Secretary General of the League.

5. Active members of the Founding Council on the date that this statute goes into effect are considered members of the Founding Council. Their term of membership is calculated from the date of implementation of this statute.

6. Membership is revoked in the following cases:
   (A) Resignation.
   (B) Death.
   (C) Absence from attending the meetings of the Founding Council for three consecutive rounds without an excuse accepted by the Council.

- 9 -

JT-MWL 00042

(D) By a request [for revocation] signed by one fourth of the members of the Founding Council in the case of a member committing an act that violates honor, integrity, or Islamic conduct, conditional on the approval of the revocation of membership by three fourths of the members present at the meeting of the Council.

7. If the seat of one of the members of the Founding Council becomes vacant, the Founding Council appoints someone to take his place, based on the proposal of the Secretary General of the League.

**12. The Competencies of the Founding Council:**

The Founding Council is responsible for the following:

(A) Making the policies of the League and setting its direction in a manner that ensures the achievement of the objectives for which it was established.

(B) Providing advice, recommendations, and guidance to countries and groups in need of them.

(C) Electing the Secretary General of the League and determining the conditions of his service.

(D) Approving the statute and amending it.

(E) Examining the reports submitted by the Secretary General.

(F) Consenting to the establishment of organizations affiliated with the League or involved differently with it, and approving their rules.

(G) Reviewing the annual budget of the League.

(H) Examining the general report of the Secretary General.

(I) Ratifying the final annual financial statements of the League.
The Council may form subsidiary committees to study certain issues [whose examination] the Council deems necessary. It may delegate some of its competencies to them.

**13. Procedures of the Founding Council:**

1. The Founding Council meets once every two years in Mecca. The Secretary General may invite the Council to an emergency meeting if needed. The Secretary General determines the appropriate time and place for the emergency meeting.

- 10 -

2. The quorum for meetings of the Founding Council is the attendance of one half of its members.

3. Except for cases explicitly mentioned in this statute, all matters at the meetings of the Founding Council are decided by majority vote of the members present at the meeting.

**14. Work at the Founding Council:**

Work at the Founding Council is on a volunteer basis. The members of the Founding Council do not receive a salary or compensation for their work.

**15. Chairmanship of the Council:**

By virtue of his position, His Eminence the Grand Mufti of the Kingdom of Saudi Arabia and the Chairman of the Council of Senior Scholars is the Chairman of the [Founding] Council. In cases where he is not able to do so, the Secretary General acts on his behalf.

**16. The Secretary General:**

1. The Founding Council elects the Secretary General by majority vote of the members in attendance.

2. The Secretary General is elected for a term of five years, subject to renewal. Should his term end before the Council is convened, he remains as Secretary General until the Council is convened.

3. The Secretary General must:

(A) Be a national of the country of the League's headquarters.

(B) Have made significant efforts in service of Islamic causes.

(C) Command a large amount of respect and admiration.

(D) Not be engaged in work that distracts him from the activities of the League and committing fully to achieving its objectives.

- 11 -

JT-MWL 00043

17. **Competencies of the Secretary General:**

1. The Secretary General is the primary executive and administrative officer in charge at the League, and he assumes the administration of the work and its facilitation in a manner that ensures the achievement of the objectives of the League, its statute, and its regulations.

2. Without prejudice to the generality of Paragraph (1) of this article, the Secretary General has the following competencies:

(A) Supervising the work of the Secretariat General of the League and its affiliated offices and organizations, and monitoring the performance of those working there.

(B) Appointing the employees of the League and terminating their service, in accordance with the regulations of the League.

(C) Approving the organizational structure of the Secretariat General of the League and its affiliated offices and organizations.

(D) Approving the plans and programs that organize the work of the League and its affiliated organizations.

(E) Approving the annual budget of the League and appointing the external auditor.

(F) Submitting the final financial accounts of the League to the Founding Council for ratification.

(G) Extending invitations to attend the General Conference, the meetings of the Founding Council, and other councils affiliated with the League.

(H) Preparing the agenda of the General Conference and the Founding Council, publishing the decisions taken, and monitoring their implementation.

(I) Making the preparations necessary for the convening of the General Conference, preparing the necessary documents for the meetings of the Founding Council, including the topics of the General Conference and proposals for Council membership.

(J) Monitoring emerging Islamic issues.

(K) Contracting with persons and organizations to perform the activities which are the responsibility of the League, disbursing [employee] entitlements, and financially rewarding outstanding employees.

(L) Providing assistance, financial compensation, and motivational incentives to Muslim persons, organizations, schools, associations, and centers, in accordance with the regulations of the League.

(M) Working to grow the resources of the League and utilize its assets.

(N) Monitoring the implementation of the public policy of the League, which the Founding Council articulated.

(O) Issuing regulations that ensure the functioning and guidance of the activities of the League, including the regulations for employment and the financial regulations.

3. The Secretary General is the legal representative of the League.

18. **The Deputy Secretaries:**

The Secretary General may appoint one Deputy Secretary or more. The Secretary General delineates the nature of their work and their authorities. The service of the Deputy Secretaries ends by decision of the Secretary General, in accordance with the regulations of the League.

19. **The Technical and Administrative Apparatus:**

The Secretary General appoints the technical and administrative apparatus necessary to carry out the work at the League. In doing so, he takes care that the highest technical and administrative levels and competencies are met, based on the regulations of the League.

20. **The Offices of the League:**

1. The Secretariat General of the League opens League offices outside of the country of its headquarters, based on what advances the interest of the work and on the budget available for this.

2. The offices of the League are considered the administrative apparatus that assists the Secretary General in his mission outside of the headquarters of the Secretariat General.

JT-MWL 00044

3. The Secretary General appoints the employees of the offices of the League. The employees of the offices of the League are responsible for their work before the Secretary General.

4. The following is taken into account in appointing employees of the offices of the League:

(A) That they are familiar with the language of the country in which they represent the League, together with their familiarity with the Arabic Language.

(B) That they are known for their interest in spreading Islamic belief and inviting people to Islam.

(C) That no rulings affecting their honor or reputation have been issued against them.

(D) That they command a large amount of respect and admiration in the countries in which they represent the League.

5. The offices of the League are responsible for the following:

(A) Implementing the decisions of the League in the country in which they represent it and working with every possible means to achieve its objectives and purposes.

(B) Meeting with Muslims in the country in which they represent the League, reviewing their affairs, solving their problems in wise ways, and uniting them by offering opinions, advice, and guidance, and by following the Holy Quran and the Sunnah of the Messenger, Peace and Blessings of God be upon Him.

(C) Proposing the construction of mosques and helping to build them, and establishing libraries furnished with all of the books that explore religious and worldly matters, as well as cultural and social affairs.

(D) Organizing lectures and forums that bring together thought leaders from among the scholars of the country in which they represent the League, or people visiting the country.

(E) Submitting a report every three months about their activities to the Secretary General, including in it information about the situation of the Muslims in the countries whose affairs they monitor, in addition to other information and reports requested of them.

(F) Working on spreading Islamic education, the Arabic language, and its instruction, together with the basic sciences.

-14 -

## Chapter Four
## Property Rights and Financial Resources

21. The League has the right of ownership and disposal in terms of selling, purchasing, compensating, and investing, according to its statute and its regulations.

22. The financial resources of the League are the following:

(A) The governmental support of the country of its headquarters, and the unconditional international contributions.

(B) Donations, grants, scholarships, bequests, subsidies, and Islamic endowments.

(C) The returns on investment of the funds of the League.

(D) Income from properties endowed to the League.

23. The League receives zakat funds and disposes of them in its Shariah-compliant banks.

- 15 -

JT-MWL 00045

# Chapter Five

### 24. Final Provisions:

1. It is not permitted for the staff of the League in any of its apparatuses or offices, or the workers working there, to exhibit bias towards any particular side in a political, political-party, or tribal dispute. It is also not permitted for the staff of the League in any of its domestic apparatuses or its offices abroad to interfere in the domestic political affairs of the countries in which they work.

2. All of the internal rules and executive regulations of the Secretariat General and the organizations affiliated with the League shall be amended in order to agree with the provisions of this statute.

3. The Founding Council may amend this statute during any one of its meetings, based on a proposal from the Secretary General of the League, provided that this occurs through a two-thirds majority vote of the members present at the meeting.

4. This statute goes into effect from the date of the Founding Council of the League's approval of it, provided that the Council does not designate a different date. From the date it goes into effect, it takes the place of the statute of the Muslim World League issued by the Founding Council of the League in its fourth session (Rajab 1383 Hijri, December 1963). This takes its place.

And God is the Custodian of success

JT-MWL 00046



# رابطة العالم الإسلامي
## الأمانة العامة - مكة المكرمة

# النــــظــــــام الأســـــــاس
# لرابطة العالم الإسلامي

## صدر عن المجلس التأسيسي لرابطة العالم الإسلامي
## في دورته السابعة والثلاثين
## المنعقــدة فــي مكة المكرمة

## في الفترة من

27 - 28 محرم 1423هـ
10-11 أبريل 2002م

JT-MWL 00037

# النظــام الأســاسـي
# لرابطة العالم الإسلامي

## صدر عن المجلس التأسيسي لرابطة العالم الإسلامي

## في دورته السابعة والثلاثين

### المنعقدة في مكة المكرمة

### في الفترة من

٢٧-٢٨ محرم ١٤٢٣هـ
١٠-١١ أبـريل ٢٠٠٢م

JT-MWL 00038



JT-MWL 00039

# الباب الأول
## أحكام عامة

١- يسمى هذا النظام: (النظام الأساسي لرابطة العالم الإسلامي).

٢- في هذا النظام لكل من الألفاظ الآتية المعنى المذكور قرينه:

**الرابطة:** رابطة العالم الإسلامي

**المؤتمر العام:** المؤتمر الإسلامي العام

**المجلس التأسيسي:** المجلس التأسيسي للرابطة

**الرئيس:** رئيس المجلس التأسيسي

**الأمين العام:** الأمين العام لرابطة العالم الإسلامي

**الهيئات التابعة:** المجلس الأعلى العالمي للمساجد، والمجمع الفقهي الإسلامي بمكة المكرمة، وهيئة الإغاثة الإسلامية العالمية، وهيئة الإعجاز العلمي في القرآن والسنة، وأية هيئة أو مؤسسة تابعة أخرى، سبق أن أنشأها المجلس التأسيسي أو ينشئها فيما بعد بموجب هذا النظام.

**الأمانة العامة:** الأمانة العامة لرابطة العالم الإسلامي

**النظام:** النظام الأساسي لرابطة العالم الإسلامي

**دولة المقر:** المملكة العربية السعودية

### ٣- التعريف بالرابطة:

رابطة العالم الإسلامي منظمة إسلامية شعبية عالمية غير حكومية تأسست في ١٣٨١/١٢/١٤هـ الموافق ١٩٦٢/٥/٢٨م.

### ٤- المقر والمكاتب والهيئات التابعة:

١- مقر الرابطة مكة المكرمة.

٢- للرابطة أن تنشئ هيئات تابعة لها على أن تحدد مصادر تمويلها، ولها أن تفتح مكاتب في داخل دولة المقر، أو خارجها، بموافقة الدولة المعنية.

JT-MWL 00040

<div dir="rtl">

## الباب الثاني
### الأهداف والوسائل

**٥- أهداف الرابطة:**

١- التعريف بالإسلام عقيدة وشريعة وسلوكاً، والدعوة إليه، وتوعية المسلمين بحقيقته وفقاً للقرآن الكريم والسنة النبوية، وكشف مالحق الإسلام في حياة المسلمين من تشويه وتحريف وابتعاد عن قيمه السمحة.

٢- العمل على تحقيق رسالة الإسلام في نشر السلام والعدل وتحرير الإنسان من العبودية لغير الله، والمساعدة على إقامة مجتمع إسلامي على أساس القيم السمحة للإسلام، وحفظ حقوق الإنسان.

٣- شرح تعاليم الإسلام، والدعوة إليه، ودحض الافتراءات ضده ومكافحة التشويه لصورته، والتضليل الموجه ضد دعوة الحق.

٤- تنمية التعارف والتعاون بين الشعوب الإسلامية والعمل على إيقاظ الوعي المشترك بقضايا المسلمين وتطلعاتهم في ظل احترام سيادة الدول التي يوجدون فيها.

٥- بذل الجهود في علاج المشكلات التي يواجهها العالم الإسلامي، وتقديم العون للمسلمين في حل مشكلاتهم، وتحقيق آمالهم ومشروعاتهم.

٦- بذل الجهود الممكنة لدفع عوامل النزاع والشقاق وفساد ذات البين داخل الشعوب الإسلامية، وفيما بينها.

٧- السعي لنشر الفضيلة، والإصلاح في الأرض، ودفع الإفساد عنها، وحث الناس على طاعة الله وطاعة رسوله صلى الله عليه وسلم.

**٦- الوسائل:**

تستخدم الرابطة جميع الوسائل المشروعة لتحقيق أهدافها، ومنها:

( أ ) الدعوة إلى تطبيق أحكام الشريعة الإسلامية على مستوى الأفراد

والجماعات والدول، والرجوع إلى كتاب الله سبحانه وتعالى وسنة رسوله صلى الله عليه وسلم عند أي اختلاف.

(ب) تنسيق جهود القائمين بالدعوة إلى الله، والعاملين في المراكز والمنظمات والجمعيات الإسلامية في العالم، وإفادة بعضهم من بعض.

( ج ) الإسهام في تقوية رسالة المساجد وعمارتها حسياً ومعنوياً.

( د ) تطوير أساليب نشر الدعوة، ودعم وسائل المسلمين الدعوية، والتربوية، والتعليمية، والثقافية، والإعلامية، ورفع قدراتها.

(هـ) الاستفادة من موسم الحج بإتاحة الفرصة لاجتماع أصحاب العلم والفكر وقادة الرأي مع بعضهم، وتوثيق عرى التقارب بينهم، وحثهم على تقديم الحلول العملية لرفع مستوى المسلمين في العالم.

( و ) عقد مؤتمرات وندوات تضم قادة الرأي وتوجيه العاملين للإسلام للتداول في شؤون الإسلام وقضايا المسلمين.

( ز ) إنشاء المراكز والمكاتب لخدمة الأهداف الإسلامية، وإنشاء المؤسسات الدعوية والتعليمية، والثقافية، والإعلامية، والإغاثية، وتشغيلها، ودعم المؤسسات القائمة، ودعم العمل المؤدي إلى نشر اللغة العربية، ورفع مستوى تعليمها في أوساط الشعوب المسلمة العربية وغير العربية.

( ح ) التعاون والتنسيق مع الأجهزة والمنظمات المحلية والإقليمية والدولية الحكومية وغير الحكومية لتحقيق الأهداف.

</div>

JT-MWL 00041

JT-MWL 00042

## الباب الثالث

## التنظيم والإدارة

**٧- الهيكل التنظيمي:**

يتكون الهيكل التنظيمي للرابطة من: المؤتمر الإسلامي العام، والمجلس التأسيسي، والأمين العام، والأمناء المساعدين، والجهاز الفني والإداري.

**٨- المؤتمر الإسلامي العام:**

يتكون المؤتمر الإسلامي العام من كبار دعاة الإسلام وعلمائه، الذين تختارهم الرابطة من العالم الإسلامي، ومن قادة المؤسسات والجمعيات التي تعمل لنشر الإسلام والدعوة إليه وخدمته في مختلف مناطق العالم.

**٩- يختص المؤتمر بما يلي:**

( أ ) النظر في تنسيق جهود العاملين في حقل الدعوة إلى الله، وتطوير وسائل الدعوة وتبليغ الإسلام وفق كتاب الله وسنة رسوله صلى الله عليه وسلم على أساس من تجارب أعضائه في هذا الميدان.

(ب) النظر في السياسات العامة للرابطة، والاطلاع على أدائها، وأداء الجهات التابعة لها، وتقديم النصح والمشورة في ذلك.

( ج ) معالجة أهم الموضوعات التي تهم المسلمين وقت انعقاده ، ومحاولة حلها بما يتمشى مع أسس الشريعة الإسلامية.

١٠- ينعقد المؤتمر برئاسة رئيس المجلس التأسيسي للرابطة مرةً كل خمس سنوات، وذلك بدعوة من الأمين العام للرابطة، إلا إذا دعت الضرورة إلى دعوته قبل ذلك فيدعو الأمين العام للرابطة إلى جلسة استثنائية على أن يبلغ الأعضاء المختارون بجدول الأعمال قبل الانعقاد بثلاثة شهور على الأقل.

**١١- المجلس التأسيسي:**

تكوين المجلس التأسيسي :

١- يتكون المجلس التأسيسي على النحو التالي:

❖ المفتي العام للمملكة العربية السعودية ( رئيساً )

❖ الأمين العام ( عضواً )

❖ الأمناء المساعدون للرابطة ( أعضاء )

❖ ستون عضواً يعين كل منهم بقرار من المجلس بناء على اقتراح الأمين العام للرابطة.

٢- يراعى في تعيين أعضاء المجلس التأسيسي تمثيل التجمعات الإسلامية الإقليمية كافة ، ولا يعين أكثر من عضوين من دولة واحدة في وقت واحد.

٣- يشترط في عضو المجلس التأسيسي أن يكون من العلماء أو ممن لهم خبرة واسعة وجهد ملحوظ في خدمة الدعوة الإسلامية.

٤- تكون مدة عضوية المجلس التأسيسي خمس سنوات قابلة للتجديد بقرار من المجلس بناءً على اقتراح الأمين العام للرابطة.

٥- يعتبر أعضاء المجلس التأسيسي القائم عند تاريخ سريان هذا النظام أعضاء في المجلس التأسيسي ، وتحسب مدة عضويتهم من تاريخ نفاذ هذا النظام.

٦- تسقط العضوية في الحالات التالية:

( أ ) الاستقالة.

(ب) الوفاة.

( ج ) التغيب عن حضور اجتماعات المجلس التأسيسي في ثلاث دورات متتاليات بدون عذر يقبله المجلس .

٢- النصاب النظامي لا جتماعات المجلس التأسيسي هو حضور نصف عدد أعضائه.

٣- فيما عدا الحالات المنصوص عليها صراحة في هذا النظام تقرر كل المسائل في اجتماعات المجلس التأسيسي بالأغلبية للأعضاء الحاضرين في الاجتماع.

**١٤- العمل في المجلس التأسيسي:**

العمل في المجلس التأسيسي تطوعي ، ولا يتقاضى عنه أعضاء المجلس التأسيسي راتباً أو مكافأة.

**١٥- رئاسة المجلس:**

يكون سماحة المفتي العام للمملكة العربية السعودية ورئيس هيئة كبار العلماء بحكم منصبه رئيساً للمجلس ، وفي حالة عدم تمكنه من ذلك ؛ ينوب عنه الأمين العام.

**١٦- الأمين العام :**

١- ينتخب المجلس التأسيسي الأمين العام بأغلبية الأعضاء الحاضرين.

٢- يكون انتخاب الأمين العام لمدة خمسة أعوام قابلة للتجديد، وفي حالة انتهاء مدته قبل انعقاد المجلس يستمر في الأمانة إلى حين انعقاد المجلس.

٣- يشترط في الأمين العام ما يلي:

( أ ) أن يكون من رعايا دولة المقر .

(ب) أن يكون له جهود بارزة في خدمة القضايا الإسلامية.

( ج ) أن يكون له رصيد كبير من الاحترام والتقدير.

( د ) أن لا يكون مرتبطاً بعمل يصرفه عن أعمال الرابطة والتفرغ لتحقيق أهدافها .

-١١-

( د ) بطلب موقّع من ربع أعضاء المجلس التأسيسي في حالة ارتكاب العضو ما يخلّ بالشرف أو الأمانة أو السلوك الإسلامي، بشرط موافقة ثلاثة أرباع عدد الحاضرين في اجتماع المجلس على إسقاط العضوية.

٧- إذا شغر مقعد أحد أعضاء المجلس التأسيسي يعين المجلس التأسيسي من يحلّ محلّه بناء على اقتراح الأمين العام للرابطة.

**١٢- اختصاصات المجلس التأسيسي:**

يختصّ المجلس التأسيسي بما يلي:

( أ ) رسم سياسات الرابطة وتحديد اتجاهاتها بما يكفل تحقيق الأهداف التي قامت من أجلها .

(ب) تقديم النصح والتوصيات والمشورة للدول والجماعات التي تحتاج إليها .

( ج ) انتخاب الأمين العام للرابطة وتحديد شروط خدمته.

( د ) إقرار النظام وتعديله.

(هـ) النظر في التقارير التي يقدمها الأمين العام.

( و ) الموافقة على إنشاء هيئات تابعة للرابطة ، أو انضمام أخرى إليها، وإقرار أنظمتها .

( ز ) الاطلاع على الميزانية السنوية للرابطة.

( ح ) النظر في التقرير العام للأمين العام .

(ط) المصادقة على الحسابات السنوية الختامية للرابطة.

وللمجلس تكوين لجان فرعية لدراسة بعض القضايا التي يراها المجلس وتفويضها ببعض اختصاصاته.

**١٣- إجراءات المجلس التأسيسي:**

١- يجتمع المجلس التأسيسي مرة كل عامين بمكة المكرمة. وللأمين العام أن يدعو المجلس لاجتماع طارئ عندما تدعو الحاجة إليه. ويحدد الأمين العام الزمان والمكان المناسبين للإجتماع الطارئ.

-١٠-

JT-MWL 00043

<div dir="rtl">

١٧- اختصاصات الأمين العام:

١- الأمين العام هو المسؤول التنفيذي والإداري الأول في الرابطة، ويتولى إدارة العمل وتسييره على الوجه الذي يكفل تحقيق أهداف الرابطة، ونظامها ولوائحها.

٢- دون إخلال بعمومية البند (١) من هذه المادة يضطلع الأمين العام بالاختصاصات التالية:

( أ ) الإشراف على العمل في الأمانة العامة للرابطة والمكاتب والهيئات التابعة لها ومتابعة أداء العاملين فيها.

(ب) تعيين موظفي الرابطة وإنهاء خدمتهم وفقاً للوائح الرابطة.

( ج ) إقرار الهيكل التنظيمي للأمانة العامة للرابطة ومكاتبها والهيئات التابعة لها.

( د ) إقرار الخطط والبرامج التي تنظم عمل الرابطة وهيئاتها التابعة لها.

(هـ) اعتماد ميزانية الرابطة السنوية، وتعيين المراقب الخارجي.

( و ) تقديم الحسابات الختامية للرابطة للمجلس التأسيسي للمصادقة عليها.

( ز ) توجيه الدعوة لحضور المؤتمر العام، ولاجتماعات المجلس التأسيسي والمجالس الأخرى التابعة للرابطة.

( ح ) تهيئة مشروع جدول أعمال المؤتمر العام، والمجلس التأسيسي، ونشر القرارات المتخذة، ومتابعة تنفيذها.

(ط) إعداد الترتيبات اللازمة لانعقاد المؤتمر العام، وإعداد الوثائق اللازمة لاجتماعات المجلس التأسيسي بما فيها موضوعات المؤتمر العام واقتراحات عضوية المجلس.

(ي) متابعة القضايا الإسلامية المستجدة.

‑١٢‑

(ك) التعاقد مع الأشخاص والمؤسسات للقيام بأعمال تخصّ الرابطة، وصرف الاستحقاقات، ومكافأة المتميزين من موظفيها.

( ل ) تقديم المعونات والمكافآت المالية والحوافز التشجيعية للأشخاص والمؤسسات والمدارس والجمعيات والمراكز الإسلامية وفقاً للوائح الرابطة.

( م ) العمل على تنمية موارد الرابطة، وتوظيف ممتلكاتها.

( ن ) متابعة تنفيذ السياسة العامة للرابطة التي رسمها المجلس التأسيسي.

(س) إصدار اللوائح التي تكفل تسيير وتوجيه أعمال الرابطة، بما في ذلك اللوائح الخاصة بالتوظيف واللوائح المالية.

٣- يكون الأمين العام الممثل النظامي للرابطة.

١٨- الأمناء المساعدون:

للأمين العام تعيين أمين مساعد أو أكثر، ويحدد طبيعة عملهم وصلاحياتهم الأمين العام. وتنهى خدمة الأمناء المساعدين بقرار من الأمين العام طبقاً للوائح الرابطة.

١٩- الجهاز الفني والإداري:

يقوم الأمين العام بتعيين الجهاز الفني والإداري اللازم لتسيير العمل في الرابطة، ويراعى في ذلك تأمين أفضل المستويات والكفاءات الفنية والإدارية بموجب لوائح الرابطة.

٢٠- مكاتب الرابطة:

١- تقوم الأمانة العامة للرابطة بفتح مكاتب لها خارج دولة المقر حسب ما تقتضيه مصلحة العمل وتوفر الميزانية اللازمة لها.

٢- تعتبر مكاتب الرابطة الجهاز الإداري الذي يعاون الأمين العام في مهمته خارج مقر الأمانة العامة.

‑١٣‑

</div>

JT-MWL 00044

Case 1:03-md-01570-GBD-SN   Document 11987-10   Filed 04/15/26   Page 20 of 22

٣- يعيّن الأمين العـام مـوظفـي مكاتب الرابطة ويكون مـوظفـو مكاتب الرابطة مسؤولين عن أعمالهم أمام الأمين العام.

٤- يراعى في تعيين موظفي مكاتب الرابطة ما يلي:

( أ ) أن يكونوا ملمين بلغـة البـلاد التي يمثلون الـرابطة فـيـهـا مع إلمامـهم باللغة العربية.

(ب) أن يكونوا من المعروفين باهتمامهم بنشر العقيدة الإسلامية والدعوة إلى الإسلام.

( ج ) أن لا يكون قد حكم عليهم بأية أحكام ماسة بالشرف والاعتبار.

( د ) أن يكون لـهم رصـيـد كبـيـر من الاحـتـرام والتـقـدير في الـدول التي يمثلون الرابطة فيها.

٥- تختصّ مكاتب الرابطة بما يلي:

( أ ) القيام بتنفيذ قرارات الرابطة في البلد الذي يمثلونها فيها والعمل بكل وسيلة ممكنة لتحقيق أهدافها وغاياتها.

(ب) الاجتـمـاع بالمسلمين في البلد الذي يمثلون الرابطة فيه، والنظر في أمورهم وحلّ مشكلاتهم بالطرق الحكيمة، وجمع كلمتهم، وذلك بإبداء الرأي والنصيحة، والمشورة واتباع القرآن الكريم وسنة الرسول ﷺ.

( ج ) اقتراح بناء المساجد والمساعدة على بنائها، وإنشاء مكتبات مـزودة بكافة الكتب التي تبـحث في الأمـور الدينيـة والدنيـوية والشـؤون الثقافية والاجتماعية.

( د ) تنظيم مـحاضرات وندوات تضم قـادة الفكر من علمـاء البلد الذي يمثلون الرابطة فيه، أو ممن يزورونه.

(هـ) تقـديم تقرير كل ثلاثة أشهر عن أعمالها للأمين العـام تضمّنه مـا لديها عن أحوال المسلمين في البلدان التي تتابع شؤنها، بالإضافة إلى ما يُطلب منها من معلومات وتقارير أخرى.

( و ) العمل على نشر التعليم الإسلامي واللغة العربية وتعليمهما مع العلوم الأولية.

---

**الباب الرابع**
**حق التملّك والموارد المالية**

٢١- للرابطة حق التملّك والتصرف، بيعاً وشراء ومـعـاوضـة واستـثـماراً، وذلك وفق نظامها ولوائحها.

٢٢- تشمل الموارد المالية للرابطة ما يلي:

( أ ) الدعم الحكومي من دولة المقر والمساهمات الدولية غير المشروطة .

(ب) التبرعات والهبات والمنح والوصايا والإعانات والأوقاف.

( ج ) عائدات استثمار أموال الرابطة.

( د ) ريع الأملاك الموقوفة على الرابطة.

٢٣- تستقبل الرابطة الزكوات وتصرفها في مصارفها الشرعية.

JT-MWL 00045

# الباب الخامس

## ٢٤- أحكام ختامية:

١- لا يجوز لمنسوبي الرابطة في أي من أجهزتها أو مكاتبها أو العاملين فيها التحيز لأي طرف من أطراف النزاع السياسي أو الحزبي أو القبلي، كما لا يجوز لمنسوبي الرابطة في أي من أجهزتها الداخلية ومكاتبها الخارجية التدخل في الشؤون السياسية الداخلية في الدول التي يعملون فيها.

٢- تعدل جميع الأنظمة الداخلية واللوائح التنفيذية للأمانة العامة والهيئات التابعة للرابطة بما يتفق مع أحكام هذا النظام.

٣- للمجلس التأسيسي أن يعدل هذا النظام في أي جلسة من جلساته، بناءً على اقتراح من الأمين العام للرابطة، على أن يكون ذلك بأغلبية ثلثي الأعضاء الحاضرين في الاجتماع.

٤- يعمل بهذا النظام من تاريخ موافقة المجلس التأسيسي للرابطة عليه، مالم يحدد المجلس تاريخاً آخر، ويحل من تاريخ سريانه؛ محل نظام رابطة العالم الإسلامي الصادر عن المجلس التأسيسي للرابطة في دورته الرابعة (رجب ١٣٨٣هـ ديسمبر ١٩٦٣م) ويحلّ هذا محله.

والله ولي التوفيق

JT-MWL 00046



**Beyond Words**
Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us