# EXHIBIT 012

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS     )   03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001        )
                             )

— — —

Thursday, June 27, 2019

— — —

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

— — —

Videotaped Deposition of ABDULHADI
T. DAGUIT, held at 1 Raffles Drive, Makati
Avenue, Makati City, Manila, Philippines,
commencing at 6:01 p.m., on the above date,
before Debra A. Dibble, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Captioner, Certified
Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

Page 18

the chief of social services in orphanage division of the Islamic Relief Organization; correct?

A.    During those years I am handling the designated, they ask me to handle the directorship of the International Islamic Relief Organization and the Muslim World League.

Q.    I'm just trying to get a bit of clarity here.  You've identified in your resumé affiliations with both the Muslim World League in the Philippines and the International Islamic Relief Organization, but do I understand that you don't have any understanding of any relationship between the Muslim World League and the International Islamic Relief Organization?

A.    Yeah; because as far as I know, Muslim World League is a separate organization and the International Islamic Relief Organization is also a separate organization.

Q.    I didn't ask -- sorry, I did not ask if they were separate.  I asked

Page 19

whether or not you were aware of any relationship between them.

A.    I don't know -- I don't know specifically what is -- what are the relationship.

Q.    The office of the International Islamic Relief Organization where you worked between 2004 and 2006, where was that located?

A.    In Makati City.

Q.    And where was the Muslim World League office located?

A.    The same building.

Q.    Were they operating from shared office space?

A.    They're operating in different rooms.  The office is composed of two flats, one flat is for the Muslim World League and the other flat is for the International Islamic Relief Organization.

Q.    And who owns that building?

A.    As I know, it is owned by the Muslim World League.

Q.    And during that time period

Page 20

we're discussing, did the International Islamic Relief Organization pay rent to the Muslim World League?

A.    I don't know, because the -- those things are beyond my job.

Q.    How did you come to become an employee of the International Islamic Relief Organization in 1993?

A.    I'm in Manila during that time, and yeah, they -- they hired me because I was -- I applied for a job.  I'm looking for a job, so I applied, so they accepted me.

Q.    Was there a particular person who hired you?

A.    The director of the -- the assistant director of the International Islamic Relief Organization.

Q.    And who was that at that time?

A.    Zakaria Al-Sheikh.

Q.    And who was the director of the International Islamic Relief Organization during that time?

A.    During 1993?

Q.    Yes.

Page 21

A.    Mohammed Jamal Khalifa.

Q.    And did you have any dealings with Mohammed Jamal Khalifa in relation to your initial hiring to work for the International Islamic Relief Organization?

A.    My dealing with him is an employee and employer dealings.  He is the director of the office and I am an employee of the office.

Q.    Well, did Mohammed Jamal Khalifa interview you for your position?

A.    No.

Q.    So had you met him ever before you became an employee of the office?

A.    No.  I met him in the office only.  After they hired me.

Q.    And so did you first meet Mohammed Jamal Khalifa in the International Islamic Relief Organization after you were hired?

A.    No.

After I hired, no, yes.  I did not meet him.

Q.    Okay.  So you --

This Transcript Contains Confidential Material

Page 22

A.    Pardon?

Q.    You met Mohammed Jamal Khalifa -- let me just try to get it clear.

A.    Yes.

Q.    You met Mohammed Jamal Khalifa for the first time after you were hired; correct?

A.    Yes.

Q.    And the first time you met him was in the offices of the International Islamic Relief Organization; correct?

A.    Yes, in Manila.

Q.    And during that time period, was Mohammed Jamal Khalifa living in the Philippines?

A.    As far as I know, yes.

Q.    And do you recall whether he left the Philippines at some point in time?

A.    I cannot recall when he left the Philippines.

Q.    But are you aware that he did in fact leave the Philippines at some point?

A.    Yes.  As far as I know, he leaves in the Philippines.

Page 23

Q.    During the period between 1993 and 1995, did you have dealings with Mohammed Jamal Khalifa in relation to your work for the International Islamic Relief Organization?

A.    In 1993, yes, but after 1993, no.

Q.    And why did you no longer have dealings with Mohammed Jamal Khalifa after 1993?

A.    Because he's no longer coming to the office.

Q.    During the period of 19 -- in 1993 when you had dealings with him, did you discuss with him his background at all?

A.    Pardon?

Q.    Did you ever discuss Mohammed Jamal Khalifa's background with him?

A.    No.

Q.    Did he ever share with you that he had participated in the fighting against the Russians in Afghanistan?

A.    No.

Q.    Did he ever share with you that

Page 24

he was related by marriage to Osama bin Laden?

A.    No.

Q.    Were you aware that Mohammed Jamal Khalifa was a Saudi?

A.    Pardon?

Q.    Were you aware that Mohammed Jamal Khalifa was a Saudi?

A.    Yes.

Q.    And when you spoke with him, did you typically speak with him in Arabic?

A.    Yes.

Q.    Did you ever have any conversations with him about his education?

A.    No.

Q.    Did you ever have any conversations with him about any foreign conflicts in the Philippines?

A.    No.

Q.    We're going to be speaking today about events and activities occurring in the Philippines.  And I think it would be helpful just to touch on a few geographical points.

Page 25

As I understand it, the Philippines is an archipelago or a collection of several islands; is that correct?

A.    Yes, yes.

Q.    And is the capital of the Philippines Manila?

A.    Yes.

Q.    And is Manila located in one of the northern islands of the Philippines?

A.    Yes.  It is located in the Luzon group of islands.

Q.    And that's in the north of the Philippines; correct?

A.    Yes, yes.

Q.    And throughout the time that you worked for the International Islamic Relief Organization, was the office that you worked in located in Manila?

A.    Yes.

Q.    And did you ever work in any IIRO office located anywhere else in the Philippines?

A.    Sometimes in Cotabato City, because -- yeah, in Cotabato City.

Page 26

Q.    During the time period that you worked for the International Islamic Relief Organization, where did it have offices in the Philippines?

A.    They have offices in Cotabato City, satellite office in Zamboanga City, Marawi City and Davao cities.

Q.    You mentioned Zamboanga City. Is that located in the Mindanao Island area?

A.    Yes, yes, in the southern Philippines.

Q.    And is there an island in the south called Tawi-Tawi?

A.    Yes, it is part of the Zamboanga archipelago.

Q.    And did the International Islamic Relief Organization have an office in Tawi-Tawi?

A.    Our office is in Zamboanga City, but, of course, Tawi-Tawi is part of the archipelago.  The office in Zamboanga City supervising the programs of the office in Tawi-Tawi.

Q.    Was there a physical office in

Page 27

Tawi-Tawi?

A.    No.

Q.    But there were International Islamic Relief Organization activities in Tawi-Tawi; correct?

A.    Yes, yes.

Q.    And those were supervised from the IIRO office in Zamboanga; correct?

A.    Pardon?

Q.    The activities in Tawi-Tawi were supervised by the office in Zamboanga?

A.    Yes.

Q.    And did the office in Manila have the responsibility for supervising all of the activities in the Philippines?

A.    Yes.  Those offices are satellite offices, under the Philippine office of the IIRO.

Q.    And as the chief of the social services and orphanage division of the IIRO, were you responsible for overseeing the social services and orphanage programs of the IIRO throughout the Philippines?

A.    Yes.

Page 28

Q.    And you held that position throughout the period of 1993 through 2006; correct?

A.    Yes.

Q.    When Mohammed Jamal Khalifa stopped coming to the IIRO office after 1993, did he remain involved in the IIRO's activities in the Philippines?

A.    In the Philippines, as far as I know, no.  He -- he is not involved.

Q.    You said in the Philippines. Was he involved in the IIRO's activities somewhere else after 1993?

A.    I don't know.

Q.    When Mohammed Jamal Khalifa left, who took over the director role of the IIRO's office in the Philippines?

A.    I cannot recall the names.

Q.    When is the last time you recall having any communication with Mohammed Jamal Khalifa?

A.    I cannot recall.

Q.    Do you recall Mohammed Jamal Khalifa ever advocating that Muslims in the

Page 29

Philippines should engage in armed jihad?

A.    No.

Q.    Do you recall Mohammed Jamal Khalifa ever discussing issues relating to armed jihad during the time you knew him?

A.    No.

Q.    Do you know any of the details concerning how the IIRO office in the Philippines was established?

A.    I cannot -- I cannot recall.

Q.    Do you know approximately when the office was opened?

A.    It was opened in 1980s, but I cannot recall the exact year and date.

Q.    Do you know who opened that office?

A.    I don't know.

Q.    Do you know whether Mohammed Jamal Khalifa was the first director of the office?

A.    Yes, I know.  As far as I know, yes, he is the first director of the office.

Q.    At any point have you received information that Muslims in the Philippines

Page 74

Q.   As part of its mission in the Philippines, did the IIRO also provide support to other Islamic organizations?

A.   Pardon?

Q.   As part of its activities in the Philippines, did the IIRO also provide support to other Islamic organizations?

A.   I cannot recall.

Q.   You don't recall whether any organizations or foundations ever came to the IIRO seeking financial or other support for their activities?

A.   There are so many.  As far as I can recall, for my division, I am receiving many letters coming from organizations seeking for an assistance, saying that we have also an orphans.  We need -- we want -- or we need some assistance for them, but I cannot recall assisting them.

Q.   Do you recall whether you ever made recommendations to the Muslim World League to provide support to such organizations?

A.   Yes.

Page 75

Q.   And is that something that you did on occasion?

A.   Pardon?

Q.   Did you at times submit recommendations to the Muslim World League that it provide support to Islamic organizations in the Philippines?

A.   As far as I can recall, yes. We send a letter to not the IIRO, to the Muslim World League, recommending some organizations for funding.

Q.   And why did you direct those requests to the Muslim World League instead of handling them within the IIRO?

A.   Because the letters, the requests for, the inquiry for that particular organization is coming from the Muslim World League, not the IIRO.  Because it is not the -- it is not among the programs of the IIRO to extend assistances to the organizations.

MR. CARTER:  I'd like the court reporter to mark as Daguit 237 the document at tab 54, which is Bates

Page 76

No. MWL 8516.

(Daguit Deposition Exhibit 237, 12-10-94 letter, MWL 008516, was marked for identification.)

Q.   (BY MR. CARTER)  Mr. Daguit, do you recognize this document?

A.   Yes.

Q.   And is this a letter you sent to the director of the Muslim World League in the Philippines?

A.   Can I -- can the court reporter provide me the Arabic text?

MR. NASSAR:  It's here.

MR. CARTER:  It should be there.

THE WITNESS:  Yeah.  Okay. Yeah.  Pardon?  What is your question?

Q.   (BY MR. CARTER)  Is this a letter that you sent to the director of the Muslim World League's office in the Philippines?

A.   No.  It is not.

Q.   What is it?

Page 77

A.   It is a -- it is a letter sent to me -- this letter I sent when I am in Cotabato City.  They designated me for a while, to hand -- to handle the satellite office in Cotabato City and Davao.  So it is a letter sent from me, from Cotabato City to the director of the Muslim World League in the Philippines in Manila.

Q.   And who delegated you to supervise the offices in Cotabato and Davao?

A.   The director of the IIRO in the Philippines.

Q.   And do you recall who that was who delegated you?

A.   Pardon?

Q.   What was the name of the director at the time who delegated you?

A.   I cannot recall the name of the director during this year.

Q.   Do you know whether or not it was Mohammed Jamal Khalifa who delegated you?

A.   As far as I can -- I can recall, he is not.

Q.   And is this an example of a

Page 178

Q.   Well, Mr. Nassar asked you some questions about whether or not you saw any activities while you were with the IIRO that supported the reporting in Ms. Herrera's article or the designation.

A.   Yes.

Q.   And I'm just trying to clarify that you do not have intimate knowledge over every activity and transaction of the IIRO during the relevant time period, do you?

A.   Yes.

MR. CARTER:  Thank you.

THE WITNESS:  Okay.  Thank you.

THE VIDEOGRAPHER:  This concludes the video deposition of Abdulhadi Daguit.  We are now going off the record and the time is 11:26 p.m.

(Proceedings recessed at 11:27 p.m.)

--o0o--

Page 180

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 179

CERTIFICATE
I, DEBRA A. DIBBLE, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Realtime Captioner, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, ABDULHADI DAGUIT was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.
I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that pursuant to FRCP Rule 30, signature of the witness was not requested by the witness or other party before the conclusion of the deposition.
I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
DEBRA A. DIBBLE, RDR, CRR, CRC
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
Certified Court Reporter

Dated: 8 July 2019

Page 181

ERRATA

PAGE  LINE  CHANGE
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____