# EXHIBIT 013

# Muslim World League

**General Secretariat – Mecca al-Mukarramah**

[Official Seal Stamp: Muslim World League [illegible]]

# The General Secretariat Report
## Submitted to the Constituent Council of the Muslim World League

### The thirty-fifth session

**Convened in Mecca al-Mukarramah**
**From 7 to 10 Sha'aban, 1418 AH**
**Corresponding to: 7 – 10 December, 1997 AD**

IIRO 016973

IIRO 016974

# In the name of God, the Most Gracious, the Most Merciful

IIRO 016975

IIRO 016976

# The Introduction

All praise be to Allah, the One, and may peace and blessings be upon the final prophet, Muhammed, and upon his family and companions, and whoever follows His guidance.

**Then**:

It pleases the Secretariat General for MWL to submit to the Constituent Council of MWL in its thirty-fifth session (Sha'aban 1418 AH) its report that includes the various activities over the past two years so that the Council can review the effort that the Muslim World League (MWL) had carried out for the sake of Muslim Ummah, promoting the call to Islam, building mosques throughout the world, and supporting Islamic education. This is for the purpose of spreading the Islamic culture, knowledge and information through series and publications that are produced and distributed in the different countries.

Praise to almighty Allah for what has been achieved by MWL, its Council, its administration as well as its offices, the affiliated Islamic Centres abroad in terms of results through this brief period. This is in addition to its previous achievements in different parts of the world, which is topped by

5

IIRO 016977

an increase in the number of missionaries, the committees and organizations that are supported by MWL as well as the number of Islamic Centres that it has managed and supervised.

However, in terms of the work within MWL, there have been several administrative processes implemented, job descriptions as well as an organizational framework for MWL were issued with the aim of improving the administrative efficiency and capabilities within MWL.

Wherein MWL has realized many achievements by the grace of Allah, the Almighty, and the continuous generous support of the government of the Kingdom of Saudi Arabia, which is presided over by the Custodian of the Two Holy Mosques, King Fahd Bin Abdul Azziz al-Saud and His Excellency the Honorable Crown Prince and in constructive cooperation with the Islamic agencies and institutions working in the area of Islamic Daawa and serving Muslims. It pleases me to extend my gratitude to every dedicated worker who has contributed benefaction to this League, whether from within or outside to the organization.

We ask God Almighty to grant us and you His success and to make our deeds purely for His noble countenance, and to grant victory to His religion and raise His word. He is the All-hearing and responsive, the best of protectors and helpers.

**The Secretary General of the**
**Muslim  World  League**
**Dr. Abdullah bin Saleh Al-Obaid**

6

IIRO 016978

# Table of Contents

IIRO 016979

IIRO 016980

Page

**Introduction**………………………………………………………………………  5

**First: The call to implement Islamic law**…………………………………….  13

**Second: The Contemporary Islamic Issues**………………………………..  21

    1.  The Jerusalem and Palestine Issue  23

    2.  The Muslims in the Republic of Bosnia Herzegovina  47

    3.  The Muslims in Sri Lanka  52

    4.  Jammu and Kashmir Issue  55

    5.  Afghanistan Issue  57

    6.  The Muslims in Eastern Turkistan  59

    7.  The Somalia Issue  60

    8.  The Muslims in Chechnya  62

    9.  The Comoros Issue  65

    10. The Tajikistan Issue  67

**Third: The Christianization efforts among Muslims**……………………  69

**Fourth: (A) The visits and participation of the Secretary General in meetings and conferences The Islamic [ones] and others….**  75

    **(B) The visits of the Assistant Secretary General to several countries**  91

        1.  Visit to Kenya, Tanzania and Uganda  91

        2.  Visit to several East European countries  93

        3.  Visit to several States in the Commonwealth of Independent States  97

        4.  Visit of several Indian States  99

9

IIRO 016981

|  |  | Page |
|---|---|---|
| **Fifth: The activities of MWL's Offices across the World** |  | **101** |
| 1. | MWL Office in Nigeria | 105 |
| 2. | MWL Office in Argentina | 106 |
| 3. | MWL Office in Australia and Pacific | 107 |
| 4. | MWL Office in Uganda | 110 |
| 5. | MWL Office in Burundi | 110 |
| 6. | MWL Office in Tanzania | 112 |
| 7. | MWL Office in Comoros | 114 |
| 8. | MWL Office in South Africa | 115 |
| 9. | MWL Regional Office in Senegal | 116 |
| 10. | MWL Office in Somalia | 117 |
| 11. | MWL Office in Jordan | 119 |
| 12. | MWL Office in Canada | 120 |
| 13. | MWL Office in Malaysia | 121 |
| 14. | MWL Office in Denmark | 122 |
| 15. | MWL Office in Congo Brazzaville | 124 |
| 16. | MWL Office in London | 126 |
| 17. | MWL Office in Maldives | 128 |
| 18. | MWL Office in Mauritania | 129 |
| 19. | MWL Office in Moscow | 130 |
| 20. | Islamic Faction Centre in Benin | 131 |
| 21. | Islamic Cultural Centre in Madrid | 132 |
| 22. | Islamic Faction Centre in Niamey, Niger | 135 |

10

IIRO 016982

|  |  | Page |
|---|---|---|
| 23. | The Islamic Cultural Institute in Geneva | 136 |
| 24. | The Islamic Cultural Centre in Italy | 137 |
| 25. | The Islamic Centre in Vienna | 139 |
| 26. | The Islamic Cultural Center in Brussels | 139 |
| 27. | The Islamic Cultural Center in Brazil | 140 |
| 28. | MWL Office in France | 141 |
| 29. | MWL Office in Indonesia | 141 |
| 30. | MWL Office in Philippines | 142 |
| 31. | MWL Office in Bangladesh | 142 |
| 32. | MWL Office in Islamabad | 143 |
| 33. | MWL Office in the United States of America | 144 |
| 34. | MWL Office in Trinidad | 144 |
| 35. | MWL Office in Ethiopia | 145 |

**Sixth: Activities of the MWL Departments** — 147

| 1. | Islamic Daawa Department | 149 |
| 2. | Organizational Affairs Department | 152 |
| 3. | Administration of the Islamic Jurisprudence Council | 153 |
| 4. | Islamic Education Department | 154 |
| 5. | Public Relations and Reception Department | 155 |
| 6. | Media and Publication Department | 160 |
| 7. | Mosque Security | 161 |

IIRO 016983

# Fourth

# Visits…..

(A) The visits and participation of the Secretary General in Islamic meetings and conferences, and others
(B) The visits of the Assistant Secretary General to several countries…………….

IIRO 017047

IIRO 017048

## (A)  The visits of His Excellency the Secretary General

**The visits of His Excellency the Secretary General to participate in the Islamic meetings and in the discussions between religious followers and to inspect the organization, offices and centers abroad.**

1.    The MWL Secretary General participated in the Committee's twenty-fifth meeting presided by the International Islamic Council for Daawa (Proselytizing) and Relief convened in Kuwait from 1/11/1416 AH corresponding to 21/3/1996 AD at the side of the meeting of the Board of Directors of the International Islamic Charity Organization. The meeting discussed the information and suggestions of the Report by the International Islamic Committee for Human Rights, which issued a number of recommendations and decisions to serve the Islamic work and coordination between the organization that are members in the Board.

2.    The Secretary General participated in a Committee's twenty-sixth meeting in Cairo for two days, 26 – 27 June, 1996 AD, corresponding to 10 -11 Safar, 1417 AH that was presided by the International Islamic Council for Daawa and Relief. The meeting took a number of recommendations and decisions, including holding a symposium about Jerusalem in one that the Western countries, sending a delegation to visit a number of North African counties. His Excellency also presided over the Information Committee that is part of the Board to examine issues related to the exchange of information and expertise among member organizations in the committee. The Committee also accepted the recommendation to hold a symposium for representatives of organizations and members on how to take part in a unified information network. On the other hand, His Excellency also visited the Secretary General of the Arab League, Dr. Esmat Abdulmajeed. During this meeting, the cooperation between MWL and the Arab League to serve the Islamic and Arab causes was discussed.

77

IIRO 017049

3.     The Secretary General attended the eighth conference of the Supreme Council for Islamic Affairs titled "Islam and the future of intercultural dialogue" during the period of 8 – 11 Rabi'a Awal 1417 AH, corresponding to 24 -27 July, 1996 AD. The conference issued a statement, "The Cairo Declaration", that affirmed that the extremism in religious ideas or understanding and the resulting fanaticism, isolation and terrorism are not related to the religion even when its supporters describe themselves in religious attributes and put forward deceptive and glowing slogans to serve their goals. When His Excellency was in Cairo, the newspapers, magazines as well as television and radio media conducted interviews with His Excellency to respond to a number of questions on various topics, including the issue of the discourse and deviant proselytizing and the role of MWL in establishing the Muslim unity. His Excellency clarified that MWL's program is based on Islamic mediation as well its principles of justice, sound judgement, avoiding incitement, and no bias towards one faction or particular group. His Excellency also affirmed that MWL was established in order to establish Islamic cooperation between the Muslim people.

4.     The Secretary General visited Argentina to attend the cornerstone ceremony for the King Fahd Islamic Cultural Center in Argentina on 25/3/1417 AH, which correspondences to 9/8/1996 AD. This was by invitation from the embassy of the Kingdom in Argentina. He also visited a number of Islamic Centers and organizations.

5.     The Secretary General visited Spain to participate in a symposium on Islamic education in Europe at the Islamic Cultural Center in Madrid that is affiliated with MWL as well as to see some mosques and Islamic centers. He met with Islamic communities there, which had a positive impact on those who are in those mosques, centers, Islamic communities as he had discussed with them a number of issues regarding Islamic work in Spain.

78

IIRO 017050

6. The Secretary General participated in the Islamic Cultural Organization Council meeting in Geneva on 5/4/1417 AH, which corresponds to 19/8/1996 AD, to discuss the administrative and financial status of the organizations. His Excellency was selected as President of the Organization Council and President to the current session of the Council.

7. The Secretary General visited on 30/8/1996 AD, that corresponds to 16 Rabi' Thani 1417 AH, Manila, Philippines to participate in a signing ceremony for the peach agreement between the government of the Philippines and the Moro Islamic Liberation Front (MILF) that is headed by Nour Maswari; MWL had a continuous role in achieving the agreement. On this occasion, His Excellency issued a statement outlining the dedication of MWL in the issue of Muslims in the Philippines as well as the efforts and endeavors carried out by MWL to assist the Muslims there.

8. The Secretary General participated in the tenth International Meeting for Peace that was organized by the organization Saint Judeo in Italy on 7 – 10 October, 1996 AD, which corresponds to 25 – 28 Jumada Awal, 1417 AH. At this meeting, His Excellency gave a speech in the general assembly session and the session focused on the Islamic-Christian relations, as well as at the closing of the conference; these speeches were well received by the Muslims and others.

9. The Secretary General attended the twenty-fourth conference of the foreign ministers of the Muslim countries and members of the Organization of Islamic Council, which was held in Jakarta, 28 Rajab to 3 Sha'aban, 1417 AH, that corresponds to 9 – 13 December, 1996 AD. During His Excellency's trip to Indonesia, he visited a number of the large Islamic Committees in the capital Jakarta and discussed with the leaders issues of Muslims in Indonesia.

10. The Secretary General visited Cairo to attend a meeting of the Presidency of the World Islamic Council for Daawa and Relief held on Wednesday 19 February, 1996 AD, that corresponds to 12 Shawal 1417 AH. During His Excellency's trip to Cairo,

79

IIRO 017051

he met His Excellency, the President Mohammed Hosni Mubarak, President of the Arab Republic of Egypt, wherein His Excellency outlined the efforts of MWL and World Islamic Relief Council to serve Islam and Muslims.

Then he visited Jordan and His Excellency met with His Excellency the Minister of al Waqf, and Islamic Holy Sites in Jordan. He discussed with him the issue of the noble Jerusalem and the shared work between MWL and the Jordanian ministry in the charitable and Daawa endeavors. He also met with His Excellency, the Minister of Social Development in Jordan; he discussed with him issues related to supporting orphans, building mosques, digging wells and other charitable and relief work. He thanked His Excellency for the cooperation of the ministry with the International Islamic Relief Committee's programs. On the other hand, His Excellency visited the office of MWL and the office of the Relief Committee in Jordan as well as some health sites there. Then His Excellency traveled to Britain to examine the office of MWL in London and to meet with officials of the Islamic and Daawa centers and committees in the United Kingdom. Then His Excellency travelled to Belgium and delivered the Friday sermon in gathering of worshippers from Muslim communities there wherein they remained connected to Allah, cooperating in righteousness and piety, and avoiding conflict and disagreement that separates the message. An airport mosque was opened with the participation of several members of the Islamic community. He then left Belgium to go to the United Arab Emirates to participate in the meetings of the Relief Committee that is affiliated with the World Islamic Council for Daawa and Relief that was held in al-Sharja 5-6 March, 1997 AD, that corresponds to 26 – 27 Shawal 1417 AH.

11. The Secretary General attended the sixteenth session of the Islamic Summit to celebrate the fiftieth anniversary of Pakistan that was held in Islamabad on 23 March, 1996 AH, that corresponds to 14 Zulqaidah, 1417 AH.

12. The Secretary General participated in the International Symposium on Jerusalem that was held

80

IIRO 017052

17-18 Zulqaidah 1417 AH, that corresponds to 26-27 March 1997 AD in the Islamic Cultural Center in Rome, Italy that was organized by MWL in cooperation with World Islamic Council for Daawa and Relief wherein he delivered a speech in this occasion and several Muslim and Christian persons attended this symposium that covered a number of topics related to the Islamic, Arab and international issues of Jerusalem and the actions of the Jewish occupations; a number of important studies about Jerusalem were presented. Then His Excellency traveled on 21/11/1417 HA to the Moroccan capital, Rabat, with a delegation of participants in the International Symposium for the Issues of Jerusalem to meet with King Hassan the second, the King of the Kingdom of Morocco and the president of the Jerusalem Committee that emerged out of the Islamic Conference to examine the outcome of the symposium that had issued the aforementioned Statement. On the other hand, His Excellency met with Mr. AbdulKabeer al-Alwi al-Madghari, Minister of Awqaf and Islamic Affairs in Morocco wherein there was a discussion about the cooperation between MWL and that the Ministry in the area of al-Daawa and Islamic work in general as well as examined developing and supporting the cultural activities amongst Muslim communities through Islamic cultural centers in the European continent and the meeting also discussed initiating collaborative work in the African and European continents.

13.   The Secretary General and his accompanying delegation traveled to visit the Republic of Croatia on 15/12/1417 AH, that corresponds to 24 April 1997 AD, to participated in the symposium (Islam in the West) that was held 25-27 April, 1997 AD, that corresponds 18 – 20 Dhul Hajj, 1417 AH, and that organized by the Islamic Clerics in Zagreb. His Excellency delivered a speech in this meeting calling to work on increasing the cooperation and understanding between the Muslims residing in Europe, whether with the immigrants or the original inhabitants. During their visit to Croatia, the delegation visited a number of cities in Croatia and inspected a number of Islamic organizations found there as well as visit the location of the Islamic community in the capital of Croatia

81

IIRO 017053

(Zagreb) and listened to the explanation of the Grand Mufti about the work and activities carried out by the Muslim community.

14.    The Secretary General and the delegation visited the Republic of Bosnia-Herzegovina on 21/12/1417 AH to examine the situation of Muslims there, getting acquainted with their needs, inspecting the missionary (Daawa), educational and health organizations. They visited the Islamic Clerics site in Sarajevo and met with the Grand Mufti Mustafa Sartesh and discussed with him the needs Muslim community as well as met with His Excellency the President Ali Izet Begovic in which they discussed the common issues, led by concerns of the people of Bosnia-Herzegovina after the end of the war of aggression against it. He visited a number of Islamic organizations and institutions in Bosnia, which included the office of the Saudi High Commission for the support of the Muslims of Bosnia and Herzegovina that is headed by His Excellence Prince Suleiman Bin Abdulazziz and the Office of the International Islamic Relief Organization and the Islamic Institute. He participated in an open meeting with a number of officials, experts and university professors. During this visit he met with the representatives of the Islamic organizations working in Bosnia and Herzegovina and conduct a tour to examine the mosques, schools, clinics, and orphanages. He held a meeting with representatives of the religions in Bosnia and clarified the Islamic perspective on human rights and urged them to maintain the peace in the region, spare the spilling of Muslim blood, and denounce the aggression.

15.    The Secretary General participated in a conference (Islam and Europe) that was organized by Florence University in Italy, and al Azhar University on 2 Muharram 1418 AH, that corresponds to 8 May, 1997 AD, in the city of Florence, Italy. His Excellency delivered a speech in the conference where he thanked the two universities for promoting the cultural relations between Islam and Europe. His Excellency noted that MWL's vision mandates supporting these types of meetings that seek to [build] common understanding and cooperation. Also, His Excellency met with the Vatican Deputy Foreign Minister

82

IIRO 017054

In the Italian capital, Rome, to discuss the situations of the Islamic communities in Italy and examine issues related to opening of a MWL office in Rome. Both sides reviewed some common misperceptions in the West about the Islamic religion, which includes false accusations that are promoted by some groups that hate Islam and Muslims.

After participating in the conference, His Excellency conducted a tour of a number European countries to visit the Islamic organizations and centers; he visited Austria wherein he examined MWL managing a Muslim Cultural Centre in Vienna. Then he visited Switzerland and examined the Islamic Daawa programs there and met with some of the Islamic committees and organizations working in Switzerland.

16.   The Secretary General visited the Arab Republic of Egypt on 4/2/1418 AH to participate a number of Islamic gatherings; His Excellency participated for two days, 5 and 6/3/1418 AH in the meetings of the Constituent Council for the World Islamic Council for Daawa and Relief to discuss the topics on the Committee's agenda. He also participated in the tenth conference of the Higher Council for Islamic Affairs that began on 9/2/1418 AH and that was organized by the Awqaf Ministry on the topic (Islam and the West: Past, Present and Future). During his time in Cairo, he participated in the symposium by al Ahram Regional Institute for Journalism with a presentation in which he talked about the establishment of the Muslim World League, its goals, activities, programs, and interests. He responded to a number of questions from the newspapers about a number of the raised issues on the international stage against Islam and Muslims. It is apparent that the conflict between Islam and the West is not only a religious issue, but is a military and economic conflict. He called on the need for the preachers, thinkers and media to present the right image of Islam as he called on Westerners to seek to know Islam and learn about the principles, such as what they know about the Islamic committees and organizations, and the Islamic world economy.

83

IIRO 017055

17.    The MWL Secretary General in the tenth anniversary of the Religious Summit meeting that called for peace in the world and was held in Kyoto, Japan on 29 first Rabi' Awwal until 1 Rabi' Thani AH, that corresponds to  2 -4/8/ 1997 AD, where he delivered a speech explaining the position of Islam on peace emphasizing that the humanitarian call for peace is not new for the Islamic community. He explained that Islam is a divine law that has a sound methodology and is not based on the ideas of humans; it is valid for all times and places. As he explained the position of Islam with regards to wars, oppression, human rights, its view of humanity and the cooperation between its societies for good. In his speech, he called for the respect of the rights of Muslims and work on eradicating oppression and racial discrimination and respecting human rights and implementation of the international laws in relation to the rights of Palestinians and Kashmiris in their countries. During his stay in Japan, he participated in a number of media activities; he spoke in a television program in which he explains the reasons that have led to bloody confrontation in the world, insisting that war is not the preferable way to solve the problems. In the program, he discussed a number of important issues and explained that the attempts to distort the Islamic religion are fallacies that should not be repeated because they are based on deception. He call on the United Nations to listen to the voice of truth as it works to resolve the world problems as well as to protect individuals from unethical exploitation. He announced in the meeting that the Islamic religion is the one that has spread the most and that it can contribute in achieving human happiness in the twenty-first century. He asserted that the Japanese people are in need for a proper introduction to Islam; the absence of is issue is what has delayed the arrival of Islam into the hearts of the Japanese. During his time in Japan, he held a number of Islamic meeting with the Islamic organizations and center and he explored with their officials the circumstances of Muslims in Japan and their needs. While visiting the Japanese city of Kyoto, he held a press conference during which he introduced the Islamic principles and affirmed that his message is one of peace for all humans.

84

IIRO 017056

18.   The MWL Secretary General participated in opening of The Servant of the Two Holy Sites mosque in the mountain of Tariq, on 5/4/1418, which was inaugurated by His Excellency Prince Salman Bin Abdul Azziz, the Prince of the region of Riyadh as he also participated in setting the cornerstone of the Islamic Center in Malta, which was place by His Excellency Prince Abdul Azziz Bin Fahd, the advisor in the Royal Court in the Kingdom of Saudi Arabia.

19.   The MWL Secretary General participated in an international symposium of the Korean Islamic Union that was held in Seoul, between 19 -21/4/1418 AH, in which the government of Koea participated as represented by the Minister of Culture and Sports. The Secretary General delivered a speech in which he explained the introduction of Islam in the far east; he concluded that Islam spread through its beauty and principles that aligns with innate dispossession and not through force as the enemies claim. His address included a number of recommendations and suggestions for the conference to support the Muslims and their children in Korea, emphasizing the need to focus on teaching the children of the Korean Muslims the rules of their religion and raising them in accordance with Islamic morals. It also affirmed the need to concentrate on training the missionaries and the teacher, and preparing the Islamic material in an easy manner in the local languages. He also called for utilizing the conferences, the lectures, the cultural, scientific and social symposiums to explain the Islamic thought and the position of Islam towards different issues. He emphasize the need to organize preaching and guidance lessons in the mosques, and ensuring that the Friday sermons raise awareness of the Muslims of the dangers around them. During his time in Seoul, he met with the Korean Minister of Culture and Sports and discussed with him a number of issues that are related to the circumstances of Muslims in Korea and their needs. He also met with a number of Islamic leaders and advocates and visited a number of the organizations.

20.   The MWL Secretary General visited New York city and Chicago in the United States of America to examine the missionary work in a number of Islamic organizations

85

IIRO 017057

there and to review the situation of Muslims and their activities. He participated in the thirty-fourth conference of the Islamic Association of North American, which was held in Chicago under the title "Muslims for Moral Excellence," from 26 – 29/4/1418 AH. He delivered a speech that touched on responding to a number of issues that are the Islamic and International arenas; it demonstrated that the message of Islam is the message of peace contrary to false claims of the haters. As he affirmed that the state of the human community will not be set straight only when the objectives of Islamic laws and ethics are realized. He asked the missionaries to focus on highlighting the gems of the religion and to correct its image that inaccurate for some the nations. He warned that without a discussion between the Muslims and others, the destructive forces will persist and those who benefit will work to plant conflict between people. He explained in his speech the establishment of the Muslim World League and its goals. He explained the role of its council, committees, management and offices in monitoring the community's issues, and during his visit to New York, he visited the Secretary General headquarters of the Non-Governmental Organizations Administration that is affiliated with UNICEF, one of the United Nations Committee's Organizations where he met with its officials and explained to them the Islamic perspective in relation to the issues of the family, women and childhood. He highlighted the role that the Muslim World League Committee fulfills in these areas. He also visited the Islamic Cultural Center in New York and met with its officials. He delivered an address in which he demonstrated the role and responsibility of the Muslim individual in building the community.

21.   The Secretary General visited the Italian capital, Rome, to monitor the situation of the Islamic propagation in Italy and checking on the Cultural Islamic Centers, participate in the inauguration of the Islamic School in the Centre that was inaugurated by His Excellence Prince Sultan Bin Abdul Azziz, the Second Deputy Prime Minister, and Minister of Defense, Aviation and Inspector General in the Kingdom of Saudi Arabia. The Secretary General had delivered an address in which he praised His Excellency Prince Sultan for his service of the Islamic propagation and indicated that MWL is seeking

86

IIRO 017058

through the Center that it oversees to introduce Islam and establishing a mindful discussion with the others and serving the communities and Muslim minorities to assist them in facilitating the difficulties with processes with local authorities in Europe to enabling building and co-existing on legal bases that is away from exaggerations and fallacies.

During his stay in Rome, the Secretary General supervised a training session, that was conducted by the Secretariat General to the Director of the Offices and Centers abroad, which was held in the Islamic Cultural Center during the period of 7 – 11/5/1418 AH. It examined a number of issues that concern the Muslim communities in Europe. He delivered a speech during the session's activities in which he talked about the oppressive attack that Islam is subjected to with the goal of damaging its image and making it the enemy in place of the communist regime, as was explained by the participants in the course in the States, which must be addressed in order to achieve the interests of the Muslims. At the closing of the course, the Secretary General invited that participants to work on increasing the cooperation bonds between in the Islamic field to energize the work of proselytizing. At the end of its activities, the course issued a number of recommendations regarding the duties of the offices and centers in serving Islam, updating its services and improving it in the fields of proselytizing, education and communication as well as in the social and cultural areas emphasizing the need to introduce Islam in the European societies and the establishment of cooperative partnership with different Islamic organizations.

22.   The Secretary General participated in inaugurating the King Fahd Cultural and Islamic Center and its affiliated mosque in its new addition in the suburb of Mantes-la-Jolie near Paris in France, and that MWL oversees. Wherein it was inaugurated by His Excellency Prince Abdul Azziz bin Fahd, the advisor in the Royal Court in the Kingdom of Saudi Arabia, one 19/5/1418 AH. The Secretary General delivered an address in which he thanks the Kingdom government for supporting Islamic work and protecting the Muslims through the Islamic Centers, building of mosques

87

IIRO 017059

And helping to build them, and supporting the mosque fund that is affiliated to the World Supreme Council for Mosques in the amount of (20) million Riyal of annual aid. It has indicated that MWL has taken on the printing of the Islamic religious principles and defending its legitimacy. As well as, the utmost care should be given to the mosque and the revitalization of their mission. While in Paris, the Secretary General met with the advisor for religious issues at the Minister of the Interior and explored with him ways to cooperate on the interests of the Islamic community in France.

23.  The Secretary General attended the nineth meeting of the Constituent Council for the International Islamic Council for Daawa and Relief that was held in Cairo on 1 -3 October, 1997 AD, that corresponds to 30/5 -2/6, 1418 AH wherein the His Excellency gave a speech in the opening of the session on behalf of the participating delegation in the meetings and that represents more than 60 International Islamic committees. His Excellency addressed his message to the entire world; he said: Muslims are advocates of security, safety and peace. They have suffered enough from plunder, deceit and exploitation; insisting that these issues cannot persist. Islam is spreading more than any other religion. The Muslims are increasing from day-to-day and the world must deal with this phenomenon and reality. His Excellency has called for the integration of the Islamic work between the official and community organization as one group for Islam; there is no differentiation between the authority and the people and there is no difference between the official organizations and community organizations, especially during this time in which they have been mixed together and become intertwined, this needs to be resolved.

24. The Secretary General participated in the eleventh conference for discussion between Muslims and Christians that was held in Badolato, Italy in the first week of Jumada al Akhira 1418 AH. He delivered a speech in the closing session that touched on the Muslim and Christian relationships and he explained a number of points related to the conference that was held to identify the points of agreement and disagreement between Muslims and Christians, as His Excellency called

88

IIRO 017060

For everyone to stand up against atheism, the morale decay and the deceptive calls, oppression, tyranny and to fight ignorance and to work to protect the environment.

During his visit to Italy, His Excellency visited a number of mosque and Islamic Centers in the cities and villages in the areas of Rome and Naples and others, during which he met with the Muslim communities there and discussed their concerns. His Excellency affirmed on the need for Muslims to have a proper understanding of Islam, adhere to good morals and good treatment of others. He presented aid to the mosques and Muslim committees and organizations there.

25.    The Secretary General participated in the meeting of the Summit in Abu Dhabi in the United Arab Emirates on 2 – 4 Rajab, 1418 AH, "The future of the Arab World and the Role of the Arab League" where, in the presence of His Excellency Sheikh Zayed al Nahyan, the President of the United Arab Emirates,  His Excellency delivered a speech thanking His Excellency the President for his efforts for uniting the word, bringing people together and reconciling differences in the Islamic arena. As His Excellency affirmed the importance of continuing the effort to strengthen the Arab house, organization or country, noting that this is one of the reasons for the strength of the Islamic community, which by extension good for all of humanity. He presented some recommendations to the symposium that would improve the connection of the Islamic countries, committees and organizations to their true Islamic religion.

26.    The Secretary General of the Muslim World League participated in the opening ceremony of the tenth session of the Islamic Fiqh Council that is affiliated with the Organization of Islamic Conference held on 22/2/1418 AH and delivered a speech in which he noted the need to pay attention to the problems of the Muslim community from assault on ideas that go beyond boundaries as well as land and sea separation. Now everyone can reach into every home through the satellites.

89

IIRO 017061

He also thanked the Islamic Fiqh Council that is affiliated is affiliated with the Organization of Islamic which is a subsidiary of the Muslim World League. He called for increased coordination between the two leagues and other like committees; wherein, the Fatwa councils have begun to spread even in the Muslim minority communities in non-Muslim countries without any direct coordination with the Umma Scholars. He thanked His Excellency, the Custodian of the Two Holy Mosques, May Allah protect him, for his continued financial and moral support of the two Leagues within the framework of his service of Islam and Muslims.

90

IIRO 017062

# (B) His Excellency, Assistant Secretary General Travels

## 1. His travel to Kenya, Tanzania and Uganda

His Excellency, MWL Assistant Secretary General al sheikh Mohammed Bin Nasser al-Aboodi along with Director of the Office Administration and the Centers abroad visited a number of countries in East Africa:

### Kenya:

His Excellency arrived in Kenya at dawn of 10/2/1417 AH to attend a symposium for the new Muslims in Mombasa with an invitation from the Director of the College of Islamic Studies in Mumbasa, the Sheikh Siraj Rahman symposium. The delegation visited a number of  mosques and attended the graduation ceremony of the thirty new Muslims in the Islamic Education Council building. His Excellency delivered a address in this ceremony in which he expressed his delight at what he has seen and he conveyed the greetings of the MWL officials, including His Excellency the Secretary General. He then distributed gifts and certificates to the new converts and those who have memorized the Holy Qur'an. His Excellency gave three thousand dollars donation from MWL to be distributed to the graduates to encourage them and win their hearts.

### Tanzania:

The MWL Assistant Secretary General traveled from Kenya to Tanzania wherein he was welcomed by al Sheikh Mohammed Bin Jouba Bin Hameed, Mufti of Tanzania and the President of the Supreme Council of Islamic Issues. The MWL Assistant Secretary General also met with the Vice President of the United Republic of Tanzania and its Foreign Minister. He then travel Zanzibar wherein he met with the President of the Republic of Zanzibar. During this visit, he visited MWL office in Tanzania.

91

IIRO 017063

**Uganda:**

From Tanzania, the MWL Assistant Secretary General went to Kampala, the capital of Uganda, and visited the MWL office there and he oversaw the hand over process between the former director of the office to the newly appointed director. He also visited His Eminence Sheikh Abdul Razzak Matovu, previous member of the MWL Constituent Council. He visited several mosques and Kawolo Hospital in Kampala that was built with funding from MWL and the International Islamic Committee. He also visited an orphanage in the village of Lugo and King Faisal mosque project.

He then returned to Nairobi to inspect MWL's office there and meet with MWL preachers (callers to Islam) and office employees. He also connected with the Saudi Arabia embassy through its chargé d'affaires regarding the business that MWL and the Islamic Relief Committee carries out in Eastern Africa.

92

IIRO 017064

## 2. His trips to several East European Countries

His Excellency, the Assistant Secretary General al sheikh Mohammed Bin Nasser al-Aboodi along with the accompanying delegation visited several East European countries, which were:

Bulgaria, Macedonia, Croatia, Slovenia, Austria and Switzerland from 2 to 19 Jumada Thani 1417 AH, corresponding to 14 – 31 October, 1996 AD. The delegation was not able to visit the Muslim brothers in Serbia as they were unable to obtain an entry visa despite a number of attempts.

### 1. Bulgaria

In Bulgaria, the Assistant Secretary General met with a number of the Islamic figures, including Dr. Nadeem Ibrahim Fanjeef, President of the Supreme Holy Council of the Muslim Community in Bulgaria and al Hajj Basri Mahmood Haji Sharif, Grand Mufti of Muslims in Bulgaria and other places.

The Assistant Secretary General also met Dr. [Sebatosloff Shevaroff] Assistant President of the Council of Ministers of the Republic of Bulgaria responsible for Religious Affairs and the President of the Agrarian National Union along with the advisor for Foreign Policy Affairs; a conversation with them about the issues related to the situation of Muslims in Bulgaria.

The Assistant Secretary General visited a number of cities in Bulgaria, including: Sofia, the capital, Vasco, Colts, Kardzhali, Momchilgrad, Madan, Smolyan and Standeel. He visited the Islamic organizations, the mosques, the schools and others. He met with a large number of Muslim brother and examined their situations and circumstances and witnessed their Islamic project.

93

IIRO 017065

## 2. The Republic of Macedonia:

The Assistant Secretary General and his accompanying delegation visited the Islamic Union office on 5/6/1417 AH and he was welcomed by Mr. Suleiman Afendi Rajbi, President of the Islamic Union and Mr. Mohammed Husni, President of the Association of Scholars and other Islamic Figures.

A meeting was also held with Islamic leaders; approximately 38 individuals, including the two Mufis and others. It was in the office of the Islamic Union.

The Assistant Secretary General visited a number of mosques and Islamic schools and others. He gave financial support to the Islamic Union.

## 3. Croatia:

The MWL Assistant Secretary General arrived at Zagreb airport and was greeted by Mr. Shouaqi Omar Bastish, President of Islamic Clerics in Croatia and Mr. Mursad bin Abdallah Sarber Yonkofetish, Vice-President of Islamic Clerics and others.

He held a session of long discussions with the leaders of the Islamic community in which he listened to a summary explanation of the community's work and activities. He heard about the requests and needs of the community and promised to support them and assist them in accordance with the available capabilities.

The Assistant Secretary General provided assistance from MWL to pay off the urgent expenses of the Islamic school as well as provided them with a sum to assist the Bosnian orphans who are supported by the Islamic center.

94

IIRO 017066

He also visited the cities of Pisak, Lapad, Pula, Porec and examined the situation of the Muslims there and visited the Islamic organizations, schools, mosques and other places as well as reviewed their activities and needs.

## 4. Slovenia:

The MWL Assistant Secretary General arrived to Bologna, the capital of the Republic of Slovenia, and the MWL's delegation headed by His Excellency visited the cities of Trbovlje, Celje, Maribor, Velenje and he reviewed the situations of the Muslims, mosques and other places.

## 5. Austria:

The MWL Assistant Secretary General arrived in Vienna, the capital of Austria and met with Mr. Suleiman Ali Badri the second Secretary in the embassy of the Kingdom of Saudi Arabia. He discussed with him about the situation of Islam in Austria. He visited the Islamic Center in Vienna where he met Dr. Abdallah Abd al-Shakour Kamil, Director of the Islamic Center and other Center officials. He led the Friday prayers and gave an address to the Muslims there.

## 6. Switzerland:

At the end of its tour, the MWL delegation arrived in Zureik and then Geneva. They visited Islamic Culture Organizations that the Muslim World League oversees and met with its officials where they listened brief overview of their work and activities. They examined the issues related to the Center, the salaries of the teachers and preachers, as well as other needs as well as discussed the situation of the Muslims in Switzerland

95

IIRO 017067

# 3. Visit to several States in the  Commonwealth of Independent States

His Excellency, the MWL Assistant Secretary General headed a delegation in a visit to Azerbaijan, Russia, Ukraine, Moldova and Armenia

During his trip that was from 23/11/1417 to 18/12/1417 AH, The Assistant Secretary General met with the heads of religious administrations in Baku, Moscow, and Makhachkala as well as Presidents of Islamic universities, students, Muslim Imams as well as some of the government officials in Nakhchivan, Moscow, and Chisinau wherein the issues of Muslims were reviewed with them and examined with the Muslim leaders and their heads the problems of Islamic work and its needs and urged them to focus on the Islamic education and raising awareness of the Muslims by adhering to the teachings of their religion, the necessity of performing prayer in congregation and good conduct with their non-Muslim citizens and commitment to the Islamic ethics when dealing and calling to God Almighty.  He encouraged them to be self-reliant by building mosques. He told them that MWL is willing to cooperate with them in supporting Islamic work in its various fields and the conditions necessary to achieve support. In light of what the League's delegation, headed by the Assistant Secretary General, observed in terms of actual needs and seen of the existing projects, he gave them financial assistance in the name of the league so that they complete the projects they had started and to facilitate their work and advocacy activities, a total of $51,800 for more than 19 projects.

The MWL delegation noticed that the Islamic work in Russia, in spite of the barriers faced, its field is open and beneficial if the Islamic work is limited to the cultural, religious and social issues without getting into the political or internal issues and avoiding all that promotes conflict and disagreement.

96

IIRO 017068

So in Azerbaijan, the Islamic work is open and the Muslim World League has a new activity in the refugee camps that requires dedicated effort.

However, Ukraine and Moldova, the international Arab and Muslim students are the ones who are doing some of the good efforts in the Islamic preaching [Daawa]. The Islamic situation in general is sad because most of the local Muslims don't know anything about Islam.

But in Armenia, their hatred has eliminated the Islamic presence especially those who are Sunni, who, it seems, have no presence. The Muslim students have been subjected to armed Armenian assault when they were praying on several occasions in a university building under the guise that they had not acquired a prior permit.

Generally, the Muslims in Azerbaijan, Ukraine, Moldova and Armenia do not know about Islam except in name. The preaching [Daawa] activity is weak because of lack of good preacher and their connection with the Islamic world is limited and the economic situation is poor.

## 4. Visit to India

The MWL Assistant Secretary General, al Sheikh Mohammed bin Nasser al Aboodi, participated in the international conference that was held in town Rasha near the city of Parli in India under the title "Sufism and its impact in Islam" at the Salafi Institute in Rasha. He was the Honorable guest in the conference that was attended a number of university instructors from different religions.  It was also attended by scholars from all over India. The conference was held from 8/1/1418 to 10/1/1418 AH. The Assistant Secretary General delivered an address in the conference in other meetings a number of speeches and lectures.

97

IIRO 017069

## Visit to the state of Assam

The Assistant Secretary General went on a broad tour in the pristine Assam state in Eastern India and met with its President and the Muslim ministers there. He also met with the scholars, sheikhs, and teachers in the Islamic schools. He was accompanied by al Sheikh Mohamed Badr al-Deen Ajmal, President of the Islamic Knowledge Centre in Assam and one of the wealthy and generous individuals in India, and al Sheikh Shoukat Ali, one of the famous scholars. In Assam, he visited the following cities:

Guwahati, Hojai, Gwalpara, Parvita, Rangia, Jacky Road, Mirabari, Muri Goan, Nagaon, Dbka, Neel Bagan, Lamding, Darfur, Panis Kandi, Shahabad, Hailakandi, Bhanka, Asim Ganj, Silgar.

In the meetings that were held in most cities, His Excellency delivered an address and lectures in which he introduce the audience to the Muslim World League and mentioned what the Saudi Government, headed by the Custodian of the Two Holy Mosques, had given to MWL so that it can assist the Muslim brothers throughout the world. He urged those he met, a large audience, to adhere to the tolerant and wise teachings of Islam, abide by its traits, abandon superstitious and heretical practices, strengthen themselves with the pure doctrine of monotheism, and overcome all obstacles that stand in the way of religion, Daawa (calling to Islam) and guidance.

## Visit to Manipur State

From Assam State, His Excellency travelled to Manipur State, which is the farthest Indian state from the east, bordering Burma. He met with its Prime Minister and prominent Muslims there, including ministers and members of parliament, and visited mosques and schools. He was the first delegation to arrive there from the Kingdome of Saudi Arabia, as he mentioned. He visited the capital (Imphal) Lilong, Kokta, and other places.

**98**

IIRO 017070

## Visit to the Republics Harina and Indian Punjab

After completing his visit to East India, the MWL Assistant Secretary General visited the states of Harina where he examined a number of schools and mosques, as well as the scholars in it. He also visited the Punjab State and visited a number of cities in it; as he had done in the Harina State, he examined the schools, institutes and met with the scholars there.

99

IIRO 017071

IIRO 017072

# Fifth

# MWL Offices and Centers Abroad

IIRO 017073

IIRO 017074

The Secretariat General of the Muslim World League wishes to connect with members of the Islamic Ummah in their community and is interested in closely monitor their well-being and their religious, cultural, educational, health, social and other circumstances and in participating in finding solutions to the problems and hardships they face in various aspects of life. It has opened branch offices as well as health and cultural centers in various countries across the world. The number of these offices and centers increased to thirty offices and centers.

These IIRO offices abroad supervise all of League's issues, plans and programs in the region in which they operate. They carry out the mission of spreading and teaching Islam as well as monitoring the local media outlets and their coverage of Islam, Muslims and their local issues, promoting the Islamic perspective, defending the rights of the Muslim community as well as participating in supporting the educational services to the member of the Muslim community and coordinating among Islamic organizations, associations, and institutions that are in that region and reconciling their points of view on various issues that is of concern for Muslims as well as attempting to bring Muslims together to unify their message.

The responsibilities of the office director are:

1. Representing the League before the local authorities, associations and organizations .

2. Organizing and coordinating the Islam da'awah activities among the Muslim communities and Islamic association and centers.

3. Proving Islamic education to the children of the Muslim communities, which will ensure that they safeguard their Islamic identity, in coordination with local educational parties and the League to support the Islamic schools with the appropriate facilities and aid.

103

IIRO 017075

2. Responding to the religious questions that are directed to the League's office, whether over the phone or in an in-person meeting.

3. Distributing Qur'an and the translated meanings of the Holy Qur'an in the various local languages, as well as other books, to the Islamic Centers, mosques, and Islamic associations. The office has sent a large number of them to New Zealand, Fiji Islands, and New Caledonia.

4. Offering cultural services through the Islamic library in the office that opens its doors daily and regularly to the students, teachers, researchers, and preachers. It will have the facilities for photographing, recording and copying the Qur'an recitation, lectures and religious Hadith tapes.

5. Taking care of the students in the Australian universities wherein the office will provide them with copies of the Qur'an and Islamic books as well as search for education scholarships for the children of Muslims in Australia in the Islamic universities the Kingdom of Saudi Arabia.

6. The Director of the office participated in a number of the conferences, symposiums and meetings to which the League had been invited that are intended to strength the good relationships with the Islamic organizations through these conferences and meetings.

   – The meeting of the Administrative Council of the Islamic Centre of the South Pacific that was held in Suva, the capital of Fiji

   – "The Role of the Muslim woman in Australian society" conference on 29/3/1997 AD

   – The Islamic Daawa conference on 31/3/1997.

108

IIRO 017076

- The Islamic seminar in Beirut titled "The future of Islam Papua New Guinea"

7. The Director of the office conducted a number of field visits to different areas of Australia, including the Western and Southern States of Australia, Queensland State, New South Wales, as well as the countries of New Zealand and Papua New Guinea and Fiji Islands.

8. The Office had provided a number of financial grants that were received from the Secretariat General of Muslim World League, which was approximately 86,938,67 Australian Dollars, for Islamic associations.

9. The Office had provided a number of grants that were received from the International Islamic Relief Organization to the Islamic associations in the Pacific Islands to mark the breaking the fast in the approximate amount of 9780 Australian Dollars.

10. Halal slaughter: The Office is supervising the councils that are accredited to issue the halal slaughter certification for meat exported from Australia to the Kingdom of Saudi Arabia. The Center conducts visits to the slaughter houses in all of the Australian states to examine the slaughter operations.

## The League's Office in Uganda:

The League's office, which was opened in 1987 AD, enjoys great popular and governmental respect in Uganda. It is also considered a meeting and coordination center for all of Islamic associations that operate there.

Among the League's Office activities for the 1996/1997 year:

1. Supervising the preachers in their Daawa and preaching work, including leading Muslims in the mosques and preaching in public squares. A number of people have converted to Islam as a result of the League's preachers, including 103 individuals together in the area of Masaka.

109

IIRO 017077

2. Sending preachers and imams during the month of Ramadan every year.

3. The Office was able to unite the 180 Islamic schools in Uganda under one banner, "The Qur'anic Schools Association in Uganda", with the aim of unifying the curricula and improving their level.

4. The Office represented the League in the governmental and popular celebrations.

5. The Office provided a number of grants that were received from the Secretariat General for some of the mosques and Islamic associations that was approximately 74,198 Australian Dollars.

## The League's Office in Burundi:

Among the activities of the League's Office in Burundi:

1. The Office is open from eight in the morning until three in the afternoon every day, except for Friday and Saturday when it closes at twelve.

2. Welcoming guests, visitors and clients from one o'clock until three o'clock every working day.

3. The Office has submitted to the Secretariat General  a request for support and aid for a number of needy mosques and Islamic schools; they are in desperate need for support.

4. The stance of the Muslims during the civil war in Burundi was commendable; wherein the Muslims took a neutral position. This elevated the Muslims' standing in the community and people became interested to learn about Islam. The Office organized a number of Daawa caravans to various areas of Burundi, but this program couldn't be sustained for a long period because there was no funding for this presentation.

110

IIRO 017078

5. The Office sees a need to issue a monthly Daawa pamphlet as well as establishing an Islamic radio program, as was done before the war.

6. Twenty-three people, including nine women, have embraced Islam through the Office.

7. The Director of the Office held a meeting with the Minister for Education and the Eradication of Illiteracy and the heads of the Islamic Schools Union in Burundi; they focused on the future of the Qur'anic schools and requested the establishment of a comprehensive curricula for the Qur'anic schools.

8. The Director of the Office followed-up on the translation of a number of articles about the pilgrimage, umrah, fasting and prayers to Swahili.

9. The Director of the Office conducted work trips to the cities of Niyatir Lal and Muyinga, which are situated at the border with Tanzania, and participated in the office directors training at the Secretariat General in Mecca al-Mukarameh.

10. The Office delivered the scholarships to the students who have been granted a scholarship from the League or the Islamic Relief Organization.

11. Given that there are disagreements and conflict between the Islamic universities in Burundi, the Office sought to unify their message; a body was created to deal with this issue and it was called the Independent authority. A four-person committee was formed to draft a new constitution and prepare new and expanded elections, to establish and Islamic court to adjudicate disputes that arise between Muslims.

12. The Office participated in a number of governmental and non-governmental celebrations and events.

111

IIRO 017079

**First:** The Office participated in receiving a number of the official delegations that visited Senegal and several other African countries, including those from the Secretariat General, the League and others,

a.    The delegation from the Ministry of Islamic Affairs,  Al-Awqaf, Al-Daawah, and Guidance in the Kingdom of Saudi Arabia headed by His Excellency the Ministry of Islamic Affairs, Al-Awqaf, Al-Daawah and Guidance, Dr. Abdallah Bin Abdul Muhsen al-Turki.

b.    The League's delegation headed by His Excellency al-Sheikh Muhammed Bin Nasser al-Aboodi, the Assistant Secretary General of the League, in a trip that included Guyana and São Tomé during the period of 29 March to 9 April, 1996 AD to find out about the situation of Muslims and the Islamic Daawa in these countries wherein the delegation met with the Islamic associations and centers in those countries. Financial support was also given to eleven Islamic organizations in the countries visited.

c.    A delegation from the Ministry of Islamic Affairs,  Al-Awqaf, Al-Daawah, and Guidance in the Kingdom of Saudi Arabia headed by Dr. Abdul Azziz Al-Ateek, Director of al-Daawa in Africa, held a meeting the League's office with preachers from the Ministry, preachers and teachers from the Muslim World League, preachers and teachers from the International Islamic Relief Organization, and preachers from Dar al-Ifta, along with representative of the embassy of the Custodian of the two Holy Mosques in Senegal, were a number of issues related to al-daawah were discussed.

**Second**: The Director of the Office visited Gambia at the invitation from His Excellency President Yahya Jammeh,  President of the Republic of Gambia where he participated in his inauguration ceremonies following his victory in the Presidential elections.

He also visited the representatives of Mali where he participated in the inauguration ceremonies of President Alpha Oumar Konare for his second term.

The League's office also participated in the symposium that was organized by the National Association of Imams

116

IIRO 017080

the mosques and scholars in Senegal in cooperation with United Nations Population Fund under the title "Family Well-Being in Islam"; more than 500 imams and scholars from Senegal, Gambia, Guinea-Bissau and Cape Verde participated in this seminar.

**Third:** The Office delivers the aid sent from the Secretariat General of the League to the associations and organizations to which the support was earmarked. It also collects the required information about the parties and organizations that requests aid from the League.

## The League's office in Somalia

The League's office is temporarily based in the office of the International Islamic Relief Organization in Djibouti. The report that is issued from the acting Director of the Office will be spilt into two section: The political, security and cultural situation inside Somalia and the activities of the Office in its temporary location in the last section.

In terms of the situation inside Somalia, the battles between the factions that are fighting are still ongoing, intensifies at times and subsidizes other times, despite the efforts of the League of Arab Nations or the government of Yemen and others to reach peace. However, until now, there does not seem to be any possibility of a political resolution to this conflict on the horizon.

However, as a result of this bloody conflict, a tremendous Islamic reawakening has emerged in the country, which is divided into a number of factions. There is the traditional leadership that includes Sufi sheikhs and jurists, and another group for the Islamic groups such as the Social Reform group that is associated with the Muslim Brotherhood, and the Islamic Union group that adheres to Salafist ideology. These movements have a great deal of positive impact in the countries, including the disappearance of the signs that are against Islamic morality from the streets, the adherence of women to the hijab, the mosques are crowded, the schools are filled by students seeking knowledge and have increased interest in religious lessons that

117

IIRO 017081

all of the political parties are calling for the implementation of Islamic Sharia.

The activities of the Office are as follows:

– The preachers who working under the supervision of the Office organize Islamic seminars in the Office headquarters to discuss the most important topics related to da'awah and others. There were eleven seminars held during this period and they discussed a number of topics, including the relationship between religion and life, the role of the Muslim woman in society, the League's memo regarding the International Women's Conference's document, interpretation in Islamic jurisprudence and others.

– The Acting Director of the Office participated in a number of meetings and events, including the closing ceremony of the elementary school teacher training for the Abu Dhabi Charitable organization on 6/11/1416 AH, and ceremony for the Qur'an al Kareem Competition that is organized by the International Islamic Relief Organization in Mogadishu.

## The League's Office in Amman, Jordan

The activities of the League's Office in Amman:

1. The coordination and cooperation with the office of the Islamic Relief Organization in Jordan.

2. The preachers who are associated with the Office held lectures and lessons in areas of Jordan and Palestine for which they are responsible. They also organized courses for memorizing the Qur'an and studying the Prophet's life; there were 275 participants in these courses.

3. The Office provided media services by sending research and news articles to the League's media and communication department on topics related to the Islamic Daawa, modern issues, and the Palestinian issue and the history of the Jews.

118

IIRO 017082

4. Distributing books and the Qur'an published by the Secretariat General wherein 1870 Qur'an were distributed in different sizes and 3700 pamphlet, magazine, newspaper and books.

5. Representing the League in conferences and seminars related to Islamic work.

6. Supervising the students studying in Jordanian universities on scholarships from the League and monitoring their educational progress. There are currently thirty students.

7. Visiting the universities and the Islamic Centers that have an exceptional activity in the service of Islam and Muslims and introducing them to the League, its goals and accomplishments.

8. Visiting the projects of mosques and others about which the Secretariat General is requesting information about their status.

## The League's Office in Canada

The activities of the Office:

1. The weekly sermon wherein the Director of the Office delivers the Friday sermon in English in various mosques in Toronto and its surrounding area based on invitations from those who are leading it.

2. The Director of the Office conducted a number of field visits to Islamic Centers and associations through Canada to examine the situation of Muslims and participate in Islamic seminars and others. The cities that were visited include: Saskatoon, Victoria, Montreal, the capital city Ottawa, Rosemère and others.

3. The Office published four Islamic books in English during this period;

119

IIRO 017083

they are: "The Qur'an's message to the Jews and Christians", the book "He is God", "Prominent Muslims" and "Selections from the Prophet's Hadiths"

4. The Office had recorded the Holy Qur'an on cassette tape with English translation to distributed to the mosques and Islamic centers and schools.

5. From time to time, the Office Director delivers lessons to introduce students of the Canadian schools to Islam. These lectures take place in the schools or in one of the mosques; these lessons have great benefits.

6. The Director of the Office attended several big Islamic conferences in America and Canada, such as the Islamic Society of North America conference in the city of Columbus; it was attended by approximately 12,000 Muslims. And the Islamic Circle of North America in the city of Chicago; a quarter million dollars was collected in this conference for a number of Islamic radio programs. [He also attended] The Muslim Youth League Conference in Los Angelos.

7. The Office has distributed a pocket sized translation of the interpretation of the Holy Qur'an in English as well as translated the book "The Call to Allah in light of Surat al Kahf".

## The League's Office in Malaysia

The activities of the League's Office in Kuala Lumpur:

1. Distributing the religious books that had been sent by the League's Secretariat General to the Islamic associations, the universities, and religious councils in the states and the visitors of the Office.

2. Distributing copies of the Holy Qur'an that was issued from King Fahad's complex in al Madinah al Munawarah and those received from Islamic embassies, such as Kuwait and the Gulf States.

120

IIRO 017084

3. Supervising the League's preachers, who are 25 in total.

4. Delivering the salaries of the preachers and informing them of the instructions issued by the League's Secretariat General.

5. Providing the Secretariat General with information about the organizations that request support from the League.

6. Supervising the League's school for orphans in Port Vila, Vanuatu; this school receives support from the International Islamic Relief Organization.

7. Authentication of the certificates of the students who wish to study in the Kingdom and issuance of recommendations and introduction letters to those who request them after confirming.

8. Receiving the guests arriving from the Kingdom and the League as well as bidding farewell to those returning.

9. Representing the League in seminars, conferences and other events.

10. Delivering the Friday sermon in various mosques as well as delivering religion lessons and lectures in different events.

11. Participating in television programs, participating in responding to the questions of the viewers, and delivering religion classes in the mosques and others.

12. Teaching those who are entering into Islam from different races the two declarations of faith (shahada); they are approximately five to ten individuals each month.

## The League's Office in Denmark:

– Denmark is the smallest Scandinavian country and includes 406 Islands, 97 of which are occupied by people. The number of Muslims in it is approximately one hundred and thirty thousand.

121

IIRO 017085

### The regular activities of the Office are:

1. Receiving the letters from the Secretariat General and providing it with the requested data and information after researching those associations and organizations.

2. The Office receives hundreds of telephone calls from the general public who are inquiring about Islamic issues, in addition to the tens of letters from different groups that wish to obtain information on various topics related to Islam, such as the status of women in Islam, al Haj, Halal foods, Islamic dress, circumcision, Islamic holidays, abortion, adoption of Islam, Muslims in European countries, and human rights in Islam, etc.

   These inquiries are sent from various organizations from inside and outside of Britain, the Office was able to respond to more than 130 inquiries of this type.

3. The League's Office opened its doors to a number of known Islamic associations that wised to organize Islamic programs approximately at the end of every week, such as organizing lectures, Islamic law sessions, Arabic language classes, advice regarding al Haj and Omrah, and celebrations in Islamic holidays, etc.

4. The Office prepared a number of reports and research which it sent to the Secretariat General during this period, the reports included:

   – A report that includes general information about Britain and the situation of Muslims, and the Daawa activities.

   – Research on Islamic education in Britain: its necessity and abilities

   – A long report regarding the successful methods in the area of Daawa work.

   – Another report regarding Daawa through the audio-visual media, etc.

126

IIRO 017086

As the Office has good relations with the British Ministry of Agriculture, there is coordination with it around the halal meat; the Ministry is demonstrating interest in the Islamic way for slaughtering animals.

5. The Office participated in a number of conferences and seminars during the period of the report, including:

   – Religious education for Muslim children, the path to the Imam "The National Association for Islamic Education in the United Kingdom"

   – Unity of Muslims in Britain, the Islamic British Group

   – Meeting attended by His Excellency the Secretary General of the League, in which the heads of some of the Islamic associations and Britain and others were welcomed.

6. The Office delivered a number of grants issued from the Secretariat General of the Muslim World League in the amount of 19,287.97 British Pound to the Islamic associations and individuals.

7. The Office distributed a number of Islamic books to visitors and researchers.

## The League's Office in Moldova:

1. The preachers associated with the Office delivered the sermons in the mosques at the Friday prayers and organized weekly lessons in the interpretation of the Holy Qur'an and Prophetic Hadith.

2. The preachers associated with the League visited the prisons on the request of the Minister of Interior to raise awareness among the inmates; more than ten visits were completed in the year.

3. The Office conducted awareness efforts to introduce the decrees of Islam among the Moldavian army on the request of the Ministry of Defense and National Security.

4. Responding to the questions received through the telephone related to Islamic topics; there were more than three telephone calls daily.

127

IIRO 017087

5.  The Office issued the fifth volume of the League's magazine in the Moldavian language.

6.  The Office prepares a presentation of Islamic program to be broadcast on Moldavian radio; it has presented more than fifty religious programs this year.

7.  There is a public library inside the Office that visitors can use.

8.  The Office conducts an annual competition during the Holy month of Ramadan in cooperation with the television and it receives support from the Secretariat General for this program in the amount of 550 Dollars.

9.  The League's office and preachers participated in holding an Islamic seminar, such as eradicating illiteracy and combatting drugs, and others.

10. The Office assisted the governmental bodies in presenting the Islamic points of view and legal decrees in the drafting of the Moldavian constitution.

11. The classes for teaching the Holy Qur'an, Sharia and Arabic continued inside the Office in the morning and evening; there were sixty male and female students.

## The League's office in Mauritania

The League's Office plays its role in raising awareness among the Muslims and educating them of the dangers surrounding them, the activities of the Office are summarized as follows:

1.  The interviews and meetings with administrative officials, exchange of the information with them. The reception files in the office documented during the period of 1/1/96 to now more than one thousand interviews including with heads and sheikhs of Islamic institutes and schools, heads of charitable associations, judges, doctors and mayors, and others.

2.  The Director of the Office conducted a number of trips inside Mauritania to learn about

128

IIRO 017088

the programs that are supported by the League as well as to supervise the work of the preachers and the teachers who are appointed by the League; the trip included all of the Southern states.

3. The Office supervises the Qur'anic Institute that is affiliated with the League. Every two years, sixty students graduate from this Institute.

4. The Office provides the different departments of the Secretariat General with reports on the work of the Institute and the preachers, as well as reports about the mosque projects about which the Secretariat General inquires.

5. The Office distributed more than ten thousand copy of the Holy Qur'an that is issued by the  King Fahd Complex for the Printing of the Holy Qur'an in al Madina al Munawwara, in addition to the books, newspapers and magazines issued by the League's Secretariat General.

6. The Office also provides the Secretariat General with regular reports about the Awqaf accounts of the International Higher Council of Mosques that owns stores in the market in Nouakchott and separate building near this market. There are also the revenues and expenses accounts related to the Office.

## The League's Office in Moscow

1. The League's Office in Moscow distributed a large number of copies of the Holy Qur'an and translating its interpretations into various languages during the years of 96 and 97 AH [sic].

2. The League's Office in Moscow highlighted the point of view of the Islamic world, especially the associations, organizations and religious departments, by informing them of the League's interest and it's just stance on current Islamic issues through data and reports issued by the Secretariat General in relation to these issues.

129

IIRO 017089

3. The League's Office prepared two studies about Muslims in the Republics and regions of the Russian Federation.

   The first study, titled "Islam and Muslims in the Russian Federation". The second study was a separate study that included the most important republics and regions in which various minorities reside, Islamic and others, inside Russia.

4. The League's Office in Moscow participated in the Islamic seminar that was organized by the Union of Muslims of Russia on April 7 – 8, 1997. It was attended by the League's Secretariat General delegation headed by the Assistant Secretary General al-sheikh Mohamed Bin Nasser al-Aboudi, May God protect him.

## Al-Faisal Islamic Center in Benin

1. There were 84,064 (eighty-four thousand and sixty-four visitors) visitors to the Center in Cotonou during 1996 AD. From the start of 1997 to May of 98, twenty-five thousand and three hundred and twelve visitors.
2. The number of visitors to the Center in the city of Porto-Novo during the year 96 AD, sixty-eight thousand five hundred and eight seven, and from January to May of 97 AD, fifteen thousand three hundred and fifty-two visitors.
3. The number of visitors to Scodi Center in 1996 AD was six thousand, five hundred and sixty-five. From the beginning of 97 AD to May 97 AD, two thousand, three hundred and twenty-six visitors.

## Distribution of the Holy Qur'an and books:

More than ten thousand schoolbooks for various levels were distributed to the Arabic Islamic schools throughout Benin. Also, more than six thousand copies of sections of the Holy Qur'an.

130

IIRO 017090

**The library:**

Over the past two years, there have been more than ten thousand and eight hundred visitors to the library. There were more than seventy Islamic tapes in French and Arabic have been presented.

**The Mosque and the Holy Qur'an sessions:**

At the Centre, a session for the teaching of the Holy Qur'an to adults and children was organized. There were also sessions specifically to assist the new Muslims to learn about the tenets of the Islamic religion. Through the Office and the preachers, more than 100 individuals have embraced Islam.

The Director of the Center represented the League in a number of Islamic events, such as the opening of mosques, the conversion of some people to Islam, as well in diplomatic events and others. The Director of the Center conducted a number of field visits to various areas of Benin and Togo to examine the circumstance of Muslims.

The Centre organizes al-Hajj and provides guidance to those planning to perform Hajj every year in coordination with the Foreign Ministry of the Kingdom and the interested parties in Benin.

# The Islamic Cultural Centre in Madrid

## 1. In the field of Public Relations and Media

The Centre welcomes a large number of visitors daily and provides them a detailed explanation of Islam and Muslims as well as the role of the Centre and the services that it provides and responds to their questions and inquiries.

The number of visitors over the past two years was more than sixteen thousand, including 113 delegations from schools, institutes and universities and 85 delegations from organizations, associations, cultural and religious groups and others.

131

IIRO 017091

It also provided various services and information to various Spanish media outlet, cooperated with Madrid television station, conducted a discussion about the

## 2. In the field of Religious Affairs:

It includes leading the Muslims in the prayers, Friday sermons, the two feasts, and delivering lessons in jurisprudence, behavior, faith and interpretation and other.

Delivering religious lectures in the Center as well as outside in institutes, and Spanish schools, visiting the jails to preach to the Muslims, responding to the letters and inquiries that are mailed, preparing and burying the dead, conducting marriage ceremonies and performing the marriage contracts and the divorce procedures, and promulgation of Islam and other.

One hundred and thirty-one marriages and nineteen cases of divorce and ninety-four instances of embracing Islam have been overseen.

## 3. Islamic Affairs Office

This Office monitors the affairs of the Islamic associations, Centers and places of prayer in Spain, which are provided with copies of the Qur'an, Islamic books, and prayer times and other things. It is also responsible for carrying out the administrative procedures for marriage contract, overseeing the preparation and burial of the deceased for Muslims along with supporting them financially, supervising the halal slaughter and issuing the certification related to that, visiting the prisoners along with the Centre's Imam and providing them with copies of the Qur'an, books and others.

## 4. The Library:

Approximately between ten and twenty people visit daily and many of the (male and female) Spanish students that visit the library to do research or studies for their

132

IIRO 017092

schools or universities about the Islamic religion. The library administration provides them with the requested information and answers their inquiries.

## 5. The cultural seminars, lectures and visits:

The Center is interested in this type of activity that has a significant impact on the Islamic communities. Leading scholars from Spain and abroad have participated in delivering lectures during the month of Ramadan and other, the most important of which was the Islamic economy seminar that was organized by the National University for online education in cooperation with the Center on 18 – 19 July, 1996 AD.

The second meeting for the heads of the Islamic Cultural Centers in Europe that was organized by the Islamic World Educational, Scientific and Cultural Organization (IWESCO) in cooperation with the Centre on 13 – 15 August, 1996. It was opened by His Excellency Dr. Abdallah al-Abeed, The Secretary General of the Muslim World League. In the month of Ramadan 1416 AH, the program was extremely packed, in addition to the five prayers and Tarawih prayers, there were on average two religion lessons every day as well as five scholarly lectures including a lecture titled "The Muslim minorities in the Balkans" that was delivered by His Honor the Bosnia ambassador Dr. Mohamed Nizar Waftish.

The Center held two religious competitions after which presents were distributed to the participants.

The Center organized communal Iftars, which were attended by about 350 people on average.

The Center held a competition for memorization and recitation of the Holy Qur'an. There were five levels; cash prizes were given to those who placed first at each level.

133

IIRO 017093

This was the case in the month of Ramadan 1417 AH. In addition, the women's activity wherein there were lectures focused on women that were organized with a number of female scholars.

The Center announced that it would conduct an article writing competition for men and women on contemporary Islamic topics.

There are many administrative, media and other activities.

## Al-Faisal Islamic Centre in Niamey, Niger:

### 1. In the field of education and culture:

a. The total number of students in the Muslim World League's institute in its elementary and secondary departments was 1155 (male and female) students. The elementary and secondary tests are prepared by the Ministry of Education in Niger and the League's institute has attained some of the highest passing rates in the Niger schools.

b. The cultural department in the Institute was established in response to the demand of many of those who are interested in learning the Arabic language and Islamic culture, whether it is the staff, workers, businessman and others. The number of people registered in the Arabic language and Islamic culture programs is 697, and there are 156 individuals in the sessions to learn the Holy Qur'an and recitation lessons.

### 2. In the field of al-da'awah and guidance:

The Center organized Islamic lectures in coordination with the local Islamic universities that are affiliated with the Nigerian association for al-da'awah and Islamic solidarity. Some of the leading scholars from Ivory Coast, Mali and others, were invited to deliver lectures and conducting seminars.

134

IIRO 017094

### 3.  In the field of Health:

The total number of patients seen at La Mourdi and Babouki clinics in Niamey from January 96 to June 1997 AD was 48304 (forty-eight thousand, three hundred and four) patients. They participated in the vaccination campaigns against epidemic diseases.

### 4.  In the field of aid:

The Center distributed a number of Holy Qur'an and religion books that were sent from the Secretariat General. The Center also delivered the aid that is sent from the Secretariat General to its recipients.

### 5.  Representing the League:

The Director of the Center represented the League in several Islamic and cultural events. He also opened the mosques, conferences and celebrations, and other.

## The Cultural and Islamic Foundation in Geneva:

The Foundation conducts various activities, including:

### 1.  Educational and Cultural Activity:
- One of its most important activities was teaching Muslim children on Saturday and Sunday; there were more than 200 students.
- It opened classes for adults who do not speak Arabic. The number of students was between 70 and 90 individuals annually.
- Establishing weekly circles for women to teach them religion and Islamic law.
- Holding weekly seminars in the mosque about Islamic law and monthly about Islam and current events.

135

IIRO 017095

2. Media activity: The organization monitors what is published in the local and European newspapers and writes articles in French in the local newspapers to correct the misconceptions about Islam.

3. Other social services, such as assisting those who want to learn about Islam, washing and shrouding the deceased, conducting marriage ceremonies and visiting Muslim prisoners.

4. This is in addition to organizing religious ceremonies in the organization's mosque, such as prayer, Friday sermon and Holy Qur'an circles and interpretation.

5. The organization had conducted a large celebration in previous Eid Fitr that was attended by a large number of government and federal officials who spoke about Islam and the good relation for the Muslim community. They welcomed the presence of Muslims in Switzerland and appreciated their role in serving the society. More than seven thousand people attended the celebration; it was the biggest Muslim gathering in Switzerland.

## The Islamic Cultural Center in Italy

– The training session for the Directors of the League's Offices and Centers in Europe was held in the Islamic Cultural Center in Rome during the period of 7 -11/ 5/1418 AH. The Directors of the League's Centers and Offices in Europe participated in the training. The participants presented new papers on the circumstance of Muslims in the regions in which their offices or centers are based.

– His Excellency, the Secretary General of the League, and their honors Director General of International Relations and Conference, and Administrative Director of the Offices and Centers Abroad led the session. The participants recommended the need for those working in the Islamic organizations in Europe to examine the political, social and economic environment in which they work and to understand the applicable systems and laws in the areas of their work and

136

IIRO 017096

to work on benefitting from these laws in the service of Islamic work.

- Preparing a scientific study to develop a new and effective strategy to develop the financial and human resources for the Islamic Offices and Centers in Europe.
- Preparing comprehensive studies about the Muslims in Europe in relation to their political, economic and social conditions, their issues and problems, the places that they are found and hold gatherings, and their needs in terms of services.
- It is essential to continue holding seminars like these on a regular basis at the continental level.
- Appointing Mr. Mario Shalowi as advisor to the Islamic Cultural Center in Italy and assign him the administration of the Center; he is a former diplomat in Italy from Italian Muslims.

The Center conducts several activities:

1. Delivering religion and cultural lectures.
2. Participating in celebrations and various events and presenting working papers and speeches conferences to which it is invited.
3. The Center enjoys the respect of the Italian officials.
4. The Center has an excellent relationship with the Vatican and several other Christian organizations.
5. The Center welcomes hundreds of individuals weekly, especially students and tourists.
6. The Center conducts the procedures for marriage contracts and supervises halal slaughter.
7. It welcomes those who wish to embrace Islam and teaches them the primary religious principles.

137

IIRO 017097

- It distributes Islamic books.
- Participate in Islamic conferences and meetings, receives religious questions and responds to them.
- As the Office is considered a point of reference for Muslims there regarding the beginning of Haj and Ramadan months, issuing statements that align with the beginning of a lunar month.
- It held weekly classes for Imams and training program for the preachers.
- It conducted cultural contests and presented prizes to the winners.

## The League's Office in Ethiopia

- Last year, in addition to its daily work managing the office affairs, the Office welcomed the clients and visitors, as well as monitored the work of the preachers. It oversaw the educational progress in the primary school that is affiliated with the League, its three departments: the primary, middle and secondary. The school has a total number of approximately 2654 (male and female) student and 127 teacher and staff.  The Arabic language and different Islamic sciences, as well as modern academic subjects and others are taught at the school until now.
- The school committee that was established about one and a half years ago, expands most of its effort on monitoring educational progress and meets every Wednesday to examine the schools problems and attempts to find solutions, whether these issues are financial, academic, concern teachers or staff, or an issue between the school and the Ethiopian Ministry of Education. The school implements the Ministry's school curricula in accordance with the agreements signed between them. This agreement returned to the school administration to the Office; some similar schools were nationalized by the communist military government, such as other nationalized private schools.

144

IIRO 017098

– As a result of the sincere efforts exerted by the committee, there was relative calm for the first time in the school's history. The disturbances and the tribal disputes that had been prevalent among teachers and workers for trivial tribal reasons or because of favoritism that the previous administration used to have. For the first time, a special file was opened for every teacher and every student in the school. Personal cards were printed for the first time and distributed free of charge to all of the school's students and teachers.

– As a result of the relative calm that has occurred in this school, about 31 male and female students out of 60 successfully took the secondary school exams and have enrolled in Addis Ababa University. This represents more than half of those who took the secondary school exams; with this the school had achieved higher achievements than all of the schools in Addis Ababa, as no other school succeeded in achieving such a high percentage, which was confirmed by the Ministry.

145

IIRO 017099

**رابطة العالم الإسلامي**

الأمانة العامة - مكة المكرمة



# تقرير الأمانة العامة

## المقدم للمجلس التأسيسي لرابطة العالم الإسلامي

### الدورة الخامسة والثلاثون

المنعقدة في مكة المكرمة

في الفترة من ٧ - ١٠ شعبان ١٤١٨هـ

الموافق ٧ - ١٠ ديسمبر ١٩٩٧م

IIRO016973

IIRO016974



IIRO016975

IIRO016976

# مقدمة التقرير

الحمد لله وحده والصلاة والسلام على من لا نبي بعده سيدنا ونبينا محمد وعلى آله وصحبه ومن اتبع هداه .

أما بعد :

فيسر الأمانة العامة للرابطة أن تضع أمام المجلس التأسيسي للرابطة في دورته الخامسة والثلاثين (شعبان ١٤١٨هـ) تقريرها المحتوي على مختلف انشطتها خلال العامين الماضيين ليتسنى للمجلس الإطلاع على جانب من الجهود التي بذلتها رابطة العالم الإسلامي من أجل قضايا الأمة الإسلامية ونشر الدعوة الإسلامية وإعمار المساجد في أنحاء العالم ودعم التعليم الإسلامي، وكذلك في سبيل نشر الثقافة والعلوم والمعلومات الإسلامية من خلال الدوريات والمطبوعات التي اصدرتها ووزعتها في مختلف البلدان .

ونحمد الله – عز وجل – على ما تحقق لأجهزة الرابطة ومجالسها وإداراتها وكذلك مكاتبها والمراكز الإسلامية التابعة لها في الخارج من نتائج خلال هذه الفترة الوجيزة التي تضاف إلى انجازاتها السابقة في مختلف انحاء العالم وعلى رأس ذلك

ه

IIRO016977

زيادة عدد الدعاة وزيادة عدد الهيئات والمؤسسات التي دعمتها الرابطة وكذلك عدد المراكز الإسلامية التي قامت بادارتها والإشراف عليها .

أما بالنسبة للعمل داخل الرابطة فقد تم اجراء بعض التنظيمات الإدارية واصدار توصيف وظيفي وهيكل تنظيمي للرابطة سعيا لرفع الكفاية والقدرات الإدارية داخل الرابطة .

وحيث إن ما تحقق للرابطة من انجازات كثيرة إنما هو بفضل الله – عز وجل – ثم بما تلقاه من دعم متواصل وسخي من حكومة المملكة العربية السعودية وعلى رأسها خادم الحرمين الشريفين الملك فهد بن عبد العزيز آل سعود وسمو ولي عهده الأمين وبتعاون بناء مع الجهات والمؤسسات الإسلامية العاملة في مجال الدعوة الإسلامية وخدمة المسلمين ، فإنه يسرني أن ازجي الشكر الجزيل لكل عامل مخلص قدم خيرا لهذه الرابطة من داخل الرابطة وخارجها .

نسأل الله العلي القدير أن يمنحنا وإياكم توفيقه وأن يجعل أعمالنا خالصة لوجهه الكريم وأن ينصر دينه ويعلي كلمته إنه سميع مجيب وهو نعم المولى ونعم النصير .

الأمين العام لرابطة العالم الإسلامي

د. عبد الله بن صالح العبيد

٦

IIRO016978

محتويات التقرير

IIRO016979

IIRO016980

صفحه

المقـدمة . . . . . . . . . . . . . . . . . ٥

أولاً : الدعوة إلى تطبيق الشريعة الإسلامية . . . . . . . . ١٣

ثانياً : القضايا الإسلامية المعاصرة . . . . . . . ٢١

١ – قضية القدس وفلسطين . . . . . . . . . ٢٣

٢ – المسلمون في جمهورية البوسنة والهرسك . . . . . ٤٧

٣ – المسلمون في سريلانكا . . . . . . . ٥٢

٤ – قضية جامو كشمير . . . . . . . . . ٥٥

٥ – قضية أفغانستان . . . . . . . . . ٥٧

٦ – المسلمون في تركستان الشرقية . . . . . ٥٩

٧ – قضية الصومال . . . . . . . . . ٦٠

٨ – المسلمون في الشيشان . . . . . . . ٦٢

٩ – قضية جزر القمر . . . . . . . . ٦٥

١٠– قضية طاجكستان . . . . . . . . . ٦٧

ثالثاً : عمليات التنصير في أوساط المسلمين . . . . . . . ٦٩

رابعـاً : ( أ ) زيارات ومشاركات الأمين العام في الاجتماعات والمؤتمرات الإسلامية وغيرها . . . . . . . . . ٧٥

(ب) زيارات الأمين العام المساعد لبعض دول العالم . . . ٩١

١ – زيارة كل من كينيا وتنزانيا وأوغندا . . . . ٩١

٢ – زيارة بعض دول شرق أوروبا . . . . . ٩٣

٣ – زيارة بعض جمهوريات رابطة الدول المستقلة . . . . ٩٧

٤ – زيارة بعض الولايات الهندية . . . . . . ٩٩

٩

IIRO016981

خامساً : نشاطات مكاتب الرابطة في العالم . . . . . ١٠١

١ – مكتب الرابطة في نيجيريا . . . . . . . ١٠٥

٢ – مكتب الرابطة في الأرجنتين . . . . . ١٠٦

٣ – مكتب الرابطة في استراليا والباسفيك . . . . . . ١٠٧

٤ – مكتب الرابطة في أوغندا . . . . . : ١١٠

٥ – مكتب الرابطة في بوروندي . . . . . ١١٠

٦ – مكتب الرابطة في تنزانيا . . . . . . ١١٢

٧ – مكتب الرابطة في جزر القمر . . . . . ١١٤

٨ – مكتب الرابطة في جنوب أفريقيا . . . . . . ١١٥

٩ – المكتب الاقليمي للرابطة في السنغال . . . . . ١١٦

١٠– مكتب الرابطة في الصومال . . . . . . ١١٧

١١– مكتب الرابطة في الأردن . . . . . . ١١٩

١٢– مكتب الرابطة في كندا . . . . . ١٢٠

١٣– مكتب الرابطة في ماليزيا . : . . . . . ١٢١

١٤– مكتب الرابطة في الدانمارك . . . . . . ١٢٢

١٥– مكتب الرابطة في الكونغو برازافيل . . . . . ١٢٤

١٦– مكتب الرابطة في لندن . . . . . . ١٢٦

١٧– مكتب الرابطة في المالديف . . . . . ١٢٨

١٨– مكتب الرابطة في موريتانيا . . . . . ١٢٩

١٩– مكتب الرابطة في موسكو . . . . . ١٣٠

٢٠– مركز الفيصل الإسلامي في بنين . . . . . ١٣١

٢١– المركز الثقافي الإسلامي في مدريد . . . . . ١٣٢

٢٢– مركز الفيصل الإسلامي في نيامي بالنيجر . . . . . ١٣٥

١٠

IIRO016982

صفحة

٢٣- المؤسسة الثقافية الإسلامية بجنيف . . . . . ١٣٦

٢٤- المركز الإسلامي الثقافي بإيطاليا . . . . . ١٣٧

٢٥- المركز الإسلامي في فيينا . . . . . ١٣٩

٢٦- المركز الإسلامي الثقافي في بروكسل . . . ١٣٩

٢٧- المركز الإسلامي في البرازيل . . . . ١٤٠

٢٨- مكتب الرابطة في فرنسا . . . . . ١٤١

٢٩- مكتب الرابطة في أندونيسيا . . . . . ١٤١

٣٠- مكتب الرابطة في الفلبين . . . . . ١٤٢

٣١- مكتب الرابطة في بنجلاديش . . . . . ١٤٢

٣٢- مكتب الرابطة في اسلام آباد . . . . . ١٤٣

٣٣- مكتب الرابطة في الولايات المتحدة الأمريكية . . . . ١٤٤

٣٤- مكتب الرابطة في ترينداد . . . . . ١٤٤

٣٥- مكتب الرابطة في أثيوبيا . . . . . ١٤٥

سادساً : نشاطات إدارات الرابطة . . . . . ١٤٧

١ – إدارة شؤون الدعوة الإسلامية . . . . . ١٤٩

٢ – إدارة شؤون المنظمات . . . . . ١٥٢

٣ – إدارة المجمع الفقهي . . . . . ١٥٣

٤ – إدارة التعليم الإسلامي . . . . . ١٥٤

٥ – إدارة العلاقات العامة والاستقبال . . . . ١٥٥

٦ – إدارة الصحافة والنشر . . . . . ١٦٠

٧ – أمانة المساجد . . . . . ١٦١

١١

IIRO016983



رابعاً

# زيـارات ..

( أ ) زيارات ومشاركات الأمين العام في
الاجتماعات والمؤتمرات الإسلامية
وغيرها .

(ب) زيارات الأمـين العـام المسـاعد
لبعض دول العالم

IIRO017047

IIRO017048

# ( أ ) زيارات معالي الأمين العام

**زيارات معالي الامين العام للرابطة للمشاركة في الاجتماعات الإسلامية ..
وفي الحوارات بين اتباع الأديان ولتفقد المؤسسات والمكاتب والمراكز في الخارج**

١ – شارك الأمين العام للرابطة في الاجتماع الخامس والعشرين لهيئة
رئاسة المجلس الإسلامي العالمي للدعوة والاغاثة المنعقد بالكويت في
١/ ١١/ ١٤١٦هـ الموافق ٢١/ ٣/ ١٩٩٦م على هامش اجتماع مجلس ادارة
الهيئة الخيرية الإسلامية العالمية حيث ناقش الاجتماع ماورد في تقرير اللجنة
الإسلامية العالمية لحقوق الانسان من بيانات ومقترحات واصدر عددا من
التوصيات والقرارات لخدمة العمل الإسلامي والتنسيق بين المنظمات الاعضاء
في المجلس .

٢ – شارك الامين العام في اجتماع هيئة رئاسة المجلس الإسلامي العالمي
للدعوة والاغاثة السادس والعشرين بالقاهرة يومي ٢٦ – ٢٧ يونيو ١٩٩٦م
الموافق ١٠ – ١١ صفر ١٤١٧هـ وقد توصل الاجتماع الى اتخاذ العديد من
التوصيات والقرارت منها اقامة ندوة عن القدس في احدى الدول الغربية
وارسال وفود لزيارة بعض دول شمال افريقيا كما ترأس معاليه لجنة المعلومات
التابعة للمجلس لدراسة مايتعلق بتبادل المعلومات والخبرات بين المنظمات
الاعضاء في المجلس كما اتخذت اللجنة توصية باقامة ندوة لممثلي المنظمات
والاعضاء حول كيفية الاشتراك في شبكة المعلومات الموحدة . ومن ناحية
اخرى قام معاليه بزيارة الامين العام لجامعة الدول العربية الدكتور عصمت
عبد المجيد وتم خلال هذا اللقاء مناقشة قضايا التعاون بين الرابطة وجامعة
الدول العربية لخدمة القضايا الإسلامية والعربية .

٧٧

IIRO017049

٣ – حضر الامين العام المؤتمر الثامن للمجلس الاعلى للشؤون الإسلامية بالقاهرة بعنوان (الإسلام ومستقبل الحوار الحضاري) في الفترة ٨ – ١١ ربيع الاول ١٤١٧هـ الموافق ٢٤ – ٢٧ يوليو ١٩٩٦م وقد اصدر المؤتمر بيانا سماه (بيان القاهرة) أكد فيه ان التطرف في الفكر أو في فهم الدين ومايتبع ذلك من تعصب وانغلاق وارهاب امور لا صلة لها بالدين حتى وان وصف مروجوها انفسهم بصفات دينية ورفعوا لخدمة اهدافهم شعارات براقة خادعة . واثناء وجود معاليه بالقاهرة اجرت عدد من الصحف والمجلات ووسائل الاعلام السمعية والمرئية مقابلات صحفية مع معاليه للاجابة على عدد من الاسئلة في الموضوعات المختلفة منها قضايا الحوار والدعوات المنحرفة ودور الرابطة في تحقيق الوحدة الإسلامية وقد اوضح معاليه ان منهج الرابطة يعتمد على وسطية الإسلام كما تعتمد مواقفها على الاعتدال والاتزان وتجنب الاثارة وعدم الانحياز الى فئة أو جماعة معينة كما أكد معاليه ان الرابطة اقيمت من اجل تحقيق التضامن الإسلامي بين الشعوب الإسلامية .

٤ – زار الامين العام الارجنتين لحضور الاحتفال بوضع الحجر الاساسي لمركز الملك فهد الثقافي الإسلامي بالارجنتين يوم ٢٥ / ٣ / ١٤١٧هـ الموافق ٩ / ٨ / ١٩٩٦م وذلك بدعوة من سفارة المملكة بالارجنتين كما زار عددا من المراكز الإسلامية والمؤسسات الإسلامية .

٥ – زار معاليه اسبانيا للمشاركة في الندوة التي عقدت عن التعليم الإسلامي في اوروبا بمقر المركز الإسلامي الثقافي في مدريد والذي يتبع الرابطة ولتفقد بعض المساجد والمراكز الإسلامية واجتمع بالجاليات الإسلامية هناك وكان لتلك الزيارة اثرها الطيب في نفوس القائمين على تلك المساجد والمراكز وفي الجاليات الإسلامية حيث ناقش معهم عددا من القضايا التي تهم العمل الإسلامي في اسبانيا .

IIRO017050

٦ – شارك الامين العام في اجتماع مجلس المؤسسة الثقافية الإسلامية بجنيف يوم ٥/٤/١٤١٧هـ الموافق ١٩٩٦/٨/١٩م لمناقشة الاوضاع الادارية والمالية للمؤسسة وقد تم اختيار معاليه رئيسا لمجلس المؤسسة ورئيسا للدورة الحالية للمجلس .

٧ – زار الامين العام يوم ١٩٩٦/٨/٣٠م الموافق ١٦ ربيع الثاني ١٤١٧هـ مانيلا – الفلبين للمشاركة في حفل توقيع اتفاق السلام بين الحكومة الفلبينية وجبهة تحرير مورو الوطنية التي يرأسها نور مسوارى وكان للرابطة جهد متواصل في الوصول الى الاتفاق وفي هذه المناسبة اصدر معاليه تصريحا اوضح فيه اهتمام الرابطة بقضية المسلمين في الفلبين وماقامت به الرابطة من جهود ومساع لمساعدة المسلمين هناك .

٨ – شارك الامين العام في اللقاء الدولي العاشر للسلام الذي نظمته جمعية سانت ايجيديو بايطاليا في الفترة ٧ – ١٠ اكتوبر ١٩٩٦م الموافق ٢٥ – ٢٨ جمادي الاولى ١٤١٧هـ وقد القى معاليه كلمة في الجلسة العامة من هذا اللقاء وفي الجلسة الخاصة بالعلاقات الإسلامية المسيحية وكذلك كلمة في اختتام المؤتمر وقد لقيت هذه الكلمات ترحيبا عاما من المسلمين وغيرهم .

٩ – حضر الامين العام المؤتمر الرابع والعشرين لوزراء خارجية الدول الإسلامية الاعضاء في منظمة المؤتمر الإسلامي المنعقد في جاكرتا في الفترة ٢٨ رجب الى ٣ شعبان ١٤١٧هـ الموافق ٩ – ١٣ ديسمبر ١٩٩٦م . وفي اثناء وجود معاليه في اندونيسيا قام بزيارة لعدد من الهيئات الإسلامية الكبيرة في جاكرتا العاصمة وناقش مع المسؤولين فيها قضايا المسلمين في اندونيسيا .

١٠– قام الامين العام برحلة الى القاهرة لحضور اجتماع هيئة رئاسة المجلس الإسلامي العالمي للدعوة والاغاثة المنعقد يوم الاربعاء ١٩ فبراير ١٩٩٦م الموافق ١٢ شوال ١٤١٧هـ وفي اثناء وجود معاليه في القاهرة قام

٧٩

IIRO017051

بمقابلة فخامة الرئيس محمد حسنى مبارك رئيس جمهورية مصر العربية حيث اوضح معاليه جهود الرابطة وهيئة الاغاثة الإسلامية العالمية لخدمة الإسلام والمسلمين .

ثم زار الاردن والتقى معاليه بمعالي وزير الاوقاف والمقدسات الإسلامية في الاردن وبحث معه قضية القدس الشريف والاعمال المشتركة بين الرابطة والوزارة الاردنية في الاعمال الخيرية والدعوية كما التقى بمعالي وزير التنمية الاجتماعية في الاردن وبحث معه الامور المتعلقة برعاية الايتام وبناء المساجد وحفر الآبار وغيرها من الاعمال الخيرية والاغاثية وشكر معاليه تعاون الوزارة مع برامج هيئة الاغاثة الإسلامية العالمية . ومن ناحية اخرى قام معالية بزيارة لمكتب الرابطة ومكتب هيئة الاغاثة في الاردن ولبعض المرافق الصحية هناك ثم توجه معاليه الى بريطانيا لتفقد مكتب الرابطة في لندن والاجتماع بمسؤولي المراكز والهيئات الإسلامية والدعاة في المملكة المتحدة . ثم سافر معاليه الى بلجيكا وخطب الجمعة في جموع المصلين من الجاليات الإسلامية هناك حثهم فيها على الاعتصام بحبل الله والتعاون على البر والتقوى والبعد عن الخلاف والاختلاف الذي يفرق الكلمة كما تم افتتاح مسجد المطار هناك بمشاركة عدد من ابناء الجالية الإسلامية ثم غادر بلجيكا متجها الي دولة الامارات العربية المتحدة للمشاركة في اجتماعات لجنة الإغاثة التابعة للمجلس الإسلامي العالمي للدعوة والاغاثة المنعقدة في الشارقة في الفترة ٥ - ٦ مارس ١٩٩٧م الموافق ٢٦ - ٢٧ شوال ١٤١٧هـ.

١١- حضر الامين العام الدورة الاستثنائية لمؤتمر القمة الإسلامي للاحتفال بالذكرى الخمسين لاستقلال باكستان المنعقد في اسلام اباد يوم ٢٣ مارس ١٩٩٦م الموافق ١٤ ذي القعدة ١٤١٧هـ.

١٢- شارك الامين العام في الندوة العالمية لشؤون القدس المنعقدة يومي

٨٠

IIRO017052

١٧ – ١٨ ذي القعدة ١٤١٧هـ الموافق ٢٦ – ٢٧ مارس ١٩٩٧م بالمركز الإسلامي الثقافي في روما ايطاليا والتي نظمتها الرابطة بالتعاون مع المجلس الإسلامي العالمي للدعوة والاغاثة حيث القى معاليه كلمة بهذه المناسبة وقد حضر هذه الندوة عدد من الشخصيات الإسلامية والمسيحية كما ناقشت الندوة عددا من الموضوعات المتعلقة بقضايا القدس اسلاميا وعربيا وعالميا والممارسات اليهودية الاحتلالية . وقُدمت عدد من الأبحاث القيمة حول القدس ثم توجه معاليه يوم ١٤١٧/١١/٢١هـ الى العاصمة المغربية الرباط مع وفد المشاركين في الندوة العالمية لشؤون القدس لمقابلة الملك الحسن الثاني ملك المملكة المغربية ورئيس لجنة القدس المنبثقة عن منظمة المؤتمر الإسلامي لاطلاعه على ماتوصلت اليه الندوة والتي أصدرت بيانا سبق الاشارة إليه . ومن ناحية اخرى اجتمع معاليه بمعالى الاستاذ عبد الكبير العلوى المدغرى وزير الاوقاف والشؤون الإسلامية المغربي حيث جرى في اللقاء بحث اوجه التعاون بين الرابطة والوزارة في مجال الدعوة والعمل الإسلامي بصورة عامة كما تم بحث تطوير ودعم الانشطة الثقافية في اوساط الجاليات المسلمة من خلال المراكز الإسلامية والثقافية في القارة الاوروبية وكذلك تطرق الاجتماع الى تفعيل العمل المشترك في القارة الافريقية والاوروبية .

١٣ – سافر الامين العام والوفد المرافق له لزيارة جمهورية كرواتيا يوم ١٤١٧/١٢/١٥هـ الموافق ٢٤ ابريل ١٩٩٧م وشاركوا في فعاليات ندوة (الإسلام في الغرب) المنعقدة في الفترة ٢٥ – ٢٧ ابريل ١٩٩٧م الموافق ١٨ – ٢٠ ذي الحجة ١٤١٧هـ والتي اقامتها المشيخة الإسلامية في زغرب وقد القى معاليه كلمة في هذه الندوة دعا فيها الى العمل على زيادة التعاون والتفاهم بين المسلمين المقيمين في اوربا سواء من المهاجرين أو من اهلها . وفي اثناء وجود الوفد في كرواتيا قام بزيارة عدد من المدن الكرواتية وتفقد عددا من المؤسسات الإسلامية الموجودة هناك كما زار مقر المشيخة الإسلامية بكرواتيا العاصمة

٨١

IIRO017053

(زغرب) واستمع الى شرح من رئيس المشيخة عن الاعمال والنشاطات التي قامت بها المشيخة .

١٤ - زار الامين العام والوفد المرافق له جمهورية البوسنة والهرسك يوم ٢١ / ١٢ / ١٤١٧هـ لتفقد اوضاع المسلمين هناك والوقوف على حاجاتهم وتفقد المؤسسات الدعوية والتعليمية والصحية وقد زار مقر المشيخة الإسلامية في سراييفو والتقى برئيس العلماء الشيخ مصطفى سريتش وبحث معه احتياجات المشيخة كما التقى بفخامة الرئيس على عزت بيجوفتش وتضمن اللقاء بحث الامور المشتركة وعلى رأسها هموم شعب البوسنة والهرسك بعد انتهاء الحرب العدوانية عليه ، وقام بزيارة عدد من المؤسسات والهيئات الإسلامية في البوسنة وقد شملت الزيارة مقر الهيئة السعودية العليا لمساعدة مسلمى البوسنة والهرسك التي يرأسها سمو الامير سلمان بن عبدالعزيز ومكتب هيئة الاغاثة الإسلامية العالمية والكلية الإسلامية ، وشارك في لقاء مفتوح مع عدد من المسؤولين والعلماء واساتذة الكليات كما التقى في هذه الزيارة بممثلي المؤسسات الإسلامية العاملين في البوسنة والهرسك وقام بجولة تفقد فيها المساجد والمدارس والمستوصفات وملاجئ الايتام وعقد اجتماعا مع ممثلي الديانات في البوسنة اوضح فيه موقف الإسلام من حقوق الانسان وحثهم على المحافظة على تحقيق السلام في المنطقة وحقن الدماء المسلمة وشجب العدوان .

١٥ - شارك الامين العام في مؤتمر (الإسلام واوربا) الذي نظمته جامعة فلورنسا الايطالية وجامعة الازهر وذلك يوم ٢ محرم ١٤١٨هـ الموافق ٨ مايو ١٩٩٧م بمدينة فلورنسا في ايطاليا وقد القى معاليه كلمة في هذا المؤتمر حيا فيها هاتين الجامعتين لابراز الوجه الحضارى للعلاقة بين الإسلام واوربا كما اوضح معاليه ان رسالة الرابطة تفرض دعم مثل هذه اللقاءات التي تسعى الى تفاهم وتعاون مشترك . ومن جانب آخر اجتمع معاليه مع نائب وزير خارجية

٨٢

IIRO017054

الفاتيكان في العاصمة الايطالية روما لمناقشة اوضاع الجاليات الإسلامية في ايطاليا وبحث الامور المتعلقة بفتح مكتب للرابطة في روما كما استعرض الجانبان بعض المفاهيم المغلوطة السائدة في الغرب عن دين الإسلام ومايلصق به من تهم باطلة تروجها بعض الجهات الحاقدة على الإسلام والمسلمين .

وبعد الانتهاء من المشاركة في المؤتمر قام معاليه بجولات في عدد من البلدان الاوروبية لتفقد المؤسسات والمراكز الإسلامية فزار النمسا حيث تم بحث قيام الرابطة بادارة المركز الإسلامي الثقافي في فيينا ثم زار سويسرا واطلع على برامج الدعوة الإسلامية هناك وعقد اجتماعا مع ممثلي بعض الهيئات والمؤسسات الإسلامية العاملة في سويسرا .

١٦ – قام امين عام الرابطة بزيارة جمهورية مصر العربية يوم ٤ / ٢ / ١٤١٨هـ للمشاركة في عدة ملتقيات إسلامية فقد شارك معاليه يومى ٥ و ٦ / ٣ / ١٤١٨هـ في اجتماعات الهيئة التأسيسية للمجلس الإسلامي العالمي للدعوة والاغاثة لتدارس الموضوعات المدرجة على جدول اعمال الهيئة ، كما شارك في المؤتمر العاشر للمجلس الاعلى للشؤون الإسلامية الذي بدأ اعماله يوم ٩ / ٢ / ١٤١٨هـ والذي اقامته وزارة الاوقاف حول موضوع (الإسلام والغرب . . الماضي والحاضر والمستقبل) واثناء وجوده في القاهرة شارك في ندوة معهد الاهرام الاقليمي للصحافة بمحاضرة تحدث فيها عن نشأة رابطة العالم الإسلامي واهدافها وانشطتها وبرامجها واهتماماتها كما اجاب على اسئلة عدد من الصحف حول عدد من القضايا المثارة في الساحة الدولية ضد الإسلام والمسلمين وبين ان الصراع بين الإسلام والغرب ليس قضية دينية فقط وانما هو صراع عسكري واقتصادي ودعا الدعاة والمفكرين والاعلاميين الى ضرورة توضيح الصورة الصحيحة للإسلام كما دعا الغربيين ان يسعوا لمعرفة الإسلام والتعرف على مبادئه بشكل يماثل لما يعرفونه عن الهيئات والمؤسسات الإسلامية واقتصاد العالم الإسلامي .

٨٣

IIRO017055

١٧ – شارك امين عام الرابطة في الذكرى العاشرة لمؤتمر القمة الدينى للدعاء من اجل السلام في العالم والذي عقد في كيوتو باليابان في الفترة من ٢٩ ربيع الاول حتى ١ ربيع الثاني ١٤١٨هـ الموافق ٢ – ١٩٩٧/٨/٤م حيث القى كلمة شرح فيها موقف الإسلام من السلام مؤكدا ان النداء الانساني للسلام ليس جديدا على الامة الإسلامية وبين ان الاسلام شريعة ربانية ومنهاج قويم ليس من افكار البشر وهو صالح لكل زمان ومكان كما بين موقف الإسلام من الحروب والظلم وحقوق الانسان ونظرته الى البشرية والتعاون فيما بين مجتمعاتها على الخير ودعا في كلمته الى احترام حقوق المسلمين والعمل على نبذ الظلم والتمييز العنصري واحترام حقوق الناس وتطبيق القرارات الدولية بشأن حقوق الفلسطينيين والكشميريين في بلادهم وقد شارك اثناء وجوده في اليابان في عدد من الانشطة الاعلامية حيث تحدث في ندوة تلفزيونية بين فيها الاسباب الى ادت بالعالم الى مواجهات دامية مؤكدا ان الحرب ليست الطريق الافضل لحل المشكلات وتناول في الندوة عددا من القضايا المثارة وبين ان محاولات تشويه الدين الإسلامي ماهي الا مغالطات يجب الا تتكرر لانها مبنية على الخداع، ودعا الامم المتحدة الى الاستماع الى صوت الحق وهي تعمل على حل المشكلات العالمية كما دعاها الى حماية الانسان من الاستغلال غير الاخلاقي واعلن في الندوة ان الدين الإسلامي هو اكثر الاديان انتشارا ويمكن ان يسهم في تحقيق سعادة الانسان في القرن الحادى والعشرين واكد ان شعب اليابان بحاجة الى عرض صحيح للإسلام مبينا ان غياب هذا الامر هو وراء تأخر وصول الإسلام الى قلوب اليابانيين . وقد اجرى اثناء وجوده في اليابان عددا من اللقاءات الإسلامية في الجمعيات والمراكز الإسلامية وبحث مع مسؤوليها اوضاع المسلمين في اليابان واحتياجاتهم واثناء زيارته لمدينة كيوتو اليابانية عقد مؤتمرا صحفيا عرف خلاله بمبادئ الإسلام واكد ان رسالته هي رسالة السلام للبشرية جمعاء . .

٨٤

IIRO017056

١٨ – شارك امين عام الرابطة في افتتاح جامع خادم الحرمين الشريفين في جبل طارق يوم ١٤١٨/٤/٥هـ والذي افتتحه سمو الامير سلمان بن عبدالعزيز امير منطقة الرياض كما شارك في وضع حجر الاساس للمركز الإسلامي في مالقا والذي وضعه سمو الامير عبد العزيز بن فهد المستشار في الديوان الملكي بالمملكة العربية السعودية .

١٩ – شارك امين عام الرابطة في الندوة الدولية لاتحاد المسلمين الكوريين التي عقدت في سيئول في الفترة مابين ١٩ – ٢١/٤/١٤١٨هـ والتى شاركت فيها حكومة كوريا ممثلة بوزير الثقافة والرياضة، وقد القى الامين العام كلمة استعرض فيها تاريخ دخول الإسلام في الشرق الاقصى وخلص الى حقيقة هي ان الإسلام انتشر بسموه وقيمه الملائمة للفطرة وليس بالقوة كما يدعى الاعداء، وقد تضمنت كلمته عددا من التوصيات والمقترحات للمؤتمر من اجل النهوض بمسلمي كوريا وابنائهم اكدت على ضرورة الاهتمام بتعليم ابناء المسلمين الكوريين احكام دينهم وتربيتهم وفق الاخلاق الإسلامية واكدت كذلك على الاهتمام بتأهيل الدعاة والمدرسين واعداد المواد الإسلامية ذات الاسلوب السهل باللغات المحلية، ودعا كذلك الى الاستفادة من المؤتمرات والمحاضرات والندوات الثقافية والعلمية والاجتماعية لشرح الفكر الإسلامي وموقف الإسلام تجاه مختلف القضايا، واكد على ضرورة تنظيم دروس الوعظ والارشاد في المساجد والاهتمام بخطب الجمعة لتوعية المسلمين بالاخطار المحدقة بهم . واثناء وجوده في سيئول التقى بوزير الثقافة والرياضة الكوري وتباحث معه في عدد من الامور التي تتعلق بشؤون مسلمي كوريا واحتياجاتهم، كذلك اجتمع مع عدد من القيادات الإسلامية والدعوية وزار بعض المؤسسات .

٢٠ – قام امين عام الرابطة بزيارة لمدينة نيويورك وشيكاغو في الولايات المتحدة الامريكية لتفقد اعمال الدعوة في عدد من المؤسسات الإسلامية هناك

٨٥

IIRO017057

والاطلاع على اوضاع المسلمين وانشطتهم وقد شارك في المؤتمر الرابع والثلاثين للاتحاد الإسلامي في امريكا الشمالية الذي عقد في شيكاغو تحت شعار (وانك لعلى خلق عظيم) في الفترة من ٢٦ – ٢٩/٤/١٤١٨هـ وقد القى كلمة تلمس في مضامينها الاجابة على عدد من القضايا المثارة في الساحتين الإسلامية والدولية وبين ان رسالة الإسلام هي رسالة السلام خلافا لافتراءات الحاقدين . كما أكد ان أمر المجتمع الانساني لن يستقيم الا بتحقيق مقاصد الإسلام التشريعية والاخلاقية وطالب الدعاة بضرورة العمل على ابراز جوهر هذا الدين وتصحيح صورته المغلوطة لدى بعض الشعوب، وحذر من انه بدون الحوار بين المسلمين وغيرهم فان عوامل الهدم سوف تستمر وسوف يعمل اصحاب المصالح على زرع الفتن بين الشعوب، واستعرض في كلمته نشأة رابطة العالم الإسلامي وبين اهدافها وشرح دور مجالسها وهيئاتها وادارتها ومكاتبها في متابعة قضايا الامة، وخلال زيارته لنيويورك زار الامين العام مقر ادارة المنظمات غير الحكومية التابعة لمنظمة اليونسيف احدى مؤسسات هيئة الأمم المتحدة حيث التقى بمسؤوليها وشرح لهم تصور الإسلام فيما يتعلق بامور الاسرة والمرأة والطفولة، وابرز الدور الذي تقوم به هيئة الاغاثة الإسلامية العالمية في هذه المجالات . كما زار المركز الثقافي الإسلامي في نيويورك والتقى مع مسؤوليه والقى كلمة بين فيها دور ومسؤولية الفرد المسلم في بناء الامة .

٢١- زار الامين العام العاصمة الايطالية روما لمتابعة اوضاع الدعوة الإسلامية في ايطاليا وتفقد المركز الثقافي الإسلامي وللمشاركة في افتتاح المدرسة الإسلامية بالمركز التي افتتحها سمو الامير سلطان بن عبد العزيز النائب الثاني لرئيس مجلس الوزراء ووزير الدفاع والطيران والمفتش العام في المملكة العربية السعودية وقد القى الامين العام كلمة اثنى خلالها على مايبذله سمو الامير سلطان في خدمة الدعوة الإسلامية وبين ان الرابطة تسعى من

٨٦

IIRO017058

خلال المراكز التي تشرف عليها الى التعريف بالإسلام واقامة الحوار الواعي مع الآخرين وخدمة الجاليات والاقليات الإسلامية بما يساعدها على تسهيل الصعوبات في المعاملات مع السلطات المحلية في اوربا وبما يحقق البناء والتعايش على اسس شرعية بعيدة عن المزايدات والمغالطات .

وقد اشرف الامين العام اثناء وجوده في روما على الدورة التدريبية التي اقامتها الامانة العامة لمديري المكاتب والمراكز الخارجية والتي اقيمت في المركز الثقافي الإسلامي في الفترة من ٧ – ١١ / ٥ / ١٤١٨هـ التي درست مجموعة من القضايا التى تهم الجاليات المسلمة في اوربا وقد القى كلمة خلال فعاليات الدورة تحدث فيها عن الهجوم الظالم الذي يتعرض له الإسلام بهدف تشويه صورته وجعله العدو البديل للنظام الشيوعي كما شرح للمشاركين في الدورة الاولويات التى يجب الاخذ بها لتحقيق مصالح المسلمين . وفي ختام الدورة دعا الامين العام المشاركين للعمل على زيادة اواصر التعاون بين العاملين في الحقل الإسلامي لتنشيط اعمال الدعوة، وقد اصدرت الدورة في ختام فعالياتها عددا من التوصيات التي تتعلق بمهام المكاتب والمراكز في خدمة الإسلام وتحديث خدماتها وتطويرها في مجالات الدعوة والتعليم والاعلام وكذلك المجالات الاجتماعية والثقافية مؤكدة على ضرورة التعريف بالإسلام في المجتمعات الاوربية واقامة التعاون المشترك مع مختلف المؤسسات الإسلامية .

٢٢- شارك الامين العام في افتتاح مركز الملك فهد الثقافي والإسلامي والمسجد التابع له بتوسعته الجديدة في ضاحية مونت لاجولي قرب باريس في فرنسا والذي تشرف عليه الرابطة حيث افتتحه سمو الامير عبد العزيز بن فهد المستشار في الديوان الملكي في المملكة العربية السعودية يوم ١٩ / ٥ / ١٤١٨هـ وقد القى الامين العام كلمة شكر فيها حكومة المملكة على تشجيع العمل الإسلامي ورعاية المسلمين من خلال المراكز الإسلامية وتعميرها للمساجد

٨٧

IIRO017059

ومساعدتها على اعمارها ودعم صندوق المساجد التابع للمجلس الاعلى العالمي للمساجد بمبلغ (٢٠) مليون ريال معونة سنوية وبين ان الرابطة تولى نشر مبادئ الدين الإسلامي والدفاع عن شريعته وكذلك رعاية المساجد وتنشيط رسالتها عناية قصوى . واثناء وجوده في باريس التقى الامين العام مع مستشار وزير الداخلية الفرنسي للشؤون الدينية وبحث معه سبل التعاون لما فيه مصلحة الجالية الإسلامية في فرنسا .

٢٣- حضر الامين العام اجتماعات الدورة التاسعة للهيئة التأسيسية للمجلس الإسلامي العالمي للدعوة والاغاثة المنعقدة بالقاهرة في الفترة ١ - ٣ اكتوبر ١٩٩٧م الموافق ٣٠/ ٥ - ٢/٦/١٤١٨هـ حيث القى معاليه كلمة في افتتاح الدورة نيابة عن الوفود المشاركة في الاجتماعات والتى تمثل مايزيد على ٦٠ هيئة إسلامية عالمية، ووجه معاليه رسالة الى العالم اجمع قال فيها : إن المسلمين دعاة أمن وأمان وسلم وسلام وكفى مايتعرضون له من نهب واحتيال ومن استغلال، مؤكدا انه ماكان لهذه الأمور ان تستمر ، فالإسلام ينتشر اكثر من أي دين آخر، والمسلمون يزدادون بين يوم وآخر ولابد للعالم ان يتعامل مع هذه الظاهرة وهذا الواقع ، كما دعا معاليه الى تكامل العمل الإسلامي بين المؤسسات الرسمية والشعبية باعتبارها وجها واحدا للإسلام فلا تفريق بين السلطة وبين الشعب ولا فرق بين المؤسسات الرسمية والمؤسسات الشعبية خصوصا في هذا الوقت الذي اختلط فيه الحابل بالنابل وحدث خلط في الاوراق يحتاج الى معالجته .

٢٤- شارك الامين العام في المؤتمر الحادي عشر للحوار بين المسلمين والمسيحيين المنعقد في مدينة بادوفا الايطالية في الاسبوع الأول من جمادى الآخر ١٤١٨هـ، حيث القى كلمة في الجلسة الختامية تطرق فيها لعلاقات المسلمين والمسيحيين وأوضح فيها عددا من المنطلقات المتعلقة بموضوع المؤتمر الذي عقد لبحث نقاط الخلاف والاتفاق بين المسلمين والمسيحيين، كما دعا

٨٨

IIRO017060

معاليه الى وقوف الجميع أمام الالحاد والانحلال الخلقى والدعوات المضللة والظلم والتسلط ومحاربة الجهل والعمل على حماية البيئة .

وأثناء وجود معاليه في إيطاليا قام بزيارات لعدد من المساجد والمراكز الإسلامية في المدن والقرى بمناطق روما ونابولي وغيرها، وتم خلالها الاجتماع بالجاليات الإسلامية هناك مناقشة قضاياهم، وقد اكد معاليه على حاجة المسلمين الى فهم الإسلام فهما صحيحا، والى الالتزام بالخلق الحسن والمعاملة الطيبة مع الآخرين، كما قدم بعض المساعدات للمساجد والهيئات والجمعيات الإسلامية هناك .

٢٥ – شارك الأمين العام في الندوة المقامة في ابوظبي بدولة الإمارات العربية المتحدة في الفترة من ٢ إلى ٤ من رجب ١٤١٨هـ تحت عنوان «مستقبل الوطن العربي ودور جامعة الدول العربية» حيث ألقى معاليه وبحضور سمو الشيخ زايد آل نهيان – رئيس دولة الإمارات العربية المتحدة – كلمة شكر فيها سمو رئيس الدولة على ما يبذله من جهود لجمع الكلمة ولم الشمل وإصلاح ذات البين في الساحة الإسلامية، كما أكد معاليه على ضرورة استمرار الجهود لتقوية بيت أو مؤسسة أو دولة عربية مشيرا إلى أن ذلك من أسباب قوة الأمة الإسلامية وهو بالتالي خير للإنسانية جمعاء . . كما قدم بعض المقترحات للندوة بما يعزز صلة الدول والهيئات والمؤسسات الإسلامية بدينها الإسلامي الحنيف .

٢٦ – شارك معالي الأمين العام لرابطة العالم الإسلامي في حفل افتتاح الدورة العاشرة لمجمع الفقه الإسلامي التابع لمنظمة المؤتمر الإسلامي المنعقد بجدة في ١٤١٨ / ٢ / ٢٢ هـ وألقى فيه كلمة دعى فيها إلى ضرورة الانتباه لما تعاني منه الأمة الإسلامية من غزو فكري تجاوز الحدود والفواصل البرية والبحرية وأصبح يصل إلى كل فرد في كل بيت عبر القنوات الفضائية ، كما

٨٩

IIRO017061

شكر فيها جهود مجمع الفقه الإسلامي التابع لمنظمة المؤتمر الإسلامي والمجمع الفقهي الإسلامي التابع لرابطة العالم الإسلامي ودعا إلى المزيد من التنسيق بين المجمعين وغيرهما من الهيئات المماثلة حيث بدأت مجالس الإفتاء تنتشر حتى في مجتمعات الأقليات الإسلامية في غير البلاد الإسلامية دون تنسيق مباشر مع علماء الأمة ، وشكر معاليه حكومة خادم الحرمين الشريفين حفظه الله على دعمها المستمر للمجمعين مادياً ومعنوياً في اطار خدماتها العظيمة في سبيل الإسلام والمسلمين .

٩٠

IIRO017062

# (ب) زيارات معالي الأمين العام المساعد

## ١ - زياراته الى كل من كينيا وتنزانيا واوغندا

قام معالي الامين العام المساعد للرابطة الشيخ محمد بن ناصر العبودي وبرفقه مدير ادارة المكاتب والمراكز الخارجية بزيارة الى عدد من دول شرق افريقيا وهي :

## كينيا :

وقد وصل معاليه الى كينيا فجر يوم ١٤١٧/٢/١٠هـ لحضور ندوة للمسلمين الجدد في مباسا بدعوة من مدير كلية الدراسات الإسلامية في مباسا الشيخ سراج الرحمن الندوى وقد زار الوفد عددا من المساجد ثم حضر الاحتفال بتخريج ثلاثين من المسلمين الجدد في مباني مجلس المعارف الإسلامية والقى معاليه كلمة في هذا الاحتفال اعرب فيها عن سروره بما شاهد وابلغهم تحيات المسؤولين في الرابطة وعلى رأسهم معالي الامين العام ثم قام بتوزيع الهدايا والشهادات على المهتدين الجدد وحفظة القرآن الكريم وقدم معاليه ثلاثة آلاف دولار تبرعا من الرابطة لتوزيعها على الخريجين تشجيعا لهم وتأليفا لقلوبهم .

## تنزانيا :

سافر الامين العام المساعد للرابطة من كينيا الى تنزانيا حيث استقبله الشيخ محمد بن جوبا بن حميد مفتى تنزانيا ورئيس المجلس الاعلى للشؤون الإسلامية كما التقى الامين العام المساعد للرابطة بنائب رئيس جمهورية تنزانيا الاتحادية وبوزير خارجيتها ثم سافر الى زنجبار حيث قابل رئيس جمهورية زنجبار وفي هذه الزيارة تفقد مكتب الرابطة في تنزانيا .

٩١

IIRO017063

اوغنـــدا :

من تنزانيا توجه الامين العام المساعد للرابطة الى كمبالا عاصمة اوغندا وتفقد مكتب الرابطة هناك واشرف على عملية التسليم والتسلم بين المدير السابق للمكتب والمدير الجديد المكلف كما زار سماحة الشيخ عبدالرزاق متوفو عضو المجلس التأسيسي للرابطة السابق وزار بعض المساجد ومستشفى كوبول في كمبالا الذي بنى بتمويل من الرابطة وهيئة الاغاثة الإسلامية العالمية وزار ايضا ملجأ الايتام في قرية لوغو ومشروع مسجد الملك فيصل .

ثم عاد الى نيروبي حيث تفقد مكتب الرابطة فيها واجتمع بدعاة الرابطة وموظفي مكتبها كما اجرى اتصالا مع السفارة السعودية عن طريق القائم بالاعمال فيها تتعلق بالأعمال التي تقوم بها الرابطة وهيئة الاغاثة الإسلامية في شرق افريقيا .

٩٢

IIRO017064

## ٢ - زياراته الى بعض دول شرق أوروبا

قام معالي الامين العام المساعد الشيخ محمد بن ناصر العبودي والوفد المرافق بزيارة الى بعض دول شرق اوربا وهي :

بلغاريا، مقدونيا، كرواتيا، سـلوفينيا، النمسا وسويسرا وكانـت الزيارة في الفترة بين ٢ –١٩ جمادى الثانية ١٤١٧هـ الموافق ١٤ –٣١ اكتوبر ١٩٩٦م ولم يتمكن الوفد من زيارة الاخوة المسلمين في صربيا لعدم حصوله على سمة الدخول اليها رغم المحاولات العديدة .

## ١ - بلغاريا :

في بلغاريا اجتمع الامين العام المساعد بعدد من الشخصيات الإسلامية ومنهم الدكتور نديم ابراهيم فنجييف رئيس المجلس الروحي الأعلى لمسلمى بلغاريا والحاج بصري محمود حاجي شريف مفتي عام مسلمى بلغاريا وآخرون .

كما اجتمع الامين العام المساعد بالدكتور سبتوسلاف شيفاروف نائب رئيس مجلس الوزراء المكلف بشؤون الاديان ورئيس حزب الفلاحين بحضور مستشاره لشـؤون السياسة الخارجية وتبادل معـهم الاحاديث المتعلقة بـوضع المسلمين في بلغاريا .

وقد زار الامين العام المساعد عدة مدن في بلغاريا وهي : صوفيا العاصمة فاسكـو، كـولتيـس، كرجالي، مومـجيل غـراد، مادان، سـموليـان كبير ستناديل . وتفقد المؤسسات الإسلامية والمساجد والمدارس وغيرها والتقى بكثير من الاخوة المسلمين واطلع على احوالهم وظروفهم وشاهد مشاريعهم الإسلامية .

٩٣

IIRO017065

## ٢ - جمهورية مقدونيا :

قام الأمين العام المساعد والوفد المرافق له بزيارة لمقر الاتحاد الإسلامي في ١٤١٧/٦/٥هـ وكان في استقباله الاستاذ سليمان افندى رجبي رئيس الاتحاد الإسلامي والاستاذ محمد حسني رئيس جمعية العلماء وشخصيات إسلامية أخري .

كما تم عقد اجتماع مع القيادات الإسلامية حضره نحو من ٣٨ شخصا من المفتين وغيرهم وذلك بمقر الاتحاد الإسلامي .

وقد زار الامين العام المساعد عددا من المدن في مقدونيا منها سكوبية ، نينغرفو ، استروغا، لابونشتا، اوخريد .

وقد زار الامين العام المساعد عددا من المساجد والمدارس الإسلامية وغيرها وقدم مساعدات مالية الى الاتحاد الإسلامي .

## ٣ - كرواتيا :

وصل الامين العام المساعد للرابطة الى مطار زغرب وكان في استقباله الاستاذ شوقي عمر باستيش رئيس المشيخة الإسلامية في كرواتيا والاستاذ مرصاد بن عبدالله سربر ينكوفيتش نائب رئيس المشيخة الإسلامية وغيرهما .

وعقد جلسة محادثات مطولة مع مسؤولي المشيخة الإسلامية استمع فيها الى شرح مبسط لاعمال وانشطة المشيخة واستمع الي طلبات واحتياجات المشيخة ووعد بدعمها ومساعدتها حسب الامكانات المتاحة .

كما قدم الامين العام المساعد مساعدة من الرابطة لتسديد النفقات العاجلة للمدرسة الإسلامية كما قدم لهم مبلغاً لمساعدة ايتام البوسنيين الذين يرعاهم المركز الإسلامي .

٩٤

IIRO017066

كما زار مدن بيسكا، لابين، بولاو، بورج، واطلع على اوضاع المسلمين هناك وزار المؤسسات الإسلامية والمدارس والمساجد وغيرها واطلع على انشطتها واحتياجاتها .

## ٤ - سلوفينيا :

وصل الامين العام المساعد للرابطة الى لوبليانا عاصمة جمهورية سلوفينيا وزار وفد الرابطة برئاسة معاليه مدن تربوفلية، سليه، ماريبور، فلينيا واطلع على اوضاع المسلمين والمساجد وغيرها .

## ٥ - النمسا :

وصل الامين العام المساعد للرابطة الى فيينا عاصمة النمسا والتقى بالاستاذ سليمان على بديري السكرتير الثاني في سفارة المملكة العربية السعودية وتحدث معه حول الوضع الإسلامي في النمسا ثم قام بزيارة للمركز الإسلامي في فيينا حيث التقى بالدكتور عبدالله عبدالشكور كامل مدير المركز الإسلامي وغيره من مسؤولي المركز . وأدى صلاة الجمعة هناك والقى كلمة في المسلمين هناك .

## ٦ - سويسرا :

وقد وصل وفد الرابطة في نهاية جولته الى زيوريخ ومن ثم الى جنيف حيث قام بزيارة المؤسسة الثقافية الإسلامية التي تشرف عليها رابطة العالم الإسلامي واجتمع بمسؤوليها واستمع الى عرض موجز عن اعمالها وانشطتها وتمت دراسة الأمور المتعلقة بالمركز ورواتب المدرسين والدعاة والاحتياجات الاخرى كما تمت مناقشة اوضاع المسلمين في سويسرا .

٩٥

IIRO017067

## ٣ - زياراته الى بعض جمهوريات رابطة الدول المستقلة

قام معالي الامين العام المساعد للرابطة على رأس وفد بزيارات الى كل من اذربيجان، روسيا، اوكرانيا، مولدوفا، ارمينيا .

وقد اجتمع الامين العام المساعد خلال رحلته التى استغرقت من ٢٣/ ١١/ ١٤١٧ الى ١٨/ ١٢/ ١٤١٧ هـ الى رؤساء الادارات الدينية في باكو وموسكو ومحج قلعة ورؤساء الجمعيات الإسلامية والطلابية وائمة المسلمين وكذلك بعض المسؤولين الحكوميين في ناخجوان وموسكو وكيشينيف حيث تدارس معهم شؤون المسلمين وبحث مع زعماء المسلمين ورؤسائهم مشاكل العمل الإسلامي واحتياجاته وحثهم على الاهتمام بالتعليم الإسلامي وتوعية المسلمين بتعاليم دينهم وضرورة اقامة الصلاة جماعة وحسن التعامل مع مواطنيهم من غير المسلمين والالتزام بالخلق الإسلامي في التعامل والدعوة الى الله عز وجل كما حفز هممهم في الاعتماد على النفس ببناء المساجد وابدى لهم استعداد الرابطة على التعاون معهم في دعم العمل الإسلامي على مختلف ميادينه ومايجب من شروط لتحقيق الدعم وعلى ضوء ما لمسه وفد الرابطة برئاسة الامين العام المساعد للرابطة من احتياج فعلي وشاهده من مشاريع قائمة قدم لهم مساعدات مالية باسم الرابطة لاتمام مابدأوه من المشاريع وتسيير اعمالهم ونشاطهم الدعوى بلغ مجموعها ٥١٨٠٠ دولار لاكثر من ١٩ مشروعاً .

ولاحظ وفد الرابطة ان العمل الإسلامي في روسيا بالرغم مما يعيقه من مخاوف فان ميدانه مفتوح ومفيد اذا اقتصر العمل الإسلامي على الامور الثقافية والدينية والاجتماعية بدون تدخل في الشؤون السياسية أو الداخلية والابتعاد عن كل مايثير النزاع والخلاف .

٩٦

IIRO017068

وكذلك الامر في اذربيجان فان العمل الإسلامي مفتوح وهيئة الاغاثة الإسلامية العالمية لها نشاط جيد في مخيمات اللاجئين مما يحتاج الى تكريس الجهود فيها .

أما اوكرانيا ومولدوفا ، فان الطلاب العرب والمسلمين الوافدين هم الذين يقومون ببعض الجهود الطيبة في الدعوة الإسلامية والوضع الإسلامي من حيث العموم محزن لأن اكثر المسلمين المحليين لا يعرفون من الإسلام شيئا .

أما في ارمينيا فان الحقد الارمنى قضى على الوجود الإسلامي وبخاصة اهل السنة الذين يبدو انه لا وجود لهم فقد تعرض الطلاب المسلمون لهجوم الارمن المسلح عند اقامتهم لصلاة العيد في مبني الجامعة بحجة انهم لم يحصلوا على ترخيص مسبق .

والمسلمون عموما في اذربيجان واوكرانيا ومولدوفا وارمينيا لا يعرفون عن الإسلام الا اسمه والنشاط الدعوى ضعيف لقلة الدعاة الصالحين وصلاتهم بالعالم الإسلامي محدودة وظروفهم الاقتصادية سيئة .

## ٤ - زيارته إلى الهند

شارك الامين العام المساعد للرابطة الشيخ محمد بن ناصر العبودي في المؤتمر العلمي الذي عقد في بلدة ريشا قرب مدينة (بريلي) في الهند تحت عنوان (التصوف وآثاره في الإسلام) وذلك في المعهد السلفي في ريشا وكان ضيف الشرف في المؤتمر الذي حضره عدد من الاساتذة في الجامعات من مختلف الاديان كما حضره علماء من سائر انحاء الهند واستمر المؤتمر من ٨/١/١٤١٨هـ حتى ١٠/١/١٤١٨هـ. وقد القى الامين العام المساعد في المؤتمر وغيره من الاجتماعات عدداً من الكلمات والمحاضرات .

٩٧

IIRO017069

## زيارة ولاية آســام

قام الامين العام المساعد بجولة واسعة في ولاية آسام النائية في شرقي الهند واجتمع برئيس حكومتها والوزراء المسلمين فيها كما اجتمع بالعلماء والمشايخ والمدرسين بالمدارس الإسلامية وكان يرافقه الشيخ محمد بدر الدين اجمل رئيس مركز المعارف الإسلامية في آسام ومن الشخصيات الثرية المحسنة في الهند والشيخ شوكت على احد العلماء المشهورين . وقد زار في آسام المدن الآتي ذكرها :

غوهاتي ، هوجائي ، غوالفارة ، بارفيتا ، رانغيا ، جاكي رود ، ميراباري ، موري غاؤن ، نوغاؤن ، دبكا ، نيل باغان ، لامدنغ ، بدرفور ، بانيس كندى ، شاه آباد. ، هيلاكندي ، بهنكا ، عاصم غنج ، سلجار .

وألقى معاليه في الاجتماعات التي عقدت في معظم المدن كلمات ومحاضرات عرف فيها المستمعين برابطة العالم الإسلامي وذكر ماتقدمه الحكومه السعودية وعلى رأسها خادم الحرمين الشريفين من دعم للرابطة حتى تتمكن من مساعدة الاخوة المسلمين في انحاء العالم ، وحث الذين اجتمع بهم وهم جماهير غفيرة على التمسك بتعاليم الإسلام السمحة الرشيدة والتقيد بآدابها والتخلى عن الاعمال البدعية الخرافية والتزود بعقيدة التوحيد الصافية وتذليل جميع العقبات التي تقع في طريق الدين والدعوة والتوجيه .

## زيارة ولاية مني فور

ومن ولاية آسام انتقل معاليه الى ولاية مني فور آخر الولايات الهندية من جهة الشرق حيث حدود الهند مع بورما فاجتمع برئيس وزرائها واعيان المسلمين فيها من وزراء واعضاء في البرلمان وزار المساجد والمدارس فيها . وكان اول وفد يصل اليهم من المملكة العربية السعودية كما ذُكر . وقد زار فيها العاصمة (امفال) وليلونغ و(كواكتا) وغيرها .

IIRO017070

# زيارة ولايتي هريانا والبنجاب الهنديتين

بعد الانتهاء من زيارة شرق الهند زار الامين العام المساعد للرابطة ولاية هاريانا فتفقد عددا من المدارس والمساجد وزار العلماء فيها كما قام بزيارة لولاية البنجاب وزار عدة مدن فيها مثلما فعل في ولاية هاريانا وتفقد المدارس والمعاهد واجتمع بالعلماء هناك .

٩٩

IIRO017071

IIRO017072

خامساً

# مكاتب الرابطة
# ومراكزها في الخارج

IIRO017073

IIRO017074

رغبة من الامانة العامة لرابطة العالم الإسلامي فى التواصل مع ابناء الامة الإسلامية فى مجتمعاتها وحرصا منها على الاطلاع على اوضاعهم الدينية والثقافية والتعليمية والصحية والاجتماعية وغيرها عن كثب، ومساهمة منها فى السعي لحل ماقد يعانونه من المشاكل والمصائب فى مختلف مجالات الحياة، فقد قامت بفتح مكاتب فرعية لها ومراكز صحية وثقافية فى مختلف بلدان العالم وقد زاد عدد هذه المكاتب والمراكز على ثلاثين مكتبا ومزكزا.

وتتولى هذه المكاتب الخارجية للرابطة الاشراف على كافة شئون الرابطة وخططها وبرامجها فى الاقليم الذى تعمل فيه واداء رسالة تبليغ الإسلام وتعاليمه ومتابعة وسائل الاعلام المحلية ورصد مايصدر فيها عن الإسلام والمسلمين وقضاياهم المحلية وابراز وجهة النظر الإسلامية والدفاع عن حقوق الجالية المسلمة والمشاركة فى تقديم الدعم والخدمات التعليمية لابناء الجاليات المسلمة والتنسيق بين المنظمات والجمعيات والمؤسسات الإسلامية الموجودة فى تلك المنطقة والتقريب بين وجهات نظرهم فى مختلف القضايا التى تهم المسلمين ومحاولة جمع صفوف المسلمين وتوحيد كلمتهم.

ومن مهام ومسئوليات مدير المكتب:

١ – تمثيل الرابطة امام السلطات والجمعيات والمنظمات المحلية.

٢ – تنظيم وتنسيق نشاطات الدعوة الى الإسلام بين الجاليات المسلمة والجمعيات والمراكز الإسلامية.

٣ – العمل على توفير التعليم الإسلامي لابناء الجاليات المسلمة بما يكفل المحافظة على شخصيتهم الإسلامية وذلك بالتنسيق مع الجهات التعليمية المحلية ومع الرابطة لدعم المدارس الإسلامية بالتسهيلات والاعانات الملائمة.

١٠٣

IIRO017075

٢ – الإجابة على الأسئلة الدينية الموجهة إلى مكتب الرابطة سواء كان بالهاتف أو فى لقاءات شخصية .

٣ – توزيع المصاحف وترجمة معاني القرآن الكريم بلغات مختلفة على المراكز الإسلامية والمساجد والجمعيات الإسلامية بالإضافة إلى الكتب الأخرى، وقام المكتب بإرسال كميات كبيرة منها إلى نيوزيلاندة وجزر الفيجي ونيوكاليدونيا .

٤ – تقديم خدمات ثقافية من خلال المكتبة الإسلامية بالمكتب التى تفتح أبوابها يوميا بانتظام للطلبة الدراسين والباحثين والدعاة ويوجد فيها تسهيلات للتصوير والتسجيل واستنساخ أشرطة المصحف المرتل والمحاضرات والأحاديث الدينية .

٥ – الاهتمام بالطلاب فى الجامعات الاسترالية حيث يزودهم المكتب بالمصاحف والكتب الإسلامية كما يسعى المكتب لإيجاد منح دراسية لأبناء المسلمين فى استراليا لدى الجامعات الإسلامية فى المملكة العربية السعودية .

٦ – شارك مدير المكتب فى عدد من المؤتمرات والندوات واللقاءات التي دعيت إليها الرابطة وذلك لقصد توثيق العلاقات الودية مع المنظمات الإسلامية ومن بين هذه المؤتمرات والاجتماعات .

– اجتماع مجلس ادارة المعهد الإسلامي لجنوب المحيط الهادي المنعقد فى مدينة سوفا عاصمة فيجي .

– مؤتمر بعنوان «دور المرأة المسلمة في المجتمع الأسترالي» بتاريخ ١٩٩٧/٣/٢٩م .

– مؤتمر الدعوة الإسلامية بتاريخ ١٩٩٧/٣/٣١م .

١٠٨

IIRO017076

– الندوة الإسلامية فى مدينة بورت بعنوان مستقبل الإسلام فى بابوانيو غينيا .

٧ – قام مدير المكتب بعدة زيارات ميدانية لمختلف مناطق أستراليا منها ولاية غرب أستراليا وولاية جنوب أستراليا، وولاية كوينزلاند، ونيو ساوث ويلز بالإضافة إلى دول نيوزيلندا بابوانيوغينيا، جزر فيجي .

٨ – قام المكتب بتسليم عدد من المساعدات المالية الواردة من الأمانة العامة لرابطة العالم الإسلامي ومقدراها ٨٦٩٣٨ , ٦٧ دولارا تقريبا للجمعيات الإسلامية .

٩ – كما قام المكتب بتسليم عدة مساعدات واردة من هيئة الإغاثة الإسلامية العالمية إلى الجمعيات الإسلامية فى جزر المحيط الهادي بمناسبة إفطار الصائم ومقدارها ٩٧٨٠ دولار استرالي تقريبا .

١٠– الذبح الحلال : يقوم المكتب بعملية الإشراف على المجالس المعتمدة لإصدار شهادات الذبح الحلال للحوم المصدرة من أستراليا إلى المملكة العربية السعودية ، ويقوم المركز بزيارات إلى مركز الذبح فى جميع ولايات أستراليا لتفقد عمليات الذبح .

## مكتب الرابطة فى أوغندا:

يتمتع مكتب الرابطة الذي أفتتح عام ١٩٨٧م باحترام شعبي وحكومي كبير فى أوغندا كما انه يعتبر مركز اجتماع وتنسيق لجميع الهيئات الإسلامية العاملة فيها .

ومن أعمال مكتب الرابطة خلال عام ٩٦/ ١٩٩٧م :

١ – الاشراف على الدعاة فى اعمالهم الدعوية من وعظ وأمامة المسلمين فى المساجد والدعوة فى الساحات العامة وقد أسلم على أيدي دعاة الرابطة كثيرون ومنهم ١٠٣ أشخاص مرة واحدة بمنطقة مساكا .

١٠٩

IIRO017077

٢ – ارسال الدعاة والأئمة اثناء شهر رمضان من كل عام .

٣ – استطاع المكتب ان يجمع المدارس الإسلامية فى اوغندا التى تبلغ مائة وثمانين مدرسة تحت لواء واحد باسم «جمعية المدارس القرآنية» فى أوغندا بغية توحيد المناهج العلمية ورفع وتطوير مستواها .

٤ – قام المكتب بتمثيل الرابطة فى الاحتفالات الحكومية والشعبية .

٥ – قام المكتب بتسليم عدد من المساعدات الصادرة من الأمانة العامة لبعض المساجد والجمعيات الإسلامية والتى تمثل مبالغ ١٩٨ر٧٤دولار تقريبا .

## مكتب الرابطة فى بوروندي:

من أعمال وأنشطة مكتب الرابطة في بوروندي :

١ – بفتح المكتب أبوابه من الساعة الثامنة صباحا وحتى الثالثة عصرا كل يوم ماعدا الجمعة والسبت ينتهي العمل فيهما فى الساعة الثانية عشر .

٢ – استقبال الضيوف والزوار والمراجعين يوميا من الساعة الواحدة وحتى الثالثة فى جميع أيام العمل .

٣ – قام المكتب بالرفع عن عدد من المساجد والمدارس الإسلامية المحتاجة إلى الأمانة العامة للرابطة طالبا دعمها ومساعدتها وهي فى أمس الحاجة إلى ذلك .

٤ – لقد كان موقف المسلمين مشرفا أيام الحرب الأهلية البوروندية حيث التزم المسلمون الحياد التام الأمر الذي رفع مكانة المسلمين فى المجتمع وأصبح الناس يتلهفون إلى معرفة الإسلام، وقد قام المكتب بإخراج قوافل للدعوة فى مختلف مناطق بوروندي ولكن هذا البرنامج لم يستطع أن يستمر طويلا لعدم وجود اعتمادات مالية لهذه العرض .

١١٠

IIRO017078

٥ – يرى المكتب ضرورة إصدار نشرة دعوية شهرية، وكذلك إيجاد برنامج إذاعي إسلامي كما كان الأمر قبل الحرب الأهلية .

٦ – إعتنق ثلاثة وعشرون شخصاً الإسلام عن طريق المكتب منهم تسع نسوة .

٧ – عقد مدير المكتب اجتماعا مع وزير التعليم ومحو الأمية وبرؤساء اتحاد المدارس الإسلامية في بوروندي وقد ركزوا على مستقبل المدارس القرآنية وطلبوا إيجاد منهج دراسي شامل للمدارس القرآنية .

٨ – تابع مدير المكتب ترجمة عدد من المواضيع عن الحج والعمرة والصوم والصلاة بالسواحلية .

٩ – قام مدير المكتب برحلات عمل إلى مدينتي نياترلال ومونغي وهما تقعان على الحدود مع تنزانيا كما شارك في دورة مديري المكاتب بالأمانة العامة بمكة المكرمة .

١٠– يقوم المكتب بإيصال المنح الدراسية للطلبة الدارسين على منحة من الرابطة أو من هيئة الإغاثة الإسلامية .

١١– نظرا لوجود خلافات ومشاكل بين الجمعيات الإسلامية في بوروندي فقد سعى المكتب لتوحيد كلمتهم وتم تشكيل هيئة لهذا الغرض سميت الهيئة الحرة كما تم تشكيل لجنة رباعية لوضع دستور جديد لإعداد انتخابات جديدة وموسعة وإقامة دار القضاء الإسلامي للفصل في الخلافات التي تنشأ بين المسلمين .

١٢– اشترك المكتب في عدد من الحفلات والمناسبات الحكومية وغير الحكومية .

١١١

IIRO017079

أولا : شارك المكتب فى مهمات استقبال عدد من الوفود الرسمية من الأمانة العامة للرابطة وغيرها التى زارت السنغال وبعض البلدان الإفريقية الأخرى ومن بين هذه الوفود .

أ – وفد وزارة الشؤون الأسلامية والأوقاف والدعوة والإرشاد بالمملكة العربية السعودية برئاسة معالي وزير الشوون الإسلامية والأوقاف والدعوة والإرشاد الدكتور عبدالله بن عبدالمحسن التركي .

ب – وفد الرابطة برئاسة معالي الشيخ محمد بن ناصر العبودي الأمين العام المساعد للرابطة فى جولة شملت كلا من غينيا الاستوائية وساوتومي فى الفترة بين ٢٩ مارس إلى ٩ إبريل ١٩٩٦م للوقوف على أحوال المسلمين والدعوة الإسلامية فى هذه البلدان حيث تم اللقاء بين الوفد وبين الجمعيات والمراكز الإسلامية فى تلك البلدان كما تم تقديم مساعدات مالية لإحدى عشرة جهة إسلامية فى البلدان التى زارها الوفد .

جـ – وفد وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد بالمملكة العربية السعودية برئاسة الدكتور عبدالعزيز العتيق مدير الدعوة فى إفريقيا وتم عقد اجتماع فى مبنى مكتب الرابطة بينه وبين دعاة الوزارة ودعاة ومدرسي رابطة العالم الإسلامي ودعاة ومدرسي هيئة الإغاثة الإسلامية العالمية ودعاة دار الإفتاء بحضور ممثل سفارة خادم الحرمين الشريفين بالسنغال حيث تمت مناقشة الامور المتعلقة بالدعوة .

ثانياً : قام مدير المكتب بزيارة إلى غامبيا بناء على دعوة من فخامة الرئيس يحي جامبي– رئيس جمهورية غامبيا حيث شارك في حفل تنصيبه رئيسا لجمهورية غامبيا بعد فوزه فى انتخابات الرئاسة .

وكذلك قام بزيارة مماثلة لجمهورية مالي حيث شارك فى احتفالات تنصيب الرئيس الفاعمر كوناري رئيس جمهورية مالي لفترة ولاية ثانية .

كما شارك مكتب الرابطة فى الندوة التى نظمتها الجمعية الوطنية لأئمة

١١٦

IIRO017080

المساجد والعلماء فى السنغال بالتعاون مع صندوق الأمم المتحدة للسكان تحت عنوان رفاهية الأسرة فى الإسلام وقد شارك فى هذه الندوة أكثر من خمسمائة إمام وعالم من السنغال وغامبيا وغينيا بيساو وجزر الرأس الأخضر .

ثالثاً : يقوم المكتب بإيصال المساعدات الصادرة من الأمانة العامة للرابطة إلى الجمعيات والمؤسسات التى خصصت لها المساعدة . كما يقوم بجمع المعلومات اللازمة عن الجهات والمؤسسات التى تطلب المساعدات من الرابطة .

## مكتب الرابطة في الصومال

يتخذ مكتب الرابطة في الصومال مقرا مؤقتا له بمكتب هيئة الاغاثة الإسلامية في جيبوتي ، وينقسم التقرير الوارد من مدير المكتب بالنيابة الى قسمين : يتعلق بالوضع السياسي والأمنى والثقافي في داخل الصومال . والقسم الآخر بأنشطة المكتب في مقره المؤقت .

أما مايتعلق بالوضع داخل الصومال فان المعارك بين الاحزاب المتصارعة مازالت تدور رحاها وتشتد أحيانا وتهدأ أحيانا على الرغم من مساعي السلام التي قامت بها جامعة الدول العربية أو حكومة اليمن وغيرها ، ولكن لا يوجد في الافق حتى الآن أي بصيص من نور للحل السياسي للقضية .

ولكن من جراء هذه الفتن الدامية فقد ظهرت في البلد صحوة إسلامية عارمة وهي تنقسم الى عدة أقسام فهناك قيادة تقليدية تشمل مشائخ الطرق الصوفية والفقهاء وقسم آخر للجماعات الإسلامية كجماعة الإصلاح الاجتماعي والتي تنتمي الى اطار الاخوان المسلمين وجماعة الاتحاد الإسلامي وتحمل الفكرة السلفية ولهذه الحركات آثار ايجابية كثيرة في البلاد ، ومنها اختفاء المظاهر المنافية للاخلاق الإسلامية من الشوارع والتزام النساء الحجاب وازدحام المساجد والمدارس بطلبة العلم والاقبال على الدروس الدينية حتى

١١٧

IIRO017081

أصبحت كل الجهات السياسية تدعو الى تطبيق الشريعة الإسلامية .

أما أنشطة المكتب فكما يلى :

- يقوم الدعاة العاملون تحت إشراف المكتب بعقد ندوات إسلامية في مقر المكتب لمناقشة أهم المواضيع المتعلقة بالدعوة وغيرها، وقد عقدت إحدى عشرة ندوة خلال هذه الفترة وناقشوا عددا من المواضيع منها العلاقة بين الدين والدنيا، دور المرأة المسلمة في المجتمع، مناقشة مذكرة الرابطة حول وثيقة المؤتمر العالمي للمرأة، الاجتهاد في الفقه الإسلامي وغيره .

- اشترك مدير المكتب بالنيابة في عدد من الاجتماعات والمناسبات ومنها حفل اختتام دورة معلمي المدارس الابتدائية لمنظمة أبو ظبي الخيرية في ٦/١١/١٤١٦هـ وحفل مسابقة القرآن الكريم لهيئة الاغاثة الإسلامية العالمية بمقديشو .

## مكتب الرابطة في عمان بالاردن

من انشطة مكتب الرابطة في عمان :

١ – التنسيق والتعاون مع مكتب هيئة الاغاثة الاسلامية في الاردن .

٢ – قام الدعاة التابعون للمكتب بالقاء محاضرات ودروس في مناطق مسئولياتهم في الاردن وفلسطين كما قاموا بعقد دورات تحفيظ القرآن الكريم ودراسة السيرة النبوية . واشترك في هذه الدورات ٢٧٥ مشاركا ومشاركة .

٣ – قام المكتب بتقديم خدمات إعلامية بارسال الابحاث والمقالات الصحفية لإدارة الصحافة والنشر في الرابطة حول المواضيع الخاصة بالدعوة الإسلامية والقضايا المعاصرة وقضية فلسطين وتاريخ اليهود .

١١٨

IIRO017082

٤ – توزيع الكتب والمصاحف الواردة من الأمانة العامة حيث تم توزيع ١٨٧٠ مصحفاً في مختلف الاحجام و ٣٧٠٠ نشرة ومجلة وجريدة وكتاب .

٥ – تمثيل الرابطة في المؤتمرات والندوات الخاصة بالعمل الإسلامي .

٦ – الإشراف على الطلبة الدارسين في الجامعات الاردنية على منحة من الرابطة ومتابعة سيرهم الدراسي . وهم ثلاثون طالبا في الوقت الحاضر .

٧ – زيارة الجمعيات والمراكز الإسلامية التي لها نشاط مميز في خدمة الإسلام والمسلمين وتعريفها بالرابطة واهدافها وانجازاتها .

٨ – زيارة مشاريع المساجد وغيرها التي تستفسر عنها الأمانة العامة لمعرفة الواقع فيها .

## مكتب الرابطة في كندا

من أنشطة المكتب :

١ – الخطب الأسبوعية حيث يقوم مدير المكتب بإلقاء خطب الجمعة باللغة الإنجليزية في مختلف المساجد في تورنتو وما حولها بناءً على دعوة القائمين عليها .

٢ – قام مدير المكتب بعدة زيارات ميدانية للمراكز والتجمعات الإسلامية في انحاء كندا لتفقد أحوال المسلمين والمشاركة في ندوات إسلامية وغيرها، ومن المدن التي شملتها الزيارات : ساسكاتون وفيكتوريا ومونتريال وأوتاوا العاصمة وردومير وغيرها .

٣ – أصدر المكتب أربعة كتب إسلامية باللغة الإنجليزية خلال هذه الفترة،

١١٩

IIRO017083

وهي «رسالة القرآن إلى اليهود والنصارى»، وكتاب «هو الله» و«أعلام الإسلام» و «مختارات من الحديث النبوي» .

٤ – قام المكتب بتسجيل القرآن الكريم على أشرطة مسموعة مع الترجمة الإنجليزية لتوزيعها على المساجد والمراكز والمدارس الإسلامية .

٥ – من حين لآخر يقوم مدير المكتب بإلقاء دروس للتعريف بالإسلام لطلاب المدارس الكندية وتتم هذه اللقاءات في المدارس نفسها أو في أحد المساجد ولهذه الدروس فوائد كثيرة .

٦ – حضر مدير المكتب عدة مؤتمرات إسلامية كبيرة في أمريكا وكندا مثل مؤتمر الاتحاد الإسلامي في أمريكا الشمالية بمدينة كولومبوس، وقد حضره قرابة ١٢٠٠٠ مسلم، ومؤتمر التجمع الإسلامي لأمريكا الشمالية بمدينة شيكاغو، وتم جمع ربع مليون دولار في هذا المؤتمر لاعداد برنامج إذاعي إسلامي . ومؤتمر رابطة الشباب المسلم في لوس أنجلوس .

٧ – قام المكتب بتوزيع ترجمة معاني القرآن الكريم باللغة الإنجليزية بطبعة جيب، وكذلك ترجمة كتاب «الدعاة إلى الله في ظلال سورة الكهف» .

## مكتب الرابطة في مـالــيزيا

من انشطة مكتب الرابطة في كوالالمبور :

١ – توزيع الكتب الدينية التي أرسلتها الأمانة العامة للرابطة على الجمعيات الإسلامية والجامعات والمجالس الدينية في الولايات وزائري المكتب .

٢ – توزيع المصاحف الواردة من مجمع الملك فهد في المدينة المنورة وكذلك ما يرد من السفارات الإسلامية كسفارة دولة الكويت ودول الخليج .

١٢٠

IIRO017084

٣ – الإشراف على دعاة الرابطة وعددهم ٢٥ داعية .

٤ – تسليم رواتب الدعاة وابلاغهم بالتعليمات الصادرة من الأمانة العامة للرابطة .

٥ – تزويد الأمانة العامة بالمعلومات عن الجهات التي تطلب مساعدات من الرابطة .

٦ – الإشراف على مدرسة الرابطة للأيتام بولاية فولو فيناناتج وهذه المدرسة تتلقى دعما من هيئة الإغاثة الإسلامية العالمية .

٧ – التصديق على شهادات الطلبة الذين يرغبون في الدراسة بالمملكة واصدار تزكيات وخطابات تعريف لمن يطلب ذلك بعد التأكد .

٨ – استقبال الضيوف القادمين من المملكة والرابطة وتوديع الضيوف المغادرين .

٩ – تمثيل الرابطة في الندوات والمؤتمرات والمناسبات الأخرى .

١٠– القاء خطب الجمعة في مساجد مختلفة وكذلك القاء دروس ومحاضرات دينية في المناسبات المختلفة .

١١– المشاركة في البرامج التلفزيونية والمشاركة في الرد على استفسارات المشاهدين والقاء دروس دينية في المساجد وغيرها .

١٢– . تلقين الشهادتين لمن يدخلون في الإسلام من مختلف الأجناس ويقدر عددهم شهريا من خمسة إلى عشرة اشخاص .


## مكتب الرابطة في «الدانمارك»

– الدانمارك هي أصغر الدول الاسكندنافية وتشتمل على ٤٠٦ جزيرة منها ٩٧ مأهولة بالسكان وعدد المسلمين فيها يبلغ مائة وثلاثين ألفا

١٢١

IIRO017085

أما الأنشطة المعتادة للمكتب فهي :

١ – تلقي الرسائل من الأمانة العامة وتزويدها بالبيانات والمعلومات المطلوبة بعد التحري عن تلك الجمعيات والمؤسسات .

٢ – يتلقى المكتب مئات من المكالمات الهاتفية من عموم الناس الذي يستفسرون عن القضايا الإسلامية ، بالإضافة الى عشرات الرسائل من الجهات المختلفة التي ترغب في الحصول على معلومات حول مواضيع مختلفة تتعلق بالإسلام ، مثل وضعية المرأة في الإسلام ، الحج ، المواد الغذائية الحلال ، اللباس الإسلامي ، الختان ، الأعياد الإسلامية ، الأجهاض ، اعتناق الإسلام ، المسلمون في الدول الأوروبية ، حقوق الإنسان في الإسلام ، وغير ذلك .

وترد هذه الاستفسارات من جهات مختلفة داخل بريطانيا وخارجها ، وقد تمكن المكتب من الإجابة على أكثر من ١٣٠ استفسار من هذا النوع .

٣ – فتح مكتب الرابطة أبوابه لعدد من الجميعات الإسلامية المعروفة التي ترغب في تنظيم برامج إسلامية في نهاية كل أسبوع تقريباً ، كتنظيم محاضرات ، دورات شرعية ، دروس في اللغة العربية ، نصائح حول الحج والعمرة ، واحتفالات بالأعياد الإسلامية وغيرها .

٤ – قام المكتب بإعداد عدة تقارير وأبحاث وإرسالها الى الأمانة العامة خلال هذه الفترة ، ومن بين هذه التقارير :

– تقرير يتضمن معلومات عامة عن بريطانيا وظروف المسلمين ، والأنشطة الدعوية .

– بحث حول التعليم الإسلامي في بريطانيا ضرورته وإمكاناته .

– تقرير مطول حول الوسائل الناجحة للعمل في مجال الدعوة .

– تقرير آخر حول الدعوة عن طريق وسائل الإعلام السمعية والبصرية وغيرها .

IIRO017086

كما ان المكتب له علاقات جيدة مع وزارة الفلاحة البريطانية، ويتم التنسيق معه حول اللحم الحلال، وان الوزارة تبدي اهتماماً بالطريقة الشرعية لذبح الحيوانات .

٥ – شارك المكتب في عدد من المؤتمرات والندوات خلال فترة التقرير . . ومن بينها :

– التعليم الديني للأطفال المسلمين، الطريق الى الأمام «الجمعية القومية للتعليم الإسلامي بالمملكة المتحدة» .

– وحدة المسلمين في بريطانيا، المجمع الإسلامي البريطاني .

– لقاء بحضور معالي الأمين العام للرابطة، استقبل به رؤساء بعض الجمعيات الإسلامية في بريطانيا وغير ذلك .

٦ – قام المكتب بإيصال عدد من المساعدات الواردة من الأمانة العامة لرابطة العالم الإسلامي، وتبلغ ٩٧ , ٢٨٧ , ١٩ جنيه استرليني للجمعيات والشخصيات الإسلامية .

٧ – قام المكتب بتوزيع مجموعة من الكتب الإسلامية على الزوار والباحثين .

## مكتب الرابطة في المالديف

١ – قام الدعاة التابعون للمكتب بالقاء الخطب في المساجد في صلاة الجمعة مع تنظيم الدروس الاسبوعية لتفسير القرآن الكريم والأحاديث النبوية .

٢ – قام دعاة الرابطة بزيارة السجون تلبية لطلب وزير الداخلية لتوعية نزلائها فتمت اكثر من عشر زيارات خلال العام .

٣ – قام المكتب بجهود التوعية للتعريف باحكام الاسلام في الجيش المالديفي تلبية لطلب وزارة الدفاع والامن الوطني .

٤ – الاجابة على الاستفسارات عن طريق الهاتف حول المواضيع الاسلامية وبواقع اكثر من ثلاث مكالمات هاتفية يوميا .

١٢٧

IIRO017087

٥ – قام المكتب باصدار العدد الخامس من مجلة الرابطة باللغة المالديفية .

٦ – يقوم المكتب باعداد عرض برنامج اسلامي عبر اذاعة المالديف وقد قدم خلال هذا العام اكثر من خمسين برنامجا دينيا .

٧ – توجد بالمكتب مكتبة عامة يستفيد منها زوار المكتب .

٨ – يقيم المكتب مسابقة سنوية في شهر رمضان المبارك بالتعاون مع التلفزيون وتلقي مساعدة من الامانة العامة لهذا البرنامج بمبلغ ٥٥٠ دولازا .

٩ – اشترك مكتب الرابطة ودعاته في عقد ندوات اسلامية مثل ندوة محو الأمية ومكافحة المخدرات وغير ذلك .

١٠- ساعد المكتب الجهات الحكومية في تقديم الآراء الاسلامية والأحكام الشرعية في تقنين الدستور المالديفي .

١١- استمرت الفصول الخاصة بتعليم القرآن الكريم والمواد الشرعية واللغة العربية في داخل المكتب صباحا ومساء ويدرس فيه ستون طالبا وطالبة .

## مكتب الرابطة في موريتانيا

يؤدي مكتب الرابطة دوره في توعية المسلمين وتعريفهم بالاخطار المحدقة بهم وتتلخص انشطة المكتب فيما يلي :

١ – المقابلات والاجتماعات مع المسؤولين الاداريين وتبادل المعلومات معهم وقد رصدت سجلات الاستقبال بالمكتب في الفترة من ٩٦/١/١م وحتى الآن أكثر من الفي مقابلة منهم رؤساء ومشايخ المحاضر والمدارس الإسلامية رؤساء الجمعيات الخيرية والقضاة والاطباء ورؤساء البلديات وغيرهم .

٢ – قام مدير المكتب بعدة رحلات داخلية في موريتانيا للتعرف على

١٢٨

IIRO017088

المشاريع التي تدعمها الرابطة وكذلك للاشراف على اعمال الدعاة والاساتذة المعينين من قبل الرابطة وقد شملت الرحلة جميع الولايات الجنوبية .

٣ – يشرف المكتب على المعهد القرآني التابع للرابطة ويتخرج من هذا المعهد ستون طالبا كل سنتين .

٤ – يقوم المكتب بتزويد الامانة العامة للرابطة بمختلف اقسامها بتقارير عن اعمال المعهد واعمال الدعاة كذلك تقارير عن المشاريع والمساجد التي تسأل عنها الأمانة العامة .

٥ – وزع المكتب اكثر من عشرة آلاف نسخة من المصحف الشريف الوارد من مجمع الملك فهد لطباعة المصحف الشريف في المدينة المنورة بالاضافة إلى الكتب والجرائد والمجلات الواردة من الأمانة العامة للرابطة .

٦ – من اعمال المكتب ايضا تزويد الأمانة العامة بتقارير دورية عن حسابات اوقاف المجلس الأعلى العالمي للمساجد الذي يملك في نواكشوط دكاكين في سوق شعبي وبناء مستقلا قرب هذا السوق . وكذلك حسابات الواردات والمصروفات الخاصة بالمكتب .

## مكتب الرابطة في موسكو

١ – قام مكتب الرابطة في موسكو بتوزيع أعداد كبيرة من نسخ القرآن الكريم وترجمة معانيه بلغات مختلفة خلال عامي ٩٦ ، ٩٧هـ.

٢ – قام مكتب الرابطة في موسكو بتنوير الرأي العام الإسلامي، وخاصة الهيئات والمؤسسات والإدارات الدينية، بتبليغها اهتمام الرابطة ومواقفها العادلة من القضايا الإسلامية المعاصرة، وذلك من خلال البيانات والتقارير الصادرة من الامانة العامة تجاه هذه القضايا .

١٢٩

IIRO017089

٣ - قام مكتب الرابطة باعداد دراستين عن المسلمين في جمهوريات ومحافظات روسيا الاتحادية .

الدراسة الاولى تحت عنوان «الإسلام والمسلمون في روسيا الاتحادية» والدراسة الثانية هي دراسة مفصلة وشاملة لأهم الجمهوريات والمحافظات التي تقطنها أقليات مختلفة إسلامية وغيرها داخل روسيا .

٤ - مشاركة مكتب الرابطة بموسكو في الندوة الإسلامية التي دعا اليها اتحاد مسلمي روسيا بتاريخ ٧ - ٨ ابريل ١٩٩٧، وقد حضرها وفد الأمانة العامة للرابطة برئاسة معالي الامين العام المساعد الشيخ محمد بن ناصر العبودي – حفظه الله

# مركز الفيصل الإسلامي في بنين

١ - بلغ عدد المراجعين في مركز كوتونو خلال عام ١٩٩٦م ٨٤٠٦٤ مراجعاً (اربعة وثمانين الفا واربعة وستين مراجعا) . ومن بداية عام ١٩٩٧ الى مايو ٩٧م خمسة وعشرين الفا وثلاثمائة واثنا عشر مراجعاً .

٢ - كما بلغ عدد المراجعين في مركز مدينة بورتونوفو خلال عام ٩٦م ثمانية وستين الفا وخمسمائة وسبعة وثمانين مراجعا ومن يناير الى مايو ٩٧م خمسة عشر الفا وثلاثمائة واثنين وخمسين مراجعا .

٣- وبلغ عدد المراجعين في مركز سكودي عام ١٩٩٦م ستة آلاف وخمسمائة وخمسة وستين مراجعا ومن اول سنة ٩٧م الى مايو ٩٧م الفين وثلاثمائة وستة وعشرين مراجعا .

# توزيع المصاحف والكتب :

تم توزيع اكثر من عشرة آلاف كتاب مدرسى في المراحل المختلفة على المدارس العربية الإسلامية في انحاء بنين كما تم توزيع اكثر من ستة آلاف نسخة من أجزاء القرآن الكريم .

١٣٠.

IIRO017090

المكتبــة :

بلغ عدد رواد المكتبة خلال العامين الماضيين اكثر من عشرة آلاف وثمانمائة زائر وتم عرض اكثر من سبعين شريطا إسلاميا باللغة الفرنسية والعربية .

المسجد وحلقات القرآن الكريم :

تنظم داخل المركز حلقة لتعليم القرآن الكريم للكبار والصغار كما توجد حلقات خاصة لمساعدة المسلمين الجدد لتعليم امور الدين الإسلامي وقد دخل في الإسلام عن طريق المكتب وعن طريق الدعاة اكثر من ١٠٠ شخص .

وقام مدير المركز بتمثيل الرابطة في عدد من المناسبات الإسلامية كافتتاح مساجد أو دخول بعض الاشخاص في الدين الإسلامي وكذلك في المناسبات الدبلوماسية وغيرها . كما قام مدير المركز بعدة جولات ميدانية لمختلف مناطق بنين وتوجو لتفقد اوضاع المسلمين .

يقوم المركز بتنظيم شؤون الحج وتوعية العازمين على الحج كل سنة بالتنسيق مع وزارة الخارجية في المملكة والجهات المعنية في دولة بنين .

## المركز الثقافي الإسلامي في مدريد

### ١ – في مجال العلاقات العامة والاعلام :

يستقبل المركز اعدادا كبيرة من الزوار يوميا ويقدم لهم شرحا مفصلا عن الإسلام والمسلمين ودور المركز والخدمات التي يقدمها كما يتم الرد على اسئلتهم واستفساراتهم .

وقد بلغ عدد الزوار خلال العامين الماضيين اكثر من ستة عشر الف شخص ضمن ١١٣ وفدا من المدارس والمعاهد والجامعات و٨٥ وفدا من منظمات وهيئات وجمعيات ثقافية ودينية وغيرها .

١٣١

IIRO017091

كما قدم خدمات ومعلومات لمختلف اجهزة الاعلام الاسبانية كما تم التعاون مع قناة مدريد التلفزيونية وكذلك جرى حديث اذاعى في راديو بوث عن فضائل شهر رمضان واحتفالات المركز وكذلك لتلفزيون كوريا والكويت وماليزيا وغيرها .

٢ – في مجال الشؤون الدينية :

وتشمل امامة المسلمين في الصلوات وخطبة الجمعة والعيدين والقاء دروس في الفقه والسيرة والعقيدة والتفسير وغيرها .

والقاء المحاضرات الدينية بالمركز وخارجه في معاهد ومدارس اسبانية وزيارة السجون لوعظ المسلمين والرد على الرسائل والاستفسارات البريدية وتجهيز ودفن الموتى والقيام بعملية الزواج واجراء عقود النكاح واجراءات الطلاق واشهار الإسلام وغير ذلك .

وقد تم الاشراف على مائة وواحد وثلاثين حالة زواج وتسع عشرة حالة طلاق واربع وتسعين حالة اشهار إسلام .

٣ – مكتب الشؤون الإسلامية :

ويقوم هذا المكتب بمتابعة شؤون الجمعيات والمراكز الإسلامية والمصليات في اسبانيا ويزودها بالمصاحف والكتب الإسلامية ومواقيت الصلاة وغيرها . ومن اعماله ايضا متابعة اجراءات عقود الزواج اداريا والاشراف على تجهيز ودفن الموتى للمسلمين مع مساعدتهم ماديا ومتابعة الذبح الحلال واصدار الشهادة الخاصة بذلك وزيارة السجناء بصحبة امام المركز وتزويدهم بالمصاحف والكتب وغير ذلك .

٤ – المكتبـــة :

يرتادها يوميا مابين عشرة الى عشرين شخصا تقريبا وكثير منهم من الطلاب والطالبات الاسبان الذين يرتادون المكتبة لاعداد بحوث أو دراسات

١٣٢

IIRO017092

لمدارسهم أو جامعاتهم عن الدين الإسلامي وتقدم لهم ادارة المكتب المعلومات المطلوبة وتجيب على استفساراتهم .

**ه – الندوات والمحاضرات الثقافية والزيارات :**

ويهتم المركز بهذا النوع من النشاط لما له من تأثير كبير على الجاليات الإسلامية وقد اشترك كبار العلماء من اسبانيا وخارجها في القاء المحاضرات في شهر رمضان وغيره ومن اهمها ندوة الاقتصاد الإسلامي التي نظمتها الجامعةالوطنية للتعليم بالمراسلة بالتعاون مع المركز في ١٨ – ١٩ يوليو ١٩٩٦م .

وكذلك الاجتماع الثاني لمسؤولي المراكز الثقافية الإسلامية في اوربا الذي نظمته المنظمة الإسلامية للتربيةوالعلوم والثقافة (الايسيسكو) بالتعاون مع المركز في ١٣ – ١٥ اغسطس ١٩٩٦م وافتتحه معالي الدكتور عبدالله العبيد امين عام رابطة العالم الإسلامي . وفي شهر رمضان ١٤١٦هـ كان البرنامج مكثفا جدا فبالاضافة الى الصلوات الخمس وصلاة التراويح القيت دروس دينية بمعدل درسين كل يوم بالاضافة الى خمس محاضرات علمية من بينها محاضرة بعنوان (الاقليات المسلمة في البلقان) القاها سعادة سفير البوسنة الدكتور محمد نزار وفيتش .

كما اقام المركز مسابقتين دينيتين وتم بعدهما توزيع الهدايا على المشاركين .

كما اقام المركز افطارات جماعية مع متوسط عدد الوافدين يوميا بما يقارب ٣٥٠ شخصا .

واقام المركز مسابقة لحفظ وتجويد القرآن الكريم على خمس مستويات ووزعت جوائز نقدية للخمسة الاوائل في كل مستوى .

١٣٣

IIRO017093

وهكذا كان الامر في شهر رمضان ١٤١٧ هـ ايضا بالاضافة الى النشاط النسوى حيث اقيمت محاضرات خاصة بالنساء قام بالقائها عدد من العالمات .

كما اعلن المركز عن اجراء مسابقة في كتابة المقالات خاصة بالرجال والنساء في موضوعات إسلامية معاصرة .

وهناك الكثير من الانشطة الادارية والاعلامية وغيرها .

# مركز الفيصل الإسلامي في نيامى بالنيجر

١ – في المجال التعليمي والثقافي :

( أ ) بلغ عدد الطلاب في معهد رابطة العالم الإسلامي بقسميه الاعدادي والثانوي مامجموعه ١١٥٥ طالبا وطالبة وتنظم اختبارات الاعدادية والثانوية من قبل وزارة التربية والتعليم بالنيجر ونسب النجاح التى نالها معهد الرابطة من أعلى النسب في مدارس النيجر .

(ب) تم افتتاح القسم الثقافي بالمعهد تلبية لرغبة كثير من الراغبين في تعليم اللغة العربية والثقافة الإسلامية من الموظفين والعمال والتجار وغيرهم وقد بلغ عدد الملتحقين ببرنامج تعليم اللغة العربية والثقافة الإسلامية ٦٩٧ وبحلقات تعليم القرآن ودروس التجويد ١٥٦ شخصا .

٢ – في مجال الدعوة والارشاد :

قام المركز بتنظيم محاضرات إسلامية بالتنسيق مع الجمعيات الإسلامية المحلية خاصة الجمعية النيجرية للدعوة والتضامن الإسلامي وتم استدعاء بعض كبار العلماء لالقاء المحاضرات واقامة الندوات من دولة ساحل العاج ومالى وغيرهما .

١٣٤

IIRO017094

٣ – في المجال الصحي :

بلغ عدد المراجعين بمستوصفى لاموردى وبكوكي في نيامي من يناير ٩٦ الى يونيو ١٩٩٧م مامجموعه ٤٨٣٠٤ ثمانية واربعين الفا وثلاثمائة واربعة مراجع وشارك في حملات التطعيم ضد الامراض الوبائية .

٤ – في مجال تقديم المساعدات :

قام المركز بتوزيع كميات من المصاحف الشريفة والكتب الدينية التي ترد من الامانة العامة كما قام المركز بتسليم المساعدات الواردة من الامانة العامة الى اصحابها .

٥ – تمثيل الرابطة :

قام مدير المركز بتمثيل الرابطة في عدد من المناسبات الإسلامية والثقافية وافتتاح المساجد والندوات والمؤتمرات والحفلات وغيرها .

## المؤسسة الثقافية الإسلامية بجنيف

تقوم المؤسسة بنشاطات مختلفة منها :

١ – النشاط التعليمي والثقافي :

– من أهم ما قامت به تعليم أطفال المسلمين يومي السبت والأحد حيث بلغ عددهم أكثر من ٢٠٠ طالب .

– وقامت بفتح فصول دراسية للكبار من غير الناطقين بالعربية وبلغ عدد المنتظمين لهذه الفصول سنوياً ما بين ٧٠ – ٩٠ شخصاً .

– إنشاء حلقات خاصة للنساء أسبوعياً لتعليمهن الدين والفقه الشرعي .

– إقامة ندوات أسبوعية في المسجد عن الفقه الإسلامي وشهرياً عن الإسلام والأحداث .

١٣٥

IIRO017095

٢ – النشاط الصحفي : حيث تتابع المؤسسة ما يصدر عن الصحف المحلية والأوروبية وكتابة مقالات بالفرنسية في الصحف المحلية لتصحيح المفاهيم الخاطئة عن الإسلام .

٣ – الخدمات الاجتماعية الأخرى مثل مساعدة من يرد التعرف على الإسلام والقيام بغسل الموتى وتكفينهم . . وإجراء عقود الأنكحة وزيارة المساجين المسلمين .

٤ – هذا بالإضافة إلى إقامة الشعائر الدينية في مسجد المؤسسة من صلاة وخطبة جمعة وحلقات القرآن الكريم والتفسير .

٥ – وقد أقامت المؤسسة حفلاً كبيراً في عيد الفطر الماضي حضره عدد كبير من المسؤولين الحكوميين والفيدراليين الذين تحدثوا عن الإسلام والعلاقة الطيبة للجالية الإسلامية ورحبوا بوجود المسلمين في سويسرا وقدروا دورهم في خدمة المجتمع . وحضر الاحتفال أكثر من سبعة آلاف شخص وكان أكبر تجمع للمسلمين في سويسرا .

## المركز الإسلامي الثقافي بإيطاليا

– تم عقد الدورة التدريبية الأولى لمديري مكاتب ومراكز الرابطة في أوروبا بمقر المركز الإسلامي الثقافي بروما في الفترة من ٧ – ١١ / ٥ / ١٤١٨هـ، وقد شارك في الدورة مديرو مراكز ومكاتب الرابطة في أوروبا وقدم المشاركون أوراق عمل جيدة عن أوضاع المسلمين في مناطق عمل المكاتب والمراكز .

– وقد أشرف على الدورة معالي الأمين العام للرابطة وساعده كل من مدير عام العلاقات الدولية والمؤتمرات ومدير إدارة المكاتب والمراكز الخارجية ، وقد أوصى المشاركون بضرورة قيام العاملين في المؤسسات الإسلامية في أوروبا بدراسة البيئة السياسية والاجتماعية والاقتصادية التي يعملون بها وفهم الأنظمة والقوانين المرعية المطبقة في مناطق

١٣٦

IIRO017096

عملهم والعمل على الاستفادة من تلك القوانين في خدمة العمل الإسلامي .

– اعداد دراسة علمية لبناء استراتيجية جديدة وفعالة لتنمية الموارد المادية والبشرية للمكاتب والمراكز الإسلامية في أوروبا .

– اعداد دراسات شاملة عن المسلمين في أوروبا بالنسبة لأوضاعهم السياسية والاقتصادية والاجتماعية وقضاياهم ومشاكلهم وأماكن وجودهم وتجمعاتهم وما يحتاجون من خدمات .

– ضرورة الاستمرار في عقد مثل هذه الندوات بشكل دوري على مستوى القارة .

– تعيين الأستاذ ماريو شالويا مستشاراً للمركز الإسلامي الثقافي في إيطاليا وتكليفه فيما بعد إدارة المركز وهو دبلوماسي إيطالي سابق من المسلمين الإيطاليين .

ويقدم المركز بعدة أنشطة منها :

١ – إلقاء المحاضرات الدينية والثقافية .

٢ – الاشتراك في الاحتفالات والمناسبات المختلفة وتقديم أوراق عمل وكلمات للمؤتمرات التي يدعى إليها .

٣ – يحظى المركز باحترام المسؤولين الإيطاليين .

٤ – للمركز علاقة ممتازة جداً مع الفاتيكان وبعض المنظمات المسيحية الأخرى .

٥ – يستقبل المركز مئات من الأفراد أسبوعياً خاصة من طلاب المدارس والسياح .

٦ – يقوم المركز باجراءات عقود الأنكحة والإشراف على الذبح الحلال .

٧ – استقبال الراغبين في إشهار إسلامهم وتعليمهم مبادىء الدين الأساسية.

١٣٧

IIRO017097

– يقوم بتوزيع الكتب الإسلامية .

– يشارك في المؤتمرات والملتقيات الإسلامية ويتلقى الاستفتاءات الشرعية ويجيب عليها .

– كما أن المكتب يعتبر مرجعاً للمسلمين هناك في مطالع شهور الحج والصيام بما يصدر من بيانات تتفق مع المواسم حسب مطالع القمر .

– قام بعقد فصول أسبوعية للأئمة وبرنامج تدريبي للدعاة .

– أقام مسابقات ثقافية وقدم جوائز للفائزين .

## مكتب الرابطة في أثيوبيا

– قام المكتب في العام المنصرم بالإضافة إلى عمله اليومي من إدارة شؤون المكتب واستقبال المراجعين والزوار ومتابعة أعمال الدعاة بمتابعة سير الدراسات في المدرسة الأولية التابعة للرابطة بأقسامها الثلاثة الابتدائية والمتوسطة والثانوية والتي يبلغ مجموع طلابها نحو ٢٦٥٤ طالباً وطالبة، ونحو ١٢٧ مدرساً وعاملاً وتدرس فيها حتى الآن اللغة العربية والعلوم الإسلامية بأنواعها ، كما تدرس فيها العلوم الأكاديمية الحديثة الأخرى .

– ولجنة المدرسة التي أنشئت قبل حوالي سنة ونصف من العام المنصرم تبذل أكثر جهدها في متابعة سير الدراسة وتجتمع لهذا الغرض كل يوم أربعاء فتدرس مشكلات المدرسة وتحاول إيجاد طريقة في حلها سواء أكانت هذه المشاكلات مالية أو دراسية أو مشكلة تتعلق بشؤون المدرسين والموظفين أو مشكلة بين المدرسة وبين وزارة التعليم الأثيوبية حيث تطبق المدرسة مناهج الوزارة وفقاً للاتفاقية المبرمة بينهما التي أعادت إدارة المدرسة إلى المكتب بعض ما ظلت مؤممة من قبل الحكومة الشيوعية العسكرية مثلها مثل المدارس الأهلية الأخرى المؤممة .

١٤٤

IIRO017098

– ونتيجة للمجهودات الخالصة التي تبذلها اللجنة حدث الهدوء النسبي لأول مرة في تاريخ المدرسة فزالت المشاغبات والخلافات القبلية التي كانت سائدة بين المدرسين والعمال لأسباب قبلية تافهة أو أسباب المحسوبية كانت تتبعها الإدارات السابقة ، وفتح لأول مرة ملف خاص لكل مدرس وكل طالب في هذه المدرسة ، وطبعت البطاقات الشخصية لأول مرة ووزعت مجاناً على جميع طلاب هذه المدرسة ومدرسيها .

– ونتيجة الهدوء النسبي الذي حدث في هذه المدرسة نجح نحو ٣١ طالباً وطالبة من ضمن ٦٠ طالباً وطالبة تقدموا في امتحانات الثانوية فالتحقوا جميعاً بجامعة أديس أبابا ، وهذا يمثل أكثر من نصف المتقدمين في الامتحانات الثانوية وبهذا نالت المدرسة التفوق على جميع مدارس أديس أبابا حيث لم تنل المدارس الأخرى هذا التفوق بهذه النسبة وقد شهدت بذلك الوزارة .

١٤٥

IIRO017099

**Beyond Words**

Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us