# EXHIBIT 014

*[Illegible stamp]*

**Report of the General Secretariat of
the Muslim World League submitted to
the Founding Council at its thirty-eighth session**

**Held in Mecca Al Mukarramah
from 4-6 Sha'ban 1425 AH,
corresponding to 18-20 September 2004 AD**

IIRO017945

*[Blank page IIRO017946]*
*[Page with short prayer IIRO017947]*
*[Blank page IIRO017948]*

## Contents

The introduction:...................................................................................................13

**Chapter One: Contemporary Islamic Issues and Follow-up on the Resolutions and Recommendations of the Previous Session**

First: The call to implement Islamic law……………………………………..17
Second: Islamic solidarity…………………………………………...………..21
Third: The case of Jerusalem and Palestine………………………………..23
Fourth: The case of Muslims in southern Philippines………………..………33
Fifth: Muslims in Bosnia and Herzegovina………...…………………...……35
Sixth: The case of Muslims in Kosovo………………….…………...……39
Seventh: Muslims in Macedonia…………………….………………….…….42
Eighth: Muslims in Serbia and Montenegro…………………………...…...44
Ninth: The case of the region of Nagorno-Karabakh *[Azerbaijani, probably mispelled]*, which was seized by Armenia…………………………………45
Tenth: Islamic Central Asian countries………...……………………….…...47
Eleventh:The case of Muslims in Myanmar (Burma).....................................50
Twelfth: The Somalia case………………………………………...………..52
Thirteenth: The Jammu and Kashmir case..……………………………..…54
Fourteenth: Afghanistan……………………………………………………57
Fifteenth: The Turkish Cyprus case…………………………………..……60
Sixteenth: The case of Muslims in Ivory Coast, Sierra Leone and Liberia…..62
Seventeenth: The bloody unrest in Indonesia……………………………..65

IIRO017949

Eighteenth: the Baharis case…………………………………………………………….69

Nineteenth: Muslim minorities…………………………………………………………70

**Chapter Two: Visits of MWL's general secretary and his receptions and the visits of MWL's delegation and of the assistant general secretary for Mosques' matters**

**First: Visits of MWL's General Secretary**

- Kazakhstan's visit……………………………………..……………...……..75
    - 1st visit …………………………………………………………75
    - 2nd visit …………………………………………………………77
- Azerbaijan's visit ………………………………………………………79
- Visit of the Russian Federation……………………..……………………..81
- Visit of the State of Qatar …………………….………………………84
- Visit of the Jordanian Hashemite Kingdom ……………….………………..85
- Taiwan's visit ……………………………………………………..90
- Syria and Lebanon visit …………………………………………..90
- Visit of the People's Republic of China ……………………………..94
- Switzerland's visit …………………………………….…………………95

**Second: Visits of MWL's delegations**

- Visit of the Belgium Kingdom………………..…….…..……………..96
- Visit of the Federal Republic of Germany …………………………..99
- Visit of the United States of America……………………………….102
- France's visit ……………………………………………………106
- Italy's visit………………………………….………………………108
- Visit of the Darfur region in Sudan ………………………………….111

**Third: MWL's Secretary General hosting visiting delegations** ………..…..114

IIRO017950

**Fourth: Visits of the Assistant general secretary for Mosques affairs ad his participation in certain activities locally and abroad**

- Japan's visit……………………………………………………………120
- Visit of the Arab Republic of Egypt …………………………….……..122
- Sweden's visit……………………………………………………..122
- Finland's visit……………………………………………….………123
- Denmark's visit…………………………………………………..124
- Kenya's visit ………………………………………………………..125
- Ethiopia's visit ……………………………………………………125
- Uganda's visit……………………………………………………125
- Switzerland's visit………………………………………………126
- Various conferences, seminars and meetings that the assistant general secretary of Mosques affairs has attended ………………………………….127

**Chapter Three: Activities of MWL's general secretariat's sectors**

**First: The assistant general secretary's sector**

- Department of Islamic cooperation …………………………………131
- Foreign offices and centres department…………………………..132

**Second: The assistant secretariat for Mosques' affairs**

- The institute for preparing Imams and preachers …………………132
- The department of Daa'wa and education…………………………135
- The department of Mosques' affairs………………………………..141

**Third: The general department for media and culture**

- Department of cultural affairs……………………………….…143
- Media department ……………………………………………143

IIRO017951

- Center of media channels…………………………………………….144
- Translation section……………………………………………………144

**Fourth: The general department for studies and conferences**

- Department of studies and research …………………………………..145
- Department of public relations………………………………………...147

**Fifth: Aid provided by MWL to educational establishments, associations and mosques**…………………………………………………………..148

**Chapter Four: Activities of MWL's offices and centers abroad**
**First: The Centers**
1-The Islamic Cultural Center in Madrid Spain ……………….…………155
2-The Islamic Cultural Center in Brussels Belgium.………………….…..157
3-The Islamic Cultural Center in Helsingør Denmark………………….…159
4-Faisal's Islamic Center in Niger ………………………………………160
5- Faisal's Islamic Center in Benin ……………………………………….161
6- The Cultural Islamic Centers in Aniocha – Nigeria………………………162

**First: The Offices**
1- MWL's office in Pakistan………………………………………………163
2- MWL's office in Bangladesh……………………………………………164
3- MWL's office in Indonesia………………………………………………165
4- MWL's office in Philippines……………………………………………166
5- MWL's office in Jordan…………………………………………………167
6- MWL's office in Maldives………………………………………………168
7- MWL's office in Senegal……………………………………………….169

IIRO017952

8- MWL's office in Kenya…………………………..………..…….171
9- MWL's office in Congo and Brazaville………………………..…172
10- MWL's office in Mauritania…………………………………..…173
11- MWL's office in Mozambique……………………………….…174
12- MWL's office in Togo………………………………………...175
13- MWL's office in Canada……………………………………….176
14- MWL's office in Britain……………………………………….. 177
15- MWL's office in Denmark……………………………………….178
16- MWL's office in Argentina……………………………………179
17- The Cultural Islamic Association in Geneva ……………………………180
18- Waqf [Islamic Endowment] of King Faisal in Basel……………...……181
19- MWL's office in Malysia……………...……………………………182

## Chapter Five: Activities of Islamic organizations and associations affiliated with MWL

1- International Islamic Relief Organization…………………………………185
2- International Organization for the Memorization of the Holy Qur'an………..193
3- The Islamic World Educational Organization………………………………..196
4- The International Organization for new Muslims…………………………….198
5- The Islamic Fiqh Council……………………………………..………..200
6- Makkah Al-Mukarramah Charitable Foundation…………………………….202
7- Commission on Scientific Signs in the Qur'an and Sunnah………………..204
8- The International Organization for the Muslim woman and family…………208

## Chapter Six: Conferences, Seminars, and meetings held by MWL or that MWL attended

### First: Conferences, seminars and meetings held by MWL
1- Islam in Central Asia Conference -Almaty [Almata] – Kazakhstan 1423….211

IIRO 017953

2-The Third Makkah Conference-Makkah Al-Mukarramah 1423 H………...213

3- The thirteenth session of the Joint Islamic Action Coordination Committee in the field of Daa'wa (Islamic propagation) -Makkah Al-Mukarramah 1424 H……215

4-Conference on Intercultural Dialogue-Astana-Kazakhstan 1424 H…………217

5- The Fourth Makkah Conference-Makkah Al-Mukarramah 1424 H……… .218

6- A seminar titled (Islam in East Asia: Civilization and Modernity), Taipei, Taiwan, 1425H…………………………………………………..…………………...220

7- The Islamic Forum titled (Ijtihad between Renewal and Neglect) Damascus - Syria 1425H……………………………………………..……………………….222

**Second: Conferences and seminars in which MWL participated**

1- The Twelfth Conference of the Islamic Research Academy titled (This is Islam) Cairo 1424H………………………………………………………………….223

2- The 11th monthly meeting of the King Abdulaziz Public Library - Riyadh, 1424H ………………………..………………………………………………………224

3- The World Symposium on Jerusalem Affairs, Amman, Jordan, 1424H        …………………………………………………………………225

4- The Tenth Islamic Summit Conference, Putrajaya, Malaysia, 1424 AH……………………………………………………………………226

5- The Islam and West Conference: A Changing World, Khartoum, Sudan, 1424 AH ……………………………………………………………..…………….…227

6- The World Conference on Islam's Stance on Terrorism - Riyadh 1425 AH……………………………………………………………………228

7- The (60th) session of the United Nations Economic and Social Commission for Asia and the Pacific, Shanghai, People's Republic of China, 1425 AH…………..229

-10-

IIRO017954

8- The thirty-first session of the Islamic Conference of Foreign Ministers of the Organization of the Islamic Conference, Istanbul, Türkiye, 1425 AH…………230

**Chapter Seven: MWL's efforts in combating terrorism and responding to the malicious campaigns waged by the enemies of Islam against Islam and Muslims.**

First: Terrorism……………………………………………………………………..233
Secondly: Defending Islam and correcting its distorted image……………..…...235

**Chapter Eight: MWL's Efforts in Cooperation and Coordination Among Islamic**
**Organizations and Bodies………………………………………………...…….239**

IIRO 017955



# تقــريــر
# الأمانة العامة لرابطة العالم الإسلامي
# المقـدم للمجلس التأسيسي
# في الدورة الثامنة والثلاثين

## المنعقدة بمكة المكرمة
في الفترة من ٤-٦ شعبان ١٤٢٥هـ
الذي يوافقه ١٨-٢٠ سبتمبر ٢٠٠٤م

IIRO017945

IIRO017946



IIRO017947

IIRO017948

# المحتويات

المقـدمـة ................................................................................ ١٣

**الباب الأول : القضايا الإسلامية المعاصرة ومتابعة قرارات**

**الدورة السابقة وتوصياتها**

أولاً          : الدعـوة إلى تطبيـق الشـريعـة الإسـلاميـة ................ ١٧

ثانيـــــــاً: التضـامن الإسلامي ......................................... ٢١

ثـالـــثـــاً: قـضيـة القـدس وفلسـطين ................................ ٢٣

رابـعـــــاً: قضيـة المسلمين في جنـوب الفلبين ...................... ٣٣

خـامســـاً: المسلمـون في البـوسنة والهـرسك ...................... ٣٥

سـادسـاً: قـضيـة قـسلمين في كـوسـوفا .......................... ٣٩

سـابـــعـــاً: المسلمين في مـقـدونيـا ................................ ٤٢

ثامنـــــاً: المسلمون في صربيا والجبل الأسود ..................... ٤٤

تـاسـعـــاً: موضوع إقليم ناغورني قرع باغ الأذاري

الذي استولت عليه أرمينيا ........................... ٤٥

عـاشــــــراً: دول آسيا الوسطى الإسـلاميـة ....................... ٤٧

حـادي عشـر: قضية المسلمين في ميانمار (بورما) ................. ٥٠

ثـاني عشـر: قضية الصومـال ........................................... ٥٢

ثالث عشـر: قضية جامـو وكشمـير ................................... ٥٤

رابـع عشـر: أفغـانستان .................................................. ٥٧

خامس عشـر: قضية قبرص التركية ................................... ٦٠

سادس عشر: قضية المسلمين في ساحل العاج وسيراليون وليبيريا ........ ٦٢

سابع عشـر: الاضطرابات الدامية في إندونيسيا ................. ٦٥

IIRO017949

ثامن عشر : قضية البهاريين ........................................................ ٦٩

تاسع عشر : الأقليات المسلمة ...................................................... ٧٠

**الباب الثاني : زيارات الأمين العام للرابطة واستقبالاته وزيارات وفود الرابطة وزيارات الأمين المساعد لشؤون المساجد**

**أولاً: زيارات الأمين العام للرابطة:**

● زيارة كازاخستان .................................................... ٧٥

■ الزيارة الأولى ................................................. ٧٥

■ الزيارة الثانية ................................................. ٧٧

● زيارة أذربيجان .................................................... ٧٩

● زيارة روسيا الاتحادية ............................................ ٨١

● زيارة دولة قطر ................................................... ٨٤

● زيارة المملكة الأردنية الهاشمية ................................. ٨٥

● زيارة تايوان ...................................................... ٨٧

● زيارة سوريا ولبنان .............................................. ٩٠

● زيارة جمهورية الصين الشعبية .................................. ٩٤

● زيارة سويسرا .................................................... ٩٥

**ثانياً: زيارات وفود الرابطة**

● زيارة مملكة بلجيكا .............................................. ٩٦

● زيارة جمهورية ألمانيا الاتحادية ................................. ٩٩

● زيارة الولايات المتحدة الأمريكية ............................... ١٠٢

● زيارة فرنسا ...................................................... ١٠٦

● زيارة إيطاليا ...................................................... ١٠٨

● زيارة دارفور بالسودان .......................................... ١١١

**ثالثاً: استقبالات الأمين العام للرابطة للوفود الزائرة** .................. ١١٤

IIRO017950

رابعاً: زيارات الأمين المساعد لشؤون المساجد ومشاركاته في بعض المناشط
في الداخل والخارج

- زيارة اليابان ................................................ ١٢٠
- زيارة جمهورية مصر العربية ........................ ١٢٢
- زيارة السويد ............................................. ١٢٢
- زيارة فنلندا .............................................. ١٢٣
- زيارة الدنمارك .......................................... ١٢٤
- زيارة كينيا ................................................ ١٢٥
- زيارة أثيوبيا ............................................. ١٢٥
- زيارة أوغندا ............................................. ١٢٥
- زيارة سويسرا ........................................... ١٢٦
- المؤتمرات والندوات واللقاءات  والمناسبات المختلفة
التي شارك فيها الأمين المساعد لشؤون المساجد ......... ١٢٧

## الباب الثالث: مناشط قطاعات الأمانة العامة للرابطة

### أولاً: قطاع الأمين العام المساعد

- إدارة التعاون الإسلامي ............................... ١٣١
- إدارة المكاتب والمراكز في الخارج ................... ١٣٢

### ثانياً: الأمانة المساعدة لشؤون المساجد

- معهد إعداد الأئمة والدعاة ........................... ١٣٣
- إدارة الدعوة والتعليم ................................. ١٣٥
- إدارة شؤون المساجد .................................. ١٤١

### ثالثاً: الإدارة العامة للإعلام والثقافة

- إدارة الشؤون الثقافية ................................. ١٤٣
- إدارة الإعلام ........................................... ١٤٣

IIRO017951

● مركز الوسائل الإعلامية ................................................ ١٤٤

● قسم الترجمة ............................................................. ١٤٤

**رابعاً: الإدارة العامة للدراسات والمؤتمرات**

● إدارة الدراسات والبحوث ........................................... ١٤٥

● إدارة العلاقات العامة ................................................ ١٤٧

**خامساً: المساعدات التي قدمتها الرابطة للمؤسسات التعليمية والجمعيات والمساجد** ........................................ ١٤٨

**الباب الرابع: مناشط مكاتب ومراكز الرابطه في الخارج**

**أولاً: المراكز**

١- المركز الثقافي الإسلامي في مدريد أسبانيا ................. ١٥٥

٢- المركز الثقافي الإسلامي في بروكسيل بلجيكا ............ ١٥٧

٣- المركز الثقافي الإسلامي في هلسنكور – الدنمارك ....... ١٥٩

٤- مركز الفيصل الإسلامي في النيجر .......................... ١٦٠

٥- مركز الفيصل الإسلامي في بنين ............................. ١٦١

٦- المراكز الثقافي الإسلامي في أنوفيا – نيجيريا .......... ١٦٢

**ثانياً: المكاتب**

١- مكتب الرابطة في باكستان ..................................... ١٦٣

٢- مكتب الرابطه في بنجلاديش ................................... ١٦٤

٣- مكتب الرابطة في أندونيسيا ................................... ١٦٥

٤- مكتب الرابطة في الفلبين ...................................... ١٦٦

٥- مكتب الرابطة في الأردن ....................................... ١٦٧

٦- مكتب الرابطة في المالديف ..................................... ١٦٨

٧- مكتب الرابطة في السنغال ..................................... ١٦٩

IIRO017952

٨– مكتب الرابطة في كينيا ........................................ ١٧١

٩– مكتب الرابطة في الكنغو برازفيل ...................... ١٧٢

١٠– مكتب الرابطة في موريتانيا ............................ ١٧٣

١١– مكتب الرابطة في موزمبيق .............................. ١٧٤

١٢– مكتب الرابطة في توجو .................................. ١٧٥

١٣– مكتب الرابطة في كندا .................................. ١٧٦

١٤– مكتب الرابطة في بريطانيا ............................ ١٧٧

١٥– مكتب الرابطة في الدنمارك ............................ ١٧٨

١٦– مكتب الرابطة في الأرجنتين .......................... ١٧٩

١٧– المؤسسة الثقافية الإسلامية بجنيف .................. ١٨٠

١٨– وقف الملك فيصل ببازل .................................. ١٨١

١٩– مكتب الرابطة في ماليزيا .............................. ١٨٢

**الباب الخامس: مناشط الهيئات والمؤسسات الإسلامية التابعة للرابطة**

١– هيئة الإغاثة الإسلامية العالمية .................... ١٨٥

٢– الهيئة العالمية لتحفيظ القرآن الكريم .............. ١٩٣

٣– الهيئة الإسلامية العالمية للتعليم .................. ١٩٦

٤– الهيئة العالمية للمسلمين الجدد .................... ١٩٨

٥– المجمع الفقهي الإسلامي .............................. ٢٠٠

٦– مؤسسة مكة المكرمة الخيرية ........................ ٢٠٢

٧– الهيئة العالمية للإعجاز العلمي في القرآن والسنة .... ٢٠٤

٨– الهيئة العالمية للمرأة والأسرة المسلمة ............ ٢٠٧

**الباب السادس: المؤتمرات والندوات والملتقيات التي أقامتها الرابطة أو شاركت فيها**

**أولاً: المؤتمرات والندوات والملتقيات التي أقامتها الرابطة**

١– مؤتمر الإسلام في آسيا الوسطى – آلماتا – كازاخستان ١٤٢٣هـ ........ ٢١١

IIRO017953

٢- مؤتمر مكة المكرمة الثالث – مكة المكرمة ١٤٢٣هـ ................ ٢١٣

٣- الدورة الثالثة عشرة للجنة تنسيق العمل الإسلامي المشترك

في مجال الدعوة – مكة المكرمة ١٤٢٤هـ ................ ٢١٥

٤- مؤتمر الحوار الحضاري- أستانة – قازاقستان ١٤٢٤هـ ....... ٢١٧

٥- مؤتمر مكة المكرمة الرابع – مكة المكرمة ١٤٢٤هـ ............ ٢١٨

٦- ندوة بعنوان (الإسلام في شرق آسيا حضارة ومعاصرة)

تايبــيــه تايوان ١٤٢٥هـ ................ ٢٢٠

٧- الملتقى الإسلامي بعنوان (الاجتهاد بين التجديد والتفريط)

دمـشـق – سـوريا ١٤٢٥هـ ................ ٢٢٢

**ثانياً: المؤتمرات والندوات التي شاركت فيها الرابطة**

١- المؤتمر الثاني عشر لمجمع البحوث الإسلامية بعنوان

(هذا هو الإسلام) القاهرة ١٤٢٤هـ ................ ٢٢٣

٢- اللقاء الشهري (١١) لمكتبة الملك عبد العزيز العامة

– الرياض ١٤٢٤هـ ................ ٢٢٤

٣- الندوة العالمية لشؤون القدس عمان – الأردن ١٤٢٤هـ ........ ٢٢٥

٤- مؤتمر القمة الإسلامي العاشر بوترا جايا

– ماليزيا ١٤٢٤هـ ................ ٢٢٦

٥- مؤتمر الإسلام والغرب عالم متغير الخرطوم

– السـودان ١٤٢٤هـ ................ ٢٢٧

٦- المؤتمر العالمي عن موقف الإسلام من الإرهاب

– الرياض ١٤٢٥هـ ................ ٢٢٨

٧- الدورة (٦٠) للجنة الاقتصادية والاجتماعية لآسيا والباسفيك

التابع للأمم المتحدة شنغهاي – الصين الشعبية ١٤٢٥هـ ........ ٢٢٩

IIRO017954

٨- الدورة الحادية والثلاثون للمؤتمر الإسلامي لوزراء خارجية دول منظمة المؤتمر الإسلامي اسطنبول – تركيا ١٤٢٥هـ ........ ٢٣٠

**الباب السابع: جهود الرابطة في مكافحة الإرهاب والرد على الحملات المغرضة التي يشنها أعداء الإسلام على الإسلام والمسلمين**

أولاً : الإرهـاب ................................ ٢٣٣

ثانياً: الدفاع عن الإسلام وتصحيح صورته المغلوطة .................. ٢٣٥

**الباب الثامن: جهود الرابطة في مجال التعاون و التنسيق بين المنظمات والهيئات الإسلامية**

.................................................... ٢٣٩

IIRO017955

## DAOU TRANSLATION AND SERVICES
ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

### CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO017945 - IIRO 017955

**Source language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026