# EXHIBIT 015



United Nations

E/2023/INF/5

# Economic and Social Council

Distr.: General
4 April 2023

English only

## List of non-governmental organizations in consultative status with the Economic and Social Council as at 31 December 2022*,**

### Note by the Secretary-General

The non-governmental organizations that were in consultative status as at 31 December 2022, including those added as a result of action taken by the Economic and Social Council at its management meetings held in 2022, are listed herein.[1]

---

  * Reissued for technical reasons on 25 October 2023; previously issued under the symbol E/2022/INF/5.

** Owing to constraints related to the impact of the coronavirus disease (COVID-19) on the working arrangements of the Economic and Social Council and the sessions of its subsidiary bodies, the Council decided, by its decision 2022/313, to schedule the dates of the 2022 regular session of the Committee on Non-Governmental Organizations from 17 to 26 May and on 7 June 2022 and the resumed session from 29 August to 7 September and on 15 September 2022, respectively.

[1] There are 142 organizations in general consultative status, 5,229 in special consultative status and 966 on the Roster, for a total of 6,337 non-governmental organizations listed. The year in which an organization was granted status with the Council is given in parentheses, after the organization's name, except where that information is not available. The consultative status of 205 organizations is currently suspended (see chap. IV).

23-20712 (E)    301023



Please recycle

**E/2023/INF/5**

# Contents

*Page*

I. General consultative status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II. Special consultative status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

III. Roster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156

    A. Organizations placed on the Roster by virtue of action taken by the Economic and Social Council on the recommendation of the Committee on Non-Governmental Organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156

        1. Pursuant to Council resolutions 1296 (XLIV) and 1996/31 . . . . . . . . . . . . . . . . . . . 156

        2. Pursuant to Council decision 1996/302 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 168

    B. Organizations placed on the Roster by action of the Secretary-General . . . . . . . . . . . . . . 171

    C. Organizations placed on the Roster by virtue of their consultative status with other United Nations bodies or the specialized agencies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 172

IV. Non-governmental organizations with outstanding quadrennial reports, whose consultative status with the Council has been suspended as from 7 December 2022 in accordance with Council resolution 2008/4 and Council decision 2023/306 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 186

E/2023/INF/5

World Vision International (2004)

World Wide Fund for Nature International (1996)

Yayasan Cinta Anak Bangsa (2016)

Zonta International (1969)

## II. Special consultative status

1M1B Foundation (2018)

21st Century Community Empowerment for Youth and Women Initiative (2018)

28. Jun (2018)

3Strands Global Foundation (2020)

7amleh – The Arab Centre for the Advancement of Social Media (2022)

A Better Community for All (ABC4All) (2019)

A Chance in Life, Inc. (2021)

A Leg to Stand On (2020)

A New Dawn – Bedouin Jewish Centre in the Negev for Equality and Accessibility in Education, Research, Peace and Welfare Services, RA (2019)

A11 – Initiative for Economic and Social Rights (2020)

AAINA (2018)

Aalem for Orphan and Vulnerable Children, Inc. (2020)

AATASSIMO (2021)

Abaad Resource Center for Gender Equality (2016)

Abantu for Development/People for Development (1999)

ABC Tamil Oli (2017)

Abdul Momen Khan Memorial Foundation (Khan Foundation) (2001)

Abibimman Foundation (2011)

Abiodun Adebayo Welfare Foundation (2012)

Abnaa al-Mahrousa Foundation for Development and Participation (2021)

Aboriginal and Torres Strait Islander Corporation Family Violence Prevention and Legal Service (Victoria) (2013)

Aboriginal Legal Service of Western Australia (2011)

Abshar Atefeha Charity Institute (2019)

Academy for Future Science (2003)

Academy for Mobilizing Rural-Urban Action through Education (2005)

Academy of Criminal Justice Sciences (1983)

Academy of Dentistry International (2018)

Academy of Labour and Social Relations (2010)

Academy of Mining Sciences (2004)

International Institute for Child Protection (2011)

International Institute for Human Rights, Environment and Development (1996)

International Institute for the Rights of the Child (2003)

International Institute of Humanitarian Law (1983)

International Institute of Space Law (2017)

International Interfaith Peace Corps, Inc. (2020)

International Investment Center (1998)

International Islamic Relief Organization (1995)

International Islamic Youth League (2015)

International Jurists Organisation (1999)

International Justice Mission (2005)

International Justice Resource Center, Inc. (2014)

International Juvenile Justice Observatory (2011)

International Kolping Society (1991)

International La Strada Association (2010)

International Lactation Consultant Association (1996)

International Law Association (1947)

International Law Enforcement Federation (2011)

International Lesbian and Gay Association (2011)

International Longevity Center Global Alliance, Ltd. (2012)

International Longevity Centre Canada (2022)

International Mahavira Jain Mission (2011)

International Mayor Communication Centre, Limited (2017)

International Medical Corps (2021)

International Medical Crisis Response Alliance, Direct Operation (2021)

International MotherBaby Childbirth Organization, Inc. (2014)

International Motor Vehicle Inspection Committee (1987)

International Movement against All Forms of Discrimination and Racism (IMADR) (2008)

International Movement for Advancement of Education Culture Social and Economic Development (2017)

International Multiracial Shared Cultural Organization (1995)

International Muslim Women's Union (1999)

International Native Tradition Interchange, Inc. (2004)

International Network for Economic, Social and Cultural Rights, Inc. (ESCR-Net) (2020)

International Network for Standardization of Higher Education Degrees (INSHED) (2014)