# EXHIBIT 019

United Nations

A/RES/61/16

 **General Assembly**

Distr.: General
9 January 2007

**Sixty-first session**
Agenda items 47 and 113

# Resolution adopted by the General Assembly on 20 November 2006

[*without reference to a Main Committee (A/61/L.24)*]

### 61/16.  Strengthening of the Economic and Social Council

*The General Assembly*,

*Recalling* the 2005 World Summit Outcome,[1]

*Recalling also* its resolutions 45/264 of 13 May 1991, 50/227 of 24 May 1996, 52/12 B of 19 December 1997, 57/270 B of 23 June 2003, 59/250 of 22 December 2004 and 60/265 of 30 June 2006,

*Recalling further* its resolution 60/180 of 20 December 2005 and Security Council resolution 1645 (2005) of 20 December 2005,

*Reaffirming* the role that the Charter of the United Nations and the General Assembly have vested in the Economic and Social Council, and recognizing the need for a more effective Council as a principal body for coordination, policy review, policy dialogue and recommendations on issues of economic and social development, as well as for implementation of the international development goals agreed at the major United Nations conferences and summits, including the Millennium Development Goals,

*Reaffirming also* the commitments to and emphasizing the need to fully implement the global partnership for development set out in the United Nations Millennium Declaration,[2] the Monterrey Consensus of the International Conference on Financing for Development[3] and the Plan of Implementation of the World Summit on Sustainable Development ("Johannesburg Plan of Implementation")[4] and to enhance the momentum generated by the 2005 World Summit in order to operationalize and implement, at all levels, the commitments set out in the outcomes of the major United Nations conferences and summits, including the 2005 World Summit, in the economic, social and related fields,

---

[1] See resolution 60/1.

[2] See resolution 55/2.

[3] *Report of the International Conference on Financing for Development, Monterrey, Mexico, 18–22 March 2002* (United Nations publication, Sales No. E.02.II.A.7), chap. I, resolution 1, annex.

[4] *Report of the World Summit on Sustainable Development, Johannesburg, South Africa, 26 August–4 September 2002* (United Nations publication, Sales No. E.03.II.A.1 and corrigendum), chap. I, resolution 2, annex.

06-49539

*Reiterating* that the Economic and Social Council should continue to strengthen its role as the central mechanism for system-wide coordination and thus promote the integrated and coordinated implementation of and follow-up to the outcomes of the major United Nations conferences in the economic, social and related fields, in accordance with the Charter and relevant General Assembly resolutions, in particular resolutions 50/227 and 57/270 B,

*Resolving* to accelerate the implementation of the measures and mechanisms defined in its resolution 57/270 B on integrated and coordinated implementation of and follow-up to the outcomes of the major United Nations conferences and summits in the economic and social fields,

*Welcoming* Economic and Social Council decision 2006/206 of 10 February 2006, entitled "Adapting the work of the Economic and Social Council",

*Recalling* that the Economic and Social Council should increase its role in overseeing system-wide coordination and the balanced integration of economic, social and environmental aspects of United Nations policies and programmes aimed at promoting sustainable development, and reaffirming that the Commission on Sustainable Development should continue to be the high-level commission on sustainable development within the United Nations system and serve as a forum for consideration of issues related to integration of the three dimensions of sustainable development,

*In pursuance* of paragraphs 155 and 156 of the 2005 World Summit Outcome,

1.    *Decides* to maintain the current segment structure of the substantive session of the Economic and Social Council;

2.    *Also decides* that the Economic and Social Council should continue to promote global dialogue, inter alia, through strengthening existing arrangements, including:

(*a*)    The special high-level meeting with the Bretton Woods institutions, the World Trade Organization and the United Nations Conference on Trade and Development;

(*b*)    An annual high-level policy dialogue with international financial and trade institutions held in the framework of a strengthened high-level segment of the annual substantive session of the Council;

(*c*)    A thematic discussion on a theme from economic, social and related fields to be decided by the Council and informed by a report of the Secretary-General;

3.    *Further decides* that the biennial high-level Development Cooperation Forum will be held within the framework of the high-level segment of the Economic and Social Council, while stressing the need to preserve the distinct identity of the Forum so as to facilitate high-level participation, with a view to enhancing the implementation of international development cooperation issues affecting the realization of the internationally agreed development goals, including the Millennium Development Goals, and to promote dialogue to find effective ways to support it;

4.    *Decides* that the biennial Development Cooperation Forum will be held in alternate years in the framework of the high-level segment of the Economic and Social Council and that it should:

2

(*a*)  Review trends and progress in international development cooperation and give policy guidance and recommendations to promote more effective international development cooperation;

(*b*)  Identify gaps and obstacles with a view to making recommendations on practical measures and policy options to enhance coherence and effectiveness and to promote development cooperation for the realization of the internationally agreed development goals, including the Millennium Development Goals;

(*c*)  Provide a platform for Member States to exchange lessons learned and share experiences in formulating, supporting and implementing national development strategies;

(*d*)  In accordance with the rules of procedure, be open to participation by all stakeholders, including the organizations of the United Nations, the international financial and trade institutions, the regional organizations, civil society and private sector representatives;

5.  *Requests* the Economic and Social Council to consider launching the Development Cooperation Forum during the high-level segment of its substantive session of 2007 and thereafter meeting in New York, starting in 2008;

6.  *Decides* that the Economic and Social Council should undertake a regular and periodic review and assessment of international economic and development policies and their impact on development;

7.  *Requests* the Secretary-General to prepare an analytical background report for consideration by the Development Cooperation Forum;

8.  *Decides* that the Economic and Social Council should hold annual ministerial-level substantive reviews as part of its high-level segment, and also decides that such reviews should be conducted by means of a cross-sectoral approach focusing on thematic issues common to the outcomes of the major United Nations conferences and summits in the economic, social and related fields, including the Millennium Development Goals and other internationally agreed development goals, review progress made in the implementation of the outcomes of those conferences and summits and their follow-up processes and assess its impact on the achievement of the goals and targets of the conferences and summits, and in this regard:

(*a*)  Recommends that such reviews provide an opportunity for countries to make voluntary national presentations;

(*b*)  Requests the Council to urge the functional commissions and other relevant subsidiary bodies and follow-up mechanisms, as appropriate, to contribute, in accordance with their mandates and taking into account their specificity, to the assessment;

(*c*)  Recommends that the Council establish a multi-year programme of work for the ministerial-level substantive reviews;

(*d*)  Invites the organizations of the United Nations system, including the Bretton Woods institutions and the World Trade Organization, to contribute within their respective mandates to the consideration by the Council;

9.  *Requests* the Economic and Social Council to urge the United Nations regional commissions, in collaboration with other regional and subregional organizations and processes, as appropriate, to contribute, within their mandates, to the review of progress made in the implementation of and follow-up to the outcomes

of the major United Nations conferences and summits in the economic, social and related fields and to provide input to the discussions of the Council in accordance with its rules of procedure;

10. *Requests* the Secretary-General, when submitting his reports for the high-level segment, to include a concise, analytical section providing an assessment of progress, identifying gaps and obstacles in implementation and making recommendations to overcome those gaps and obstacles for consideration by Member States;

11. *Decides* that the outcome of the high-level segment should be one ministerial declaration;

12. *Also decides* that the Economic and Social Council should support and complement international efforts aimed at addressing humanitarian emergencies, including natural disasters, in order to promote an improved, coordinated response by the United Nations;

13. *Stresses* the importance of the humanitarian affairs segment of the Economic and Social Council in strengthening the coordination and effectiveness of United Nations humanitarian assistance;

14. *Emphasizes* that in addition to the humanitarian affairs segment, the Economic and Social Council should convene ad hoc meetings, in accordance with its rules of procedure, on specific humanitarian emergencies on the request of the affected Member State and following a recommendation of the Bureau, and that such ad hoc meetings should raise awareness and promote the engagement of all stakeholders in support of international relief efforts aimed at addressing those emergencies;

15. *Reaffirms* the role of the Economic and Social Council in providing overall coordination and guidance for operational development programmes and funds on a system-wide basis, including objectives, priorities and strategies in the implementation of the policies formulated by the General Assembly, as well as in concentrating on cross-cutting and coordination issues related to operational activities, in accordance with relevant Assembly resolutions;

16. *Also reaffirms* the importance of the triennial comprehensive policy review of operational activities, through which the General Assembly establishes key system-wide policy orientations for the development cooperation and country-level modalities of the United Nations system;

17. *Recalls* the role of the Economic and Social Council in providing coordination and guidance to the United Nations system to ensure that those policy orientations are implemented on a system-wide basis in accordance with General Assembly resolutions 48/162 of 20 December 1993, 50/227 and 57/270 B;

18. *Expresses concern* that insufficient provision of conference services and substantive support to the meetings of the Economic and Social Council has at times impeded its ability to fulfil its mandate despite its status as a Charter body, and in this regard decides to ensure provision of full and substantive support and conference services to the Council for all meetings necessary to enable it to fulfil its strengthened mandate;

19. *Recognizes* that the Economic and Social Council, as a Charter body, is entitled to convene meetings as and when needed, with full substantive support and conference services, and in this regard decides that the Council, beginning with its 2007 session, is entitled to convene additional meetings, of up to two weeks, in

order to facilitate the fulfilment of its newly assigned responsibilities for organizing the annual ministerial reviews and the Development Cooperation Forum, as well as to hold ad hoc meetings, in order to effectively fulfil its mandate under the Charter;

20. *Recalls* its resolution 60/180 on the Peacebuilding Commission that addresses the special needs of countries emerging from conflict towards recovery, reintegration and reconstruction and assists them in laying the foundation for sustainable development, and in this regard reaffirms the importance of interaction between the Economic and Social Council and the Commission;

21. *Underlines* the experience of the Economic and Social Council in the area of post-conflict peacebuilding and the success of its ad hoc advisory groups on countries emerging from conflict, and invites the Peacebuilding Commission to benefit from it;

22. *Reiterates* that the agenda of the Peacebuilding Commission will be based on, inter alia, requests for advice from the Economic and Social Council with the consent of a concerned Member State in exceptional circumstances on the verge of lapsing or relapsing into conflict and of which the Security Council is not seized in accordance with Article 12 of the Charter;

23. *Reiterates its request* to the Peacebuilding Commission to make the outcomes of its discussions, recommendations and other reports available as United Nations documents to, inter alia, the Economic and Social Council;

24. *Decides* to review the implementation of the present resolution at its sixty-fifth session.

*56th plenary meeting*
*20 November 2006*