# EXHIBIT 020

**Muslim World League**
  Secretariat General
  Makkah al Mukarramah
    Department of personnel affairs

| Number 22/ | Date | Attachments ____ |
|---|---|---|

Subject

………………………….

…………………………………...

**[Handwritten: Decision nr. ([striken number] 183/[illegible] dated 27/1/1414 AH**

The Acting Secretary General of the Muslim World League,
Based on the powers vested in us by the Staff Regulations,
And based on the issuance of the Royal Decree appointing His Excellency Dr. Abdullah bin Omar bin Nassif as Deputy of the president of Shura Council,

**Decides the following**

**First:** Terminating the secondment of His Excellency Dr. Abdullah bin Omar bin Naseef, Secretary General of the League, effective as of the end of day 26/1/1414 AH.

**Second:** All financial entitlements due to His Excellency shall be disbursed in accordance with regulations.

**Third:** The relevant departments shall implement the present decision.

May God grant success.

**Acting Secretary General**
Amin Aqeel Attas
[Signed]

MWL  059188

[Footer includes contact details in English and Arabic]

**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة
ادارة شؤون الموظفين

| المرفقات | / / / التاريخ | الرقم ٢٢/ |
|---|---|---|

..................... الموضوع ...........................

....................................................

قرار رقم (١٨٣/م/م) وتاريخ ٣٠/ ١ / ١٤١٤هـ

ان الامين العام لرابطة العالم الاسلامى بالنيابة ،

بناء على الصلاحيات المخولة لنا بموجب لائحة الموظفين ،

وبناء على صدور الامر الملكي الكريم بتعيين معالي الدكتورعبدالله بن عمرنصيف نائباً لرئيس مجلس الشورى ،

يقرر ماياتى

اولا :   انهاء اعـارة معالي الدكتور عبـدالله بن عمرنصيف الأميـن العـام للرابطة اعتباراً من نهاية يوم ١٤١٤/١/٢٦هـ .

ثانيا :   يصرف لمعاليه جميع مستحقاته المالية نظاماً.

ثالثا :   على الادارات المختصة التنفيذ.

والله الموفق ،،،

الأمين العام بالنيابة

أمين عقيل عطاس

ع/ع

Please quote above ref. no. andd date when replying. Priers indiquer reference suscitee dans toute suite   الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ – فـاكس رقم : ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً : (رابطة – مكة)
P. O. Box : 537 - Tel. : 5422733 - Fax : 5436619 / 5444787 - Tlx. : 540009 RABITA SJ / 540390 IWO SJ - Cable : (RABITA-MAKKAH)

MWL 059188

## DAOU TRANSLATION AND SERVICES
ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** MWL 059188

**Source language:** Arabic                     **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                               **Date:** 11 April 2026