# EXHIBIT 021

**MUSLIM WORLD LEAGUE**          Makkah al-Mukarramah - Saudi Arabia

**[Logo]**

Office of the Secretary General

No.: 1/185/[Letter]
Date: 12/9/1414 AH
Attachments:

**His Honorable Director of Human Resources Department, May God protect him**

**May the Peace, Mercy, and Blessings of God be upon you**

I wish to inform you that His Excellency Dr. Ahmed Mohammed Ali, Secretary General of the League, has commenced his work in the Secretary General on Saturday, 2 Ramadan, 1414 AH.

May God protect you

**Director General of the Secretary General Office**

[Signature]

**Dr. Hassan Ali al-Ahdal**

4[letter]0913

*[Handwritten:]*
*Salaries and allowances*
*[Illegible]*

[Seal]

P.O. Box: 537 - Cable: (Rabita-Makkah) - Telex - 540009 RABITA SJ - Fax: 5436202 – Phone: 5446700

MWL 059171

مكة المكرمة — الملكة العربية السعودية

Makkah al-Mukarramah · Saudi Arabia

رابطة العالم الاسلامي

**Muslim World League**

مكتب الأمين العام

Office of the
Secretary-General

No.    الرقم    ١ / ٧٨٥ / د

Date    التاريخ    ٤١٤ / ٩ / ٧٢

Encl.    المرفقات    ـــــ

حفظه الله                    سعادة مدير ادراة شئون الموظفين

السلام عليكم ورحمة الله وبركاته وبعد:

اود احاطة سعادتكم بـأن معـالى الدكتور احمـد محمـد علـى  الامين
العام للرابطة قد باشـر مهـام عملـه بالامانـة العامـة يـوم السبت ٢ رمضـان
١٤١٤هـ .

والله يحفظكم .

مدير عام مكتب الامين العام

د . حسن على الاهدل

٤م٩١٣٠



ص . ب : ٥٣٧ ـــ برقياً : « رابطة مكة » ـــ تلكس : ٥٤٠٣٩٠ IWOSJ ـــ فاكس : ٥٤٣٦٢٠٢ ـــ هاتف : ٥٤٤٦٧٠٠

P.O. Box : 537 - Cable : (Rabita-Makkah) - Telex : 540009 RABITA SJ - Fax : 5436202 - Phone : 5446700

MWL 059171



**Beyond Words**

Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us