# EXHIBIT 022

| **MUSLIM WORLD LEAGUE**<br>SECRETARY GENERAL<br>MAKKAH AL-MUKARRAMAH | [Logo] | **MUSLIM WORLD LEAGUE**<br>SECRETARY GENERAL<br>MAKKAH AL-MUKARRAMAH |
|---|---|---|

No.:  22 /              Date:   /   /14  AH            Attachment:

Subject: _____

_____

### Decision Number (22/1194/[letter])  Date 24/7/1416 AH

That the Secretary General, on behalf of the Muslim World League,

Based on the authority granted to him in accordance the regulations,

Following the examination of the letter from His Honor Director General of the Office of the Secretary General number 1/656/[letter] dated 14/7/1416 AH and our letter number 1/660/[letter] dated 14/7/1416 AH,

And in the interest of the work.

### Decides the following:

**First:**

Due to the appointment of His Excellency Dr. Ahmed Mohamed Ali the Secretary General of the League as President of the Islamic Development Bank, his appointment will end effective the end of the workday of 10/7/1416 AH.

**Second:**

All his financial entitlements shall be paid to His Excellency in accordance with the regulations.

**Third:**

The relevant departments are to proceed accordingly.

*13/7[Signature]*                                **May God grant success**

[Signature]                           **Acting Secretary General**
[**Signature**]
**Mohammed Bin Nasser al-Aboudi**

[letters]18/7

> *[Handwritten:]*
> *A copy of the payroll to settle his entitlements as per the Director General's instructions.*
> *Send the original with the entitlement to the finance department.*
> [Signature]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  Rabita SJ / 540390 IWO SJ – Cable: (RABITA-MAKKAH)

MWL 059173

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

ادارةشئون الموظفين

| المرفقات | ١٤هـ / / التاريخ | الرقم ٢٢ / |
|---|---|---|

الموضوع ............................

...........................................................

قرار رقم (٢٢/ ١١ حد /ق)وتاريخ ٤ حد ١٤١٦/٧/هـ

ان الأمين العام بالنيابة لرابطة العالم الاسلامي ،

بناء على الصلاحيات المخولة له بموجب النظام ،

وبعد الاطلاع على خطاب سعادة مدير عام مكتب الأمين العام رقم ٦٥٦/١/د وتاريخ ١٤١٦/٧/١٤هـ وخطـــابنا رقـــم ٦٦٠/١/د وتاريخ ١٤١٦/٧/١٤هـ، وبناءً على ما اقتضته مصلحةالعمل .

## يقرر ماياتى

أولاً:

نظراً لتعيين معالي الدكتور أحمد محمد علي الأمين العام للرابطة رئيساً للبنك الاسلامـــى للتنميـة ،تنهى خدمـاته اعتبـاراً مـن نهاية دوام ١٤١٦/٧/١٠هـ.

ثانياً:

تصرف لمعاليه جميع مستحقاته المالية نظاماً .

ثالثاً:

على الادارات المختصة التمشى بموجبه .

والله الموفق،،،

الأمين العام بالنيابة

محمد بن ناصرالعبودي

ع/ ١٨/٧

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ – فـاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برقياً : (رابطة – مكة)
P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 059173



Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us