# EXHIBIT 024

**Muslim World League**

**Secretariat General – Mecca**

**_____**

[logo of Muslim World League]

# Employee Regulations

JT-MWL 00194

# Chapter One

**Article 1**    **Definitions:**

When the following terms appear in the regulations, they refer to the meanings here elucidated:

| | |
|---|---|
| **The League:** | The Muslim World League, which is a global Islamic grassroots organization with an independent legal personality. |
| **The Headquarters:** | Mecca. |
| **The Apparatuses:** | The offices and apparatuses that the League establishes and administers, domestically and abroad. |
| **The Secretary General:** | The Secretary General of the Muslim World League. |
| **The Secretariat General:** | The executive apparatus of the Muslim World League, whose headquarters is Mecca, and which includes the Secretariat of Mosques (The Fund of the World Supreme Council of Mosques), the Islamic Fiqh Council, and other bodies. |
| **The Employee Regulations:** | They are the collection of principles according to which the staff of the League, including employees and workers, are chosen, appointed, promoted, have their employment terminated, and the like in the country of the League's headquarters. |
| **The Employee or Worker:** | He is the person who holds an authorized position within the employment structure of the League, in a permanent or temporary capacity. |
| **The Family of the Employee or Worker:** | They are: the wife, the sons who are minors, the unmarried daughters, and the parents who are legal dependents of the employee or worker. |
| | -The year is twelve Hijri months, unless otherwise stated. |

7

JT-MWL 00195

- The month is thirty days.

**The Fiscal Year:** It commences with the beginning of the fiscal year in the country of the League's headquarters and ends with its conclusion.

# Chapter Two
# The Duties – and the Restrictions

**Article 2**  The Muslim World League is an international Islamic organization whose headquarters is Mecca. It was established for the purpose of serving Islam and Muslims, and it is required for its staff to consist of those who wish, through their work, to seek the pleasure of God Almighty and conduct themselves in accordance with the interest of Islam and Muslims.

**Article 3**  The employee of the League must uphold Islamic manners and morals in his behavior and actions towards his supervisors, subordinates, peers, and others, and must be a model of cooperation and devotion to guarantee a proper workflow.

**Article 4**  The employee of the League must adhere to the following:

(A) Studying the rules and regulations that are abided by at the League in order to guarantee that his work is consistent with their provisions and does not violate what is contained therein.

(B) [Having] precise and internalized knowledge of the tasks and duties of the position that he holds and the bounds of his authorities and responsibilities.

(C) Performing his tasks and duties with precision and sincerity, in accordance with what is in the interest of the League, and to commit to mastering working in compliance with the applicable regulations without excess, violation, or negligence.

(D) Having his behavior be in accordance with that which his job requires in terms of honor, objectivity, integrity, honesty, and collaboration with his fellow employees, such that the goals of the League are advanced.

(E) Safeguarding the funds of the League, its possessions, its documents, and its secrets.

(F) Adhering to the daily work schedule at the permanent headquarters and the subordinate apparatuses and dedicating his time and efforts to completing the duties of the position and the tasks that he is assigned.

(G) Implementing the other directives and the orders issued to him by his supervisors, provided that they do not violate the rules and regulations or conflict with the goals of the League.

(H) Working in the place specified by the League and adhering to all of the laws, regulations, and restrictions governing his work.

(I) Observing and respecting the laws, regulations, customs, and traditions observed in the country of the headquarters of the League, along with the laws of other countries, provided that they do not conflict with Islamic values. In addition, not interfering in the domestic matters of the country in which he resides.

**Article 5**  It is prohibited for any member of the staff of the League to do the following:

(A) To leak any information that he accesses by virtue of his position if it is confidential, or if directives prohibit its disclosure.

(B) To keep in his personal possession the original or copy of any official document of a confidential nature.

(C) To perform any activity that conflicts with the goals of the League, or to take directives from another entity.

(D) To request or accept any donation, tip, medal, or present directed to his person, or compensation for efforts that could affect his work, from any entity outside of the League.

(E) To issue a statement or publish information related to the activities of the League, or to give a lecture or participate in a discussion via different media, except with the prior permission of the Secretary General or the Deputy Secretaries General who are his designated representatives.

(F) To appear or behave in a manner that contradicts Islamic values and ethics.

(G) To give presents or donations, in kind or in cash, on the occasion of his participation in conferences, forums, or missions, or to provide hospitality to himself, his colleagues, or others, except with the advance written approval of the Secretary General alone. In this case, it is required for him to present the records and documents verifying and supporting this.

(H) To combine his position with the practice of a different profession, or to engage in activities that lead him to be classified as a merchant, such as through purchasing for the purpose of selling on a professional basis, or through being a contracted supplier, a broker, a money changer, or a commission agent, in a manner that conflicts with the duties of his position.

# Chapter Three
# Positions and their Classification

**Article 6**  With the approval of the Secretary General, the annual budget for positions at the League is affixed within the employment structure and the salary scale, based on the appropriations in the budget and the ratification of the concerned entities.

**Article 7**  The Secretary General issues a decision which describes the tasks of each position and states its duties and responsibilities, as well as the minimum level of academic and professional qualifications and the experience required for employees and workers to occupy the positions of the League.

**Article 8**  The positions at the League are classified into four categories, as follows:

**Category One (Senior Leadership Positions), which include:**

1 – The Secretary General.
2 – The Deputy Secretaries General.
3 – Employees at level 14 [of the salary scale] or higher.

**Category Two (Specialized and Technical Positions), which include:**

1 – The General Directors, the directors of the departments, the consultants, the experts, and their deputies.
2 – The engineers, technicians, and their deputies working at the headquarters.
3 – The positions that the Secretary General alone sees fit to include in this category, within the limits of the approved budget.

**Category Three (Management, Financial, and Writing Positions), which include:**

1 – Work involving supervision, guidance, and oversight.
2 – Financial and accounting work.
3 – Administrative investigation work.
4 – Budgeting, statistical, and computer work.
5 – Printing, library, and classification work.
6 – Planning, organizational, and training work.
7 – Oversight and monitoring work.
8 – Research and translation work.
9 – Public relations and media work.
10 – Typing, secretarial, and communications work.
11 – The positions that the Secretary General alone sees fit to include in this category, within the limits of the approved budget.

**Category Four (Supporting Services Positions), which include:**

1 – Maintenance, cleaning, guard, and security work.
2 – Chauffeur work.
3 – Correspondence and processing work.
4 – Other service-related work.

**Article 9**  The levels and grades of the positions, their salaries, annual bonuses, and allowances are determined as set forth in the table attached to these regulations.

10

11

**Article 10**   It is not permitted to create or add new positions to any of the position categories set forth in the employment structure and allocated in the budget of the League following the issuance of these regulations. It is also not permitted to divide the cost of one position among multiple positions.

**Article 11**   By decision of the Secretary General alone, it is permitted in situations of absolute necessity and of an exceptional character – to modify some of the positions or change their title, on the condition that this does not precipitate any new fiscal burdens, and that the position is within the scope of the group of positions belonging to its same category and its same level, and that no less than one year has passed since its last modification.

**Article 12**   The Secretary General issues a decision determining the tasks and specializations of each of the apparatuses of the League. An additional decision at the beginning of each fiscal year is issued to delegate authorities.

## Chapter Four
## Selection and Appointment

**Article 13**   The basis for holding positions at the League is religious commitment, competence, merit, experience, qualification, and integrity, exemplifying the statement of God Almighty: (**Indeed, the best you can hire is the strong and trustworthy**).

**Article 14**   An appointment is made only to an appropriated and available position. It is permitted for the Secretary General or his designated representative to hire temporary employees or workers to complete emergency or temporary work in exchange for monthly compensation, fixed wages, or daily wages, within the bounds of the appropriations dedicated for this in section one [of the budget]. It is not permitted to appoint employees or workers in the country of the League's headquarters via section three or donations.

**Article 15**   An individual appointed to one of the positions at the League must:

12

(A)   Be a Muslim devoted to Islam in terms of belief and practice, and if he is married, then to a Muslim woman.

(B)   Be at least eighteen years old and not older than sixty Hijri years.

(C)   Have submitted a certified medical certificate issued by a governmental medical board that certifies the absence in the candidate of any defect or illness disabling him from performing his duties completely.

(D)   Not be convicted of a crime punishable by a fixed or discretionary penalty (felony or misdemeanor) and not have been dismissed from employment for reasons involving a breach of honor or integrity.

(E)   Have submitted the documents and information that were requested of him in order to determine his employment status.

(F)   All employees state the following oath in front of the Secretary General or his designated representative before commencing work:
[In the name of God, the Most Gracious, the Most Merciful, believing in my duty towards our religion and our Islamic Ummah, I swear to the Almighty God that I will perform the duties of my position at the Muslim World League with the integrity, truthfulness, and sincerity required of Muslims].

**Article 16**   Appointments are made at the League according to the following principles:

(A)   The Secretary General is selected by the Founding Council of the League for a term of five years, subject to renewal with the approval of the Founding Council.

(B)   The Deputy Secretaries General are appointed by decision of the Secretary General for a term of three years with the possibility of renewal.

(C)   Positions at the level of eleven and above are filled with the approval of the Secretary General alone, provided that the candidate has the religious commitment, academic qualification, and experience necessary to fill a level-ten position.

13

**JT-MWL 00198**

(D) Positions at the level of ten and below in categories two, three, and four are filled after their announcement in the newspapers through selection, in-person interview, or evaluation of qualifications and experiences. In special and exceptional circumstances, the Secretary General alone may – with regard to his office staff and consultants – make appointments without regard to academic qualifications, owing to exceptional expertise which he highlights in such a case.

(E) Appointments to positions are made by decision of the Secretary General or the Deputy Secretaries General who are his designated representatives. The following items are attached to each decision:
- All appointment documents and justifications.
- A copy of the tasks of the position to which the appointment was made.

**Article 17**  The appointment is from the date immediately following the issuance of the appointment decision, with the exception of certain cases, as determined by the Secretary General, involving the commencement of work outside of the country of the League's headquarters. If an appointed individual – without an excuse accepted by the Secretary General – does not commence the tasks of his position within fifteen days of the date of signing the [appointment] decision, his appointment is considered void.

**Article 18**  The new employee is subject to a trial period of no less than one full, consecutive year from the date that he commences work. The concerned entity may terminate his employment if he is found to be unsuited [during this period]. The trial period of the employee is considered part of his time of service following confirmation of his suitability.

## Chapter Five
## Progression and Promotion

**Article 19**  Both the employee's work and his behavior are subject to a yearly evaluation by his supervisors. Regular reports are prepared about all of the employees

at level twelve and below within the categories two, three, and four. These are submitted at the beginning of each year according to templates approved by the Secretary General and prepared by the Department of Employee Affairs.

**Article 20**  The employee's suitability for promotion is reviewed by a promotion committee consisting of the supervisor and four members whose positions are no lower than level ten. A decision naming them is issued annually by the Secretary General, and they work in accordance with the stipulations of Article (22).

**Article 21**  The following conditions must be satisfied for the employee at the League to be promoted:
(A) The promotion must be to a vacant position at the level directly above his current level.
(B) The conditions required to hold the position subject of the desired promotion must be met (competence / academic qualifications / experience / ….).
(C) A period of at least two years must be spent at the position from which the employee was promoted for levels ten and above, and four years for lower levels.
(D) The confirmation of the employee's competence through his receipt of a performance report with the grade of "very good" in the previous year and no less than "good" in the three years prior.
(E) The employee is not currently sanctioned based on a notice that is in effect.
(F) The employee is not temporarily suspended, not under investigation, and has not been punished through the denial of a bonus or the deduction of salary for a period of fifteen (15) days or more, provided that this does not conflict with Article (75).

**Article 22**  Selection for occupying positions through promotion is done using a method of ranking by scores, with the scores distributed as follows:

| 1 – Good performance | 50 – fifty – points |
|---|---|
| 2 – Academic qualifications | 15 – fifteen – points |
| 3 – Training | 15 – fifteen – points |

14

15

4 – Experience        20 – twenty – points

            Total    100 – one hundred – points

**Article 23**  The scores given to the employee for good performance are determined in the performance reports as follows:

(A) If his score on the report is (excellent), he is given (50) fifty points.

(B) If his score on the report is (very good), he is given (40) forty points.

(C) If his score on the report is (good), he is given (30) thirty points.

(D) If his score on the report is (acceptable), he is given (15) fifteen points.

**Article 24**  It is possible to reflect qualification, experience, and training time that go beyond the minimum level required to occupy the position subject of the promotion as follows:

(A) Two points for each additional year of study, with a maximum of fifteen points.

(B) Two points for each [additional] year of experience, with a maximum of ten points.

(C) Three points for each [additional] month of training, with a maximum of fifteen points.

**Article 25**  The promotion is in effect from the first month following the issuance of the decision to this effect, conditional on the employee's commencement of the tasks of the position to which he was promoted.

## Chapter Six
## Training

**Article 26**  The Secretary General alone – in cases of necessity – can assign an employee to training inside or outside the country of the League's headquarters. Alternatively, he can approve the holding of training sessions at the employee's place of work, in accordance with what is in the best interest of the work. The training is considered a part of the work, and it is not allowed for the employee to refuse it or leave the place of his training. It is not permitted to assign him to training sessions or programs abroad that have a counterpart at the place of work of the employee. The Secretary General may cancel the assignment of the employee to a training abroad or in-country if this is deemed to be in the best interest.

**Article 27**  The period of training is no longer than six months. If the period of training is less than one month, the employee is treated according to the regulations of assignment.

**Article 28**  It is required for the individual assigned for training to have been employed by the League for at least one year and to know the language in which the training session for which he has been nominated will be held, except if the training session is for learning a certain language. He must also have obtained an acceptance by the entity delivering the training, and the training session must be directly related to the work that he performs.

**Article 29**  The employee is entitled to an addition to his monthly salary of twenty-five percent of his base salary if the training is within the country in which he works, and fifty percent if the training is outside of it. It is not permitted to disburse the latter percentage in the case of assignment to the training abroad based on a scholarship equaling that which is expended on the employee by the League. Roundtrip passenger tickets are purchased for the employee alone. In any case, it is not permitted to disburse any compensation for the trainee besides what has been mentioned.

**Article 30**  The period of training is calculated as part of the employee's time of service, and it is taken into consideration for the purpose of promotion, with each month of training equaling two months of service. It is the responsibility of the Department of Employee Affairs to obtain regular reports about the trainees from the entities delivering the training and to monitor this.

16

17

**JT-MWL 00200**

## Chapter Seven
## Salaries – and Allowances – and Compensations – and Reimbursements

**Article 31** The employee or worker is entitled to a monthly salary according to the salary scale attached to these regulations, which shows:
(A) The levels and the number of grades for each level, and the salary for each grade.
(B) The amount of the annual bonus for each level.
(C) The amount of the monthly transportation allowance for each level.
(D) The amount of the daily assignment allowance for each level.
The salaries and benefits are calculated in Saudi Riyal or its equivalent.

**Article 32** At the start of his appointment, the employee is placed in the first grade of his employment level.

**Article 33** It is permitted for the League to second the services of employees from governmental, international, or regional apparatuses for a period of one year or more for the purpose of advancing the work of the League. In cases in which the League covers the salary and benefits of the position to which such an employee is appointed at the League, it is required for the employment status of the seconded employee who is at the level of fifteen or below to align with the position and level to which it is desired to appoint him, and for the amount of his salary in this position to not exceed the grade that is directly higher – if it exists – than his base salary at his original entity, according to the approved salary scale for employees and workers at the League.

**Article 34** An employee seconded to work at the League holds an appropriated position within the employment structure. His salary is disbursed from this [budgeted] position if the seconding entity has halted his salary.

**Article 35** The employee receives the salary grade to which he is entitled within the level to which he is appointed, beginning from the date that he commences work following the issuance of the decision [of appointment].

**Article 36** Employees are not entitled to a salary for the days that they are absent from work without a legally valid excuse. In addition, they are not entitled to a salary for the period that they spend in prison pursuant to a court ruling, with the exception

of approval from the Secretary General [to continue paying] employees working outside of the country whose imprisonment he is not convinced is just.

**Article 37** In the case where the employee is temporarily suspended from work, one half of his net base salary is disbursed to him for the duration of the suspension. If his punishment does not entail his dismissal or he is acquitted, the remainder of his pay is disbursed to him in full. If his punishment entails dismissal, the salary already disbursed to him is not recouped, unless the entity that issued the punishment decision decides otherwise. An individual held in pretrial detention is considered suspended from work.

**Article 38** It is not permitted to garnish the salary of the employee except according to the request of the concerned entity or because of an outstanding and due debt, or pursuant to a court ruling that the League is officially requested to enforce. It is not permitted for the sum garnished on a monthly basis to exceed one third of the basic salary, except if the debt is for alimony, in which case any conflict in this regard is decided in favor of paying the alimony debt.

**Article 39** The employee is entitled to a yearly bonus upon his transfer from his current grade to the next grade within the same level on the first day of Muharram of each year, provided that:
(A) The employee has been employed by the League for at least six months.
(B) The employee's score on his last performance reports was no less than "good."

**Article 40** An annual housing allowance equaling two months' salary is disbursed to the employee or worker. The minimum value is eight thousand Riyal and the maximum value is twenty thousand Riyal.

**Article 41** A monthly transportation allowance is disbursed to the employee or worker, according to what is stated in the salaries and allowances scale accompanying these regulations, and what is stipulated in Article 31. It is permitted for the Secretary General to procure a suitable means of transportation for employees whose work by nature requires them to travel continuously. In these cases, the monthly transportation allowance is not disbursed to them.

**Article 42** The League procures a suitable vehicle for the Secretary General. It is replaced every three years and its value shall not

18

19

exceed eighty thousand Riyal. The same is done for the Deputy Secretaries General, whose vehicles can be used for official and personal use and are replaced every four years. Their value shall not exceed seventy-five thousand Riyal.

**Article 43**  Employees or workers on official assignment are disbursed an assignment allowance according to what is stated in the salaries and allowances scale attached to these regulations. It is not permitted for the total periods of assignment of any staff member of the League to exceed sixty days in a single fiscal year. It is also not permitted for the assignment period to exceed fifteen days at one time. Exempted from this single-period provision are persons assigned for the purpose of teaching or working in conjunction with the training sessions that the League convenes, provided that the assignment period does not exceed 30 days. In such cases, the allowance is disbursed as follows:

(A) For the first fifteen days, the daily assignment allowance is disbursed according to the salaries and allowances scale attached to these regulations.

(B) For each day after the first fifteen days, the assignment allowance is reduced by half, for a maximum of fifteen [additional] days.

(C) The transportation allowance is disbursed to employees at level fourteen and below, in accordance with the stipulations of the salaries and allowances scale attached to these regulations.

**Article 44**  No assignment allowance is disbursed for distances not exceeding the distance between the city and its airport. The assignment allowance is disbursed at a level of fifty percent for distances ranging between sixty kilometers and one hundred fifty kilometers. In addition, no assignment allowance is disbursed in the case of the areas of the Hajj for any employee or worker.

It is also not permitted to issue an assignment decision for an employee before financially allocating the amount of the assignment allowance to the relevant item in the budget. The assignment decision should also clarify the nature of the mission, the date of its commencement, and the length of the assignment. It is not permitted to concurrently receive assignment allowance and compensation for working outside of official work hours. It is permitted to make an advance

20

assignment allowance transfer to the [employee's] account of no more than (fifty percent) of the days stipulated in the assignment decision to which the employee is entitled.

**Article 45**  Roundtrip tickets for travel to the place of assignment are purchased for the assigned employee. First-class tickets are purchased for employees at level ten or higher and economy-class tickets are purchased for employees below this level, except in cases in which the employee accompanies the Secretary General, the Deputy Secretaries General, or if he is a member of an official delegation, in which case it is allowed for one member of the delegation only to travel in first class. Travel tickets from inside the country of the league's headquarters to abroad and vice versa are only reimbursed at the level of economy class, and in all cases, it is required to present the ticket stubs among the supporting documents for the completion of the mission.

**Article 46**  The provisions of the assignment allowance apply to non-employees who are assigned to missions outside of their place of residence, pursuant to a decision of the Secretary General assigning their level as if they are official employees.

**Article 47**  In situations of necessity in which it is not possible to complete the work during official working hours, the Secretary General may task some employees of the League at level ten and below with working outside of official working hours on official work days, in exchange for compensation not exceeding one fourth of the daily salary. In situations of absolute necessity, the Secretary General may task some switchboard, telex, and reception staff at level six and below to [work on] official holidays for a fixed number of hours no less than seven hours per day for compensation not exceeding one half of the daily salary in addition to the daily transportation allowance. The Secretary General may also task a very limited number of employees and workers at the level of fourteen and below to work in the areas of the Hajj pilgrimage during the days of the Hajj holiday for a number of hours no less than seven hours per day for compensation not exceeding one third of the daily salary of employees from level fourteen to level ten. As for level nine and below, these employees are disbursed compensation equaling one half of the daily salary

21

JT-MWL 00202

in addition to the daily transportation allowance.

**Article 48**  The employee who has completed at least two years in service of the League is entitled to end-of-service compensation. This equals one month's basic salary for each full year of the years of service. Compensation is not accrued for partial years.

**Article 49**  The League covers the expenses of burial or repatriation of the remains of a deceased employee, in addition to the expenses of repatriating his family members to their permanent place of residence. The League pays them three months' salary, based on the last basic monthly salary he received.

**Article 50**  Through a decision of the Secretary General – if it is in the best interest of the [League's] work – it is permitted to task an employee to do the work of a certain position or official task in addition to his performance of the tasks of his original position, without compensation.

**Article 51**  It is permitted for the Secretary General alone to transfer some employees of the Secretariat General to work in the offices of the League or its centers abroad. In this case, it is permitted to disburse to them, if necessary and depending on the situation, compensation for – allowances for representation and medical treatment, as well as other benefits – at a level not exceeding (30%) of the basic salary in the case of the countries of Asia and Africa, with the exception of Ethiopia, Gabon, and Japan, (50%) for Ethiopia, Gabon, South America, Australia, and the countries of Europe, with the exception of Switzerland, Germany, England, and North America with the exception of the United States of America, and (75%) for the United States of America, England, Switzerland, West Germany, and Japan. This compensation is subtracted from section three [of the budget] and it is permitted to reduce these percentages through a decision of the Secretary General, according to what circumstances require and what is in the best interest of the work.

### Chapter Eight
### Leave
### Ordinary– Exceptional– Emergency– Medical– Academic

**Article 52**  Ordinary annual leave is a right of the employee that is granted to him with salary for the purpose of

benefitting from the rest and recreation required to maintain his health and performance at work.

**Article 53**  Official vacations and holidays at the headquarters of the Secretariat and its offices are determined according to the official vacations adopted in the country of the headquarters. As for the official vacations at the offices of the League located abroad and its subordinate apparatuses, these are determined by decision of the Secretary General, according to the circumstances of each country.

**Article 54**  The employee is entitled to annual leave totaling thirty days. If necessary, it is permitted for the employee to take half of his annual leave if he has been employed at least six months. It is permitted for the leave salary to be disbursed to the employee in advance, based on last salary he received.

**Article 55**  It is required for the employee to take his annual vacation in whole or in part, such that at least 15 days are used, through submitting a request to this effect. According to work-related circumstances, it is permitted to delay the leave with the approval of the authorized individual, provided that the best interest of the League requires this. However, should the period of accumulated leave exceed 90 days in total, this is the maximum threshold that can be used in a single year.

**Article 56**  It is permitted, in cases of necessity, to recall the employee from his annual leave. In this case, the employee preserves his right to the vacation days that he did not take.

**Article 57**  The employee does not accrue ordinary vacation for the following periods:
(A)  Periods of extraordinary vacation.
(B)  Periods of temporary suspension and other punishments on his record, except if he is acquitted.
(C)  Periods of absence for study.
(D)  Periods of secondment.
(E)  Periods of absence of the employee, with or without pay, if his service concludes with the end of the period of absence.

22

(F)  Periods of imprisonment of the employee pursuant to a court ruling issued against him.

**Article 58**  With the approval of his supervisor and by decision of the Secretary General or the Deputy Secretaries General who are his designated representatives, it is permitted to grant the employee emergency leave with full pay for a maximum period of ten days in a single year and for a maximum length of five days at one time. The right of the employee to request this is forfeited with the expiry of the fiscal year.

**Article 59**  It is permitted for the authorized individual to grant the employee paid leave to take academic examinations for the length of the actual examination period, provided that there exists prior approval from the specialized entity within the League with regard to the studies, along with confirmation of this from the entity in which he is studying.

**Article 60**  The employee is entitled to fully paid sick leave for a length of three months within a given three-year period, in addition to three months at half pay, three months at quarter pay, and three months without pay. It is permitted for the employee to request to take his annual leave during or after his sick leave. The beginning of the three-year period is calculated from the date of commencement of the sick leave. If the medical record verifies thereafter that the employee is unable to work, then his employment is terminated due to medical unfitness.

**Article 61**  It is permitted to grant the employee leave for the purpose of accompanying one of his relatives to medical treatment. He is permitted to use his accrued annual leave for this purpose. If the required period of accompaniment exceeds this, he is permitted to be absent for a maximum period of one month with full pay, and it is permitted to extend this for a period not exceeding two additional months without pay, if necessary. To grant leave for accompanying a sick person, it is required for:

(A)  The sick person to be one of the children of the employee, his wife, one of his parents, or a dependent.

(B)  A government medical board to deem it necessary for the employee to accompany the sick person, in addition to deciding the prescribed duration of treatment.

**Article 62**  It is not permitted to financially reimburse the employee for [untaken] leave while he is on active duty. In the case of the end of service of the employee, the period of leave to which he is entitled is paid to him as compensation,

provided it does not exceed three months (ninety days). In cases of death, however, all accumulated days of leave are compensated.

**Article 63**  An employee who suffers an injury, fracture, or illness due to the performance of his work through no fault of the employee – which temporarily prohibits him from performing his work – is entitled to sick leave amounting to one year with full pay. If the employee does not return to work after the conclusion of this period, his case is presented to an accredited medical board to decide whether to place him into retirement or extend his leave with an indication of the length of the additional period. In this case, half of his salary is disbursed to him.

**Article 64**  It is not permitted to extend ordinary leave through sick leave, except in cases of absolute necessity of which the Secretary General is convinced.

**Article 65**  By decision of the Secretary General and for reasonable grounds, it is permitted to grant the employee exceptional leave without pay for a period of six months during a given three-year period of service. It is permitted to extend it by an additional six months. The period of exceptional leave is not calculated as part of the employee's service.

## Chapter Nine

## Transfer, Assignment, and Seconding

**Article 66**  It is permitted for the Secretary General or the Deputy Secretaries General who are his designated representatives to transfer an employee from one department to another, or from the headquarters of the League to an office inside or outside the country, or from one office to another without the transfer resulting in any financial benefits beyond what is stated in these regulations.

**Article 67**  An employee transferred abroad from the headquarters or vice versa, or from one office abroad to another, in accordance with the best interest of the work and on the condition that he remains at the entity to which he is transferred for no less than two years, is granted the following:

(A)  Tickets in first class for him, his wife, and his children for travel to his place of work

24

in the case of employees at level ten and above, and in economy class for those below. The number of tickets is not to exceed four.

(B) The League covers the expenses of moving belongings and furniture, provided this does not exceed 4000 – four thousand – Riyal.

**Article 68** By decision of the Secretary General or his designated representative, it is permitted to second the services of some employees of the League to Islamic organizations or institutions, provided that this does not affect the workflow of the League. The host entity covers the salary and benefits of the seconded employee. By decision of the Secretary General alone, and if this serves the public interest, it is permitted for the League to cover some or all of the salary and benefits of the seconded employee. The period of secondment is one year, subject to renewal only for one additional year, and it is permitted to cancel the secondment prior to the end of its term. The period of secondment is calculated as part of the employee's service at the League, and he must make the prescribed pension deductions from the salary of his original position plus any increases thereto during this period.

## Chapter Ten
## Discipline

**Article 69** The employee is sanctioned if he fails to fulfill the duties of his work, performs inadequately, or behaves in a manner that is detrimental to the work or the workers of the League in a way that contradicts Islamic morals and values.

**Article 70** It is permitted for the Secretary General or his designated representative to impose the following disciplinary sanctions:

(A) Verbal warning.
(B) Written warning.
(C) Salary deduction not exceeding fifteen days' pay.
(D) Denial of the yearly bonus.
(E) Dismissal from service.

**Article 71** Aside from the oral and written warning, no sanction is imposed against the employee except following the conduct of a written investigation in which the testimony of the employee is heard. The decision to sanction is based on the outcome of the investigation.

**Article 72** The investigation into the employee in violation is done by a committee formed by the Secretary General. It consists of three employees whose grade is no lower than the grade of the employee desired to be investigated.

**Article 73** The Secretary General may temporarily suspend the employee from work as a precautionary measure if this is in the interest of the investigation. This can be for a period not exceeding two months. The employee returns to work after this, provided that a decision has not been issued to dismiss him.

**Article 74** The employee against whom a decision of salary deduction or dismissal from service is issued is entitled to file a written appeal within one month of the date that he is informed of the decision. The appeal is directed to the entity immediately above the entity that issued the decision. In this situation, the decision of the higher entity is binding in the case.

**Article 75** Disciplinary sanctions imposed on the employee are expunged after:

(A) One year in the case of written warnings.
(B) Two years in the case of salary deductions.
(C) Three years in the case of denial of bonus or promotion.

## Chapter Eleven
## End of Service

**Article 76** The service of the employee at the League ends for one of the following reasons:

(A) Resignation.
(B) Confirmation of unsuitability during the trial period.
(C) Absence without a legitimate excuse for a period of fifteen consecutive days or thirty days disbursed throughout one year.

26

27

(D) Dismissal from service for disciplinary reasons or due to a legal ruling.

(E) Elimination of the position.

(F) Reaching the retirement age, which is sixty Hijri years.

(G) Medical unfitness to continue service.

(H) Receipt of two consecutive performance reports with an evaluation of (unsatisfactory).

(I) Death.

(J) If an appointment or transfer decision is not acted upon within fifteen days without a legitimate excuse.

**Article 77** The employee wishing to resign submits a written request to this effect to the concerned entity via his direct supervisor at least two months in advance of the indicated date of resignation. It is not permitted to reappoint the employee who has resigned except after the passage of one year following the acceptance of his resignation.

**Article 78** The concerned entity is entitled to accept the resignation or defer it for a period not exceeding three months from the date of its submission. The resignation is considered accepted if this time period passes without any decision being taken in this regard.

**Article 79** The employee who has resigned must continue his work until the date that the concerned entity determines for the resignation to go into effect.

**Article 80** It is not permitted to accept the resignation of an employee referred for investigation or suspended from work until a decision is made on his case.

**Article 81** An employee whose service ends because of unsuitability during the trial period is not entitled to any compensation or annual leave for the period that he spent [with the League]. All amounts already disbursed to him, including the housing allowance for the remaining period, are recouped, with the exception of monthly salaries and allowances.

**Article 82** The employee's service ends if it is ruled that he be dismissed from service as a disciplinary sanction, or in the case that he is sentenced to a legally prescribed punishment or imprisonment for a crime involving a breach of honor or integrity, or to a punishment related to bribery, forgery, embezzlement, drug offenses, smuggling, or the like.

**Article 83** If the service of the employee ends because of the elimination of the position, the concerned entity must inform the employee before the date determined for the elimination by three months at least. In the case that he is not informed, he is reimbursed for the period during which he was not informed at a level equal to his salary for that period, while the person responsible for this will be held accountable. This scenario does not affect the end-of-service compensation.

**Article 84** The employee is placed into retirement by force of law upon the completion of his sixtieth Hijri year of life. An exception to this can be made by the Secretary General alone, who in necessary situations can extend the service of the employee until the completion of his sixty-fifth Hijri year of life.

**Article 85** In any case involving the end of an employee's service with the exception of death, the housing allowance already disbursed to him for the period following the end of service is recouped from him.

### Chapter Twelve
### General Provisions

**Article 86** The working hours and working days of the week at the Secretariat General, its offices, and its apparatuses are determined based on the prevailing times in the country of the League's headquarters. The working hours and working days of the week for the offices of the League or its apparatuses abroad are determined by decision of the Secretary General.

**Article 87** League staff are subject to retirement arrangements determined by the Secretary General after agreement with the concerned entities.

**Article 88** All cases concerning employees and their circumstances that are not covered by these regulations shall be addressed through a decision of the Secretary General, in accordance with prevailing practices in the country of the League's headquarters with respect to guidelines, directives, laws, public regulations,

28

29

and financial and economic decisions, after agreement with the entities that approved these present regulations. Furthermore, it is not permitted to amend any text within them, add articles, or delete some of them without the approval of these entities.

**Article 89**   The circumstances of workers to whom none of the text of these regulations applies are addressed according to the prevailing practices in the country of the League's headquarters through a decision of the Secretary General or his designated representative.

**Article 90**   Through a decision by him, the Secretary General issues the regulations and governing rules to address the circumstances of professors and teachers currently employed at the Institute of Imams and Missionaries in Mecca with respect to their salaries and compensation.

**Article 91**   The Secretariat General is responsible for developing the regulations and governing rules to address the circumstances of employees, workers, missionaries, teachers, doctors, and others with respect to their salaries, compensation, work, and missions outside of the country of the League's headquarters, in accordance with the circumstances in each country and through a decision issued by the Secretary General.

**Article 92**   These regulations annul all of the rules and regulations previously issued in this regard. Pursuant to a decision of the Secretary General, they are considered temporarily in effect from 1/7/1407 Hijri [2 March 1987] until they are approved and ratified by the concerned entities, with the exception of Article (51) of these regulations, which shall apply to employees tasked with administering some of the League's offices abroad at the time of issuance of these regulations, starting on 1/1/1408 Hijri [26 August 1987].

30

JT-MWL 00207

# Muslim World League
**Secretariat General – Mecca**

## Salary and Allowances Scale for Employees

| Level | Grade 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Annual Bonus | Transportation Allowance | Assignment Allowance Domestic | Abroad | Transportation Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Secretary General | 45000 | | | | | | | | | | | | 1300 | 2500 | Transportation allowance included |
| 15 | 15000 | 15650 | 16300 | 16950 | 17600 | | | | | | 650 | - | 900 | 1800 | Transportation allowance included |
| 14 | 12095 | 12620 | 13145 | 13670 | 14195 | 14720 | | | | | 525 | 600 | 800 | 1200 | 1/30 of the monthly transportation allowance |
| 13 | 10705 | 11160 | 11615 | 12070 | 12525 | 12970 | 13435 | | | | 455 | 600 | 700 | 1050 | 1/30 of the monthly transportation allowance |
| 12 | 9390 | 9820 | 10250 | 10680 | 11110 | 11540 | 11970 | 12400 | | | 430 | 600 | 700 | 1050 | 1/30 of the monthly transportation allowance |
| 11 | 8165 | 8565 | 8965 | 9365 | 9765 | 10165 | 10565 | 10965 | 11365 | | 400 | 600 | 600 | 900 | 1/30 of the monthly transportation allowance |
| 10 | 7000 | 7380 | 7760 | 8140 | 8520 | 8900 | 9280 | 9660 | 10040 | 10420 | 380 | 600 | 600 | 900 | 1/30 of the monthly transportation allowance |
| 9 | 6240 | 6590 | 6940 | 7290 | 7640 | 7990 | 8340 | 8690 | 9040 | 9390 | 350 | 600 | 600 | 900 | 1/30 of the monthly transportation allowance |
| 8 | 5285 | 5595 | 5905 | 6215 | 6525 | 6835 | 7145 | 7455 | 7765 | 8075 | 310 | 600 | 400 | 600 | 1/30 of the monthly transportation allowance |
| 7 | 4530 | 4800 | 5070 | 5340 | 5610 | 5880 | 6150 | 6420 | 6690 | 6960 | 270 | 600 | 400 | 600 | 1/30 of the monthly transportation allowance |
| 6 | 3815 | 4045 | 4275 | 4505 | 4735 | 4965 | 5195 | 5425 | 5655 | 5775 | 230 | 600 | 320 | 480 | 1/30 of the monthly transportation allowance |
| 5 | 3190 | 3390 | 3590 | 3790 | 3990 | 4190 | 4390 | 4590 | 4790 | 4990 | 200 | 400 | 200 | 300 | 1/30 of the monthly transportation allowance |
| 4 | 2655 | 2825 | 2995 | 3165 | 3335 | 3505 | 3675 | 3845 | 4015 | 4185 | 170 | 400 | 200 | 300 | 1/30 of the monthly transportation allowance |
| 3 | 2210 | 2350 | 2490 | 2630 | 2770 | 2910 | 3050 | 3190 | 3330 | 3470 | 140 | 400 | 150 | 225 | 1/30 of the monthly transportation allowance |
| 2 | 1825 | 1945 | 2065 | 2185 | 2305 | 2425 | 2545 | 2665 | 2785 | 2905 | 120 | 400 | 150 | 225 | 1/30 of the monthly transportation allowance |
| 1 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 100 | 400 | 150 | 225 | 1/30 of the monthly transportation allowance |

## Salary and Allowances Scale for Workers

| Level | Grade 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Annual Bonus | Transportation Allowance | Assignment Allowance Domestic | Abroad | Transportation Allowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 1950 | 2090 | 2230 | 2370 | 2510 | 2650 | 2790 | 2930 | 3070 | 3210 | 3350 | 3490 | 3630 | 3770 | 3910 | 140 | 400 | 150 | 225 | 1/30 of the monthly transportation allowance |
| 32 | 1350 | 1450 | 1550 | 1650 | 1750 | 1850 | 1950 | 2050 | 2150 | 2250 | 2340 | | | | | 100 | 400 | 150 | 225 | 1/30 of the monthly transportation allowance |
| 31 | 950 | 1020 | 1090 | 1160 | 1230 | 1300 | 1370 | 1440 | 1510 | 1580 | 1650 | | | | | 70 | 400 | 150 | 225 | 1/30 of the monthly transportation allowance |

JT-MWL 00207



<div dir="rtl">

رابطة العالم الإسلامي
الأمـانة العـامة ــ مكة المكرمة

# لائحة الموظفين

</div>

JT-MWL 00194

Case 1:03-md-01570-GBD-SN Document 11987-24 Filed 04/15/26 Page 18 of 31

<div dir="rtl">

## الفصــل الأول

**مادة ١ : تعـاريف :**

يقصد بالألفاظ الواردة في هذا النظام المعاني الموضحة أمام كل منها :

**الرابطــة** : رابطة العالم الاسلامي وهي منظمة إسلامية شعبية دولية ذات شخصية مستقلة .

**المقــر** : مكة المكرمة .

**الاجهــــــزة** : المكاتب والأجهزة التي تُنشئُها وتديرها الرابطة في الداخل والخارج .

**الأمين العام** : الأمين العام لرابطة العالم الاسلامي .

**الأمانة العامة** : الجهاز التنفيذي لرابطة العالم الاسلامي ومقرها مكة المكرمة بما فيها أمانة المساجد (صندوق المجلس الأعلى العالمي للمساجد) والمجمع الفقهي وغيرها .

**لائحة الموظفين** : هي مجموعة المباديء والقواعد التي يتم بموجبها اختيار منسوبي الرابطة من موظفين ومستخدمين وتعيينهم ، وترقيتهم ، وإنهاء خدماتهم وما إلى ذلك بدولة المقر .

**الموظف أو المستخدم** : هو شخص يشغل وظيفة معتمدة في الهيكل الوظيفي للرابطة بصفة دائمة أو مؤقتة .

**اسرة الموظف أو المستخدم** : هم : الزوجة والأولاد القصر والبنات غير المتزوجات والوالدين الذين يعولهم الموظف أو المستخدم شرعا .

ـ السنة اثنا عشر شهرا هجريا ما لم يرد تعديل بخلاف ذلك .

٧

</div>

JT-MWL 00195

Case 1:03-md-01570-GBD-SN   Document 11987-24   Filed 04/15/26   Page 19 of 31

( و ) المحافظة على مواعيد العمل اليومية في المقر الدائم والأجهزة المتفرعة وتكريس وقته وجهده لانجاز واجبات الوظيفة والمهام التي يكلف بها .

( ز ) تنفيذ التعليمات الأخرى والأوامر التي تصدر اليه من رؤسائه فيما لا يخالف اللوائح والنظم أو يتعارض مع أهداف الرابطة .

(ح) يعمل في المكان الذي تحدده الرابطة ويلتزم بكل النظم واللوائح والقواعد التي تحكم عمله .

(ط) مراعاة واحترام النظم واللوائح والعادات والتقاليد المرعية داخل دولة المقر والنظم للبلدان الأخرى بما لا يتعارض مع القيم الاسلامية وعدم التدخل في الأمور الداخلية للبلد التي يقيم فيها .

مادة ٥ : يحظر على أي من منسوبي الرابطة ما يلي :

( أ ) افشاء أية معلومات يطلع عليها بحكم وظيفته إذا كانت سرية أو بموجب تعليمات تقضي بذلك .

(ب) الاحتفاظ لنفسه بأصل أو صورة لأية وثيقة رسمية ذات طابع سري .

(ج) ممارسة أي نشاط يتعارض مع أهداف الرابطة أو تلقي تعليمات من جهة غيرها .

( د ) طلب أو قبول أي تبرع أو اكرامية أو وسام أو هدية لشخصه أو قيمة أتعاب قد تؤثر على عمله من أي جهة خارج الرابطة .

( ه ) الادلاء بتصريح أو نشر معلومات تتعلق بنشاط الرابطة أو القاء محاضرة أو الاشتراك في حديث عبر وسائل الاعلام المختلفة إلا بترخيص مسبق من الأمين العام أو من يفوضه من الأمناء العامين المساعدين .

( و ) الظهور بمظهر أو التصرف بشكلٍ يتعارض مع القيم والأخلاق

JT-MWL 00196

— الشهر ثلاثون يوما .

السنة المالية : تبدأ مع بداية السنة المالية لدولة المقر وتنتهي بنهايتها .

## الفصل الثاني

## الواجبــات ـ والضوابـــط

مادة ٢ : رابطة العالم الاسلامي منظمة إسلامية دولية مقرها مكة المكرمة انشئت من أجل خدمة الاسلام والمسلمين ، وينبغي على منسوبيها أن يكونوا ممن يريدون بأعمالهم وجه الله عز وجل وأن يضبطوا سلوكهم مع ما تقتضيه مصلحة الاسلام والمسلمين .

مادة ٣ : يجب على موظف الرابطة التمسك بالآداب والأخلاق الاسلامية في سلوكه وتصرفاته مع رؤسائه ومرؤوسيه ومراجعيه وغيرهم ، وان يكون مثالا للتعاون والاخلاص لضمان حسن سير العمل .

مادة ٤ : يجب على موظف الرابطة الالتزام بما يلي :

( أ ) دراسة الأنظمة واللوائح المعمول بها في الرابطة لضمان انسجام عمله مع مقتضياتها وعدم الاخلال بما جاء فيها .

(ب) المعرفة الدقيقة المستوعبة لمهام وواجبات وظيفته التي يشغلها وحدود صلاحياتها ومسئولياتها .

(ج) القيام بمهامه ومسئولياته بدقة وإخلاص وفقا لما تقتضيه مصلحة الرابطة والحرص على اتقان العمل بالأنظمة النافذة دون تجاوز أو مخالفة أو اهمال .

( د ) أن يكون سلوكه متفقا مع ما يقتضيه عمله من شرف ونزاهة وحيدة وأمانة والتعاون مع زملائه الموظفين بما يحقق أهداف الرابطة .

( ه ) المحافظة على أموال الرابطة وممتلكاتها ووثائقها واسرارها .

الاسلامية .

( ز ) تقديم هدايا أو تبرعات عينية أو نقدية بمناسبة اشتراكه في مؤتمرات أو ندوات أو مهام أو لقاء ضيافة له ومرافقيه أو غير ذلك ما لم يحصل على موافقة كتابية مسبقة من الأمين العام دون غيره وفي هذه الحالة يتوجب عليه تقديم المحاضر والمستندات الثبوتية المؤيدة لذلك .

(ح) الجمع بين وظيفته وممارسة مهنة أخرى وان يزاول نشاطا يؤدي إلى اكتساب صفة التاجر كأن يباشر الشراء من أجل البيع على سبيل الاحتراف أو أن يكون مقاولا متعهدا للتوريد أو دلالا أو صرافا أو وكيلا بالعمولة بما يتعارض مع واجبات وظيفته .

## الفصل الثـالث
## الوظــائف وتصنيفها

مادة ٦ : يتم وضع ميزانية وظائف الرابطة السنوية بموافقة الأمين العام في نطاق الهيكل الوظيفي وسلم الرواتب وفي ضوء اعتمادات الميزانية وتصديق الجهات المعنية .

مادة ٧ : يصدر الأمين العام قرارا بوصف مهام كل وظيفة يوضح واجباتها ومسئولياتها والحد الأدنى من المؤهلات العلمية والعملية والخبرات المطلوبة لشغل وظائف الرابطة من موظفين ومستخدمين .

مادة ٨ : تصنف الوظائف في الرابطة إلى أربع فئات كما يلي :

**الفئة الأولى (الوظائف الرئيسية العليا) وتشمل :**

١ — الأمين العام .

٢ — الأمناء العامون المساعدون .

٣ — الموظفون ممن هم في المرتبة الرابعة عشر فما فوق .

---

الفئة الثانية (الوظائف التخصصية والفنية) وتشمل :

١ — المديرون العامون ومديرو الادارات والمستشارون والخبراء ومساعدوهم .

٢ — المهندسون والفنيون ومساعدوهم العاملون في المقر .

٣ — الوظائف التي يرى الأمين العام دون غيره ضمها داخل هذه الفئة في حدود الميزانية المعتمدة .

**الفئة الثالثة (الوظائف الادارية والمالية والكتابية) وتشمل :**

١ — أعمال الاشراف والتوجيه والرقابة .

٢ — الأعمال المالية والمحاسبية .

٣ — أعمال التحقيق الاداري .

٤ — أعمال الميزانية والاحصاء والحاسب الآلي .

٥ — أعمال المطابع والمكتبات والتصنيف .

٦ — أعمال التخطيط والتنظيم والتدريب .

٧ — أعمال المراقبة والمتابعة .

٨ — أعمال البحث والترجمة .

٩ — أعمال العلاقات العامة والإعلام .

١٠ — أعمال كتابة الآلة والسكرتارية والاتصالات .

١١ — الوظائف التي يرى الأمين العام دون غيره ضمها داخل هذه الفئة في حدود الميزانية المعتمدة .

**الفئة الرابعة (وظائف الخدمات المساعدة) وتشمل :**

١ — أعمال الصيانة والتنظيف والحراسة والأمن .

٢ — أعمال السواقة .

٣ — أعمال المراسلة والمناولة .

٤ — أعمال الخدمات الأخرى .

مادة ٩ : تحدد مراتب ودرجات الوظائف ورواتبها وعلاواتها السنوية والبدلات كما هو موضح في الجدول الملحق بهذه اللائحة .

JT-MWL 00197

مادة ١٠ : لا يجوز إحداث أو إضافة وظائف جديدة في أي من فئات الوظائف المحددة بالهيكل الوظيفي والمعتمدة بميزانية الرابطة وقت صدور هذه اللائحة كما لا يجوز تجزئة تكلفة الوظيفة الواحدة لعدة وظائف .

مادة ١١ : يجوز وبقرار من الأمين العام دون غيره في الحالات الضرورية القصوى وبصفة استثنائية ــ تحوير بعض الوظائف أو تعديل مسماها شريطة أن لا يترتب على ذلك أي أعباء مالية جديدة وأن تكون الوظيفة داخل نطاق مجموعة وظائف فئتها وفي مستوى مرتبتها وأن لا يكون قد مضى على تحويرها أقل من سنة .

مادة ١٢ : يصدر الأمين العام قرارا يحدد فيه مهام واختصاصات كل جهاز من أجهزة الرابطة وكذا قرارا مع بداية كل سنة مالية بالتفويض بالصلاحيات .

## الفصل الرابـــع
## الاختيـــار والتعــيين

مادة ١٣ : الأصل في شغل وظائف الرابطة هو الالتزام الديني والكفاءة والجدارة والخبرة والمؤهل والأمانة امتثالا لقول الله تعالى : **﴿إن خير من استأجرت القوي الأمين﴾** .

مادة ١٤ : لا يتم التعيين إلا على وظيفة معتمدة وشاغرة ويجوز للأمين العام أو من يفوضه الاستعانة بموظفين مؤقتين أو عمال لانجاز أعمال طارئة أو مؤقتة بمكافأة شهرية أو أجور مقطوعة أو أجور يومية في حدود الاعتمادات المخصصة لذلك في الباب الأول ، ولا يجوز تعيين موظفين أو مستخدمين بدولة المقر من بنود الباب الثالث أو من التبرعات .

مادة ١٥ : يشترط فيمن يعين في إحدى وظائف الرابطة أن يكون :

( أ ) مسلماً ملتزماً بالاسلام عقيدة وعملا وإذا كان متزوجا فبمسلمة .

(ب) قد أتم الثامنة عشرة من عمره ولم يتجاوز الستين سنة هجرية .

(ج) قد قدم شهادة طبية معتمدة صادرة من هيئة طبية حكومية تؤكد سلامة المرشح من أي عيب أو مرض يعوقه عن أداء واجباته على الوجه الأكمل .

(د) غير محكوم عليه في حد أو تعزير (جناية أو جنحة) أو غير مفصول من الخدمة لأسباب مخلة بالشرف أو الأمانة .

(هـ) قد قدم المستندات والمعلومات التي تطلب منه لتحديد وضعه الوظيفي .

(و) يؤدي الموظفون قبل مباشرتهم العمل القسم التالي أمام الأمين العام أو من يفوضه :

[بسم الله الرحمن الرحيم ، إيمانا بواجبي نحو ديننا وأمتنا الاسلامية أقسم بالله العظيم أن اؤدي واجبات وظيفتي في رابطة العالم الاسلامي بالأمانة والصدق والاخلاص الواجب للمسلمين] .

مادة ١٦ : تتم التعيينات في الرابطة وفق الأسس التالية :

( أ ) يتم اختيار الأمين العام من قبل المجلس التأسيسي للرابطة ولمدة خمس سنوات قابلة للتجديد بموافقة المجلس التأسيسي .

(ب) يتم تعيين الأمناء العامين المساعدين بقرار من الأمين العام لمدة ثلاث سنوات قابلة للتجديد .

(ج) يتم شغل الوظائف المعتمدة من المرتبة الحادية عشر فما فوق بموافقة الأمين العام دون غيره على أن تتوفر في المرشح الالتزام الديني والكفاءة العلمية والخبرة الكافية لشغل الوظيفة الشاغرة .

(د) يتم شغل وظائف المرتبة العاشرة فما دون من الفئات الثانية والثالثة والرابعة بعد الاعلان عنها في الصحف عن طريق الاختيار أو المقابلة الشخصية أو المسابقة وتقويم المؤهلات والخبرات ، ويمكن في الحالات الخاصة الاستثنائية أن يقوم الأمين العام دون غيره بالنسبة لموظفي مكتبه والمستشارين بالتعيين دون التقيد بالمؤهلات العلمية لخبرات متميزة يوضحها في هذه الحالة .

(هـ) يتم التعيين على الوظائف بقرار من الأمين العام أو من يفوضه من الأمناء العامين المساعدين ويرفق معه ما يلي :

١ ــ جميع مستندات ومسوغات التعيين .

٢ ــ صورة من مهام الوظيفة المعين عليها .

**مادة ١٧** : يكون التعيين من تاريخ المباشرة بعد صدور قرار التعيين ويستثنى من ذلك بعض الحالات التي يقدرها الأمين العام وتكون المباشرة فيها خارج دولة المقر ، ومن تم تعيينه ولم يباشر مهام وظيفته خلال خمسة عشر يوما من تاريخ توقيع القرار دون عذر يقبله الأمين العام يعتبر تعيينه لاغيا .

**مادة ١٨** : يخضع الموظف الجديد لفترة تجريبية لا تقل مدتها عن سنة كاملة متصلة من تاريخ مباشرته للعمل ، وللجهة المختصة انهاء خدمته إذا ثبت عدم صلاحيته وتعتبر فترة تجربة الموظف بعد ثبوت صلاحيته من مدة خدمته .

## الفصل الخامس

## التدرج والترقية

**مادة ١٩** : يخضع كلٌ من عَمل الموظف وسلوكه لتقييم سنوي من قبل المسئولين عنه ، وتعد تقارير كفاية دورية عن جميع الموظفين من

ذوي المراتب الثانية عشرة فما دون ضمن الفئات الثانية والثالثة والرابعة ترفع في بداية كل عام وفق نماذج معتمدة من الأمين العام وتعدها إدارة شئون الموظفين .

**مادة ٢٠** : تراجع أهلية الموظف للترقية من قبل لجنة ترقيات تشكل من رئيس وأربعة أعضاء لا تقل وظيفة العضو عن المرتبة العاشرة ويصدر بتسميتها قرار من الأمين العام سنويا لهذا الغرض على نحو ما يرد في المادة (٢٢) .

**مادة ٢١** : يشترط لترقية الموظف بالرابطة ما يلي :

( أ ) أن تكون الترقية إلى وظيفة شاغرة في المرتبة التي تلي مرتبته مباشرة .

(ب) توفر الشروط المطلوبة (الكفاءة / المؤهلات العلمية / الخبرات / ....) لشغل الوظيفة المراد الترقية اليها .

(جـ) قضاء مدة لا تقل عن سنتين في المرتبة المرقى منها بالنسبة للمرتبة العاشرة فما فوق وأربع سنوات لما دونها .

( د ) ثبوت كفاءة الموظف بحصوله على تقرير كفاية بدرجة (جيد جدا) في السنة الأخيرة ولا يقل عن (جيد) في السنوات الثلاث السابقة .

( هـ ) أن لا يكون مجازى بإنذار ساري المفعول .

( و ) أن لا يكون في فترة كف يد أو يجري التحقيق معه أو عوقب بالحرمان من علاوة أو بالحسم من الراتب لمدة خمسة عشر (١٥) يوما فأكثر وبما لا يتعارض مع المادة (٧٥) .

**مادة ٢٢** : يتم الاختيار لشغل الوظائف بالترقية باسلوب المفاضلة في الدرجات بحيث توزع الدرجات كالآتي :

| | | |
|---|---|---|
| ١ ــ | حسن الأداء | ٥٠ خمسون درجة |
| ٢ ــ | المؤهلات العلمية | ١٥ خمس عشرة درجة |
| ٣ ــ | التدريب | ١٥ خمس عشرة درجة |

JT-MWL 00199

٤ ــ الخـــبرات                     ٢٠ عشرون درجة

المجموع        ١٠٠ مائة درجة

مادة ٢٣ : تحدد الدرجات التي تعطى للموظف في تقارير الكفاية عن حسن الأداء كالتالي :

( أ ) إذا كان معدله في التقرير (ممتاز) يعطى (٥٠) خمسين درجة .

(ب) إذا كان معدله في التقرير (جيد جدا) يعطى (٤٠) اربعين درجة .

(ج ) إذا كان معدله في التقرير (جيد) يعطى (٣٠) ثلاثين درجة .

( د ) إذا كان معدله في التقرير (مقبول) يعطى (١٥) خمس عشر درجة .

مادة ٢٤ : يمكن احتساب ما يزيد عن الحد الأدنى للمؤهل أو الخبرة أو مدة التدريب المطلوبة لشغل الوظيفة المراد الترقية اليها كالتالي :

( أ ) درجتين عن كل سنة دراسية زائدة وبحد اقصى خمس عشرة درجة .

(ب) درجتين عن كل سنة خبرة وبحد اقصى عشر درجات .

(ج ) ثلاث درجات عن كل شهر تدريب وبحد اقصى خمس عشرة درجة .

مادة ٢٥ : تكون الترقية نافذة من أول الشهر التالي لصدور القرار بها وبشرط مباشرة الموظف مهام الوظيفة المرقى لها .

## الفصل السادس
## التـــدريب

مادة ٢٦ : للأمين العام دون غيره ــ في الحالات الضرورية ــ أن يوفد الموظف للتدريب داخل دولة المقر أو خارجها أو أن يوافق على أن تعقد

---

دورات في مكان عمل الموظف وفق ما تقتضيه مصلحة العمل ، ويعتبر التدريب جزءا من العمل لا يحق للموظف رفضه أو ترك مقر تدريبه ولا يجوز ابتعاثه للتدريب في الخارج في دورات أو برامج لها مثيل في مقر الموظف ، وللأمين العام الغاء ابتعاث الموظف للتدريب في الخارج أو الداخل إذا اقتضت المصلحة ذلك .

مادة ٢٧ : لا تزيد مدة التدريب عن ستة اشهر وإذا قلت مدة التدريب عن شهر واحد فيعامل الموظف بموجب قواعد الانتداب .

مادة ٢٨ : يشترط فيمن يوفد للتدريب أن يكون قد أمضى في خدمة الرابطة سنة على الأقل وأن يجيد اللغة التي تدار بها الدورة المرشح لها مالم تكن الدورة لتعليم لغة معينة وأن يكون قد حصل على قبول من جهة التدريب وأن يكون للدورة علاقة مباشرة بالعمل الذي يقوم به .

مادة ٢٩ : يستحق الموظف المتدرب بالاضافة إلى راتبه الشهري خمسة وعشرين بالمائة من راتبه الأساسي إذا كان التدريب داخل الدولة التي يعمل بها وخمسين في المائة إذا كان التدريب خارجها ، ولا يجوز صرف هذه النسبة الأخيرة في حالة الابتعاث للتدريب للخارج بناء على منحة تعادل ما يصرف له من الرابطة ، ويؤمن له لوحده تذاكر اركاب ذهابا وعودة ، وفي كل الأحوال لا يجوز صرف أي مكافأة للمتدرب غير ما ذكر .

مادة ٣٠ : تحتسب فترة التدريب ضمن خدمة الموظف وتحسب لأغراض الترقية باعتبار كل شهر تدريب مساويا لشهرين من الخدمة وعلى إدارة شئون الموظفين الحصول على تقارير دورية عن المتدربين من جهات التدريب ومتابعة ذلك .

١٧                                               ١٦

Case 1:03-md-01570-GBD-SN   Document 11987-24   Filed 04/15/26   Page 24 of 31

## الفصـل السـابع
## الرواتب ـــ والبدلات ـــ والمكافآت ـــ والتعويضات

**مادة ٣١ :** يستحق الموظف أو المستخدم راتبا شهريا وفقا لسلم الرواتب المرفق بهذه اللائحة والذي يبين :

( أ ) المراتب ، وعدد درجات كل مرتبة ، وراتب كل درجة .

(ب) مقدار العلاوة السنوية لكل مرتبة .

(ج ) مقدار بدل النقل الشهري لكل مرتبة .

( د ) مقدار بدل.الانتداب اليومي لكل مرتبة .

ويكون احتساب الرواتب وملحقاتها بالريال السعودي أو ما يعادله .

**مادة ٣٢ :** يوضع الموظف في بداية التعيين في الدرجة الأولى من مرتبته الوظيفية .

**مادة ٣٣ :** يجوز للرابطة استعارة خدمات موظفين من أجهزة حكومية أو دولية أو اقليمية لمدة سنة أو اكثر بغرض خدمة العمل في الرابطة وفي حالة تحمل الرابطة راتب ومزايا الوظيفة التي يعين عليها في الرابطة فإنه يشترط لمن هم بالمرتبة الخامسة عشرة فما دون ان تتلاءم حالته الوظيفية مع الوظيفة والمرتبة المراد تعيينه عليها وأن لا يتجاوز مقدار راتبه فيها الدرجة التالية مباشرة ــ إن وجدت ــ لراتبه الأساسي في جهته الأصلية وحسب سلم رواتب موظفي ومستخدمي الرابطة المعتمد .

**مادة ٣٤ :** الموظف المعار للعمل في الرابطة يشغل وظيفة معتمدة في الهيكل الوظيفي ويصرف راتبه منها إذا أوقفت الجهة التي اعارته راتبه منها .

**مادة ٣٥ :** يتقاضى الموظف راتب الدرجة التي يستحقها في المرتبة المعين عليها اعتبارا من تاريخ مباشرته العمل بعد صدور القرار .

**مادة ٣٦ :** لا يستحق الموظف راتبا عن الأيام التي يتغيب فيها عن العمل بغير عذر مقبول نظاما وكذلك عن المدة التي يقضيها في السجن تنفيذا

---

لحكم قضائي ويستثنى من ذلك الموظف العامل خارج دولة المقر بموافقة الأمين العام في حالة عدم اقتناعه بعدالة سجنه .

**مادة ٣٧ :** في حالة كف يد الموظف عن العمل يصرف له نصف صافي راتبه الأساسي طوال فترة كف اليد ، فإذا عوقب بغير الفصل أو صدرت براءته يصرف له باقي راتبه بالكامل .. اما إذا عوقب بالفصل فلا يستعاد ما صرف له مالم تقرر الجهة التي اصدرت قرار العقوبة غير ذلك ويعتبر المحبوس احتياطيا في حكم الموقوف عن العمل .

**مادة ٣٨ :** لا يجوز الحجز على راتب الموظف إلا بطلب من الجهة المختصة أو لدين ثابت ومستحق أو بناءا على حكم قضائي طلب من الرابطة تنفيذه رسميا ، ولا يجوز أن يتجاوز المبلغ المحجوز شهريا ثلث الراتب الأساسي إلا إذا كان الدين لنفقة شرعية وعند التزاحم تكون الأولوية لدين النفقة .

**مادة ٣٩ :** يستحق الموظف علاوة سنوية بنقله من الدرجة التي يشغلها إلى الدرجة التالية لها مباشرة من المرتبة نفسها في غرة المحرم من كل عام بشرط :

( أ ) أن يكون الموظف قد أمضى في خدمة الرابطة ستة أشهر فأكثر .

(ب) أن يكون معدله في آخر تقارير كفاية لا يقل عن (جيد) .

**مادة ٤٠ :** يصرف للموظف أو المستخدم بدل سكن سنوي يعادل راتب شهرين بحد أدنى ثمانية آلاف ريال وحد اقصى عشرين ألف ريال .

**مادة ٤١ :** يصرف للموظف أو المستخدم بدل نقل شهري حسب ما هو مبين بسلم الرواتب والبدلات المرافق لهذه اللائحة والمنصوص عليه في المادة ٣١ ويجوز للأمين العام تأمين وسيلة نقل مناسبة للموظفين الذين تستوجب طبيعة عملهم تنقلا مستمرا ، وفي هذه الحالة لا يصرف لهم بدل النقل الشهري .

**مادة ٤٢ :** تؤمن الرابطة سيارة مناسبة للأمين العام تستبدل كل ثلاث سنوات ولا

JT-MWL 00201

تزيد قيمتها عن ثمانين ألف ريال وكذا للأمناء العامين المساعدين لاستعمالها في الأعمال الرسمية والخاصة تستبدل كل أربع سنوات ولا تزيد قيمتها عن خمسة وسبعين ألف ريال .

مادة ٤٣ : يصرف للموظف أو المستخدم المنتدب في مهمة رسمية بدل انتداب وفقا لما هو مبين بسلم الرواتب والبدلات المرفق بهذه اللائحة ، ولا يجوز أن تزيد مجموع فترات الانتداب لأي من منسوبي الرابطة عن ستين يوما خلال السنة المالية الواحدة ، كما لا يجوز أن تزيد مدة الانتداب في الفترة الواحدة عن خمسة عشر يوما ويستثنى من تحديد الفترة الواحدة المنتدبين للتدريس أو العمل في الدورات التدريبية التي تعقدها الرابطة على أن لا تزيد فترة الانتداب عن ٣٠ يوما وفي هذه الحالة يصرف الانتداب كالتالي :

( أ ) الخمسة عشر يوما الأولى يصرف الانتداب اليومي حسب سلم الرواتب والبدلات المرفق بهذه اللائحة .

(ب) أي يوم من الأيام التالية للخمسة عشر يوما الأولى وبحد اقصى خمسة عشر يوما يخفض بدل الانتداب إلى النصف .

(جـ) يصرف بدل النقل للفئات من المرتبة الرابعة عشر فما دون فقط وفقا لما هو محدد في سلم الرواتب والبدلات المرفق بهذه اللائحة .

مادة ٤٤ : لا يصرف بدل الانتداب للمسافات بين أي مدينة والمطار التابع لها ويصرف بمعدل خمسين في المائة للمسافات التي تتراوح بين ستين كيلومترا ومائة وخمسين كيلو مترا ، كما لا يصرف بدل الانتداب لمناطق الحج لأي موظف أو مستخدم .

ولا يجوز اصدار قرار بانتداب الموظف قبل الارتباط بمبلغ بدل الانتداب ماليا على البند المختص بالميزانية ، كما يوضح قرار الانتداب طبيعة المهمة وتاريخ بدئها ومدة الانتداب ولا يجوز الجمع بين بدل الانتداب ومكافأة عمل خارج وقت الدوام الرسمي ويجوز

---

صرف سلفة على حساب بدل الانتداب لا تزيد عن (خمسين في المائة) مما يستحقه الموظف عن الأيام المحددة في قرار الانتداب.

مادة ٤٥ : يصرف للموظف المنتدب تذاكر سفر إلى محل انتدابه مرجعا بالدرجة الأولى لموظفي المرتبة العاشرة فما فوق وبالدرجة السياحية بالنسبة لمن هم دون ذلك إلا في حالة مرافقة الموظف للأمين العام أو الأمناء المساعدين أو كان عضوا في وفد رسمي يحق لواحد فقط من أعضاء الوفد السفر بالدرجة الأولى ولا يتم التعويض عن تذاكر السفر للرحلات من داخل دولة المقر إلى الخارج أو العكس إلا عن الدرجة السياحية وفي كل الأحوال يتوجب تقديم كعوب تذاكر السفر ضمن المستندات المؤيدة لأداء المهمة .

مادة ٤٦ : تطبق أحكام بدل الانتداب على الأشخاص غير الموظفين الذين يكلفون بمهام خارج مقر إقامتهم بقرار من الأمين العام يحدد فيه مرتبتهم كما لو كانوا موظفين رسميين .

مادة ٤٧ : للأمين العام في الحالات الضرورية التي يتعذر فيها انجاز العمل في ساعات العمل الرسمية تكليف بعض موظفي الرابطة من المرتبة العاشرة فما دون بالعمل خارج وقت الدوام الرسمي في أيام العمل الرسمية بمكافأة لا تزيد عن ربع الراتب اليومي وللأمين العام عند الضرورة القصوى تكليف بعض موظفي السنترال والتلكس والاستقبال أيام العطل الرسمية من المرتبة السادسة فما دون . لعدد محدد من الساعات لا تقل عن سبع ساعات يوميا بمكافأة لا تزيد عن نصف الراتب اليومي بالاضافة إلى بدل النقل اليومي ، كما ان للأمين العام تكليف عدد محدود جدا من الموظفين والمستخدمين أيام عطلة الحج من المرتبة الرابعة عشر فما دون للعمل في مناطق الحج لعدد من الساعات لا تقل عن سبع ساعات يوميا بمكافأة لا تزيد عن ثلث الراتب اليومي لموظفي المرتبة الرابعة عشر حتى المرتبة العاشرة أما المراتب التاسعة فما دون فتصرف لهم المكافأة بواقع نصف الراتب

JT-MWL 00202

اليومي بالاضافة إلى بدل النقل اليومي .

مادة ٤٨ : يستحق الموظف الذي امضى سنتين على الأقل في خدمة الرابطة مكافأة نهاية الخدمة بواقع راتب شهر من راتبه الأساسي عن كل سنة كاملة من سنوات الخدمة ولا تحتسب مكافأة عن جزء السنة .

مادة ٤٩ : تتحمل الرابطة نفقات دفن أو ترحيل جثمان الموظف المتوفي ونفقات ترحيل اسرته إلى مقر اقامتهم الدائم ويصرف لهم راتب ثلاثة اشهر حسب آخر راتب أساسي تقاضاه .

مادة ٥٠ : يجوز بقرار من الأمين العام ــ إذا اقتضت مصلحة العمل ــ تكليف الموظف باعمال وظيفة معينة أو مهمة رسمية بالاضافة إلى قيامه بمهمام وظيفته الأصلية ودون مقابل .

مادة ٥١ : يجوز للأمين العام دون غيره نقل بعض موظفي الأمانة العامة للعمل في مكاتب الرابطة أو مراكزها في الخارج وفي هذه الحالة يجوز أن يصرف لهم عند الضرورة وحسب الأحوال مكافأة مقابل ــ بدلات التمثيل والعلاج والمزايا الأخرى ــ لا تتجاوز (٣٠٪) من الراتب الأساسي بالنسبة لدول آسيا وافريقيا ماعدا الحبشة والجابون واليابان و(٥٠٪) للحبشة والجابون وامريكا الجنوبية واستراليا ودول اوروبا ماعدا سويسرا والمانيا وانجلترا وامريكا الشمالية ماعدا الولايات المتحدة الامريكية و(٧٥٪) للولايات المتحدة الامريكية وانجلترا وسويسرا والمانيا الغربية واليابان على أن تخصم هذه المكافأة على الباب الثالث ويجوز تخفيض هذه النسب بقرار من الأمين العام حسبما تتطلبه الظروف ومصلحة العمل .

## الفصل الثامن

## الاجـــازات

**عادية ــ استثنائية ــ اضطرارية ــ مرضية ــ دراسية**

مادة ٥٢ : الاجازة السنوية العادية هي حق للموظف تمنح له براتب لأغراض

---

الراحة أو الاستجمام اللازمين للحفاظ على صحته وكفاءته في العمل .

مادة ٥٣ : تحدد الاجازات والأعياد الرسمية في مقر الأمانة ومكاتبها حسب الاجازات المعمول بها في دولة المقر . اما الاجازات الرسمية بالنسبة لمكاتب الرابطة في الخارج والأجهزة المتفرعة عنها فتحدد بقرار من الأمين العام حسب ظروف كل بلد .

مادة ٥٤ : يستحق الموظف اجازة سنوية قدرها ثلاثون يوما ويجوز عند الضرورة تمتع الموظف بنصف اجازته السنوية إذا أمضى في الخدمة ستة أشهر على الأقل ويجوز أن يصرف للموظف راتب الاجازة مقدما حسب آخر راتب يتقاضاه .

مادة ٥٥ : يتعين على الموظف أن يتمتع بإجازته السنوية كليا أو جزئيا بما لا يقل عن ١٥ يوما بتقديم طلب بذلك وحسب ظروف العمل يجوز تأجيلها بموافقة صاحب الصلاحية إذا استدعت المصلحة ذلك على ألا تزيد مدة الاجازات المتراكمة عن ٩٠ يوما في مجموعها وهو الحد الأعلى الذي يمكن أن يتمتع به الموظف في السنة الواحدة .

مادة ٥٦ : يجوز في حالة الضرورة استدعاء الموظف من اجازته السنوية وفي هذه الحالة يحتفظ الموظف بحقه في أيام الاجازة التي لم يتمتع بها .

مادة ٥٧ : لا يستحق الموظف اجازة عادية عن المدد الآتية :

( أ ) مدة الاجازة الاستثنائية .

(ب) مدة كف اليد وما في حكمه في حالات الادانة إلا إذا ثبتت براءته .

(ج) مدة الغياب للدراسة .

(د) مدة الاعــارة .

(ه) مدة غياب الموظف براتب أو بدون راتب إذا انتهت خدماته بنهاية مدة الغياب .

JT-MWL 00203

(و) مدة سجن الموظف تنفيذا لحكم صادر ضده .

مادة ٥٨ : يجوز منح الموظف بموافقة رئيسه وبقرار من الأمين العام أو من يفوضه من مساعديه اجازة اضطرارية براتب كامل مدة اقصاها عشرة أيام في السنة الواحدة وبحد أقصى خمسة أيام في المرة الواحدة ويسقط حق الموظف في طلبها بانقضاء السنة المالية .

مادة ٥٩ : يجوز لصاحب الصلاحية أن يمنح الموظف اجازة براتب لأداء الامتحانات الدراسية تعادل المدة الفعلية للامتحانات شريطة أن تكون هناك موافقة مسبقة من جهة الاختصاص في الرابطة بالدراسة وتأييد ذلك من الجهة التي يدرس فيها .

مادة ٦٠ : يستحق الموظف اجازة مرضية في فترة ثلاث سنوات قدرها ثلاثة أشهر براتب كامل وثلاثة أشهر بنصف راتب وثلاثة أشهر بربع راتب وثلاثة أشهر بدون راتب ويجوز للموظف أن يطلب استعمال اجازاته السنوية اثناء أو بعد اجازته المرضية وتحتسب بداية الثلاث سنوات من تاريخ بداية الاجازة المرضية ، فإن اثبت الكشف الطبي بعد ذلك عدم قدرته على العمل فتنهى خدماته لعدم لياقته الصحية .

مادة ٦١ : يجوز منح الموظف اجازة لمرافقة احد اقربائه للعلاج ويسمح له بالتمتع برصيده من الاجازات السنوية فإذا زادت المدة اللازمة للمرافقة عن ذلك يسمح له بالغياب لمدة اقصاها شهر براتب كامل ويجوز تمديدها لمدة لا تتجاوز شهرين آخرين بدون راتب عند الضرورة ويشترط لمنح اجازة مرافقة المريض :
( أ ) أن يكون المريض احد أولاد الموظف أو زوجته أو احد والديه أو من يعوله شرعا .
(ب) أن تقرر هيئة طبية حكومية ضرورة مصاحبة الموظف للمريض والمدة المقررة للعلاج .

مادة ٦٢ : لا يجوز تعويض الموظف عن اجازاته وهو على رأس العمل وفي حالة انتهاء خدمة الموظف يدفع له على سبيل التعويض مدة الاجازات

التي يستحقها على ألا تزيد عن ثلاثة أشهر (تسعين يوما) عدى حالات الوفاة يتم التعويض عن جميع الاجازات المتراكمة .

مادة ٦٣ : يستحق الموظف الذي يصاب بجرح أو كسر أو مرض بسبب تأدية العمل ودون خطأ من الموظف ـ يمنعه من أداء عمله بصفة مؤقتة ـ اجازة مرضية قدرها سنة براتب كامل فإذا لم يعد الموظف لعمله بعد انتهاء هذه المدة يعرض امره على هيئة طبية معتمدة لتقرير اما إحالته على التقاعد أو تمديد اجازته مع تحديد المدة الاضافية ويصرف له في هذه الحالة نصف الراتب .

مادة ٦٤ : لا يجوز تمديد الاجازة العادية باجازة مرضية إلا في حالات الضرورة القصوى التي يقتنع بها الأمين العام .

مادة ٦٥ : يجوز بقرار من الأمين العام منح الموظف اجازة استثنائية بدون راتب مدتها ستة أشهر خلال ثلاث سنوات خدمة سنوية ويجوز تمديدها إلى ستة أشهر أخرى ولا تحتسب مدة الاجازة الاستثنائية من ضمن خدمة الموظف .

## الفصـل التـاسع
## النقـــل والتكليف والاعــارة

مادة ٦٦ : يجوز للأمين العام أو من يفوضه من الأمناء العامين المساعدين نقل الموظف من إدارة إلى أخرى أو من مقر الرابطة إلى مكتب بالداخل أو الخارج أو من مكتب إلى مكتب آخر دون أن يترتب على النقل أي مزايا مالية ثابتة غير ما ورد في هذه اللائحة .

مادة ٦٧ : يمنح الموظف المنقول من المقر إلى الخارج أو العكس أو من مكتب إلى مكتب آخر بالخارج حسبما تقتضيه مصلحة العمل وبشرط بقائه في الجهة المنقول اليها مدة لا تقل عن سنتين ما يلي :
( أ ) تذاكر سفر له ولزوجته وأولاده إلى مكان عمله بالدرجة الأولى

مادة ٧١ : لا يوقع أي جزاء على الموظف عدى الانذار الشفهي والخطي إلا بعد اجراء تحقيق كتابي تسمع فيه أقوال الموظف ويكون قرار الجزاء مستندا إلى نتيجة التحقيق .

مادة ٧٢ : يقوم بالتحقيق مع الموظف المخالف لجنة يكونها الأمين العام من ثلاثة موظفين على أن لا تقل درجة أي منهم عن درجة الموظف المراد التحقيق معه .

مادة ٧٣ : للأمين العام كف يد الموظف عن العمل كاجراء احتياطي إذا اقتضت مصلحة التحقيق ذلك لمدة لا تزيد عن شهرين يعود بعد هذا للعمل ما لم يصدر قرارا بفصله .

مادة ٧٤ : يحق للموظف الذي صدر ضده قرار بالحسم من راتبه أو فصله من الخدمة بالتظلم كتابة خلال شهر من تاريخ إبلاغه القرار ويكون التظلم إلى الجهة الأعلى مباشرة من الجهة التي أصدرت القرار وفي هذه الحالة يكون قرار الجهة الأعلى ملزما في القضية ..

مادة ٧٥ : تزول آثار الجزاءات التأديبية التي توقع على الموظف بعد :
( أ ) سنة واحدة بالنسبة للانذار الخطي .
(ب) سنتين بالنسبة للحسم من الراتب .
(ج) ثلاث سنوات بالنسبة للحرمان من العلاوة أو الترقية .

**الفصل الحادي عشر**
**انتهاء الخدمة**

مادة ٧٦ : تنتهي خدمة الموظف من الرابطة باحد الأسباب التالية :
( أ ) الاستقالة .
(ب) ثبوت عدم الصلاحية خلال فترة التجربة .
(ج) الغياب دون عذر مشروع لمدة خمسة عشر يوما متصلة أو

JT-MWL 00205

٢٧

---

لموظفي المرتبة العاشرة فما فوق وبالدرجة السياحية لمن هم دون ذلك وبما لا يتجاوز اربع تذاكر .
(ب) تتحمل الرابطة ما يعادل اجور نقل أمتعة وأثاث بما لا يتجاوز مبلغ ٤٠٠٠ أربعة آلاف ريال .

مادة ٦٨ : يجوز إعارة خدمات بعض موظفي الرابطة بقرار من الأمين العام إلى منظمات أو هيئات إسلامية بما لا يؤثر على سير العمل بالرابطة وتتحمل الجهة المستعيرة راتب ومزايا الموظف المعار ويجوز بموافقة الأمين العام دون غيره إذا اقتضت المصلحة العامة ذلك أن تتحمل الرابطة بعض أو كل راتب ومزايا الموظف المعار وتكون مدة الاعارة لسنة قابلة للتمديد لسنة أخرى فقط ويجوز الغاؤها قبل انتهاء مدتها وتحتسب مدة الاعارة في خدمة الموظف بالرابطة وعليه أن يؤدي خلالها الحسميات التقاعدية المقررة على راتبه في وظيفته الاصلية وما يطرأ عليه من زيادات .

**الفصل العاشر**
**التأديب**

مادة ٦٩ : يجازى الموظف إذا أخل بواجبات العمل أو قصر في ادائه أو تصرف بشكل يسيء إلى العمل أو العاملين بالرابطة بشكل يتنافى مع الأخلاق والقيم الاسلامية .

مادة ٧٠ : يجوز للأمين العام أو من يفوضه توقيع الجزاءات التأديبية التالية :
( أ ) الانذار الشفهي .
(ب) الانذار الخطي .
(ج) الحسم من الراتب بما لا يتجاوز راتب خمسة عشر يوما .
(د) الحرمان من العلاوة السنوية .
(ه) الفصل من الخدمة .

٢٦

Case 1:03-md-01570-GBD-SN   Document 11987-24   Filed 04/15/26   Page 29 of 31

جرائم المخدرات أو التهريب ونحوها .

**مادة ٨٣** : إذا انتهت خدمة الموظف بسبب الغاء الوظيفة فعلى الجهة المختصة اخطار الموظف قبل التاريخ المحدد للالغاء بثلاثة أشهر على الأقل وفي حالة عدم اخطاره فإنه يعوض عن المدة التي لم يخطر فيها بما يعادل راتب تلك المدة مع مساءلة المتسبب عن ذلك على أن لا يؤثر هذا الأمر على مكافأة نهاية الخدمة .

**مادة ٨٤** : يحال الموظف على التقاعد بقوة النظام عند اكماله ستين عاما هجريا من العمر واستثناء من ذلك يجوز للأمين العام مده غيره وفي الحالات الضرورية مد خدمة الموظف حتى اكماله سن الخامسة والستين هجري .

**مادة ٨٥** : في أي من حالات انتهاء خدمة الموظف عدى الوفاة يسترد منه ما يكون قد صرف له من بدل سكن عن الفترة التي تلي تاريخ انتهاء هذه الخدمة .

## الفصل الثاني عشر
## احــكام عــامة

**مادة ٨٦** : تحدد ساعات وأيام العمل الاسبوعية في الأمانة العامة ومكاتبها واجهزتها حسب المواعيد المعمول بها في دولة المقر وتحدد بقرار من الأمين العام ساعات وأيام العمل الاسبوعية لمكاتب الرابطة أو اجهزتها في الخارج .

**مادة ٨٧** : يخضع منسوبو الرابطة لأوضاع التقاعد التي يحددها الأمين العام بعد الاتفاق مع الجهات المختصة .

**مادة ٨٨** : جميع الحالات التي تتعلق بالموظفين وأوضاعهم ولم تتعرض لها هذه اللائحة تتم معالجتها بقرار من الأمين العام بالاستئناس بما هو معمول به في دولة المقر من أحكام وتعليمات ولوائح وأنظمة عامة

٢٩

---

ثلاثين يوما متقطعة خلال سنة واحدة .

( د ) الفصل من الخدمة لأسباب تأديبية أو لحكم شرعي .

( ه ) الغاء الوظيفة .

( و ) بلوغ سن التقاعد وهي ستون سنة هجرية .

( ز ) عدم اللياقة الصحية للاستمرار في الخدمة .

( ح ) الحصول على تقريري كفاية متتالين بتقدير (غير مرضي) .

( ط ) الوفـــــاة .

( ى ) إذا لم ينفذ قرار التعيين أو النقل دون عذر مشروع خلال خمسة عشر يوما .

**مادة ٧٧** : يقدم الموظف الراغب في الاستقالة طلبا بذلك للجهة المختصة عن طريق رئيسه المباشر قبل فترة لا تقل عن شهرين من التاريخ المحدد لها . ولا يجوز إعادة تعيين الموظف المستقيل إلا بعد مرور سنة على قبول استقالته

**مادة ٧٨** : للجهة المختصة الحق في قبول الاستقالة أو تأجيلها خلال مدة لا تتجاوز ثلاثة أشهر من تاريخ تقديمها وتعتبر مقبولة بمرور هذه المدة دون اتخاذ قرار بشأنها .

**مادة ٧٩** : على الموظف المستقيل الاستمرار في عمله حتى التاريخ الذي تحدده الجهة المختصة لنفاذ الاستقالة .

**مادة ٨٠** : لا يجوز قبول استقالة الموظف المحال إلى التحقيق أو الموقوف عن العمل حتى يبت في أمره .

**مادة ٨١** : لا يستحق الموظف الذي تنتهي خدمته لعدم الصلاحية خلال فترة التجربة أية مكافأة أو اجازة سنوية عن الفترة التي قضاها ويسترد منه ما يكون قد صرف له من مبالغ بما فيها بدل السكن عن الفترة المتبقية عدى الرواتب والبدلات الشهرية .

**مادة ٨٢** : تنتهي خدمات الموظف إذا حكم عليه بالفصل من الخدمة تأديبيا أو في حالة الحكم عليه بحد شرعي أو بالسجن في جريمة مخلة بالشرف أو الأمانة أو بعقوبة تتعلق بالرشوة أو التزوير أو الاختلاس أو

٢٨

مادة ٨٩ : طبقا لما هو معمول به في دولة المقر يمنح المستخدمين الذين لا يقرر تحويل أي نص في هذه الخطوات بمضمها إلا بموافقة كل ما يكون تعديل أي نص في هذه اللائحة وقرارات مالية واقتصادية بعد الاتفاق مع الجهات التي أورت هذه اللائحة أو اصابة مواد أو من الجهات التي أورت هذه اللائحة.

مادة ٩٠ : يفوضه أوضاع الاستثناء من حيث تمنح الكرمة من حيث رواتبهم ومكافآتهم يصدر الأمين العام قرار من اللوائح والقواعد المنظمة لمالية العاملين نمط عهد الأكمة والدعاة والمدرسين.

مادة ٩١ : تخول الأمانة العامة اعداد اللوائح والقواعد المنظمة لمالية رواتب والمستخدمين والدعاة والمدرسين وأوضاع النظمة لمالية الموظفين والمستخدمين والدرسين والقواعد والأنظمة وخبراء وغيرهم من دولة المقر بـ.

مادة ٩٢ : تلغي هذه اللائحة كل الأنظمة واللوائح الصادرة في هذا الخصوص وتعتبر نافذة المفعول بصفة مؤقتة ويقرر من الأمين العام وتسري تطبيقها على الموظفين الكائنين بإدارة بعض مكاتب الرابطة في الخارج وقت صدور هذه اللائحة اعتبار من ١/١/١٤٠٨هـ. ما عدا المادة (٥) من هذه اللائحة فيسرى تطبيقها على الموظفين اعتبار من ١٤٠٧/٧/٧هـ.

JT-MWL 00207

**رابطة العالم الإسلامي**
الأمانة العامة ــ مكة المكرمة

## سلم الرواتب والبدلات للموظفين

| المرتبة | الدرجة ١ | ٢ | ٣ | ٤ | ٥ | ٦ | ٧ | ٨ | ٩ | ١٠ | العلاوة السنوية | بدل النقل | بدل الانتساب في الداخل | في الخارج | بدل النقل |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| الأمين العام | ٤٥٠٠٠ | | | | | | | | | | | | ١٣٠٠ | ٢٥٠٠ | شاملا بدل النقل |
| ١٥ | ١٥٠٠٠ | ١٥٦٥٠ | ١٦٣٠٠ | ١٦٩٥٠ | ١٧٦٠٠ | | | | | | ٦٥٠ | ــ | ٩٠٠ | ١٨٠٠ | شاملا بدل النقل |
| ١٤ | ١٢٠٩٥ | ١٢٦٢٠ | ١٣١٤٥ | ١٣٦٧٠ | ١٤١٩٥ | ١٤٧٢٠ | | | | | ٥٢٥ | ٦٠٠ | ٨٠٠ | ١٢٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ١٣ | ١٠٧٠٥ | ١١١٦٠ | ١١٦١٥ | ١٢٠٧٠ | ١٢٥٢٥ | ١٢٩٨٠ | ١٣٤٣٥ | | | | ٤٥٠ | ٦٠٠ | ٧٠٠ | ١٠٥٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ١٢ | ٩٣٩٠ | ٩٨٢٠ | ١٠٢٥٠ | ١٠٦٨٠ | ١١١١٠ | ١١٥٤٠ | ١١٩٧٠ | ١٢٤٠٠ | | | ٤٣٠ | ٦٠٠ | ٧٠٠ | ١٠٥٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ١١ | ٨١٦٥ | ٨٥٩٥ | ٨٩٦٥ | ٩٣٦٥ | ٩٧٦٥ | ١٠١٦٥ | ١٠٥٦٥ | ١٠٩٦٥ | ١١٣٦٥ | | ٤٠٠ | ٦٠٠ | ٦٠٠ | ٩٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ١٠ | ٧٠٠٠ | ٧٣٨٠ | ٧٧٦٠ | ٨١٤٠ | ٨٥٢٠ | ٨٩٠٠ | ٩٢٨٠ | ٩٦٦٠ | ١٠٠٤٠ | ١٠٤٢٠ | ٣٨٠ | ٦٠٠ | ٦٠٠ | ٩٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٩ | ٦٢٢٠ | ٦٥٩٠ | ٦٩٤٠ | ٧٢٩٠ | ٧٦٤٠ | ٧٩٩٠ | ٨٣٤٠ | ٨٦٩٠ | ٩٠٤٠ | ٩٣٩٠ | ٣٥٠ | ٦٠٠ | ٦٠٠ | ٩٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٨ | ٥٢٨٥ | ٥٥٩٥ | ٥٩٠٥ | ٦٢١٥ | ٦٥٢٥ | ٦٨٣٥ | ٧١٤٥ | ٧٤٥٥ | ٧٧٦٥ | ٨٠٧٥ | ٣١٠ | ٦٠٠ | ٤٠٠ | ٦٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٧ | ٤٥٣٠ | ٤٨٠٠ | ٥٠٧٠ | ٥٣٤٠ | ٥٦١٠ | ٥٨٨٠ | ٦١٥٠ | ٦٤٢٠ | ٦٦٩٠ | ٦٩٦٠ | ٢٧٠ | ٦٠٠ | ٤٠٠ | ٦٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٦ | ٣٨١٥ | ٤٠٤٥ | ٤٢٧٥ | ٤٥٠٥ | ٤٧٣٥ | ٤٩٦٥ | ٥١٩٥ | ٥٤٢٥ | ٥٦٥٥ | ٥٨٨٥ | ٢٣٠ | ٦٠٠ | ٣٢٠ | ٤٨٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٥ | ٣١٩٠ | ٣٣٩٠ | ٣٥٩٠ | ٣٧٩٠ | ٣٩٩٠ | ٤١٩٠ | ٤٣٩٠ | ٤٥٩٠ | ٤٧٩٠ | ٤٩٩٠ | ٢٠٠ | ٤٠٠ | ٢٠٠ | ٣٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٤ | ٢٦٥٥ | ٢٨٢٥ | ٢٩٩٥ | ٣١٦٥ | ٣٣٣٥ | ٣٥٠٥ | ٣٦٧٥ | ٣٨٤٥ | ٤٠١٥ | ٤١٨٥ | ١٧٠ | ٤٠٠ | ٢٠٠ | ٣٠٠ | ٠.٣٠/١ من بدل النقل الشهري |
| ٣ | ٢٢١٠ | ٢٣٥٠ | ٢٤٩٠ | ٢٦٣٠ | ٢٧٧٠ | ٢٩١٠ | ٣٠٥٠ | ٣١٩٠ | ٣٣٣٠ | ٣٤٧٠ | ١٤٠ | ٤٠٠ | ١٥٠ | ٢٢٥ | ٠.٣٠/١ من بدل النقل الشهري |
| ٢ | ١٨٢٥ | ١٩٤٥ | ٢٠٦٥ | ٢١٨٥ | ٢٣٠٥ | ٢٤٢٥ | ٢٥٤٥ | ٢٦٦٥ | ٢٧٨٥ | ٢٩٠٥ | ١٢٠ | ٤٠٠ | ١٥٠ | ٢٢٥ | ٠.٣٠/١ من بدل النقل الشهري |
| ١ | ١٥٠٠ | ١٦٠٠ | ١٧٠٠ | ١٨٠٠ | ١٩٠٠ | ٢٠٠٠ | ٢١٠٠ | ٢٢٠٠ | ٢٣٠٠ | ٢٤٠٠ | ١٠٠ | ٤٠٠ | ١٥٠ | ٢٢٥ | ٠.٣٠/١ من بدل النقل الشهري |

## سلم الرواتب والبدلات للمستخدمين

| المرتبة | ١ | ٢ | ٣ | ٤ | ٥ | ٦ | ٧ | ٨ | ٩ | ١٠ | ١١ | ١٢ | ١٣ | ١٤ | ١٥ | العلاوة السنوية | بدل النقل | بدل الانتساب في الداخل | في الخارج | بدل النقل |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ٣٣ | ١٩٥٠ | ٢٠٩٠ | ٢٢٣٠ | ٢٣٧٠ | ٢٥١٠ | ٢٦٥٠ | ٢٧٩٠ | ٢٩٣٠ | ٣٠٧٠ | ٣٢١٠ | ٣٣٥٠ | ٣٤٩٠ | ٣٦٣٠ | ٣٧٧٠ | ٣٩١٠ | ١٤٠ | ٤٠٠ | ١٥٠ | ٢٢٥ | ٠.٣٠/١ من بدل النقل الشهري |
| ٣٢ | ١٣٥٠ | ١٤٥٠ | ١٥٥٠ | ١٦٥٠ | ١٧٥٠ | ١٨٥٠ | ١٩٥٠ | ٢٠٥٠ | ٢١٥٠ | ٢٢٥٠ | ٢٣٥٠ | | | | | ١٠٠ | ٤٠٠ | ١٥٠ | ٢٢٥ | ٠.٣٠/١ من بدل النقل الشهري |
| ٣١ | ٩٥٠ | ١٠٢٠ | ١٠٩٠ | ١١٦٠ | ١٢٣٠ | ١٣٠٠ | ١٣٧٠ | ١٤٤٠ | ١٥١٠ | ١٥٨٠ | ١٦٥٠ | | | | | ٧٠ | ٤٠٠ | ١٥٠ | ٢٢٥ | ٠.٣٠/١ من بدل النقل الشهري |



Beyond Words

Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us