# EXHIBIT 025

[logo: Muslim World League]

**Muslim World League**
**Secretariat General – Mecca**

# Employee Regulations

JT-MWL-00169

[logo: In the name of God, the Most Gracious, the Most Merciful]

Printed by the Muslim World League Press
Mecca

JT-MWL-00170

[logo: Muslim World League
Muslim World League [in English]]


Founded in accordance with a decision issued by the General Islamic Conference
which was convened in Mecca on 14 Thi Al-Hijja 1381h
corresponding to 18 May 1962.

**JT-MWL-00171**

The Exalted, the Most High said:

**(Indeed, the best you can hire is the strong and trustworthy**)

[Surat Al-Qasas : 26]

JT-MWL-00172

## Table of Contents

Page number

Chapter One:        Introduction _____11

Chapter Two:        Duties and Restrictions _____15

Chapter Three:      Positions and their Classification___19

Chapter Four:       Selection and Appointment _____23

Chapter Five:       Performance Evaluation, Progression, and Promotion_____ 25

Chapter Six:        Salaries, Allowances, Compensations, and Reimbursements_____ 27

Chapter Seven:      Transfer, Assignment, Seconding, and Secondment _____33

Chapter Eight:      Leave _____37

Chapter Nine:       Temporary Suspension, Sanctions, and Discipline _____39

Chapter Ten:        End of Service and Reappointment  43

Chapter Eleven:     General Provisions  _____47

**JT-MWL-00173**

# Chapter One

## Introduction

**Article Number [1]:**

In his capacity as the primary person in charge, the Secretary General heads the administrative apparatus of the League. In this capacity, he may issue and enforce the Hiring Policies and the administrative directives that he views as necessary to govern the administrative apparatus and conduct the business of the League, provided that this does not conflict with these present regulations and does not impinge upon the rights of the employees and workers.

**Article Number [2]:**

The provisions of these regulations apply to all of the employees and workers within the employment structure unless expressly stated otherwise. It also applies to temporary employees and those appointed as consultants and experts, within the limits stipulated in these regulations, the Hiring Policies, the decisions to appoint these individuals, or the contracts concluded with them.

JT-MWL-00174

**Article Number [3]:**

**Definitions:**

When the following terms appear in the regulations, they refer to the meanings here elucidated:

| | |
|---|---|
| The League: | The Muslim World League, which is a global Islamic grassroots organization with an independent legal personality that was founded in order to serve Islam and Muslims. |
| The Headquarters: | Mecca. |
| The Apparatuses: | The offices and apparatuses that the League establishes and administers, domestically and abroad. |
| The Secretary General: | The Secretary General of the Muslim World League. |
| The General Secretariat: | The executive apparatus of the Muslim World League, whose headquarters is Mecca, and which includes the Secretariat of Mosques (The World Supreme Council of Mosques), the Islamic Fiqh Council, and other bodies. |
| The Employee Regulations: | They are the collection of principles according to which employees, workers, and others are chosen and appointed to work for the League and be promoted, have their employment terminated, and the like. |
| The Hiring Policies: | They are the collection of provisions that clarify the articles of these regulations and how to implement them. |
| The Employee or Worker: | He is the person who holds an authorized position within the employment structure of the League. |
| The Family of the Employee or Worker: | They are the wife, sons, unmarried daughters, and the parents [of the employee or worker]. |
| The Year: | Twelve lunar months, unless otherwise specified. |
| The Month: | Thirty days. |
| The Fiscal Year: | It commences with the beginning of the fiscal year in the country of the League's headquarters and ends with its conclusion. |
| The Monthly Salary: | It comprises (the basic salary + the transportation allowance). The salary and allowances are calculated in Saudi Riyal or its equivalent, unless otherwise stated. |

-12-

-13-

JT-MWL-00175

# Chapter Two

## Duties and Restrictions

**Article Number [4]:**

The staff of the League must uphold Islamic manners and morals in their behavior and actions towards their supervisors, subordinates, colleagues, peers, and others, and must be a model of cooperation and devotion to guarantee a proper workflow.

**Article Number [5]:**

Each staff member of the League must adhere to the following:

(A) Studying the rules, regulations, and guidelines that are abided by at the League in order to guarantee that his work is consistent with their provisions and does not violate what is contained therein.

(B) [Having] precise and internalized knowledge of the tasks and duties of the position that he holds and the bounds of his authorities and responsibilities.

(C) Performing his tasks and duties with precision and sincerity, based on what is in the interest of the League, and to commit to mastering the work according to the applicable regulations without excess, violation, or negligence.

-15-

JT-MWL-00176

(D) Having his behavior be in accordance with that which his job requires in terms of honor, objectivity, integrity, honesty, and collaboration with his fellow employees, such that the goals of the League are advanced.

(E) Safeguarding the funds of the League and its affiliated apparatuses, in addition to its possessions, its documents, and its secrets.

(F) Adhering to the daily work schedule at the permanent headquarters and the subordinate apparatuses and dedicating his time and efforts to completing the duties of the position and the tasks that he is assigned.

(G) Implementing the other directives and the orders issued to him by his supervisors, provided that they do not violate the rules and regulations or conflict with the goals of the League. In cases in which he receives orders that violate the regulations, guidelines, and rules, he must take the initiative to inform his supervisors of this violation in writing, and to implement the directives that are issued to him in writing thereafter.

(H) Working in the place specified by the League and adhering to all of the laws, regulations, and guidelines governing his work.

(I) Observing and respecting the laws, regulations, customs, and traditions observed in the country of the headquarters of the League and the other countries in which he works or resides. In addition, not interfering in the domestic political and sovereign matters of these countries.

**Article Number [6]:**

It is prohibited for any member of the staff of the League to do the following:

(A) To leak any information that he accesses by virtue of his position, even after his departure from service and the end of his association with the position.

(B) To keep in his personal possession the original or copy of any official document of a confidential nature.

(C) To perform any activity that conflicts with the goals of the League, or to take directives from another entity.

(D) To request or accept any donation, tip, or present directed to his person, or compensation for efforts that could affect his work, from any entity outside of the League. In cases in which he is granted a medal or sash, it is shown to the Secretary General to obtain his approval.

(E) To issue a statement or publish any information related to the activities of the League, or to give a lecture or participate in a discussion relating to the League via different media, except with prior authorization from the Secretary General.

(F) To appear or behave in a manner that contradicts Islamic values and ethics.

(G) To give presents or donations, in kind or in cash, from the budget of the League on the occasion of his participation in conferences, forums, missions, or other events, except with the advance written approval of the Secretary General or

JT-MWL-00177

his designated representative. In this case, it is required for him to present the records and documents verifying and supporting this.

(H) To combine his position with the practice of a different profession outside of the League, except in cases that the Secretary General determines to not conflict with the duties of his position.

# Chapter Three

## Positions and their Classification

**Article Number [7]:**

With the approval of the Secretary General, the annual budget for positions of the staff of the League and its apparatuses is affixed within the employment structure and the approved salary scale, in light of the budgeted appropriations and the available funds.

**Article Number [8]:**

The Secretary General issues a decision which describes the tasks of each position and states its duties and responsibilities, as well as the minimum level of academic and professional qualifications and the experience required to occupy the positions of the League.

**Article Number [9]:**

The positions at the League are classified into four categories, as follows:

**Category One** (Senior Leadership Positions), which include:

1– The Secretary General.

2– The Deputy Secretaries General.

JT-MWL-00178

3 – Employees at level 14 [of the salary scale] or higher.

**Category Two** (Specialized and Technical Positions), which include:

1– The General Directors, the directors of the departments, the consultants, the experts, and their deputies.

2– The engineers, technicians, and their deputies.

3– The teachers, researchers, and doctors.

4– The positions that the Secretary General alone sees fit to include in this category, within the limits of the approved budget.

**Category Three** (Management and Financial Positions), which include:

1– Supervision and guidance work.

2– Financial and accounting work.

3– Administrative investigation work.

4– Budgeting and statistical work.

5– Library and classification work.

6– Planning, organizational, and training work.

7– Oversight and monitoring work.

8– Research and translation work.

9– Public relations and media work.

10– Secretarial and administrative communications work.

11– Recruiting and performance [review] work.

12– Archiving work.

13– The positions that the Secretary General alone sees fit to include in this category, within the limits of the approved budget.

**Category Four** (Supporting Services Positions), which include:

1– Cleaning, guard, and security work.

2– Chauffeur work.

3– Correspondence work.

4– Other services work.

**Article Number [10]:**

The levels and grades of the positions, their salaries, annual bonuses, and allowances are determined according to the stipulations of the Hiring Policies that are issued by the Secretary General of the League.

**Article Number [11]:**

It is not permitted to create or add new positions to any of the position categories set forth in the employment structure and allocated in the budget of the League. It is also not permitted to divide the cost of one position among multiple positions, unless if the Secretary General alone decides otherwise.

**Article Number [12]:**

By decision of the Secretary General (alone), it is permitted to modify the titles of some positions or change the entities with which they are associated during the fiscal year.

-20-

-21-

JT-MWL-00179

**Article Number [13]:**

At the beginning of each fiscal year, the Secretary General issues a decision determining the tasks of each of the apparatuses of the League, along with its specializations. An additional decision delegates authorities. Alternatively, an order to continue working based on the existing specializations and authorities is issued.

# Chapter Four

## Selection and Appointment

**Article Number [14]:**

The basis for holding positions at the League is religious commitment, competence, merit, experience, qualification, and integrity, exemplifying the statement of God Almighty: (**Indeed, the best you can hire is the strong and trustworthy**) [Surat Al-Qasas: 26].

**Article Number [15]:**

The Founding Council selects the Secretary General of the League for a term of five years, subject to renewal with the approval of the Council. Should his term end before the Council is convened, he remains as General Secretary until the Council is convened.

**Article Number [16]:**

The Secretary General appoints one Deputy Secretary or more for a term of three years, subject to renewal. The authorities of the Deputy Secretary are delineated by the Secretary General.

**Article Number [17]:**

To be appointed as an employee or worker at the League, one must be:

-22-

-23-

JT-MWL-00180

(A) Be a Muslim devoted to Islam in terms of belief and practice, and if married, then to a Muslim woman.

(B) Be at least eighteen years old and not older than sixty Hijri years. It is permitted to make an exception with regard to the upper limit through a decision of the Secretary General or with his approval.

(C) Have submitted a medical certificate issued by an accredited medical board that certifies the absence in the candidate of any infectious disease or defect disabling him from performing his duties completely.

(D) Not be convicted of a crime punishable by a fixed or discretionary penalty (felony or misdemeanor) and not have been dismissed from previous employment for reasons involving a breach of honor or integrity.

(E) Have submitted the documents and information that were requested of him in order to determine his employment status.

(F) All employees state the following oath in front of the Secretary General or his designated representative before commencing work:

"In the name of God, the Most Gracious, the Most Merciful, believing in my duty towards my religion and my Islamic Ummah, I swear to the Almighty God that I will perform the duties of my position at the Muslim World League with the integrity, truthfulness, and sincerity required of Muslims."

### Article Number [18]:

Appoints are made at the League in accordance with the principles set forth in the Hiring Policies that the Secretary General of the League issues.

-24-

JT-MWL-00181

## Chapter Five

## Performance Evaluation, Progression, and Promotion

### Article Number [19]:

Both the employee's work and behavior are subject to a yearly evaluation, and job performance reports are prepared on all of the employees and workers at the end of each Hijri year, according to the stipulations of the Hiring Policies. The report is prepared by the direct supervisor or his designee. It is approved by the senior director, based on the authorities specified.

### Article Number [20]:

The employee or worker is promoted according to the principles set forth in the Hiring Policies.

-25-

# Chapter Six

# Salaries – and Allowances – and Compensations – and Reim-bursements

**Article Number [21]:**

The employee or worker is entitled to a monthly salary accord-ing to the stipulations of the Hiring Policies.

**Article Number [22]:**

At the start of his appointment, the employee or worker is placed in the first grade of his employment level, and his salary is earned from the date that he starts work. It is permitted for the Secretary General (alone) to place the employee or worker in a grade other than the first grade, as he sees fit.

**Article Number [23]:**

The employee or worker is not entitled to a salary for the days that he is absent from work without a legally valid excuse. In addition, he is not entitled to a salary for the period that he spends in prison pursuant to a court ruling, with the exception of approval from the Secretary General [to continue paying] an employee working outside of the country whose imprisonment he is not convinced is just.

-27-

JT-MWL-00182

**Article Number [24]:**

It is not permitted to garnish the salary of the employee or worker except according to the request of the concerned entity or because of an outstanding and due debt, or pursuant to a court ruling that the League is officially requested to enforce. It is not permitted for the sum garnished on a monthly basis to exceed one third of the basic salary, except if the debt is for alimony, in which case any conflict in this regard is decided in favor of paying the alimony debt.

**Article Number [25]:**

The employee is entitled to a yearly bonus upon his transfer from his current grade to the next grade within the same level on the first day of Muharram of each year.

**Article Number [26]:**

If an employee or worker is promoted on the first day of Muharram, he is granted the pay raise stipulated by the promotion. He is then granted the yearly bonus on the basis of the grade to which he is entitled at the level to which he has been promoted, as if the promotion occurred before the start of Muharram [the first month of the Hijri calendar].

**Article Number [27]:**

A monthly transportation allowance is disbursed to the employee or worker, according to what is stipulated by the Hiring Policies. It is permitted for the Secretary General to procure a suitable means of transportation for employees and workers whose work by nature requires them to travel continuously. In these cases, the monthly transportation allowance is not disbursed to them.

**Article Number [28]:**

An annual housing allowance is disbursed to each employee and worker at the beginning of each Hijri year. The allowance equals two months' salary and has a minimum value of eight thousand Saudi Riyal.

**Article Number [29]:**

Means of telephone communication and transportation are provided for the Secretary General of the League and his family. He receives annual leave amounting to forty-five days, and he is compensated for it if he does not take it. The League covers his and his family's medical expenses, as well as the academic tuitions of his sons and daughters.

**Article Number [30]:**

For the official and personal travel of the Deputy Secretaries and holders of positions at level fifteen and above, the League provides a vehicle with a maximum value of (150,000) one hundred fifty thousand Riyal every four years, including a chauffeur. The League covers expenses for maintenance and gas. As for landline and mobile phones outside of the official work office, these are not provided except by written approval from the Secretary General (alone) in cases where he personally deems this appropriate.

**Article Number [31]:**

The chauffeurs of the vehicles of the Secretary General, the Deputy Secretaries, and the holders of positions at level fifteen and above are disbursed a monthly compensation of one thousand Riyal, in addition to their monthly salary and any additional benefit.

JT-MWL-00183

**Article Number [32]:**

The League provides medical treatment to employees, workers, and their families in the country of its headquarters. This occurs through the medical services available at the headquarters of the League.

**Article Number [33]:**

It is permitted for the Secretary General alone to reward employees who make an exceptional effort or provide excellent services with a financial compensation not exceeding the base salary for two months of a single fiscal year. It is disbursed at the end of the Hijri year, provided that he performs his tasks and efforts according to the conditions set forth in the Hiring Policies.

**Article Number [34]:**

The Secretary General may assign an employee to training inside or outside the country of the League's headquarters. Alternatively, he may approve the holding of training sessions at the employee's place of work, in accordance with what is in the best interest of the work, based on the principles outlined in the Hiring Policies.

**Article Number [35]:**

The employee or worker on assignment is disbursed an assignment allowance. In addition, roundtrip tickets for travel to his place of assignment are purchased, based on the stipulations of the Hiring Policies.

**Article Number [36]:**

The Secretary General or his designated representative may assign work outside of working hours, according to the stipulations of the Hiring Policies.

**Article Number [37]:**

The Secretary General may form the committees that he deems necessary, especially for the following matters:
(conferences and forums, preparing the budget, Hajj activities, preparing the final financial statements). The chair of each committee and its members (if its work takes place outside of official working hours, or on weekends and official holidays) is granted financial compensation amounting to one month's salary only, for each member of the committee.

**Article Number [38]:**

The employee or worker who has completed at least two years in service of the League is entitled to end-of-service compensation. This equals one month's basic salary for each full year of the years of service. Proportions of years of service are also compensated. In this case, one year is considered to be (360) days.

**Article Number [39]:**

The League covers the expenses of burial or repatriation of the remains of a deceased employee or worker, in addition to the expenses of repatriating his family members to their permanent place of residence. The League pays them three months' salary, based on the final basic monthly salary he received.

JT-MWL-00184

# Chapter Seven

## Transfer – and Assignment – and Seconding – and Secondment

### Article Number [40]:

It is permitted for the Secretary General alone to transfer or assign some of the employees of the Secretariat General to work at the offices of the League or its centers abroad. In this case, compensation is disbursed to them for – allowances for representation and medical treatment, as well as other benefits – according to the stipulations of the Hiring Policies.

### Article Number [41]:

The employee assigned or transferred abroad from the headquarters or vice versa, or from one office abroad to another, in accordance with the best interest of the work, is granted tickets for travel and [coverage of] the costs of moving belongings and furniture, according to the principles set forth in the Hiring Policies.

### Article Number [42]:

It is permitted for the Secretary General or his designated representative to transfer the employee or worker from one department to another, or from the headquarters of the League to another office inside the country or vice versa, or from one office inside the country [of the League's headquarters] to another without the transfer resulting in any fixed financial benefits.

-33-

JT-MWL-00185

**Article Number [43]:**

Through a decision of the Secretary General – if it is in the best interest of the [League's] work – it is permitted to task an employee to do the work of a certain position in addition to his performance of the tasks of his original position. In this case, compensation equaling (25%) of the first tier of the base salary of the position he has been tasked to perform is disbursed to him, according to the conditions stipulated in the Hiring Policies.

**Article Number [44]:**

By decision of the Secretary General or his designated representative, it is permitted to second the services of some employees of the League to Islamic organizations or institutions, or to any other apparatuses or institutions, provided that this does not affect the workflow of the League. The host entity covers the salary and benefits of the seconded employee. By decision of the Secretary General alone, and if this serves the public interest, it is permitted for the League to cover some or all of the salary and benefits of the seconded employee. The period of secondment is one year, subject to renewal if needed. It is permitted to cancel the secondment prior to the end of its term. The period of secondment is calculated as part of the employee's service at the League, and he must pay the insurance premiums levied upon the monthly salary of his original position plus any increase thereto during this period.

**Article Number [45]:**

It is permitted for the League to second the services of employees from governmental, international, or regional apparatuses for a period of one year or more for the purpose of advancing the work of the League. In cases in which the League covers the salary and benefits of the seconded employee, it is required for his employment status to align with the position and level to which it is desired to second him,

and for the amount of his salary in this position to not exceed the grade that is directly higher – if it exists – than his base salary at his original entity, according to the approved salary scale for employees and workers at the League.

**Article Number [46]:**

The employee seconded to work at the League holds an appropriated position within the employment structure. His salary is disbursed from this [budgeted] position if the seconding entity has halted his salary. In cases where no vacant positions that align with his position and level at his original entity are available within the employment structure, it is permitted to second based on monthly compensation taken from the line item for consultants and exports, in accordance with the principles outlined in the Hiring Policies, or from the line item made for him among the line items of section three.

-34-

-35-

JT-MWL-00186

# Chapter Eight

## Leave

**Article Number [47]:**

The following types of leave are granted to the employee or worker:

(annual, medical, exceptional, academic, performance of examinations, bereavement leave, accompaniment leave, emergency), in accordance with the provisions set forth in the Hiring Policies.

**Article Number [48]:**

Official vacations and holidays at the headquarters of the Secretariat General and its domestic offices are determined according to the official vacations adopted in the country of the headquarters.

**Article Number [49]:**

Appointees via the line item for consultants, experts, and temporary employees are treated as employees with regard to leave in all of its forms.

-37-

JT-MWL-00187

# Chapter Nine

## Temporary Suspension – and Sanctions – and Discipline

**Article Number [50]:**

The Secretary General may temporarily suspend the employee or worker from work as a precautionary measure if this is in the interest of the investigation [into a disciplinary case]. This can be for a period not exceeding three months. The employee returns to work after this, provided that a decision has not been issued to dismiss him.

**Article Number [51]:**

In the case where the employee is temporarily suspended from work, one half of his net base salary is disbursed to him for the duration of the suspension. If his punishment does not entail his dismissal or he is acquitted, the remainder of his full base salary is disbursed to him and no more. If his punishment entails dismissal, the salary already disbursed to him is not recouped, unless the entity that issued the punishment decision decides otherwise. An individual held in pretrial detention is considered suspended from work.

**Article Number [52]:**

If the employee or worker fails to fulfill the duties of his work, performs inadequately, or behaves in a manner that is detrimental to the work or the workers of the League in a way that contradicts Islamic morals and values, the Secretary General or his designated representative may impose the following disciplinary sanctions:

-39-

JT-MWL-00188

(A) Verbal warning.
(B) Written warning.
(C) Salary deduction not exceeding fifteen days' pay.
(D) Denial of the yearly bonus.
(E) Dismissal from service.

## Article Number [53]:

Aside from the oral and written warning, no sanction is imposed against the employee or worker except following the conduct of a written investigation in which the testimony of the employee is heard. The decision to sanction is based on the outcome of the investigation.

## Article Number [54]:

The concerned entity within the League is responsible for investigating any employee or worker referred for investigation. If needed, the Secretary General forms a committee consisting of the supervisor [of the employee or worker] and three employees, each of whose level is no lower than the level of the employee desired to be investigated.

## Article Number [55]:

The employee or worker against whom a decision of salary deduction or dismissal from service is issued is entitled to file a written appeal to the Secretary General within one month of the date that he is informed [of the decision]. In cases of dismissal, the Secretary General forms a committee that he chairs and whose members are those he deems appropriate. The decision of the Secretary General following this is final.

## Article Number [56]:

Disciplinary sanctions imposed on the employee or worker are expunged after:
(A) One year in the case of written warnings.
(B) Two years in the case of salary deductions.
(C) Three years in the case of denial of bonus or promotion.
(D) Five years in the case of dismissal from service, provided that this was not for reasons involving a breach of honor or integrity.

-40-

-41-

JT-MWL-00189

# Chapter Ten

## End of Service – Reappointment

**Article Number [57]:**

The service of the employee or worker of the League ends for one of the following reasons:

(A) Resignation.

(B) Confirmation of unsuitability during the trial period.

(C) Absence without a legitimate excuse for a period of fifteen consecutive days or thirty days disbursed *[sic]* throughout one Hijri year.

(D) Dismissal from service for disciplinary reasons or due to a legal ruling.

(E) Elimination of the position.

(F) Reaching the retirement age, which is sixty Hijri years, provided that it is not raised for him pursuant to Article (63).

(G) Medical unfitness to continue service.

(H) Receipt of a performance report with an evaluation of (unsatisfactory).

(I) Death.

(J) If an appointment or transfer decision is not acted upon within fifteen days without a legitimate excuse.

JT-MWL-00190

**Article Number [58]:**

Resignation is a written request that the employee submits to his direct supervisor in which he announces his wish to leave the service. The service of the employee does not end except through the issuance of a decision of acceptance of his resignation from the Secretary General, or through the passage of (90) days from the date of submission of the request. During the period of ninety days, the Secretary General is permitted to inform the employee of the postponement of the acceptance of his resignation for a period not exceeding six months from the date of submission of the resignation, if this is in the interest of the [League's] work.

**Article Number [59]:**

The employee or worker who has resigned must continue his work until the date that the concerned entity determines for the resignation to go into effect.

**Article Number [60]:**

It is not permitted to accept the resignation of an employee or worker referred for investigation or suspended from work until a decision is made on his case.

**Article Number [61]:**

The service of the employee or worker ends if it is ruled that he be dismissed from service as a disciplinary sanction, or in the case that he is sentenced to a legally prescribed punishment or imprisonment for a crime involving a breach of honor or integrity, or to a punishment related to bribery, forgery, embezzlement, drug offenses, smuggling, or the like. In this case, the housing allowance already disbursed to him for the remainder of the year is recouped from him.

**Article Number [62]:**

In cases where the service of the employee or worker ends because of the elimination of the position, the concerned entity must inform the employee before the date determined for the elimination by three months at least. In the case that he is not informed, he is reimbursed for the period during which he was not informed at a level equal to his salary for that period, while the person responsible for this will be held accountable. This scenario does not affect the end-of-service compensation.

**Article Number [63]:**

The employee or worker is placed into retirement by force of law upon the completion of his sixtieth Hijri year of life. An exception to this can be made by the Secretary General (alone), who can extend the service of the employee in accordance with what he deems to be in the public interest.

**Article Number [64]:**

It is permitted to reappoint an employee whose record has been suspended [whose service has ended] according to the principles and conditions set forth in the Hiring Policies.

JT-MWL-00191

# Chapter Eleven

## General Provisions

### Article Number [65]:

The working hours and working days of the week at the Secretariat General, its offices, and its apparatuses are determined based on the prevailing times in the country of the League's headquarters.

### Article Number [66]:

League staff are subject to social insurance arrangements according to restrictions issued by the Secretary General.

### Article Number [67]:

The Secretary General issues a decision containing regulations and governing rules to address the circumstances of professors, teachers, researchers, doctors, consultants, and experts with respect to their salaries and compensation, in accordance with the practices of similar international organizations, universities, and Islamic institutes.

### Article Number [68]:

The Secretary General issues a decision containing regulations and governing rules to address the circumstances of employees, workers, missionaries, teachers, doctors, and others with respect to

-47-

JT-MWL-00192

their salaries, compensation, work, and missions outside of the country of the League's headquarters, in accordance with the circumstances of each country.

**Article Number [69]:**

All that which is not covered by text [in these regulations] shall be addressed through a decision of the Secretary General of the League or with his approval, according to what he deems to advance the public interest.

**Article Number [70]:**

The Secretary General of the League (alone) may waive one or multiple conditions when he deems this to be appropriate or sees an interest in this. This must be done in writing.

**Article Number [71]:**

If it is required (at any time) to amend one or multiple articles that are in effect, or to add new articles, this is done through a committee chaired by the Secretary General of the League and whose members are the Deputy Secretaries, in addition to three members of the Founding Council, along with two specialists that the Secretary General selects. Their decisions and recommendations are considered binding by majority vote. In case of a tie, the side with which the committee chair voted prevails. These results are presented to the Founding Council at its next meeting.

**Article Number [72]:**

These regulations annul all of the rules, regulations, decisions, and circulars previously issued in this regard. They enter into force by decision of the Secretary General immediately following their approval and ratification by the Founding Council of the League.

JT-MWL-00193

رابطة العالم الإسلامي

الأمانة العامة - مكة المكرمة

# لائحة الموظفين

JT-MWL 00169

طبع مطابع رابطة العالم الإسلامي مكة المكرمة



JT-MWL 00170



**MUSLIM WORLD LEAGUE**

أنشئت بموجب قرار صدر عن المؤتمـر الإسلامي العـام الذي عُقد بمكة المكرمة في ١٤ من ذي الحجة ١٣٨١هـ الموافق ١٨ من مايو ١٩٦٢م .

JT-MWL 00171

قال سبحانه وتعالى :

﴿ إِنَّ خَيْرَ مَنِ اسْتَأْجَرْتَ الْقَوِيُّ الأَمِينُ ﴾

[القصص: ٢٦]

JT-MWL 00172

# الفهرس

رقم الصفحة

| | | رقم الصفحة |
|---|---|---|
| الفصل الأول | : مقدمة | ١١ |
| الفصل الثاني | : الواجبات والضوابط | ١٥ |
| الفصل الثالث | : الوظائف وتصنيفها | ١٩ |
| الفصل الرابع | : الاختيار والتعيين | ٢٣ |
| الفصل الخامس | : التقويم الوظيفي والتدرج والترقية | ٢٥ |
| الفصل السادس | : الرواتب والبدلات والمكافآت والتعويضات | ٢٧ |
| الفصل السابع | : النقل والتكليف والإعارة والاستعارة | ٣٣ |
| الفصل الثامن | : الإجازات | ٣٧ |
| الفصل التاسع | : كف اليد والجزاءات والتأديب | ٣٩ |
| الفصل العاشر | : انتهاء الخدمة وإعادة التعيين | ٤٣ |
| الفصل الحادي عشر | : أحكام عامة | ٤٧ |

JT-MWL 00173

# الفصل الأول

## مقــدمة

المادة رقم [ ١ ] :

يرأس الأمين العام بصفته المسؤول الأول الجهاز الإداري للرابطة ، وله بهذه الصفة أن يصدر ويطبق قواعد التوظيف والتعليمات الإدارية التي يراها ضرورية لتنظيم الجهــاز الإداري وتسيير أعمــال الرابطـة عــلى ألاً تتعارض مع هذه اللائحة ولا تمس بحقوق الموظفين والمستخدمين .

المادة رقم [ ٢ ] :

تسري أحكام هذه اللائحة على جميع الموظفين والمستخدمين على الهيكل الوظيفي ما لـم ينص صراحة على خلاف ذلك ، كما تسري على الموظفين المؤقتين والمعينين على بند المستشارين والخبراء ، في الحدود المنصوص عليها في هذه اللائحة ، أو في قواعد التوظيف ، أو في قرارات تعيينهم ، أو في العقود المبرمة معهم .

JT-MWL 00174

Case 1:03-md-01570-GBD-SN   Document 11987-25   Filed 04/15/26   Page 33 of 52

⚫

المادة رقم [ ٣ ] :
تعريفــــات :
يقصد بالألفاظ الواردة في هذه اللائحة المعاني الموضحة أمام كل منها :

| | |
|---|---|
| الرابطة | : رابطة العالم الإسلامي ، وهي منظمة إسلامية شعبية عالمية ذات شخصية مستقلة أنشئت من أجل خدمة الإسلام والمسلمين . |
| المقـــر | : مكة المكرمة . |
| الأجهزة | : المكاتب والأجهزة التي تنشؤها وتديرها الرابطة في الداخل والخارج . |
| الأمين العام | : الأمين العام لرابطة العالم الإسلامي . |
| الأمانة العامة | : الجهاز التنفيذي لرابطة العالم الإسلامي ، ومقرها مكة المكرمة بما فيها أمانة المساجد ( المجلس الأعلى العالمي للمساجد ) والمجمع الفقهي ، وغيرهما . |
| لائحة الموظفين | : هي مجموعة المبادئ التي يتم بموجبها اختيار وتعيين موظفين ومستخدمين وغيرهم للعمل بالرابطة وترقيتهم ، وإنهاء خدماتهم ، وما إلى ذلك . |
| قواعد التوظيف | : هي مجموعة الأسس التي توضح مواد هذه اللائحة وكيفية تطبيقها . |
| الموظف أو المستخدم | : هو شخص يشغل وظيفة معتمدة في الهيكل الوظيفي للرابطة . |

⚫

| | |
|---|---|
| أسرةالموظف أوالمستخدم | : هم الزوجة والأبناء والبنات غير المتزوجات والوالدين . |
| السنة | : اثنا عشر شهراً قمرياً . ما لم يرد تعديل بخلاف ذلك . |
| الشهر | : ثلاثون يوماً . |
| السنة المالية | : تبدأ مع بداية السنة المالية لدولة المقر ، وتنتهي بنهايتها . |
| الراتب الشهري | : يشمل ( الراتب الأساسي + بدل النقل ) ، ويكون احتساب الراتب والبدلات بالريال السعودي أو ما يعادله ما لم ينص على غيره . |

JT-MWL 00175

# الفصل الثاني

## الواجبات والضوابط

المادة رقم [ ٤ ] :

يجب على منسوبي الرابطة التمسك بالآداب والأخلاق الإسلامية في سلوكهم وتصرفاتهم مع رؤسائهم ومرؤوسيهم وزملائهم ومراجعيهم وغيرهم ، وأن يكونوا مثالاً للتعاون والإخلاص لضمان حسن سير العمل .

المادة رقم [ ٥ ] :

يجب على أي من منسوبي الرابطة الالتزام بما يلي :

( أ )  دراسة الأنظمة واللوائح والقواعد المعمول بها في الرابطة ، لضمان انسجام عمله مع مقتضياتها ، وعدم الإخلال بما جاء فيها .

( ب )  المعرفة الدقيقة المستوعبة لمهام وظيفته وواجباتها التي يشغلها وحدود صلاحياتها ومسؤولياتها .

( ج )  القيام بمهامه ومسؤولياته بدقة وإخلاص ، حسبما تقتضية مصلحة الرابطة ، والحرص على إتقان العمل وفقاً للأنظمة النافذة دون تجاوز أو مخالفة أو إهمال .

JT-MWL 0176

Case 1:03-md-01570-GBD-SN   Document 11987-25   Filed 04/15/26   Page 35 of 52

( د )  أن يكون سلوكه متفقاً مع ما يقتضيه عمله من شرف ونزاهة وحيدة وأمانة والتعاون مع زملائه الموظفين بما يحقق أهداف الرابطة .

( هـ )  المحافظة على أموال الرابطة وأجهزتها التابعة وممتلكاتها ووثائقها وأسرارها .

( و )  المحافظة على مواعيد العمل اليومية في المقر الدائم والأجهزة المتفرعة وتكريس وقته وجهده لإنجاز واجبات الوظيفة والمهام التي يكلف بها .

( ز )  تنفيذ التعليمات الأخرى والأوامر التي تصدر إليه من رؤسائه فيما لا يخالف اللوائح والقواعد والنظم أو يتعارض مع أهداف الرابطة ، وفي حالة تلقيه أوامر تخالف اللوائح والقواعد والنظم فعليه المبادرة بتنبيه رؤسائه لتلك المخالفة كتابياً ، وينفذ ما يصدر إليه من تعليمات كتابياً بعد ذلك .

( ح )  العمل في المكان الذي تحدده الرابطة ويلتزم بكل النظم واللوائح والقواعد التي تحكم عمله .

( ط )  مراعاة النظم واللوائح والعادات والتقاليد المرعية داخل دولة المقر والدول الأخرى التي يعمل أو يقيم فيها ، واحترامها ، وعدم التدخل في الأمور السياسية والسيادية لتلك الدول .

**المادة رقم [ ٦ ] :**

يحظر على أي من منسوبي الرابطة :

( أ )  إفشاء أي معلومات ، يطلع عليها بحكم وظيفته ، حتى بعد تركه الخدمة ، وانتهاء علاقته بالوظيفة .

( ب )  الاحتفاظ لنفسه بأصل أو صورة لأية وثيقة رسمية ذات طابع سري .

( ج )  ممارسة أي نشاط يتعارض مع أهداف الرابطة أو تلقي تعليمات من جهة غيرها .

( د )  طلب أو قبول أي تبرع أو إكرامية أو هدية لشخصه أو قيمة أتعاب قد تؤثر على عمله من أي جهة خارج الرابطة ، وفي حالة منحه وسام أو وشاح يتم العرض على الأمين العام لأخذ موافقته .

( هـ )  الإدلاء بأي تصريح ، أو نشر أي معلومات ، تتعلق بنشاط الرابطة ، أو إلقاء محاضرة ، أو الاشتراك في حديث عبر وسائل الإعلام المختلفة يتعلق بالرابطة . إلاَّ بتفويض مسبق من الأمين العام .

( و )  الظهور بمظهر أو التصرف بشكل يتعارض مع القيم والأخلاق الإسلامية .

( ز )  تقديم هدايا أو تبرعات عينية أو نقدية بمناسبة اشتراكه في مؤتمرات أو ندوات أو مهام أو غير ذلك من ميزانية الرابطة ما لم يحصل على موافقة كتابية مسبقة من الأمين العام أو من

JT-MWL 0177

Case 1:03-md-01570-GBD-SN   Document 11987-25   Filed 04/15/26   Page 36 of 52

يفوضه ، وفي هذه الحالة يتوجب عليه تقديم المحاضر والمستندات الثبوتية المؤيدة لذلك .

( ح ) الجمع بين وظيفته وممارسة مهنة أخرى خارج الرابطة ، إلّا في الحالات التي يقدرها الأمين العام بما لا يتعارض مع واجبات وظيفته .

# الفصل الثالث

# الوظائف وتصنيفها

## المادة رقم [ ٧ ] :

يتم بموافقة الأمين العام وضع ميزانية وظائف منسوبي الرابطة وأجهزتها وفق الهيكل الوظيفي وسلم الرواتب المعتمد ، وفي ضوء اعتمادات الموازنة والأموال المتاحة .

## المادة رقم [ ٨ ] :

يصدر الأمين العام قراراً بوصف مهام كل وظيفة يوضح واجباتها ومسؤولياتها ، والحد الأدنى من المؤهلات العلمية والعملية والخبرات المطلوبة لشغل وظائف الرابطة .

## المادة رقم [ ٩ ] :

تصنف الوظائف في الرابطة إلى أربع فئات كما يلي :

**الفئة الأولى** ( الوظائف الرئيسة العليا ) وتشمل :

١ – الأمين العام .

٢ – الأمناء المساعدين .

JT-MWL 00178

Case 1:03-md-01570-GBD-SN    Document 11987-25    Filed 04/15/26    Page 37 of 52

١١ — إحدى عشرة درجة مرتبة.

١٠ — إحدى عشرة درجة مضاعفة مرتبة.

٩ — إحدى عشرة درجة مضاعفة.

٨ — إحدى عشرة درجة.

٧ — إحدى عشرة درجة.

٦ — إحدى عشرة درجة مزدوجة مرتبة.

٥ — إحدى عشرة درجة مرتبة.

٤ — إحدى عشرة درجة مرتبة.

٣ — إحدى عشرة درجة.

٢ — إحدى عشرة درجة.

١ — إحدى عشرة درجة.

المرتبة الثانية (الدرجة مرتبة الأولى) بقيمة:

في الدرجة مرتبة المرتبة:

٣ — الدرجة الأولى مرتبة مرتبة مرتبة مرتبة مرتبة مرتبة المرتبة.

٢ — إحدى المرتبة مرتبة.

٢ — الدرجة مرتبة مرتبة.

مرتبة.

١ — إحدى الدرجة مرتبة مرتبة مرتبة مرتبة مرتبة.

المرتبة الثانية (الدرجة مرتبة مرتبة) بقيمة:

في الدرجة مرتبة المرتبة:

٢ — الدرجة مرتبة في الدرجة مرتبة مرتبة.

---

الدرجة ، إلى مرتبة مرتبة ، بقيمة في الدرجة المرتبة ، مرتبة مرتبة في الدرجة مرتبة ، (قيمة قيمة) مرتبة مرتبة مرتبة.

المرتبة قيمة [ ٨١ ]:

مرتبة مرتبة مرتبة.

المرتبة المرتبة مرتبة مرتبة مرتبة مرتبة ، إلى إلى مرتبة الدرجة مرتبة قيمة الدرجة المرتبة مرتبة مرتبة مرتبة مرتبة ، مرتبة مرتبة قيمة مرتبة المرتبة مرتبة مرتبة في إلى في الدرجة المرتبة.

المرتبة قيمة [ ١١ ]:

قيمة في مرتبة مرتبة مرتبة المرتبة المرتبة مرتبة مرتبة الدرجة مرتبة المرتبة.

مرتبة مرتبة المرتبة مرتبة مرتبة مرتبة المرتبة مرتبة مرتبة.

المرتبة قيمة [ ١٠ ]:

٣ — الدرجة مرتبة مرتبة مرتبة.

٢ — الدرجة مرتبة.

٢ — الدرجة مرتبة.

١ — الدرجة مرتبة مرتبة مرتبة.

المرتبة مرتبة (مرتبة مرتبة مرتبة) بقيمة:

في الدرجة مرتبة المرتبة:

١٢ — الدرجة مرتبة مرتبة المرتبة مرتبة مرتبة مرتبة مرتبة.

١٢ — الدرجة مرتبة مرتبة.

المادة رقم [ ١٣ ] :

يصدر الأمين العام ، في بداية كل عام مالي قراراً يحدد فيه مهام كل جهاز من أجهزة الرابطة واختصاصاته ، وكذا قراراً بتفويض الصلاحيات ، أو أمراً باستمرار العمل بالاختصاصات والصلاحيات القائمة .

‑ ٢٢ ‑

---

## الفصل الرابع

## الاختيار والتعيين

المادة رقم [ ١٤ ] :

الأصل في شغل وظائف الرابطة هو الالتزام الديني والكفاءة والجدارة والخبرة والمؤهل والأمانة ، امتثالاً لقول الله تعالى : ﴿ إِنَّ خَيْرَ مَنِ اسْتَأْجَرْتَ الْقَوِيُّ الْأَمِينُ ﴾ [القصص: ٢٦] .

المادة رقم [ ١٥ ] :

يختار المجلس التأسيسي الأمين العام للرابطة ولمدة خمس سنوات قابلة للتجديد بموافقة المجلس ، وفي حالة انتهاء مدته قبل انعقاد المجلس يستمر في الأمانة إلى حين انعقاد المجلس .

المادة رقم [ ١٦ ] :

يعين الأمين العام أميناً مساعداً أو أكثر لمدة ثلاث سنوات قابلة للتجديد ، وتكون للأمين المساعد الصلاحيات التي يحددها الأمين العام .

المادة رقم [ ١٧ ] :

يشترط في تعيين موظف أو مستخدم في الرابطة أن يكون :

JT-MWL 00180

‑ ٢٣ ‑

( أ ) مسلماً متقيداً بالإسلام عقيدة وعملاً وإذا كان متزوجاً فبمسلمة .

( ب ) قد أتم الثامنة عشرة من عمره ، ولم يتجاوز الستين سنة هجرية . ويجوز الاستثناء من الحد الأعلى بقرارٍ من الأمين العام ، أو بموافقته .

( ج ) قد قدم شهادة طبية صادرة من هيئة طبية معتمدة تؤكد سلامته من أي مرض معد أو عيب يعوقه عن أداء واجباته على الوجه الأكمل .

( د ) غير محكوم عليه في حد أو تعزير ( جناية أو جنحة ) أو غير مفصول من عمل سابق لأسباب مخلة بالشرف أو الأمانة .

( هـ ) قد قدم المستندات والمعلومات التي تطلب منه لتحديد وضعه الوظيفي .

( و ) يؤدي الموظفون قبل مباشرتهم العمل القسم التالي أمام الأمين العام أو من يفوضه : ( بسم الله الرحمن الرحيم إيماناً بواجبي نحو ديني وأمتي الإسلامية أقسم بالله العظيم أن أودي واجبات وظيفتي في رابطة العالم الإسلامي بالأمانة والصدق والإخلاص الواجب للمسلمين ) .

## المادة رقم [ ١٨ ] :

تتم التعيينات في الرابطة وفق الأسس التي تنص عليها قواعد التوظيف التي يصدرها الأمين العام للرابطة .

# الفصل الخامس

## التقويم الوظيفي والتدرج والترقية

### المادة رقم [ ١٩ ] :

يخضع كل من عمل الموظف وسلوكه لتقويم سنوي وتعد تقارير أداء وظيفي عن جميع الموظفين والمستخدمين وذلك في نهاية كل عام هجري ، وفق ما تنص عليه قواعد التوظيف ، ويعد التقرير من قبل الرئيس المباشر أو من ينوب عنه ويعتمد من قبل الرئيس الأعلى حسب الصلاحيات المحددة .

### المادة رقم [ ٢٠ ] :

تتم ترقية الموظف أو المستخدم وفق الأسس التي تنص عليها قواعد التوظيف .

JT-MWL 00181

# الفصل السادس

## الرواتب – والبدلات – والمكافآت – والتعويضات

المادة رقم [ ٢١ ] :

يستحق الموظف و المستخدم راتباً شهرياً وفق ما تنص عليه قواعد التوظيف .

المادة رقم [ ٢٢ ] :

يوضع الموظف ، والمستخدم ، في بداية التعيين ، في الدرجة الأولى ، من مرتبته الوظيفية ، ويتقاضي راتبه اعتباراً من تاريخ مباشرته العمل . ويجوز للأمين العام ( دون غيره ) ، وضع الموظف ، أو المستخدم ، في غير الدرجة الأولى ، حسبما يراه .

المادة رقم [ ٢٣ ] :

لا يستحق الموظف والمستخدم راتباً عن الأيام التي يتغيب فيها عن العمل بغير عذر مقبول نظاماً ، وكذلك عن المدة التي يقضيها في السجن تنفيذاً لحكم قضائي ، ويستثنى من ذلك الموظف العامل خارج دولة المقر بموافقة الأمين العام في حالة عدم اقتناعه بعدالة سجنه .

المادة رقم [ ٢٤ ] :

لا يجوز الحجز على راتب الموظف والمستخدم إلاّ بطلب من الجهة المختصة أو لدين ثابت ومستحق أو بناءً على حكم قضائي طلب من الرابطة تنفيذه رسمياً ، ولا يجوز أن يتجاوز المبلغ المحجوز شهرياً ثلث الراتب الأساسي إلاّ إذا كان الدين لنفقة شرعية وعند التزاحم تكون الأولوية لدين النفقة .

المادة رقم [ ٢٥ ] :

يستحق الموظف والمستخدم علاوة سنوية بنقله من الدرجة التي يشغلها إلى الدرجة التالية لها مباشرة من المرتبة نفسها في غرة المحرم من كل عـام .

المادة رقم [ ٢٦ ] :

إذا تمت ترقية الموظف والمستخدم في غرة محرم منح الزيادة المقررة للترقية ثم يمنح العلاوة السنوية على أساس الدرجة التي يستحقها في المرتبة المرقى لها كما لو تمت الترقية قبل غرة محرم .

المادة رقم [ ٢٧ ] :

يصرف للموظف والمستخدم بدل نقل شهري حسبما هو محدد في قواعد التوظيف ، ويجوز للأمين العام تأمين وسيلة نقل مناسبة للموظفين والمستخدمين الذين تستوجب طبيعة عملهم تنقلاً مستمراً ، وفي هذه الحالة لا يصرف لهم بدل النقل الشهري .

المادة رقم [ ٢٨ ] :

يصرف لكل من الموظف والمستخدم ، بدل سكن سنوي ، في بداية كل سنة هجرية ، يعادل راتب شهرين ، بحد أدنى ثمانية آلاف ريال سعودي ، يتم تنفيذه رسمياً .

المادة رقم [ ٢٩ ] :

تؤمن للأمين العام للرابطة وسائل الاتصالات الهاتفية ، والتنقل ، له ولأسرته ، ويتمتع بإجازة سنوية مقدارها خمسة وأربعون يوماً ، ويعوض عنها في حالة عدم تمتعه بها . وتتحمل الرابطة تكاليف علاجه وأسرته ، والرسوم الدراسية لأبنائه وبناته .

المادة رقم [ ٣٠ ] :

تؤمن الرابطة للأمناء المساعدين ، وشاغلي المرتبة الخامسة عشرة فما فوق ، سيارة لتنقلاتهم الرسمية والخاصة في حدود مبلغ ( ١٥٠٬٠٠٠ ) مائة وخمسين ألف ريال ، كل أربع سنوات مع سائق ، وتتحمل تكاليف الصيانة ، والمحروقات . أما وسائل الاتصال الهاتفية الثابتة والمنقولة ، خارج مكتب العمل الرسمي ، فلا يتم تأمينها إلاّ بموافقة خطية من الأمين العام ( دون غيره ) وفي الحالات التي يقدرها شخصياً .

المادة رقم [ ٣١ ] :

تصرف لسائقي سيارات الأمين العام ، والأمناء المساعدين وشاغلي المرتبة الخامسة عشرة فما فوق ، مكافأة شهرية مقدارها ألف ريال ، بالإضافة إلى الراتب الشهري وأي ميزة أخرى .

JT-MWL 00183

المادة رقم [ ٣٧ ] :

للأمين العام تكوين اللجان التي يراها ضرورية ، وخاصة للأمور التالية : ( المؤتمرات والندوات ، إعداد الميزانية ، أعمال الحج ، إعداد الحساب الختامي ) . ويمنح كل من رئيس اللجنة ، وأعضائها ( إذا كان عملها خارج وقت الدوام الرسمي ، أو أيام العطل والإجازات الرسمية ) مكافأة مالية ، مقدراها راتب شهر واحد فقط لكل عضو في اللجنة .

المادة رقم [ ٣٨ ] :

يستحق الموظف والمستخدم الذي أمضى سنتين على الأقل في خدمة الرابطة مكافأة نهاية الخدمة بواقع راتب شهر من راتبه الأساسي عن كل سنة من سنوات الخدمة ، ويعوض عن خدمات جزء من السنة ، وتعتبر السنة في هذه الحالة ( ٣٦٠ ) يوماً .

المادة رقم [ ٣٩ ] :

تتحمل الرابطة نفقات دفن أو ترحيل جثمان الموظف أو المستخدم المتوفى ونفقات ترحيل أسرته إلى مقر إقامتها الدائم ، ويصرف لها راتب ثلاثة أشهر ، حسب آخر راتب أساسي كان يتقاضاه .

JT-MWL 00184

— ٣١ —

المادة رقم [ ٣٢ ] :

تقدم الرابطة الرعاية الطبية ، للموظفين ، والمستخدمين ، وأفراد أسرهم ، وذلك في دولة المقر. ويتم ذلك من خلال الخدمات الطبية المتوفرة في مقر الرابطة .

المادة رقم [ ٣٣ ] :

يجوز للأمين العام دون غيره منح الموظف الذي يبذل جهداً غير عادي أو خدمات مميزة مكافأة مالية لا تتجاوز الراتب الأساسي لشهرين في السنة المالية الواحدة تصرف في نهاية العام الهجري طالما أنه يقوم بالمهام والجهد وفق الشروط المحددة في قواعد التوظيف .

المادة رقم [ ٣٤ ] :

للأمين العام أن يوفد الموظف للتدريب داخل دولة المقر أو خارجها أو أن يوافق على أن تعقد دورات في مكان عمل الموظف وفق ما تقتضيه مصلحة العمل ، بناءً على الأسس التي تنص عليها قواعد التوظيف .

المادة رقم [ ٣٥ ] :

يصرف للموظف أو المستخدم المنتدب بدل انتداب ، كما تصرف له تذاكر سفر إلى محل انتدابه مرجعاً وفق ما تحدده قواعد التوظيف .

المادة رقم [ ٣٦ ] :

للأمين العام أو من يفوضه التكليف بعمل خارج وقت الدوام وفق ما تحدده قواعد التوظيف .

— ٣٠ —

# الفصل السابع

## النقل – والتكليف – والإعارة – والاستعارة

المادة رقم [ ٤٠ ] :

يجوز للأمين العام دون غيره نقل أو تكليف بعض موظفي الأمانة العامة للعمل في مكاتب الرابطة أو مراكزها في الخارج ، وفي هذه الحالة يصرف لهم مكافأة مقابل – بدلات التمثيل والعلاج والمزايا الأخرى – وفق ماهو محدد في قواعد التوظيف .

المادة رقم [ ٤١ ] :

يمنح الموظف المكلف أو المنقول من المقر إلى الخارج أو العكس أو من مكتب إلى مكتب آخر بالخارج حسبما تقتضيه مصلحة العمل تذاكر سفر وأجور نقل أمتعة وأثاث وفق الأسس التي تنص عليها قواعد التوظيف .

المادة رقم [ ٤٢ ] :

يجوز للأمين العام أو من يفوضه نقل الموظف أو المستخدم من إدارة إلى أخرى أو من مقر الرابطة إلى مكتب بالداخل أو العكس أو من مكتب إلى مكتب آخر بالداخل دون أن يترتب على النقل أي مزايا مالية ثابتة .

Case 1:03-md-01570-GBD-SN    Document 11987-25    Filed 04/15/26    Page 44 of 52

المادة رقم [ ٤٣ ] :

يجوز بقرار من الأمين العام – إذا اقتضت مصلحة العمل – تكليف الموظف بأعمال وظيفة معينة بالإضافة إلى قيامه بمهام وظيفته الأصلية ، وفي هذه الحالة تصرف له مكافأة تعادل ( ٢٥٪ ) من المربوط الأول للراتب الأساسي للوظيفة المكلف بها وفق الشروط التي تنص عليها قواعد التوظيف .

المادة رقم [ ٤٤ ] :

يجوز إعارة خدمات بعض موظفي الرابطة بقرار من الأمين العام أو من يفوضه إلى منظمات أو هيئات إسلامية أو إلى أي جهات أو مؤسسات أخرى بما لا يؤثر على سير العمل بالرابطة ، وتتحمل الجهة المستعيرة راتب ومزايا الموظف المعار ، ويجوز بموافقة الأمين العام دون غيره إذا اقتضت المصلحة العامة ذلك أن تتحمل الرابطة بعض أو كل راتب ومزايا الموظف المعار ، وتكون مدة الإعارة سنة قابلة للتمديد إذا دعت الضرورة ، ويجوز إلغاؤها قبل انتهاء مدتها وتحتسب مدة الإعارة في خدمة الموظف بالرابطة ، وعليه أن يدفع خلالها العائدات التأمينية المقررة على راتبه الشهري في وظيفته الأصلية وما يطرأ عليه من زيادة .

المادة رقم [ ٤٥ ] :

يجوز للرابطة استعارة خدمات موظفين من أجهزة حكومية أو دولية أو إقليمية أو جهات أخرى لمدة سنة أو أكثر بغرض خدمة العمل في الرابطة ، وفي حالة تحمل الرابطة راتب ومزايا الموظف المستعار فإنه يشترط أن تتلاءم حالته الوظيفية مع الوظيفة والمرتبة المراد استعارته لها

وأن لا يتجاوز مقدار راتبه فيها الدرجة التالية مباشرة – إن وجدت – لراتبه الأساسي في جهته الأصلية وحسب سلم رواتب موظفي ومستخدمي الرابطة المعتمد .

المادة رقم [ ٤٦ ] :

الموظف المعار للعمل في الرابطة يشغل وظيفة معتمدة في الهيكل الوظيفي ويصرف راتبه منها إذا أوقفت الجهة التي أعارته راتبه منها ، وفي حالة عدم توفر وظائف شاغرة في الهيكل الوظيفي تتلاءم مع وظيفته والمرتبة التي يشغلها في جهته الأصلية فإنه يجوز الاستعارة بمكافأة شهرية مقطوعة من بند المستشارين والخبراء ، وفق الأسس التي تنص عليها قواعد التوظيف ، أو من البند الذي سيعمل لصالحه من بنود الباب الثالث .

Case 1:03-md-01570-GBD-SN    Document 11987-25    Filed 04/15/26    Page 44 of 52

JT-MWL 00186

# الفصل الثامن

## الإجازات

المادة رقم [ ٤٧ ] :

تمنح للموظف والمستخدم الإجازات التالية :

( السنوية ، المرضية ، الاستثنائية ، الدراسية ، أداء الامتحانات ، إجازة وفاة ، إجازة مرافق ، الاضطرارية ) وفق ماهو محدد في قواعد التوظيف .

المادة رقم [ ٤٨ ] :

تحدد الإجازات والأعياد الرسمية في مقر الأمانة العامة ومكاتبها في الداخل حسب الإجازات المعمول بها في دولة المقر .

المادة رقم [ ٤٩ ] :

يعامل المعينون على بند المستشارين ، والخبراء ، والموظفين المؤقتين معاملة الموظفين في الإجازات بجميع أنواعها .

JT-MWL 00187

# الفصل التاسع

# كف اليد – والجزاءات – والتأديب

المادة رقم [ ٥٠ ]:

للأمين العام كف يد الموظف أو المستخدم ، عن العمل إجراءً احتياطيًا ، إذا اقتضت مصلحة التحقيق ذلك لمدة لا تزيد عن ثلاثة أشهر يعود بعدها للعمل ما لم يصدر قرار بفصله .

المادة رقم [ ٥١ ]:

في حالة كف يد الموظف عن العمل يصرف له نصف صافي راتبه الأساسي طوال فترة كف اليد ، فإذا عوقب بغير الفصل أو صدرت براءته يصرف له باقي كامل راتبه الأساسي فقط ، أما إذا عوقب بالفصل فلا يستعاد ما صرف له ما لم تقرر الجهة التي أصدرت قرار العقوبة غير ذلك، ويعتبر المحبوس احتياطيا في حكم الموقوف عن العمل.

المادة رقم [ ٥٢ ]:

إذا أخل الموظف أو المستخدم بواجبات العمل أو قصر في أدائه أو تصرف بشكل يسيء إلى العمل أو الموظفين بالرابطة بشكل يتنافى مع الأخلاق والقيم الإسلامية فللأمين العام أو من يفوضه توقيع الجزاءات التأديبية التالية :

JT-MWL 00188

( أ ) الإنذار الشفهي .

(ب) الإنذار الخطي .

( ج ) الحسم من الراتب بما لا يتجاوز راتب خمسة عشر يوما .

( د ) الحرمان من العلاوة السنوية .

(هـ) الفصل من الخدمة .

المادة رقم [ ٥٣ ] :

لا يوقع أي جزاء على الموظف والمستخدم عدا الإنذار الشفهي والخطي إلا بعد إجراء تحقيق كتابي تسمع فيه أقوال الموظف ويكون قرار الجزاء مستنداً إلى نتيجة التحقيق .

المادة رقم [ ٥٤ ] :

تتولى الجهة المختصة بالرابطة التحقيق مع أي موظف أو مستخدم يحال للتحقيق ، وعند الحاجة يكون الأمين العام لجنة من رئيس وثلاثة موظفين لاتقل مرتبة أي منهم عن مرتبة الموظف المراد التحقيق معه .

المادة رقم [ ٥٥ ] :

يحق للموظف أو المستخدم الذي صدر ضده قرار بالحسم من راتبه أو فصله من الخدمة التظلم إلى الأمين العام كتابة خلال شهر من تاريخ إبلاغه ، وفي حالة الفصل يكون الأمين العام لجنة برئاسته وعضوية من يراه ويكون قرار الأمين العام بعد ذلك نهائيا .

المادة رقم [ ٥٦ ] :

تزول آثار الجزاءات التأديبية التي توقع على الموظف والمستخدم بعد :

( أ ) سنة واحدة بالنسبة للإنذار الخطي .

(ب) سنتين بالنسبة للحسم من الراتب .

( ج ) ثلاث سنوات بالنسبة للحرمان من العلاوة أو الترقية .

( د ) خمس سنوات بالنسبة للفصل من الخدمة ما لم تكن لأسباب مخلة بالشرف أو الأمانة .

JT-MWL 00189

JT-MWL 00190

سورة الفجر.

(٣) إذا رأى أحدكم في منامه ما يحبه أو يكره فليقل ما ورد من الدعاء في ذلك.

(ب) الدعاء.

(٤) الاستعاذة من شر ما رأى وقراءة المعوذات (قل أعوذ).

(٥) الوضوء والصلاة ركعتين خشوعاً لله تعالى.

المصلاة على النبي (ﷺ).

(٦) الصدقة على المساكين على قدر الاستطاعة دفعاً لما يخاف من شر الرؤيا.

(٧) قراءة أذكار.

(٨) الاستعاذة بالله من الشيطان الرجيم وعدم ذكرها لأحد.

(٩) الاستغفار من النوم على غير طهارة والتحول عن جنبه الذي كان نائماً عليه.

(ت) الاعتصام بالله.

ملاحظة في الآداب بعد الاستيقاظ من النوم أن تعمل الآتي:

أولاً: ردّ الله [٨٧]:

**قائمة المراجع — أسماء الكتب**

سيرة النبي

المادة رقم [ ٥٨ ] :

الاستقالة هي طلب مكتوب يقدمه الموظف إلى رئيسه المباشر معلناً رغبته في ترك الخدمة ، ولا تنتهي خدمة الموظف إلاّ بصدور قرار بقبول استقالته من الأمين العام أو بمضي ( ٩٠ ) يوماً من تاريخ تقديم الطلب ، ويجوز للأمين العام خلال فترة التسعين يوماً إخطار الموظف بإرجاء قبول استقالته إذا قضت بذلك مصلحة العمل مدة لا تزيد على ستة أشهر من تاريخ تقديم الاستقالة .

المادة رقم [ ٥٩ ] :

على الموظف أو المستخدم المستقيل الاستمرار في عمله حتى التاريخ الذي تحدده الجهة المختصة لنفاذ الاستقالة .

المادة رقم [ ٦٠ ] :

لا يجوز قبول استقالة الموظف أو المستخدم المحال إلى التحقيق أو الموقوف عن العمل حتى يبت في أمره .

المادة رقم [ ٦١ ] :

تنهى خدمات الموظف أو المستخدم إذا حكم عليه بالفصل من الخدمة تأديبياً أو في حالة الحكم عليه بحد شرعي أو بالسجن في جريمة مخلة بالشرف أو الأمانة أو بعقوبة تتعلق بالرشوة أو التزوير أو الاختلاس أو جرائم المخدرات أو التهريب ونحوها ، وفي هذه الحالة يسترد منه ما قد صرف له من بدل سكن عن الفترة المتبقية من السنة .

المادة رقم [ ٦٢ ] :

في حالة انتهاء خدمة الموظف أو المستخدم بسبب إلغاء الوظيفة ، فعلى الجهة المختصة إخطار الموظف قبل التاريخ المحدد للإلغاء بثلاثة أشهر على الأقل ، وفي حالة عدم إخطاره فإنه يعوض عن المدة التي لم يخطر فيها بما يعادل راتب تلك المدة مع مساءلة المتسبب عن ذلك ، ولا يؤثر هذا الأمر على مكافأة نهاية الخدمة .

المادة رقم [ ٦٣ ] :

يحال الموظف ، والمستخدم على التقاعد ، بقوة النظام عند إكماله ستين سنة هجرية ، واستثناءً من ذلك يجوز للأمين العام ( دون غيره ) ، مد خدمة الموظف ، وفق ما يراه محققاً للمصلحة العامة .

المادة رقم [ ٦٤ ] :

يجوز إعادة تعيين الموظف المطوي قيده وفق الأسس والشروط التي تنص عليها قواعد التوظيف .

JT-MWL 00191

Case 1:03-md-01570-GBD-SN  Document 11987-25  Filed 04/15/26  Page 50 of 52

# الفصل الحادي عشر

## أحكام عامة

**المادة رقم [ ٦٥ ]:**

تحدد ساعات وأيام العمل الأسبوعية في الأمانة العامة ومكاتبها وأجهزتها في الداخل حسب المواعيد المعمول بها في دولة المقر.

**المادة رقم [ ٦٦ ]:**

يخضع منسوبو الرابطة ، لأوضاع التأمينات الاجتماعية وفق ضوابط يصدرها الأمين العام.

**المادة رقم [ ٦٧ ]:**

يصدر الأمين العام قراراً باللوائح والقواعد المنظمة لمعالجة أوضاع الأساتذة والمدرسين والباحثين والأطباء والمستشارين والخبراء من حيث رواتبهم ومكافآتهم بالاستئناس بما هو معمول به في الهيئات الدولية والجامعات والمعاهد الإسلامية المماثلة.

**المادة رقم [ ٦٨ ]:**

يصدر الأمين العام قراراً باللوائح والقواعد المنظمة لمعالجة أوضاع الموظفين والمستخدمين والدعاة والمدرسين والأطباء وغيرهم من حيث

JT-MWL 00192

رواتبهم ومكافآتهم وأعمالهم ومهامهم خارج دولة المقر بما يتفق وظروف كل بلد .

المادة رقم [ ٦٩ ] :

ما لم يرد به نص ، تتم معالجته بقرار من الأمين العام للرابطة ، أو بموافقته ، وذلك بما يراه محققاً للمصلحة العامة .

المادة رقم [ ٧٠ ] :

للأمين العام للرابطة ( دون غيره ) الإعفاء من شرط ، أو أكثر عندما يرى موجباً لذلك ، أو مصلحة فيه . على أن يكون ذلك خطياً .

المادة رقم [ ٧١ ] :

إذا تطلب الأمر ( في أي وقت ) . تعديل أي مادة من المواد القائمة ، أو إضافة مواد جديدة ، فيتم ذلك بواسطة لجنة ، برئاسة الأمين العام للرابطة ، وعضوية الأمناء المساعدين ، وثلاثة من أعضاء المجلس التأسيسي ، واثنين من المختصين يختارهم الأمين العام . وتعتبر قراراتهم، وتوصياتهم ، نافذة بالأغلبية ، فإذا تساوت الأصوات رجح الجانب الذي فيه الرئيس ، ويعرض عن ذلك للمجلس التأسيسي في أول اجتماع لاحق له .

المادة رقم [ ٧٢ ] :

تلغي هذه اللائحة كل الأنظمة واللوائح والقرارات والتعاميم الصادرة بهذا الخصوص في السابق وتكون واجبة التطبيق بقرار من الأمين العام فور إقرارها والتصديق عليها من المجلس التأسيسي للرابطة .

— ٤٨ —

JT-MWL 00193



**Beyond Words**

Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us