# EXHIBIT 026

**Mohammad Fūzī Abdullah**
**Accountant**

[LOGO]
**WORLD MUSLIM LEAGUE**
Secretariat – Mecca

# GUIDELINES FOR
# EMPLOYMENT AND APPENDICES

**JT-MWL 00227**

[A publication of the World Muslim League]

In the name of God, the Most Gracious, the Most Merciful

**JT-MWL 00228**

[LOGO]

Founded by a resolution from the General Islamic Conference that took place in Mecca on 14 Dhi al-Hijjah 1381 AH, corresponding to 18 May 1962 CE.

JT-MWL 00229

The Exalted, the Most High said:

**(Indeed, the best you can hire is the strong and trustworthy**)

[Surat Al-Qasas : 26]

JT-MWL 00230

TABLE OF CONTENTS

Page Number

**Guidelines for Employment:**

Chapter One:        Preliminary Provisions………………………    13

Chapter Two :       Appointment and Reappointment………    17

Chapter Three:      Performance Appraisals – Promotion….    23

Chapter Four:       Training – Bonuses – Annual Raises –
                    Monitoring Work Hours – Assignment Al-
                    lowance – Representation Allowance..    27

Chapter Five:       Leave…………………………………………….    35


**Appendices:**

Appendix One:       Pay and Allowances Table for Employees    43

Appendix Two:       Table No. (1)………………………………………    45

                    Conditions of Employment for Grades
                    (11-15)

                    Table No. (2)………………………………………
                                                            45
                    Conditions of Employment for Adminis-
                    trative and Financial Roles; Grade (1) to
                    Grade (2)

                    Table No. (3)………………………………………

                    Conditions of Employment for Assistant    46
                    Technician Roles; Grade (1) to Grade (10)

Appendix Three:     Table No. (1)………………………………………    47

                    Temporary Employees and Their Condi-
                    tions of Employment

                    Table No. (2)………………………………………    48

                    Compensation for Consultants and Experts
                    and Their Conditions of Employment

                    Table No. (3)………………………………………    49

                    Compensation for the League's Imam and
                    Mu'adhin

Appendix Four:      Form (A) Supervisory Roles            53

                    Form (B) Executive Roles              59

                    Form (C) Technical Roles              65

                    Form (D) Employee Roles               71

Appendix Five:      Table No. (1)………………………………………    79

                    Classification of Countries by Representa-
                    tion Allowance Expenditures

                    Table No. (2)………………………………………    80

                    Categories and Representation Allowances

**JT-MWL 00231**

# GUIDELINES FOR EMPLOYMENT

JT-MWL 00232

# Chapter One

## Preliminary Provisions

**Provision (1) Scope of Application:**

These provisions apply to all employees and those hired under the staffing structure unless explicitly stated otherwise. The provisions also apply to temporary employees, those contracted as consultants and experts, within the limits prescribed by these guidelines, the resolutions for their appointment, or their contracts.

**Provision (2) Initiating Application:**

These guidelines nullify all previous structures, regulations, and resolutions and shall be applied from the date of their issuance.

**Provision (3) Definitions:**

In the sections that follow within these guidelines, the below definitions apply:

The League:     the World Muslim League, a popular, global, and independent Islamic organization that was established to serve Islam and Muslims

-13-

JT-MWL 00233

Headquarters:          Mecca

The agencies:          the offices and departments that the League establishes and manages domestically and abroad

The Secretary-General: the Secretary-General of the World Muslim League

The Secretariat:       the executive body of the World Muslim League, headquartered in Mecca, and which includes the assembly for Mosques (the World Supreme Council of Mosques), the Fiqh Council, and others.

Employee Regulations:  the collection of principles set out to select and hire employee to work for the League, to promote them, to terminate their employment, and other related matters.

Conditions of Employment: the collection of foundational principles that clarify the articles in the Employee Regulations and their application.

The employee:          a person who works in a position authorized in the League's staffing structure

The employee's family: the wife, sons, unmarried daughters, and parents of the employee.

The official delegation: those who represent the League at conferences and meetings

The year:              twelve lunar months, unless otherwise specified

The month:             thirty days

-14-

JT-MWL 00234

The fiscal year:       it begins and ends with the fiscal year of the headquarters' host country

Monthly Salary:        it encompasses (the base salary + transportation allowance). The salary and allowances shall be calculated in Saudi Riyals or its equivalent unless otherwise specified

**Provision (4)**

**Amending Conditions of Employment, Establishing Exceptions, and Issuing Administrative Notices:**

a.  The Secretary-General alone may amend these guidelines in such a way that conforms to the Employee Regulations and does not infringe upon the employees' rights.

b.  In special circumstances, the Secretary-General alone may establish exceptions to these guidelines so long as they do not violate the Employee Regulations nor the employees' rights, so long as it is within the interest of the League.

c.  The Secretary-General alone shall issue administrative notices in which he specifies how these guidelines will be applied as he deems appropriate such that they do not violate the Employee Regulations.

-15-

# Chapter Two

## Hiring and Reappointment

**Provision (5) Bases for Hiring:**

Hiring in the League shall be made on the following bases:

a)  Approved positions for which appropriations have been set out in the budget shall be filled in the following manner:

1.  Vacancies for funded positions of Grade 11 or higher shall be filled with the approval of the Secretary-General. Candidates must demonstrate religious commitment, educational qualifications, and expertise, in accordance with what is laid out in Table No. (1) of Appendix Two. In special cases, as determined by the League's Secretary-General alone, appointments may be made for candidates that do not meet the required skills and years of experience.

2.  Vacancies for funded positions of Grade 10 or lower in Categories 2 and 3 shall be announced in the press and filled by means of selection, personal interview, competition, and evaluation of qualifications and experience. In all cases, this shall be conducted by a committee composed of a head of committee and three members of Grade 11 or higher selected by the League's Secretary-General.

-17-

JT-MWL 00235

The committee's recommendations must be approved by the Secretary-General and shall not be considered valid prior to such approval. Employees have the right to compete for any posted position so long as they meet the conditions outlined in Tables No. (2) and (3) of Appendix Two. In cases he deems appropriate, the Secretary-General alone may make appointments that do not meet these conditions when hiring for employees in his office, consultants, experts, heads of departments, and directors of the League's offices and centers. In the competitive selection process, the written and practical test shall be given (60) points and the personal interview (40). A passing aggregate score shall be of (65%) or higher.

3. Vacancies for funded positions from Category 4 shall be filled after the Secretary-General approves the appointment. As for positions equivalent to Category 4 within the League's apparatus, they shall also be filled by a decision from the Secretary-General.

b) When the League holds a hiring competition, successful candidates are selected based on priority and considering vacancies. In the event there are more successful candidates than vacant positions, the League shall retain the information of successful candidates who were not selected for future hiring until the end of the fiscal year. These unselected successful candidates shall not have to re-enter a competition to be considered for vacancies for similar positions.

-18-

c) Hiring shall be made by a resolution from the Secretary-General or whomever he authorizes that includes all documents and supporting materials related to the appointment and a copy of the position's tasks and responsibilities.

d) The assistance of consultants or experts (both full- and part-time) can be funded from the line item for consultants and experts in Section One, or from the line item in Section Three that shall benefit from their assistance. Likewise, with the approval of the Secretary-General, the funding for temporary employees with monthly salaries can be taken from the relevant line items as described above and in accordance with what is outlined in Tables No. (1) and (2) of Appendix Three.

e) The Imam and Mu'adhin for the League's Mosque shall be appointed with the approval of the Secretary-General and their monthly salaries funded from the line item specified for that purpose in accordance with what is outlined in Table No. (3) of Appendix Three.

f) The Secretary-General alone may contract individuals for limited periods to undertake work, studies, and research related to the League's programs and projects. He shall determine their compensation, and it shall be taken from the line item whose interests are served by the work or studies.

g) Appointments shall begin on the day immediately following the day the hiring decision was issued, except for cases the Secretary-General deems necessary. If the appointed candidate does not assume the duties of his position within fifteen days of his hiring or receive

-19-

JT-MWL 00236

permission from the Secretary-General for the delay, the appointment shall be considered void.

h) New employees shall be subject to a probationary period of no less than one year from their start date. His employment shall be terminated if he is deemed unfit. However, if the employee is deemed suitable at the end of his probationary period, that year shall be credited to his length of service.

**Provision (6) Bases for Rehiring Separated Employees:**

1. An employee who resigned may not be rehired for any funded positions until after six months have elapsed from his date of separation.

2. An employee who was terminated during his probationary period for poor performance may not be considered for rehiring until after one year has elapsed from his date of separation and only with approval from the Secretary-General.

3. An employee may not be rehired until after one year has elapsed from his date of separation if he was let go for one of the following reasons (if he did not carry out the transfer decision within fifteen days of the date on which it became mandatory without a legitimate excuse – if he was absent from work for fifteen days without a legitimate excuse – if he did not return to work within fifteen days of the end of his leave, training period, loan period, or other authorized period of absence without a legitimate excuse).

4. An employee whose separation was due to his sentencing to punishment outlined by Sharia law or to

prison for crimes of moral turpitude and breach of trust or on disciplinary grounds may not be rehired without approval of the Secretary-General and until three years have passed from the execution of the punishment outlined by Sharia law, the date he was released from prison, or the date he was terminated.

5. An employee who was terminated for committing the crime of bribery may not be rehired without approval of the Secretary-General and until five years have elapsed from the execution of the judgment.

**Provision (7) Conditions for Rehiring Separated Employees:**
When a separated employee is rehired in any circumstances detailed in Provision (6), it is required to adhere to that which is outlined in Provision (5), Paragraphs (a), (b), (c), (g), and (h).

-20-

-21-

JT-MWL 00237

# Chapter Three

## Performance Appraisals and Promotions

**Provision (8) Performance Appraisals:**

Firstly:  Employees' performance shall be evaluated based on job performance assessment reports in accordance with Forms (A), (B), and (C) in Appendix Four as follows:

(a) From (45 – 50) points (Excellent)

(b) From (40 – 44.5) points (Good)

(c) From (35 – 39.5) points (Satisfactory)

(d) (34.5) points and below (Unsatisfactory)

Secondly: Workers' performance shall be evaluated based on job performance assessment reports in accordance with Form (D) in Appendix Four as follows:

(e) From (22 – 25) points (Excellent)

(f)  From (19 – 21.5) points (Good)

(g) From (16 – 18.5) points (Satisfactory)

(h) (15.5) points and below (Unsatisfactory)

-23-

JT-MWL 00238

**Provision (9) Conditions for Promotion:**

The conditions for promoting employees and workers within the League are as follows:

(a) that the promotion be to a vacant position one grade higher than the employee's current grade.

(b) the employee shall meet the requirements in terms of (competency / educational qualifications / experience / …) to perform the duties of the position to which they wish to be promoted.

(c) the employee shall have completed at least two years in their current grade for Grade 10 and above or four years in grade for Grade 9 and below.

(d) the employee shall have demonstrated his competence by earning a performance rating of (excellent) in the last year and no lower than (good) in the previous three years.

(e) the employee shall not have received a valid warning.

(f) the employee shall not be under suspension, under on-going investigation, or have been penalized by the withholding of an allowance or a deduction from his salary for a period of fifteen days or more and in accordance with article (56) of the Employee Regulations.

**Provision (10) Promotion Eligibility:**

The Secretary-General shall issue a resolution to form a Promotions Committee on a yearly basis to review employees' promotion eligibility as follows:

(a) For Grades (11) to (15), by means of a committee chaired by the Secretary-General

(b) For Grade (10) and below, by means of a committee formed by the Secretary-General and consisting of a chairman that he appoints and four members whose grade is no lower than Grade (11).

**Provision (11) Selection for Promotion:**

Selection for positions via promotion shall be determined using a point system, whereby points shall be allocated as follows:

1. Performance Assessment Reports: the average of the ratings of the four years preceding the application for promotion shall be calculated based on the point distribution outlined in Provision (8)

2. Educational qualifications shall be counted as follows:
   - Doctorate: (15) points
   - Master's: (13) points
   - Bachelor's: (11) points
   - High School: (7) points
   - Middle School: (5) points
   - Elementary School: (3) points

3. Job-relevant training acquired in the current grade: it shall be counted as one point for each month of successfully completed training for a maximum of (15) points.

4. Seniority: it shall be counted as one point for each year over the stipulated period to stay in grade for a maximum of (20) points.

-24-

-25-

JT-MWL 00239

**Provision (12) Implementation of Promotions:**

Promotions shall be considered to have taken effect starting on the day on which the employee assumes the tasks and responsibilities of the position to which he was promoted. This shall take place after the promotion decision has been issued, and the League reserves the right to nullify the promotion if the promoted employee has not assumed the tasks and responsibilities of the position to which he was promoted within fifteen days of that decision unless the decision provides a different date.

# Chapter Four

## Training – Bonuses – Annual Raises – Oversight – Work Hours – Assignment Allowance – Representation Allowance

**Provision (13) Training**

(a) Those who represent the League at trainings must have spent at least one year in the League's service and speak the language in which the course shall be conducted unless the course is for the purpose of teaching a specific language. The course must have direct relevance to the delegate's work and must not last for longer than one year.

(b) Training shall be considered part of the employee's work and therefore he cannot refuse to participate nor leave the location of his training. The employee cannot be sent to a training abroad for which equivalent courses or programs exist in the country in which he is located. The Secretary-General can cancel an employee's participation in a training domestically or abroad if it is in the best interest of the League.

(c) The period in which the employee participates in a training is counted toward his length of service. For purposes of promotion, each month of training is counted as three months of service. The Department of Employee Affairs and other relevant entities are charged with obtaining periodic reports on the trainees from the entities conducting the training and tracking their progress.

JT-MWL 00240

(d) In addition to his monthly salary, an employee at a training is entitled to lump-sum remunerations as follows:

1.  Twenty-five percent of his base salary if the training takes place in the country in which he works.

2.  If the training takes place abroad, the employee shall be treated according to the regulations that govern assignments for the first two months. For any amount of time exceeding that, he shall receive a lump-sum of (50%) of his salary for the remaining period. Additionally, he shall be entitled to the cost of the round-trip ticket, and if the duration of the training exceeds six months, the cost of the tickets for his wife and children. The employee may not receive an allowance or a lump-sum for the amount the League would have expended on a training abroad if it is a covered by a scholarship.

**Provision (14) Conditions for Bonuses for Exceptional Service:**

The Secretary-General may award employees who exert extraordinary effort or provide exceptional service monetary bonuses that do not exceed two months of their base salary for that fiscal year in accordance with the following conditions:

a)  The employee must have achieved an (excellent) rating in the last two years.

b)  The employee shall not have been subject to disciplinary actions in the last five years.

c)  The number of employees who receive awards in a fiscal year shall not exceed (10%) of each grade. If the number of employees in a grade is less than ten, only one employee may receive a bonus. The awards may only be granted to employees authorized by the staffing structure.

d)  The employee shall be nominated by the head of his section at the recommendation of his direct supervisor.

e)  A committee shall be formed by a resolution of the Secretary-General to evaluate the nominations.

**Provision (15) Conditions for Bonuses for Employees Tasked with Specific Duties Beyond Their Primary Role:**

The Secretary-General may award employees tasked with specific duties with a bonus equivalent to (25%) of the base salary of the first step of the position whose duties he has been tasked with performing in accordance with the following conditions:

a)  The position must be listed and funded in the budget.

b)  The position must be actually or effectively vacant and there must be a need to fill it.

c)  The position must not be a position whose duties can be performed by distributing the work. The Secretary-General shall designate which positions qualify.

d)  The employee must hold a grade proximate to the grade of the position with whose duties he has been tasked so that the difference between the two ranks does not exceed two.

e)  The employee cannot be tasked with more than one role at a time.

-28-

-29-

JT-MWL 00241

f) The employee's original role and the duties of the position with which he has been tasked must be similar and he must meet its requirements.

g) The period of the assignment shall not exceed one year. The extension for one or more periods is permissible with the approval of the Secretary-General.

## Provision (16) Annual Raises:

Annual raises may be awarded to employees on the first of the month of Muharram each year so long as their average performance rating for the last year is not below (Good).

## Provision (17) Monitoring Work Hours

Those who monitor daily work hours in the League's Secretariat shall be given a monthly allowance of (300) Riyals each, in addition to their monthly salary and other benefits.

## Provision (18) Assignment Allowance

a) An assignment allowance shall be disbursed to employees assigned to official missions involving distances of over (20) kilometers in accordance with that which is set out in the Pay and Allowances Tables in Appendix One. The total time spent on assignment by the League's employees shall not exceed sixty days per fiscal year except in cases deemed necessary by the Secretary-General. Transportation allowances shall be disbursed to those of Grade (4) and below only in accordance with that which is set out in the Pay and Allowances Table.

-30-

b) A resolution to assign an employee may not be issued before allocating the assignment allowance in the appropriate line item in the budget. The resolution shall specify the nature of the assignment, its start date, and its duration. The employee may not simultaneously collect an assignment allowance and overtime allowance except in cases authorized by the Secretary-General. An advance may be disbursed on the assignment allowance, not to exceed (50%) of the amount to which the employee is entitled for the days specified in the resolution.

c) The assignment allowance shall be reduced to one quarter if room and board is provided, and to one half if room only.

d) The assignment allowance shall be counted from the day the employee leaves the location of his employment and ends upon his return, and only the days on which he performed the assignment are credited to him.

e) The employee on assignment shall be provided with first-class tickets for employees of Grade (10) and higher and coach-class tickets for employees of lower grades. Employees of Grade (9) or lower may ride in first class in situations that warrant it, such as:

1. The employee is accompanying guests traveling in first class.

2. The employee is part of an official delegation that includes members entitled to first-class travel.

3. The Secretary-General views it as necessary for the employee to accompany him in first class for

-31-

JT-MWL 00242

work-related reasons. Reimbursement for tickets for travel from the headquarters country abroad and vice versa or between one city and another shall be given after receiving approval from the Secretary-General. In all cases, the employee must present the tickets as part of the receipts and supporting documents for completing the assignment. The reimbursement shall be made on the basis of the class to which the employee is entitled so as not to exceed his entitlement.

f) Assignment allowances for non-employees sent on assignments outside their country of residence shall be handled in accordance with the following:

1. Individuals and experts working with the League who are not employed by the government shall be given an assignment allowance equivalent to that of Grade (12).

2. Government employees shall be given an assignment allowance based on the grade of their original position.

3. University faculty shall be given assignment allowances as follows:
   - Teaching Assistant / Grade (8)
   - Lecturer / Grade (9)
   - Adjunct Professor / Grade (12)
   - Associate Professor / Grade (13)
   - Professor / Grade (14)

g) The general rule regarding assignments is that the League shall bear the cost of the employee's entitlements arising therefrom. If the assignment is for an official position with an entity other than the League, that entity shall bear the cost of the employee's entitlements unless otherwise agreed upon.

h) Appointees shall be treated as belonging to the line item for consultants, experts, and temporary employees and in accordance with that which is set out in Tables No. (1) and (2) of Appendix Three.

**Provision (19) Overtime:**

a) In cases when the work cannot be completed within official work hours and some employees of Grade (10) and below are tasked with working outside of working hours, on weekends, or on official holidays, overtime allowances may be disbursed. The overtime allowance must not exceed half of a day's wages for overtime on official workdays and a full day's wages for overtime on weekends and holidays, in addition to reimbursement for daily transit costs.

b) If necessary, and with the approval of the Secretary-General alone, employees of Grade (10) and higher, as well as consultants, experts, and temporary employees may be tasked with working outside of official working hours, on weekends, and on official holidays. In such cases, the overtime allowance must not exceed half of a day's wages, in addition to reimbursement for daily transit costs.

-32-

-33-

JT-MWL 00243

**Provision (20) Representation Allowances, Treatment Allowances, and Other Benefits:**

Firstly:    Saudi employees of the League who are transferred or assigned to offices or centers abroad shall be given a representation allowance in accordance with what is set out in Tables No. (1) and (2) of Appendix Five.

Secondly: An employee who is assigned or transferred from headquarters abroad or vice versa or from one office abroad to another shall be provided with tickets to travel and moving fees for luggage and furniture in accordance with the following:

a)  First-class tickets for himself and members of his family to the location of his work for employees of Grade (10) and above and coach-class tickets for those below, not to exceed four tickets total.

b)  The League shall bear the cost of moving fee for luggage and furniture up to four thousand (4,000) Riyals.

c)  Tickets for himself and members of his family for one vacation every two years subject to the conditions laid out in paragraph (a).

Thirdly:    Saudi employees whose services are on loan to the World Muslim League to work in its offices and centers abroad shall be given the same benefits afforded by the entities by which they were originally employed.

# Chapter Five

## Leave

**Provision (21) Annual Leave:**

a)  Employees have a right to paid annual leave to for purposes of rest and relaxation to maintain their health and effectiveness at work. Employees are entitled to thirty days of annual leave. If necessary, an employee may take half his annual leave after completing at least six months of service. An advance for paid annual leave may be disbursed to the employee based on the last salary he received, on the condition that the duration of leave is no less than (15) days.

b)  Employees may take their annual leave in whole or in part. Depending on circumstances at work, employees may delay taking their annual leave if given approval by authorized persons and if deemed to be in the League's interest. Over a twelve-month period, an employee may not take more than ninety days of leave, which is the maximum amount of leave an employee can take in one year.

JT-MWL 00244

c) If necessary, an employee may be recalled from annual leave. In such cases, the employee remains entitled to the days he was not able to take leave.

d) An employee is not entitled for annual leave for the following periods:
   1. A period of exceptional leave.
   2. A period of suspension or its equivalent in cases of conviction, except when his innocence was established.
   3. A period of educational leave.
   4. A loan period.
   5. A period of paid absence or unpaid absence if his duties ended with the end of the period of absence.
   6. A period of incarceration as a result of a ruling against him, unless the Secretary-General believes the incarceration to be unjust.

e) An employee may not be compensated for untaken leave while still employed. In cases where an employee has ended his service, the leave to which he is entitled can be paid out to him so long as it does not exceed three months (90 days), except in cases of death, in which the full amount of accumulated leave is paid out.

f) Employees terminated for unsatisfactory performance during their probationary period are not entitled to compensation for the annual leave credited to them during their period of employment.

-36-

**Provision (22) Sick Leave:**

a) Over the span of three years, an employee is entitled to up to three months of fully paid sick leave, three months of half salary, three months of quarter salary, and three months unpaid sick leave. The employee must produce a certified medical report, and if the medical report was issued abroad, it must be certified by the medical board of the headquarters country. The employee may request to use annual leave during or after taking medical leave. The start of the three-year period begins on the first day of medical leave. If thereafter a medical exam establishes that the employee is unable to work, his services shall be terminated due to lack of medical fitness.

b) If an employee who is injured or becomes ill as a result of his work and not because of any personal error such that he is temporarily unable to perform his duties, he shall be entitled to fully paid sick leave of six months upon presentation of a certified medical report. If the employee does not return to work after this period of sick leave, the medical board shall take up the matter and issue a report. The medical board shall either determine that the employee is no longer fit for the work, at which point he shall be terminated, or the fully paid medical leave shall be extended for an additional period that does not exceed six months. If after this extension a medical exam determines that the employee can no longer work, his services shall be terminated due to a lack of medical fitness.

c) An employee may not extend annual leave by using sick leave, except in cases where the employee produces a certified medical report that he was hospitalized.

-37-

JT-MWL 00245

**Provision (23) Exceptional Leave:**

The Secretary-General and those whom he authorizes may grant an employee unpaid exceptional leave of up to six months over the course of three years provided there is a reasonable justification. This exceptional leave may be extended up to six months. The period of exceptional leave shall not be credited to the employee's length of service, and he shall be obligated to pay the prescribed insurance premiums based on his monthly salary and any increases thereto. In order to be eligible for exceptional leave, the employ shall have completed at least two years in the League's service.

**Provision (24) Educational Leave:**

An employee may be granted unpaid educational leave if he has obtained a secondary diploma or its equivalent and in accordance with the following conditions:

1.  that he has completed three years of service with a rating of "good" or higher.
2.  that the area of study be related to his work.

**Provision (25) Exam Leave:**

An employee is entitled to a fully paid absence from work for the duration of the exam period on the condition that the League has approved of his course of study. The employee must give notice to his direct supervisor before the exam and provide documentation proving that he sat for

-38-

the exam and that details the start and end date of the exam.

**Provision (26) Bereavement Leave:**

An employee may take up to three days of fully paid bereavement leave upon the passing of a family member.

**Provision (27) Family Leave:**

An employee may be granted family leave to care for a family member during their medical treatment with the permission of the Secretary-General alone. The employee must produce a medical report issued by a public hospital or issued by a private hospital if certified by the regional Department of Health. The family leave shall be granted in accordance with the following parameters:

1.  three months of fully paid leave.
2.  the period can be extended for at most three additional months at half salary.
3.  the period can be extended for six months of unpaid leave. If the employee does not return to work, his service shall be terminated, and he shall be given all that he is entitled to.

**Provision (28) Emergency Leave:**

An employee, after receiving permission from his supervisor and only in emergencies, may be absent from work and paid full salary for no more than five consecutive days on the condition that he shall not be absent from work for more that ten days in one fiscal year. The following parameters apply:

-39-

JT-MWL 00246

1. The employee must present the request for emergency leave to his direct supervisor and explain the compelling reasons to request leave. If his direct supervisor is not present, he shall present the request to the Section Chief or the Director of Employee Affairs.
2. The direct supervisor must deny requests for leave whose excuses do not justify that it be granted.
3. The request for leave shall be made at least one day before the beginning of the leave.
4. If the employee was absent due to exigent circumstances other than illness and was unable to obtain permission prior to his absence, he must inform his direct supervisor of his absence as soon as reasonably possible so that it can be referred the following day to the Department of Employee Affairs.
5. The head of the department or the Director of Employee Affairs has the right to deny requests for leave if he finds the justifications of emergency not to be convincing or if an absence from work was not justified. In such cases, the employee shall be deemed absent and shall not be entitled to compensation for that day. The employee may also face disciplinary action.
6. If the weekend (Thursday or Friday) occurs during the period of emergency leave, it shall be counted as part of it; however, if the weekend occurred before or after the emergency leave, it shall not.

**APPENDICES**

-40-

JT-MWL 00247

محاسب

محمد فوزي عبد الله





# رابطة العالم الإسلامي

الأمانة العامة - مكة المكرمة



# قـــواعـد
# التوظيف وملاحقها

JT-MWL 00227

(طبع بمطابع رابطة العالم الإسلامي)



JT-MWL 00228



أنشئت بموجب قرار صدر عن المؤتمر الإسلامي العام
الذي عقد بمكة المكرمة في ١٤ من ذي الحجة ١٣٨١هـ
الموافق ١٨ من مايو ١٩٦٢م .

JT-MWL 00229

JT-MWL 00230

[الأعراف: ٤٨]

﴿ وَنَادَىٰٓ أَصْحَٰبُ ٱلۡأَعۡرَافِ رِجَالٗا يَعۡرِفُونَهُم بِسِيمَٰهُمۡ ﴾

قال سبحانه وتعالى:

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 27 of 44

# الفهرس

**قواعد التوظيف :**

صفحة رقم

الفصل الأول : أحكام تمهيدية . . . . . . ١٣

الفصل الثاني : التعيين وإعادة التعيين . . . . . ١٧

الفصل الثالث : تقويم الأداء الوظيفي – الترقية . . . . . ٢٣

الفصل الرابع : التدريب – المكافآت – العلاوة السنوية – مراقبة الدوام – بدل الانتداب – بدل التمثيل . . . ٢٧

الفصل الخامس الإجازات . . . . . . . . ٣٥

**الملاحق :**

الملحق الأول : سلم الرواتب والبدلات للموظفين والمستخدمين ٤٣

الملحق الثاني : جدول رقم ( ١ ) . . . . . . ٤٥
شروط التعيين على المراتب من ( ١١–١٥ )

جدول رقم ( ٢ ) . . . . . . ٤٥
شروط التعيين على الوظائف الإدارية والمالية من المرتبة ( ١ ) إلى المرتبة ( ٢ )

جدول رقم ( ٣ ) . . . . . . ٤٦
شروط التعيين على الوظائف الفنية المساعدة من المرتبة ( ١ ) إلى المرتبة ( ١٠ )

صفحة رقم

الملحق الثالث : جدول رقم ( ١ ) . . . . . ٤٧
الموظفين المؤقتين وشروط تعيينهم

جدول رقم ( ٢ ) . . . . . ٤٨
مكافأة المعينين على بند المستشارين والخبراء وشروط تعيينهم

جدول رقم ( ٣ ) . . . . . ٤٩
مكافأة إمام ومؤذن مسجد الرابطة

الملحق الرابع : نموذج ( أ ) الوظائف الإشرافية . . . . ٥٣
نموذج ( ب ) الوظائف التنفيذية . . . . ٥٩
نموذج ( ج ) الوظائف الفنية . . . . ٦٥
نموذج ( د ) وظائف المستخدمين . . . . ٧١

الملحق الخامس : جدول رقم ( ١ ) . . . . . ٧٩
تصنيف الدول حسب نفقات بدل التمثيل

جدول رقم ( ٢ ) . . . . . ٨٠
فئات وبدلات التمثيل

JT-MWL 00231

قواعد التيرغنيف

JT-MWL 00232

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 29 of 44

# الفصل الأول

## أحكام تمهيدية

**القاعدة رقم ( ١ ) مجال التطبيق :**

تسري أحكام هذه القواعد على جميع الموظفين والمستخدمين المعينين على الهيكل الوظيفي ما لم ينص صراحة على خلاف ذلك ، كما تسري على الموظفين المؤقتين ، والمعينين على بند المستشارين والخبراء ، في الحدود المنصوص عليها في هذه القواعد أو في قرارات تعيينهم أو في العقود المبرمة معهم .

**القاعدة رقم ( ٢ ) بدء التطبيق :**

تلغي هذه القواعد كل الأنظمة واللوائح والقرارات والتعاميم الصادرة بهذا الخصوص في السابق وتكون واجبة التطبيق من تاريخ صدورها .

**القاعدة رقم ( ٣ ) تعاريف :**

يقصد بالألفاظ الواردة في هذه القواعد المعاني الموضحة أمام كل منها :

الرابطة : رابطة العالم الإسلامي ، وهي منظمة إسلامية شعبية عالمية ذات شخصية مستقلة أنشئت من أجل خدمة الإسلام والمسلمين .

المقـــر : مكة المكرمة .

الأجهزة : المكاتب والأجهزة التي تنشؤها وتديرها الرابطة في الداخل والخارج .

الأمين العام : الأمين العام لرابطة العالم الإسلامي .

الأمانة العامة : الجهاز التنفيذي لرابطة العالم الإسلامي ، ومقرها مكة المكرمة بما فيها أمانة المساجد ( المجلس الأعلى العالمي للمساجد ) والمجمع الفقهي ، وغيرها .

لائحة الموظفين : هي مجموعة المبادئ التي يتم بموجبها اختيار وتعيين الموظفين والمستخدمين وغيرهم للعمل بالرابطة وترقيتهم ، وإنهاء خدماتهم ، وما إلى ذلك .

قواعد التوظيف : هي مجموعة الأسس التي توضح مواد لائحة الموظفين وكيفية تطبيقها .

الموظف أو المستخدم : هو شخص يشغل وظيفة معتمدة في الهيكل الوظيفي للرابطة .

أسرة الموظف أوالمستخدم: هم الزوجة والأبناء والبنات غير المتزوجات والوالدين .

الوفد الرسمي : من يمثل الرابطة في المؤتمرات واللقاءات .

السنة : اثنا عشر شهراً قمرياً ما لم يرد نص بخلاف ذلك .

الشهـــر : ثلاثون يوماً .

السنة المالية : تبدأ مع بداية السنة المالية لدولة المقر ، وتنتهي بنهايتها .

الراتب الشهري : يشمل ( الراتب الأساسي + بدل النقل ) ويكون احتساب الراتب والبدلات بالريال السعودي أو ما يعادله ما لم ينص على غيره .

القاعدة رقم ( ٤ )

تعديل قواعد التوظيف وإنشاء استثناءات وإصدار تعليمات إدارية :

( أ ) يجوز للأمين العام دون غيره أن يعدل هذه القواعد بالطريقة التي تتمشى ولائحة الموظفين ولا تمس بحقوق الموظفين .

( ب ) يجوز للأمين العام دون غيره – في حالات خاصة – أن ينشئ استثناءات لهذه القواعد على ألاّ تتعارض مع لائحة الموظفين ولا تمس بحقوق الموظفين والمستخدمين وتكون في صالح الرابطة .

( ج ) للأمين العام دون غيره أن يصدر تعليمات إدارية يحدد فيها طريقة تطبيق هذه القواعد حسبما يراه مناسباً بحيث لا تتعارض مع لائحة الموظفين .

JT-MWL 00234

# الفصل الثاني

## التعيين – وإعادة التعيين

### القاعدة رقم ( ٥ ) أسس التعيين :

تتم التعيينات في الرابطة وفق الأسس التالية :

( أ )    يتم شغل الوظائف المعتمدة في الميزانية على النحو التالي :

١ – يتم شغل الوظائف المعتمدة ، الشاغرة في الهيكل الوظيفي ، من المرتبة الحادية عشرة فما فوق . بموافقة الأمين العام على أن يتوفر في المرشح الالتزام الديني والكفاءة العلمية ، والخبرة الكافية ، وفق ما هو وارد بالجدول رقم ( ١ ) ، من الملحق الثاني لهذه القواعد . ويمكن في الحالات الخاصة ، الاستثنائية ، التي يقدرها الأمين العام للرابطة ، دون غيره ، التعيين دون التقيد بالمؤهلات وسنوات الخبرة .

٢ – يتم شغل الوظائف المعتمدة الشاغرة في الهيكل الوظيفي من المرتبة العاشرة فما دون من الفئات الثانية والثالثة بعد الإعلان عنها في الصحف عن طريق الاختيار أو المقابلة الشخصية أو المسابقة وتقويم المؤهلات والخبرات ، وفي كل الحالات يتم ذلك بواسطة لجنة ، تتكون من رئيس،

JT-MWL 00235

– ١٧ –

وثلاثة أعضاء لا تقل مرتبة أي منهم عن الحادية عشرة، ويصدر بتسميتهم قرار من الأمين العام للرابطة ، وتعتمد توصيات اللجنة ، من الأمين العام شخصياً ولا يعتد بها قبل اعتمادها ، ويحق للموظفين والمستخدمين الدخول في أي مسابقة يعلن عنها شريطة توفر الشروط المطلوبة لشغل الوظيفة وفق ما هو وارد بالجدول رقم ( ٢ ) و( ٣ ) من الملحق الثاني لهذه القواعد ، وللأمين العام دون غيره ، في الحالات التي يقدرها ، التعيين دون التقيد بهذه الشروط ، وذلك بالنسبة للعاملين في مكتبه، والمستشارين ، والخبراء ، ومديري الإدارات ، ومكاتب الرابطة ، ومراكزها ، ومن يرى معاملته المعاملة نفسها ، وتعطى للاختبار التحريري أو العملي للمسابقة ( ٦٠ ) درجة وللمقابلة الشخصية ( ٤٠ ) درجة ويكون الحد الأدنى للنجاح في المسابقة حصول المتسابق على ( ٦٥٪ ) من إجمالي الدرجات .

٣ – يتم التعيين على وظائف الفئة الرابعة المعتمدة الشاغرة في الهيكل الوظيفي بعد موافقة الأمين العام على التعيين ، وبالنسبة للوظائف الموازية للفئة الرابعة في الأجهزة التابعة يكون التعيين فيها بقرار من الأمين العام .

( ب ) عند عقد الرابطة لأي مسابقة يتم اختيار الناجحين حسب الأولوية وعلى ضوء الوظائف الشاغرة وفي حالة عدم توفر شواغر كافية يجوز للرابطة الاحتفاظ بالناجحين ( دون الدخول في مسابقة مرة أخرى ) للناجحين غير المرشحين حسب

الأولوية في الوظائف المماثلة حتى نهاية السنة المالية .

( ج ) يتم التعيين على الوظائف بقرار من الأمين العام أو من يفوضه ويرفق معه جميع مستندات ومسوغات التعيين وصورة من مهام الوظيفة المعين عليها .

( د ) يجوز الاستعانة بمستشارين ، وخبراء ( متفرغين ، وغير متفرغين ) وذلك على بند المستشارين ، والخبراء ، في الباب الأول ، أو البند الذي سيعمل لصالحه ، من بنود الباب الثالث ، وكذلك تعيين موظفين مؤقتين ، وذلك بموافقة الأمين العام ، بمكافأة شهرية مقطوعة ، وفق ما هو وارد بالجدول رقم ( ١ ) و ( ٢ ) من الملحق الثالث ، لهذه القواعد .

( هـ ) يجوز تعيين إمام ومؤذن لمسجد الرابطة بعد موافقة الأمين العام وتصرف لهما مكافأة شهرية مقطوعة من البند المخصص لذلك وفق ما هو وارد بالجدول رقم ( ٣ ) من الملحق الثالث لهذه القواعد .

( و ) للأمين العام دون غيره التعاقد مع أشخاص لمدد محددة ، للقيام بأعمال ودراسات وأبحاث تتعلق ببرامج الرابطة ومشروعاتها ، وتحديد أجورهم ، وصرفها من البند الذي تخدمه تلك الأعمال والدراسات .

( ز ) يكون التعيين من تاريخ المباشرة بعد صدور قرار التعيين ، ويستثنى من ذلك بعض الحالات التي يقدرها الأمين العام ، ومن تم تعيينه ولم يباشر مهام وظيفته خلال خمسة عشر يوماً

JT-MWL 00236

— ١٩ —

— ١٨ —

من تاريخ صدور القرار دون عذر يقبله الأمين العام يعتبر تعيينه لاغياً.

( ح )  يخضع الموظف والمستخدم الجديد لفترة تجريبية لاتقل مدتها عن سنة كاملة متصلة من تاريخ مباشرته للعمل ، ويتم إنهاء خدمته إذا ثبت عدم صلاحيته ، وتعتبر فترة تجربة الموظف أو المستخدم بعد ثبوت صلاحيته من مدة خدمته.

## القاعدة رقم ( ٦ ) أسس إعادة تعيين الموظف المطوي قيده :

١ –  لا يجوز إعادة تعيين الموظف المستقيل في أية وظيفة معتمدة في الهيكل الوظيفي إلاَّ بعد مرور ستة أشهر على تاريخ طي قيده.

٢ –  لا يجوز النظر في إعادة الموظف المطوي قيده لعدم صلاحيته ، أثناء سنة التجربة ، إلاَّ بعد مضي سنة على تاريخ طي قيده ، وبموافقة الأمين العام.

٣ –  لا يجوز إعادة تعيين الموظف المطوي قيده بأحد الأسباب الآتية (إذا لم ينفذ قرار النقل دون عذر مشروع خلال خمسة عشر يوماً من تاريخ وجوب ذلك – إذا انقطع عن عمله دون عذر مشروع مدة خمسة عشر يوماً – إذا لم يعد دون عذر مشروع بعد انتهاء إجازته أو انتهاء فترة تدريبيه أو إعارته أو أية فترة غياب مسموح بها نظاماً إلى استئناف عمله خلال خمسة عشر يوماً) إلاَّ بعد مرور سنة على تاريخ طي القيد.

٤ –  لا يجوز إعادة تعيين الموظف المطوي قيده بسبب الحكم عليه بحد شرعي أو بالسجن في جريمة مخلة بالشرف أو الأمانة أو

---

المفصول من الخدمة لأسباب تأديبية ، إلاَّ بموافقة الأمين العام ، وبعد مرور ثلاث سنوات تبدأ من تاريخ تنفيذ الحد الشرعي أو انتهاء السجن أو صدور قرار الفصل.

٥ –  لا يجوز إعادة تعيين الموظف المطوي قيده لارتكابه جريمة الرشوة إلاَّ بموافقة الأمين العام ، وبعد مرور خمس سنوات على تنفيذ الحكم.

## القاعدة رقم ( ٧ ) شروط إعادة تعيين الموظف المطوي قيده :

في حال إعادة تعيين الموظف المطوي قيده بجميع أحواله المنصوص عليها في القاعدة رقم ( ٦ ) يشترط الالتزام بما جاء بالقاعدة رقم ( ٥ ) الفقرات ( أ ) ( ب ) ( ج ) ( ز ) ( ح ).

JT-MWL 00237

# الفصل الثالث

# تقويم الأداء الوظيفي – والترقية

القاعدة رقم ( ٨ ) تقويم الأداء الوظيفي :

أولاً: يقدر أداء الموظف وفقاً لتقارير تقويم الأداء الوظيفي حسب النماذج ( أ )و( ب )و( ج ) بالملحق الرابع لهذه القواعد كالتالي :

( أ ) من( ٤٥–٥٠ )درجة( ممتاز ) .

( ب ) من( ٤٠–٤٤,٥ )درجة( جيد ) .

( ج ) من( ٣٥–٣٩,٥ )درجة( مرضي ) .

( د ) ( ٣٤,٥ )درجة فما دون( غير مرضي ) .

ثانياً: يقدر أداء المستخدم وفقاً لتقارير تقويم الأداء الوظيفي حسب النموذج ( د ) بالملحق الرابع لهذه القواعد كالتالي :

( هـ ) من( ٢٢–٢٥ )درجة( ممتاز ) .

( و ) من( ١٩–٢١,٥ )درجة( جيد ) .

( ز ) من( ١٦–١٨,٥ )درجة( مرضي ) .

( ح ) ( ١٥,٥ )درجة فما دون( غير مرضي ) .

JT-MWL 00238

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 35 of 44

(أ) المادة (١١) أو (١٥) القانون يجب ربطها الفصل

القانون وما العفو أو القانون وبه:

ويجب أن يكون كل الأمر منها وملف القانون وما العفو أو

المادة (٥٠) وما يجب:

ويجب أن يكون (٦٠) ...

ويجب (٥٠) ...

(ب) لا يجوز في هذه أو بينها المادة منها أو العفو

(ج) لا يجوز وما العفو وما القانون.

القانون:

في القانون وما العفو أو (جزء) في القانون القانون

(د) ويجب وبينها القانون وما العفو وما (ملف)

القانون وما العفو وبينها القانون.

(هـ) وبينها وما القانون في القانون وبينها القانون

القانون / ٠٠) وما القانون وبينها القانون.

(و) وبينها القانون وما (العفو / القانون القانون /

القانون.

(ز) وما العفو القانون أو العفو وما القانون وبينها

القانون وما العفو أو القانون وما القانون وبينها:

القانون وما (٩) وما القانون:

---

JT-MWL 00239

القانون وبينها.

(٢٠) وما القانون في القانون وما القانون وبينها القانون.

٣ — القانون: القانون وما القانون وبينها: القانون في

وما القانون في القانون وما القانون وبينها القانون.

(١٥) وما القانون وبينها.

وما القانون وبينها القانون وما القانون وبينها.

٤ — القانون في القانون وما القانون في القانون القانون:

— القانون (٨) وبينها.

— القانون وما القانون: (٥) وبينها.

— القانون: (٧) وبينها.

— القانون وما القانون: (١١) وبينها.

— القانون: (١٢) وبينها.

— القانون: (٥٠) وبينها.

٥ — القانون القانون وما القانون:

القانون في القانون وما القانون (٧).

القانون وما القانون وما القانون وبينها القانون

١ — القانون وما القانون: القانون وما القانون وما

القانون وما القانون وبينها القانون:

وما القانون القانون وبينها القانون القانون وما

القانون وما (١١) القانون القانون:

وبينها.

وما القانون وبينها وبينها القانون وما القانون

(هـ) وبينها القانون وما العفو وما القانون وبينها القانون

## الفصل الرابع

# التــدريب – المكافآت – العـلاوة السنوية – مراقبة الدوام – بـدل الانتداب – بدل التمثيل

القاعدة رقم ( ١٣ ) التدريب :

( أ )  يشترط فيمن يوفد للتدريب أن يكون قد أمضى في خدمة الرابطة سنة على الأقل وأن يجيد اللغة التي تدار بها الدورة المرشح لها ما لم تكن الدورة لتعليم لغة معينة ، وأن يكون للدورة علاقة مباشرة بالعمل الذي يقوم به ، وأن لا تزيد مدة التدريب عن سنة .

( ب )  يعتبر التدريب جزءاً من العمل لا يحق للموظف رفضه أو ترك مقر تدريبه ولا يجوز ابتعاثه للتدريب في الخارج في دورات أو برامج لها مثيل في مقر الموظف ، وللأمين العام إلغاء ابتعاث الموظف للتدريب في الخارج أو الداخل إذا اقتضت المصلحة ذلك .

( ج )  تحتسب فترة التدريب ضمن خدمة الموظف وتحسب لأغراض الترقية باعتبار كل شهر تدريب مساوياً لثلاثة أشهر من الخدمة وعلى إدارة شؤون الموظفين والجهات الأخرى المعنية الحصول على تقارير دورية عن المتدربين من جهات التدريب ومتابعة ذلك .

القاعدة رقم ( ١٢ ) نفاذ الترقية :

تكون الترقية نافذة اعتباراً من تاريخ مباشرة الموظف أو المستخدم مهام الوظيفة المرقى عليها وذلك بعد صدور قرار الترقية وللرابطة حق إلغاء القرار إذا لم تتم مباشرة الموظف أو المستخدم مهام الوظيفة المرقى عليها خلال خمسة عشر يوماً من تاريخ صدور القرار ما لم ينص القرار على تاريخ غيره .

JT-MWL 00240

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 37 of 44

JT-MWL 00241

( د ) يستحق الموظف المتدرب بالإضافة إلى راتبه الشهري مكافأة مقطوعة على النحو التالي :

١ – خمسة وعشرين بالمائة من راتبه الأساسي إذا كان التدريب داخل الدولة التي يعمل بها .

٢ – إذا كان التدريب خارج دولة المقر ، فيعامل الموظف بموجب قواعد الانتداب للشهرين الأولين ، وما زاد عن ذلك فتصرف له مكافأة مقطوعة بنسبة ( ٥٠٪ ) من راتبه الأساسي للفترة المتبقية ، ويصرف له بالإضافة إلى ذلك تذكرة إركاب ذهاباً وعودة ، وإذا زادت مدة التدريب عن ستة أشهر فتصرف تذاكر إركاب لزوجة المتدرب وأولاده . ولا يجوز صرف البدل أو المكافأة في حالة الابتعاث للتدريب للخارج بناءً على منحة تعادل ما يصرف له من الرابطة .

## القاعدة رقم ( ١٤ ) شروط صرف مكافأة الخدمات المميزة :

للأمين العام منح الموظف الذي يبذل جهداً غير عادي أو خدمات مميزة مكافأة مالية لاتتجاوز الراتب الأساسي لشهرين في السنة المالية الواحدة وفق الشروط التالية :

( أ ) أن يكون الموظف حاصل على تقدير ممتاز في السنتين الأخيرتين .

( ب ) ألا يكون الموظف قد عوقب تأديبياً خلال الخمس سنوات الأخيرة .

( ج ) ألا يزيد عدد الموظفين الذين يمنحون هذه المكافأة في السنة المالية

---

الواحدة على ( ١٠٪ ) من عدد موظفي كل مرتبة فإذا قل عدد شاغلي المرتبة عن عشرة جاز منح المكافأة موظفاً واحداً فقط ويراعى منح هذه المكافأة للموظفين المعتمدين بالهيكل الوظيفي .

( د ) يتم ترشيح الموظف من قبل رئيس القطاع بناءً على توصية من رئيسه المباشر.

( هـ ) يتم تكوين لجنة بقرار من الأمين العام للنظر في الترشيحات .

## القاعدة رقم ( ١٥ ) شروط صرف مكافأة الموظف المكلف بأعمال وظيفة معينة بجانب عمله الأساسي :

للأمين العام منح الموظف المكلف بأعمال وظيفة معينة مكافأة تعادل ( ٢٥٪ ) من المربوط الأول للراتب الأساسي للوظيفة المكلف بها وفق الشروط التالية :

( أ ) أن يكون هناك وظيفة قائمة ومعتمدة في الميزانية .

( ب ) أن تكون الوظيفة شاغرة فعلاً ، أو حكماً وأن تكون هناك حاجة لشغلها .

( ج ) ألا تكون الوظيفة من الوظائف التي يمكن أن يتم القيام بعملها عن طريق توزيع العمل ، ويحدد الأمين العام هذه الوظائف .

( د ) أن يكون هناك تقارب بين مرتبة الموظف ومرتبة الوظيفة المكلف بها ، بحيث لا يتجاوز الفرق بينهما مرتبتين .

( هـ ) ألا يكلف الموظف بأكثر من وظيفة واحدة في وقت واحد .

Case 1:03-md-01570-GBD-SN    Document 11987-26    Filed 04/15/26    Page 38 of 44

( و )    أن يكون هناك تجانس بين العمل الأصلي للموظف وأعمال الوظيفة المكلف بها أو أن تتوفر لديه شروط شغلها .

( ز )    ألا تزيد مدة التكليف بعمل الوظيفة على سنة ، ويجوز تمديدها لمدة أو لمدد أخرى بموافقة الأمين العام .

القاعدة رقم ( ١٦ ) العلاوة السنوية :

يشترط لمنح العلاوة السنوية للموظف والمستخدم في غرة المحرم من كل عام أن يكون معدله في آخر تقرير كفاية لا يقل عن ( جيد ) .

القاعدة رقم ( ١٧ ) مراقبة الدوام :

تصرف للقائمين على مراقبة ساعات الدوام اليومي في الأمانة العامة للرابطة مكافأة شهرية قدرها ( ٣٠٠ ) ريال لكل مراقب ، بالإضافة إلى الراتب الشهري والمميزات الأخرى .

القاعدة رقم ( ١٨ ) بدل الانتداب :

( أ )    يصرف للموظف أو المستخدم المنتدب في مهمة رسمية للمسافات التي تزيد على ( ٦٠ ) كيلو متر بدل انتداب وفق ما هو وارد بسلم الرواتب والبدلات من الملحق الأول لهذه القواعد ولا يجوز أن تزيد مجموع فترات الانتداب لأي من منسوبي الرابطة عن ستين يوماً خلال السنة المالية الواحدة إلا في الحالات التي يقدرها الأمين العام دون غيره ، ويصرف بدل النقل للفئات من المرتبة الرابعة عشر فما دون فقط وفقاً لما هو محدد في سلم الرواتب والبدلات .

( ب )    لا يجوز إصدار قرار بانتداب الموظف أو المستخدم قبل الارتباط بمبلغ بدل الانتداب مالياً على البند المختص بالميزانية ، كما يوضح قرار الانتداب طبيعة المهمة وتاريخ بدئها ومدة الانتداب ، ولا يجوز الجمع بين بدل الانتداب ومكافأة عمل خارج وقت الدوام الرسمي إلا في الحالات التي يقدرها الأمين العام ، ويجوز صرف سلفة على حساب بدل الانتداب لا تزيد عن ( ٥٠٪ ) مما يستحق الموظف أو المستخدم عن الأيام المحددة في قرار الانتداب .

( ج )    يخفض بدل الانتداب إلى الربع في حالة تأمين السكن والطعام والى النصف في حالة تأمين السكن فقط .

( د )    يبدأ احتساب بدل الانتداب للموظف أو المستخدم من تاريخ مغادرته مقر عمله وينتهي بعودته ولا تحتسب له إلا الأيام الفعلية التي تم إنجاز المهمة فيها .

( هـ )    يصرف للموظف أو المستخدم المنتدب تذاكر سفر إلى محل انتدابه مرجعاً بالدرجة الأولى لموظفي المرتبة العاشرة فما فوق وبالدرجة السياحية للمراتب الأخرى ويجوز إركاب الموظفين من المرتبة التاسعة فما دون بالدرجة الأولى في الحالات التي تقتضي طبيعة الأمور فيها هذا التصرف مثل :

١ –    مرافقة الضيوف عند سفرهم إذا كان إركابهم على الدرجة الأولى .

٢ –    كون الموظف عضواً في وفد رسمي يحق لبعض أعضائه السفر بالدرجة الأولى .

٣ –    من يرى الأمين العام في أثناء سفره حاجته لاصطحابه

JT-MWL 00242

– ٣١ –

– ٣٠ –

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 39 of 44

معه بالدرجة الأولى لأسباب تتعلق بمصلحة العمل .

ويتم التعويض عن تذاكر السفر من داخل دولة المقر إلى الخارج والعكس أو بين مدينة وأخرى بعد موافقة الأمين العام وفي كل الأحوال يلزم تقديم كعوب تذاكر السفر ضمن المستندات المؤيدة لأداء المهمة ويكون التعويض على أساس الدرجة التي يستحقها بما لا يتجاوز استحقاقه .

( و )   يعامل الأشخاص غير الموظفين الذين يكلفون بمهام خارج مقر إقامتهم بالنسبة للانتداب وفق الآتي :

١ –  الأشخاص المتعاونون مع الرابطة من غير موظفي الدولة وغيرهم من الشخصيات والخبراء يحدد بدل انتدابهم على أساس المرتبة الثانية عشرة .

٢ –  الموظف الحكومي يعامل على أساس مرتبته في وظيفته الأصلية .

٣ –  يعامل أعضاء هيئة التدريس بالجامعات على النحو التالي :

–  معيد / المرتبة الثامنة .

–  محاضر / المرتبة التاسعة .

–  أستاذ مساعد / الثانية عشرة .

–  أستاذ مشارك / الثالثة عشرة .

–  أستاذ / الرابعة عشرة .

( ز )   الأصل في الانتداب أن تتحمل الرابطة صرف استحقاق الموظف أو المستخدم عن ذلك ، وعند انتدابه للقيام بمهمة

رسمية في جهة غير الرابطة تتحمل هذه الجهة صرف استحقاقه مالم يتفق على غير ذلك .

( ح )   يعامل المعينون على بند المستشارين والخبراء والموظفين المؤقتين بالنسبة للانتداب ، وفق ما هو وارد بالجدول رقم ( ١ ) و ( ٢ ) من الملحق الثالث لهذه القواعد .

## القاعدة رقم ( ١٩ ) خارج وقت الدوام :

( أ )   يجوز في الحالات التي يتعذر فيها إنجاز العمل ، خلال ساعات الدوام الرسمي تكليف بعض الموظفين ، من شاغلي المرتبة العاشرة فما دون والمستخدمين ، بالعمل خارج وقت الدوام الرسمي وأيام العطل والإجازات الرسمية بمكافأة لاتزيد عن نصف الراتب اليومي ، في أيام العمل الرسمية ، ولا تزيد عن الراتب اليومي في أيام العطل والإجازات الرسمية ، بالإضافة إلى بدل النقل اليومي .

( ب )   يجوز ( بموافقة الأمين العام دون غيره ) عند الضرورة تكليف بعض الموظفين ممن هم فوق المرتبة العاشرة والعاملين على بند المستشارين والخبراء ، والموظفين المؤقتين ، بالعمل خارج وقت الدوام الرسمي ، وأيام العطل والإجازات الرسمية ، بمكافأة لا تزيد عن نصف الراتب اليومي ، بالإضافة إلى بدل النقل اليومي .

JT-MWL 00243

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 40 of 44

JT-MWL 00244

Case 1:03-md-01570-GBD-SN   Document 11987-26   Filed 04/15/26   Page 41 of 44

**القاعدة رقم ( ٢٢ ) الإجازة المرضية :**

( أ ) يستحق الموظف أو المستخدم إجازة مرضية في فترة ثلاث سنوات قدرها ثلاثة أشهر براتب كامل وثلاثة أشهر بنصف راتب وثلاثة أشهر بربع راتب وثلاثة أشهر بدون راتب وذلك بموجب تقرير طبي معتمد فإن كان التقرير صادراً من خارج دولة المقر فيشترط اعتماده من الهيئة الطبية بدولة المقر ويجوز للموظف أو المستخدم أن يطلب استعمال إجازاته السنوية في أثناء أو بعد إجازته المرضية وتحتسب بداية الثلاث سنوات من تاريخ بداية الإجازة المرضية فإن اثبت الكشف الطبي بعد ذلك عدم قدرته على العمل فتنهى خدماته لعدم لياقته الصحية .

( ب ) يستحق الموظف أو المستخدم الذي يصاب بجرح أو كسر أو مرض بسبب تأدية العمل ودون خطأ منه ـ يمنعه من أداء عمله بصفة مؤقتة ـ إجازة مرضية قدرها ستة أشهر براتب كامل وذلك بموجب تقرير طبي معتمد فإذا لم يعد الموظف أو المستخدم رأس العمل وفي حالة انتهاء هذه المدة يعرض أمره على الهيئة الطبية لتقرير إما عدم صلاحيته للعمل ، ومن ثمَّ إنهاء خدمته أو تمديد إجازته مع تحديد المدة الإضافية على ألاَّ تزيد عن ستة أشهر ويصرف له في هذه الحالة راتب كامل فإن اثبت الكشف الطبي بعد ذلك عدم قدرته على العمل تنهى خدماته لعدم لياقته الصحية .

( ج ) لا يجوز تمديد الإجازة السنوية بإجازة مرضية إلاَّ في حالة

( ج ) يجوز في حالة الضرورة استدعاء الموظف أو المستخدم من إجازته السنوية وفي هذه الحالة يحتفظ الموظف أو المستخدم بحقه في أيام الإجازة التي لم يتمتع بها .

( د ) لا يستحق الموظف أو المستخدم إجازة سنوية عن المدد الآتية :

١ ـ مدة الإجازة الاستثنائية .

٢ ـ مدة كف اليد وما في حكمه في حالات الإدانة إلاَّ إذا ثبتت براءته .

٣ ـ مدة الإجازة الدراسية .

٤ ـ مدة الإعارة .

٥ ـ مدة غياب الموظف أو المستخدم براتب أو بدون راتب إذا انتهت خدماته بنهاية مدة الغياب .

٦ ـ مدة سجن الموظف أو المستخدم تنفيذاً لحكم صادر ضده ، مالم يقتنع الأمين العام بعدم عدالة سجنه .

( هـ ) لايجوز تعويض الموظف أو المستخدم عن إجازاته وهو على رأس العمل وفي حالة انتهاء خدمة الموظف أو المستخدم يدفع له على سبيل التعويض مـدة الإجازات التي يستحقها على ألاَّ تزيد عن ثلاثة أشهر ( تسعين يوماً ) عدا حالات الوفاة فيتم التعويض فيها عن جميع الإجازات المتراكمة .

( و ) لا يستحق الموظف أو المستخدم الذي تنتهي خدمته لعدم الصلاحية خلال فترة التجربة التعويض عن رصيد إجازاته السنوية عن الفترة التي قضاها .

Case 1:03-md-01570-GBD-SN  Document 11987-26  Filed 04/15/26  Page 42 of 44

حضوره للامتحان موضحاً فيه تاريخ بداية الامتحان ونهايته .

## القاعدة رقم ( ٢٦ ) إجازة الوفاة :

يجوز في حالة وفاة أحد أفراد أسرة الموظف أو المستخدم منحه إجازة مدتها ثلاثة أيام براتب كامل .

## القاعدة رقم ( ٢٧ ) إجازة المرافقة :

يجوز بموافقة الأمين العام ( دون غيره ) منح الموظف أو المستخدم ، إجازة لمرافقة أحد أفراد أسرته للعلاج ، وفق تقرير طبي صادر من مستشفى حكومي أو من مستشفى أهلي بشرط تصديقه من الشؤون الصحية بالمنطقة ، وفق الضوابط التالية :

١ – ثلاثة أشهر براتب كامل .

٢ – يجوز تمديدها لمدة ثلاثة أشهر أخرى ، كحد أعلى ، بنصف راتب .

٣ – يجوز تمديدها بدون راتب لمدة ستة أشهر ، وفي حالة عدم مباشرته بعد ذلك تنهى خدماته ، وتصرف له كافة حقوقه ، وتعويضاته .

## القاعدة رقم ( ٢٨ ) الإجازة الاضطرارية :

يجوز للموظف أو المستخدم بعد موافقة رئيسه أن يتغيب براتب كامل لأسباب طارئة فترة أقصاها خمسة أيام متوالية بشرط ألاّ يتغيب في السنة المالية الواحدة أكثر من عشرة أيام ، وذلك وفق الضوابط التالية :

JT-MWL 00246

– ٣٩ –

---

إحضار الموظف أو المستخدم تقرير طبي معتمد يفيد أنه كان منوماً بالمستشفى .

## القاعدة رقم ( ٢٣ ) الإجازة الاستثنائية :

يجوز بموافقة من الأمين العام أو من يفوضه منح الموظف أو المستخدم لأسباب معقولة إجازة استثنائية بدون راتب مدتها لا تتجاوز ستة أشهر خلال ثلاث سنوات خدمة ويجوز تمديدها إلى مدة لا تتجاوز ستة أشهر أخرى ولا تحتسب مدة الإجازة الاستثنائية من ضمن خدمة الموظف أو المستخدم ، وعليه دفع العائدات التأمينية المقررة على راتبه الشهري وما يطرأ عليه من زيادة ، ويشترط لمنح الإجازة أن يكون الموظف أو المستخدم قد أمضى في خدمة الرابطة سنتين على الأقل .

## القاعدة رقم ( ٢٤ ) الإجازة الدراسية :

يجوز أن يمنح الموظف والمستخدم إجازة دراسية بدون راتب إذا كان يحمل شهادة الثانوية أو ما يعادلها وفق الشروط التالية :

١ – أن يكون قد أمضى في الخدمة ثلاث سنوات بتقدير جيد على الأقل .

٢ – أن يكون لموضوع دراسته علاقة بالعمل في الجهة التي يعمل بها .

## القاعدة رقم ( ٢٥ ) إجازة أداء الامتحان :

للموظف أو المستخدم الحق في التغيب عن عمله براتب كامل المدة اللازمة لأداء الامتحان الدراسي بشرط موافقة الرابطة على دراسته وإشعار رئيسه المباشر قبل بدء الامتحان ، كما يلزمه إحضار ما يثبت

– ٣٨ –

JT-MWL 00247

النص مكتوب بخط اليد وغير واضح بما يكفي للقراءة.



**Beyond Words**

Translation | Interpretation | Consulting

Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us