# EXHIBIT 027

١-ترجمة الدستوى المالية ... بخة إلى اللغة الإنجليزية

The Secretariat General
Muslim World League
Holy Makkah
Saudi Arabia

# Financial Regulations

## Contents:

| Chapter One: | Definitions |
|---|---|
| Chapter Two: | Basic rules and regulations |
| Chapter Three: | Budget |
| Chapter Four: | Expenditure and revenue |
| Chapter Five: | Cash Advance and trusts |
| Chapter Six: | Accounts, records & closing accounts |
| Chapter Seven: | Rules governing procurement and implementation of works and services |
| Chapter Eight: | Stores / Warehouses |
| Chapter Nine: | Internal and external Auditing |
| Chapter Ten: | General Provisions |

Chapter one
Definitions

JT-MWL 00125

**Article (1):** This regulation is to be known as "The Financial Regulation of the Muslim World League." It contains the basic principles and rules governing financial transactions at the Secretariat General and affiliated departments, including the rules governing procurement, implementation of works and services, stores, and internal as well as external control. It consists of ten chapters.

**Article (2):** The expressions referred to in this regulations signify the implications placed opposite each expression. Thus:

<u>The League:</u>           = "Muslim World League"

<u>Headquarters:</u>         = Holy Makkah

<u>General Secretary:</u>     = General Secretary of the League

<u>Secretariat General:</u>   = The League's Headquarters in Holy Makkah

<u>Apparatus:</u>            = Departments and other offices attached to the Secretariat General, the World Supreme Council for Mosques, the Fiqh (Islamic jurisprudence) Council and such Islamic projects managed and supported by these bodies, i.e. hospitals, dispensaries, Islamic centers, relief and vocational training centers and all such departments that may come into existence in the future.

## Chapter Two
## Basic Rules & Regulations

**Article (3):** The General Secretary is the sole administrator of the 'League's' finances. However, he may designate any one of the Assistant Secretaries General, according to competence, to exercise this jurisdiction in accordance with the regulations. But, the Assistant Secretaries General are not entitled to designate this jurisdiction.

**Article (4):** The General Secretary is responsible for the effective administration and direction of the 'League's' resources towards serving and achieving its ends according to the regulations and directives in this regard.

**Article (5):** Financial officers: They are accountable to the General Secretary as far as implementation of both the rules contained in this regulation and the decisions and directives issued by the General Secretary in furtherance of the 'League's goals are concerned.

**Article (6):** Financial officers must not spend any amount exceeding the scope of this regulation without a written consent and a pledge by the General Secretary to bear the responsibility, in which case the issue must be brought to the attention of the competent departments.

1

JT-MWL 00126

**Article (7):** The detailed particulars of the draft budget and the closing account must be submitted within dates compatible with the financial directives.

## Chapter Three
## The Budget

**Article (8):** The draft annual budget represents the League's estimated annual fiscal program, earmarked for its activities.

**Article (9):**
The budget, which stretches through a period of one year, comes into effect as from the 1st of Rajab (the 7th month of the Arabic lunar calendar), and ends at the end of Jumadi al-Akhira (the 6th month of the Arabic lunar calendar).

**Article (10):**
The annual budget consists of both the estimated expenditure and revenue earmarked for the activities of the Secretariat General and its various departments.

**Article (11):** The 'League's' revenue is composed of the following:

A – Financial support given by the Saudi Arabian and other Islamic governments.

B – Donations and other subsidies, grants, legacy, endowments and gifts.

C - Dividends accrued from the 'League's' properties and investments.

D – Fees or endowments made in the 'League's' name.

E – Dividends of research and publications as well as other legitimate resources.

F – Savings made from the allocations of section three, earmarked exclusively for Da'wa (Islamic propagation), and which must not be spent on any other activities but Da'wa in the following year.

**Article (12):** The revenue and expenditure of the budget are estimated in Saudi Arabian Riyals.

**Article (13):** The estimated budget shall be divided into chapters and items as follows:

**Chapter (*One*):** This chapter shall be allocated for wages, lump sum compensations, fees, allowances and remuneration.

**Chapter (*Two*):** This chapter shall be allocated for administrative expenses, operation and maintenance.

2

JT-MWL 00127

**Chapter (*Three*):** This chapter shall be allocated for items specified for the expenditure of the Da'wa (Islamic propagation) programs of the Secretariat General and the 'Mosque fund' of the World Supreme Council for Mosques affiliated to the 'League'. It includes the employment structure and the expenditure of preachers working outside the headquarters in accordance to the preachers' regulations.

**Chapter (*Four*):** This chapter shall be allocated for construction works.

**Article (14):** The 'League's budget is drawn up according to the following steps:

A)  – During the month of Rabiul Awal (3rd month of the Arabic lunar calendar) of each year, the General Secretary issues a circular containing the following:

- The principles and purposes to be considered by the League's apparatus and branch offices, when preparing the budget estimate.
- Time-table for the preparation of the budget, which shall not contradict Article (7) of this "regulations".
- Information and particulars regarding the preparation of the budget.
- Already approved or newly sanctioned programs and projects that require implementation.

B)  – The draft budget shall be prepared by the planning and budgeting unit of the Secretariat General, after considering the estimates submitted by the various departments, together with relevant justifications on which the estimates are made.

C)  - The budget shall be submitted to the General Secretary, who, after approval, shall in his turn, submit it to the concerned party within the specific time limit.

**Article (15):**   The General Secretary alone is entitled to make necessary transfers between the items of a single chapter or between one chapter and another of the budget, excepting the following:

A)  –  Transfers shall not be made to items concerning wages and lump sum compensations, even though transfers not exceeding 10% may be made from the allocations of such items.

B)  – Transfers shall not be made from chapter (3) to any other chapter. However, transfers may be made to this chapter, provided it contains not enough funds to cover the expenses needed for a specific purpose.

C)  – Transfers between the items of the various chapters within the range of 50% of the original copy of the items of the section to which the transfer is made.

D)  – Transfers shall not be made between chapters (1) and (2) during Jaumadah Al-Ola and Jumada Al-Akhira (the 5th and 6th month of the Arabic lunar calendar). Any savings made from these two chapters shall be sent to the Ministry of finance at the end of the fiscal year.

**Article (16):** When necessary, and within the limits of the allocations in the original copy items, supply contracts may be divided unto several fiscal years.

3

JT-MWL 00128

**Article (17)** Should the approval of the budget be delayed up to the beginning of the new fiscal year, the allocations of the previous fiscal year shall remain in force temporarily. Reductions made in the draft budget should be regarded as actual reductions, while new allocations are considered as non-existing. In this case, only one part of 1/12th parts (of the surplus in the previous budget) shall be spent monthly.

**Article (18):** At the beginning of the fiscal year, and within the limit of the budget, the General Secretary shall issue directives including estimated allocations for the following:

A) – Allocations for preachers and the League's branch offices and agencies abroad.

B) – Assistance and subsidies given to Islamic institution, including Madrassah (Islamic schools), Islamic charities and individuals engaged in propagating the teachings of Islam outside Saudi Arabia.

C) - Islamic centers either subsidized or run by the 'League'.

D) - Clinics, hospitals, vocational training centers, refugee camps and temporary as well as permanent Islamic relief centers.

E) – Scholarships

F) – Other forms of subsidies, assistance and expenses earmarked for spreading the teachings of Islam.

G) – Expenses related to the 'Mosque Fund' of the Supreme World Council for Mosques such as the cost of:
- Running the Imams and Preachers Training Institute in Holy Makkah
- Building and renovating, as well as furnishing Mosques and paying the wages of the Imams (spiritual leaders) and Muezzins (callers to prayer) and servants.
- Costs of refresher courses on religious topics, the cost of which shall be as limited as possible.
- Costs of organizing the meetings of the World Supreme Council for Mosques.
- Miscellaneous expenses including the wages of teachers, and assistance and subsidies given to educational institutes that play a role in training the Imams, preachers and in reviving the mission of the Mosque.
- Subsidies related to the dissemination of the knowledge of the Holy Qur'an.

## Chapter Four
### Expenditure and Collection

**Article (19):** Expenses shall be attached to allocated items in the budget. Hence, expenses should not be attached to items for which allocations have not been made or to amounts bigger than the allocations earmarked before the transfer; and allocations shall not be used for purposes other than those they are allocated for.

JT-MWL 00129

**Article (20):** The finance department should correlate between expenses and the various allocated items, which shall be spent after completing the formalities. With regard to supply, services and construction works or letters of credit, correlation shall be made before either direct purchasing or naming a successful bidder.

**Article (21):** In case the funds correlated for supply or services contracts, or direct supply orders were not spent within the current fiscal year, they may be spent in deduction, at the expense of the items of the budget of the next fiscal year. However, the following must be taken into consideration:

A) – The value of the contracts should not exceed the amount of money allocated in the budget of the fiscal year during which the contracts were signed.

B) – Amounts attached to the contracts should not be used for any other attachments, and such amounts should not be transferred to allocations made for other items.

**Article (22):** Funds are spent following the approval of the General Secretary or an Assistant General Secretary in whom the General Secretary has vested this power, after submitting such credentials as bills, vouchers, documents and acknowledgements, most important of which are:
- Notes of delivery, minutes of checks up and delivery, committees, salvaged values and reports submitted.
- Original copies and enclosures of receipts.
- Original copies of coupons and hotel bills signed by the guest, endorsed and attached with relevant authorizations by the competent authority showing the type and duration of the hosting.
- Original copy of the memo of intake.
- Original copy of the decree of assignment.
- Travel ordinance attached with the approval of the competent authority, as well as counterfoils of the tickets.
- Application form for reimbursement of travel allowance signed by the employee and endorsed by the competent authority.
- Original copies of decrees concerning appointment, promotion, salary increments, letter confirming the commencement of duty and original copies of salary circulars etc. etc...
- Original copies of decrees concerning extra working time, remunerations and the various leaves of absence.
- Original copy of the report concerning extra working time.
- Original copies of decrees concerning scholarships, appointment of preachers and annual subsidies.
- Original copies of decrees concerning financial assistance offered once only.
- Original copies of decrees concerning deductions either from the monthly salary or wage (absence, leaves of absence).
- Bank notification. In case the notification contains more than one amount, a copy of each amount must be attached, showing the reference number and date of the document to which the original was attached.

5

JT-MWL 00130

- Copies of documents confirming that assistance, subsidies, donations and the various expenses have been delivered and spent on the approved purposes, and also copies of all the documents that allow settlement of such expenses to b e made gradually.

**Article (23):** Salaries, wages and allowances shall be paid out on the dates they are due. However, salaries of leaves of absence may be paid out before hand, and 50% of assignment allowances may be paid out in advance, and a settlement made upon completion of the assignment within the same fiscal year.

**Article (24):** Authorization order is the primary as well as the vital means by which any amount of money from the budget is spent; be it through the cashier or the banks or the Saudi Arabian Monetary Agency. The order must be in two duplicates i.e. original and a copy signed by the authorized persons, and given serial numbers in the daily entries ledger accordingly.

**Article (25):** Drafts are used in cashing amounts of money to the tune of twenty thousand (SR. 20,000) Saudi Riyals or less from the 'League's' treasury, while cheques are used when the need arises.

**Article (26):** All signatures against ordinances authorizing disbursement must be in ink. Stamps alone cannot be accepted as a means of acknowledging receipt of dues; it must be supported by a thumb print of either the beneficiary or his representative, whose identity must be verified.

**Article (27):** Any amendment to an order authorizing disbursement and attached documents must be signed by both the official who made the amendment and the Director of the Finance Department; and any amendment in the amount of a disbursement order must be signed by both the Director of the Finance Department and the comptroller.

**Article (28):** Settlement bonds shall be used to settle credits, voucher authorizations and any other accounting settlement.

**Article (29):** Assignment allowances or stipends must be disbursed according to the original decree. Should it contain the names of more than one person, a collective list should be prepared, whereby one or some of the persons named receive the amount on behalf of the others, by the virtue of a copy of the decree. In this case, reference must be made to the ref. No. and date of the original voucher with which the original decree is attached.

**Article (30):** When disbursement bills pertaining to transportation, portage and passport fees are not available, disbursement shall be made after endorsement either by the General Secretary or any of his assistants, according to the rates recognized in every city or region.

**Article (31):** With the permission of the General Secretary expenditure in the previous fiscal year may be discounted from the current fiscal year, provided there is a surplus

6

equal to the expenditure in question. He is also entitled to do so in cases of exclusion from the revenue.

Article (32):   Amounts paid out either by mistake or without due justification and recovered within the same fiscal year must be added to the items they were allocated for. However, if the retrieval was made within the next fiscal year, the amount should be added to the revenue.

Article (33): Specifically, the General Secretary is entitled to exercise the following jurisdictions:

(A) – Accept donations, grants, gifts, and conditional or unconditional charity not at variance with the aims and objectives of the 'League', and disburse them on the purposes intended by the donors.

(B) - Allow disbursement to be made by virtue of replacements of lost original documents after ascertaining that no previous disbursement of the same has been made, and after determining the party responsible for losing the originals, and preparing a minute by a committee comprising the Assistant General Secretary for Financial and Administrative Affairs, the Comptroller and the Director of the Finance Department.

(C) - Take decision concerning recommendations submitted by the committee responsible for rentals and purchasing of property on behalf of the League'.

(D) - Approve the selling or consumption of outdated and unwanted items, after the necessary formalities have been taken, and the relevant minutes has been prepared by the Comptroller, Director of the Finance Department and the Director of the warehouse.

(E) – Approve disbursements against Islamic research works and studies conducted through experts from outside the 'League'.

Article (34): The 'League's revenue, subsidies and investment yields shall be collected and deposited directly into its bank account and entered into the records.

Article (35): Amounts due to the League from other bodies shall be registered as receivables till they are actually received and relevant accounts are settled accordingly. ]

Article (36): When sums are given to the League through the cashier, an original receipt together with a copy, signed by both the concerned official and the director of the financial department, shall be issued. The original copy shall be handed over to the

JT-MWL 00132

person depositing the sum to take it to the cashier to receive the sum from him ; and the other copy shall be retained at the receipt file for future reference if need arises.

**Article (37):** Since receipt journal, in which receipts are serially numbered, is considered a valuable instrument, the cashier shall issue for any sum he receives a three-copy receipt (original and two copies). The original copy is usually given to the depositor; and the first copy together with the original payment order is attached to the file of the daily cash journal, while the second one is kept in the receipt file.

**Article (38):** The sums received by the cashier shall be deposited by him in the bank not later than a maximum of three days from the date of receipt.

**Article (39):** The League's cash shall always be subjected to periodical and sudden inspection and counting by appropriate persons, such as internal auditor, the director of the financial department, chief accountant, external auditor or any other person authorized to do so by the General Secretary. Counting of money at the safe shall also take place at the end of Jumada Al-Akhira and when another official assumes for any reason the responsibilities of the cashier.

**Article (40):** The cashier is fully responsible for any cash, checks, receipts, and other significant documents that are placed under his custody or trust. However, he is strictly prohibited from keeping sums other than those of the Muslim World League (Rabita). Furthermore, when their is a mistake or either deficit or surplus in the cash balances, the cashier shall be responsible for it; and he shall be accountable for the deficit and shall deposit the surplus balances to the cash safe and shall be referred – in all these cases – to the concerned person for investigation and explanation.

**Article (41):** The Secretary General may issue a decree to create trust fund, whose revenue are solely directed to meet the purposes of such trust funds as per special regulations to be laid down for them.

8

**Article (42):** All donations received, in cash or in checks, for specific purposes by any of the employees of the League or through any other means shall be deposited in a specific bank account and allocated in the account of trusts in the name of the purpose for which it has been donated. Moreover, no sum shall be paid out from such donations for purposes other than the ones specified by the donors themselves, and Articles of these financial regulations must be applied to them but special consideration must be given to the following:

- No person shall receive any sum or keep it in his possession or deal with it.
- Sums are either given to the cashier or deposited in the bank account.
- Cashier shall immediately deposit the sums in the accounts of trusts.
- The League shall print specific donation receipts with serial numbers and endorsed by its stamp; and receipts shall remain as trust in the custody of the cashier.
- When receipt donation books are given to a particular department, such matter shall be done as per a report to be retained by the cashier; and deposits of sum shall be done in the light of such report.
- Any donor, whether paid in cash or checks, shall be given a receipt, but in case of check donations, a letter of gratitude and a copy of bank deposit note shall be sent to him.
- The finance department shall retain a special for recording the details of each incoming check, such as number, date, name of beneficiary and donor, note acknowledging its actual credit to the concerned account.
- The finance department shall immediately deposit donation checks in the appropriate bank account after recording them in the trust account.
- The cashier shall deposit sums in the donation bank account as per detailed statement indicating the amounts, receipts number as stipulated in article (38)
- The departments that are in possession of donation receipts shall immediately hand them over to the cashier as per detailed statements accompanied by copies of such receipts.

**Article (43):** The Finance department shall not compensate any one of the League's employees for giving out of gifts, donation, whether in cash or in kind, whenever he participates in symposia, conferences or for performance of certain assignments or for

JT-MWL 00134

entertainment of himself or his escorts, unless there is prior written approval from only the Secretary General, provided that he should submit necessary reports and documents supporting such payments.

## Chapter Five

## Advances and Trusts

**Article (44):** The Secretary General or any authorized Assistants Secretaries General shall have the authority to allocate and give permanent advances to certain apparatus of the League or its offices inside the country or abroad as per the decision that specifies the amount of the advance, its purpose, means of compensation and date of repayment.

**Article (45);** The permanent advance shall be given to the directors of the offices or apparatus of the League for required disbursement as per written authorization from the responsible person heading the apparatus or office as the need arises, another advance shall be made immediately. But settlement of advance shall in any way be made at the end of the financial year in which the advance was given.

**Article (46):** The Secretary General or any authorized Assistants Secretary General shall sanction the payment of a temporary advance to purchase any item needed urgently, provided that the advance decision shall specify the purpose and relevant disbursement item as well as duration of settlement, which must not exceed the end of the fiscal year in which advance is given. However, no new advance shall be is given before the settlement of the previous one.

**Article (47):** The Secretary General may authorize at unspecific intervals someone to audit and review the status of trusts and advances in a manner that ensures their

10

JT-MWL 00135

proper management and regular settlement; and to submit accordingly a relevant report.

**Article (48):** Advance or trusts shall only be given to one of the employees of the League or Saudi embassies; and it shall only be spent on the specific purpose for which it has been sanctioned. And whoever behaves otherwise shall be held responsible. In all cases, reports and vouchers on an advance or trust shall be presented for approving either its disbursement or return in the same currency. Furthermore, the financial department is held responsible for the regular and up-to date follow-up of such a trust and advance together with its settlement before the end of the relevant fiscal year.

## Chapter Six

### Accounts, Records and Closing Accounts

**Article (49):** The chief accountant shall assume by himself or through other accountants the responsibility of keeping the books of accounts and records in serial numbers. He shall further be accountable for verifying that all transactions are recorded and all relevant entries are made properly and accountants never resort to erasing, crossing or adding any figure while they record entries in books and journals.

**Article (50):** The League shall employ in recording accounts two groups; one comprises the accounting books and journals and the other specimens:

A-The group of books and journals includes the following:

1- Journal or general ledger

2- Bank book (current account)

3- Bank book (specialized and diversified accounts)

4- Cash book( kept as per knowledge of accounts section)

5- Ledger of Cash book

6- Expenditure book

7- Revenue book

8- Accounts payables book (includes various types of trusts and payables)

11

JT-MWL 00136

9- Book of Individual Trusts and Advance

10-Book of Overall trusts

11- Book of Overall Trusts and Advances

12- Transfer Book

13- Check Account Book

14- Book for recording incoming checks

15-Subsidiary Book for financial Assistance

16-Subsidiary Book for Preachers

17-Subsidiary Book for Scholarships

18- Subsidiary Book for Qur'anic promotion Assistance

19- Book of the League's Offices Abroad

20- Books of Budgeted allocations (includes Mosque Secretariat – Fund of the World Supreme Council for Mosques)

21-Book of Mosque Expenditure Analysis

22- Book of Mosque Revenue Analysis

23- Store cards / records (kept by storekeeper)

24-Store Supervision Cards / Records (kept by financial department)

25- Asset Record

26- Records of Employee Rights (Under the care of personnel department)

B- The Attached records and specimens are as follows:

1- Payment Order

2- Receipt order

3- Cash Receipt

4- Donation Receipt

5- Transfer Form

6- Blank Check Format

7- Settlement Order

8- Cash Statement

9-Monthly Account Table

10- Payment Authorization Form

11- Settlement Authorization Form

12

JT-MWL 00137

This is in addition to other specimens and records that the League uses in dealing with various bodies. However, valuable publications and books are considered trust, held in charge of the director of financial department, who shall assure himself that they include all relevant information and serially numbered and that shall only be submitted after writing of a report , provided that no new blank book shall be give unless the old used one is returned and its information has been dully verified.

**Article (51):** The financial department shall prepare the monthly account table and provide the concerned departments with a copy thereof together with preparing the following:

A- Statement on budgeted item allocations, the actual portion expended and that approved to be paid as well as the balance of each item.

B- Statement on loans and advances.

C- Statement on sums retained as trusts.

D- Statement on returns.

These statements shall be submitted to the Secretary General not later than the tenth day of the next month. Furthermore, the chief accountant shall prepare a monthly report on the status of the  trusts and advances especially the ones that have been brought forwarded from previous years and reasons for failure to settle them.

**Article (52):** The General Secretary shall issue a decision to set up a committee to be chaired by an authorized Assistant Secretary General and to include in its membership the internal auditor, director of financial department, chief accountant, and representative of the external auditor. The function of this committee is to close accounts, prepare concluding  financial statements of the League (Rabita), that reflect its financial position, at the end of Jumadi Al-Akhira, but not later than 15th day of Sha'ban. The financial statements shall include details of the following:

1-Revenuses and expenditures from all sources.

2- Status as regards approved item allocations- original allocations- amended ones- actually paid ones and balances.

3- All assets and liabilities.

13

JT-MWL 00138

**Article (53):** The external auditor and his assistants shall at any time during the official working hours inspect all books, ledgers, records and documents, and to demand all statements and explanations that they deem necessary for their assignment.

**Article (54):** The external auditor shall audit, review, and analyze final accounting statements and balance sheet after due verification of vouchers, receipts, inventory control documents, and shall present to the General Secretary not later than 25 of Sha'ban (the 8th month of the Arabic lunar year) of every year a detailed report containing his remarks, recommendations and result of works; and issue subsequently his opinion on the final statements, indicating to what extent he is satisfied with the information and explanation that he might have demanded from the concerned departments of the League, and assuring himself of whether there is a system for keeping necessary books, ledgers, vouchers and documents as well as for employing an effective internal control system that covers all accounting and financial aspects.

**Article (55):** The Secretary General shall prepare not later than the 10th of Ramadan an adequate report about the activities of the League (Secretariat General, Fund of the World Supreme Council for Mosques,) as well as the works it has done during the financial year that ended, shedding light on the remarks made by the external auditor on the final accounting statements.

**Article (56):** The Secretary General shall present the report he made to the joint session of the Constituent Council and the World Supreme Council for Mosques which is convened annually.

**Article ( 57):** The concerned departments shall be supplied with a complete copy of the final statements, balance sheet, reports of both the Secretary General and the external auditor not later than the 10th of Shawwal ( the 10th month of Arabic lunar year) every year, provided that such departments shall be furnished with a copy of the Constituent Council's decree authenticating the final statements , as soon as it is issued.

JT-MWL 00139

# Chapter Seven

## Rules Governing Procurement

## and Implementation of works & Services

### First: Basic principles

**Article (58):** When the League acquires purchases, renders services or authorizes certain bodies to implement certain works, the following principles shall be observed:

(A) Equal chances shall be given to establishments and individuals in the seat country who are interested in financial dealing with the League and who satisfy the conditions that qualify them for such thing. However, no employee of the League shall be allowed to participate in such dealing whether by himself or through authorizing someone else to take part on his behalf.

(B) Adequate and unified information about the requested work, service or item shall be made available to all interested competitors at a specific time.

(C) The department concerned with cooperating with purchases apparatus , stores and financial department ( Planning & Budget) shall develop detailed specification of required properties; but with the exception of rare specialized equipment no indication shall be made to particular trade mark , type or circle .

(D) When acquiring purchases in the seat country, products of the Kingdom of Saudi Arabia shall be given preference over other ones. However, if purchases are to be secured by offices abroad, preference shall be given to the products of Muslim states, corporations, or Muslim individuals that satisfy the conditions and are sold at prices similar to other products.

(E) The acquiring of equipment or office materials shall be according to the set plan and within the approved allocations.

(F) No item, material or equipment shall be bought unless store departments are consulted and that it has been verified that the requested item is not available as per an official memorandum to be dully signed by the director of stores.

(G) Renting, or purchasing of office premises or dwelling units for meeting the needs of the League shall be made through a committee to be formed by a degree of the Secretary General and to include procurement department, financial department, internal auditor and a representative from the concerned body.

15

JT-MWL 00140

## Second: Purchasing, Work Implementation and Provision of services

**Article (59):** Securing of purchases, implementation of works, rendering of services shall be made by one of the following means:

(A) Direct purchasing within the range of 500000 riyals for the Secretariat General , but not more than 100000 Riyals for any one of the Assistant Secretaries General authorized by the General Secretary, who shall restrict such sum to a maximum of 30000 Riyals to be given to any one authorized by him from the directors of offices abroad or from apparatus outside the Secretariat General.

(B) Limited competition through inviting at least five competitors to submit their tenders.

(C) Public competition through publication in newspapers.

**Article (60):** Direct purchasing shall be by one of the following means:

(A) Making available three proforma invoices in order to select the appropriate.

(B) Purchasing from the only agent or directly from producing factory, or purchasing officially priced- items.

**Article (61):** There is no need for presenting preliminary guarantee, in the case of direct securing of purchases or that of open tender.

**Article (62):** Purchasing shall be made by a letter if the price of item to be acquired is within the range of 100000 Riyals or equivalent, but if the price exceeds that range, purchasing shall be done through supplying contracts. However, in both cases, specifications, conditions, prices, places of supplying and other necessary information shall be clearly specified.

**Article (63):** Cars and spare parts shall be secured from the authorized agent. However, when there are more agents, purchasing can be done through adopting the

16

principle of competition among them. But, the League may secure from a dealer, and not the agent, the requested item if the item is offered at a lower price and satisfies the conditions.

**Article (64):** The Secretary General shall have the right to accept a single offer for the supply of apparatus item if the of the League does not allow for re-inviting of tenders.

**Article (65):** The Secretary General shall have the right to increase the quantities stipulated in contracts by 10% or decrease them by 20%.

**Article (66):** No purchase of any item or acceptance of tender is taken into consideration unless there is a budgeted allocation for the value of the requested commodities.

**Article (67):** The Secretary General shall permit the securing of commodities through opening letters of credit if the requested commodities are not available in the local market.

**Article (68):** In case of opening of a letter of credit, 30% of the value of such letter may be retained; and shall only be paid back after the concerned body provides a certificate indicating that commodities have been supplied and installed as per conditions stipulated in the letter of credit.

**Article (69):** The Secretary General shall lay down the principles, instructions and procedures that organize the opening of letters of credit.

## Third: Rules Governing Submission of offers

**Article (70):** No offer shall be accepted and no contract shall be entered into accordingly unless conditions and specifications set by the League are fully met.

17

JT-MWL 00142

**Article (71):** According to information available the Secretariat General shall select who are to be invited to the competitive tendering. In this, it may resort to seek assistance from specialized bodies in the seat country or national or international foundations.

**Article (72):** Every offer shall be accompanied by the following:

    (A) A preliminary letter of guarantee within the range of 2% of the offer.

    (B) A copy of either the commercial registrar or business license in the seat country.

    (C) An authentication certificate by the Chamber of Commerce or a copy of a subscription document with the Chamber of Commerce.

    (D) Certificate for settlement of Zakat and income.

    (E) Any document requested or mentioned in the competition papers.

**Article (73):** In the case of limited competition, competitors are advised to submit their tenders through official letters, but in that of public competition, interested competitors are usually invited to submit their tenders through a newspaper advertisement. However, in both cases the last date for submission of tenders and the date and place of opening the tenders' envelops shall be fixed.

**Article (74):** Tenders shall be submitted in Arabic and in Saudi Riyal to the concerned body at the Secretariat General premises.

**Article (75):** The League shall have the right to sell the conditions and specifications according to which tenders are to be submitted, provided that number of copies printed, those sold and those remained shall be fixed as per a report, and the net proceeds shall be given to the cashier at the financial department together with a copy of that report.

**Article (76):** The tender shall include the list of price and source of commodities to be supplied and place of manufacture, provided that boycotting of Israel is taken into account.

18

JT-MWL 00143

Article (77): All submitted tenders shall remain effective till the date of deciding their status by declaring the accepted ones.

Article (78):  In consideration of the public interest, the Secretary General shall decide to encourage all aspects of competition between competitors so as to obtain the least price and best conditions and qualities.

Article (79):  In case of necessity, and after approval of Secretary General, less than five competitors are invited to submit their tenders so that the League may select from them the most appropriate one, provided that there should at least be three competitors.

Article (80): The owner of the accepted tender shall deposit within ten days from the second day of his informing about the acceptance of his tender a final guarantee of 5% of tender's value. However, if such owner fails to submit the requested guarantee, the League may grant him an additional period, not exceeding ten days. But, if he still fails to comply, the Muslim World League may have the option of either confiscating the preliminary guarantee or implementing at the owner's expense the tender and demand from him due compensation.

Four: Opening of envelopes containing Tenders, taking a decision, and declaring the successful bidders

Article (81): At the presence of representatives of the competitors, the tenders' envelops are opened at a specified hour and date. The tenders, which are numbered as per the normal fraction , where the numerator denotes the serial number of the tender and denominator denotes the total number of tenders, are signed, together with the attached documents, by the envelops opening committee , after due verification that every offer has satisfied all the required conditions.

Article (82): Any tender, which is not accompanied by the required guarantee letter or documents, or any one that is based on the deduction of a certain percentage from the

19

JT-MWL 00144

price of the lowest tender, or any one that includes reservations or that reached the League after the opening of tenders' envelops, shall be excluded from competition.

Article (83): Competitors whose tenders are excluded shall be refunded the temporary guarantees they paid, after completion of the tenders' acceptance procedures. But, they need not submit applications for such refund. Furthermore, a report, including the value of tender, guarantee, duration of supply source of commodities, other official documents, and any additional information the committee deems appropriate, shall be prepared and signed by all members of the committee.

Article (84): The lowest-priced tender shall be selected by tender inspection committee when conditions and specifications are equally met by the tenders submitted. However, the said committee may select the technically - best tender even if its price is higher, provided that the Secretary General approves such selection.

Article (85): The tender inspection committee shall have the right to seek assistance from a technical committee for appropriate evaluation of tenders; and for submitting of recommendations accordingly.

Article (86): The League shall have the right either to partially implement the offer or cancel it altogether in the following cases:

A- When exorbitant price is demanded.

B- When there is no need for the offer.

C- When public interest necessitates either cancellation or partial implementation of the offer.

Article (87): Through a decree the Secretary General shall appoint from among the staff of the Secretariat General two chairmen and members of both the envelope opening committee, and tender inspection committee as well as members of the technical committees, provided that the grade of the chairman of the envelope opening committee

JT-MWL 00145

shall not be less than ten and that of the chairman of the tender inspection committee not less than twelve.

### Fifth: Work Execution and Delay Fines

**Article (88):** The League may pay to contractors an advanced amount up to 10% of the contract value against an irrevocable letter of credit with the same value valid throughout the contract period – provided that this amount is deducted in installments as per salvage values and the remaining portion of the contract value shall also be paid in installments according to work progress and salvage value. However, the last installment shall be paid after work supervisors submit a report stating that work is accomplished according to conditions, specifications and contract terms.

**Article (89):** The financial department of the Secretariat General shall retain the final guarantee for the period of one year from the date of preliminary receipt. Moreover, the said department is held responsible for opening a special guarantee record that follows up their renewal before expiry and their release after due fulfillment of all formal procedures.

**Article (90):** The contractor shall be held accountable to repair any partial or total damage that may occur in the premises he has executed, for a period of ten years commencing from the date of handing over the said premises to the League, provided that damage could be traced back to execution defect, and that there is no agreement limiting accountability to a period less than ten years.

**Article (91):** Any contractor or contracted supplier working with the League may not partially or totally entrust the responsibility of the execution of a contract to a sub-contractor without a written approval from either the General Secretary or any authorized Assistant Secretary General. However, in case of such entrust both the contractor and the sub-contractor shall be jointly responsible to a third party.

**Article (92):** If a contractor fails to fulfill all or some of the terms of the contract, the Secretary General may impose delay fines on him according to the following terms:

21

a) In procurement processes, the delay fine is imposed at the rate of 1% of the value of the delayed work for each week of delay, provided that such fine shall not exceed 4% of the total value of the contract. However, contracts concluded for the supply of materials, installations of equipment or execution of public works' are considered public works contracts; and hence they should include a term to the effect that in delay cases, the delay fine stipulated normally in public works contracts shall be imposed.

b) In seeking of consultancy works and preparation studies and specifications, the delay fine is imposed at the rate of 1% of the value of the delayed work for each month of delay, provided that it shall not exceed 10% of the total value of the contract.

c) In the execution of operation and maintenance works, there shall be a periodic fine to be estimated in relation to the contract, provided that such fine shall not exceed 10% of the total value of the contract.

d) In the implementation of public work contracts, when a contractor fails to complete the work and hand it over in time and when the League does not see any necessity to withdraw the contract from him, he may be fined for the delay period, at a rate to be based on the average daily cost of the project, as follows:

- Fine for the first part of the delay duration at the rate of a quarter of the average daily cost for each day of delay till the longer of the two periods reaches fifteen days or 5% of the contract duration.

- Fine for the second part of the delay duration at the rate of half of the average daily cost for each day of delay till the longer of the two periods reaches thirty days or 10% of the contract duration.

- Fine for the third part of the delay duration at the rate of the average daily cost for each day of delay following the longer of the two periods referred to in paragraph (b), provided that the total fines imposed shall not exceed 10% of the contract value. However, if it is determined that the delayed part neither affect utilizing the work properly and does not cause any confusion in making use of any other utility nor leave a negative impact on the completed part of the work itself, the total fine shall not exceed 10% of the value of the delayed works.

JT-MWL 00147

Article (93): Due to compelling circumstances, beyond the control of contractor, the Secretary General may allow him an additional period to fulfill his commitments – after due payment of the fine stated in Article (92). However, if he fails to comply, the contract may be revoked, and the final guarantee confiscated and the execution of work done on his own account, together with, demanding appropriate compensation from him.

## Chapter Eight

## Warehouses

### First: Checking and receipt of items

Article (94): All items supplied to the League shall be temporarily received at the concerned section by one of its staff, who may be nominated for that task by the head of the said section.

Article (95): Items secured through the procurement department, shall be checked and received by a committee comprising the said department, the financial department and the concerned section. However, a committee set up by the head of the concerned section, may check and receive items, secured directly from permanent advances.

Article (96): All items secured to the League are received by the head of the concerned warehouse and registered in his name till they are either used or otherwise dispensed with.

Article (97): Items are kept in stores according to their nature, where less-used items, such as furniture are retained via special cards in places separate from those allocated for frequently used ones, such as the stationery or car spare parts.

Article (98): Registration in warehouses' cards and records is carried out from the real copies of incoming or outgoing orders as per the specimens approved by the

23

JT-MWL 00148

League's warehouses. Moreover, reports of checking, receipt or destruction of items shall be attached to the aforementioned specimens.

**Article (99):** All movable and fixed assets available at the League's headquarters and branch offices shall be numbered, but the newly purchased items shall be numbered immediately after their receipt.

## Second: Method of Item Receipt and Release

**Article (100):** Only items secured per specifications and accompanied by an authorization supply letter shall be received.

**Article (101):** Materials, tools and equipment secured for the immediate use or installation, such as wood, electric equipment, car spare parts and cleaning materials, may be received or released as per reports of checking, installation and demand.

**Article (102):** Assets secured for the League's apparatus or offices abroad shall be registered in the records of the general warehouse and their use shall be confined only to such offices and apparatus under whose names assets are registered till they are consumed or dispensed with formally. Managers of such apparatus and offices shall provide the League at the end of each year with the inventory control of such assets.

**Article (103):** Items shall only be released from the warehouse after provision of documents approved by the Assistant Secretary General Financial and Administrative Affairs and managers of offices and apparatus outside the Secretariat General, coupled with submission of special release memoranda, as per the relevant specimens and instructions.

**Article (104):** The Financial department shall immediately be provided with copies of the receipt and release memoranda to facilitate registering on cards or records with a view to establishing an effective receipt and release system for the present items in the

24

JT-MWL 00149

warehouse. Moreover, where a periodic inventory control of items is done to find out any possible discrepancy between their physical existence and the records. If there is discrepancy, it shall be discussed, and hence a relevant report shall be submitted to the Secretary General for necessary action.

**Article (105):** Assets and items are returned to the warehouse in the following cases:

a) When released materials are in excess.

b) When there is an error in the released items.

c) When Items are no longer used or required.

d) Left over stock, from operation, maintenance or otherwise.

e) Damaged and unusable items.

**Article (106):** In case of buildings (whatever small they may be), a preliminary receipt report substitutes the receipt and release memoranda, provided that the following special reports are made:

- A report at the end of the contract period, determining the accomplished works.

- A temporary receipt report to determine the extent of benefit when the contractor announces the completion of his work.

- A temporary receipt report to determine if there are possible defects or errors in the execution of work and the subsequent fines or deductions to be imposed.

- A final receipt report, after expiry of the period set for releasing the guarantee.

## Third: Items Consumption

**Article (107):** The warehouse man shall monitor the situation of each item and when an item reaches the minimum level, he shall accordingly report to the concerned circles in order to request more of the said item. Moreover, his report shall provide, from time to time, information as to the items not demanded and those remaining idle so as to enable the concerned parties to take necessary action.

JT-MWL 00150

Article (108): All items that are frequently or daily used, such as the stationery and library materials are recorded as consumables, once they are given to the party demanding them.

Article (109): The Secretary General or an authorized Assistant Secretary General shall form a committee to determine unusable, defective or excess items and to propose selling the good ones or destroying the bad ones through the standard procedures. Such items are then cancelled from the cards and records, after the General Secretary issues a relevant decision.

## Fourth: Inventory Control

Article (110): Inventory Control is the actual counting of all fixed and movable assets recorded in cards and documents with the view to knowing how many of them are available at the warehouses, at a certain time, and to determine whether there is a surplus or deficit of each item.

Article (111): Inventory control of the warehouses shall be carried out, at least, once a year before the end of the relevant fiscal year, by committees excluding in their membership the warehouse staff, who shall be present during such control. The formation of committees and fixing the timetable of inventory control are decided by the Secretary General or an authorized Assistant Secretary General. The result of the inventory control shall be attached in lists to the final accounts of League. Such inventory control shall also be carried out if another employee takes over, for any reason, the job of the warehouse man.

Article (112): Everyone who has any stock in his custody, whether he is a warehouse man, an employee at the warehouse or an official in any of the Rabita's apparatus, branches or offices, shall be totally responsible for any shortage that may occur to the stock in his custody or trust.

The Secretary General or any authorized Assistant Secretary General shall have the right to deal with any shortage or surplus that may occur, depending on the

JT-MWL 00151

recommendations of an ad hoc committee formed to investigate the matter. Such authority includes:

a) Crossing or removal of either the missing or defective items from the name of the employee assuming the custody, if it has been found that such missing or destruction was due to circumstances beyond control and not negligence.

b) Crossing out the missing or defective items and levying on the person responsible for them a fine to be determined by a committee other than the one that carried out the investigation, if such missing or destruction was due to negligence or indifference on his part.

## Chapter Nine

## Internal and External Auditing

## First: The Tasks of Internal Auditing

Article (113): The objective of internal auditing is to achieve effective monitoring on the League's money and follow up the discharge of its executive apparatus for their responsibilities and for evaluation of the results of their work.

Article (114): The Secretary General shall appoint qualified, efficient and honest internal auditor who shall work under his supervision and report directly to him and should be responsible for the following tasks:

a) To supervise accounts from both the income and expenditure aspects and verify that financial transactions and entries are made according to generally accepted accounting principles.

b) To audit the accounts of trusts, advances and trusts, as well as, that of gratuity, emphasizing that accounts and operations are maintained according to the generally accepted accounting principles.

c) To review warehouse records and documents, the processes of receipt, release, issuance, and collection of items, as well as disclosure of financial negligence and

JT-MWL 00152

violation cases and to discuss various aspects of the loopholes that led to such cases together with suggesting appropriate means for their remedy.

d) To review administrative procedures related to the personnel to ascertain absolutely that they conform to the approved budget and the standard administrative procedures.

e) To review contracts of the projects and programs to verify that their terms are fully met and that all the materials paid for are actually delivered to the designated sites.

f) To make sure that all the movable and fixed the League's assets are used for the purposes set by the concerned department, which should apply the necessary procedures that guarantee the proper management of such assets and consequently submit a report to the Secretary General about the final accounting statement.

g) To establish the truth that the standard financial and administrative regulations currently followed in the League are adequately implemented and are appropriate to cope with the development in the League's work, and to immediately submit his proposals to the General Secretary.

**Second: The Procedures Required for Achieving the Tasks of Internal**

**Auditing**

**Article (115):** To examine and to comment on records, books' accounts and vouchers.

**Article (116):** To attend the meetings of the envelope opening committees and participate in examining reports of the tender committees.

**Article (117):** To sign payment and settlement orders, after making sure that they conform to instructions and affix his name as a second signature on checks.

JT-MWL 00153

**Article (118):** To participate in the investigation of cases pertaining to damage of the League's property.

**Article (119):** To participate in the inventory control processes of cash and warehouses.

**Article (120):** To audit entries of budget allocations made in the appropriate books of budgetary control.

**Article (121):** To contact directly financial and administrative officials regarding the execution of his tasks.

**Article (122):** To submit to the Secretary General, quarterly reports about his tasks, remarks, opinions and proposals shedding the light on the problems that he encounters or those that hinder work.

**Article (123):** To present his viewpoint to the Secretary General, when he opposes a certain procedure or when dispute arises between him and the financial department.

**Article (124):** When the internal auditor is absent, the General Secretary may assign to the post a substitute, who must not be one of the staff of the financial department.

## Third: External Auditing

**Article (125):** The Secretary General shall nominate one or more competent external auditors for the Constituent Council to appoint one of them for one renewable year and to determine his fees in the authorization decree.

**Article (126):** Without prejudice to the supervision of the General Auditor's Court, the external auditor shall undertake the following tasks:

a) To inspect, review and audit validity and efficiency of all books, records and documents, for due validity and correctness to request the data, information and explanations that he deems appropriate for his work and to make sure that such instructions are ready and signed by the concerned authority.

29

JT-MWL 00154

b)  To check and verify Rabita's assets and liabilities.

c)  To compare the volume of work achieved within certain transactions and according to regulations and proceedings with those decided; and to disclose violations, if any.

d)  To examine the final accounting statement and prepare a report including analysis of its content, especially expenses, revenues, loans, advances and trusts.

e)  To submit to the Secretariat General quarterly reports, about the League's accounts.

Article (127) : It is not permitted to combine the job of the external auditor and the membership of the League's Constituent Council, the World Supreme Council for Mosques or any of their jobs.

Article (128): When the external auditor fails to do his job, he shall immediately submit to the Secretary General a report to that effect.

## Chapter Ten

## General Provisions

Article (129): The Secretary General may, in case of necessity, delegate some or all of the powers that he usually has to the Assistant Secretary General as per these regulations, to other senior officials in the League. However, he shall not, in all cases, delegate the powers confined only to him.

Article (130): Executive rules, expenditure vouchers, financial instructions, and standard specimens are a complementary part of these regulations. However all departments and apparatus are strictly prohibited to print or use any other financial publications, except through the financial department and per a resolution of the Secretary General, after making sure that such publications are complete and serially numbered.

JT-MWL 00155

**Article (131):** Rabita's apparatus, offices or departments may not make a decision, which may result in financial obligations that have no budgetary allocations. Likewise, it is not permissible to adopt any project or declaration from the League's Constituent Council or the World Supreme Council for Mosques before securing the budgetary allocations required for its execution.

**Article (132):** The Secretary General issues a resolution determining the tasks and functions of each of the League's departments or apparatus, as well as stipulating the necessary conditions that shall be met for continuity of paying out various assistance in the fields of Islamic Call Propagation (Da'wah), revival of the Mosque's Message, as well as, education and culture, especially the honoraria of students, teachers and preachers...etc

**Article (133):** Accounts of the Supreme Council for Mosques' fund are part and parcel of the League's accounts and at the end of each year a consolidated accounting statement and balance sheet is prepared.

**Article (134):** These regulations annul all previous ones.

**Article (135):** All issues not tackled in these regulations are treated with a resolution from the Secretary General based on the standard rules, instructions and orders, after due agreement with the bodies that have ratified such regulations. However, no amendment of any term of the regulations shall be made unless it is approved by the said bodies. But, amendments, when approved, shall take into consideration the financial decrees issued.

**Article (136):** These regulations shall be put into effect on a temporary basis, per a resolution from the Secretary General, commencing 1/7/1406H, until they are presented to the concerned authorities for final ratification.

JT-MWL 00156