# EXHIBIT 028

**FINANCIAL REGULATIONS**

**OF THE MUSLIM WORLD LEAGUE**

**1422 AH (2001-2002 CE)**

JT-MWL 00157

**In the name of God, the Most Gracious,
the Most Merciful**

**Financial Regulations
Table of Contents**

**Chapter One:**         **Definitions**

**Chapter Two:**         **Essential Regulations**

**Chapter Three:**       **Budget**

**Chapter Four:**        **Disbursement and Collection**

**Chapter Five:**        **Advances**

**Chapter Six:**         **Accounts, Records, and Final Financial
Statements**

**Chapter Seven:**       **Regulations for Procurement and Imple-
mentation of Works and Services**

**Chapter Eight:**       **Warehouses**

**Chapter Nine:**        **Internal and External Oversight**

**Chapter Ten:**         **General Provisions**

JT-MWL 00158

## CHAPTER ONE
## DEFINITIONS

(1)  These regulations are entitled "Financial Regulations of the Muslim World League" and consist of the rules and regulations that govern the financial operations of the Secretariat General and the apparatus under it. They include regulations for procurement, the implementation of works and services, warehouses, and internal and external oversight. The Secretary-General issues orders to implement these regulations, resolutions, and directives as necessary to organize financial procedures.

(2)  When the following terms appear in the regulations, they refer to the meanings here elucidated:

| | |
|---|---|
| **The League:** | the Muslim World League |
| **Headquarters:** | Mecca |
| **The Secretary-General:** | the Secretary-General of the Muslim World League |
| **The Secretariat General:** | The Secretariat General of the Muslim World League, headquartered in Mecca. |
| **The Apparatus:** | the departments and offices of the League's Secretariat General, the council of mosques, and the Fiqh council, and the Islamic projects that they manage. These include mosques, clinic, hospitals, Islamic centers, centers for relief or vocational training, and any future apparatus that are established. |

## CHAPTER TWO

-5-

JT-MWL 00159

## ESSENTIAL REGULATIONS

(3) The Secretary-General has sole responsibility for the League's finances and related expenditures. As necessary and taking into consideration their areas of specialization, the Secretary-General will appoint agents to implement these duties in accordance with these regulations.

(4) The Secretary-General is responsible for using the League's funds efficiently in pursuit of its goals and in accordance with its structure and regulations.

(5) Financial officers are accountable to the Secretary-General for implementing the regulations set out by the regulations, resolutions, and directives he issues.

(6) The League's Constituent Assembly shall constitute an Executive Committee presided over by the Secretary-General. Its members shall consist of the assistant secretaries, along with three of members of the Assembly. The Executive Committee shall approve the end-of-year balance sheet and review the Secretary-General's yearly report. The Executive Committee shall also investigate that with which the Secretary-General has charged the Assembly and the reports and matters that he has assigned to the Committee. The Executive Committee shall present its resolutions to the Constituent Assembly at its next session.

(7) It is incumbent upon the financial officers to abstain from any expenditures that transgress these regulations, except when expressly ordered in writing by the Secretary-General on his own responsibility.

-6-

## CHAPTER THREE
## BUDGET

(8) A budget shall be drafted on a yearly basis to project costs for the League and its apparatus to realize the goals for which they were established.

(9) The budget shall remain in effect for one fiscal year whose beginning and end matches that of the general state budget of the country in which the League is headquartered.

(10) The budget shall include all the anticipated expenditures and revenue related to the operations of the Secretariat General and its apparatus.

(11) The League's revenue consists of:
   a) The support provided by the government of the Kingdom of Saudia Arabia, as well as the aid from other Muslim countries.
   b) Donations, grants, bequests, and gifts.
   c) Yields from properties and investments, and any proceeds resulting from related activities
   d) Fees or waqf endowments designated for the League.
   e) Income from research, publications, or other materials.
   f) Economies realized in budgetary allocations.

(12) Expenses and revenue will be valued in Saudi Riyal.

(13) The budget will be divided into sections and line items as follows:

**Section one:** appropriates funds for salaries, wages, allowances, bonuses, and anything that falls within these line items.

**Section two:** appropriates funds for administrative expenses, maintenance, and repairs.

-7-

JT-MWL 00160

**Section three:** appropriates funds for expenses related to Islamic proselytizing, in addition to expenses related to studies, research, conferences put on by the League, and the World Supreme Council for Mosques Fund.

**Section four:** appropriates funds for construction projects.

(14) The budget shall be drafted according to the steps outlined in the operational rules and resolutions promulgated by the Secretary-General.

(15) The Secretary-General alone can redistribute allocations as necessary from one line item of the budget to another.

(16) If a new budget has not been passed by the beginning of the fiscal year, work may temporarily continue using the previous year's appropriations. In such cases, the reduction in appropriations of the draft budget should be taken into account and considered as actually having been implemented, new appropriations should not be taken into account, and whatever is spent from the estimated appropriations should be calculated as evenly distributed over the course of twelve months.

(17) At the beginning of the fiscal year, the Secretary-General shall issue a resolution to appropriate the League's budget.

# CHAPTER FOUR
## DISBURSEMENT AND COLLECTION

(18) The League shall manage expenditures through its Finance Department in accordance with the line items outlined in the budget and the requisite regulatory procedures. The League may not incur expenses for which no allocations have been made in the budget or that exceed the amount allocated for that line item. Additionally, appropriated funds may not be used for purposes other than the ones specified in the budget.

The League must draw up contracts for procurement, services, constructions, and letters of credit before direct procurement or awarding a contract.

(19) Expenses shall be incurred after approval by the Secretary-General or his designee, and after presenting any relevant bills, documents, or statements as specified in the operational rules.

(20) The appropriations process is the only way to spend funds from the budget.

(21) Adjustment vouchers shall be used to settle the League's various accounts.

(22) The Secretary-General can permit an expense incurred in the previous fiscal year to be deduct from the current fiscal year or to be excluded from the revenue.

(23) The Secretary-General has the following specific authorities:

a) Accepting conditional and unconditional donations, grants, bequests, and gifts that align with the League's goals and mission. Written approval from the Secretary-General is required to spend from these funds and must be on expenses for which they were designated and in line with the intentions of the donors.

-8-

-9-

JT-MWL 00161

b) Approving disbursement vouchers to replace losses incurred in cases where original receipts were lost. The Secretary-General can approve the voucher after the Department of Financial Affairs has confirmed that no previous settlements or vouchers were issued. Additionally, a committee consisting of the Director for Financial and Administrative Affairs, the comptroller, and the Director of the Department of Financial Affairs shall issue a report outlining who bears the responsibility for the loss and reasons for it. The Secretary-General can exempt cases at his discretion.

c) Working on developing the League's resources and investing its funds and property.

d) Deliberating on the recommendations of the constituent committees to purchase or lease offices, property, or living quarters to meet the needs of the League.

e) Approving expenses related to the Islamic research and studies that the League undertakes and that require on external scientific capacity, skills, and expertise.

f) Presenting subsidies and awards to persons, foundations, and Islamic schools that have a positive impact on Islamic proselytizing and solving problems that Muslims face.

(24) The League shall obtain revenue, aid presented to it, and returns on investments by their direct deposit in the bank accounts specified for that purpose. The deposits shall be substantiated in the League's financial records.

(25) The Secretary-General alone shall establish funds for specific purposes whose resources shall be set aside for those purposes in accordance with the provisions he issues.

-10-

(26) All donations made to the League for specific purposes shall be deposited in a separate bank account named for the designated purpose. The Office of the Secretary-General shall keep the records for these accounts and withdrawals shall only be permissible with written authorization from the Secretary-General.

(27) Employees may not be reimbursed for gifts, in-kind or monetary donations to participate in seminars, conferences, or hosting a visitor, or other similar activities without prior written approval from the Secretary-General and without presenting receipts and other supporting documentation.

-11-

JT-MWL 00162

## CHAPTER FIVE
## ADVANCES

(28) The Secretary-General and those whom he designates have the authority to disburse advances to the League's employees, apparatus, domestic and international offices, and centers.

(29) The Secretary-General and those whom he designates have the authority to disburse advances temporarily to guarantee urgent needs.

(30) Advances may not be disbursed to those who have not reconciled previous advances, except in exigent circumstances and with the permission of the Secretary-General himself.

(31) Advances are only permitted for specific purposes and may only be given to League employees or offices abroad.

-12-

## CHAPTER SIX
## ACCOUNTS, RECORDS, AND FINAL FINANCIAL STATEMENTS

(32) The department of financial affairs must keep the required records and accounting books as outlined in the rules of operation so that the League's financial center can have knowledge of:

a)   The League's revenue.
b)   The League's expenses.
c)   The financial position of each line item.
d)   The available funds in banks.
e)   The balances and details of interest-free loans.
f)   The balances and details of trusts.

(33) During the course of their official review, the external auditor and his associates should review all the records and vouchers and request the data and explanations that they deem necessary to fulfill their duties.

(34) An external auditor shall review and analyze the end-of-year balance sheet with all that it may require in terms of investigating documents, inventory, etc. He shall present a detailed report to the Secretary-General with the results of his review, his observations, and his recommendations. The external auditor shall prepare a certificate confirming the veracity of the data in the end-of-year balance sheet and explaining the extent to which he is satisfied with the explanations and information he requested from the relevant agency. The certificate shall also attest to the existence of accounting, documentation, and internal monitoring systems that encompass the League's fiscal and accounting behaviors. This should take place within ten days of the issue of the end-of-year balance sheet.

-13-

JT-MWL 00163

(35) At the end of the fiscal year, the Department of Financial Affairs shall prepare a detailed report of the League's operations (the League's Secretariat General, the World Supreme Council for Mosques Fund). The report will include a response to the external auditor's observations and the observations that the comptroller made on the end-of-year balance sheet within a month of receiving the auditor's report.

(36) The Secretary-General shall present the financial report to the Executive Committee and then to the League's Constituent Assembly and the World Supreme Council for Mosques at the next session of each body.

## CHAPTER SEVEN
## REGULATIONS FOR PROCUREMENT AND IMPLEMENTATION OF WORKS AND SERVICES

(37) The following rules and regulations shall be observed during procurement of goods or services:

a) No person employed by the League shall take part in the bidding process, whether personally or by proxy.

b) All applicants must be given complete and consistent information about the goods or services solicited and must have access to the information in a timely manner.

c) The purchase or lease of offices, property, and living quarters to meet the needs of the League within the host country shall be undertaken by a committee formed by a resolution of the Secretary-General. It shall consist of the services and financial departments, the comptroller's office, the property management office, and a representative of the relevant agency. Outside of the host country, the committee shall be made up of the office's director and accountant, with participation from the Embassy of Saudi Arabia to the extent possible and with the approval the Secretariat General.

d) Additional conditions are outlined in the operational rules.

(38) The procurement of goods and services shall be undertaken by one of the following means:

a) Direct procurement for up to five-hundred thousand Saudi riyals with approval of the Secretary-General, or for up to two hundred thousand Saudi riyals for employees the Secretary-General authorizes. The Secretary-General shall outline the allowable amounts of no more than 20,000 riyals for the office directors and apparatus outside the purview of the Secretariat General that he authorizes.

-14-

-15-

JT-MWL 00164

b) Public competition by soliciting bids from no fewer than three applicants.

c) Public competition by soliciting bids through a public announcement in the press.

(39) Direct insurance shall be acquired in one of the following ways:

a) Under at least three pricing schemes, not to exceed thirty thousand riyals, and with the exception of that which the Secretary-General deems appropriate.

b) From the sole agent, directly from the manufacturer, or from officially priced items.

(40) The purchase of insurance valued at 100,000 riyals or less shall be made pursuant to a letter from an authorized official or by supply contracts for amounts exceeding 100,000 riyals. In either case, the specifications, conditions, price, place of supply, and other essential information shall be determined beforehand.

(41) The Secretary-General may accept a single offer if it is within the League's best interest not to allow the resubmission of competitive bids.

(42) The Secretary-General has the right to increase or decrease the amounts contracted for supply by twenty percent (20%).

(43) The Secretary-General may authorize insurance by means of letters of credit should there be a lack of the needed capital in the local market.

(44) The Secretary-General shall issue notices and the regulatory procedures for appropriations.

(45) In the public interest, the Secretary-General may decide to conduct a competitive exercise among bidders on a contract in order to obtain the option that is the most cost-effective and provides the best conditions and quality.

-16-

(46) The Secretary-General and those whom he delegates may divide the break down the process or cancel it in the following circumstances:

a) If prices were overestimated.

b) The process is no longer needed.

c) If it was in the public interest to do so.

(47) The Secretary-General shall select the chairmen and members of the Committee for the Opening of Proposals and the Committee for Evaluating Bids, and the members of the functional committees. The Chairman of the Committee for the Opening of Proposals shall not be of a rank lower than ten or its equivalent; the Chairman of the Committee for Evaluating Bids, twelve or its equivalent.

(48) The Secretary-General has the right to enforce late fees as outlined in the operational rules or in the contracts, just as he has the right to pardon them in part or in whole if he is persuaded by the justifications for the delay.

(49) The Secretary-General may, under urgent, compelling circumstances outside the control of the contractor, grant a grace period for the contractor to fulfill his duties. If at the end of the grace period he still has not fulfilled his duties, he shall incur a late fee, stop all work, and be held liable for the costs incurred.

-17-

JT-MWL 00165

## CHAPTER EIGHT
## WAREHOUSES

(50) Warehouses shall undergo a physical inventory count at least once per year before the end of the fiscal year. The inventory count shall be undertaken by committees consisting of persons not employed at the warehouse. A physical inventory count must also be undertaken if a new warehouse keeper is put in place for any reason.

(51) In the instance of any discrepancies in the inventory, and based on the recommendations of the committee, the Secretary-General and those whom he delegates may make decisions regarding the investigation into the matter.

## CHAPTER NINE
## INTERNAL AND EXTERNAL OVERSIGHT

**Firstly: Internal Oversight**

(52) **The goal** of internal monitoring is to implement effective monitoring of the League's assets, monitor its executive departments' performance with respect to their responsibilities, and evaluate its operational outcomes.

(53) The comptroller, appointed by the Secretary-General for his competence and integrity and reporting directly to the Secretary-General, has the following duties:

a) Monitoring the League's accounts in terms of both revenue and expenses, ensuring that financial and accounting practices are systematized and conform to the established rules and procedures.

b) Reviewing the accounts for deposits, trusts, advances, and end-of-service indemnities and ensuring that the accounts and associated transactions comply with established regulations.

c) Reviewing the records for the warehouses and their inventory, procurement processes, expenditures, and collection to uncover acts of negligence or financial violations. The comptroller will then investigate the shortcomings that led to the negligence or violations and make recommendations to resolve those issues.

d) Reviewing the administrative procedures related to employee affairs to ensure that it conforms to the appropriated budget and the established administrative procedures.

e) Reviewing contracts to ensure that projects and programs proceed according to the contracts and that all sums paid reached the intended destination.

JT-MWL 00166

f) Ensuring that all the League's moveable and immoveable property are being used for the intended purpose set out by the competent authority. The comptroller also ensures that the relevant department have procedures in place to safeguard the assets. Additionally, he presents a report on the end-of-year balance sheet to the Secretary-General.

g) Monitoring the applicable systems and financial and administrative regulations governing the League to ensure their implementation, sufficiency, and alignment with the developments that arise within the League's operations. The comptroller will also present proposals to the Secretary-General on an ongoing basis.

(54) In the absence of the comptroller, the Secretary-General will designate someone to fulfill his duties, so long as that person is not an employee within the Department of Financial Affairs.

**Secondly: External Oversight**

(55) One or more external auditors that meet the statutory requirements shall be appointed for a period of one year with the possibility of extension. The Secretary-General shall determine their remuneration.

(56) The external auditor shall not be permitted to perform the work of the external auditor at the same time as the work of the members of the League's Executive Committee, the World Supreme Council for Mosques or any of its subsidiaries, or any of the League's employees or departments.

## CHAPTER TEN
## GENERAL PROVISIONS

(57) In exigent circumstances, the Secretary-General may delegate part or all his authority, except in matters for which it has expressly been written that he alone shall have authority. Those to whom the authority has been delegated may not delegate the authority to another.

(58) The operational rules, code of conduct, financial directives, and prescribed models that the Secretary-General issues shall be considered part of these regulations.

(59) No agency, office, or department shall make decisions with financial implications that do not have corresponding appropriations in the budget. Likewise, no project or program shall be launched until after the necessary provisions for its implementation have been appropriated.

(60) The accounts of the World Supreme Council for Mosques Fund are an integral part of the League's accounts and budget and at the end of each year, a final account and a statement of financial position for the Fund shall be drawn up.

(61) Anything not outlined in these regulations that is amended by a resolution of the Secretary-General shall be presented to the Executive Committee for approval.

(62) *The Secretary-General shall issue a resolution to issue regulations for [unread] offices.*

(63) These regulations shall be put into practice after being adopted by the League's Constituent Assembly and promulgated by the Secretary-General and shall thereby nullify all previous regulations.

-20-

-21-

الجمهورية العربية الإسلامية

١٤٢٥ه

المكتب التنفيذي:

JT-MWL 00157

بسم الله الرحمن الرحيم
اللائحة المالية
وتشتمل على الفصول الآتية

الفصل الأول :       تعريفات

الفصل الثـــاني :    ضوابط وأحكام أساسية

الفصل الثـــالث :    الميزانية

الفصل الرابـــع :    الصرف والتحصيل

الفصل الخامس :     السلف والعهد

الفصل السادس:      الحسابات والسجلات والحسابات الختامية

الفصل السابع   :    قواعد تأمين المشتروات وتنفيذ الأعمال والخدمات

الفصل الثـامن  :     المستودعات

الفصل التاســـع :    الراقابة الداخلية والخارجية

الفصل العاشـــر:     أحكام عامة

JT-MWL 00158

Case 1:03-md-01570-GBD-SN   Document 11987-28   Filed 04/15/26   Page 15 of 24

# الفصل الأول
# تعريفات

(١) : تسمى هذه اللائحة ( اللائحة المالية لرابطة العالم الإسلامي) وتتضمن الأسس والقواعد التي تنظم المعاملات المالية في الأمانة العامة ، والأجهزة التابعة لها وتشمل قواعد تأمين المشتروات وتنفيذ الأعمال والخدمات والمستودعات والرقابة الداخلية والخارجية ويصدر الأمين العام القواعد التنفيذية لهذه اللائحة والقرارات والتعليمات التي يراها ضرورية لتنظيم الإجراءات المالية .

(٢) : يقصد بالألفاظ الواردة في هذه اللائحة المعاني الموضحة أمام كل منها :

| | |
|---|---|
| **الرابطة:** | رابطة العالم الإسلامي |
| **المقر:** | مكة المكرمة |
| **الأمين العام:** | الأمين العام لرابطة العالم الإسلامي |
| **الأمانة العامة:** | الأمانة العامة لرابطة العالم الإسلامي ومقرها مكة المكرمة. |
| **الأجهزة:** | الإدارات والمكاتب بالداخل والخارج للأمانة العامة للرابطة وأمانة المساجد والمجمع الفقهي والمشاريع الإسلامية التي تديرها أو تنفق عليها أو تشرف عليها كالمساجد والمستوصفات والمستشفيات والمراكز الإسلامية ومراكز الإغاثة والتدريب المهني وما قد ينشأ مستقبلاً من أجهزة أخرى. |

— ٥ —

JT-MWL 00159

## الفصل الثالث
## الميزانية

(٨) : مشروع الموازنة التقديرية هو البرنامج المالي السنوي التقديري للرابطة وأجهزتها لتحقيق الأهداف التي أنشئت من أجلها .

(٩): تعتبر الموازنة التقديرية نافذة لمدة سنة مالية واحدة تتفق بدايتها ونهايتها مع الميزانية العامة لدولة المقر .

(١٠): تتضمن الموازنة التقديرية جميع المصروفات والإيرادات المقدرة لمقابلة أوجه عمل الرابطة التي تقوم بها الأمانة العامة وأجهزتها .

(١١) : تتكون إيرادات الرابطة من :

(١): الدعم الذي تقدمه لها حكومة المملكة العربية السعودية والإعانات التي ترد لها من الدول الإسلامية الأخرى.

(٢): التبرعات والإعانات الأخرى والمنح والوصايا والهبات والهدايا.

(٣): ريع أملاكها أو استثماراتها وما ينتج عن التصرف فيها .

(٤): الرسوم أو الوقف الذي يحدد لصالحها .

(٥): ريع البحوث والمطبوعات وأية موارد أخرى.

(٦): الوفورات المتحققة من اعتمادات أبواب الميزانية.

(١٢): يتم تقدير إيرادات ومصروفات الموازنة التقديرية بالريال السعودي.

(١٣): تقسم الموازنة التقديرية إلى أبواب وبنود على الوجه التالي:

**الباب الأول** :   ويخصص لبنود الرواتب والرواتب المقطوعة والأجور والبدلات والمكافآت ومافي حكمها .

**الباب الثاني** :  ويخصص لبنود المصروفات الإدارية والتشغيلية والصيانة.

— ٧ —

## الفصل الثاني
## ضوابط وأحكام أساسية

(٣): الأمين العام هو المسؤول وحده عن أموال الرابطة وآمر الصرف فيها، وله عند الاقتضاء أن يفوض من يراه من منسوبي الرابطة كلا حسب اختصاصه في ممارسة هذه الصلاحية وفقاً لأحكام هذه اللائحة.

(٤): يتولى الأمين العام مسؤولية الاستخدام الفعال لأموال الرابطة وتوجيهها التوجيه السليم لخدمة وتحقيق أهدافها وفقاً لنظامها ولوائحها.

(٥) : الموظفون الماليون مسؤولون أمام الأمين العام عن تطبيق أحكام هذه اللائحة والقواعد التنفيذية والقرارات والتعليمات التي يصدرها الأمين العام تنفيذا لأحكامها .

(٦): يكون المجلس التأسيسي للرابطة لجنة تنفيذية برئاسة الأمين العام للرابطة . وعضوية الأمناء المساعدين ، وثلاثه من أعضاء المجلس ، وذلك لاعتماد الحسابات الختامية للرابطة ، والنظر في التقرير السنوي للأمين العام ، وما يكلفها به المجلس ، أو يحيله إليها الأمين العام من تقارير وقضايا ، وتعرض اللجنة قراراتها على المجلس في أول اجتماع تال له.

(٧) : على المسؤولين الماليين الإمتناع عن صرف أي نفقة تنطوي على تجاوز هذه اللائحة إلا بأمر كتابي من الأمين العام وعلى مسؤوليته.

— ٦ —

JT-MWL 00161

الممنوعة المحظورة.

(٨١) : قيام الجمعية العامة بوضع القواعد اللازمة لتنظيم الاستثمار المالية بالعملة المحلية أو الأجنبية المقررة لها.

بحيث يراعى الاستثمار بالعملة نوعين أو أكثر، ومن هذه الاستثمارات ما يكون قصير الأجل، والاستثمارات المتوسطة أو طويلة المدى، حسب طبيعة كل نوع، وتتم هذه الاستثمارات من خلال المؤسسات المالية المقررة لها في ضوء ما.

(١٧) : أن يتم تكوين الاحتياطي المالي العام من خلال الجمعية العامة من نسبة من الأموال أو من أية جهة أخرى.

(٠١) : قيام الجمعية العام بوضع خطة واضحة للاستثمار المالية في ضوء إمكاناتها المالية بما تقرره الجمعية العامة.

(١٣) : أن تقوم الجمعية العامة بوضع استراتيجية مالية لتحقيق أهدافها في المجالات الآتية: تنمية الموارد المالية.

الحد من النفقات.

استخدام أية فوائض مالية متاحة للاستثمار من خلال المؤسسات المالية المقررة من الجمعية العامة.

حسن إدارة: استثمار الأموال الفائضة بكفاءة

( ١ ) : قيام الجمعية العامة بإعداد الميزانية والحساب الختامي للجمعية.

(١١) : تقديم الميزانية عن كل عام للمجلس التنفيذي للمجلس:

التنفيذي.

أن الميزانية السنوية للجمعية تعرض ، مرفقاً بها الحساب الختامي.

(٢١) : على المجلس التنفيذي أن يقوم العامة بعرض جميع بنود الموضوعات المالية.

(١٣) : تتولى إدارة الجمعية عن طريق المجلس التنفيذي المكونة من المختصين.

(٠٤) : أن الجمعية العامة هي التي تعتمد التقارير السنوية المقررة لها في ضوء الإمكانات.

الميزانية التقديرية عن حساب الجمعية السنوي بصفة عامة.

(١٥) : على العامة الاطلاع على أية استثمارات الجمعية العامة ١ ما إذا كانت عن طريق الاستثمار عن الاستثمار في ضوء الموجودة ١ ما للجمعية:

حسن إدارة استثمار الأموال الفائضة بكفاءة ١ وضمان

عدم الاستثمار الاستثمارية.

١ بحيث يجوز لها عن الاستثمار أن تطبيق الاستثمار عن طريق ورق المؤسسات المقررة من الجمعية العامة بما يحقق استثمار الاستثمار في ضوء إمكاناتها المالية المتاحة.

(٦١) : أن الاستثمار عن أية استثمار للجمعية الميزانية المقررة لها في ضوء.

الجمعية العامة
الإدارة العامة

Case 1:03-md-01570-GBD-SN   Document 11987-28   Filed 04/15/26   Page 18 of 24

JT-MWL 00162

المشـروطة وغيـر المشـروطة التي تتـفق مع أهداف الرابطة ورسالتها ويتم بأمـر كتابي منه الصرف منها على الأغـراض المخصصة لها وما قصده متبرعوها أو دافعوها منها .

**(ب):** الموافقة على إجازة الصرف بموجب بدل مفقود للمستندات الأصلية المفقودة بعد التأكد من قبل إدارة الشؤون المالية بعدم سبق التسوية أو الصرف وتحديد المسؤولية عن أسباب الفقد بموجب محضر يعد من قبل لجنة مكونة من المدير العـام للشـؤون الماليـة والإدارية والمراقب المالي ومـدير إدارة الشؤون المالية ، ويستثنى من ذلك الحـالات التي يقـدرها الأمين العام.

**(ج):** العمل على تنمية موارد الرابطة وتوظيف ممتلكاتها وأموالها ، بيعاوشراء ومعاوضة واستثماراً بما يكفل مصلحة الرابطة.

**(د) :** البت فـي توصيـات اللجـان المكونة لاستئجـار وشراء المكاتب والعقار والمساكن لمقابلة احتياجات الرابطة.

**(هـ):** الموافـقة على الصرف على الأبحاث والدراسات الإسـلامية التي تقـوم بهـا الرابطة والتي تعـتمـد على قـدرات علمـية ومهارات وخبرات من خارج الرابطة.

**(و):** تقديم المعونات والمكافآت والحوافز للأشخاص والمؤسسات والمدارس الإسلامـية مما له أثر حسن في خـدمـة الدعـوة الإسلامية وحل مشكلات المسلمين .

**(٢٤):** يتم تحصيل إيرادات الرابطة والإعانات المقدمة لها وعائدات استثمار اتها عن طريق إيداعها مباشرة في حساباتها المخصصة لذلك لدى البنوك وتثبت قيديا في السجلات .

— ١٠ —

**(٢٥):** للأمين العام دون غيره إنشاء صناديق لأغراض محددة تكون مواردها مخصصة لمواجهة أغراض هذه الصناديق وذلك وفق لأئحة خاصة يصدرها لها .

**(٢٦):** جميع التبرعات التي ترد للرابطة لأغراض محدده وبأي وسيلة تودع في حسـاب خاص لدى البنك تحت مسـمى الغرض المخصص لها وتمسك سـجـلات هذه الحسـابات لدى مكتب الأمين العام ويتم الصرف في ذات الأغراض المخصصة لها بموافقة كتابية من الأمين العام شخصياً.

**(٢٧):** لا يجوز صرف مبالغ لتعويض منسوبي الرابطة نظير قيامهم بتقديم هدايا أو تبرعات عينية أو نقدية بمناسبة الاشتراك في الندوات أو المؤتمرات أو المهـمات أو لقاء ضيافـة لهم ولمرافقيهم أو غير ذلك مالم يسبقها موافقة كتابية من الأمين العام دون غيره ، على انه يتوجب كذلك تقديم المحاضر والمستندات الثبوتية المؤيدة.

— ١١ —

## الفصل السادس
## الحسابات والسجلات الختامية

(٣٢): على إدارة الشؤون المالية مسك السجلات والدفاتر المحاسبية اللازمة حسب ما هو وارد في القواعد التنفيذية ، بحيث يمكن معرفة مركز الرابطة المالي لكل من :

١– إيرادات الرابطة .

٢– مصروفات الرابطة .

٣– الموقف المالي لكل بند .

٤– الأرصدة النقدية في البنوك .

٥– أرصدة وتفاصيل السلف .

٦– أرصدة وتفاصيل الأمانات .

(٣٣): لمراقب الحسابات الخارجي ومعاونيه في كل وقت من أوقات العمل الرسمي الإطلاع على جميع السجلات والمستندات وطلب البيانات والإيضاحات التي يرى ضرورة الحصول عليها لأداء مهمته .

(٣٤): يقوم مراقب الحسابات الخارجي بمراجعة وتحليل الحسابات الختامية لقائمة المركز المالي وما يتطلبه ذلك من فحص المستندات وقوائم الجرد وغيرها على أن يقدم للأمين العام تقريراً تفصيلياً بملاحظاته وتوصياته ونتائج أعماله وعليه إعداد شهادة بصحة البيانات الواردة في الحساب الختامي ومدى إقتناعه بالإيضاحات والمعلومات التي يكون قد طلبها من الأجهزة المختصة بالرابطة ووجود نظام محاسبي ومستندي ونظام للرقابة الداخلية يشمل كافة التصرفات المالية والمحاسبية وذلك في موعد غايته عشرة أيام بعد إعداد الحساب الختامي .

JT-MWL 00163

## الفصل الخامس
## السلف والعهد

(٢٨): للأمين العام أو من يفوضه صلاحية صرف سلفة أو عهدة لمنسوبي الرابطة ولبعض أجهزة الرابطة ولمكاتبها في الداخل والخارج ولمراكزها وللسفارات في الخارج .

(٢٩): للأمين العام أو من يفوضه صلاحية صرف عهده مؤقتة لتأمين بعض الاحتياجات الطارئه أو العاجلة .

(٣٠): لا يتم صرف سلفة أو عهدة جديدة مالم يتم تسوية سابقتها إلا في الحالات الضرورية القصوى وبموافقة الأمين العام شخصياً .

(٣١): لايجوز صرف سلفة أو عهدة لغرض معين إلا لأحد منسوبي الرابطة أو للسفارات في الخارج .

Case 1:03-md-01570-GBD-SN   Document 11987-28   Filed 04/15/26   Page 20 of 24

(٣٥): تتولى إدارة الشؤون المالية إعداد تقرير مفصل عن أعمال الرابطة (الأمانة العامة للرابطة، صندوق المجلس الأعلى العالمي للمساجد) وذلك خلال السنة المالية المنتهية يتضمن الرد على الملاحظات الواردة بتقرير مراقب الحسابات الخارجي والملاحظات التي أعدها المراقب المالي على الحساب الختامي في موعد غايته شهر من استلام تقرير مراقب الحسابات الخارجي.

(٣٦): يقوم الأمين العام بعرض التقرير المالي على اللجنة التنفيذية ومن ثم اطلاع المجلس التأسيسي للرابطة والمجلس الأعلى العالمي للمساجد عليه في الدورة العادية التالية لكل مجلس.

**الفصل السابع**
**قواعد تأمين المشتروات وتنفيذ الأعمال والخدمات**

(٣٧): يراعى عند تأمين مشتروات الرابطة أو التكليف بتنفيذ الأعمال أو الخدمات الضوابط والقواعد التالية:

( أ ): لا يجوز لأي من منسوبي الرابطة الاشتراك في هذا التعامل سواء بشخصه أو بالإنابة.

(ب): توفر للمتنافسين معلومات كاملة وموحدة عن العمل أو الخدمة أو السلعة المطلوبة على أن يتم حصولهم على هذه المعلومات في وقت محدد.

(ج ): يكون استئجار وشراء المكاتب والعقار والمساكن لمقابلة احتياجات الرابطة داخل دولة المقر عن طريق لجنة يتم تكوينها بقرار من الأمين العام من إدارات الخدمات والمالية والمراقب المالي وإدارة ممتلكات الرابطة ومندوب عن الجهة ذات العلاقة، أما خارج دولة المقر فيكون بلجنة مكونة من مدير المكتب والمحاسب وباشتراك سفارة المملكة العربية السعودية ما أمكن وبعد أخذ موافقة الأمانة العامة على ذلك.

(د ): الشروط الإضافية الموضحة في القواعد التنفيذية.

(٣٨): يتم الشراء وتنفيذ الأعمال والخدمات بإحدى الطرق التالية:

( أ ): الشراء المباشر في حدود خمسمائة ألف ريال بموافقة الأمين العام شخصياً وبما لا يزيد عن مائتى ألف ريال لمن يفوضه من موظفي الرابطة ، وللأمين العام أن يحدد المبالغ المرخص بها لمن يفوضه من مديري المكاتب والأجهزة خارج

JT-MWL 00164

المتنافسين للحصول على أقل سعر وأفضل الشروط والنوعيات.

(٤٦): يجوز للأمين العام أو من يفوضه تجزئة العملية أو إلغائها في الحالات التالية:

( أ ) : المبالغة في الاسعار.

(ب) : زوال الحاجة للعملية

(ج) : إذا اقتضت المصلحة العامة لذلك.

(٤٧): يختار الأمين العام رئيسي وأعضاء لجنتي فتح المظاريف وفحص العروض وأعضاء اللجان الفنية على أن لا تقل مرتبة رئيس لجنة فتح المظاريف عن العاشرة ورئيس لجنة فحص العروض عن الثانية عشرة أو ما يعادلهما .

(٤٨): للأمين العام حق تطبيق غرامات التأخير الواردة في القواعد التنفيذية والعقود كما يحق له الإعفاء جزئياً أو كلياً متى اقتنع بمبررات التأخير.

(٤٩): يجوز للأمين العام لظروف قهرية طارئة خارجة عن إرادة المقاول أن يعطى المقاول مهلة إضافية للوفاء بالتزاماته فإن لم يف بها بعد انتهاء المهله تطبق عليه غرامة التأخير ويسحب منه العمل ، ويتم التنفيذ على حسابه مع مطالبته بالتعويض.

— ١٧ —

نطاق الأمانة العامة بما لا يزيد عن ٣٠٠,٠٠٠ ريال.

(ب): المنافسة العامة عن طريق توجية الدعوة لعدد لا يقل عن ثلاثة متنافسين .

(ج): المنافسة العامة عن طريق النشر في الصحف.

(٣٩): يتم التأمين المباشر بإحدى الطرق التالية:

( أ ): بموجب ثلاث تسعيرات أو أكثر ، وبما لا يزيد عن ثلاثين ألف ريال ، ويستثنى من ذلك مايقدره الأمين العام .

(ب): من الوكيل الوحيد أو المصنع المنتج مباشرة أو الأصناف المسعرة رسمياً.

(٤٠): يتم الشراء بموجب خطاب من صاحب الصلاحية إذا كانت قيمة المطلوب تأمينه لا تتجاوز مائة ألف ريال أو مايعادلها ، وبموجب عقود توريد فيما زاد عن ذلك ، وأن يتم – في كلا الحالتين – تحديد المواصفات والشروط والسعر ومكان التوريد وغير ذلك من معلومات ضرورية.

(٤١) : للأمين العام قبول العرض الوحيد إذا كانت مصلحة الرابطة لاتسمح بإعادة عرض العملية في منافسة.

(٤٢): يحق للأمين العام زيادة الكميات المتعاقد على توريدها وانقاصها في حدود ٢٠٪ عشرين بالمائة.

(٤٣) : يجوز للأمين العام الترخيص بالتأمين عن طريق فتح الإعتمادات المستندية في حالة عدم وجود الأعيان المطلوبة في السوق المحلي.

(٤٤): يصدر الأمين العام التعليمات والإجراءات المنظمة لفتح الإعتمادات.

(٤٥): يجوز للمصلحة العامة أن يقرر الأمين العام إجراء الممارسة بين

— ١٦ —

Case 1:03-md-01570-GBD-SN   Document 11987-28   Filed 04/15/26   Page 22 of 24

## الفصل التاسع
## الرقابة الداخلية والخارجية

### أولا: الرقابة الداخلية

(٥٢): **هدف** الرقابة الداخلية هو تحقيق رقابة فعالة على أموال الرابطة وموجوداتها ومتابعة أداء أجهزتها التنفيذية لمسؤولياتها وتقويم نتائج أعمالها .

(٥٣): المراقب المالي، ويعينه الأمين العام ممن تتوفر فيهم الكفاية والأمانة ، ويرتبط به مباشرة ويعمل تحت إشرافه ، ويتولى المهام التالية:

( أ ): مراقبة الحسابات من ناحيتي الإيرادات والنفقات والتثبت من أن التصرفات المالية والقيود المحاسبية تمت بصورة نظامية ووفقاً للقواعد والإجراءات المقررة.

(ب): مراجعة حسابات الأمانات والعهد والسلف وتعويض نهاية الخدمة والتثبت من مطابقة هذه الحسابات وعملياتها للقواعد المقررة.

(ج ): مراجعة سجلات المستودعات ومستنداتها وعمليات التوريد والصرف والتحصيل وكشف وقائع الإهمال والمخالفات المالية وبحث أوجه القصور التي أدت إلى حدوثها واقتراح وسائل علاجها .

( د): مراجعة الإجراءات الإدارية الخاصة بشؤون الموظفين للتثبت من مطابقتها للميزانية المعتمدة والإجراءات الإدارية المقررة .

(هـ): مراجعة العقود والتأكد من أن المشاريع والبرامج تسير وفق العقود والتأكد من أن جميع المواد المدفوع قيمتها قد وردت فعلاً إلى مواقعها .

JT-MWL 00166

## الفصل الثامن
## المستودعات

(٥٠): تجرد المستودعات جرداً فعلياً مرة كل سنة على الأقل قبل نهاية السنة المالية بواسطة لجان من غير موظفي المستودع وفي حضورهم ، كما يتوجب إجراء الجرد في حالة تولى موظف آخر عمل أمين المستودع لأي سبب .

(٥١) : للأمين العام أو من يفوضه صلاحية البت في حالة وجود نقص أو زيادة في الأعيان أو الأصناف الموجودة بالمستودع بناء على توصيات اللجنة التى يجب أن تكون للتحقيق في الموضوع.

Case 1:03-md-01570-GBD-SN   Document 11987-28   Filed 04/15/26   Page 23 of 24

<div dir="rtl">

(و): التأكد من أن كافة أموال الرابطة الثابتة والمنقولة تستعمل في الأغراض التي خصصت من أجلها من قبل الجهة المختصة وأن لدى الإدارات المعنية من الإجراءات مايكفل سلامة هذه الأموال وتقديم تقرير عن الحساب الختامي للأمين العام .

(ز): متابعة الأنظمة واللوائح المالية والإدارية المعمول بها في الرابطة للتحقق من تطبيقها وكفايتها وملاءمتها للتطورات التي تستجد على أعمال الرابطة وتقديم المقترحات التي يراها أولا بأول للأمين العام .

(٥٤): في حالة غياب المراقب المالي يكلف الأمين العام من يقوم بعمله على أن لا يكون من موظفي إدارة الشؤون المالية .

## ثانياً : الرقابة الخارجية

(٥٥): يعين مراقب خارجي أو أكثر ممن تتوفر فيهم الشروط القانونية ولمدة سنة قابلة للتجديد ويحدد الأمين العام مكافأته .

(٥٦): لا يجوز الجمع بين عمل مراقب الحسابات الخارجي وبين عضوية المجلس التأسيسي للرابطة أو المجلس الأعلى العالمي للمساجد أو أي هيئة من هيئاتها أو إحدى وظائف الرابطة أو أجهزتها .

## الفصل العاشر
## أحكام عامة

(٥٧): يجوز للأمين العام في الحالات الضرورية تفويض بعض أو كل صلاحياته باستثناء ماورد نص بأنه يختص بها دون غيره . كما لا يجوز لمن فوض بالصلاحيات أن يفوضها لغيره.

(٥٨): تعتبر القواعد التنفيذية أومؤيدات الصرف والتعليمات المالية والنماذج المقررة التي يصدرها الأمين العام جزءا متمما لهذه اللائحة.

(٥٩): لا يجوز لأي جهاز أو مكتب أو إدارة أن تتخذ قراراً يترتب عليه التزامات مالية ليست لها اعتمادات بالميزانية ، كما لا يجوز البدء في أي مشروع أو برنامج . إلا بعد تدبير الاعتمادات المالية اللازمة لتنفيذه.

(٦٠): تعتبر حسابات صندوق المجلس الأعلى العالمي للمساجد جزءا لا يتجزأ من حسابات وميزانية الرابطة ويعد عنها حساب ختامي ومركز مالي واحد في نهاية كل عام.

(٦١): كل مالم يرد فيه نص في هذه اللائحة يتم معالجته بقرار من الأمين العام ويتوجب العرض على اللجنة التنفيذية لإقراره.

(٦٢): توضع هذه اللائحة موضع التنفيذ بعد إقرارها من المجلس التأسيسي للرابطة وإصدارها بقرار من الأمين العام ، وبذلك تلغي هذه اللائحة كل ما سبقها.

</div>

JT-MWL 00167



Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us