# EXHIBIT 029

# The Executive Regulations of The Financial Bylaws of the Muslim World League

JT-MWL 00208

[blank page]

**The Executive Regulations**
**Consist of the following chapters**

| | |
|---|---|
| **Chapter One:** | **Definitions** |
| **Chapter Two:** | **The Budget** |
| **Chapter Three:** | **Disbursement and Collection** |
| **Chapter Four:** | **Advances and Custodies** |
| **Chapter Five:** | **Accounts, Records, and Final Financial Statements** |
| **Chapter Six:** | **Regulations for Procurement and Implementation of Works and Services** |
| **Chapter Seven:** | **Warehouses** |
| **Chapter Eight:** | **Internal and External Oversight** |
| **Chapter Nine:** | **General Provisions** |

## Chapter One
## Definitions

Article (1): These regulations are called "The Executive Regulations of the Muslim World League" and contain the executive regulations and detailed rules that govern the financial transactions in the Secretariat General and its associated apparatuses. They include regulations for procurement, the implementation of works and services, warehouses, and internal and external oversight.

Article (2): When the following terms appear in the regulations, they refer to the meanings here elucidated:

The League: The Muslim World League.

The Headquarters: Mecca.

The Secretary General: The Secretary General of the Muslim World League.

The Secretariat General: The Secretariat General of the Muslim World League, whose headquarters is Mecca.

The Apparatuses: The departments and offices, located domestically and abroad, belonging to the Secretariat General of the League, the Secretariat of Mosques, the Islamic Fiqh Council, and the Islamic projects that the League administers or funds, such as mosques, medical clinics, hospitals, Islamic centers, centers for relief and vocational training, and bodies that can be established independently by other apparatuses.

The Executive Committee: The Executive Committee of the Muslim World League.

## Chapter Two
## The Budget

Article (3): The preliminary budget proposal is prepared according to the following steps:

(1) Three months before the start of the fiscal year, the Secretary General issues directives identifying the goals that are supposed to be achieved and the new projects.

(2) A committee—headed by the Secretary General and within which each sector is represented—is formed for the purpose of preparing the budget proposal. Once it is approved by the Secretary General, he issues it at the start of the fiscal year.

(3) In the third section of the budget proposal, it is required to clarify the estimated appropriations for the items proposed in this section, which include the following:

(A) Expenditures on meetings of the Founding Council and expenditures on meetings of the Islamic Fiqh Council.

(B) Expenditures on Islamic conferences taking place domestically and abroad, and expenditures on Hajj.

(C) Allocations required for the expenditures of missionaries.

(D) Expenditures of the apparatuses of the League and its offices inside and outside the country of its headquarters.

(E) Subsidies and assistance provided to Islamic entities, organizations, associations, institutions, and schools, in addition to that which is provided to media apparatuses to spread the religion of Islam and Islamic culture.

(F) Expenditures on institutions of technical education and centers of vocational training.

(G) Expenditures of representatives and delegates of the Secretariat General of the League working on a permanent basis outside of the country of its headquarters.

(H) Expenditures of the professors appointed to Chairs for Islamic Studies or the Arabic Language at universities.

(I) Expenditures on academic scholarships for the purpose of developing Islamic cadres in countries lacking this and in countries in which there are Muslim minorities or in which there are no universities.

(J) Expenditures on academic scholarships for teaching Arabic and other languages to non-Arabic-speaking Muslims.

(K) Expenditures related to the fund of the World Supreme Council for Mosques, which are:

(1) Expenditures of the Institute of Imams and Missionaries.

(2) Expenditures for establishing, renovating, and equipping mosques, and for the remuneration of Imams, according to the guidelines governing this.

(3) Expenditures for training sessions for Imams and missionaries that are approved.

(4) The expenditures required for convening meetings of the World Supreme Council for Mosques.

(5) The necessary expenditures, which include expenditures for faculty members, as well as subsidies and assistance provided to the institutes, universities, and Islamic centers that the League administers, and which do not have approved budgets from the Ministry of Finance or any other official entity, and which have an impact on the education of Imams and missionaries, and on reinvigorating the message of the mosque.

(6) The expenditures that are related to the dissemination of the Holy Quran and its miraculous nature, along with translating its meanings into different languages, and to subsidies for entities that do Quran memorization and recitation, and subsidies for schools attached to mosques.

(7) Surpluses generated through the mosque fund shall be discussed in the final meeting of the Permanent Committee for Coordination at the end of each fiscal year. The surplus shall be allocated, according to actual need, to the mosques, the centers, and all items related to the fund of the World Supreme Council for Mosques.

Article (4): Within the bounds of the appropriation of the original relevant budget items, it is permitted, if needed, to divide contracts such that the budget of each fiscal year covers the portion of the contract that will be implemented in it.

## Chapter Three
## Disbursement and Collection

Article (5): (A) The value of the contracts shall not exceed the funds appropriated in the budget for the fiscal year in which the contracts are signed.

(B) The funds designated for a certain purpose in the contracts shall not be used for any other purposes. It is also not permitted to transfer these funds that have been thus designated to appropriations for other budget items.

Among the most important substantiating materials that must be presented to approve the disbursement of funds are the following:

- Memoranda and records of inspection and receipt prepared by the relevant committees, as well as presented summaries and reports.
- The original invoices and their attachments.
- The original receipts and invoices from hotels. These must be signed by the guest and certified, and attached to them must be the settlements specific to the type and length of hospitality offered by the authorized individual.
- The original memorandum of entry.
- The original assignment decision.
- The order of embarkation and, attached to it, the approval of the authorized individual and the ticket stubs thereto pertaining, at the time of reimbursement.
- The assignment allowance disbursement request form, signed by the employee and certified by the authorized individual.
- Copies of decisions of appointment, promotion, salary increase and [employment] contracting, along with letter of approval for commencing work, original employment records, and other items.
- The original copy of decisions assigning work outside of official working hours and granting different compensations and vacations.

- The original report pertaining to performing work outside of work hours.
- Copies of decisions regarding academic scholarships, subsidies for missionaries, and annual subsidies.
- The original copies of decisions for disbursing one-time subsidies.
- The original copies of decisions pertaining to deductions of salary or monthly pay (absences, penalties).
- Bank statements. In cases where the statement comprises more than one amount, a copy of the statement is attached to the document, together with a reference to the number and date of the document to which the original has been attached.
- Documents supporting the provision of various subsidies, assistance, donations, and expenses, along with confirmation of their disbursement for their designated purposes, together with all of the documents based on which these expenditures are settled on a rolling basis.

Article (6): Salaries, wages, and allowances shall be disbursed at the time that they are due, with the exception of salaries for vacations. It is permitted to disburse these before the time that they are due, pursuant to the decision [granting] vacation.

Article (7): It is permitted to disburse 50% of the assignment allowance to the account in advance, provided that this advance is settled immediately upon the assignee's return and within the same fiscal year, based on documents verifying the completion of the task and the approved forms for this.

Article (8): The original and copy of the disbursement order must be signed by the persons with signature authority. On the order, the serial numbers from the daily general ledger kept throughout the year must be provided.

Article (9): Checks issued by the League or banking authorization letters are used either to issue cashier's checks or to execute bank transfers for all funds desired to be disbursed.

Article (10): All signatures of officials on settlement authorizations or disbursement orders shall be in blue or black ink, and stamps by themselves shall not be accepted as a means of confirming receipt of the disbursement. Instead, the stamp must be confirmed by the left thumbprint of the beneficiary or his authorized representative, in addition to presentation of confirmation of identity of the recipient.

Article (11): All amendments made to the settlement authorization, the disbursement order, or the documents attached thereto shall be accompanied next to them by the signature of the employee who made the amendment and the Director of the Department of Financial Affairs. If the amendment concerns the amount of the disbursement order or settlement authorization, the disbursement order must be cancelled and rewritten with the correct information and amounts.

Article (12): The original and copy of the settlement authorization must be signed by the persons with signature authority. On the order, the serial numbers from the daily general ledger kept throughout the year must be provided.

Article (13): If the decision of assignment or compensation comprises more than one person, a group report or record is issued, and it is permitted to disburse the entitlement to one or several of them, based on a copy of the decision. If the entitlement is not disbursed to everyone at one time, there must be a reference in this case to the number and date of the document to which the original decision was attached.

Article (14): In some cases in which it is not possible to obtain invoices for expenses related to charges for transportation and portage, passport fees, and other miscellaneous expenses, it is permitted to disburse [the settlement] after approval of the expense reports by His Excellency the Secretary General or a person he authorizes.

Article (15): The Secretary General or a person he authorizes may approve the sale or use of returned goods or items that are no longer needed after the performance of the necessary procedures and documentation by the financial controller, the Director of the Department of Financial Affairs, and the Director of the Department of Services.

Article (16): Funds owed to the League by third parties are recorded as accounts receivable until they are disbursed, at which time they are marked as settled in the related accounts.

Article (17): When recording or disbursing donations for specific purposes, the following must be taken into account:

(1) Upon receipt of these donations, it is not permitted for any person to keep them or utilize them.

(2) The donations shall be deposited at the bank within the same week of their receipt, based on a detailed statement stating the check numbers, their amounts, and the receipt confirmation numbers.

(3) A letter of thanks shall be sent to the donor after the check has been deposited.

(4) Upon depositing donations in one of the League's bank accounts, the Department of Financial Affairs must prepare a check in the amount of the donations and send it as a memorandum to the Office of the Secretary General. The memorandum should include the value of each donation, the beneficiary entity, and the name of the donor to permit the deposit of the donations into the appropriate accounts.

(5) Upon the receipt of donation checks by the Department of Financial Affairs, they are sent immediately upon receipt to the Office of the Secretary General to post them to the appropriate accounts.

## Chapter Four
## Advances and Custodies

Article (18): The decision to make an advance payment must state its type (permanent – temporary), its value, the disbursement terms, the items being purchased, and the date of disbursement.

Article (19): When making an advance payment to the offices, centers, or apparatuses of the League, expenditures from it shall be made with a written authorization of the authorized individual in the office or center. Depending on the circumstances, the advance shall be settled on a rolling basis. In all cases, the advance must be spent before the end of the fiscal year in which it was disbursed.

Article (20): In the decision to extend temporary custodies, their purpose, the disbursement terms, and the settlement period must be clarified. The settlement period cannot exceed the end of the fiscal year.

Article (21): At unspecified times, the Secretary General tasks an individual with taking inventory of, reviewing, and auditing the advances and custodies in order to guarantee their proper handling and settlement. The individual prepares a report of this and presents it to him [the Secretary General].

Article (22): It is permitted to utilize the advances and custodies only for the exact purpose for which they were extended, and it is not permitted to transfer them to others with the intention of utilizing them for their intended purpose. Those who utilize the advances and custodies outside of this [permitted] basis are considered liable for this. Furthermore, it is necessary to swiftly present the records and supporting materials for the utilization of the advances and custodies, or to return them in the same currency in which they were expended, and it is the responsibility of the Department of

Financial Affairs to follow up on this and settle these advances and custodies on a rolling basis and in all cases before the conclusion of the fiscal year.

## Chapter Five
## Accounts, Records, and Final Financial Statements

Article (23): Directly or via the accountants he oversees, the Head of Accounts assumes the task of initiating the accounting records so that they are numbered and sequenced. He also has the responsibility of verifying the recording of all accounting transactions and journal entries, of performing the necessary monthly reconciliations and settlements, and of ensuring their entry and recording on the computer correctly and without delay.

Article (24): Accounting books, records, and forms:

(A) The Department of Financial Affairs maintains a set of records to log and record its transactions.

- Expense record.
- Bank account record (checking/ mosques/ investments/ diverse).
- Record of monitoring letters of guarantee.
- Daily general ledger.
- Record of revenues.
- Record of all trusts.
- Categorized record of trusts according to their different types.
- Record of all advances and custodies.
- Categorized record of advances and custodies.
- Inventory record of issued checks.
- Inventory record of received checks.
- Assistance record pertaining to subsidies.

- Assistance record pertaining to missionaries.
- Assistance record pertaining to academic scholarships.
- Record of Quran [dissemination] assistance.
- Record of League offices abroad.
- Records of affiliations, including:
- The Muslim World League.
- The Fund of the World Supreme Council for Mosques.
- Record analyzing the expenses of the mosques.
- Record analyzing the revenues of the mosques.
- Labels or records of the warehouses (based on the knowledge of the warehouse clerk).
- Labels or records pertaining to oversight of the warehouses (based on the knowledge of the Department of Financial Affairs).
- Asset records.
- Guarantee records.
- Performance records (based on the knowledge of the Department of Employee Affairs).

(B) The forms and documents that the League disseminates in its financial transactions:

- Disbursement approval form.
- Disbursement order.
- Settlement approval form.
- Settlement authorization.
- Checks.
- Monthly account statement.

In addition to the forms that the League uses in its relations with third parties. However, concerning the printed items and the value logs, these are considered to be under the custody

of the Director of the Department of Financial Affairs. He is required to ensure that they are complete in terms of content and in order in terms of number. They are not to be submitted except with a written statement, and none of these logs shall be submitted except following the user's reply and confirmation of the accuracy of their data.

Article (25): The Department of Financial Affairs is required to produce the monthly statements and provide the entities involved with a copy of them, to include the following:

(A) Statement of appropriations by item, that of which is expended and designated, along with the balance of each item.
(B) Statement of custodies and advances.
(C) Statement of trusts.
(D) Statement of revenues.

These are presented to the Secretary General or a person he authorizes by the tenth day of the following month at the latest. The Head of Accounts is required to prepare a monthly report about the status of custodies, advances, and trusts, especially those from the previous fiscal year which remain due to non-settlement.

Article (26): The Secretary General issues a decision to form a committee headed by him or a person he authorizes and whose members are the financial controller, the General Director for Management and Financial Affairs, the Director of the Department of Financial Affairs, the Head of Accounts, and the designated representative of the external auditor. The committee's purpose is to close the accounts and prepare the final financial statement for the League, which states its financial situation at a date no later than two months following the end of the fiscal year. The final financial statement includes the following:

(1) The expenses from all of the sections and items.
(2) The revenues from all sources.

(3) The situation with respect to the approved appropriations -the original and amended appropriation– the actual expenditure – the surplus.

(4) All assets and liabilities.

## Chapter Six
## First: Regulations for Procurement and Implementation of Works and Services

Article (27):   The following rules and regulations are observed for procurements of the League or assigning the implementation of works and services:

(1) Equal opportunity is provided to all individuals and institutions in the country of the League's headquarters who wish to work with the League and its affiliated apparatuses, provided they meet the conditions qualifying them for such work.

(2) It is the responsibility of the entity concerned with working with the entities for purchasing, warehousing, and finances to develop detailed specifications for the required items, avoiding references to a specific type, brand, or entity, except in cases involving specialized and rare devices and equipment.

(3) In procurement, products of the Kingdom of Saudi Arabia are preferred if the purchase occurs in the country of the League's headquarters.

(4)  The purchase of equipment and tools shall occur according to the plan put in place and the limits of approved appropriations.

(5) It is permitted to purchase materials, supplies, or items only after consulting the warehouses and ensuring that what is required is not there, based on a signed memorandum from the warehouse manager and his direct supervisor.

## Second: Procurement and Implementing Works

Article (28): The presentation of three price offers is required for all purchases, except in the case of emergency or miscellaneous purchases that do not exceed two thousand Riyal.

Article (29): In the case of direct procurement or open tenders, it is not required to submit a bid bond.

Article (30): Cars and replacement parts are procured from the official dealer. In the case of the existence of more than one dealer, the procurement occurs through carrying out a competitive bidding process between them. It is also possible to procure from entities other than the dealer if the prices are lower and the intended purpose is served.

Article (31): It is not permitted to approve a purchase or award until after the value of the items that are supposed to be procured is determined.

Article (32): When issuing letters of credit, it is observed that a portion of at least 30% (thirty percent) of the value of the appropriation should be retained and not paid except pursuant to a certificate from the beneficiary entity certifying the completion of the supply of all items and their installation according to the requirements contained in the agreement.

## Third: Regulations for Tenders

Article (33): Tenders are accepted and contracting on their basis is done according to the conditions and specifications set by the League.

Article (34): Those invited to participate in competitive bidding are chosen based on information possessed by it [the League]. It is permitted in this process to enlist the assistance of specialized entities in the country of the League's headquarters, community organizations, or international entities.

Article (35): With each offer, the following must be provided:

(1) A bid bond of 2% – two percent.
(2) Copy of the corporate registration or permit to conduct business in the country of the League's headquarters.
(3) Certificate of authentication from the chamber of commerce or a copy of membership in the chamber of commerce.
(4) Certificate of zakat and income tax disbursement.
(5) Any document requested in the files of the competitive tender.

Article (36): Competitors are informed by sending official letters to them in the case of a closed tender and through an advertisement in the newspapers in the case of an open tender. The deadline for submitting tenders – following an appropriate period – and the place of unsealing the bids is identified.

Article (37): The offers are presented at the headquarters of the Secretariat General in the Arabic language and in Saudi Riyal.

Article (38): It is permitted to sell the specifications and conditions subject of the submitted offers on the condition that their quantity, the number sold, and the number remaining is accounted for based on written records. The associated value is delivered to the bank – to the account of the League – via the Department of Financial Affairs, together with a copy of these records.

Article (39): It is required for the offer to contain a list of the prices and the origin of the items presented by the author of the offer, along with the place of their production. It is required that the provisions of the boycott are observed in this regard.

Article (40): All of the presented offers are valid until the date of decision and award.

Article (41): The author of the accepted offer is required to deposit a final letter of guarantee of 5% - five percent – of the value of the offer within ten days, beginning on the day after he is informed of the acceptance of his offer. If he does not provide this guarantee, the League may grant him an additional time period not exceeding ten days. If the letter of guarantee is not provided during this time period, the League may choose between confiscating the bid bond or implementing the project using its own *[sic]* funds and seeking compensation from it [the bid bond].

## Fourth: Unsealing the Bids, Decision, and Award

Article (42): In the presence of the designated representatives and authorized persons from the competing companies, the bids are unsealed at the time and on the day identified for this. The bids are numbered using standard fractional notation, where the numerator indicates the bid number, and the denominator indicates the number of bids. All of the bids and their attachments are signed by the members of the committee for unsealing the bids after confirming that each bid satisfied the required conditions.

Article (43): Bids that do not contain the required letter of guarantee are excluded, as are those that do not have the required attachments, as well as bids that are based on a percentage reduction from the lowest offer, that containing reservations, or which reach the League after the unsealing of the first bid.

Article (44): The bid bonds are returned to the authors of the excluded bids after the decision is made, without the need for them to make a request in this regard. The record of this transaction includes the value of the offer, the value of the bid bond, the supply period, the place of origin of the items, in addition to other regulatory files and other information that the committee views as necessary. The record is signed by all of the members.

Article (45): The contract is awarded to the author of the lowest-price offer if it satisfied the conditions and specifications. The committee for inspecting the bids may choose the best bid from a technical perspective, even if it is higher priced, with the approval of the Secretary General.

Article (46): The committee for inspecting the bids may call upon a technical committee to evaluate the bids from a technical perspective and present its recommendations.

## Fifth: Implementation of Works and Penalties for Delay

Article (47):   It is permitted for the League to pay an advance payment no higher than 20% – twenty percent – of the value of the contract to those with whom it contracts. This is done in exchange for a bank letter of guarantee of the same value, valid for the length of the contract. This payment will be counted against [contractually agreed] instalments, pursuant to the contractor's statements. The remaining instalments are paid according to progress made by the project supervisors, provided that the work has been completed according to the conditions, specifications, and terms of the contract.

Article (48):   The Department of Financial Affairs remains in possession of the final letter of guarantee for one year following the initial date of receipt [of the work]. It is responsible for initiating a separate record of letters of guarantee and keeping them updated until the date of their expiry, and then releasing them after the completion of the regulatory procedures.

Article (49):   The contractor is liable for any full-scale or partial destruction of that which he constructs during the first ten years from the date of final submission – whenever that date may be – due to implementation flaws. This does not apply in cases where it has been agreed that structures will last for a period of under ten years.

Article (50):   It is not allowed for the contractor or the supplier contracting with the League to delegate the implementation of the contract or a part thereof to someone else, except with the written approval of the Secretary General. Furthermore, the contractor remains jointly liable together with the delegated entity (the subcontractor).

Article (51):   If the contractor fails to comply with a portion or all of the terms of the contract, the Secretary General may enforce penalties for delay against him, according to the following:

(A): For tasks of supply, the penalty for delay amounts to 1% (one percent) of the value of the delayed item for each week of delay. The penalty shall not exceed 4% (four percent) of the total value of the contract, in consideration of the fact that contracts involving supply, installation, or public works are treated as public works contracts. It is required for such contracts to include a provision placing them subject to the penalties stipulated for public works contracts in cases of delay.

(B): For consulting work, studies, and setting of specifications, the penalty assessed is 1% (one percent) of the value of the delayed item for each month of delay. The penalty shall not exceed 10% (ten percent) of the total value of the contract.

(C): For operation and maintenance work, the contractor abides by a recurring penalty assessed in the contract, such that it does not exceed 10% (ten percent) of the total value of the contract after implementation.

(D): In public works contracts, if the contractor delays the completion and submission of the work in its entirety beyond the set deadline and the League does not see a reason to relieve him of the work, he is required to pay a penalty corresponding to the time period of his delay in completing the work following the deadline for submission. This is calculated based on the average daily cost of the project, which is found through dividing the value of the contract by its length as follows:

- The penalty for the first portion of the period of delay amounts to one quarter of the average daily cost for each day of delay, equaling the greater of either fifteen days or 5% – five percent – of the contract length.

- The penalty for the second portion of the period of delay amounts to half of the average daily cost for

each day of delay, equaling the greater of either thirty days or ten percent of the contract length.

- The penalty for the third portion of the period of delay amounts to the entire average daily cost for each additional day of delay beyond the two periods specified in Paragraph (B). It is not permitted for the total penalties imposed to exceed 10% – ten percent – of the value of the contract. That being said, if it is determined that the delayed portion does not hinder the completion of the total work by the deadline for finishing it, that the delay does not cause disruption in the use of any other asset, and that it does not negatively affect the already completed portion of the work itself, the total penalty shall not exceed 10% (ten percent) of the value of the delayed work.

## Chapter Seven
## Warehouses
### First: Inspection of items

Article (52): All supplied items are received on a temporary basis by the responsible employee of the beneficiary entity, together with the warehouse manager. The head of each apparatus may select an employee to perform this task. Next, the items are received and recorded in the records of the warehouses, and they remain in the custody of the warehouse manager until they are withdrawn or consumed in accordance with memoranda of release.

Article (53): The items are stored according to their nature. Thus, the items that are not consumable, such as furniture, are given designated areas, labels, and detailed records separate from consumable items like stationery and car parts.

Article (54): The labels and records of the warehouse are recorded based on copies of memoranda of entry and release, according to the approved forms at the warehouses, and attached to them shall be the records of inspection and receipt or reports of damage.

Article (55): All assets and tangible items are numbered. Then, the newly procured items are numbered immediately upon their receipt.

## Second: Entry and Release Procedure

Article (56): The items and objects are received based on identified specifications and based on the supply approval letter.

Article (57): It is sufficient for the records of inspection, installation, and receipt to confirm the entry and release of the following objects:

- Poles, electrical equipment, and spare parts for cars.
- Materials, equipment, and supplies that are procured by the League's offices and centers abroad and are designated in the custody labels to the center or office. As for purchases procured during the implementation of training sessions, forums, and conferences abroad, their value shall be withdrawn in accordance with the documents supporting their purchase and an inventory signed by the person supervising the necessary preparations, in which he states the amount and value of the procured supplies.

Article (58): Objects that are procured are recorded in the records of the warehouses. They are disbursed to the relevant entities and custody is accorded to them until the moment of their consumption [sic] or regulatory use. The directors of the entities are responsible for supplying the general warehouse with an inventory record of these objects at the end of each year.

Article (59): Withdrawal of inventory from the warehouse occurs through documents approved by the General Director for Management and Financial Affairs or a representative authorized by the Secretary General. Withdrawal can also occur through documents approved by the directors of the offices and apparatuses outside of the country of the League's headquarters, in accordance with memoranda of release based on the approved forms and directives for this.

Article (60): The Department of Financial Affairs provides, on a rolling basis, copies of memoranda of entry and release in order to record these transactions on corresponding labels and

records kept by it, which confirm the movement of items present in the warehouse. Regular reconciliations are performed between these records. Any discrepancies possibly arising are listed and investigated. They are also reported to the Secretary General to decide what shall be done.

Objects and items are returned to the warehouse in the following situations:

(A) The withdrawal of more supplies than needed.
(B) The existence of an error in the items withdrawn.
(C) Items that are no longer in use or have outlived their purpose.
(D) Waste or leftovers from operations or maintenance.
(E) Items that are damaged or unsuitable for use.

Article (61): In the case of buildings and structures (no matter how small) the statement of initial receipt takes the place of the memoranda of entry and release, provided the following statements are present:

- Statement at the conclusion of the term of the contract in order to identify the work completed.
- Statement of temporary receipt in order to identify the benefit duration upon the contractor's notice of having completed the work.
- Statement of initial receipt in order to identify what may be present in terms of incompleteness or deficiencies in implementation, and the consequences arising therefrom in terms of penalties or deductions.
- Statement of final receipt after the expiry of the stipulated period in order to release the guarantee.

## Third: Consumption of Items

Article (62):  The warehouse clerk takes care to monitor the state of each item upon its arrival up until the minimum point of informing the relevant entity to request the item. He also takes care to report about any non-moving inventory and presents statements about the items in his custody from time to time in order to make necessary decisions concerning them.

Article (63):  All items that are consumed on a daily basis and continuously, like stationery and office supplies, are recorded as consumed immediately upon their release to the beneficiary entity.

Article (64):  The Secretary General or his designated representative forms a committee to identify items that are unfit for use, surplus to needs, or damaged returns or other types, to propose the sale of that which remains usable or the destruction of that which is damaged, and to take the necessary regulatory procedures in this regard. These items are struck from the labels and records after a decision is taken by the Secretary General.

## Fourth: Taking Inventory of Items

Article (65):  Taking inventory is a procedure of physically enumerating all fixed and movable assets contained in the records and files with the goal of understanding the actual contents of the warehouses at a specific time, along with surpluses or deficits arising from this.

Article (66):  The formation of committees and the identification of times for taking inventory are done via a decision of the Secretary General or his designated representative. The outcome of the inventory-taking is attached to the final financial statement of the League.

Article (67):  Everyone with custody, regardless of whether it is the warehouse manager, an employee there, or an employee of an apparatus, branch, or office, is fully and completely liable for any loss arising from that which is in their custody.

## Fifth: Custody

Article (68): Each item is held in order to achieve, perform, or facilitate a specific service.

Article (69): Custodies of items are divided into two types:

(A) The custody of the departments, sections, or the location. These are items installed in buildings and structures, such as air conditioners, power generators, fire extinguishers, telephone switchboards, and elevators, or those that are used within them, such as furniture, cameras, and the like.

(B) Personal custodies. These are items that the employee himself receives according to the nature of the work that he performs, such as calculators, telephones, computers, and the like.

Article (70): When custody is transferred from one department, section, location, or employee to another, an inspection must be performed by the transferrer and the receiver, or with the knowledge of a committee formed by the Secretary General or his designated representative for this purpose, if required.

Article (71): The departments, sections, and locations are responsible for items of custody issued for use in their possession. The heads of these entities are required to set forth the necessary measures to ensure proper oversight, preservation, and maintenance of those items.

Article (72): Everyone who has in their possession an item or multiple items of personal custody is fully and completely responsible for it with respect to proper use and preservation.

## Chapter Eight
## Internal and External Oversight
### First: Necessary Procedures for Accomplishing the Tasks of Internal Oversight

Article (73): Enumerating the records, accounts, and their supporting documents, in addition to writing notes on them as appropriate.

Article (74): The financial controller or a representative designated by the Secretary General must attend convenings of the committees for unsealing bids and must participate in the inspection carried out by the committee for inspecting bids.

Article (75): The financial controller is required to sign disbursement orders and settlement authorizations after confirming their alignment with the orders and directives. He must also sign checks as a second signatory.

Article (76): The financial controller or a representative designated by the Secretary General must participate in the investigations occurring in cases of damages to the possessions of the League.

Article (77): Participation in processes of taking inventory of funds and warehouses.

Article (78): The financial controller must review and audit the records associated with budget appropriations and accounting logs.

Article (79): The financial controller must be in direct communication with financial employees and directors in that which pertains to the performance of his duties.

Article (80): The financial controller must elevate observations and proposals to the Secretary General and present regular reports every three months regarding matters pertaining to the performance of his duties. He must also present his opinions and proposals, in addition to highlighting issues that he encountered, or which impede the workflow.

Article (81): The financial controller must provide his opinion to the Secretary General in the case of his opposition to a decision taken or in the occurrence of a difference in opinion between him and the Department of Financial Affairs in order for him [the Secretary General] to decide what is appropriate and accords to the financial regulations and directives.

## Second: External Oversight

Article (82): The external auditor is responsible for the following tasks:

(1) Reviewing all of the books, records, and documents, auditing them, and verifying that they are accurate and adequate, and that they have been completed according to established *[sic]* accounting practices, in addition to requesting the data, information, and clarifications that he deems necessary for his work, along with ensuring that they [the books, records, and documents] are signed by the authorized individual.

(2) Reviewing and verifying the assets of the League and its commitments to third parties.

(3) Comparing the completed works and financial transactions with the stipulated works and approved bylaws, and reporting violations if they arise.

(4) Inspecting the final financial statement and preparing a report consisting of an analysis of its contents, especially of that which pertains to expenses, revenues, advances, custodies, and trusts.

(5) Presenting regular reports every three months about the accounts of the League to the Secretary General.

Article (83): In case of the external auditor's inability to perform his duties because he is not supplied with the data he needs or because of impediments, he shall confirm this in a report and present it immediately to the Secretary General.

JT-MWL 00225

## Chapter Nine
## General Provisions

Article (84): It is prohibited for all departments of the League to print any financial publications – such as receipts for donations, membership fees, or the like – and use them except via the Department of Financial Affairs and through a decision of the Secretary General, following confirmation that its contents are complete and that it is sequentially numbered.

Article (85): It is not allowed for a representative designated by the Secretary General to delegate any authority to someone else.

Article (86): All that which is not covered by the text of these regulations shall be addressed through a decision of the Secretary General.

Article (87): These regulations are placed into effect following their issuance by a decision of the Secretary General.

**{Printed by the Muslim World League Press}**

JT-MWL 00226

# القواعد التنفيذية
# للائحة المالية
# لرابطة العالم الإسلامي

JT-MWL 00208

## القواعد التنفيذية
## وتشتمل على الفصول الآتية

الفصل الأول : تعريفات

الفصل الثاني : الميزانية

الفصل الثالث : الصرف و التحصيل

الفصل الرابع : السلف و العهد

الفصل الخامس : الحسابات و السجلات و الحسابات الختامية

الفصل السادس : قواعد تأمين المشتروات و تنفيذ الأعمال و الخدمات

الفصل السابع : المستودعات

الفصل الثامن : الرقابة الداخلية و الخارجية

الفصل التاسع : أحكام عامة

# الفصل الأول

## تعريفـــــات

مادة (١): تسمى هذه القواعد (القواعد التنفيذية لرابطة العالم الإسلامي) وتتضمن القواعد التنفيذية والتعليمات التفصيلية التي تنظم المعاملات المالية في الأمانة العامة، والأجهزة التابعة لها وتشمل قواعد تأمين المشتروات وتنفيذ الأعمال والخدمات والمستودعات والرقابة الداخلية والخارجية .

مادة (٢) : يقصد بالألفاظ الواردة في هذه القواعد المعاني الموضحة أمام كل منها :

| | |
|---|---|
| الرابطة | رابطة العالم الأسلامي . |
| المقر | مكة المكرمة . |
| الأمين العام | الأمين العام لرابطة العالم الإسلامي . |
| الأمانة العامة | الأمانة العامة لرابطة العالم الإسلامي ومقرها مكة المكرمة . |
| الأجهزة | الإدارات والمكاتب بالداخل والخارج للأمانة العامة للرابطة وأمانة المساجد والمجمع الفقهي والمشاريع الإسلامية التي تديرها أو تنفق عليها، كالمساجد والمستوصفات والمستشفيات والمراكز الإسلامية ومراكز الإغاثة والتدريب المهني وما قد ينشأ مستقلا من أجهزة أخرى. |
| اللجنة التنفيذية | اللجنة التنفيذية لرابطة العالم الإسلامي. |

JT-MWL 00210

# الفصل الثاني
# الميزانيـــة

مادة (٣) : يتم إعداد مشروع الموازنة التقديرية وفق الخطوات التالية :

(١) يصدر الأمين العام قبل بداية السنة المالية بثلاثة أشهر تعليمات تحدد الأهداف المطلوب تنفيذها و المشاريع الجديدة.

(٢) تكون لجنة برئاسة الأمين العام يمثل فيها كل قطاع وذلك لإعداد مشروع الميزانية و عند إقرارها من قبل الأمين العام يصدرها مع بداية السنة المالية

(٣) يجب أن يوضح في الباب الثالث لمشروع الميزانية الاعتمادات التقديرية للبنود المقترحة في هذا الباب ومن بينها ما يلي:

( أ ) نفقات اجتماعات المجلس التأسيسي ونفقات اجتماعات المجمع الفقهي .

(ب) نفقات المؤتمرات الإسلامية بالداخل والخارج ونفقات الحج .

(ج ) المخصصات اللازمة لنفقات الدعاة.

( د ) نفقات أجهزة الرابطة و مكاتبها داخل وخارج دولة المقر.

(هـ) الإعانات والمساعدات التي تقدم إلى الهيئات والمنظمات والجمعيات والمؤسسات والمدارس الإسلامية وكذلك ما يقدم لوسائل الإعلام لنشر الدين الإسلامي والثقافة الإسلامية .

( و ) نفقات مؤسسات التعليم الفني ومراكز التدريب المهني.

(ز ) نفقات ممثلي ومبعوثي الأمانة العامة للرابطة العاملين بصفة دائمة خارج دولة المقر .

(ح ) نفقات الأساتذة المعينين لشغل كراسي الدراسات الإسلامية أو اللغة العربية في الجامعات .

(ط) نفقات المنح الدراسية لتهيئة كوادر إسلامية في الدول التي تفتقر إلى ذلك والدول التي بها أقليات إسلامية أو ليس بها جامعات .

(ي) نفقات المنح الدراسية لتعليم اللغة العربية وغيرها لأبناء المسلمين من غير الناطقين باللغة العربية .

(ك) النفقات المتعلقة بصندوق المجلس الأعلى العالمي للمساجد وهي:

(١) نفقات معهد الأئمة والدعاة.

(٢) نفقات إنشاء وترميم وتجهيز المساجد ومكافآت الأئمة وفقا للتعليمات المنظمة لذلك.

(٣) نفقات الدورات التدريبية للأئمة والدعاة التي يتم إقرارها .

(٤) النفقات اللازمة لعقد اجتماعات المجلس الأعلى العالمي للمساجد.

(٥) النفقات الضرورية، ومنها نفقات أعضاء هيئة التدريس والإعانات والمساعدات التي تقدم للمعاهد والجامعات والمراكز الإسلامية التي تديرها الرابطة، وليس لها ميزانيات معتمده من وزاره الماليه أو أيه جهه أخرى ولها أثر في إعداد الأئمة والدعاة وإحياء رسالة المسجد .

(٦) النفقات التي لها علاقة بنشر القرآن الكريم وإعجازه وترجمة معانيه إلى مختلف اللغات وإعانات الجهات التي تقوم بتحفيظ القرآن الكريم وتجويده وإعانات المدارس

JT-MWL 00211

الملحقة بالمساجد.

(٧) الوفر المتحقق من صندوق المساجد يناقش في آخر جلسة للجنة التنسيق الدائمة مع نهاية كل عام مالي ويكون توجيه الوفر بحسب الاحتياج الفعلى للمساجد والمراكز وكافه البنود المتعلقة بصندوق المجلس الأعلى العالمي للمساجد .

مادة (٤) : يجوز عند الضرورة وفي حدود اعتمادات البنود المختصة الأصلية تجزئة العقود بحيث تحمل ميزانية كل سنة مالية بالجزء الذي سينفذ فيها من العقد .

## الفصل الثالث
## الصرف والتحصيل

مادة (٥) : ( أ ) أن لا تتجاوز قيمة العقود المبالغ المعتمده في الميزانية للسنة المالية التي يتم فيها توقيع العقود .

(ب) أن لا تستخدم المبالغ التي ارتبط بها في العقود لأية ارتباطات أخرى كما لايجوز النقل من تلك المبالغ التي تم الارتباط بها إلى اعتمادات البنود الأخرى .

من أهم المؤيدات الثبوتية الواجب تقديمها لاعتماد صرف المبالغ ما يلي:

- مذكرات ومحاضر الفحص والاستلام المعدة من اللجان المختصة والمستخلصات والتقارير المقدمة .
- أصول الفواتير ومرفقاتها.
- أصول بونات وفواتير الفنادق على أن تكون موقعة من الضيف ومعتمدة ومرفقة بها التعميدات المحددة لنوعية الضيافة ومدتها من صاحب الصلاحية .
- أصل مذكرة الإدخال .
- أصل قرار الانتداب .
- أمر الاركاب مرفقا به موافقة صاحب الصلاحية وكعوب التذاكر المتعلقة به وعند التعويض عنها .
- نموذج طلب صرف بدل الانتداب الموقع من الموظف والمعتمد من صاحب الصلاحية .
- نسخ قرارات التعيين والترقية ومنح العلاوة والتعاقد والخطاب المؤيد لمباشرة العمل وأصول المسيرات وغيرها .
- أصل قرارات التكليف بالعمل خارج وقت الدوام الرسمي ومنح

JT-MWL 00212

المكافآت والإجازات المختلفة .

- أصل تقرير إنجاز العمل خارج وقت الدوام .
- نسخ قرارات المنح الدراسية وإعانات الدعاة والإعانات السنوية .
- أصول قرارات الإعانات التي تصرف لمرة واحدة .
- أصول القرارات المتعلقة بحسميات الراتب أو الأجر الشهري (غياب، جزاءات) .
- إشعارات البنوك على أنه في حالة اشتمال الإشعار على أكثر من مبلغ يرفق بالمستند صورة منه مع الإشارة إلى رقم وتاريخ المستند الذي أرفق به الأصل .
- المستندات المؤيدة لتسليم الإعانات والمساعدات والتبرعات والنفقات المختلفة وما يؤكد صرفها في الأغراض المخصصة لها وكافة الوثائق التي يتم بموجبها تسوية تلك النفقات أولاً بأول.

مادة (٦) : يتم صرف الرواتب والأجور والبدلات في مواعيد استحقاقها ماعدا رواتب الإجازات فيجوز صرفها قبل موعد الاستحقاق بموجب قرار الإجازة .

مادة (٧) : يجوز صرف ٥٠٪ من قيمة بدل الانتداب سلفة على الحساب على أن يتم تسويتها بموجب المستندات المثبتة لأداء المهمة والنماذج المعتمدة لذلك فور عودة المنتدب وخلال السنة المالية .

مادة (٨) : يجب أن يكون أمر اعتماد الصرف من أصل وصورة موقعا عليه من الأشخاص المفوضين بالتوقيع ويعطى أرقام مسلسلة من واقع دفتر اليومية العامة على مدار السنة .

مادة (٩) : تستعمل الشيكات الصادرة عن الرابطة أو خطابات التعميد البنكية سواء لإصدار شيكات بنكية أو لتنفيذ حوالات مصرفية لكافة المبالغ المراد صرفها.

JT-MWL 00213

مادة (١٠) : جميع توقيعات المسؤولين على أذون التسوية أو أوامر اعتماد الصرف تكون بالحبر الأزرق أو الأسود ولا تقبل الأختام وحدها كوسيلة للإقرار باستلام الاستحقاق بل يؤيد الختم بصمة إبهام المستفيد اليسرى أو وكيله وبإيضاح ما يثبت شخصية المستلم .

مادة (١١) : كل تعديل يقع في إذن التسوية أو أمر اعتماد الصرف أو المستندات المرفقة يتم التوقيع بجانبه من قبل الموظف الذي أجرى التعديل ومدير إدارة الشؤون المالية أما إذا كان التعديل خاصاً بمبلغ أمر إعتماد الصرف أو إذن التسوية فيتطلب ذلك إلغاء أمر الصرف وإعادة كتابة البيانات والمبالغ الصحيحة .

مادة (١٢) : يجب أن يكون إذن التسوية من أصل وصورة وموقعاً عليه من الأشخاص المفوضين بالتوقيع ويعطى أرقاماً مسلسلة من واقع دفتر اليومية العامة على مدار السنة.

مادة (١٣) : إذا كان قرار الانتداب أو المكافأة يتضمن أكثر من شخص فيحرر به كشف أو مسير جماعي ويجوز صرف الاستحقاق لأحدهم أو لبعضهم بموجب صورة القرار إذا لم يتم الصرف للجميع في وقت واحد على أن يشار في هذه الحالة إلى رقم وتاريخ المستند الذي أرفق به أصل القرار .

مادة (١٤) : في بعض الحالات التي يتعذر الحصول فيها على فواتير المصروفات التي تتعلق بأجور المواصلات والحمالة ورسوم الجوازات وغيره من المصرفات النثرية فيجوز الصرف بعد اعتماد كشوف المصروفات من معالي الأمين العام أو من يفوضه.

مادة (١٥) : للأمين العام أو من يفوضه الموافقة على بيع أو استهلاك الرجيع أو الأصناف المستغنى عنها بعد اتخاذ الإجراءات والمحاضر اللازمة من قبل المراقب المالي ومدير إدارة الشؤن المالية ومدير إدارة الخدمات.

مادة (١٦) : يتم إثبات المبالغ المستحقة للرابطة طرف الغير عهد تحت التحصيل لحين إتمام تسديدها حيث تسوى في الحسابات ذات العلاقة .

مادة (١٧) : يجب عند إثبات أو صرف التبرعات الواردة لأغراض محددة مراعاة ما يلي:

(١) لا يحق لأي شخص عند استلام تلك التبرعات إبقائها لديه أو التصرف فيها

(٢) تورد التبرعات للبنك خلال نفس الأسبوع الذي تم تحصيلها فيه وبموجب بيان تفصيلي يوضح فيه أرقام الشيكات ومبالغها وأرقام إيصالات الاستلام .

(٣) يرسل للمتبرع خطاب شكر بعد تحصيل الشيك.

(٤) : عند إيداع تبرعات في أحد حسابات الرابطة لدى البنوك على إدارة الشؤون المالية إعداد شيك بمبلغ التبرعات وإرساله بمذكرة لمكتب الأمين العام تشتمل على قيمة كل تبرع والجهة المستفيدة واسم المتبرع لإيداعها في الصناديق المختصة .

(٥) عند ورود شيكات تبرعات إلى إدارة الشؤون المالية وبمجرد استلامها ترسل فوراً إلى مكتب الأمين العام لقيدها في الحسابات المختصة .

## الفصل الرابع
## السلف والعهد

مادة (١٨) : يجب أن يوضح قرار السلفة نوعها (مستديمة –مؤقتة) وقيمتها وبنود الصرفوالأغراض التي تصرف عليها وتاريخ تسديدها.

مادة (١٩) : عند صرف السلف للمكاتب أو المراكز أو أجهزة الرابطة يتم الصرف منها بتعميدخطى من صاحب الصلاحية في المكتب أو المركز حسب الأحوال وتتم تسويتهاأولاً بأول على أن يتم تسديد السلفة في كل الأحوال قبل نهاية السنة المالية التي صرفت فيها .

مادة (٢٠) : يجب أن يحدد في قرار صرف العهد المؤقتة الغرض منها وبنود الصرف ومدة التسديد بما لا يتجاوز نهاية السنة المالية .

مادة (٢١) : يكلف الأمين العام في مواعيد غير محددة من يقوم بحصر السلف والعهد ومراجعتها وتدقيقها بما يضمن حسن التصرف فيها وتسديدها وإعداد تقرير بذلك يقدم له .

مادة (٢٢) : يحظر التصرف في السلف والعهد إلا في ذات الغرض الذي صرفت من أجله ولا يجوز تسليمها لآخرين على ذمة صرفها في تلك الأغراض، ويعتبر من تصرف فيها على غير هذا الأساس مسؤولاً عن ذلك فضلا عن ضرورة سرعة تقديم المحاضر والمؤيدات الثبوتية لصرفها أو إعادتها بنفس العملة التي صرفت بها،

JT-MWL 00214

وعلى إدارة الشؤون المالية مسؤولية متابعة ذلك وتسوية هذه السلف والعهد أولاً بأول في كل الأحوال وقبل نهاية السنة المالية.

## الفصل الخامس
## الحسابات والسجلات والحسابات الختامية

مادة (٢٣) : يتولى رئيس الحسابات مباشرة أو بواسطة المحاسبين لديه مهمة فتح السجلات المحاسبية بحيث تكون مرقمة ومسلسلة وعليه مسؤولية التحقق من تسجيل كافة العمليات الحسابية والقيود المحاسبية وإجراء المطابقات والتسويات الشهرية اللازمة والتأكد من إدخالها وتسجيلها في الحاسب الآلي بالطريقة الصحيحة ودون تأخير .

مادة (٢٤) : المجموعة الدفترية والسجلات والنماذج :

(أ) تمسك إدارة الشؤون المالية مجموعة سجلات لقيد وتسجيل عملياتها.

المحاسبية وقوام هذه المجموعة ما يلي :

- سجل المصروفات .
- سجل البنوك (جاري/مساجد/ استثمارات / متنوعة ) .
- سجل مراقبة خطابات الضمان .
- سجل اليومية العامة .
- سجل الإيرادات .
- سجل إجمالي الأمانات .
- سجل مفردات الأمانات بأنواعها المختلفة .
- سجل إجمالي السلف والعهد .
- سجل مفردات السلف والعهد .
- سجل حصر الشيكات الصادرة .
- سجل حصر الشيكات الواردة .
- سجل الإعانات المساعد .

JT-MWL 00215

- سجل الدعاة المساعد .
- سجل المنح الدراسية المساعد .
- سجل مساعدات القرآن المساعد .
- سجل مكاتب الرابطة بالخارج .
- سجلات الارتباطات وتتضمن :
- رابطة العالم الإسلامي .
- صندوق المجلس الأعلى العالمي للمساجد .
- سجل تحليل مصروفات المساجد .
- سجل تحليل إيرادات المساجد .
- بطاقات أو سجلات المستودعات (تمسك بمعرفة أمين المستودع) .
- بطاقات أو سجلات مراقبة المستودعات (تمسك بمعرفة إدارة الشؤون المالية) .
- سجلات الأصول .
- سجلات الضمانات .
- سجلات التأدية (تمسك بمعرفة إدارة شؤون الموظفين) .

(ب) النماذج والمستندات التي تتداولها الرابطة في عملياتها المالية :

- استمارة اعتماد صرف .
- أمر اعتماد صرف .
- استمارة اعتماد تسوية .
- إذن تسوية .
- شيكات .
- جدول الحساب الشهري .

هذا بالإضافة إلى النماذج التي تستخدمها الرابطة في علاقاتها مع الغير على أنه بالنسبة للمطبوعات والدفاتر ذات القيمة فإنها

تعتبر عهدة طرف مدير إدارة الشؤون المالية وعليه التأكد من أنها كاملة المحتويات ومسلسلة الأرقام ولا تسلم إلا بمحضر ولا يسلم دفتر منها إلا بعد رد المستعمل والتأكد من صحة بياناتها .

مادة (٢٥) : على إدارة الشؤون المالية استخراج الجداول الشهرية وتزويد الجهات ذات العلاقة بنسخة منها على أن تشمل ما يلي :

( أ ) بيان اعتمادات البنود والمنصرف والمرتبط منها ورصيد كل بند .
(ب) بيان العهد والسلف .
(ج ) بيان الأمانات .
(د ) بيان الإيرادات .

وترفع للأمين العام أو من يفوضه في موعد أقصاه اليوم العاشر من الشهر التالي وعلى رئيس الحسابات إعداد تقرير شهري عن وضع العهد والسلف والأمانات وخاصة ما يكون قد تم تدويره منها من سنة مالية سابقة وأسباب عدم التسوية.

مادة (٢٦) : يصدر الأمين العام قراراً بتكوين لجنة برئاسته أو من يفوضه وعضوية كل من المراقب المالي، ومدير عام الشؤون الإدارية والمالية ومدير إدارة الشؤون المالية ورئيس الحسابات، ومندوب من قبل مراقب الحسابات الخارجي، وذلك لإقفال الحسابات وإعداد الحساب الختامي للرابطة موضحا المركز المالي لها في موعد غايته شهران من نهاية السنة المالية على أن يتضمن ما يلي :

(١) المصروفات من كافة الأبواب والبنود .
(٢) الإيرادات من جميع المصادر .

JT-MWL 00216

(٣) الوضع بالنسبة للاعتمادات المقررة -الاعتماد الأصلي وبعد التعديل

- المنصرف الفعلي - الوفر .

(٤) كافة الأصول والخصوم .

## الفصل السادس

## أولا: قواعد تأمين المشتروات وتنفيذ الأعمال والخدمات

مادة (٢٧) : يتم مراعاة الضوابط والقواعد التالية لتأمين مشتروات الرابطة أو التكليف بتنفيذ الأعمال أو الخدمات :

(١) تتاح لجميع الأفراد والمؤسسات في دولة المقر والراغبين في التعامل مع الرابطة وأجهزتها التابعة ممن توفر فيهم الشروط التي تؤهلهم لذلك التعامل فرص متساوية .

(٢) على الجهة المعنية بالتعاون مع أجهزة المشتروات والمستودعات والمالية وضع المواصفات التفصيلية للأعيان المطلوبة مع تجنب الإشارة إلى نوع معين أو ماركة معينة أو جهه معينه إلا في حالات الأجهزة والمعدات المتخصصة النادرة .

(٣) عند تأمين المشتروات تفضل منتجات المملكة العربية السعودية إذا كان الشراء في دولة المقر .

(٤) يكون شراء المعدات والأدوات حسب الخطة الموضوعة وفي حدود الاعتمادات المقررة .

(٥) يحظر شراء أي مواد أو مستلزمات أو أعيان إلا بعد الرجوع إلى المستودعات والتأكد من عدم توفر المطلوب فيها بموجب مذكرة موقعة من مأمور المستودع ورئيسه المباشر .

JT-MWL 00217

## ثانيا : الشراء وتنفيذ الأعمال

مادة (٢٨) : يلزم تقديم ثلاث تسعيرات لكافة المشتريات ويستثنى من ذلك المشتريات الطارئة والنثرية بما لا يتجاوز ألفي ريال .

مادة (٢٩) : في حالة التأمين المباشر أو العروض المفتوحة لا يلزم تقديم ضمان ابتدائي.

مادة (٣٠) : السيارات وقطع الغيار يتم تأمينها من الوكيل الرسمي وفي حالة وجود أكثر من وكيل يتم التأمين بإجراء منافسة بينهم ويمكن التأمين من غير الوكيل إذا كانت الأسعار أقل وتفي بالغرض المطلوب .

مادة (٣١) : لا يجوز التعميد بالشراء أو الترسية إلا بعد الارتباط بقيمة الأصناف المطلوب تأمينها .

مادة (٣٢) : يراعى عند فتح الاعتمادات المستندية حجز نسبة لا تقل عن ٣٠٪ (ثلاثين بالمائة) من قيمة الاعتماد ولا تدفع إلا بموجب شهادة من الجهة المستفيدة باستكمال توريد الأعيان وتركيبها وفقا للشروط المدرجة في الاعتماد .

## ثالثاً : قواعد تقديم العروض

مادة (٣٣) : يتم قبول العروض والتعاقد بموجبها طبقاً للشروط والمواصفات التي تحددها الرابطة .

مادة (٣٤) : يتم اختيار من يدعون إلى المنافسة بناء على ما يتوفر لديها من معلومات ويجوز الاستعانة في ذلك بجهات متخصصة في دولة المقر أو المؤسسات الأهلية أو الهيئات الدولية .

مادة (٣٥) : يجب أن يقدم مع كل عرض ما يلي :

(١) خطاب ضمان ابتدائي في حدود ٢٪ اثنين بالمائة .

(٢) صورة من السجل التجاري أو تصريح بمزاولة النشاط في دولة المقر .

(٣) شهادة تصديق من الغرفة التجارية أو صورة الاشتراك في الغرفة التجارية .

(٤) شهادة تسديد الزكاة والدخل .

(٥) أية مستندات تطلب في أوراق المنافسة .

مادة (٣٦) : يخطر المتنافسون بتوجيه خطابات رسمية إليهم في حالة المنافسة المحدودة والإعلان في الصحف في حالة المنافسة العامة يحدد فيها آخر موعد لتقديم العطاءات– بعد فترة مناسبة –ومواعيد ومكان فتح المظاريف .

مادة (٣٧) : تقدم العروض في مقر الأمانة العامة باللغة العربية وبالريال السعودي .

مادة (٣٨) : يجوز بيع الشروط والمواصفات التي تقدم على أساسها العروض على أن يتم حصر كميتها والمباع منها والمتبقي بموجب محاضر وتورد القيمة للبنك لحساب الرابطة عن طريق إدارة شؤون المالية مع صورة من تلك المحاضر.

مادة (٣٩) : يجب أن يتضمن العرض قائمة الأسعار ومنشأ الأصناف التي تقدم بها صاحب العرض ومكان صنعها على أن يراعى في ذلك أحكام المقاطعة .

مادة (٤٠) : تبقى جميع العروض المقدمة سارية المفعول حتى تاريخ البت والترسية .

مادة (٤١) : يجب على صاحب العرض المقبول أن يودع خلال عشرة أيام تبدأ من اليوم التالي لإخطاره بقبول عرضه خطاب ضمان نهائي وفي حدود ٥٪ خمسة بالمائة من قيمة العرض وفي حالة عدم تقديم هذا الضمان يمكن للرابطة أن تمنحه مدة إضافية لا تتجاوز عشرة أيام فإذا لم يقدم خطاب الضمان خلال هذه الفترة، فللرابطة الخيار بين مصادرة الضمان الابتدائي أو تنفيذ المشروع على حسابه والرجوع عليه بالتعويضات .

## رابعا: فتح المظاريف والبت والترسية

مادة (٤٢): بحضور المندوبين والمفوضين عن المتنافسين تفتح المظاريف في الساعة واليوم المحددين لذلك وترقم العروض بطريقة الكسر الاعتيادي حيث يدل البسط على رقم العرض والمقام على عدد العروض، وتوقع جميع العروض ومرفقاتها من أعضاء لجنة فتح المظاريف بعد التأكد من أن كل عرض قد استوفى الشروط المطلوبة .

مادة (٤٣): يستبعد العرض الذي لم يتضمن خطاب الضمان المطلوب أو لم ترفق به المستندات اللازمة وكذلك العرض المبنى على أساس تخفيض نسبة مئوية عن أقل العروض أو المتضمن تحفظات أو الذي يصل للرابطة بعد فتح أول مظروف .

مادة (٤٤): ترد خطابات الضمان المؤقتة إلى أصحاب العروض المستبعدة بعد البت دون الحاجة إلى طلب يقدم منهم ويعد محضر يشتمل على قيمة العرض وقيمة الضمان وفترة التوريد ومنشأ الأصناف والمستندات النظامية الأخرى والمعلومات الأخرى التي تراها اللجنة ضرورية ويتم التوقيع عليه من جميع الأعضاء .

مادة (٤٥): تتم الترسية على صاحب أقل العروض سعراً إذا تساوت الشروط والمواصفات وللجنة فحص العروض اختيار أفضل العروض من الناحية الفنية، وإن كان أعلى سعراً وبموافقة الأمين العام.

مادة (٤٦): للجنة فحص العروض الحق في الاستعانة بلجنة فنية لتقويم العروض من الناحية الفنية وتقديم توصياتها .

JT-MWL 00219

## خامسا: تنفيذ الأعمال وغرامات التأخير

مادة (٤٧): يجوز للرابطة أن تدفع لمن تتعاقد معه دفعة مقدمة في حدود ٢٠٪ عشرين بالمائة من قيمة العقد مقابل خطاب ضمان بنكي بنفس القيمة ساري المفعول لمدة العقد - وتحسم هذه الدفعة على أقساط طبقا للمستخلصات، وتدفع باقي الأقساط حسب ما يتم إنجازه من المشرفين على العملية تفيد أن العمل تم إنجازه وفقا للشروط والمواصفات وبنود العقد .

مادة (٤٨): تحتفظ إدارة الشؤون المالية بخطاب الضمان النهائي لمدة سنة من تاريخ الإستلام الابتدائي وتكون مسؤولة عن فتح سجل خاص بخطابات الضمان وتجديدها قبل موعد انتهائها والإفراج عنها بعد استكمال الإجراءات النظامية.

مادة (٤٩): يضمن المقاول مايحدث من تهدم كلي أو جزئي مما أنشأه خلال عشر سنوات من تاريخ التسليم النهائي متى كان ذلك ناتجاً عن عيب في التنفيذ مالم يكن تم الاتفاق على بقاء المنشآت لمدة أقل من عشر سنوات.

مادة (٥٠): لا يحق للمقاول أو المورد المتعاقد مع الرابطة التنازل عن تنفيذ العقد أو جزءمنه لغيره إلا بموافقة كتابية من الأمين العام، كما أنه يبقى مسؤولا بالتضامن مع المتنازل إليه ( المقاول من الباطن).

مادة (٥١): إذا أخل المقاول ببعض أو كل بنود العقد فللأمين العام تطبيق غرامات التأخير بحقه وفقا لما يلي:

( أ ) : في عمليات التوريد تؤخذ غرامة تأخير بواقع ١٪ (واحد بالمائة) من قيمة ماتأخر عنه لكل أسبوع تأخير بحيث لا تتجاوز الغرامة عن ٤٪ ( أربعة بالمائة) من

قيمة العقدالإجمالية مع اعتبار العقود التي تتضمن توريدا أو تركيبا أو أشغالا عامة في حكم عقود الأشغال العامة ويتعين تضمين مثل هذه العقود نصا بخضوعها في حالة التأخير للغرامة المقررة في عقود الأشغال العامة.

(ب): في الأعمال الاستشارية والدراسات ووضع المواصفات تؤخذ الغرامة بواقع ١٪ (واحد بالمائة) من قيمة ما تأخر عنه لكل شهر تأخير بحيث لا تزيد الغرامة ١٠٪ (عشرة بالمائة) من قيمة العقد الإجمالية.

(ج): في أعمال التشغيل والصيانة يلتزم المقاول بغرامة دورية تقدر في العقد بحيث لا تتجاوز ١٠٪ ( عشرة بالمائة ) من قيمة العقد الإجمالية عند نهاية التنفيذ.

(د ) : في عقود الأشغال العامة إذا تأخر المقاول عن إتمام العمل وتسليمه كاملا في المواعيد المحددة ولم تر الرابطة داعيا لسحب العمل منه يلزم بدفع غرامة عن المدة التي يتأخرفيها إكمال العمل بعد الميعاد المحدد للتسليم تحتسب على أساس متوسط التكلفة اليومية للمشروع وذلك بقسمة قيمة العقد على مدته وفقاً لما يلى :

- غرامة على الجزء الأول من مدة التأخر بقدر ربع متوسط التكلفة اليومية عن كل يوم تأخير حتى تبلغ أكثر المدتين خمسة عشر يوما أو نسبة ٥٪ خمسة بالمائة من مدة العقد .
- غرامة عن الجزء الثاني من مدة التأخير بقدر نصف متوسط التكلفة اليومية عن كل يوم تأخير حتى تبلغ

JT-MWL 00220

أكثر المدتين ثلاثين يوماً أو نسبة عشرة بالمائة من مدة العقد.

- غرامة عن الجزء الثالث من مدة التأخير بقدر كامل متوسط التكلفة اليومية عن كل يوم تأخير تال لأكثر المدتين المنصوص عليها في الفقرة (ب)، ولا يجوز أن تتجاوز مجموع الغرامات المفروضة نسبة ١٠٪ عشرة بالمائة من قيمة العقد على أنه إذا رؤى أن الجزء المتأخر عنه لا يمنع الانتفاع بالعمل على الوجه الأكمل للميعاد المحدد لإنهائه ولا يسبب إرباكا في استعمال أي منفعة أخرى ولا يؤثر تأثيرا سيئا على ما تم من العمل نفسه فلا تتجاوز مجموع الغرامة نسبة ١٠٪ (عشرة بالمائة) من قيمة الأعمال المتأخرة.

## الفصل السابع
## المستودعات
### أولاً: فحص الأصناف

مادة (٥٢): جميع الأصناف الموردة يتسلمها موظف مسؤول بالجهة المستفيدة بمشاركة مأمور المستودع استلاماً مؤقتاً ولرئيس كل جهاز اختيار موظف للقيام بهذه المهمة ثم يتم استلامها وتسجيلها في سجلات المستودعات وتقييد بعهدة مأمور المستودع لحين صرفها أو استهلاكها بموجب مذكرات إخراج.

مادة (٥٣): يتم تخزين الأصناف وفق طبيعتها فالأصناف التي لا تستهلك مثل الأثاث يخصص لها أمكنة وبطاقات وسجلات منفصلة عن تلك الأصناف المستهلكة مثل القرطاسية وأدوات السيارات.

مادة (٥٤): يتم التسجيل في بطاقات وسجلات المستودع من واقع صور مذكرات الإدخال والإخراج وفق النماذج المعتمدة في المستودعات ويرفق بها محاضر الفحص والاستلام أو محاضر الإتلاف.

مادة (٥٥): يتم ترقيم جميع الموجودات والأعيان الثابتة ثم ترقم الأعيان من المشتروات الجديدة فور استلامها.

JT-MWL 00221

## ثانياً: طريقة الإدخال والإخراج

مادة (٥٦): يتم استلام الأصناف أو الأعيان بموجب المواصفات المحددة وبموجب خطاب التعميد بالتوريد .

مادة (٥٧): يكتفى بمحاضر الفحص والتركيب والاستلام لإثبات إدخال وإخراج الأعيان التالية:

- الأخشاب والأدوات الكهربائية وقطع غيار السيارات .
- المواد والأدوات والمستلزمات التي تؤمن عن طريق مكاتب الرابطة ومراكزها في الخارج وتقيد في بطاقة عهدة على المركز أو المكتب وأما المشتريات التي تؤمن خلال انعقاد الدورات التدريبية والندوات والمؤتمرات في الخارج تصرف اقيامها بموجب المستندات المؤيدة لشرائها ومحضر موقع من المشرف على الترتيبات اللازمة موضحاً به نوعية وأعداد وأقيام المستلزمات المؤمنة .

مادة (٥٨): ما يتم تأمينه من أعيان يتم إثباته في سجلات المستودعات ويصرف منه قيداً على تلك الجهات ويسجل عهدة عليها لحين استلاكه أو التصرف فيه بطريقة نظامية، وعلى مديري الجهات تقع مسؤولية تزويد المستودع العام في نهاية كل سنة بكشوف جرد تلك الأعيان .

مادة (٥٩): يتم الصرف من المستودع بمستندات معتمدة من المدير العام للشؤون الإدارية والمالية أو من يفوضه الأمين العام وكذلك يتم الصرف بمستندات معتمدة من مديري المكاتب والأجهزة خارج دولة المقر وبموجب مذكرات إخرج وفق النماذج والتعليمات المعدة لذلك .

مادة (٦٠): تزود إدارة الشؤون المالية أولاً بأول بصور من مذكرات الإدخال

والإخراج ليتم القيد بموجبها ببطاقات أو سجلات مقابلة لديها تثبت حركة الأصناف الموجودة في المستودع ويتم إجراء مطابقة دورية بينها وحصر ما قد يكون هناك من فروق وبحثها والعرض عن ذلك على الأمين العام لإقرار ما يراه بشأنها .

يتم استرجاع الأعيان والأصناف إلى المستودع في الحالات التالية:

( أ ) زيادة المنصرف عن الحاجة .

(ب) وجود خطأ في الأصناف التي صرفت .

(ج ) الأصناف التي انتهى استعمالها أو انتفى الغرض منها.

(د ) المخلفات أو بقايا التشغيل أو الصيانة .

(هـ) الأصناف التالفة وغير الصالحة للاستعمال .

مادة (٦١): في حالة المباني والمنشآت (مهما صغرت) يحل محضر الاستلام الابتدائي محل مذكرات الإدخال والإخراج على أن تتخذ المحاضر التالية:

- محضر عند نهاية مدة العقد لتحديد ما تم إنجازه من أعمال.
- محضر استلام مؤقت لتحديد مدى الاستفادة عند إشعار المقاول بإنهائه الأعمال.
- محضر استلام ابتدائي لتحديد ما قد يظهر من نواقص أو قصور في التنفيذ وما يترتب على ذلك من غرامة أو حسم.
- محضر الاستلام النهائي بعد انقضاء المدة المقررة للإفراج عن الضمان.

JT-MWL 00222

## ثالثا: استهلاك الأصناف

مادة (٦٢): يراعى أمين المستودع مراقبة موقف كل صنف عند وصوله إلى الحد الأدنى لتبليغ الجهة المختصة بطلب الصنف كما يراعى التبليغ عن الأصناف الراكدة ويقدم كشوفا بما في عهدته منها من وقت لآخر لاتخاذ مايلزم بشأنها.

مادة (٦٣): جميع الأصناف التي تستهلك يومياً وباستمرار مثل القرطاسية والأدوات المكتبية تقيد مستهلكة فور إخراجها على الجهة المستفيدة.

مادة (٦٤): يكون الأمين العام أو من يفوضه لجنة لتحديد الأصناف غير الصالحة للإستعمال أو الزائدة عن الحاجة أو التالف من الرجيع وغير ذلك وإقتراح بيع مايصلح أو إعدام التالف منها ووضع الإجراءات النظامية اللازمة لذلك ويتم استنزال تلك الأصناف من البطاقات والسجلات بعد تقرير مايراه الأمين العام بشأنها.

## رابعا: جرد الأصناف

**مادة (٦٥):** الجرد هو عملية حصر فعلي لكافة الموجودات الثابتة والمنقولة بالسجلات والمستندات بهدف التعرف على محتويات المستودعات الفعلية في زمن محدد وما قد تسفرعنه هذه العملية من عجز وزيادة.

**مادة (٦٦):** يتم تكوين اللجان وتحديد مواعيد الجرد بقرار من الأمين العام أو من يفوضه وترفق نتيجة الجرد مع الحساب الختامي للرابطة.

**مادة (٦٧):** كل من عليه عهدة سواء كان أمين مستودع أو موظفاً به أو موظفاً بجهاز أو فرع أو مكتب يكون مسؤولا مسؤولية كاملة عن النقص الذي يطرأ على مافي عهدته.

## خامسا: العهد

مادة (٦٨): يعتبر عهدة كل صنف مستديم يصرف لتحقيق أو تأدية خدمة معينة أو تسهيلها .

مادة (٦٩): تنقسم العهد إلى نوعين:

( أ ): عهدة الإدارات أو الأقسام أو الموقع وهي الأصناف التي تركب في المباني والمنشآت كالمكيفات ومولدات الكهرباء وطفايات الحريق وأجهزة مقسمات الهاتف والمصاعد، أو تلك التي تستخدم بها كالأثاث وآلات التصوير وما يماثلها .

(ب): العهد الشخصية وهي التي تسلم لموظف بذاته وفقا لطبيعة العمل الذي يؤديه مثل آلات الحاسبة وأجهزة التلفون والحاسب الآلي وما يماثلها .

مادة (٧٠): عند اقتضاء نقل عهدة من إدارة أو قسم أو موقع أو من موظف إلى آخر يجب إجراء معاينة من قبل المسلم والمستلم أو بمعرفة لجنة يكونها الأمين العام أو من يفوضه لهذا الغرض إن لزم الأمر.

مادة (٧١): تعتبر الإدارات والأقسام والمواقع مسؤولة عما بحوزتها من أصناف العهد المصروفة لاستعمالها ، وعلى رؤسائها وضع الضوابط اللازمة لحسن الرقابة والمحافظة على تلك الأصناف وصيانتها .

مادة (٧٢): يعتبر كل من بحوزته صنف أو أكثر من أصناف العهد الشخصية مسؤولا عنها مسؤولية كاملة من حيث حسن استعمالها والمحافظة عليها .

# الفصل الثامن

## الرقابة الداخلية والخارجية

### أولاً: الإجراءات اللازمة لتحقيق مهام الرقابة الداخلية

مادة (٧٣): حصر السجلات والحسابات والمستندات المؤيدة لها والتأشير عليها بما يفيد ذلك.

مادة (٧٤): على المراقب المالي أو من يفوضه الأمين العام حضور لجان فتح المظاريف والاشتراك في فحص لجنة العروض .

مادة (٧٥): على المراقب المالي التوقيع على أوامر الصرف وأذونات التسوية بعد التأكد من مطابقتها للأوامر والتعليمات كما يوقع على الشيكات كتوقيعاً ثانياً .

مادة (٧٦): على المراقب المالي أو من يفوضه الأمين العام المشاركة في التحقيق في حالات وقوع أضرار بممتلكات الرابطة .

مادة (٧٧): المشاركة في عمليات جرد الصناديق والمستودعات .

مادة (٧٨): على المراقب المالي مراجعة وتدقيق قيود اعتمادات الميزانية في دفاتر الارتباط.

مادة (٧٩): على المراقب المالي الاتصال المباشر بالموظفين الماليين والإداريين فيما يختص بتنفيذ مهامه .

مادة (٨٠): على المراقب المالي رفع الملاحظات والمقترحات للأمين العام وتقديم تقارير دورية كل ثلاثة أشهر بما يفيد قيامه بمهامه وتقديم آرائه ومقترحاته وإيضاح المشكلات التي صادفته أو التي تعيق سير العمل .

مادة (٨١): على المراقب المالي إبداء وجهة نظره للأمين العام في حالة اعتراضه على الإجراء المتخذ أو عند نشوء خلاف في وجهات النظر بينه وبين إدارة الشؤون المالية لاتخاذ ما يراه بما يتفق مع الأنظمة والتعليمات المالية .

JT-MWL 00224

## ثانيا: الرقابة الخارجية

مادة (٨٢): يضطلع مراقب الحسابات الخارجي بالمهام التالية:

(١) الاطلاع على كل الدفاتر والسجلات والمستندات وتدقيقها والتأكد من سلامتها وكفايتها وأنها تمت وفق الأصول المحاسبية المتعارف عليها وطلب البيانات والمعلومات والإيضاحات التي يراها ضرورية لعمله والتأكد من أنها مكتملة وموقعة من صاحب الصلاحية.

(٢) الاطلاع والتحقق من موجودات الرابطة والتزاماتها تجاه الغير.

(٣) مقارنة الأعمال المنجزة والتصرفات المالية بالأعمال المقررة واللوائح المعتمدة وبيان المخالفات إن وجدت .

(٤) فحص الحساب الختامي وإعداد تقرير يتضمن تحليلاً لما جاء به خصوصاً فيما يتعلق بالمصروفات والإيرادات والسلف والعهد والأمانات.

(٥) تقديم تقارير دورية كل ثلاثة أشهر عن حسابات الرابطة للأمين العام.

مادة (٨٣): في حالة عدم تمكن مراقب الحسابات الخارجي من القيام بمهمته بسبب عدم تزويده بالبيانات التي يحتاجها أو وجود عوائق، يثبت ذلك في تقرير ويقدمه فوراً للأمين العام .

## الفصل التاسع
## أحكام عامة

مادة (٨٤): يحظر على جميع إدارات الرابطة طبع أي مطبوعات مالية - مثل إيصالات استلام التبرعات والاشتراكات وخلافه - واستخدامها إلا عن طريق إدارة الشؤون المالية وبقرار من الأمين العام بعد التأكد من أنها كاملة المحتويات ومسلسلة الأرقام .

مادة (٨٥): لا يحق لمن فوضه الأمين العام أي صلاحية تفويضها لمن سواه.

مادة (٨٦): كل ما لم يرد فيه نص في هذه القواعد يتم معالجته بقرار من الأمين العام .

مادة (٨٧): توضع هذه القواعد موضع التنفيذ بعد إصدارها بقرار من الأمين العام .

(طبع بمطابع رابطة العالم الاسلامي)

JT-MWL 00226



Beyond Words
Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: Ghada Attieh

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us