# EXHIBIT 030

# The Organizing Regulations for the Offices and Centers of the League Abroad

JT-MWL 00268

| **MUSLIM WORLD LEAGUE**<br>SECRETARIAT GENERAL-<br>MAKKAH AL-MUKARRAMAH<br>**Secretariat of the Supreme Committee** | [Logo] | **MUSLIM WORLD LEAGUE**<br>SECRETARIAT GENERAL-<br>MAKKAH AL-MUKARRAMAH |

---

No.: *3/[letter]*          Date: *3/2/1418 AH*          Attachments:

---

*[handwritten: Regulations [illegible] abroad, 4 copies]*

*[handwritten: Adel Ibrahim]*

Subject: …………………………………

: ………………………………….

*[handwritten: Brother Alawi Al-Saqqaf*
*Brother Mohammed Mahmoud*
*Brother Ahmad Al-Mahdi [illegible]*
*Brother Khaled Jafri*
*Brother Rushdi Abu Kareema*
*Brother Jamal Nassr*
*Brother Ibrahim Al-Mahdi*
*Brother Mohammed Al-Mahdi*
*Archive          Mosque security [illegible]*

## His Excellency, the Esteemed Deputy Secretary General for Administrative and Financial Affairs

**May the Peace, Mercy, and Blessings of God be upon you:-**

We inform Your Excellency that in its one hundred and twenty-third meeting on the date 19/1/1418 Hijri, the Supreme Council discussed recommendations and proposals from the training for the directors of the League's Offices Abroad, which took place in Mecca during the Hajj season of the year 1417 Hijri. The Supreme Council approved these recommendations after making some amendments to them.

We attach for Your Excellency the final text of these recommendations in order to put them into effect.

**May God Keep you,,,**

**Deputy Secretary General**
[signature]
**Mohammed bin Nasser Al-Abboudi**

*[letters]*
*[handwritten: His Excellency the Director of the Financial Department*
*Copy to His Excellency the Director of the Department of Workers*
*to approve the implementation of everything concerning it]*
[signature] *4/2/1418*

*[handwritten: 939*

*5/2/18]*

[stamp:] Office of the Deputy Secretary General
for Administrative and Financial Affairs
Number of the Incoming Item: *441/3*
Date: *3/2/1418 Hijri*
Attachments: *Report and Recommendations*

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.: 5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390 / 540390 – Cable: (RABITA-MAKKAH)

**JT-MWL 00269**

**MUSLIM WORLD LEAGUE**
**SECRETARIAT GENERAL-**
**MAKKAH AL MUKARRAMAH**
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: …………………………………………

: ………………………………………….

[signature]

# Report and Recommendations

## The Training Course

## for the Directors of the Offices Abroad and the Islamic Centers that the League administers

## during the Period from 29/11/1417 – 5/12/1417 Hijri

This report comprises of:

1 - The proposed procedures for the Offices Abroad or the Centers affiliated with the League
2 - Financial, administrative, and technical recommendations.
3 - Administrative and financial directives for the affiliated apparatuses outside of the country of the League's headquarters.
4 - A conclusion consisting of a summary, results, and recommendations.

[handwritten: illegible]]

[letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**JT-MWL 00270**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |
| --- | --- | --- |

Subject: ……………………………………
1
: ………………………………….

# Introduction

In the name of God, and praise be to God, and blessings and peace be upon the Messenger of God, and upon his family, his companions, and those who follow his guidance.

The directors of the offices abroad and the Islamic centers that the League administers met for the training course (as it was officially called) or the forum or conference for frank discussion (as took place in practice) during the period from 29/11/1417 until 5/12/1417 Hijri. There, they discussed the issues raised by the offices and the centers or the Secretariat General with those officers responsible for the activities of the League whose work relates to the officers and centers, such as the Department of Foreign Relations, the Financial Department, the Center for Administrative Communications, the Department of Employee Affairs, and the Department of Missionaries.

The directors of the offices and the centers thus thank His Excellency the Secretary General of the Muslim World League for this generous gesture, which gathered them together with the brother officers responsible for the departments, and which gathered them together with each other. It also gathered them in the company of the guests of the Most Merciful who descend upon the fervor of the League, imploring God Almighty to guide the steps of those carrying out the work of the events of the League, beginning with His Excellency, its Secretary General and ending with the employees of the offices (and centers), along with the General Department for Planning, Monitoring, and Budget, which prepared this training and administered its implementation, along the way.

They begin their recommendation with the repetition of the gathering of the directors of the affiliated apparatuses with the officers of the Secretariat General in order to the resolution of outstanding issues, defining the rules and principles for the work, the relationship between the Secretariat General and the affiliated apparatuses, and developing this relationship, which will lead to raising the level of performance.

The attendees agreed to raise the following with His Excellency the Secretary General:
1- The proposed procedures for the offices (or centers) affiliated with the League.
2- Financial, administrative, and technical recommendations.
3- Proposed administrative and financial directives for the affiliated offices (or centers).
4- A conclusion that includes a summary, results, and recommendations.
[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

JT-MWL 00271

**MUSLIM WORLD LEAGUE**
**SECRETARIAT GENERAL-**
**MAKKAH AL MUKARRAMAH**
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |

Subject: ……………………………………

1

: …………………………………….

# The Proposed Procedures
# for the offices abroad or the Islamic centers affiliated with the League

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**JT-MWL 00272**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /                    Date:                    Attachments:

Subject: ……………………………………

: ………………………………….

# The Proposed Procedures
## for the offices abroad or the Islamic centers affiliated with the League

## First: The Objectives

1- To administer all of the affairs of the League, its plans, and its programs in the region in which they operate.

2- Spreading the invitation to Islam and its teachings.

3- Monitoring local media, tracking everything that is published therein about Islam, Muslims, and their issues, and highlighting the necessary Islamic point of view on these issues.

4- Participating in providing support and educational services to Muslims, and coordinating among the activities of Islamic associations in the fields of education and missionary work.

5-  Forming voluntary local committees consisting of trusted Islamic figures to contribute to achieving the objectives of the League.

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

JT-MWL 00273

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

| No.: / | Date: | Attachments: |
|---|---|---|

Subject: ……………………………………
: …………………………………….
**7**

As a result of the exchanges and discussions that occurred during the training with the brother officers responsible for the concerned departments within the Secretariat General, the participants recommend the following:

## Concerning local affairs:

1- Utilizing bank transfers instead of checks to transfer allocations, salaries, and assistance.

2- Regardless of the circumstances, not halting the payment of salaries except in the case of absence, failure to prove enrollment in the job, failure to carry out a transfer decision, or any administrative or financial violations that necessitate halting the salary. And when this occurs, only the concerned person's salary is halted.

3- In the case of non-arrival of documents or their delay beyond the deadline set forth in the regulations, only the salary of the director is halted without halting the other allocations.

4- It is necessary to work with international banks that have branches in the countries to which money is transferred. It is noted that with regard to some countries in Africa in particular, the bank with which the League works sends the transfers to the United States, after which the sum is sent from there to the concerned country.

## Concerning administrative and technical matters

1- The necessity of strengthening the activities of the offices of the League by increasing their budgets and expanding the scope of their work. In this regard, we support the idea of [having] regional offices in order to focus efforts and mobilize energies.

2- Unifying the work of the offices of the League and the offices of the International Islamic Relief Organization completely, in order to eliminate any appearance of conflict, contradiction, or competition, and to improve the selection of directors and workers.

3- The necessity of linking the missionaries in the countries in which there are offices or centers to these apparatuses with respect to affiliation, leave, determining places of work, and monitoring.

4- In the case where one of the staff of the Offices or the Centers is sent on assignment, an initial advance to cover the expenses of the mission should be issued together with the decision of assignment, or authorization should be given to draw from the funds of the office until reimbursement is received.

5- The speed of reimbursement for leave and assignments, as well as the speed of issuing decisions [should be accelerated], such that no more than one month passes from the date of the leave request or the completion of the mission [until a decision or reimbursement is made].

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.: 5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390 / 540390– Cable: (RABITA-MAKKAH)

**JT-MWL 00274**

**MUSLIM WORLD LEAGUE**
**SECRETARIAT GENERAL-**
**MAKKAH AL MUKARRAMAH**
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |
|---|---|---|

Subject: ………………………………………

6

: ……………………………………….

# Financial *[sic]*, Administrative, and Technical Recommendations

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**JT-MWL 00275**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |
|---------|-------|--------------|

Subject: ……………………………………

8

: ……………………………………….

6- Unifying inquiries into Islamic organizations and associations and consolidating them within the Department of International Relations and Conferences.

7- Seeking the opinion of the Office on matters pertaining to assistance and subsidies, on an advisory basis.

On means of supporting the activities of the League and its Offices abroad

1- Taking advantage of the capacities of the League in all of the following:
Academic Scholarships
Through allocating academic scholarships by way of nomination by the Offices and conducting personal interviews, with the number of places for each continent determined every four years or kept fixed. A replacement is nominated after a scholarship place from the same continent becomes vacant.

2- Hospitality for Hajj and Umrah
Selecting people ranging between 50-100 in number to host them for the performance of Hajj or Umrah rituals, provided that they belong to the following categories:
- Prominent missionaries and Imams.
- Politicians, such as ministers, members of parliament, and local government officials, like governors, for example.
- Leaders of tribes and people with popular influence.
- Journalists and media personalities.
- Traders and wealthy people.
- Thinkers, writers, and scholars.

A well-thought-out program is made for them, which suits the category to which they belong, in order to make use of them in support of Islamic work.

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**JT-MWL 00276**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |

Subject: ……………………………………

9

: …………………………………….

# The Administrative and Financial Directives
# for the Apparatuses of the Muslim World League
# outside of the Country of its Headquarters

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

JT-MWL 00277

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /                          Date:                          Attachments:

Subject: …………………………………………
: ……………………… 10 …………………….

# Administrative Instructions

[Letters]

**JT-MWL 00278**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
Secretariat of the Supreme
Committee

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |
|---------|-------|--------------|

Subject: ………………………………

: ………………………………
11

# Chapter one: Definitions

The terms used in these instructions shall have the meanings indicated opposite each of them:

**League:** The Muslim World League, which is a global popular Islamic Organization with an independent personality.

**Apparatuses:** offices, centers, and agencies established by the League outside the Kingdom of Saudi Arabia.

**Secretary General:** The Secretary General of the Muslim World League.

**General Secretariat:** The executive apparatus of the Muslim World League in Makkah Al – Mukarramah.

**Employee:** A person who occupies an approved position within the apparatus and receives a salary for it.

**Year:** Twelve Gregorian months unless otherwise specified.

**Month:** A Gregorian month.

**Month Salary:** A fixed lump-sum salary inclusive of all allowances (housing, transportation, etc.)

**Fiscal year:** The fiscal year begins and ends with the fiscal year of the General Secretariat.

**Approved Budget:** The budget communicated to the apparatus by the General Secretariat for the relevant year.

[Letters]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

JT-MWL 00279

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH

No.: *3/[letter]*          Date: *3/2/1418 AH*          Attachments:

Subject: …………………………………
: ………………………………….
12

# Chapter Two: Duties and Regulations:

1.  The Muslim World League is a global, popular Islamic organization headquartered in Makkah AL-Mukarramah, established to serve Islam and Muslims.

2.  All members of the League must adhere to Islamic etiquette and morals with their superiors, subordinates, clients, and all those they deal with, and must be committed to cooperation and sincerity.

3.  Employees in the Leagues apparatuses must adhere to the following:

    A.  Studying the regulations and bylaws in force within the apparatus and adhering to their provisions.

    B.  Knowing the regulations and bylaws in force in the host country and avoiding any violations thereof.

    C.  Performing tasks and responsibilities as required by the interest of the work, striving for excellence without exceeding, violating, or neglecting their requirements.

    D.  Demonstrating honor, integrity, diligence, trustworthiness, and cooperating with colleagues and employees in a manner that achieves the League's noble objectives.

    E.  Safeguarding the League's funds, apparatuses, Properties, documents and secrets.

    F.  Adhering to daily work schedules and dedicating time and effort to completing the tasks assigned to the apparatus.

    G.  Implementing the instructions and orders issued by the apparatus director.

    H.  Adhering to the work and location specified by the League.

    [Letters]

JT-MWL 00280

[Illegible]

| **MUSLIM WORLD LEAGUE**<br>**SECRETARIAT GENERAL-**<br>**MAKKAH AL MUKARRAMAH**<br>**Secretariat of the Supreme**<br>**Committee** | [Logo] | MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA** |
|---|---|---|

| No.:  / | Date: | Attachments: |
|---|---|---|

Subject: …………………………………………

13

: ………………………………………….

4.      The following are prohibited for employees of the League's Apparatuses:
   A. Engaging in any activity that conflicts with the Leagues objectives.
   B. Interfering in the internal affairs of the host country of the apparatus.
   C. Making statements, publishing information, giving lectures, or participating in discussions through various media outlets that conflict with the League's policies, objectives, or instructions.
   D. Combining work for the League with practicing another profession without permission from the General Secretariat.
   E. Engaging in any activity that conflicts with their job duties.
   F. Soliciting or accepting any donation, gratuity, gift, or personal fees in their official capacity from any entity other than the League without informing The General Secretariat.
   G. keeping for themselves the original or a copy of any official document related to work.
   H. Disclosing any official information that the employee learns by virtue of his job.

## Chapter Three: Selection and Appointment:

The principle for those who occupy positions in the apparatuses is that they should be committed, competent, experienced, and trustworthy, in compliance with the saying of Allah, the Almighty: " In deed, the best of those you can hire is the strong and trustworthy one."

1. The apparatus is not allowed to create or add new positions to its organizational structure as approved in the apparatus's budget, the cost of a single position may not be divided among several positions or more than one position except with the written approval of the authorized official in the General Secretariat.

2. No appointment may be made to any approved and vacant position in the apparatus's functional organizational structure except by a decision of the General Secretariat.

[Letters]

JT-MWL 00281

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: ………………………………………

: …………………………………….

14

3. The following conditions must be met by anyone appointed to a position within the League's apparatuses:
   A. Reaching the legal age for appointment and not exceeding sixty years.
   B. Submitting a medical certificate issued by an accredited medical authority confirming their freedom from any defects or illness that would prevent them from performing their job duties properly.
   C. Not having been convicted or dismissed from service for reasons of dishonor or breach of trust.
4. The appointment is considered effective from the date of commencement of work after the issuance of the appointment decision.
5. The appointment of anyone who does not commence work within the specified period without an excuse acceptable to the General Secretariat will be cancelled.
6. The General Secretariat is not obligated to pay any amount to any employee or worker (or on their behalf) for any work performed before the issuance of their appointment decision.
7. The new employee is subject to a probationary period of no less than three consecutive months and no more than six months from the date of commencement of work. If their unsuitability is proven for this work, the apparatus director must submit a report on it to the General Secretariat.
8. When requesting the appointment of any employee or worker, the director of the apparatus shall submit the documents required for the appointment pursuant to this regulation to the General Secretariat for their issuance of the necessary decision.
9. The director of the apparatus shall submit annual performance evaluation reports for each employee or worker in the apparatus before the beginning of each fiscal year, according to the forms prepared by the General Secretariat.

[Letters]

JT-MWL 00282

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.: / | Date: | Attachments: |

Subject: …………………………………….

16

: …………………………………….

9.  If accommodation and living expenses are provided for the staff member seconded by the League, they are entitled to only one-quarter of the daily allowance. If only one of these is provided, they are entitled to half the daily allowance.

10. The Secretary-General may, by decision, assign the chairman of the apparatus to the duties of a specific position or an official task in addition to performing their original duties without any compensation.

11. The chairman of the apparatus may not assign an employee to the duties of another position except with the approval of the General Secretariat.

12. The Secretary-General may transfer some staff members of the League's apparatuses abroad to work in other apparatuses affiliated with the League or other entities.

13. In the event of termination of service, the employee shall be treated according to the terms of the signed contract.

## Chapter Five:  Leaves (Regular – Exceptional – sick)

1.  Weekly holidays, official holidays and working hours shall be determined by a decision of the General Secretariat, taking into consideration the holidays in effect in the country where the apparatus is located.

2.  The Apparatus's representative is entitled to thirty days of annual leave unless otherwise stipulated in his contract, after eleven months have passed since his appointment and commencement of work.

[Letters]

**JT-MWL 00283**

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: ……………………………………

: ……………………………………. 15

# Chapter Four-Salaries Allowances, Bonuses and Compensations:

1. An employee is entitled to the agreed-upon amount at the end of each calendar month.
2. An employee is not entitled to any payment for days of absence from work without an acceptable excuse, nor for the period spent in prison serving a judicial sentence. The Secretary General excludes cases where he is convinced of the injustice of imprisonment.
3. As a precautionary measure, the Secretary- General may suspend a member of the staff from work if the interest of work requires that, for a period not exceeding two months, after which they shall return to work unless a decision to dismiss them is issued.
4. An apparatus staff member assigned on an official mission by the authorized official shall receive a daily allowance
5. A member of the apparatus seconded on official mission must submit a report about this mission before the allowance is settled. An advance may be disbursed against the mission account, as determined by the authorized official.
6. An allowance shall not be paid for distance between any city and its airport.
7. The director of the apparatus may not assign any employee or worker unless they obtain prior approval from the General Secretary, which shall be subsequently confirmed in writing.
8. A seconded employee is entitled to a return ticket to their assigned location, at the class specified in their contract, unless transportation is provided. In all cases, ticket stubs must be submitted with the supporting documents for the performance of the task, whether travel is by air, land, or sea.

[Letters]

JT-MWL 00284

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH

| No.: *3/[letter]* | Date: *3/2/1418 AH* | Attachments: |
|---|---|---|

Subject: …………………………………………

17

: …………………………………………….

3. A staff member whose work is related to schools are not permitted to take their regular leave during the academic year.

4. Staff members are entitled to their annual leave, in full or in part, for a minimum of 15 days, depending on work circumstances. This leave may be postponed for a maximum of three years with the approval of the authorized official to the interests of work it requires, provided that the total leave taken does not exceed 90 days in one year.

5. In cases of necessity, staff members may be recalled during their annual leave. In this case, they retain their right to the remaining days of the leave that they did not take, provided that the General Secretariat is notified.

6. Staff members are not entitled to annual leave for the following periods:
   - The period of their absence without an acceptable excuse.
   - The duration of suspension from work if convicted and in similar cases.
   - The period of the employee's absence in prison for the execution of a sentence issued against them, unless the Secretary – General indicates that the reason for their imprisonment does not preclude the calculation of their leave.

7. The director shall submit their request for annual leave to the General-Secretariat a sufficient period before the start of the leave so that the General Secretariat may issue the necessary decision.

8. The director of the apparatus has the right to grant an employee or worker regular annual leave as required by the interests of the work in accordance with the established regulations, while providing the General secretariat with a copy of the leave decision.

9. Sick leave is only approved with medical reports issued by an accredited medical authority. The reports are sent to the General Secretariat for the necessary decision.

[Letters]

JT-MWL 00285

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /              Date:              Attachments:

Subject: …………………………………

18

: ………………………………….

# Chapter Six: Termination of Service

1. The service of apparatus staff shall terminate for one of the following reasons:
   A. Resignation
   B. Proof of unsuitability during the probationary period.
   C. Absence without an excuse accepted by the General Secretariat for 15 consecutive days or 30 non-consecutive days within one year.
   D. Dismissal for disciplinary reasons.
   E. Conviction of imprisonment for a crime involving moral turpitude, or dishonesty, or penalty related to bribery, forgery, embezzlement, or drug and alcohol offences.
   F. Abolition of the position.
   G. Reaching the age of sixty.
   H. Lack of medical fitness to continue working.
   I. Failure to comply with a transfer order for 45 days without an acceptable excuse.
   J. Death.
2. An employee wishing to resign must submit a written request a reasonable period before the specified date of leaving work, and the manager must immediately forward this to the Secretary-General.
3. An employee whose resignation has been accepted may not be reappointed before one year has passed from the date of leaving work.
5. A resigning employee must continue working in the apparatus until the date specified by the competent authority for the resignation to take effect, provided that this date does not exceed three months from the date of submitting the request.
6. The resignation of an employee referred for investigation, or suspended from work, may not be accepted until a decision is reached in their case.

[Letters]

JT-MWL 00286

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |
|---------|-------|--------------|

Subject: ……………………………………
19
: ……………………………………….

7. An employee whose service is terminated due to unsuitability for the job during the probationary period is not entitled to any leave for the period served.

8. If an employee's service is terminated due to job abolishment, the competent authority must notify them at least two months before the date specified for the abolition, unless otherwise stipulated in the contract. In the event of non-notification, the provisions of the contract shall apply, and the responsible party shall be held accountable.

## Chapter Seven-General Provisions:

1. The General Secretariat is the sole authority competent to issue decisions regarding appointment, transfer, termination of service, and secondment.  Directors of apparatuses must observe and adhere to this in all circumstances.

2. The director must follow up on any request to reinforce any verbal or telephone approval or order with a written order from the authorized official in the General Secretariat within two weeks.

3. Each apparatus must maintain a file for each employee containing a copy of their personal identification card or passport, their academic qualifications, work experience, appointment decision, letter commencing, and all related decisions, leaves and other documents.

4. Apparatus directors are prohibited from making any decision that results in any financial obligation to themselves or any of the apparatus's employees other than what was stipulated for each of them in their appointment decision.

5. All cases relating to apparatus staff and their status that are not covered by these instructions shall be dealt with by a decision of the Secretary-General.

6. All decisions issued by the General Secretariat relating to apparatus staff and their status shall be considered an integral part of these regulations after their issuance.

[Letters]

JT-MWL 00287

| **MUSLIM WORLD LEAGUE**<br>SECRETARIAT GENERAL-<br>MAKKAH AL-MUKARRAMAH<br>**Secretariat of the Supreme Committee** | [Logo] | **MUSLIM WORLD LEAGUE**<br>SECRETARIAT GENERAL-<br>MAKKAH AL-MUKARRAMAH |

| No.: *3/[letter]* | Date: *3/2/1418 AH* | Attachments: |

Subject: …………………………………………

: ……………………………………….

### Article (30)

The League shall provide Assistant Secretaries at the excellent grade with a car for their official and personal transportation up to a limit of two hundred thousand riyals, and those holding the fifteenth grade up to a limit of (150,000) one hundred and fifty thousand riyals, every four years with a driver, and shall bear the costs of maintenance and fuel. As for fixed and mobile telephone communication outside the official work office, it shall not be provided except with the approval of the Secretary-General in writing (and no one else) and in cases he personally deems appropriate.

### Article (31)

A monthly bonus of one thousand five hundred (1500) riyals shall be paid to the drivers of the cars of the Secretary-General, Assistant Secretaries, and those holding the fifteenth grade and above, for their work outside working hours, holidays, vacations, and transportation within the host country, in addition to the monthly salary and any other benefit.

### Article (32)

The League shall provide medical care to employees, workers, temporary employees, and their family members, in the host country, according to the capabilities available in its medical services.

### Article (37)

The Secretary- General may form committees as he deems necessary, especially for the following matters:

A. Conferences and seminars, budget preparation, final account preparation. the chairman and members of each committee shall be granted a financial bonus equal to half a month's salary if their work is outside official working hours, or on official holidays and vacations.

[Signature]            (57)            [Stamp]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**JT-MWL 00288**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.:  /         Date:         Attachments:

Subject: …………………………………………

: ………………………………….

B.  For Hajj work, the chairman of the committee and its members (if their work is outside official working hours, or on official holidays and vacations) shall be granted a financial reward equal to only one month's salary.

**Article (47) is merged with Article (48) and its text shall be as follows**
The employment rules issued by the Secretary- General of the League shall determine the types of leave granted to employees and workers, their durations, the time of taking them, and their procedures.

**Article (71)**
If it becomes necessary (at any time) to amend any of the existing articles in these regulations, or to add new articles, this shall be done by a committee appointed by the Secretary-General of the League, chaired by him and composed of the Assistant Secretaries, three members of the Founding Council, and two specialists. Their decisions and recommendations shall be effective by majority vote. If the votes are tied, the side on which the chairman votes shall prevail. The matter shall be presented to the Founding Council at its first subsequent meeting.

## Thirteenth:  Formation of the Executive Committee of the League's Founding Council

The council reviewed the proposal submitted by the General Secretariat of the League regarding the formation of an Executive Committee for the Founding Council of the League, based on Article (12) of the League's Basic Statute and Articles (6) and (36) of the Financial Regulations, and decided to approve its formation, to be chaired by the Secretary- General of the League, with membership of the Assistant Secretaries and Their Excellences, the members of the Founding Council:

- His Excellency Sheikh Saleh bin Abdul Rahman Al-Hussain
- His Excellency Dr. Abdullah bin Saleh Al-Ubaid
- His Excellency Dr. Ahmad Mohammad Ali.

[Signature]         (58)         [Stamp]

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

JT-MWL 00289

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH

No.: *3/[letter]*          Date: *3/2/1418 AH*          Attachments:

Subject: …………………………………
: …………20……………………….

# Financial Instructions

**JT-MWL 00290**

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /                     Date:                     Attachments:

Subject: ……………………………………
: …………………………………….
21

# Chapter one, Basic regulations and provisions

1. The director and staff of the apparatus are responsible to the Secretary General for implementing these administrative and financial instructions and decisions issued by the General-Secretariat.
2. No expenditure that exceeds these instructions may be made except with the written approval of the Secretary-General or his designee.
3. The fiscal year begins in accordance with the procedures followed by the General Secretariat.

# Chapter Two - the Budget

1. The draft annual budget must be submitted by the department responsible for the apparatuses abroad four months before the end of the fiscal year so that it can be considered.
2. If the issuance of the budget for the apparatuses is delayed for any reason, work will be based on the approved budget for the previous year, within the limit of one-twelfth of a month taking into account any applicable reduction percentage.
3. The budget includes all expenditures necessary to meet the apparatus's activities.
4. The estimated budget is divided into chapters and parts as follows:

[Letters]

**JT-MWL 00291**

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /                    Date:                    Attachments:

Subject: ………………………………………

: …………………22………………………….

# Part One:

## Salaries Item:

This is allocated to the entitlements of the apparatus's employees and pays the salaries of staff, workers, and those in similar positions appointed to the approved organizational structure of the General Secretariat.

## Fixed Salaries:

This includes the entitlements of local contractors, as salaries of temporary positions with a fixed term, and the wages of workers who are paid on a daily and hourly wage basis.

## Travel and personal transportation expenses:

This includes Per diem allowances, travel ticket values, and any other costs stipulated in the regulations for the staff of the League's apparatuses abroad.

## Allowances:

This includes the allowances approved under the regulations for the staff of the Muslim World League apparatuses outside the host country.

# Part Two:

This is allocated to the administrative and operational expenses:

## Office Supplies Item:

This includes the value of office supplies and equipment necessary for the apparatuses.

## Rent and Maintenance of Buildings:

This includes the rent of the buildings that the league rents for use as headquarters for its apparatuses abroad, as well as the costs of their maintenance and repair, the costs of repairs to buildings owned by the league abroad and the annual property taxes, if any.

[Letters]

**JT-MWL 00292**

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH

| No.: *3/[letter]* | Date: *3/2/1418 AH* | Attachments: |

Subject: …………………………………………

23

: ………………………………………….

## Public Utility Fees:

This includes the costs of connecting and consuming electricity, telephone, mail, fax, telex, telegraph, postal service fees, water, heating and similar services.

## Fuel, Maintenance, and Operation:

This includes the cost of all types of fuel necessary for transportation, as well as the expenses for maintaining cars, means of transport, various equipment, and the maintenance of machinery, equipment, libraries, furniture, fans, and office equipment

## Newspaper Subscriptions:

This includes subscription fees for newspapers, magazines, and newsletters, and the costs of publishing advertisements if any.

## Miscellaneous:

This includes cleaning fees and any expenses not mentioned in the previous items of chapter Two.

# Part three:

This is allocated to the following items for the expenses of spreading the Islamic call.

## Islamic Publications:

This includes the costs of printing booklets and Ramadan-themed materials, and the costs of shipping, transporting, and similar charges.

## Islamic Activities:

This includes the costs of various cultural and religious activities and seminars, as well as some educational expenses and similar charges.

## Subsidies:

The allowance for preachers, imams, muezzins (callers for prayer) and teachers is disbursed to these eligible, as stipulated in the allowance decision.

[Letters]

**JT-MWL 00293**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |
|---|---|---|

Subject: ……………………………………

: ………………………………….     24

**Miscellaneous:**

This is allocated for any expenses and allowances not mentioned in the previous items of Chapter Three and related to spreading the Islamic call.

The director may not make a decision that results in a financial obligation for which there is no allocation in the approved budget for that fiscal year except after obtaining explicit written approval from the authorized official in the General Secretariat.

# Chapter Three: Disbursement and Collection

1. Expenditure may not be disbursed on items in amounts exceeding the estimated appropriations for that year except after obtaining explicit written approval from the authorized official in the General Secretariat after making the necessary transfer.

2. Amounts shall be disbursed after submitting supporting documentation in the form of vouchers, documents, and acknowledgements indicating the disbursement, the most important of which are:
   - Receipt notes.
   - Original invoices and their attachments.
   - Request form for per diem allowance.
   - Copy of appointment decision and original letter of commencement of work.
   - Original payroll slips.

[Letters]

**JT-MWL 00294**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

| No.:  / | Date: | Attachments: |

Subject: ………………………………………

: …………………………………. **25**

- Social security original receipts
- Lease agreements and rent payment original receipts
- Building tax original receipts
- Copies of aid disbursement authorizations issued by the General Secretariat.
- Supporting documents for the delivery of subsidies, aid, donations, and various expenses, proving their disbursement for their designated purposes, and all documents by which these expenses are settled on a regular basis.

3. Salaries and wages are disbursed to employees on their due dates, except for salaries for accrued regular leaves, which may be disbursed before the due dates according to the leave decision, if possible.

4. The disbursement order is the primary and sole means of disbursing any amount for budget articles, whether disbursed from the treasury or from the bank. It must be in original and copy, signed by the competent employee, approved by the chairman of the apparatus, and given serial numbers throughout the fiscal year.

5. All signatures on the disbursement order must be in ink. Stamps alone are not acceptable as a means of acknowledging receipt of the entitlement. Rather, the stamp must be supported by the left hand fingerprint of the beneficiary or their representatives (if not a signatory) and by clarifying the identity of the recipient.

6. Any amendment to the disbursement order or its attached document must be signed beside it by the employee who made the amendment and by the director.

7. In some cases, where it is impossible to obtain expense invoices related to transportation or porter age fees and passport fees, disbursement may be made after the apparatus's director approves the expenses statements.


[Letters]


**JT-MWL 00295**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

| No.: / | Date: | Attachments: |
|---|---|---|

Subject: ………………………………………

: ……………………………………….       26

8. Salaries are paid to all employees whose names are listed in the budget at the end of each month, based on a joint statement in original and copy. Each employee signs next to their name to acknowledge receipt. The original is sent with the monthly expense statement, and a copy is kept in the apparatus.

9. The amount of absence is calculated by dividing the monthly salary of the employee by 30, then multiplying the result by the number of days of absence.

10. Social security or insurance payments made to the relevant official authorities are sent via separate disbursement forms in the name of the relevant authority, accompanied by supporting documentation. The disbursement form must clearly state the check number and date, after obtaining explicit approval from the Secretary-General to pay the social security or insurance.

11. An independent, dedicated bank account is opened for funds transferred to the apparatus other than those allocated in the budget. These funds may only be used for their designated purposes, and their documentation is kept separate from the apparatus's other expenditure documents when sending accounts to the General Secretariat to avoid overlap.

12. The director must send a copy of the bank notification for each authorized transfer to them so that the exchange rate can be determined and office expenses settled according to the actual exchange rate to avoid any discrepancies in the apparatus's account.

13. The General Secretariat must be provided monthly with a copy of the bank statements received after review, reconciliation, and verification of their accuracy.

14. The director must promptly request written confirmation of the verbal order or verbal authorization from the authorized official in the General Secretariat to the apparatus's director to approve the disbursement.

[Letters]

**JT-MWL 00296**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
**SECRETARIAT GENERAL-**
**MAKKAH AL MUKARRAMAH**
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: …………………………………
: …………………………………    27

15. Any violation of the instructions outlined in the preceding items shall be the personal responsibility of both the director and the Accounts Officer of the agency.

16. The General Secretariat must be provided at the end of each fiscal year with a bank certificate showing the balance of on the last day of the fiscal year. This certificate must be sent along with the apparatus's bank statement for the last month of the fiscal year.

17. A receipt, in original and copy, shall be issued for any amounts received by the apparatus, whether in cash or by check.

18. Each apparatus shall send monthly statement of its expenditures according to the items approved in the budget of the fiscal year and the revenues collected, along with the documents and invoices supporting the expenditures after approval by the director.

19.  All revenues received by the apparatus through donations, rental returns, or any other income other than what is transferred from the League, shall be deposited into a separate account. Disbursements from this account shall only be made based on instructions communicated to it by the authorized official at the General Secretariat.

# Chapter four: Advances and Custodies:

1. Advances may not be disbursed for personal purposes to any employee of the apparatus or to others.

2. Advances or custodies may not be disbursed for the completion of an official task or for a specific purpose except to an employee of the apparatus, and only for that specific purpose.

3. All advances and custodies, including the annual budget, must be repaid promptly and no later than the end of the fiscal year in which they were disbursed.

[Letters]

**JT-MWL 00297**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: ……………………………………
28
: …………………………………….

# Chapter Five: Accounts and Records

1. The director, directly or through an employee, shall maintain accounting records that are sequentially numbered. Erasure, scraping, or the use of correction fluid in records and documents is prohibited.

2. The minimum set of books that the office must have is as follows:

   A.  Journal and item book

   B. Property inventory book (fixed assets).

   C. Bank account book

   D. Cash book

   E. Subsidiary ledger for office purchases.

3. The minimum documents that must be circulated in the office are as follows:

   A. Journal entry voucher

   B. Cash receipt voucher

4. The office is free to use any accounting books or additional documents other than those mentioned above that it deems necessary or helpful for the smooth running and organization of work, after consulting with the General Secretariat and obtaining its approval.

5. Document Cycle: First, Disbursement:

   A. When disbursing any account, whether in cash or by check, the disbursement must be based on a disbursement authorization, which must be in original and in copy, after verifying that there is an allocation for the disbursement in the year's budget.

   [Letters]

**JT-MWL 00298**

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: ……………………………………
29
: …………………………………….

B. The disbursement authorization must be written in Arabic in clear handwriting.

C. Disbursement authorizations must bear serial numbers starting from the beginning of the fiscal year and ending at its end, and must also bear the disbursement date.

D. The original disbursement authorization shall be accompanied by the original supporting documents for the disbursement, along with the Arabic translation.

E. A monthly statement of all disbursement authorizations processed during the month shall be in origin and copy.

F. The original monthly statement shall be sent to the General Secretariat, along with the original disbursement authorizations and the original supporting documents.

G. The office shall retain a copy of everything sent to the General Secretariat for future reference.

H. The supporting documents for disbursement, for example: postal receipts, telephone bills, electricity bills, payroll slips, purchase invoices, etc.

I. Bank statements showing the exchange rate must be sent.

J. The office must retain the disbursement and receipt books, which contain a second copy.

## Second: collection

A. When any amount is received, whether from the General Secretariat or any other entity, a receipt for the amount must be issued.

B. The receipt for cash amounts shall be issued in Arabic, in addition to other language if necessary, in clear and legible handwriting.

C. Receipts must bear serial numbers starting from the beginning of the fiscal year, and ending at its end, and the date must be written.

[Letters]

**JT-MWL 00299**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: …………………………………………
30
: ………………………………………….

D. If the amount is in local currency, it is sufficient to send a copy of the check along with the receipt and bank deposit notification.

E. If the amount is in a foreign currency, a copy of the check and a copy of the bank deposit notification showing the exchange rate must be sent.

## 6. Ledger Group:

First, Journal and Items;

A. Disbursement vouchers are recorded sequentially according to their numbers and dates.

B. Receipts are recorded sequentially according to their number and dates.

C. The pages of the journal are totaled and posted at the end of each month.

D. must be reconciled with the monthly statement, the totals must match.

E. Totals are carried over to the following month.


Second; Property Inventory Book

A. All items received by the apparatus, whether through purchase or donation, are considered part of the apparatus's property and are subject to the following provisions:

B. All assets of the League's apparatuses abroad and fixed assets are numbered. Any items received afterward are numbered immediately upon receipt.

C. The apparatus's building, if owned, is registered, and a certified copy of the title deed and building plans are retained. The originals are sent to the League's General Secretariat.

[Letters]

**JT-MWL 00300**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: ……………………………………
**31**
: …………………………………….

D. The apparatus shall record all vehicles, equipment. And other furniture and office equipment, specifying the value of each asset and its purchase date.

E. Anything received by the apparatus is added to this record as it is received thereafter.

F. If written approval is obtained from the General Secretariat, a note is made next to each asset if it is sold or destroyed, specifying the sale price and the receipt number and date in case of sale.

Third: Bank Account Book

A. Checks received during the month are recorded in it.

B. Outgoing checks during the month are recorded in it.

C. The balance at the end of the month is reconciled with the bank column in the journal and the items. The book balance of the bank account is reconciled with the balances of bank statements after preparing the necessary bank reconciliation memo for postdated checks.

Fourth: Cash Book

A. It should show the movement of funds received during the month.

B. It should record the movement of the outgoing funds during the month.

C. The balance at the end of the month is reconciled with the cash column in the journal and the items, and this shall be reconciled with the actual cash balance in the cash box.

# Chapter Six:
# Rules for Securing Purchases and Executing Works and Services

1. An employee of the League's apparatuses abroad may not be a contractor, subcontractor, or owner of a shop from which purchases are made for the apparatus.

[Letters]

**JT-MWL 00301**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

| **MUSLIM WORLD LEAGUE**<br>SECRETARIAT GENERAL-<br>MAKKAH AL MUKARRAMAH<br>**Secretariat of the Supreme Committee** | [Logo] | MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA** |

No.:  /          Date:                    Attachments:

Subject: …………………………………

: ……………………………… **32**

2. The purchase of equipment, tools, and other items shall be within the limits of the appropriations allocated to it in the budget of that fiscal year.

3. The purchase and execution of works and services shall be carried out after obtaining the approval of the General Secretariat by one of the following methods:

   A. Direct purchase based on three or more price quotes, and the lowest price shall be selected (the maximum amounts for each director shall be determined separately by the authorized official in the General Secretariat).

   B. Limited competition by inviting no fewer than five competitors.

   C. Public competition by publishing in newspapers.

4. Office supplies shall be procured through direct purchase.

5. As for the execution of works and services, it shall be carried out in accordance with the rules and regulations in force at the general secretariat.

6. The general Secretariat must be consulted with the three quotations for anything exceeding the maximum amount, and explicit written approval must be obtained from the authorized official.

7. Limited and public competitions shall not be decided upon, nor shall contracts be concluded, except after explicit written approval from the authorized official in the General Secretariat.

## **Chapter Seven: Warehouses;**

1. Insured items and goods are received according to the specifications defined in the letter of authorization for supply.

[Letters]

**JT-MWL 00302**

Please quote above ref. No. and date when replying

P.O. Box: 537 – Tel.:  5422733 - Fax : 5436619 / 5455288 – Tlx.: 440390  / 540390– Cable: (RABITA-MAKKAH)

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH
**Secretariat of the Supreme Committee**

[Logo]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL-MUKARRAMAH

| No.: *3/[letter]* | Date: *3/2/1418 AH* | Attachments: |
|---|---|---|

Subject: ……………………………………

: …………………………………….
33

2. All items consumed daily and continuously, such as stationery and office supplies are not recorded in the general inventory.

3. The general Secretariat should be notified of unusable, damaged, or other items and a proposal should be made to sell what is suitable for sale, specifying the expected sale price or to destroy the damaged items. These items should be removed from the special register after the General Secretariat makes its decision regarding the matter.

4. When a director's term ends for any reason, the following must be done:

   A. A handover report between the director and the official assigned by the General Secretariat. The report should include the following:

      - Cash and bank balance

      - Bank account numbers (expenses account – revenue account – custody account

      - A statement of the financial records and their number.

      - An inventory of checkbooks, specifying those used by number and date.

      - An inventory of the office equipment and assets.

      - The last cash and bank disbursement voucher number.

      - The last cash and bank receipt voucher number.

      - Cancellation of the previous director's signature from the bank.

   B. Introducing the incoming director to the office staff, preachers and envoys affiliated with the office and providing him with the necessary data including their names, salaries place of work, etc.

   C. the warehouse management provides the new director with a statement of office assets and other details so that a receipt can be prepared and reconciled with the actual inventory and records.

   [Letters]

**JT-MWL 00303**

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

No.:  /          Date:          Attachments:

Subject: ……………………………………
34
: …………………………………….

5. A handover report and supporting documents for the accuracy of the inventory must be obtained. The Secretariat General will then settle any remaining rights.

# **Chapter Eight; General Provisions**

1. Every matter addressed in these regulations shall be dealt with by a decision of the Secretary-General, or his designee.

2. All subsequent instructions or decisions shall be considered supplementary to these instructions.

3. The Secretary General alone has the authority to decide on the rental and purchase of offices and premises.

4. No donations, regardless of size, shall be collected or accepted from any source without prior written approval from the authorized official within the General Secretariat. In such cases, the following procedures must be followed:

   A. If the donations are in cash or check, a receipt must be issued for the amount, the donation must be documented, and the funds deposited into the designated bank account.

   B.  If the donations are in- kind (such as cars, land, or other donations, their value shall be assessed and recorded in the accounting books. The original and required documents shall be sent to the General Secretariat.

5. The director may not host any member of the League or others using the office budget.

6.  The office must refrain from disbursing any expenses to compensate any of its members for providing gifts, in- kind or cash donations, or otherwise, unless prior written approval is obtained from the General Secretariat. In such cases, the minutes and supporting documentation must also be submitted.

   [Letters]

JT-MWL 00304

[Illegible]

**MUSLIM WORLD LEAGUE**
SECRETARIAT GENERAL-
MAKKAH AL MUKARRAMAH
**Secretariat of the Supreme
Committee**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA**

| No.: / | Date: | Attachments: |
|--------|-------|--------------|

Subject: …………………………………………
35
: …………………………………………

## Conclusion

In conclusion, this report, which the signatories of the session agreed upon, is summarized as follows:

Summary:

Since the League's activities and events are directed towards countries where Muslims reside outside the host country, the League's affiliated apparatuses are its expensive face and its reliable hands for carrying out good in every place to which its activities are directed. These apparatuses should be able to understand what the General Secretariat expects of them, with clear understanding of the goals they seek to achieve and the policies they must implement. They should clarify the principles, foundations, rules of operation, and channels of communication and its methods.

The session participants reached a proposal for the organization of the league's external affiliated apparatuses, and reached financial, administrative, and technical recommendations and administrative instructions.

Conclusion:

The participants concluded that joint meetings between League's officials and its affiliated apparatuses, rapid communication, and frankness lead to resolving outstanding problems and mitigate the existence of problems.

Recommendation:

Bringing together directors of affiliated apparatuses in courses, seminars, or conferences similar to the one we participated in, and engaging in constructive discussions, leads to improved and enhanced performance. The participants in this course recommend repeating such meetings under the title of course, seminar, or conference once a year or every two years, given the participants expectation that it will achieve the same results as this course.

The participants submit these recommendations to His Excellency the Secretary-General, with their readiness-of course – to implement all whatever regulations, orders, or instructions they receive.

[Letters]       May Allah grant success and be our helper.

JT-MWL 00305

[Illegible]

# اللائحة التنظيميه

# لمكاتب ومراكز الرابطة

# في الخارج

JT-MWL 00268



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

سكرتارية اللجنة العليا

| المرفقات : | التاريخ ٢ / ٣ / ١٤١٨هـ | الرقم ٢ / ل |
|---|---|---|

الموضوع ....... عادل إبراهيم

سعادة الأمين العام المساعد للشئون الإدارية والمالية    المحترم

السلام عليكم ورحمة الله وبركاته وبعد:-

نحيط سعادتكم ان اللجنة العليا قد ناقشت في اجتماعها الثالث والعشرين بعد المائة بتاريخ ١٤١٨/١/١٩هـ توصيات واقتراحات دورة مديري مكاتب الرابطة بالخارج التى عقدت بمكة المكرمة في موسم حج ١٤١٧هـ وقد اقرت اللجنة العليا هذه التوصيات بعد ادخال بعض التعديلات عليها .

نرفق لسعادتكم النص النهائى لهذه التوصيات لوضعها موضع التنفيذ.

والله يحفظكم،،،

الأمين العام المساعد

محمد بن ناصر العبودي

JT-MWL 00269

ع/ع

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم . ٥٤٢٢٧٣٣ – فاكس رقم ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم . ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برقياً  (رابطة – مكة)
P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)



# Muslim World League
### Secretariat General
### Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع



# تقريرٌ و توصيات

## الدورة التدريبية

### لمديري المكاتب الخارجية والمراكزالإسلامية التى تشرف عليها الرابطة

#### في الفترة من ١٤١٧/١١/٢٩ – ١٤١٧/١٢/٥هـ

يتضمن هذا التقرير :

١– التنظيم المقترح للكتابات الإدارية فى المراكز التابعة للمكاتب .

٢– توصيات مالية ، وإدارية ، وفنية .

٣– التعليمات الإدارية والمالية للأجهزة التابعة خارج دولة المقر .

٤– خاتمة تتضمن خلاصة ونتيجة ووصية .

ع/ع

JT-MWL 00270

الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة       Please quote above ref. no. and date when replying. Priers indiquer reference suscitee dans toute suite

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فاكس رقم ٥٤٣٦٦١٩   تلكس رقم ٥٤٠٠٠٩ – برقيا (رابطة مكة)

P O Box 537 - Tel  5422733 - Fax  5436619 / 5444787 - Tix  540009 RABITA SJ  540390 IWO SJ - Cable : (RABITA-MAKKAH)

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم   / |
|---|---|---|

الموضوع

١

## مقدمة

باسـم الله ، والحمد لله ، والصلاة والسلام على رسـول الله ، وآله
وصحبه ومن اتبع هداه • وبعد:-

فإن مـديري المكاتب الخـارجية والمـراكـز الإسلامـيـة التي تشـرف عليها
الـرابطة الذين اجتمعوا في الـدورة التدريبية (في مسـماها الرسمي)أو الندوة
أو مؤتمر المصارحة (في واقع فعالياتها)في الفترة المـتـدة من ١٤١٧/١١/٢٩ إلى
١٤١٧/١٢/٥ وناقشوا مع مسؤولي العمل في الرابطة ممن تتعلق عنهم
بالمكـاتب والمـراكـز كإدارة العلاقـات الخـارجية ، والإدارة المـالية ، ومـركـز
الاتصـالات الإدارية ، وإدارة شـؤون الموظفين وإدارة الـدعاة وبحثوا معهم
القضايا التي تشكو منها المكاتب والمراكز،أو التي تشكو منها الأمانة العامة •
إن مـديري المكاتب والمـراكـز إذ يشكـرون معالي الأمين العـام لـرابطة
العـالم الإسلامي لهذه اللفتة الكريمة التي جمعهتم مع الإخوة مسؤولي الإدارات
، وجمعتهـم مع بعضهم ، وجمعتهـم في زمرة ضيوف الـرحمن يتزلون بحمى
الـرابطة يضرعون إلى الله سبحانه بأن يسدد خطى القائمين على أداء العمل في
فعـاليات الـرابطة ابتـداء بمعـالي أمينهـا العـام وانتهـاءً بمـوظفي
المكـاتب(والمـراكز)ومروراً بالإدارة العـامة للتخطيط والمتـابعة والميزانية التي
قامت بالإعداد لهذه الدورة وأشرفت على تنفيذها•

ويبدؤون توصياتهم بتكـرار جمع مديري الأجهـزة التابعة مـع مسؤولي
الأمانة العامة مما يؤدي إلى حل القضايا المعلقة ، وتحـديد قواعد ومبادى ٔ
للعمـل وعلاقـة الأمانـة العـامـة بالأجهـزة التابعة ، وتطويـر هـذه العلاقة مما
يؤدي إلى رفع مستوى الأداء•

هـذا وقـد اتفـق المجتمعـون على الـرفـع إلى معالي الأمين العـام مـايلي:

١- التنظيم المقترح للمكاتب(أو المراكز)التابعة للرابطة•

٢- توصيات مالية ، وإدارية ، وفنية •

٣- تعليمـات إدارية ومـاليـة مقترحة للمكـاتب(أو المـراكز)التابعة •

٤- خاتمة تتضمن خلاصة ونتيجة ووصية •

ع/ع

**JT-MWL 00271**

Please quote above ref no andd date when replying  Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الاشارة الى رقم وتاريخ هذد الرسالة

صندوق بـريد – ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فـاكس رقم ٥٤٣٦٦١٩ – تلكس رقم ٥٤٠٠٠٩ – ٥٤٠٣٩٠ برقيا (رابطة – مكة)
P. O  Box . 537 - Tel. . 5422733 - Fax  5436619 , 5444787 - Tlx   540009 RABITA SJ  540390 IWO SJ - Cable  (RABITA-MAKKAH)



# Muslim World League
### Secretariat General
### Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٢

## التنظيم المقترح

### للمكاتب الخارجية أو المراكز الإسلامية التابعة للرابطة

ع / ع

**JT-MWL 00272**

Please quote above ref. no. and date when replying  Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الاشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ - هاتف رقم ٥٤٢٢٧٣٣ - فاكس رقم ٥٤٣٦٦١٩ ٥٤٤٤٧٨١ - تلكس رقم ٥٤٠٠٠٩ ٥٤٠٣٩٠ - برقيا (رابطة - مكة)
P O Box 537 - Tel  5422733 - Fax  5436619  5444787 - Tlx  540009 RABITA SJ . 540390 IWO SJ - Cable  (RABITA-MAKKAH)

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | /   /   ١٤هـ: | التاريخ | / | الرقم |
|---|---|---|---|---|

الموضوع

# التنظيم المقترح

## للمكاتب الخارجية أو المراكزالإسلامية التابعة للرابطة

### أولاً :الأهداف

١- الإشراف على كافة شؤون الرابطة وخططها وبرامجها في الإقليم الذي تعمل فيه •

٢- تبليغ دعوة الإسلام وتعاليمه •

٣- متابعة وسائل الإعلام المحلية ورصد كل مايصدر فيها عن الإسلام والمسلمين وقضاياهم ، وإبراز وجهة النظر الإسلامية اللازمة في هذه القضايا •

٤- المشاركة في تقديم الدعم والخدمات التعليمية لأبناء المسلمين والتنسيق بين نشاطات الجمعيات الإسلامية في مجالات التعليم والدعوة •

٥- تكوين لجان تطوعية محلية من الشخصيات الإسلامية الموثوقة لتساهم في تحقيق أهداف الرابطة •

ع/ع

JT-MWL 00273

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة   Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite

صندوق بريد . ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برقياً : (رابطة – مكة)
P.O. Box: 537 - Tel : 5422733 - Fax: 5436619 / 5455288 - Tlx : 440390 RABITA S J / 540390 JWO S J - Cable : (RABITA …)



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات / / | التاريخ / / | الرقم / |
|---|---|---|

الموضوع ٧

نتيجة للمداولات والمناقشات التي جرت في الدورة مع الإخوة مسؤولي الإدارات المختصة في الأمانة العامة يوصى المشتركون بما يلي:

**بالنسبة للشؤون المالية:**

١- استعمال الحوالات البنكية بدلاً عن الشيكات في تحويل المخصصات والرواتب والمساعدات .

٢- عدم ايقاف الرواتب مهما كانت الاسباب إلا في حالة الغياب،أو عدم ثبوت الالتحاق بالوظيفة،أو عدم تنفيذ قرار النقل،أو أي مخالفات إدارية أو مالية تستدعي الإيقاف وعندها يوقف راتب الشخص المعني فقط .

٣- في حالةعدم وصول مستندات وتأخرها عن الحد الموضح في اللوائح ؛يوقف راتب المدير فقط دون باقي المخصصات .

٤- ينبغي التعامل مع بنوك دولية لها فروع في البلدان المحول إليها؛إذ يلاحظ بالنسبة لبعض دول افريقيا على وجه الخصوص أن البنك الذي يتعامل مع الرابطة يرسل التحويلات إلى الولايات المتحدة ، ثم ترسل من هناك إلى الدولة المعنية .

**بالنسبة للأمور الإدارية والفنية**

١- ضرورة تقوية فعاليات مكاتب الرابطة عن طريق زيادة ميزانيتها وتوسيع نطاق عملها وإننا في هذا الصدد نؤيد فكرة المكاتب الإقليمية وذلك لتركيز الجهود وحشد الطاقات .

٢- توحيد عمل مكاتب الرابطة ومكاتب هيئة الإغاثةالإسلامية بشكل كامل لإزالة أية مظاهر للتضارب أو التناقض أو التنافس وحسن اختيار المديرين والعاملين .

٣- ضرورة ربط الدعاة في الدول التي يوجد فيها مكاتب أو مراكز بتلك الجهات؛من حيث التبعيةوالإجازات وتحديداماكن العمل والمتابعة.

٤- في حالة انتداب احد منسوبي المكاتب أو المراكز يرجى صرف سلفة مبدئية للإنفاق على المهمة مع قرار التكليف أو تخويل بالإنفاق من رصيد المكتب لحين التعويض.

٥- سرعة التعويض عن الإجازات والانتدابات وسرعة إصدار القرارات بحيث لاتتجاوز شهراً من تاريخ طلب الإجازة أو انجاز المهمة .

ع/ع

JT-MWL 00274

Please quote above ref. no. and date when replying. Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم :٥٤٢٢٧٣٣ – فاكس رقم:٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم :٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً (رابطة – مكة)
P. O. Box 537 - Tel : 5422733 Fax 5436619



# Muslim World League
### Secretariat General
### Makkah al-Mukarramah

# رابطة العالم الإسلامي
### الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٦

# توصيات

# مالبة، وإدارية ، وفنية

ع / ع

JT-MWL 00275

Please quote above ref. no. and date when replying  Priers indiquer reference suscitee dans toute suite    الرجاء عند الرد الاشارة الى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ - هاتف رقم ٥٤٢٢٧٣٣ - فاكس رقم ٥٤٣٦٦١٩ ٥٤٤٤٧٨٧ - تلكس رقم ٥٤٠٠٠٩ - ٥٤٠٣٩٠ برقيا (رابطة - مكة)
P O. Box  537 · Tel.  5422733 - Fax  5436619 ، 5444787 - Tlx   540009 RABITA SJ / 540390 IWO SJ - Cable  (RABITA-MAKKAH)



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات / / | التاريخ / / | الرقم / |
|---|---|---|

الموضوع ٨

٦- توحيـد الاستفسـارات حيـال المنظمـات والجمعيـات الإسلاميـة وحصرها في إدارة العلاقات الدولية والمؤتمرات.

٧- أخذ رأي المكتب في المساعدات والإعانات على سبيـل الاستشارة.

**في وسائل دعم أعمال الرابطة ومكاتبها في الخارج**

١- استغلال إمكانيات الرابطة في كل من :

__المنح الدراسية__

عـن طـريق تخصيص منح دراسية ، وذلك عن طريق ترشيـح المكاتب ، وإجراء المقابلات الشخصية،على أن يحـدد عـدد المقـاعد لكـل قـارة كـل أربع سنـوات ،أو ثبـات العـدد،ويعين البـديل بعـد شغـور المنحـة من القارةنفسها.

٢- الضيافةللحج والعمرة :

اختيـار عـدد يتراوح بين٥٠-١٠٠ لاستضـافتهم لاداء الحـج والعمـرة على أن يكونوا من الفئات التالية :

- رجال الدعوة والأئمة من المبرزين.

- السيـاسيون امثـال الـوزراء واعضاء المجالس النيابية واعضاءالحكم المحلي مثل المحافظين مثلا.

- زعماء القبائل وذوو النفوذ الشعبي.

- الصحافيون ورجال الإعلام.

- التجار والأغنياء.

- المفكرون والأدباء والعلماء.

ويعمـل لهم برنامج مدروس يتنـاسب مع فئاتهم للاستفادةمنهم في دعـم العمل الإسلامي.

ع/ع

JT-MWL 00276

الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة    Priers indiquer reference suscitee dans toute suite    Please quote above ref. no. and   date when replying

صندوق بـريد :٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فـاكس رقم ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً (رابطة – مكة)

الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / .... |
|---|---|---|

الموضوع

؛

٩

التعليمات الإدارية والمالية
لأجهزة رابطة العالم الإسلامي
خارج دولة المقر

ع / ع

Please quote above ref. no. andd date when replying. Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فاكس رقم ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم ٥٤٠٠٠٩ , ٥٤٠٣٩٠ – برقيا (رابطة – مكة)
P O. Box : 537 - Tel. . 5422733 - Fax : 5436619 / 5444787 - Tlx. : 540009 RABITA SJ / 540390 IWO SJ - Cable · (RABITA-MAKKAH)'

JT-MWL 00277



# Muslim World League
### Secretariat General
Makkah al-Mukarramah

# رابطة العالم الإسلامي
### الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

١٠

التعليمات الإدارية

ع / ع

JT-MWL 00278

lease quote above ref. no. and date when replying  Priers indiquer reference suscitee dans toute suite    الرجاء عند الرد الاشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ - هاتف رقم ٥٤٢٢٧٣٣ - فاكس رقم ٥٤٣٦٦١٩ ، ٥٤٤٤٧٨١ - تلكس رقم ٥٤٠٠٠٩ ، ٥٤٠٣٩٠ - برقيا (رابطة - مكة)

O  Box  537 - Tel   5422733 - Fax   5436619 , 5444787 - Tlx   540009 RABITA SJ  540390 IWO SJ - Cable  (RABITA-MAKKAH)

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | / | / | التاريخ | / | الرقم | / |

الموضوع ........................ ١١ ........................

<u>الفصل الأول : تعريفات</u>

يقصـد بالالفاظ الواردة في هـذه التعليمات المعاني المـوضحة أمام كل منها :

**الرابطة :**

رابطةالعالم الإسلامي وهي منظمة إسلامية شعبية عالمية ذات شخصية مستقلة ٠

**الأجهزة :**

المكاتب والمراكز والأجهزةالتى تنشؤها الرابطةفي خارج المملكةالعربيةالسعودية٠

**الأمين العام :**

الأمين العام لرابطةالعالم الإسلامي ٠

**الأمانة العامة :**

الجهاز التنفيذى لرابطةالعالم الإسلامى بمكة المكرمة

**الموظف :**

هو شخص يشغل وظيفة معتمدة في الجهاز ويتلقى عنها أجراً٠

**العام :**

اثنا عشر شهراً ميلادياً مالم يرد تعديل بخلاف ذلك٠

**الشهر :**

هو شهر ميلادي ٠

**الراتب الشهري :**

هـو راتب محددمقطوع شامل لجميـع البدلات (من بدل سكـن ونقل وغيره)٠

**السنةالمالية :**

العـام المـالي يبـدأ مع بداية السنـة المـالية للأمـانة العـامة وينتهـي بنهـايتها٠

**الميزانيةالمعتمدة :**

هي الميزانية المبلغة للجهاز من الأمانة العامة والمتعلقـةبالسنة المالية المختصة ٠

ع/ع

JT-MWL 00279



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المزفقات | / | / | التاريخ | / | الرقم |
|---|---|---|---|---|---|

الموضوع ١٢

# الفصل الثاني: الواجبات والضوابط

١- رابطة العالم الإسلامي منظمة إسلامية شعبية عالمية مفرها مكة المكرمة أنشئت من أجل خدمة الإسلام والمسلمين •

٢- يجب على جميع منسوبي الرابطة الالتزام بالآداب والأخلاق الإسلامية مع رؤسائهم ومرؤوسيهم ومراجعيهم وجميع من يتعامل معهم • وأن يكونوا مثالا طيبا للتعاون والإخلاص•

٣- يجب على العاملين في أجهزة الرابطة الالتزام بمايلي:

أ- دراسة الأنظمة واللوائح المعمول بها في الجهاز والالتزام بما جاء فيها•

ب- معرفة اللوائح والأنظمة المعمول بها في الدولة مقر الجهاز وتجاشي الوقوع في حظوراتها•

ج- القيام بالمهام والمسؤوليات وفقاً لما تقتضيه مصلحة العمل ،والحرص على إتقانه دون تجاوز أو مخالفة أو إهمال•

د- التحلي بالشرف والنزاهة والجيدة والأمانة والتعاون مع الزملاء والعاملين بما يحقق الأهداف السامية للرابطة •

هـ- المحافظة على أموال الرابطة وأجهزتها وممتلكاتها ووثائقها وأسرارها•

و - التقيد بمواعيد العمل اليومية وتكريس الأوقات والجهود لإنجاز الأعمال المناطة بالجهاز •

ز - تنفيذ التعليمات والأوامر الصادرة من مدير الجهاز•

ح- التقيد بالعمل والمكان الذي تحدده الرابطة•

ع / ع

JT-MWL 00280



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| الرقم / | | التاريخ / / | | المرفقات | |
|---|---|---|---|---|---|

الموضوع                              ١٣

٤- يحظر على العاملين في أجهزة الرابطة مايلي:

أ- ممارسة أي نشاط يتعارض مع أهداف الرابطة.

ب- التدخل في الشؤون الداخلية لدولة مقر الجهاز.

ج- الإدلاء بتصريح، أو نشر معلومات، أو إلقاء محاضرة، أو الاشتراك في حديث عبر وسائل الإعلام المختلفة؛ مما يتعارض مع سياسات الرابطة وأهدافها أو تعليماتها.

د- الجمع بين العمل في الرابطة وممارسة مهنة أخرى إلا بإذن من الأمانة العامة.

هـ- مزاولة أي نشاط يتعارض مع واجبات عمله.

و- طلب أو قبول أي تبرع أو إكرامية أو هدية أو قيمة أتعاب لشخصه بصفته الوظيفية من أية جهة غير الرابطة إلا بإعلام الأمانة العامة.

ز- الاحتفاظ لنفسه بأصل أو صورة لأية وثيقة رسمية تتعلق بالعمل.

ح- إفشاء أية معلومات سرية يطلع عليها المنسوب بحكم وظيفته.

## الفصل الثالث: الاختيار والتعيين

الأصل فيمن يشغل وظيفة في الأجهزة أن يكون ملتزماً ذا كفاءة وخبرة ومؤهل وأمانة امتثالاً لقول الله تعالى (إن خير من استأجرت القوي الأمين).

١- لايجوز للجهاز إحداث أو إضافة وظائف جديدة في التشكيل الوظيفي المعتمد في ميزانية الجهاز، كما لايجوز له تجزئة تكلفة الوظيفة الواحدة لعدة وظائف أو أكثر من وظيفة إلا بموافقة مكتوبة من صاحب الصلاحية بالأمانة العامة.

٢- لايتم التعيين على أية وظيفة معتمدة وشاغرة في التشكيل الوظيفي للجهاز إلا بقرار من الأمانة العامة.

ع/٤

JT-MWL 00281



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| الرقم / | | التاريخ / / / | | المرفقات | |
|---|---|---|---|---|---|

الموضوع ..... . . .                ١٤

٣- يشترط فيمــــن يعين في إحدى وظــائف أجهـــزة الــرابطة مـايلي:

أ- بلـــوغ الســـن القانونية للتعيين ولم يتجــاوز الستين عـــاماً.

ب- تقـديم شهادةلياقـةطبيةصادرةمن هيئة طبية معتمـدة تؤكد سلامته مـن أي عيب أومرض يعوقه عن أداءواجباته الـوظيفية على الوجه الاكمل.

ج- عـدم وجود حكم عليه أو فصل من الخدمة لأسبــاب مخلة بالشرف والأمانة.

٤- يعتبر التعيين مــن تاريخ مبــاشرة العمـل بعـد صـدور قـرار التعيين.

٥- يلغـى تعيين من لم يباشر العمل في المدة المحـددة دون عذر مقبول من الأمانة العامة .

٦- لاتلتزم الأمانة العامة بدفع اى مبلغ لأي موظـف أو مستخدم (أو عنه) مقابل أي عمل قام به قبل صدور قرار تعيينه .

٧- يخضع الموظف الجديد لفترة تجريبية لانقل مدتها عن ثلاثة أشهر متصلة ولاتزيد عن ستةأشهر من تاريخ مباشرته العمل،وإذا ثبت عدم صلاحيته للعمـل فعلى مديرالجهــاز رفـع تقرير عنه بذلــك للأمــانة العامة .

٨- يقوم مدير الجهاز- عند طلب التعيين لأي موظف أو مستخدم – برفع الــوثائق المطلوبة للتعيين بموجب هـذه اللائحة للأمـانةالعامة لإصدار القرار اللازم.

٩- يرفع مدير الجهاز تقارير تقويم أداء سنوية لكل موظف أو مستخدم في الجهــازقبل بداية كـل عـام مـالي وفـق النماذج المعـدةمن الأمانةالعامة.

ع/ع

JT-MWL 00282



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المُرفقات | / | / | التاريخ | / | الرقم |
|---|---|---|---|---|---|

الموضوع    ١٦

٩- إذا تم تأمين السكن والإعاشة لمنسوب الجهاز المنتـدب من قبل الرابطة فلا يستحق في هذه الحالة سوى ربع الانتداب اليومي، أما إذا تم تأمين إحداهما فإنه يستحق نصف الانتداب اليومي •

١٠- يجـوز بقرار من الأمين العام تكليف مدير الجهاز بأعمـال وظيفة معينة، أو بمهمة رسميـة بالإضافة إلى قيـامه بمهام وظيفتـه الأصليـة دون أي مقابل•

١١- لايجـوز لمديرالجهاز تكليـف أي موظف لديه بالجهـاز بمهام وظيفة أخرى إلا بعد موافقة الأمانة العامة•

١٢- يجوز للأمين العام نقل بعض منسوبى أجهزة الرابطـة بالخارج للعمل في أجهزة أخرى تابعة للرابطة أو غيرها •

١٣- يعامل الموظف – في حالة إنهاء خدمته – طبقاً لنصوص العقد الموقع معه •

## الفصل الخامس: الإجازات(عادية -استثنائية- مرضية )

١- تحـدد الإجازات الأسبـوعيةوالأعياد الرسميةوسـاعات العمل بقرار من الأمـانة العامة مـع الأخذ بعين الاعتبـار الإجازات المعمـول بهـا في الدولة مقر الجهاز•

٢- يستحق منسوب الجهاز اجازة اعتيادية سنوية مقـدارها ثلاثون يوماً ما لم ينـص – في العقد -على غير ذلك ؛وذلك في عقـده وذلك بعد مضى أحد عشر شهراً على تعيينه ومباشرته للعمل•

ع/ع

JT-MWL 00283



**Muslim World League**
Secretar.at General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | / | الرقم |
|---|---|---|---|

الموضوع

١٥

# الفصل الرابع:الرواتب والبدلات والمكافآت والتعويضات

١- يستحـق المـوظف المبلغ المتفـق عليـه في نهـاية كـل شهـر ميلادي.

٢- لايستحـق الموظف أي مبلغ عـن الأيام التي يتغيب فيها عن العمل بغير عـذر مقبول،وكذلك عن المدةالتي يقضيها في السجـن تنفيذالحكم قضائي، وتستثنى مـن ذلك الحالات التي يقتنـع فيها الأمين العـام بعـدم عدالة سجنه.

٣- للأمين العـام كف يد أحد منسوبىالأجهزةعن العمـل كإجراءاحتياطي إذا اقتضت مصلحةالعمـل ذلك لمدةلاتزيد عن شهـرين يعود بعدها إلى العمل مالم يصدر قرار بفصله.

٤- يصـرف لمنسـوب الجهـاز المنتـدب في مهمـة رسمية مـن قبـل صاحب الصلاحية بدل انتداب يومي.

٥- على منسـوب الجهـاز المنتـدب في مهمـة رسمية أن يقدم تقريراً عن هذه المهمـة قبل تسـوية بدل الانتداب ،ويجوز صرف سلفـة على حسـاب مهمة الانتداب يحددها صاحب الصلاحية.

٦- لايصـرف بدل الانتداب للمسـافات بين أي مدينة والمطار التابـع لها.

(٧-) لايجـوز لمـدير الجهـاز انتـداب أي موظف أو مستخـدم مالم يحصل على موافقة مسبقة من الأمانة العامة تعزز كتابياً فيما بعد.

٨- يستحـق منسـوب الجهاز المنتـدب تذكرة سفر إلى مكـان انتدابه مرجعاً بالدرجة المحددة في عقده ،مالم تؤمن له وسيلـة مواصلات ويتوجب في كـل الأحوال تقـديم كعـوب التـذاكر ضمن المستنـدات المؤيدة لأداء المهمة سواء كان السـفر جواً أو براً أو بحراً.

ع/ع

JT-MWL 00284

# Muslim World League
### Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي

الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / | التاريخ | / | الرقم |
|---|---|---|---|---|

الموضوع ١٧

٣- لايسمح لمنسوب الجهاز الذي يرتبط عمله بالمدارس التمتع بإجازته الاعتيادية خلال الموسم الدراسي.

٤- يتمتع منسوب الجهاز بإجازته السنوية كلياً أو جزئياً بما لايقل عن ١٥يوماًحسب ظروف العمل،ويجوز تأجيلها بحد أقصى ثلاث سنوات بموافقة صاحب الصلاحية؛إذا استدعت مصلحة العمل ذلك ؛على الا تزيد مدةالإجازة المتمتع بها عن ٩٠ يوماً في السنة الواحدة.

٥- يجوز-في حالة الضرورة-استدعاءمنسوب الجهاز خلال إجازته السنوية، وفي هذه الحالة يحتفظ بحقه في بقيةأيام الاجازة،التى لم يتمتع بها،على أن يتم إخطار الأمانة العامة بذلك.

٦- لايستحق منسوب الجهاز إجازة سنوية عن المدد الآتية:
   - مدة غيابه بدون عذر مقبول .
   - مدة كف اليد إذا أدين وما في حكمها.
   - مدةغياب الموظف في سجن تنفيذاًلحكم صادرضده ما لم يردالأمين العام أن سبب سجنه لايمنع من احتساب إجازته.

٧- يقوم المدير بالرفع للأمانةالعامة عن طلبه للإجازة السنوية قبل تاريخ قيامه بها بمدة كافية قبل بداية التمتع بالإجازة لتقوم الأمانة العامةبإصدار القرار اللازم.

٨- يحق لمديرالجهاز منح الموظف أو المستخدم إجازةسنوية اعتياديةوفق ما تقتضيه مصلحةالعمل،ووفق الضوابط المحددةلذلك مع تزويد الأمانة العامة بصورة من قرار الإجازة.

٩- لاتعتمد الإجازات المرضيةإلا بتقارير طبيةصادرةمن جهةطبيةمعتمدة؛ وترسل التقارير إلى الأمانة العامة لإصدار القرار اللازم.

ع/ع

JT-MWL 00285



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي

الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / | التاريخ | الرقم / |
|---|---|---|---|

الموضوع    ١٨

# الفصل السادس: انتهاء الخدمة

١- تنتهى خدمة منسوبى الأجهزة لأحد الأسباب الآتية:

أ- الاستقالة •

ب- ثبوت عدم الصلاحية في أثناء فترة التجربة •

ج- الغياب دون عذر تقبله الأمانة العامة لمدة ١٥ يوماً متصلة أو ٣٠ يوماً متفرقة خلال سنة واحدة •

د- الفصل من الخدمة لأسباب تأديبية •

هـ- الحكم عليه بالسجن في جريمة مخلة بالشرف أو الأمانة، أو بعقوبة تتعلق بالرشوة، أو التزوير، أو الاختلاس ، أو جرائم المخدرات والمسكرات •

و – إلغاء الوظيفة •

ز – بلوغ سن الستين عاماً•

ح – عدم اللياقة الصحية للاستمرار في العمل •

ط – عدم تنفيذ قرار النقل لمدة ٤٥ يوماً دون عذر مقبول•

ى – الوفاة•

٢- يقدم الموظف الراغب في الاستقالة طلباً كتابياً قبل فترة مناسبة من التاريخ المحدد لترك العمل ، وعلى المدير أن يرفع ذلك للأمانة العامة فوراً•

٣- لايجوز إعادة تعيين من قبلت استقالته قبل مرور عام من تاريخ ترك العمل•

٥- على الموظف المستقيل الاستمرار في عمله في الجهاز حتى التاريخ الذي تحدده الجهة المختصة لنفاذ الاستقالة ، على ألا يتجاوز هذا التاريخ مدة ثلاثة أشهر من تاريخ تقديم الطلب •

٦- لايجوز قبول استقالة الموظف المحال إلى التحقيق ، أو الموقوف عن العمل حتى يبت في أمره •

ع /ع

JT-MWL 00286



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي

الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ    /    /    ١٤هـ | الرقم    / |
|---|---|---|

الموضوع                                        ١٩

٧- لا يستحق الموظف الذى تنتهي خدمته لعدم صلاحيته للعمل خلال فترة التجربة أية إجازة عن الفترة التى قضاها.

٨- إذا انتهت خدمة أي موظف بسبب إلغاء الوظيفة فعلى الجهة المختصة إخطاره قبل التاريخ المحدد للإلغاء بشهرين على الأقل ؛ مالم ينص – في العقد – على غير ذلك ، وفي حالة عدم إخطاره تطبق احكام العقد مع مساءلة المتسبب به .

# الفصل السابع : أحكام عامة

١- الأمانة العامة هى الجهة المختصة وحدها بإصدار قرارات التعيين والنقل وإنهاء الخدمة والانتداب وعلى مديري الأجهزة مراعاة ذلك والتقيد به في جميع الأحوال .

٢- على المدير متابعة طلب تعزيز أية موافقة أو أمر شفهي أو هاتفي بأمر كتابي من صاحب الصلاحية بالأمانة العامة خلال أسبوعين.

٣- يجب أن يتوفر في كل جهاز ملف خاص لكل موظف يوضع فيه صورة من بطاقته الشخصية ، أو جواز سفره ، ومؤهلاته العلمية ، وخبراته العملية وقرار تعيينه، وخطاب مباشرته للعمل ، وكل ما يتعلق به من قرارات وإجازات ووثائق أخرى.

٤- يحظر على مديري الأجهزة اتخاذ أي قرار يؤدى إلى أي التزام مالي لمصلحة أنفسهم ، أو لمصلحة أي من موظفى الأجهزة غير ماقرر لأي منهم في قرار تعيينه .

٥- تتم معالجة جميع الحالات التي تتعلق بموظفي الأجهزة وأوضاعهم ولم تتعرض لها هذه التعليمات ؛ بقرار من الأمين العام .

٦- تعتبر جزءاً لايتجزأ من هذه اللائحة – بعد صدورها – جميع القرارات الصادرة عن الأمانة العامة والمتعلقة بمنسوبي الأجهزة وأوضاعهم.

ع / ع

JT-MWL 00287

# Muslim World League
### Secretariat General
### Makkah al-Mukarramah



الأمانة العامة – مكة المكرمة

| الرقم | التاريخ    /    /   ١٤هـ | المرفقات |
|---|---|---|

**المادة (٣٠)**

تؤمن الرابطة للأمناء المساعدين بالمرتبة الممتازة سيارة لتنقلاتهم الرسمية والخاصة في حدود مبلغ مائتي ألف ريال، وشاغلي المرتبة الخامسة عشرة في حدود مبلغ (١٥٠,٠٠٠) مائة وخمسين ألف ريال ، كل أربع سنوات مع سائق، وتتحمل تكاليف الصيانة ، والمحروقات. أما وسائل الاتصال الهاتفية الثابتة والمنقولة، خارج مكتب العمل الرسمي، فلا يتم تأمينها إلا بموافقة خطية من الأمين العام ( دون غيره ) وفي الحالات التي يقدرها شخصياً.

**المادة (٣١)**

تصرف لسائقي سيارات الأمين العام، والأمناء المساعدين وشاغلي المرتبة الخامسة عشرة فما فوق، مكافأة شهرية مقدارها ألف وخمسمائة ريال، لقاء عملهم خارج وقت الدوام وأيام العطل والإجازات وتنقلاتهم داخل دولة المقر، بالإضافة إلى الراتب الشهري وأي ميزة أخرى.

**المادة (٣٢)**

تقدم الرابطة الرعاية الطبية، للموظفين ، والمستخدمين، والموظفين المؤقتين، وأفراد أسرهم، وذلك في دولة المقر، ووفق الإمكانات المتوفرة في الخدمات الطبية لديها.

**المادة (٣٧)**

للأمين العام تكوين اللجان التي يراه ضرورية، وخاصة للأمور التالية.

أ‌- المؤتمرات والندوات، إعداد الميزانية، إعداد الحساب الختامي، ويمنح كـل مـن رئيس اللجنة وأعضائها إذا كان عملها خارج وقت الدوام الرسـمي، أو أيـام العطل والإجازات الرسمية مكافأة مالية ، مقدارها نصف راتب شهر.

(٥٧)

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة  Please quote above Ref. No. and date when replying  Priers indiquer reference suscitee dans toute suite

ص ب ٥٣٧ – هاتف رقم ٥٦٠٠٩١٩ – فاكس رقم ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ – تلكس رقم ٥٤٠٠٠٩ / ٥٤٠٣٩٠
P.O Box. 537 - Tel. 5600919    Fax  5601319 / 5601267 - T.   540009 RABITA SJ 540390 IWO S.   - RABITA-MAKKAH

JT-MWL 00288

Muslim World League
Secretariat General
Makkah al-Mukarramah



بسم الله الرحمن الرحيم

الأمانة العامة – مكة المكرمة

| الرقم | | التاريخ / / ١٤هـ | المرفقات |

ب– أعمال الحج، ويمنح كل من رئيس اللجنة، وأعضائها ( إذا كان عملها خـارج وقت الدوام الرسمي ، أو أيام العطل والإجازات الرسميــة ) مكافـأة ماليــة ، مقدارها راتب شهر واحد فقط.

المادة (٤٧) تدمج مع المادة (٤٨) ويكون نصها كالتالي:

تحدد قواعد التوظيف التي يصدرها الأمين العام للرابطة أنواع الإجازات الـتي تمـنح للموظفين، والمستخدمين، ومددها، ووقت التمتع بها، وإجراءاتها.

المادة (٧١)

إذا تتطلب الأمر ( في أي وقت ) تعديل أي مادة من المواد القائمة في هذه اللائحة، أو إضافة مواد جديدة، فيتم ذلك بواسطة لجنة، يكوّنها الأمين العـام للرابطـة برئاسـته، وعضوية الأمناء المساعدين، وثلاثة من أعضاء المجلس التأسيسي، واثنين من المختصـين، وتعتبر قراراتهم، وتوصياتهم، نافذة بالأغلبية، فإذا تساوت الأصوات رجـح الجانـب الذي فيه الرئيس، ويعرض عن ذلك للمجلس التأسيسي في أول اجتماع لاحق له.

## ثالث عشر: تكوين اللجنة التنفيذية للمجلس التأسيسي للرابطة

استعرض المجلس الاقتراح المقدم من الأمانة العامة للرابطة بشأن تكوين لجنة تنفيذيــة للمجلس التأسيسي للرابطة بناء على ما جاء في المادة (١٢) من النظام الأساس للرابطة والمادتين (٦) و(٣٦) من اللائحة المالية وقرر الموافقة على تكوينها برئاسة الأمين العـام للرابطة، وعضوية الأمناء المساعدين. وأصحاب المعالي من أعضاء المجلس التأسيسي:

● معالي الشيخ صالح بن عبد الرحمن الحصين
● معالي الدكتور عبد الله بن صالح العبيد
● معالي الدكتور أحمد محمد علي

( ٥٨ )

Please quote above Ref. No. and date when replying. Pners indiquer reference suscitee dans toute suite   الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم ٥٦٠٠٩١٩ – فاكس رقم ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ – تلكس رقم ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقيـاً (رابطة – مكة)
P O Box 537 - Tel  5600919 - Fax  5601319/5601267 - Tlx  540009 RABITA SJ/540390 WO SJ   RABITA MAKKA

JT-MWL 00289



# Muslim World League
### Secretariat General
Makkah al-Mukarramah

# رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٢٠

التعليمات المالية

JT-MWL 00290



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٢١

# الفصل الأول : ضوابط وأحكام أساسية

١- المدير والعاملون بالجهاز مسؤولون أمام الأمين العام عن تطبيق هذه التعليمات والقرارات المالية والإدارية التي تصدرها الأمانة العامة.

٢- لايجوز صرف أية نفقة تنطوي على تجاوز هذه التعليمات إلا بموافقة كتابية من الأمين العام أو من ينيبه.

٣- تبدأ السنة المالية وفق ماهو معمول به بالأمانة العامة.

# الفصل الثاني : الميزانية

١- يجب تقديم مشروع الميزانية السنوية عن طريق الإدارة المسؤولة عن الأجهزة بالخارج قبل نهاية العام المالي بأربعة أشهر حتى يمكن النظر فيها.

٢- إذا تأخر صدور الميزانية للأجهزة لأي سبب من الأسباب فيتم العمل بالميزانية المعتمدة للعام السابق، وفي حدود جزء من اثني عشر جزءاً شهرياً مع مراعاة نسبة التخفيض إن وجدت.

٣- تتضمن الميزانية جميع المصروفات اللازمة لمقابلة أوجه نشاط الجهاز.

٤- تقسم الميزانية التقديرية إلى أبواب وبنود على الوجه التالي:

ع/٤

JT-MWL 00291



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | / | / | التاريخ | / | الرقم |
|---|---|---|---|---|---|

الموضوع      ٢٢

<div dir="rtl">

## الباب الأول

### بند الرواتب

وخُصص لاستحقاقات العاملين للجهاز ويؤدى عليه رواتب الموظفين والمستخدمين ومن في حكمهم المعينين على التشكيل الوظيفي المعتمد من الأمانة العامة.

### رواتب مقطوعة

يؤدى عليه استحقاقات المتعاقدين المحليين ، ورواتب الوظائف المؤقتة المحددة بمدة معينة ، وأجور العمال الذين يتقاضون أجورهم على أساس الأجر اليومي وعلى أساس الساعات.

### المصاريف السفرية ونقل الشخصي

ويؤدى عليه بدلات الانتداب وقيم تذاكر السفر وأية تكاليف أخرى تقررها لوائح موظفي أجهزة الرابطة بالخارج.

### البدلات

يؤدي عليه البدلات المعتمدة بموجب لوائح موظفي أجهزة رابطة العالم الإسلامي خارج دولة المقر.

## الباب الثاني

وخُصص لبنود المصروفات الإدارية والتشغيلية:

### بند مستلزمات مكتبية

يؤدى عليه قيمة المستلزمات والمعدات المكتبية اللازمة للأجهزة.

### إيجار وصيانة دور

ويؤدى عليه إيجار الدور التي تستأجرها الرابطة لاستعمالها كمقرات لأجهزتها في الخارج كما يؤدى عليها تكاليف صيانتها وإصلاحها وتكاليف إصلاحات الدور التي تمتلكها الرابطة بالخارج ، والضرائب السنوية على العقار إن وجدت.

ع / ع

</div>

JT-MWL 00292



| Muslim World League | | رابطة العالم الإسلامي |
| --- | --- | --- |
| Secretariat General | | الأمانة العامة – مكة المكرمة |
| Makkah al-Mukarramah | | |

| المرفقات | / | التاريخ | / | الرقم | / |
| --- | --- | --- | --- | --- | --- |

الموضوع ...... ....... ٢٣

رسوم المرافق العامة

ويؤدى عليه تكاليف توصيل التيار الكهربائى واستهلاكه والهاتف والبريد والفاكس والتليكس والبرق وأجور الخدمات البريدية والماء والتدفئة ومافي حكمها.

محروقات وصيانة وتشغيل

يؤدى عليه قيم جميع أنواع المحروقات اللازمة لوسائل النقل، وكذلك نفقات صيانة السيارات ووسائط النقل والمعدات المختلفة وصيانة الآلات والمعدات والمكتبات والأثاث والمراوح والاجهزة المكتبية .

أشتراك الصحف

ويؤدى عليه رسوم الاشتراك في الصحف والمجلات والنشرات وتكاليف نشر الاعلانات إن وجد.

متنوعة

يؤدى عليه أجور النظافة ، وأية مصروفات ونفقات لم يرد ذكرها في البنود السابقة للباب الثاني.

الباب الثالث

ويخصص لبنود نفقات نشر الدعوة الإسلامية:

المطبوعات الإسلامية

ويؤدى عليه تكاليف طباعة الكتيبات والإمساكيات لشهر رمضان المبارك ، وتكاليف شحنها ونقلها ومافي حكمها.

الأنشطة الإسلامية

ويؤدى عليه تكاليف الأنشطة والندوات الثقافية والدينية المختلفة ، كما تؤدى عليه بعض النفقات التعليمية ومافي حكمها.

الإعانات

ويصرف عليه إعانة الدعاة أو الأئمة والمؤذنين والمدرسين؛ لمن يشملهم ذلك ، وينص عليه في قرار الإعانة .

ع/ع

JT-MWL 00293

Please quote above ref no and date when replying. Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد . ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً (رابطة – مكة)

**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرّفقات | / | / | التاريخ | / | الرقم |
|---|---|---|---|---|---|

الموضوع ......... ... ٢٤

متنوعة

ويؤدى عليه أية مصروفات ،ونفقات لم يرد ذكرها في بنود الباب الثالث السابقة وتتعلق بنشر الدعوة الإسلامية .

لايجوز للمدير أن يتخذ قراراً يترتب عليه التزام مإلى ليس له اعتماد في الميزانية المعتمدة لذلك العام المالي إلا بعد الحصول على موافقة كتابية صريحة من صاحب الصلاحية بالأمانة العامة .


## الفصل الثالث: الصرف والتحصيل

١- لايجوز صرف نفقات على بنود بمبالغ اكثر من الاعتمادات المقدرة لذلك العام إلا بعد الحصول على موافقة كتابية صريحة من صاحب الصلاحية بالأمانة العامة بعد إجراء المناقلة اللازمة .

٢- يتم صرف المبالغ بعد تقديم المؤيدات الثبوتية من سندات ووثائق وإقرارات دالة على الصرف ، ومن أهمها.

- مذكرات الاستلام.
- أصول الفواتير ومرفقاتها.
- نموذج طلب صرف بدل الانتداب .
- صورة قرار التعيين وأصل خطاب مباشرة العمل.
- أصول مسيرات الرواتب

ع/ع

**JT-MWL 00294**

Please quote above ref. no. and date when replying. Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة



# Muslim World League
### Secretariat General
### Makkah al-Mukarramah

رابطة العالم الإسلامي

الأمانة العامة - مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٢٥

- أصول إيصالات الضمان الاجتماعى .
- أصول عقود الإيجار وإيصالات دفع الإيجار .
- أصول إيصالات ضرائب المباني .
- صور تعميدات صرف المساعدات الصادرة له من الأمانةالعامة .
- المستندات المؤيدة لتسليم الإعانات والمساعدات والتبرعات والنفقات المختلفةمما يثبت صرفها في أغراضها المخصصة وكافة الوثائق التي يتم بموجبها تسوية تلك المصروفات أولاً بأول .

٣- يتم صرف الرواتب والأجور للعاملين في مواعيد استحقاقها ماعدا رواتب الإجازات الإعتيادية المستحقة فيجوز صرفها قبل موعد الاستحقاق بموجب قرار الإجازة أن أمكن ذلك.

٤- أمر الصرف هو الوسيلةالأساسيةوالوحيدةلصرف أي مبلغ من بنود الميزانية؛سواء تم الصرف من الصندوق أو من البنك،ويجب أن يكون من أصل وصورةوموقع عليه من الموظف المختص ومعتمد من مدير الجهاز ويعطي أرقاماً تسلسلية على مدار العام المالي.

٥- جميع التوقيعات على أمر الصرف يجب أن تكون بالحبر ، ولاتقبل الاختام وحدها كوسيلة للإقرار باستلام الاستحقاق ، بل يؤيد الختم ببصمة الإبهام الأيسر لصاحب الاستحقاق أو وكيله( إن لم يكن موقعاً) وبإيضاح مايثبت شخصيةالمستلم .

٦- كل تعديل يقع في أمر الصرف أو المستندات المرفقة به يجب ان يوقع بجانبه من الموظف الذى أجرى التعديل ، ومن المدير .

٧- في بعض الحالات التي يتعذر فيها الحصول على فواتير الصرفيات التي تتعلق بأجور المواصلات أو الحمالة ورسوم الجوازات فيجوز الصرف بعد اعتماد مدير الجهاز على كشوف الصرفيات .

ع/ع

JT-MWL 00295

Please quote above ref no andd date when replying. Priers indiquer reference suscitee dans toute suite       الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٢٧ - هاتف رقم ٥٤٢٢٧٣٣ - فاكس رقم ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ - تلكس رقم ٥٤٠٠٠٩ / ٥٤٠٣٩٠ - برقيا (رابطة - مكة)

P O Box 537 - Tel : 5422733 - Fax : 5436619 / 5444787 - Tlx : 540009 RABITA SJ / 540390 IWO SJ - Cable : (RABITA-MAKKAH)



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٢٦

٨- يتم صرف الرواتب لجميع الموظفين الموضحة أسماءهم في الميزانية في نهاية كل شهر بموجب كشف مشترك من اصل وصورةويوقع كل منهم امام اسمه بالاستلام ثم يرسل الاصل ضمن كشف المصاريف الشهري ويحتفظ بصورة في الجهاز.

٩- يتم حساب مبلغ الغياب بقسمةالراتب الشهرى للمتغيب على ٣٠ ثم ضرب الناتج في عدد أيام الغياب .

١٠- الضمان الاجتماعى أو التأمينات التى تدفع للجهات الرسمية المختصة ترسل بها مستندات صرف مستقلة باسم الجهة المختصة وترفق بها المستندات الثبوتية المؤيدة للصرف ويوضح مستند الصرف رقم الشيك وتاريخه وذلك بعد الحصول على موافقةصريحةمن الأمين العام لدفع الضمان أو التأمينات.

١١- يفتح حساب خاص مستقل في البنك للمبالغ التي تحول للجهاز بخلاف ماهو مخصص بالميزانية ، ولايجوز استخدام هذه المبالغ إلا في الأغراض التي خصصت لها،وتفصل مستنداتها عن مستندات مصروفات الجهاز عند إرسال الحسابات إلى الأمانة العامة تجنباً لأي تداخل في الحسابات .

١٢- يجب على المدير إرسال صورة من إشعار البنك عن كل تحويل يحول له حتى يمكن معرفة سعر الصرف وتسوية مصروفات المكتب وفقاً لأسعار الصرف الفعلية تجنباً لحصول أية فروقات على حسابات الجهاز.

١٣- يجب موافاة الأمانة العامة شهرياً بصورة من كشوف الحسابات الواردة من البنك بعد مراجعتها ومطابقتها والتأكد من صحتها.

١٤- يجب على المدير الإسراع بطلب تعزيز كتابي للأمر الشفهي أو التعميد الشفهي من صاحب الصلاحية بالأمانة العامة لمدير الجهاز لكي تتم إجازةالصرف.

ع/ع

JT-MWL 00296

Please quote above reference date when replying  Priers indiquer reference suscitee dans toute suite      الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فاكس رقم ٥٤٣٦٦١٩ – تلكس رقم ٥٤٠٠٠٩ / ٥٤٠٣٩٠

P O Box  537 - Tel   5422733 - Fax · 5436619 / 5444787 - Tlx   540009 RABITA SJ / 540390 IWO SJ - Cable · (RABITA-MAKKAH)



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| الرقم / | التاريخ | المرفقات |
|---|---|---|

الموضوع

٢٧

١٥- كـل مخـالفة للتعليمـات المـوضحة بالبنـود السـابقة يسـأل عنهـا شخصياً كل من المدير والمسؤول عن الحسابات بالجهاز.

١٦- يجـب مـوافاة الأمانة العامة في نهاية كل عام مـالي بشـهادة مـن البنك مـوضحاً بهـا الرصيد في آخر يوم مـن السـنة المالية مـع مراعاة إرسال الشـهادة مـع كشـف حساب الجهاز في الشـهر الاخير مـن العـام المـالي .

١٧- يحـرر سند قبض من أصل وصورة لأية مبالغ ترد إلى الجهـاز سواء كانت نقداً أو عن طريق الشيكات .

١٨- يرسـل كـل جهاز شهرياً بياناً بالمصروفات التى قـام بها حسب البنود المعتمـدة في ميزانيـة ذلـك العـام المـالي والإيرادات التى تم تحصيلهـا مـرفقاً بهـا المستنـدات والفـواتير المؤيدة للصرف بعد التصديق عليها من المدير.

١٩- تودع جميع الإيرادات التى ترد إلى الجهاز عن طريق التبرعات أو ريع الإيجـارات أو أي دخل آخر بخلاف مايحول مـن الـرابطة ؛ في حسـاب مستقـل ولايتم الصرف منـه إلا بناء على التعليمـات المبلغة لـه من صاحب الصلاحية بالأمانة العامة .

## الفصل الرابع : السلف والعهد

١- لايجوز صرف سلف لأغراض شخصية لأي من موظفي الجهاز،أو لغيرهم.

٢- لايجـوز صرف سلفة أو عهدة لانجاز مهمة رسمية أو لغرض معين إلا لأحد منسوبى الجهاز ويحظر إلا في الغرض ذاته.

٣- يجـب تسـديد جميع السـلف والعهـد بما فيها الميزانيـة السـنوية أولاً بأول ، وفي مـوعد لايتجاوز نهاية العـام المـالي الذي صرفت فيـه .

ع/ع

JT-MWL 00297

Please quote above ref no andc cate when replying. Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الاشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فـاكس رقم ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقيا (رابطة – مكة)
P. O. Box : 537 - Tel  5422733 - Fax : 5436619 / 5444787 - Tlx  540009 RABITA SJ / 540390 iWO SJ - Cable (RABITA-MAKKAH,



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العَالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٢٨

# الفصل الخامس: الحسابات والسجلات

١- يتولى المدير مباشرة أو بواسطة أحد الموظفين مهمة مسك سجلات حاسبية بحيث تكون مرقمة ومسلسلة ويحظر المحو أو الكشط أو استعمال المزيل في السجلات والمستندات •

٢- بالنسبة للمجموعة الدفترية التي يجب أن تكون لدى الجهاز كحد أدنى فهي كالتالي:

أ- دفتر يومية وبنود •

ب- دفتر حصر الممتلكات (الأصول الثابتة) •

ج- دفتر حساب البنك •

د- دفتر الصندوق •

هـ- دفتر أستاذ مساعد مشتريات للمكتب •

٣- بالنسبة للمستندات الواجب تداولها لدى المكتب فالحد الأدنى لها هو كالتالي:

أ- سند قيد يومية •

ب- إيصال قبض نقدية (سند استلام) •

٤- للمكتب حرية استخدام أية دفاتر حاسبية أو مستندات إضافية بخلاف ما ذكر أعلاه؛ ويراها لازمة أو مساعدة لحسن سير العمل وتنظيمه؛ وذلك بعد الرجوع للأمانة العامة وأخذ الموافقة عليها •

٥- الدورة المستندية : أولاً الصرف

أ- عند صرف اى مبلغ سواء كان نقداً أو بشيك يجب أن يكون الصرف بموجب إذن الصرف ويكون من أصل وصورة وذلك بعد التأكد من وجود اعتماد لذلك المصروف في ميزانية ذلك العام •

ع/ع

JT-MWL 00298

الرجا عند الرد الاشارة إلى رقم وتاريخ هذه الرسالة    Please quote above ref no anod date when replying  Priers indiquer reference susciiee care

صندوق بريد ٥٣٧ - هاتف رقم ٥٤٢٢٧٣٣ - فاكس رقم ٥١١٥٦٢٢ - تلكس رقم ٥٤٠٣٩٠ / ٥٤٠٠٠٩



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع ...

٢٩

ب- يحرر إذن الصرف باللغة العربية وبخط واضح.

ج- يجـب ان تحمل أذون الصرف ارقام مسلسلة تبدأ مـن بدايةالعام المـالي وتنتهـى بنهـايته كمـا يجـب أن تحمل تاريخ الصرف.

د- يرفـق بأصل إذن الصرف أصـول المستنـدات المؤيدةللصرف مـع ترجمة لها باللغةالعربية.

هـ- يتم عمـل بيـان شهـري بجميـع أذون الصرف التيتمت خلال الشهـر ويكون من أصل وصورة.

و- يتم إرسـال أصـل البيـان الشهـرى للأمانة العامة مـرفقاً بـه أصول أذون الصـرف وأصـول المستنـدات الـدالة على الصـرف.

ز- يحتفظ المكتـب بصورة مـن جميـع مايتم إرساله إلى الأمانة العامة للرجوع إليه عند الحاجة.

ح- المستنـدات الثبـوتية المؤيدة للصرف على سبيـل المثال: ايصـالات البريد- فـواتير الهـاتف – فـواتير الكهـرباء- كشـوف الرواتب فواتير المشتريات .. الخ.

ط- يجـب إرسـال إشعـارات البنـك التي توضـح سعـر الصـرف.

ى- يجـب أن يحتفظ المكتـب بدفاتر سندات الصـرف والقبـض والذي يحتوي على الصورة الثانية.

ثانياً : التحصيل

أ- عنـد ورود أي مبلغ سـواء كـان من الأمانةالعامةأو مـن أيةجهةأخرى يجب أن يحرر إيصال قبض بالمبلغ.

ب- يحـرر إيصال القبض للمبالغ النقدية باللغة العربية بالإضافة إلى لغة أخرى أن لزم على ان يكون ذلك بخط واضح مقروء..

ج- يجـب أن تحمل إيصالات القبـض أرقاماً مسلسلة تبدأ من بداية العام المالي وتنتهي بنهايته مع ضرورة كتابة التاريخ.

ع/ع

JT-MWL 00299

الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة    Please quote above ref. no. andd date when replying. Priers indiquer reference suscitee dans toute suite

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فـاكس رقم ٥٤٣٦٦١٩ , ٥٤٤٤٧٨٧ – تلكس رقم ٥٤٠٠٠٩ , ٥٤٠٣٩٠ – برقياً (رابطـة مكة)
P.O. Box 537 - Tel : 5422733 - Fax : 5436619/5444787 - Tlx : 540009 RABITA SJ/540390 IWO SJ - Cable : (RABITA-MAKKAH)

# Muslim World League
### Secretariat General
### Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٣٠

د‍- إذا كـان المبلغ الـوارد بالعملـة المحليـة يكتفي بإرسال صـورة الشيك مع إيصال القبض وإشعار البنك بالإيداع •

هـ‍- إذا كـان المبلغ الـوارد بالعملـة غير المحليـة فيجب إرسـال صـورة الشيك وصـورة إشعـار البنـك بالإيداع مـوضحاً بهـا سعرالصرف•

٦ – المجموعة الدفترية:

أولاً: دفتر اليومية والبنود

أ – تقيــد أذون الصــرف بالتسلسـل بحسـب أرقـامها وتواريخهـا•

ب – إيصـالات القبـض بالتسلسـل بحسـب أرقـامها وتواريخهـا•

ج – تُجمع صفحات الدفتر وترحل في نهاية كل شهر•

د – تطابق مع كشف البيان الشهرى ويجب أن تكون المجاميع متطابقة •

هـ‍- ترحل المجاميع إلى الشهر التالي•

ثانياً : دفتر حصر الممتلكات

أ – تعتبر كـافة الأعيـان التى ترد إلى الجهاز سـواء كـانت عـن طـريق الشراء أو التبرع جزءاً من ممتلكات الجهاز وتسـرى عليها الأحكـام التالية:

ب – يتم ترقيـم جميـع مـوجودات أجهزة الرابطة بالخارج والأعيان الثابتة ثم ترقم أية أعيان ترد بعد ذلك فور استلامها •

ج – يتم تسجيل مبنى الجهاز ان كان مملوكأ مع الإحتفاظ بصورة مصدقة مـن صك الملكية وخططات المبنى وإرسـال الأصـول إلى الأمانة العامة للرابطة •

ع / ع

**JT-MWL 00300**

Please quote above ref. no. andd date when replying   Priers indiquer reference suscitee dans toute suite   الرجا عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فـاكس رقم ٥٤٣٦٦١٩ – تلكس رقم ٠٠٩ ٥٤ – برقيا (رابطـة- مكـة)
P O Box 537 - Tel. 5422733 - Fax 5436619 / 5444787 - Tlx. 540009 RABITA SJ / 540390 IWO SJ - Cable : (RABITA-MAKKAH)

Muscle World League
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم    / |
|---|---|---|

الموضوع

٣١

د– يتم تسجيل مالدى الجهاز من سيارات ومعدات وخلافه من أثاث ومعدات مكتبية موضحاً به قيمة كل اصل وتاريخ شرائه.

هـ– يضاف إليه أولاً بأول كل مايرد إلى الجهاز بعد ذلك.

و – في حالة الحصول على الموافقة الكتابية من الأمانة العامة يؤشر أمام كل أصل في حالة بيعه أو اتلافه مع إيضاح سعر البيع ، ورقم وتاريخ سند القبض في حالة البيع .

ثالثاً: دفتر حساب البنك

أ– تقيد فيه الشيكات الواردة خلال الشهر .

ب– تقيد فيه الشيكات الصادرة خلال الشهر.

ج– يطابق الرصيد في نهاية الشهر مع خانة البنك في دفتر اليومية والبنود ويطابق الرصيد الدفتري لحساب البنك مع أرصدة كشوف حسابات البنوك،بعد عمل مذكرةتسويةالبنك اللازمةللشيكات المؤجلة.

رابعاً: دفتر حساب الصندوق

أ– يقيد فيه حركة المبالغ الواردة خلال الشهر .

ب– يقيد فيه حركة المبالغ المنصرفة خلال الشهر .

ج– يطابق الرصيد في نهاية الشهر مع خانة الصندوق في دفتر اليومية والبنود ومطابقة ذلك مع الرصيد الفعلي للنقدية بالصندوق .

## الفصل السادس:

## قواعد تأمين المشتريات وتنفيذ الأعمال والخدمات

١- لايجوز لموظف أجهزة الرابطة بالخارج أن يكون مقاولاً أو مقاولاً من الباطن أو صاحب محل يتم الشراء منه للجهاز.

ع/ع

JT-MWL 00301

الرجا عند الرـ الإشارة إلى رقم وتاريخ هذه الرسالة    Please quote above ref  no  andd date when replying. Priers indiquer reference suscitee dans toute suite

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فاكس رقم ٥٤٣٦٦١٩ ، ٥٤٤٤٧٨٧ – تلكس رقم ٥٤٠٠٠٩ رابطيا ٥٤٠٣٩٠ – برقيا (رابطة– مكة)
P. O  Box : 537 - Tel. · 5422733 - Fax : 5436619 ; 5444787 - Tix. · 540009 RABITA SJ / 540390 IWO SJ - Cable : (RABITA-MAKKAH)



Muslim World League
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٣٢

٢- يكون شراء المعدات والأدوات وخلافه في حدود الاعتمادات المبلغة له في ميزانية ذلك العام المالي .

٣- يتم الشراء وتنفيذ الأعمال والخدمات بعد الحصول على موافقة الأمانة العامة بإحدى الطرق الآتية:

أ- الشراء المباشر بموجب ثلاث تسعيرات أو أكثر ويتم اختيار أقل الأسعار (يتم تحديد مبالغ الحد الأقصى لكل مدير على حدة من صاحب الصلاحية بالأمانة العامة).

ب- المنافسة المحدودة عن طريق توجيه الدعوة لعدد لايقل عن خمسة منافسين .

ج- المنافسة العامة عن طريق النشر في الصحف .

٤- يتم تأمين المستلزمات المكتبية عن طريق الشراء المباشر .

٥- بالنسبة لتنفيذ الأعمال والخدمات فإنه يتم وفق القواعد والنظم المعمول بها بالأمانة العامة .

٦- يجب الرجوع إلى الأمانة العامة بالتسعيرات الثلاثة فيما زاد عن الحد الأقصى وأخذ موافقة صريحة كتابية من صاحب الصلاحية بالشراء.

٧- لايتم البت في المنافسات المحدودة والعامة والتعاقد بموجبها إلا بعد موافقة كتابية صريحة من صاحب الصلاحية بالأمانة العامة .

## الفصل السابع: المستودعات

١- يتم استلام الأصناف والأعيان المؤمنة بموجب المواصفات المحددة في خطاب التعميد بالتوريد.

ع/ع

**JT-MWL 00302**

Please quote above ref no andd date when replying  Priers indiquer reference suscitee dans toute suite    الرجا عند الرد الاشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد ٥٣٧ – هاتف رقم ٥٤٢٢٧٣٣ – فاكس رقم ٥٤٣٦٦١٩ / ٥٤٤٤٧٨٧ – تلكس رقم ٥٤٠٠٠٩ رابطا / ٥٤٠٣٩٠ ايوا – برقيا (رابطة – مكة)
P O Box  537 - Tel.  5422733 - Fax  5436619 / 5444787 - Tlx   540009 RABITA SJ   540390 IWO SJ - Cable  (RABITA-MAKKAH)



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات / / | التاريخ / / | الرقم / |
|---|---|---|

الموضوع          ٣٣

٢- جميع الأصناف التى تستهلك يومياً وباستمرار مثل القرطاسية والأدوات المكتبية لايتم تسجيلها بسجل الممتلكات •

٣- يتم الكتابة إلى الأمانة العامة عن الأصناف غير الصالحة للاستعمال أو التالفة وغير ذلك واقتراح بيع مايصلح بيعه مع تحديد السعر المتوقع للبيع أو إعدام التالف منها،ويجرى استنزال تلك الاصناف من السجل الخاص بعد تقرير ماتراه الأمانة العامة حيال ذلك•

٤- عند انتهاء عمل أحد المديرين لأي سبب كان يجب عمل الآتي:

أ- محضر استلام وتسليم بينه وبين المسؤول الذى تكلفه الأمانةالعامة وأن يكون المحضر مشتملاً على مايلي:

- الرصيد في الصندوق والبنك •
- أرقام الحسابات في البنك(حساب المصروفات – حساب الإيرادات – حساب العهد)•
- بيان السجلات المالية وعددها •
- حصر دفاتر الشيكات مع بيان المستخدم منها محدداًبالرقم والتاريخ•
- جرد الأثاث وموجودات المكتب•
- آخر رقم سند صرف للصندوق والبنك•
- آخر رقم سند قبض للصندوق والبنك •
- إلغاء توقيع المدير السابق من البنك•

ب- تعريف المدير اللاحق بمنسوبي المكتب والدعاة والمبعوثين التابعين للمكتب وتزويده بالبيانات اللازمة من أسمائهم ورواتبهم ومقر عمل كل منهم وخلافه•

ج- تقوم إدارة المستودعات بتزويد المديرالجديد ببيان عن موجودات المكتب وخلافه حتى يمكن على ضوئه عمل محضر الاستلام وتطبيقه مع الواقع الفعلي والسجلات•

ع/ع

JT-MWL 00303



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | التاريخ | / الرقم |
|---|---|---|

الموضوع

٣٤

٥- يجـب الحصـول على محضر الاستلام والتسـليم ومايؤيد سلامـة الجـرد ثم تقـوم الأمـانة العامـة بعـد ذلك بتصفيـة أية حقـوق متبقيـة لـه ·

## الفصل الثامن : أحكام عامة

١- كـل مـالم يـرد فيـه نص في هـذه اللائحـة يتم معـالجتـه بقـرار مـن الأمين العام ، أو من يفوضه ·

٢- كل مايصدر لاحقاً من تعليمات أو قرارات تعتبر متممة لهذه التعليمات ·

٣- للأمين العـام دون غيره البـت في استئجار وشراء المكـاتب والمقـرات·

٤- لايتم جمع التبرعات أو قبولها مهما كانت صغيرة أو كبيرة من أية جهة كانت إلا بعد صدور موافقة كتابية من صاحب الصلاحيـة بالأمانةالعامة وعندها يجب اتباع مايلي:

أ- إذا كانت التبرعات مبالغ نقدية أو شيكات مـالية يجب إصدار سند قبـض بالمبلغ واثبات التبرع وايداعـه بالحسـاب الخـاص بالبنـك ·

ب- إذا كانت التبرعـات عينية(مثل السيارات أوالاراضى أوالتبرعات وغير ذلك)تقدر وتثمن قيمتها وتسجل بالدفاتر المحاسبية وترسل أصـول المستنـدات والصكـوك اللازمـة للأمانة العـامة ·

٥- لايجـوز للمدير أن يقـوم بضيافة أى من منسوبي الـرابطة أو غيرهم من ميزانية المكتب ·

٦- علىالمكتـب الامتناع عن صرف أية نفقة لتعويض أى مـن منسوبيه نظير قيـامه بتقـديم هـدايا أو تبرعـات عينيـة أو نقـدية أو غير ذلك مـالم يسبقهـا موافقة كتابية من الأمانةالعامة وعنـدها يتوجب كذلك تقديم المحاضر والمستندات الثبوتية المؤيدة لذلك ·

ع/ع

**JT-MWL 00304**



**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مُكة المكرمة

| المرفقات | التاريخ | الرقم / |
|---|---|---|

الموضوع

٣٥

<div dir="rtl">

## خاتمة

وفي خاتمة هذا التقرير الذي اتفق المشتركون في الدورة الموقعون في نهايته على ماجاء فيه نخلص إلى مايلي:

**خلاصة :**

لما كان نشاط الرابطة وفعالياتها موجهة إلى البلاد التي يوجد فيها المسلمون خارج دولة المقر ، فإن الأجهزة التابعة للرابطة هي وجهها المعبر وأياديها الممتدة لأداء الخير في كل بقعة تتوجه إليها فعالياتها .

وينبغي أن تكون هذه الأجهزة على مستوى فهم ماتريده منها الأمانة العامة مع وضوح الأهداف التي تسعى لتحقيقها ، والسياسات التي يجب أن تطبقها ، وينبغي أن توضح المبادىء والأسس وقواعد العمل وقنوات الاتصال وأساليبه .

ولقد توصل المشتركون في الدورة إلى اقتراح تنظيم للأجهزة الخارجية التابعة للرابطة ، وتوصيات مالية وإدارية وفنية ، وتعليمات إدارية .

**نتيجة**

توصل المشتركون إلى أن اللقاءات المشتركة بين مسؤولي الرابطة وأجهزتها التابعة ، وسرعة الاتصال ، والصراحة . تودى إلى حل المشاكل المعلقة ، وتخفف من وجود المشاكل .

**وصية**

إن جمع مديري الأجهزة التابعة في دورات أو ندوات أو مؤتمرات تماثل الدورة التي اشتركنا فيها؛ متفاعلين في مناقشات بناءة يؤدي إلى رفع مستوى الأداء وتطويره ، ويوصي المشتركون في هذه الدورة بتكرير مثل هذه الاجتماعات تحت مسمى دورة أو ندوة أو مؤتمر ؛مرة في السنة أو مرة في السنتين لما يتوقع المشتركون منه أن يحقق كما حققت هذه الدورة.

ويرفع المشتركون إلى معالي الأمين العام وصاياهم هذه مع استعدادهم – بالطبع – إلى تنفيذ كل مابصلهم من تنظيمات أو أوامر أو تعليمات .

والله الموفق وهو المستعان

ع / ع

</div>

JT-MWL 00305



Beyond Words

Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us