# EXHIBIT 031

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-   -   -

In Re:                        : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON    :
SEPTEMBER 11, 2001      :


-   -   -

September 17, 2018

-   -   -

*This Transcript Contains Confidential Material*

Videotape deposition of

DR. ABDULLAH AL OBAID, taken pursuant to

notice, was held at Dispute Resolution

Centre, 70 Fleet Street, London, EC4Y

1EU, beginning at 8:31 a.m., on the above

date, before Amanda Dee Maslynsky-Miller,

a Certified Realtime Reporter.


-   -   -




GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 78

translate in one word into Arabic.

BY MR. CARTER:

Q.   Dr. Obaid, what did you mean in your affidavit when you included the statement, The IIRO is a subsidiary of the Muslim World League?

A.   I mean as affiliated to. Affiliated to.

Q.   Have you ever heard the International Islamic Relief Organization described as the operational arm of the Muslim World League?

A.   No.

Q.   Turning to a different section of your affidavit, in particular, Paragraph 5.

A.   What do you mean by "arm"? If it means affiliated, belongs to The World League, affiliated to The World League, there is carrying out work -- if it means affiliated to The World League in carrying out their duties or the work, then, yes.

If it means that it is

Page 79

carrying out the policies of the Muslim World League, then it is no.

Q.   Turning to a different section of your affidavit, and in particular, Paragraph 5 on Page 2, the last sentence states, In my capacity as secretary general, I also served as an officer of the Rabita Trust, a charity that is partly owned by the Muslim World League and partly owned by the government of Pakistan.

Is that statement correct?

A.   I have no --

MR. NASSAR:  We object to the translation.  I think he used the word "employee" as opposed to "officer."  So I also served as an employee of the Rabita Trust was the translation.

Rabita Trust is -- I think that might be confusing for the witness.

MR. SHEN:  The Rabita Trust, the translation is in question, so

Page 80

maybe we can start over.

MR. CARTER:  Let's start over.

THE INTERPRETER:  Again, I do apologize.  As I said, Oxford dictionary, Waqf, it is Waqf, actually being included in the dictionary.  So I do apologize if my learned friends don't actually practice the term in the United States, but that's what we use over here.

THE WITNESS:  I was a member of the Council of the Rabita Trust, Waqf of the Rabita.

MR. SHEN:  Objection to the translation.  A member of the board.

BY MR. CARTER:

Q.   Did you serve as a member of the board of the Rabita Trust by designation because of your status as secretary general of the Muslim World League?

Page 81

MR. SHEN:  Objection to the translation to the question.  He didn't say "board of directors."

MR. CARTER:  And what was the answer?

THE WITNESS:  Yes.  Yet, during my work, no meeting ever took place.

BY MR. CARTER:

Q.   Was the Rabita Trust an operational entity during the time you served on its board of directors?

MR. SHEN:  Objection to the translation.  It was very, very muddled.  The question -- the translation, was the Rabita Trust a part of the League.

MR. CARTER:  Let's try a different approach.

BY MR. CARTER:

Q.   What was the function of the Rabita Trust?

MR. LEWIS:  Objection to form.

21 (Pages 78 to 81)

This Transcript Contains Confidential Material

Page 82

THE WITNESS:  The main objective was to build homes to the Bahadis when they used to live in Bangladesh, to get them transferred to Pakistan.

BY MR. CARTER:

Q.   Was Rabita Trust active in performing that work during the time that you were a member of its board of directors?

A.   The board of directors never met, nor is there any initiatives or initiative ever forwarded to it.

However, there is routine work that has been carried out by the office, then I don't know about it, because the chairman of the trust is the Pakistani president.  And the financial responsible person is the finance minister of Pakistan.

Q.   Although the board did not meet during your time, did you receive any reports concerning Rabita Trust activities?

Page 83

A.   I don't recall.  However, during my time, I do recall that the general secretary apologized, therefore, someone else was elected to serve as a general secretary.  Also, they had information of the board of directors or the trustees of the organization.

MR. SHEN:  Objection to the translation.  He said "resigned," not "apologized."

THE INTERPRETER:  I'm sorry, say that again.

MR. SHEN:  He said "resigned," not "apologize."

THE INTERPRETER:  He said aetadhir.  Aetadhir means apologize.  Again, I'm only using the word-for-word, more or less, trying to please very --

MR. NASSAR:  But in this context, would resignation be -- it could be both, correct?

THE INTERPRETER:  Well, in English you actually have to

Page 84

specify, you know, had resigned to council.

BY MR. CARTER:

Q.   As I understand the response, you have a recollection that the secretary general of the Rabita Trust resigned during the time that you were a member of its board; is that correct?

A.   No.  He offered his apology because he was residing in Mecca and the work to be carried out in Pakistan.  And, indeed, he's a member of staff of The World League.

Q.   Who was that person?

A.   Samir Radhi.

MR. NASSAR:  For clarity, is the word that he used, it's different than what -- so you're translating from Sean saying resignation.  Is he using a different word, and you're translating it back as apology?

THE INTERPRETER:  Well, I'm only using the word, actually, as

Page 85

--

MR. NASSAR:  Well, Sean has used resignation.  So into Arabic --

THE INTERPRETER:  It's used, actually, resignation --

MR. NASSAR:  And he's using a different word?

THE INTERPRETER:  That's right.  Apologized.

MR. NASSAR:  Okay.  I just think there's some confusion on the record on that.

BY MR. CARTER:

Q.   Was Samir Al Radhi at one time the secretary general of the Rabita Trust?

A.   Yes.

Q.   Has Samir Al Radhi, to your knowledge, ever held a position with the Muslim World League?

A.   Yes.  He was a member of the staff of their league.

Q.   Was he a member of the

22 (Pages 82 to 85)

This Transcript Contains Confidential Material

Page 86

Muslim World League staff while you were the secretary general?
A.   Yes.
Q.   In what position did he serve with the Muslim World League when you were secretary general?
A.   I don't recall.
Q.   Do you know whether Samir al Radhi ever held any positions with the International Islamic Relief Organization?
A.   I believe towards the end of my term in the Muslim World League, the --
THE INTERPRETER:  I'm going to refer to the --
THE WITNESS:  -- Islamic Relief Organization accepted him or used him.
BY MR. CARTER:
Q.   Do you believe he was simultaneously working for the Muslim World League and International Islamic Relief Organization?

Page 87

A.   Well, he cannot be a staff member in both organizations.
MR. NASSAR:  I would object to the translation.  In the beginning he said, "I can't recall."  And then he said the remainder.
MR. SHEN:  I'm going to object to the translation because in the question, also, the interpreter is inserting words into the question that were not in Sean's question, including Muslim World League.
MR. CARTER:  That question did include the words "Muslim World League."
MR. SHEN:  Your question was simultaneously.
MR. CARTER:  Do you believe he was simultaneously working for the Muslim World League and International Islamic Relief Organization?

Page 88

MR. SHEN:  Go ahead.
THE INTERPRETER:  So I'm not sure, actually, do you want me to repeat the question --
MR. CARTER:  No.
THE INTERPRETER:  -- again for clarification or --
BY MR. CARTER:
Q.   Do you know whether Samir Al Radhi was replaced as the secretary general of the Rabita Trust during the time you served as secretary general of the Muslim World League?
A.   Replacing means that somebody else has been appointed instead of him?
Q.   Yes.
A.   Yes.
Q.   Do you know who was appointed instead of him?
A.   Yes.
Q.   Who was that?
A.   Whalid Al -- Wa'el Al Julaidan.

Page 89

Q.   Who was responsible for appointing Wa'el Al Julaidan to serve as the secretary general of the Rabita Trust?
A.   According to the system of the Muslim World League, that to be conducted in consultation with the Pakistani side.
MR. LEWIS:  Government?
MR. NASSAR:  Objection.  He said according to the system of the Rabita Trust, not the Muslim World League.
THE WITNESS:  The system of the Rabita Trust requires that to be in consultation of the Muslim World League with the Pakistani government.
MR. NASSAR:  Objection to the translation.  He didn't say in consultation with the Muslim World League, he just said in consultation with the Pakistani government.

23 (Pages 86 to 89)

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 90

THE WITNESS: If you have a file for the general secretary of the League, then the -- a file of -- I believe that, according to the system, they already have -- I believe that you have -- if you have, actually, the file of the Waqf, the trust, you have two individuals, one of which is the chairman of the board or the vice chairman of the board, one of which is the general secretary of the trust, the Waqf.

And the general secretary of the --

MR. NASSAR: I think some of the confusion is the words in Arabic are similar. And I think if we direct the witness to use Waqf Rabita for Rabita Trust and then -- just to change it a little bit.

MR. LEWIS: Why don't you wait for a question? This is

Page 91

not -- we're not having a chat. Let's have question and answer, please.

BY MR. CARTER:

Q. Do I understand that Julaidan was selected to be the secretary general of the Rabita Trust pursuant to the regulations of the Rabita Trust?

A. Yes.

Q. And did those regulations require consultation regarding that appointment between certain parties?

A. Indeed, it needs to be in consultation with the Pakistani government.

Q. Who is required to consult with the Pakistani government?

A. There needs to be the advice to the president of the trust.

Q. And who was that?

A. The general secretary of the Muslim World League.

Q. So that was you?

A. Yes.

Page 92

Q. So --

A. But that is in relation to my services in the trust, in the Waqf.

Q. And your services in the Waqf came about because you were secretary general of the Muslim World League, correct?

MR. LEWIS: Objection to the form.

THE WITNESS: Yes.

BY MR. CARTER:

Q. Did you, in fact, consult with the Pakistani government about the appointment of Wa'el Al Julaidan?

A. No, I think the proposal was made by the Pakistani government.

Q. I did not ask who made the proposal. I asked whether you consulted with the Pakistani government about the appointment.

A. No doubt I was consulted. But whether that was orally or in writing, I don't know.

Q. Did you know Wa'el Al

Page 93

Julaidan at that time?

A. No, I don't know.

Q. Had you ever met him?

MR. LEWIS: At that time.

THE WITNESS: No.

BY MR. CARTER:

Q. Were you presented with any information concerning his qualifications?

A. I was told that he was working in Pakistan and he was the person in charge of the relief and that he used to work -- and he used to work in the Muslim World League. And he was on very good terms with Nawaz Sharif.

Q. And at that time, who was Nawaz Sharif?

A. I think he was the Prime Minister, or the head of the government.

Q. Do you know what Julaidan had done previously for the Muslim World League?

MR. LEWIS: Objection. Did he know then or does he know now?

24 (Pages 90 to 93)

This Transcript Contains Confidential Material

Page 94

BY MR. CARTER:

Q. I believe in response to one of my prior questions relating to the information that was provided to you relating to Julaidan's proposed appointment, you said you were told at the time that Julaidan used to work for the Muslim World League.

Is that correct?

A. Not at that time, but he might have worked in the offices of the Muslim World League.

MR. NASSAR: Object to the translation. The witness didn't say "might have worked," he said "he had worked."

THE WITNESS: No, he might have worked.

MR. NASSAR: We have the same objection. We believe the witness said "he had worked, in the past."

THE WITNESS: He worked in the past, that's what I was told.

Page 95

BY MR. CARTER:

Q. And I want to focus very specifically on the information that was provided to you at the time of Julaidan's proposed appointment.

A. Okay.

Q. And at the time of Julaidan's proposed appointment to serve as secretary general of the Rabita Trust, did you receive information that Julaidan had previously worked for the Muslim World League?

A. To my recollection, that's what I was told.

Q. Did you receive any information about what he had previously done for the Muslim World League?

A. No.

Q. Did you receive any information about where he had previously worked for the Muslim World League?

A. In Pakistan.

Q. Did you receive information about when he had previously worked for

Page 96

the Muslim World League?

A. No.

Q. You mentioned previously that you had received information, at the time of his proposed appointment, that Julaidan was working in relief in Pakistan; is that correct?

A. Yes.

Q. Did you receive information regarding the name of the organization he was working for?

A. No, I don't know, apart from the offices of the Muslim World League.

Q. Just to make sure I'm not confused, did you receive information that Julaidan was working in offices of the Muslim World League at the time of his proposed appointment?

MR. LEWIS: Objection to form.

THE WITNESS: Can you repeat the question again?

BY MR. CARTER:

Q. At the time of Julaidan's

Page 97

proposed appointment, do you know what relief organization he was working for?

A. No, I don't know.

Q. And at the time Julaidan was appointed to serve as secretary general of the Rabita Trust, was the trust actively engaged in performing its work?

A. I don't know anything to that regard. However, in general -- however, I know that the trust was nonfunctional.

Q. In what year did it become nonfunctional?

A. During my time as -- during my time with the trust, I know that there were no meetings, nor there is any collections that were made by the trust, nor any Bahadis were transferred into Pakistan, which means that was nonfunctional.

MR. SHEN: Objection to the translation. You said "during my time with the League," not the trust.

25 (Pages 94 to 97)

This Transcript Contains Confidential Material

Page 98

BY MR. CARTER:

Q.   Do I understand your answer to indicate that you do not believe the Rabita Trust engaged in any work during the time that you served as a member of its board?

A.   That's what I thought.  We never received any reports, nor were we invited to any meetings.

MR. CARTER:  I marked as Exhibit Obaid-57 a document that was produced as IIRO149661.

- - -

(Whereupon, Exhibit Obaid-57, IIRO149661, was marked for identification.)

- - -

BY MR. CARTER:

Q.   Dr. Obaid, do you recognize this document?

MR. LEWIS:  Have you had a chance to review it?  I think he's still reviewing the document.

MR. SHEN:  Do you have

Page 99

copies of this?

MR. CARTER:  He's sending it.

MR. HAEFELE:  No.

THE INTERPRETER:  I'm being asked about the date.

I believe the 15th of the 7th 1422.

MR. LEWIS:  Andy, do you want to come take a look?

THE INTERPRETER:  We are referring to the date in handwriting at the top, actually.

MR. LEWIS:  There's no question being asked.

THE WITNESS:  I have been asked, actually, to read the whole document, as a matter of fact.  I have been asked, actually, whether I have, you know, recognized this document.  So how would I know the document unless I read it?

BY MR. CARTER:

Q.   And you can't read it?

Page 100

A.   No, I can't.  Unfortunately, my language is not on it, so if you can translate it for me.

Q.   Let me ask you some questions about it.

The document indicates that it is an appeal for donation to the Rabita Trust for repatriation of stranded Pakistanis from Bangladesh.

Although I understand you can't read all of the English, can you tell me whether or not your signature appears on the document?

A.   I believe it's my signature, because no one can forge my signature to such a document.

Q.   The document indicates a date corresponding to December 26th of 1997.

Do you recall sending out an appeal for donations to Rabita Trust in 1997?

A.   I don't recall that.

Q.   Do you recall whether Wa'el

Page 101

Julaidan was the secretary general of the Rabita Trust in 1997?

A.   I don't recall, but we might have to go back to the dates and see it.

Usually, the author of the letter will give an indication.  But we don't know who is the author of the letter itself, or any indication.  I can see there is an indication there to the Islamic Relief Organization.

Q.   Does the information we've discussed about this document refresh your recollection as to whether the Rabita Trust was engaged in operations during the time that you served on its board?

A.   It refreshed my memory with regard to the Pakistani Aziz.

Q.   Can you think of any reason you would have sent out an appeal for donations to Rabita Trust if Rabita Trust was not engaged in any operations?

MR. LEWIS:  Objection to form.

26 (Pages 98 to 101)

This Transcript Contains Confidential Material

Page 110

the trust?

A. I know that if I was a member of the board, then there is the responsibility of that board. And my membership in that board wouldn't be any more than the membership of any other member to the board.

Q. I asked a slightly different question.

MR. SHEN: Objection to the translation. My responsibility and membership.

BY MR. CARTER:

Q. I asked a -- I wasn't asking about your personal responsibility or individual responsibility.

I was asking whether you were aware, at the time you served on the board, that the board was responsible for administering and managing the trust.

A. If there is no meetings of the board, not that there is an outstanding business to be considered. So you don't go and start searching into

Page 111

the policies.

But if you get requested for something, then that section, that body, will see your authority to that account.

Q. At the time you were a member of the board of directors of the Rabita Trust, did you have an understanding that the board had certain duties and responsibilities?

A. I do have the understandings of the formation of this trust, this Waqf. But I do know, also, that it was a maneuvering step between the Pakistani governments.

Q. Do you recall whether the board had any meetings during the time that you served as a member?

MR. LEWIS: Objection. Asked and answered.

THE WITNESS: I don't recall any meeting.

BY MR. CARTER:

Q. Do you know why there weren't any meetings?

Page 112

A. I think due to the differences between the Pakistani government going -- you know, following up between the Pakistani governments.

If there's a Sunni president takes over, then he will try to send life into this project. If it was a Shia, then he will leave things as it is. Because the Bahadis are Sunnis. Certainly, I do not like to interfere in sectaire differences.

Q. The board trust indicates that the board shall meet ordinarily at the head office at least four times in a calendar year to consider and dispose of all matters relating to the trust.

Did you ever raise concerns with any other members of the board that the board was not fulfilling that obligation?

A. No.

Q. Are you aware of any action undertaken by the board of trustees of Rabita Trust, during the time you served

Page 113

on it, to fulfill its obligations?

MR. LEWIS: Objection to form.

THE WITNESS: I did not attend any meetings. If there's any decisions have been taken while I'm not there, then I don't know about it.

BY MR. CARTER:

Q. To the extent donations were submitted to Rabita Trust in response to the appeal that we marked as Obaid-57, are you aware of any oversight by the board concerning the use of those funds?

MR. LEWIS: Objection. Objection. Foundation.

THE WITNESS: Can you repeat the question?

THE INTERPRETER: Shall I?

MR. CARTER: Yes, please.

THE WITNESS: No, I don't know.

BY MR. CARTER:

Q. Dr. Al Obaid, after your

29 (Pages 110 to 113)

This Transcript Contains Confidential Material

Page 130

government?

A. No, I wasn't requested that. And, also, I know that the Saudi government doesn't retain any copies.

Q. How do you know the Saudi government doesn't retain copies?

A. That's what I thought. I don't know.

THE INTERPRETER: Those were the last words.

BY MR. CARTER:

Q. Did you request copies of your former passports from anyone you knew from your time in service with the government?

A. No, I didn't.

MR. LEWIS: Personally or through counsel? Did he do it personally or --

MR. CARTER: Yes, personally.

THE WITNESS: No, I didn't.

BY MR. CARTER:

Q. Dr. Al Obaid, we're at 12:30

Page 131

and your counsel had indicated that you may need a lunch break, or we can push through to the time limit we had set for ourselves, which I think would be about another hour.

MR. LEWIS: I mean, I'm happy to chat with him, but if you're saying it will be another hour, that may be one thing; if you're saying we might go five hours, that's an hour 40 and he may have a different view. So just let me know what your plan is for today and then we can chat about it off the record.

MR. CARTER: Let's take a five-minute break so that we can confer on our respective sides.

VIDEO TECHNICIAN: The time is now 12:30. Going off the record.

- - -

(Whereupon, a brief recess was taken.)

Page 132

- - -

VIDEO TECHNICIAN: The time is now 12:43. Back on the record.

BY MR. CARTER:

Q. Dr. Al Obaid, during the time that you served as secretary general of the Muslim World League, did you have an understanding concerning the sources of funding for the League?

A. Yes.

Q. Did you receive reports from the Muslim World League's finance departments concerning sources of the League's revenues?

A. There is an annual report issued by the financial -- finance section or the financial section. And no doubt I will look into that, because that will be produced before the constituent council during their meeting.

Q. Based on that information, can you tell me what the sources of funding for the Muslim World League were during the time you were secretary

Page 133

general?

A. Yes. 80 million riyals get paid by the Saudi government to the secretariat of the Muslim World League, and 20 million riyals paid to the Supreme Council of the mosques, paid by the state. And there are other sources, minor ones, to the League.

Q. Was the grant from the Saudi government in the amount of 80 million riyals the principal source of funding for the Muslim World League?

A. Yes, assistance.

Q. Are you able to tell me approximately what percentage of the Muslim World League's revenue the 80 million dollar contribution from the government --

MR. LEWIS: Not dollars.

BY MR. CARTER:

Q. I'm sorry, 80 million riyals from the government constituted?

A. The 80 million riyals is everything to the League. That

34 (Pages 130 to 133)

This Transcript Contains Confidential Material

Page 134

constitutes of everything, apart from 2 million, 4 million, other income, other sources of income, which get invested.

Q. So the other sources of revenue were de minimus, correct?

MR. SHEN: Objection to the form.

THE WITNESS: Very, very little, 2, 3 million. They constitute of rent for the buildings owned by the Muslim World League.

MR. NASSAR: We're going to object to the translation. He said "little," not "very, very little."

MR. CARTER: Dr. Al Obaid, I'm going to mark as Exhibit Obaid-59 a translation of an article that appeared in Al-Alam Al-Islami in 1996, along with the original text from the magazine.

- - -

(Whereupon, Exhibit

Page 135

Obaid-59, FED-PEC 237301, was marked for identification.)

- - -

MR. CARTER: It was produced at Bates stamp FED-PEC 237301.

BY MR. CARTER:

Q. Dr. Al Obaid, I know that the original Arabic print is very small. Were you able to read it?

A. I do recall that.

Q. Are you familiar with Al-Alam Al-Islami?

A. I have reservation with regard to the name Al-Alam Al-Islami. However, it's a term that's been used for the Muslim countries.

Q. Are you familiar with this publication?

A. Yes.

Q. Who issues this publication?

A. The media section in the Muslim World League.

Q. So this is a report issued by the Muslim World League, correct?

Page 136

MR. LEWIS: Object to the form.

THE WITNESS: Yes.

BY MR. CARTER:

Q. Dr. Al Obaid, according to the translation I have, it indicates that you said that more than 5 billion riyals were received by the Muslim World League from the government of the custodian of the two holy mosques.

Does that accurately record what you said at the time?

A. That's right. But that doesn't mean we have received the same -- all the sum in one goal. That means all the money which were received by the Muslim World League since it was established to that date.

Q. And that may answer my next question.

Reading down, it indicates that you were referring to the total financial support received by the League by the government of the custodian of the

Page 137

two holy mosques during the recent years.

What did you mean by "recent years"?

A. I think the wording, actually, until present -- in the past years, that's the Arabic words. In the past years, recent years, past years.

Q. Dr. Al Obaid, do you know how you arrived at that 5 billion riyal total?

A. By asking the financial section, how much do you estimate. So they have added up all the assistance over the years.

Q. Do you recall whether they provided any kind of report to you with that information?

A. I believe I have asked them for that piece of information. During the past conference of the pilgrimage, I asked them for that piece of information.

Q. Going down in the article, it indicates that this information was conveyed in a speech that you gave on the

35 (Pages 134 to 137)

This Transcript Contains Confidential Material

Page 159

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-   -   -

In Re:                    : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON      :
SEPTEMBER 11, 2001        :


-   -   -

September 18, 2018
Volume II

-   -   -

*This Transcript Contains Confidential Material*

Continued videotape

deposition of DR. ABDULLAH AL OBAID, taken

pursuant to notice, was held at Dispute

Resolution Centre, 70 Fleet Street,

London, EC4Y 1EU, beginning at 8:31 a.m.,

on the above date, before Amanda Dee

Maslynsky-Miller, a Certified Realtime

Reporter.


-   -   -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 248

- - -

(Whereupon, Exhibit Obaid-64, 2/13/99 Japanese Article, was marked for identification.)

- - -

BY MR. CARTER:

Q. And it indicates that international terrorist Osama bin Laden continues to provide not just financial but direct military aid to secessionist Islamic Muslim rebels in the Southern Philippines.

And the report in particular discusses aid to the Moro Islamic Liberation Front and Abu Sayyaf group through a relief agency established by Mohammed Jamal Khalifa.

And it identifies that relief agency as the International Islamic Relief Organization, a local branch of the Jeddah-based social agency of the Muslim World League.

MR. LEWIS: I'd like to note

Page 249

an objection that the -- I want to make clear because this witness can't read the article, that Mr. Carter is just picking out bits from the article rather than reading continuous passages or the entire article.

BY MR. CARTER:

Q. Dr. Al Obaid, do you know who Mohammed Jamal Khalifa was?

A. No, I don't know him.

Q. Have you ever heard the name?

A. Yes, I've heard the name.

Q. In what context did you hear the name?

A. That he had problems with the IIRO.

Q. And what problems did you hear that he had?

A. I don't recall.

Q. Do you recall whether you ever heard allegations that he had used the IIRO office in the Philippines to

Page 250

funnel resources to the Moro Islamic Liberation Front or Abu Sayyaf group?

MR. LEWIS: I just want to make clear we're excluding any conversations that Mr. -- that Dr. Al Obaid had with his counsel.

MR. CARTER: That's fine.

THE WITNESS: Could you repeat the question, if you don't mind?

BY MR. CARTER:

Q. Do you recall whether you ever heard allegations that Khalifa had used the IIRO office in the Philippines to funnel resources to the Moro Islamic Liberation Front or Abu Sayyaf group?

A. I never heard anything of that as such, but I've heard only that he had problems with the IIRO.

Q. During the time you were secretary general of the Muslim World League, did the Muslim World League have any contacts with the Moro Islamic Liberation Front?

Page 251

A. During my time with the League, I never had any contact with them, other than attending the ceremony of the -- the peace ceremony between the government and the group. And the invitation came to me from the government.

Q. And putting aside whether or not you individually had any contact, do you know whether the Muslim World League, as an organization, had any contact during that time period with the Moro Islamic Liberation Front?

A. Yes, the League had contacts, mainly to establish peace between the government and the front. And I do recall that I was told that this initiative, it's been going on for the past 25 years.

Q. Did the League have any contacts with the Abu Sayyaf group?

A. I don't know Abu Sayyaf, and I don't recall any contacts.

MR. CARTER: I apologize, my

24 (Pages 248 to 251)

This Transcript Contains Confidential Material

Page 264

interview that's described in the article?

A.    Yes.

Q.    I just want to ask you a couple of questions about it.

There is a section discussing the premises of the MWL, that's the heading of the section.

THE INTERPRETER:  Just a second, please.

BY MR. CARTER:

Q.    And it addresses a question concerning on what basis and from which premise does the MWL proceed when an incident, attack or oppression against Muslims occurs.

MR. NASSAR:  I think the Bates number of the page is 818.

THE INTERPRETER:  818.

THE WITNESS:  What is the question?

BY MR. CARTER:

Q.    Have you found the section I'm referring to?

Page 265

A.    Which is?

Q.    The section that deals with the premise on which the MWL proceeds when an incident, attack or oppression against Muslims occurs.

A.    Yes.

Q.    I want to draw your attention to a section that -- in which it states that, In the incident of Afghanistan, it -- referring to the Muslim World League -- carried out the duty dictated by Islam on the necessity of solidarity, support for the Jihad, aiding those in need, providing all forms of assistance to the Mujahideen, uniting their ranks, supporting them at all international locations and influential global organizations.

And my question is, do I understand that in this interview you were indicating that the Muslim World League had provided all forms of assistance to the Mujahideen in Afghanistan during the Soviet period?

Page 266

MR. LEWIS:  Objection to form.

THE WITNESS:  This is an interjection.  And then just after that, this is what the Muslim World League did.  It has pointed out to the communities, to the organizations, to the Islamic governments, and it called for cooperation and support and everything to the scholars and the officials, and called upon the international organizations to stop the aggression.  And it made a lot of efforts to relief.

So that's what the Muslim World League did.

BY MR. CARTER:

Q.    Let me break this down, because the paragraph talks about incidents in Afghanistan, Bosnia, Herzegovina, Kosovo and Chechnya, correct?

THE INTERPRETER:  Sorry,

Page 267

where about is that?

THE WITNESS:  Yes.

BY MR. CARTER:

Q.    Now, specifically with regard to Afghanistan, the translation I have seems to indicate that you said that the Muslim World League provided all forms of assistance to the Mujahideen.

Is that correct?

A.    Where is "all"?  To provide forms of assistance, not all forms of assistance.

MR. NASSAR:  We have an objection to the translation.  What's written in Arabic is various forms of assistance, not all forms of assistance.  So we object to the translation in the English.

THE INTERPRETER:  That's not my translation?

MR. NASSAR:  No.

BY MR. CARTER:

Q.    What were the various forms

28 (Pages 264 to 267)

This Transcript Contains Confidential Material

Page 268

of assistance to the Mujahideen you were referring to?

A. I think the best way of assisting the Mujahideen was to get them all together trying to reach peace agreement and not to fight among each other.

But, obviously, there is no arms or any such a thing to be given to them.

MR. NASSAR: We object to the translation. He also said "or money."

Is that correct?

MR. LEWIS: Arms or money?

THE INTERPRETER: Arms or money.

MR. NASSAR: Arms or money.

BY MR. CARTER:

Q. It then says that in the incident of Bosnia/Herzegovina, the MWL did the same.

Was the Muslim World League engaged on some level with Mujahideen in

Page 269

Bosnia?

MR. LEWIS: Object to the form of the question. Lacks foundation.

THE WITNESS: The effort of the Muslim World League is to unify -- to unify their statements in one, Muslims, Jewish, Christians. And that's why I went for and that's what I have met up with them for.

BY MR. CARTER:

Q. Do you know whether there were foreign fighters who traveled to Bosnia/Herzegovina to fight during the time when you were secretary general of the Muslim World League?

A. I used to hear that. And also I've heard that the Bosnian president or the Bosnian official, I've heard that he had banned the Arabs from entering Bosnia to participate in the fighting. That's what I've heard.

Q. Again, if you know, do you

Page 270

know whether the Muslim World League or the International Islamic Relief Organization had any contacts with the Arabs who went to fight in Bosnia?

A. Muslim World League did not do anything as much. And I rule out the IIRO did so, and I don't know anything.

MR. CARTER: We've marked as Obaid Exhibit-68 a document that was Bates stamped MWL58734.

- - -

(Whereupon, Exhibit Obaid-68, MWL58734, was marked for identification.)

- - -

BY MR. CARTER:

Q. And I'll give you a second, Dr. Al Obaid, to look at that.

Dr. Al Obaid, have you had a chance to read that document?

A. Yes.

Q. Do you recognize it?

A. I recognize the document. But I don't know whether it was me who

Page 271

signed it, or someone else.

MR. NASSAR: We object to the English translation. What's written in brackets after Mujahideen where "fighters" is written in brackets in the English, it's not in the original Arabic.

THE INTERPRETER: Can I just --

COURT REPORTER: We need to go off the record.

- - -

(Whereupon, a brief recess was taken.)

- - -

VIDEO TECHNICIAN: The time is now 12:41. Back on the record.

MR. LEWIS: Counsel, before you proceed, you had asked us to look to see whether there was anything else, other than visas and stamps, and we have done that. And we have -- there is some

29 (Pages 268 to 271)

This Transcript Contains Confidential Material

Page 308

that organization? We have nothing to do, none soever with the general policies of the state.

BY MR. LEWIS:

Q. General politics of the states?

A. Politics of the state.

MR. HAEFELE: Objection to form.

BY MR. LEWIS:

Q. And so with that understanding that you've just described to us, is that sentence in your declaration correct today, in your view?

A. That was misunderstood yesterday with a different way. What I meant by it is what I've said today.

MR. NASSAR: Objection to the translation. He first said yes, and then he said that was misunderstood.

Correct?

THE WITNESS: I agreed with you in what you have proposed.

Page 309

And if it was misunderstood yesterday, then that was corrected today in what you have proposed.

MR. HAEFELE: I object to the form of the question.

MR. MALONEY: I join.

BY MR. LEWIS:

Q. I'd like to direct your attention to Page 4 of the declaration that has been marked as Obaid Exhibit-55.

And I'd like to direct your attention to the last sentence of the incomplete paragraph on the top of the page, which is the continuation of Paragraph 12 from the previous page.

It states, Although the IIRO is a subsidiary of the Muslim World League.

Sir, what is your understanding of the meaning of subsidiary, as you used it in your declaration in Paragraph 12?

A. I didn't understand the terminology. But I'm talking about

Page 310

something to do with history. And when you refer to history, then that won't change any matter of the facts.

So when the IIRO started, formed, initiated, it was a directorate of the Muslim World League. But when the IIRO developed, the Muslim World League wrote to the state, when we initiated or mentioned that we wanted to start an organization, international organization, relief organization, at that stage, they started its own system, and they moved out from the premises of the League to Jeddah and continued to work as an international organization.

Q. To your knowledge, is there a distinction in Arabic between subsidiary and affiliate?

MR. NASSAR: Sorry. We have an objection to the translation. The witness said "as an independent international organization," not just "as an international organization."

Page 311

Is that correct?

BY MR. LEWIS:

Q. Are subsidiary and affiliate referred to by the same term in Arabic?

MR. HAEFELE: Objection. Form and foundation.

THE WITNESS: You know, if it refers to as being a membership, then that is obviously history, that's how it started.

And if it was affiliated, then that means it is an independent financially and administration, but under the umbrella of the Muslim World League.

BY MR. LEWIS:

Q. Did the Muslim World League have ownership or control over the International Islamic Relief Organization during the time that you were secretary general of the Muslim World League?

MR. HAEFELE: Object to the form.

39 (Pages 308 to 311)

This Transcript Contains Confidential Material

Page 312

THE WITNESS: The League doesn't have control. Other directorates of the League doesn't have control also.

But the general secretary, because of his job, then he's the -- the general secretary of the League, due to his job, he will be their chairperson of the board of directors.

BY MR. LEWIS:

Q. Dr. Al Obaid, I'd like to come back briefly to the issue of the issuance of passports.

Doctor, to the best of your recollection, how long is a Saudi passport issued for?

A. It depends. Sometimes for five years and sometimes for ten years.

However, currently, what I know is that the passport is valid for ten years. The diplomatic passport is valid, I think, for four or five years.

Q. Now, Doctor, when a passport

Page 313

expires, you need to apply for a new one, correct?

A. Yes.

Q. If a passport runs out of pages because the pages are filled with visas or stamps, do you need to apply for a new passport?

MR. SHEN: Objection to form.

THE WITNESS: If I was in need of to travel, yes.

BY MR. LEWIS:

Q. When you apply for a new passport, do you submit the old passport?

A. Yes, I need to submit that to them. But they will cancel it.

Q. Cancel "it" being the old passport?

A. They will cancel it, and they will return it to me. And if there were any visas in it, I need them, then I will keep that.

Q. But by which you mean visas that are still valid?

Page 314

A. Yes.

Q. And if there are no -- and if there are no valid visas in the old -- in the cancelled passport, did you have a practice as to what you would do with that passport?

A. Then in that case, I don't need it, I'll destroy it. Because I don't keep something I'm not in need of.

Q. When you received back the cancelled passport with the newly issued passport, were there markings on the passport which would indicate that the old passport was no longer valid?

MR. HAEFELE: Objection to form.

THE WITNESS: Yeah, they make holes in the passport to indicate -- that's what I know.

BY MR. LEWIS:

Q. Did there come a time when you were asked to look for cancelled passports at your home or office by counsel in this case?

Page 315

MR. HAEFELE: Objection to form.

THE INTERPRETER: Sorry, say that again.

BY MR. LEWIS:

Q. Did there come a time when you were asked by your lawyers to look for any cancelled passports that you had in your possession?

MR. HAEFELE: Same objection.

THE WITNESS: Yes.

BY MR. LEWIS:

Q. And did you conduct a search of your home and office to determine whether you had any of those passports, cancelled passports, in your possession?

MR. HAEFELE: Objection to form.

THE WITNESS: I don't need to search, because I don't keep them. That is not my responsibility.

BY MR. LEWIS:

40 (Pages 312 to 315)

This Transcript Contains Confidential Material

Page 336

MR. MALONEY: Okay.

MR. LEWIS: Not with harassing questions.

MR. MALONEY: I didn't get an answer.

THE WITNESS: What is the question?

MR. MALONEY: It's right here.

And the explanation that Mr. Lewis wanted you to describe was that somehow the words meant something different to you than what we see in the English version of this declaration; is that fair?

THE WITNESS: Yes.

BY MR. MALONEY:

Q.   And Mr. Lewis also represents the Muslim World League and the IIRO, correct?

A.   What do you mean?

Q.   Do you know if Mr. Lewis represents the Muslim World League and the IIRO?

Page 337

A.   Can I ask him?

THE WITNESS: Are you representing --

BY MR. MALONEY:

Q.   Well, I'm asking you if you know this one way or the other.  If you don't know, tell us.

MR. LEWIS: Just tell him what you know.  This is just silly time.

THE WITNESS: I do recall that when we agreed he represents me, the League.  I'm not very certain about the IIRO.

BY MR. MALONEY:

Q.   Did you hear at the beginning of your deposition that your lawyer sitting next to you, Mr. Lewis, said on the record that he represents you, the Muslim World League and the IIRO?

A.   I don't remember, but what concerns me, that he represents me.

Q.   Okay.

Page 338

MR. MALONEY: I have nothing further.

VIDEO TECHNICIAN: The time is now 2:42.  This concludes the deposition.  Going off the record.

- - -

(Whereupon, the deposition concluded at 2:42 p.m.)

- - -

Page 339

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

Amanda Maslynsky-Miller
Certified Realtime Reporter
Dated:  September 26, 2018

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

46 (Pages 336 to 339)

Golkow Litigation Services - 1.877.370.DEPS

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:  DR. ABDULLAH AL OBAID
Dep. Date:  September 17 & 18, 2018

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| Page 8/24 | Abudlaziz | Abdulaziz | | Transcription Correction |
| 13/11-12 | Abdullah Al Obaid | Abdullah bin Saleh Bin Obaid Al Obaid | | Interpreter Omission |
| 16/22-24 | | | "And were the Master's courses and doctorate courses you took in English?" Translated as: "in addition to the masters and ph d courses, you also took trainings in the English language?" | Interpreter Mistranslation |
| 17/4-8 | Obviously, although I studied English, but, again, that was in the very late, my age.  So I'll do -- although I read, but it's for my studies, not for anything else. | I studied the language but I am weak because it was in the very late years of my age.  Although I read, it's for my studies, not for other information. | | Interpreter Mistranslation & Omission |
| 19/2-3 | In general, yes.  But there are some terms, words, et cetera. | In general, yes.  But if there are some terms, I may not. | | Interpreter Omission; Commentary Added |
| 23/7-14 | It's the same information,  as a matter of fact, that I have stated and mentioned in the previous document.  And the first one mentioned the presidency for the two holy mosques.  And over here it's specified, giving details  about the type of agency I was working  for. | It's the same duration that I worked in and mentioned in the previous information, document.  However, the first one mentioned that it was in the presidency for the two holy mosques. And over here it's specified, giving details that it is… | | Interpreter Omission; Commentary Added |
| 23/22 | I was in the capacity of the | I worked in Makkah in the capacity of the | | Interpreter Omission |

1

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 24/12-16 | I don't recall the date precisely.  But I'm talking here about the time I joined the Ministry of Defense all the way when I finished working for the Islamic University continuously. | I don't recall the date precisely.  But my service was continuous since I Joined the Ministry of Defense until I finished working for the Islamic University.  My services were continuous. | | Interpreter Omission; Commentary Added |
| 25/1-3 | My service, you know, continued.  Although I don't actually relate to the dates precisely. | I don't link the dates precisely but my service was continuous until I finished. | | Interpreter Mistranslation |
| 25/22-23 | The C.V., as a matter of fact, I finished from the Islamic | The same year I finished from the Islamic | | Transcription Correction; Interpreter Commentary Added |
| 26/12-14 | The Constituent Council, that council who appointed me to the World League. | The Constituent Council for the League appointed me. | | Interpreter Mistranslation |
| 28/7-8 | I don't know the legal status. | I don't know the regulatory aspect. | | Interpreter Mistranslation |
| 29/3-7 | Well, obviously, I attended.  However, I wasn't aware if I was one of those people established that council or not. | I attended.  However, I wasn't aware if I was a main member of the council or not. | | Interpreter Mistranslation; Commentary Added |
| 29/17-20 | I get an invitation, I attended.  I didn't know whether I was a member or not, because I don't get paid a salary for such a post. | I receive an invitation but I don't know whether I was a member or not, because I don't get a salary or benefits. | | Interpreter Mistranslation; Commentary Added |
| 30/22-24 | I do recall, actually, you know, that the Council get approached with financial assistance from Muslim | I do recall that the Council gets approached with financial assistance requests from Muslim | | Interpreter Omission; Commentary Added |
| 31/14 | | | "other countries" translated as "Muslim countries" | Interpreter Mistranslation |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 31/15-24 through 32/1-4 | The Council doesn't get approached with an official request, et cetera, in regard to political issues. The Council gets approached with financial help from other non-governmental organizations for assistance. For instance, if there's a country requested some assistance, it won't be dispatched or sent to the Council; but if it's an organization, an institution, a non-governmental institution seeks help, then that will be referred to the Council. | The Council does not consider political issues related to the countries, but only relating to organizations or mosques which ask for assistance. If a country requests assistance, it does not come here, but if organizations requested | | Interpreter Mistranslation; Commentary Added |
| 32/15-17 | But we discussed a request from a mosque, an organization seeking help. | But we discussed a request from a mosque for assistance, an organization seeking help. | | Interpreter Omission |
| 33/15-17 | I attended the meetings of the Council, and there were two individuals. | I attended the meetings of the Council, and I recall there were two individuals. | | Interpreter Omission |
| 34/2 | | | Omits "in kind" | Interpreter Omission |
| 35/13-14 | And it might, it might, actually. | And it might be, if there is an explanation to this, that | | Interpreter Omission |
| 35/21 | | | Official organizations | Interpreter Commentary Added |
| 35/22-24 through 36/1 | Only requests, personal requests, requests from a center, organization, but not from official countries. | Only personal requests from a dawah section, a center, a mosque. | | Interpreter Commentary Added |
| 37/17 | then we make sure of it | then we make sure of its merits | | Interpreter Omission |
| 38/10-11 | What I have stated, actually, the Supreme | First of all, I have stated that the Supreme | | Interpreter Omission; Commentary Added |
| 38/22-24 through 39/1-2 | Mostly, we don't know if the state does follow our recommendations or they have its own way of dealing with the matter. | Mostly, we don't know if the state executes this or if it had another opinion. | | Interpreter Omission; Commentary Added |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 43/23-24 | To my knowledge, the Council gets requests for financial help, et cetera. | To my knowledge, the Council gets requests for financial help. | | Interpreter Commentary Added |
| 44/1 | state.  But we don't have any | state; it is either given or not. But we don't have any | | Interpreter Omission |
| 44/1-6 | But we don't have any financial -- or any finances or any money to give to anyone at all.  Not -- our duty is to withdraw the policy of the Kingdom. | But regarding the notion that the Council creates policies or has funds to support those policies, or even suggests | | Interpreter Mistranslation; Commentary Added |
| 44/10-12 | political affairs for the other countries, or how to communicate with them.  I don't recall that. | political affairs and its relationship with other countries and world affairs. | | Interpreter Mistranslation; Commentary Added |
| 45/8-10 | | | "for" translated as "to execute" | Interpreter Mistranslation |
| 46/15-23 | No, there isn't actually a policy.  We get requests, financial requests, whether we give it or we deny it.  I mean, they might have considered -- they might have considered that, you know, financial assistance would be considered as a part of the Saudi policies or the strategic policies. That's another matter. | No, there isn't actually a policy.  We get requests for assistance, and we recommend, whether we give it or not. However, they might have considered that financial assistance as a part of the Saudi policies or directions.  However, it was not the strategic policies of the KSA. | | Interpreter Mistranslation |
| 47/1-2 | | | "under penalty of perjury" translated as "part of forgery" | Interpreter Mistranslation |
| 47/9-10 | | | "affidavit that you signed was submitted under penalty of perjury" translated as  "it was related to a case of fines regarding forgery or fraud"; repeated "it was related to a case of not being truthful" | Interpreter Mistranslation |

4

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 49/10-15 | What I have stated, actually, in accordance to my own expertise -- or my experience when I attended the Council. If the Council has other functions, I haven't been invited into or involved in, that's another matter. | What I have stated is in accordance to my own experience during my work.  If the Council has other policies that I haven't been invited to or involved in, it is not | | Interpreter Omission; Commentary Added |
| 53/23-24 through 54/1-5 | First of all, I think the problem is how to describe, how to explain Dawa. What is the meaning of that term? If you are talking about inviting non-Muslims into Islam, outside, now, that is no, the answer. | The problem is how to define Dawa.  If Dawa is inviting non-Muslims into Islam, then it does not do that. | | Interpreter Omission; Commentary Added |
| 54/6 | introducing | educating | | Interpreter Mistranslation |
| 55/15-19 | The term "Dawa" is a very vague term that doesn't include that the Kingdom invites non-Muslims into Islam. The word "Dawa," it's a very general term. | The term "Dawa" is a very broad term, but what the Kingdom does doesn't include the invitation of non-Muslims to Islam. | | Interpreter Mistranslation; Commentary Added |
| 55/21 | | | "role" translated as "relationship" | Interpreter Mistranslation |
| 56/10-11 | | | or I use the sections | Interpreter Commentary Added |
| 57/1 | Lewis | Nassar | | Transcription Correction |
| 62/3 | and -- | and the Fiqh Council | | Transcription Correction |
| 63/5-8 | My job as a secretary, just like any other secretary general, to oversee the work of the Council through the Muslim World League. | My role was like any Secretary to any council, and it was to faciliatate the matters of the council through the Secretariat General of the Muslim World League. | | Interpreter Mistranslation |
| 63/21 | | | "chief executive officer" translated as "chairman of the board" | Interpreter Mistranslation |

5

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 64/9-10 | | | "chief executive officer, CEO" translated as "employee of the board or equivalent" | Interpreter Mistranslation |
| 64/13 | As I'm general secretary to the League, I'm also a general secretary to that council. | No, no, I am not an employee.  As I'm general secretary to the League, I'm also a general secretary to that council. | | Interpreter Omission |
| 65/8-9 | Through my post, because of my post in the Muslim World League as a | Through my post in the Muslim World League as a | | Interpreter Commentary Added |
| 65/12-13 | It is not an independent post.  It comes in with a salary. | It is not an independent post with its own benefits. | | Interpreter Mistranslation |
| 65/16 | | | "tenure" translated as "ten years" | Interpreter Mistranslation |
| 66/4-10 | Its specialty or its duty, its profession, is to treat all the current issues that concerns the Muslim World, and to issue the religious edicts, fatwa, to that regard, whether they were social or financial or in regard to acts of worship. | Its duty is to treat the current Islamic issues that concerns the Muslim World, and to issue religious edicts relating to these issues, whether they were social or economic or in regard to acts of worship. | | Interpreter Omission; Commentary Added |
| 66/13-17 | Composed of Muslim scholars and experts in finances, finances or other aspects to do with finances or any other aspect considered by the Council itself. | Yes, it was composed of Muslim scholars and experts in economics or finances or social issues considered by the Council. | | Interpreter Mistranslation; Omission; Commentary Added |
| 67/6 | | | "tenure" translated as "ten years" | Interpreter Mistranslation |
| 67/9-14 | or a department or a section, you know, raised an issue, such issues get dispatched to the experts.  Upon that, a research and a study will be required.  Then the meeting will take place. | or upon the request of specific parties, such issues will be dispached to the experts, who are requested to study and research the issue.  Then the meeting will take place. | | Interpreter Mistranslation; Omission; Commentary Added |

6

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 67/20-22 | The researchers will get sent to them in the very early stages or it might get produced during the meeting. | As for the research papers, they may either be sent in advance or presented during the meeting. | | Translation Mistranslation & Omission |
| 68/2 | | | "tenure" translated as "ten years" | Interpreter Mistranslation |
| 68/3-7 | I don't recall specific number of meetings. I do recall two meetings, however. At least two occasions. But those meetings are on a continuous basis. | I don't recall the number but meetings were held. I recall at least two of them, but I don't recall the number exactly. | | Interpreter Omission; Commentary Added |
| 68/13 | of | as a result of | | Transcription Correction |
| 68/21 | | | "tenure" translated as "ten years" | Interpreter Mistranslation |
| 68/23-24 | | | "chairman of the board" translated to "president" | Interpreter Mistranslation |
| 69/2 | Chief executive | Chairman of the board of directors | | Interpreter Mistranslation |
| 71/1 | Indeed, because of my work | Because of my work | | Interpreter Commentary Added |
| 71/9-15 | The only connection with the Muslim World League is the general secretary of the Muslim World League it's the chairperson or the chief executive or the executive chief -- the chairman of the board of directors of the Muslim relief organization. | The only connection with the Muslim World League is the chairman of the board of directors of the International Islamic Relief Organization. And the President of the General Assembly. | | Interpreter Omission; Commentary Added |
| 71/23-24 through 72/1 | And I was the general secretary to that organization. | And the President of the General Assembly of IIRO. | | Interpreter Mistranslation |
| 72/16 | Dr. Abdullah Omar Al Nusuf | Mohammed Ali Al-Harakan | | Clarification |
| 72/21 | committee | organization | | Interpreter Mistranslation |
| 73/1 | moved | seconded | | Interpreter Mistranslation |

7

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 73/10-14 | The regulations, the system, the policy requires the League to seek the approval of the state before establishing a committee or an organization. | The regulation requires the League to seek the approval of the state before establishing any organization. | | Interpreter Commentary Added |
| 73/15 | | | "the Muslim World League" translated to "you" | Interpreter Mistranslation |
| 73/19-21 | During the era of Dr. Abdullah Omar Al Nusuf, such approval, and that was granted. | The MWL requested, during the era of Mohammed Ali Al-Harakan, such aproval, and that was granted. | | Interpreter Omission; Clarification |
| 74/9 | | | "subsidiary" translated to "affiliate" | Interpreter Mistranslation |
| 75/10 | | | "subsidiary" translated to "affiliate" | Interpreter Mistranslation |
| 76/2 | | | "subsidiary" translated to "tangled with or has a relationship to" | Interpreter Mistranslation |
| 76/8-12 | If, actually, if it means working under the same umbrella of the Muslim World League, then it is, yes, the answer. | What do you mean by affiliated? If it means working under the same umbrella of the Muslim World League, then yes. | | Interpreter Omission; Commentary Added |
| 77/13-15 | It's not a stable translation.  It can mean affiliate, belonging to, end of. | Subsidiary is not a stable translation in Arabic.  It can mean affiliate, belonging to, under. | | Transcription Correction |
| 78/17-23 | What do you mean by "arm"?  If it means affiliated, belongs to The World League, affiliated to The World League, there is carrying out work -- if it means affiliated to The World League in carrying out their duties or the work, then, yes. | What do you mean by "arm"?  If it means affiliated to The World League in carrying out their duties or the work, then, yes. | | Interpreter Commentary Added |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 79/8 | | | "officer" translated as " one of the employees, officials"; Rabita Trust translated as "Amanat al Rabita" | Interpreter Mistranslation |
| 79/13 | I have no -- | Amanat al Rabita?  I don't know anything about amanat al Rabita. | | Interpreter Omission |
| 80/14 | Council | Board | | Interpreter Mistranslation |
| 80/21 | | | Omitted "the board" | Interpreter Omission |
| 81/10-12 | | | Question translated as: "when you were there as a member of the board of that organization, was Rabita Trust an organization, a part, a department at MWL?  Was it an operational organization at the time that you were a member of the Board at Rabita Trust?" | Interpreter Mistranslation; Commentary Added |
| 82/1-3 | The main objective was to build homes to the Bahadis when they used to live | The main objective was to build homes for the Biharis who used to live | | Interpreter Mistranslation; Transcription Correction |
| 82/14 | However, there is routine | However, if there is routine | | Transcription Correction |
| 83/3 | apologized | resigned | | Interpreter Mistranslation |
| 83/6-7 | information of the board of directors or the trustees of the organization. | reformation of the board of directors or the trustees, I don't recall the term, of the organization.  But I don't recall if this was in my time or prior to my time. | | Interpreter Omission; Transcription Correction |
| 84/12 | And, indeed, he's a member of staff of The World League. | And he's a member of staff of The World League. | | Interpreter Commentary Added |
| 85/23 | their | the | | Transcription Correction |
| 86/18-19 | Relief Organization accepted him or used him | Relief Organization assigned him or sought his help. | | Interpreter Mistranslation |
| 86/22 | | | "simultaneously" not translated | Interpreter Omission |

9

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 87/1 | Well, he cannot be a staff | I don't recall, but he cannot be a staff | | Interpreter Omission |
| 89/5-8 | According to the system of the Muslim World League, that to be conducted in consultation with the Pakistani side. | According to the system, the appointment is made by the secretary general of the Muslim World League in consultation with the Pakistani side | | Interpreter Mistranslation & Omission |
| 91/18-19 | There needs to be the advice to the president of the trust. | It must be the vice-president of the trust | | Interpreter Mistranslation; Transcription Correction |
| 92/12 | | | "did you, in fact" was not translated | Interpreter Omission |
| 92/15-16 | No, I think the proposal was made by the Pakistani government. | No, I think, initially, the proposal was made by the Pakistani government. | | Interpreter Omission |
| 92/23 | know | recall | | Interpreter Mistranslation |
| 93/9 | | | "qualifications" translated to "degrees or his educational level" | Interpreter Mistranslation |
| 94/1-9 | | | Interpreter only translated lines 6-9 of question | Interpreter Omission |
| 94/11 | might have | had | | Interpreter Mistranslation |
| 97/6 | | | "was the trust" translated to "was the league" | Interpreter Mistranslation |
| 97/14 | During my time as | I don't know, however, during my time as | | Interpreter Omission |
| 94/17 | trust | league | | Interpreter Mistranslation |
| 94/18 | Bahadis | Biharis | | Transcription Correction |
| 99/16-18 | | | "I have been asked, actually, to read the whole document, as a matter of fact" | Transcription Correction as statement was made by the Interpreter, not the witness |

10

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 99/18-22 | I have been asked, actually, whether I have, you know, recognized this document.  So how would I know the document unless I read it? | I have been asked whether I recognize this document.  So how would I know the document unless I read it? | | Interpreter Commentary Added |
| 100/1-2 | Unfortunately, my language is not on it, | My language does not assist me, | | Interpreter Commentary Added |
| 100/14-16 | I believe it's my signature, because no one can forge my signature to such a document | Probably it's my signature, because I cannot imagine someone would forge my signature for this reason | | Interpreter Mistranslation & Omission |
| 102/3-4 | that we have received | and we did not receive | | Interpreter Mistranslation |
| 102/8-9 | | | "issue your donation checks and drafts" translated to "issue requests to collect donations" | Interpreter Mistranslation |
| 102/13-17 | I don't recall.  However, we can go back to when Julaidan was appointed.  This is an appeal for the nations, not a request to a person or persons. | I don't recall who it was.  However, we can go back to when Julaidan was appointed and if he was responsible or not.  The issue is not related to individuals, but is related to the collection of funds for the trust. | | Interpreter Mistranslation & Omission |
| 103/23-24 through 104/1-2 | | | Question translated as: "based on this appeal, do you know if or expect that these funds were transferred to Rabita Trust?" | Interpreter Mistranslation and Omission |
| 104/13-14 | You need to read me the letter, actually. | You need to read the letter to me. | | Clarification; Interpreter Commentary Added |
| 105/3 | think | expect | | Interpreter Mistranslation |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 105/13-21 | Sorry, that's not my responsibility, not a part of my responsibility. A member of the board, there is a general secretary and there is someone in charge of the financial aspect of the council. And, also, there is a chairperson, chairman to the board. | That's not a part of my responsibilities. I am a member of the board, there is a secretary and there is someone in charge of the financial aspect. And there is a chairperson. | | Interpreter Commentary Added |
| 106/10 | | | "deed" translated as "works" | Interpreter Mistranslation |
| 108/5 | | | "received" translated as "reviewed" | Interpreter Mistranslation |
| 108/9 | Interpreter | Witness | | Transcription Correction |
| 108/11-19 | I do recall that when we considered the resignation of Samir Radhi and accepting the appointment of Wa'el Al Julaidan, I was told that this is -- it was produced to me, and I was told that this is the authority of the vice chair -- the vice -- | I do recall that when we considered accepting the resignation of Samir Radhi and the appointment of Wa'el Julaidaan, it was presented to me that according to the regulations, this is from the authority of the | | Interpreter Mistranslation |
| 108/23 | consultation | approval | | Interpreter Mistranslation |
| 109/1-3 | The second time was when the formation of the board of trustees of the trust was formed. | And another time was when the board of the trust was changed | | Interpreter Mistranslation; Commentary Added |
| 110/4-7 | And my membership in that board wouldn't be any more than the membership of any other member to the board. | And my membership in the board does not carry any more responsibiliites than any other member | | Interpreter Mistranslation |
| 111/10-11 | I do have the understandings of the formation of this trust | I have an understanding of the objectives of the formation of this trust | | Interpreter Omission |
| 112/1-4 | I think due to the differences between the Pakistani government going -- you know, following up between the Pakistani governments. | I think due to the differences between the Pakistani governments regarding these projects. | | Interpreter Omission; Commentary Added |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 112/6 | send life | revive | | Interpreter Mistranslation |
| 112/9 | Bahadis | Biharis | | Transcription Correction |
| 112/10-11 | Certainly, I do not like to interfere in sectaire differences. | And I, personally, do not like to interfere in cases of sectarian differences | | Translator Omission; Interpreter Commentary Added; Transcription Correction |
| 114/2 | completed | concluded | | Transcription Correction |
| 114/7 | and | in | | Transcription Correction |
| 114/9 | And I was appointed also as | And I was appointed as a | | Interpreter Mistranslation |
| 115/1-3 | I was appointed as a minister of higher education -- higher education. | I was appointed as minister of education | | Interpreter Mistranslation |
| 115/24 through 116/1-4 | In the government -- no, not for the government.  But I continued working for the Center of Interdialogue, the national Center for Interdialogue King Abdul Aziz Center for Interdialogue. | In the government, no, but I continued working for King Abdul Aziz Center for National Dialogue | | Interpreter Mistranslation; Interpreter Commentary Added |
| 116/7-9 | National interdialogue for King Abdul Aziz's center in Saudi Arabia | King Abdul Aziz Center for National Dialogue in Saudi Arabia | | Clarification |
| 116/22-24 through 117/1-2 | I was -- my connection with that center wasn't as a post, as employment, where I was among five members who were chosen to oversee to supervise the work of the center. | However, my work with that center wasn't as employment, but I was among four members who were chosen to supervise the center. | | Interpreter Mistranslation |
| 118/8-9 | They formed -- the formation of the board of directors of the center. | Then they reformed the board of the center, and I was finished with it. | | Interpreter Mistranslation & Omission |
| 119/10 | was | wasn't | | Transcription Correction |
| 120/3 | country, obviously, wasn't -- | country | | Interpreter Commentary Added |
| 120/8 | and to fulfill the new post | and to be appointed Minister of Education | | Interpreter Mistranslation |

13

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 121/2 | for the purposes of business | for personal purposes of business | | Interpreter Omission |
| 121/8-18 | If you were, actually -- if you were part of the government, then you need to seek their approval for this mission.  And you would be dealing with the embassy, the approval of the foreign ministry. If you are going to use the same passport for your own personal requirements, then you need to seek the visa, other means to obtain that.  For instance, I came here as a tourist. | If you were part of the government, then you need to seek the approval of the foreign ministry for this mission.  And you would be dealing with the embassy. However, if it is for personal matters, you go the entities responsible for issuing the visas.  For instance, I came here as a tourist. | | Interpreter Mistranslation; Omission; Commentary Added |
| 124/17 | stamped | start | | Transcription Correction |
| 128/14 | | | of the Saudi foreign affairs | Interpreter; Commentary Added |
| 132/17-20 | And no doubt I will look into that, because that will be produced before the constituent council during their meeting. | And no doubt I will review it because it would be presented before the constitutent council during their meeting | | Interpreter Mistranslation |
| 133/8 | to | from the trusts of | | Interpreter Mistranslation |
| 133/24 | League | secretariat general | | Interpreter Mistranslation |
| 133/24 through 134/1-3 | That constitutes of everything apart from 2 million, 4 million, other income, other sources of income, which get invested. | Apart from revenues of 2 million or 4 million, which sometimes get invested, but the 80 million gets disbursed | | Interpreter Omission; Commentary Added |
| 134/8-9 | Very, very little, 2, 3 million. | Yes it's a little, 2, 3 million. | | Inerpreter Omission; Commentary Added |
| 134/21 | | | "in 1996" omitted from translation | Interpreter Omission |
| 135/13 | I have reservation with | Personally, I have reservation with | | Interpreter Omission |
| 136/7 | | | "you said that" omitted from translation | Interpreter Omission |

14

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 136/13-18 | That's right.  But that doesn't mean we have received the same -- all the sum in one goal.  That means all the money which were received by the Muslim World League since it was established to that date. | Yes, but that doesn't mean it was received at one time.  These are the budgets since the establishment of the Muslim World League until my tenure. | | Interpreter Mistranslation |
| 137/1 | | | "recent years" translated as "past years" | Interpreter Mistranslation |
| 137/2-3 | | | "recent years" translated as "current years" | Interpreter Mistranslation |
| 137/4-7 | I think the wording, actually, until present -- in the past years, that's the Arabic words.  In the past years, recent years, past years. | Maybe the phrase is "until the present time," let me see.  The arabic phrase is "during the past years." | | Interpreter Mistranslation |
| 137/18-20 | I believe I have asked them for that piece of information.  During the past conference of the pilgrimage | I believe when I wanted to hold a press conference for the pilgrimage occasion | | Interpreter Omission; Interpreter Commentary Added; Transcription Correction |
| 138/4 | that.  But during the pilgrimage season, | that it was during the pilgrimage season | | Transcription Correction |
| 139/16-17 | But if there's any question, then I will try to do my best. | But if there's any question, maybe | | Interpreter Commentary Added |
| 140/3 | raised | addressed | | Transcription Correction |
| 140/10-11 | but I can't read it.  I think some reports are from Al-Alam newspaper. | but I can't recall.  Officials from Al-Ahram newspaper. | | Interpreter Mistranslation; Transcription Correction |
| 141/6 | | | "leaked" translated as "smuggled" or given" | Interpreter Mistranslation |
| 141/7 | | | "extremist" translated as "terrorist" | Interpreter Mistranslation |
| 141/8 | | | Inserted: "in the Muslim world or others" | Interpreter Commentary Added |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 141/10-14 | I believe the question was whether any money has been leaked from -- any money being leaked from organizations, those who are volunteer organizations, those who are -- | However, it was about whether funds may have been diverted from its correct path from charitable organizations in general | | Interpreter Mistranslation |
| 141/21-24 through 142/1-2 | The question, I think, was about the donations -- the question was about the donations and not about the work of the Muslim World League. | The remarks were about the donations and not about work of the Muslim World League. | | Interpreter Mistranslation; Commentary Added |
| 142/12-14 | I don't recall it concerned the League, the Muslim World League, or the extremists.  I don't recall. | I don't recall that the question concerned the League, or the extremists. | | Interpreter Omissions; Commentary Added |
| 143/6-7 | | | "a question being raised" was not translated | Interpreter Omission |
| 144/4-8 | He asked us to hand over or to pay 6 million riyals to pay to the relief, Islamic Relief Organization, from the commercial bank, the commercial bank to the Islamic Relief Organization. | He asked us to hand over 6 million riyals that was provided to the Islamic Relief Organization, paid from the national commercial bank to the Islamic Relief Organization. | | Interpreter Omission; Commentary Added |
| 144/21 | ali | ahli | | Transcription Correction |
| 145/3-8 | The Witness | The Interpreter | | Interpreter Commentary Added |
| 145/9 | | | Witness's answer begins here | Transcription Correction |
| 145/20 | inquire | investigate | | Interpreter Mistranslation |
| 146/3-4 | tents, other items that I spent in Bosnia and Herzegovina and Kosovo | tents, and relief items in either Kosovo or Bosnia and Herzegovina.  I don't recall. | | Interpreter Omission |
| 147/7 | was overseeing the relief work | was responsible for the collection of donations | | Interpreter Mistranslation |

16

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 147/8-12 | And all the nations were unified that to be going to the organization headed by Prince Salman rather than going to different places. | And all donations were unified through Prince Salman rather than each party donating on its own. | | Interpreter Mistranslation; Transcription Correction |
| 147/17 | | | "to" translated as "from" | Interpreter Mistranslation |
| 148/8-9 | This is what I meant by, you know, money being leaked. | This is what I meant by money being leaked. | | Interpreter; Commentary Added |
| 148/15-23 | The bank supposedly sent the money to the relief organization headed by Prince Salman. The bank, however, handed over that money to the person who works for the relief organization and that sum of money never went into the account of the relief organization, not as part of its budget and nothing was known about it. | The bank was supposed to hand it over to the relief organization headed by Prince Salman. The bank, however, handed it over to the person who works for the relief organization. However, that sum never went into the account of the organization and nothing was known about it. | | Interpreter Omission; Commentary Added |
| 149/6 | Commercial National Bank | National Commercial Bank | | Clarification |
| 149/7 | donations were collected | received | | Interpreter Mistranslation |
| 150/2-3 | have handed over, paid the money to X person. | have handed over the 6 million to X person | | Interpreter Insertion & Omission |
| 150/12 | organization. | organization or entered in its accounts. | | Interpreter Omission |
| 150/18 | Salman | Salim | | Transcription Correction |
| 150/20-21 | Salman or Salim | Salim or Saleem | | Transcription Correction |
| 150/24 | Salman | Salim | | Transcription Correction |
| 151/1 | Salim | Saleem | | Transcription Correction |
| 170/4 | within | in | | Transcription Correction |
| 171/16-18 | That's right. To my recollection, secretary general of Muslim World League. | To my recollection, secretary general of Muslim World League. | | Interpreter Commentary Added |

17

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 172/12-15 | The terminology of former X, that's when you complete your term in that post. | The term former is used when an individual completes the work delegated to him. | | Interpreter Mistranslation |
| 174/5 | | | "representatives" translated as "employees" | Interpreter Mistranslation |
| 174/8-11 | I don't know. I don't know that. Because when they requested passports from the states, the states declined that. | I don't know of anyone having a passport because when MWL requested passports from the state, the state declined that. | | Interpreter Omission; Commentary Added |
| 174/24 | The request was made by the | The request was not made by me but was made by the | | Interpreter Omission |
| 175/13 | | | "ever held a position" not translation | Interpreter Omission |
| 175/19-20 | then he was at the rank of excellency | he was at the rank of excellency | | Interpreter Commentary Added |
| 175/22 | | | "status" translated as "characteristic" | Interpreter Mistranslation |
| 175/23 | | | "in relation to" translated as "when he was in" | Interpreter Mistranslation |
| 176/3-7 | I don't know why he was given that. But I do know that his position was the assistant secretary general of the League. | I don't know the reason he was given that. But I recall that his passport indicated the position of the assistant secretary general of the League. | | Interpreter Mistranslation; Omission |
| 177/1 | pay the salary of the rank of a | pay the salary that may be equivalent to the rank of a | | Interpreter Omission |
| 179/8 | we cannot have it that way | we are not part of the Kingdom of Saudi Arabia | | Interpreter Mistranslation; Omission |
| 180/18 | Saudi government. And I completed my term | Saudi government so that we can consider this. And I completed my term | | Interpreter Omission |

18

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 182/5-9 | Indeed, with the host country and the League, because that agreement will be via the foreign office, or the Ministry of Foreign Affairs. | With the host country and the League, because that agreement will be with the foreign ministry. | | Interpreter Commentary Added |
| 183/10-11 | I think so, yes. | I think so. | | Interpreter Commentary Added |
| 184/22 | the | an | | Transcription Correction |
| 185/2 | Faqui | Faqih | | Transcription Correction |
| 185/4-5 | | | "swooped down" translated as "went to" | Interpreter Mistranslation |
| 185/15-16 | I think there was a problem then | Because there appears to have been a problem I don't know about | | Interpreter Mistranslation |
| 185/23 | | | "Did you ever" translated as "do you recall" | Interpreter Mistranslation |
| 186/1 | | | "raiding" translated as "attacked" | Interpreter Mistranslation |
| 186/12-13 | | | "receiving information" omitted from translation | Interpreter Omission |
| 189/24 through 190/1 | However, the World League was actively working to estalibsh | The World League was working to establish | | Interpreter Commentary Added |
| 190/3-4 | So possibly the government offered this immunity | So possibly the government offered this office immunity | | Interpreter Omission |
| 191/4 | Nominated, that's right | Nominated, but not appointed, yes | | Interpreter Omission |
| 193/9 | I was appointed to the | However, I was appointed to the | | Interpreter Omission |
| 194/2-8 | When I met up with His Royal Highness, Prince Abdullah, then the crown Prince, he told me that I would have enjoyed that if that had happened two years earlier.  That's when I was nominated to fulfill the post of the Minister of Education. | When I met up with His Royal Highness, Prince Abdullah, then the crown Prince, and we discussed his nomination of me to become the Minister of Education, he told me that he wished for this to have happened two years earlier | | Interpreter Mistranslation; Omission; Commentary Added |

19

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 195/3-7 | I don't know the reason for that, whether that is to go for the ministerial post or to continue my membership as a part of the consultation council, the Shura Council. | I don't know the reason, either that is it or maybe to continue my membership as a part of the consultation council, the Shura Council. | | Interpreter Omission; Commentary Added |
| 195/11-15 | What I've learned from the former Ambassador to Indonesia, that the Indonesian parliament had accepted my nomination. Abdullah Adnan, the former Ambassador -- former Saudi Ambassador. | What I've learned from the former Ambassador to Indonesia, Abdullah Alim, that the Indonesian parliament had accepted my nomination. | | Interpreter Commentary Added; Transcription Correction |
| 195/24 | cannot have the governmental post | cannot join the governmental post | | Interpreter Mistranslation |
| 196/16-19 | Six months after I left The World League and upon the formation of the Shura Council, the consultation council, that's when I became a member | After six months, upon the reformation of the Shura Council, I became a member | | Interpreter Commentary Added |
| 197/17 through 198/1 | I don't know, because that wasn't publicized. What happens, that the chairperson of the meeting of the stations -- the Constituent Council, the chairperson of the Constituent Council, he will express his intentions to renew for the current person or to get someone else. | I don't know, that wasn't publicized and I don't know it.  However, what happens is that the chairperson of the Constituent Council expresses his intention to either renew for a person or to appoint someone else. | | Interpreter Omission; Commentary Added |
| 198/23 | Yes, he did | Yes, he left | | Interpreter Mistranslation |
| 200/21 | the | a | | Transcription Correction |
| 200/23-24 | It offers to help the Muslims on a nongovernmental label | It works to help the Muslims | | Interpreter Mistranslation; Commentary Added |

20

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 202/21-22 | | | "And what was the Constituent Council when you were secretary general?" translated to "so it was the Constituent Council when you were the secretary general." | Interpreter Mistranslation |
| 203/9 | trust | secretariat | | Interpreter Mistranslation |
| 203/13-14 | The general secretariat. The general secretariat. | The work of the general secretariat, yes. | | Interpreter Mistranslation |
| 203/19-22 | And you will see that the work of the secretariat, you will find it in the policies of The World League. | The function of the secretariat is found in the policies of The World League. | | Interpreter Mistranslation; Commentary Added |
| 205/11 | conference | meeting | | Interpreter Mistranslation |
| 205/21-22 | I do recall I visited the Islamic Relief Organization's offices | I visited the Islamic Relief Organization's office | | Interpreter Mistranslation; Commentary Added |
| 206/5 | school of education to the Bosnians | school of education to the Bosnians and non-Bosnians | | Interpreter Omission |
| 206/24 | conferences | meetings | | Interpreter Mistranslation |
| 206/24 | Ahl-i | Ahlul | | Transcription Correction |
| 207/12-13 | Possibly, but also I don't rule out. | Possibly, I don't rule it out but I don't remember | | Interpreter Omission |
| 207/21 | | | "conferences" translated as "meetings" | Interpreter Mistranslation |
| 207/23 | or | near | | Interpreter Mistranslation |
| 208/2 | | | "conferences" translated as "meetings" | Interpreter Mistranslation |
| 208/3 | I don't recall whether it | I have but I don't recall whether it | | Interpreter Omission |
| 208/8 | | | "conferences" translated as "meetings" | Interpreter Mistranslation |

21

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 208/11-15 | As I said, it wasn't a conference for a discussion to take place, but it was lectures, speeches to be delivered, advice to be offered to them. | The meeting wasn't for discussions, but it was lectures and advice to be offered to people. | | Interpreter Mistranslation; Commentary Added |
| 208/17 | | | "conference" translated as "meeting" | Interpreter Mistranslation |
| 210/13 | | | "facilities" translated as "office or institutes" | Interpreter Mistranslation |
| 211/1-4 | Without a doubt, the Islamic Relief International Organization would have helped, although I don't have that piece of information. | Without a doubt, I don't have certain knowledge, but without a doubt the International Islamic Relief Organization would have helped | | Interpreter Omission |
| 211/21-22 | | | Interpreter's statement | Transcription Correction |
| 213/4-5 | As a matter of fact, I can't rule out if I say a | I can't rule out if I say a | | Interpreter Commentary Added |
| 213/13-16 | | | "And when the Muslim World League hosted a conference, were any written materials developed during your time as secretary general?" translated as "did the Muslim World League print any publications when you were secretary general?" | Interpreter Mistranslation |
| 213/17-23 | What I know, that whenever there is a conference, then all the research, studies in the conference will be collected and published by the directorate of publication, my research and publications in the Muslim World League. | What I know is that whenever a conference ends, all the research is collected and published by the directorate of research and studies. | | Interpreter Mistranslation; Commentary Added |

22

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 214/2 | | | "coordinate the conferences and" not translated | Interpreter Omission |
| 214/7-8 | developing that conference.  So, jointly, it would be. | developing that conference. | | Interpreter Commentary Added |
| 214/16-22 | I don't know whether that directorate preserved records of the conferences or not.  But I do know that they publish the materials related to that conference or conferences.  And I have came across a few of their publications. | I don't know whether that directorate preserved or not.  But I do know that they published books and I have reviewed some of these books. | | Interpreter Commentary Added |
| 215/5-6 | He's one of the most traveler within the Arabic world. | He's one of the most traveled individuals within the Arab world. | | Clarification |
| 215/10-11 | He writes his own personal reflection to those trips. | He writes his own personal reflections. | | Interpreter Commentary Added |
| 216/4 | an initiative | studies | | Interpreter Mistranslation |
| 216/9-12 | I don't think so.  Most of the visits is regarding supporting the Muslim communities and to support them emotionally. | I don't think so.  The objective of most of the visits is to connect with the Muslim communities and to empathize with them in their issues. | | Interpreter Mistranslation |
| 216/14-15 | | | "about whether or not you had received reports" translated to "if there were reports" | Interpreter Mistranslation |
| 217/11-15 | | | "And the first sentence below the heading refers specifically to a question about what was said regarding funds that were leaked from the MWL to extremist groups" Not translated | Interpreter Omission |
| 217/24 | | | "League" not translated | Interpreter Omission |

23

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 218/6-7 | I can't read it.  It's very, very small. | I can't read it. | | Interpreter Commentary Added |
| 220/10-12 | | | "Do you believe my translation is inaccurate, based on the Arabic?" not translated | Interpreter Omission |
| 220/21-22 | That is absolutely correct. | That is correct. | | Interpreter Commentary Added |
| 221/3-9 | The question, I think, you are referring to that, you know, whether any money has been leaked to the extremists, et cetera. So I'm looking for that question to see if there is any. | The request right now, if I understand correctly, is whether the answer was in response to a question regarding extremists or if MWL funds were leaked to extremists.  So I'm looking for that question to see if it was posed. | | Interpreter Mistranslation |
| 221/18-22 | The newspaper advocated that Dr. Obaid has replied to -- I did not see the question or the answer in this document. | It states that Dr. Al-Obaid stated in response to a question - I do not see the question or the answer in this document. | | Interpreter Mistranslation |
| 222/2 | leaked | League | | Transcription Correction |
| 222/5-17 | What refreshed my memory is not there was a sum of money that has been spent and there were some suspicions regarding that -- the relief -- Muslim -- the International Relief Organization came from it. And as we have discussed it yesterday, and I have stated that -- and as I have stated yesterday, there is an individual called bin Mahfouz, he stated that he bought, with the money -- with that sum of money, tents and some other   goods.  That's all I recall. | What refreshed my memory is there was a sum of money that was spent under the guise that it was from the International Islamic Relief Organization, but it did not happen.  It was not received by IIRO like I explained yesterday.  I mentioned that there is an individual called Bin Mahfouz who received this sum, and he stated that he disbursed it on the purchase of tens and some other goods. That's all I recall. | | Interpreter Mistranslation |

24

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 224/24 through 225/3 | | | "Do you recall whether you received any information that any League office might be linked to Osama bin Laden during your time as secretary general?" translated as "do you know if any MWL offices had a relationship with Osama Bin Laden when you were Secretary General of MWL?" | Interpreter Mistranslation |
| 226/9-11 | My memory might recall that some embassies were blowing up, but I don't recall everything. | My memory might recall that there were some embassies, but I don't recall where. | | Interpreter Mistranslation |
| 227/21 | I don't recall any of that. | I don't recall anything about that. | | Interpreter Mistranslation |
| 228/19-24 | We were told that 2 million riyals or dollars, I don't remember the currency, that they were -- hasn't been taken into account.  But we don't know whether they were stolen, or documents regarding that hasn't been forwarded. | We were told that 2 million riyals or dollars, I don't remember the currency, that were not reconciled.  But we don't know whether they were stolen, or its documents weren't submitted, or I don't know. | | Interpreter Mistranslation |
| 229/17 | Pasha | Basha | | Transcription Correction |
| 229/20 | Pasha | Basha | | Transcription Correction |
| 229/22 through 230/4 | I don't recall anything about whether the office manager in Bosnia, whether he has left during the time of Dr. Adnan or the previous secretary general.  But I do recall we didn't receive any reports regarding this issue. | I don't recall anything but at the same time I don't recall whether the individual that was the director of the IIRO office left Bosnia during Adnan's time or during the time of the former secretary.  But I don't recall we received reports regarding this issue. | | Interpreter Mistranslation |

25

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 230/13 | | | "other information" translated as "reports" | Interpreter Mistranslation |
| 231/2 | Khir | Khair | | Transcription Correction |
| 231/5 | Khir | Khair | | Transcription Correction |
| 231/16 | | | "officer" translated as "official, employee" | Interpreter Mistranslation |
| 231/18 | officer | employee | | Interpreter Mistranslation |
| 232/9-14 | I don't know, actually, the purpose of my travel to the States, but I do know that I went there, to the United States, to participate in a conference in -- regarding the faith interdialogue conference. | I don't know the reason of my travels but I went to the United Nations for an interfaith conference. | | Interpreter Mistranslation |
| 232/18-20 | of officials, I think one of them called Mirza, that is near -- somewhere near, possibly, Washington | of officials, I don't recall the names, but I think one of them called Mirza, that is near, or somewhere near, Washington. | | Interpreter Omission |
| 232/22 | something else | some other place | | Interpreter Mistranslation |
| 233/6-9 | I do recall that discussion took place regarding money missing, with a person or an individual called Sulaiman Al Ali. | I do recall that there was a problem regarding missing money with an individual called Sulaiman Al Ali. | | Interpreter Mistranslation |
| 233/17 | purpose of it is to mislead others | purpose of it is to create ambiguity | | Interpreter Mistranslation |
| 234/5 | IIRO, then he is the person in | IIRO office, then he is the person in | | Interpreter Omission |
| 234/8 | | | "concern raised" translated as "suspicion" | Interpreter Mistranslation |
| 237/7 | responsibility | duty | | Interpreter Mistranslation |
| 239/14-15 | | | "by February of 2001, you were no longer serving" translated as "in February 2001, you ended your service" | Interpreter Mistranslation |

26

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 240/15 | | | "affiliated" translated as "relationship" | Interpreter Mistranslation |
| 240/18-23 | I had no roles or any affiliation, none whatsoever to the IIRO after leaving the Muslim World League.  I had no affiliation whatsoever to the board of the IIRO after leaving the Muslim World League. | I had no relationship whatsoever to the board of IIRO. | | Interpreter Commentary Added |
| 241/23 | | | "anything about" not translated | Interpreter Omission |
| 242/5-7 | | | "were you involved in any discussions about auditing procedures for the IIRO's branch offices" translated to "were you involved in preparing these financial reports or the procedures in relation to its offices" | Interpreter Mistranslation |
| 242/8-13 | The executive committee linked to the general secretary of the IIRO and it is other departments. However, I don't recall we have seen in the board of directors problems as such, or reports as such. | The executive aspects of IIRO are linked to the general secretary of the IIRO and its departments under it. However, I don't recall we have seen in the board of directors problems as such. | | Interpreter Mistranslation; Commentary Added |
| 242/17-19 | | | "to verify that funds and resources were being applied for their intended purposes?" translated to "only to verify what comes in and the expenses and for the things that they were allocated for" | Interpreter Mistranslation |

27

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 244/10-13 | But I don't know that policy, the details of that policy, or Constitution as we call it in the United Kingdom. | But I don't know the details of that policy. | | Interpreter Commentary Added |
| 244/17 | | | "auditing procedures" translated as "preparing audits and its procedures" | Interpreter Mistranslation |
| 244/22 | Aqdas | Attas | | Transcription Correction |
| 245/7 | | | "grossly" not translated | Interpreter Omission |
| 245/13 | | | "misappropriation" not translated | Interpreter Omission |
| 245/15 | | | "about" translated as "from" | Interpreter Mistranslation |
| 246/7-9 | But whether they have carried out such duties in Afghanistan or from Pakistan, I don't know. | But I don't know the details, whether they have carried out such duties in Afghanistan or Pakistan. | | Interpreter Omission; Commentary Added |
| 247/14 | | | "hearing" translated as "hearing or seeing" | Interpreter Commentary Added |
| 250/15 | | | "funnel resources to" translated as "fund" | Interpreter Mistranslation |
| 251/11 | | | "as an organization" no translated | Interpreter Omission |
| 251/15 | contacts, mainly to establish peace | contacts to establish peace | | Interpreter Commentary Added |
| 251/23 | contacts | relationship | | Interpreter Mistranslation |
| 252/16 | | | translates "reports" as a noun not a verb | Interpreter Mistranslation |
| 257/10-11 | But the IIRO works through the Joint Relief Committee | But the IIRO works in Kosovo and Bosnia through the Joint Relief Committee | | Interpreter Omission |

28

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 259/10-20 | I don't know precisely.  But possibly, possibly due to the problems encountered in Afghanistan when there is no specific department to deal with the matters in Afghanistan. So from their own experience, they decided to concentrate on forming an organization from the Saudi Red Crescent and unify all the efforts through it and that any donations to be sent via that committee. | I don't know precisely, but possibly as a result of the problems that occurred in Afghanistan and the lack of one particular side in Afghanistan - and God only knows - to address the issues in Afghanistan.  So from their own experience, they decided to coordinate the efforts through the umbrella of the Saudi Red Crescent and that any donations are to be sent via that committee. | | Interpreter Mistranslation; Commentary Added |
| 260/15-18 | And, again, I don't know if that is another umbrella for the work, or is it a separate entity to provide aid. | And, again, I don't know if that is another umbrella related to Kosovo, or if it is a separate entity related to Bosnia. | | Interpreter Mistranslation; Omission |
| 261/18-19 | That was what, supposedly, during the operation of that entity. | That was supposed to happen during the operation of that entity. | | Interpreter Mistranslation |
| 264/7 | | | "premises" translated as "location" instead of "bases" | Interpreter Mistranslation |
| 264/12-16 | | | "And it addresses a question concerning on what basis and from which premise does the MWL proceed when an incident, attack or oppression againstMuslims occurs" translated as "it discusses what are the locations or places used by MWL when specific instances occur, or oppression, against Muslims" | Interpreter Mistranslation |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 265/19-24 | | | "And my question is, do I understand that in this interview you were indicating that the Muslim World League had provided all forms of assistance to the Mujahideen in Afghanistan during the Soviet period?" not translated | Interpreter Omission |
| 266/4 | interjection | introduction | | Transcription Correction |
| 266/11 | everything | has written | | Transcription Correction |
| 266/15 | to | for | | Interpreter Mistranslation |
| 267/10 | Where is "all"?  To provide | Where is "all"?  The phrase is to provide | | Interpreter Omission |
| 268/9 | arms or any such a thing to be given to | arms or money to be given to | | Interpreter Mistranslation |
| 268/24 | | | "engaged on some level" translated as "a role" | Interpreter Mistranslation |
| 269/7-8 | unify their statement in one | unify | | Clarification |
| 269/20-21 | president or the Bosnian official, I've heard that he had banned the Arabs from | president or the Bosnian official, I don't remember his name right now, banned the Arabs from | | Interpreter Omission |
| 270/7 | and I don't know anything | and I don't know about that | | Interpreter Mistranslation |
| 272/24 | sent being | being sent | | Transcription Correction |
| 273/2 | What I see in front of me, | That's what I see in front of me, | | Interpreter Omission |
| 274/6-8 | Furthermore, they haven't attached the request requiring such things with this letter. | Furthermore, they haven't attached the letter of the party that sent this request. | | Interpreter Mistranslation |
| 275/8-10 | but it's chock full of -- the document doesn't carry any signature. | but it's short of a signature and authentication | | Interpreter Omission; Transcription Correction |
| 277/17-18 | finances and administration | financial and administrative affairs | | Interpreter Omission |

30

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 277/18-22 | After the end of the term for the assistant secretary general, his job was terminated and he became the directorate for finances and administration. | After the end of the term of the assistant secretary general for financial and administrative affairs, his position was terminated and he became the director for financial and administrative affairs. | | Interpreter Omission |
| 278/3-5 | That can be checked out to find out when Mr. Amin Aqdas has finished his post in the League. | This can be known by referencing the end of the tenure of Mr. Amin Attas when he was the assistant secretary general for financial and administrative affairs. | | Interpreter Omission; Transcription Correction |
| 278/14 | would be aligned during the sessions of | usually occurs during the sessions of | | Interpreter Mistranslation |
| 279/23 | | | "promote" translated as "inform" | Interpreter Mistranslation |
| 280/22 through 281/2 | Most of those studies generated from the conferences, because a conference will have goals and objectives to be achieved and also titles and the issues. | These research and studies are usually generated from the conferences. When conferences are organized, goals and objectives to be achieved are set and also titles and the issues. | | Interpreter Omission |
| 282/16 | attention to other things | attention during hajj season | | Interpreter Mistranslation |
| 283/11 | which | used to | | Transcription Correction |
| 283/13-15 | and it takes place also in the region of Mina during the pilgrimage season. | in Mecca and sometimes in Mina during the pilgrimage season. | | Interpreter Mistranslation |
| 284/10 | | | "misrepresent" is not translated | Interpreter Omission |
| 285/8-11 | I'm concerned with the chart. I know the details of it. This part here, I don't know anything about it. | I'm involved with the organizational chart and I know all the details of it, but this part here, I don't recall. | | Interpreter Mistranslation; Omission |

31

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 285/15-18 | I mean, that -- I'm concerned with the chart. I haven't prepared the text, and I have no knowledge of it. | I am stating that I did not prepare this. I am responsible for this chart because I know it and it is part of my responsibilities. But these details here, I don't recall who prepared it. | | Interpreter Omissions |
| 286/3-5 | I'm willing to answer anything regarding the charts, I'm fully aware of the details. | I'm willing to answer anything regarding the charts. | | Interpreter Commentary Added |
| 287/5-9 | Yes. It has been prepared by the League. And, in particular, during that conference, whatever is being published by the League will be distributed during the conferences. | Yes, what has been prepared by the League, and usually, it is during the conferences. Whatever is presented in the conferences is what is published. | | Interpreter Mistranslation; |
| 287/22 | college | institute | | Interpreter Mistranslation |
| 287/24 | college | institute | | Interpreter Mistranslation |
| 289/19 | As far as I know | However | | Interpreter Mistranslation |
| 289/24 through 290/9 | And the reason for that, why the Constituent Council was not appropriate, such a council, when it get established, the entity should end its term, it should end its activities. So that name itself wasn't appropriate. And, therefore, during the era of Dr. Al Turki, that was changed to the Superior Council. | Why is this? Because any constituent council is supposed to end after the establishment; but this one continued under this name. | | Interpreter Commentary Added |
| 292/3-5 | | | Interpreter's words | Interpreter Commentary |
| 292/8 | and | in | | Transcription Correction |
| 292/12-13 | | | Interpreter's words | Interpreter Commentary |
| 292/24 through 293/4 | This question in particular, is it during my term as a secretary general and I prepared it, or after I left my post and it was prepared and, you know, I've seen it afterwards? | This question in particular, is were these reports during my term as a secretary general and I prepared it, or after I left my post and I reviewed it? | | Interpreter Mistranslation; Omission |

32

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 293/11-17 | And mostly the Council will say, we have seen such reports.  And sometimes the Council will make recommendations, sometimes such recommendations to the Council might be taken into consideration, or sometimes we don't take it into consideration. | And mostly the Council will mention that it has reviewed such reports.  If there are recommendations in these reports, the council may accept them or not. | | Interpreter Mistranslation; Commentary Added |
| 294/1-3 | I don't think I would be delivering just an oral speech, what I have done during that period. | I would not have delivered an oral speech of what I have done in my work. | | Interpreter Mistranslation; Commentary Added |
| 294/16-17 | And that's more or less clear that after two | It's clear to me that this was two | | Interpreter Commentary Added |
| 295/1 | | | "event" translated as "conference" | Interpreter Mistranslation |
| 295/12 | participated in the first session.  And | participated in the first session, which ended my tenure.  And | | Interpreter Omission |
| 295/20 | | | "reviewing" translated as "reconsidering" | Interpreter Mistranslation |
| 295/21-24 | Mostly, it would be a writing.  And mostly repeated issues, like the issue of Kashmir, Palestine. It's repeated issues. | Usually, it would be a writing.  And these issues are repeated issues.  For example, when the issues of Kashmir or the Philippines or Palestine are considered, they are just repeated issues. | | Interpreter Mistranslation |
| 296/8 | | | "reviewing" translated as "reconsidering" | Interpreter Mistranslation |
| 297/18 | | | "reviewing" translated as "reconsidering" | Interpreter Mistranslation |
| 299/3-4 | We had no computers.  We had no facilities. | There was no organization and no computers. | | Interpreter Omission; Commentary Added |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 299/9-10 | So we had disorganized directorates. | There wasn't a good system to retrieve information. | | Interpreter Mistranslation |
| 302/11-18 | there was a directorate within the League. But when it becomes an independent international body, then that is no longer in existence. And, furthermore, we don't give it -- we don't give it money, but provide it with -- but we used to pay the staff wages. | it was a directorate within the League. But when it became an independent international body, MWL did not provide it with anything. And, furthermore, MWL didn't give it money, but provided it with a place and we used to pay the staff wages. | | Interpreter Mistranslation |
| 305/19 | | | Interpreter's words | Interpreter Commentary Added |
| 306/5 | | | "Am I correct that" not translated | Interpreter Omission |
| 306/13 | procedures, the mechanism to work | procedures, the systems, the mechanisms to work | | Interpreter Omission |
| 307/3-6 | I'm talking about the second understanding of it, because we never discussed any political issues or considered political issues. | I understand it to be the second term, because we never discussed any issues of foreign policy or international relationships. | | Interpreter Mistranslation |
| 301/8-10 | We consider it from a religious point of view, how did we offer assistance, help? | We only look into the religious perspective of how to help and who to help. | | Interpreter Omission |
| 307/14 | | | "islamic" not translated | Interpreter Omission |
| 307/14-15 | | | "in other countries" not translated | Interpreter Omission |
| 307/18 | | | "in other countries" not translated | Interpreter Omission |
| 307/21 through 308/3 | The mechanism purely to do with the religious point of view, how do we provide assistance, help to this school or that organization? We have nothing to do, none soever with the general policies of the state. | The mechanism that is related only to whether to provide assistance to a mosque, to a specific organization or school. And we have nothing to do with the general politics of the State. | | Interpreter Mistranslation |

34

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 308/15-17 | That was misunderstood yesterday with a different way.  What I meant by it is what I've said today. | Yes.  If it was misunderstood yesterday, but this is my understanding. | | Interpreter Commentary Added |
| 309/1-3 | And if it was misunderstood yesterday, then that was corrected today in what you have proposed. | And I add that if it was understood differently yesterday, then I did not intend for that. | | Interpreter Mistranslation |
| 309/17 | | | "subsidiary" translated as "affiliated' | Interpreter Mistranslation |
| 309/24 through 310/15 | But I'm talking about something to do with history.  And when you refer to history, then that won't change any matter of the facts. So when the IIRO started, formed, initiated, it was a directorate of the Muslim World League.  But when the IIRO developed, the Muslim World League wrote to the state, when we initiated or  mentioned that we wanted to start an organization, international organization, relief organization, at that stage, they started its own system, and they moved out from the premises of the League to Jeddah and continued to work as an international organization. | But I'm talking about history.  And what I say will not change anything from the history.  So when the IIRO started, it was a directorate of the Muslim World League.  But when the IIRO grew and developed, the Muslim World League wrote to the State that we wanted to start an international organization, it became independent and formed its own system, and they moved out from the premises of the League to Jeddah and continued to work as an independent international organization. | | Interpreter Mistranslation; Omission; Commentary Added |
| 311/7-10 | You know, if it refers to as being a membership, then that is obviously history, that's how it started. | If "subsidiary" means connected by membership, this is its history upon establishment. | | Interpreter Commentary Added; Omissions |
| 312/2 | Other | The different | | Interpreter Mistranslation |
| 312/9 | their | the | | Interpreter Mistranslation |
| 312/10 | board of directors | board of directors of IIRO | | Interpreter Omission |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 312/21 | the passport | a normal passport | | Interpreter Omission |
| 312/23 | valid, I think, for four or five years. | valid for four or five years. | | Interpreter Commentary Added |
| 313/16 | But they will cancel it. | But they will cancel it and return it to me. | | Interpreter Omission |
| 314/23-24 | | | "by counsel in this case" not translated | Interpreter Omission |
| 320/21 through 321/1 | | | "Do you understand that that signature means that you're swearing under oath that you have personal knowledge of all the things that you've said in this declaration, correct?" translated as "do you understand that the signature means you're swearing that all the information in this document is correct?" | Interpreter Omission |
| 321/6-8 | I listed the information as my personal information. | But that this information is about me so I presented it. | | Interpreter Mistranslation |
| 321/15 | | | "accurate" not translated | Interpreter Omission |
| 321/16-17 | As a matter of fact | But | | Interpreter Mistranslation |
| 322/6-10 | I read basically, just basic.  But I don't actually concentrate on the terminologies or -- one of which, obviously, the terminology mentioned earlier. | I read but not with the proficiency required and I'm not familiar with some of the terminology, one of which was the one that was raised earlier. | | Interpreter Mistranslation |
| 323/6-7 | And, also, I'm signing information, I'm not signing an oath. | I wasn't signing as an oath, but only regarding the information. | | Interpreter Omission |
| 323/10-12 | | | "Do you understand what this sentence means right above your signature" not translated | Interpreter Omission |

36

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 323/12-15 | | | "I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct?" translated as "I signed this declaration that is not perjured under the laws of the United States and that all the foregoing information is true." | Interpreter Mistranslation |
| 323/22-24 | | | "I'm trying to get -- I'm trying to determine if you told the truth here and it was accurate." not translated | Interpreter Omission |
| 324/7 | remember | know | | Interpreter Mistranslation |
| 324/8 | Do | Did | | Transcription Correction |
| 324/13 | were required | was requested | | Interpreter Mistranslation |
| 325/20-23 | I do recall there was a lawyer, but I didn't know his name.  I don't recall his name. | I do recall there was a lawyer, but I don't recall his name. | | Interpreter Commentary Added |
| 326/7-10 | I do recall I've met up with him, but I didn't know what sort of -- I don't recall his name.  I met up with him, but I don't recall his name. | I think I've met up with him but I don't recall the reason.  I recall the face but I don't know his name. | | Interpreter Mistranslation; Omission; Commentary Added |
| 329/19-23 | They were a group of people with me who didn't know what to do.  Then we got it and then suggested that we should appoint someone. | They were a group of people with me who didn't know how to deal with this matter and we didn't know anything.  Then we met and they suggested that we should appoint someone. | | Interpreter Omission |
| 330/4 | Abudi | Buthi | | Transcription Correction |

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 330/7 | Abudi | Buthi | | Transcription Correction |
| 330/19-20 | or a suggestion to appoint a lawyer by others. | or an agreement happened with someone else | | Interpreter Mistranslation |
| 330/22 | Abudi | Buthi | | Transcription Correction |
| 331/9 | He would have been part of a | Maybe he was part of a | | Interpreter Mistranslation |
| 334/5-8 | | | "Mr. Lewis is sitting to your right and he is your lawyer as of today representing you at this deposition, correct?" translated as "Mr. Lewis is sitting to your right and he is your lawyer, correct?" | Interpreter Mistranslation |
| 334/15-18 | | | "Well, that's part of the reason I asked you, why it is relevant, when you first became to be represented by Mr. Lewis" not translated | Interpreter Omission |
| 336/10-15 | | | "And the explanation that Mr. Lewis wanted you to describe was that somehow the words meant something different to you than what we see in the English version of this declaration; is that fair?" translated as "Today, Mr. Lewis asked you about some of the terms in this declaration and asked you to define the terms that are presented here." | Interpreter Mistranslation |

I, Waleed Nassar, declare under penalty of perjury that the following statement is true as a matter of my personal knowledge:


I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC and co-counsel for Defendant: Dr. Abdullah Al Obaid in this action. This firm has taken the lead on preparing the foregoing errata sheet, which was done under my direct supervision. With the assistance of an Arabic-speaking associate and two Arabic-speaking analysts, we reviewed the video and listened to the audio and compared the testimony to the transcript of Dr. Abdullah Al Obaid's deposition. All of the foregoing corrections are based on the review process described herein.



Executed on November 8, 2018         _____

                                        Waleed Nassar

39