# EXHIBIT 033



# Annual Report
# Rapport Annuel 2000 - 2001

MUSLIM WORLD LEGAUE

## INTL. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العربية السعودية العالمية

رابطة العالم الإسلامي
MUSLIM WORLD LEAGUE

INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

IIRO 004401

# CONTENTS
# CONTENUE

FOREWORD    8

INTRODUCTION

Domestic Offices    14
BUREAUX LOCAUX

Summary of Accomplishments    22
Rapport succinct sur les Réalisations de la
Direction des Programmes et des Projets

Urgent Relief Department    26
Direction des Secours d'urgence

Social Welfare Program    36
Programme de la Protection sociale

Engineering Department
(Cultural center and Well digging)    44
Direction du Génie civil
(centres sociaux et puits)

Health Care Program    50
Programme de la Protection sanitaire

Educational Welfare Program    56
Programme des Services d'Education

Teachers & Teaching Committee    64
Commission de Prédication et des Prédicateurs

Qur'an Memorization Program    70
Programme de Mémorisation
du Saint Coran (P.M.S.C)

Human Resources Development Program    78
Programme du Developpement des Ressources
Humaines (P.D.R.H)

Ramadan Free Meal Program    82
Programme de Distribution de repas aux jeûneurs

External Relations and Coordination with
Islamic as well as International Institutions    88
Relations extérieures et coordination avec les
Organisations internationales

IIROSA's External Bureaus, External Programs    94
Les Bureaux, et les Programmes a L'etrnger





Muslim World League
International Islamic Relief
Organisation, Saudi Arabia

**Dr. Abdullah Bin Abdul
Mohsin Al-Turki**

Secretary-General of Muslim World League &
Chairman of IIROSA's Executive Council

**Dr. Adnan Khalil Basha**

Secretary-General of IIROSA

P.O. Box 14843, Jeddah-21434
Tel: 6515411/6512333
Fax: 6518491, Tlx: 606775J SJ:GATHA
E-mail: relief@iirosa.org

**IIROSA's DOMESTIC OFFICES
TELEPHONE NUMBERS:**

| Jeddah (Headquarters) | Al-Taif |
| --- | --- |
| 6515411/6512333 | Tel: 2384328 |
| Fax: 6518491 | Fax: 7380996 |
|  | Fax: 2384816 |
| **Asir** | **Al-Jouf** |
| Tel: 2261111 | Tel: 6215168 |
| Fax: 2261320 | Fax: 6215235 |
| **Riyadh** | **Women's Committee, Jeddah** |
| Tel: 4630411 | Tel: 6641971 |
| Fax: 4641225 | Fax: 6641651 |
| **Al-Baha** | **Dammam** |
| Tel: 7252830 | Tel: 8342009 |
| Fax: 1734045 | Fax: 8342908 |
| **Makkah** | **Jizan** |
| Tel: 5661119 | Tel: 3376711 |
| Fax: 5661138 | **Madina** |
| **Al-Qassim** | Tel: 8223133 |
| Tel: 3253035 | Fax: 8213586 |
| Fax: 3250250 | **Najran** |
| **Jeddah Branch Office** | Tel: 5225108 |
| Tel: 6573000 | **Yanbu** |
| Fax: 6573092 | Tel: 3224251 |
|  | Fax: 3211271 |
| **Unaiza** | **Hael** |
| Tel: 3642615 | Tel: 5389770 |
| Fax: 3620666 | Fax: 5331366 |

**Designed and Directed by:**



P.O. Box: 8803 JEDDAH 21482, KSA
Tel: 96622384823
Fax: 96622384823 Ext. 298

IIRO 004402

# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA ANNUAL REPORT

## 2000 - 2001

# RAPPORT ANNUEL DE L'ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS (O.I.I.S.)

Pour l'excercice 2000/2001

IIRO 004403

# FOREWORD

# INTRODUCTION

The International Islamic Relief Organization, Saudi Arabia (IIROSA) receives wholehearted support and encouragement from the people of Saudi Arabia, above all, the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz , HRH Crown Prince Abdullah bin Abdul Aziz, the Deputy Premier and Commander of National Guard, HRH Prince Sultan bin Abdul Aziz, Second Deputy Premier & Minister of Defense and Aviation, the entire Royal Family, academicians, businessmen and philanthropists. It is largely due to this generous support of the people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission i.e. to supply food to the hungry, clothes to the unclothed, medical care to the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.

Louanges à Allah, Glorieux soit-Il, pour Ses bienfaits, nous Lui rendons grâce par ce qui Lui est digne, et que la Paix et la Bénédiction soient sur le dernier de Ses Prophètes, Muhammad envoyé comme miséricorde pour l'humanité entière. Lequel avait un coeur tendre pour les orphelins, les veuves et les pauvres. Il incitait ses compagnons à être tendres envers toute créature ayant une âme. Il a, en effet, dit dans un de ses nobles Hadithes: "Une femme a été punie à cause d'un chat qu'elle avait emprisonné jusqu'à sa mort, elle entra alors en l'Enfer, elle ne l'a ni nourri, ni abreuvé en l'emprisonnant, ni laissé manger des miettes de la terre." Il a dit aussi (Paix et Bénédiction sur lui): "Prenez protection contre l'Enfer ne serait-ce qu'avec une portion d'une datte".

C'est à la lumière de ces orientions, que l'action islamique s'est mise en marche pour la coopération dans le bien.





**Emergence:**

The International Islamic Relief Organization, Saudi Arabia (IIROSA) is an offshoot of the Muslim World League. It came into existence on October 29, 1978 and the Royal approval No. 4834 was issued on 29/1/1979.

L'Organisation Internationale Islamique de Secours (O.I.I.S.) du royaume d'Arabie Saoudite a été créée à la Mecque grâce à l'aide et aux encouragements des citoyens généreux de ce pays, à leur tête le roi Fahd ben Abdelaziz, le prince héritier Abd-Allah ben Abdelaziz, le prince Sultan ben Abdelaziz, les autres princes membres de la famille royale, les ministres, les intellectuels, les académiciens, les hommes d'affaires et l'ensemble du peuple saoudien bienfaiteur.

L'O.I.I.S. est issue de la Ligue Islamique Mondiale sur une décision de son Conseil constitutif lors de sa 20ème session tenue à la Mecque du 17 au 29 \10\1978 avec l'approbation du Gouvernement No 4834 du 29\1\1979.

Le Statut de O.I.I.S a été adopté par le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 35 ème



IIRO 004405

## The Constitution:

The constitution of the IIROSA was approved during the 35th session of the Constituent Council of the Muslim World League held in Holy Makkah between 7 - 10 December 1997.

## Objectives:

The objectives of the IIROSA were determined as follows:

1- Providing distressed people struck by disaster anywhere, with relief items in times of emergency and disaster.

2- Providing necessary assistance to boost the morale of disaster victims and safeguard their entities and existence.

3- Taking interest in the development of the minority communities through education and other developmental programs.

4- Extending moral and material support to the poor and the needy.

5- Providing poor people, widows, the elderly, children and orphans with com-



prehensive welfare.

## Means of achievement:

The means of achieving the objectives of the IIROSA include the following:

1- Collecting funds from businessmen and other donors, and recruiting volunteers to help further the goals of the IIROSA.

2- Using the mass media to reach out to donors.

3- Setting up educational institutions and vocational centers, organizing social, as well as training programs and offering scholarships.

4- Setting up and running hospitals and dispensaries where the need arises.

5- Setting up and running orphanages provided with educational facilities.

6- Coordinating and cooperating with

session tenue à La Mecque du 7 au 10\12\1997.



## Les objectifs de l'O.I.I.S:

1- Porter secours aux sinistrés parmi les populations et les groupes de gens victimes de catastrophes où qu'ils se trouvent, notamment ceux frappés dans leur personne, dans leurs biens,dans leur foi ou dans leur liberté.

2- Porter secours aux nécessiteux pour les protéger des pires catastrophes, améliorer leurs conditions de vie et préserver leur identité voire leur existence.

3-Aider les minorités et développer leurs communautés et leurs sociétés à travers l'éducation et les autres programmes de promotion.

4- Apporter le soutien moral et l'appui matériel et financier aux pauvres et aux démunis.

5- Assurer une prise en charge complète autant que possible aux pauvres auxveuves, aux vieillards, aux enfants et aux orphelins.

## Les moyens de l'O.I.I.S:

1- Donations des bienfaiteurs et des hommes riches, des hommes d'affaires et des hommes de coeurs charitables. Appels d'incitations aux actions bénévoles à travers l'effort et les contributions financières.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**9**

IIRO 004406

other relief organizations and international-al charity institutions.



## Administrative structure:

The IIROSA consists of numerous departments:

## The Board of Directors:

The Board of Directors is the highest policy-making body of the organization and its decisions are binding upon the executive body. The current chairman of the board is Dr. Abdullah bin Abdul Mohsin Al-Turki, Secretary General of the Muslim World League. The new Board of Directors, which was formed in 1995, consists of fifteen (15) members including members from Japan and Senegal. The IIRO is the Muslim World League's wing in the fields of relief operations, health care, education, development and economic and social welfare.

## The Secretariat General:

The Secretariat General is the executive wing of the IIROSA. It is currently headed by the Secretary General, Dr. Adnan Khalil Basha, who attends the biannual meetings of the Constituent Council of the Muslim World League, and submits periodical reports on the activities of the



2- Entrer en contact avec les donateurs à travers les médias; radio, télévision, presse, livres, publications et autres.

3- Construction d'infrastructures, assistance et gestion d'instituts, d'écoles, d'établissements scolaires,de centres de formation, mise en oeuvre de programmes socio-professionnels et octroi de bourses scolaires pour des etudes dans des institutions scientifiques.

4- Construction et gestion d'hopitaux et de dispensaires dans les sociétés qui en ont le plus besoin.

5- Construction, assistance et gestion des orphelinats et prise en charge de l'éducation des orphelins et des orphelines.

6- Coordination et coopération avec les organismes de secours et les organisations internationales de charité.

L'O.I.I.S se compose de plusieurs appareils,le Conseil d'administration en est son autorité suprême, ses décisions sont mises en application par l'appareil



Dr. Abdullah bin Abdul     Dr. Adnan Khalil Basha
Mohsin Al-Turki

exécutif.

L'O.I.I.S est présidée par le Secrétaire général de la Ligue islamique mondiale, Dr.Abd-Allah ben Abd Al-Muhsin Atturki qui est aussi président de son Conseil d'administration. L'O.I.I.S représente le bras droit de la Ligue dans les domaines de l'Education, du Secours, de la protection sanitaire, du développement économique et social dans les régions pauvres du monde musulman. L'Organisation est dotée d'une commission juridique pour contrôler ses activités.

Le Secrétariat général de l'O.I.I.S est son appareil exécutif et il est présidé par Dr. Adnan Ben Khalil Basha qui assiste aux réunions du Conseil constitutif de la Ligue islamique mondiale à laquelle il présente un rapport périodique sur les activités de l'Organisation.

Enfin, L'O.I.I.S s'est vue recompensée

IIRO 004407



Domestic Offices

BUREAUX LOCAUX

IRO 004410

# DOMESTIC OFFICES             BUREAUX LOCAUX

THE International Islamic Relief Organization of Saudi Arabia keeping the traditions established by the founding father, King Abdul Aziz bin Abdur Rahman Al-Saud, Saudi Arabia has become one of the leading countries in the field of charity and humanitarian assistance. As such, the IIROSA has been very eager to present the citizens of Saudi Arabia with the opportunity of taking part in its charitable activities. To further this aim, 13 branch offices of the IIROSA have been opened in various parts of Saudi Arabia. In their turn, the 13 offices have opened scores of branch offictes in the provinces and major cities. All these offices have contributed effectively in fund-raising and implementing the organization's programs and projects around the world.

## 1- Al-Baha office:

Under the supervision and patronage of HRH Prince Muhammed bin Saud, Governor of Al-Baha and his Deputy, Prince Faisal bin Muhammad, Al-Baha office of IIROSA, which is directed by Mr. Ibrahim Saeed Hamdan was able to raise SR.5,117,574 during the fiscal year 2000-2001 for social welfare programs, urgent relief, cultural centers, health care, education, well digging, free meals in Ramadan and Sanabil Al-Khair programs in the following 10 countries:
Uganda, Bosnia-Herzegovina, Somalia, Palestine, Azad Kashmir, Chechnya, Sudan, Kosovo, Ethiopia and Mozambique.



*HRH Prince Muhammed bin Saud*

## (2)- Gizan office:

Through the constant instructions of HRH Prince Muhammed bin Nassir bin Abdul Aziz, Governor of Gizan region, and under the supervision of Sheikh Muhammed bin Hassan Al-Hazmi, the IIROSA offices in Gizan, Sabyah, Samta, Abu Areesh, Al-Darb and Beish, raised SR.6,973,434 during the fiscal year 2000-2001 for programs in favor of orphans, cultural centers, education, and urgent relief.



*HRH Prince Muhammed bin Nassir*

## 3- Al-Jouf office:

Under the supervision and patronage of HRH Prince Abdul Ilah bin Abdul Aziz, Governor of Al-Jouf, and through the efforts of director Mr. Fekhri bin Hammad Al-Shallal, the IIROSA office in Al-Jouf raised

EN harmenie avec les traditions mises en place par le Pére Fondatteur, roi Abdul Aziz Bin Abdour Rahman Al-Saud; Arabie Saudite est de venue l'un des pays cités en exemple dans le domaine de l'action bienfaisante et de secours humanitaire. C'est la raison pour la quelle, l'organisation Internationale Islamique de Secours en Arabie Saudite, O.I.I.S/AS tient à présenter au peuple Saudien l'opportunité qaui s'offre à lui de prendre part à ses activités de bienfaisance. Afin de rendre possible la réalisation de ce objectif, 13 bureaux de représntation ont été ouverts dans différentes parties en Arabie Saudite. A leur tour, les 13 bureaux ont ouvert plusieurs succursales dans les régions et villes principales en Arabie. Tous ces bureaux ont grandement contribué au financement et réalisation des programmes et projets de L'O.I.I.S à travers le monde.

## 1- Bureau de Bahha:

Sous les directives et l'encadrement du prince Mohamed Ben Saoud ben Abd Al Aziz, gouverneur de la région de Bahha et sous le patronage de son adjoint le prince Faissal ben Mohamed ben Saoud le bureau de Bahha a pu collecté, sous la direction de M. Ibrahim Saïd Hamdane, pour l'exercice 2000\2001, le montant de 5117574 riyals dont ont bénéficié les pays suivants: Ouganda, Bosnie-Hérzégovine, Somalie, Palestine, Cachemire, Tchétchénie, Soudan, Kosovo, Ethiopie et Mozambique.

## 2- Bureau de Jazan:

Sous les directives continues du prince Mohamed Ben Nasser ben Abd Al Aziz, gouverneur de la région de Jazan, les bureaux de l'O.I.I.S à Jazan, Sabiya, Samta, Abu Arich, Addarb et Bich dirigés par Cheikh Mohamed ben Hassan Al Hazimi ont pu collecter, pour l'exercice 2000\2001, le montant de 6 973434 riyals qui furent affectés aux programmes suivants: prise en charge d'orphelins, programmes d'éducation, secours d'urgence, construction de centres sociaux et d'éducation.

## 3- Bureau d'El Jouf:

Sous la supervision et le patronage du prince Abd El Ilah ben Abd Al Aziz, gouverneur de la région d'El Jouf, le bureau dirigé par M. Fakhri ben Hamad Ash Shallal a réussi à col

14

IIRO 004411

SR.1,275,388 in the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Jordan, Chechnya and Kosovo.



*HRH Prince Abdul Ilah*

## 4- Riyadh office:

Under the generous patronage of both HRH Prince Salman bin Abdul Aziz, Governor of the Riyadh region and his deputy, Prince Satam bin Abdul Aziz, the Riyadh office, supervised by Mr. Ali bin Abdullah Al-Jurais was able to raise SR.34,094,750 in the year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, well digging, human resources development, educational care, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Bangladesh, Pakistan, Afghanistan, Lebanon, Azad Kashmir, Chechnya-Islamic Republics in Central Asia, Kosovo and Azerbaijan.

## 5 - IIROSA offices in the Eastern Region:

Under the continuous patronage of HRH Prince Muhammed bin Fahd bin Abdul Aziz, Governor of the Eastern Province and his Deputy HRH Prince Saud bin Naif bin Abdul Aziz, the seven offices of the IIROSA in Dammam, Hasa, Jubail, Hafr Al-Batin, Ras Al-Tanura, Al-Khafji and Abqaiq, which are supervised by HH Prince Turki bin Jelawi Al-Saud raised SR 4,657,148 in the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:
Indonesia, India, Thailand, Philippines, Sudan, Chechnya and Kosovo.



*HRH Prince Muhammed bin Fahd*

## 6- IIROSA offices in the Asir Region:

Through the constant interest shown by HRH Prince Khalid Al-Faisal bin Abdul Aziz in IIROSA offices' activities in Abha, Khamis Mushait, the Military Base, Bisha, Namas, Al-Majardah, Balqarn, Daharan south,

lecter, pour l'exercice 1999\2000, le montant de 1275388 riyals dont ont bénéficié plusieurs pays dont notamment; la Jordanie, le Kosovo et la Tchétchénie. Les programmes et les prestations réalisés par ce Bureau a l'intention des musulmans de ces pays furent divers et multiples englobant; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire etc...etc.

## 4- Bureau de Riyadh:

Sous le généreux patronage du prince Salman ben Abd Al Aziz, gouverneur de la région de Riyadh et grâce au suivi de son adjoint le prince Sattam ben Abd Al Aziz, le Bureau de Riyadh, dirigé par M. Ali ben Abd-Allah al Jariss a réussi à collecter, pour l'exercice 2000\2001, le montant de 34094750 riyals dont ont bénéficié neuf pays, à savoir; Bangladesh, Pakistan, Afghanistan, Liban, Cachemire, Tchétchénie, Kosovo, Azerbaidjan et les républiques islamiques de l'ex URSS.
A citer également le projet pionnier pris en charge par le Bureau de Riyadh, à savoir la gestion d'un centre culturel multiforme en plus de sa contribution au projet de l'aumône courante (épis du Bien).

## 5- Bureaux de la région de l'Est:

Sous le suivi continu du prince Mohamed Ben Fahd ben Abd Al Aziz, gouverneur de la région de l'Est et de son adjoint le prince Saoud Ben Naif ben Abd Al Aziz, les Bureaux de la région de l'Est, au nombre de 7 bureaux à savoir: Dammam, Al Ahsa, Jubaïl, Hafr al Batan, Ras Tanura, Al Khafji et Baqiq ont réussi, sous la direction du prince Turki ben Fahd ben Jalwi Al Saoud à collecter, pour l'exercice 2000\2001, le montant de 4657148 riyals dont ont bénéficié sept pays, à savoir:
Indonésie, Inde, Thaïlande, Philippines, Soudan, Kosovo et Tchétchénie, pour la realisation des programmes educationnels, culturels, de santé etc... tec...

## 6- Bureaux de la région de Assire:

Sous les directives continues du prince Khaled Al Faissal ben Abd Al Aziz, gouverneur de la région de Assire, les bureaux de l'O.I.I.S dans cette région au nombre de 14 bureaux: Abha, Khamis Mouchaït, la ville

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**15**

IIRO 004412

Maha'il, Al-Wadiyain, Sarh, Ballasmar, Sha'bain and Baariq, which are directed by Mr. Muhammed Hamidi Al-Sarhani an amount of SR.28,582,840 was raised during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects, in addition to palm dates, various food items, medicine, medical equipment, new clothes and blankets distributed in Nigeria, Tchad, Chechnya and Kosovo. The Asir offices also participated in the consumer goods exhibition in Abha, and the book exhibition organized by Obaikan book shops in Asir.



*HRH Prince Khabd Al Faisal*

## 7 - Al-Qasim offices:
### (i)- Buraida office:

HRH Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim Region has continued to patronize the activities of IIROSA, and through his support Buraida, Asyah, Bikairiah, Al-Ras, Riyadh Al-Khabra, Maznab and Oyoomm Al-Jawa branch offices were able to raise up to SR.5,664,135 in 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries: Somalia, Bosnia-Herzegovina, Eritrea, Palestine, Chechnya, Kosovo, Ethiopia and Sri Lanka.

In addition 21 containers carrying with food items and clothes were shipped for distribution in different countries . The Buraida office also held seven static and mobile exhibitions in collaboration with the Girl's Summer Homes and the Department of Education.

### (ii)- Enaiza office:

Under the patronage of HRH Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim Province extends to the Unaiza office, which is supervised by Sheikh Abdullah bin Hamad Al-Jabr. During the fiscal year 2000-2001, the Unaiza office raised an amount of SR.1,743,491 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging,

militaire, Balqarn, Bisha, Namas, El Moujarada, Dhahran al Janoub, Mouhaïl, Wadaïn, Assarh, Bellasmar, Chaabaïn et Bariq ont réussi sous la direction exécutive de M. Mohamed ben Houmaïdi Sarhani à collecter, pour l'exercice 2000\2001, le montant de 28582840 riyals dont ont bénéficié quatre pays, à savoir; Nigeria, Tchad, Tchétchénie et Kosovo et la province du Kurdistan.

Les programmes et les prestations réalisés par ce Bureau a l'interntion des musulmans de ces pays furent divers et multiples et ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire, les programmes d'enseignement, l'éducation, les cours de lecture, le forage de puits, la promotion humaine, les distributions de repas aux jeûneurs durant le mois de Ramadhan, et autres.

## 7-Bureau de la région d'El Qassim:
### 1) Le Bureau de Buraïda:

Sous le patronage permanent du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim le Bureau de l'O.I.I.S de Buraïda auquel sont affiliés les bureaux annexes de; Assiah, Bakiria, Rass, Riyadh Khabra, Madhnab et Ouyoun Jawa', sous la direction du Dr. ouleymane ben Hamed Saqri, a pu collecter, pour l'exercice 2000\2001, le montant de 5664135 riyals dont ont bénéficié huit pays, à savoir; Somalie, Bosnie-Hérzégovine, Erythrée, Palestine, Tchétchénie, Kosovo, Sri Lanka et Ethiopie.

Parmi les activités de ce Bureau on peut citer : l'envoi de 21 gros camions de dons en nature englobant divers produits alimentaires et vestimentaires. Le Bureau a, par ailleurs, organisé sept expositions fixes et mobiles avec les centres de vacances d'été et les auberges de vacances d'été pour jeunes filles en coordination avec la direction de l'éducation.

### 7-2) Le Bureau de Ounaïza:

Sous le patronage du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim, le Bureau de Ounaïza dirigé par M. Abd-Allah ben Hamed Jabr, a pu collecté pour l'exercice 2000\2001, le montant de 1743491 riyals dont ont bénéficié quatre pays, à savoir; Kenya, Soudan, Tchétchénie et Kosovo. Les programmes

*HRH Prince Faisal bin Bandar*

human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following countries:

Kenya, Sudan, Chechnya and Kosovo. The Enaiza office also held exhibitions in various schools and shipped more than 500 tons of palm-dates, over 150 tons of clothes and about 30 tons of wheat to the organization's headquarters in Jeddah, in addition to school equipment.

## 8 - Madinah area offices:
### (i) Madinah office:

Under the supervision and the instructions of HRH Prince Muqrin bin Abdul Aziz, Governor of Madinah Provine, the Madinah office, which is directed by Dr. Hamza bin Zuhair Hafiz was able to raise SR.13,771,733 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 19 countries:

Albania, Bosnia-Herzegovina, Baluchistan, Palestine, Chechnya, Kosovo, Ethiopia, Turkistan, Mozambique, Senegal, Saudi Arabia, Mauritania, Yemen, Benin, Cote d'Ivoire, Gambia, Guinea, Central African Republic, Azad Kashmir and Malawi.

Three delegations representing the Madinah office also visited the headquarters and held discussions with the finance department and the social welfare department. The delegation also attended the meetings of the domestic offices, and visited Badr area to arrange the opening of a branch office in Badr. They attended the annual function of the Al-Qasim office and undertook three visits to Burkina Faso, Cote d' Ivoire and Azerbaijan for the purpose of delivering allocations for orphans. The Madinah office also held a one-week exhibition and five charity functions. One of the functions, which was held in collaboration with the World Assembly of Muslim Youth in support of the people of Chechnya raised an amount of SR.1,694,000. Besides, the Madinah office also activated the paper collection project, which collects two big truck loads of paper monthly, and yields an income, which is estimated at SR.10,000.

### (ii)- Yanbu office:

HRH Prince Muqrin bin Abdul Aziz's patronage of the activities of the IIROSA extends to the Yanbu office as well, under the directorship of Engineer Abdullah bin Ibrahim Al-

---

offerts par ce Bureau aux musulmans de ces pays ont englobé; la protection sociale, les secours d'urgence, la construction de centres sociaux,la protection sanitaire,les programmes d'enseignement,les cours de lecture,le forage de puits, la promotion humaine,les distributions de repas aux jeûneurs durant le mois de Ramadhan, le programme "épis du Bien". Le Bureau a organisé plusieurs expositions dans des écoles et envoyé plus de 500 tonnes dattes et plus de 150 tonnes de vêtements, 30 tonnes de blé ... etc..

## 8- Les deux Bureaux de la région de Médine
### 8-1 Bureau de Médine

Sous les directives et le haut patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara,le bureaux de L'O.I.I.S à Médine dirigé par Dr. Hamza Zuhair Hafedh a pu collecter, pour l'exercice 2000\2001, le montant de 13771733 riyals dont ont bénéficié 19 pays,à savoir: Albanie, Bosnie Hérzégovine, Balustan, Palestine, Tchétchénie, Kosovo, Ethiopie, Turkistan, Mozambique, Arabie saoudite, Sénégal, Mauritanie, Yemen, Bénin, Guinée, Côte d'Ivoire, Gambie, Centreafrique, Malawi, et la province du Cachemire.

Parmi les activités de ce Bureau on peut citer: la protection sociale, les secours d'urgence, la construction de centres sociaux etc... etc...

Une visite a,également,été effectuée dans la province de Badr en vue de préparer l'inauguration d'un nouveau Bureau de l'O.I.I.S dans cette province. Une autre visite a été effectuée au Bureau d'El Qassime pour assister au festival annuel de celui-ci. Trois visites ont,également, été effectuées à l'étranger au Burkina Faso, en Côte d'Ivoire et en Azerbaidjan pour distribuer des dons aux orphelins. Par ailleurs, le Bureau a organisé une exposition d'une semaine et cinq fêtes de bienfaisance dont l'une avec la coopération de l'Agence mondial de la Jeunesse musulmane en solidarrité avec les musulmans de Tchétchénie et le montant collecté a l'occasion de cette feteetait de (1694000 riyals). Enfin, le Bureau a lancé une campagne de redynamisation de collecte de papier avec une moyenne de chargement de deux gros camions environ par mois d'une recette de (10000 riyals).

### 8-2) Bureau de Yanbou

Sous le haut patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara,le Bureau de Yanbou, dirigé par l'ingénieur Abd-Allah Ibrahim Sharif, a pu collecter, pour

*HRH Prince Muqrin bin Abdul Aziz*

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROUAUME D'ARABIE SAOUDITE

17

IIRO 004414

Sheriff. During the fiscal year 2000-2001, the Yanbu office was able to raise the amount of SR.4,990,822 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 11 countries: Bosnia-Herzegovina, Palestine, Chechnya, Kosovo, Ethiopia, Mozambique, Tajikstan, Somalia, Afghanistan, Malawi, India and Azad Kashmir.

## 9- Offices in the Makkah Province:
### (i)- Makkah office:

Thanks to the profound attention of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah Region, the Makkah office directed by Dr. Ahmed bin Naafea Al-Muraei, collected the sum of SR.10,557,152 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following 19 countries:



HRH Prince Abdul Majeed bin Abdul Aziz

Chechnya, Kosovo, Bangladesh, Ethiopia, Eritrea, Somalia, Sudan, Yemen, Pakistan, Palestine, Philippines, Indonesia, Sri Lanka, Burma, Afghanistan, Bosnia-Herzegovina, Thailand, Nigeria, Turkey and Iraqi-Kurdistan.

### (ii)- Jeddah office:

Through HRH Prince Abdul Majeed bin Abdul Aziz's attention and the constant interest shown by HRH Prince Mish'al bin Majid bin Abdul Aziz, Governor of Jeddah, the IIROSA office in Jeddah, which is directed by Mr. Saleh Ahmed Ba-Abood raised the sum of SR.30,962,899 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, alms, free meals in Ramadan and Sanabil Al-Khair projects in the following countries: Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Tchad, Somalia, Djibouti, Uganda, Kashmir, Eritrea, Turkey, Albania, Afghanistan, Philippines, Burma, Bangladesh, Sri Lanka, Russia, Ethiopia, Mozambique, India, Indonesia, Nigeria, Thailand, Mauritania, Iraqi-Kurdistan, Azad Kashmir and the Tuareg region in Algeria as well as the Balkans.

L'exercice 2000\2001, le montant de 4990822 riyals dont ont bénéficié 11 pays,à savoir; Bosnie-Hérzégovine, Palestine, Tchétchénie, Kosovo, Ethiopie, Mozambique, Tadjikistan, Somalie, Afghanistan, Malawi, Inde et la province du Cachemire.
Les programmes offerts par ce Bureau aux musulmans de ces pays ont englobé; la protection sociale, les secours d'urgence, la construction de centres sociaux,la protection sanitaire, les programmes d'éducation ,les cours de lecture, le forage de puits, la promotion humaine, les aumônes,les distributions de repas aux jeûneurs durant le mois du Ramadhan.

## 9- Les Bureaux de la région de La Mecque
### 1 Bureau de La Mecque

Sous l'encadrement et le suivi du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S a La Mecque, dirigé par le Dr. Ahmed ben Nafa'a al Mouryi a pu collecter,pour l'exercice 1999\2000, le montant de 10557152 riyals dont ont bénéficié 19 pays,à savoir; Tchétchénie, Kosovo, Bangladesh, Ethiopie, Erythrée, Somalie, Soudan, Yemen, Pakistan, Palestine, Philippines, Indonésie, SriLanka, Birmanie, Afghanistan, Bosnie Hérzégovine, Thaïlande, Nigeria,Turquie et la province du Kurdistan.

### 9-2) Bureau de Djeddah:

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à Djeddah,dirigé par M. Saleh Ahmed Baaboud, a pu sous le suivi et l'attention du prince Mash'al ben Majed ben Abd Al Aziz, gouverneur de Djeddah, collecter, pour l'exercice 2000\2001, le montant de 30962899 riyals dont ont bénéficié plusieurs pays,à savoir; Kosovo, Pakistan, Egypte, Palestine, Yemen, Tchétchénie, Soudan, Tchad, Somalie, Djibouti, Ouganda, Cachemire, Erythrée, Yougoslavie, Turquie, Albanie, Afghanistan, Philippines, Birmanie, Bangladesh, Sri Lanka, Russie, Ethiopie, Mozambique, Inde, Indonésie, Nigeria, Thaïlande, Mauritanie, la province du Kurdistan, la province du Cachemire et Algérie (région des Touaregs) et dans certaines régions des Balkans. Les montants collectés ont été affectés au financement des programmes de l'O.I.I.S.

### 9-3) Bureau de Taïf:

IIRO 004415

### (iii)- Taif office:

The IIROSA office in Taif, which is directed by Dr. Talal bin Obaid Zafar enjoys the wholehearted support of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah Province and Mr. Fahad bin Abdul Aziz bin Moamar, Mayor of Taif. During the fiscal year 2000-2001, the IIROSA office in Taif collected the sum of SR.5,925,542 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 12 countries:

Comoro Islands, Somalia, Chechnya, Kosovo, Pakistan, Afghanistan, Nigeria, India, Nepal, Burundi, Rwanda, Ethiopia and Iraqi-Kurdistan. Besides, the Taif office also shipped food items such as palm-dates.

### (iv)- Women's Committee:

Supported by a number of their Royal Highnesses the Princesses, the IIROSA has been very keen in involving the female element in its activities. According to the Women's Committee in Jeddah which is directed by Mrs. Baheeja Ezzi was collected the sum of SR.4,072,793 during the fiscal year 2000-2001 for social welfare programs, cultural centers, urgent relief operations, health care, educational care, well digging, human resources development, free meals in Ramadan and Sanabil Al-Khair projects in the following 33 countries: Gambia, Kosovo, Albania, Somalia, Sudan, Lebanon, Kenya, Mali, Afghanistan, Uganda, Ethiopia, Egypt, Syria, Bosnia-Herzegovina, Jordan, Ghana, Mauritania, Nigeria, Burkina Faso, Senegal, Bangladesh, Bulgaria, Tchad, Yemen, Eritrea, Mozambique, Malawi, Chechnya, Turkey, Palestine, Indonesia, Djibouti, Iraqi-Kurdistan and Azad Kashmir.

### 10- Najran office:

Thanks to the continuous instructions from HRH Prince Mish'al bin Saud bin Abdul Aziz, the Governor of Najran Province, the Najran office, which is directed by Sheikh Khalid Saud Al-Faris was able to raise SR.2,055,194 during the fiscal year 2000-2001 for soical welfare program, urgent relief operation, educational care, heatlh care, and cultural centers.





Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque, le Bureau de l'O.I.I.S à Taïf a pu, sous le suivi du gouverneur de Taif M.Fahd Ben Abd Al Aziz ben Moammar et la direction de M. Talal ben Obeid Dhafr, collecter, pour lexercice 2000\2001, le montant de 5925542 riyals dont ont bénéficié 12 pays,à savoir: Iles comores, Somalie, Tchétchénie, Kosovo, Pakistan, Afghanistan, Nigeria, Inde, Népal, Burundi, Rwanda, Ethiopie et la province du Kurdisan.

Parmi les activités du Bureau on peut aussi citer: sociale, les secours d'urgence, la construction de centres sociaux,les programmes d'éducation, les cours de lecture,le forage de puits le programme "épis du Bien". Le Bureau a,par ailleurs, distribué une grande quantité de dattes et de produits alimentaires.

### 9-4) La Commission des femmes :

L'O.I.I.S a tenu à faire participer les femmes dans ses efforts.ce domaine a bénéficier du haut patronage de plusieurs princesses. La Commission sous la direction de Mme Bahija Bahaa Azzi a pu collecter, pour l'exercice 2000\2001, le montant de 4072793 riyals dont ont bénéficié 33 pays,à savoir: Gambie, Kosovo, Albanie, Somalie, Soudan, Liban, Kenya, Mali, Afghanistan, Ouganda, Ethiopie, Egypte, Syrie, Bosnie-Hérzégovine, Jordanie, Ghana, Mauritanie, Nigeria, Burkina Faso, Sénégal, Bangladesh, Bulgarie, Tchad, Yemen, Erythree, Mozambique, Malawi, Tchétchénie, Turquie, Palestine, Indonésie, Djibouti et les provinces du Kurdistan et du Cachemire.

Les programmes offerts par ce Bureau aux musulmans de ces pays ont été divers et ont englobé: la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire,les programmes d'enseignement etc..etc...

### 10- Bureau à Najran

Sous les orientations permanentes du prince Mashaal ben Saoud ben Abd Al Aziz, gouverneur de la région de Najran, le Bureau de l'O.I.IS à Najran, dirigé par Cheikh Khaled Saoud Fares, a pu collecter, pour l'exercice 2000\2001,le montant de 2055194 riyals qui ont été affecté aux programmes suivants: Prise en charge d'orphelins, secours d'urgence, construction de centres sociaux et cours de lecture.

HRH Prince Mish'al bin Saud bin Abdul Aziz

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**19**

IIRO 004416

**Table (1) showing the total number of orphans, orphanages and supervisors and the amounts spent on them continentally during 2000 - 2001**

**Tableau No (1) Nombre total d'orphelins, d'orphelinats et d'encadreurs et dépenses de l'O.I.I.S pour l'exercice 2000\2001 selon les continents**

| No. | Continent Continents | Orphanages Orphelinats | Number of orphans Nombre d'orphelins de familles et d'orphelinats | Supervisors Nombre d'encadreurs | Countries Nombre de pays | Amounts in SR Dépenses en riyals |
|---|---|---|---|---|---|---|
| 1 | Asia Asie | 13 | 20.655 | 16 | 19 | 20,677,964 |
| 2 | Africa Afrique | 8 | 13,569 | 11 | 29 | 12,976,000 |
| 3 | Europe Europe | - | 2136 | 1 | 5 | 3,254,256 |
| | Total | 21 | 36360 | 28 | 53 | 26,908,220 |

**Table (2) shows programs fulfilled by the Social Welfare Department in Asia during the year 2000-2001**

**Tableau No (2) Réalisations des Programmes de la Protection sociale en Asie pour l'exercice 2000\2001**

| No. | Asian countries Pays | Family orphans/orphanages/supervisors orphelins de familles, orphelinats et encadreurs | Number of orphans Nombre d'orphelins | Amount in SR Dépenses en riyals |
|---|---|---|---|---|
| 1 | Jordan Jordanie | Family orphans orphelins de familles | 3103 | 2,831,276 |
| | | (1) coordinator and (3) supervisors Un coordinateur et 3 encadreurs | - | 49,200 |
| | Total Total | | 3103 | 2,880,476 |
| 2 | Afghanistan Afghanistan | - Family orphans Orphelins de familles | -3162 | |
| | | - Imam Bukhari orphanage - Orphelinat d'Al Bukhari à Jalalabad | -503 | |
| | | - Welfare Coordinator Coordinateur de la protection sociale | - | 27264 |
| | Total Total | | 3665 | 3,302,114 |
| 3 | Indonesia Indonésie | Allocations for family orphans curtailed La prise en charge d'orphelins est suspendue pour non communication de rapports | | |
| | | Supervisor Un encadreur d'orphelins | | 10800 |
| | Internal orphans Orphelins de l'intérieur | Family orphans Orphelins de familles | 393 | 694,227 |
| 4 | Pakistan Pakistan | Family orphans Orphelins de familles | 485 | 423,914 |
| | | Omar bin Khattab orphanage -Peshawar Orphelinat Omar Ibn Al Khattab à Peshawar | 354 | 358360 |
| | | Al-Baraim orphanage-Mansahar Orphelinat Dar Al Baraim à Mansahrah | 250 | 255000 |
| | | Somaiyah orphanage -Guil Guit Orphelinat "Somaya" à Jalgit | 119 | 122400 |
| | | Ammar bin Yasser orphanage-Calicut Orphelinat "Amar ben Yasser" à calicut | 120 | 122400 |
| | Total Total | | 1328 | 1282074 |
| 5 | Bangladesh Bangladesh | Family orphans Orphelins de familles | 791 | 677091 |
| | | Peri Seri orphanage-Dhaka Orphelinat "Biri Siri" à Dacca | 178 | 150620 |
| | | Abdullah bin Mubarak orphanage -Dhaka Orphelinat "Ben Mubarak" à Dacca | 217 | 209780 |
| | | Asma bint Abu Bakr orphanage-Dhaka Orphelinat "Asma bint Abubakr" à Dacca | 158 | 134980 |
| | | Abu Bakr Siddique orphanage- Rumkaba Orphelinat "Abubakr Assadiq" au village de Ram Kaba à 25 km de Kuks Bazar | 61 | 54740 |
| | | Fatma Zahraa orphanage - Maiging Orphelinat "Fatima Zahraa" au village de Patiki dans la province de Maigini | 108 | 104720 |
| | | Coordinator Un encadreur d'orphelins | - | 12000 |
| | Total Total | | 1513 | 1,343,931 |

IIRO 004435

**Well digging project completed by the Engineering Department in 2000-2001**

**Tableau No (2) Réalisations de la Direction du génie civil en forage de puits pour l'exercice 2000\2001**

| No. | Country Pays | Artesian well Puits artésiens | Surface well Puits de surface | Total Total des puits | Amount in SR. Coût (riyals) | Beneficiaries Nombre de bénéficiaires |
|---|---|---|---|---|---|---|
| 1 | Bangladesh Bangladesh | 38 | 109 | 147 | 609000 | 97800 |
| 2 | Iraqi - Kurdistan Kurdistan | - | 15 | 15 | 73950 | 3000 |
| 3 | Niger Niger | - | 1 | 1 | 10000 | 200 |
| 4 | India Inde | - | 72 | 72 | 70500 | 14400 |
| | Total | 38 | 197 | 235 | 763450 | 115400 / 115 400 * |

Le nombre de bénéficiaires a été calculé sur la base de 200 bénéficiaires pour chaque puits de surface et 2000 bénéficiaires pour chaque puits artésiens pour augmenter la puissance de production des puits artésiens.

**Number of Cultural centers built in Asia & Africa during the year 2000 - 2001**

**Nombre de centres sociaux construits en Asie et en Afrique pour l'excercice 2000\2001**



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 004443

THE HEALTH CARE PROGRAM   PROGRAMME DE LA PROTECTION SANITAIRE

THE IIROSA is running and taking care of about 104 health care projects worldwide, including hospitals, dispensaries, clinic and specialized centers in 29 countries.

• During the year 2000 - 2001 about 1.711.938 patients were visited at the IIROSA health facilities.

• During the fiscal year 2000-2001, the IIROSA spent about SR.8.210.282 on health care projects. Out of this sum, SR. 5.761.251. Or 70 percent of the health care budget came from the nominal income of the health care projects.

Millions of people are dying every year due to disease and lack of medical care, or because of inability to bear the costs of medical treatment. In the developing countries, generations of children are deprived of immunization at an early age, while horrible wars destroy lives and left many others either maimed or disabled.

As a result, acting in accordance with its sense of humanitarian duty, the IIROSA, through its health care program has been acting vigorously to provide medical services as well as primary health care facilities in many parts of the world. Accordingly, has been able to spare the lives of tens of thousands of the victims of disasters and wars, and other ailments in the various parts of the world.

L'O.I.I.S assure la gestion et le suivi de 104 structures de santé qui lui sont affiliés à travers le monde entre hôpitaux, dispensaires, cliniques et centres sanitaires spécialisés dans 29 pays.

- 1711938 patient(e)s avaient profité, pour l'exercice 1999\2000, des services ces programmes sanitaires.

- L'O.I.I.S a dépensé sur les structures de santé, pour l'exercice 2000\2001,le montant de 8210282 riyals dont 5761251 riyals provenant des revenus réalisés par de ses infrastructuresde santé, soit 70% du budget de la protection sanitaire.

- Des millions de personnes meurent chaque années dans de nombreux pays en développement ou dans les communautés pauvres à cause de maladies et d'épidémies, du manque de protection sanitaire,de l'incapacité de payer les charges de soins ou d'acheter les médicaments nécessaires, ou à cause de la privation des nouvelles générations du vaccin dans leur enfance. Les guerres sous toutes leurs formes viennent à leur tour enlever la vie à des millions de personnes laissant parmi les survivants d'autres victimes entre blessés,malades ou handicapés pour multiplier encore plus les drames et les misères des plus démunis de ceux qui en souffrent. Conscient de son son devoir humanitaire, la Direction de la protection sanitaire de l'O.I.I.S oeuvre par tous ses moyens en vue d'offrir des services médicaux, de soins de sané. Elle a pu ainsi apporter sa contribution pour sauver la vie à de dizaines de milliers de personnes victimes de catastrophes, de guerres ou d'épidémies dans diverses régions du monde.



A doctor hands over medicine to a patient at IIROSA-built Al-Afia polyclinic in Uganda.

Un docteur remet des medicametns à un patient au dispensaire Al-Afia qui a ele construit par l'O.I.I.S en Uganda.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 004447

## Table (1) showing a summary of the Health Care projects during the year 2000 - 2001
## Tableau (1) Résumé des des structures de santé relevant du Departement de la Protection Saintaire pour l'exercice 2000\2001, selon les continents

| Continent / Continents | Staff / Nombre vde fonctionaires | Hospitals / Hôpitaux | Dispensary / dispensaires | Clinics / Cliniques | Clinic complex / Groupes de cliniques | Med. cmter / Centres sanitaires | Pharmacy / pharmacies | Other programs / Autres * programmes | Program total / Total des programmes | Bneficiary / Nombre de bénéficiaires | Total spent / Total des dépenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Asia / Asie | 343 | 6 | 14 | 17 | 3 | 4 | 1 | 4 | 49 | 757330 | 3135001 |
| Africa / Afrique | 367 | - | 36 | 10 | 2 | - | 3 | 1 | 52 | 893408 | 4925817 |
| Europe / Europe | 20 | - | 1 | - | - | 1 | 1 | - | 3 | 61200 | 149464 |
| Total | 730 | 6 | 51 | 27 | 5 | 5 | 5 | 5 | 104 | 1,711,938 | 8210282 |

**• Other programs include the following:**

1- Inoculation campaign in Afghanistan.
2- Anti-malaria campaign in Afghanistan.
3- Treatment of major health cases in Palestine.
4- Medical caravans in India.
5- Nutrition center at Aright dispensary in Nouakchott.

**• * Parmi les autres programmes on peut citer:**

1-Programme de vaccination en Afghanistan
2- Programme anti-malaria en Afghanistan
3- Traitement des grandes maladies en palestine
4- Caravanes médicales en Inde
5-Centre d'alimentation au dispensaire "Arafat" en Mauritanie

## Health Care Program around the world during the year 2000 - 2001
## Programmes de la Protection sanitaire dans le monde pour l'exercice 2000\2001



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

**51**

IIRO 004448

**Table (2) shows Health Care Programs in Asia**
**during the year 2000 - 2001**
**Tableau No (2) structures de sante pour l'exercice 2000\2001**

| No. | Country Pays | Number of projects Nombre de projets | Beneficiaries Nombre de bénéficiaires | Staff - Nombre de fonctionaires médecins patients techniciens | Amount spent in SR. Dépenses en rryals |
|---|---|---|---|---|---|
| 1 | Afghanistan Afghanistan | 13 | 251825 | 106 | 257379 |
| 2 | Pakistan Pakistan | 4 | 75665 | 55 | 411913 |
| 3 | Bangladesh Bangladesh | 7 | 32257 | 25 | 757067 |
| 4 | Azerbaijan Azerbaidjan | 4 | 20277 | 34 | 101636 |
| 5 | Philippines Philippines | 2 | - | 15 | 99753 |
| 6 | Iraqi - Kurdistan Kurdistan | 7 | 295100 | 16 | 438822 |
| 7 | Lebanon Liban | 4 | 29021 | 15 | 785720 |
| 8 | India Inde | 2 | 39295 | 10 | 98320 |
| 9 | Yemen Yemen | 2 | 13890 | 6 | 89855 |
| 10 | Thailand Thaïlande | 1 | - | 1 | 14583 |
| 11 | Palestine Palestine | 1 | - | - | 49500 |
| 12 | Indonesia Indonésie | 2 | - | 8 | 30453 |
| | Total | 49 | 757330 | 343 | 3135001 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONALE ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

IIRO 004449

## This table shows the achievements of the Human Resources Development Program during the year 2000-2001
### Réalisations du P.D.R.H pour l'exercice 2000\2001

| No. | Country<br>Pays | Project<br>Nombre de projets | Beneficiaries<br>Bénéficiaires | Staff<br>Personnel | Amounts spent in SR.<br>Dépenses (riyals) |
|---|---|---|---|---|---|
| 1 | Albania<br>Albanie | Computer literacy center<br>Centre de formation en Informatique | 120 | | 37000 |
| 2 | Uganda<br>Ouganda | Computer literacy center<br>Centre de formation en Informatique | 150 | | 13000 |
| 3 | Bangladesh<br>Bangladesh | Asma sewing center<br>Centre "Asma" de couture | 65 | 5 | 21400 |
| 4 | Tchad<br>Tchad | Vocational training institute<br>Institut secondaire de formation professionnelle | 100 | 5 | 27400 |
| | | Al-Madina computer center<br>Centre "Madina" de formation en Informatique * | 250 | - | Self-reliant<br>autonome |
| 5 | Djibouti<br>Djibouti | Sewing and fabrics center<br>Centre de couture et de tissage | 60 | 1 | 8000 |
| 6 | Somalia<br>Somalie | Sewing and fabrics center<br>Centre de couture et de tissage | 50 | 1 | 7000 |
| 7 | Mali<br>Mali | Fatma sewing center<br>Centre "Fatima" de couture | 40 | 4 | 12360 |
| | | Khadijah sewing center<br>Centre "Khadija" de couture | 30 | 5 | 15360 |
| 8 | Mauritania<br>Mauritanie | Ummahat sewing center<br>Centre "Oumahat al mouminine" de couture | 80 | 3 | 15000 |
| 9 | Nigeria<br>Nigeria | Printing & secretarial center – Kaduna<br>Centre de formation en secrétariat et en dactylographie à Kaduna | 80 | 7 | 22080 |
| | | Sewing training center-Kaduna<br>Centre de couture à Kaduna | 70 | 6 | 11640 |
| | | Sewing training center- Lagos<br>Centre de couture à Lagos | 75 | 6 | 10020 |
| | | Sewing training center- Ilorin<br>Centre de couture à Afurn | 75 | 4 | 8340 |
| | | Sewing training center- Ibadan<br>Centre de couture à Ibadan | 60 | 3 | 7560 |
| | Total | 15<br>15 | 1315 | | 216160 |

\* Le centre "Madina" de formation en Informatique a été remis à l'Université du roi Faissal au profit des étudiants universitaires.





A tailoring center established by IIROSA in Bangladesh.

Un centre de couture mis en plce par l'O.I.I.S\RAS au Bangladesh.

Table (2) shows African countries that benefited from the Ramadan Free Meal Program in the year 2000-2001
Tableau No (2) Dépenses effectuees pour les besoins du programme de Distribution de repas aux jeûneurs en Afrique pour l'exercice 2000/2001

| No. | Country Pays | Amount spent Dépenses réelles | Beneficiaries Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Ethiopia Ethiopie | 50000 | 10000 |
| 2 | Eritrea Erythrée | 30340 | * |
| 3 | Uganda Ouganda | 50000 | 20000 |
| 4 | Burkina Faso Burkina Faso | 30000 | 20000 |
| 5 | Burundi Burundi | 15000 | 7000 |
| 6 | Benin Bénin | 15000 | 6000 |
| 7 | Tchad Tchad | 100000 | 45000 |
| 8 | Tanzania Tanzanie | 25000 | 12000 |
| 9 | Togo Togo | 15000 | 8000 |
| 10 | Gabon Gabon | 35000 | 17500 |
| 11 | Gambia Gambie | 20000 | 10000 |
| 12 | South Africa Afrique du Sud | 20000 | 10000 |
| 13 | Djibouti Djibouti | 35000 | 17000 |
| 14 | Rwanda Rwanda | 25000 | 12000 |
| 15 | Cote d'Ivoire Côte d'Ivoire | 1500 | 7500 |
| 16 | Senegal Sénégal | 50000 | 25000 |
| 17 | Sudan Soudan | 70000 | 35000 |
| 18 | Sierra Leone Sierra Leone | 35000 | 17500 |
| 19 | Somalia Somalie | 55000 | 25000 |
| 20 | Ghana Ghana | 30000 | 18000 |
| 21 | Guinea Bissau Guinée Bissau | 15000 | 10000 |
| 22 | Republic of Guinea Guinée | 20000 | 10000 |
| 23 | Cameroon Cameroun | 15000 | 10000 |
| 24 | Congo Brazzaville Congo Brazzaville | 15000 | 7500 |
| 25 | D.Republic of Congo Congo Démocratique | 25000 | 12500 |
| 26 | Kenya Kenya | 60000 | 30000 |
| 27 | Mali Mali | 35000 | 17500 |
| 28 | Egypt Egypte | 25000 | 12500 |
| 29 | Morocco Maroc | 10000 | 5000 |
| 30 | Mauritania Mauritanie | 35000 | 17500 |
| 31 | Mozambique Mozambique | 25000 | 12500 |
| 32 | Niger Niger | 20000 | 10000 |
| 33 | Nigeria Nigeria | 140000 | 60000 |
| | Total | 1161340 | 535000 |

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE
83

IIRO 004478

Table (3) shows Asian countries that benefited from the Ramadan Free Meal Program in the year 2000- 2001

Tableau No (3) Dépenses sur le programme de Distribution de repas aux jeûneurs en Asie pour l'exercice 20002001

| No. | Country<br>Pays | Amount spent in SR.<br>Dépenses réelles | Beneficiaries<br>Nombre de bénéficiaires |
|---|---|---|---|
| 1 | Jordan<br>Jordanie | 60000 | 17000 |
| 2 | Afghanistn<br>Afghanistan | 150000 | 95000 |
| 3 | Indonesia<br>Indonésie | 100000 | 50000 |
| 4 | Pakistan<br>Pakistan | 120000 | 65000 |
| 5 | Bangladesh<br>Bangladesh | 120000 | 60000 |
| 6 | Thailand<br>Thaïlande | 50000 | 15000 |
| 7 | Isl. Reps./ Central Asia<br>Rép. islamiques | 50000 | 7000 |
| 8 | Siberia<br>Sibérie | 20000 | 1500 |
| 9 | Sri Lanka<br>Sri Lanka | 60000 | 35000 |
| 10 | Peoples Republic of China<br>Chine populaire | 25000 | 7000 |
| 11 | Iraq<br>Iraq | 56250 | 28000 |
| 12 | Philippines<br>Philippines | 20000 | 8000 |
| 13 | Vietnam<br>Viêt-nam | 10000 | 4000 |
| 14 | Iraqi - Kurdistan<br>Kurdisan | 150000 | 75000 |
| 15 | Azad Kashmir<br>Cachemire libre | 50000 | 20000 |
| 16 | Cambodia<br>Cambodge | 20000 | 8000 |
| 17 | Lebanon<br>Liban | 15000 | 3000 |
| 18 | Nepal<br>Népal | 35000 | 12000 |
| 19 | India<br>Inde* | 60000 | 30000 |
| 20 | Laos<br>Laos | 10000 | 4000 |
| 21 | Yemen<br>Yemen | 100000 | 32000 |
| | Total | 1281250 | 576500 |

* Associations chargées de l'exécution de ce programme en Inde: Association Azahra des orphelines, Commission de coordination avec les orphelinats, Université Assalihat, Dar Moussanafine,Université de Riyadh al Ulum.

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE
IIRO 004479



External Relations and Coordination with
Islamic as well as International Institutions

Relations extérieures et coordination avec les
Organisations internationales

EXTERNAL RELATIONS AND COORDINATION WITH ISLAMIC AS WELL AS INTERNATIONAL INSTITUTIONS
RELATIONS EXTERIEURES ET COORDINATION AVEC LES ORGANISATIONS INTERNATIONALES:

**F**IRST Membership of the International Voluntary and Umbrella Institutions and Organizations working in the Field of Relief Operations at the International Fora. Relations with other International Organizations:

The IIROSA is very keen on maintaining excellent working relations with other international bodies with similar objectives. Thus its Bulletins are issued in the various languages of the world, and it participates constantly, and presents working papers to the various international fora and the United Nations conferences on relief issues.



### Memberships:

The International Islamic Relief Organization is a member of the following organizations:
1- International Islamic Council for Da'wa (Isl. Propagation) and Relief.
2- Heads the General Committee on Relief at the International Islamic Council on Da'wa and Relief.
3- The Economic and Social Council of the UN.
4- Conference of the Non-Governmental Organizations, (CONGO).
5- International Organization on Migration, (IOM).
6- International Council of Voluntary Organizations, (ICVA).
7- Organization of the Islamic Conference, (OIC).
8- Saudi Arabian Joint Relief Committee for Kosovo, Turkey and Chechnya.
9- Member of the domestic committees supporting relief and other humanitarian activities.



**A**dhésion de l'O.I.I.S aux Agences et organisations de secours internationales
L'O.I.I.S à travers ses activités ainsi que sa réputation internationale est liée au nom du royaume d'Arabie saoudite. Cela est en lui-même un grand honneur pour l'O.I.I.S qui a toujours veillé à affirmer cette verité et ce à travers ses publications en différentes langues étrangères et ses documents de travail présentés lors des réunions internationales et conférences des Nation unies sur le Secours et autres thèmes, afin de mettre en relief le rôle pionnier du royaume d'Arabie saoudite tant au niveau de son gouvernement que de son peuple dans les domaines d'appui et d'assistances aux actions de bienfaisance, de charité et d'aide humanitaire dans le monde. L'O.I.I.S est l'une des organisations internationales de secours qui sont invités à participer aux réunions des Nations unies sur les questions de réfugiés, de la maternité, de l'enfance, des catastrophes et de Secours.
L'O.I.I.S est:
1- Membre de l'Organisation islamique mondial pour l'Education et le Secours.
2- Membre de certains comités de l'Organisation islamique mondiale pour l'Education et le Secours et préside son comité de secours général.
3- Membre du Conseil économique et social de l'ONU (ECOSOC).
4- Membre de la Conférence des Organisations non gouvernementales (CONGO).
5- Membre observateur de l'Organisation mondiale de l'Immigration (OIM).
6- Membre du Conseil mondiale des organisations bénévoles (ICVA)
7- Membre observateur de l'Organisation de la Conférence islamique (OCI).
8- Membre du comité mixte saoudien de secours pour le Kosovo, la Turquie et la Tchétchénie.
9-Membre des comités mixtes locaux composés de Gouvernorats des 13 régions du royaume d'Arabie saoudite de solidarité avec la Palestine.

### II) Coopération avec les organisations internationales pour l'exécution des programmes communs en faveur des réfugiés.

L'O.I.I.S a des liens de coopération avec les organisations suivantes:
1- Programme mondial de l'Alimentation.
2- UNHCR: (Le Haut commissariat pour les réfugiés des Nations unies).
3- UNICEF (Le Fonds des Nations unies pour l'enfance).
4- OMS: (l'Organisation mondiale de la

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 004483

## Second: Joint operations with other international organizations:

The IIROSA is actively cooperates with the following international organization in the field of humanitarian and relief operations:

1- World Food Program of the United Nations. (WFP).

2- United Nations High Commission for Refugees. (UNHCR).

3-United Nations International Children's Emergency Fund, (UNICEF).

4- World Health Organization, (WHO).

5- SIDA in Canada.



## Third: Cooperation with other Islamic Institutions and Organizations:

1- The International Islamic Council on Da'wa and Relief. Cairo

The IIROSA heads the General Relief Committee. and is a member of many other committees as well as the constituent body and the presidential council.

2- Organization of the Islamic Conference:

The IIROSA maintains strong ties of cooperation with the OIC. As an observer at the OIC. IIROSA participates both in the Islamic summit conferences and the Foreign Ministers' conference, during which its Secretary General submits reports concerning the relief operations of the organization in particular, and in his capacity as the president of the General Relief Committee, also submits reports on the relief activities of the Islamic relief organizations in general. Apart from its strong relations with the Islamic Solidarity Fund of the OIC. the IIROSA also participates in the meetings of the Committee on Coordination of Islamic Action of the OIC.

3- Islamic Development Bank: There are strong cooperation between the IIROSA and the Islamic Development Bank as regards the management of certain projects of the IDB. Accordingly, the IIROSA is running the health care as well as the educational projects











Santé).

SIDA du Canada, et autres Organisations similaires.

## III) Coopération avec les Organisations islamiques:

1- L'Organisation islamique mondial pour l'Education et le Secours - Le Caire.



L'O.I.I.S préside un des comités permanents de cette organisation (Comité de secours général) et est également membre d'autres comités, elle participe aussi aux réunions du Conseil constitutif et du Conseil de la présidence de Cette organisation.

2- L'OCI: L'O.I.I.S entretient des relations étroites de coopération avec l'Organisation de la Conférence Islamique, et participe aux sommets islamiques et aux conférences des ministres des Affaires étrangères des pays islamiques. Dans le cadre des réunions de travail du comité de coordination de l'action islamique relevant de l'OCI.le Secrétaire général de l'O.I.I.S a présenté des rapports sur les activités de l'O.I.I.S de manière générale et sur celles des organisations de secours islamiques de manière particulière en sa qualité de président du Comité de secours général. L'O.I.I.S a,aussi, des liens étroits de coopération avec le Fonds de Solidarité islamique de l'OCI lequel octroie quelques assistances aux projets de secours.

3- BID: Il existe une coopération étroite et permanente entre l'O.I.I.S et la Banque Islamique de Développement dans la gestion de certains projets mis en oeuvre pa la Banque. Dans ce cadre l'O.I.I.S assure la supervision sur certains programmes de santé et d'éducation en Somalie et au Kenya. L'O.I.I.S se charge aussi de distribuer les assistances financières accordées par la BID aux réfugiés rwandais et aux

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D' ARABIE SAOUDITE

IIRO 004484

**89**

of the IDB in Kenya and Somalia, and implements the Bank's grants to Rwandan refugees in Tanzania and also to Chechnyan refugees. The IIROSA also distributed 5.000 heads of sacrificial meat supplied by the IDB in Lebanon.

4- ISESCO: The IIROSA is actively interacting with the Islamic Educational Scientific and Cultural Organization in the field of information, participation in educational, scientific and cultural events, studies, curricula and research, films and books, refresher courses for teachers, and scholarship grants to students from the Islamic minority communities.

5- Iqra Charity Society: This society works together with the IIROSA in subsidizing and running the schools of both the Burmese refugees and the children of the African community in Makkah Al-Mukarramah. The IIROSA contributes the sum of SR.100,000 to each of the two schools while Iqra supervises and runs them.

### Fourth: The AActivities of the General Relief Committee and Coordination between member organizations:





The IIROSA heads the General Relief Committee of the International Islamic Council on Da'wa and Relief and coordinates between the member organizations. Thanks to its efforts in this regard. Islamic relief organizations are now more willing to coordinate and cooperate among themselves in the various aspects of relief activities.

### Fifth: Conferences, research and working papers:

#### (A) – Conferences:

1-IIROSA participated in the 27th conference of the International Federation of Red Crescent and Red Cross Societies which was held in Geneva between the 31st of October and the 11th of November 1999.

2- IIROSA participated in the International Conference on Refugees, which was held in Azerbaijan on 18/5/2000. The conference was inaugurated by Deputy Premier Ali Hasanov

3- IIROSA took part in symposium organized by non-profit and technology institutions in Beirut between 12-13/6/2000.

4- IIROSA participated in the meetings of the General Assembly of the Conference of Non

déportés tchétchènes. De même qu'il a distribué cinq milles carcasses de moutons offerts au Liban par la BID.

4- ISESCO: L'O.I.I.S coopère avec l'Organisation Islamique pour l'Education,les Sciences et la Culture dans le cadre des échanges d'informations et d'invitations aux activités pédagogiques, culturelles et scientifiques d'intérêt commun, dans le cadre de l'élaboration d'études, de curriculum et de recherches. la publication de livres et la production de films, l'organisation de stages de formation, l'octroi de bourses d'études universitaires aux étudiants et étudiantes issus des communautés minoritaires.

5- IQRA: (Association saoudienne de Bienfaisance): L'O.I.I.S coopère avec cette Association dans le cadre de l'assistance et de la gestion des écoles des réfugiés birmans et des communautés africaines dans la ville de Mecque.Dans ce cadre, l'O.I.I.S apporte une assistance de cent milles riyals pour chacune de ces communautés alors que l'Association prend en charge la gestion et le fonctionement des écoles.

### IV) Activités du comité de secours général et les efforts de coordination entre les organisations membres:

L'O.I.I.S préside le Comité de secours général de l'Organisation islamique mondial pour l'Education et le Secours et se charge des missions de coordination entre les organisations membres.Les organisations islamiques de secours accordent aujourd'hui plus d'importance à la coordination et à la coopération entre-elles que ce soit dans le cadre des échanges d'expériences,des participations aux réunions et aux conférences internationales ou du financement de projets communs au service des réfugiés ou des déportés dans le monde.

### V) Conférence, recherches et documents de travail.

1- Conférences:

L'O.I.I.S a participé à la 27ème conférence de l'Union internationale des Associations du croissant rouge et de la croix rouge tenue à Genève du 31\10\ au 5\11\1999 correspondant au 22-27\7\1420H.

-L'O.I.I.S a participé à la conférence internationale sur les réfugiés tenue en



**90**

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE    IIRO 004485



IIROSA's Accomplishments in the Provinces:
Réalisations de l'O.I.I.S dans le monde

IIROSA's External Bureaus & Missions                    Les Bureaux et les Programmes à l'étranger



A photo shows a truck with. palm dates gifted by King Fahd Bin Abdul Aziz. the Custodian of the Two Holy Mosques to IIROSA for distribution to the poor and needy people in Eritrea.

Une photo montrant un camion transportant des dattes offertes par Roi Fahd Bin Abdoul Aziz. le Serviteur des Deux Saintes Mosquées a l'O.I.I.S/RAS pour etre distribuées aux pauvres et aux necessiteux en Erythré.

# First: Asia

### 1- Azerbaijan:

During the year 2000 - 2001 IIROSA office in the Republic of Azerbaijan spent about SR.4,381,898 in running three clinics and a medical center, sponsoring 535 orphans and providing free meals during the month of Ramadan, building five cultural centers, subsidizing four teachers and running three refugee camps.



### 2- Jordan:

In the year 2000 - 2001. the IIROSA spent SR.3,018,796 on the following programs in Jordan:
1-Sponsoring 3,103 orphans, providing free meals in Ramadan. offering scholarships to 17 students and distributing palm-dates donated by King Fahd bin Abdul Aziz.



### 3- Afghanistan:

In the year 2000-2001. the IIROSA spent SR. 5,117,633. on the following programs in Afghanistan.

# I) Asie:

### 1- Azerbaidjan:

Le bureau d'Azerbaïdjan a dépensé, pour l'exercice 2000\2002, la somme de (4381898 riyals) pour la réalisation des programmes suivants:
- Gestion de 3 cliniques et d'un centre médical. prise en charge de 535 orphelins et orphelines, distribution de repas aux jeûneurs, construction de cinq centres sociaux, prise en charge de 4 enseignants. et gestion de 3 camps de réfugiés.

### 2- Jordanie:

Le bureau de la Jordanie a dépensé,pour l'exercice 2000\2002. la somme de (3018796 riyals) pour la réalisation des programmes suivants: prise en charge de 3103 orphelins et orphelines. distribution de repas aux jeûneurs. gestion de 11 centres coraniques, octroi de boursesd'etudes à 11 étudiants et distribution de dattes offertes par roi Fahd.

### 3- Afghanistan:

L'O.I.I.S    a    dépensé    pour    l'Afghanistan,pour l'exercice 2000\2001. la somme de (5117633 riyals) pour la

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE IIRO 004489

Running a hospital and ten clinics, implementing two inoculation programs against malaria, sponsoring 3,665 orphans, subsidizing an orphanage, providing free meals in Ramadan, and the Islamic University of Science and Technology, providing urgent relief to draught victims and shipping 16 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 4- Indonesia:

In the year 2000-2001, IIROSA spent about SR.2,478,394 on the following programs in Indonesia:
Running two dispensaries, one institute, Free meals in Ramadan, constructing of 79 cultural centers, sponsoring of 3,665 male and female orphans and patronizing a supervisor.

### 5- Uzbekistan:

During the year 2000 - 2001, IIROSA offered scholarships to two Uzbek students from different Uzbek colleges, at the cost of SR4,667.

### 6- Pakistan:

In the year 2000-2001, IIROSA spent SR.4,723,307 on the following programs in Pakistan:
Running two hospitals and two clinics, sponsoring 1,328 orphans, 28 instructors, subsidizing four orphanages, free meals in Ramadan, constructing 14 cultural centers, sponsoring two students, providing urgent relief to draught victims and shippied 28 containers of palm-dates donated by King Fahd bin Abdul Aziz.

### 7- Bangladesh:

In the year 2000 - 2000, IIROSA spent SR.7,139,793 on the following programs in Bangladesh:
Running seven dispensaries, six primary schools, sponsoring 1,513 orphans, subsidizing five orphanages and a sewing and embroidery center, free meals in Ramadan, sponsors 61 instructors, five teachers, constructing 99 cultural centers, digging 147 wells, shipped 16 containers of palm-dates donated by King Fahd bin Abdul Aziz and 60 cartons containing literature.

### 8- Thailand:

In the year 2000-2001, IIROSA spent SR.1,669,361 on the following programs in Thailand:
1- Running a clinic, the Jala Islamic College, the Islamic Center of the North,






réalisation des programmes suivants: gestion d'un hôpital et de 10 cliniques, mise en oeuvre de deux programmes de vaccination et de lutte contre le malaria, prise en charge de 3665 orphelins et orphelines, appui à un orphelinat, appui à 50 cercles coranique, assistances à l'Université des sciences et de technologies, et Acheminement de 16 conteneurs de dattes offertes par roi Fahd etc...

### 4-Indonésie:

Le bureau d'Indonésie a dépensé, pour l'exercice 2000\2001, la somme de (2478394 riyals) pour la réalisation des programmes suivants: gestion de deux dispensaires et d'un institut secondaire, distribution de repas aux jeûneurs, prise en charge de 3665 orphelins et orphelines, construction de 79 centres sociaux

### 5- Ouzbékistan:

L'O.I.I.S a octroyé deux bourses d'etudes à deux étudiants Ouzbèkes, pour l'exercice 2000\2001, pour un montant de (4667 riyals)

### 6- Pakistan:

Le bureau du Pakistan a dépensé, pour l'exercice 2000\2001, la somme de (4723307 riyals) pour la réalisation des programmes suivants: gestion de deux hôpitaux et de deux cliniques, prise en charge de 1328 orphelins et orphelines, assistances à 4 orphelinats, distribution de repas aux jeûneurs, prise en charge de 28 éducateurs, construction de 14 centres sociaux et acheminement de 28 conteneurs de dattes offertes par roi Fahd.

### 7- Bangladesh:

Le bureau du Bangladesh a dépensé, pour l'exercice 2000\2001, la somme de (7139793 riyals) pour la réalisation des programmes suivants, gestion de 7 dispensaires et de 6 écoles primaires, prise en charge de 1513 orphelins assistances à 5 orphelinats, distribution de repas aux jeûneurs, apui à 30 cercles coraniques, acheminement de 2 conteneurs de secours, de 16 conteneurs de dattes offertes par roi Fahd et de 60 cartons de livres ... etc.

### 8- Thaïlande:

Le bureau de Thaïlande a dépensé, pour l'exercice 2000\2001, la somme de (1669361 riyals) pour la réalisation des programmes suivants: gestion d'une clinique, de l'Université de Jala et d'un

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**95**

IIRO 004490

pital and medical convoys, sponsor 924 orphans, provide free meals in Ramadan, build 27 cultural centers, dig 72 wells, sponsor 57 instructors and distribute 18 tons of palm-dates to the needy, poor, destitute and displaced people which was donated by King Fahad bin Abdul Aziz Al-Saud.

### 29- Yemen:

In the year 2000 - 2001, IIROSA spent an amount of SR.1.280.935 to sponsor 1,123 orphans, run two dispensaries, patronize seven teachers, build one cultural center and provide 32,000 persons with free meals during the month of Ramadan.

## Second: Africa

### 1- Ethiopia:

In the year 2000 - 2001, IIROSA spent an amount of SR.2.703.984 to run four dispensaries, a school, one training institute, sponsor 57 orphans (male & female), subsidize an orphanage, provide free meals in Ramadan, and sponsor nine instructors, extend financial assistance to two students, provide victims of the famine with urgent relief items, shipped 15 containers of foodstuff and 655 cartons containing educationary materials.

### 2- Eritrea:

In the year 2000-2001, IIROSA spent an amount of SR2.258.924 to sponsor three orphans, three students and 20 teachers, carry out relief operations among the displaced inside the country, and the refugees in eastern Sudan. Sixteen (16) containers containing palm-dates donated by King Fahd bin Abdul Aziz, including different food items milk, blankets and carpets were shipped to the country, while another eight containers were shipped to IIROSA established two refugee camps in Kalsa and Alafa. More than 1500 refugees have benefitted from these urgent relief aid

### 3- Uganda:

In the year 2000 - 2001, IIROSA spent an amount of SR.2.872.147 to run two dispensaries and one institute, sponsor 2.295 orphans, extend financial assistance to two orphanages and a sewing and computer center, provide free meals during the holy month of Ramadan, build six cultural centers, sponsor one teacher, offer scholarships to ten students (female & male) and shipped more than 530 cartons of educational literature.



riyals) pour la réalisation des programmes suivants: gestion d'un hôpital et des campagnes médicales, prise en charge de 924 orphelins et orphelines., distribution de repas aux jeûneurs, construction de 27 centres sociauxet forage et équipement 72 puits, prise en charge de 57 prédicateurs, distribution de 18 tonnes de dattes.

### 29- Yemen:

L'O.I.I.S à dépensé au Yemen, pour l'exercice 2000\2001, la somme de (1280935 riyals) pour prise en charge de 1123 orphelins, gestion de 2 dispensaires et prise en charge de de 7 enseignants, construction d'un centre social, distribution de repas à 3200 jeûneurs.



## II) Afrique:

### 1-Ethiopie:

Le bureau de l'Ethiopie a dépensé, pour l'exercice 2000\2001, la somme de (2703984 riyals) pour la gestion de 4 dispensaires,d'une école et d'un Institut scientifique, prise en charge de 57 orphelins et gestion d'un orphelinat, distribution de repas aux jeûneurs, appui à 47 cercles de lecture, prise en charge de 9 prédicateurs et octroi d'une bourse d'études à 2 étudiants, campagnes de secours à l'intention des victimes de la secheresse ...etc.



### 2- Erythrée:

L'O.I.I.S a dépensé en Erythrée, pour l'exercice 2000\2001, la somme de (225894 riyals) pour la réalisation des programmes suivants: prise en charge de 3 orphelins,de 3 étudiants et de 20 enseignants, campagnes de secours aux déportés de la guerre réfugiés à l'intérieur de l'Erythrée et aux réfugiés d'Erythrée à l'Est du Soudan (1500 refugiés) acheminement,à l'intérieur de l'Erythrée,de 16 conteneurs, dont 8 chargés de dattes offertes par roi Fahd et 8 conteneurs chargés de produits alimentaires,lait, couvertures...etc.



### 3- Ouganda:

Le bureau d'Ouganda a dépensé, pour l'exercice 2000\2001, une somme de (2872147 riyals) pour la réalisation des programmes suivants:gestion de 2 dispensaires, d'un Institut (de cycles moyen et secondaire), prise en charge de 2295 orphelins et orphelines et d'un orphelinat, d'un centre de formation d'informatique, distribution de repas aux jeûneurs, construction de 6 centres socix aux, prise en charge d'un enseignant et octroi de bourses d'etudes à 10 étudiants... etc.



INTERNATIONAL ISLAMIC RELIEF ORGANIZATION OF SAUDI ARABIA
ORGANIZATION INTERNATIONAL ISLAMIQUE DE SECOURS ROYAUME D'ARABIE SAOUDITE

**99**

IIRO 004494