# EXHIBIT 034



# ANNUAL REPORT
# RAPPORT ANNUEL
## 1999 / 2000

Muslim World League

**INTERNATIONAL ISLAMIC RELIEF ORG.
SAUDI ARABIA**

Ligue Islamique Mondiale

ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS
ROYAUME D' ARABIE SAOUDITE

Secretariat-General - P. O. Box 1285 - Jeddah: 21431 - Jeddah-Haiel Street- Opp: Al-Baroom Center Tel: 6512333 - 6515411- Fax: 6518491 - E.mail: relief@iirosa.org

IIRO-003593

# ANNUAL REPORT
# RAPPORT ANNUEL
## IIROSA achievements in 1999 - 2000



IIRO-003594

# Foreword

*The International Islamic Relief Organization, Saudi Arabia (IIROSA), receives wholehearted support and encouragement from the people of Saudi Arabia, above all, the Custodian of the Two Holy Mosques, King Fahd Bin Abdul Aziz, HRH Crown Prince Abdullah Bin Abdul Aziz, Deputy Premier and Commander of the National Guard, HRH Prince Sultan Bin Abdul Aziz, Second Deputy Premier and Minister of Defense and Aviation, the entire Royal Family, the clergy, academicians, businessmen and philanthropists.*

*It is largely due to this generous support of the people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission  i.e. to supply food to  the hungry, clothes to the unclothed, medical care for the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.*

## Emergence:
*The IIROSA of Saudi Arabia is an offshoot of the Muslim World League. It came into existence on October 29, 1978 and the Royal approval No. 4834 was issued on 29/1/1979.*

## The Constitution:
*The constitution of the IIROSA was approved during the 35th session of the Constituent Council of the Muslim World League held in Holy Makkah between 7 – 10 October 1997.*

## Objectives
The objectives of the IIROSA were determined as follows:
1- providing distressed people struck by disaster anywhere, with relief items in times of emergency and disaster.
2- Providing necessary assistance to boost the morale of disaster victims and safeguard their entities and existence.
3- Taking interest in the development of the Muslim minority communities through education etc..etc...
4- Extending moral and material support to the poor and the needy.
5- Providing the poor, widows,  the elderly, children and orphans with comprehensive welfare.

## Means of Achievement
The means of achieving the objectives of the *IIROSA*  include the following:
1- Collecting funds from businessmen and other donors, and recruiting volunteers to help further the goals of the IIROSA
2- Using the mass media to reach out to donors.

# Introduction

*L.''Organisation Internationale Islamique de Secours d'Arabie Saudite reçoit un soutien généreux ainsi que les encouragements du peuple saudien, à leur tête, le gardien des Deux Saintes Mosquées, Roi Fahd Bin Abdoul Aziz, son Altesse Royale, le Prince Heritier Abdallah Bin Abdoul Aziz, Premier Vice Premier Ministre et Commandant de la Garde Nationale; son Altesse Royale, Soultan Bin Abdoul Aziz 2éme Vice Premier Ministre et Ministre de la Défense et de l'âviation; et l'auguste Famille Royale, le Clergé, les académiciens, les hommes d'Affaires et les philanthropes.*

*C'est essentiellement grâce à ce soutien du peuple saudien tout entier que l'OIIS soit capable d'accomplire sa mission humanitaire: fournir de la nouriture à ceux qui en ont besoin; des vêtements à ceux qui n'ont pas les moyens de se payer des habits, apporter d'aide médicale aux malades, et donner d'abris à des milliers d'orphalins, des sans-abris ainsi qu'à des dizaines de milliers de refugiés à travers le monde.*

*L'OIMS est issu de la Ligue Islamique Mondiale sur une décision de son Conseil constitutif lors de sa 20ème session tenue à La Mecque du 17 au 29 \ 10 \1978 avec l'approbation du Gouvernement No 4834 du29\1\1979.*

*Le Statut de l'Organisme a été adopté par le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 35 ème session tenue à La Mecque du 7-10\12\1997.*

## Les objectifs de l'Organisme:
1- Apporter des secours aux sinistrés parmi les populations et les groupes de gens victimes de catastrophes où qu'ils se trouvent, notamment ceux frappés dans leur personne, dans leurs biens,dans leur foi ou dans leur liberté.
2- Apporter des secours aux nécessiteux en vue de les protéger des pires catastrophes, améliorer leurs conditions et préserver leur identité voire leur existence.
3-Aider les minorités et développer leurs communautés et leurs sociétés à travers l'éducation et autres programmes de  promotion.
4- Apporter le soutien moral et l'appui matériel et financier aux pauvres et aux démunés.
5-Assurer une prise en charge complète autant que possible aux pauvres parmi les veuves, les vieillards, les enfants et les orphelins.

## Les moyens de l'Organisme:
1- Dons des bienfaiteurs et des hommes riches, des hommes d'affaires et des hommes de coeurs charitables. Appels d'incitations aux actions bénévoles par l'effort et les contri-

IIRO-003596

3- Setting up educational institutions and vocational centers, organizing social, as well as training programs and offering scholarships.

4- Setting up hospitals and dispensaries where the need arises.

5- Setting up orphanages equipped with educational facilities.

6- Coordinating with other relief organizations and international charity institutions.

## Administrative structure

The IIROSA consists of numerous departments:

## The Board of Directors:

The Board of Directors is the highest policy-making body of the organization and its decisions are binding upon the executive body. The current chairman of the board is Dr. Abdullah bin Saleh Al-Obaid, Secretary General of the Muslim World League. The new Board of Directors, which was formed in 1995, consists of fifteen (15) members including members from Japan and Senegal.

## The Secretariat General:

The Secretariat General is the executive wing of the *IIROSA* It is currently headed by the Secretary General, Dr. Adnan Khalil Basha.

## The Financial control system:

The *IIROSA* has a system through which it supervises the funds received from donors:

## One: The Pre-expenditure control:

1-1- This process aims at supervising the expenditure by following - up the implementation of the approved budget. It audits all expenditure vouchers in order to be sure that they have connection with the specific items allocated in the budget before approval by the competent authority.

1-2- Financial as well as administrative supervision by cross-checking the formalities required before expenditure and ascertaining that they conform with prevailing by-laws, regulations and instructions.

1-3- Finalizing the financial processes necessitating expenditure and correcting the line of maturity according to the provisions of the financial regulation and accounting system.

1-4- Making sure that the organization's financial and administrative rules and regulations are complied with.

1-5- Studying the financial plans, policies and regulations in force, in order to evaluate the process of implementation and submit proposals for development, amendment and addition to the higher authority to ensure better performance and strengthen supervision.

1-6- Revising new contracts before they are signed to ensure that the rights of the organization are protected.

## Two: Post expenditure internal control:

This department is under the direct control of the chairman of the Board of Directors. It is designed by the organization's constitution to achieve the following objectives:

butions financières.

2-Contact des donateurs à travers les média : radio,télévision, presse, livres, publications et autres.

3-Construction, appui et gestion d'instituts, d'écoles, d'établissements scolaires,des centres de formation, mise en oeuvre de programmes socio-professionnels et octroi de bourses scolaires dans des institutions scientifiques.

4- Construction et gestion d'hopitaux et de dispensaires dans les sociétés qui en ont besoin.

5-Construction, assistance et gestion des orphelinats et prise en charge de l'éducation d'orphelins et d'orphelines.

6- Coordination et coopération avec les organismes de secours et les organisations internationales de charité.

L'Organisme se compose de plusieurs appareils,le Conseil d' administration en est son autorité suprême, ses décisions sont mises en application par l'appareil exécutif.

L'Organisme est présidé par le Secrétaire général de la Ligue islamique mondiale: Dr.Abdallah ben Abdoul Mohsen Al Tourki qui est aussi président de son Conseil d'administration.

L'Organisme comprend, depuis 1998,dans sa nouvelle équipe 15 membres choisis parmi des personnalités intéressées par le Secours et l'Action humanitaire tant de l'intérieur du royaume d'Arabie Saoudite que de l'étranger, du Japon jusqu'au Sénégal. Le Secrétariat général est l'appareil exécutif de l'Organisme, il est présidé par le Dr. Adnan Ben Khalil Basha.

L'Organisme est doté d'un système de contrôle sur les fonds, les dons et les cadeaux qui lui parviennent des généreux donateurs,et ce à travers plusieurs maillons de contrôle financier à savoir:

1- Le Contrôle financier avant le paiement, dont les objectifs visent à:

1-1) Contrôler les dépenses par le suivi de la mise en oeuvre du budget multiforme à travers la révision de tous les documents portant ordre de paiement en s'assurant avant le paiement qu'ils soient liés aux chapitres qui leurs sont spécifiés dans le budget et non pas à des chapitres dépourvus de crédits ou de fonds supplémentaires aux crédits prévus. Tout cela avant de prendre toute décision de transfert et d'adoption par celui qui en a les attributions.

1-2) Procéder au contrôle financier et administratif en s'assurant que les dispositions antérieures au paiement,engageant l'Organisme dans des obligations envers d'autres parties,sont effectivement suivies conformément aux lois,aux règlements et aux instructions en vigueur.

1-3) Compléter toutes les procédures financières impliquant le paiement et corriger les échéances conformément aux dispositions de la loi de finance et des règlements de comptabilité.

1-4) Suivre les lois et les règlements de finance et d'administration en vigueur au sein de l'Organisme pour s'assurer de leur mise en application.

1-5) Etudier les plans,les politiques et les dispositions financières en vigueur et corriger les procédures de leur mise en oeuvre, formuler des suggestions à l'administration pour les améliorer et soumettre des propositions pour amender certains articles ou en rajouter d'autres pour améliorer le rende-

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

6

IIRO-003597

2-1- Examine the voucher cycle, the systems of control, internal control and account books and records in order to evaluate their efficiency and effectiveness, and to submit reports and proposals to both the board chairman and the Secretary General.

2-2- Verify the accuracy of financial, mathematical and statistical statements and any other relevant information extracted from the organization's books, records and documents.

2-3- Verify the formalities of expenditure, payment and the accounting books and the entries therein.

2-4- Verify the accuracy and sufficiency of documents relating to the processes of entries in accordance with the organization's by-laws, regulations and formalities.

2-5- Verify the accuracy and adequacy of formalities and means of protecting the organization's properties.

2-6- Compare actual statements of account with the estimated budget, and report any discrepancies between the two after investigating the nature as well as the causes of the discrepancy and how to avoid it in the future.

2-7- Submit quarterly reports about the organizations income and expenditure and their conformity with the organization's estimated budget approved by the board of directors.

**Three: Chartered auditor:**

The chartered auditor is assigned by the board of directors to control the financial performance of the organization through the following means:

3-1- Presenting an objective — technical opinion concerning the accuracy of the statements of account in the accounts books and records of the organization, and to what extent these statements tally with the item actually stated in the books and ledgers as well as the accuracy of the indexes in expressing the result of the organization's activities within the fiscal year as well as its financial position at the end of the period in question.

Furthermore, the chartered auditor is entitled to take the following measures:

A)- Review and cross check all the accounts books and ledgers to ascertain that they are correct, and to seek statements and information as well as explanation he may deem necessary for his task, and to see to it that they are prepared and signed by the competent official.

B)- Prevent or minimize the rate of error in accounting.

C)- Findout mistakes made in accounts book within the limits of what appears to him from his careful auditing of records and statements of account, and from information he may receive from the financial apparatus of the organization.

D)- Review and verify the organization's assets as well as its liabilities.

E)- Compare works executed and monetary actions with the stipulated works as well as with the regulations, and show any violations.

F)- Examine the closing account and prepare an analytical report of its contents, especially items pertaining to expenditure, income, credits and trusts.

---

ment et maîtriser davantage le contrôle.

1-6) Réviser les nouveaux contrats avant de les signer pour s'assurer qu'ils respectent les clauses garantissant les droits de l'Organisme.

2- Le Contrôle intérieur après le paiement: est lié au Président du Conseil d'administration. Le Statut de l'Organisme a prévu de mettre en place ce type de contrôle pour réaliser les objectifs suivants:

2-1) Examiner les rapports financiers périodiques,les règlements d'enregistrement et de contrôle intérieur,les livres et les registres des comptes de l'Organisme, les réctifier en fonction de leur suffisance et de leur opportunité, présenter des rapports et soumettre des propositions au président du Conseil et au Secrétaire général de l'Organisme.

2-2) S'assurer de l'authenticité des documents financiers, des états de comptabilités et de statistiques et de toute information afférente puisée dans les livres, les registres et les documents de l'Organisme.

2-3) S'assurer du respect des procédures financières relatives aux dépenses et aux encaissements, de la bonne tenue des livres et des registres de comptes de l'Organisme et des opérations d'enregistrement.

2-4) S'assurer de l'authenticité et de la disponibilité du nombre requis des documents nécessaires aux enregistrements dans les livres de comptes conformément aux statuts,

aux règlements et aux procédures d'usage de l'Organisme.

2-5) S'assurer du respect des procédures et des moyens de protection des biens de l'Organisme.

2-6) Comparer entre les états des comptes réels et les budgets prévisionnels en vue de

présenter des rapports sur toutes les différences enregistrées, soit à la baisse ou à la hausse, et d'analyser leur nature et leurs causes afin de trouver les moyens de les éviter.

2-7) Présenter un rapport trimestriel sur les revenus et les dépenses de l'Organisme et leur concordance avec le budget prévisionnel adopté par le Conseil.

3- Le Réviseur légiste des comptes: est désigné par le Conseil d'administration pour vérifier la gestion financière de l'Organisme, et a pour objectifs de:

Donner un avis technique neutre sur la précision des renseignements de comptabilité contenus dans les livres et les registres de l'organisme,sur la concordance des renseignements donnés sur les états des finances avec ce qui est réellement prouvé dans les livres et les registres de l'Organisme, et sur la précision de ces états à exprimer les résultats réels des réalisations de l'Organisme durant l'année financière et sur sa situation financière à la clôture de cette période.

Il lui appartient aussi de prendre les mesures suivantes:

a- Examiner tous les livres, les registres et les reçus, les analyser avec soin, s'assurer de leur authenticité et de leur nombre, reclamer de plus amples informations et toute explication qu'il jugera nécessaires et s'assurer quant à leur disponibilité et leur signature par celui qui en a les attributions.

b- Eliminer les erreurs de comptabilité.

c- Relever les erreurs d'enregistrement à la lumière de sa révi-

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

IIRO-003598

G)- Submit periodical reports concerning the organization's financial as well as accounting performance.

The Board of Directors has assigned Nazir and Banga Inc. (chartered auditors and accountants) to audit the organization's accounts for the fiscal year 2000.



**IIROSA's Chairman**



**IIROSA's Secretary General**

sion minutieuse des registres et des états de comptabilité ainsi que sur la base des renseignements qui lui parviennent de l'appareil financier de l'Organisme.

d- S'informer sur les avoirs de l'Organisme et s'assurer du respect de ses engagements envers les autres.

e- Comparer entre les opérations réalisées et les comportements financiers avec les prévisions et les mesures prises en montrant les différences le cas échéant.

f- Etudier le compte final et rédiger un rapport comportant une analyse sur son contenu notamment en ce qui concerne les dépenses, les recettes, les crédits, les dépôts et les consignations.

g- Rédiger des rapports périodiques sur l'état des finances et de la comptabilité de l'Organisme.

Le Conseil d'administration a chargé le Bureau Nader et Banqa (Inspecteurs et comptables juridiques) pour réviser les comptes de l'Organisme pour l'exercice 99\2000.



INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

8

IIRO-003599

# Domestic Branches:
## LES BUREAUX LOCAUX



IIRO-003600

### (1)-Al-Baha branch office

This office enjoys the wholehearted support of Prince Muhammed bin Saud bin Abdul Aziz, Governor of Al-Baha region and his deputy, Prince Faisal bin Muhammad bin Saud in its efforts to assist the poor and the needy.

_ The revenue of the office, which is supervised by Mr. Ibrahim Saeed Hamdan, was estimated at SR. 5,970,940. It helped in implementing of the following programs of the *IIROSA* :

1- Water- well digging at a cost of SR.12,422.

2- Educational programs at a cost of SR.30,457.

3- Health care programs at a cost of SR.9,050.

4- Palm date distribution at a cost of SR.280,754.

5- Construction/renovation of social service centers. SR.460,937

6- Running and sponsoring orphanages and Orphans at a cost of SR.2,41,721

7- Cultural programs at a cost of SR.18,574

8- Urgent relief SR.3,057,549

9- Zakat (poor due) SR.16,575

10- General donations and alms SR.8,780

11- Sanabil Al-Khair project SR.11,245

12- Charity sales SR.6,490

**Beneficiaries:**

Ugandam, Bosnia-Herzegovina, Bangladesh, Somalia Palestine, Kashmir, Chechnya, Sudan, Kosovo, Indonesia and Mozambique.



### 1-Bureau de Bahha:

Le prince Mohamed Ben Saoud ben Abdel Aziz, gouverneur de la région de Bahha et son adjoint le prince Faissal ben Mohamed ben Saoud accordent un grand intérêt à ce bureau et lui apportent tout leur soutien en vue d'aider les pauvres et les nécessiteux.

*Le bureau est dirigé par M. Ibrahim Said Hamdane. *Les recettes de ce bureau ont atteint en 99\2000 un montant de ( 5 970 940 riyals) destinés à la réalisation des projets suivants:

1- Forage de puits (12 422 riyals)

2- Appui à certains programmes d'enseignement (30 457 riyals)

3- Appui aux programmes de protection sanitaire (9 050 riyals)

4- Distribution de dattes (280 754 riyals)

5- Construction de centres sociaux (460 937 riyals)

6-Gestion d'orphelinats et prise en charge d'orphelins (2 041 721 riyals)

7-Appui aux programmes sociaux (18 574 riyals)

8-Aide aux Secours d'urgence (3 057 549 riyals)

9- Zakates ( Aumônes genrales) (16 575 riyals)

10-Dons et aumônes (8780 riyals)

11-Projets "Epis du bien" (11 245 riyals

12- Ventes de bienfaisance (6490 riyals)

**Pays bénéficiaires:**

1-Ouganda, 2-Bosnie Hérzégovine, 3- Bangladesh, 4-Somalie, 5-Palestine, 6- Cachemire,

7- Tchétchénie, 8- Soudan, 9 -Kosovo, 10 -Indonésie, 11-Mozambique.

### Riyadh Area:

### (2) - Riyadh Office:

The Riyadh branch of the *IIROSA* enjoys substantial support of Prince Salman bin Abdul Aziz, Governor of the Riyadh region and his deputy Prince Satam bin Abdul Aziz. Their growing interest as well as generous donations and sacrifices have helped the *IIROSA* implement numerous programs.

The Riyadh office is supervised by Mr. Ali bin Abdullah Al-Jurais. In the year 1999/2000, the revenue of the Riyadh branch was SR. 37,002,514.

The Riyadh Office has contributed in the following programs:

1- Orphan sponsorship and social welfare SR.10,074, 693, and SR.460,300 to subsidize orphanages and SR. 279, 000, to subsidize social welfare centers.

2- Marketing health care projects at SR. 588,537.

3- Marketing educational projects at SR. 585,009.

4- Subsidizing cultural projects at SR. 222,357.

5- Subsidizing urban centers at a cost of SR. 1,285, 972.

6- Building of service centers at a cost ofSR. 6, 320, 990.

7- Subsidizing water -well digging at a cost of SR.77,727.

8- Providing urgent relief, blankets and palm dates worth SR.8,926,121.

9- Distribution of palm dates worth SR.716,199.

10- Human development program SR.8,160.

11- Other allocated revenues SR.1,149,665.

12- General revenue and alms SR.1,577,618.

13 - Zakat (poor due) SR. 3,482, 169.



### Région de Riyadh

### 1-Bureau de Riyadh:

Ce Bureau bénéficie d'un grand soutien de la part du prince Salman ben Abdel Aziz, gouverneur de la région de Riyadh et de son adjoint le prince Sattam ben Abdel Aziz.

*Le bureau est dirigé par M. Ali ben Abdallah al Jariss. Les recettes de ce bureau ont atteint en 99/2000 (37 002 514 riyals)

Le bureau a participé aux réalisations suivantes:

1- Prise en charge d'orphelins et protection sociale (10 074 693 riyals), aide aux orphelinats (460 300 riyals) et aux centres de service social (279 000 riyals)

2- Commercialisation de projets sanitaires (588 537 riyals)

3- Commercialisation de projets d'enseignement (585 009 riyals)

4- Appui aux projets sociaux (222 357 riyals)

5- Appui aux centres urbains (1 285 972 riyals)

6- Appui aux constructions de centres sociaux (6 320 990 riyals)

7- Appui au forage de puits ( 77 727 riyals)

8-Aide aux Secours d'urgence, couvertures et distribution de dattes (8 926 121 riyals)

8- Distribution de dattes (716 199 riyals)

9-Programmes de promotion humaine (8 160 riyals)

10-Assistances diverses (1 149 665 riyals)

11- Donations générales et aumônes (1 577 618 riyals)

12- Zakates ( Aumône légale) (3 482 169 riyals)

IIRO-003601

14 - Donations by 'Sanabil Al-Khair' SR. 547,979.
Beneficiaries: Bangladesh, Pakistan, Afghanistan, Lebanon, Kashmir, Chechnya, Kosovo and Azerbaijan.

### (3) Al-Jouf Branch office:

The Governor of Al-Jouf, Prince Abdul Ilah bin Abdul Aziz shows commendable interest in the relief operations carried out by the IIROSA throughout the world.

The Al-Jouf branch office of the IIROSA, is supervised by Mr. Fakhri bin Ham'mad Al Shallal. Its revenue was SR. 1, 364, 158.

It helped the IIROSA achieve the following:
1- Orphan sponsorship at a cost of SR. 847, 065
2- Health care services at a cost of SR. 1630
3-Educational programs at a cost of SR.190
4-Cultural programs at a cost of SR. 4125
5-Construction of social service centers and water-well digging. SR.205, 820
6- Palm date distribution at cost of SR. 31, 380
7- Urgent relief at a cost of SR. 137, 895
8- Sanabilul Khair (contribution) SR. 3500
9- Zakat (poor due) SR. 123, 843
10-Alms SR. 8710
Beneficiaries: A number of countries including Kosovo and Chechnya.

### Asir Branch office:

There are 12 branch offices in the region such as Abha, Khamis Mushait, the Military base, Bisha, Namas, Al-Majardah, Balqarn, Daharan South, Maha'il, Al-Wadiyain, Sarh, Ballasmar, Sha'bain and Baariq. All these branch offices of the IIROSA are generously patronized and encouraged by Prince Khalid Al-Faisal, Governor of the Asir Region.

The executive director of the office is Mr. Muhammed bin Hameedy Al-Sarhani. With a revenue estimated at SR.22,103,047,50 the regional office, together with the Najran and Gizan offices helped implement the IIROSA projects and programs at the cost of SR.32,258,423 distributed as follows:
1- Orphan sponsorship at a cost of SR. 14,391,104.
2- Educational programs at a cost of SR.409,343.
3-Health care programs at a cost of SR.774,264.
4-Construction/renovation of service centers SR.1,523,981.
5-Water- well digging at a cost of SR.105,876.
6-Teacher sponsorship SR.1,196,960.
7-Urgent relief SR.12,721,534.
8-Palm date distribution at a cost of SR.938,806.
9-Zakat and general alms SR.196,555.

Beneficiaries: 1- Nigeria, Iraqi- Kurdistan, Chad, Kosovo and Chechnya.





13- Projets "Epis du bien" (547979 riyals)
Pays bénéficiaires:
1- Bangladesh, 2- Pakistan, 3- Afghanistan, 4- Liban, 5- Cachemire, 6-Tchétchénie, 7- Kosovo, 8- Azerbaïdjan.

### 3- Bureau d' El Jouf

Le prince Abd El Ilah ben Abdel Aziz, gouverneur de la région d'El Jouf accorde un grand intérêt à l'action de Secours menée par l'Organisme à travers le monde.
*Le bureau est dirigé par M. Fakhri ben Hamad Ash Shallal.Les recettes de ce bureau ont atteint en l'an 99\2000 (1 364 158 riyals) Quant aux contributions du bureau dans la réalisation des projets de l'Organisme, elles sont comme il suit:
1- Prise en charge d'orphelins (847 065 riyals)
2- Prestations sanitaires (1630 riyals)
3- Programmes d'enseignement (190 riyals)
4- Programmes culturels (4125 riyals)
5-Appui aux constructions de centres sociaux et forage de puits (205 820 riyals)
6-Distribution de dattes (31 380 riyals)
7- Secours d'urgence (137 895 riyals)
8- Projets "Epis du bien"( Al Atta) (3500 riyals)
9- Zakates (123 843 riyals)
10- Aumônes (8710riyals)
Parmi les pays bénéficiaires: le Kosovo et la Tchétchénie.

### 6- Bureaux de la région de Assire

Il existe 12 bureaux dans la région de Assire; il s'agit des bureaux de: Abha, Khamis Mouchaït, la ville militaire, Bisha, Namas, El Moujarada, Balqarn, Al Janoub, Najran Mouhaïl, El wadaïn, Assarh, Bellasmar, Chaabaïn et Bariq.

Tous ces Bureaux de la région du sud bénéficient du patronage du prince Khaled Al Faissal et de ses généreux encouragements.
*Le directeur exécutif de ces bureaux est M. Mohamed ben Houmaïdi Sarhani.

Les recettes de ces bureaux ont atteint en l'an 99\2000 un montant de (22 103 047, 50 riyals)

Le bureau de Assire avec les bureaux de Najran et de Jizan ont contribué à la réalisation des programmes et projets de l'Organisme avec un montant global de (32 258 423 riyals) pour les projets suivants:
1- Prise en charge d'orphelins (14 391 104 riyals)
2- Appui à certains projets d'enseignement (409 343riyals)
3- Appui à certains projets de santé (774 264 riyals)
4- Appui aux constructions de centres sociaux (1 523 981 riyals)
5- Forage de puits (105 876 riyals)
6- Prise en charge d'enseignants(1 196 960 riyals)
7- Secours d'urgence (12 721 534 riyals)
8- Distribution de dattes (938 806 riyals)
9- Zakates et aumônes générales (196 555 riyals)
Pays bénéficiaires:
1-Nigeria, 2- Kurdistan (Irak), 3-Tchad, Kosovo, Tchétchénie.

IIRO-003602

## (5)-Makkah Al-Mukarramah Area:

The branch offices of the *IIROSA* in Makkah, Jeddah and Taif receive profound attention of Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, who was the guest of honour at the Sanabil Al-Khair function held in Jeddah on 14/12/1999. His efforts have contributed effectively to the implementation of the organization's programs in the various parts of the world.



### (1-5) - Makkah branch office:

This office is supervised by Dr. Ahmed bin Nafia Al-Mauraie. Its revenue was estimated at SR.12,754, 839, and 25.

The Makkah office helped accomplish the following:

1- Orphan sponsorship at a cost of SR.4,644,432.
2- Health services at a cost of SR.21, 631.
3- Education at a cost of SR.542,666.
4- Palm dates supply at a cost of SR.1,013,323.
5- Urgent relief at a cost of SR. 32,432.
6- Subsidized educational programs at a cost of SR.20,688.
7- Construction of service centers at a cost of SR. 653,462.
8- Water well digging at a cost of SR.177,820.
9- Zakat collection SR.586,326,50.
10- General donations and alms SR. 4,29,905,75.

Beneficiaries: 1 Sudan, Kosovo, Bosnia-Herzegovina, Afghanistan, Bangladesh, Indonesia, Nigeria, Albania, Iraqi- Kurdistan, Thailand, Sierra Leone, Chechnya, Pakistan, Mauritania, Somalia, Ethiopia, Kashmir and Burma.

### (2-5) Jeddah branch office:

The Governor of Jeddah, Prince Mish'al bin Majid bin Abdul Aziz takes keen interest in the activities of the Jeddah office of the *IIROSA*.

The Jeddah branch office is supervised by Mr. Saleh Ahmed Ba'abood, and its revenue was estimated at SR. 32, 889, 889 spent on the following programs:

1- Orphan sponsorship at a cost of SR.13,651,912.
2- Health care at a cost of SR.219,072.
3- Educational care at the cost of SR.1,177,958.
4- Urgent relief at the cost of SR.13,435,211.
5- Support to cultural activities SR.396,179.
6- Human resources development program at the cost of SR.24,260.
7- Seasonal programs (distribution of Palm dates)SR. 564,312.
8- Construction of social centers SR.1,422,959.
9- Water well digging at a cost of SR.218,457.
10- General donations and alms SR.106,145.
11- Zakat (poor due) SR.1,002,040.
12- Sanabil Al- Khair SR.671,384.

Beneficiaries: 1 Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Chad, Somalia, Djibouti, Uganda, Kashmir, Eritrea, Yugoslavia, Turkey, Albania, Afghanistan, the Philippine, Burma, Bangladesh, Sri Lanka, Russia, Iraqi-Kurdistan, The

## Région de La Mecque el Moukarramah

Les Bureaux de de l'Organisme à La Mecque el Moukarramah à Djeddah et à Taif bénéficient d'un grand intérêt de la part du prince Majed ben Abdel Aziz, gouverneur de la région de La Mecque el Moukarramah. Ces grands efforts ont eu des effets positifs sur la redynamisation des activités et des programmes de l'Organisme à travers le monde.Son altesse a honoré de sa presence la soirée de charité tenue le mardi 14-12-1999 à Djeddah.

### 2-Bureau de La Mecque el Moukarramah

*Le bureau est dirigé par Dr. Ahmed ben Nafa'a al Mouryi. Les recettes de ce bureau ont atteint en l' an 99\2000 (12 754 839, 25 riyals)

Le bureau à participé aux réalisations suivantes:

1- Prise en charge d'orphelins (4 644 432 riyals)
2- Prestations sanitaires ( 21 631 riyals)
3- Education et enseignement (542 666 riyals)
4-Distribution de dattes (1 013 323 riyals)
5- Secours d'urgence (32 432 riyals)
6- Appui aux programmes d'enseignement (20 688 riyals)
7- Contribution aux projets de construction de centres sociaux (1 653 462 riyals)
8-Forages de puits(177 820 riyals)
9- Zakates (586 326, 50 riyals)
10-Dons et aumônes générales (4 029 905, 75 riyals)

Pays bénéficiaires:

1- Soudan, 2- Kosovo, 3- Bosnie-Hérzégovine, 4- Afghanistan, 5- Bangladesh, 6- Indonésie, 7- Nigeria, 8- Albanie, 9- Kurdistan, 10- Thaïlande, 11- Sierra Leone, 12-Tchétchénie, 13- Pakistan, 14- Mauritanie, 15- Somalie, 16- Ethiopie, 17-Cachemire.

### Bureau de Djeddah:

Le prince Mash'al ben Majed ben Abd El Aziz , gouverneur de Djeddah supervise et encadre les activités de ce bureau.

*Le bureau est dirigé par M. Saleh Ahmed Baaboud. Les recettes de ce bureau ont atteint en l'an 99\2000 (32 889 889 riyals) pour la réalisation des programmes et projets suivants:

1- Prise en charge d'orphelins (13 651 912 riyals)
2- Prise en charge sanitaire (219 072 riyals)
3- Prise en charge de projets d'enseignement (1 177 958 riyals)
4- Secours d'urgence (13 435 211 riyals)
5- Appui aux programmes culturels (396 179 riyals)
6- Programmes de promotion humaine (24 260 riyals)
7-Distribution de dattes (564 312 riyals)
8-Appui aux constructions de centres sociaux (1 422 959 riyals)
9-Forage de puits (218 457 riyals)
10- Dons et aumônes générales (106 145 riyals) Bangladesh
11- Zakates (1 002 040 riyals)
12- Projets "Epis du bien" (671 384 riyals)

Pays bénéficiaires:

1- Kosovo, 2- Pakistan, 3- Egypte, 4- Palestine, 5- Yémen, 6- Tchétchénie, 7-Soudan, 8- Tchad, 9- Somalie, 10-Djibouti, 11-Ouganda, 12- Cachemire, 13-

IIRO-003603

Balkans, The Tuaregs of Algeria, Ethiopia, Mozambique, India, Indonesia, Nigeria, Thailand and Mauritania.

### (5-3)- The Women's IIROSA Commmitee , Jeddah

Ms. Baheejah Ezzi runs the women's IIROSA Coommittee, Jeddah. The committee's revenue was estimated at SR.9,000,059. It helped in implementation of the following projects:

1- Health care programs at a cost of SR.215, 848.

2- Educational programs at a cost of SR.19, 650.

3- Cultural programs at a cost of SR.137,104.

4- Orphan sponsorship at a cost of SR.1,978,285.

5- Urgent relief .SR.6,249,843.

6- Construction/renovation of social service centers SR.138,815.

7- Water- well digging at a cost of SR.25,072.

8- Human resources development centers SR. 4,550

9- General donation SR.29,848.

10- Sanabil al- Khair donations SR.11,878.

11- Zakat (alms) SR6,360.

Beneficiaries: Iraqi-Kurdistan, Gambia, Tanzania, Kosovo, Albania, Somalia, Sudan, Lebanon, Kenya, Mali, Afghanistan, Uganda, Ethiopia, Egypt, Syria, Bosnia, Jordan, Ghana, Mauritania, Nigeria, Burkina Faso, Senegal, Bangladesh, Bulgaria, Chad, Yemen, Eritrea, Mozambique, Malawi, Chechnya, Turkey, Palestine, Kashmir, Indonesia and Djibouti.

### (5-4) Taif branch office:

The programs executed by the Taif branch office of the *IIROSA* are strongly supported by H.E. Mr. Fahd bin Abdul Aziz bin Muammar, Governor of Taif. This branch office, which is managed by Dr. Talal Obeid Zafar, supervises over both the Hawiyah branch office and the Women's *IIROSA* Committee. Its revenue was estimated at about SR.6,525,590.

This branch office has so far accomplished the following:

1- Orphan sponsorship at a cost of SR.2,444,919.

2- Health care programs at a cost of SR.103,562.

3- Cultural programs at a cost of SR.24, 020.

4- Educational programs at a cost of SR.110,716.

5- Urgent relief and refugees SR.1,963,522.

6- Water- well digging at a cost of SR.92,250.

7- Construction/renovation of social service centers SR. 598,406.

8- Distribution of palm dates at a cost of SR.156,118.

9- General donations and alms SR.491,162.

10- Zakat (alms) SR.494,604.

11- Sanabil Al-Khair SR.46,311.

Beneficiaries: The Comoros,Somalia, Pakistan, Afghanistan, Nigeria, ndia, Nepal, Iraqi Kurdistan,

Erythrée, 14-Yougoslavie, 15- Turquie, 16- Albanie, 17- Afghanistan, 18- Philippines, 19-Birmanie, 20-Bangladesh, 21- Sri Lanka, 22- Russie, 23-Kurdistan 24-région des Balkans, 25-Algérie (Touaregs), 26-Ethiopie, 27 Mozambique, 28- Inde, 29- Indonésie, 30-Nigeria, 31-Thaïlande, 32 Mauritanie.

### La Commission des femmes de Djeddah:

Le Bureau de cette Commission est dirigé par Mme Bahija Azzi.

Les recettes de ce bureau ont atteint en l'an 99\2000 un montant de (9 000 059 riyals) pour réaliser les programmes et les projets suivants:

1-Programmes sanitaires (215 848 riyals)

2-Prise en charge de projets d'enseignement (19 650 riyals)

3- Programmes culturels (137 104 riyals)

4- Prise en charge d'orphelins (1 978 285 riyals)

5-Secours d'urgence (6 249 843 riyals)

6- Construction et restauration de centres sociaux (138 815 riyals)

7-Forage de puits (25 072 riyals)

8-Centres de promotion humaine (4550 riyals)

9- Aumônes générales (29 848 riyals)

10- Projets "Epis du bien" (11 878 riyals)

11- Zakates (6360 riyals)

Pays bénéficiaires:

1- Kurdistan, 2- Gambie, 3- Tanzanie, 4- Kosovo, 5- Albanie, 6- Somalie, 7- Soudan, 8- Liban, 9- Kenya, 10- Mali, 11- Pakistan, 12- Ouganda, 13- Ethiopie, 14- Egypte, 15- Syrie, 16- Bosnie- Hérzégovine, 17- Jordanie, 18- Ghana, 19- Mauritanie, 20- Nigeria, 21- Burkina Faso, 22- Sénégal, 23- Bangladesh, 24- Bulgarie25- Tchad, 26- Yémen, 27- Erythrée, 28- Mozambique, 29- Malawi, 30- Tchétchénie, 31- Turquie, 32- Palestine, 33- Cachemire, 34 Indonésie, 35- Djibouti.

### Bureau de Taïf

Le Bureau de Taïf reçoit tout l'appui du gouverneur de Taïf M.Fahd Ben Abd El Aziz ben Moamar.

*Le bureau est dirigé par le Dr. Talal Obeid Dhafr. Il est rattaché au bureau d' El Hawiya et à celui de la commission des femmes. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (6 525 590 riyals). Les réalisations de ce bureau sont les suivantes:

1- Prise en charge d'orphelins (2 444 919 riyals)

2-Prise en charge sanitaire (103 562 riyals)

3-Appui aux programmes culturels (24 020 riyals)

4- Projets d'enseignement (110 716 riyals)

5-Secours d'urgence et aides aux réfugiés (1 963 522 riyals)

6-Forage de puits (92 250 riyals)

7- Appui aux constructions de centres sociaux (598 406 riyals)

8-Distribution de dattes (156 118 riyals)

9-Dons et aumônes générales (491 162 riyals)

10-Zakates (494 604 riyals)

11- Projets "Epis du bien" (46 311 riyals)

Pays bénéficiaires: 1- Comores, 2- Somalie, 3- Pakistan, 4-Afghanistan, 5- Nigeria, 6-Inde, 7- Népal,

13

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

IIRO-003604

Burundi, Rwanda, Ethiopia, Kosovo and Chechnya.

## (6)- Madina Region:
### (6-1)- Madina branch office

The various programs of the Madina branch office of the *IIROSA* are strongly supported by Prince Miqrin bin Abdul Aziz, Governor of the Madina. Dr. Hamza Zuhair Hafiz is the Director of this branch office, whose revenue in the year 1999, was estimated at SR.15,498,525. During this period, the office helped accomplish the following:

1- Orphan sponsorship at a cost of SR.6,039,343.
2- Health care programs at a cost of SR. 421,642.
3- Educational programs at a cost of SR.679,772.
4- Urgent relief SR. 5,258,955.
5- Construction/renovation of social service centers SR. 903,082.
6- Water- well digging at a cost of SR.207,465.
7- Human resources development centers SR.37,060.
8- Distribution of Palm dates at a cost of SR.316,676.
9- Cultural programs at a cost of SR.109,065.
10- General donations SR.1,406,059.
11- Sanabil Al- Khair  SR.219,406.

Beneficiaries: 1 Mauritania, Guinea, Bissau, Liberia, Cote d' Ivoir, Gambia, Burkina Fasso, Senegal, Sierra Leone, Ghana, Kosovo and Chechnya.

## (6-2) Yanbu branch office:

The Yanbu branch office is supervised by Eng. Abdullah Ibrahim Sharif. Its revenue was estimated at SR. 4,852,230.

It contributed in achieving the following:

1- Orphan sponsorship at a cost of SR.2,510,132.
2- Health care programs at a cost of SR.9,793.
3- Educational programs at a cost of SR.53,306.
4- Cultural programs at the cost of SR.89,975.
5- Palm dates distribution at the cost of SR. 2,741.
6- Urgent relief at a cost of SR.1,751,922.
7- Construction of social service centers SR.236,584.
8- Water- well digging at a cost of SR.19,255.
9- Human resources development at the cost of SR.1350.
10- Perpetual alms SR.140,172.
Beneficiaries:
Mozambique, Malagasy, Kosovo and Chechnya.

## (7) Najran Branch Office:

The branch office in Najran enjoys the patronage of Prince Mish'al bin Saud bin Abdul Aziz, Governor of the Najran region. The office is supervised by Mr. Khalid Saud Al-Faris. Revenue is estimated at SR.1,232, 363, and SR.2, 461,421,50 respectively. This office, together with the Assir and Gizan branch offices have contributed in implementing the organization's programs and projects at a cost of SR.32, 258.423 disbursed as follows:

1- Orphan sponsorship at a cost of SR.14,391,104.

---

8- Kurdistan (Irak), 9- Burundi, 10- Rwanda, 11- Ethiopie, 12- Kosovo, 13- Tchétchénie.



## Région de Médine el Mounawwara
### Bureau de Médine el Mounawwara

Le prince Maqrin ben Abdel Aziz, gouverneur de la région de Médine el Mounawwara accorde une grande attention aux multiples programmes de l'Organisme et les appuit.

Le bureau est dirigé par le Dr. Hamza Zuhair Hafedh. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (15 498 525 riyals). Les réalisations de ce bureau sont les suivantes:

1-Prise en charge d'orphelins et d'orphelinats (6 039 343 riyals)
2- Programmes sanitaires (421 642 riyals)
3- Projets d'enseignement (579 772 riyals)
4- Secours d'urgence (5 258 955 riyals)
5- Centres sociaux(903 082 riyals)
6- Forage de puits (207 465 riyals)
7- Promotion humaine (37 060 riyals)
8- Distribution de dattes (316 676 riyals)
9- Programmes culturels (109 065 riyals)
10- Dons générales (1 406 059 riyals)
11- Projets "Epis du bien" (219 406 riyals)
Pays bénéficiaires: 1-Mauritanie, 2- Guinée, 3-Guinée Bissau 4- Liberia, 5- Côte d'Ivoire, 6- Gambie, 7- Burkina Faso, 8-Sénégal, 9- Sierra Leone, 10- Ghana, 11- Kosovo, 12- Tchétchénie.

## 4-Bureau de Yanbou

*Le bureau est dirigé par l'ingénieur Abdallah Ibrahim Sharif. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (4 852 230 riyals). Les réalisations de ce bureau sont les suivantes:

1- Prise en charge d'orphelins (2 510 132 riyals)
2- Programmes sanitaires (9 793 riyals)
3- Programmes d'enseignement (53 306 riyals)
5- Appui aux programmes culturels (89 975riyals)
6-Distribution de dattes (12 741 riyals)
7- Secours d'urgence (1 751 922 iyals)
8- Appui aux constructions de centres sociaux (236 584 riyals)
9- Forage de puits (19 255 riyals)
10- Programmes de promotion humaine (1350 riyals)
11- Aumónes générales (140 172 riyals)
Pays bénéficiaires:
1- Mozambique, 2- Madagascar, 3- Kosovo, 4-Tchétchénie.

## Bureau de Najran



Le prince Mashaal ben Saoud ben Abdel Aziz, gouverneur de la région de Najran accorde un grand intérêt à ce bureau.

Le bureau est dirigé par Cheikh Khaled Saoud Fares. Les recettes de ce bureau ont atteint en 98\1999 le montant de (1 232 363 riyals) et en l'an 99\2000 (2 461 421, 50 riyals)Le bureau a contribué avec les bureaux de Assire et de Jizan pour un montant global de (32 258 423 riyals) à la réalisation des programmes et projets suivants:

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

14

IIRO-003605

2- Educational projects at a cost of SR.409,343.

3- Health care programs at a cost of SR.774,264.

4- Construction of service centers at a cost of SR.1,523,981.

5- Water-well digging at a cost of SR.105,876.

6- Teacher sponsorship at a cost of SR.1,196,960.

7- Urgent relief at a cost of SR.12,721,534.

8- Palm-date distribution at a cost of SR.938,806.

9- Zakat (poor due) and general alms SR.196,555.

Beneficiaries:

1-Nigeria, Iraqi-Kurdistan, Chad, Kosovo and Chechnya.

## (8) Al - Qasim branch office:

Prince Faisal bin Bandar bin Abdul Aziz, Governor of Al-Qasim region takes great interest in the activities of the branch offices of the IIROSA in the Al-Qasim area. Apart from Buraidah office, there are other branch offices in Al-As'yah, Al-Bikairiah, Ar-Ras, Riyadh Al-Khabra, Maznab, Oyoon Al-Jawa'a and Enaiza. The Prince's annual contribution to the activities of the branch office is estimated at SR.100,000.

## (8-1)-Buraida Office:

The Buraidah office is supervised by Dr. Sulaiman bin Hamad Al-Saqri. Its revenue was estimated at SR. 6,528,413 spent on the following programs:

1- Palm dates distribution at a cost of SR.416,466.

2- Subsidized welfare centers and dug up water-wells at a cost of SR.180,604.

3- Educational programs and teacher sponsorship at a cost of SR.78,473.

4- Orphan sponsorship and social welfare at a cost of SR.1,722,770.

5- Health care programs at a cost of SR.19,969.

6- Cultural programs at a cost of SR.12,355.

7- Urgent relief – blankets and winter supply at a cost of SR.3,998,547.

8- Zakat collection SR.22,617.

9- Sanabil Al-Khair SR.4,268.

10- General donations and alms SR.72,244.

11- Sales of "Atfaluna" (Our Children) project SR.100.

Beneficiaries:

Sri Lanka, Nepa, Ethiopia, Kosovo, Bosnia-Herzegovina, Kashmir and Chechnya.

## (8-2) – Unaizah:

The Unaizah branch office of the IIROSA is supervised by Sheikh Abdullah bin Hamad Al-Jabr. Its revenue was estimated at SR.1,363,600.

It helped in implementing of the following programs of IIROSA:

1- Cultural programs at a cost of SR.300.

2- Educational programs at a cost of SR.78,874.



1- Prise en charge d'orphelins (14 391 104 riyals)

2- Projets d'enseignement (409 343 riyals)

3- Programmes sanitaires (774 264 riyals)

4- Appui aux constructions de centres sociaux ( 1 523 981 riyals)

5- Forage de puits (105 876 riyals)

6- Prise en charge d'enseignants (1 196 960 riyals)

7- Secours d'urgence (12 721 534 iyals)

8- Distribution de dattes (938 806 riyals)

9- Zakates et aumônes générales (196 555 riyals)

*Pays bénéficiaires

1- Nigeria, 2-Kurdistan (Iraq), 3-Tchad, 4- Kosovo, 5- Tchétchénie.

## 9-Bureau de la région d'El Qassim:

Le prince Faissal ben Bandar ben Abdel Aziz, gouverneur de la région d'El Qassim accorde un grand intérêt aux bureaux de l'Organisme dans la région d'El Qassim, à savoir, les bureaux de: Buraïda auquel sont affiliés les bureaux annexes d'El Assiah, El Bakiria, El Rass, Riyadh El Khabra, El Madhnab, Ouyoun al Jawa' et le bureau d' Ounaïza. Le prince Faissal ben Bandar tient toujours à présider la cérémonie annuelle de bienfaisance organisée dans la région où il fait, à chaque fois, des dons de son propre argent dont le montant n'a jamais été en dessous de 100 milles riyals

## 1- Bureau de Buraïda:

Le bureau est dirigé par le Dr. Souleymane ben Hamed Saqri. Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (6 528 413 riyals).

Le bureau a contribué à la réalisation des programmes et projets suivants:

1- Distribution de dattes (416 466 riyals)

2-Appui aux centres sociaux et au forage de puits (180 604 riyals)

3-Appui aux programmes d'enseignement et prise en charge d'enseignants (78 473 riyals)

4- Prise en charge d'orphelins et programmes de protection sociale (1722 770 riyals)

5- Programmes de prise en charge sanitaires (19 969 riyals)

6- programmes culturels (12 355 riyals)

7-Secours d'urgence et distribution de couvertures et de vivres d'hiver (3 998 547 riyals)

8-Zakates (22 617 riyals)

9- Projets "Epis du bien" (4 268 riyals)

10- Dons et aumônes générales(72 244 riyals)

11- Dons au projet "nos enfants" (100 riyals)

Pays bénéficiaires:1-Sri Lanka, 2- Népal, 3- Ethiopie, 4- Kosovo, 5-Bosnie-Hérzégovine, 6- Cachemire, 7-Tchétchénie.

## 2-Bureau de Ounaïza

Le bureau est dirigé par M. Abdallah ben Hamed al Jabr.

Les recettes de ce bureau ont atteint en l'an 99\2000 le montant de (1 363 600 riyals).

Ce bureau a contribué à la réalisation des programmes et projets suivants:

1- Programmes culturels (300 riyals)

IIRO-003606



3- Construction of service centers & Water- well digging at a cost of SR.21,820/ SR.6,200 respectively.

4- Orphan sponsorship (784 orphans) at a cost of SR. 413,821.

5- Palm date distribution at a cost of SR.75, 910.

6-Urgent relief SR.764,935.

7- Sanabil Al-Khair SR.1,390.

8- General Zakah (alms ) SR.350.

Beneficiaries:

Kenya, The Sudan, Kosovo and Chechnya.

## (9) Branch offices of the IIROSA in the Eastern Region

The branch offices of the *IIROSA* in the Eastern Province receive infinite support from Prince Muhammed bin Fahd bin Abdul Aziz, Governor of the EasternRegion, and Prince Saud bin Naif bin Abdul Aziz, Deputy Governor of the Region. These branch offices are supervised by His Highness Prince Turki bin Fahad bin Jalawi Al-Saud.

There are seven branch offices under the eastern provincial office, namely, Dammam, Ahsa, Jubail, Hafr Al- Batin, Ras Tanura, Al-Khafgi and Bqaiq.

The revenue for the year 1999, which was transferred to the general secretariat SR.10,875,973, which helped, implementing of the following programs:

1- Orphan sponsorship at a cost of SR.3, 714,925.

2- Health care programs at a cost of SR.672, 559.

3- Educational programs at a cost of SR.887, 081.

4- Cultural projects…SR.1, 436,508.

5-Human resources development projects SR.111,768.

6- Urgent relief campaign SR.4,053,132.

Beneficiaries:  1  Indonesia, India, Thailand, Philippines, Sudan, Kosovo and Chechnya.

## (10)- Gizan branch office:

The *IIROSA* offices in the Gizan area are wholeheartedly supported by Mr. Muhammed bin Turki Al-Sidairi, Governor of the Gizan area. Offices under the supervision of the Gizan office are: Sabya office-Samta office — Abu Arish, Darb and Beysh.

The regional office in Gizan is supervised by Sheikh Muhammed bin Hassan Al-Hazmi.

The revenue is estimated at SR.4, 634,856, and SR.7, 693,954 respectively. The regional office in Gizan, alongwith the Assir and Najran offices have contributed in the implementation of the various projects of *IIROSA*  at the cost of SR.32, 258,423 disbursed as follows:

1- Orphan sponsorship at a cost of SR.14,391,104.

2- Educational programs at a cost of SR.409,343.

3- Health care programs at a cost of SR.774,264.

4- Service center construction at a cost of SR.1,523,981.

5- Water well digging at a cost of SR.105,876.

6- Teacher sponsorship at a cost of  SR.1,196,960.

7- Urgent relief at a cost of SR.12,721,534.

8- Palm dates distribution at a cost of SR.938,806.

9- Zakat (alms) and general alms totaling SR.196,555.

Beneficiaries:

Nigeria, Kurdistan, Chad, Kosovo and Chechnya.



2-Appui aux projets d'enseignement (78 874 riyals)

3-Appui aux centres sociaux (21 820 riyals)

4- Forage de puits (6200 riyals)

5- Prise en charge de 884 orphelins (413 821 riyals)

6- Distribution de dattes (75 910 riyals)

7- Secours d'urgence au Kosovo (764 935 riyals)

8- Projets "Epis du bien" (1390 riyals)

9- Aumônes générales (350 riyals)

Pays bénéficiaires:

1- Kenya, 2- Soudan, 3-Kosovo, 4- Tchétchénie.

## 8-Bureau de la région de l'Est

Ils bénéficient de l'appui illimité du prince Mohamed Ben Fahd ben Abdel Aziz, gouverneur de la région de l'Est et de son adjoint le prince Saoud Ben Naif ben Abdel Aziz.

Ces bureaux sont dirigés par le prince Turki ben Fahd ben Jalwi Al Saoud.

Les bureaux de cette région sont au nombre de 7 bureaux à savoir: Dammam, Al Ahsa, Jubaïl , Hafr al Batan, Ras Tanura, Al Khafji, et Baqiq.

Les recettes de ces bureaux ont atteint en l'an 99\2000 le montant de (10 875 973 riyals). Ces bureaux ont contribué à la réalisation des programmes et projets suivants:

1- Prise en charge d'orphelins (3 714 925 riyals)

2- Programmes sanitaires (672 559 riyals)

3- Programmes d'enseignement (887 081 riyals)

4- Programmes culturels (1 436 508 riyals)

5- Programmes de promotion humaine(111 768 riyals)

6- Secours d'urgence (4 053 132 riyals)

Pays bénéficiaires: 1-Indonésie, 2- Inde, 3- Thaïlande, 4- Philippines, 5- Soudan.

6-Kosovo, 7- Tchétchénie.

## Bureau de Jizan

Le prince Mohamed benTurki Asdiri, gouverneur de la région de Jizan accorde un grand intérêt à ce bureau auquel sont rattachés les bureaux annexes de: Sabiya, Samta, Abu Arich, Darbet Bich, 'El Assiah,

Le bureau est dirigé par Cheikh: Mohamed ben Hassan Al Hazimi.

Les recettes de ces bureaux ont atteint en 98\1999 le montant de (4 634 856 riyals)et en l'an 99\2000 le montant de (7 693 954 riyals). Le bureau de Jizan a contribué avec les bureaux de Assire et Najran avec un montant global de (32 258 423 riyals) à la réalisation des programmes et projets suivants:

1- Prise en charge d'orphelins (14 391 104 riyals)

2- Projets d'enseignement (409 343 riyals)

3- Programmes sanitaires (774 264 riyals)

4-Construction de centres sociaux ( 1 523 981 riyals)

5- Forage de puits (105 876 riyals)

6- Prise en charge d'enseignants (1 196 960 riyals)

7- Secours d'urgence (12 721 534 iyals)

8- Distribution de dattes (938 806 riyals)

9- Zakates et aumônes générales (196 555 riyals)

*Pays bénéficiaires:

1- Nigeria, 2-Kurdistan (Iraq), 3-Tchad, 4- Kosovo, 5- Tchétchénie.

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

16

IIRO-003607

**The Annual Report of the IIROSA for the year 2000**
**Domestic Offices Revenue stated according to the amount of the revenue**
**NO. Branch Office Revenue in SR.**

Rapport annuel de l'OIMS pour l'an 99\2000 Tableau de recettes des bureaux  locaux

| No. | Office<br>Bureau | Revenue (Saudi Riyals)<br>Recettes  (Riyals  saoudiens ) |
|---|---|---|
| 1 | **Riyadh office**<br>Bureau de Riyadh | 37,002,514,00 |
| 2 | **Jeddah office**<br>Bureau de jeddah | 32,889,889,00 |
| 3 | **Assir office**<br>Bureau de Assire | 22,103,047,50 |
| 4 | **Madina Munawarrah**<br>Médina el Mounawwara | 15,498,525,00 |
| 5 | **Makkah Mukarramah**<br>Mecque El Moukarramah | 12,754,839,00 |
| 6 | **Eastern regional office**<br>Bureau de la région de l'Est | 10,875,973,00 |
| 7 | **Women' Committee**<br>la Commission des femmes | 9,000,059,00 |
| 8 | **Gizan office**<br>Bureau de Gizan | 7,693,954,00 |
| 9 | **Bouraida office**<br>Bureau de Bouraïda | 6,528,413,00 |
| 10 | **Taif office**<br>Bureau de Taïf | 6,525,590,00 |
| 11 | **Baha office**<br>Bureau de Bahha | 5,970,940,00 |
| 12 | **Yanbu office**<br>Bureau de Yanbou | 4,825,330,00 |
| 13 | **Najran office**<br>Bureau de Najran | 2,461,421,50 |
| 14 | **Jouf office**<br>Bureau d'el Jouf | 1,364,158,00 |
| 15 | **Unaiza office**<br>Bureau de Ounaïza | 1,363,600,00 |

IIRO-003608

**Urgent Relief & Shipping Program- Europe**
Programme des Secours d'urgence et des cargaisons acheminées

**Details of relief aid sent to the various countries:**

Voici maintenant les détails des assistances de Secours d'urgence acheminées dans les différents pays par ordre alphabétique selon les continents:

## Europe:

### Bosnia-Herzegovina

I. Reconstruction of destroyed homes in Bosnia-Herzegovina at the cost of $10,000 transferred to committee running the IIROSA office in Sarajevo on 2/12/1999.

II. Following an urgent report sent by the IIROSA office in Sarajevo concerning the deplorable conditions of about 1500 families in Jepgoraida, an amount of $14,967 was transferred to the office on 22/2/2000 to help the hapless families

III. The IIROSA paid an amount of $1074 as the subscription rate of the Coordination Council for the Relief of the People of Bosnia-Herzegovina, bringing the total amount spent in that country to SR.97,654.

### Turkey

Following the devastating earthquake that struck north western parts of Turkey on Tuesday 17/8/1999, the Secretariat General of the IIROSA contacted member organizations of the Urgent Relief Committee and established a channel of coordination with both the Saudi Arabian and Turkish Red Crescents to extend necessary assistance to the victims. Accordingly, 10 containers measuring 20 feet each were shipped to Turkey carrying rice, blankets, water canisters, medicine and wheelchairs. The estimated weight of the items was 112,145 kg. costing about SR.2,177,725 in addition to SR.33,750 shipment costs, and SR.37,500 distribution costs, bringing the total amount spent to SR. 2,248,975.

### Kosovo

In the wake of the events of destruction, murder and forceful eviction of the Kosovars from their homeland by the Serbs, the IIROSA was the first organization to launch an urgent relief campaign for the Kosovo refugees at Kokis, the first point of entry into Albania on 8/4/1998. Thereafter, the IIROSA continued its relief efforts to alleviate the suffering of the refugees. The total amount corporeal and cash assistance extended was estimated at about SR.64, 096,226 as of 5/4/2000.

### The Kosovo relief operation was carried out in three phases as follows:

Phase one: Assisting the Refugees in Albania:

In addition to publicity and fund raising campaigns and coordination with the members of the General Relief Committee, and the formation of the Joint Saudi Arabian Committee for the Rescue of the People of Kosovo, the IIROSA provided the following in this respect:

1- An amount of fifteen million and nine hundred and thirty six thousand and eight hundred and fifty four Saudi Riyals (SR.15,936,854) was allocated for rescuing the people of Kosovo

2- An amount one million Saudi Riyals (SR. 1,000,000) was made available to the Saudi Arabian Red Crescent to supply and airlift a field hospital and ten dispensaries to Albania.

3- Three camps were established in Sacrabar to give shelter to about 1350 refugees, and Birat 1600 refugees, and Kafaya –1800 refugees, in addition to 5000 refugees sponsored by the IIROSA outside the refugee camps, bringing the total number of refugees looked after by the organization to 9750 representing more than half the refugees under the care of the Joint Saudi Arabian Committee for the Rescue of the People of Kosovo.

### Moreover, the following services were provided by IIROSA

1-Daily meals distributed inside the camps, beds, carpets, blankets and sanitary ware as well as items required by children and women.

2-Educational facilities and arranged morning and evening classes for boys and girls, in addition to cultural programs in three edu-

## Europe:

### 1-Bosnie-Hérzégovine :

a- L'Organisme a contribué à la reconstruction des maisons des exilés bosniaques. Dans ce cadre, un montant de 10 000 dollars ( 37 500 riyals) a été viré au compte de l'Organisme à Sarajevo. Le bureau de l'Organisme a reçu les instructions de dépenser ce montant dans les chapitres qui lui sont fixés par la lettre du Secrétariat général No : 20\2537\500, ce montant a été envoyé par un chèque postal le 2\12\1999.

b- La Direction des Secours d'urgence a reçu un rapport de son bureau à Sarajevo portant détérioration des conditions de vie de 1500 familles composées de vieillards et de retraités dans la région de "Jipkorjadic"(Bosnie- Hérzégovine) et sur la nécessité de leur envoyer des produits alimentaires et des articles d'hygiène.Immédiatement après réception de ce rapport, l'Organisme mena une étude sur la situation et envoya un chèque postal d'un montant de 14 967 $(56 126,65 riyals) émis le 22\2\2000 en avisant le bureau de Sarajevo de dépenser ce montant dans les chapitres fixés par la lettre du Secrétariat général No20\7310\500 en date du 26\2\2000.

c- L'Organisme a payé les frais d'abonnement du Conseil de coordination de secours au peuple de la Bosnie-Hérzégovine d'un montant de 1074 $ (4027,50 riyals) Ainsi donc, le total dépensé en Bosnie-Hérzégovine est de l'ordre de:97 654 riyals.

### 2- Turquie:

Suite au tremblement de terre qui a frappé le Nord Ouest de la Turquie le mardi 17\8\1999, l'Organisme a pris contact avec les organisations membres du Comité de secours général en vue d'envoyer des secours aux sinistrés. Et avec la coordination du Croissant rouge saoudien et du Croissant rouge turque l'Organisme a acheminé à la Turquie 10 conteneurs de 20 pieds (112 145 kgs) chargés de : produits alimentaires (riz) , de couvertures, de médicaments, d'articles médicaux, de chaises pour handicapés) d'une valeur de 2177 725 riyals + 33 750 riyals comme frais de chargement et 37 500 riyals comme frais de distribution. Ainsi donc, le total des dépenses de secours en faveur de la Turquie a atteint la somme de: 2 248 975 riyals.

### 3-Le Kosovo :

Suite aux événements dramatiques auxquels a été confronté le peuple du Kosovo en ex Yougoslavie, l'Organisme a été la première organisation à mener une campagne de secours d'urgence au bénéfice des réfugiés kosovares dans la région de Kukes laquelle est d'ailleurs la première région d'accueil de réfugiés en Albanie, Cette opération a été menée du 8\4\1998 jusqu' au 5\4\2000. Au cours de cette campagne l'Organisme a dépensé au titre des assistances en nature et en espèces l'équivalent de:64 096 226 riyals. Cette campagne a connu trois phases d'exécution:

**Première phase:** Secourir les réfugiés en Albanie: Parallèlement à ses efforts déployés dans les campagnes de sensibilisation et d'explication de la question des réfugiés kosovares,de collectes de dons, de coordination avec les organisations membres du Comité de secours général, et la constitution de la Commission saoudienne commune de secours au peuple du Kosovo, l'Organisme a réalisé les opérations suivantes:

1-Virement d'un montant de 15 936 854 riyals pour secourir le peuple du Kosovo.

2- Envoi d'un chèque d'un montant de : 1000 000 riyals au nom de l'association du Croissant rouge saoudien pour l'achat et l'envoi par avion en Albanie d'équipements d'un hôpital de terrain et de 10 dispensaires.

3- Installation de trois camps de réfugiés à Sakrapar (1350 réfugiés), à Birat (1600 réfugiés) et à Kafaya (1800 réfugiés) en plus de 5000 réfugiés pris en charge par l'Organisme à l'extérieur des camps. Ainsi donc le nombre total des réfugiés pris en charge par l'Organisme est de 9750 réfugiés représentant plus de la moitié des réfugiés pris en charge





INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

IIRO-003622

## Europe                                                                            Europe

| No. | Country / Pays | Budget / Budgets | Amount spent / Dépenses réelles | Supervisor / Parties chargées de l'exécution | Remarks / observations |
|-----|----------------|------------------|----------------------------------|-----------------------------------------------|------------------------|
| 1 | Albania / Albanie | 150,000 | 150,000 | IIROSA office / Bureau de l'Organisme en Albanie | |
| 2 | Spain / Espagne | 30,000 | | non réception du rapport de 1999 | No report |
| 3 | Bosnia-Herzegov / Bosnie | 100,000 | 100,000 | IIROSA office / Bureau de l'Organisme en Bosnie | |
| 4 | Kosovo / Kosovo | 100,000 | 150,000 | Kosovo relief Comm. / Comité de secours au peuple de Kosovo | |
| 5 | Italy / Italie | 20,000 | | non réception du rapport de 1999 | No report |
| 6 | Belgium / Belgique | 15,000 | 15,000 | Cultural Center / Centre culturel de Bruxelles | |
| 7 | Denmark / Danemark | 20,000 | 20,000 | Cultural Center / Centre culturel de Copenhague | |
| 8 | Turkey / Turquie | 35,000 | 100,000 | IIROSA office-south / Bureau de l'Organisme dans le Sud de la Turquie | |
| 9 | Austria / Autriche | | 20,000 | Cult. Center-Vienna / Centre culturel de Vienne | |
| 10 | Netherlands / Hollande | 20,000 | 20,000 | Cultural Center / Centre culturel en Hollande | |
| 11 | Siberia / Sibérie | 20,000 | 20,000 | IIROSA office-Russia / Bureau de la Rabita en Russie | |
| | Total | 490,000 | 595,000 | | |

## The Americas                                                                    Amérique:

| No. | Country / Pays | Budget / Budgets | Amount spent / Dépenses réelles | Supervisor / Parties chargées de l'exécution | Comments / observations |
|-----|----------------|------------------|----------------------------------|-----------------------------------------------|-------------------------|
| 1 | Uruguay / Uruguay | 15,000 | | non réception du rapport de 1999 | No report |
| 2 | Argentine / Argentine | 25,000 | | non réception du rapport de 1999 | No report |
| 3 | Paraguay / Paraguay | 15,000 | | non réception du rapport de 1999 | No report |
| 4 | Bolivia / Bolivie | 15,000 | | non réception du rapport de 1999 | No report |
| 5 | Peru / Pérou | 15,000 | | non réception du rapport de 1999 | No report |
| 6 | Margarita Isl. / Marguerite | 15,000 | | Centre culturel de Bruxelles | No report |
| 7 | Canada / Canada | 15,000 | | Rabita office / Bureau de la Rabita au Canada | 1999 surplus / surplus de l'année1999 |
| 8 | South Guyana / Guyane du Sud | 10,000 | 10,000 | Central organization / Organisation islamique centrale de la Guyane du S. | |
| | Total | 125,000 | 10,000 | | |

## Australia                                                                        Australie

| No | Country / Pays | Budget / Budgets | Amount spent / Dépenses réelles | Supervisor / Parties chargées de l'exécution |
|----|----------------|------------------|----------------------------------|-----------------------------------------------|
| 1 | Australia / Australie | 20,000 | 20,000 | Rabita office / Bureau de la Rabita en Australie |
| 2 | Papua New Guinea / Papouasie-Nouvelle Guinée | 15,000 | 15,000 | Rabita office / Bureau de la Rabita en Australie |
| | Total | 35,000 | 35,000 | |

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

94

IIRO-003685

# External Bureaus... Representatives... External Programs
## Les Bureaux, les Représentations et les Programmes à l'étranger

The IIROSA has about 26 branch offices and 24 representatives around the world. These offices and representatives are playing a leading role in implementing, following up and evaluating the performance of the various cultural and social as well as health care and educational, developmental and relief programs. Besides, the IIROSA has established close contacts of cooperation and coordination with a number of governmental as well as non-governmental organizations at the local, regional and international levels, including such major organizations as World Food Program and the UNHCR.

In certain host countries in Africa, Asia, Europe and the Americas, the IIROSA enjoys diplomatic immunities and exemptions from customs duties. Besides, the IIROSA makes use of the facilities provided by the branch offices of the Muslim World League organization and the Saudi Arabian legations around the world in implementing its programs in places where it has no representatives.

Les Bureaux, les Représentations et les Programmes à l'étranger Les bureaux, les représentations et les programmes exécutés à l'étranger de l'Organisme jouent un rôle primordial dans le suivi et la vérification de la bonne exécution des programmes de l'Organisme qu'ils soient sociaux, sanitaires, d'éducation, de développement ou de secours partout dans le monde. Le nombre des bureaux de l'Organisme à l'étranger est de 26 bureaux, les représentations de l'Organisme quant à elles sont au nombre de 24 à travers le monde. l'Organisme entretient de bonnes relations de coopération et de coordination avec de nombreuses organisations internationales, gouvernementales et non gouvernementales opérant dans les différentes régions du monde. Afin de veiller à ce que les fonds des donateurs bienfaiteurs arrivent effectivement aux projets auxquels il sont destinés.Et afin aussi, d'encadrer sur le terrain la réalisation de ces projets et autres programmes et de veiller à leur mise en fonctionnement de la manière la plus optimale possible.

Certains des bureaux implantés en Asie, en Afrique, en europe et en Amérique bénéficient de l'immunité diplomatique et de l'affranchissement douanier. Les représentations quant à elles jouent le même rôle des bureaux dans les régions où il n'existe pas encore de bureaux.

## Africa
### Ethiopia

In 1999/2000, the IIROSA in Ethiopia spent about SR.5,427,883 on the following programs:
1- SR.2,614,940 in sponsoring 2,842 orphans, and running the Awalia orphanage in Addis Ababa.
2- SR.402,805 in running 4 dispensaries in Addis Ababa, Alecsau, Assaitta and Harar. Total number of patients treated was 126,600.
3- SR.419,279 in granting scholarships to 2 students and sponsoring 10 teachers, as well as subsidizing the Awalia school in Addis Ababa 2550 students receiving primary, elementary and secondary school education. Besides, there is an annual grant of US $100,000 from the Muslim World League and a further US$50,000 from the Iqra Charity Foundation.
4- SR.1,917,376 in running 47 social centers and sponsoring a supervisor for the total number of 3500 students.
5- SR.50,000 in distributing food to about 25,000 persons.
6- SR.22,483 in distributing literature.

## Afrique:
### Bureau d'Ethiopie:

Ce Bureau a dépensé en 99\2000 la somme de 5 427 883 riyals pour la réalisation des projets suivants:
-1-Prise en charge de 2843 orphelins et gestion de l'orphelinat d'Awalia (2614 940 riyals)
2-Gestion de 4 dispensaires à Adis Abeba, Alksou, Asayita, Harar où ont été admis (126 600 malades\ an) pour un montant de 403 805 riyals.
3- Bourses scolaires à 2 étudiants et prise en charge de 10 enseignants et appui à l'école d'Awalia à Adis Abeba (2550 élèves, primaire, moyen et secondaire) pour un montant de 419 279 riyals dont les dons annuels de 100 milles dollars de la Ligue islamique mondiale et de 50 milles dollars de l'Association Iqra.
4-Gestion de 47 centres scolaires (3500 élèves) et prise en charge d'un cadre pour un montant de 1 917 376 riyals.
5-Mise en oeuvre du programme distribution de repas gratuits aux jeûneurs (50 000 riyals) dont ont bénéficié (25 000 personnes).
6- Envoi de livres aux centres sociaux pour un montant global de 22 483 riyals.

### Eritrea

In 1999/2000, the IIROSA spent about SR.375,666 on the following programs:
1- SR.3228 in sponsoring 3 orphans.
2- SR.63,840 in sponsoring 19 teachers and offering scholarships to 3 students.
3- SR.277,258 in shipping 4 containers of clothes, food and blankets to about 21,000 victims of the Ethiopian – Eritrean war, and a further amount of SR.31,240 in food distribution.

### Erythrée:

Le bureau d'Erythrée a bénéficié en 99\2000 d'un montant de (375 666 riyals) pour la réalisation des projets suivants:
1- Prise en charge de 3 orphelins (3228 riyals)
2- Prise en charge de19 enseignants et octroi de bourses scolaires à 3 étudiants (63 840 riyals.)
3-Acheminement de 4 conteneurs de produits alimentaires, vêtements, couvertures aux victimes de la guerre pour un montant global de 277 258 riyals dont ont bénéficiés 21 000 exilés.
4- Distribution de repas gratuits aux jeûneurs (31 340 riyals.)

### Uganda

The IIROSA spent about SR.2,641,495 to implement the following programs in Uganda:
1- Running 2 orphanages in Aruwa and Luguo 613 orphans, and sponsoring 1,843 others living with relatives as well as a supervisor.
2- Running 2 dispensaries in Luguo 15,600 patients, and a cultural center in Aruwa.
3- Running the Bilal Institute in Kampala 650 students, sponsoring a teacher and offering scholarships to 10 students.
4- Establishing 43 study centers serving 1200 students.
5- Building 6 social centers.
6- Providing literature.
7- Distributing food to about 25,000 persons.

### Ouganda:

Ce bureau a bénéficié en 99\2000 d'un montant de (2 641 495 riyals) pour la réalisation des projets suivants:
1- Gestion de deux orphelinats à Arowa et au village de Logo et (613orphelins et orphelines) et prise en charge de(1843 orphelins et orphelines) vivant chez leur famille et prise en charge d'un coordinateur pour un montant global de (2 158 101 riyals)
2- Gestion de 2 dispensaires l'un au village de Logo et l'autre au centre social de la ville d'Arowa (15 600 malades\an) pour un montant global de (157 600 riyals.)
3- Gestion de l'institut "Bilal " à Kampala (650 étudiants et étudiantes), prise en charge d'un enseignant et octroi de bourses scolaires à10 étudiants pour un montant global de (113 740 riyals)
4- 42 classes d'étude (1200 élèves)pour un montant de (96 650 R)

INTERNATIONAL ISLAMIC RELIEF ORGANISATION SAUDI ARABIA-ANNUAL REPORT-1999/2000
ORGANISATION INTERNATIONALE ISLAMIQUE DE SECOURS-RAPPORT ANNUEL-1999/2000

106

IIRO-003697

# External Bureaus... Representatives... External Programs

## IIROSA Branch Offices in Asia

## Les Bureaux, les Représentation et les Programmes a l' etrnger

## Les Bureaux de Représentation de L'OIMS en Asie



IIRO-003703