# EXHIBIT 037



**Muslim World League**
· Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | ١٤ هـ / / التاريخ | / الرقم |
|---|---|---|

الموضوع

# The
# CONSTITUTION
## of
## the International Islamic Relief Organization in the Kingdom of Saudi Arabia

### Chapter One

### Act 1 : Terminologies

The following words and terminologies shall always give throughout this constitution the same meaning shown against each of them :

1- Rabita : Muslim World League in Makkah Al-Mukarramah , Saudi Arabia

2- Organization : International Islamic Relief Organization in Saudi Arabia .

3- Chairman : Chairman of the Board of Directors and Secretary General of the Muslim World League .

4- Secretary General : Secretary General of the International Islamic Relief Organization in the Kingdom of Saudi Arabia .

### Chapter Two

### Act 2 : Establishment

The International Islamic Relief Organization was created by the Muslim World League [Rabita] , as per resolution of the Constituent Council of Rabita at its 20th session held in 1398 H . The organization , which is affiliated to Rabita, has its independent personality as well as its special organizational , administrative and financial system .

### Act 3 : Headquarters

The headquarters of the organization is situated in Makkah Al-- Makarramah , Kingdom of Saudi Arabia, but the organization is entitled to open branches and offices inside and outside the Kingdom of Saudi Arabia , where headquarters is found .

1

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite   الرجاء عند الرد ذكر هذه الرسالة

صندوق بريد : ٥٣٧ه – هاتف رقم : ٥٤٢٧٢٧٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٤٠٢٩ ، ٤٤ ، برقياً : (رابطة – مكة)

MWL 039326

# Muslim World League
### Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / | التاريخ / | الرقم / |
|---|---|---|---|

الموضوع

## Act 4 : Aims and Objectives
These include the following:

1- To render relief aid to individual Muslims and Islamic communities wherever they are found , especially when they are afflicted by calamities and catastrophes that threaten their very existence , destroy their properties , prevent them from practicing their faith or suppress their freedom .

2- To give possible support to Muslims so as to protect them against impact of catastrophes and raise generally their level, with a view to preserving their entity and existence and preventing whatever affects their Islamic faith .

3- To give proper attention to Muslim minorities and develop their communities by imparting effectively education among their members and adopting other similar measures .

4- To render to poor Muslims , especially the destitute , moral support , in addition to materiel support , both in cash and kind .

5- To provide every possible care in all aspects for poor orphans , children , widows , the elderly and handicapped individuals .

## Act 5 : Means
These are as follows :

1- To adopt any possible means that achieves organization objectives , but does not contradict Islamic Sharia .

2- To receive whatever donated by philanthropists , businessmen and other good deeds-loving people as well as encouraging Muslims to volunteer their work and money .

3- To reach as far as possible Muslims by all mass media , such as radio stations , television centres , newspapers , books , pamphlets , and etc.

4- To establish , furnish and run general and Islamic institutions , schools , vocational and educational institutes , conduct social and training programs and render scholarships to Muslim children at the various educational institutions that give concern to teaching students courses in Islamic Sharia .

5- To erect and run hospitals and dispensaries for the benefit of Muslim communities that remain in dire need of such medical service .

6- To construct , support and run orphanages for Muslim individuals and give much concern to teaching them tenets of monotheism faith .

7- To co-ordinate and co-operate with both international Islamic societies working in relief aid as well as other charitable international organizations

2

Please quote above Ref, No. andd date when replying. Priers indiquer reference suscitee dans toute suite   الرجاء عند الرد الإشارة إلى رقم هذه الرسالة

صندوق بريد : ٥٣٧ه – هاتف رقم : ٥٤٢٢٧٣٣ه – فاكس رقم : ٥٤٣٦٦١٩ه / ٥٤٥٥٢٨٨ه – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ه – برقياً : (رابطة – مكة)

P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 039327



# Muslim World League
### Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / | التاريخ | / | الرقم |
|---|---|---|---|---|

الموضوع

## Chapter Three

### Act 6 : Organs of Organization
The organs of the organization comprise the following :
1 - Board of Directors .
2 - Legal Committee .
3 - Secretariat General .
4 - Internal Auditing .

### Act 7 : Board of Directors .
1- The Board of Directors , which is the supreme authority body in the organization , comprises 16 members and passes resolutions binding on the executive body. Its membership is divided into two categories , namely :
A - Ex officio members in Rabita and organization . These include the following :
1- Secretary General of Rabita .
2- Deputy Secretary General of Rabita .
3- Assistant Secretary General for Finance and Administration at Rabita .
4- Secretary General of organization .
B - Eleven other members , outside Rabita and its affiliated bodies , to be appointed for a renewable period of three years by decision of the chairman of the Board of Directors , after consultation with the his eminence the chairman of the Constituent Council of Rabita , provided that such nominees shall include six members of the Constituent Council of Rabita and enjoy good reputation , conduct themselves well , and are not affiliated to parties and associations whose objectives contradict those of the organization .
2- The Board of Directors shall meet at least once in a year at an invitation from the chairman .
3- Members of the Board of Directors are not entitled to either salaries or honorarium and their work is considered voluntary .
4- The Secretary General of Rabita presides over the meetings of the Board of Directors , whose quorum is two thirds of the members . However , the Board of Directors shall be invited to convene for the second time if quorum was not possible in the first meeting . But in this case the meeting is considered to have a quorum if it is attended by eight members , provided

3

Please quote above Ref. No. andd date when replying. Priere indiquer reference suscitee dans toute suite رجاء ذكر رقم هذه الرسالة
صندوق بريد : ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٨١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برقياً : (رابطة – مكة)
P.O. Box: 537 – Tel: 5422733 – Fax: 5436819 / 5455288 – Tlx: 440390 RABITA S.J / 540390 IWO S.J – Cable: RABITA MAKKAH

MWL 039328



**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / التاريخ | / الرقم |
|---|---|---|

الموضوع

that the chairman is among them . The resolutions of the Board of Directors are passed by majority of votes of members present in any meeting having quorum . The chairman shall have a casting vote when votes are equal .

5- The proceedings of the Board of Directors as well as the resolutions adopted by it shall be kept in a special registry , to be signed by both the chairman and members present at the meeting . The secretary of the Board of Directors shall prepare and record minutes of the Board's meetings .

6- Members of the Board of Directors mentioned in Sub section A of Act 7 above , lose their membership when they cease to hold their respective posts . However, any member indicated in Sub section B of Act 7 above shall lose his membership in the following cases :

A - If he submits written resignation .

B - If the Board of Directors passes by two thirds majority a resolution for dismissal of a member , who has committed an act that caused material or moral damaged to the organization or who has exploited his membership for personal purpose or gain .

C - If membership is not renewed due to the expiry of its duration .

D - If a member failed to attend the meetings of the Board of Directors for two consecutive sessions , without good excuse .

### Act 8 : Legal Committee

The chairman of the Board of Directors shall select , in consultation with his eminence the chairman of the Constituent Council of Rabita , a three - member legal committee , from the Board's members , to supervise activities of the organization , with a view to making sure that such activities comply with the Islamic legal principles; and to study issues refereed to it by the chairman of the Board of Directors for giving legal opinion on them .

### Act 9 : Secretary General of Organization

1-The secretary general is appointed by the decision of the chairman of the Board of Directors .

2- The secretary general is the chief of the executive body of organization and responsible for its performance .

### Act 10 : Internal Auditing

1- The chairman of the Board of Directors shall appoint the internal auditor and terminate his services .

4

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute sulte   الرجاء عند الرد الإشارة إلى رقم الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ه – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ه – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ه – برقياً : (رابطة – مكة)
P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx : 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 039329

## Muslim World League
### Secretariat General
Makkah al-Mukarramah





رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | / ١٤هـ / / التاريخ | / الرقم |
|---|---|---|

الموضوع :

2- The internal auditor shall submit his reports in two copies , one to the chairman of the Board of Directors and the other to the secretary general of the organization .

## Chapter Four

## Duties and Responsibilities

### Act: 11 Duties & Responsibilities of Chairman
These include the following :

1- To conduct general supervision over the activities of the organization and function as chairman of the Board of Directors.

2- To call the Board of Directors to meeting at its ordinary session as per written invitation to members , including the agenda , provided that such invitation be sent at least one month ahead of the fixed meeting date .

3-To issue financial and administrative regulations for the organization .

4- To delegate part of his authority and responsibility to the secretary general of the organization and designate the person who will take the place of the secretary general when he is absent .

5- To receive donation , whether in cash or in kind or in the shape of endowment [Waqf] .

### Act 12 : Duties and Responsibilities of Board of Directors .
These include the following ;

1- To give approval of the plans , strategies and policies that achieve the objectives of the organization .

2- To study the report of the auditor on the balance sheet and other closing financial statements and accounts of the organization for the ending financial year , with a view to approving it after due discussion and comment .

3- To discuss the report of the secretary general of the organization on works and activities of the organization for the ending financial year as well as his proposed plans for the new financial year .

4- To approve of the estimate budget .

5- To submit to the Constituent Council of Rabita any proposal for the amendment of the organization's constitution .

6- To form specialized committees and determine their duties , duration, responsibilities , and frame of reference .

5

Please quote above Ref. No. andd date when replying. Priers Indiquer reference suscitee dans toute suite   الرجاء عند الرد الإشارة إلى رقم هذه المراسلة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برلياً : (رابطة – مكة)
P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO S.I - Cable: (RABITA-MAKKAH)

MWL 039330



**Muslim World League**
'Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / التاريخ | / الرقم |
|---|---|---|

الموضوع

## Act 13 : Duties & Responsibilities of Secretary General .

These are as follows:

1 - Administer the executive body of the organization at the headquarters and at all other branches and offices of the organization .

2- Appoint and terminate service of the organization's staff at the headquarters and abroad as per rules and regulations .

3- Submit to the chairman of the Board of Directors an annual report , indicating the objectives achieved by the organization and shedding light on its financial and administrative status .

4- Supervise over the implementation of the organization's works and activities as per rules and regulations .

5- Submit to the Board of Directors the estimate budget prepared by him .

## Act 14 : Duties & Responsibilities of Internal Auditor .

These include the following :

1- Study the accounting documents cycle , financial control systems , internal auditing process, accounts books and records of the organization; and evaluate their reliability and effectiveness , with a view to submitting his relevant reports and proposals to the chairman of the Board of Directors and secretary general of the organization .

2 - Verify the correctness of financial and statistical records and accounts as well as information extracted from financial statements , records , documents, books and ledgers of the organization .

3 - Make sure that financial regulations relating to payment and receipt of money have been properly observed and that accounts records and books of the organization have been maintained as per generally known accounting principles , especially the process of entering data into these books and records .

4 -Test accuracy and adequacy of documents employed in registering data at various accounting books as per rules and regulations of the organization .

5- Verify correctness of procedures and means of protecting the organization's property .

6 - Compare actual financial results with those of the estimate budget , and prepare reports on any discrepancies , whether increase or decrease, with a view to investigating them to know their nature , causes and how to avoid them in future .

6

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذا الخطاب

صندوق بريد : ٥٣٧ – كابل العامة ............. – تلكس رقم : ٤٣٦٦١١٩ ٥٤٣٢٨٨ – تلكس رقم : ١١.٣٦٠ / ٥٤.٣٦٠ – برقيا : (رابطة – مكة)

MWL 039331



**Iuslim World League**
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة ـ مكة المكرمة

| المرفقات | ١٤هـ / / | التاريخ / | الرقم / |
|---|---|---|---|

الموضوع .

7- Submit a quarterly report on the revenue and expenditure of the organization , indicating the extent of their conformity with the estimate budget approved by the Board of Directors.

## Chapter Five

### Act 15 : Revenue

Revenues[Funds] of the organization, which shall be deposited - wherever possible - at Islamic banks and other Islamic financial institutions , specified by the Board of Directors , comprise the following :

1- Zakat .

2- Donations , Sadagat , grants , bequests, and endowments[Waqf] , which are free of conditions contradicting the objectives of the organization .

3-Unconditional contributions from international institutions .

4- Proceeds from investment of the organization's fund and property as well as profits of companies set up by the organization or sharing in their capitals.

5 - Money collected during fund-raising campaigns launched vigorously by the organization .

6-Any other source of revenue approved by the Board of Directors .

## Chapter Six

### Act 16 : Expenditure

Expenditure at the organization shall be carried out as per the following principles :

1-Funds of the organization shall only be spent on purposes that achieve the objectives specified in this constitution and according to regulations and resolutions that organize such payment .

2- Revenues and their generated profits shall be spent on the designated purposes as per the Islamic legal measures .

3 - Payment from the organization's funds shall be according to budget items as well as per relevant rules , regulations and resolutions .

7

صندوق بريد : ٥٣٧ ـ هاتف رقم : ٥٤٢٢٧٣٢ ـ فاكس رقم : ٥٤٣٦١١٩ / ٥٤٢٦١١٩ ٥٤٥٥٢٨٨ ـ تلكس رقم : ٤٤٠٣٩٠ / ٤٤٠٣٩٠

MWL 039332

22. JAN 1998 ... FONT ... ISLAMIC RELIEF ORGANIZATIO ... 00966 3 8420900 ... PAGE 10



# Muslim World League
### Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة

| المرفقات | ١٤ هـ / / | التاريخ / | / الرقم |
|---|---|---|---|

الموضوع

4- No official at the executive body of the organization or at any one of its offices or branches shall adopt a resolution , which results in financial obligations which have no approved allocation in the budget; and that there shall be no commitment to implement any project unless the required fund is made available .

5 - The secretary general may, after the approval of the chairman of the Board of Directors, make necessary transfers among items of the budget , in order to meet emergency cases requirements .

## Chapter Seven

### Act 17: Financial Year

The financial year commences on the first day of the month of Rajab of every Hijra year and ends on the last day of the month of Jumadah Al-Akhirah of the next Hijra year .

B - Closing financial statements and accounts of the organization shall be audited by a certified auditor , nominated by the Board of Directors.

## Chapter Eight

### Act 18: General Rules

1- The Constituent Council of Rabita shall have the right to amend and interpret this constitution .

2- The organization shall only be dissolved by decision of the Constituent Council of Rabita , based on a recommendation by the Board of Directors . However , in the case of dissolution , the funds and other properties of the organization shall be transferred to the ownership of Rabita , which shall administer and spend them on the purposes for which they have been specified .

3- This constitution shall be in use effective 10/8/1418 H , replace the constitution adopted by the Constituent Council of Rabita at its 20th session held in year 1398 H , cancel the by-laws of the organization passed by the

8

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans toute suite   الرجاء عند الكتابة ذكر الرقم وتاريخ الرسالة

صندوق بريد : ٥٣٧ - هاتف : ٥٤٢٢٧٣٣ - فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ - تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ - برقياً : (رابطة - مكة)
P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 039333



**Muslim World League**
· Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
· الأمانة العامة – مكة المكرمة

| المرفقات | ١٤هـ / / | التاريخ | / | الرقم |
|---|---|---|---|---|

الموضوع

resolution of the secretary general of Rabita no.[88] dated 24/7/1407 H , and also repeal all previous rules and regulations that contradict it . However , the chairman and secretary general of the organization shall work , during a transitional period not exceeding one year , making necessary amendments in the existing financial and administrative regulations of the organization till they fully conform to the text of this constitution .

Department of Studies & Researches
(Translation)
Translation by MAHDI WADI
Signature: ........
Endorsement of the Director of the Dept.
Date: 8 / 8 / 1998

9

Please quote above Ref. No. andd date when replying. Priers indiquer reference suscitee dans loute suite    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – برقياً : (رابطة – مكة)
P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 039334

نظام هيئة الإغاثة الإسلامية (العالمية الدولية) في المملكة العربية السعودية

---

الباب الأول

المادة (١) : المصطلحات .

تحمل المصطلحات التي ذكرها في النص دائما ، نفس المعاني حسب الآتي :

١ - الرابطة : رابطة العالم الإسلامي في مكة المكرمة بالمملكة العربية السعودية .

٢ - الهيئة : هيئة الإغاثة الإسلامية العالمية في السعودية .

٣ - الرئيس : رئيس مجلس الإدارة والأمين العام لرابطة العالم الإسلامي .

٤ - الأمين العام : الأمين العام لهيئة الإغاثة الإسلامية في المملكة العربية السعودية .

الباب الثاني .

المادة (٢) : التأسيس .

لقد قامت رابطة العالم الإسلامي بتأسيس هيئة الإغاثة الإسلامية الدولية بناءً على قرار اتخذه المجلس التأسيسي للرابطة في دورته الـ(..) المنعقدة في ٥/٧ ١٣٩٨ هـ . وتعتبر الهيئة منظمة فرعية للرابطة وتخضع لصحة مستقلة وتنفيذها فيما لها من أنظمة إدارية ومالية .

MWL 039335

- ٢ -

المادة (٢٣) : المقر .

يتم عقد البيئة في مملكة المملكة العربية السعودية لكنها تتمتع بحق انتفاع خاص ومكاتب سواء داخل أو خارج المملكة حيث يقام مقر لها .

المادة (٢٤) : الأهداف والأغراض .

تتضمن أهداف البيئة ما يلي :

١- تقديم المساعدة للعلماء المتفرغين والجمعيات الإسلامية التي دبروا وبالأخص منها يتعرضن لنكبات وكوارث أجهدت وجودهم وتمس أملاكهم وتمنعهم من ممارسة دينهم وتمس حريتهم .

٢- تقديم الدعم المحكم للمسلمين من أجل حمايتهم من غائلة الكوارث ورفع مستواهم بشكل عام انقاذا في الاعتبار المحافظة على وجودهم ككيان وحياتهم وإيجاد كل ما يحث في ايمانهم الاسلامي .

٣ - بذل العناية اللازمة بالأقليات الاسلامية وتنمية جماعاتهم من خلال نشر التعليم العالي وسط أبنائهم واتخاذ إجراءات أخرى مماثلة .

٤ - تقديم معاونة عينية ومادية إلى العلماء الفقراء ونخاصة المحرومين ، نفقا وسلعا .

٥ - بذل كل عناية ممكنة مع انتشار أدبيا بالأيتام والأطفال والأرامل والمعنيين المعلقين والمحتاجين الفقراء .

MWL 039336

- ٢ -

المادة (٥) : الوسائل .

تتضمن الوسائل الآتية :

١ - استخدام كافة الوسائل الممكنة التي تقها الهيئة شرط عدم تعارضها مع الشريعة الإسلامية .

٢ - تبني كل ما ينمي المحتوى ... رجال الأعمال دنيم من محبي العمل الخير فنلك ... بعض المسلمين الى الطبقة المتعلم بعلم والتبني بأعمالهم .

٣ - الوصول الى أبعد ... يمكن الوصول اليهم من المسلمين بكافة وسائل الإعلام مثل الشبكة المعلوماتية الدولية والمرائي التلفزيونية والصحف والكتب والكراريس ... الخ .

٤ - تأسيس وتجهيز وإدارة المعاهد والمدارس الإسلامية والمعاهد المهنية ومعاهد المعلمين وتنفيذ برامج ابتدائية وتدريبية وتقديم منح تعليمية للطلاب المسلمين في مختلف المؤسسات التعليمية التي تقوم بتعليم الطلبة دراسات في الشريعة الإسلامية .

٥ - إنشاء وإدارة مستشفيات ومستوصفات لتستقبل من الجمعيات الإسلامية التي تقوم بعلاج مثل هذه الحالات الطلبة طالبة ماسة .

٦ - بناء ودعم وإدارة دور للأيتام من أبناء المسلمين ببذل الاهتمام بكيفية تعليم هؤلاء الأيتام التعليم التقليدي .

MWL 039337

٧ - التنسيق والتعاون سواء مع الجماعات الإسلامية الدولية
العاملة في مجال الإغاثة ومع المنظمات الخيرية الدولية الأخرى.

<u>الباب الثالث</u>

المادة (٦) أجهزة الهيئة

تتكون أجهزة الهيئة مما يلي :

١ - مجلس الإدارة .

٢ - اللجنة الشرعية .

٣ - الأمانة العامة .

٤ - اللجنة المالية لصحي العائلة الداخلية .

المادة (٧) : مجلس الإدارة .

١ - يعد مجلس الإدارة أعلى جهة للسلطة في هيئة الإغاثة
ويضم ١٦ عضوا ويتخذ كافة الإجراءات لازمة التنفيذ . وتنقسم
عضوية المجلس الى قسمين كالآتي :

أ - أعضاء الرابطة والهيئة بحكم المنصب ، وهم
كالآتي :

١ - الأمين العام للرابطة .

٢ - نائب الأمين العام للرابطة .

٣ - مساعد الأمين العام للرابطة لشؤون التمويل والإدارة .

٤ - الأمين العام المنظم للهيئة .

ب - أحد عشر عضوا آخرين من خارج الرابطة ومنظلما
الهيئة ، ويجري تعيينهم لمدة ثلاثة أعوام قابلة للتجديد

- ٥ -

بقرار من رئيس مجلس الادارة بعد استشارة مع

رئيس المجلس التأسيسي للرابطة شرط أن يكون

كون ستة مرشحين من أعضاء المجلس التأسيسي للرابطة

وأن يتمتعوا بسمعة طيبة وسجلهم ودعرفة

جيدة، والا يكونوا من أعضاء الاحزاب والهيئات

التي تتعارض أهدافها مع أهداف الهيئة.

ت - يجتمع مجلس الادارة مرة كل شهر على الأقل

تلبية لدعوة من الرئيس.

٢ - لا يتقاضى أعضاء مجلس الادارة مرتبات أو أتعاب

أتعاب إذ يتبين عملهم طوعيا.

٤ - يرأس الامين العام للرابطة اجتماعات مجلس الادارة

الذي يبلغ نصابه ثلثي مجموع الأعضاء، واذا لم يكتمل كم

النصاب المطلوب حملت في الجلسة الأولى على بعد من

عقد جلسة ثانية، ولكن في هذه الحالة يلغى النصاب

كانت أعضاء، شرط حضور الرئيس، وتتخذ قرارات

مجلس الادارة بأغلبية أصوات الأعضاء الحاضرين في اجتماع

ذي النصاب المطلوب، ويعود للرئيس الصوت المرجح

عند تساوي الاصوات.

٥ - تسجل محاضر جلسات مجلس الادارة والقرارات التي يتخذها

في سجل خاص ويجب أن تكون ممضاة من قبل من الرئيس

والأعضاء الذين حضروا الاجتماع، ويحفظها السكرتير

-٧-

مجلس الإدارة لإعداد وتسجيل محاضر اجتماعات المجلس.

٦ - أن أعضاء، مجلس الإدارة المذكورين في الفقرة (أ)

والمادة (ب) يفقدون عضويتهم في المجلس عند انتهائها

م شغل المناصب المناسبة. كما أن الأعضاء، المذكورين في

الفقرة (ب) والمادة (ب) يفقدون عضويتهم في الحالات

التالي :

أ - عند تقديم بيان خطي للاستقالة .

ب - في حالة تصويت ثلثي أعضاء، مجلس الإدارة

تأييدا لتسريح العضو الذي ارتكب عملا اسفر م خائن

خادع أو ممنوح للهيئة أو استفاد م عضويته وصولا

لانزافه أو خواته الشخصية .

ج - في حالة م تجديد مدة العضوية بعد انتهائها.

د - في حالة عدم حضور العضو لجلستيه متتاليتيه بدون

سبب معتبر .

والمادة (٨): اللجنة الشرعية :

يختار رئيس مجلس الإدارة ، بالتشاور مع رئيس

المجلس التأسيسي للرابطة ، لجنة شرعية تضم ثلاثة

أعضاء، م أعضاء، المجلس ، م أهل الرأي م ال

علماء، الهيئة ، وتختص اللجنة م أن

هذه المسائل : تشفع والمبادئ الشريعة للاسلام ، ودراسة

MWL 039340

- ٧ -

المواضيع التي يحيلها اليها رئيس مجلس الادارة

س - أبل تقديم رأي شرعي فيها .

المادة (٩) : الأمين العام للهيئة .

أ - يعين الأمين العام بقرار صادر من رئيس مجلس الادارة .

ب - يعد الأمين العام كأداة للجهاز التنفيذي للهيئة مسؤولا عن أدائها .

المادة (١٠) : الرقابة المالية الدولية .

داخلية

أ - يعين رئيس مجلس الادارة مراقبا ماليا محيط ديد ولا كته          الداء الداخلي

ب - يقدم المراقب المالي تقاريره عن سنتيه ، واحدة الى رئيس مجلس الادارة والكانية الى الأمين العام للهيئة .

الباب الرابع : المسؤوليات والواجبات والمسؤوليات

المادة (١١) : واجبات ومسؤوليات الرئيس .

أ - الاشراف العام من شؤون الهيئة وأداء وظيفته كرئيس مجلس الادارة .

ب - عقد الاجتماعات الدورية لمجلس الادارة عن طريق توجيه دعوات كتابية الى أعضائه مع ذكر جدول الأعمال ، شريطة ان ترسل مثل هذه الدعوة قبل تاريخ انعقاد الجلسة بشهر واحد على الأقل .

ج - اصدار توجيهات مالية وادارية للهيئة .

MWL 039341

- ٨ -

٤ - تفويض الأمين العام للهيئة بجزء من صلاحياته
ومسؤولياته وتسمية الشخص الذي يحل محل الأمين
العام عند غيابه .

٥ - تحويل الصلاحيات نقداً وكاملاً أو في شكل الأوضاع .

المادة (١٥) : رابعاً - مسؤوليات مجلس الإدارة .

وهي كالآتي :

١ - الموافقة على الخطط والاستراتيجيات والسياسات التي
تحقق أهداف الهيئة .

٢ - دراسة تقارير المراقب المالي بخصوص الموازنة
ونتائجها من البيانات والأعمال العامة للهيئة للسنة
المالية المنتهية ومن أجل التقدير عليها بما يتناسب
المطلوبة والتقليل عليها .

٢ - مناقشة تقديم تقارير الأمين العام للهيئة حول أعمال
ونشاطات الهيئة خلال السنة المالية المنتهية وخطط
المقترحة للسنة المالية الجديدة .

٣ - التقدير على الموازنة التقديرية .

٥ - التقدم إلى المجلس التأسيسي للرابطة بمقترحات
نحو تغيير نظام الهيئة .

٦ - تحديد هيكل تنظيمي وتحديد واجبات ومدة عمل
مسؤوليات وأطر صلاحياتهم .

MWL 039342

المادة (١٣) : واجبات ومسؤوليات الأمين العام .

هي كالآتي :

١- ادارة الجهاز التنفيذي للهيئة ... بجميع

الفروع والمكاتب الأخرى للهيئة .

٢- تعيين وتسريح موظفي الهيئة ... طبقا

للقواعد والتعليمات .

٣- تقديم تقارير سنوية الى رئيس مجلس الادارة

يتضمن الأوضاع التي حققتها الهيئة وتلقي العقبات

اعمالها الداخلية والخارجية .

٤- الاشراف على تنفيذ أعمال الهيئة وفقا

للقواعد والتعليمات .

٥- تقديم موازنة تقديرية ... الى مجلس الادارة .

المادتان (١٤) : واجبات ومسؤوليات المراقب المالي الداخلي .

هي كالآتي :

١- دراسة الوضع المالي والاشراف على انظمة الرقابة المالي

وجميع النتائج المالية الداخلية ودقتها الحسابية والتسجيل

المالي للهيئة ، وتقديم ... معاملتها وفعاليتها ، مع تقديم

تقارير ومقترحات مناسبة الى رئيس مجلس الادارة والأمين

العام ) للهيئة .

MWL 039343

— ١٠ —

البيان =

٣ — التحقق من دقة التصنيفات المالية والاحصائية ، وكذلك المعلومات المستخرجة من البيانات = وحفظ والتسجيل = والوثائق والكتب والوقائع المالية للهيئة .

٢ — التأكد من تملك اللازم بالتعرف المالي الخاصة جمع واستلام الأموال وصرفها وتدوير حـ/ب= ودفاتر الهيئة طبقا لمبادئ المحاسبة المتعارف عليها وقائمة فيما يتعلق بعملية تدوير البيانات في هذه الوقائع .

٤ — اختبار دقة وكفاية الوثائق المستخدمة في تسجيل البيانات في دفاتر المحاسبة المختلفة طبقا لقواعد وتعليمات الهيئة :

٥ — التأكد من صحة الاجراءات والوسائل التي تحمي ممتلكات الهيئة .

٦ — مقارنة النتائج المالية الجارية الى الموازنة التقديرية ودفع تقارير حول كل ما يتعارف مع سواء بالزيادة أو النقص مع البحث في طبيعة هذه المخالفات وأسبابها وكيفية عنها مستقبلا .

٧ — تقديم تقارير كل ربع سنة حول دخول الهيئة ومصاريفها مع البحث في مدى تطابقها مع الموازنة التقديرية أي انحرافات عنها تعرض على مجلس الادارة .

MWL 039344

- ١١ -

الباب الخامس

المادة (١٥) : الإيرادات :

تودع إيرادات الهيئة ، تحت الإشراف ، في المصارف الإسلامية
ونحوها من المؤسسات المالية الإسلامية التي يحددها مجلس
الإدارة ، وتتضمن الإيرادات ما يلي :

١ - الزكاة .

٢ - التبرعات والهبات والمنح والارث وصية
والأوقاف التي تخلو من الشروط المتعارضة مع غايات الهيئة .

٣ - اشتراكات غير مشروطة من قبل المؤسسات الدولية .

٤ - العوائد المتأتية من استثمار أموال وأملاك
الهيئة وأرباح اشتراك أو أسهم أسست الهيئة أو
شارك في رؤوس أموالها .

٥ - الأموال التي يجمع خلال حملة أو إكمال الأرصدة
التي يجريها الهيئة بنفسها .

٦ - أي مصدر آخر للدخل يوافق عليه مجلس الإدارة .

الباب السادس

المادة (١٦) : المصروفات :

يجب أن تتم مصروفات الهيئة وفقا لمبادئ التالية :

MWL 039345

- ١٢ -

١ - لا تنفق أموال الهيئة إلا في الأغراض التي
عقدت من أجلها المذكورة في هذا النظام، والتي تنفق
والتعليم والتعليمات والقرارات المنظمة لمثل هذا الإنفاق.

ج - تنفق الوقوف وصولاتها والعائد الناتجة غلا
عنها لتحقيق الأغراض المذكورة وفقا للإجراءات الشرعية
الإسلامية.

٢ - يجب أن يتناسب صرف أموال الهيئة مع
مواد الموازنة وكذلك مع القواعد والتعليمات
والقرارات المناسبة.

٤ - لا يجوز لأي مسؤول بإجراء التنفيذ للهيئة أو لأي
مكتب أو فرع - مكاتبها وفروعها اتخاذ قرار بشأن
الالتزامات مالية غير محددة في الموازنة، ولا يجوز للفرد
تنفيذ مشروع ما دون أن تكون الأموال المطلوبة
له في المتناول.

٥ - يجوز للأمين العام، بموافقة رئيس مجلس الإدارة،
إدخال تعديلات فيدرة على مواد الموازنة، بحيث استثنائية
يتطلبها الأداء للطارئة.

## الباب السابع

المادة (١٧): السنة المالية.
أ - تبدأ السنة المالية في اليوم الأول من شهر رجب لكل سنة
هجرية وتنتهي في آخر يوم شهر جمادى الآخرة للسنة
الهجرية التالية.

MWL 039346

ج - تخضع البيانات واكبابها الزهايئة للهيئة الناتجة من قبل مراقب مالي يختاره مجلس الإدارة.

الباب السادس

المادة (١٨) : القواعد الحاكمة.

١ - يحق لمجلس التأسيسي للرابطة تعديل هذا النظام وتأويله.

ب - لا تحل الهيئة إلا بقرار صادر من المجلس التأسيسي للرابطة قائم على توصية من قبل مجلس الإدارة، في حالة الحل، تؤول أموال الهيئة وممتلكاتها الأخرى على علكية الرابطة التي تديرها وتنفقها تحقيقا للأغراض التي أوجدت من أجلها.

٢ - يطبق هذا النظام بين المفعول ابتداءً من ١٤١٨/٨/١٠هـ ليحل محل النظام الذي سناه المجلس التأسيسي للرابطة في دورته الـ١٤ المنعقدة سنة ١٣٩٨ هـ، ويلغي القوانين الداخلية للهيئة المنبثقة من قرار أميري عن الرابطة المرقم (٨٨) والصادر في ٣٥/٧/٧هـ ١٤٠٧، كما يلغي كافة القواعد والتعاميم السابقة التي تناقضه.

ويحل رئيس الهيئة وأمين المال خلال الفترة الانتقالية التي لا تتعدى عاما واحدا محليهم، التعديلات اللازمة على القوانين الداخلية والادارج النائمة للهيئة إلى أن تصبح متفقة كاملا ونص هذا النظام.