# EXHIBIT 039

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                                 )

In re: Terrorist Attacks on          )

September 11, 2001             )        No. 03 MDL 1570 (GBD) (SN)

_____ )

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD) (SN);

*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN);

*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN);

*Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN);

*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN);

*Federal Insurance Co., et al. v. A1 Qaida, et al.,* Case No. 03-cv-6978 (GBD) (SN);

*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).

## <u>DECLARATION OF DR. ABDULLAH BIN SALEH AL-OBAID</u>

1.    I, Dr. Abdullah bin Saleh Al-Obaid, hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2.    I have previously submitted sworn statements in this proceeding, including a Declaration dated March 29, 2004, in support of my original motion to dismiss filed on September 6, 2005 (ECF 1182), and a Certification dated October 14, 2017, submitted on October 20, 2017 (ECF 3764). Except for the points that I clarify in paragraph 6 and paragraph 11 below, which was clarified at my deposition, the statements and facts contained in these previous declarations remain true and accurate to the best of my knowledge and belief, and if called as a witness, I could and would testify to the statements and facts contained therein.

3.    I was born in Saudi Arabia in 1941 and have lived in Saudi Arabia for my entire life, except while I was pursing my graduate studies in the United States from approximately 1975 - 1979. In 1979, I earned a Ph.D degree in Curriculum and Educational Evaluation from Oklahoma State University.

1

4.      After I finished my graduate studies in 1979, I did not return to the U.S. except in the context of official business. The last time I was in the U.S. in my capacity as Muslim World League Secretary General was in September 2000 for a visit to New York where I spoke at an Islamic Seminar convened to discuss the proposed International Peace Summit for the Millennium and met with then-United Nations Secretary General Kofi Annan concerning the same Summit. My last visit to the United States was in 2002 in my capacity as member of the State Council (which is a legislative Council similar to the parliament in other countries) to participate in the Davos conference.

5.      From 1981 to 1995, I served as Vice President and then President at the Islamic University in Al-Madina Al Munawarah in Saudi Arabia.

6.      From January 12, 1996 until November 4, 2000, I served as Secretary General of the Muslim World League ("MWL"). My previous Declaration and Certification contained a typographical error indicating that I held this position from 1995.

7.      MWL is an international non-governmental Islamic organization founded in 1962 and headquartered in Makkah, Kingdom of Saudi Arabia. Through its educational, religious, and cultural projects, MWL promotes dialogue across cultures and the followers of religions, seeks to spread moderate Islamic values, and counters extremist ideology through a message of peace and harmony. MWL operates approximately 30 offices and cultural centers throughout the world. MWL has a general consultative status with the United Nations' Economic and Social Council.

8.      My role as MWL's Secretary General was to represent MWL in meetings and at conferences, and to participate in delegations on its behalf. In addition, I ensured that the Resolutions and Recommendations of the Constituent Council were implemented by the Secretariat General. However, I was not involved in the day-to-day operations of MWL as those were managed by highly ranked officials and the relevant departments. During my tenure as MWL Secretary General, I traveled consistently, attended a large number of conferences and meetings, and met hundreds of scholars, attendees, and participants. In attending these events, I did not adopt or endorse the views and opinions of the organizers, or the other speakers and attendees.

9.      During my tenure as MWL Secretary General, MWL published a journal, which included articles authored by writers and researchers from all over the world. I had no role in the selection of the authors who wrote the articles or in the publication of this journal, nor did I adopt or endorse the views or opinions of the authors.

10.     During my tenure as Secretary General of MWL, I also served as the *ex officio* Chair of the Board of Directors for the International Islamic Relief Organization ("IIRO"), a charitable organization based in Jeddah, Saudi Arabia that was established by MWL in 1978 to provide general humanitarian aid to impoverished people, as well as emergency aid in response to crises and natural disasters. I did not have a role in IIRO's day-to-day operations.

11. The Declaration dated in March 2004 which was submitted in the English language, not Arabic which is my mother tongue, states that IIRO is a "subsidiary" of MWL. However, as I explained in my deposition on September 17, 2018, the term used in Arabic is more accurately translated as "affiliate." During my time as Secretary General of MWL, IIRO was an affiliate of MWL, not a subsidiary.

12. As Secretary General for MWL, I also served *ex officio* as a member of the board of Rabita Trust, a Pakistan-based organization established jointly by MWL and the Government of Pakistan in 1988. The President of Pakistan served as Chairman of the Board of Rabita Trust, and the Pakistani Minister of Finance was responsible for the financial aspects.

13. The Rabita Trust is an independent organization and not a part of MWL.

14. The Rabita Trust was established with the purpose of repatriating Biharis (Pakistanis living in Bangladesh following the Indo-Pakistani War) from Bangladesh to Pakistan and this entity operated in Pakistan.

15. During the time that I served on the Board of Trustees of the Rabita Trust, between 1996 and 2000, it is my understanding that the Rabita Trust was not engaged in any work and was inoperative. No meetings were held, and no activity reports were circulated.

16. In 2000, I completed my term as Secretary General of MWL and thus left my positions in both board of directors at IIRO and Rabita Trust.

17. In my capacity as Secretary General of MWL, I was involved with the appointment of Wa'el Jelaidan as secretary general of the Rabita Trust. I do not know Mr. Wael Jelaidan personally and have never met him. At the time of his proposed appointment, I was given only limited information regarding his qualifications for the position. I was told that he had previously worked for the MWL in Pakistan, though I was not told what position he held or when.

18. My understanding is that Mr. Wael Jelaidan was known by the then-Prime Minister of Pakistan, Nawaz Sharif, and so the Pakistani government proposed his appointment on that basis. While I was consulted on this appointment, my appointment of him was perfunctory and completed to satisfy applicable organizational requirements. Due to his close relationship with Prime Minister Nawaz Sharif, when presented for my signature, Mr. Wael Jelaidan's appointment was a fait accompli.

19. I never participated in or directed anyone to participate in any activities intended to support Al Qaeda or any other terrorist organization.

20. I never provided or directed anyone to provide any financing to Al Qaeda or any other terrorist organization.

21. I never supported or instructed anyone else to support, explicitly or implicitly, Al Qaeda or any other terrorist organization.

3

22.    I never intended to aid a terrorist attack or to support Al Qaeda.

23.    I did not know at any time prior to September 11, 2001 that Al Qaeda was planning a terrorist attack against the United States.

24.    I do not agree with, and have never agreed with, Al Qaeda's or its affiliated terrorist organization's aims or acts. To the contrary, I was shocked and saddened by the terrorist attacks on September 11, 2001, which I considered as criminal acts of terror which are prohibited by the Islamic faith.

25.    I did not know Osama bin Ladin.

26.    I have worked actively in all the positions I worked in and all activities I undertook to counter acts of extremism and terrorism including the ideologies of Osama bin Ladin and Al Qaeda and its affiliated terrorist organizations and the events of September 11, 2001. Shortly after September 11, 2001, I appeared on Saudi television to condemn these terrorist acts.

       Pursuant to 28 U.S.C. § 1746, I, Abdullah bin Saleh Al-Obaid, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signed]

Abdullah bin Saleh Al-Obaid

Executed On: __4/4/2023_____

4

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

---

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** Al-Obaid Declaration (26 Paragraphs)

**Source language:** Arabic                          **Translated to:** English

### TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

### Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                          **Date:** 11 April 2026

محكمة مقاطعة الولايات المتحدة
مقاطعة نيويورك الجنوبية

_____

رقم *3 MDL 1570* (GBD) (SN)         في القضية المتعلقة بهجمات إرهابية في 11 سبتمبر 2001

يطبق على الاتي:

*أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 02-cv-6977*(GBD) (SN)؛

*بورنت وآخرون ضد مؤسسة البركة للاستثمار والتنمية وآخرين، قضية رقم 03-cv-9849* (GBD) (SN)؛

*كانتور فيتزجرالد وشركائه وآخرون ضد بنك اكيدة الخاص (ش.م.م.) وآخرين، قضية رقم 04-cv-7065*(GBD) (SN)؛

*شركة كونتينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم 04-cv-05970* (GBD) (SN)؛

*يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم 04-cv-7279* (GBD) (SN)؛

*شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم 03-cv-6978* (GBD) (SN)؛

*أونيل وآخرون ضد البركة وآخرين، قضية رقم 04-cv-1923* (GBD) (SN).

## تصريح د. عبدالله بن صالح العبيد

1. أنا الدكتور عبد الله بن صالح العبيد أصرّح بموجبه بأنني تجاوزت الثامنة عشرة من عمري وأنني بكامل قواي العقلية لأقوم بهذا التصريح. لدي معرفة شخصية بالوقائع المبينة أدناه. إذا تم استدعائي شاهداً، أنا قادر وسأشهد على البيانات والوقائع الواردة هنا ، والتي هي كلها صحيحة ودقيقة على حد علمي واعتقادي.

2. لقد سبق وقدّمت بيانات تحت القسم في هذه القضيّة ، بما في ذلك تصريح بتاريخ 29 مارس 2004 ، لدعم طلبي الأصلي بالردّ المقدم في 6 سبتمبر 2005 (ECF 1182) ، وشهادة بتاريخ 14 أكتوبر 2017 ، قدّمتها في 20 أكتوبر 2017 (ECF 3764) . باستثناء النقاط الموضحة في الفقرة 6 والفقرة 11 أدناه ، والتي تم توضيحها في إفادتي. تظل البيانات والوقائع الواردة في هذه التصريحات السابقة صحيحة ودقيقة على حد علمي واعتقادي ، وإذا استدعيت كشاهد فإني قادر وسأشهد على البيانات والوقائع الواردة فيها.

3. لقد ولدت في المملكة العربية السعودية عام 1941 وعشت في المملكة العربية السعودية طوال حياتي ، إلا عندما كنت أتابع دراساتي العليا في الولايات المتحدة تقريبا من 1975 إلى 1979. في عام 1979 ، حصلت على درجة الدكتوراه في المناهج والتقييم التربوي من جامعة ولاية أوكلاهوما.

4. بعد أن أنهيت دراساتي العليا عام 1979 ، لم أرجع إلى الولايات المتحدة إلا في مهمة رسمية. إن آخر مرة كنت موجوداً فيها في الولايات المتحدة بصفتي أميناً عامًا لرابطة العالم الإسلامي كانت في سبتمبر 2000 خلال زيارة إلى نيويورك حيث تحدثت في ندوة إسلامية عقدت لمناقشة مؤتمر السلام الدولي المقترح للألفية والتقيت مع سكرتير الأمم المتحدة آنذاك، الجنرال كوفي عنان بخصوص المؤتمر ذاته. وآخر زيارة لي للولايات المتحدة كانت في 2002 بصفتي عضو في مجلس الشورى (وهو مجلس تشريعي مشابه لمجلس النواب في بلدان اخرى) للمشاركة في مؤتمر دافوس.

1

5. من عام 1981 إلى 1995 ، شغلت منصب نائب الرئيس ومن ثم رئيس الجامعة الإسلامية في المدينة المنورة في المملكة العربية السعودية.

6. من 12 يناير 1996 حتى 4 نوفمبر 2000 ، شغلت منصب أمين عام رابطة العالم الإسلامي (الرابطة). احتوى تصريحي وشهادتي السابقين على خطأ مطبعي يشير إلى أنني شغلت هذا المنصب منذ عام 1995.

7. رابطة العالم الإسلامي هي منظمة إسلامية دولية غير حكومية تأسست في عام 1962 ومقرها في مكة المكرمة/المملكة العربية السعودية. من خلال مشاريعها التعليمية والدينية والثقافية ، تشجع رابطة العالم الإسلامي الحوار بين الثقافات و أتباع الأديان ، وتسعى إلى نشر القيم الإسلامية المعتدلة ، وتقاوم الفكر المتطرف من خلال رسالة السلام والوئام. تدير الرابطة ما يقارب 30 مكتبًا ومركزًا ثقافيًا في جميع أنحاء العالم. لرابطة العالم الإسلامي مركز استشاري عام مع المجلس الاقتصادي والاجتماعي التابع للأمم المتحدة.

8. بصفتي الأمين العام لرابطة العالم الإسلامي كان دوري يتجسّد بتمثيل الرابطة في الاجتماعات والمؤتمرات ، والمشاركة في الوفود نيابةً عنها. إضافةً إلى ذلك، كنت أتأكّد من تنفيذ الأمانة العامة لقرارات وتوصيات المجلس التأسيسي . إلّا أنني لم أشارك في العمليات اليومية لرابطة العالم الإسلامي إذ كانت تُدار من قبل مسؤولين كبار ومن قبل الإدارات المختصّة. خلال فترة إشغالي منصب أمين عام رابطة العالم الإسلامي ، كنت أسافر باستمرار ، وحضرت عددًا كثيرًا من المؤتمرات والاجتماعات ، والتقيت بمئات العلماء والحضور والمشاركين. وعندما كنت أحضر هذه اللقاءات، لم أتبن أو أؤيد وجهات نظر أو آراء منظّميها أو غيرهم من المتحدثين أوالحضور فيها.

9. خلال فترة إشغالي منصب أمين عام رابطة العالم الإسلامي ، نشرت الرابطة مجلة تضمنت مقالات كتبها كُتّاب وباحثون من جميع أنحاء العالم. لم يكن لي أي دور في اختيار الكُتّاب اللذين كتبوا المقالات أو في نشر هذه المجلة ، ولم أعتمد أو أؤيد وجهات نظر أو آراء الكُتّاب.

10. خلال فترة إشغالي منصب أمين عام رابطة العالم الإسلامي ، عملت بحكم منصبي كرئيس لمجلس إدارة هيئة الإغاثة الإسلامية العالمية ("الهيئة") ، وهي منظمة خيرية مقرها في جدة/المملكة العربية السعودية والتي أنشأتها رابطة العالم الإسلامي في 1978 لتقديم المساعدات الإنسانية العامة للفقراء ، فضلا عن المساعدات الطارئة استجابة للأزمات والكوارث الطبيعية. لم يكن لي دور في عمليات الهيئة اليومية.

11. إن التصريح المؤرخ مارس 2004 ، الذي تم تقديمه باللغة الإنجليزية ، وليس العربية وهي لغتي الأم ، ينص على أن الهيئة هي كيان فرعي للرابطة . ولكن، كما سبق وأوضحت في شهادتي في 17 سبتمبر 2018 ، فإن المصطلح المستخدم باللغة العربية يُترجم بدقة أكبر على أنه "تابع". خلال فترة عملي أميناً عاماً للرابطة ، كانت الهيئة تابعة للرابطة، وليست بكيان فرعي .

12. بصفتي أمينًا عامًا لرابطة العالم الإسلامي ، عملت أيضًا بحكم منصبي كعضو في مجلس وقف الرابطة ، وهي منظمة مقرها في باكستان تأسست بالاشتراك بين رابطة العالم الإسلامي وحكومة باكستان في عام 1988. شغل رئيس باكستان منصب رئيس مجلس إدارة وقف الرابطة و وزير المالي الباكستاني كان المسؤول عن الجوانب المالية.

13. إن وقف الرابطة منظمة مستقلة وليست جزءًا من رابطة العالم الإسلامي.

14. أنشئ وقف الرابطة بهدف إعادة البيهاريين (الباكستانيين الذين عاشوا في بنغلاديش في أعقاب الحرب الهندية الباكستانية) من بنغلاديش إلى باكستان ، وكان هذا الكيان يعمل في باكستان.

15. بحسب علمي، خلال الفترة التي خدمت فيها في مجلس أمناء وقف الرابطة بين 1996 و 2000 ، لم يكن وقف الرابطة منخرطاً في أي عمل و كان غير نشّال. لم تُعقد اجتماعات ولم تُعمم أي تقارير عن نشاطها.

2

16. في عام 2000 ، أكملت فترة ولايتي أميناً عاماً للرابطة، وبالتالي تركت منصبي في مجلسيّ إدارة الهيئة و وقف الرابطة.

17. بصفتي أميناً عاماً لرابطة العالم الإسلامي ، شاركت في تعيين السيد وائل جليدان أمينًا عامًا لوقف الرابطة. أنا لا أعرف السيد وائل جليدان شخصياً ولم أقابله قط. في وقت تعيينه المقترح ، تم إعطائي فقط معلومات محدودة بشأن مؤهلاته لهذا المنصب. قيل لي إنه عمل سابقًا في رابطة العالم الإسلامي في باكستان ،  إلّا أنه لم يتم إخباري بالمنصب الذي شغله  وتاريخ إشغاله له.

18. بحسب علمي إن السيد وائل جليدان كان معروفاً من قبل رئيس وزراء باكستان آنذاك ، نواز شريف ، ولذلك اقترحت الحكومة الباكستانية تعيينه على هذا الأساس. بالرغم إنه تم استشارتي في هذا التعيين ، كان تعييني له أمرًا روتينيًا وتم من أجل تلبية المتطلبات التنظيمية المعمول بها. بحكم علاقته برئيس الوزراء نواز شريف ، كان تعيين السيد وائل جليدان أمرًا حاصلاً عندما قُدم لتوقيعي.

19. لم أشارك ولم أوجه أحداً للمشاركة في أي أنشطة تهدف إلى دعم القاعدة أو أي منظمة إرهابية أخرى.

20. لم أقدم أو أقم بتوجيه أي شخص لتقديم أي تمويل للقاعدة أو أي منظمة إرهابية أخرى.

21. لم أؤيد أو أكلف أي شخص آخر بدعم القاعدة أو أي منظمة إرهابية أخرى ، بشكل صريح أو ضمني.

22. لم أنو قط المساعدة في هجوم إرهابي أو دعم القاعدة.

23. لم أكن أعرف في أي وقت قبل 11 سبتمبر 2001 أن القاعدة كانت تخطط لهجوم إرهابي ضد الولايات المتحدة.

24. أكان سابقاً أو حالياً، أنا لا أتفق مع أهداف أو أفعال القاعدة أو المنظمات الإرهابية التابعة لها. على العكس من ذلك ، لقد شعرت بالصدمة والحزن تجاه الهجمات الإرهابية في 11 سبتمبر 2001 ، والتي اعتبرتها أعمالاً إرهابية إجرامية محظورة وفق العقيدة الإسلامية.

25. لم أعرف أسامة بن لادن.

26. لقد عملت بنشاط في جميع المناصب التي عملت بها والمناشط التي مارستها علي مواجهة أعمال التطرف والإرهاب بما في ذلك إيديولوجيات أسامة بن لادن والقاعدة والمنظمات الإرهابية المرتبطة بها وأحداث 11 سبتمبر 2001. بعد وقت قصير من 11 سبتمبر 2001 ، ظهرت على التلفزيون السعودي لإدانة هذه الأعمال الإرهابية.

وفقًا لقانون 1746 § U.S.C. 28، أنا عبد الله بن صالح العبيد ، أعلن تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.

عبد الله بن صالح العبيد

نُفّذ في: 4/4/2023

3