# EXHIBIT 040

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

### Minutes of the Seventh Meeting of IIRO's Board of Directors
### Monday 12/4/1425 H
Praise to God and peace and blessings on God's prophet, and then:

Based on the invitation to the members' under number 25/38 dated 13/2/1425 H, the amendment of which was numbered 25/72 on 30/3/1425, for IIRO's Board of Directors to hold its seventh meeting on Monday 12/4/1425 H, corresponding to 31/5/2004 at 10 am at IIRO's headquarters in Jeddah, and headed by His Excellency the MWL's Secretary General, the Chairman of IIRO's Board of Directors Dr. Abdullah bin Abdel Mohsen al-Turki, and was attended by their honorable Excellence's the board members whose names are as follows:

| | | |
|---|---|---|
| 1- | His Excellency Dr. Adnan bin Khalil Basha | Member of the Board of Directors |
| 2- | His Excellency Dr. Saleh bin Hussein al-Ayed | Member of the Board of Directors |
| 3- | His Excellency Mr. Abdullah bin Saeed Abu Malha | Member of the Board of Directors |
| 4- | His Excellency Dr. Abdel Ilah bin Mohammed al-Moayyed | Member of the Board of Directors |
| 5- | His Excellency Mr. Hani bin Ahmed Zaki Yamani | Member of the Board of Directors |
| 6- | His Excellency Dr. Abdel Rahman bin Abdullah al-Zaid | Member of the Board of Directors |
| 7- | The Honorable Dr. Abdullah bin Abdel Aziz al-Musleh | Member of the Board of Directors |
| 8- | His Excellency Mr. Ali bin Abdullah al-Jerais | Member of the Board of Directors |
| 9- | His Excellency Dr. Sulaiman bin Hamad al-Saqri | Member of the Board of Directors |
| 10- | His Excellency Dr. Ahmed bin Nafei al-Moraii | Member of the Board of Directors |
| 11- | His Excellency Dr. Hamza bin Zuhair Hafez | Member of the Board of Directors |
| 12- | His Excellency Dr. Abdel Hamid bin Sulaiman al-Mojil | Member of the Board of Directors |
| 13- | His Excellency Mr. Omar Abdel Hadi | For the Jeddah Office |

*[Signature and handwritten date: 21/4]*

(1)

IIRO 287086

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

**The following apologized for their inability to attend:**

| | | |
|---|---|---|
| 1- | His Excellency Dr. Ahmed bin Mohammed Ali | Member of the Board of Directors |
| 2- | His Excellency Mr. Khalid bin Hamed Zaini | Member of the Board of Directors |
| 3- | His Excellency Mr. Ibrahim bin Mohammed al-Jemaih | Member of the Board of Directors, due to his travels |
| 4- | His Excellency Mr. Amr bin Hassan Anani | Member of the Board of Directors, due to his travels |
| 5- | His Excellency Mr. Abbas bin Ali Abdel Jawad | Member of the Board of Directors, due to his travels |
| 6- | His Excellency Mr. Mazen bin Mohammed Batraji | Member of the Board of Directors |
| 7- | The Honorable Dr. Saleh bin Zaben al-Marzouki | Member of the Board of Directors |

**The meeting was also attended by:**

| | | |
|---|---|---|
| 1- | His Excellency Mr. Samir bin Jamil al-Radi | Advisor at IIRO |
| 2- | His Excellency Mr. Saleh bin Abdullah al-Seekhan | Financial Affairs Director |
| 3- | His Excellency Mr. Abdullah bin Ahmed Bazaraa | Director of Financial Oversight |
| 4- | His Excellency Mr. Faisal Abdel Aziz | Office of al-Fawzan and Banqa Certified Accountants |

## Agenda:

First: The executive committee's recommendation concerning:
1- IIRO's final accounts for the 23/24 fiscal year.
2- Selecting the external auditor to audit IIRO's accounts for the 24/1425 fiscal year.
3- Al-Khareeji Office's offer to organize the domestic offices financially.
4- The external auditor's scope of work and the duties required of him.
5- The incentives system for IIRO's donation collectors and marketing representatives.
6- The financial committee's framework, duties and specializations.
7- Tasks, duties and powers of the domestic office's general supervisor and executive director.

*[Signature and handwritten date: 21/4]*

(2)                                                    IIRO 287087

*[Footer includes contact details in English and Arabic]*

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

8- The project of rehabilitation of people with disabilities.
9- The request to open an IIRO office in Sierra Leone.
10-Supporting IIRO's general account.
11-IIRO's general investment policy.
12-The secretary general's report on IIRO's work and activities during the 22/23 H fiscal year.

Second: New work developments.

2-1- Renewals for non-IIRO executive committee members.
2-2- The recommendation of Sanabel al-Khair Company's board of directors with regards to settling the losses of al-Haffar Company and the Albanian Company.

**The First Item: IIRO's closing accounts for the 23/24 fiscal year**

The board reviewed IIRO's closing accounts for the 1423/1424 H fiscal year, as well as the executive committee's related recommendation and decided the following:

Decision number M-58-7-25:

Approving the external auditor's report (al-Fawzan and Banqa) on IIRO's general budget and closing accounts (financial statements) for the fiscal year ending on 30/6/1424 H, as well as the details of the appended financial statements for that year. And to present this decision to the general assembly during its first meeting.

The Second Item: Selecting IIRO's external auditor for the 24/25 fiscal year

The board reviewed the executive committee's recommendation to the Office of al-Fawzan and Banqa to audit IIRO's accounts for the 1424/1425 H fiscal year and decided the following:

*[Signature and handwritten date: 21/4]*

(3)

IIRO 287088

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

**Decision number M-59-7-25:**
Approving the renewal for the External Auditor al-Fawzan and Banqa's Office to audit IIROs accounts for the 1424/1425 H fiscal year at a fee identical to that of the past 23/24 H fiscal year in the amount of one hundred thousand riyals.

**The Third Item: Al-Khareeji Office's offer to organize the domestic offices financially**
The board reviewed the executive committee's recommendation in relation to the offer of Ossama al-Khareeji's Office to organize the domestic offices financially. It came to the following decision:

**Decision number M-60-7-25:**
Agreeing to assign Ossama al-Khareeji's Office to study the accounting protocol at the domestic offices and to recommend the accounting protocol that would guarantee the preparation and issuance of the financial position and financial statements of IIRO's domestic offices so that they are similar as to presentation and method of preparation, at a total cost of (250,000), two hundred and fifty thousand riyals, and to complete the entire task within a time period of (120), one hundred and twenty days, in accordance to the schedule and financial installment table agreed upon with IIRO. [This is] in addition to training the domestic offices' accountants on this protocol and preparing the necessary training and rehabilitation course for them in this regard.

**The Fourth Item: The external auditor's scope of work and the duties required of him**
The board reviewed the executive committee's recommendation in regards to the external auditor's scope of work and the duties required of him. It decided upon the following:
**Decision number M-61-7-25:**
Approving the external auditor's scope of work and the duties required of him in accordance to the format attached to this decision.

**The Fifth Item: Organizing the incentives for IIRO's donation collectors and marketing representatives**
The board reviewed the executive committee's recommendation with regards to organizing the incentives for IIRO's donation collectors and marketing representatives. It decided upon the following:

*[Signature and handwritten date: 21/4]*

(4)

IIRO 287089

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

**Decision number M-62-7-25:**
Approving the organization of incentives for IIRO's donation collectors and marketing representatives in accordance to the format attached to this decision, and to submit a report to the financial committee on the implementation's results in six month from now, including the donation collection period during the next month of Ramadan.

**The Sixth Item: The financial committee's framework, duties and specializations**
The board reviewed the executive committee's recommendation in relation to the financial committee's framework, duties and specializations. It made the following decision:

**Decision number M-63-7-25:**
Approving the financial committee's framework, duties and specializations in accordance with the format attached to this decision.

**The Seventh Item: Tasks, duties and powers of the domestic office's general supervisor and executive director**
The board reviewed the executive committee's recommendations with regards to the tasks and duties of the domestic office's general supervisor and executive director, and decided the following:

**Decision number M-64-7-25:**
Approving the tasks, duties and powers of the domestic office's general supervisor and executive director in accordance to the format attached to this decision and subjecting it to a trial period of one year.

**The Eighth Item: The rehabilitation of people with disabilities project**
The board reviewed the executive committee's recommendations with regards to the rehabilitation of children with disabilities, and decided the following:

**Decision number M-65-7-25:**
Approving the 'rehabilitation of people with disabilities project' and promoting it to the donors by the domestic offices.

*[Signature and handwritten date: 21/4]*

(5)

IIRO 287090

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

### The Ninth Item: The request to open an IIRO office in Sierra Leone

The board reviewed the executive committee's recommendation with regards to opening an IIRO office in Sierra Leone, and decided the following:

**Decision number M-66-7-25:**

Approving the opening of an IIRO office in Sierra Leone in accordance to IIRO's financial circumstances and abilities.

### The Tenth Item: Supporting IIRO's general account

The board reviewed the executive committee's recommendation with regards to supporting IIRO's general account, and decided the following:

**Decision number M-67-7-25:**

Approving that the media and public relations expenses, as well as the operational expenses and salaries of offices abroad, are to be covered by the sponsorships and programs in that which concerns each of them and to be funded from their investments, and to allocate the 4% portion to only cover the head office's expenditures from salaries, wages, operational expenditures and fixed assets.

### The Eleventh Item: IIRO's general investment policy

The board reviewed the executive committee's recommendations with reggards to IIRO's general investment policy, and decided the following:

**Decision number M-68-7-25:**

IIRO's proposed investment policy is to be referred to the Sharia Committee for its opinion. The board members are to be given a one week period to express their comments if any. The chairman is to be delegated to issue the decision for its implementation if there are no sharia-related comments on it or to re-present it to the board if necessary.

### The Twelfth Item: The secretary general's report on IIRO's work and activities during the 22/23 H fiscal year

The board reviewed the secretary general's report on IIRO's work and activities during the 22/23 H fiscal year and on the executive committee's recommendation in this regard, and decided the following:

*[Signature and handwritten date: 21/4]*

(6)

IIRO 287091

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____

### Decision number M-69-7-25:

The board reviewed the secretary general's report on IIRO's work and activities during the 1422/1423 H fiscal year and thanked the secretary general and secretariat general's personnel for their efforts.

### The Thirteenth Item: Renewals for non-IIRO executive committee members

The board reviewed ["the" added handwritten] memo offer number 100/430/1425 dated 22/3/1425 H that related to the renewal for non-IIRO executive committee members, and it decided the following:

### Decision number M-70-7-25:

Approval to renew the membership period of their Excellence's the non-IIRO executive committee members for a period of two years with possibility for renewal, starting from 2/4/1425 H in accordance to article 11-A-2 of the bylaws, and they are:

1- Mr. Khalid bin Hamed Zaini
2- Mr. Abdullah bin Saeed Abu Malha
3- Mr. Abbas bin Ali Abdel Jawad
4- Mr. Ibrahim bin Mohammed al-Jemaih
5- Mr. Mazen bin Mohammed Batraji
6- Mr. Hani bin Ahmed Zaki Yamani

### The Fourteenth Item: The Sanabel al-Khair Company's recommendation relating to settling the losses of al-Haffar Company and the Albanian Company

The board reviewed the memo offer number 25/82 dated 12/4/1425 H which included the recommendation of Sanabel al-Khair Company's board of directors with regards to settling the losses of al-Haffar Company and the Albanian Company, and decided the following:

*[Signature and handwritten date: 21/4]*

(7)

IIRO 287092

*[Footer includes contact details in English and Arabic]*

**Muslim World League**
**International Islamic Relief Organization**
**In the Kingdom of Saudi Arabia**
**Nr: :**_____
**Date: :**_____
**Subject:**_____


**<u>Decision number M-71-7-25:</u>**
Approval for IIRO to cover the losses resulting from investment in al-Haffar Company (Basafojagu) and the Albanian Company and considering the amount of (23,636,701) Saudi riyals that IIRO gave to its company to be a goodwill loan that was waived, and this is in support of the financial position of Sanabel al-Khair Company and to avoid the company's liquidation, and this is on  thecondition that the partners at Basafojagu (HS) Inc. agree to buy Sanabel al-Khair Company's share and to end its relation with Sanabel.


Signed by


IIRO's Secretary General

*[Signature and handwritten date: 21/4]*

Dr. Adnan bin Khalil Basha


MWL Secretary General

Chairman of IIRO's Board of Directors

*[Signature and handwritten date: 5/6/1425 H]*

Dr. Abdullah bin Abdel Mohsen al-Turki


(8)

IIRO 287093


*[Footer includes contact details in English and Arabic]*

MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

**هيئة الإغاثة الإسلامية العالمية**

**بالمملكة العربية السعودية**

| | | | |
|---|---|---|---|
| Sub. : | : الموضوع | No : | : الرقـم |
| | : | Date : | : التـاريخ |

<u>محضر الاجتماع السابع لمجلس إدارة الهيئة</u>

<u>الإثنين ١٤٢٥/٤/١٢هـ</u>

الحمد لله ، والصلاة والسلام على رسول الله، وبعد:

فبناء على الدعوة الموجهة للأعضاء برقم ٣٨/٢٥ وتاريخ ١٤٢٥/٢/١٣هـ والمعدلة بــرقم ٧٢/٢٥ وتاريخ ١٤٢٥/٣/٣٠هـ عقد مجلس إدارة الهيئة اجتماعه السابع الإثـنين ١٤٢٥/٤/١٢هـ المـوافــق ٢٠٠٤/٥/٢م في الساعة العاشرة صباحاً بمقر الأمانة العامة للهيئة بجدة برئاسة معالي الأمين العام لرابطــة العالم الإسلامي رئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن عبدالمحسن التركي، وبحضور أصحاب الفضيلة والسعادة أعضاء المجلس الآتية أسماؤهم:

| | | |
|---|---|---|
| ١- | سعادة الدكتور/ عدنان بن خليل باشا | عضو مجلس الإدارة. |
| ٢- | سعادة الدكتور/ صالح بن حسين العايد | عضو مجلس الإدارة. |
| ٣- | سعادة الأستاذ/ عبدالله بن سعيد أبو ملحة | عضو مجلس الإدارة. |
| ٤- | سعادة الدكتور/ عبدالإله بن محمد المؤيد | عضو مجلس الإدارة. |
| ٥- | سعادة الأستاذ/ هاني بن أحمد زكي يماني | عضو مجلس الإدارة. |
| ٦- | سعادة الدكتور/ عبدالرحمن بن عبدالله الزيد | عضو مجلس الإدارة. |
| ٧- | فضيلة الدكتور/ عبدالله بن عبدالعزيز المصلح | عضو مجلس الإدارة. |
| ٨- | سعادة الأستاذ/ علي بن عبدالله الجريس | عضو مجلس الإدارة. |
| ٩- | سعادة الدكتور/ سليمان بن حمد الصقري | عضو مجلس الإدارة. |
| ١٠- | سعادة الدكتور/ أحمد بن نافع المورعي | عضو مجلس الإدارة. |
| ١١- | سعادة الدكتور/ حمزه بن زهير حافظ | عضو مجلس الإدارة. |
| ١٢- | سعادة الدكتور/ عبدالحميد بن سليمان المعجل | عضو مجلس الإدارة. |
| ١٣- | سعادة الأستاذ/ عمر عبدالهادي | عن مكتب جدة. |

(١)

Please qoute above ref. No. and date when replying.    Pour répondre, Priére de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤- تليفون : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

البريد الالكتروني : Email: relief@iirosa.org

IIRO 287086



MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

| | |
|---|---|
| Sub. : ⋯⋯⋯⋯⋯⋯⋯⋯ : الموضوع | No : ⋯⋯⋯⋯⋯⋯⋯⋯ : الرقــم |
| ⋯⋯⋯⋯⋯⋯⋯⋯ : | Date : ⋯⋯⋯⋯⋯⋯⋯⋯ : التـاريخ |

**واعتذر عن عدم الحضور:**

١- معالي الدكتور/ أحمد بن محمد علي         عضو مجلس الإدارة.

٢- سعادة الأستاذ/ خالد بن حامد زيني         عضو مجلس الإدارة.

٣- سعادة الأستاذ/ ابراهيم بن محمد الجميح      عضو مجلس الإدارة لسفره.

٤- سعادة الأستاذ/ عمرو بن حسن عناني        عضو مجلس الإدارة لسفره.

٥- سعادة الأستاذ/ عباس بن علي عبدالجواد      عضو مجلس الإدارة لسفره.

٦- سعادة الأستاذ/ مازن بن محمد بترجي        عضو مجلس الإدارة.

٧- فضيلة الدكتور/ صالح بن زابن المرزوقي      عضو مجلس الإدارة.

**كما حضر الاجتماع:**

١- سعادة الأستاذ/ سمير بن جميل الراضي       المستشار بالهيئة.

٢- سعادة الأستاذ/ صالح بن عبدالله الصيخان     مدير الشؤون المالية.

٣- سعادة الأستاذ/ عبدالله بن أحمد بازرعة       مدير المتابعة المالية.

٤- سعادة الأستاذ/ فيصل عبدالعزيز           مكتب الفوزان وبانقا محاسبون قانونيون.

**جدول الأعمال**

أولاً: توصيات اللجنة التنفيذية بخصوص:

١- الحسابات الختامية للهيئة للعام المالي ٢٤/٢٣هـ.

٢- اختيار المراجع الخارجي لمراجعة حسابات الهيئة للعام المالي ١٤٢٥/٢٤هـ.

٣- عرض مكتب الخريجي لتنظيم المكاتب المحلية مالياً.

٤- نطاق عمل المراجع الخارجي والواجبات المطلوبة منه.

٥- نظام حوافز جامعي التبرعات ومندوبي التسويق في الهيئة.

٦- إطار ومهمات واختصاصات اللجنة المالية.

٧- مهام وواجبات وصلاحيات المشرف العام والمدير التنفيذي للمكتب المحلي.

(٢)

Please qoute above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

٦٥١٢٩٩٧ – ٦٥١٨٤٩١ : فاكس – ٦٥١٥٤١١ – ٦٥١٢٣٣٣ : تليفون – جدة ٢١٤٣٤ ص.ب ١٤٨٤٣ : العنوان

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

Email: relief@iirosa.org : البريد الالكتروني

IIRO 287087

MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

**هيئة الإغاثة الإسلامية العالمية**

**بالمملكة العربية السعودية**

| | | |
|---|---|---|
| Sub. : ⋯⋯ : الموضوع | No : ⋯⋯ : الرقـم |
| ⋯⋯ : | Date : ⋯⋯ : التاريخ |

٨– مشروع تأهيل المعاقين.

٩– طلب فتح مكتب للهيئة في سيراليون.

١٠–  دعم الحساب العام للهيئة.

١١– السياسة الاستثمارية العامة للهيئة.

١٢– تقرير الأمين العام عن أعمال ونشاطات الهيئة خلال العام المالي ٢٣/٢٢هـ.

ثانياً: ما يجد من أعمال.

٢–١– التجديد لأعضاء اللجنة التنفيذية من خارج الهيئة.

٢–٢– توصية مجلس إدارة شركة سنابل الخير بخصوص تسوية خسائر شركة الحفار والشـــركة الألبانية.

**البند الأول: الحسابات الختامية للهيئة للعام المالي ٢٤/٢٣هـ**

اطلع المجلس على الحسابات الختامية للهيئة للعام المالي ١٤٢٤/١٤٢٣هـ وعلى توصية اللجنة التنفيذية بخصوصها وقرر ما يلي:

**القرار رقم م–٥٨–٧–٢٥:**

المصادقة على تقرير مراجع الحسابات الخارجي (الفوزان وبانقا) عن الميزانية العمومية والحسابات الختاميـــة (القوائم المالية) للهيئة عن السنة المالية المنتهية في ١٤٢٤/٦/٣٠هـ وملحق تفاصيل القوائم المالية عن تلك السنة. وعرض القرار على الجمعية العامة في أول اجتماع لها.

**البند الثاني: اختيار المراجع الخارجي للهيئة للعام المالي ٢٥/٢٤هـ**

اطلع المجلس على توصية اللجنة التنفيذية بالتجديد لمكتب الفوزان وبانقا لمراجعة حسابات الهيئة للعــام المالي ١٤٢٥/١٤٢٤هـ وقرر ما يلي:

(٣)

Please qoute above ref. No. and date when replying.    Pour répondre, Priére de citer la date et la référence sus - citées    الرجاء ـ عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤– تليفون : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

Email: relief@iirosa.org : البريد الالكتروني

IIRO 287088

MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

Sub. : ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ : الموضوع

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ :

No : ⋯⋯⋯⋯⋯⋯⋯⋯ : الرقــــم

Date : ⋯⋯⋯⋯⋯⋯⋯ : التاريخ

**القرار رقم م−٥٩−٧−٢٥:**

الموافقة على التجديد لمكتب المراجع الخارجي الفوزان وبانقا لمراجعة حسابات الهيئة للعام المالي ١٤٢٤/١٤٢٥هـ .بمثل قيمة أتعاب العام المالي المنصرم ٢٣/٢٤هـ وقدرها مائة ألف ريال.

**البند الثالث: عرض مكتب الخريجي لتنظيم المكاتب المحلية مالياً**

اطلع المجلس على توصية اللجنة التنفيذية بخصوص عرض مكتب أسامه الخريجي لتنظيم المكاتب المحلية مالياً وقرر ما يلي:

**القرار رقم م−٦٠−٧−٢٥:**

الموافقة على تكليف مكتب أسامه الخريجي بدراسة النظام المحاسبي في المكاتب المحلية واقتراح النظام المحاسبي الذي يكفل إعداد وإصدار المراكز المالية والقوائم المالية للمكاتب المحلية للهيئة متماثلة من حيــث العــرض وأسلوب التحضير بتكلفة إجمالية قدرها (٢٥٠,٠٠٠) مائتان وخمسون ألف ريال وإنجاز المهمة كاملــة في مدة زمنية قدرها (١٢٠) مائة وعشرون يوماً وفق الجدول الزمني وجدول الدفعات المالية المتفق عليه مــع الهيئة. بالإضافة إلى تدريب وتأهيل محاسبي المكاتب المحلية على ذلك النظام وإعــداد الــدورة التدريبيــة والتأهيلية اللازمة لهم في هذا الشأن.

**البند الرابع: نطاق عمل المراجع الخارجي والواجبات المطلوبة منه**

اطلع المجلس على توصية اللجنة التنفيذية بخصوص نطاق عمل المراجع الخارجي والواجبات المطلوبة منه وقرر ما يلي:

**القرار رقم م−٦١−٧−٢٥:**

الموافقة على نطاق عمل المراجع الخارجي والواجبات المطلوبة منه وفق الصيغة المرافقة لهذا القرار.

**البند الخامس: تنظيم الحوافز التشجيعية لجامعي التبرعات ومندوبي التسويق**

اطلع المجلس على توصية اللجنة التنفيذية بخصوص تنظيم الحوافز التشجيعية لجامعي التبرعات ولمنــدوبي التسويق في الهيئة وقرر ما يلي:

(٤)

الرجاء ـ عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

Please qoute above ref. No. and date when replying.    Pour répondre, Priére de citer la date et la référence sus - citées

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ ـ تليفون : ٦٥١٢٣٣٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

Email: relief@iirosa.org : البريد الالكتروني

IIRO 287089



MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

**هيئة الإغاثة الإسلامية العالمية**

**بالمملكة العربية السعودية**

Sub. : ┄┄┄┄┄┄┄┄┄┄ : الموضوع

┄┄┄┄┄┄┄┄┄┄ :

No : ┄┄┄┄┄┄┄┄┄┄ : الرقــم

Date : ┄┄┄┄┄┄┄┄┄┄ : التاريخ

**القرار رقم م-٦٢-٧-٢٥:**

الموافقة على تنظيم الحوافز التشجيعية لجامعي التبرعات ومندوبي التسويق في الهيئة وفق الصيغة المرافقة لهـذا القرار على أن يقدم تقرير عن نتائج تطبيقيه للجنة المالية بعد ستة أشهر من الآن بما فيها فترة جمع التبرعات في شهر رمضان القادم.

**البند السادس: إطار ومهمات واختصاصات اللجنة المالية**

اطلع المجلس على توصية اللجنة التنفيذية بخصوص إطار ومهمات واختصاصات اللجنة المالية وقرر مـــا يلي:

**القرار رقم م-٦٣-٧-٢٥:**

الموافقة على إطار ومهمات واختصاصات اللجنة المالية وفق الصيغة المرافقة لهذا القرار.

**البند السابع: مهام وواجبات وصلاحيات المشرف العام والمدير التنفيذي للمكتب المحلي**

اطلع المجلس على توصية اللجنة التنفيذية بخصوص مهام وواجبات المشرف العام والمدير التنفيذية للمكتب المحلي وقرر ما يلي:

**القرار رقم م-٦٤-٧-٢٥:**

الموافقة على مهام وواجبات وصلاحيات المشرف العام والمدير التنفيذي للمكتب المحلي وفق الصيغة المرافقة لهذا القرار وإخضاعها للتجربة لمدة عام.

**البند الثامن: مشروع تأهيل المعاقين**

اطلع المجلس على توصية اللجنة التنفيذية بخصوص تأهيل الأطفال المعاقين وقرر ما يلي:

**القرار رقم م-٦٥-٧-٢٥:**

الموافقة على مشروع تأهيل المعاقين وتسويقه من قبل المكاتب المحلية على المتبرعين.

(٥)

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة    Pour répondre, Priére de citer la date et la référence sus - citées    Please qoute above ref. No. and date when replying.

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤- تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس - ٦٥١٨٤٩١ - ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

البريد الالكتروني : Email: relief@iirosa.org

IIRO 287090

MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

**هيئة الإغاثة الإسلامية العالمية**

**بالمملكة العربية السعودية**

| Sub. : .................................... : الموضوع | | No : .................................... : الرقـــم |
|---|---|---|
| .................................... : | | Date : .................................... : التاريخ |

<u>البند التاسع: طلب فتح مكتب للهيئة في سيراليون</u>

اطلع المجلس على توصية اللجنة التنفيذية بخصوص فتح مكتب للهيئة في سيراليون وقرر ما يلي:

<u>القرار رقم م-٦٦-٧-٢٥:</u>

الموافقة على فتح مكتب للهيئة في سيراليون وفق الظروف والإمكانات المالية للهيئة.

<u>البند العاشر: دعم الحساب العام للهيئة</u>

اطلع المجلس على توصية اللجنة التنفيذية بخصوص دعم الحساب العام للهيئة وقرر ما يلي:

<u>القرار رقم م-٦٧-٧-٢٥:</u>

الموافقة على تحميل مصروفات الإعلام والعلاقات العامة وكذلك المصروفات التشغيلية والرواتب للمكاتب الخارجية على الرعايات والبرامج كل بما يخصها وتمول من استثماراتها وتخصيص نسبة الــ ٤% لتغطية نفقات المركز الرئيس فقط من رواتب وأجور ومصروفات تشغيلية وأصول ثابتة.

<u>البند الحادي عشر: السياسة الاستثمارية العامة للهيئة</u>

اطلع المجلس على توصية اللجنة التنفيذية بخصوص السياسة الاستثمارية العامة للهيئة وقرر ما يلي:

<u>القرار رقم م-٦٨-٧-٢٥:</u>

تحال السياسة الاستثمارية العامة المقترحة للهيئة إلى اللجنة الشرعية لإبداء الرأي، وتعطى مهلة أسبوع لأعضاء المجلس لإبداء ملاحظاتهم عليها إن وجدت ويفوض الرئيس بإصدار قرار تطبيقها إن لم تكن هناك ملاحظات شرعية عليها أو إعادة العرض على المجلس إذا اقتضى الأمر ذلك.

<u>البند الثاني عشر: تقرير الأمين العام عن أعمال ونشاطات الهيئة خلال العام المالي ٢٢/٢٣هـ</u>

اطلع المجلس على تقرير الأمين العام عن أعمال ونشاطات الهيئة خلال العام المالي ٢٢/٢٣هـ وعلى توصية اللجنة التنفيذية بخصوصه وقرر ما يلي:

(٦)

Please qoute above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

Email: relief@iirosa.org : البريد الالكتروني

IIRO 287091

MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

**هيئة الإغاثة الإسلامية العالمية**

**بالمملكة العربية السعودية**

Sub. : ‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ : الموضوع

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ :

No : ‑‑‑‑‑‑‑‑‑‑ : الرقـــم

Date : ‑‑‑‑‑‑‑‑‑‑ : التاريخ

**القرار رقم م‑٦٩‑٧‑٢٥:**

اطلع المجلس على تقرير الأمين العام عن أعمال ونشاطات الهيئة خلال العام المالي ١٤٢٢/١٤٢٣هـ وشكر الأمين العام ومنسوبي الأمانة العامة على جهودهم.

**البند الثالث عشر: التجديد لأعضاء اللجنة التنفيذية من خارج الهيئة**

اطلع المجلس/مذكرة العرض رقم ١٠٠/٤٣٠/١٤٢٥ وتاريخ ١٤٢٥/٣/٢٢هـ بخصوص التجديد لأعضاء اللجنة التنفيذية من خارج الهيئة وقرر ما يلي:

**القرار رقم م‑٧٠‑٧‑٢٥:**

الموافقة على تجديد مدة عضوية أصحاب السعادة أعضاء اللجنة التنفيذية من خارج الهيئة لمدة عامين قابلة للتجديد اعتباراً من ١٤٢٥/٤/٢هـ وفقاً للمادة ١١‑أ‑٢ من النظام وهم:

١‑ الأستاذ/ خالد بن حامد زيني.

٢‑ الأستاذ/ عبدالله بن سعيد أبو ملحة.

٣‑ الأستاذ/ عباس بن علي عبدالجواد.

٤‑ الأستاذ/ ابراهيم بن محمد الجميح.

٥‑ الأستاذ/ مازن بن محمد بترجي.

٦‑ الأستاذ/ هاني بن أحمد زكي يماني.

**البند الرابع عشر: توصية مجلس إدارة شركة سنابل الخير**

**بخصوص تسوية خسائر شركة الحفار والشركة الألبانية**

اطلع المجلس على مذكرة العرض رقم ٨٢/٢٥ وتاريخ ١٤٢٥/٤/١٢هـ المتضمنة توصية مجلس إدارة شركة سنابل الخير بخصوص تسوية خسائر الحفار والشركة الألبانية وقرر ما يلي:

(٧)

Please qoute above ref. No. and date when replying.    Pour répondre, Priére de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ ‑ تليفون : ٦٥١٢٣٣٣ ‑ ٦٥١٥٤١١ ‑ فاكس : ٦٥١٨٤٩١ ‑ ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997

Email: relief@iirosa.org : البريد الالكتروني

IIRO 287092

MUSLIM WORLD LEAGUE

**INT'L . ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

Sub. : ⸺⸺⸺⸺⸺⸺ : الموضوع

⸺⸺⸺⸺⸺⸺⸺⸺ :

No : ⸺⸺⸺⸺⸺⸺ : الرقـــم

Date : ⸺⸺⸺⸺⸺⸺ : التاريخ

القرار رقم م-٧١-٧-٢٥:

الموافقة على تحمل هيئة الإغاثة الإسلامية الخسائر الناتجة عن الاستثمار في شركة الحفـــار (باســـافوجاجو)
والشركة الألبانية واعتبار مبلغ (٢٣،٦٣٦،٧٠١) ريال سعودي الذي قدمته الهيئة لشركتها قرضاً حسناً تم
التنازل عنه وذلك دعماً للمركز المالي لشركة سنابل الخير وكي تتجنب الشركة التصفية، شريطة موافقـــة
الشركاء في شركة باسافوجاجو BASAFOJAGU (HS) INC على شراء نصيب شركة سنابل
الخير وإنهاء علاقة السنابل بها.

التوقيع

الأمين العام للرابطة

رئيس مجلس إدارة الهيئة

د. عبدالله بن عبدالمحسن التركي

الأمين العام للهيئة

د. عدنان بن بن خليل باشا

(٨)

Please qoute above ref. No. and date when replying.    Pour répondre, Priére de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان :ص.ب ١٤٨٤٣ جدة ٢١٤٣٤- تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١- فاكس : ٦٥١٨٤٩١ - ٦٥١٢٩٩٧

Address :P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997
Email: relief@iirosa.org : البريد الالكتروني

IIRO 287093

# DAOU TRANSLATION AND SERVICES
## ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 287086 – IIRO 287093

**Source language:** Arabic            **Translated to:** English

## TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026