# EXHIBIT 041



# Annual Report
# Rapport Annuel
## 2001 - 2002

**MUSLIM WORLD LEAGUE**

### INTL. ISLAMIC RELIEF ORG.

**THE KINGDOM OF SAUDI ARABIA**

IIRO 004511





# INDEX



| | |
|---|---|
| **Foreword** | **3** |
| **Introduction** | |
| **IIROSA's Domestic Office Branches** | **7** |
| **Les Bureaux locaux** | |
| **Achievements of the programs and projects sector** | **15** |
| **Réalisations de la Direction des Programmes et des Projets** | |
| **Social Welfare** | **21** |
| **Programme de la Protection Sociale** | |
| **Emergency Relief** | **27** |
| **Direction des Secours d'Urgence** | |
| **Engineering Department (social & urban centers)** | **33** |
| **Direction du Génie Civil (centres sociaux, puits...)** | |
| **Health Care Program** | **41** |
| **Programme de la Protection Sanitaire** | |
| **Educational Welfare Program** | **49** |
| **Programme d'Enseignement** | |
| **Instructors Program** | **61** |
| **Le Programme de l'Education et des Educateurs** | |
| **Dissemination of Culture** | **67** |
| **Programme de Lecture** | |
| **Seasonal Program** | **73** |
| **Les Projets Saisonniers** | |
| **Human Sustainable Development Program** | **77** |
| **Programme de la Promotion Humaine** | |
| **Personal Assistance** | **83** |
| **les Assistances Individuelles** | |
| **External Relations** | **87** |
| **and coordination with other international organizations** | |
| **Relations Extérieures** | |
| **et coordination avec les organisations islamiques et internationales** | |
| **Achievements in the various continents** | **97** |
| **Réalisations de l'OIIS à l'étranger** | |







IIRO 004512



# IIROSA's Domestic Office Branches

# Les Bureaux locaux

IIRO 004517

During the fiscal year 2001-2002, the IIROSA spent more than SR.124,000,000. This marvallous achievement was made possible by the creation of 18 domestic branches in the various parts of the Kingdom, which in their turn created many branch offices in the cities and towns to present the opportunity to more and more local peoples to contribute in funding the various projects and programs of the IIROSA worldwide.

## Al-Baha branch office:

Under the supervision and directives of HRH Prince Muhammed bin Saud, Governor of Al-Baha region and the patronage of his Deputy, HRH Prince Faisal bin Muhammad, the Al-Baha branch office which is managed by Mr. Ibrahim Saeed Hamdan, was able to raise the sum of SR.4,655,308.80, in the year 2001-2002 and implement the following programs of IIROSA:

- Subsidizing Social welfare programs providing emergency relief, health and educational care. It also digs wells in nine countriesincluidng Uganda, Occupied, Palestine, Bosnia–Herzegovina, Chechnya, Kosovo, Kurdistan, Azad Kashmir, Sri Lanka and Macedonia.
- Organizing an educational camp at Rawakh center in Al-Baha.
- Organizing a summer camp for 150 students.

Supervising two courses in Uganda.

## Gizan Office:

Through the constant instructions of HRH Prince Muhammed bin Nasir, Governor of the Gizan region, IIROSA offices in Gizan, Sabia, Abu Arish, Daarb and Beish, which are supervised by Sheikh Muhammed bin Hassan Al-Hazmi, collected SR.6,600,000 during the fiscal year 2001-2002 for the following programs:

- Social welfare, emergency relief, health care, educational welfare, free meals, meals for the pilgrims, human sustainable development, construction of social center and well digging in many countries.
- Holding an exhibition in Gizan and a charity bazzar in Sabia.
- Participation of the women's committee in a number of exhibitions.

## Al-Jouf Office:

Under the supervision and patronage of HRH Prince Abdul Ilah , Governor of Al-Jouf region, the IIROSA office, which is directed by Fakhri bin Hammad Al-Shallal, raised SR.1,374,644 during the fiscal year 2001 - 2002 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, meals for the pilgrims, human sustainable development, construction of social centers and well digging in many countries.
  - Three trucks loads of new and used clothes, textile materi-

Durant l'exercice 2001/2002, L'OIIS a dépensé plus de 124.000.000 RS. Cette merveilleuse réalisation a pu être possible grâce la création de 18 bureaux locaux dans différentes parties du Royaume. A noter que lesdits bureaux locaux ont créé à leur tour beaucoup d'autres branches dans différentes villes et faubourgs, en vue de donner de la chance a plus de personnes a contribuer au financement des différents projets et programmes de L'OIIS.

## 1-Bureau de Bahha :

Sous les directives et l'encadrement du prince Mohamed Ben Saoud ben Abd Al Aziz, gouverneur de la région de Bahha et sous le patronage de son adjoint le prince Faissal ben Mohamed ben Saoud le Bureau de Bahha a pu sous la direction de M. Ibrahim Said Hamdane collecter, en l'an 2001\2002, le montant de 4 655308,80 riyals. Parmi les réalisations de ce Bureau, ce qui suit:

* Contribution au soutien des programmes de la protection sociale,des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits, dont ont bénéficié 9 pays, à savoir: Ouganda, Palestine Bosnie-Herzégovine, Tchétchénie, Kosovo, Kurdistan,Cachemire,Sri Lanka et Macédoine.
* Organisation d'un camp pédagogique au centre de Rouakh dans la région de Bahha.
* Organisation d'un centre de vacances d'été regroupant 50 étudiants.
* Encadrement de deux stages de formation en Ouganda.

## 2- Bureau de Jazan:

Sous les directives du prince Mohamed Ben Nasser ben Abd Al Aziz, gouverneur de la région de Jazan, les Bureaux de l'OIMS à Jazan, Sabiya, Abu Arich, Addarb et Bich, dirigés par Cheikh Mohamed ben Hassan Al Hazimi ont pu collecter, en l'an 2001\2002, le montant de 6 600 000 riyals. Parmi les réalisations de ces Bureaux ce qui suit:

* Contribution au soutien des programmes de la protection sociale, des secours d'urgence, de la protection sanitaire, des programmes culturels, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs, distribution du mouton de l'Aïd, de la distribution de repas aux pèlerins, de la promotion humaine, de construction de centres sociaux et de forage de puits dans plusieurs pays.
* Organisation de la Foire de Jazan et d'un marché caritatif à Sabiya.
* Participation de la commission des femmes à plusieurs expositions de la région.

## 3- Bureau d'El Jouf:

Sous la supervision et le patronage du prince Abdel Ilah ben Abd Al Aziz,gouverneur de la région d'El Jouf, le Bureau dirigé par M. Fakhri ben Hamad Ash Shallal a réussi à collecter, en l'an 2001\2002,le montant de 1 374 644 riyals . Parmi les réalisations de ce Bureau ce qui suit:

* Contribution au soutien des programmes de la protection sociale, des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits, des dons et des aumônes générales, des programmes "Epis du Bien", de la distribution du mouton de l'Aïd et de la distribution de repas aux pèlerins.
* Acheminement de donations en nature d'un poids de 3 camions lourds chargés de vêtements neufs et usés, de linges et de dattes dont ont bénéficié plusieurs pays dont notamment: la Jordanie, la Palestine, l'Afghanistan, le Kosovo et la Tchétchénie.

## 4-Bureau de Riyadh:

Sous le patronage du prince Salman ben Abd Al Aziz,gouverneur de la région de Riyadh et grâce au suivi de

IIRO 004518

al, mattresses and palm dates were sent to several countries including Jordan, Palestine, Afghanistan, Kosovo and Chechnya.

## Riyadh Office:

Under the generous patronage of HRH Prince Salman bin Abdul Aziz, Governor of Riyadh region and his Deputy, Prince Satam bin Abdul Aziz, the Riyadh office of the IIROSA, supervised by Mr. Ali bin Abdullah Al-Jurais raised SR.27,456,663 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, meals for the pilgrims, human sustainable development, construction of social centers and well digging and agricultural programs.
- Distribution of such items as rice, clothes, shoes, blankets, tents, medicine and medical materials worth SR.2,325,510 in Bangladesh, Pakistan, Afghanistan, Azad Kashmir, Chechnya, Lebanon, Azerbaijan, Central Asian Islamic Republics and Kosovo.
- Fifty nine advertisements, four billboards and ten media reports.
- Holding or taking part in 14 exhibitions.
- Visits to Pakistan, Bangladesh and Afghanistan.

## IIROSA offices in the Eastern Region:

Under the patronage of HRH Prince Muhammed bin Fahd, Governor of the Eastern region, and his Deputy HRH Prince Saud bin Naif , and through the management of HH Prince Turki bin Jelewi Al-Saud, the IIROSA offices in the Eastern region collected SR 4,382,000 in the year 2001-2002 to implement the following programs in eight countries:

- Social welfare, health care, educational, free meals, human sustainable development. The eight countries are: Kosovo, Sudan, Chechnya, Indonesia, India, Thailand, Philippines, and Ethiopia.
- Supervising tours of Indonesia, Jordan, India, Ethiopia, and Sudan.
- A refresher course was held in Bihar, India, and a caravan carrying relief items was arranged in Ogaden-Ethiopia.

## IIRO offices in the Asir region:

Thanks to continuous advices of HRH Prince Khalid Al-Faisal, Governor of the Asir region, and the efforts of the director Mr. Muhammed bin Hamidi Al-Sarhani, the twelve IIROSA offices in the Asir region collected SR16,293,386 in 2001-2002 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, well digging.
- Five countries including Kosovo, Chechnya, Iraqi-Kurdistan, Nigeria and Chad received material assistance worth

son adjoint le prince Sattam ben Abd Al Aziz, le Bureau de Riyadh, dirigé par M. Ali ben Abd-Allah al Jariss a réussi à collecter, en l'an 2001\2002, le montant de 27 456 663 riyals qui a contribué à soutenir plusieurs programmes de protection sociale, de secours d'urgence, de construction de centres sociaux, de protection sanitaire, de programmes d'éducation, de programmes culturels, de cours de lecture, de distributions de repas aux jeûneurs, de distribution de repas aux pèlerins, d'immolation de moutons de l'Aïd, de forage de puits, de promotion humaine et de réalisation de projets agricoles.

* Le Bureau a contribué aussi par des donations diverses englobant (riz, vêtements, chaussures, couvertures, draps, tentes, médicaments, outils médicaux et autres) d'un montant de 2 325 510 riyals.

*9 pays ont bénéficié de ces donations dont: Bangladesh, Pakistan, Cachemire, Tchétchénie, Liban, Azerbaïdjan, les républiques d'Asie centrale et Kosovo.

* Le Bureau a publié 59 annonces de presse, 4 pancartes publicitaires et 10 rapports de presse.

* Le Bureau a organisé et participé à 14 expositions, organisé la foire du livre de l'étudiant de trois établissements scolaires.

* Les délégués du Bureau ont effectué des visites de travail dans 3 pays: Bangladesh, Pakistan et Afghanistan.

## 5- Bureaux de la région de l'Est:

Sous le patronage du prince Mohamed ben Fahd ben Abd Al Aziz, gouverneur de la région de l'Est, et grâce au suivi du prince Saoud ben Nayef ben Abd Al Aziz, les Bureaux de l'OIMS de cette région dirigés par le prince Turki ben Jalwi Al Saoud ont réussi à collecter en l'an 2001\2002 le montant de 4 382 000 riyals.

* Le Bureau régional de l'OIMS dans la ville de Dammam comprend 6 branches à savoir: les Bureaux des villes suivantes; Ahsa, Jubail, Havre al batan, Ras Tanoura, Khafji et Baquet.

* 8 pays ont bénéficié des activités de ces Bureaux, à savoir: Kosovo, Tchétchénie, Indonésie, Inde, Thaïlande, Philippines, Soudan et Ethiopie, à travers des programmes de soutien dans les domaines de la protection sociale, de secours d'urgence, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs, de promotion humaine, de pris en en charge des pauvres de l'intérieur et des Awqafs.

* Les délégués de ce Bureau ont effectué des visites de travail dans 5 pays ; Indonésie, Jordanie, Inde, Ethiopie et Soudan pour encadrer la distribution des allocations aux orphelins et inspecter les projets de l'OIMS.

* Le Bureau a organisé un stage de formation dans la province de Bihar-Jar Ganj en Inde et a acheminé une campagne de secours d'urgence dans la région d'Ogaden en Ethiopie.

* Le Bureau a fait don de matériels de la Protection civile offerts par la société nationale du Fer et de la Fonte de Jubaïl à la Direction de la Protection civile du Soudan.

## 6- Bureaux de la région de Assire:

Sous les directives continues du prince Khaled Al Faissal ben Abd Al Aziz, gouverneur de la région de Assire, les Bureaux de l'OIMS dans cette région ont réussi sous la direction exécutive de M. Mohamed ben Houmaidi Sarhani à collecter, en l'an 2001\2002, le montant de 16 293 386 riyals.

Les Bureaux de l'OIMS au nombre de 14 Bureaux se trouvent dans les villes suivantes; Abha, Khamis Mouchaït, la ville militaire, Bisha, Namas, El Moujarada, Balqarn, Dhahran al Janoub, Mouhaïl, Wadaïn, Assarh, Bellasmar, Chaabaïn et Bariq.

* Les Bureaux de la région de Assire ont contribué au soutien des programmes de la protection sociale, des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des programmes culturels, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits.

* Les dons en espèces ont atteint le montant de 2 000 000 riyals

9

IIRO 004519

SR.2000.000.
- Participation in summer exhibitions and tourism promotion program in Asir.
- Representatives of IIROSA's Asir office took delivery of a hospital donated by Kaduna state of Nigeria and fully equipped it and received 64.000 square meters land donated by Kaduna state to build an urban center.

## Al-Qasim area:

Continued patronage by HRH Prince Faisal bin Bandar, Governor of Al-Qasim region helped IIROSA offices in the area to collect SR.4,230,222 during the fiscal year 2001-2002. IIROSA other branch offices in the area are located in Al-Asyah, Bikeria, Rass, Riyadh, Al-Khabra, Maznaab and Uyoon Al-Jawa. These offices are supervised by Dr. Sulaiman H. Al-Saqri. Programs implemented included:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development programs in Kosovo, Chechnya, Ethiopia, Somalia, Eritrea, Bosnia–Herzegovina, Occupied Palestine, Afghanistan, Sri Lanka, Azad Kashmir, Indonesia, Sudan, Bangladesh, Tajikstan, Albania and Nepal.
- Officials from IIROSA office in Al-Qasim visited Sri Lanka three times, four teims to Ethiopia and Nepal.
- IIROSA's Al-Qasim office took part in a mobile exhibition in Occupied Palestine, Chechnya and Afghanistan.

## Unaiza office:

IIROSA office in Unaiza enjoys wholehearted support of HRH Prince Faisal bin Bandar, Governor of Al-Qasim region. The Unaiza office, which is under the supervision of Sheikh Abdullah bin Hamad Al-Jabr collected SR1,534,752 during the fiscal year 2001-2002. The amount was spent on the following programs:
- Social welfare, emergency relief, health care, educational, free meals and well digging.
- Three trucks loads of relief items were shipped to Afghan refugees.
- Free meal was provided in Kenya.
- Other programs were implemented in Sudan, Kosovo and Chechnya.

## Madina office:

Through the guidance of HRH Prince Miqrin bin Abdul Aziz, Governor of Madinah region, the IIROSA office which is under the supervision of Dr. Hamza bin Zuhair Hafiz collected SR.12,654,191 during the fiscal year 2001-2002. The amount was spent to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development in 20 countries including Chechnya, Kosovo, Bosnia-Herzegovina, Occupied Palestine Azad Kashmir, Ethiopiaa, Mozambique, Pakistan, Turkistan, Senegal, Saudi Arabia, Mauritania, Yemen, Benin, Cote d' Ivoir, Gambia,

dont ont bénéficié 5 pays, à savoir : Kosovo,Tchétchénie, Kurdistan ; Nigeria et Tchad.
* Les Bureaux ont participé dans les foires d'été et les programmes de promotion du tourisme à Assire.
* Des délégués de ces Bureaux ont visité le Nigeria pour la réception de l'hôpital cédé par la province de Kaduna à l'OIMS pour être complètement équipé par le Bureau de Assire.
* Les bureaux de Assire ont bénéficié d'une parcelle de terrain cédée par la province de Kaduna d'une superficie de 64 000 m2 sur laquelle sera implanté un centre culturel en reconnaissance des activités de l'OIMS.

## Région d'El Qassim:

### 7) Le Bureau de Buraïda :

Sous le patronage permanent du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim, le Bureau de l'OIMS de Buraïda auquel sont affiliés les Bureaux annexes de: Assiah, Bakiria, Arrass, Riyadh Khabra, Madhnab et Ouyoun Jawa, sous la direction du Dr. Souleymane ben Hamed Saqri, a pu collecter, en l'an 2001\2002, le montant de 4 230 222 riyals.
* 16 pays ont bénéficié des programmes de ce Bureau, à savoir; Kosovo, Ethiopie, Somalie, Erythrée, Bosnie-Herzégovine, Palestine, Afghanistan Sri Lanka, Cachemire Indonésie, Soudan, Tadjikistan, Albanie et Népal. Les programmes et les prestations offerts par ce Bureau aux musulmans de ces pays furent divers et multiples et ont englobé ; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire, les programmes d'enseignement, l'éducation, les cours de lecture, les distributions de repas aux jeûneurs, le forage de puits et la promotion humaine.
* Les délégués de ce Bureau ont visité trois fois le Sri Lanka et quatre fois l'Ethiopie pour y organiser des stages de formation. De même qu'ils ont visité le Népal pour suivre les activités des éducateurs.
* Le Bureau a participé à plusieurs expositions itinérantes sur la Palestine, la Tchétchénie et l'Afghanistan.

### 7) Le Bureau de Ounaïza:

Le patronage du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim s'est étendu jusqu'au Bureau de Ounaïza, dirigé par M. Abd-Allah ben Hamed Al Jabr. Ce Bureau a pu collecter en l'an 2001\2002, le montant de 1 534 752 riyals dont l'utilisation a contribué aux activités suivantes:
* Soutien aux programmes: de la protection sociale, des secours d'urgence, de construction de centres sociaux de l'enseignement, des cours de lecture, de distribution de repas aux jeûneurs, de distribution de mouton de l'Aïd et de forage de puits.
* Acheminement de produits de secours d'un poids de trois camions lourds chargés de vêtements, de dattes et de couvertures aux réfugiés d'Afghanistan.
* Mise en oeuvre d'un programme de distributions de repas aux jeûneurs et organisation d'un stage formation au Kenya.
4 pays ont bénéficié de ces programmes, à savoir : Kenya, Soudan Kosovo et Tchétchénie.

## Région de Médine el Mounawwara

### 9. Bureau de Médine el Mounawwara

Sous les directives et le haut patronage du prince Maqrin ben Abd Al Aziz, gouverneur de la région de Médine el Mounawwara, le Bureaux de l'OIMS à Médine dirigé par le Dr. Hamza ben Zuhair Hafedh a pu collecter, en l'an 2001\2002,le montant de 12 654 191 riyals pour soutenir les programmes
suivants ;
* la protection sociale, les secours d'urgence, la construction de 3 centres

IIRO 004520

Guinea, Central African Republic and Malawi.
- Participation in a camp during spring .
- Computer literacy courses organized by the women's committee.
- Inspection tour of West African countries.

## Yanbu office:

The patronage of HRH Prince Miqrin bin Abdul Aziz, Governor of Madinah region extends to the Yanbu office of the IIROSA, which is directed by Engineer Abdullah bin Ibrahim Al-Sherif. During the fiscal year 2001-2002, the Yanbu office was collected   SR 4,175,782 to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.

## Makkah area:

Under the constant supervision of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, IIROSA office in Makkah and its director Dr. Ahmed bin Nafea Al-Mawraei collected  SR110,077,378 during the fiscal year 2001-2002. The amount was spent on the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Participation in 14 exhibitions and organizing of four charity weeks.
- Field tour of Albania.

In all, the efforts of the IIROSA in this regard covered the following 24 countries:

Macedonia, Albania, Turkey, Thailand, Bosnia-Herzegovina, India, Afghanistan, Burma, Sri Lanka, Indonesia, Philippines, Occupied Palestine, Pakistan, Yemen, Iraqi-Kurdistan, Somalia, Eritrea, Ethiopia, Bangladesh, Chechnya, Azad Kashmir, Sudan, Djibouti and Kosovo.

## Jeddah office:

HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, extends his kind patronage to the IIROSA in Jeddah. Indeed through the keen interest of HRH Prince Mish'al bin Majid, Governor of Jeddah, and under the supervision of its director Mr. Saleh Baboud, IIROSA's Jeddah  office collected SR. 29,708,981 for the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Providing the poor and the needy around the world with five containers and 215 medium trucks loads of

sociaux respectivement au Burkina Faso, au Niger et en Gambie.
* Le forage de 10 puits en Guinée et d'un puits au Niger.
* La participation au camp du commandement du bien et à l'exposition de soutien à l'Intifadha d'El Aqsa.
* La commission des femmes a organisé des stages de formations en informatique et en langue anglaise.
* Les délégués de ce Bureau  ont visité certains pays d'Afrique à deux reprises pour distribuer des dons destinés aux orphelins et inspecter des projets de l'OIMS.
20 pays ont bénéficié des programmes de ce Bureau, à savoir : Tchétchénie, Kosovo, les pays des Balkans, Bosnie-Herzégovine, Palestine, Cachemire, Ethiopie, Mozambique, Pakistan, Turkestan, Sénégal, Arabie Saoudite, Mauritanie, Yémen, Bénin, Côte d'Ivoire, Gambie, Guinée, Centre Afrique et Malawi.

## 10-Bureau de Yanbou:

Le patronage du prince Maqrin ben Abd Al Aziz,gouverneur de la région de Médine el Mounawwara s'étend jusqu'au Bureau de Yanbou, dirigé par l'ingénieur Abd-Allah Ibrahim Sharif, qui pu collecter,en l'an 2001\2002, le montant de 4 175 782 822 riyals.
Ce Bureau  a contribué au soutien des programmes suivants; la protection sociale, les  secours d'urgence,  la protection  sanitaire,les programmes d'enseignement,les programmes d'éducation et des éducateurs, les cours de lecture, les distributions de repas aux jeûneurs, le programme du mouton de l'Aïd, la construction de centres sociaux, le forage de puits et les programmes de la promotion humaine.

## Région de La Mecque:

### 11- Bureau de La Mecque

Sous l'encadrement et le suivi du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah, le Bureau de l'OIMS de La Mecque, dirigé par le Dr. Ahmed ben Nafa'a al Mouryi a pu collecter, en l'an 2001\2002, le montant de 10 077 378 riyals. Ce montant a contribué au soutien des programmes suivants :
* La protection sociale, le secours d'urgence, la construction de centres sociaux, la protection sanitaire, l'enseignement, l'éducation, les cours de lecture, les distributions de repas aux jeûneurs et le forage de puits.
* Des dons ont été collectés englobant; des draps, des oreillers, des tapis, des couvertures, des butanes à gaz,des congélateurs, des vêtements, des tentes et des chaussures d'un poids de trois camions lourds (Mercedes) et de deux véhicules land Rover ( Dyna ).
* Le Bureau a participé à 14 expositions et a organisé 4 semaines d'actions caritatives.
* Les délégués de ce Bureau  ont visité l'Albanie pour inspecter des projets et distribuer des dons aux orphelins.
* 19 pays ont bénéficié des programmes de ce Bureau, à savoir : Kosovo,Cachemire,Tchétchénie ,Bangladesh,Ethiopie,Erythrée,Somalie, Soudan,Djibouti,Yemen,Kurdistan,Yemen,Pakistan,Palestine,Philippines,Indonésie, Sri Lanka, Myanmar (Birmanie), Afghanistan, Inde, Bosnie-Herzégovine, Thaïlande, Turquie, Albanie et Macédoine.

## 12- Bureau de Djeddah :

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah, le Bureau de l'OIMS à Djeddah,dirigé par M. Saleh Ahmed Baaboud, a pu sous le suivi et l'attention du prince Mash'al ben Majed ben Abd Al Aziz, gouverneur de Djeddah, collecter,en l'an 2001\2002,le montant de 29 708 981 riyals.
* Ce montant a contribué au soutien des programmes suivants : protection sociale, secours d'urgence, construction de centres sociaux, protection sanitaire, enseignement, éducation, cours de lecture, distributions de repas aux jeûneurs, forage de puits et promotion humaine.
* Les dons en nature ont atteint le chargement de 5 conteneurs de 40 pieds et le chargement de 215 véhicules (Dyna) contenant des vêtements prêt à porter neufs, des

11

IIRO 004521

readymade garments, used clothes, material and blankets.
- A permanent exhibition hall was set up at the premises of IIROSA's Jeddah office.
- An exhibition of teaching aids was organized at the premises.
- IIROSA's Jeddah office partipated in 25 exhibitions and festivals.

Countries covered by the programs including Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Chad, Somalia, Djibouti, Uganda, Azad Kashmir, Eritrea Yugoslavia, Turkey, Albania, Afghanistan, Philippines, Burma, Bangladesh, Sri Lanka, Russia, Kurdistan, the Tuaregs in Algeria, Ethiopia, Mozambique, Indonesia, Nigeria, Thailand and Mauritania.

## Taif office:

IIROSA's office in Taif also enjoys the support of both HRH Prince Abdul Majeed bin Abndul Aziz, Governor of Makkah, and Honorable Mayor of Taif, Mr. Fahad A. A. Moamar. The IIROSA's Taif office directed by Dr. Talal O. Zafar collected SR5,997,296 for the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Bazaars organized by the women's committee.

Summer camps.
- Community service programs including computer literacy courses.

The Women's Committee:

The IIROSA takes keen interest in women's participation in its efforts. Hence, the formation of the Women's Committees in Jeddah and elsewhere in the Kingdom.

During the fiscal year 2001-2002, the Women's Committee in Jeddah helped implement in the following programs:
- Orphan sponsorship (526 orphans).
- Construction of nine social centers.
- Digging seven surface and two artesian wells.
- Social welfare, emergency relief, health care, educational, free meals, well digging, pilgrim's meal and human sustainable development.
- Distribution of 22 cartons of clothes, 595 cartons of foodstuf to needy families in Jeddah.
- Shipping quantities of rice to Afghanistan, and clothes to Occupied Palestine.

## Najran office:

Thanks to the kind patronage of HRH Prince Mish'al bin Saud, Governor of Najran region, and the efforts of its Director, Sheikh Khalid Saud Faris, the IIROSA office collected SR.1,652,114 during the fiscal year 2001-2002 to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging, pilgrims meal, Zakat distribution, school bags to the poor, seasonal present for orphans, free Eid clothes and human sustainable development in these six countries: Palestine, Afghanistan, Yemen, Chechnya, Azad Kashmir,

tissus, des vêtements usés, des couvertures et autres.
* 32 pays ont bénéficié de ces programmes, à savoir : Kosovo,Pakistan,Egypte,Palestine,Yémen,Tchétchénie,Soudan,Tchad,S omalie,Djibouti,Ouganda,Cachemire,Erythrée,Yougoslavie,Turquie,Alb anie,Afghanistan, Philippines, Birmanie, Bangladesh, Sri Lanka, Russie, Ethiopie, Mozambique, Inde, Indonésie, Nigeria, Thailande, Mauritanie, Kurdistan, Cachemire, Algérie ( région des Touaregs ) et dans certaines régions des Balkans.
* Organisation d'une exposition permanente au Bureau pour recevoir les visiteurs.
* Le Bureau a organisé la 2éme exposition sur les moyens de l'éducation en coordination avec la direction d'Information et des Relations publiques.
* Le Bureau a participé à 25 expositions et festivals dans les écoles, les Universités et les marchés publiques.

## 13- Bureau de Taïf :

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah,le Bureau de l'OIMS à Taïf a pu, sous le suivi du gouverneur de Taïf, M.Fahd Ben Abd Al Aziz ben Moammar et la direction de M. Talal ben Obeid Dhafr, collecter,en l'an 2001\2002, le montant de 5 997 296 riyals.
* La Commission des femmes de Taïf relevant de ce Bureau a organisé 5 marchés caritatifs dans les villes de loisirs.
* Le Bureau a participé au camps de vacance du Comité "commandement du bien et interdiction du mal ".
* Le Bureau a mis en oeuvre plusieurs programmes au service de la population de Taïf dont des stages de formation en Informatique.
* Les activités réalisées concernent les programmes suivants : protection sociale, secours d'urgence, construction de centres sociaux, protection sanitaire, enseignement, éducation, cours de lecture et distributions de repas aux jeûneurs.

## 14-La Commission des femmes de Djeddah :

L'OIMS a tenu à faire participer les femmes dans ses efforts de la manière suivante:
* Participation au financement des programmes suivants : prise en charge de 526 orphelins, construction de 9 centres sociaux, forage de 7 puits de surface et de 2 puits artésiens, réalisation de 10 projets sanitaires, appui aux projets de la protection sociale, de secours d'urgence, de l'enseignement, des cours de lecture, de distribution de repas aux jeûneurs, du mouton de l'Aïd et de distribution de repas aux pèlerins.
* Distribution de 22 cartons de vêtements et de 595 cartons de produits alimentaires aux familles pauvres de Djeddah.
* Participation à l'envoi de quantités de riz en Afghanistan et des vêtements et de tissus en Palestine.

## 10-Bureau de Najran:

Sous les orientations du prince Mashaal ben Saoud ben Abd Al Aziz, gouverneur de la région de Najran, le Bureau de l'OIMS à Najran, dirigé par Cheikh Khaled Saoud Al Fares, a pu collecter,en l'an 2001\2002, le montant de 1 652 114 riyals.
* Ce montant a contribué au soutien des programmes suivants : protection sociale, secours d'urgence, protection sanitaire, immolation de moutons au Yémen, distribution de repas aux pèlerins, distribution de repas aux jeûneurs, distribution de la Zakate d'El Fitr à l'intérieur de la région de Najran, forage de puits, cours de lecture, construction de centres sociaux, distribution de cartables scolaires aux enfants pauvres, dons aux orphelins le jour de l'Aïd et distribution de vêtements de l'Aïd aux familles nécessiteuses à l'intérieur de la région de Najran, distribution de livres et de cassettes aux cen-

Macedonia and some African countries.
- Distribution of certificates of recognition to leading contributors.
    The new three offices were opened in the following localities:
- Tabuk, Haïl and Northern Frontiers.

tres sociaux, aux départements gouvernementaux et aux particuliers, distribution des dons et des aumônes, et mise en oeuvre des programmes "Epis du Bien".

\* 6 pays ont bénéficié des dons de ce Bureau, à savoir: Palestine, Afghanistan, Yémen, Tchétchénie, Cachemire, Macédoine et certains pays d'Afrique.

\* Le Bureau a participé à deux campagnes du Serviteur des deux Saintes Mosquée destinées à venir en aide aux peuples de la Palestine et de l'Afghanistan.

\* Le prince Mashaal ben Saoud ben Abd Al Aziz a donné ses directives pour l'aménagement d'un terrain pour servir de siège permanent à l'Organisme.

\* Le Prince a aussi inauguré l'ouverture du siège de l'Organisme et de son exposition permanente à Najran.

\* Le Prince a également approuvé la composition des membres du Conseil consultatif du Bureau sous la présidence du Cheikh Shafaq ben Abd Al Aziz Al Shafaq, juge au tribunal de grande instance dans la région de Najran.

\* Le Bureau a organisé une réception en l'honneur des grands donateurs auxquels ont été remis des certificats de reconnaissance par le prince Mashaal ben Saoud ben Abd Al Aziz.

## Ouverture prochaine de 3 nouveaux Bureaux de l'OIIS pour l'exercice 2001\2002, à savoir:

\* Bureau de Tabouk sous le patronage du Prince Bandar ben Sultan, gouverneur de la région.

\* Bureau de Haïl sous le patronage du Prince Saoud ben Abd Al Muhsin, gouverneur de la région.

\* Bureau des frontières du Nord sous le patronage du Prince Abd-Allah ben Abd Al Aziz ben Messa'ad, gouverneur de la région.

13

IIRO 004523