# EXHIBIT 042

**International Islamic Relief Organization**

**The Kingdom of Saudi Arabia**

## REPORT OF THE GENERAL SECRETARIAT OF IIRO
## FOR THE FISCAL YEAR 1421H / 1422H

Submitted to
The Board of Directors of IIRO
In its new formation
During its first session

Date: 9/4/1423 AH (corresponding to 20/6/2002 AD)

by
The Secretary-General of IIRO
Dr. Adnan bin Khalil Basha

1421/1422 AH

IIRO 340871



IIRO 340872

## Table of Contents
**Report on the Operations and Activities of the Organization During the Fiscal Year 1421/1422 AH**

| Page | Subject |
|---|---|
| 3 | **Introduction:** |
|  | **Chapter One:**          **Programs and Projects Sector** |
| 5 | Summary of achievements of projects and programs |
|  |  |
| 13 | **Part One**: Social Care |
| 24 | **Part Two**: Emergency Relief |
| 50 | **Part Three**: Engineering management (Mosques & Wells & centers) |
| 59 | **Part Four:** Health Care |
| 76 | **Part Five**: Educational Care |
| 88 | **Part Six**: Da'wah and Missionairies |
| 94 | **Part Seven:** Quran Memorization Programs |
| 101 | **Part Eight:** Seasonal Programs (Iftar in fasting period, Eid Sacrifice) |
| 114 | **Part Nine:** Human development  Program |
| 119 | **Part Ten:**  Individual Aids |
|  |  |
|  | **Chapter Two**:          **Internal and External Offices** |
| 122 | **Part One:** Local Offices |

| | |
|---|---|
| 129 | **Part Two:** External Offices |
| | **Chapter Three:**              **Services Sector** |
| 138 | **Part One:** Legal Affairs |
| 139 | **Part Two:** Regulations, systems, controls, and work mechanisms |
| 163 | **Part Three**: Research and information department |
| 169 | **Part Four** : Media and Public Relations |
| 175 | **Part Five:** Resource Development and Donations |
| 177 | **Part Six**: Financial management |
| 182 | **Part Seven:** Budget management |
| 184 | **Part Eight:** Financial and Administrative Follow-up Department |
| 186 | **Part Nine:** Personnel Affairs department |
| 188 | **Part Ten:** Administrative Services department |
| | |
| | **Chapter Four:  Foreign relations and coordination with Islamic and international bodies** |
| 201 | **Part One**: Trips of the Secretary-General |
| 203 | **Part Two:** The Secretary General's receptions of IIRO's guests from inside and outside the Kingdom |

**Table of Contents**
**Report on IIRO's Works and Activities during the Fiscal Year 1421/1422 AH**

| Page | Subject |
|---|---|
| 206 | **Part Three:** Membership in global and regional voluntary bodies and organizations |
| 208 | **Part Four:** Cooperation and coordination with Islamic and international organizations |
| 211 | **Part Five:** Activities of the General Relief Committee and coordination efforts between organizations |
| 212 | **Part Six:** Conferences, research, and working papers |
| 214 | **Part Seven**: Letters [or speeches] of appreciation |
| | |
| | **Chapter Five:**                    **Investment Sector** |
| 218 | **Part One:** Investments managed directly by IIRO |
| 225 | **Part Two:** Investments of Sanabel Al-Khair Company |
| | |
| 226 | **Closing word** |

**Muslim World League**
**International Islamic Relief Organization in the Kingdom of Saudi Arabia**          **Report of the General Secretariat of IIRO**
**for the year 1421/1422 AH**


**Statement evaluating the status of overseas offices for the year 1421/1422 AH**

**Continent of Asia:**

| M | Country | Official | Nationality | Position | Year Established | Legal Status | Salaries & Wages | Operating Expenses | Programs & Projects Expenses | Total | Notes |
|---|---------|----------|-------------|----------|------------------|--------------|------------------|--------------------|------------------------------|-------|-------|
| | | | | | | | **Current Status of IIRO's offices** | | **Offices Budgets 1421/1422 AH in Riyal** | | |
| 1 | Indonesia * | Fawzi Hassan Jamal | Saudi | Director | 1989 AD | Office registered | 57,750 | 10,208 | 557,084 | 5,647,042 | |
| 2 | Bangladesh | Fahd Al-Harbi | Saudi | Director | 1991 AD | Office registered | 209,535 | 500,50 | 6,799,657 | 7,095,642 | |
| 3 | Thailand | Ibrahim Al-Abed | Saudi | Deputy Director | 1992 AD | Office registered | 79,532 | 21,388 | 2,924,517 | 3,025,437 | |
| 4 | Sri Lanka | Sadiq Li | Sri Lankan | Representative | 1412 AH | Office registered | 32,667 | 19,280 | 710,492 | 762,439 | |

Page 135                                                      IIRO 341007

| # | Country | Name | Nationality | Position | Date | Status | | | | | Notes |
|---|---------|------|-------------|----------|------|--------|---|---|---|---|-------|
| 5 | China ** | | | | 1994 AD | Office registered | 43,750 | 97,750 | 229,751 | 327,501 | Looking for a Saudi director |
| 6 | Philippines* | Hassan Sanadi | Saudi | Designated Director | 1988 AD | Under the umbrella of MWL | 140,408 | 23,333 | 1,327,720 | 1,491,461 | |
| 7 | Azerbaijan | Mohammed Al-Abd | Saudi | Director | 1992 AD | Office registered | 129,372 | 136,937 | 6,141,847 | 6,408,156 | |
| 8 | Jordan * | Abdul Karim Al-Moussa | Saudi | Director | | Office registered | 43131 | 34611 | 5855546 | 5,933,288 | |
| 9 | Pakistan – Afghanistan * | Rahmatullah Nazir Khan | Saudi | Director | 1407 AH | Office registered | 228,654 | 22,290 | 4,577,212 674,5388 | 4,828,156 | Director of IIRO's office in Islamabad * |
| 10 | Kurdistan | Jamal Mohammed Taher | Iraqi | Director | 1989 AD | No permit exists *** | 69,591 | 25,326 | 10,821,256 | 10,916,173 | |
| 11 | India | Fadel Saif Al-Din | Saudi | Endowment Director | 1999 AD | Endowment is registered | 130,504 | 47,518 | 3,724,681 | 3,902,703 | |

*Offices merged with the offices of the Muslim World League.

Page 135                    IIRO 341007 (Continued 1)

** The office is closed in the field and the amount was included in the estimated budget for the year 1421/1422 AH in anticipation of any financial obligations arising for the office, such as rent, telephone, electricity and gas expenses etc. given that the office had a secretary working under the supervision of His Excellency the Ambassador of the Custodian of the Two Holy Mosques in China and then  stopped.

*** The non-registration of the Kurdistan office (Northern Iraq) is due to the political situation in Iraq.

IIRO 341007 (Continued 2)

**Muslim World League**

**International Islamic Relief Organization in the Kingdom of Saudi Arabia**　　**Report of the General Secretariat of IIRO for the year 1421/1422 AH**

**Statement evaluating the status of overseas offices for the year 1421/1422 AH**

**Continent of Africa:**

| | | Current Status of IIRO's offices | | | | | Offices Budgets 1421/1422 AH in Riyal | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | Country | Official | Nationality | Position | Year Established | Legal Status | Salaries & Wages | Operating Expenses | Programs & Projects Expenses | Total | |
| 1 | Ethiopia * | Saeed Al-Sabagh | Saudi | Director | — | Registered Office | 123,888 | 15,165 | 4,564,935 | 4,703,988 | |
| 2 | Uganda | Youssef Issa Bikuaso | Ugandan | Delegate director | 1408 AH | Registered Office | 44,246 | 32,083 | 3,076,632 | 3,152,961 | |

Page 136　　　　　　　　　　　　　　　　　　　IIRO 341008

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Tanzania* | Hassan Minjija | Tanzanian | Chairman of the Administrative Committee | 1989 AD | Registered Office | 46,841 | 23,334 | 450,306 | 520,481 | |
| 4 | Djibouti* | Karam Mohamed Karam | Sudanese | Coordinator | 1991 AD | Registered Office | 71,354 | 46,321 | 198,353 | 316,028 | Offices merged due to current circumstances in Somal |
| 5 | Somalia | Karam Mohamed Karam | Sudanese | — | 1988 AD | Registered Office | 188,155 | 32,526 | 5,223,164 | 5,443,845 | |
| 6 | Sudan | Salah Al-Qazlan | Saudi | Director | 1408 AH | Registered Office | 92,319 | 72,721 | 4,585,693 | 4,750,733 | |
| 7 | Kenya* | Ahmed Mohamed Muslim | Kenyan | Head of Committee | 1989 AD | Registered Office | 116,959 | 36,166 | 994,390 | 1,147,515 | Director of the MWL office in Nairobi |
| 8 | Egypt | Ahmed Fekri | Egyptian | Director | — | Not registered** | 50,750 | 7,290 | 2,354,592 | 2,412,632 | |
| 9 | Chad | Ajal Ali Bakr | Chadian | Director | 1407 AH | Registered Office | 57,225 | 18,180 | 2,123,158 | 2,198,563 | |

Page 136              IIRO 341008    (Continued 1)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Senegal | Manghoum Mokhtar Sissi | Gambian | Deputy Director | 1988 AD | Under Registration *** | 127,749 | 20,415 | 1,438,208 | 1,586,372 | |
| 11 | Mali | Omar Al-Hassan So | Mauritanian | Director | 1994 AD | Registered Office | 57,750 | 26,771 | 304,654 | 389,175 | |
| 12 | Mauritania | Mohamed Sidia Al-Mukhtar | Mauritanian | Assistant Deputy Director | 1987 AD | Registered Office | 64,167 | 29,846 | 1,973,605 | 2,067,618 | |
| 13 | Nigeria | Ahmed Mohamed Othman | Sudanese | Head of Committee | 1990 AD | Registered Office | 87,735 | 33,892 | 2,413,960 | 2,535,587 | Looking for a Saudi director |

\* Offices merged with MWL offices.

\*\* Operates under the umbrella of the International Islamic Council for Da'wah and Relief.

\*\*\* Operates under the umbrella of MWL

**Muslim World League**

**International Islamic Relief Organization in the Kingdom of Saudi Arabia**

**REPORT OF THE GENERAL SECRETARIAT OF IIRO FOR THE YEAR 1421 AH / 1422 H**

**Statement showing the status of the foreign offices for the year 1421/1422H**

European Continent:

| M | Country | Official | Nationality | Position | Year Established | Legal Status | Salaries & Wages | Operating Expenses | Programs & Projects | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Albania | Yousef [Ghanem] El Ghanem | Saudi | Director | — | Under establishment | 173,261 | 35,973 | 1,406,095 | 1,615,329 | In charge of managing the Albania office and also manages the [illegible] office in Kosovo. |
| 2 | Croatia | Zaydan bou Khalfa | Algerian | Director | 1992 AD | Office registered | 24,547 | 24,792 | — | 49,339 | |
| 3 | Bosnia | Abdulraouf al-Shorman | Jordanian | Head of the Office Management Committee | 1992 AD | Office registered | 126,467 | 88,859 | 3,121,660 | 3,361,533 | Representative of IIRO in Slovenia is annexed to him |
| 4 | Austria | Dr Farid Khoutani | Saudi | Volunteer Director | — | Stopped* | — | 39,375 | 20,000 | 59,375 | |

• Activities are carried out from within the Islamic Cultural Center in Vienna, which is managed by the Muslim World League in Vienna.



# تقرير

# الأمانة العامة للهيئة

## عن العام المالي ١٤٣١/١٤٣٢هـ

مقدم إلى
### مجلس إدارة الهيئة
بتشكيله الجديد
في دورة إنعقاده الأولى
بتاريخ ١٤٢٣/٤/٩هـ الموافق ٢٠٠٢/٦/٢٠م

من
### الأمين العام للهيئة
### الدكتور عـدنان بن خـليل باشـا

١٤٢٢/١٤٢١هـ



IIRO 340871



IIRO 340872

# فهرست

تقرير أعمال وأنشطة الهيئة خلال العام المالي ١٤٢١/١٤٢٢هـ

| الصفحة | البيان | |
|---|---|---|
| ٣ | | المقدمة : |
| | قطاع البرامج والمشاريع | الباب الأول : |
| ٥ | ملخص إنجازات المشاريع والبرامج | |
| ١٣ | الرعاية الاجتماعية | الفصل الأول |
| ٢٤ | الإغاثة العاجلة | الفصل الثاني |
| ٥٠ | الإدارة الهندسية (المساجد والآبار والمراكز) | الفصل الثالث |
| ٥٩ | الرعاية الصحية | الفصل الرابع |
| ٧٦ | الرعاية التعليمية | الفصل الخامس |
| ٨٨ | برنامج الدعوة والدعاة | الفصل السادس |
| ٩٤ | برنامج تحفيظ القرآن الكريم | الفصل السابع |
| ١٠١ | البرامج الموسمية (إفطار صائم وكبش العيد) | الفصل الثامن |
| ١١٤ | برنامج التنمية البشرية | الفصل التاسع |
| ١١٩ | المساعدات الفردية | الفصل العاشر |
| | قطاع المكاتب المحلية والخارجية | الباب الثاني : |
| ١٢٢ | المكاتب المحلية | الفصل الأول |
| ١٢٩ | المكاتب الخارجية | الفصل الثاني |
| | قطاع الخدمات | الباب الثالث : |
| ١٣٨ | الشؤون القانونية | الفصل الأول |
| ١٣٩ | النظم واللوائح والضوابط وآليات العمل | الفصل الثاني |
| ١٦٣ | إدارة الأبحاث والمعلوماتية | الفصل الثالث |
| ١٦٩ | الإعلام والعلاقات العامة | الفصل الرابع |
| ١٧٥ | إدارة تنمية الموارد والتبرعات | الفصل الخامس |
| ١٧٧ | الإدارة المالية | الفصل السادس |
| ١٨٢ | إدارة الميزانية | الفصل السابع |
| ١٨٤ | إدارة المتابعة المالية والإدارية | الفصل الثامن |
| ١٨٦ | إدارة شؤون الموظفين | الفصل التاسع |
| ١٨٨ | إدارة الخدمات الإدارية | الفصل العاشر |
| | العلاقات الخارجية والتنسيق مع الهيئات الإسلامية والدولية | الباب الرابع : |
| ٢٠١ | رحلات الأمين العام | الفصل الأول |
| ٢٠٣ | استقبالات الأمين العام لضيوف الهيئة من داخل وخارج المملكة | الفصل الثاني |

IIRO 340873

## فهرست

تقرير أعمال وأنشطة الهيئة خلال العام المالي ١٤٢١/١٤٢٢هـ

| الصفحة | البيــــــــان | |
|---|---|---|
| ٢٠٦ | العضوية في الهيئات والمنظمات الطوعية العالمية والإقليمية ... | الفصل الثالث |
| ٢٠٨ | التعاون والتنسيق مع الهيئات الإسلامية والدولية | الفصل الرابع |
| ٢١١ | نشاطات لجنة الإغاثة العامة وجهود التنسيق بين المنظمات ... | الفصل الخامس |
| ٢١٢ | المؤتمرات والبحوث وأوراق العمل | الفصل السادس |
| ٢١٤ | خطابات الشكر | الفصل السابع |
| | قطاع الاستثمار | الباب الخامس : |
| ٢١٨ | الاستثمارات المدارة عن طريق الهيئة مباشرة | الفصل الأول |
| ٢٢٥ | استثمارات شركة سنابل الخير | الفصل الثاني |
| ٢٢٦ | | كلمة الختام |

IIRO 340874

رابطة العالم الإسلامي

| هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية | تقرير الأمانة العامة للهيئة لعام ١٤٢١/١٤٢٢هـ |

IIRO 341007

### بيان تقييم أوضاع المكاتب الخارجية لعام ١٤٢١ / ١٤٢٢ هـ

قارة آسيا :

| ملاحظات | ميزانيات المكاتب ١٤٢١/١٤٢٢هـ بالريال | | | | الوضع الحالي لمكاتب الهيئة | | | | | | م |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | الإجمالي | مصروفات البرامج والمشاريع | المصروفات التشغيلية | الرواتب والأجور | الوضع القانوني | التأسيس | وضعه | جنسيته | المسئول | الدولة | |
| | ٥٦٤٧٠٤٢ | ٥٥٧٩٠٨٤ | ١٠٢٠٨ | ٥٧٧٥٠ | المكتب مسجل | ١٩٨٩م | مدير | سعودي | فوزي حسن جمال | * إندونيسيا | ١ |
| | ٧٠٠٩٢٤٢ | ٦٧٩٩٦٥٧ | ٥٠٠٥٠ | ٢٠٩٥٣٥ | المكتب مسجل | ١٩٩١م | مدير | سعودي | فهد الحربي | بنجلاديش | ٢ |
| | ٣٠٢٥٤٣٧ | ٢٩٢٤٥١٧ | ٢١٢٨٨ | ٧٩٠٣٢ | المكتب مسجل | ١٩٩٢م | مدير بالنيابة | سعودي | إبراهيم العابد | تايلاند | ٣ |
| | ٧٦٢٢٣٩ | ٧١٠٢٩٢ | ١٩٢٨٠ | ٣٢٦٦٧ | المكتب مسجل | ١٤١٢هـ | مندوب | سريلانكي | صديق لبي | سري لانكا | ٤ |
| يبحث عن مدير سعودي | ٣٢٧٥٠١ | ٢٢٩٧٥١ | ٩٧٧٥٠ | ٤٣٧٥٠ | المكتب مسجل | ١٩٩٤م | | | | ** الصين | ٥ |
| | ١٤٩١٤٦١ | ١٣٢٧٧٢٠ | ٢٣٣٣٣ | ١٤٠٤٠٨ | تحت مظلة الرابطة | ١٩٨٨م | مدير مكلف | سعودي | حسان سندي | * الفلبين | ٦ |
| | ٦٤٠٨١٥٦ | ٦١٤١٨٤٧ | ١٣٦٩٣٧ | ١٢٩٣٧٢ | المكتب مسجل | ١٩٩٢م | مدير | سعودي | محمد العبد | أذربيجان | ٧ |
| | ٥٩٣٣٢٨٨ | ٥٨٠٠٥٤٦ | ٣٤٦١١ | ٤٣١٣١ | المكتب مسجل | | مدير | سعودي | عبد الكريم الموسى | * الأردن | ٨ |
| مدير مكتب الهيئة في إسلام آباد | ٤٨٢٨١٥٦ | ٤٥٧٧٢١٢ ٧٧٤٥٣٨٨ | ٢٢٢٩٠ | ٢٢٨١٥٤ | المكتب مسجل | ١٤٠٧هـ | مدير | سعودي | رحمة الله نذيرخان | * باكستان – أفغانستان | ٩ |
| | ١٠٩١٦١٧٣ | ١٠٨٢١٢٥٦ | ٢٥٣٢٦ | ٦٩٥٩١ | لا يوجد تصريح *** | ١٩٨٩م | مدير | عراقي | جمال محمد طاهر | كردستان | ١٠ |
| | ٣٩٠٢٧٠٣ | ٣٧٧٢٦٨١ | ٤٧٥١٨ | ١٣٠٥٠٤ | الوقف مسجل | ١٩٩٩م | مدير الوقف | سعودي | فاضل سيف الدين | الهند | ١١ |

* مكاتب دمجت مع مكاتب الرابطة

** المكتب مغلق ميدانياً وتم إدراج المبلغ في الميزانية التقديرية للعام ١٤٢١/١٤٢٢هـ تحسباً لأي استحقاقات مالية تنشأ على المكتب كالإيجار ومصاريف الهاتف والكهرباء والغاز.. الخ لوجود سكرتير للمكتب يعمل تحت إشراف سعادة سفير خادم الحرمين الشريفين في الصين ثم توقف.

*** عدم تسجيل مكتب كردستان (شمال العراق) يعود إلى الوضع السياسي في العراق.

١٣٥

رابطة العالم الإسلامي

IIRO 341008

| تقرير الأمانة العامة للهيئة لعام ١٤٢١/١٤٢٢هـ | هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية |
|---|---|

بيان تقييم أوضاع المكاتب الخارجية لعام ١٤٢١ / ١٤٢٢ هـ

قارة إفريقيا :

| ملاحظات | ميزانيات المكاتب ١٤٢١/١٤٢٢هـ بالريال | | | | الوضع الحالي لمكاتب الهيئة | | | | | الدولة | م |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | الإجمالي | مصروفات البرامج والمشاريع | المصروفات التشغيلية | الرواتب والأجور | الوضع القانوني | التأسيس | وضعه | | المسؤول | | |
| | ٤٧٠٣٩٨٨ | ٤٠٦٤٩٣٠ | ١٥١٦٥ | ١٢٣٨٨٨ | المكتب مسجل | | مدير | سعودي | سعيد الصباغ | إثيوبيا * | ١ |
| | ٣١٥٢٩٦١ | ٣٠٧٦٦٣٢ | ٣٢٠٨٣ | ٤٤٢٤٦ | المكتب مسجل | ١٤٠٨هـ | مدير بالنيابة | أوغندي | يوسف عيسى بيكواسو | أوغندا | ٢ |
| | ٥٢٠٤٨١ | ٤٥٠٣٠٦ | ٢٣٣٣٤ | ٤٦٨٢١ | المكتب مسجل | ١٩٨٩م | رئيس اللجنة الإدارية | تنزاني | حسن منجيجا | تنزانيا * | ٣ |
| المكتبان مدمجان نظراً لظروف الصومال الحالية | ٣١٦٠٢٨ | ١٩٨٣٥٣ | ٤٦٣٢١ | ٧١٣٥٤ | المكتب مسجل | ١٩٩١م | منسق | سوداني | كرم محمد كرم | جيبوتي * | ٤ |
| | ٥٤٤٣٨٤٥ | ٥٢٢٣١٦٤ | ٣٢٥٣٦ | ١٨٨١٥٥ | المكتب مسجل | ١٩٨٨م | – | سوداني | كرم محمد كرم | الصومال | ٥ |
| | ٤٧٠٧٣٣ | ٤٠٨٠٦٩٣ | ٧٢٧٢١ | ٩٢٣١٩ | المكتب مسجل | ١٤٠٨هـ | مدير | سعودي | صالح الغزلان | السودان | ٦ |
| مدير مكتب الرابطة في نيروبي | ١١٤٧٥١٥ | ٩٩٤٣٩٠ | ٣٦١٦٦ | ١١٦٩٥٩ | المكتب مسجل | ١٩٨٩م | رئيس لجنة | كيني | أحمد محمد مسلم | كينيا * | ٧ |
| | ٢٤١٢٦٣٢ | ٢٣٥٤٠٩٢ | ٧٢٩٠ | ٥٠٧٥٠ | غير مسجل ** | | مدير | مصري | أحمد فكري | مصر | ٨ |
| | ٢١٩٨٠٦٣ | ٢١٢٣١٥٨ | ١٨١٨٠ | ٥٧٢٢٥ | المكتب مسجل | ١٤٠٧هـ | مدير | تشادي | عجال علي بكر | تشاد | ٩ |
| | ١٥٨٦٣٧٢ | ١٤٣٨٢٠٨ | ٢٠٤١٥ | ١٢٧٧٤٩ | تحت التسجيل *** | ١٩٨٨م | مدير بالنيابة | جامبي | منعوم مختار سيسي | السنغال | ١٠ |
| | ٣٨٩١٧٥ | ٣٠٤٦٥٤ | ٢٦٧٧١ | ٥٧٧٥٠ | المكتب مسجل | ١٩٩٤م | مدير | موريتاني | عمر الحسن صو | مالي | ١١ |
| | ٢٠٦٧٦١٨ | ١٩٧٣٦٠٥ | ٢٩٨٤٦ | ٦٤١٦٧ | المكتب مسجل | ١٩٨٧م | مساعد مدير بالنيابة | موريتاني | محمد سيديا المختار | موريتانيا | ١٢ |
| يبحث عن مدير سعودي | ٢٥٢٥٥٨٧ | ٢٤١٣٩٦٠ | ٣٣٨٩٢ | ٨٧٧٣٥ | المكتب مسجل | ١٩٩٠م | رئيس لجنة | سوداني | أحمد محمد عثمان | نيجيريا | ١٣ |

* مكاتب دمجت مع مكاتب الرابطة       ** يعمل تحت مظلة المجلس الإسلامي العالمي للدعوة والإغاثة       *** يعمل تحت مظلة الرابطة .

١٣٦

Case 1:03-md-01570-GBD-SN    Document 11987-42    Filed 04/15/26    Page 20 of 21

## بيان تقييم أوضاع المكاتب الخارجية لعام ١٤٢١ / ١٤٢٢هـ

قارة أوروبا :

| ملاحظات | ميزانيات المكاتب ١٤٢٢/١٤٢١هـ بالريال | | | | الوضع الحالي لمكاتب الهيئة | | | | | | م |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | الإجمالي | مصروفات البرامج والمشاريع | المصروفات التشغيلية | الرواتب والأجور | الوضع القانوني | التأسيس | وضعه | جنسيته | المسئول | الدولة | |
| مكلف بإدارة مكتب ألبانيا وبقوم بإدارة مكتب سربرينتسا في كوسوفا | ١٦١٥٣٢٩ | ١٤٠٦٠٩٥ | ٣٥٩٧٣ | ١٧٣٢٦١ | جاري تسجيله | | مدير | سعودي | يوسف غانم الغنام | ألبانيا | ١ |
| | ٤٩٣٣٩ | — | ٢٤٧٩٢ | ٢٤٥٤٧ | المكتب مسجل | ١٩٩٢م | مدير | جزائري | زيدان بوخالفة | كرواتيا | ٢ |
| يتبع له ممثل الهيئة في سلوفينيا | ٣٣٦١٥٣٣ | ٣١٢١٦٦٠ | ٨٨٨٠٩ | ١٢٦٤٦٧ | المكتب مسجل | ١٩٩٢م | رئيس لجنة إدارة المكتب | أردني | عبدالرزوف الشرمان | البوسنة | ٣ |
| | ٥٩٣٧٥ | ٢٠,٠٠٠ | ٣٩٣٧٥ | — | متوقف * | — | مدير متطوع | سعودي | د/ فريد خوتاني | النمسا | ٤ |

* يسير أعماله من داخل المركز الإسلامي في فيينا الذي تديره رابطة العالم الإسلامي في فيينا .

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 340871 – IIRO 341009

**Source language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026