# EXHIBIT 044

# رابطة العالم الإسلامي

الأمانة العامة / مكة المكرمة

إدارة الشؤون المالية

# ملف رقم [ ١ ]

# القوائم المالية

JT-MWL 00001

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
FINANCIAL STATEMENTS FOR THE YEAR
ENDED 9TH CAPRICORN 1381H
(CORRESPONDING TO 26TH SHAWAL 1423H)

JT-MWL 00002

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN 1381SH
(CORRESPONDING TO 26TH SHAWAL 1423H)

CONTENTS                                                        PAGE

AUDITORS' REPORT

BALANCE SHEET                                                     1

STATEMENT OF REVENUES AND EXPENDITURE                            2

NOTES TO THE FINANCIAL STATEMENTS                              3 - 7



**EL SAYED EL AYOUTY & CO.**
CERTIFIED PUBLIC ACCOUNTANTS

License No. 35-1408H.

*Jeddah Office :*
22, Al Watan Al Arabi St., Al Hamra'a District.
P.O. Box 780 Jeddah 21421
Saudi Arabia
Tel. : 02-6693478  Fax. : 6602432
E-mail. ayouty@elsayedelayouty com

**AUDITORS' REPORT
HIS EXCELLENCY SECRETARY GENERAL OF
MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA.**

We have audited the annexed balance sheet of "Muslim World League" - Makkah Al Mukarramah, Saudi Arabia as at 9th Capricorn 1381SH corresponding to 26th Shawal 1423H and statement of revenues and expenditure for the year ended on that date, and the notes 1 to 16 thereon, which form an integral part of these financial statements prepared by the management of the League and presented to us together with the information and explanations we required. These financial statements which have been derived from the computerized accounting records maintained in accordance with the regulations are the responsibility of the management of the League and have been prepared by them and presented to us together with the information and explanations we required. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain a reasonable assurance that the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by the management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable degree of assurance to enable us to express an opinion on the financial statements.

In our opinion, the financial statements mentioned above present fairly the financial position of the League at 9th Capricorn 1381SH corresponding to 26th Shawal 1423H, and its revenues and expenditure for the year ended on that date, in accordance with generally accepted accounting principles appropriate to the circumstances of the League.

FOR **EL SAYED EL AYOUTY & CO.,**
CERTIFIED PUBLIC ACCOUNTANTS.

**Makkah Al Mukarramah:**
8th June 2003
8th Rabi Thani 1424H

**Mohamed El Ayouty**
Registration No. 211

**JT-MWL 00004**

• Partners ·
El Sayed El Ayouty (36)
Salah El Ayouty    (32)
Mohamed El Ayouty (211)

A member firm of
Moore Stephens
International Limited
-members in principal
cities throughout
the world

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
BALANCE SHEET AS AT 9TH CAPRICORN 1381SH
CORRESPONDING TO 26TH SHAWAL 1423H

| | Note | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets** | | | |
| Cash at banks - Muslim World League | 3 | 34,709,594 79 | 44.123,498 08 |
| Cash at banks - World Supreme Council for Mosques | 4 | 49,592,328.57 | 43,496,454.17 |
| Advances and imprests - Muslim World League | 5 | 2,587,469.01 | 3,930,373 19 |
| Advance and imprests - World Supreme Council for Mosques | 6 | 757,000 49 | 3,057,180 76 |
| **Total current assets** | | 87,646,392.86 | 94,607,506.20 |
| Investments | 7 | 69,925,841.60 | 69,925,841.60 |
| **TOTAL ASSETS** | | 157,572,234.46 | 164,533,347.80 |
| **LIABILITIES, LEAGUE FUND AND WORLD SUPREME COUNCIL FOR MOSQUES FUND** | | | |
| **LIABILITIES** | | | |
| **Current liabilities** | | | |
| Deposits - Muslim World League | 8 | 3,414,704 12 | 4,252,017.21 |
| Deposits - World Supreme Council for Mosques | 9 | 24,344,079.70 | 23,238,627.27 |
| Accrued expenses and deposits - due to Muslim World League | | 9,900,394 16 | 15.707,756.65 |
| Accrued expenses and deposits - due to World Supreme Council for Mosques | | 12,683,301.43 | 8,616,950.95 |
| League Building Endowment, Cairo | | - | 342,216.82 |
| **Total current liabilities** | | 50,342,479.41 | 52,157,568.90 |
| **Total liabilities** | | 50,342,479.41 | 52,157,568.90 |
| **League fund** | 10 | 53,907,807.12 | 58,019,939.01 |
| **World Supreme Council for Mosques Fund** | 11 | 53,321,947.93 | 54,355,839.89 |
| **Total League Fund and World Supreme Council for Mosques Fund** | | 107,229,755.05 | 112,375,778.90 |
| **Total liabilities, League Fund and World Supreme Council for Mosques Fund** | | 157,572,234.46 | 164,533,347.80 |

The accompanying notes 1 to 16 form an integral part of these financial statements.



1

JT-MWL 00005

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED
9TH CAPRICORN 1381SH CORRESPONDING TO 26TH SHAWAL 1423H

| | Note | 9th Capricorn 1381SH<br>SR | 9th Capricorn 1380SH<br>SR |
|---|---|---|---|
| **REVENUES** | | | |
| Saudi Arabian Government Subsidies | | 79,999,999.92 | 79,999,999.92 |
| Sundry revenues | 12 | 1,197,489.47 | 2,811,783.21 |
| **Total revenues** | | **81,197,489.39** | **82,811,783.13** |
| **EXPENDITURE** | | | |
| First Chapter - Salaries, wages, bonuses and allowances | 13 | 36,788,243.75 | 34,749,165.50 |
| Second Chapter-General & Administrative expenses | 14 | 6,540,414 95 | 5,263,268.41 |
| Third Chapter - Islamic Mission expenditure | 15 | 40,851,462.58 | 40,235,386.88 |
| **Total expenditure** | | **(84,180,121.28)** | **(80,247,820.79)** |
| **(Deficit)/Surplus of Revenues over expenditure - transferred to League Funds Account** | | **(2,982,631.89)** | **2,563,962.34** |

The accompanying notes 1 to 16 form an integral part of these financial statements.



2

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
NOTES TO THE FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN 1381SH
CORRESPONDING TO 26TH SHAWAL 1423H)

1. **GENERAL**

   **1/1.** Muslim World League is an Islamic popular international organization with head offices in Makkah Al Mukarramah - incorporated as per Islamic Conference resolution held on 14th Zul Hijjah 1381H corresponding to 18th May 1962. It has a constituent board composed of a number of prominent muslim scholars in the muslim world The league is also recognized as a first class observer at the United Nations and a member of (UNICEF) and a member of (UNESCO) and an observer member of Islamic Conference Organization

   **1/2** Executing Allah's orders by sending the message explaining Islam's principles and instructions, eliminating distortions and facing destructive ideas and gather welfare forces active in various Islamic countries coordinating efforts for muslims collaboration

   **1/3. Regulations**
   Regulations of the league govern the preparation of budget, collection, advances and imprests, accounts and records, final accounts, purchasing, executing of work and services, stores, internal and external control.

   **1/4. Financial year**
   The financial year for the league begins on the 10th of Capricorn of every year and ends on the ninth of capricorn of the next year.

   **1/5.** The financial statements comprise:
   - Muslim World League accounts - Makkah Al Mukarramah
   - World Supreme Council for Mosques accounts - Makkah Al Mukarramah.

2. **SIGNIFICANT ACCOUNTING POLICIES**
   The financial statements are prepared in accordance with generally accepted accounting standards. The following is a summary of significant accounting policies applied

   **2/1. Revenues**
   **Subsidies of Custodian of the Two Holy Mosques**

   It is stated as imprests under collection until it is settled, where to be adjusted to its related accounts

   **Investments revenues**
   Investments revenues are recognized upon collection.

   **2/2. Expenditures**
   Expenditures are recognized on accrual basis and the4 amounts to to budgeted before payment, it is incure expenses that have no allocated budgeted items or incure more than budgeted before approval or use of budget allocations for non-approval purposes.

   **2/3. Investments**
   **2/3/1. Financial investments**
   Represent stock units with Dar Al Mal Al Islami holding valued at cost, no revenues in this respect has been realized.

   **2/3/2. Musharaka investments in constructing residential towers for the purpose of sale or lease.**
   Stated per amounts paid to participate in investments as per Musharakah contracts with the investee. Revenues are recognized upon execute and deliver of projects to purchaser after the investee receiving the value of the units and transferring the title deeds to purchaser by Kateb Al-Adl The receiving projects net revenues it is distributed between the two parties equally after deducting any expenses or commitments relating to the project.

3

JT-MWL 00007

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
NOTES TO THE FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN 1381SH
CORRESPONDING TO 26TH SHAWAL 1423H)

### 3. CASH AT BANKS - MUSLIM WORLD LEAGUE

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Current and investment accounts | 31,294,890.67 | 39,871,480 87 |
| Special accounts - Against deposits | 3,414,704.12 | 4,252,017.21 |
| | 34,709,594.79 | 44,123,498.08 |

### 4. CASH AT BANKS - WORLD SUPREME COUNCIL FOR MOSQUES

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Current and investment accounts | 42,604,018.87 | 35,904,482.83 |
| Special accounts - Against deposits | 6,988,309.70 | 7,591,971.34 |
| | 49,592,328.57 | 43,496,454.17 |

### 5. ADVANCES AND IMPRESTS - MUSLIM WORLD LEAGUE

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Imprests with league offices abroad | 195,210.44 | 1,259,810.00 |
| Advances on account of resolutions of league offices and centers abroad | 1,137,870.60 | 1,537,016.70 |
| Advances with league delegates and employees abroad | 10,650.47 | 11,153.00 |
| Temporary advances with league employees | 63,837.00 | 748.00 |
| Perpetual advances with league employees | 4,000 00 | 18,514.00 |
| Advances with others | 53,342 01 | 50,220.85 |
| Advances from deposits due | 1,122,558.49 | 1,052,810.64 |
| | 2,587,469.01 | 3,930,273.19 |

### 6. ADVANCES AND IMPRESTS - WORLD SUPREME COUNCIL FOR MOSQUES

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Advances with embassies. league offices and employees abroad | 268,208 39 | 2,213,908.82 |
| Advances from deposits due | 123,100 32 | 142,724.23 |
| Advances have equivalent in deposits | 365,691.78 | 700,547.71 |
| | 757,000.49 | 3,057,180.76 |



4

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
NOTES TO THE FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN 1381SH
CORRESPONDING TO 26TH SHAWAL 1423H)

### 7. INVESTMENTS

|  | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| **7/1. League investments** | | |
| Financial investments | 178,341.60 | 178,341.60 |
| Musharakah investments in construction of residential towers for sale or lease after completion | 29,747,500 00 | 29,747,500.00 |
| | **29,925,841.60** | **29,925,841.60** |

|  | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| **7/2. WORLD SUPREME COUNCIL FOR MOSQUES INVESTMENTS** | | |
| Musharakah investment in construction of residential towers for sale or lease | 40,000,000.00 | 40,000,000.00 |
| | **69,925,841.60** | **69,925,841.60** |

### 8. DEPOSITS - MUSLIM WORLD LEAGUE

|  | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Projects in progress | 1,558,863.61 | 1,507,470.79 |
| Special deposits -Donations for certain parties | 1,849,514.61 | 2,738,220.52 |
| Deposits with others | 6,325 90 | 6,325.90 |
| | **3,414,704.12** | **4,252,017.21** |

### 9. DEPOSITS - WORLD SUPREME COUNCIL FOR MOSQUES

|  | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| **Deposits** | | |
| Projects in progress | 16,990,078.22 | 14,946,108.22 |
| Deposits | 7,354,001.48 | 8,292,519.05 |
| | **24,344,079.70** | **23,238,627.27** |

### 10. LEAGUE FUND

|  | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Represented by included in cash assets | 22,517,055.00 | 25,216,534.86 |
| Represented by investments | 29,925,841.60 | 29,925,841.60 |
| Represented by advances and imprests balances | 1,464,910.52 | 2,877,562.55 |
| | **53,907,807.12** | **58,019,939.01** |



5

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
NOTES TO THE FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN 1381SH
CORRESPONDING TO 26TH SHAWAL 1423H)

### 11. WORLD SUPREME COUNCIL FOR MOSQUES FUND

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Represented by included in cash assets | 13,053,739.54 | 12,141,931.82 |
| Represented by investments | 40,000,000.00 | 40,000,000.00 |
| Represented by included in advances and imprests | 268,208.39 | 2,213,908 82 |
| | 53,321,947.93 | 54,355,840.64 |

### 12. SUNDRY REVENUES

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380+J16S SR |
|---|---|---|
| Subscription in newspaper and magazine of the league | 267,020 66 | 110,000.79 |
| Prior years expenses written back | 324,689 13 | 1,257,545.48 |
| Rents | 145,588 08 | 594,153.73 |
| Income from investments | 287,828.42 | 823,303.24 |
| Other income | 172,363 18 | 26,779 97 |
| | 1,197,489.47 | 2,811,783.21 |

### 13. FIRST CHAPTER - SALARIES, WAGES, BONUSES AND ALLOWANCES

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Employees salaries | 23,477,668.00 | 23,479,241.00 |
| Workmen wages | 174,975.00 | 96,159.00 |
| Bonuses | 3,520,778.00 | 3,230,009.00 |
| Allowances | 6,374.970.00 | 6,099,219.00 |
| Travel expenses | 2,028,920.75 | 1,081,135.00 |
| Consultants | 970,690.00 | 763,402.50 |
| All in salaries | 240,242.00 | - |
| | 36,788,243.75 | 34,749,165.50 |

### 14. SECOND CHAPTER - ADMINISTRATIVE & GENERAL EXPENSES

| | 9th Capricorn 1381SH SR | 9th Capricorn 1380SH SR |
|---|---|---|
| Furniture and office supplies | 677,938.50 | 650,819.00 |
| Equipment and vehicles | 523,986.00 | 378,870.00 |
| General utilities duties | 2,317,934.48 | 2,180,284.13 |
| Ceremony and entertainment | 82,269.83 | 124,519.00 |
| Fuel, maintenance and operating | 1,499,390.84 | 1,346,885.40 |
| Newspapers, publication subscription | 115,461.70 | 100,757.13 |
| Computer center | 349,381 30 | 191,495.00 |
| Floor rent | 170,000.00 | 170,000.00 |
| Sundry expenses | 89,555.94 | 119,638.75 |
| Health affairs | 714,196.36 | - |
| | 6,540,114.95 | 5,263,268.41 |



6

JT-MWL 00010

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
NOTES TO THE FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN 1381SH
CORRESPONDING TO 26TH SHAWAL 1423H)

|  | 9th Capricorn 1381SH<br>SR | 9th Capricorn 1380SH<br>SR |
|---|---|---|
| **15. THIRD CHAPTER - ISLAMIC MISSION EXPENDITURE** | | |
| The constituent board | - | 5,272.50 |
| Subsidies to Islamic Associations, Organizations, and Cooperations | 728,919 00 | 2,044,321.20 |
| Subsidies to Islamic Universities, institutes and schools | 969,005.00 | 2,437,702.25 |
| Islamic mission subsidies | 14,573,005.64 | 15,900,930.06 |
| Scholarships | 624,529.00 | 860,035.00 |
| Conferences, seminars, missions and delegations | 5,176,535.61 | 1,781,757.21 |
| Information and media | 910,138.15 | 2,282,481.78 |
| League offices abroad | 10,675,856.25 | 9,256,123.32 |
| Contend the destructive movements and subsidies to whose hearts have to be reconciled | 4,515.44 | 1,173,074.32 |
| Islamic Fiqh (Jurisprudence) Council | 329,297.56 | 126,692.00 |
| Hajj expenditure | 3,302,917.38 | 963,031 88 |
| Printing press expenses | 1,495,905.16 | 917,514.10 |
| Vocational training centers | 187,546.04 | 281,119.21 |
| Religious printings | 1,682,049.35 | 2,148,540.05 |
| Consultants and experts | 191,243.00 | 56,792.00 |
|  | **40,851,462.58** | **40,235,386.88** |

**16. CONTRA ACCOUNTS**

|  | 9th Capricorn 1381SH<br>SR | 9th Capricorn 1380SH<br>SR |
|---|---|---|
| **16/1. Debit contra accounts** | | |
| Banks - Letters of guarantee presented from others | **99,025.00** | **99,025.00** |
| **16/2. Credit contra accounts** | | |
| Letters of guarantee presented to others | **99,025.00** | **99,025.00** |

----------------------------------



JT-MWL 00011

Draft For Discussion

1 7 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA

### FINANCIAL STATEMENT FOR THE YEAR ENDED
### 9TH CAPRICORN 1379 SH (ZODIAC CALENDAR)
### CORRESPONDING TO 4th SHAWAL 1421H (30TH DECEMBER 2000)

### CONTENTS

|                                           | Pages   |
|-------------------------------------------|---------|
| AUDITORS' REPORT                          |         |
| BALANCE SHEET                             | 1 – 2   |
| STATEMENT OF REVENUES AND EXPENDITURE     | 3 – 4   |

------------------

JT-MWL 00012

Draft For Discussion
1 7 JAN ...
Subject To Amendment

## AUDITORS' REPORT

**Muslim World League
Makkah Al Mukarramah
Saudi Arabia.**

We have audited the annexed Balance Sheet of "MUSLIM WORLD LEAGUE " – Makkah Al Mukarramah , Saudi Arabia as at 9th Capricorn 1379 SH (Zodiac Calendar) corresponding to 4th Shawal 1421.H (30th December, 2000), statement of revenues and expenditure for the year ended on that date, prepared by the Finance Department of the League and presented to us together with the information and explanations we required. Our audit was made in accordance with generally accepted auditing standards and accordingly included such tests of the accounting records and such other auditing procedures as we considered necessary

In our opinion, the financial statements mentioned above present fairly the financial position of the League at 9th Capricorn 1379 SH corresponding to 4th Shawal 1421H (30th December 2000), and revenues and expenditure of the League for the year ended on that date, in accordance with generally accepted accounting principles appropriate to the circumstances of the League and consistently applied.

The Finance Department of the League has maintained the accounting records in Arabic; the financial statements are in accordance therewith.

**(211)**
**EL SAYED EL AYOUTY & CO.
ACCOUNTANTS & AUDITORS.**

**Makkah Al Mukarramah:**

**19th Safar 1422H
13th May 2001**

JT-MWL 00013

Draft For Discussion

17 JAN 2004

Subject To Amendment

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**SAUDI ARABIA**
BALANCE SHEET AS AT 9TH CAPRICORN 1379SH (ZODIAC CALENDAR)
CORRESPONDING TO 4th SHAWAL 1421 (30TH DECEMBER 2000)

9th Capricorn
1378H
(30/12/1999)
SR

| | | SR | SR |
|---|---|---|---|
| | **ASSETS** | | |
| | **CASH AT BANKS** | | |
| 46,243,157 | - Investments and current accounts | 36,642,270.04 | |
| 5,578,018 | - Special accounts – Against deposits | 4,307,327.45 | |
| 51,821,175 | | | 40,949,597.49 |
| | **CASH AT BANKS RELATING TO WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 60,733,912 | - Investments and current accounts | 24,386,921.70 | |
| 11,304,954 | - Special accounts – Against deposits | 7,251,483.53 | |
| 72,038,866 | | | 31,638,405.23 |
| | **INVESTMENTS** | | |
| 24,925,842 | - League investments | 29,925,841.60 | |
| | - World Supreme Council for Mosques | | |
| -- | Investments | 40,000,000.00 | |
| 24,925,842 | | | 69,925,841.60 |
| | **ADVANCES AND IMPREST FUNDS** | | |
| 1,362,945 | - Imprest funds with league offices in abroad | 2,040,124.14 | |
| | - Advances on account of amount placed for | | |
| 2,137,297 | offices and centers of the league in abroad | 1,966,158.88 | |
| | - Advances with delegates and league staff | | |
| 20,421 | in abroad | 35,129.04 | |
| 10,000 | - Temporary advances with league staff | 322,706.55 | |
| -- | - Perpetual advances with league staff | 31,500.00 | |
| 4,274,591 | - Advances with others | 1,049,637.85 | |
| -- | - Advances from deposits due | 9,258,811.06 | |
| | - Advances against deposits | 392,578.00 | |
| 7,805,254 | | | 15,096,645.52 |
| | **ADVANCES & IMPREST FUNDS RELATING TO WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| | - Advances with Embassies and league | | |
| 2,872,286 | offices and staff in abroad | 3,588,131.37 | |
| 83,777 | - Advances to staff | -- | |
| -- | - Advances against deposits due | 217,594.23 | |
| 2,247,806 | - Advances against deposits | 2,476,038.14 | |
| 5,203,869 | | | 6,281,763.74 |
| | **CONTRA ACCOUNTS** | | |
| | Banks – Letters of guarantee from others | 97,825.00 | |
| | | 97,825.00 | 163,892,253.58 |
| 161,795,006 | | | |

1

JT-MWL 00014

Draft For Discussion

17 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
## BALANCE SHEET AS AT 9TH CAPRICORN 1379SH (ZODIAC CALENDAR)
## CORRESPONDING TO 4TH SHAWAL 1421H (30TH DECEMBER 2000)

| 9th Capricorn 1378SH (30/12/1999) SR | LEAGUE FUNDS & LIABILITIES | SR | SR |
|---|---|---|---|
| | **LEAGUE FUNDS** | | |
| 27,611,268 | - Against cash balances | 21,091,658.61 | |
| 24,925,842 | - Against investments | 29,925,841.60 | |
| 7,805,254 | - Against advances and imprest funds | 5,445,256.46 | |
| 60,342,364 | | | 56,462,75 `7 |
| 18,631,889 | **ACCRUED EXPENSES AND DEPOSITS DUE** | | 23,016,202.49 |
| -- | **DEPOSITS AGAINST INVESTMENTS** | | 1,793,220.00 |
| | **Deposits** | | |
| 1,655,471 | - Projects under execution | 1,567,470.79 | |
| 3,549,904 | - Special deposits – Donations to certain parties | 3,126,108.76 | |
| 366,317 | - Sundry deposits to Ministry of Finance | -- | |
| 6,326 | - Deposits to others | 6.325.90 | |
| 5,578,018 | | | 4,699,905.45 |
| | **WORLD SUPREME COUNCIL FOR MOSQUES FUNDS** | | |
| 43,243,723 | - Against cash balances | 4,425,519.82 | |
| -- | - Against imprest funds under collection with Ministry of Finance | 40,000,000.00 | |
| 2,956,063 | - Against advances and imprest funds | 3,588,131.37 | |
| 46,199,786 | | | 48,013,65 `9 |
| | **ACCRUED EXPENSES AND DEPOSITS TO THE WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 17,490,189 | - Accrued expenses | 20,178,996.11 | |
| 13,552,760 | - Deposits | 9,727,521.67 | |
| 31,042,949 | | | 29,906,517.78 |
| | **CONTRA ACCOUNTS** Banks – Letters of guarantee from others | 97,825.00 | |
| 161,795,006 | | 97,825.00 | 163,892,253.58 |

2

JT-MWL 00015

Draft For Discussion

1 7 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
## STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED
## (9TH CAPRICORN 1379 SH (ZODIAC CALENDAR)
## CORRESPONDING TO 4TH SHAWAL 1421H (30TH DECEMBER 2000)

| 9th Capricorn 1378SH (30/12/1999) SR | | SR | SR |
|---|---|---|---|
| | **REVENUES** | | |
| 79,999,999 | Saudi Arabian Government Subsidies | | 79,999,999 92 |
| | **SUNDRY REVENUES** | | |
| 623,257 | Subscriptions in Newspaper and Magazine of the League | 143,738.70 | |
| 847,189 | Prior years expenses written back | 2,221,649.80 | |
| 143,157 | Rents | 387,007.70 | |
| 2,835,059 | Income from investments | 1,083,647.85 | |
| 285,097 | Other income | 336,789 74 | |
| 4,733,759 | | | 4,172,833 79 |
| 84,733,758 | **Total revenue – C/F** | | 84,172,833.71 |

3

JT-MWL 00016

Draft For Discussion
17 JAN 2024
Subject To Amendment

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**SAUDI ARABIA**
**STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED**
**(9TH CAPRICORN 1379 SH (ZODIAC CALENDAR)**
**CORRESPONDING TO 4th SHAWAL 1420H (30TH DECEMBER 1999)**

| 9th Capricorn 1378SH (30/12/1999) SR | | SR | SR |
|---|---|---|---|
| 84,733,758 | TOTAL REVENUES B/F | | 84,172,833.71 |
| | **EXPENDITURE** | | |
| | **First Category – Salaries, wages, bonus and Allowances** | | |
| 22,547,867 | - Employees and staff salaries | 22,387,306.00 | |
| 88,100 | - Workmen wages | 109,788.00 | |
| 2,256,470 | - Bonus | 2,442,470.00 | |
| 5,715,065 | - Allowances | 5,966,075.00 | |
| 1,012,750 | - Transportation expenses | 1,411,644.29 | |
| 276,042 | - Consultants | 344,515.00 | |
| 31,896,294 | **Total – First chapter** | | 32,661,798.29 |
| | **Second chapter – Administrative and General Expenses** | | |
| 613,422 | - Furniture and office supplies | 335,897.40 | |
| 883,250 | - Equipment and vehicles | 253,962.00 | |
| 2,055,539 | - General utilities duties | 2,252,146 74 | |
| 41,355 | - Ceremonies and entertainment | 65,801.00 | |
| 1,064,737 | - Fuel, maintenance and operations | 1,120,459.30 | |
| 138,248 | - Publication and newspapers subscription | 129,798.35 | |
| 686,264 | - Computer center | 280,566.78 | |
| 54,277 | - Sundry expenses | 116,551.25 | |
| 5,537,092 | **Total – Second chapter** | | 4,555,182.82 |
| | **Third chapter – Islamic Mission expenditure** | | |
| -- | - The constituent board | 480,501.73 | |
| 2,766,352 | - Subsidies to Islamic Organizations and Co-operations | 1,884,085.65 | |
| 3,756,746 | - Subsidies to Islamic Universities, institutes and schools | 1,747,900.28 | |
| 14,415,995 | - Subsidies to Islamic Mission | 15,008,531.42 | |
| 956,883 | - Scholarships | 974,956.80 | |
| 6,924,796 | - Conferences, seminars and delegates | 984,459 70 | |
| 2,511,913 | - Information and media | 2,503,709.11 | |
| 6,243,621 | - League offices in abroad | 9,045,584 16 | |
| 388,678 | - Contend the destructive movements and Subsidies to whose hearts have to be reconciled | 161,440.00 | |
| 300,000 | - Islamic Fiqh (Jurisprudence) Council | 300,000.00 | |
| 1,271,626 | - Haj expenses | 1.018,444.54 | |
| 525,398 | - Printing expenses | 791,339.50 | |
| 282,210 | - Vocational training center | 281,234.53 | |
| 2,102,838 | - Religious printing | 2,298,284.62 | |
| 126,315 | - Consultants and experts | 45,541 32 | |
| 42,573,371 | **Total – Third chapter** | | 37,526,013.36 |
| 80,006,757 | **Total expenditure** | | 74,742,994.47 |
| 4,727,001 | **Surplus of revenues over the expenditure-Transferred to league funds account** | | 9,429,839.24 |

4

JT-MWL 00017

Draft For Discussion

17 JAN 2004

Subject To Amendment

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA

FINANCIAL STATEMENT FOR THE YEAR ENDED
9TH CAPRICORN 1380 SH (ZODIAC CALENDAR)
CORRESPONDING TO 15th SHAWAL 1422H (30TH DECEMBER 2001)

## CONTENTS

|                                       | Pages |
|---------------------------------------|-------|
| AUDITORS' REPORT                      | 1 – 2 |
| BALANCE SHEET                         | 3 – 4 |
| STATEMENT OF REVENUES AND EXPENDITURE |       |

-----------------

JT-MWL 00018

Draft For Discussion

17 JAN 2024

Subject To Amendment

AUDITORS' REPORT

Muslim World League
Makkah Al Mukarramah
Saudi Arabia.

We have audited the annexed Balance Sheet of "MUSLIM WORLD LEAGUE " – Makkah Al Mukarramah , Saudi Arabia as at 9th Capricorn 1380 SH (Zodiac Calendar) corresponding to 15th Shawal 1422H (30th December, 2001), statement of revenues and expenditure for the year ended on that date, prepared by the Finance Department of the League and presented to us together with the information and explanations we required Our audit was made in accordance with generally accepted auditing standards and accordingly included such tests of the accounting records and such other auditing procedures as we considered necessary.

In our opinion, the financial statements mentioned above present fairly the financial position of the League at 9th Capricorn 1380 SH corresponding to 15th Shawal 1422H (30th December 2001), and revenues and expenditure of the League for the year ended on that date, in accordance with generally accepted accounting principles appropriate to the circumstances of the League and consistently applied.

The Finance Department of the League has maintained the accounting records in Arabic; the financial statements are in accordance therewith.

(211)
EL SAYED EL AYOUTY & CO.
ACCOUNTANTS & AUDITORS.

Makkah Al Mukarramah:

19th Safar 1422H
13th May 2001

JT-MWL 00019

Draft For Discussion
1 7 J/1 1994
Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
BALANCE SHEET AS AT 9TH CAPRICORN 1380SH (ZODIAC CALENDAR)
CORRESPONDING TO 15th SHAWAL 1422 (30TH DECEMBER 2001)

| 9th Capricorn 1379H (30/12/2000) SR | ASSETS | SR | SR |
|---|---|---|---|
| | **CASH AT BANKS** | | |
| 36,642,270 | - Investments and current accounts | 39,871,480.87 | |
| 4 307,327 | - Special accounts – Against deposits | 4,252,017.21 | |
| 40,949,597 | | | 44,123,498.08 |
| | **CASH AT BANKS RELATING TO WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 24,386.922 | - Investments and current accounts | 35,904,482 83 | |
| 7,251,483 | - Special accounts – Against deposits | 7,591,971.34 | |
| 31,638,405 | | | 43,496,454.17 |
| | **INVESTMENTS** | | |
| 29,925,842 | - League investments | 29,925,841.60 | |
| 40,000,000 | - World Supreme Council for Mosques Investments | 40,000,000.00 | |
| 69,925,842 | | | 69,925,841.60 |
| | **ADVANCES AND IMPREST FUNDS** | | |
| 2,040,124 | - Imprest funds with league offices in abroad | 1,259,810.00 | |
| 1,966,159 | - Advances on account of amount placed for offices and centers of the league in abroad | 1,537,016.70 | |
| 35,129 | - Advances with delegates and league staff In abroad | 11,253.00 | |
| 322,707 | - Temporary advances with league staff | 748.00 | |
| 31,500 | - Perpetual advances with league staff | 18,514.00 | |
| 1,049,638 | - Advances with others | 50,220.85 | |
| 9,258,811 | - Advances from deposits due | 1,052,810.64 | |
| 392,578 | - Advances against deposits | -- | |
| 15,096,646 | | | 3,930,373.19 |
| | **ADVANCES & IMPREST FUNDS RELATING TO WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 3,588,132 | - Advances with Embassies and league offices and staff in abroad | 2,213,908.82 | |
| 217,594 | - Advances against deposits due | 142,724.23 | |
| 2,476,038 | - Advances against deposits | 700,547.71 | |
| 6,281,764 | | | 3,057,180.76 |
| | **CONTRA ACCOUNTS** | | |
| | Banks – Letters of guarantee from others | 99,025.00 | |
| | | 99,025.00 | 164,533,347.80 |
| 163,892,254 | | | |

1

JT-MWL 00020

Draft For Discussion
1 7 JAN 1994
Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
## BALANCE SHEET AS AT 9TH CAPRICORN 1380 SH (ZODIAC CALENDAR)
## CORRESPONDING TO 15TH SHAWAL1422H (30TH DECEMBER 2001)

| 9th Capricorn 1379SH (30/12/2000) SR | LEAGUE FUNDS & LIABILITIES | SR | SR |
|---|---|---|---|
| | **LEAGUE FUNDS** | | |
| 21,091,759 | - Against cash balances | 25,216,534.86 | |
| 29,925,842 | - Against investments | 29,925,841.60 | |
| 5,445,256 | - Against advances and imprest funds | 2,877,562.55 | |
| 56,462,757 | | | 58,019,93_ _1 |
| | | | 15,707,756.65 |
| 23,016,202 | **ACCRUED EXPENSES AND DEPOSITS DUE** | | |
| 1,793,220 | **DEPOSITS AGAINST INVESTMENTS** | | -- |
| | **Deposits** | | |
| 1,567,471 | - Projects under execution | 1,507,470.79 | |
| 3,126,109 | - Special deposits – Donations to certain parties | 2,738,220.52 | |
| 6,326 | - Deposits to others | 6,325 90 | |
| 4,699,906 | | | 4,252,017.21 |
| | **WORLD SUPREME COUNCIL FOR MOSQUES FUNDS** | | |
| 4,425,520 | - Against cash balances | 12,141,931.07 | |
| 40,000,000 | - Against imprest funds under collection with Ministry of Finance | 40,000,000.00 | |
| 3,588,131 | - Against advances and imprest funds | 2,213,908.82 | |
| 48,013,651 | | | 54,355,839.89 |
| | **ACCRUED EXPENSES AND DEPOSITS TO THE WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 20,178,996 | - Accrued expenses | 23,563,059.17 | |
| 9,727,522 | - Deposits | 8,292,519.05 | |
| 29,906,518 | | | 31,855,578.22 |
| | | | 342,216.82 |
| -- | - League Endowment building at Cairo | | |
| | **CONTRA ACCOUNTS** | | |
| | Banks – Letters of guarantee from others | 99,025.00 | |
| | | 99,025.00 | 164,533,347.80 |
| 163,892,254 | | | |

2

JT-MWL 00021

Draft For Discussion

1 7 JAN 2004

Subject To Amendment

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**SAUDI ARABIA**
STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED
(9TH CAPRICORN 1380 SH (ZODIAC CALENDAR)
CORRESPONDING TO 15TH SHAWAL 1422H (30TH DECEMBER 2001)

| 9th Capricorn 1379SH (30/12/2000) SR | | SR | SR |
|---|---|---|---|
| | **REVENUES** | | |
| 80,000,000 | Saudi Arabian Government Subsidiaries | | 79,999,999.92 |
| | **SUNDRY REVENUES** | | |
| 143,739 | Subscriptions in Newspaper and Magazine of the League | 110,000.79 | |
| 2,221,650 | Prior years expenses written back | 1,257,545.48 | |
| 387,007 | Rents | 594,153.73 | |
| 1,083,648 | Income from investments | 823,303.24 | |
| 336,790 | Other income | 26,779.97 | |
| 4,172,834 | | | 2,811,783.21 |
| 84,172,834 | **Total revenue – C/F** | | 82,811,783.13 |

3

JT-MWL 00022

Draft For Discussion

17 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
### MAKKAH AL MUKARRAMAH
### SAUDI ARABIA
### STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED (9TH CAPRICORN 1380 SH (ZODIAC CALENDAR) CORRESPONDING TO 4th SHAWAL 1422H (30TH DECEMBER 2001)

| 9th Capricorn 1379SH (30/12/2000) SR | | SR | SR |
|---|---|---|---|
| 84,172,834 | **TOTAL REVENUES  B/F** | | 82,811,783,13 |
| | **EXPENDITURE** | | |
| | **First chapter – Salaries, wages, bonus and Allowances** | | |
| 22,387,306 | - Employees and staff salaries | 23,479,241.00 | |
| 109,788 | - Workmen wages | 96,159.00 | |
| 2,442,470 | - Bonus | 3,230,009.00 | |
| 5,966,075 | - Allowances | 6,099,219.00 | |
| 1,411,644 | - Transportation expenses | 1,081,135.00 | |
| 344,515 | - Consultants | 763,402.50 | |
| 32,661,798 | **Total – First chapter** | ----------------- | 34,749,165.50 |
| | **Second chapter – Administrative and General Expenses** | | |
| 335,898 | - Furniture and office supplies | 650,819.00 | |
| 253,962 | - Equipment and vehicles | 378,870.00 | |
| 2,252,147 | - General utilities duties | 2,180,284.13 | |
| 65,801 | - Ceremony and entertainment | 124,519.00 | |
| 1,120,459 | - Fuel, maintenance and operations | 1,346,885.40 | |
| 129,798 | - Publication and newspapers subscription | 100,757.13 | |
| 280,567 | - Computer center | 191,495.00 | |
| 116,551 | - Sundry expenses | 289,638 75 | |
| 4,555,183 | **Total – Second chapter** | ----------------- | 5,263,268.41 |
| | **Third chapter – Islamic Mission expenditure** | | |
| 480,502 | - The constituent board | 5,272.50 | |
| 1,884,086 | - Subsidies to Islamic Organizations and Co-operations | 2,044,321.20 | |
| 1,747,900 | - Subsidies to Islamic Universities, institutes and schools | 2,437,702.25 | |
| 15,008,531 | - Islamic Mission subsidies | 15,900,930.06 | |
| 974,957 | - Scholarships | 860,035.00 | |
| 984,460 | - Conferences, seminars and delegates | 1,781,757.21 | |
| 2,503,709 | - Information and media | 2,282,481.78 | |
| 9,045,584 | - League offices in abroad | 9.256,123.32 | |
| 161,440 | - Contend the destructive movements and Subsidies to whose hearts have to be reconciled | 1,173,074.32 | |
| 300,000 | - Islamic Fiqh (Jurisprudence) Council | 126,692.00 | |
| 1 018,445 | - Haj expenses | 963,031.88 | |
| 791,339 | - Printing expenses | 917,514.10 | |
| 281,235 | - Vocational training center | 281,119.21 | |
| 2,298,285 | - Religious printing | 2,148,540.05 | |
| 45,541 | - Consultants and experts | 56,792.00 | |
| 37,526,014 | **Total – Third chapter** | ----------------- | 40,235,386.88 |
| 74,742,995 | **Total expenditure** | | 80,247,820.79 |
| 9,429,839 | **Surplus of revenues over the expenditure- Transferred to league funds account** | | 2,563,962.34 |

4

JT-MWL 00023

Draft For Discussion

17 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA

### FINANCIAL STATEMENTS FOR THE YEAR ENDED
### 9TH CAPRICORN  1378 SH (ZODIAC CALENDAR)
### CORRESPONDING TO 22ND RAMADAN 1420H (30TH  DECEMBER 1999)

### CONTENTS

|  | Pages |
|---|---|
| AUDITORS' REPORT | |
| BALANCE SHEET | 1 – 2 |
| STATEMENT OF REVENUES AND EXPENDITURE | 3 – 4 |

-------------------

JT-MWL 00024



Draft For Discussion
1 ~ JAN 2004
Subject To Amendment

## AUDITORS' REPORT

**Muslim World League
Makkah Al Mukarramah
Saudi Arabia.**

We have audited the annexed Balance Sheet of "MUSLIM WORLD LEAGUE " – Makkah Al Mukarramah , Saudi Arabia as at 9th Capricorn 1378 SH (Zodiac Calendar) corresponding to 22nd Ramadan 1420 H (30th December, 1999), statement of revenues and expenditure for the year ended on that date, prepared by the Finance Department of the League and presented to us together with the information and explanations we required. Our audit was made in accordance with generally accepted auditing standards and accordingly included such tests of the accounting records and such other auditing procedures as we considered necessary.

In our opinion, the financial statements mentioned above present fairly the financial position of the League at 9th Capricorn 1378SH corresponding to 21st Ramadan 1420H (30th December 1999) and income and expenses of the League for the year ended on that date, in accordance with generally accepted accounting principles appropriate to the circumstances of the League and consistently applied.

The Finance Department of the League maintained the accounting records in Arabic; the financial statements are in accordance therewith.

<table>
<tr><td></td><td>**(211)**</td></tr>
<tr><td><u>**Makkah Al Mukarramah:**</u></td><td>**EL SAYED EL AYOUTY & CO.**<br>**ACCOUNTANTS & AUDITORS.**</td></tr>
</table>

5th **Jamadi Al Awal 1421H**
5th **August 2000**

JT-MWL 00025

Draft For Discussion
1 7 JAN 2004
Subject To Amendment

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**SAUDI ARABIA**
**BALANCE SHEET AS AT 9TH CAPRICORN 1378SH (ZODIAC CALENDAR)**
**CORRESPONDING TO 22ND RAMADAN 1420H (30TH DECEMBER 1999)**

| 9th Capricorn 1377SH (30/12/1998) SR | ASSETS | SR | SR |
|---|---|---|---|
| | **CASH AT BANKS** | | |
| 68,349,074 | - Investments and current accounts | 46,243,157.09 | |
| 7,150,541 | - Special accounts – Against deposits | 5,578,018.14 | |
| 75,499.615 | | --------------- | 51,821,175.23 |
| | **CASH AT BANKS RELATING TO WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 42,158,067 | - Investments and current accounts | 60,733,911.90 | |
| 6,110,543 | - Special accounts – Against deposits | 11,304,954.57 | |
| 48,268,610 | | --------------- | 72,038,866.47 |
| 178,342 | **INVESTMENTS** | | 24,925,841.60 |
| | **IMPREST FUND UNDER COLLECTION WITH MINISTRY OF FINANCE-RELATING TO** | | |
| 10,000,000 | **WORLD HIGHER BOARD FOR MOSQUES** | | -- |
| | **ADVANCES AND IMPREST FUNDS** | | |
| 976,590 | - Imprest funds with league offices in abroad | 1,362,944.82 | |
| 2,693,308 | - Advances on account of amount placed for offices and centers of the league in abroad | 2,137,296.53 | |
| 174,819 | - Temporary advances with league staff | 10,000.00 | |
| 3,941,440 | - Advances with others | 4,274,591.50 | |
| 422,247 | - Advances against deposits | -- | |
| 15,127 | - Advances with delegates and eague staff | 20,421.50 | |
| 8,223,531 | | --------------- | 7,805,254.`` |
| | **ADVANCES AND IMPREST FUND RELATING TO WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| | - Advances with Embassies and league office and staff | | |
| 6,681,617 | | 2,872,286.38 | |
| 1,203,730 | - Advances against deposits | 2,247,805.99 | |
| 750,580 | - Advances to staff | 83,776.40 | |
| 8,635,927 | | --------------- | 5,203,868.77 |
| 10,820 | **Deposits with others** | | -- |
| | **CONTRA ACCOUNTS** | | |
| | Banks – Letters of guarantee from others | 97,825.00 | |
| 150,816,845 | | 97,825.00 | 161,795,006.42 |

1

JT-MWL 00026



Draft For Discussion
17 JAN 2004
Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
### BALANCE SHEET AS AT 9TH CAPRICORN 1378SH (ZODIAC CALENDAR)
### CORRESPONDING TO 22ND RAMADAN 1420H (30TH DECEMBER 1999)

| 9th Capricorn 1377SH (31/12/1998) SR | LEAGUE FUNDS & LIABILITIES | SR | SR |
|---|---|---|---|
| | **LEAGUE FUNDS** | | |
| 48,893,918 | - Against cash balances | 27,611,267.95 | |
| 178,342 | - Against investments | 24,925,841.60 | |
| 7,812,104 | - Against advances and imprest funds | 7,805,254.35 | |
| 56,884,364 | | ---------------- | 60,342,36  0 |
| | | | |
| 19,455,156 | **ACCRUED EXPENSES** | | 18,631,889.14 |
| | | | |
| | **Deposits** | | |
| 1,814,368 | - Projects under execution | 1,655,470.79 | |
| 5,329,512 | - Special deposits – Donations to certain  parties | 3,549,903.99 | |
| 422,582 | - Sundry deposits to Ministry of Finance | 366,317.46 | |
| 6,326 | - Deposits to others | 6,325 90 | |
| 7,572,788 | | ---------------- | 5,578,018.14 |
| | | | |
| | **WORLD SUPREME COUNCIL  FOR MOSQUES FUNDS** | | |
| 24,330,468 | - Against cash balances | 43,243,723.22 | |
| 10,000,000 | - Against  imprest funds under collection with    Ministry of Finance | -- | |
| 7,432,197 | - Against  advances and  imprest funds | 2,956,062.78 | |
| 41,762,665 | | ---------------- | 46,199,786 00 |
| | | | |
| | **ACCRUED EXPENSES AND DEPOSITS TO THE  WORLD SUPREME COUNCIL FOR MOSQUES** | | |
| 17,827,599 | - Accrued expenses | 17,490,188.68 | |
| 7,314,273 | - Deposits | 13,552,760.56 | |
| 25,141,872 | | ---------------- | 31,042,949.24 |
| | | | |
| | **CONTRA ACCOUNTS** | | |
| | Banks – Letters of guarantee from others | 97,825.00 | |
| 150,816,845 | | 97,825.00 | 161,795,006.42 |

2

JT-MWL 00027

Draft For Discussion

17 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
### STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED
### (9TH CAPRICORN 1378 SH (ZODIAC CALENDAR)
### CORRESPONDING TO 22ND RAMADAN 1420H (30TH DECEMBER 1999)

| 9th Capricorn 1377SH (31/12/1998) SR | | SR | SR |
|---|---|---|---|
| | **REVENUES** | | |
| 80,000,000 | Saudi Arabian Government Subsidies | | 79,999,998.60 |
| | **SUNDRY REVENUES** | | |
| 84,836 | Subscriptions in Newspaper and Magazine of the League | 623,257.20 | |
| 560,489 | Prior years expenses written back | 847,188.97 | |
| 120,834 | Rents | 143,157.09 | |
| 6,144,591 | Income from investments | 2,835,058.76 | |
| 60,194 | Other income | 285,096.94 | |
| 6,970,944 | | ----------------- | 4,733,758.96 |
| 86,970,944 | **Total revenues    C/F** | | 84,733,757.56 |

3

JT-MWL 00028

Draft For Discussion

17 JAN 2004

Subject To Amendment

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
## SAUDI ARABIA
### STATEMENT OF REVENUES AND EXPENDITURE FOR THE YEAR ENDED (9TH CAPRICORN 1378 SH (ZODIAC CALENDAR) CORRESPONDING TO 22ND RAMADAN 1420H (30TH DECEMBER 1999)

**9th Capricorn**

| 1377SH (31/12/1998) SR | | SR | SR |
|---|---|---|---|
| 86,970,944 | TOTAL REVENUES B/F | | 84,733,757.56 |
| | **EXPENDITURE** | | |
| | **First chapter – Salaries, wages, bonus and Allowances** | | |
| 22,456,542 | - Employees and staff salaries | 22,547,867.00 | |
| 110,245 | - Workmen wages | 88,100,.00 | |
| 2,385,805 | - Bonus | 2,256,470 | |
| 5,824,568 | - Allowances | 5,715,065 | |
| 1,160,486 | - Transportation expenses | 1,012,750 | |
| 270,413 | - Consultants | 276,042 | |
| 32,208,059 | **Total – First chapter** | ---------------- | 31,896,294.00 |
| | **Second chapter – Administrative and General Expenses** | | |
| 710,868 | - Furniture and office supplies | 613,422.00 | |
| 251,730 | - Equipment and vehicles | 883,250.41 | |
| 1,312,900 | - General utilities duties | 2,055,538.44 | |
| 42,160 | - Ceremony and entertainment | 41,355.25 | |
| 1,196,283 | - Fuel, maintenance and operations | 1,064,737 27 | |
| 112,017 | - Publication and newspapers subscription | 138,248.17 | |
| 332,256 | - Computer center | 686,263.50 | |
| 403,445 | - Sundry expenses | 54,276 82 | |
| 4,361,659 | **Total – second chapter** | ---------------- | 5,537,091.86 |
| | **Third chapter – Islamic Mission expenditure** | | |
| 1,441 | - The constituent board | -- | |
| 2,518,426 | - Subsidies to Islamic Organizations and Co-operations | 2,766,352.00 | |
| 4,562,434 | - Subsidies to Islamic Universities, institutes and schools | 3,756,745.86 | |
| 13,393,790 | - Islamic Mission subsidies | 14,415,995 33 | |
| 1,590,589 | - Scholarships | 956,883.00 | |
| 953,762 | - Conferences, seminars and delegates | 6,924,796 | |
| 2,700,678 | - Information and media | 2,511,912.59 | |
| 9,037,577 | - League offices in abroad | 6,243,620.83 | |
| 894,582 | - Contend the destructive movements and Subsidies to whose hearts have to be reconciled | 388,678.50 | |
| 108,570 | - Islamic Fiqh (Jurisprudence) Council | 300,000.00 | |
| 1,199,325 | - Haj expenses | 1,271,626.19 | |
| 917,333 | - Printing expenses | 525,398.04 | |
| 375,271 | - Vocational training center | 282,209.90 | |
| 3,544,976 | - Religious printing | 2,102,837.55 | |
| 126,034 | - Consultants and experts | 126,315.08 | |
| 41,924,788 | **Total - Third chapter** | ---------------- | 42,573,371.15 |
| 78,494,506 | **Total expenditure** | | 84,733,757.56 |
| | **Surplus of revenues over the expenditure-** | | |
| 8,476,438 | **Transferred to league funds account** | | 4,727,000.55 |

4

JT-MWL 00029

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
SAUDI ARABIA
FINANCIAL STATEMENTS FOR THE YEAR ENDED
9TH CAPRICORN, 1377SH (CORRESPONDING
TO 12TH RAMADAN 1419H)

JT-MWL 00030

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**SAUDI ARABIA**

**FINANCIAL STATEMENTS FOR THE YEAR ENDED 9TH CAPRICORN, 1377SH**
**CORRESPONDING TO 12TH RAMADAN, 1419H**

<u>CONTENTS</u>

|  | <u>PAGE</u> |
|---|---|
| AUDITORS' REPORT |  |
| BALANCE SHEET | 1 |
| STATEMENT OF REVENUES AND EXPENDITURES | 2 |

------------------------------



**EL SAYED EL AYOUTY & CO.**
CERTIFIED PUBLIC ACCOUNTANTS

License No. 35-1408H.

*Jeddah Office :*

22, Al Watan Al Arabi St., Al Hamra'a District.

P.O  Box 780 Jeddah 21421

Saudi Arabia

Tel. : 02-6693478  Fax. : 6602432

E-mail: ayouty@elsayedelayouty com

**AUDITORS' REPORT**
**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARAMAH**

We have audited the annexed balance sheet of Muslim World League - Makkah Al Mukarramah, Saudi Arabia as at 9th Capricorn 1377SH corresponding to 12th Ramadan, 1419H, statement of revenues and expenditures for the year ended on that date prepared by Finance Department of the League and presented to us together with the information and explanations we required. Our audit was made in accordance with generally accepted auditing standards and accordingly included such tests of accounting records and such other auditing procedures as we considered necessary to obtain reasonable assurance  to enable us to express an opinion on these financial statements.

In our opinion the financial statements taken as a whole present fairly the financial position of the League as at 9th Capricorn 1377SH corresponding to 12th Ramadan 1419H, also the revenues and expenditures of the League for the year ended on that date in accordance with generally accepted accounting standards appropriate to the circumstances of the league and consistently applied.

The Finance Department maintains the league accounting books in Arabic and the financial statements relating thereto.

FOR **EL SAYED EL AYOUTY & CO.**
CERTIFIED PUBLIC ACCOUNTANTS.

**MAKKAH AL MUKARAMAH:**
24th July 1999
11th Rabi Thani 1420H

**Mohamed El Ayouty**
Registration No. 211

**JT-MWL 00032**

Partners :
El Sayed El Ayouty (36)
Salah El Ayouty      (32)
Mohamed El Ayouty (211)

A  member firm of
Moore Stephens
International Limited
-members in principal
cities throughout
the world

Case 1:03-md-01570-GBD-SN  Document 11987-44  Filed 04/15/26  Page 34 of 35

# MUSLIM WORLD LEAGUE
## STATEMENT OF REVENUES AND EXPENDITURES FOR THE YEAR ENDED 9TH CAPRICORN 1377 SH
### CORRESPONDING TO 12TH RAMADAN 1419H

| 9th Capricorn, 1376SH SR | | SR | SR | 9th Capricorn, 1376SH SR | | SR | SR |
|---|---|---|---|---|---|---|---|
| | **Revenues** | | | | **Expenditure** | | |
| | Subsidies of Government of | | | | **First chapter-Salaries, wages, bonuses, allowances** | | |
| 80,000,000 | Saudi Arabia | | 79,999,999.92 | 22,304,578 | Employees salaries | 22,456,542.00 | |
| | | | | 582,957 | Workmen wages | 110,245.00 | |
| | **Sundry revenues** | | | 2,529,725 | Bonuses | 2,385,805.00 | |
| | Subscription in newspaper and | | | 5,898,718 | Allowances | 5,824,568.00 | |
| 105,180 | magazine of the League | 84,835.85 | | 1,133,039 | Travel expenses | 1,160,486.13 | |
| 212,645 | Prior years expenses written back | 560,489.06 | | 154,054 | Consultants | 270,413.00 | |
| 921,739 | Rents | 120,833.67 | | 32,603,071 | **Total first chapter** | -------------- | 32,208,059.13 |
| 629,643 | Investments revenues | 6,144,590.77 | | | **Second chapter-general and administrative expenses** | | |
| 1,014,321 | Other revenues | 60,194.38 | | 637,208 | Furniture and office supplies | 710,868.23 | |
| 2,883,528 | | -------------- | 6,970,943.73 | 326,260 | Equipment and vehicles | 251,730.00 | |
| | | | | 68,227 | Equipment, supplies depatch | 19,295.00 | |
| | | | | 128,606 | Floor rent | - | |
| | | | | 3,653,355 | General utilities duties | 1,312,900.19 | |
| | | | | 72,522 | Ceremony and entertainment | 42,160.20 | |
| | | | | 1,030,314 | Fuel, maiantenance and operating | 1,196,282.53 | |
| | | | | 110,854 | Publication and newspapers subscription | 112,017.29 | |
| | | | | 433819 | Computer center | 332,256.00 | |
| | | | | 96,157 | Sundry expenses | 384,149.43 | |
| | | | | 6,557,322 | **Total second chapter** | -------------- | 4,361,658.87 |
| | | | | | **Third chapter-Islamic Mission** | | |
| | | | | 529,655 | The constituent board | 1,440.95 | |
| | | | | 1,591,620 | Subsidies to Islamic Organizations | 2,518,425.92 | |
| | | | | 1,455,552 | Subsidies to Islamic Universities, Institutes and schools | 4,562,433.63 | |
| | | | | 12,711,112 | Subsidies to Islamic Mission | 13,393,789.61 | |
| | | | | 2,106,786 | Scholarships | 1,590,588.96 | |
| | | | | 125,049 | Islamic conferences and siminars | 953,761.61 | |
| | | | | 1,375,350 | Information and media | 2,700,678.52 | |
| | | | | 7,400,572 | League offices abroad | 9,037,576.61 | |
| | | | | 122,755 | Subsidies to whose hearts have to be reconciled | 894,582.26 | |
| | | | | 1,500 | Islamic figh (jurisprudence) council | 108,570.04 | |
| | | | | 1,388,733 | Haj expenses | 1,199,325.26 | |
| | | | | 778,749 | Printing expenses | 917,333.30 | |
| | | | | 891,655 | Hospitals, clinics and health centers | - | |
| | | | | 280,712 | Vocational training center | 375,270.92 | |
| | | | | 545,313 | Religious printings | 3,544,976.25 | |
| | | | | 27,007 | Consultants and experts | 126,033.60 | |
| | | | | 31,332,120 | **Total Third chapter** | -------------- | 41,924,787.44 |
| | | | | 71,492,513 | **Total expenses** | | 78,494,505.44 |
| | | | | | Surplus of revenues over expenditure-transferred to | | |
| | | | | 11,391,015 | League Fund account | | 8,476,438.21 |
| 82,883,528 | | | 86,970,943.65 | 82,883,528 | | | 86,970,943.65 |

CERTIFIED PUBLIC ACCOUNTANTS
ELSAYED ELAYOUTY & CO.

JT-MWL 00033

Case 1:03-md-01570-GBD-SN   Document 11987-44   Filed 04/15/26   Page 35 of 35

## MUSLIM WORLD LEAGUE
## MAKKAH AL MUKARRAMAH
### BALANCE SHEET AS AT 9TH CAPRICORN 1377SH CORRESPONDING TO 12TH RAMADAN 1419H

| 9th Capricorn, 1376SH SR | ASSETS | SR | SR | 9th Capricorn, 1376SH SR | LEAGUE FUND AND LIABILITIES | SR | SR |
|---|---|---|---|---|---|---|---|
| | **Cash at banks** | | | | **League Fund** | | |
| 57,958,542 | Current and investment accounts | 68,349,073.91 | | | Represented by included in cash | 48,893,917.65 | |
| 4,895,765 | Special accounts-against deposits | 7,150,540.78 | | 42,795,546 | assets | | |
| 62,854,307 | | ------------------------- | 75,499,614.69 | | Represented by investments | 178,341.60 | |
| | | | | 178,342 | with Dar Al Mal Al Islami | | |
| | **Cash at banks-World Supreme Council for Mosques** | | | | Represented by advances | 7,812,104.10 | |
| 36,509,395 | Current and investment accounts | 42,158,067 03 | | 5434037 | and imprests balances | | |
| 4,924,756 | Special accounts-against deposits | 6,110,543.18 | | 48,407,925 | | ------------------------- | 56,884,363.35 |
| 41,434,151 | | ------------------------- | 48,268,610.21 | 15,162,996 | Accrued expenses | | 19,455,156.26 |
| | | | | | | | |
| 178,342 | Investment with Dar Al Mal Al Islamic | | 178,341.60 | | **Deposits** | | |
| | Imprests under collection in Ministry | | | 1,804,831 | Projects in progress | 1,814,367.79 | |
| | of Finance-World Supreme Council | | | | Special deposits - subsidies to | 5,329,512.24 | |
| 5,000,000 | for Mosques | | 10,000,000.00 | 6,246,242 | certain parties | | |
| | | | | | Sundry deposits-Ministry of | 422,582.46 | |
| | **Advances and Imprests** | | | 522,582 | Finance | | |
| 1,204,191 | Imprests-League offices abroad | 976,589.61 | | 6,326 | Depoosits with others | 6,325.90 | |
| | Advances on account of League | | | 8,579,981 | | ------------------------- | 7,572,788.39 |
| 3,203,291 | offices and centers resolutions abroad | 2,693,308.56 | | | | | |
| | Temporary advances to League | | | | **World Supreme Council for Mosques Fund** | | |
| 80,179 | employees | 174,818.93 | | | Represented by included in | 24,330,468.03 | |
| 641,945 | Advances to others | 3,941,439.80 | | 24,281,024 | fixed assets | | |
| 3,684,216 | Advances represented by deposits | 422,247.61 | | | Represented by imprests | | |
| | Advances of League delegates and | | | | under collection in Ministry | 10,000,000.00 | |
| 167,317 | employees abroad | 15,126.92 | | 5,000,000 | of Finance | | |
| 8,981,139 | | ------------------------- | 8,223,531.43 | | Represented by included in | | |
| | | | | | advances and imprests | 7,432,196.56 | |
| | **Advances and Imprests-World Supreme Council for Mosques** | | | 3,723,072 | balances | | |
| | | | | 33,004,096 | | ------------------------- | 41,762,664.59 |
| | **Advances to Embassis, League offices and employees abroad** | | | | | | |
| 3,515,066 | Advances to others | 6,681,616.56 | | | | | |
| 208,006 | Advances represented by deposits | - | | | **Accrued expenses and deposits- World Super Council for Mosques** | | |
| 2,171,292 | Advances to employees | 1,203,729.78 | | 12,228,372 | Accrued deposits | 17,827,500.00 | |
| - | | 750,580.00 | | 7,096,048 | Deposits | 7,314,272.96 | |
| 5,894,364 | | ------------------------- | 8,635,926.34 | 19,324,420 | | ------------------------- | 25,141,871.96 |
| | | | | | | | |
| 137,115 | Deposits with others | | 10,820.28 | | | | |
| | | | | | **CONTRA ACCOUNT** | | |
| | **CONTRA ACCOUNTS** | | | | Letters of guarantee | | |
| | Banks-Letters of guarantee | | | | from others | 97,825.00 | |
| | from others | 97,825.00 | | | | | |
| 124,479,418 | | | 150,816,844.55 | 124,479,418 | | | 150,816,844.55 |

JT-MWL 00034