# EXHIBIT 046

**Kingdom of Saudi Arabia**                           **Number 3267/2/3/1**
**General Auditing Bureau**                            **Date 1/9/1424 AH**
                                                       **Attachments ….**

**To His Excellency the Director General of Administrative and Financial Affairs at the Muslim World League,**
**Peace, mercy, and blessings of God be upon you.**

By reviewing document No. (851 dated 17/3/1423 AH) in which the amount of (3,697) riyals was spent as an overtime bonus for MWL's employees in return for preparing an accounting document cycle and preparing and designing a special set of ledgers for Plaza Center (the Cultural Center Endowment in Madrid).

And whereas overtime bonus was deducted from the first chapter of MWL's budget and was not charged to the Madrid Cultural Center, which has an independent budget approved by the Ministry of Finance.

Therefore, we hope to be informed of the reasons for charging the MWL's budget with this, and to make the necessary adjustment by deducting the amount spent from the center's balance, and to attach supporting documentation.

With my best regards,
Director General of the General Auditing Bureau Branch - Makkah Al- Mukarramah region
*[Signed and handwritten date: 26/8/1424]*
Abdul Kader bin Abdullah Basfar

007606

JT-MWL-04518

A/4

**Kingdom of Saudi Arabia**                          **Number 2588/2/3/1**
**General Auditing Bureau**                           **Date 22/6/1424 AH**
                                                      **Attachments ….**


**Subject:** Note on document number 651
Dated 24/9/1421 AH

**To His Excellency the Director General of Administrative and Financial Affairs at the Muslim World League,**
**Peace, mercy, and blessings of God be upon you.**

With reference to your letter No. 303/5304 dated 6/5/1423 AH, replying to the Diwan letter No. 831/2/3/1 dated 13/3/1423 AH, regarding the observation on the document mentioned above, in which an advance of (75,000) riyals was disbursed to the employee/Mohammed Al-Adwani, in return for securing cars and drivers necessary for the convening of the founding council of MWL.

We inform you that it has become clear from studying MWL's response and the papers attached to the document that a mobile device (Nokia) was secured for an amount of (2,540) riyals from the advance, in violation of Cabinet Resolution No. 197 dated 29/11/1420 AH, which stipulates that the user shall bear the initial subscription fees, the value of the device, the subscription fees for each period, and the costs of calls, whatever their type.

We therefore hope to receive the aforementioned amount and to attach proof of payment in accordance with the Cabinet's decision referred to above.

With my best regards,
Director General of the General Auditing Bureau Branch - Makkah Al- Mukarramah region
*[Signed and handwritten date: 21/6/1424]*
Abdul Kader bin Abdullah Basfar


005619
A/4


JT-MWL-04519

**Kingdom of Saudi Arabia**
**General Audit Office**
**Office of the President**

**His Excellency the Secretary General of the Muslim World League,**
                                    may God protect him
**Peace, mercy, and blessings of God be upon you.**

Referring to the letter from the Director General of Administrative and Financial Affairs of MWL, No. 1666 (*handwritten 10666*), dated 6/12/1424 AH, in response to the Diwan's letter No. 545/2/3/1, dated 13/2/1424 AH, regarding the observations on document No. 396, dated 11/1/1423 AH, which disbursed the amount of (773,265) riyals as bonuses for MWL staff members participating in the Hajj season of 1422 AH, the following bonuses should be disbursed to those who participated in the aforementioned Hajj season, equivalent to one month's salary, based on Administrative Decision No. 302, dated 15/12/1422 AH, which stipulates (granting all employees working during the Hajj season a financial bonus equivalent to one month's salary), as an exception to Article (46, Paragraph C) of MWL's Employees Regulations, which states that (The Secretary-General alone may assign a very limited number of employees and staff members, from the fourteenth to the tenth grade, to Hajj-related work during the Hajj holidays for a limited number of hours, not less than seven hours daily, with a reward not exceeding one-third of their monthly salary. Those in grades nine and below shall receive a reward equal to half their monthly salary, while permanent employees and workers shall receive their full monthly salary or wage.) The Audit Bureau requested that the aforementioned decision be suspended, that the amounts disbursed in excess as a result of its implementation be accounted for, and that efforts be made to recover these amounts from the beneficiaries, with the Bureau to be informed of the progress made.

It was reported that one of the most important activities of the League is hosting numerous prominent Islamic and international figures, in addition to the guests of the Custodian of the Two Holy Mosques, who are distributed among MWL. Furthermore, the financial incentives offered by Tawafa establishments, domestic pilgrims, and transportation companies operating during Hajj seasons, gave the desire of some MWL members to work for them, which may result in a shortage of staff to provide the necessary services to MWL's guests, led to the issuance of the aforementioned decision. The aim is to create incentives offered by the General Secretariat to utilize the capabilities and experience of its staff acquired in previous years in order to

Number 1216/2/3/1
02433                    Date 28/3/1425 AH
Attachments …..

JT-MWL-04520

**Kingdom of Saudi Arabia**
**General Audit Office**
**Office of the President**

reach the desired goal and in a way that serves the public interest, and the issuance of the new employee regulations canceled the implementation of the content of the decision, as the new regulations included that.

I would like to inform Your Excellency that the activities mentioned in MWL's letter and the reasons it provided do not justify violating the explicit text of Article (46) of MWL's Employees Regulations, which specifies the amount of compensation for those participating in Hajj activities and their corresponding job levels.

Therefore, the Diwan requests your guidance to suspend the aforementioned decision, to determine the amounts disbursed in excess as a result of its implementation, to work towards their recovery, and to inform the Diwan of the actions taken in this regard.

**With my highest regards and appreciation to your Excellency,**

**President of the General Auditing Bureau,**
**Osama bin Jaafar Faqih**
*[Signed and handwritten date: 13/3]*

Number 1396/25
Date 4/4/1425 AH
Attachments…………….

JT-MWL-04521

**Kingdom of Saudi Arabia**                    **Number 2954/2/3/1**
**General Audit Office**                         **Date 23/11/1423 AH**
                                               **Attachments…….**

### Subject: Note on document No. 1328 dated 29/6/1422 AH

**His Excellency the Director General of Administrative and Financial Affairs of the Muslim World League،**
**Peace, mercy, and blessings of God be upon you.**

With reference to your letter No. 303/3471 dated 17/3/1423 AH, replying to the Diwan letter No. 642/2/3/1/ dated 29/2/1423 AH regarding the observation on the document shown above, and the amount of (240.79) riyals that was disbursed in return for telephone communication fees for mobile number [054509898] used by the office of His Excellency the Secretary, requesting that the user bear the initial subscription fees, the value of the device, as well as the subscription fees for each period and the costs of calls, whatever their type, in application of the decision of the esteemed Council of Ministers No. 197 dated 29/11/1420 AH. Whereas you stated that the Diwan's observations were answered in your letter No. 12807 dated 26/12/1422 AH, and upon reviewing it, it became clear that it relates to the response to the Diwan's letter No. 2430/2/3/1 dated 20/9/1420 AH, which noted on two mobile phone lines used by the Director of the Office of His Excellency the Secretary-General, and MWL's response included that, in view of the official events held by MWL and what it requires in terms of providing a quick means of communication for some of MWL's staff who supervise field work outside MWL, especially since MWL does not own wireless communication devices and these phones are returned to MWL's warehouses immediately after the end of these events. MWL also explained that it holds conferences and seminars outside and inside the Kingdom, and this requires constant follow-up by officials.

While the Audit Bureau appreciates the justifications provided by MWL, the aforementioned Cabinet decision clearly stipulates that the user is responsible for the initial fees, the cost of the device, subscription fees for each period, and all call costs, regardless of type.

Therefore, we request that the relevant authorities be instructed to collect the fees and charges related to the phones in question from the users and provide us with supporting documentation.

**With my best regards,**
**Director General of the General Auditing Bureau Branch in the Makkah**
**Al-Mukarramah Region**
**Abdul Qadir bin Abdullah Basfar**
*[Signed and handwritten date 18/11/1423]*

012541                                         JT-MWL-04522



الرقــم ٢٦٧٢/٢/٢/١

التــاريخ ١/٩/١٤٢٤هـ

المرفقات ....................

المملكة العربية السعودية

ديوان المراقبة العامة

الموقر

سعادة / مدير عام الشئون الإدارية والمالية برابطة العالم الإسلامي

السلام عليكم ورحمة الله وبركاته

بمراجعة المستند رقم (٨٥١ في ١٤٢٣/٣/١٧هـ) المصروف به مبلغ (٣,٦٩٧) ريال لقاء مكافأة خارج الدوام لمنسوبي الرابطة لقاء إعداد دورة مستندية محاسبية واعداد وتصميم مجموعة دفترية خاصة لمركز بلازا ( وقف المركز الثقافي بمدريد ) .

وحيث تم خصم مكافأة خارج الدوام على الباب الأول من ميزانية الرابطة ولم يــتم تحميله على المركز الثقافي بمدريد المعتمد له ميزانية مستقلة من قبل وزارة المالية .

لذا نأمل الإفادة عن أسباب تحميل ميزانية الرابطة بذلك و عمل التســـوية اللازمـــة بخصم بالمبلغ المصروف من رصيد المركز وإرفاق مايؤيد ذلك .

وتقبلوا تحياتي،،،،

مدير عام فرع ديوان المراقبة العامة — منطقة مكة المكرمة

١٤٢٤

٨/٢٢

عبدالقادر بن عبدالله باصفار

٠٠٧٦٠٦

JT-MWL-04518

أ / ٤

Case 1:03-md-01570-GBD-SN    Document 11987-46    Filed 04/15/26    Page 8 of 12



المملكة العربية السعودية

ديوان المراقبة العامة

الرقـم ..............

التاريخ ..............

المرفقات ..............

الموضوع : الملاحظة على المستند رقم ٦٥١

في ١٤٢١/٩/٢٤هـ.

سعادة/مدير عام الشئون الإدارية والمالية

برابطة العالم الإســـلامـي                                      الموقر

السلام عليكم ورحمة الله وبركاته

إشارة لخطابكم رقم ٣٠٣/٥٣٠٤ في ١٤٢٣/٥/٦هـ الجوابي على خطاب الديوان رقم ١/٣/٢/٨٣١ في ١٤٢٣/٣/١٣هـ بشأن الملاحظة على المســتند المـذكور بعاليـه والمصروف به سلفة بمبلغ (٧٥,٠٠٠) ريال للموظف/محمد العدواني ، لقاء تأمين ســيارات وسائقين لزوم انعقاد المجلس التأسيسي للرابطة.

نفيدكم بأنه تبين من دراسة رد الرابطة والأوراق المرفقة بالمستند تأمين جهاز جـوال (نوكيا) بمبلغ (٢,٥٤٠) ريال من السلفة بالمخالفة لقرار مجلـس الـوزراء رقـم ١٩٧ في ١٤٢٠/١١/٢٩هـ الذي يقضي بتحمل المستخدم رسوم الإشتراك المبدئية وقيمة الجهـاز ورسوم الإشتراك عن كل فترة وتكاليف المكالمات مهما كان نوعها.

فنأمل استحصال المبلغ المذكور أعلاه وإرفاق مايفيد التوريد تطبيقـاً لقـرار مجلـس الوزراء المشار إليه بعاليه.

وتقبلوا تحيــــاتي ،،،

مدير عام فرع ديوان المراقبة العامة بمنطقة مكة المكرمة

عبدالقادر بن عبدالله باصفار

٠٠٥٧١٩

أ / ٤

JT-MWL-04519



المملكة العربية السعودية
ديوان المراقبة العامة
مكتب الرئيس

معالي الأمين العام لرابطة العالم الإسلامي      سلمه الله

السلام عليكم ورحمة الله وبركاته

١,٦٦٦

١٦    أشير إلى خطاب مدير عـــام الشئون الإدارية والمالية بالرابطة رقـــم ١٦٦٦ وتاريخ ١٤٢٤/١٢/٦هـــ الجوابي لخطاب الديوان رقم ١/٣/٢/٥٤٥ وتاريخ ١٤٢٤/٢/١٣هـــ بشأن ما لوحظ على المستند رقـــم ٣٩٦ وتاريــخ ١٤٢٣/١/١١هـــ والمصروف به مبلغ (٧٧٣,٢٦٥) ريال لقاء مكافآت منسوبي الرابطة المشاركين لموسم حج عام ١٤٢٢هـــ ، القـــيام بصرف مكافأة للمشاركين بموسم حج العام المذكور بواقع شهر إستناداً إلى القرار الإداري رقـــم ٣٠٢ وتـــاريخ ١٤٢٢/١٢/١٥هـــ القاضي (بمنح جميع العاملين في موسم الحـــج مكافـــأة مالية مقدارها راتب شهر) بالاستثناء من المادة (٤٦ فقره ج) من لائحة موظفـــي الرابطة التي تنص على أن ( للأمين العام دون غيره تكليف عدد محدود جداً من الموظفـــين والمســـتخدمين أيـــام عطلة الحج في أعمال الحج من المرتبة الرابعة عشرة وحتى العاشـــرة لعدد محدود من الساعات لايقل عن سبع ساعات يومياً بمكافأة لا تزيد عن ثلث الراتب الشهري أما المراتب من التاسعة فما دون فتصرف لهم المكافأة بواقع نصف الراتب الشهري كما يصرف للمستخدمين والعمال الدائمين كامل الراتب أو الأجر الشهري ) . وطلـــب الديوان وقف العمل بالقرار آنف الذكر ، وحصر المبالغ المصروفة بالزيادة نتيجة لتطبيق ذلك القرار والعمل على تحصيلها من المستفيدين وإفادة الديوان بما يتم .

وحيـــث تمـــت الإفادة أن من أهم مناشط الرابطة إستضافة العديد من الشخصيات الإسلامية والعالمية ذات السمعة المرموقة بالإضافة لضيوف خادم الحرمين الشريفين الموزعين عــلى الــرابطة كما أن الإغراءات المادية التي تقدمها مؤسسات الطوافة وحجاج الداخل وشركات النقل العاملة في مواسم الحج أوجدت الرغبة لدى بعض منسوبي الرابطة بالعمل لديها وما قد ينتج عن ذلك من قصور في الأعداد المطلوبة لتقديم الخدمات اللازمة لضيوف الــرابطة كان سبباً في إصدار القرار المنوه عنه بهدف إيجاد حوافز تشجيعية تقدمها الأمانة العامة للاستفادة من قدرات منسوبيها وخبراتهم التي اكتسبوها في الأعوام الماضية في سبيل

الــرقم: ١٤٨٦/٢/٣/١

التاريخ: ٨/٣/٥٥٤٢هـ

المرفقات: ـــــ

JT-MWL-04520



المملكة العربية السعودية

ديوان المراقبة العامة

مكتب الرئيس

الوصـــول إلى الهدف المنشود وبما يخدم المصلحة العامة وأن صدور لائحة الموظفين الجديدة ألغى العمل بمضمون القرار حيث تضمنت اللائحة الجديدة ذلك.

أود إفادة معاليكم بأن الأنشطة التي أشار إليها خطاب الرابطة والأسباب التي أوردتها لا تـــبرر مخالفة النص الصريح الوارد بالمادة (٤٦) من لائحة موظفي الرابطة والذي حدد مقدار مكافأة المشاركين في أعمال الحج والمستويات الوظيفية لهم.

لذا يأمل الديوان التوجيه بوقف العمل بالقرار سالف الذكر ، وحصر المبالغ المصروفة بالزيادة نتيجة تطبيق ذلك القرار والعمل على تحصيلها وإفادة الديوان بما يتم في هذا الشأن.

ولمعاليكم أطيب تحياتي وتقديري ،،،

رئيس ديوان المراقبة العامة



أسامة بن جعفر فقيه



JT-MWL-04521

الـــرقم :
التاريخ :
المرفقات :

بسم الله الرحمن الرحيم

<table>
<tr><td>الرقم: ٢٩٠٥٤/م/ح/١/٣</td><td></td><td>المملكة العربية السعودية</td></tr>
<tr><td>التاريخ: ٢٣/١١/١٤٢٣هـ</td><td></td><td>ديوان المراقبة العامة</td></tr>
<tr><td>المرفقات: ..........</td><td></td><td></td></tr>
</table>

الموضوع : الملاحظة على المستند رقم ١٣٢٨ في ١٤٢٢/٦/٢٩هـ .

سعادة / مدير عام الشئون الإدارية والمالية برابطة العالم الإسلامي    الموقر

السلام عليكم ورحمة الله وبركاته :

بالإشارة لخطابكم رقم ٣٤٧١/٣٠٣ في ١٤٢٣/٣/١٧هـ الجوابي على خطاب الديوان رقم ١/٣/٢/٦٤٢ في ١٤٢٣/٢/٢٩هـ بشأن الملاحظة على المستند الموضح بعاليه والمصروف بموجبه مبلغ (٧٩ر٢٤٠) ريال لقاء رسوم الإتصالات الهاتفية للجوال رقم [٠٥٤٥٠٩٨٩٨] المستعمل من قبل مكتب معالي الأمين بطلب تحمل المستخدم رسوم الإشتراك المبدئية وقيمة الجهاز وكذا رسوم الإشتراك عن كل فترة وتكاليف المكالمات مهما كان نوعها تطبيقاً لقرار مجلس الوزراء الموقر رقم ١٩٧ وتاريخ ١٤٢٠/١١/٢٩هـ .

وحيث أفدتم بأن قد تمت الإجابة على ملاحظات الديوان بخطابكم رقم ١٢٨٠٧ وتاريخ ١٤٢٢/١٢/٢٦هـ وبالإطلاع عليه تبين أنه يتعلق بالرد على خطاب الديوان رقم ١/٣/٢/٢٤٣٠ وتاريخ ١٤٢٠/٩/٢٠هـ الملاحظ به على خطي هاتف جوال مستخدمة من قبل مدير مكتب معالي الأمين العام ، وقد تضمنت إجابة الرابطة أنه نظراً للمناسبات الرسمية التي تقيمها الرابطة وما تتطلبه من توفير وسيلة إتصال سريعة لبعض منسوبي الرابطة الذين يشرفون على الأعمال الميدانية خارج الرابطة ، خصوصاً وأن الرابطة لاتملك أجهزة إتصال لاسلكي وأن هذه الهواتف تعاد إلى مستودعات الرابطة فور إنهاء هذه المناسبات ، كما أوضحت الرابطة بأنها تقيم المؤتمرات والندوات خارج المملكة وداخلها وهذا يقتضي المتابعة الدائمة من قبل المسئولين .

ومع تقدير الديوان للمبررات التي أبدتها الرابطة إلا أن قرار مجلس الوزراء المشار إليه بعاليه قد نص بوضوح على تحمل المستخدم للرسوم المبدئية وقيمة الجهاز ورسوم الإشتراك عن كل فترة وتكاليف المكالمات مهما كان نوعها .

لذا نأمل توجيه المختصين بتحصيل الرسوم والتكاليف الخاصة بالهواتف محل الملاحظة من المستخدمين وموافاتنا بما يؤيد ذلك .

وتقبلوا تحياتي ،،،،،،،

مدير عام فرع ديوان المراقبة العامة بمنطقة مكة المكرمة

عبدالقادر بن عبدالله باصفار

١٤٢٢/١١/٢٨

٠١٢٥٤١

JT-MWL-04522

أ / ٤

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** JT-MWL-04518 - JT-MWL-04522

**Source language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026