# EXHIBIT 047

Case 1:03-md-01570-GBD-SN   Document 11987-47   Filed 04/15/26   Page 2 of 29

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST          :

ATTACKS ON               :      03-MDL-1570

SEPTEMBER 11, 2001  :      (GBD)(SN)

-------------------------------------------

- - -

Tuesday, March 26, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL INFORMATION

- - -

Day 1 of the videotaped deposition of
FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to
notice, was held at the InterContinental Hotel
Madrid, Paseo de la Castellana, 49, 28046
Madrid, Spain, beginning at 9:55 a.m., on the
above date, before Lisa V. Feissner, RDR, CRR,
Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph │ 917.591.5672 fax
deps@golkow.com

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 166

Q. And currently, what's your rank and grade?

MR. NASSAR: And to be clear, we're talking about at IIRO?

Q. At IIRO.

MR. NASSAR: (Speaking Arabic.) So I think (inaudible).

INTERPRETER: Yes, he's stating at the League, not at the IIRO.

MR. NASSAR: But he gave his rank. You can translate that.

INTERPRETER: So his rank is 9, grade 15.

Q. Rank 9, grade 15 at Muslim World League?

A. Yes.

Q. And do you have a grade -- a rank and grade at IIRO?

A. No.

Q. Why is that?

A. I'm not staff or I'm not employee at the IIRO. I was just seconded to run their offices.

Q. All right. So just --

Page 167

A. When I served there -- when I served there, they gave me the same rank, this one.

Q. So currently you continue to be an employee of the Muslim World League?

A. Yes.

Q. So as a Muslim World League employee who is seconded to IIRO to run one of their offices, you continue to be an employee of Muslim World League?

MR. NASSAR: I object to that question. Are we talking about -- what time frame? Because this document is about when he was sent to Indonesia. Are you talking about currently?

Q. Have you ever been an IIRO employee?

A. In the Kingdom or abroad, or outside KSA?

Q. At any point.

A. Office manager of the IIRO in Bangladesh.

Q. And were you an employee of IIRO when you were office manager in Bangladesh?

Page 168

A. Yes.

Q. Because at the time I asked you about Bangladesh, you said you were seconded to IIRO for the Bangladesh office.

A. Yes, I was seconded, but also my salaries and expenses were all the responsibility of the IIRO. I was paid by the IIRO. So the League stopped paying my salary. It was the IIRO who did that.

Q. And has that changed since then?

A. In terms of what?

Q. Well, you indicated that now you are seconded and you are an employee of the Muslim World League, I thought you just said a few moments ago?

MR. NASSAR: Robert, you know he's not an employee of IIRO. Like our Rule 26 makes clear, he's the director of the Indonesia Muslim World League office. So he's not currently -- I don't know, it seems like you still think that there's an office.

MR. HAEFELE: Okay. And I thought he continued to be the director of both

Page 169

offices.

MR. NASSAR: I mean, there's stuff that happened subsequent to this appointment. But currently he's the director, and I think we amended our Rule 26 to -- disclosure to you to reflect that he's solely the director of the Muslim World League office currently. He's solely the director of the Muslim World League office in Jakarta.

Q. So you're not a director of any office for IIRO anymore?

A. No, not now.

(Exhibit Harbi-165 marked for identification and attached to the transcript.)

BY MR. HAEFELE:

Q. Mr. Harbi, I'm showing you an exhibit that we've marked as Harbi-165. And it's a document produced by IIRO with a Bates number IIRO 35577 to 579, and appears to be a table detailing the years of office held by managers of the Muslim World League's office in

43 (Pages 166 to 169)

This Transcript Contains Confidential Material

Page 222

to have him answer what the words are on the column.

Q.   There's a column there that says "File No." next to the name of the propagator. Is there a file for each of the propagators?

A.   (In English.) I don't know.

(Through interpreter.) I don't know. I don't know.

Q.   You don't know.

MR. HAEFELE: All right.  Thank you.  We'll start up tomorrow.

VIDEO OPERATOR:  We are now going off the video record.  The time is 7:19.

(Off the record at 7:19 p.m.)

Page 224

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate column on the errata sheet for any change made.

After doing so, please sign the errata sheet and date it.

You are signing it subject to the changes you have noted on the errata sheet, which will be attached to your deposition.  You must sign in the space provided.  The witness need not be a notary public.  Any competent adult may witness your signature.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition may be deemed to be accurate and may be used in court.

Page 223

CERTIFICATE

I, Lisa V. Feissner, RDR, CRR, CLR, Notary Public, certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me pursuant to the stipulation of counsel on the date and place hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further, that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Lisa V. Feissner, RDR, CRR, CLR
Notary Public
Dated: April 3, 2019

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

Page 225

WITNESS NAME:    FAHD MOHAMMAD SANAD ALHARBI
DEPOSITION DATE:   MARCH 26, 2019

ERRATA

PAGE LINE  CHANGE                REASON

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 228

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST      :

ATTACKS ON            :      03-MDL-1570

SEPTEMBER 11, 2001  :      (GBD)(SN)

-------------------------------------------

- - -

Wednesday, March 27, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL INFORMATION

- - -

Day 2 of the videotaped deposition of

FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to

notice, was held at the InterContinental Hotel

Madrid, Paseo de la Castellana, 49, 28046

Madrid, Spain, beginning at 9:41 a.m., on the

above date, before Lisa V. Feissner, RDR, CRR,

Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph │ 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 273

Q. And when did you arrive in Indonesia?

A. 2004.

Q. And when you arrived in Jakarta in 2004 to manage the IIRO Indonesia office, was the IIRO office space shared with the Muslim World League office in Indonesia?

A. Yes.

Q. And had it been for some time before that? In other words, had the Muslim World League and IIRO offices in Indonesia been in the same office space for some time before you arrived?

A. Yes.

Q. Do you know whether there had been separate office space at some point before you arrived?

A. Yes.

Q. When was that?

A. Before I arrived. I do not know exactly when.

Q. How much before? I mean, years before or months before?

A. (In English.) I don't know.

Page 274

(Through interpreter.) I don't know.

Q. And when you arrived, did they share the same staff?

A. Yes. It was in the same place.

(The witness and interpreter conferred in Arabic.)

A. Yes.

Q. So that the physical office was the same space, correct?

A. Yes.

MR. NASSAR: Sorry, I'm going to object to the interpretation. I think the way it was interpreted was whether the staff shared the same space, as opposed to whether the organizations shared the same staff. So the witness understood whether the -- the staff --

MR. HAEFELE: I'll come back to it. I'll come back to it. All right.

Q. Just to clarify, the Muslim World League and the IIRO in Indonesia was not just in the same building but they were in the same rooms, right?

Page 275

A. Yes.

Q. And when you arrived there, you took the position as the head of IIRO and Muslim World League, correct, for Indonesia?

A. Yes.

Q. And when you arrived there and took your office space, did you have one office space for both jobs?

A. Yes.

Q. And did you have one staff that performed functions for both Muslim World League and IIRO?

A. So there are employees who work for the IIRO and other employees who work for the Muslim World League.

Q. Okay. So there wasn't just --

MR. HAEFELE: This I think addresses what you were trying to fix, Waleed.

MR. NASSAR: That's right.

Q. There were some staff people that were IIRO designated staff people and some people that were designated as Muslim World League staff; is that right?

Page 276

A. Yes.

Q. And while you were working at both -- strike that.

While you were heading up the IIRO and the Muslim World League office in Indonesia, were you paid a salary?

A. Yes.

Q. Were you paid one salary for both jobs, or were you paid two salaries?

A. Two.

Q. Two salaries? You were paid by both Muslim World League and IIRO?

A. Yes.

Q. And how much did Muslim World League pay you at the time?

INTERPRETER: Okay, the witness is saying that the IIRO would give a compensation.

(Rendering interpretation.)

MS. KHATIB: He added, "at that time."

(The witness and interpreter conferred in Arabic.)

A. The amount?

13 (Pages 273 to 276)

This Transcript Contains Confidential Material

Page 277

Q. Yes.

A. Almost $4,000.

Q. Per what?

A. Per month.

Q. $4,000 per month?  Is it dollars, U.S. dollars?

A. Yes.

Q. And how much -- that was from Muslim World League?

A. Yes.

MR. HAEFELE:  And how much in compensation was he paid by IIRO?

A. $1,000.

Q. So collectively, he was paid 5,000 per month?

A. Yes.

Q. Did he do more work for Muslim World League or IIRO or both?  I mean, or was it the same?

A. So the IIRO -- I worked more for the IIRO because it had more...

MR. HAEFELE:  When the IIRO office closed in 2013, 2014, whenever it closed, did he continue working as the

Page 278

head of the Muslim World League office?

A. Yes.

Q. Actually, just to be clear, I probably should have said, did "you" continue working as the head of the Muslim World League office.

Did your compensation -- did your total compensation change after the IIRO office closed?

A. Of course.

Q. And how did it change?

A. So I wouldn't receive anymore the $1,000 compensation.

Q. Did the Muslim World League increase your compensation at some point after the IIRO office closed?

A. No.

Q. Do you continue to make $4,000 per month?

A. Yes.

Q. Did any other benefits increase?

A. No.

Q. Did Muslim World League and IIRO have a single budget or separate budgets?

Page 279

A. Two separate budgets.

Q. And did the Muslim World League and IIRO have any joint financial accounts?

MR. NASSAR:  To be clear, these questions, you're referring to Indonesia?

MR. HAEFELE:  Yeah, I was just going to make that clarification.

Before he answers the question, I want you to clarify that I'm asking about the Indonesian offices only.

A. No, different.

Q. Different.  Who had access to the Muslim World League Indonesia financial accounts?

A. So the head of the office, myself; and the accountant.  Two people, makes them two persons.

Q. The head of the office is Mr. Harbi, you?

INTERPRETER:  Yes, he said "myself."

A. Yes.

MR. HAEFELE:  I just want to make

Page 280

sure we're talking about two people and not three people.  "The head of the office, myself, and an accountant" --

INTERPRETER:  And the accountant.

MR. HAEFELE:  -- are two people or three people?

INTERPRETER:  Two.  "The head of the office, which is myself, and the accountant.  Two."

Q. And who is the accountant?

A. The League -- the Muslim World League or the IIRO?

Q. Is it a different person?

A. Yes.

Q. Who is the head of the --

A. The IIRO has an accountant and the Muslim World League has an accountant.

Q. And who is the Muslim World League accountant at -- just so we're clear, for this conversation we're having right now, we're just talking about the Indonesian office, okay?

And the question is, who is the accountant for Muslim World League?

A. Mokhtar Abu Ali.

14 (Pages 277 to 280)

This Transcript Contains Confidential Material

Page 297

in Indonesia?

A. Before.

Q. Before. And this letter is addressed to the IIRO office manager in Indonesia, correct?

A. Yes.

Q. And that would have been Mr. Jamal at the time?

A. Yes.

Q. And this letter indicates that the IIRO has approved dividing the League building in Jakarta into two floors, right?

A. Yes.

Q. But when you arrived in Jakarta in 2004, the League offices and the IIRO offices were still together, correct?

A. In one building.

Q. This is different from what you said earlier.

A. Why?

Q. I asked you specifically earlier whether or not they were in the same building and in the same office space, and you said yes. Is that different now?

Page 298

A. Yes, the Muslim World League and the IIRO offices were in one building.

Q. My question earlier was, and let's clarify, when you got to Jakarta, were they in the same office space? Not just in the same building but in the same office space?

A. Maybe I misunderstood the question, but it's one building for the Muslim World League and the IIRO.

Q. And was the IIRO on one floor and the Muslim World League on a different floor?

INTERPRETER: Before he arrived?

MR. HAEFELE: No, when he got there.

A. Yes.

Q. Which floor was the IIRO on?

A. So rooms are on the ground floor. It's a building. It's not a big building. It's not even a building; it's like a house.

Q. And which floor was the IIRO on?

A. The ground floor.

Q. How many floors were there?

A. Just the ground floor and first floor. With stairs.

Page 299

Q. So there was two floors in the building?

A. Not two floors. It's a ground floor and one floor, an upper one.

Q. There was one floor on the ground and one floor above that, right?

A. Yes.

Q. So there was only two floors?

A. Yes.

Q. And IIRO was on the first floor, correct?

(Reporter interruption.)

A. Yes.

Q. And that means the Muslim World League was on the second floor?

A. Yes.

Q. And did that change at all while you were at the IIRO while the IIRO was open?

INTERPRETER: "While the IIRO was open"?

MR. HAEFELE: While the IIRO was open. The IIRO office closed at some point.

INTERPRETER: Yes.

Page 300

Q. You arrived in Indonesia in 2004, right? And when you arrived in Indonesia in 2004, the IIRO was on the first floor and the Muslim World League was on the second floor, right?

A. Yes.

Q. And did it remain that way until the IIRO office closed in 2013, 2014?

A. Yes.

Q. What happened to the space on the first floor in 2013, 2014 when the IIRO office closed?

A. It became empty.

Q. When you came into the building, was there an entryway in the building? Was there a greeting area?

INTERPRETER: I'm sorry to ask you, do you mean by "entryway" or "greeting area," just like an entry, lobby?

MR. HAEFELE: A common entryway.

INTERPRETER: A common in -- common, joint?

MR. HAEFELE: A reception area? A reception area to a building.

19 (Pages 297 to 300)

This Transcript Contains Confidential Material

Page 301

A.  Yes.

Q.  Was there signage indicating that it was either Muslim World League, IIRO, or both?

MR. NASSAR:  Where?  Are we talking about the entryway of the building or --

MR. HAEFELE:  Yeah.

A.  So yes, signage, one for the -- where it is written, Muslim World League, and IIRO.

Q.  And when did that signage change, if at all?

MR. NASSAR:  I'm sorry, objection to the translation.  I think he added at the end, "two signs."

INTERPRETER:  "Two signs."

Q.  While you were managing the IIRO office in Indonesia, you indicated that you -- your tasks involved supervising the projects of IIRO, but one of the tasks you indicated that IIRO performed was the building of mosques, right?

A.  Yes.  One of its activities.

Q.  And what were the others?

Page 302

A.  To provide relief; to help orphans; to dig wells; to distribute food in the Ramadan and Hajj season; to build medical camps in order to undergo eye surgery for blind people --

INTERPRETER:  Maybe "cataracts"?

A.  (In English.)  Cataracts.

(Through interpreter.)  Because in Indonesia, they suffer a lot from this illness, hundreds of thousands of people.

Q.  What else?

A.  That's it.

Q.  What was the size of the office staff in Indonesia for IIRO?

INTERPRETER:  Office staff?

MR. HAEFELE:  Yes.

A.  I'm counting.

Q.  Does the number eight people sound about right?

INTERPRETER:  So he's saying, "Six. With the guards, so maybe around nine. Six without the guards."

Q.  How many propagators related to the IIRO office in Indonesia were there?

Page 303

A.  (In English.)  I don't remember.

(Through interpreter.)  I don't remember.

Q.  Would it surprise you or does it sound right that there was about 118 propagators?

A.  I'm not surprised.  It doesn't surprise me.

MR. HAEFELE:  Do you want to take a break?

MR. NASSAR:  Yes.

MR. HAEFELE:  Okay.

VIDEO OPERATOR:  We are now going off the video record.  The time is 12:25.

(Recess from 12:25 p.m. until 1:00 p.m.)

VIDEO OPERATOR:  We are now going back on the video record.  The time is 1:00.

BY MR. HAEFELE:

Q.  Welcome back, Mr. Harbi.

Mr. Harbi, was there an office of IIRO inside the Kingdom that had oversight or

Page 304

some kind of accountability responsibility over the IIRO office in Indonesia?  And just to clarify, I mean other than IIRO headquarters.

A.  Yes.

Q.  And which office was that?

A.  So I remember under my mandate, Riyadh's office.

MR. NASSAR:  I think the word for "mandate" was "tenure."

INTERPRETER:  "Tenure," yes.

A.  So let's say the Riyadh's office was responsible over the projects of IIRO office in Indonesia.

Q.  And what was their role -- or what were their responsibilities as oversight over the IIRO office in Indonesia?

(The witness and interpreter conferred in Arabic.)

A.  So the responsibilities of Riyadh's office is to -- was to arrange or organize projects.  Given that IIRO's projects were meant to -- for citizens, Riyadh's office would collect from them and send to IIRO's Indonesia office, let's say to build an orphanage, to

20 (Pages 301 to 304)

This Transcript Contains Confidential Material

Page 329

an internal auditor to review documents at the headquarters office, or to engage in a field visit to review documents?

A. A field visit to the office is very ordinary.

Q. In how many instances where you had participated in audits had you witnessed field visits to the offices you were heading?

(Reporter interruption.)

A. In Indonesia, I recall two or three times. They came and audited.

Q. So they came and audited the Indonesia office two or three times while you were the head of the office?

A. Yes.

Q. And then they closed the office?

A. Yes. Yes. While the office was open, these visits were conducted. But when the office closed, they didn't come back.

Q. And how many times had they conducted audits to the Bangladesh office?

MR. NASSAR: Objection, form. Are we talking about the time he was there?

MR. HAEFELE: Yes.

Page 330

A. I don't remember.

Q. You don't recall there being any audits at the Bangladesh office?

A. So I do not remember, but even if an audit visit was done, it's ordinary and it's part of the regular work.

Q. Just to be clear, though, you recall -- you do not recall any audits being conducted of the Bangladesh office while you were there, but you recall three audits being done on the -- at the Indonesia office while you were there?

A. Yes.

Q. What types of records did the internal auditor review during the field visit at the Indonesia office?

INTERPRETER: I would like to repeat my question to him, because he answered something else. He said, "the auditor and the accountant." So I want to repeat.

MR. NASSAR: I think his answer did address the question.

MR. DUFFY: What was his answer?

Page 331

MR. NASSAR: I think you can just translate the answer and we can carry on.

INTERPRETER: Yes. I just translate the answer. He said, "The auditor and the accountant would review the documents. That was not part of the operation."

Q. Do you know what documents they asked to -- strike that.

Do you know what documents the auditor asked to review?

A. I think they would review ordinary financial documents, expenditures, daily financial notebooks, such things.

Q. Did they ask to review invoices?

A. Maybe with the accountant. I don't remember. Everything is with the accountant.

Q. How about receipts?

A. So they are all with the accountant. The auditor would speak with the accountant.

Q. How about bank accounts?

A. He would review bank accounts, he

Page 332

would review expenditures.

Q. Which accountant was it? Which IIRO accountant was it that engaged in the report with the auditor? Was it Mr. Rabi' or Mr. Mohammed?

A. So when Yasser was present, was working, it was Yasser. And when Mr. Haytham Mohammed was working, it was him.

Q. Well during the time period of this audit, which one was working?

A. Yasser.

Q. During the time period of this audit, it was -- I think we established it was shortly after you arrived in Indonesia, right?

A. After I arrived -- one month after I arrived.

Q. And what floor was your office on, the first or second floor?

A. Second floor.

Q. So your office was in the area of the Muslim World League?

A. Yes.

Q. And was there a common file area for the whole building?

27 (Pages 329 to 332)

This Transcript Contains Confidential Material

Page 333

INTERPRETER: "Common file area"? What is "common file area"?

MR. HAEFELE: File room. A room for files.

INTERPRETER: Oh, okay, literally. (Rendering interpretation.)

A. The IIRO files were kept at the offices of the IIRO employees, and the same goes for the Muslim World League.

Q. So did you have any IIRO files in your office?

A. No.

Q. Did you have any Muslim World League files in your office?

A. No.

Q. And there was a separate place in the building where only IIRO files were kept?

A. The IIRO offices are where the IIRO files are kept.

Q. Where was the accountant and the auditor physically sitting when they were conducting the audit work?

A. The accountant's office.

Q. Where is the accountant's office?

Page 334

A. In the ground floor.

Q. Did the auditor have access to Muslim World League financial and accounting records, bank records, et cetera?

A. The auditor of the IIRO? Which auditor?

Q. The auditor that was sitting there doing an audit in --

A. So he is from the IIRO. He has no right to access accounts of the Muslim World League.

MR. HAEFELE: That's what I'm asking him.

INTERPRETER: That's the answer.

MR. HAEFELE: So tell him that's what I'm asking.

Q. So the answer is "no"?

A. No.

Q. Did the audit report that is attached to Exhibit 173 reflect irregularities?

MR. NASSAR: Robert, since it's a lengthy report, are you asking him to read the entire report, or do you want to direct him to where you think it

Page 335

states that?

MR. HAEFELE: Well, I'm asking him first what his recollection is since I'm sure he's reviewed the report at some point.

MR. NASSAR: 15 years ago?

MR. HAEFELE: I don't know.

A. I can send this to the accountant so he can review it.

Q. Well, I'm asking you, do you have a recollection that when you received the report -- let me ask you this.

When you received this report that was an audit of the office that you were the head of, did you review the audit?

A. I saw the report.

Q. And do you have a recollection that it reflected financial irregularities regarding supervision, monitoring, and control?

A. I do not recall. These are financial issues. But I'm sure the accountant tried to fix these financial errors.

Q. Would you, as the head of the IIRO office in Indonesia, just delegate the --

Page 336

whether or not problems are fixed to an accountant as opposed to overseeing the fixing of the problems?

A. I do not know these things. These are technical issues that the accountant is familiar with.

Q. Did you sit with the accountant or speak to the accountant in some fashion to determine what had been identified as problems at the IIRO office that you were responsible for?

A. So I am -- I do not know. These are financial technical issues. The auditor would --

(The witness and interpreter conferred in Arabic.)

A. So I, as a director, would encourage him to fix the problems found -- mentioned or found by the internal auditor.

Q. Let me look at -- on the page that you were on a moment ago. Under where it says, "Third: Notes of the Field Auditing," 1a -- do you see where it's 1a? Can you read 1a just to yourself.

28 (Pages 333 to 336)

This Transcript Contains Confidential Material

Page 369

that?

A. Yes.

Q. Do you have firsthand knowledge of who would receive these reports?

MR. HAEFELE: Form.

A. No.

Q. So when you provided that example in your testimony on who are the relevant authorities to receive the report, was that speculation?

MR. HAEFELE: Objection, form.

A. Yes.

Q. You weren't the one --

A. That's what I understood from the letter.

Q. Were you the one who provided the relevant authorities with copies of this report?

MR. HAEFELE: Objection to form.

A. I sent them.

Q. You sent a copy of this report to the relevant authorities personally?

A. No.

Q. And were you the party who received

Page 370

the reports at the relevant authorities that are referenced here in point 2?

A. No.

MR. NASSAR: Thank you. Nothing further.

MR. HAEFELE: I think we've reached the end of the day. Thank you.

VIDEO OPERATOR: We are now going off the video record. The time is 3:54.

(Off the record at 3:54 p.m.)

Page 371

CERTIFICATE

I, Lisa V. Feissner, RDR, CRR, CLR, Notary Public, certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me pursuant to the stipulation of counsel on the date and place hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further, that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Lisa V. Feissner, RDR, CRR, CLR
Notary Public
Dated: April 3, 2019

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

Page 372

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate column on the errata sheet for any change made.

After doing so, please sign the errata sheet and date it.

You are signing it subject to the changes you have noted on the errata sheet, which will be attached to your deposition. You must sign in the space provided. The witness need not be a notary public. Any competent adult may witness your signature.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition may be deemed to be accurate and may be used in court.

37 (Pages 369 to 372)

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent: Fahd AlHarbi
Dep. Date: March 26-27, 2019

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 15:23 | Maybe the IIRO. I do not know. | Perhaps the MWL or IIRO. I do not know. | Interpreter Omission |
| 29:13 | Okay. | Yes. | Interpreter Mistranslation; |
| 32:23 | Yes. | Yes. Five years. | Interpreter Omission |
| 35:2 | Terrorist. | It is terrorist. | Interpreter Omission |
| 37:7-8 | I don't remember. I remember his name. | I don't remember. I only remember his name. | Interpreter Omission |
| 39:17-22 | Are you aware that the Saudi government has acknowledged that in response to the UN's designation of Mujil as a terrorist, the Saudi government froze Mr. Mujil's financial accounts and placed travel restrictions on him? | | Interpreter Mistranslation; "aware" translated as "know" and "acknowledged" translated as "confessed" |
| 40:8-9 | Are you aware the Saudi government froze Mr. Mujil's financial accounts? | | Interpreter Mistranslation; "aware" translated as "know" |

1

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 40:11-13 | Are you aware that the Saudi government placed travel restrictions on Mr. Mujil? | | Interpreter Mistranslation; "aware" translated as "know" |
| 40:15-18 | Are you aware that the U.S. government found sufficient evidence existed to designate the IIRO's Philippines office as a terrorist organization? | | Interpreter Mistranslation; "aware" translated as "know" |
| 40:20-23 | Are you aware the U.S. government found that the IIRO's Philippines office provided financing and training to Al Qaida-linked terrorist groups? | | Interpreter Mistranslation; "aware" translated as "know" |
| 41:5-7 | Are you aware that the U.S. government found that the IIRO's Philippines office provided support to Osama bin Laden? | | Interpreter Mistranslation; "aware" translated as "know" |
| 41:9-11 | Are you aware of any evidence that indicates the IIRO's Philippines office did not provide support to Osama bin Laden? | | Interpreter Mistranslation; Translated as "Do you have or know any information or evidence that the IIRO's Philippines office did not provide support to Osama bin Laden?" |

2

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 41:15-18 | Are you aware that the United States government found sufficient evidence existed to designate IIRO's Indonesia office as a terrorist group? | | Interpreter Mistranslation; "aware" translated as "know" |
| 41:20-24 | Are you aware the United States government found that the IIRO's Indonesia office provided financing and training to the Al Qaida-linked terrorist group known as Jemaah Islamiyah? | | Interpreter Mistranslation; "aware" translated as "know" |
| 44:22-24 | Yes, the answers are still the same. I don't know. The answer -- literal -- | Yes, the answers are still the same. I don't know. | Interpreter Commentary Added |
| 52:11-12 | What do you understand to be the reason why it closed? | | Interpreter Mistranslation; Question translated as "What, in your opinion, is the reason for the closure?" |
| 52:14-15 | Are you aware that it was investigated by the Saudi Arabian government? | | Interpreter Mistranslation; "aware" translated as "know" |
| 58:19-20 | Were you a participant or a presenter? | | Interpreter Misinterpretation; "presenter" translated |

3

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| | | | as "representative" |
| 60:10-12 | These issues are not of great importance. We don't really deal with such things. | We don't care about these matters, they aren't of importance to us. | Interpreter Mistranslation |
| 62:5 | Five years. Maybe five years. | Five years. Maybe five years, as far as I can remember. | Interpreter Omission |
| 62:15 | Al Hira | Al Khairiyya | Transcription Correction |
| 62:21 | No. It's a civil organization. | No, no. It's an NGO. | Interpreter Mistranslation |
| 63:3-5 | So it's an organization specific to the inhabitants of Makkah. Its activities are related to the people of Makkah. | An NGO for the residents of Makkah, meaning its activities are solely for the residents of Makkah. | Interpreter Mistranslation |
| 64:8-9 | direction or administration. | department. | Interpreter Mistranslation |
| 64:13-16 | I worked at several departments. The international relations department, and international organizations management, and offices management. | I worked at a number of departments. At International Relations, the Department of International Relations, the Department of International Organizations and the Department of Offices and Centers. | Interpreter Mistranslation |
| 64:22-23 | Yes. So it's the -- yes. It's the legal external and centers department offices. | Yes, the Department of Offices and Centers Abroad. That's its name. | Interpreter Mistranslation |

4

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 69:13 | management | Department | Interpreter Mistranslation |
| 74:15-20 | So I was a regular employee. We receive requests from the external offices to the admin -- to the central administration, send these -- so we receive any requests and address them or send them to the specialized offices or departments. | I'm telling you, a normal employee, meaning, requests came from the offices abroad to the department, like salary requests, car requests, anything. Then we take them and direct them to the concerned departments. | Interpreter Mistranslation |
| 76:4-6 | So all the Islamic centers are in Europe, let's say Madrid, Italy, France, in many European countries. | Yes, all of the Islamic Centers are located in Europe, meaning in Madrid, in Rome. They are Islamic Centers. Italy, France, in many European countries. | Interpreter Omission |
| 76:16 | departments | boards of directors | Interpreter Mistranslation |
| 77:16-17 | How are they responsible to the Muslim World League? | | Interpreter Mistranslation;<br><br>Question interpreted as "Meaning, they are responsible, with regards to the Muslim World League?" |
| 77:18-21 | So it has a board of directors constituted by -- from -- ambassadors from Arab and Muslim countries. So in Madrid we have, for example, the Islamic center. | They have a board of directors consisting of Muslims, Arab and Muslim Ambassadors. They are found in every country, for example, in Madrid there is the Islamic Center. | Interpreter Omission |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 81:12-14 | So nothing. There is no distinction or -- there is no -- there's nothing that's - | There is none. | Interpreter Commentary Added |
| 82:23-24 | I do not remember exactly. It may be ten. | I do not remember exactly. Maybe ten or less than ten. I don't remember exactly. | Interpreter Omission |
| 84:21 | administration | department | Interpreter Mistranslation |
| 85:7-10 | Different. So for example, in one of these trips, it was -- the purpose was handing over the direction from a person to another -- direction of an office. | It varied. One of the trips was hand-over and take-over between a previous director and a new director. Always, whenever the director changes, there must be someone from the Department of Offices for the hand-over and take-over. | Interpreter Mistranslation |
| 85:15-17 | So the mandate of the previous director was over, and there was a new director nominated. | The previous director's term ended and this is a new director that came now. | Interpreter Mistranslation |
| 85:20-21 | No. No. A normal -- yes, normal handover of direction. | No, no. The norm. A normal handover and takeover. | Interpreter Mistranslation |
| 86:3-4 | No, just acquainting with the activities of the office. | That's it. Not at all. Just examining the office's activities. | Interpreter Mistranslation |
| 88:3-4 | Muslim World League offices in Kenya, Bangladesh, Mauritius, and Nigeria? | | Interpreter Omission; Omits "Bangladesh" from translation |
| 88:10 | administration | department | Interpreter Mistranslation |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 88:14 | In the Kingdom, no. | At the IIRO in the Kingdom, no. | Interpreter Omission |
| 90:23 | Have I characterized the document correctly? | | Interpreter Mistranslation; <br><br> Question interpreted as "was the document named correctly?" |
| 90:24-91:1 | What did you -- how did you characterize the document? | And what did they name it? What did they name it? | Interpreter Mistranslation |
| 98:1-3, 5-7 | Plumber. So as far as I can recall, they would learn jobs as plumbering [sic], electrical – <br><br> --like, to be an electrician. So to facilitate so they can find job opportunities abroad and in Bangladesh. | I mean I remember that the institute taught them plumbing, electricity, and mechanics so they can land job opportunities abroad. Inside and outside of Bangladesh. | Interpreter Mistranslation; Interpreter Omission |
| 100:16 | Administration | Department | Interpreter mistranslation; |
| 100:19 | communications done by the League. | Communications sent outside the league | Interpreter omission |
| 101:7 | correspondences done by the League. | Correspondences sent outside by the league | Interpreter omission |
| 103:14-16 | So it's an administrative decision to move the office of the IIRO to Indonesia, from Bangladesh to Indonesia. | This is an administrative decision to transfer the director of the IIRO-Bangladesh Office to Indonesia. | Interpreter Mistranslation |

7

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 105:11-12 | Yeah, he doesn't know. | I don't know. This concerns the Secretariat General | Interpreter Mistranslation |
| 108:22-23 | In the general administration of the offices in Makkah. | In Makkah at the General Department of Offices and Centers | Interpreter Mistranslation; Omission |
| 109:12 | In the General Secretary. | At the secretariat general | Interpreter Mistranslation |
| 109:14-18, 20 | Of the League. So maybe there is some misunderstanding. I would like to clarify one point. So I was working with the League. But let's say that I was temporarily assigned or borrowed for –<br><br>Seconded for the IIRO offices. | The League. There is a point that perhaps confused the gentleman. I was at the League but I was seconded to the IIRO to manage the IIRO-Bangladesh Office. | Interpreter Mistranslation |
| 110:18 | Apart. | Apart. Each office by itself. | Interpreter Omission |
| 118:6 | Maybe | Meaning | Interpreter Mistranslation; |
| 120:10-14 | So it's a regular report handing over the assets, handing over responsibilities -- (In English.) Cars. (Through interpreter.) Cars. | A normal report, meaning, which papers are there and they are taken-over, what furniture is there and it is taken-over. The norm, meaning, normal take-over/hand-over. He takes over the office, takes over the car, takes over the funds, takes over…..That's it. He hands-over and I take-over. | Interpreter Omission |
| 120:19-20 | The person who prepares the report is the delegate from the IIRO | No. The person who writes the report is the representative from | Interpreter Omission |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| | | the IIRO. | |
| 121:1 | Secretary | Secretariat | Transcription Correction |
| 121:2 | Secretary | Secretariat | Transcription Correction |
| 122:7-9 | So he has the information, and he makes sure it's compatible to the actual situation. | He has all of the information and it is all compared. For example, there is such and such number of cars; he compares them…are they there or not there. | Interpreter Commentary Added; Interpreter Omission |
| 125:12-13 | that number | Adnan Basha | Transcription correction |
| 125:13-14 | that number | Adnan Basha | Transcription correction |
| 138:22-23 | Yes. So the decision is to redeploy the office of IIRO in Indonesia. | The decision is the redeployment of Fawzy Jamal to the Secretariat General. | Interpreter Mistranslation |
| 139:2-4 | So what I know, or what I'm concerned by, is that the services of my office, literally, were redeployed. | What concerns me here is that I was redeployed to Indonesia. That, I am sure of. | Interpreter Mistranslation; Interpreter Commentary Added |
| 144:10-12 | I think that my good performance I did is the factor or the reason why I was proposed for Indonesia. | I think the good work I did in Bangladesh…the good work I did is what nominated me to be in Indonesia. | Interpreter Mistranslation |
| 144:17 | The General Secretariat. | The IIRO General Secretariat. | Interpreter Omission |
| 147:8-11 | Humanitarian relief activities, social activities, health care, so related to rituals, for example, in Ramadan and in Hajj pilgrimage, seasonal | Relief, Social, Healthcare,  seasonal. There is the Ramadan Season and the Hajj Season. Seasonal. Meaning Iftars in Ramadan and sacrifices in | Interpreter Commentary Added; Interpreter Omission |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| | activities. | Hajj. | |
| 147:17-19 | No. So every work in Indonesia was important. Everything has a priority. Yes, to help people in need. | I mean, it is all…it is all important. All of the work is important in Indonesia. There is no work that is more important than other work.  It is all important and it all provides aid to the poor and underprivileged. | Interpreter Omission |
| 150:8,9 | I think they do send the report, they -- they receive it. | I don't know. I don't think that they don't send. They do send it. They send it | Interpreter Mistranslation |
| 153:11 | It's possible | Is that possible? | Interpreter Mistranslation; |
| 159:19 | maybe in July | maybe July or August | Interpreter Omission |
| 162:10-12 | So yes, all these things are done according to the proposal or the suggestion or recommendation of the offices department. | They wrote, "the deployment of the director of the IIRO-Indonesia Office to the Secretariat General and to prepare a report with the previous director". All of this is based on the proposal from the Department of Offices | Interpreter Omission |
| 166:21-23 | I'm not staff or I'm not employee at the IIRO. I was just seconded to run their offices. | Because I was seconded. I wasn't an employee there. I was seconded for a specific period to manage their offices. | Interpreter Mistranslation |
| 173:3 | Yes | No | Interpreter mistranslation |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 174:24-175:3 | So it's literally assigned -- so he's not the manager. He's just in charge of the manager's operations for a certain period of time. | The job in Arabic is "Assigned". Assigned with the director's tasks but he is not the director. The assignment is for a short period and not a long period. | Interpreter Mistranslation; Interpreter Omission |
| 175:12-13 | It's the manager. It's not the assigned manager. | No, the director and not the "Assigned". | Interpreter Mistranslation |
| 175:17 | Yes. So again, assigned. | Yes, he was assigned. | Interpreter Commentary Added |
| 178:16-18 | So the manager runs everything in the office. There's no function that has priority over other functions. | At the IIRO offices, all of the work is important. There is no work more important than another. Meaning, the director in charge manages all of the activities. He doesn't neglect one task and give preference to another task. He manages all of the programs and tasks. | Interpreter Mistranslation; Interpreter Omission |
| 179:16-17 | Yes, building orphanage, and sending there orphans. | Meaning the IIRO built orphanages and put orphans in it. | Interpreter Mistranslation; Interpreter Omission |
| 180:10-13 | Of course, the employees, they do not build themselves the mosques. You have people working in building or doing such things. | Are the employees the ones who build the mosques? There is a section…there are contractors who build the mosques. Specialized people. It is not the employees who build them. | Interpreter Mistranslation; Interpreter Omission |
| 186:22 | About | Above | Transcription Correction |
| 188:4-5 | Yes. I might review or just be acquainted, but not sign. | I review it, I look at it. | Interpreter Commentary Added |

11

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 189:20 | we review 30 of them. | we review 30 or 40 of them. | Interpreter Omission |
| 191:5 | authority | entity | Interpreter Mistranslation |
| 191:24 | Propagators | Preachers | Interpreter mistranslation |
| 192:2 | Propagators | Preachers | Interpreter mistranslation |
| 192:4 | Propagators | Preachers | Interpreter mistranslation |
| 192:6 | Propagators | Preachers | Interpreter mistranslation |
| 192:8 | Propagators | Preachers | Interpreter mistranslation |
| 196:15 | Propagator | Preacher | Interpreter Mistranslation |
| 199:11 | But | that | Transcription correction |
| 201:19 | Propagators | preachers | Interpreter Mistranslation |
| 202:11-13 | Supervise their work, follow up their work of the propagators, to collect reports | Following up on their work, collecting the reports from them. | Interpreter Commentary Added |
| 202:16 | Or the supervisor. | He is the supervisor | Interpreter Mistranslation |
| 203:11 | In different regions or places. | In spread-out areas. In distant areas. | Interpreter Omission |
| 209:7-8 | So there was reports -- there were not salaries, but compensation. | An allowance. It isn't a salary. It is an allowance. | Interpreter Commentary Added |

12

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 212:7 | No. | It isn't a coordination | Interpreter Mistranslation |
| 213:17-20 | Yes, of course. So reports about the relief activities, reports about the camps. So for eye surgery installations. So we would send periodic reports about these activities. | Of course. We send the reports about relief work, the reports about the ocular medical camps. Meaning we used to set up ocular camps for ocular implant surgeries. So we sent periodic reports. | Interpreter Mistranslation; Interpreter Omission |
| 237: 8-13 | So the UN issued a decree, a statement, where the IIRO office in Indonesia was listed, and so the Indonesian government decided to shut -- to close the office until the IIRO office -- the IIRO name was deleted from the list. | Because the Indonesian Government, when the UN's statement came out and IIRO's name was found in the statement, they said you can't work while this name is found until the name is removed from the list...after the UN issued..The UN issued a statement and the matter included the name of the IIRO-Indonesia Office. | Interpreter Omission; Interpreter mistranslation |
| 239:18-19 | Yes. I was actually concerned. I was upset. | Of course, I was upset, of course. I was upset. | Interpreter Mistranslation |
| 240:3 | He | It | Interpreter mistranslation |
| 241:23 | propagators | preachers | Interpreter Mistranslation |
| 252:17 | Abdul-Hamid. | Fawzi. | Transcription Correction |
| 253:7 | sold | reimbursed | Interpreter Mistranslation |

13

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 254:10-11 | The teachers and those cooperating with the office. | The teachers cooperating with the office. | Interpreter Commentary added |
| 261:17-19 | These seminars, the propagation -- or the committee at the IIRO is in charge of this these seminars. | The one responsible for it is the preachers' committee. The seminars are the responsibility of the preachers and Quran committee at the Secretariat General. | Interpreter omission |
| 262:21 | Yeah, I can see that in the letter. | I can see that it is 10 days, yes | Interpreter Mistranslation |
| 265:16-18 | So plan of action of the seminar, when do we arrive, at what time do we visit such -- | Meaning, the seminar's plan of action, for example, what time do we start, what time do we end, we visit for example a place, this is a plan. | Interpreter omission |
| 277:20-21 | So the IIRO -- I worked more for the IIRO because it had more... | I mean, the work for IIRO was more of course, the IIRO work was more. | Interpreter omission |
| 278:12-13 | So I wouldn't receive anymore the $1,000 compensation. | I stopped receiving the $1000 compensation which used to come from the IIRO | Interpreter omission |
| 288:2-3 | To supervise the projects -- supervise the projects of IIRO. | Supervision over the MWL's projects. | Interpreter Mistranslation |
| 291:20 | I cannot give you a number. | I can't remember exactly. | Interpreter Mistranslation |
| 294:16 | I think there were propagators. | I think there were. | Interpreter Commentary added |
| 301:8-10 | So yes, signage, one for the --where it is written, Muslim World League, and IIRO. | There is a sign. It says the Muslim World League and the International Islamic Relief Organization. Two signs | Interpreter Mistranslation |

14

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 304:6 | mandate | tenure | Interpreter mistranslation |
| 314:7-9 | The compensations for the propagators they're sponsoring was from the Eastern Province, yes. | The sponsorships for the preachers were from the Eastern province. Their compensations were from the Eastern Province, yes. | Interpreter omission |
| 318:21-24 | So the IIRO sends accountants, people who would do auditing for the accounts, in order to make sure things are going the right way. | The IIRO sends accountants and auditors to make sure that work at the office is going the way it should. | Interpreter Mistranslation; Commentary Added |
| 319:14-15 | He verifies the accounts and then go to the headquarters. | No, he reviews the accounts and goes to the head office. | Interpreter Omission; Mistranslation |
| 321:6-7 | So I'm not concerned by this audit -- by what the auditor's talking about. | So it doesn't relate to me. | Interpreter Mistranslation; Commentary Added |
| 326:15-16 | So it's an administrative audit in the IIRO that we have in the IIRO. | This is an administrative inspection within IIRO. | Interpreter Mistranslation |
| 331:5-8 | The auditor and the accountant would review the documents. That was not part of the operation. | Him and the accountant. He and the office's accountant sit together. I don't understand the financial matters nor do I interfere in them. | Interpreter Commentary Added; Interpreter omission |
| 336:12-19 | So I am -- I do not know. These are financial technical issues. The auditor would – (The witness and interpreter conferred in Arabic.) So I, as a director, would encourage him to fix the problems found -- | I think that these are financial matters that I don't understand, so I sat…I mean, he would prepare the response. This auditor audited the financial matters so he…So I, in my capacity as the director, I encourage him to fix the things, the errors, | Interpreter Commentary added |

15

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
|  | mentioned or found by the internal auditor. | found by the internal auditor. |  |
| 338:9 | I was not advised by such thing. | He did not inform me. He did not inform me of this thing. | Interpreter Mistranslation |
| 349:2-4 | I asked from the accountant to answer to these reports, upon request from the General Secretariat. | I asked the accountant to respond to these comments based on the Secretariat General's request. | Interpreter Mistranslation |
| 349:13-18 | So these recommendations are not addressed to the office. They are addressed to the administrative -- to the administrative -- sorry, to the financial administration of the office, and it must follow these recommendations. | These recommendations are not for the office…..for the financial department at the IIRO and it is the one who does this. | Interpreter Mistranslation; Interpreter Commentary added |
| 354:20-22 | Did anybody tell you the results of the investigation related to the designation of your office? | Did anybody tell you that there was an investigation related to the designation of your office? | Interpreter Omission |
| 355:8-9 | Oh. So the office was again removed from the terrorist organizations list. | But they removed it, meaning they declared it innocent. | Interpreter Mistranslation; Interpreter Commentary Added |
| 358:2-3 | No. I know him only as supervisor of social -- as a social supervisor. | No, no, I know him as the director of the social welfare department. | Interpreter Mistranslation |
| 358:21-22 | This is at the head [sic] of the General Secretariat. I don't know about it. | This is at the Secretariat General. I don't know anything about it. | Interpreter omission |

I, Waleed Nassar, declare under penalty of perjury that the following statement is true as a matter of my personal knowledge:

I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC and counsel for Defendants the International Islamic Relief Organization and the Muslim World League in this action.  This firm has taken the lead on preparing the foregoing errata sheet, which was done under my direct supervision.  With the assistance of an Arabic-speaking Associate and an Arabic-speaking Analyst, we reviewed the video and listened to the audio and compared the testimony to the transcript of Mr. Fahd Alharbi's deposition.  All of the foregoing corrections are based on the review process described herein.

Executed on June 7, 2019

_____
Waleed Nassar

17