# EXHIBIT 048

**Muslim World League**
**International Islamic Relief Organization**
**In Saudi Arabia**
**Social Care**

Nr: 103/1286/21
Date: 6/2/1422 AH
Subject: ……………….

<u>**EMAIL**</u>

**His excellency director of IIRO-Pakistan          May God Protect Him**

*Peace and blessings be upon you*

With reference to your letter nr. 933/5 dated 4/12/1421 AH which includes your request to appoint three employees in place of three others.

We hereby inform you of the approval of his excellency the general secretary to their appointment as such:

| M | Name | Job Position | Salary inclusive of all compensations | Trial Period | Terminated Staff |
|---|------|-------------|--------------------------------------|--------------|------------------|
| 1 | Sejad Ahmad Younes | Teacher | 273 | 6 months | Eftikhar Hussein |
| 2 | Fahim Allah Amin | Teaching Supervisor | 364 | 6 months | Mohammad Akil |
| 3 | Bazmir Mohammad Azim | | 182 | 6 months | Mohammad Hanif |

The employment of each would start as of your receipt of this letter and each of them shall be [subject to] the regulations of the cooperation contract and reports should be sent about the performance of each to the social care at the general secretariat to assess their performance later. The end of services date of the former three employees shall be upon stopping work in accordance with the regulations.

We also ask that you urgently provide us with a copy of the cooperation agreement as approved by each of them with a notice of start of work.

Kind regards, may God protect you,
Deputy director of IIRO's offices department
*[Signed and illegible handwritten date]*
Ahmed Bin Abdallah Al Kahtani

IIRO 094570

*[footer includes contact details in English and Arabic]*

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

Sub. : _____    الموضوع : _____

بريد الإلكتروني

No : ٨٢٤٨٥٧/١٠٢    الرقم :

Date : ١٤٢٢/٤/٦    التاريخ :

سعادة مدير مكتب الهيئة في باكستان

حفظه الله

السلام عليكم ورحمة الله وبركاته

إشارة إلى خطابكم رقم ٩٣٣/٥/ وتاريخ ١٤٢١/١٢/٤هـ والمتضمن طلبكم تعيين عـــدد ثلاثـــة موظفين بدلا عن ثلاثة آخرين .

نشعركم بموافقة سعادة الأمين العام على تعيينهم على النحو التالي :

| المنهي خدماتهم | فترة التجربة | الراتب الشامل لجميع البدلات | مسمى الوظيفة | الاسم | م |
|---|---|---|---|---|---|
| افتخار حسين | ٦ أشهر | ٢٧٣ | مدرس | سجاد احمد يونس | ١. |
| محمد عقيل | ٦ أشهر | ٣٦٤ | مراقب تعليم | فهيم الله أمين | ٢. |
| محمد حنيف | ٦ أشهر | ١٨٢ | خياط | بازمير محمد عظيم | ٣. |

وذلك اعتبارا من تاريخ مباشرة كل منهم للعمل بعد استلامكم هذا الخطاب وعلى أن يكون كل منهم على نظام عقد التعاون مع إرسال تقارير أداء كل منهم للرعاية الاجتماعية بالأمانة العامة لتقييم أداء كل منهم لاحقا مع اعتماد تاريخ انهاء خدمات الثلاثة السابقين اعتبارا من انقطاع كل منهم عن العمل حسب النظام كما نأمل موافاتنا عاجلا بصورة من عقد التعاون والإقرار لكل منهم مع إشعار المباشرة للعمل .

وتقبلوا تحياتنا .. والله يحفظكم

مدير إدارة مكاتب الهيئة بالنيابة

أحمد بن عبد الله القحطاني

الرجاء - عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

Please qoute above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ

البريد الالكتروني :    Email: relief@iirosa.org

IIRO 094570

# DAOU TRANSLATION AND SERVICES
## ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 094570

**Source language:** Arabic                    **Translated to:** English

## TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

## Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                          **Date:** 11 April 2026