# EXHIBIT 049

**Muslim World League**
**International Islamic Relief Organization**
**In Saudi Arabia**
**Department of Urgent Relief**

Nr: 500/10288/22
Date: 30/10/1422 AH
Subject: ……………….

**Dear Mr. Rahamtullah Nazir Khan**          **May God Protect Him**

**IIRO's Pakistan office director**

*Peace and blessings be upon you*

*[Greetings and Prayers]*

With reference to your letter nr. 1017/1 dated 24/10/1422 AH relating to spendings from the general liquidity of the office on urgent relief for Afghan refugees during the latest events in an amount of 2,361,566 Riyal

We kindly ask to be provided details of the mentioned amount that was spent and the items it was spent upon in order for us to do the necessary and settle the compensation to you.

Urgent reply is requested, May God help and give you success,

Kindest regards,

**Director of Urgent Relief Department**

**Fouad Abdallah Akbar**

*[Signed – illegible handwritten date]*

*[stamped]*

IIRO 50804

*[footer includes contact details in English and Arabic]*

MUSLIM WORLD LEAGUE

L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

EMERGENCY RELIEF DEPARTMENT

Sub. :

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

إدارة الإغاثة العاجلة

الرقـم : ٥٥ / ١٠٦٨٨ / ٩: No

التاريخ : ٩٠ / ١٢ / ١٤٤٤ :Date

الموضوع :

حفظه الله

سعادة الأستاذ / رحمة الله نذير خان

مدير مكتب الهيئة في باكستان

السلام عليكم ورحمة الله وبركاته ،،

تهديكم أطيب تحياتنا وتمنياتنا لكم بدوام التوفيق والسداد ،،،

بالإشارة الى خطابكم رقم ١٠١٧/١ وتاريخ ١٤٢٢/١٠/٢٤هـ بخصوص ما تم صرفــه

من السيولة العامة للمكتب على الإغاثة العاجلة للاجئين الأفغان في الأحداث الأخـيرة بملــغ وقـدره

٢,٣٦١,٥٦٦ ريال .

نأمل التكرم بموافاتنا بتفاصيل صرف المبلغ المذكور والبنود التى صرف منها حتى نتمكــن

من إكمال اللازم لصرف التعويض لكم .

للإفادة عاجلا وفقكم الله أعانكم

وتقبلوا أطيب تحياتي ،،،

مدير إدارة الإغاثة العاجلة



فؤاد عبد الله أكبر

Please qoute above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٥٤١١ - تلكس : ٦٥١٨٤٩١ - ٦٠٦٧٥٤ إغاثة إس جي

C:\My Documents\Regional Office\doc - Sunday 36 January 2002 542147 Fax: 6518491 - Tlx: 606754 IGATHA SJ    العيد

Email: relief@iirosa.org : البريد الالكتروني

IIRO 50804

## DAOU TRANSLATION AND SERVICES
ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 50804

**Source language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                **Date:** 11 April 2026