# EXHIBIT 050

**Muslim World League**
**International Islamic Relief Organization**
**In Saudi Arabia**
**Social Care**

Nr: 203/7523/22
Date: 13/8/1422 AH
Subject: ……………….

*[handwritten: very urgent fax]*

**His excellency director of IIRO-Pakistan          May God Protect Him**

*Peace and blessings be upon you*

The social care department sends you its greetings and thanks you for your cooperation and may God reward you.

With reference to your letter nr. 397/18 dated 19/4/1422 AH sent by you to the director of the urgent relief department at the general secretariat in relation to implementing the project of distributing blankets (covers).

And whereas you have indicated in your report the necessity of sponsoring new orphans, we kindly ask you to promptly inform us on the means of sponsoring orphans in the current Afghan refugee camps, given the current circumstances, as refugees are not settled in a specific location and as you know one of the conditions of sponsoring is that the orphan is settled in a specific location, as such we hope for your prompt feedback on this.

It is possible to deal with these children on the basis of sponsorship of underprivileged children given their drastic circumstances. We await your response the earliest possible.

May God protect you and watch over you,

**Supervisor of Social Care**

**Dr. Salem Marzouk Al Harbi**

*[Signed]*

IIRO 51398

*[footer includes contact details in English and Arabic]*

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الرعاية الاجتماعية

Sub. : _____ : الموضوع

No ٦٤/ ٧٥٢٤/٥٤ : الرقم

خاكس عاجل جدا

Date ٢٤٤١/٨/ ١٢ : التاريخ

سعادة مدير مكتب الهيئة ــ باكستان            حفظه الله

السلام عليكم ورحمة الله وبركاته

نهديكم إدارة الرعاية الاجتماعية تحياتها وتشكركم على تعاونكم معها فجزاكم الله خير

إشارة الى خطابكم رقم ١٨/٣٩٧ وتاريخ ١٤٢٢/٤/١٩هــ والموجه منكم الى مدير

إدارة الإغاثة العاجلة بالامانة العامة بخصوص تنفيذ مشروع توزيع الأغطية (بطانيات) .

وحيـــث انكـــم اشـــرتم في تقريركم الى ضرورة كفالة ايتام جدد ، نأمل منكم سرعة

موافاتـــنا عـــن كيفية كفالة ايتام في مخيمات اللاجئين الافغان حالياً ومن خلال الاوضاع

الراهـــنة حيث عدم استقرار اللاجئين في مكان معين وكما تعلمون ان من شروط الكفالة

ان يكون اليتيم مستقراً في مكان معين نامل منكم سرعة افادتنا عن ذلك .

كما انه يمكن التعامل مع هؤلاء الاطفال على اساس كفالة الطفل المحروم نظراً لوضعهم

المأساوي ونحن بانتظار ردكم في اسرع وقت ممكن .

والله يحفظكم ويرعاكم ،،،

المشرف على الرعاية الاجتماعية

د. سالم مرزوق الحربي

Please qoute above ref. No. and date when replying.    Pour répondre, Prière de citer la date et la référence sus - citées    الرجا ، عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

IIRO 51398

# DAOU TRANSLATION AND SERVICES
## ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 51398

**Source language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                          **Date:** 11 April 2026