# EXHIBIT 051

**Muslim World League**
    Secretariat General
    Makkah al Mukarramah
Dept. of studies, Coordination & International Relations

| Number 600    004148    Date   10 Rabi Al-Thani 1424 AH  14 AH  Attachments __ |
|---|

His Excellency/Mr. Rahmatullah Nazir Khan - May God protect him
Director of the League's office in Pakistan

Peace, mercy and blessings of God be upon you...As for after:

With reference to the attached copy of the letter from the Pakistan Islamic Students Association, in which the association invites His Excellency the Secretary-General of the Muslim World League to participate in the "World Youth Conference" to be held from 22-24 Sha'ban 1424 AH, in Pakistan.

I would appreciate it if you could kindly provide the Studies Department with any information you have about the aforementioned association, its leadership, and the appropriateness of the Secretary-General's participation in the aforementioned conference, given its importance.

May God protect you,
Director of Studies, Coordination, and International Relations
Rahmatullah Enayatullah Ahmed

*[handwritten below, and signed]*
*The reply was sent by letter number 13/174  dated  20/4 1424 H*

*A copy for the Archive*
*A copy for Mr. Abdelmuhi Barchah*
*16/06/2003*

*[other illegible handwriting]*

MWL  018804

*[Footer in English and Arabic with contact details]*

**Muslim World League**
   Secretariat General
   Makkah al Mukarramah
Dept. of studies, Coordination & International Relations

| Number 600 /277 | Date 29/1/1424 AH | Attachments ____ |
| --- | --- | --- |

In the name of God, the Most Gracious, the Most Merciful.
Urgent text message.

His Excellency the Director of the Muslim World League Office in Islamabad, Pakistan,
May God protect him

Peace, mercy and blessings of God be upon you...As for after:

With reference to your letter No. 13/442 dated 3/12/1423 AH regarding the request of Dr. Abdul Raouf Zafar, Head of the Department of Prophetic Biography at the Islamic University in Bahawalpur - Pakistan, for financial assistance to hold the International Symposium on the Prophetic Biography.
I would like to inform you that a memorandum was received from the Embassy of the Custodian of the Two Holy Mosques in Islamabad regarding the subject, but we have not received a response from you yet. Therefore, I hope that you will promptly inform us of what was done at this seminar, and whether there is still a need to assist [it]?.

May God protect you,
Director of Studies, Coordination, and International Relations
Rahmatullah Enayatullah Ahmed

*[A stamp with a name, nr. 17 & date 29/1/1424 AH]*
*[handwritten below, and signed]*
*A copy for the Archive                A copy for Mr. Abdelmuhi Barchah*
*                                To implement the necessary, 29/3/1424 AH*

*[other illegible mentions]*

MWL 018805

*[Footer in English and Arabic with contact details]*

**Muslim World League**
   Secretariat General
   Makkah al Mukarramah
Dept. of studies, Coordination & International Relations

| Number 600/400/D | Date 22 /12/ 1423 AH | Attachments ____ |
|---|---|---|

In the name of God, the Most Gracious, the Most Merciful.
<u>Urgent text message</u>.

His Excellency the Director of the Muslim World League Office in Islamabad, Pakistan,
May God protect him

Peace, mercy and blessings of God be upon you...As for after:

With reference to your letter No. 13/442 dated 3/12/1423 AH, regarding the request of Dr. Abdul Raouf Zafar, Head of the Department of Prophetic Biography at the Islamic University in Bahawalpur, Pakistan, for financial assistance to hold the International Symposium on the Prophetic                                                                                       Biography.
I hope you will promptly inform us – if possible – about the date of the seminar that the university intends to hold. Is the need still there, or has it been held? This is important.

May God protect you,
Director of Studies, Coordination, and International Relations
Rahmatullah Enayatullah Ahmed

*[A stamp with a name, nr 397 & date 24/12/23]*
*[handwritten below, and signed]*
*A copy for the Archive*
*A copy for Mr. Abdelmuhi Barchah to implement the necessary 24/2/2003*
*A letter was sent to Dr. Abdul Raouf under number S/A/454. 24/12/24*
*[other illegible mentions]*

MWL 018806

*[Footer in English and Arabic with contact details]*

**Muslim World League**
Secretariat General
Makkah al Mukarramah
Dept. of studies, Coordination & International Relations

| Number 600/12475   Date    2/Zou al-Hejja/1423 AH    14AH | Attachments___ |
| --- | --- |

To the esteemed Director of the Muslim World League office in Islamabad,
May God grant him success

Peace, mercy and blessings of God be upon you...As for after:

I refer to the visit of the United Nations High Commissioner for Refugees to the League's office in Jeddah and his meeting with His Excellency the Assistant Secretary for Mosques on 8/8/1423 AH, and the discussion of the conditions of Muslim refugees in the world.

Since the League wishes to prepare a report on the conditions of Muslim refugees around the world and submit it to the aforementioned High Commissioner. I therefore hope that you will kindly provide the Studies and Coordination Department with any information and reports you have regarding the conditions and circumstances of Muslim refugees, and any suggestions you have for improving their situation.

May God protect you,
Director of Studies, Coordination, and International Relations
Rahmatullah Enayatullah Ahmed

*[A stamp with a name, nr 396  & date   6/12/23]*
*[handwritten below, and signed]*
*A copy for the Archive*
*A copy for Mr. Abdelmuhi Barchah  to implement the necessary 6/2/2003*
*A copy for Mr Jawid*
*13/450  18/12/1423  AH*
*[other illegible mentions]*

MWL   018807

*[Footer in English and Arabic with contact details]*

بسم الله الرحمن الرحيم

**Muslim World League**
Secretariat General
Makkah al-Mukarramah
Dept. of studies, Coordination & International Relations



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة
إدارة الدراسات والتنسيق والعلاقات الدولية

| المرفقات — | ١٤هـ | التاريخ ٨ /ربيع الثاني/١٤٢٤ | الرقم ٦٠٠/٤/١٤٨ |
|---|---|---|---|

سعادة الأستاذ/رحمة الله نذيرخان                       حفظه الله

مدير مكتب الرابطة في باكستان

سلام عليكم ورحمة الله وبركاته...أما بعد:ـ

فبالإشارة إلى الصورة المرافقة من خطاب جمعية الطلبة الإسلامية الباكستانية– في باكستان، الذي تدعو فيه الجمعية معالي الأمين العام لربطة العالم الاسلامي للمشاركة في "مؤتمر عالمي للشباب " الذي ينعقد في الفترة٢٢–٢٤ شعبان ١٤٢٤هـ، في باكستان.

آمل التكرم بموافاة إدارة الدراسات بالمعلومات المتوفرة لـديكم عـن الجمعيـة المذكورة، وعن القائمين عليها، ومدى ملائمة مشاركة الأمين العام في المؤتمر المشار إليه أعلاه.للأهمية.

والله يحفظكم،،،

مدير إدارة الدراسات والتنسيق والعلاقات الدولية

رحمة الله عناية الله أحمد

Please quote above Ref. No. and date when replying. Priers indiquer reference/suscitee dans toute suite   الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٦٠٠٩١٩ – فــاكس رقم : ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ – تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقــيـاً : (رابطة – مكة)
P.O. Box: 537 - Tel.: 5600919 - Fax: 5601319 / 5601267 - Tlx.: 540009 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 018804

**Muslim World League**

Secretariat General

Makkah al-Mukarramah



رابطة العالم الإسلامي

الأمانة العامة – مكة المكرمة

إدارة الدراسات والتنسيق

الرقم : ٦٠٠ / ٧٧٦    التاريخ ٢٩ / ١ / ١٤٢٤هـ    المرفقات

بسم الله الرحمن الرحيم

رسالة هاتفية مستعجلة

سعادة مدير مكتب رابطة العالم الاسلامي    حفظه الله

في إسلام آباد – باكستان.

سلام عليكم ورحمة الله وبركاته...أما بعد:-

فبالإشارة إلى خطابكم رقم ٤٤٢/١٣ وتاريخ ١٤٢٣/١٢/٣هـ، بشأن طلب الدكتور/عبدالرؤوف ظفر رئيس قسم السيرة النبوية بالجامعة الإسلامية في بـاولفور– باكستان؛ مساعدة مالية لعقد الندوة العالمية للسيرة النبوية.

أفيدكم بأنه وردت مذكرة من سفارة خادم الحرمين الشريفين في إسـلام آبـاد، بخصوص الموضوع، بينما لم يردن منكم جواباً حتى الآن، عليه آمل التكـرم بموافاتنـا سريعاً، عماتم في عقد هذه الندوة، وهل الحاجة لازالت قائمة لمساعدتها؟.

والله يحفظكم،،،

مدير إدارة الدراسات والتنسيق والعلاقات الدولية

رحمة الله عناية الله أحمد

RABITA AL-ALAM AL-ISLAMI
ISLAMABAD
Diary No. /2 D. 29/1/1424

الرجاء عند الرد الرجاء الإشارة إلى رقم وتاريخ هذه الرسالة    Please quote above Ref. No. and date when replying. Priers indiquer reference suscitée dans toute suite

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٦٠٠٩١٩ – فاكس رقم : ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ – تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً : (رابطة –مكة)
P.O. Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ / 540390 IWO SJ - cable: (RABITA-MAKKAH)

MWL 018805

**Muslim World League**

Secretariat General

Makkah al-Mukarramah



رابطة العالم الإسلامي

الأمانة العامة – مكة المكرمة

إدارة الدراسات والتنسيق

| المرفقات ـــ | التاريخ ٢٢ / ١٢ / ٢٣ ١٤هـ | الرقم ٦٠٠ / ٤٠١ / د |

بسم الله الرحمن الرحيم

رسالة هاتفية مستعجلة

سعادة مدير مكتب رابطة العالم الاسلامي          حفظه الله

في إسلام آباد – باكستان.

سلام عليكم ورحمة الله وبركاته...أما بعد:-

فبالإشارة إلى خطابكم رقم ٤٤٢/١٣ وتاريخ ١٤٢٣/١٢/٣هـ، بشأن طلب الدكتور/عبدالرؤوف ظفر رئيس قسم السيرة النبوية بالجامعة الإسلامية في بــاولفور- باكستان؛ مساعدة مالية لعقد الندوة العالمية للسيرة النبوية.

آمل التكرم بموافاتنا سريعاً –إن أمكن ذلك– عن موعد الندوة التي تزمع الجامعة بعقدها، هل الحاجة لازالت قائمة، أم تم عقدها؟. للأهمية.

والله يحفظكم،،،

مدير إدارة الدراسات والتنسيق

رحمة الله عناية الله أحمد

Please quote above Ref. No. and date when replying. Priers indiquer reference suscitee dans toute suite  الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٦٠٠٩١٩ – فاكس رقم : ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ – تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقياً – (رابطة – مكة)

P.O. Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ / 540390 IWO SJ - cable: (RABITA-MAKKAH)

MWL 018806

**Muslim World League**
Secretariat General
Makkah al-Mukarramah



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة

ادارة الدراسات والتنسيق

| الرقم ٦٠٠ / ١٢٤٧٥ | التاريخ / ٢ ، ١٤٢٣هـ | المرفقات ــــ |
|---|---|---|

سعادة مدير مكتب الرابطة في اسلام آباد    وفقه الله

سلام عليكم ورحمة الله وبركاته ... أما بعد :

فأشير الى زيارة المفوض السامي لهيئة الأمم المتحدة لشؤون اللاجئين لمكتـــب الرابطة بجدة واجتماعه بسعادة الأمين المساعد للمساجد بتاريخ ١٤٢٣/٨/٨هـ وبحث اوضاع اللاجئين المسلمين في العالم .

وحيث أن الرابطة ترغب في اعداد تقرير عن اوضاع اللاجئين المسـلمين فـي انحاء العالم ورفعها الى المفوض السامي المذكور .

فآمل سعادتكم التكرم بتزويد ادارة الدراسات والتنسيق بما لديكم مـــن معلومـات وتقارير عن احوال اللاجئين المسلمين وظروفهم وماتقترحونه لتحسين احوالهم .

والله يحفظكم ،،،

مدير ادارة الدراسات والتنسيق

رحمــة الله عنايــة الله احمــد

الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة    Please quote above Ref. No. and date when replying. Priers Indiquer reference suscitee dans toute suite

صندوق بريد : ٥٣٧ – هاتف رقم : ٥٦٠٠٩١٩ – فــاكس رقم : ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ – تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ – برقـيــاً : (رابطة – مكة)
P.O. Box: 537 - Tel.: 5600919 - Fax: 5601319 / 5601267 - Tlx.: 540009 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH)

MWL 018807

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** MWL 018804 - MWL 018807

**Source language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                                    **Date:** 11 April 2026