# EXHIBIT 052

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST   :

ATTACKS ON       :   03-MDL-1570

SEPTEMBER 11, 2001 :   (GBD)(SN)

----------------------------------------

- - -

Sunday, July 21, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Videotaped deposition of RAHMATULLAH NAZIR KHAN GARI, taken pursuant to notice, was held at the InterContinental Hotel Madrid, Paseo de la Castellana, 49, 28046 Madrid, Spain, beginning at 9:31 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Page 2

APPEARANCES:
COZEN O'CONNOR P.C.
BY: SEAN P. CARTER, ESQUIRE
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, Pennsylvania 19103
(215) 665-2000
scarter1@cozen.com
   and
MOTLEY RICE LLC
BY: ROBERT T. HAEFELE, ESQUIRE
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
rhaefele@motleyrice.com
-- Representing the Plaintiffs'
   Executive Committee

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
BY: WALEED NASSAR, ESQUIRE
BY: SUMAYYA KHATIB, ESQUIRE
1101 New York Avenue, NW
Suite 1000
Washington, D.C. 20005
(202) 833-8900
waleed.nassar@lbkmlaw.com
sumayya.khatib@lbkmlaw.com
-- Representing the Muslim World League,
   International Islamic Relief
   Organization, and the Witness
JONES DAY
BY: STEPHEN DEGENARO, ESQUIRE
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
sdegenaro@jonesday.com

-- Representing Dubai Islamic Bank

Page 3

APPEARANCES:  (Continued)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, PLLC
BY: ANDREW C. SHEN, ESQUIRE
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7922
ashen@kellogghansen.com
   and
ZIAD A. AL. SUDAIRY LAW
BY: ZIAD A. AL. SUDAIRY, ESQUIRE
P.O. Box 10071
Riyadh 11433 Saudi Arabia
+966-01-217-4825
zsudairy@zaaslaw.com
-- Representing the Kingdom of
   Saudi Arabia

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
BY: ALLY HACK, ESQUIRE
233 Broadway, Suite 820
Woolworth Building
New York, New York 10279
(212) 725-3846
info@otmlaw.com

-- Representing the World Assembly
   of Muslim Youth

ALSO PRESENT:
THOMAS K. FEISSNER, CLVS, Videographer
AYA ELDIKA, Interpreter

Page 4

- - -

I N D E X

- - -

Testimony of:

RAHMATULLAH NAZIR KHAN GARI                PAGE

By Mr. Carter              8, 158
By Ms. Khatib                 149

- - -

E X H I B I T S

- - -

GARI

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 248 | Urgent Fax to Dr. Basha from Rahmatullah Nazir Khan dated 13/01/1422 AH IIRO031160 - IIRO031166 (Original Arabic and English translation) | 64 |
| 249 | Letter to Director of Financial Department from Dr. Basha dated 02/09/1423 AH IIRO 111020 (Original Arabic and English translation) | 84 |
| 250 | Application for the Registration of Criminal Case from Rahmatullah Nazir Khan dated 10-2-2001 IIRO 106951 | 152 |

Page 65

identification and attached to the transcript.)

MR. NASSAR: Do you want him to read the whole document?

MR. CARTER: I merely wanted him to take a look to see if he recognized it.

THE WITNESS: Yes, I recognize it.

BY MR. CARTER:

Q. And is this a communication you sent to Adnan Basha concerning the case against Amir Jasim?

A. Yes.

Q. And through this communication, were you providing Adnan Basha with copies of judgments that had been issued by the Court in relation to Jasim's case?

A. Yes.

Q. And turning to the page that is stamped IIRO 31161, which I believe is the second page after your fax, it indicates in paragraph number 2 that the case was registered against the bail applicant, who is Amir Jasim, based on a letter of Mr. Rahmatullah Nazir Khan, the director of the IIRO's office in

Page 66

Islamabad on February 10, 2001.

Did you initiate the case against Amir Jasim by sending a letter?

A. So the case was initiated since we referred Amir Jasim to the police. And the lawyer was in charge of these matters, so anything -- any incidents or events or updates, the lawyer provided me with information. I would translate it to Arabic and send it to the General Secretariat because first of all, I'm not a lawyer, and I'm not familiar with legal issues or proceedings. Second of all, I'm not an accountant or I'm not a specialist in financial issues.

So I would take all these documents and information, translate them to Arabic, and send them to the General Secretariat, and they would issue the proper decisions or measures and order me, and I would carry out what they decided.

Q. I had a more simple question. This document refers to a letter authored by Mr. Rahmatullah Nazir Khan, the director of the IIRO office in Islamabad, dated February 10,

Page 67

2001.

Did you yourself sign a letter initiating the police investigation of Amir Jasim?

A. Yes.

Q. Who drafted that letter?

A. The lawyer.

Q. The paragraph we've been discussing describes the content of that letter, and it says that in the letter, you said you were recently appointed as the director of the Muslim World League's office in Islamabad.

Do you see that?

A. Yes, I see it.

Q. Were you the director of the Muslim World League's office in Islamabad?

A. Yes.

Q. And were you at the same time the director of the IIRO's office in Islamabad?

A. Yes.

Q. Were you appointed to be the director of the Muslim World League's office in Islamabad at the same time you were appointed to be the director of the IIRO's office?

Page 68

A. Approximately, yes.

Q. Who appointed you to be the director of the Muslim World League's office?

A. I did not receive a letter from the General Secretariat, but it was automatic because since the building -- same building was for the Muslim World League. So both offices were in the same building. So the director of the Muslim World League --

INTERPRETER: Oh, sorry.

A. The director of the IIRO would work voluntarily to be director of the Muslim World League's office.

Q. During the time in Pakistan, who paid you?

A. The IIRO.

Q. Did you receive separate payments from the Muslim World League?

A. For me personally?

Q. Yes.

A. No.

Q. Turning back to this document, which I understand is -- was a translation you provided of the judgment issued by the

This Transcript Contains Confidential Material

Page 133

(The witness and interpreter conferred in Arabic.)

A.  We asked if there was a way to obtain our documents by an internal settlement, despite the fact that we were convinced they were burned.  But we had this hope.  So the Constituent Council met at the IIRO, gathered, and they sent the manager of the financial department and three other people who attended, and they met Amir Jasim, and an agreement was drafted, and he was freed.

Q.  And do you recall whether the IIRO also reached some settlement with Butairi?

A.  I do not know.

Q.  You weren't involved in anything of that nature?

A.  No.

Q.  Some of the documents we've received in discovery identify you as holding a position in 2001 as the project director for the Rabita Trust for rehabilitation of stranded Pakistanis.

INTERPRETER:  Rabita Trust?

MR. CARTER:  Rabita.

Page 134

INTERPRETER:  Oh, okay.  You mean by "Rabita," the Muslim World League?

MR. NASSAR:  No, it's (speaking Arabic) in Arabic.

INTERPRETER:  "Stranded"?

MR. CARTER:  "Stranded."

MR. SUDAIRY:  (Speaking Arabic), "stranded."

A.  In Bangladesh, stranded in Bangladesh.

Q.  And did you, in fact, for some period, hold a position as project director for the Rabita Trust?

A.  Yes.

Q.  During what years did you hold that position?

A.  So this position was as well occupied as a volunteer.  I think 2001, 2002, approximately.  I do not recall the exact date.

Q.  Was it around the same time you became the manager of the IIRO office in Pakistan?

A.  Yes.

Q.  And who appointed you to serve as

Page 135

the project director for Rabita Trust?

A.  Nobody.  So nobody appointed me.  But any person who would become assigned to be the director of the Muslim World League would automatically be director of the Rabita Trust office or project.

Q.  And was the Rabita Trust office in the same building as the Muslim World League office in Pakistan?

A.  No.

Q.  Would you receive mail in your capacity as project director of the Rabita Trust at the Muslim World League office?

A.  Yes.

Q.  Did the Rabita Trust have a separate office somewhere else in Pakistan?

A.  I heard that they had an office in Lahore which was constituted of a room, a bathroom, and a small kitchen.  But I did not visit this office.

Q.  What was the function of the Rabita Trust?

A.  So it's an old project.  So the Pakistani government was the one supporting the

Page 136

project, and it was the author of the project during the mandate of President Zia-ul-Haq.  So there was a group of Pakistanis present in Bangladesh, and their situation was very bad.  So they built villas for them in a region called Mian Channu, and many villas, not a few ones.  Let's say that they were like a city.

So for some reason I do not know, the Muslim World League contributed some of these projects, just a contribution.  So to pay respect for the Muslim World League, they decided that the director of the project would be director of the Muslim World League.

So when I visited the city, I found all the villas destroyed, destroyed as a result of the time passing.  And the Pakistani government was starting to get tired or bored of this project, and the Muslim World League did not want to pay more because they didn't see any result.  So this was a dying project.  It was about to die.  So after that, and thank God, who released us from this project.

Q.  At the time you were designated the project director, did you have an immediate

This Transcript Contains Confidential Material

Page 137

superior you reported to relating to the Rabita Trust?

A. I think yes.

Q. Do you recall who it was?

A. I think he was called Wa'el Jelaidan, something like that.

Q. And did you ever meet with Wa'el Jelaidan?

A. Once.

Q. And do you recall during what time period that was?

A. I think 2001, in the beginnings of the project, in the beginning of my tenure.

Q. Did Wa'el Jelaidan visit you at that time in Pakistan?

A. So yes, once he came to visit and entered the office, my office. I offered him a cup of tea. And afterwards when I talked to him about the project, he did not give me a convincing answer. And afterwards, I did not see him anymore.

Q. When you say he did not give you a convincing answer, what do you mean?

A. Because I asked them, this project

Page 138

in which you lost amounts of money, does it really have any hope of remaining or continuing, or not? Or it will stay the way it is? So that's it.

Q. And what did he say, as best you recall?

A. I do not know.

INTERPRETER: He said literally, "this talk isn't" --

MR. SUDAIRY: No, no, that he gestured.

MS. KHATIB: Gestured --

MR. SUDAIRY: That Wa'el Jelaidan gestured.

A. He made like this (indicating) in order to say that he do not know.

(The witness and interpreter conferred in Arabic.)

INTERPRETER: Okay, now I understood.

A. This person made this gesture (indicating). He did not say anything.

INTERPRETER: So the answer was, he was, like, reproducing the person's

Page 139

reaction.

A. So he made this (indicating) -- so he moved his hands, drank the tea, and left.

Q. Did you discuss any other issues with Wa'el Jelaidan other than the brief discussion you described about the Rabita Trust project?

A. No.

Q. Did he tell you why he was in Pakistan at that time?

A. I did not ask him.

Q. Did he say whether he was going anywhere else?

A. I did not ask him.

Q. Did he say where he --

A. I expected him to come back tomorrow and after tomorrow in order to discuss that, but he did not come again.

INTERPRETER: And so you were asking --

Q. Did he say where he had come from before arriving at your office?

A. No.

Q. Did you discuss whether he was

Page 140

working for any entity other than Rabita Trust?

A. I do not know.

Q. Had you ever heard of Wa'el Jelaidan before that meeting?

A. Yes.

Q. What had you heard?

A. I once heard that he was once --

(The witness and interpreter conferred in Arabic.)

A. -- at the Muslim World League office in Pakistan.

Q. Did you -- had you heard anything else about Jelaidan other than that he had once been at the Muslim World League office in Pakistan?

A. No.

Q. Had you ever heard that he had worked with Osama bin Laden during the fighting against the Soviet Union in Afghanistan?

A. I do not know.

Q. Did you have any interactions with the board of the Rabita Trust?

A. They said that there was going to be a board composed of the government and the

This Transcript Contains Confidential Material

Page 141

Rabita Trust, but there was no board.

Q.  So you never had any dealings with any board officials, other perhaps than Jelaidan?

A.  No.

Q.  Were you in possession of documents relating to Rabita Trust?

A.  There was one or two files in Lahore's office, and then we received an order, I do not remember from whom, an order to close down the office.  I think it was from the Pakistani government or something of this sort, but I do not recall.  The office was closed, and the person who was working at this office was also dismissed, his services were no longer needed, he and the boy who -- his personal assistant, let's say the boy who would prepare tea for him.

Q.  So the office in Lahore was closed based on a directive from someone?

A.  From someone, I do not remember.  It might be the Pakistani government, and God knows better.

Q.  And do you know what happened to

Page 142

whatever records were located in the Lahore office when it was closed?

A.  I think there was two files that we brought and kept at our office.

Q.  And were they still being kept at your office when you concluded your term as manager of the Pakistan office?

A.  So they were files that did not contain much documents, just a few papers written in English and in Pakistani.

Q.  But as you recall, they were still located in the offices in Pakistan when you left?

A.  I left them at the archives, but I do not know whether they are still there or not.

Q.  When Wa'el Jelaidan visited, do you recall whether he was accompanied by anyone else?

A.  I think he came in a taxi or in some car.  I do not remember because I did not go out of the office to see.

Q.  Do you recall an individual named Mahmoud Taiba visiting you in Pakistan?

Page 143

A.  Yes.

Q.  And who is he?

A.  He was the vice president of the Shura Council in Saudi Arabia.

(Reporter interruption.)

INTERPRETER:  It's called the Shura Council.

MR. CARTER:  "Advisory."

INTERPRETER:  "Advisory" --

MR. SUDAIRY:  "Consultative."

INTERPRETER:  "Religious advisory" --

MR. SUDAIRY:  "Consultative."

MR. NASSAR:  I belive the spelling would be S-H-U-R-A.

Q.  Why did Mr. Taiba visit you?

A.  Because he was the one supervising the orphanage in Mansehra.

Q.  Was that an IIRO-sponsored orphanage?

A.  No.  It was under the League, the Muslim World League's sponsorship.

Q.  And was Mahmoud Taiba also employed by the Muslim World League?

Page 144

A.  He was a volunteer.

Q.  And at the time he was a volunteer, was he a member of the Shura Council?

A.  Yes.

Q.  And --

A.  Not a member.  He was vice president.

Q.  And did he live in Pakistan or Saudi Arabia?

A.  Who?

Q.  Mahmoud Taiba.

A.  He's an old man.  He's --

(The witness and interpreter conferred in Arabic.)

A.  He was an important person.  He lived in Saudi Arabia.  He was a minister.

Q.  And I'm just trying to understand because you said he was supervising the orphanage, but he was not doing that from within Pakistan?

MR. NASSAR:  Objection, foundation.

A.  No, not within Pakistan, not from within Pakistan.

Q.  And do you recall why Mahmoud Taiba

This Transcript Contains Confidential Material

Page 161

tremendous financial embezzlement?

A. So in this letter, it's mentioned that there was an embezzlement. In the other document --

INTERPRETER: He meant the court's document.

A. -- it says, a tremendous embezzlement. "Tremendous" as a word in Arabic is a very big issue.

MR. SUDAIRY: "That it's a large amount."

A. That's a large amount. So "tremendous" was not used.

Q. But the term "million of rupees" was used, correct?

A. So million rupees is equivalent approximately to $33,000.

Q. Right. But that's not the full amount that the IIRO determined had been misappropriated?

A. I don't know exactly.

Q. You don't remember, after all of the significance of this event, whether or not more than $33,000 was involved?

Page 162

MR. NASSAR: Objection.

A. So the absence of documents made it difficult for us to know exactly the amount of money involved.

Q. I asked a slightly different question. There was more than $33,000 missing.

A. So it might be more than 33,000, might be this exact amount, it might be less than this amount, because we did not have the documents to determine the amount -- exact amount of money.

Q. Well, in terms of this letter, this letter was not written by a native English speaker, was it?

A. Correct.

Q. And you don't know whether or not the person who wrote this -- well, it does not say, one million rupees.

MR. NASSAR: He doesn't read English, Sean.

MR. SHEN: Sean, the document says what it says.

MR. CARTER: I know. And it would be fine if we hadn't backtracked to --

Page 163

MR. SHEN: All right. Never mind.

MR. CARTER: -- presenting it as $33,000, which is not what it says.

MR. SHEN: Never mind. All right, go ahead.

INTERPRETER: Sorry, what shall I translate?

Q. Mr. Gari, I don't want to persist in this. My point is simply that you don't actually know what the author meant in terms of the quantity of the diversion they were referring to here?

A. Yes.

MR. CARTER: That's all.

MR. NASSAR: Nothing further.

VIDEO OPERATOR: We are now going off the video record. The time is 5:49 sign.

(Off the record at 5:49 p.m.)

Page 164

C E R T I F I C A T E

I, Lisa V. Feissner, RDR, CRR, CLR, Notary Public, certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me pursuant to the stipulation of counsel on the date and place hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further, that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Lisa V. Feissner, RDR, CRR, CLR
Notary Public
Dated: July 29, 2019

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

**iIn re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:  Rahmatullah Gari
Dep. Date: July 21, 2019

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 6:7-7:3 | | | Interpreter omission; Entire introduction not translated |
| 13:2 | Abdulaziz University | King Abdulaziz University | Interpreter omission |
| 13:24-14:1 | I don't remember.  I don't remember. | When was it?  '82?  I don't remember, I don't remember. | Interpreter omission |
| 14:23-24 | Until my retirement | Until my early retirement | Interpreter omission |
| 17:15 | Voluntary | A volunteer | Interpreter mistranslation |
| 21:11 | Kerala | Kerala in India | Interpreter omission |
| 25:11 | Presented it, and they accepted me for this position | Submitted it, and they interviewed me then I was accepted. | Interpreter mistranslation; omission |
| 29:1 | International department offices | The department of external offices | Interpreter mistranslation |
| 29:17-18 | International offices department | The department of external offices | Interpreter mistranslation |
| 30:22-24 | So if we were able to help anyone who is in need, whether he was a person or an animal, any creature, whether far or close, | So if we were able to help anyone, whether old or young,  the near and far, the Muslim and the non-Muslim or any living creature | Interpreter mistranslation; omission |
| 31:2-3 | we would gain his blessing in the life and in the afterlife. | We would gain success in this life and the afterlife. This was his advice. | Interpreter mistranslation; omission |
| 34:14 | Seasonal projects | Seasonal projects like urgent relief | Interpreter omission |
| 35:5 | General Secretary | General Secretariat | Interpreter mistranslation |
| 36:5 | Elaborated | Prepared | Interpreter mistranslation |
| 38:4-8 | So there were reports about orphans that were sent to the social care department, and health situation or health care reports that they were sent to the | There were reports on the orphans and reports on the health care; the orphan reports would be sent by the social care division to the | Interpreter mistranslation |

1

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| | health care department, and so on. | social care department and the health care division would send to the health care department, and so on. | |
| 38:13-14 | And were there any periodic reports overviewing the operations in total? | | Interpreter mistranslation;<br><br>Translated as: "were there seasonal reports that supervise the operations in total?" |
| 38:16 | Overview | Inspect | Interpreter mistranslation |
| 38:18 | Overview | Inspect | Interpreter mistranslation |
| 41:22 | The Embassy being Saudis. | The Embassy being Saudis. And, as a Saudi citizen, I am affiliated with the Saudi Embassy. | Interpreter omission |
| 42:12 | With them. | With them. Or the national day celebrations. | Interpreter omission |
| 43:24-44:6 | The IIRO did not actually support them. We would give an amount of money or let's say assign an amount of money to the orphans, and from this money, the organization with whom we are dealing would actually allocate a part of this money to contract teachers for these orphans. | The IIRO did not support them, but, for example, we would give the orphanage an amount for the orphans, and from among these allocations, the institute that we contract with would appoint some teachers according to the governmental protocols to teach the orphans. But we do not support them. There is a program but not in Bangladesh. | Interpreter mistranslation |
| 46:13 | And you leave Pakistan's | And receive the Pakistan | Interpreter mistranslation |
| 49:18 | Before I was there | Before I left | Interpreter mistranslation |
| 53:11 | General Secretary | General Secretariat | Interpreter mistranslation |
| 53:12 | His name is al-Bashawri. | His name is Abdulaziz al-Bashwari | Interpreter omission |
| 53:13 | Person | Accountant named | Interpreter |

2

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| | | | mistranslation |
| 54:14 | Secretary | Secretariat | Interpreter mistranslation |
| 55:17-18 | Some problems | Some financial problems | Interpreter omission |
| 56:3 | Stole | Embezzled | Interpreter mistranslation |
| 56:16 | Secretariat | Secretary | Transcription correction |
| 56:21 | Sabiyah | Sibai'ee | Transcription correction |
| 59:21 | We | They | Interpreter mistranslation |
| 61:8 | No records were provided. | There were no records. | Interpreter mistranslation |
| 62:11 | Elaborated | Prepared | Interpreter mistranslation |
| 62:21 | While – or waiting or hoping | So | Interpreter mistranslation |
| 64:18 | Sijad Chima | Sajjad Cheema | Transcription correction |
| 69:11 | Management | Department | Interpreter mistranslation |
| 70:24-71:1 | Earlier you said that you had received the audit | | Interpreter omission;<br><br>Translated as: "earlier you said that you had received" |
| 71:2 | Yes | Yes, receiving is different from auditing | Interpreter omission |
| 72:11-13 | That had occurred as of the date you submitted the letter | | Interpreter mistranslation;<br><br>Translated as: "that had occurred beginning from the date of the submission of the letter" |
| 73:8-9 | So as of the date that the letter was sent to the police | | Interpreter mistranslation;<br><br>Translated as: "from the date that the letter was sent to the police |
| 75:8 | Conduct | Review | Interpreter |

3

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| | | | mistranslation |
| 85:15 | Would come | Would sometimes come | Interpreter omission |
| 97:17-18 | At the Secretariat | Who was a secretary | Interpreter mistranslation |
| 97:18 | Hori | Gori | Transcription correction |
| 103:11 | Presented | Submitted | Interpreter mistranslation |
| 106:8 | Secretariat | Secretary | Interpreter mistranslation |
| 108:23 | The government | Governments | Interpreter mistranslation |
| 109:2 | Reversible | Irreversible | Transcription correction |
| 110:9 | Any | All | Transcription correction |
| 110:12 | Employees | Directors | Interpreter mistranslation |
| 110:16 | Da'wah | Da'wah Organization | Interpreter omission |
| 112:13 | Disbursements | | Interpreter mistranslation; Translated as: "financial transfers" |
| 122:19 | Any sports or physical education | Any sports or physical education in the orphanage | Interpreter omission |
| 132:7 | Parents | Family | Interpreter mistranslation |
| 136:1 | Author | Owner | Interpreter mistranslation |
| 137:24 | Them | Him | Interpreter mistranslation |
| 141:1 | Rabita Trust | MWL | Interpreter mistranslation |
| 145:16 | He would come twice | He would come, sometimes twice | Interpreter mistranslation |
| 152:7 | This money from | This from | Interpreter mistranslation |
| 152:15 | 16951 | 106951 | Transcription correction |

4

I, Waleed Nassar, declare under penalty of perjury that the following statement is true as a matter of my personal knowledge:

I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC and counsel for Defendants the International Islamic Relief Organization and the Muslim World League in this action, as well as for Mr. Rahmatullah Nazir Khan Gari. This firm has taken the lead on preparing the foregoing errata sheet, which was done under my direct supervision. With the assistance of an Arabic-speaking Associate, we reviewed the video and listened to the audio and compared the testimony to the transcript of Mr. Rahmatullah Nazir Khan Gari's deposition. All of the foregoing corrections are based on the review process described herein.

Executed on September 24, 2019

Waleed Nassar

5