# EXHIBIT 056

EXHIBIT O



## THE RABITA TRUST
### for Rehabilitation of
### Stranded Pakistanis

26 Sha'aban, 1418H.
26 December, 1997



وقف الرابطة
لإعادة توطين
الباكستانيين المقطوعين

**APPEAL FOR DONATION TO THE RABITA TRUST**
**FOR REPATRIATION OF STRANDED PAKISTANIS FROM BANGLADESH**

*Dear Brother in Islam,*

*Assalamu Alaikum Wa Rahmatullah*

As you are perhaps aware, the first meeting of the Board of Trustees of Rabita Trust for the Repatriation of the Pakistanis Stranded in Bangladesh, after its re-organization in 1991 under the chairmanship of Honorable Prime Minister Mian Mohammed Nawaz Sharif, was held at Islamabad on 5th Jumada al-Ula, 1412 H, corresponding to 11th November, 1991, to plan and arrange for the repatriation of about 250,000 Muslim men, women and children from Bangladesh to Pakistan.

It is well known that these Pakistanis have been living under indescribable conditions in Bangladesh for over a quarter of a century for no reason other than their pride in calling themselves Pakistanis and their insistence, despite heavy odds, on remaining loyal to their state. It is clearly the responsibility of all of us as ordained in the Glorious Qur'an [The believers are nothing else but brethren] to attend to the needs of these oppressed and destitute brethren -in- Islam, particularly when they are denied the freedom of movement even to earn their daily bread.

With Allah's Grace, a Rabita Trust was formed with the assistance of the Government of Pakistan and Rabita al-Alam al- Islami in July 1988, to bring these Stranded Pakistanis to Pakistan and rehabilitate them in the Province of Punjab. The fulfillment of this objective was facilitated by in 1991-1992 under the dynamic administration of the Islami Jamhori Ittihadi of Pakistan headed by Mian Mohammed Nawaz Sharif. Despite many obstacles, it was decided to launch this programme in pursuance of the Trust's Declaration, and we embarked on constructing 41500 housing units along with necessary facilities in various districts of Punjab at an estimated cost of around $ 250 millions [two hundred and fifty million] and other arrangements for transportation and settlement had also begun to be made. Accordingly, the Housing Committee, appointed by the Rabita's Trust, met at Islamabad on 24th Sha'aban 1412 H, corresponding to 27th February 1992 and received the first {assignment} of land measuring 96 acres in Mian Channu district of Punjab, where the Trust has completed the construction of 1000 housing units in 1994. The Trust's project director was also entrusted with the task of executing the entire rehabilitation scheme. A beginning was thus made and a plane-load of Stranded Pakistanis was brought in and rehabilitated in 68 of these housing units However, unfortunately a change of government took place in 1993 after which the whole matter remained in abeyance for about the last five years. Alhamdulillah, in February this year the Pakistan Muslim League and the parties allied with it were once again elected back to power with Mian Mohammed Sharif as the Prime Minister. The present Government has firmly renewed its pledge to do all it canto bring and rehabilitate these Stranded Pakistanis, numbering over 238000, according to census carried out jointly in 1991-92. Insha Allah, the vacant housing units at Mian Jannu would be occupied by transferring more 932 families within the next three months.

The execution of this great project requires stupendous financial resources which can only be pooled with the help of the Muslim governments, charitable organizations, and philanthropic individuals. Obviously enough, our gigantic humanitarian programme needs your attention and generous support. It will hence be much appreciated if you can kindly issue your donation cheques and drafts to [ The Secretary General of the Rabita's Trust ] payable to Habib Bank Ltd, Secretariat Block (A), Islamabad, Account No. 9536-3,[for Pakistan Currency deposits] and Habib Bank Ltd, Civic Centre Branch Islamabad, Account no. 97073-1, [for Foreign Currency deposits] at your earliest convenience. Secretary General's addresses are given below.

May Allah Almighty reward and bless you.

Your sincerely,

**(Dr. Abdullah ibn Salih Al-Obaid)**
Secretary-General
Muslim World League
Vice-Chairman
Board of Trustees of Rabita Trust

**(Sartaj Aziz)**
Minister of Finance & Economic Affairs
Government of Pakistan
Vice-Chairman
Board of Trustees of Rabita Trust

---

**Makkah Office:**
c/o Muslim World League
P.O. Box 537, Makkah
Phone: 5422859
Fax 5455288

**Islamabad Office:**
c/o Muslim World League
H-8/1, Islamabad
Phone: 250299/255112
Fax 253586

IIRO 149661

TO BE PUBLISHED IN THE GAZETTE OF PAKISTAN EXTRAORDINARY

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

Islamabad, the 11th October, 2001.

NOTIFICATION

No. 10/1/2000-R&R(ERC). The competent authority has been pleased to reconstitute the composition of the Rabita Trust Board for the Rehabilitation of Stranded Pakistanis. The revised list of trustees representing the Government of Pakistan is as under:-

| | | |
|---|---|---|
| i) | Cabinet Secretary. | Chairman |
| ii) | Additional Chief Secretary, Punjab | Vice Chairman |
| iii) | Addl. Chief Secretary (Dev), Sindh | Member |
| iv) | Financial Advisor (Cabinet) | Member |
| v) | DG(South Asia), M/o Foreign Affairs | Member |
| vi) | DG (ERC), Cabinet Division | Member |

2.      Changes in the membership of the trustees representing the Rabita al-Alam al-Islami, if any, will be notified later.

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149644

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

MOST IMMEDIATE
BY SPECIAL MESSENGER

Telegrams: CABSEC

Government of Pakistan
**CABINET DIVISION**
(Post Code No. 44000)

No.

10/1/2000-R&R(ERC)

Islamabad, the
11th October 2001

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-   RECONSTITUTION OF RABITA TRUST BOARD FOR STRANDED
PAKISTANIS

Dear Sir,              السلام عليكم

I am enclosing for your information a copy of the Notification whereby the Rabita Trust Board has been recomposed and the revised list of the trustees representing the Pakistan Government has been published.

With regards,

Yours sincerely,

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149643

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمْ

Telegrams : **CABSEC**

Government of Pakistan
**CABINET DIVISION**
(Post Code No. 44000)

No.    10/1/2000-R&R(ERC)

Islamabad, the

11th October 2001

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-    THE RABITA TRUST FOR REHABILITATION OF STANDARD PAKISTANIS

Dear Sir,

Kindly refer to your letter No.745/RT dated 10th October, 2001.

I am grateful for the prompt action taken on the agreed points and the confirmation of same through your above quoted letter. However, you are requested to immediately confirm action on the following aspects also:-

a.    It had been agreed that the services of Mr. Abdul Haye will be terminated with immediate effect, whereas as per your letter his services have only been suspended. Please confirm that he has been terminated from the service.

b.    You have indicated joint operation of Account Number 10206-4, whereas most of the Funds, including Terms Deposits, are in the Account Number 9536-2. Therefore, with immediate effect, this account should also be operated jointly.

2.    A reputed Chartered Accounts Firm, M/s. A.F. Ferguson and Company, has been deputed, with the approval of the competent authority, to carry out the audit of all accounts of the Trust Fund operated by the Head and sub Offices. You are requested to extend requisite help and cooperation to the auditors detailed for the purpose.

With regards,

Yours sincerely,

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149642

**The Rabita Trust
for Rehabilitation of
Stranded Pakistanis**

*[redaction]*

*[Handwritten: 753            25/7/1422]*

**Dear Mr. Wael bin Hamza Julaidan,    May God Protect Him**

**Secretary General of the Rabita Trust for Rehabilitation of Stranded Pakistanis**

*Peace and blessings be upon you*

*[Greetings and Prayers]*

First: I would like to inform you that in accordance with the instructions, we moved the Rabita Trust's Lahore Office furniture to the Islamabad Office and closed the Lahore Office and suspended Sheikh Abdel al-Hai from his work. As for the other employees, we hope for your guidance in this regard.

On another note, Brigadier General Ilyas sent us the attached letters. Please review them and send us a quick reply as they are awaiting our response. This is for your information. Thank you for your generous cooperation.

*May God Protect you and keep you safe…*

**Office Director**

**Rahmatullah Nazir Khan**

[Signed]

IIRO 149641

THE RABITA TRUST
for Rehabilitation of
Stranded Pakistanis

وقف الرابطة
لإعادة توطين
الباكستانيين المقطوعين

٧٥٣

٨١٤٤٢/٧/٢٥م

سعادة الأستاذ/ وائل بن حمزة جليدان    حفظه الله

الأمين العام لوقف الرابطة لإعادة توطين الباكستانيين المقطوعين

السلام عليكم ورحمة الله وبركاته

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أولاً: أفيد سعادتكم حسب التوجيهات أننا نقلنا أثاث مكتب أوقاف الرابطة في لاهور إلى مكتب إسلام آباد وقفل مكتب لاهور وإيقاف الشيخ عبدالحي عن العمل. أما عن الموظفين الآخرين نأمل التوجيه في ذلك.

ومن جهة أخرى ارسل لنا العميد إلياس الخطابات المرفقة نأمل الاطلاع عليها والرد عليــــنا سريعاً لأنهم ينتظرون منا الرد هذا لاحاطة سعادتكم بذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 149641

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 149641

**Source language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                **Date:** 11 April 2026