# EXHIBIT 057

F.No.2/15/92-Rep.

ISLAMABAD, THE
29TH OCTOBER,1992.

Mr. Wa'el H. Melaidan,
Project Director,
Rabita Trust,
Muslim World League,
H.8/1, ISLAMABAD

a
SUBJECT:- REPATRIATION OF 3000 FAMILIES FROM
BANGLADESH TO PAKISTAN BY THE END
OF DECEMBER, 1992.

In a Summary on the abovenoted subject the
Chairman, Rabita Trust Board (Prime Minister of Pakistan)
was pleased to approve the proposal that Mr.Wa'el H.
Jelaidan, representative of Rabita Al-Alam Al-Islami in
Islamabad having since been nominated a member
on the Rabita Trust Board and appointed also as Project
nirector would have to set up his office at Lahore
immediately to discharge his responsibilities.

o: It was also agreed that a co-Project Director
in BPS-20, alongwith the following additional staff
obtained on deputation from Federal and Provincial
Departments will be required to assist the project
Director:-

| | | | |
|---|---|---|---|
| 1) | Deputy Director BPS-18 | 1 | |
| 2) | Accounts Officer BPS-17 | 1 | |
| 3) | Accounts Assistant | 2 | |
| 4) | Assistant (female) | 1 | |
| 5) | Stenotypist | 2 | |
| 6) | Cashier | 1 | |
| 7) | Naib Quasid | 2 | |
| 8) | Driver | 1 | |

3. It is expected that the above officers and
staff would be required for a period of 4 to 6 months
with effect from 1-12-1992. You are therefore requested
to advise the workability of the above proposal and
state also from where they are to be paid for the period
they remain engaged, in this project. The expenditure
involved has roughly been estimated at RS.500,000/-.

(M. ASLAM TARIQ)
DEPUTY SECRETARY

MWL 008691