# EXHIBIT 058

| **Muslim World League**<br>Secretariat General- Makkah al-Mukarramah<br>Assistant Secretary General for Financial<br>and Administrative Affairs | [Logo] | **Muslim World League**<br>Secretariat General- Makkah al-Mukarramah<br>Assistant Secretary General for<br>Financial and Administrative Affairs |
|---|---|---|

Ref: 3/10872        Date: 11 Rajab 1413        Attachments

Subject:_____

**Mr. Ghulam Mostafa Rahmani,**
**Al-Irshad al-Islam Organization**
**4A Tosh Square/Block13B/Gulshan-e-Iqbal**
**Karachi/Pakistan**

May the Peace, Mercy, and Blessings of God be upon you

We express to you our gratitude for your letter addressed to His Excellency the MWL's Secretary General. We inform you that the MWL Endowment, praise to God, continues to work hard to relocate and rehabilitate the Pakistanis displaced under the leadership of Pakistani Prime Minister Nawaz Sharif. As you know, it has started the location selection and housing unit construction work in Punjab Province in order to achieve this objective.

Again, we thank you for your good wishes.

**Assistant Secretary General for Financial and Administrative Affairs**

**Amin Aqeel Attas**

[letters]
9/7

P.O. Box: 537 - Tel.: 5422733 - Fax: 5436619 / 5455288 - Tlx.: 440390 RABITA SJ / 540390 IWO SJ - Cable: (RABITA-MAKKAH).

MWL 030813



**Muslim World League**
Secretariat General
Makkah al-Mukarramah
**Deputy Secretary-General**
**for Financial & Administrative Affairs**

رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة
الأمين العام المساعد
للشؤون الإدارية والمالية

| المرفقات | التاريخ ١١ رجب ١٤١٣ | ١٠٨٧٢ | الرقم ٣ / |

الموضوع .................................................

السيد غلام مصطفى رحمانى

تنظيم الارشاد الاسلام

٤ أ طـوشى اسكـوير /بلـوك ١٢اب /غلشـان الاقبـال

كراتشى / باكستان

السلام عليكم ورحمة الله وبركاته :

نعبر لكم عن شكرنا على خطابكم الموجه الى معالى الامين العام لرابطة العالم الاسلامى ونحيطكم علما ان وقف رابطة العالم الاسلامى  ولله الحمد مايزال يعمل جاهدا لاعادة ترحيل وتأهيل الباكستانيين  المقطوعين تحت قيادة دولة رئيس الوزراء الباكستانى نواز شـريف وقـد بدأت – كما تعلمون – اعمال اختيار المـواقع وبناء الوحدات السكنيـة فى اقليم البنجاب لتحقيق هذا الغرض .

مرة اخرى نشكركم على امانيكم الطيبة .

الامين العام المساعد للشئون الادارية والمالية

أمين عقيل عطاس

ع / ع

٩ / ٧

Please quote above Ref. No. and date when replying. Priers indiquer reference suscitee dans toute suite    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بـريد : ٥٣٧ – هـاتف رقم : ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – بـرقياً : (رابطـة – مكة)
P. O. Box : 537 - Tel. : 5422733 - Fax : 5436619 / 5455288 - Tlx. : 440390 RABITA SJ / 540390 IWO SJ - Cable : (RABITA-MAKKAH)

MWL 030813



Beyond Words

Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number:

    1. MWL 030813

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us