# EXHIBIT 059

3/8762

15 Rajab 1417                    *[Handwritten: Fax]*

**Your Excellency the Muslim World League (MWL)-Islamabad Office's Director,**

**Peace and blessings of God be upon you,**

I refer to your letter number 430, dated 5/11/1996, and to your letter number 14/11/452, dated 30/6/1417, concerning the matter of the displaced Pakistanis in Bangladesh.

I inform you that the MWL gave the endowment fund around two and a half million dollars. If you think there is a chance that one thousand families would be allowed to move to the homes that were built three years ago by the endowment fund in the Mian Channu region in Lahore,  then I am prepared to come to Islamabad to meet with the officials and make the necessary arrangements.

My sincere regards and appreciation,

**Assistant Secretary General for
Administrative and Financial Affairs**

**Amin Aqeel Attas**

**[Letters]/14/7**
**A copy, along with the original copy, to my office for safekeeping in the Biharis File.**

MWL 030810

٨٧٦٢/٢
١٥ رجَب ١٤١٧

ماكس

سعادة مدير مكتب رابطة العالم الاسلامى فى اسلام آباد

السلام عليكم ورحمة الله وبركاته :

اشيــر الــى خطــابكم رقــم ٤٣٠ وتاريخ ١٩٩٦/١١/٥ والــى خطــابكم رقـم ٤٥٢/١١/١٤ وتاريخ ١٤١٧/٦/٢٠ بخصــوص قضيــة البــاكستـانيين المقطــوعين فـى بنجلاديش .

افيـدكم ان الـرابطة قـدمت الى صندوق الوقف حوالـى مليـونين ونصف مليون دولار واذا ترون وجود امل بالسماح لنقل الف اسرة الى المساكن التى بنيت من صندوق الوقف فى منطقة ميان جنو بلاهور والتى مضى على بنائها ثلاث ســنوات فـانى مستعد بالحضـور الـى اسلام آباد للقـاء المسئـولين وعمـل الترتيبات اللازمة .

ولكم خالص تحياتي وتقديري ،،،
الأمين العام المساعد للشئون الادارية والمالية

أمين عقيل عطاس

ع/ع ١٤/٧
صورة مع الاساس لمكتبنا لحفظه بمبلف البهاريين

MWL 030810



Beyond Words
Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number:

1. MWL 030810

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us