# EXHIBIT 060



# Pakistan Citizens' National Committee
## FOR REPATRIATION OF STRANDED PAKISTANIS
HEAD OFFICE: 3-Interfloor, Eden Centre, 43 Jall Road, Lahore, Pakistan. Tel: 7560530-32, Fax: ( 92-42) 7560446
Regional office: 39/4, Garden Road, Karachi–74400.Pakistan. Phones: 772475, 7730036 fax: 7734162
PCNC USA : 938 Medina Dr., Arlington, TX 76017, USA, Tel: ( 817 ) 468-0860
**Chairman : Mr. Majid  Nizami, Lahore, Pakistan**
Vice Chairman : Mr. S.H.Hashmi, Karachi, Pakistan   Secretary General : Mr. S.H. Shareef, Arlington, Texas, USA

His Excellency
**Mir Zafarullah Khan Jamali**
Prime Minister of Islamic republic of Pakistan
Embassy of Pakistan
Washington DC 20008

Camp:
North Carolina
6585 Wake Falls Dr.
Wake Forest NC 275857

### REPATRIATION OF STRANDED PAKISTANIS & BANGLADESH

Excellency, Assalam alaikum

The **PAKISTAN CITIZEN'S INTERNATIONAL COMMITTEE** for Repatriation of STRANDED PAKISTANIS from Bangladesh (the PCNC), an NGO registered with the Government of Punjab in Oct. 1992:

1: extends our warmest  greetings & welcome  to Your Excellency on your maiden state visit to the United States of America &  joins the entire Pakistani American community residing in the USA in its prayer to Almighty Allah for granting you success in your state visit for the common benefit of Pakistan as well as USA.

2: Ventures to proclaim that the issue of Repatriation of stranded Pakistanis from Bangladesh & their resettlement in Pakistan in a purely humanitarian problem which needs to be totally depoliticised & treated & handled accordingly.

3: Demands  that the  controversy created after 9.11.2001 about  the  Rabita Trust &  its  alleged involvement, by any chance, in terrorist  activities  anywhere in the  world  be  brought  to  end  by notifying  the  findings  of  Messrs Ffergusons  audit report  on the expenditure accounts of the Trust funds to all  concerned, specially the  state dept. of USA & UN so that  the  unjustifiably  imposed sanctions &  seizure of the assets of the Trust  and  lifted without  further  loss of time.

4: Declares  that the  unilateral  step of  downgrading  the  composition of Pakistani  component of the Board of Trust Vide Cabinet Division's Gazette notification No. 10/1/200-R&R (ERC) dated October 11, 2001  is  not in the consonance with the spirit & framework of, & is  inconsistent with the aims & objects of  the  Trust &  is  otherwise also  against  the  wishes of Nation.

5: Appeals to the government of Pakistan to immediately annul the contents of the Cabinet Division's notification, restore the representation of the government of Pakistan in keeping with the original concept of Rabita Trust deed and reconstitute the board of Trust under the chairmanship of prime minister.

MWL 008694

6: Urges the Government of Pakistan to unequivocally declare its firm & final resolve that the Stranded Pakistanis shall be repatriated from Bangladesh & resettled in the province of Punjab as expeditiously as possible in accordance with the provisions of international agreement concluded between the Government of Pakistan and the Muslim World League, Makkatul Mkarramah on July 9,1988. It further urges the Government of Pakistan to revive the organization of Commissioner General for repatriation of Stranded Pakistanis, established in July 1999, as a token of its commitment for implementation of the whole plan.

7: Pays it's sincerest homage to the Chief Minister of Punjab, Late Ghulam Haider Wayen for the great service renedered by him and his government in physically commencing the repatriation process and planning the completion fo the entire rehabilitation program for the quarter million forgotten " HOSTAGES of PATRIOTISM " still languishing in undescrible conditions in 66 camps of Bangladesh and request the present Chief Minister of Punjab H/E Choudhry Pervez Elahi to kindly pick up the threads of unfinished task of late Chief Minister and do all that is required in recommencing the stalled process of Repatriation and expeditions completion of the project.

8: Beseeches the Muslims world league, makkah mukarramah & the government of Pakistan to convene an emergency meeting of the reconstituted Board of Trust without further delay taking note of the enclosed status report on repatriation & rehabilitation of stranded Pakistanis.
In Conclusion this humble memorandum from PCNC submits to that the quarter million Pakistanis (mahsooreen) have waited too long in serve agony in Bangladesh for the last 32 yr. In hope of their repatriation one day to there cherished homeland PAKISTAN. It is a national misfortune that their tale of woe & sorrow continues unabated today despite the fact that a firm commitment exists in the form of a written International Agreement concluded on July 9, 1988 between the Government of Pakistan & the Muslim world League, Makkah Mukaramah .
LET US ALL COLLECTIVELY ENDEAVOR TO BRING THEIR WAITING TO AN END.
The contents of this memorandum. Your Excellency, also have the consent and support **PAKISTAN REPATRIATION COUNCIL (PRC)**

Enclosure:
Status report on Repatriation
& Rehabilitation of Stranded Pakistanis

Respectfully, s/d
(Syed Hassan Shareef)
Secretary General PCNC
Phone: (919) 569 0522
Cell:(682) 55 61518 Fax:   (919) 569 0359
Email: shareefpcnc@yahoo.com

MWL 008695

## STATUS REPORT
## ON REPATRIATION OF STRANDED PAKISTANIS
## FROM BANGLADESH

THE RABITA TRUST: A high powered International trust popularly known as the RABITA TRUST with a capital seed of Pakistan Rs. 300 Million was formed and an International Agreement concluded on July 9,1988 between the Government of Pakistan and the Muslim World League, Makkah Mukarramah.

Because of occasional impediments right from day one the board of trustees could hold only three meetings ever the formation of Trust in July 1988, against the mandatory requirement of holding at least four meetings every calendar year. The last meeting of Board of Trustees was held at the Prime Ministers House, Islamabad on December 26, 1997

No meeting of Board of Trustees or any of its sub-committee's has taken place there after, despite the repeated requests made by the MWL from Makkah Mukarramah as well as the representative offices MWL and its affiliates within Pakistan. This state of affairs has naturally, very adversely affected the interest of the 'Mahsoreen' who are the ultimate beneficiaries of the Trust, not to speak of the two component partners of the Trust namely the Government of Pakistan and the Muslim World League. The latter has felt badly let down as a result of certain unilateral steps taken by government of Pakistan against the mutually agreed spirit/aims and object of the Trust.

## ACHIEVEMENTS OF THE TRUST AND CERTAIN GROUND REALITIES:

Having conducted a professionally organized physical census of 66 Camps of Bangladesh in 1992 and subsequent issuance of Pakistani identity cards to around 23800 individuals. The trust has successfully completed the construction of 1000 housing units at Mian Channoo way back in 93-94.out of these, only 68 housing units have been under occupation of 63 families of stranded Pakistanis who were repatriated from Bangladesh in Jan. 1993. The remaining 932 units have been lying vacant and sustaining the onslaughts of the extreme summers & winter over all these yr.

THE MUTE WITNESSES IN BRICK AND STONE COMPRISING 932 VACANT HOUSING UNITS KEEP CRYING AND WONDERING 'FOR WHOM HAVE THEY BEEN BUILT AND WHEN WOULD THEY BE ABLE TO PROVIDE SHELTER TO THOSE FOR WHOM THEY HAVE BEEN CONTSTRUCTED'

The irony of fate is that

*Lands have already been generously earmarked by the government of Punjab in 4 of 5 districts of the province for construction of another 10,000 additional housing units, already approved by the board of trust.

*The current cash balance in bank account of the trust according to the cabinet secretary, govt. of Pakistan (as of Nov. 2002) was well over r. 600 million, which could finance the construction of quiet a few thousand additional housing units and transportation of sizable number of repatriates from Bangladesh.

*The achievement of the target of raising US dollar 300 million for the implementation of the entire rehabilitation program from the donors within the time frame connived by the Trust, is firmly in sight, provided of course practical and continuing evidence of the implementation of complete rehabilitation program by the govt. of Pakistan is also made firmly visible to the international donors community.

MWL 008696

The UNHCR has reaffirmed its commitment to foot the bill of transportation of a quarter million repatriates from Bangladesh to Pakistan

The European union has kindly committed to actively participate substantially in the fund raising process of the project.

Institutions like the IslamicDevelopment Bank and the Muslim World League itself have made firm commitments to build Schools,. Masjid, Community & Health Centers as required for the entire rehabilitation project.

IN A NUT SHELL ALL THE REQUIREMENT HAVE BEEN FULFILLED EXCEPT THE LONG AWAITED AND ALL IMPORTANT GO-AHEAD SIGNAL BY THE GOVERNMENT OF PAKISTAN TO IMPLEMENT THE ENTIRE PROGRAM

(Syed Hassan Sharef)
Secretary General PCNC
Sept. 30, 2003

CC : H/E Dr. Abdullah Bin Abdul Mohsin al-Turki, Secretary General MWL, 5601237
H/E Dr. Abdullah Omar Nasseef, Member Rabita Trust , 6693362
Dr. Prof. Francis Lamand, Presiden Islam and the West, Paris / France
Mr. Choudhry Shujaat Hussain, President Pakistan Muslim League, 51- 225 4515
H/E Mr. Pervez Elahi, Chief Minister, Punjab ( c/o Mr. Majid Nizami )
H/E Mr. Shareefuddin Prizada ( c/o Mr. Majid Nizami )
H/E Mr. S. M. Zafar ( c/o Mr. Majid Nizami )
Mr. Rahmatullah Nazeer, DG / Muslim World League, Islamabad , 51- 3339347
Mr. Shaikh Wayel / Mr. Aftab Altaf, Rabita Trust
Mr. Mir Quasem Ali, Director Muslim World league, Dhaka,
Mr. Naseem Khan , Chief Patron SPGRC, Dhaka,
Mr. Majid Nizami, Chairman PCNC, Lahore, 42- 6367582
Mr. S.H. Hashmi, Vice Chairman PCNC – 21 4550187
Secretary Cabinet Division , Islamabad, 51 920 1357
Mr. Syed Jawaid Iqbal – 21 4543105
PRC Chairman – Syed Ehteshamuddin Arshad
PRC Convener Syed Ehsanul Haque
PRC Chief Organizer : Mohammad Riaz Malik

FROM: EHSAN- 055276237 /JEDDAH

MWL 008697