# EXHIBIT 061

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

Telegrams: CABSEC

Government of Pakistan
**CABINET DIVISION**
(Post Code No. 44000)

No.

10/1/2000-R&R(ERC)

*Islamabad, the*
11th October 2001

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-    RECONSTITUTION OF RABITA TRUST BOARD FOR STRANDED
PAKISTANIS

Dear Sir,    السلام علیکم

I am enclosing for your information a copy of the Notification whereby the Rabita Trust Board has been recomposed and the revised list of the trustees representing the Pakistan Government has been published.

With regards,

Yours sincerely,

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 149643

TO BE PUBLISHED IN THE GAZETTE OF PAKISTAN EXTRAORDINARY

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

Islamabad, the 11th October, 2001.

NOTIFICATION

No. 10/1/2000-R&R(ERC). The competent authority has been pleased to reconstitute the composition of the Rabita Trust Board for the Rehabilitation of Stranded Pakistanis. The revised list of trustees representing the Government of Pakistan is as under:-

| | | |
|---|---|---|
| i) | Cabinet Secretary. | Chairman |
| ii) | Additional Chief Secretary, Punjab | Vice Chairman |
| iii) | Addl. Chief Secretary (Dev), Sindh | Member |
| iv) | Financial Advisor (Cabinet) | Member |
| v) | DG(South Asia), M/o Foreign Affairs | Member |
| vi) | DG (ERC), Cabinet Division | Member |

2. Changes in the membership of the trustees representing the Rabita al-Alam al-Islami, if any, will be notified later.

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149644

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

MOST IMMEDIATE
BY SPECIAL MESSENGER
Government of Pakistan
**CABINET DIVISION**

No.10/1/2000-R&R(ERC)                    Islamabad, the 13th October, 2001.

To

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad

Subject:    THE RABITA TRUST FOR REHABILITATION OF STRANDED PAKISTANIS.

Dear Sir,

As already informed, vide our letter of even number dated 11th October, 2001, the competent authority has been pleased to reconstitute the composition of the Rabita Trust Board for the Rehabilitation of Stranded Pakistanis and revised list of Trustees representing Pakistan on the Rabita Trust Board has been notified (Annex-I). I shall be grateful if you could approach the concerned authority in the Rabita al-Alam al-Islami for providing a revised list, if so desired, of equal number of their trustees for representing on the Rabita Board in the light of Clause-3 of the Rabita Trust Deed.

With regards,

Brig (Retd)
( Muhammad Ilyas Khan )
JS/Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149621