# EXHIBIT 063

# List of members of the Rabita Trust Board

Subject to confirmation from the Government of Pakistan

1. **General Pervez Musharraf**      Chairman
   *Chief Executive, Islamic Republic of Pakistan*

2. **H.R.H.  Prince Talal Bin Abdul Aziz Al-Saud**      Co-Chairman

3. **H.E .Dr. Abdullah Bin Saleh Al-Obaid**      Vice Chairman
   *Secretary-General Rabita Al-Alam Al-Islami, Makkah, KSA*

4. **Mr. Shaukat Aziz**      Vice Chairman
   *Minister of Finance, Revenue, Economic Affairs,*
   *Planning & Development and Statistics*

5. **Lt. Gen.® Moin-ud-Din Yaider,**      Member
   *Minister of Interior, Narcotics and Control and*
   *Capital Administration & Development*

6. **Lt. Gen. Muhammad Safdar, HI (M), S.Bt(Retd)**      Member
   ***Governor of Punjab***

7. **Air Marshal Azim Daood Pota, HI(M), SJ (Retd)**      Member
   *Governor of Sindh*

8. **Mr. Majid Nizami**
   *Chairman Pak Citi zens' National Committee*      Member

9. **Secretary Foreign Affairs**      Member

10. **Dr. Abdullah Bin Abdullah Naseef**      Member
    *Vice Chairman Majlis-e-Shoora, Govt of Saudi Arabia*

11. **H.E.  Yousaf Jasim Al-Hiji**      Member
    *President, International Islamic Charity Organization, Kuwait*

12. **H.E. Dr. Abdul Malik Al-Hamar,**      Member
    ***Advisor, to the President of UAE, Abu Dhabi***

13.. **H.R.H. Prince Turky Bin Fahd Bin Jalawy Al-Saud**      Member
    *Supervisor General, IIRO Offices, Eastern Province, Saudi Arabia*

14. **H.E. Dr. Adnan Khalil Basha**      Member
    *Secretary-General IIRO, Jeddah*

15.  **Mr. Mohammed Bin Abdallah Al-Dubaiban**      Member
    *Rabita Al-Alam Al-Islami, Riyadh Office, Saudi Arabia*

16.  **Mr. Wael Hamzah Jelaidan,**      Director General- cum-Secretary General

17. **Secretary Cabinet Division**      Deputy Director General-cum-Deputy Secretary General

MWL 030817

GOVERNMENT OF PAKISTAN
CABINET SECRETARIAT
(CABINET DIVISION)

......

## COMPOSITION OF RABITA TRUST BOARD

| S.NO. | NAME & PORTFOLIO/DESIGNATION | POSITION IN THE BOARD |
|---|---|---|
| 1. | General Parvez Musharraf, Chief Executive, Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal Bin Abdul Aziz Al-Saud | Co-Chairman |
| 3. | H.E. Dr. Abdullah bin Saleh Al-Obaid Secretary General, Rabita al-Alam al Islami | Vice-Chairman |
| 4. | Mr. Shaukat Aziz Minister for Finance, Revenue, Economic Affairs, Planning & Development and Statistics | Vice Chairman |
| 5. | Lt. Gen. (R), Moin-ud-Din Haider, Minister for Interior, Narcotics Control and Capital Administration & Development | Member |
| 6. | Lt. Gen. Muhammad Safdar, HI (M), S Bt (Retd), Governor Punjab | Member |
| 7. | Air Marshal Azim Daud Puta, HI(M), SJ (Retd) Governor Sindh | Member |
| 8. | Mr. Wael Hamzah Jalaidan | Director General-cum-Secretary General |
| 9. | H.E. yousaf Jasim Al-Hiji, President, International Islamic Charity Organization, Kuwait | Member |
| 10. | H.E. Dr. Adnan Khalil Basha, Secretary General International Islamic Relief Organization, Jeddah | Member |
| 11. | H.E. Dr. Abdul Malik Al-Hamar, Advisor to the President of UAE, Abu Dubi | Member |
| 12. | H.E. Al-Sheikh Hamad Al-Zamil, President, Chamber of Commerce and Industries, Saudi Arabia | Member |
| 13. | Engineer Abdul Mohsin Al-Idris, Member, Chamber of Commerce and Industries, Riyadh, Saudi Arabia | Member |
| 14. | Mr. Majid Nizami, Chairman, Pak. Citizens' National Committee. | Member |
| 15. | Secretary Foreign Affairs | Member |
| 16. | Secretary Cabinet Division | Deputy Director General-cum-Deputy Secretary General |

TOTAL P.02

MWL 030819