# EXHIBIT 064

# EXHIBIT O

| The Rabita Trust For Rehabilitation of Stranded Pakistanis | Motto of Pakistan "Iman, Ittihad, Nazm" [Logo of Muslim World League] | **[Duplicate Text]** |
|---|---|---|

480

------------------------------------

26/7/1422 AH – 10/14/2001

**Mr. Wael bin Hamza Julaydan, the Secretary-General of The Rabita Trust for Rehabilitation of Stranded Pakistanis – may God protect you!**

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that some daily newspapers (photocopies are attached with this letter) have published the news of including the Rabita Trust among the organizations that support Osama Bin Laden or Al-Qaeda. We are amazed at the charges and rumors that these newspapers publish without any proof. The Rabita Trust's accounts are known since they were created, and until today. All expenses are likewise known. Also, the Pakistani government will be undertaking an audit for all the Rabita Trust's accounts in Pakistan in the next two days. This is to let you know, and we will be waiting for your instructions. Thanks for your kind cooperation.

**May God protect and keep you!**

**Office Director**
**[signed]**
**Rahmatallh Nazir Khan**

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149628

October 12, 2001

**Pakistani Intelligence to spy on Wafa Islamiya, Rabita Trust, Afghanistan Sports Committee and Maktab-al-Khidmah**

**CIA starts spying on four Islamic organizations in Pakistan**

*These Islamic organizations are suspected to be associated with Osama Bin Laden and his organization and are collecting funds from other organizations around the world.*

*US has sent its agents namely "Dot Jones Publishing Company" to Pakistan to spy the four Islamic organizations, the information is being collected.*

CIA has assigned the task of spying to Pakistani Intelligence to spy on the four Islamic organizations. These four organizations are suspected to be associated with Osama Bin Laden and his organization Al-Qaeda and they are its subsidiary organizations. As per the sources, the four organizations, for which the CIA has assigned the task of spying on to Pakistani Intelligence, are Wafa Islamiya, Rabita Trust, Afghanistan Sports Committee and Maktab-al-Khidmah. These organizations strive to collect funds from other Islamic organizations around the world. in this regard to keep an eye on these organizations, CIA has deployed its agents in various Islamic countries .......{illegible}.... (*to be continued to 79 on page no. 6*)

| | | |
|---|---|---|
| **Religious organizations are using Afghanistan for their political benefits.** *Jihad is obligatory on every Muslim. Avoid war to gain political power in the country.* *Creating disturbances is not in the interest of the country this is what political and social personalities of Kamra …* The activists of religious and social organizations should not use Afghanistan for their political benefits as doing this is considered to be against the interest of Pakistan. These were the views of social and political personalities who participated *(to be continued to 41 on page no. 6)* | *......{illegible}.....* | **Brutal killing of a 6-year-old child in Jand police station area** *The Killers cut the body of innocent Bilal into small pieces and threw it into different places. An FIR has been registered.* There has been a brutal killing in Jand police station area of a 6-year-old boy who was killed and cut into small pieces and threw into different places. As per the details available Malik Zakir Hussain son of Muhammad Khan has reported in the police station of Jand that………. *(to be continued to 46 on page no. 6)* |
| Role of Sybco systems in the development of information in Pakistan is commendable Rural areas apart from big cities are target area for our projects: says Sardar Tariq *(to be continued to 42 on page no. 6)* | | Attock police recover drugs in big amount *......{illegible}.....* *(to be continued to 58 on page no. 6)* |

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.                                        IIRO 149633

| | | | |
|---|---|---|---|
| **Continued _____ 45**<br><br>{illegible}<br><br><br>**Continued _____ 46**<br><br>I am the speaker of Jaferiya mosque at Canal. The son of my nephew Fakhar Abbasi, Bilal Abbasi aged 6 has disappeared since October 2. We lodged a FIR with the police and all the relatives were looking for him. Yesterday, Azhar Abbasi, Hafeez Abbasi and Zorar Hussain said that as they were passing by the Haveli of Syed Ghulam Shah, there was some smell around. When they reached there, they found a human head at the roof of Faisal Ali. They further found an upper part of the body in the lobby of the Haveli but there were no legs or hands with the body. Azhar Abbas recognized the pair of chappals of his brother Bilal which was lying there. We have no enmity with anyone. The police of Jand station is carrying out the investigation. | **Continued _____ 60**<br><br>Sardar Ghulam Abbas is a very kind man. He made a historical decision to give us the lost ground and building of the school back. All the teachers, children and parents are very happy with this decision of Sardar Ghulam Abbas and they paid their sincere tribute to him.<br><br>**Continued _____ 61**<br><br>The US attack is an open brutality that must be condemned as much as possible. US will be defeated in Afghanistan at any cost. Taliban are very confident and they are full of zeal and zest. Inshallah, they will attain success one day. He said while talking to local journalists. He further stated that religious leaders should not propagate negatively in the country, instead they should show their solidarity with the government.<br><br>**Continued _____ 62**<br><br>It has been converted to Sector office yesterday. zonal head Raja Zafar Shaan made a visit to Chakwal. On this occasion, he talked to the journalists and said that there is no place for any corrupt people in the administration and an investigation has been started against Khalid Mahmood. | **Continued _____ 72**<br><br>these organizations include Lashkar-e-Jhangvi, Sipah-e-Muhammad which are banned by government, and Sipah-e-Sahaba (renamed to Millat-e-Islamia and now known as Ahle Sunnat Wal Jamaat). The police have asked for the progress report of all the cases on the activists of these organizations registered under this article between January 1997 and August 2001.<br><br>**Continued _____ 73**<br><br>......started living in Sargodha. Yesterday some guests namely Nusrat, Malik, Ramzan Khan, Riyaz and Roshan Bibi came to visit Sarang's place. In his absence they said to the wife of Sarang, namely Kaneez, that her mother is seriously ill and she wants to see her. The suspects persuaded Kaneez and took her to an unknown place. When Sarang came to know about it he along with some of his family members went to the suspects and requested that they return his wife. The suspects initially promised to do so but later they refused. On the request of Sarang the police have registered an FIR against them.<br><br>**Continued _____ 74**<br>SP of Attock has given special instructions to deal with any possible disturbance and to stop the protest of people he has drawn strategies. On the other hand, police have been deployed at different places of Attock.<br><br>**Continued _____75**<br><br>May Allah grant him a place in paradise and grant the survivors patience. | **Continued _____ 78**<br><br>{illegible}<br><br><br>**Continued _____ 79**<br><br>These agents will collect information. According to the sources, and their assets will be frozen once the information about these organizations is collected.<br><br>**Continued _____ 80**<br><br>If the treatment was started on time there would have been a possibility of Survival for the patient. The survivors have requested from the Minister of Health that the officials of social security Hospital be suspended for this criminal negligence.<br><br>**Continued _____ 81**<br><br>Expressing his concerns over the current deteriorating situation of Pakistan he said that in this situation the nation should stick together and face this challenge collectively. |

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149634

## Jang Daily Newspaper – Rawalpindi

Number 283        Date: Rajab 25, 1422 AH (October 13, 2001 AD)        Page 43

### Jaish-e-Mohammed on US List of Terrorist Organizations

**The new list containing 37 individuals and Organizations include 3 Pakistani organizations**

*The Assets of all individuals and organizations on the list will be frozen. The list includes Haji Abdul Mannan, Al Rashid Trust and Rabita Trust of Pakistan.*

*The new list includes 18 most wanted people: Secretary of the Treasury*

*The assets worth 24 million dollars are still frozen till now: Bush*

Washington (Radio Report/Jang News) US has released a list of 37 more pro-terrorism individuals and organizations. The assets of these people and organizations will be frozen. As per the reports of BBC, the list includes four Pakistani organizations. The radio announced that this list includes the name of Jaish-e-Mohammad. The remaining three names are Haji Abdul Mannan who operates a company namely Al-Qadir Trading in Quetta, Mufti Rasheed who is associated with "Al Rashid Trust" of Karachi, and Rabita Trust which is headquartered in Pakistan. With this, the number of pro-terrorism suspects has reached 266.

US Secretary of the Treasury Paul Henry O'Neill stated in a press briefing that US has taken these steps as part of the economic warfare. Out of these 37 names 18 are on the FBI's list of most wanted terrorists, and they are suspected to be associated with Osama Bin Laden and his organization Al-Qaeda. US President Bush said that assets worth 24 million dollars of the people associated with terrorism had been frozen by various countries around the world and further steps are to be taken in this regard. He further stated that around hundred countries have assured their cooperation on the issue. An Indian daily has also claimed that the new list included the Rabita Trust and some other Pakistani organizations. According to US officials this list may be further expanded.

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.                                                                IIRO 149635

**(Handwritten text) Translation of the Daily Jang's report on the Rabita Trust**

Washington - (radio report): The American administration has issued a new list of the organizations, institutions, and individuals that support international terrorism. The list includes 37 of these organizations and individuals. The accounts and properties of these organizations and individuals shall be frozen. According to the BBC, the new list includes four Pakistani organizations/institutions. The BBC says that these Pakistani organizations comprise, among others, the Jaysh Muhammad (Muhammad's Army) organization and the Rabita Trust institution.  Among the names included on the list are Hajj Abdel-Mannan (the owner of Al-Qader for Trade, Quetta) and Mufi Rashid Ahmad (an affiliate of Al-Rashid Trust, Karachi). It should be mentioned that the offices of the Rabita Trust and Al-Rashid Trust exist in Pakistan. The resources of the Ministry of Finance mentioned that the individuals and organizations included on the new list have been found either responsible for funding terrorists or terrorist operations, or suspected of protecting and supporting terrorism.

The new list is the result of the coordination and joint efforts of the American and British intelligence agencies. As such, the number of organizations and individuals included on the American lists of terrorists is now 66. It has been reported by American sources that the inclusion of more names on the list is possible.

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.                                                                          IIRO 149636



# THE RABITA TRUST
## for Rehabilitation of
## Stranded Pakistanis

# وقف الرابطة
## لإعادة توطين
## الباكستانيين المقطوعين

٤٨٠

هـ ١٤٢٢/٢/٢٦ م

سعادة الأستاذ/ وائل بن حمزة جليدان       حفظه الله

الأمين العام لوقف الرابطة لإعادة توطين الباكستانيين المقطوعين

السلام عليكم ورحمة الله وبركات

.

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلا المولى القدير أن يسيركم بلباس العافية والعز والتمكين وبعد .

أفــيد سعادتكم أن بعض الصحف اليومية والمرفقة صورتها بالخطاب أصدرت خبر بــإدراج وقف الرابطة ضمن المنظمات التي تدعم أسامة بن لادن أو القاعدة ونحن نستغرب لهذه الاتهامات والاشاعات التي تصدرها هذه الصحف دون وجود أي دليل على ذلك. وأن حسابات أوقاف الرابطة معلومة ومعروفة منذ إنشائها حتى اليوم وكل المصـــاريف معلومـــة وكما أن الحكومة الباكستانية بصدد إجراء تدقيق على جميع حسـابات أوقاف الرابطة في الباكستان خلال اليومين القادمين. هذا لاحاطتكم بذلك ونحن بانتظار توجيهاتكم. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149628



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 149633



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149634





CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149635

ترجمة لجريدة جنك ... عن المقال الصادر حول وقفا الرابطة

واشنطن (تقرير إذاعة) أصدرت الإدارة الأمريكية قائمة جديدة للمنظمات و المؤسسات و الأفراد الموالية /الموالون للإرهاب الدولي و تشتمل القائمة لعدد ٣٧ من المنظمات و الأفراد. و يتم تجميد حسابات و ممتلكات هذه المنظمات و الأفراد لاحقا و وقفا لإذاعة بي بي سي فان قائمة الجديدة تشتمل على أربع منظمات / مؤسسات باكستانية. و أفادت بي بي سي أن من بين المؤسسات الباكستانية منظمة جيش محمد و (مؤسسة) وقف الرابطة و أما الأفراد المندرجة أسماءهم ضمن القائمة فهم الحاج عبدالمنان ، صاحب مؤسسة القادر للتجارة، كويتا. ومفتي رشيد أحمد المنتمي إلى وقف الرشيد ، كرأتشي. علما بأن مؤسسة وقف الرابطة و مؤسسة وقف الرشيد مكاتبها موجودة في باكستان و قالت مصادر وزارة المالية أن الأفراد و المنظمات المشمولة في القائمة الجديدة وجدت إما مسؤولة عن تمويل الإرهابيين و عمليات الإرهاب و إما لأنها مشتبهة فيها بحماية و دعم الإرهاب.

و القائمة الجديدة نتيجة تنسيق و جهود مشتركة وكالات الاستخبارات الأمريكية و البريطانية. و بهذا وصل عدد المنظمات / الأفراد المندرجة أسماءها/ أسماءهم في قوائم الإرهابيين الأمريكية إلى ٦٦. ونقل عن مصادر أمريكية أن إدراج المزيد من الأسماء في القائمة أمر وارد.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149636





# THE RABITA TRUST
### for Rehabilitation of
## Stranded Pakistanis

26 Sha'aban, 1418H.
26 December, 1997

# وقف الرابطة
### لإعادة توطين
## الباكستانيين المقطوعين

**APPEAL FOR DONATION TO THE RABITA TRUST**
**FOR REPATRIATION OF STRANDED PAKISTANIS FROM BANGLADESH**

*Dear Brother in Islam,*

*Assalamu Alaikum Wa Rahmatullah*

*As you are perhaps aware, the first meeting of the Board of Trustees of Rabita Trust for the Repatriation of the Pakistanis Stranded in Bangladesh, after its re-organization in 1991 under the chairmanship of Honorable Prime Minister Mian Mohammed Nawaz Sharif, was held at Islamabad on 5th Jumada al-Ula, 1412 H, corresponding to 11th November, 1991, to plan and arrange for the repatriation of about 250,000 Muslim men, women and children from Bangladesh to Pakistan.*

*It is well known that these Pakistanis have been living under indescribable conditions in Bangladesh for over a quarter of a century for no reason other than their pride in calling themselves Pakistanis and their insistence, despite heavy odds, on remaining loyal to their state. It is clearly the responsibility of all of us as ordained in the Glorious Qur'an [The believers are nothing else but brethren] to attend to the needs of these oppressed and destitute brethren -in- Islam, particularly when they are denied the freedom of movement even to earn their daily bread.*

*With Allah's Grace, a Rabita Trust was formed with the assistance of the Government of Pakistan and Rabita al-Alam al- Islami in July 1988, to bring these Stranded Pakistanis to Pakistan and rehabilitate them in the Province of Punjab. The fulfillment of this objective was facilitated by in 1991-1992 under the dynamic administration of the Islami Jamhori Ittihadi of Pakistan headed by Mian Mohammed Nawaz Sharif. Despite many obstacles, it was decided to launch this programme in pursuance of the Trust's Declaration, and we embarked on constructing 41500 housing units along with necessary facilities in various districts of Punjab at an estimated cost of around $ 250 millions [two hundred and fifty million] and other arrangements for transportation and settlement had also begun to be made. Accordingly, the Housing Committee, appointed by the Rabita's Trust, met at Islamabad on 24th Sha'aban 1412 H, corresponding to 27th February 1992 and received the first {assignment} of land measuring 96 acres in Mian Channu district of Punjab, where the Trust has completed the construction of 1000 housing units in 1994. The Trust's project director was also entrusted with the task of executing the entire rehabilitation scheme. A beginning was thus made and a plane-load of Stranded Pakistanis was brought in and rehabilitated in 68 of these housing units However, unfortunately a change of government took place in 1993 after which the whole matter remained in abeyance for about the last five years. Alhamdulillah, in February this year the Pakistan Muslim League and the parties allied with it were once again elected back to power with Mian Mohammed Sharif as the Prime Minister. The present Government has firmly renewed its pledge to do all it canto bring and rehabilitate these Stranded Pakistanis, numbering over 238000, according to census carried out jointly in 1991-92. Insha Allah, the vacant housing units at Mian Jannu would be occupied by transferring more 932 families within the next three months.*

*The execution of this great project requires stupendous financial resources which can only be pooled with the help of the Muslim governments, charitable organizations, and philanthropic individuals. Obviously enough, our gigantic humanitarian programme needs your attention and generous support. It will hence be much appreciated if you can kindly issue your donation cheques and drafts to [ The Secretary General of the Rabita's Trust ] payable to Habib Bank Ltd, Secretariat Block (A), Islamabad, Account No. 9536-3,[for Pakistan Currency deposits] and Habib Bank Ltd, Civic Centre Branch Islamabad, Account no. 97073-1, [for Foreign Currency deposits] at your earliest convenience. Secretary General's addresses are given below.*

*May Allah Almighty reward and bless you.*

Your sincerely,

**(Dr. Abdullah ibn Salih Al-Obaid)**
Secretary-General
Muslim World League
Vice-Chairman
Board of Trustees of Rabita Trust

**(Sartaj Aziz)**
Minister of Finance & Economic Affairs
Government of Pakistan
Vice-Chairman
Board of Trustees of Rabita Trust

---

**Makkah Office:**
c/o Muslim World League
P.O. Box 537, Makkah
Phone: 5422859
Fax 5455288

**Islamabad Office:**
c/o Muslim World League
H-8/1, Islamabad
Phone: 250299/255112
Fax 253586

IIRO 149661

بِسْـمِ اللهِ الرَّحْمٰنِ الرَّحِيْمُ

Telegrams: CABSEC

Government of Pakistan
**CABINET DIVISION**
(Post Code No. 44000)

No.

10/1/2000-R&R(ERC)

Islamabad, the
11th October 2001

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-     RECONSTITUTION OF RABITA TRUST BOARD FOR STRANDED
PAKISTANIS

Dear Sir,          السلام علیکم

I am enclosing for your information a copy of the Notification whereby the Rabita Trust Board has been recomposed and the revised list of the trustees representing the Pakistan Government has been published.

With regards,

Yours sincerely,

Brig. (R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

IIRO 149643

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

Telegrams : CABSEC

Government of Pakistan
**CABINET DIVISION**
(Post Code No. 44000)

No.    10/1/2000-R&R(ERC)

Islamabad, the

11th October 2001

To:-

Mr. Rahmat Ullah Nazir Khan,
Project Director,
Rabita Trust for
Rehabilitation of Stranded Pakistanis,
Pitrus Bokhari Road,
H-8/1, Islamabad.

Subject:-    THE RABITA TRUST FOR REHABILITATION OF STANDARD PAKISTANIS

Dear Sir,

Kindly refer to your letter No.745/RT dated 10th October, 2001.

I am grateful for the prompt action taken on the agreed points and the confirmation of same through your above quoted letter. However, you are requested to immediately confirm action on the following aspects also:-

a.    It had been agreed that the services of Mr. Abdul Haye will be terminated with immediate effect, whereas as per your letter his services have only been suspended. Please confirm that he has been terminated from the service.

b.    You have indicated joint operation of Account Number 10206-4, whereas most of the Funds, including Terms Deposits, are in the Account Number 9536-2. Therefore, with immediate effect, this account should also be operated jointly.

2.    A reputed Chartered Accounts Firm, M/s. A.F. Ferguson and Company, has been deputed, with the approval of the competent authority, to carry out the audit of all accounts of the Trust Fund operated by the Head and sub Offices. You are requested to extend requisite help and cooperation to the auditors detailed for the purpose.

With regards,

Yours sincerely,

Brig.(R)
(Muhammad Ilyas Khan)
Director General (ERC)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149642

Muslim World League
International Islamic Relief
Organization
In Saudi Arabia
Pakistan Office
Islamabad

*[Logo of International Islamic
Relief Organization
In Saudi Arabia]*

[Duplicate Text]

Subject: -----------------------

Ref.: 1/761
Date: 26/7/1422 AH – 10/13/2001

**Dr. Adnan Khalil Pasha, the Secretary-General of the International Islamic Relief
Organization—may God protect you!**

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you
in the garb of wellbeing, honor, and empowerment.

I would like to inform you that no single day passes by without a few journalists from
Western countries coming to our offices. Some of them are reporters for television
channels; others for European, American and Western newspapers. We have received
instructions from the ambassador of the Custodian of the Two Holy Mosques in Islamabad
Mr. Ali Awwad Asiri not to release any statements to the press or the television. We wanted
to let you know that we abide by these instructions. If you advise otherwise, we hope that
you will inform us. Thanks for your kind cooperation.

May God keep and protect you!

Office Director
[signed]
Rahmatallah Nazir Khan

---

Address: H-8/1 – Pitrus Bukhari Road – Opp. Shifa International Hospital Islamabad – Pakistan
P.O. Box: (18 50) Tel: (92 – 51) 4449347 – 4435113 – 4 – 4446856. Fax: (92 – 51) 4449241
E-mail: Islamic@isb.paknet.com.pk

Confidential: This document is subject to a Protective Order regarding confidential
information in 03 MDL 1570 (RCC), United States District Court for the Southern District of
New York.                                                                IIRO 149637

**The Rabita Trust
for Rehabilitation of
Stranded Pakistanis**

*Logo of the Muslim
World League*

*Pakistan's
Motto: Iman,
Ittihad, Nazm*

Ref.: 841
Date: 26/7/1422 AH – 10/13/2001 AD

Mr. Wael bin Hamza Julaydan, the Secretary-General of the Rabita Trust for Rehabilitation of Stranded Pakistanis – may God protect you!

May God's peace, mercy and blessings be upon you!

It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that no single day passes by without a few journalists from Western countries coming to our offices. Some of them are reporters for television channels; others for European, American and Western newspapers. We have received instructions from the ambassador of the Custodian of the Two Holy Mosques in Islamabad Mr. Ali Awwad Asiri not to release any statements to the press or the television. We wanted to let you know that we abide by these instructions. If you advise otherwise, we hope that you will inform us. Thanks for your kind cooperation.

May God keep and protect you!

Office Director
[signed]
Rahmatallah Nazir Khan

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.                                                                IIRO 149638

**Muslim World League**          *[Duplicate Text]*
-----------------------------
**Islamabad – Pakistan**

Ref.: 1/482
Date: 26/7/1422 AH – 10/13/2001 AD
Encl: -----------------------------


## Dr. Abdallah Ben Abdel Mohsen At-Turki, the Secretary-General of the Muslim World League—may God protect you!

May God's peace, mercy and blessings be upon you!


It gives me pleasure to send you the best greetings, praying to God the Almighty to clad you in the garb of wellbeing, honor, and empowerment.

I would like to inform you that no single day passes by without a few journalists from Western countries coming to our offices. Some of them are reporters for television channels; others for European, American and Western newspapers. We have received instructions from the ambassador of the Custodian of the Two Holy Mosques in Islamabad Mr. Ali Awwad Asiri not to release any statements to the press or the television. We wanted to let you know that we abide by these instructions. If you advise otherwise, we hope that you will inform us. Thanks for your kind cooperation.

May God keep and protect you!


Office Director
[signed]
Rahmatallah Nazir Khan


---

[Duplicate Text]
Pitrus Bukhari Road Sector H-8/1 Islamabad, Tel: 4435113 – 4449347 Fax: 4449241
Email Add. @mwl @isb, comsats.net.pk


Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.                                                          IIRO 149639

**Muslim World League**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**
In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الا سلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
اسلام آباد

الموضوع : ــــــــــــــــــــــــــــــــــــــــــ

الرقم : ٧٦١/١
التاريخ : ٢٢٤/٧/٢٦ ١٣.١٠.٢٥٥١

Ref : ٧٦١/١
Date : 13.10.٢٥٥١

حفظه الله

سعادة الدكتور عدنان خليل باشا
الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يبسركم بلباس العافية والعز والتمكين وبعد .

أفيد سعادتكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول الغربية بعضهم مندوبين لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في إسلام آباد الأستاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك. ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب
رحمة الله نذير خان

---

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk.

العنوان: اتش.٨/١ شارع بطرس بخاري ـ مقابل مستشفى الشفاء انترناشونال
ص.ب: (١٨٥٠) اسلام آباد ـ باكستان
هاتف: ٤٤٤٩٣٤٧ـ٤٤٣٥١١٣.٤ـ٤٤٤٦٨٥٦ـ فاكس: (٩٢.٠١) ٤٤٤٩٢٤١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149637



# THE RABITA TRUST
## for Rehabilitation of
## Stranded Pakistanis



# وقف الرابطة
## لإعادة توطين
## الباكستانيين المقطوعين

481

ف ٢٠٠٢/٧/٢٦

15.10.2001

سعادة الأستاذ/ وائل بن حمزة جليدان    حفظه الله

الأمين العام لوقف الرابطة لإعادة توطين الباكستانيين المقطوعين

السلام عليكم ورحمة الله وبركات

.

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلاً المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أفيد سعادتكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول الغربية بعضهم مندوبين لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في إسلام آباد الأستاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك. ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149638



| Muslim World League | رابطة العالم الاسلامي |
|---|---|
| **Islamabad - Pakistan** | **إسلام آباد ـ باكستان** |

الــرقم: ............... Ref: ............... ٤٨٢/١

الـتاريخ: ............... Date: ١٣:١٠ ............... ١٤٢٩٧/

المرفقات : ............... Encl: ...............

حفظه الله

معالي الدكتور عبدالله عبدالمحسن التركي
الأمين العام لرابطة العالم الإسلامي

السلام عليكم ورحمة الله وبركات

.

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني سائلا المولى القدير أن يسربكم بلباس العافية والعز والتمكين وبعد .

أفيد معاليكم ما من يوم إلا ويأتي على باب مكتبنا بعض الصحفيين من الدول الغربية بعضـهم مندوبيــن لمحطات تلفزيونية وبعضهم مندوبين لصحف أوروبية وأمريكية وغربية. ونحن لدينا تعليمات من سعادة سفير خادم الحرمين الشريفين في إسلام آباد الأســتاذ علي عواض عسيري بعدم إعطاء أي تصريحات صحفية أو تلفزيونية لأي جهة. ونحن ملتزمون بهذه التعليمات وأحببنا أن نحيطكم علماً بذلك. ونأمل توجيهنا إذا كنتم ترون غير ذلك. شاكرين لكم كريم تعاونكم.

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

شارع بطرس بخاري سيكتر ايچ (١/٨) إسلام آباد هاتف : ٤٤٣٥١١٣ – ٤٤٣٥١١٤ – ٤٤٤٩٣٤٧   فاكس : ٤٤٤٩٢٤١
Pitrus Bukhari Road Sector H-8/1 Islamabad, Tel : 4435113 - 4435114 - 4449347  Fax : 4449241
Emile Add.  @ mwl @ isb, comsats. net. pk

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 149639