# EXHIBIT 066

**Muslim World League**
**International Islamic Relief Organization**
**In Saudi Arabia**
**Pakistan Office**
**Islamabad**

Ref: 1/755
Date: 25/7/1422  H
Subject: ……………….

**Dear Dr. Adnan Khalil Basha,          May God Protect Him**

**IIRO's Secretary General**

*Peace and blessings be upon you*

*[Greetings and Prayers]*

First: I would like to inform you that in accordance to the instructions, we moved the Rabita Trust's Lahore Office furniture to the Islamabad Office, and closed the Lahore Office and suspended Sheikh Abdel al-Hai from his work. As for the other employees, we hope for your guidance in this regard.

On another note, Brigadier General Ilyas sent us the attached letters. Please review them and send us a quick reply as they are awaiting our response. This is for your information. Thank you for your generous cooperation.

*May God Protect you and keep you safe…*

**Office Director**

**Rahmatullah Nazir Khan**

[Signed]

Note: A copy of this letter was sent to the Rabita Trust's Secretary General Mr. Wael Julaidan

IIRO 149640

*[footer includes contact details in English]*

Muslim World League

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

In Saudi Arabia
Pakistan Office
Islamabad

رابطة العالم الاسلامي

هيئة الاغاثة الاسلامية العالمية

بالمملكة العربية السعودية

مكتب باكستان

اسلام آباد

الرقم : ١ / ٧٥٥ : Ref

التاريخ : ٢٥ / ٧ / ١٤٤٤ ـ ـ ـ : Date

الموضوع : ـــــــــــ

سعادة الدكتور / عدنان خليل باشا          حفظه الله

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

يطيب لنا أن نهديكم عاطر التحيات وأطيب التهاني القديم سائلا المولى القدير أن يسر يكم بلباس العافية والعز والتمكين وبعد .

أولاً : أفيد سعادتكم حسب التوجيهات أننا نقلنا أثاث مكتب أوقاف الرابطة في لاهور إلى مكتب إسلام آباد وقفل مكتب لاهور وإيقاف الشيخ عبدالحي عن العمل . أما عن الموظفين الآخرين نأمل التوجيه في ذلك .

ومن جهة أخرى ارسل لنا العميد إلياس الخطابات المرفقة نأمل الاطلاع عليها والرد علينا سريعاً لأنهم ينتظرون منا الرد هذا لاحاطة سعادتكم بذلك . شاكرين لكم كريم تعاونكم .

والله يحفظكم ويرعاكم ودمتم ،،،

مدير المكتب

رحمة الله نذير خان

ملاحظة : تم إرسال نسخة من الخطاب لسعادة أمين العام وقف الرابطة

العنوان : اتش ٨/ . ١ شارع بطرس بخاري ـ مقابل مستشفى الشفا انترناشونال
ص.ب : (١٨٥٠) اسلام آباد ـ باكستان
هاتف : ٤٤٤٩٣٤٧ ـ ٤٤٣٥١١٣.٤ ـ ٤٤٤٦٨٥٦ . فاكس : (٩٢.٥١) ٤٤٤٩٢٤١

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk.

IIRO 149640

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

# DAOU TRANSLATION AND SERVICES
ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 149640

**Source language:** Arabic

**Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**

**Date:** 11 April 2026