# EXHIBIT 067

| | | |
|---|---|---|
| **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION THE KINGDOM OF SAUDI ARABIA** | [Logo] | **IIRO INT'L ISLAMIC RELIEF ORG. IN SAUDI ARABIA** |

**Office of the Secretary General**

No.: 100/1277/[letters]                              Subject: _____

Date: 27/9/1418 AH                                    : _____

**Dear Mr. Amin Aqeel Attas,                    May God Protect him**
**The MWL's Deputy Secretary General for Administrative and Financial Affairs,**

**May the Peace, Mercy, and Blessings of God be upon you**

In reference to your letter number 300/152/[letter] on 16/9/1418 AH concerning Al-Rabita Trust for the transport and resettlement of the stranded Pakistanis and to which is attached a copy of the MWL Secretary General's letter appointing the MWL's representatives to the Board of Trustees, as well as a copy of the signed agreement between the MWL and the Pakistani Government:

I would like to thank you for your interest [and to ask you to] please provide me with the latest reports you received concerning and what has been achieved by the MWL.

*Best regards,*
*May God protect you*

**IIRO-KSA's Secretary General,**
*26/9*[signature]
**Dr. Adnan Khalil Basha**

[IIRO stamp]

*[handwritten –To save]*

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 111679

**MUSLIM WORLD LEAGUE**

Secretariat General- Makkah al-Mukarramah
**Deputy Secretary General for Finan-
cial and Administrative Affairs**

[Logo]

**MUSLIM WORLD LEAGUE**
Secretariat General- Makkah al-Mukarramah
**Deputy Secretary General for Finan-
cial and Administrative Affairs**

No.: *300/152/[letter]*    Date: *16/9/1418 AH*    Attachments: *1- Copy of a letter.*
*2-Copy of the agreement in both
Arabic and English.*

Subject: *Membership acceptance of Al-Rabita
Trust's Board of Trustees for the transport
and resettlement of stranded Pakistanis.*

### Dear Dr. Adnan Khalil Basha,
#### IIRO's Secretary General in KSA, Jeddah

May the Peace, Mercy, and Blessings of God be upon you

Thank you for accepting the membership of Al-Rabita Trust's Board of Trustees for the transport and resettlement of stranded Pakistanis. I am pleased to attach the following for you:

1- A copy of his Excellency the secretary general's letter number 1/80543/M on 8/9/1418 appointing the MWL's representatives to the Board of Trustees.
2- A copy of the signed agreement between the MWL and the Pakistani Government, one in Arabic and the other in English.

[Prayers]

**Best regards,**

**Deputy Secretary General for Adminis-
trative and Financial Affairs**
[Signature]
**Amin Aqeel Attas**

[Handwritten:] *by mail*
[stamp:

| | |
|---|---|
| International Islamic Relief Organization | General Issue |
| Issue number: 8111, date: 20/9/1418 AH | |
| Attachments: [illegible] | |
| Department: [illegible] | |

**[letters]**

*[Handwritten: To open a file in the name of Al-Rabita for the Resettlement of Stranded Pakistanis ]*
*21/9*[Signature]

Please quote above ref. No. and date when replying

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 111680

**[Logo]**

**MUSLIM WORLD LEAGUE**    Makkah al-Mukarramah - Saudi Arabia

**Office of the Secretary General**

No.: 1/80543/M
Date: 8/9/1418
Attachments:

**Your Excellency Mr. Sertaj Aziz,**
      **The Minister of Financial and Economic Affairs in Pakistan,**

May the Peace, Mercy, and Blessings of God be upon you
I am pleased to present to you the names of the MWL's representatives to Al-Rabita Trust's Board of Trustees. They are:

| | | |
|---|---|---|
| 1- | His Royal Highness Prince Talal bin Abdel Aziz al-Saudd | Associate Chair |
| 2- | The MWL's Secretary General His Excellency Dr. Abdullah bin Saleh al-Obeid | Vice President |
| 3- | Mr. Amin Aqeel Attas, Deputy Secretary General for Administrative and Financial Affairs | General Director and Secretary General of the Trust |
| 4- | His Excellency Sheikh Youssef Jassim al-Hijjy, Chairman of the International Islamic Charitable Organization, Kuwait | Member |
| 5- | Dr. Adnan Khalil Basha, IIRO's Secretary General, Kingdom of Saudi Arabia | Member |
| 6- | His Excellency Dr. Abdel Malek al-Hamar,  an advisor in the Office of the President, Abu Dhabi, UAE | Member |
| 7- | Sheikh Hamad al-Zamil, Head of  the Council for Saudi Chambers of Commerce and Industry | Member |
| 8- | Engineer Abdel Mohsen al-Dereis, Member of the Chamber of Commerce and Industry in Riyadh | Member |

We wish everyone success. Best regards,

**Secretary General**
[Signature]
**Dr. Abdullah bin Saleh al-Obeid**

IIRO 111681

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

## The Rabita Trust Deed

WHEREAS about a quarter of a million Pakistanis, hereinafter called "the Stranded Pakistanis" remain stranded in Bangladesh.

And WHEREAS the Muslim World League, in accordance with its constitution and declared policy of helping destitute Muslims and in pursuance of the resolution of its Constituent Council, has accepted the financial responsibility for the transportation and resettlement of the Stranded Pakistanis, hereinafter, called the "Resettlement Project",

And WHEREAS to achieve this objective of the Resettlement Project,  the Rabita al-Alam al-Islami hereinafter called the "Founder", with the consent and cooperation of the Government of Pakistan, intends to establish a Trust,

And WHEREAS the Trustees whose names are listed below have agreed to become the Trustees of the Trust,

NOW, THEREFORE, this Deed witnesseth to what has been agreed upon and declared and that the Founder and the Government of Pakistan hereby deliver, transfer and hand over to the Trustees the sums of Rs 50 million (Rupees fifty million) and Rs 250 million (Rupees two hundred and fifty million) as their respective initial contributions, making a total of Rs 300 million (Rupees three hundred million) to have in their possession and at their disposal in accordance to the authorities outlined below.

1. NAME AND LOCATION OF THE TRUST

   a. The Trust shall be called the "Rabita Trust for Resettlement of the Stranded Pakistanis"

[letters]
29/11

IIRO 111682

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

(2)

b.  The Head office of the Trust shall be located in Islamabad; provided the regional offices of the Trust may also be established at other places, such as within and outside Pakistan as may be determined by the Board of Trustees.

2.  AIMS AND OBJECTS OF THE TRUST

The Trust aims to:
a.  Arrange for transportation and repatriation of the Stranded Pakistanis from Bangladesh to Pakistan in such manner and through measures that the Board of Trustees may deem proper and feasible. The transportation and repatriation  will start as soon as an amount equivalent to half of the estimated cost of the project has been collected.
b.  Procurement  the  suitable sites  and  construction  of  residential units, mosques and other ancillary structures and provision of amenities thereon, as may be  considered  appropriate  by  the Borad of Trustees  for  this purpose.
c.  Arrange for maintenance of repatriates for a  period of time and at the scale as may be deemed appropriate  by the Board.
d.  Render to the repatriates advice and assistance as may be deemed feasible and proper to enable them to become self-supporting citizens.
e.  Take all other required steps   that will drive the quick  implementation of the Resettlement Project.

3.  BOARD OF TRUSTEES

a.  There shall be a Borad of Trustees, hereinafter called the "Board". Initially consisting of twelve members, six from the Government of Pakistan and

[letters]

IIRO 111683

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
    **GENERAL SECRETARIAT**
    <u>MECCA AL MUKARAMEH</u>
**Deputy Secretary General Administra-**
    **tive and Financial Affairs**

No.:
Date:
Attachments:

(3)

six from the Founder. The Board may add to its initial members up to four more Trustees, two from each side.

b.  The Board shall consist of the following members:

| S1 No. | <u>Name</u> | <u>Designation</u> |
|---|---|---|
| 1 | General Mohamed Zia-ul-Haq President of the Islamic Republic of Pakistan | Chairman |
| 2- | His Royal Highness Prince Talal bin Abdul Aziz | Co-Chairman |
| 3- | His Honor Dr. Abdullah Omar Naseef Secretary General of MWL | Vice-Chairman |
| 4. | His Excellency Sahabzada Yaqub Khan, Foreign Minister, Government of Pakistan | Vice-Chairman |
| 5- | Mr. Amin Aqeel Attas, Deputy Secretary General of MWL | Director General - cum Secretary General |
| 6- | Mr. Hasan Zaheer Cabinet Secretary, Government of Pakistan | Deputy Director General - cum Secretary General |

[letters]
29/11

IIRO 111684

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

(4)

| 7,8,9 | Three members to be nominated by the MWL | Members |
|---|---|---|
| 10 | Dr. Mahbubul Haq<br>Minister of Commerce, Finance & Economic Affairs and Planning & Development,<br><br>Government of Pakistan | Member |
| 11 | Malik Nasim Ahmed AHeer<br>Minister of Interior<br>Government of Pakistan | Member |
| 12 | Honorable Sheikh Muhammad Zafar Ahmad Ansari | Member |

c) In case there is a vacancy on the Board for any of the reasons enumerated in sub-clause (d) below or due to any other reason, the relevant party i.e. the Rabita or the Government of Pakistan, as the case may be, shall appoint the appropriate person to fill the vacancy, taking into consideration the requirement of parity of representation between the Founder and the Government of Pakistan.

d) Subject to provisions of the Trust Act, 1982 (II of 1982), the Board of Trustees shall declare a position of one its members vacant in occurrence of any one of the following:

[letters]
29/11

IIRO 111685

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

(5)

1. Death;
2. Written resignation addressed to and accepted by the Board;
3. Having a court ruling issued against him for insolvency in paying his debts;
4. Becoming of unsound mind;
5. Becoming incapable to act as Trustee due to ill health;
6. Conviction for an offence involving moral turpitude; and
7. Engagement in activities harmful or inimical to the objects of the Trust.

e) No act or proceeding of the Board shall be invalid by reason only of the existence of a vacancy in it membership.

4. <u>POWERS AND FUNCTIONS OF THE BOARD</u>
   a) The Board shall administer and manage the Trust.
   b) The Board shall take all policy decisions in respect thereof.
   c) The Board shall launch a fundraising campaign and receive all donations, gifts and other monetary contributions to meet the financial liabilities in respect of the Resettlement Project.
   d) The Board shall own and possess all properties, movable and immovable, cash, Government securities and shares of joint stock companies and shall collect, realize and recover all income, gifts, donations, bonuses and profits which shall be described as "Revenues'.

[letters]

IIRO 111686

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

| | |
|---|---|
| **THE MUSLIM WORLD LEAGUE** | No.: |
| **GENERAL SECRETARIAT** | Date: |
| MECCA AL MUKARAMEH | Attachments: |
| **Deputy Secretary General Administrative and Financial Affairs** | |

(6)

    e) The Board shall, out of its total revenues, pay and defray all costs, charges and expenses incurred in respect of the implementation and efficient functioning of the Resettlement Project.

    f) The Board may appoint a Project Director and other staff as it may deem necessary to ensure proper and speedy implementation of the Resettlement Project. The Project Director shall be responsible to the Director General-cum-Secretary General.

    g) The Board shall have the power to spend and invest the Trust Fund, in accordance with its judgement, to purchase of lands, buildings, building material and other articles and things considered necessary for the implementation of the Resettlement Project.

5. <u>MEETINGS OF THE BOARD</u>

    a. The Board shall meet ordinarily at the head office, at least four times in a calendar year, to consider and dispose of all matters relating to the Trust; provided that not more than one hundred and twenty days shall elapse between one meeting and the other.

    b. Meetings of the Board shall normally be convened by invitation from the Secretary-General with the agreement of the Chairman/Co-Chairman by giving fourteen days clear notice in writing, to call such a meeting.

[letters]

IIRO 111687

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administrative and Financial Affairs**

No.:
Date:
Attachments:

(7)

c.  The Secretary-General may convene an emergency meeting of the Board with the agreement of the Chairman/Co-Chairman of the Board whenever deemed necessary, by giving between three to seven days notice depending on the circumstances.

d.  Secretary-General convenes a Board meeting whenever he receives a request signed by six or more Trustees and that states the specific matter for which meeting is required to be convened, This is submitted with a clear fourteen days' notice for such a meeting.

e.  All meetings of the Board shall be presided over by the Chairman or, in his absence, by the Co-Chairman or a Vice-Chairman, or by one of the Trustees elected from amongst themselves to preside over the meeting.

f.  The decision of the Board shall be expressed in terms of the opinion of the majority of the Trustees present and voting.

g.  In case of of a tie in votes, the person presiding over the meeting, shall have a casting vote.

6. <u>QUORUM FOR THE MEETING</u>
Six Trustees shall constitute the quorum for the meeting of the Board; Provided that at least three of them must be from amongst the representatives of the Founder and at least three from amongst the representatives of the Government of Pakistan.

[letters]

IIRO 111688

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

(8)

7. <u>MINUTES OF THE MEETING</u>

Minutes of the proceedings of the meetings shall be recorded and kept by the Secretary-General of the Board and shall be signed by the person presiding over the meeting in a Minute Book to be maintained for that purpose.

8. <u>TRUST FUND</u>

The Trust Fund shall consist of the following:

a) The token sum of Rs 50 million was initially given to the Trustees by the Founder.
b) Other sums as may be transferred to the Trust by the Founder from time to time.
c) The sum of Rs 250.00 million donated by the President of Pakistan and the cost of land required to achieve the Resettlement Project to be donated by the Government of Pakistan.
d) Donations, gifts, grants and other amounts and properties received by the Board from individuals, organizations, international agencies, governments and others.
e) Dividends, income, bonuses and profits accruing to the Trust.

9. <u>EXEMPTION FROM INCOME TAX</u>

All contributions made to the Trust shall be exempt from income tax.

[letters]

IIRO 111689

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

(9)

10. <u>BANK ACCOUNT</u>

All monies received by the Board on account of the Trust shall be deposited and maintained in the name of the Trust with any approved bank in Pakistan, provided that the Director General and Deputy Director General keep a permanent recurring advance within the respective limits as set by the Board to meet the day-to-day expenses.

The account of the Trust shall be operated jointly by two out of the four Trustees authorized by the Board who shall sign the cheques: Provided always that one of the two signatories to all cheques shall be a Trustee representing the Founder and the other signatory will be a Trustee representing the Government of Pakistan. The Board shall have the annual statement of Revenues and Expenditures of the Trust prepared and its accounts audited by the Auditor General of Pakistan.

11. <u>DELEGATION OF POWERS</u>

The Board may delegate its powers as it may deem appropriate to any committee/sub-committee that the Board may set up for specific assignments or to any of its office bearers or Trustees so ensure proper and efficient implementation of the Resettlement Project.

12. <u>SEAL OF THE TRUST</u>

There shall be a seal of the Trust, duly approved by the Board, which shall be affixed to all documents executed in relation to the Trust. The seal shall remain in the custody of the Secretary-General.

[letters]

IIRO 111690

May the Peace, Mercy, and Blessings of God be upon you
And hold firmly to the rope of Allah all together and do not become divided

**THE MUSLIM WORLD LEAGUE**
**GENERAL SECRETARIAT**
MECCA AL MUKARAMEH
**Deputy Secretary General Administra-**
**tive and Financial Affairs**

No.:
Date:
Attachments:

(10)

13. POWER TO DRAFT RULES AND REGULATIONS

The Board may draft rules and regulations for the administration and management of the Trust and the implementation of the Resettlement Project.

14. AMENDMENTS TO THE TRUST DEED

Amendments to the Trust Deed can be made within the framework of its objectives and in accordance with its purpose by a two-thirds majority of the total membership of the Board: Provided that a notice along with a copy of the proposed amendment is duly given to the members of the Board at least twenty days before the date of the meeting.

15. TERMINATION OF THE TRUST AND DISPOSAL OF SURPLUS FUNDS

When the Board finds that the Resettlement Project has been completed, it may decide to wind up the Trust. The surplus funds, after the settlements of debts and all liabilities, if any, may be diverted towards relief and welfare projects for other destitute Muslims.

Provided that the decision for winding up as well as the diversion of surplus funds is taken by a majority vote of at least two thirds of the total membership of the Board.

Signed at Islamabad on this 9th day of July, 1988/24th day of Dhu al-Qi'dah, 1408 H.

|  |  |
|---|---|
| MAHBUBUL HAQ | Mr. AMIN AQEEL ATTAS, |
| MINISTER FOR COMMERCE, FINANCE & | ASSISTANT SECRETARY-GENERAL |
| ECONOMIC AFFAIRS AND PLANNING & | OF RABITA AL-ALAM AL-ISLAMI |
| DEVELOPMENTGOVERNMENT OF PAKISTAN | |

[letters]

IIRO 111691

[English]

IIRO 111692

[English]

IIRO 111693

[English]

IIRO 111694

[English]

IIRO 111695

[English]

IIRO 111696

[English]

IIRO 111697

[English]

IIRO 111698

[English]

IIRO 111699

| **INT'L ISLAMIC RELIEF ORG.** | [Logo] | **IIRO** |
|---|---|---|
| | | **INT'L ISLAMIC RELIEF ORG.** |
| **THE KINGDOM OF SAUDI ARABIA** | | **IN SAUDI ARABIA** |
| **EMERGENCY RELIEF DEPARTMENT** | | |

No.: _____     [FAX]     Subject: _____

Date: _____                 : _____

**His Excellency the MWL's Deputy Secretary General,
Sheikh Mohammed Nasser al-Aboudi, May God protect him**

**Peace and blessings be upon you,**

We would like to inform your Excellency that on 11/9/1418, the Okaz Newspaper published [an article] in its issue number 1146 which says that Pakistani Prime Minister Nawaz Sharif, during his visit to Dhaka, Bangladesh,  announced the start of repatriation of 5000 Pakistani Bihari refugees. The newspaper also mentioned that the MWL exerted huge efforts to solve the Bihari refugee repatriation problem and that it would sponsor the return of 5000 Bihari's to Pakistan. [It went on to say that] the MWL exerted vigorous efforts to solve this problem since it began and that it also studied all details related to transport and resettlement via the Trust established for the Biharis.

Therefore, we hope your Excellency will generously assign whoever necessary to provide us with the details of the project that the MWL will implement.

**Thank you, we appreciate your concern. [Prayers]**

[Signature]

**IIRO-KSA Secretary General
Dr. Adnan Khalil Basha**

*[handwritten: the office illegible. 22/9]*

*[handwritten: Cancelled]*

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 111700

PRESS FILE

**INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION**
**THE KINGDOM OF SAUDI ARABIA
INFORMATION CENTER**

[Logo]

| Source: *Okaz* | Subject: |
|---|---|
| Issue number: *11468* | |
| Date: *11/9/1418* corresponding to *9/1/1998* | page number: |

## Sharif announces it at the beginning of his visit to Dhaka

## The start of the repatriation of 5000 Biharis to Pakistan will begin soon

**Fahim al-Hamed (Jeddah)** It appears the repatriation project for the approximately quarter million Bihari Pakistanis who have been living for decades on the Bangladesh-Pakistan border under deplorable conditions will become a reality. It is expected that the repatriation of over 5000 Biharis to Pakistan will begin during Pakistani Prime Minister Nawaz Sharif's visit on 15 January to Dhaka, the capitol of Bangladesh.

Sources close to the Pakistani Prime Minister told Okaz that Mr. Sharif's initiative is a gracious gesture on his behalf towards the Pakistani Biharis [and their] circumstances.

Okaz learned that the MWL which exerted huge efforts to solve the Bihari refugees' repatriation problem will sponsor the return of 5000 Biharis to Pakistan. Since the beginning of this problem, the MWL has exerted rigorous efforts to try to solve it and to study all of the details related to their transport and Resettlement during their time with the Biharis.

It is worth mention that a committee representing the MWL and the Pakistani Government is coordinating to complete the necessary steps needed to accomplish this mission. It is a known fact that Biharis are Muslims who speak the Urdo language and that following the partition, they migrated from the state of Bihar in India in 1947.

In 1971, when Eastern Pakistan became independent after a bloody war, it became known as Bangladesh. The Biharis

[Picture]

Sharif

chose to keep their Pakistani nationality and asked to be transferred to Pakistan.

Since then, some 170,000 Biharis returned to Pakistan in accordance to an agreement signed by Bangladesh and Pakistan in 1974. The Bangladesh Government offered the [Bangladeshi] nationality to the Biharis who remained at the border but they refused it. Two hundred and fifty thousand Biharis live in 66 camps under deplorable conditions in various regions of Bangladesh. These camps lack even the most basic living requirements and the 250,000 Biharis await the determination of their fate.

On his part, Mr. Nasteem Khan, head of the Bihari repatriation committee, told Okaz that he hoped Mr. Sharif's gesture would mark the beginning of the repatriation of the 250,000 Biharis.

Mr. Khan mentioned the Pakistani Government's decision to begin the actual repatriation of 5000 individuals to Pakistan. Pakistani Prime Minister Nawaz Sharif began the Bihari repatriation project during his first term in office as prime minister in 1993. He was unable to continue the project after the fall of his government when Benazir Bhutto's government refused to continue the project.

[Handwritten:] *Emergency Relief; for more details from the league. 13/9*

IIRO 111701

**IIRO**
**INTL. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**



هَيئة الإغاثة الإسلاميَّة العالميَّة
بالمملكة العربيَّة السعوديَّة

مكتب الأمين العام

الرقم : ........................
التاريخ : ........................

الموضوع : ........................
: ........................

سعادة السيد / أمين عقيل عطاس                                    حفظه الله
الأمين العام المساعد للشئون الإدارية والمالية برابطة العالم الإسلامي

السلام عليكم ورحمة الله وبركاته

إشارة إلى خطابكم رقم ٣٠٠/١٥٢/ت بتاريخ ١٤١٨/٩/١٦هـ بخصوص وقف الرابطة لنقل وتوطين الباكستانيين المقطوعين والمرفق به نسخة من خطاب معالي الأمين العام للرابطة بتسمية ممثلي الرابطة في مجلس الأمناء وكذلك نسخة من الاتفاقية الموقعة بين الرابطة والحكومة الباكستانية .

فأشكر لكم اهتمامكم وآمل التكرم بتزويدي بآخر التقارير الواردة في هذا الخصوص وما تم إنجازه من قبل الرابطة .

وتقبلوا عاطر تحياتي وتقديري .
والله يحفظكم ويرعاكم ،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية



د. عدنان خليل باشا

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 111679

**Muslim World League**
Secretariat General
Makkah al-Mukarramah
**Deputy Secretary-General**
for Financial & Administrative Affairs



رابطة العالم الإسلامي
الأمانة العامة – مكة المكرمة
الأمين العام المساعد
للشؤون الإدارية والمالية

الرقم ٣٠٠/ ١٥٢ / ت    التاريخ ١٤١٨/٩/١٦هـ    المرفقات ١- نسخة سمطاب / نسخة ممان ت عزي وانجليزي - ٢

الموضوع تبول عضريته جلس امناء دحف الرابطة لنقل وتوطيم الباكستانيين المتطوعيم

سعــادة الـدكـتـور عـدنـان خلـيـل باشــا        المحتــرم
الأمين العام لهيئة الاغاثةالاسلامية العالمية
بالمملكة العربية السعودية – جده

السلام عليكم ورحمة الله وبركاته :
فأشكركم على قبولكم عضوية مجلس امناء وقف الرابطة لنقل
وتوطيــن البــاكستانيين المقطــوعين ويسـرني ان ارفـق لكـم الآتي :
١- نسخـة مـن خطـاب معالـى الأمين العام بتسميـة ممثلـى الرابطة
فـي مجلـس الامنــاء برقــم ١/٨٠٥٤٣/م وتاريخ ١٤١٨/٩/٨هـ.
٢- نسخــة مـن الاتفاقيـة المـوقعة بيـن الرابطـة وبيـن الحكـومة
البــاكستانية احدهمـا باللغـة العربيـة والاخرى بالانجليــزية.
والله اسأل ان يوفقنا لما يحب ويرضى .
وتقبلوا تحياتي وتقديري ،،،
الأمين العام المساعد للشئون الاداريةوالمالية

أمين عقيل عطاس

هيئة الأغاثة الإسلامية العالمية    الوارد العام
رقم الوارد ٨١١١    التاريخ ١٤ /٩/ ٨٠هـ
المرفقات
الأدارة المختصه

ع/ع

Please quote above Ref. No. and date when replying. Priers indiquer reference suscitee dans toute suite    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
صندوق بريد : ٥٣٧ – هـاتف رقم : ٥٤٢٢٧٣٣ – فاكس رقم : ٥٤٣٦٦١٩ / ٥٤٥٥٢٨٨ – تلكس رقم : ٤٤٠٣٩٠ / ٥٤٠٣٩٠ – بـرقياً : (رابطة – مكة)
P. O. Box : 537 - Tel. : 5422733 - Fax : 5436619 / 5455288 - Tlx. : 440390 RABITA SJ / 540390 IWO SJ - Cable : (RABITA-MAKKAH)

IIRO 111680



رابطة العالم الإسلامي

**MUSLIM WORLD LEAGUE**

مكة المكرمة - المملكة العربية السعودية

Makkah al-Mukarramah - Saudi Arabia'

مكتب الأمين العام
Office of the
Secretary-General

الرقـــم ١/٢٢٥٠٨/٣ .No

التــاريخ ٨/٩/١٨٤٢ Date

المرفقات Encl.

معالى السيد سرتاج عزيز          المحترم
وزير المالية والشئون الاقتصادية – باكستان

السلام عليكم ورحمة الله وبركاته:
يسرني أن أوضح لكم فيما يلى اسماء ممثلي رابطةالعالم الإسلامى فـي
مجلس امناء وقف الرابطة وهم:

١- صـاحـب السمـو الملكـي الاميـر طلال بن عبـدالعزيز     رئيساً مشاركاً
آل سعود

٢- معـالى الـدكتور عبـدالله بن صـالح العبيـد الامين العـام     نائباً للرئيس
لرابطةالعالم الإسلامى

٣- سعـادةالسيد أميـن عقيل عطاس الاميـن العـام المسـاعد     مـديراً عـامـاً
للشئون الاداريةوالمالية بالرابطة     وامينـاً عـامـاً
للوقف

٤- معـالى الشيخ يوسف جاسم الحجي رئيس الهيئةالخيرية     عضواً
الاسلامية العالمية بالكويت

٥- سعـادةالدكتور عـدنان خليـل باشـا الاميـن العـام لهيئـة     عضواً
الاغـــاثةالاسلاميــةالعالمية  بالمملكـةالعربيةالسعودية

٦- معـالى الـدكتور عبـدالملك الحَمَـرْ مستشـار فـى ديوان     عضواً
رئيس الدولة – ابوظبى – الامارات

٧- سعـادةالشيخ حمد الـزامل رئيس مجلس الغرف التجارية     عضواً
والصناعيةبالمملكة العربيةالسعودية

٨- المهنـدس عبدالمحسـن الدريس عضو الغـرفة التجارية     عضواً
والصناعية بالرياض

متمنياً للجميع التوفيق وتقبلوا خالص تحياتى ،،،

الأمين العام

د.عبدالله بن صالح العبيد

ص. ب : ٥٣٧ – برقياً : «رابطة مكة » – تلكس : ٥٤٠٣٩٠٠ IWOSJ – فاكس ٥٤٣٥١٨٣ – هاتف : ٥٤٤٦٧٠٠

P.O. Box : 537 - Cable : (Rabita-Makkah) - Telex : 540009 RABITA SJ - Fax : 5435183 - Tel. 5446700

IIRO 111681

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعاً ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكة المكرمة

الرقم _____

التاريخ _____

المرفقات _____

الأمين العام المساعد
للشئون الإدارية والمالية

## صك وقف الرابطة

نظراً لما يعانيه حوالي ربع مليون باكستاني ـ يشار اليهم فيما هو آت بـ(الباكستانيين المقطوعين) ـ في بنغلاديش.

وحيث ان رابطة العالم الاسلامي .. تمشياً مع نظامها الاساسـي وسياستها المعلنة في مساعدة المسلمين المنكوبين، وتنفيذاً لقرار مجلسهـا التأسيسي قد تحملت المسؤولية المالية لنقل واعادة توطين الباكستانيين المقطوعين فيما يشار اليه ان ناه بـ(مشروع اعادة التوطين).

ولما كانت رابطة العالم الاسلامي ـ المسماة فيما هو آت بـ(المؤسـس) تنوي انشاء وقف لتحقيق هدف مشروع اعادة التوطين وذلك بموافقة الحكومـة الباكستانية وبالتعاون معها.

ولما كان الامناء الواردة اسماؤهم ان ناه قد وافقوا على ان يكونـوا امناء للوقف.

لذلك فان هذا الصك يشهد الآن على ما هو متفق عليه ومعلن وعلـى ان المؤسس وحكومة الباكستان يقدمان ويجولان ويسلمان للامناء مبلغـــــــي ٥٠ مليون روبيه (خمسين مليون روبيه) و ٢٥٠ مليون روبية (مائتان وخمسيـن مليون روبية) اللذين يمثلان اسهامهما المبدئي على التوالي ومجموعهمـــــا (ثلاثمائة مليون روبية) لتكون بحوزتهم وتحت تصرفهم وفقا للصلاحيــــــات المنصوص عليها ان ناه.

(١٠)   اسم ومقر الوقف:

(أ)   يسمى الوقف (وقف الرابطة لاعادة توطين الباكستانيين المقطوعين)

٤/٤
١١/٢٩

IIRO 111682

بسم الله الرحمن الرحيم

واعتصموا بحبـل الله جميعًا ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكــة المكرمــة
_____
الأمين العام المساعد
للشئون الادارية والمالية

الرقم _____
التاريخ _____
المرفقات _____

( ٢ )

(ب) المقر الرئيسى للوقف هو مدينة اسلام آباد ـ مع امكانية انشـــاء
مكاتب اقليمية فى اماكن اخرى داخل باكستان وخارجـها وفقـــا
لما يقرره مجلس الامناء .

( ٢ ) أهداف وغايات الوقف:
                    _____

يهدف الوقف الى :

( أ ) ترتيب نقل واعادة الباكستانيين المقطوعين من بنغلاديش الــــى
باكستان بالطريقة والاجراءات التى يراها مجلس الأمناء ملائمـــة
وقابلة للتطبيق على ان يبدأ النقل واعادة التوطين بمجرد توفر
المبلغ المعادل لنصف التكاليف التقديرية للمشروع .

(ب) تدبير المواقع الملائمة وبناء الوحدات السكنية والمساجـــــــد
والمرافق الاخرى التى يرى مجلس الامناء ملاءمتها لهذا الغرض.

(ج) ترتيب معيشة العائدين للفترة الزمنية وعلى المقياس الذى يـــراه
المجلس ملائما .

(د) تقديم النصح والعون للعائدين فى كل مامن شأنه ان يساعدهـــم
على ان يكونوا مواطنين معتمدين على انفسهم .

(هـ) اتخاذ كل الخطوات الاخرى اللازمة والتى من شأنها دفع عجلـــة
تطبيق مشروع اعادة التوطين .

( ٣ ) مجلس الامناء :
                 _____

( أ ) للوقف مجلس امناء يسمى فيما هو آت بـ( المجلس) ويتكون اساســا
من اثنى عشر عضوا : ستة اعضاء من جانب الحكومة الباكستانيـــــة

٤/٤

IIRO 111683

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعاً ولاتفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكة المكرمة
ـــــــــــــــ
الأمين العام المساعد
للشئون الادارية والمالية

الرقم ــــــــــــــ

التاريخ ــــــــــــــ

المرفقات ــــــــــــــ

( ٣ )

والستة الآخرون من جانب المؤسس ، ويجوز للمجلس ان يضيـف الىعضويته الاساسية حتى اربعة اعضاء آخرين بواقع اثنين مـن كل جانب .

(ب)    يتألف المجلس اساسا من الاعضاء الآتية اسماؤهم:

| المسلسل | الاسـم | الصفة |
|---|---|---|
| ١ | الجنرال محمد ضياء الحق رئيس جمهورية باكستان الاسلامية | رئيسا |
| ٢ | صاحب السمو الملكى الامير طـلال ابن عبد العزيـز | رئيسا مشاركا |
| ٣ | صاحب المعالى الدكتور عبد اللـه عمر نصيـف الامين العام لرابطة العالم الاسلامى | نائبا للرئيس |
| ٤ | صاحب زاده يعقوب خان وزير الخارجية / حكومة باكستان | نائبا للرئيس |
| ٥ | السيد امين عقيل عطاس الامين العام المساعد للرابطة | مديرا عاما واميناعاما للوقف |
| ٦ | الاستاذ حسن زاهـير امين ادارة مجلس الوزراء / حكومة باكستان | نائبا للمدير العام واميناـ عاما مساعـدا |

٤/٤
١١/٢٩

IIRO 111684

بسم الله الرحمن الرحيم

واعتصموا بحبـل الله جميعًا ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكــة المكرمــة

الأمين العام المساعد
للشئون الادارية و المالية

الرقم ـــــــــــــــــــ

التاريخ ـــــــــــــــــ

المرفقات ـــــــــــــــ

( ٤ )

| تسلسل | الاســـم | الصفـــة |
|---|---|---|
| ٧<br>٨<br>٩ | ثلاثة اعضاء ترشحهم رابطة العالم الاسلامى | اعضاء |
| ١٠ | د . محبوب الحق<br>وزير التجارة والشؤون الاقتصادية والتخطيـط<br>والتنمية / حكومة باكستــان | عضوا |
| ١١ | مالك نسيم احمد اهير<br>وزير الداخلية / حكومة باكستان | عضوا |
| ١٢ | فضيلة الشيخ محمد ظفر احمد انصارى | عضوا |

(ج)  وفي حالة شغور موقع بالمجلس لاى سبب من الاسباب الواردة بالفقـرة
(ب) من هذا البند اولاى سبب آخر فان الجانب المعنى ـ اى الرابطة
او حكومة باكستان حسبما يكون الحال ـ سيعين شخصا ملائما لشغـل
الموقع الشاغر مع مراعاة متطلب المناصفة ( الزوجيه ) فى التمثيل بيــن
المؤسس وحكومة باكستان .

(د)  وفقا لنصوص قانون الوقف الصادر عام ١٩٨٢ م يعلن المجلس شغـور
موقع احد اعضائه فى حالة حدوث اى من الامور التالية :

٤/٤

١١/٢٩

IIRO 111685

بسم الله الرحمن الرحيم

واعتصموا بحبـــل الله جميعاً ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكـــة المكرمـــة

الأمين العام المساعد
للشئون الادارية والمـالية

| | |
|---|---|
| الرقم | ــــــــــــــــــ |
| التاريخ | ــــــــــــــــــ |
| المرفقات | ــــــــــــــــــ |

( ٥ )

(١) الوفاة .

(٢) الاستقالة المكتوبة الموجهة الى المجلس والمقبوله منه .

(٣) صدور حكم قضائى بحقه بالاعسار عن سداد ديونه .

(٤) اختلال قواه العقليه .

(٥) عدم استطاعته العمل لاعتلال حالته الصحية .

(٦) ادانته فى جرم اخلاقى .

(٧) تورطه فى انشطة تضر باهداف الوقف .

(هـ) لا يعتبر اى عمل او اجراء يتخذه المجلس باطلا لمجرد وجود موقـــع شاغر فى عضـويته فقط .

(٤) صلاحيات ووظائف المجلس :
_____

( أ ) يتولى المجلس ادارة الوقف وتصريف شؤونه .

(ب) يصدر المجلس كافة القرارات المتعلقة بادارته وتصريف شؤونه .

(ج) يقوم المجلس بحملة لجمع الاموال ويتلقى التبرعات والهبات وكافـة المساهمات المالية للوفاء بالمسؤوليات والتبعات الماليــــــة لمشروع اعادة التوطين .

(د) للمجلس ان يمتلك كل اشكال الملكية ـ الثابته والمنقوله ـ والامـــوال والسندات الحكومية واسهم شركات المساهمة وسوف يجمع ويحصـل كل المدخولات والهبات والتبرعات والعطاءات والارباح والتـــــى يطلق عليها اسم (الايرادات) .

٤/٣

IIRO 111686

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعاً ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكـــة المكرمـــة

الأمين العام المساعد
للشئون الادارية والمالية

الرقم _____

التاريخ _____

المرفقات _____

( ٦ )

(هـ)  يقوم المجلس - من مجموع ايرادات - بسداد كافة التكاليف
والمصاريف المترتبة على تنفيذ مشروع اعادة التوطـــــين
والادارة الكفء له .

( و )  يعين المجلس مديرا للمشروع وما يراه لازما من العامليـــــن
الآخرين لضمان التطبيق الصحيح والسريع لمشروع اعـــــادة
التوطين وسوف يكون مدير المشروع مسؤولا امام المدير العـــــام/
الامين العام للوقف .

( ز )  للمجلس الحق في انفاق واستثمار اموال الوقف - وفقا لما تقتضيه
حكمته - في مجالات شراء الاراضى والمبانى ومواد البنـــــاء
والمواد والاشياء الاخرى التى تعتبر ضرورية لتنفيذ مشـــــروع
واعادة التوطين .

( ٥ )  اجتماعات المجلس:

( ١ )  يعقد المجلس اجتماعاته العادية بالمقر الرئيسى اربع مـــــرات
على الاقل فى العام الميلادى لبحث كل ما يتعلق بالوقف - علـــى
الا تزيد المدة بين اجتماعين متتالين عن مائة وعشرين يوما .

(ب)  يعقد المجلس اجتماعاته بدعوة من امينه العام وبموافقـــــة
الرئيس/ الرئيس المشارك وذلك بتقديم اشعار كتابى واضـــــح
قبل اربعة عشر يوما من موعد الاجتماع .

٤/٤

IIRO 111687

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعًا ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكـــة المكرمـــة

الرقم _____

التاريخ _____

المرفقات _____

الأمين العام المساعد
للشئون الادارية والمالية

( ٧ )

(ج) يجوز للأمين العام للمجلس أن يدعو الى عقد اجتماع طارئ بموافقة الرئيس/ الرئيس المشارك عند الاقتضاء وذلك بتقديم أشعار قبل فترة تتراوح من ثلاثة الى سبعة ايام وفقا للظروف .

(د) يدعو الأمين العام الى عقد اجتماع للمجلس عند ما يتلقى طلبـــا موقعا من ستة امناء او اكثر وموضحا به الموضوع المعين الــذى يستوجب عقد هذا الاجتماع وذلك بتقديم أشعار واضح قبـــل اربعة عشر يوما من موعد عقد مثل هذا الاجتماع .

(هـ) تعقد اجتماعات المجلس برئاسة الرئيس وفى حالة غيابه برئاســـة الرئيس المشارك وفى حالة غيابه برئاسة احد نائبى الرئيـــس وفى حالة غيابهما برئاسة امين ينتخبه الامناء فيما بينهـــم لرئاسة الاجتماع .

(و) تعبر قرارات المجلس عن رأى اغلبية الامناء الحاضريـــن والمشاركين فى التصويت.

(ز) وفى حالة تساوى الأصوات فان الشخص الذى يترأس الاجتمـــاع يكون له صوت مرجح .

( ٦ ) النصاب القانونى للاجتماع:

يتألف النصاب القانونى للاجتماع من ستة اعضاء شريطة ان يكون ثلاثـــة منهم من جانب المؤسس وثلاثة آخرون من جانب حكومة باكستان .

٤/٤

IIRO 111688

بسم الله الرحمن الرحيم

واعتصموا بحبـل الله جميعًا ولا تفرقوا

رابطة العالم الإسلامي

الأمانة العامة

مكـة المكرمـة

الرقم _____

التاريخ _____

المرفقات _____

الأمين العام المساعد

للشئون الادارية والمـالية

( ٨ )

( ٧ )   محاضر الاجتماعات:

يقوم الامين العام للمجلس بتسجيل وحفظ محاضر الاجتماعات ويوقـــع
عليها رئيس الاجتماع فى سجل خـاص لهذا الغرض .

( ٨ )   صندوق الوقف:

يتكون صندوق الوقف من :

( أ )   المبلغ الرمزى الذى قدمه المؤسس ابتدا" للابناء ومقـــــداره
خمسون مليون روبية .

(ب)   المبالغ الاخرى التى يحولها المؤسس من وقت لآخر الى الوقف .

(ج)   مبلغ ٢٠٠ مليون روبية الذى يتبرع به رئيس باكستان وتكاليــــف
الاراضى اللازمة لانجاز مشروع اعادة التوطين والتى ستتهـــــرع
بها حكومة باكستان .

( د )   التبرعات والهبات والمنح والمبالغ والمتلكات الاخرى التـــــى
يتلقاها المجلس من الافراد والمنظمات والوكالات المالـيـــــة
والحكومات وغيرها .

(هـ)   العوائد والندخولات والعطايا والارباح المستحقة للوقف.

( ٩ )   الاعفاء من ضريبة الدخل :

تعفى كل المساهمات النقدمه للوقف من ضريبة الدخل .

ع/٤

IIRO 111689

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعًا ولا تفرقوا

الرقم _____

التاريخ _____

المرفقات _____

رابطة العالم الإسلامى
الأمانة العامة
مكــــة المكرمــــة

الأمين العام المساعد
للشئون الادارية والمـالية

( ٩ )

(١٠)    الحساب المصرفى :

يتم ايداع كل المبالغ التى يتلقـاها المجلس لصالح الوقف فى حساب باسم الوقف فى اى بنك معتمد فى باكستان على ان يحتفظ المدير العام ونائب المديرالعام بسلفة مستديمة دورية فى حدود مايقرره المجلس وذلك لمواجهة المصروفات اليومية ( الدورية ) .

ويتم تشغيل حساب الوقف بواسطة اثنين من اربعة امناء يفوضهم المجلس فى توقيع الشيكات ـ شريطة ان يكون احدهما ممثلا للمؤسس والآخر ممثلا لحكومة باكستان وسوف يعقد للمجلس بان سنـــوى بالايرادات والمصروفات ويراجع حساباته المراجع العام بالباكستان .

(١١)    التفويض فى الصلاحيات:

يجوز للمجلس ان يفوض فيما يراه ملائما من صلاحياته اى لجنــة او لجنة فرعية يشكلها المجلس للقيام بتكليفات معينة او لاى مـــن الامناء او شاغلو المواقع ضمانا للاداء الكفء فى مشروع اعـــادة التوطين .

(١٢)    ختم الوقف:

سيكون للوقف خاتم خاص يقره المجلس ويثبت على كل الوثــائــق التى ينفذه فيما يتعلق بالوقف . ويحتفظ الامين العام للمجلس بهـذا الخاتم فى حوزته .

٤/٤

IIRO 111690

بسم الله الرحمن الرحيم

واعتصموا بحبل الله جميعاً ولا تفرقوا

رابطة العالم الإسلامي
الأمانة العامة
مكة المكرمة

الأمين العام المساعد
للشئون الادارية والمالية

الرقم _____
التاريخ _____
المرفقات _____

( ١٠ )

(١٣)  سلطة اعداد اللوائح والنظم :

يقوم المجلس باعداد اللوائح والنظم لادارة الوقف وتنفيذ مشـــروع
اعادة التوطين .

(١٤)  تعديل صك الوقف :

يمكن ادخال التعديلات على صك الوقف فى اطار اهدافــــــه
وما يتسق مع غاياته باغلبية ثلثى اعضاء المجلس على ان يحل الـــــى
الاعضاء اشعار بذلك مصحوب بنسخة من التعديلات المقترحـــــة
قبل عشرين يوما على الاقل من موعد الاجتماع .

(١٥)  انهاء الوقف والتصرف فى الاموال الفائضة :

حينما يرى المجلس ان مشروع اعادة التوطين قد اكتمل تنفيذه فانــــه
يجوز للمجلس ان يصفى الوقف ويمكن تحويل الارصدة الفائضـــــة
بعد تصفية الديون وكافة المستحقات ان وجــــدت الى مشروعات
الاغاثة والرعاية لمسلمين منكوبين آخرين شريطة ان يكون قــــــرار
التصفية والتحويل للارصدة الفائضة باغلبية لا تقل عن ثلثى العضويـــــة
الكلية للمجلس .

جرى التوقيع عليه فى اسلام آباد فى التاسع من يوليو من عام ثمان وثمانين وتسعمائــــة
والف والموافق للرابع والعشرين من ذى القعدة من عام الف واربعمائة وثمانية للهجرة .

محبوب الحق                     السيد امين عقيل عطاس
وزير التجارة والماليـــــة        الامين العام النساعــــــد
والشؤون الاقتصاد يـــــة       لرابطة العالــم الاسلامـــى
والتخطيط والتنميـــــة

٤/٤

IIRO 111691

THE RABITA TRUST DEED

WHEREAS about a quarter of a million Pakistanis hereinafter called "the Stranded Pakistanis" are still lying stranded in Bangladesh.

AND WHEREAS the Rabita-al-Alam al-Islami (Muslim World League), in accordance with its constitution and declared policy of helping the distressed Muslims and in pursuance of the resolution of its Consituent Council, has accepted the financial responsibility for the transportation and rehabilitation of the Stranded Pakistanis, hereinafter called the "Rehabilitation Project",

AND WHEREAS to achieve this object of the Rehabilitation Project, the Rabita  al-Alam al-Islami hereinafter called the "Founder", with the consent and cooperation of the Government of Pakistan, intends to establish a Trust,

AND WHEREAS the Trustees named hereinafter have agreed to become the Trustees of the Trust,

NOW, THEREFORE, this Deed witnesseth as agreed and declared and that the Founder and the Government of Pakistan hereby deliver, transfer and make over to the Trustees sums of Rs 50 million (Rupees fifty million) and Rs 250 million (Rupees two hundred and fifty million) as their  respective initial contributions, making a total of Rs 300 million (Rupees three hundred million) to have and hold the same subject to the powers hereinafter contained and declared..

1.        NAME AND HEAD OFFICE OF THE TRUST

    (a)   The Trust shall be called the "Rabita Trust for Rehabilitation of the Stranded Pakistanis"

IIRO 111692

-: 2 :-

(b)   The Head Office of the Trust shall be
      located at Islamabad; provided that
      regional offices of the Trust may also
      be established at such other places
      within and outside Pakistan as may be
      determined by the Board of Trustees.

2.    AIMS AND OBJECTS OF THE TRUST

The aims and objects of the Trust shall be :

(a)   To arrange for transportation and
      repatriation of the Stranded Pakistanis
      from Bangladesh to Pakistan in such
      manner and through such measures as the
      Board of Trustees may deem proper  and
      feasible:

      Provided that transportation and
      rehabilitation of stranded Pakistanis
      will start as soon as an amount
      equivalent to half of the estimated
      cost of the project has been collected.

(b)   To arrange for procurement of suitable
      sites and construction of such residential
      units, mosques and other ancillary
      structures and provision of amenities
      thereon, as may be considered appropriate
      by the Board of Trustees for such purpose.

(c)   To arrange for maintenance of repatriates,
      for such period and on such scale as may
      be deemed necessary by the Board.

(d)   To render  to the repatriates such advice
      and assistance as may be deemed feasible
      and proper to enable them to become
      self-supporting citizens.

(e)   To take all other steps considered
      necessary for or incidental to the
      implementation of the Rehabilitation
      Project.

3.    BOARD OF TRUSTEES

(a)   There shall be a Board of Trustees,
      hereinafter called the "Board",

IIRO 111693

initially consisting of twelve members, six from the Government of Pakistan and six from the Founder;

Provided that the Board may add to its initial members upto four more Trustees, two from each side.

(b)   The Board shall initially consist of the following members:-

| Sl No. | Name | Designation |
|---|---|---|
| 1. | General Mohammad Zia-ul-Haq, President of the Islamic Republic of Pakistan | Chairman |
| 2. | H.R.H. Prince Talal bin Abdul Aziz | Co-Chairman |
| 3. | Dr Abdullah- Omar Naseef, Secretary-General of the Rabita Al-Alam Al-Islami | Vice-Chairman |
| 4. | Sahabzada Yaqub Khan, Foreign Minister, Government of Pakistan | Vice-Chairman |
| 5. | Syed Amin Aqeel Attas, Assistant Secretary-General of Rabita Al-Alam Al-Islami | Director General-cum-Secretary General |
| 6. | Mr. Hasan Zaheer, Cabinet Secretary, Government of Pakistan | Deputy Director General-cum-Deputy Secretary-General |
| 7,8 & 9. | Three members to be nominated by the Rabita Al-Alam Al-Islami. | Members |
| 10. | Dr. Mahbubul Haq, Minister for Commerce, Finance & Economic Affairs and Planning & Development, Government of Pakistan. | Member |
| 11. | Malik Nasim Ahmed Aheer, Minister for Interior, Government of Pakistan. | Member |
| 12. | Maulana Muhammad Zafar Ahmad Ansari | Member |

(c)   In case a vacancy occurs in the Board on account of any of the reasons enumerated in sub-clause (d) below or due to any other reason, the concerned party i.e. the Rabita or the Government of Pakistan as the case may be shall appoint appropriate person to

IIRO 111694

-: 4 :-

fill the vacancy, keeping in view the requirement of parity of representation between the Founder and the Government of Pakistan.

(d)    Subject to provisions of the Trust Act, 1982 (II of 1982), the office of a Trustee shall be declared vacant by the Board on the happening of any of the following events:

(i)    death;

(ii)    resignation in writing addressed to and accepted by the Board;

(iii)    having been adjudicated insolvent;

(iv)    becoming of unsound mind;

(v)    becoming incapable to act as Trustee due to ill health;

(vi)    conviction for an offence involving moral turpitude; and

(vii)    engagement in activities harmful or inimical to the objects of the Trust.

(e)    No act or proceeding of the Board shall be invalid by reason only of the existence of a vacancy in its membership.

4.    POWERS AND FUNCTIONS OF THE BOARD

(a)    The Board shall administer and manage the Trust.

(b)    The Board shall take all policy decisions in respect thereof.

(c)    The Board shall launch a fund-raising campaign and receive all donations, gifts and other monetary contributions to meet the financial liabilities in respect of the Rehabilitation Project.

(d)    The Board shall own and possess all properties, movable and immovable, cash, Government securities and shares of joint stock companies and shall collect, realise and recover all incomes, gifts, donations, bonuses and profits which shall be described as "Receipts".

IIRO 111695

-: 5 :-

(e)     The Board shall, out of the Receipts, pay and defray all costs, charges and expenses incurred in respect of the implementation and efficient functioning of the Rehabilitation Project.

(f)     The Board may appoint a Project Director and such other staff as it may deem necessary to ensure speedy and proper implementation of the Rehabilitation Project.  The Project Director shall be responsible to the Director General-cum-Secretary-General.

(g)     The Board shall have the power to spend and invest, in its discretion, the Trust Fund in the purchase of lands, buildings, building material and other articles and things considered necessary for the implementation of the Rehabilitation Project.

5.     MEETINGS OF THE BOARD

(a)     The Board shall meet ordinarily at the the head office, at least four times in a calendar year, to consider and dispose of all matters relating to the Trust: Provided that not more than one hundred and twenty days shall elapse between one meeting and the other.

(b)     Meetings of the Board shall normally be convened by the Secretary-General with the approval of the Chairman/Co-Chairman by giving fourteen days clear notice in writing, to call such a meeting.

(c)     An emergency meeting of the Board may be convened by the Secretary-General with the approval of the Chairman/Co-Chairman of the Board whenever deemed necessary, by giving three to seven days notice according to circumstances.

IIRO 111696

-: 6 :-

(d)  A requsition meeting of the Board shall be convened by the Secretary-General by giving fourteen days clear notice, whenever a requisition stating the specific matter for which the meeting is required to be convened, is received by the Secretary-General, duly signed by six or more Trustees.

(e)  All meetings of the Board shall be presided over by the Chairman or, in his absnece, by the Co-Chairman or a Vice-Chairman, or by one of the Trustees elected from amongst themselves to preside over the meeting.

(f)  The decisions of the Board shall be expressed in terms of the opinion of the majority of the Trustees present and voting.

(g)  In case of equality of votes, the person presiding over the meeting, shall have and exercise a casting vote.

6.  QUORUM FOR THE MEETING

Six Trustees shall constitute the quorum for the meeting of the Board:  Provided that at least three of them must be from amongst the representatives of the Founder and at least three from amongst the representatives of the Government of Pakistan.

7.  MINUTES OF THE MEETING

Minutes of the proceedings of the meetings shall be recorded and kept by the Secretary-General of the Board and shall be signed by the person presiding over the meeting in a Minute Book to be maintained for that purpose.

8.  TRUST FUND

The Trust Fund shall consist of the following :

(a)  The token sum of Rs 50 million initially made over to the Trustees by the Founder.

IIRO 111697

-: 7 :-

(b)    Such other sums as may be transferred
to the Trust by the Founder from time to
time.

(c)    The sum of Rs 250.00 million donated by the
President of Pakistan and the cost of land required
for the accomplishment of the Rehabilitation Project
to be donated by the Government of Pakistan.

(d)    Donations, gifts, grants and other amounts
and properties received by the Board from
individuals, organizations, international
agencies, governments and others.

(e)    Dividends, income, bonuses and profits
accruing to the Trust.

9.    EXEMPTION FROM INCOME TAX

All contributions made to the Trust shall be
exempt from income tax.

10.    BANK ACCOUNT

All monies received by the Board on account of
the Trust shall be deposited and maintained in
the name of the Trust with any scheduled bank in
Pakistan, provided that the Director General and
Deputy Director General may keep in hand a revolving
imprest within the respective ceilings as may be
determined by the Board to meet the day-to-day
expenses.

The account of the Trust shall be operated jointly
by two out of four Trustees authorised by the Board
who shall sign the cheques:  Provided always that
one of the two signatories to all cheques shall be
a Trustee representing the Founder and the other
signatory will be a Trustee representing the Government
of Pakistan.  The Board shall have the annual
statement of Receipts and Expenditure of the Trust
prepared and its accounts audited by the Auditor
General of Pakistan.

11.    DELEGATION OF POWERS

The Board may delegate such of its powers as it
may deem appropriate to any committee/sub committee

IIRO 111698

that the Board may set up for specific assignments or to any of its office bearers or Trustees to ensure proper and efficient implementation of the Rehabilitation Project.

12.  SEAL OF THE TRUST

There shall be a seal of the Trust, duly approved by the Board, which shall be affixed to all documents executed in relation to the Trust. The seal shall remain in the custody of the Secretary-General.

13.  POWER TO FRAME RULES AND REGULATIONS

The Board may frame rules and regulations for the administration and management of the Trust and the implementation of the Rehabilitation Project.

14.  AMENDMENTS TO THE TRUST DEED

Amendments to the Trust Deed, within the framework of, and not inconsistent with the aims and objects of the Trust, may be made by a two-thirds majority of the total membership of the Board: Provided that a notice in this behalf alongwith a copy of the proposed amendment is duly furnished to the members of the Board at least twenty days before the date of the meeting.

15.  TERMINATION OF THE TRUST AND DISPOSAL OF SURPLUS FUNDS

When, in the opinion of the Board, the Rehabilitation Project has been completed, it may decide to wind up the Trust. The surplus funds, after liquidation of debts and liabilities, if any, may be diverted towards relief and welfare projects for other distressed Muslims:

Provided that the decision for winding up as well as the diversion of surplus funds is taken by the votes of at least two-thirds of the total membership of the Board.

Signed at Islamabad on this 9th day of July, 1988, 24th day of Ziqaad, 1408 H.

SYED AMIN AQEEL ATTAS,
ASSISTANT SECRETARY-GENERAL
OF RABITA AL-ALAM AL-ISLAMI

MAHBUBUL HAQ
MINISTER FOR COMMERCE,
FINANCE & ECONOMIC
AFFAIRS AND PLANNING &
DEVELOPMENT,
GOVERNMENT OF PAKISTAN.

IIRO 111699



**IIRO**
**INTL. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**

هَيئَة الإغاثَة الإسْلامِيَّة العَالمِيّة
بالمملكة العَرَبيَّة السُّعودِيّة

إدارة الإغاثة العاجلة

الرقم : _____

التاريخ : _____

الموضوع : _____

فاكس

_____ : _____

معالي الأمين العام المساعد لرابطة العالم الإسلامي
الشيخ / محمد ناصر العبودي                 حفظه الله

السلام عليكم ورحمة الله وبركاته

نفيد معاليكم بانه نشر في صحيفة عكاظ في عددها (١١٤٦) بتاريخ ١٤١٨/٩/١١هـ ان رئيس مجلس الوزراء الباكستاني السيد / نواز شريف اعلن خلال زيارته الى دكا ببنجلاديش عن البدء في اعادة توطين اللاجئين البهاريين الباكستانيين بعدد (٥,٠٠٠) بهاري كما ذكرت الصحيفة ان الرابطة بذلت مساعي كبيرة من اجل حل مشكلة إعادة توطين اللاجئين البهاريين ستتكفل بإعادة الى ٥٠٠٠ بهاري الى الباكستان .. وكانت الرابطة قد قامت بمجهودات حثيثة لحل هذه المشكلة منذ بدايتها وبحث كل التفاصيل المتعلقة بالنقل والتوطين من خلال الوقف الخاص بالبهاريين .

عليه نرجو من معاليكم التكرم بتعميد من يلزم بموافاتنا بتفاصيل المشروع الذي ستقوم به الرابطة.

شاكراً ومقدراً اهتمامكم . والله يحفظكم ويرعاكم ،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

د. عدنان خليل باشا

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جـم E-ALAMIN
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 111700

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

مركز المعلومات

الملف الصحفي

| | الموضوع : | المصدر : عكاظ |
| --- | --- | --- |
| | | العدد : ٦٦٢٨ |
| | رقم الصفحة : | التاريخ ١١/ ٩/ ١٤١٢هـ - الموافق ٩/ ٢/ ١٩٩٢م |

يعلن عنها شريف ـ في بداية زيارته لداكا

# البدء في اعادة توطين ٥٠٠٠ بهاري الى الباكستان قريبا

**فهيم الحامد (جدة)**

يبدو ان مشروع اعادة توطين البهاريين الباكستانيين البالغ عددهم ربع مليون شخص والذين يعيشون منذ عدة عقود في حالة يرثى لها على الحدود البنجلاديشية – الباكستانية.. سيصبح حقيقة.. حيث من المتوقع ان تبدأ اعادة توطين مايزيد عن ٥٠٠٠ بهاري الى الباكستان خلال الزيارة التي سيقوم بها رئيس الوزراء الباكستاني السيد نواز شريف الى العاصمة البنجلاديشية داكا في الخامس عشر من يناير الحالي.

واكدت مصادر مقربة من رئيس الوزراء الباكستاني لـعكاظ، ان مبادرة السيد شريف تأتي كلفتة كريمة منه تجاه اوضاع البهاريين الباكستانيين.

وعلمت ،عكاظ، ان رابطة العالم الاسلامي والتي بذلت مساعي كبيرة من اجل حل مشكلة اعادة توطين اللاجئين البهاريين ستتكفل باعادة الى ٥٠٠٠

بهاري الى الباكستان.. وكانت الرابطة قد قامت بمجهودات حثيثة لحل هذه المشكلة منذ بدايتها وبحث كل التفاصيل المتعلقة بالنقل والتوطين من خلال الوقت الخاص بالبهاريين.. ومن الجدير بالذكر ان هناك لجنة تمثل الرابطة والحكومة الباكستانية تعملان بالتنسيق سويا من اجل استيفاء الخطوات اللازمة لتحقيق هذه المهمة.. ومن المعلوم ان البهاريين مسلمون يتحدثون اللغة الاوردية قد هاجروا من ولاية بهار الهندية الى الباكستان عام ١٩٤٧ بعد التقسيم.

وفي عام ١٩٧١ عندما اصبحت باكستان الشرقية مستقلة بعد حرب دموية اصبحت معروفة الآن باسم بنجلاديش اختار البهاريون الاحتفاظ بجنسيتهم الباكستانية وطالبوا بنقلهم الى باكستان.. وقد عاد مايزيد عن ١٧٠٠٠٠ منهم الى الباكستان منذ ذلك الوقت بموجب اتفاق وقعته بنجلاديش وباكستان في عام ١٩٧٤. وعرضت



شريف

الحكومة البنجلاديشية على البهاريين المتبقين على الحدود الجنسية ولكنهم

رفضوها ويعيش ربع مليون بهاري، في ٦٦ مخيما في انحاء متفرقة من بنجلاديش في حالة يرثى لها وفي مخيمات تفتقر الى ابسط متطلبات الحياة المعيشية.. ليبقى ربع مليون ينتظرون تحديد مصيرهم.

من جهته اعرب السيد نسيم خان رئيس لجنة اعادة توطين البهاريين لـعكاظ، عن امله ان تكون لفتة السيد شريف بداية لاعادة توطين ربع مليون بهاري..

ونوه السيد خان بقرار الحكومة الباكستانية البدء الفعلي لاعادة توطين ٥٠٠٠ شخص في الباكستان.

وكان نواز شريف رئيس الوزراء الباكستاني قد بدأ مشروع اعادة توطين البهاريين في فترة رئاسته الاولى للحكومة الباكستانية عام ٩٣ ولم يستطع استكمال المشروع بعد سقوط حكومته، ورفض حكومة بناظير بوتو الاستمرار في هذا المشروع.

IIRO 111701



Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO 111679 – IIRO 111701

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us