# EXHIBIT 069

**AKC** **ASLAM KHAN & COMPANY**
CHARTERED ACCOUNTANTS

Room No. 8, Rehman Chamber,
132 - Temple Road, Lahore
Tel. Off : 7231300 - 7232600
Fax : 7232600  Res : 7569890

## AUDITOR'S REPORT

We have audited the Receipts & Payments Account of RABITA TRUST LAHORE, PAKISTAN for the period from December 05,1992 to December 31st, 1993. We have obtained all the information and explanations, which we required and report that the Receipts & Payments exhibit a true and correct view of the state of Trust's affairs except for the separate report on even date enclosed.

PLACE: LAHORE

DATE: NOVEMBER 12 , 1995

ASLAM KHAN & COMPANY
CHARTERED ACCOUNTANTS

019



**ASLAM KHAN & COMPANY**
CHARTERED ACCOUNTANTS

Room No. 3, Rehman Chambers
132 - Temple Road, Lahore
Tel Off : 7231500 - 7232600
Fax : 7232600  Res : 7280600

**RABITA TRUST LAHORE PAKISTAN**
**RECEIPTS AND PAYMENTS ACCOUNT FOR THE**
**PERIOD FORM  DEC. 05.1992 TO DEC. 31ST.1993**

| RECEIPTS | RUPEES | PAYMENTS | RUPEES |
|---|---|---|---|
| Funds Received from Islamabad | 7,441,000 | Staff Salaries | 2,088,122 |
| Profit on A/C # 9255 | 12,330 | Travelling & Conveyance | 95,241 |
| | | Office Rent | 433,260 |
| | | Commission Property Dealer | 23,850 |
| | | Furniture & Fixture | 298,100 |
| | | Miscellaneous | 45,762 |
| | | Printing & Stationery | 56,097 |
| | | Bank Charges | 61 |
| | | Telephone & Telex | 191,964 |
| | | News Paper & Periodicals | 8,884 |
| | | Vehicles | 1,074,150 |
| | | Postage | 5,184 |
| | | Vehicle Running Expenses | 152,116 |
| | | Entertainment | 6,720 |
| | | Office Equipments | 282,110 |
| | | Electricity | 59,970 |
| | | Gas & Water Charges | 3,464 |
| | | Steel Board | 32,000 |
| | | Electric Installation | 218,900 |
| | | Advance Rent | 192,900 |
| | | **Cash & Bank Balances** | |
| | | Cash in Hand | 66,891 |
| | | Cash at Bank  A/C # 9255 | 2,246,544 |
| | **7,453,330** | | **7,453,330** |



**ASLAM  KHAN  &  COMPANY**
CHARTERED ACCOUNTANTS

**AKC** **ASLAM KHAN & COMPANY**
CHARTERED ACCOUNTANTS

Room No. 5, Rahman Chamber,
132 - Temple Road, Lahore.
Tel. Off : 7221300 - 7232600
Fax : 7232660 Res. : 7589950

AKC/R-95/AUDIT
November 12, 1995

The Deputy Project Director,
The Rabita Trust,
Lahore.

### AUDIT OF RECEIPTS & PAYMENTS ACCOUNT OF RABITA TRUST FOR THE PERIOD FROM DECEMBER 05, 1992 TO DEC. 31, 1993

Dear Sir,

This is in reference to your letter RTL/AUDIT/21/379 dated 21-01-1995. We have completed the audit of RABITA TRUST for the period from December 05, 1992 to December 31, 1993 and are enclosing herewith the Receipts & Payments account for the year ended on said date.

In this regard, our observations, as well as comments and recommendations are as under :-

### RECEIPTS

1. **FUNDS RECEIVED FROM ISLAMABAD RS. 7,441,000**

During the course of our audit, we have observed that funds from Islamabad are transfered in A/C No. 9254-9 (project account) directly from Islamabad and then the receipts are transferred from this account to the Head Office account No.9255-7. We were asked only to audit the account of 9255-7.

1.1 Detail of funds received as under :-

| DATE | PARTICULARS | RUPEES |
|------|-------------|--------|
| 05-12-1992 | Received from A/C 9254 | 1,000,000 |
| 05-05-1993 | -do- | 3,141,000 |
| 27-07-1993 | -do- | 3,300,000 |
| | | 7,441,000 |



**ASLAM KHAN & COMPANY**
CHARTERED ACCOUNTANTS

1.2 These receipts were checked from the bank statement provided by the management and found correct.

2. **PROFIT ON ACCOUNT NUMBER 9255-7 RS. 12,330**

The detail of profit received on Saving account number 9255 during the year as under:-

| DATE | RUPEES |
|---|---|
| 05-01-1993 | 3,781 |
| 05-07-1992 | 8,549 |
| | 12,330 |

**PAYMENTS**

3. **STAFF SALARIES RS. 2,033,122**

3.1 This amount of staff salaries consists of staff including both Head Office in Lahore and sub office in Mian Channu.

3.2 During the course of audit, we have observed that revenue stamps were not affixed on salary sheets. Any how the salaries paid during the said period were in accordance with the attendance register.

3.3 The personal files were checked and found in order.

4. **OFFICE RENT    RS. 433,250**

4.1 The detail of rent paid is as under:-

| PARTICULARS | RUPEES |
|---|---|
| Paid for H.O | 372,000 |
| Paid for SUB-Office (Mian Channu) | 61,250 |
| Total | 433,250 |





**ASLAM KHAN & COMPANY**
CHARTERED ACCOUNTANTS

4.2 We have checked the rent deed and found that the payments were made in accordance with the rent deed.

4.3 We have observed that no tax deduction at source U/S 50(7b) was made, which is in contrary to the income tax provision. Because U/S 50(7b) of Income Tax Ordinance 1979, if the amount of rent exceeds 100,000 the Tax is to be deducted @ 5% under the above section of Income Tax Ordinance 1979.

5. **FIXED ASSETS RS. 1,853,260**

5.1 The detail of fixed assets purchased during the year is as under:-

| PARTICULARS | RUPEES |
|---|---|
| Furniture & Fixtures | 236,100 |
| Vehicles | 1,074,150 |
| Office Equipments | 292,110 |
| Electric Installation | 218,900 |
| Steel & Other Board | 32,000 |
| Total | 1,853,260 |

5.2 The above purchases of fixed assets were checked from vouchers and found in order.

5.3 The fixed assets register was not maintained by the trust, which is required both to know the value and date of purchase of each assets as well as from internal control point of view. We are of the opinion that fixed assets register be maintained by the trust.

5.4 Item wise detail of furniture & fixture and office equipments was not provided to us.



**AKC  ASLAM KHAN & COMPANY**
CHARTERED ACCOUNTANTS

5.5  The detail of vehicle purchased during the year is as under:-

| DATE | PARTICULARS | RUPEES |
|------|-------------|--------|
| 17-05-93 | 1 Putchan dix 8<br>2 Pickups Ch.# 890509 | 520,000 |
| 18-05-93 | 1 Suzuki Van &<br>2 Jeep 4x4 Ch.# 890580 | 524,000 |
| 25-07-93 | Balance Payment of Suzuki Jeep<br>Ch.# 70249695 (tax) | 7,000 |
| 15-08-93 | Balance Payment of Vehicles<br>Ch.# 70249700 | 15,150 |
| | Total | 1,074,150 |

6.  **TELEPHONE & TELEX   RS. 181,964**

We have checked the telephone & telex expenses and found in order.  Any how the private calls are charged to personal accounts.

7.  **VEHICLE RUNNING EXPENSES RS. 152,116**

During the course of audit, we have noted that the original bills of petrol & maintenance of Vehicles were approved by the Deputy Project Director.

8.  **COMMISSION PROPERTY DEALER Rs.23,650**

The said amount paid to property dealer on account of commission in the Month December, 1992 and December, 1993 amounting to Rs. 15,500 and Rs. 8,150 respectively, for the arrangement of offices.

9.  **MISCELLANEOUS EXPENSES Rs.45,752**

During the course of audit, we have checked the vouchers of miscellaneous expenses of both Head Office and Sub-Office alongwith supporting documents.



**GENERAL**

i)  During the course of audit, we have observed that accounts were maintained on single entry booking system. We are of the opinion that the accounts should be maintained on double entry book keeping system.

ii)  We have observed that only cash book is maintained by the management of the trust.

We are thankful to the staff and the management of the trust for their co-operation extended to us.

Thanking You,

Truly Yours,

ASLAM KHAN & COMPANY
CHARTERED ACCOUNTANTS