# EXHIBIT 071

**MUSLIM WORLD LEAGUE**                    Makkah al-Mukarramah - Saudi Arabia

[Logo]

Office of the Secretary General

No: 1/90615/[Letter]
Date: 28/10/1419 H
Attachments:

## Decree Number 101/1122/[Letter] on 28/10/1419 H

The Secretary General of the Muslim World League,

Based on the authority granted him,

And based on the interest of the work,

## Decrees the following:

First:

Annulling the previous decree number (302/1004//[Letter] on 9/9/1419 H), which appointed His Excellency Sameer bin Jameel Radhi as the Secretary General of the League's Endowment to Resettle the Displaced Pakistanis.

Second:

Appointing His Excellency Wael Hamzah Jilaidan as the Secretary General of the Endowment

Third:

The related entities shall implement this decree and all of its orders effective from the date it is issued.

**May Allah guide us,**

**Secretary General**
[Signature]
**Dr. Abdullah bin Saleh Al Obaid**

MWL 030814



رابطة العالم الإسلامي
MUSLIM WORLD LEAGUE

مكة المكرمة - المملكة العربية السعودية
Makkah al-Mukarramah - Saudi Arabia

مكتب الأمين العام
Office of the
Secretary-General

الرقـم ١/٥٠٦١٠/٣ No.
التـاريخ ٨/٢ / ١ ١/٩/ Date
المرفقات Encl.

قرار رقم (١٠١/ ٢١١٢/ق)وتاريخ ٨/٢/١٠/١٤١٩هـ

إن الأمين العام لرابطة العالم الإسلامي ،
بناء على الصلاحيات المخولة له ،
وبناء على مااقتضته مصلحة العمل•

يقرر مايلى

أولاً:

إلغاء القرار السابق رقم ٣٠٢/١٠٠٤/ق في ١٤١٩/٩/٩هـ الخاص بتعيين سعادة
الأستـاذ سمير بن جميـل راضـي أميناً عاماً لـوقف الـرابطة لاعـادة توطين
الباكستانيين المقطوعين •

ثانياً:

تعيين سعادة الأستاذ وائل حمزة جليدان اميناً عاماً للوقف •

ثالثاً:

على الجهـات المختصـة تنفيذ قـرارنا هـذا كل فيما يخصه اعتبـاراً مـن تاريخه •

والله الموفق ،،،

الأمين العام

د.عبدالله بن صالح العبيد

ص. ب : ٥٣٧ - برقياً : «رابطة مكة » - تلكس : ٥٤٠٣٩٠٠ IWOSJ - فاكس ٥٤٣٥١٨٣ - هاتف: ٥٤٤٦٧٠٠

P.O. Box : 537 - Cable : (Rabita Makkah) - Telex : 540009 RABITA SJ - Fax : 5435183 - Tel. 5446700

MWL 030814



**Beyond Words**

Translation | Interpretation | Consulting

Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number:

   1. MWL 030814

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us