# EXHIBIT 073


### United Nations

English ∨    ☰

## Meetings Coverage and Press Releases

Press Release
Security Council

**SC/11534**
**26 August 2014**

## Security Council Al-Qaida Sanctions Committee Deletes Wa'el Hamza Abd al-Fatah Julaidan from Its Sanctions List

26 August 2014

| | |
|---|---|
| | Security CouncilSC/11534 |
| | |

Department of Public Information • News and Media Division • New York

## SECURITY COUNCIL AL-QAIDA SANCTIONS COMMITTEE DELETES WA'EL HAMZA ABD AL-FATAH

## JULAIDAN FROM ITS SANCTIONS LIST

Decision Taken Following Review of Delisting

Request Submitted through Office of the Ombudsperson

On 26 August 2014, the Security Council Committee pursuant to resolutions 1267 (1999) and 1989 (2011) concerning Al-Qaida and associated individuals and entities removed the name of the individual below from the Al-Qaida Sanctions List after concluding its consideration of the delisting requests for this name submitted through the Office of the Ombudsperson established pursuant to Security Council resolution 1904 (2009), and after considering the Comprehensive Report of the Ombudsperson on this delisting request.

Therefore, the assets freeze, travel ban and arms embargo set out in paragraph 1 of Security Council resolution 2161 (2014) no longer apply to the name set out below.

A. Individuals associated with Al-Qaida

QI.J.79.02. Name:  1: WA'EL 2: HAMZA 3: ABD AL-FATAH 4: JULAIDAN
Name (original script): وائل حمزه عبدالفتاح جليدان
Title: na Designation: na DOB: a) 22 Jan. 1958  b) 20 Jan. 1958  POB:  Al-Madinah, Saudi Arabia  Good quality a.k.a.: a) Wa'il Hamza Julaidan b) Wa'el Hamza Jalaidan c) Wa'il Hamza Jalaidan d) Wa'el Hamza Jaladin e) Wa'il Hamza Jaladin f) Wail H.A. Jlidan  Low quality a.k.a.: Abu Al-Hasan Al Madani  Nationality: Saudi Arabian  Passport no.: a) Saudi Arabian passport number A-992535   b) Passport number B 524420, issued on 15 Jul. 1998 , expired on 22 May 2003  National identification no.: na  Address:  na  Listed on:  11 Sep. 2002 (amended on 23 Apr. 2007, 23 Dec. 2010)  Other information: Executive Director of Rabita Trust (QE.R.21.01.). Review pursuant to Security Council resolution 1822 (2008) was concluded on 20 May 2010.

The names of individuals and entities removed from the Al-Qaida Sanctions List pursuant to a decision by the Committee may be found in the "Press Releases" section on the Committee's website.  Other information about delisting may be found on the Committee's website at:
 http://www.un.org/sc/committees/1267/delisting.shtml.

The Committee's Al-Qaida Sanctions List is updated regularly on the basis of relevant information provided by Member States and international and regional organizations.  This is the sixteenth update of the List in 2014.  An updated List is accessible on the Committee's website at the following URL:  http://www.un.org/sc/committees/1267/aq_sanctions_list.shtml.

For information media • not an official record

! **For information media. Not an official record.**