# EXHIBIT 074

In the name of God, the Most Gracious, the Most Merciful

| MUSLIM WORLD LEAGUE MAKKAH AL MUKARRAMAH INTERNATIONAL ISLAMIC RELIEF ORGANIZATION | [Logo of International Islamic Relief] | MUSLIM WORLD LEAGUE MAKKAH AL MUKARRAMAH INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |
|---|---|---|

Number: 100/556/[Letters]                                         Subject: ------------------------
Date: [Illegible]/4/1414 AH                                                  ------------------------

His Excellency / Mohamed Jamal Khalifa            God protect him

Peace and blessings of God be upon you,

**The International Islamic Relief Organization in Saudi Arabia** offers you the best greetings and blesses your sincere efforts in serving Islam and Muslims. May God reward you the best.

In reference to your resignation letter that you submitted, requesting to resign from your work as the supervisor of the IIRO Office in the Philippines.

We advise you that we have no objection to accept the resignation with our sincere thanks for your efforts during your work in the office and wishing you success.

[signature]

God the Righteous will take care of you

**General Supervisor**
[Signature ]
**Dr. Farid Yassin Qershi**

[Stamp]

[Illegible]

IIRO 287370

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

١٠٠ / ٧٥٥٦ / ع . أ . ف
٤٢ / ٩ / ١٤١٤ هـ

حفظه الله

سعادة الأستاذ / محمد جمال خليفة

السلام عليكم ورحمة الله وبركاته ، ،

تهديكم هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية أطيب تحياتها وتبارك لكم جهودكم المخلصة في خدمة الاسلام والمسلمين فجزاكم الله خير الجزاء .

إشارة إلى الخطاب المرفوع منكم بطلب الاستقالة من عملكم كمشرف على مكتب الهيئة في الفلبين .

نفيدكم بأنه لامانع لدينا من قبول الاستقالة مع شكرنا الجزيل لكم على جهودكم التي قمتم بها أثناء عملكم بالمكتب متمنين لكم التوفيق والسداد .

والباري جل علاه يرعاكم ..

المشرف العام
إلى
د. فريد ياسين قرشي



Cables : RABIA ISLAMI ٠ Telex : ٤١١٠٥٥ RABITA SJ ٠ Telephone : ٥٤٤٢٣٢٧ - ٥٤٢٣٢٥٨ ٠ ٧٢٢٠٣٧
Makkah : P.O.Box ٥٣٨٤ Jeddah : ٧٠٤٣٣ ٠ Tel : ٦٥٩ ٣٦٣ - ٦٥٦٥٤ ٠ Fax : ٦٥٦٤٦٨٩

IIRO 287370



**Beyond Words**
Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number:

1. IIRO 287370

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us