# EXHIBIT 075

| KINGDOM OF SAUDI ARABIA<br>INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION | [Logo] | KINGDOM OF SAUDI ARABIA<br>INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION |
|---|---|---|

No.: _____          Subject: _____

Date: *[handwritten: 24/7/15 Hijri]*___          : _____

*[All the text in handwritten:]*
His Excellency the Supervisor General of the International Islamic Relief Organization, May God protect him
Dr. Farid Yassin Qurashi

May the Peace, Mercy, and Blessings of God be upon you

With reference to the inquiry of Your Excellency regarding the Organization's office in the Philippines and the connection of Mr. Mohammed Jamal Khalifa to that which was published in Al Hayat Newspaper on Sunday, 24/7/15 Hijri, I inform Your Excellency that all of the events that the newspaper mentioned occurred after the termination of the services of Mr. Mohammed Jamal Khalifa at the office of the Organization in the Philippines and after my departure from the Philippines to direct the office of the Organization in Tanzania. In addition, I inform you that all of the Jordanians against whom a ruling has been issued, (as reported in the newspapers), do not have a connection to the Organization, and I do not know a single one of them. Furthermore, the Relief Organization in the Philippines does not have any ties to the project that Mr. Mohammed Jamal Khalifa was directing in his personal capacity, called the Imam Al-Shafi'i Home for Education [Dar Al-Imam Al-Shafi'i lil-Tarbia] and in which the first accused in the case, the plaintiff *[sic: defendant]* Abdullah Al-Hashayika, was working, as the newspapers mentioned.

As for the inquiry of Your Excellency about the Imam Al-Shafi'i Home for Orphan Care [Dar Al-Imam Al-Shafi'i li Ri'ayat Al-Aytam] affiliated with the Organization, this is an institution completely different from the Imam Al-Shafi'i Home for Education of Mohammed Jamal Khalifa. The Imam Al-Shafi'i Home for Education is located in the city of Marawi, while the Imam Al-Shafi'i Home for Orphan Care is located in the city of Zamboanga. The second institution belonging to Mr. Mohammed Jamal Khalifa is called the International Relation and Information Center (Ma'lam).

This is what I know, in terms of information about the inquiry of Your Excellency.

And may God bless and keep you.

[Signature]
Zakariya Mohammed Al-Shaykh
Director of the Tanzania Office

Address: P.O. Box: 14843, Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx.: 606754 IGATHA SJ

IIRO-002997

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



الملكة العربيّة السعوديّة
هيئة الإغاثة الإسلاميّة العالميّة

الرقــم : ــــــــــــــــ
التاريخ : ٤٤١/٧/١٥ هـ

الموضوع : ــــــــــــــــ
: ــــــــــــــــ

حفظه الله

سعادة المشرف العام على هيئة الإغاثة الإسلامية العالمية
د. عدنان باسمين من حشي .

السلام عليكم ورحمة الله وبركاته /

بالإشارة إلى استفسار سعادتكم شأن مكتب الهيئة بالفلبين وعلاقته الأستاذ محمد جمال
خليفة بما نشر في جريدة لحياه يوم الأحد ٢٧/٧/١٥ هـ ، فإنه يسعدنا بما به جميع الإخوان
التي ذكر في الصحيفة وقت بعد الاستفتاء و عن خدمات الأستاذ محمد جمال خليفة من مكتب
الهيئة بالفلبين ، وبعد خروجه من الفلبين لإدارة مكتب الهيئة تنزانيا ، كما أن جميع الأشخاص
الإندونيسيين الذين تم إصدار الحكم منهم (كما ورد بالصحيفة) لا يوجد لهم علاقة بالهيئة
ولا أعرف أحد " منهم ، وكذلك لا يوجد لهيئة الإغاثة من الفلبين أية صلة حيلة بالمشروع
الدعوي كاسم بديره الأستاذ محمد جمال خليفة بصفة الشخصية ، وليس دار الإمام الشافعي
للتربية ، والذي يعمل به ، الميتم ، الأول ، بالقضية ، ويلدعى عبد الله محتا لكم كما ذكر لحي

أما بشأن الاستفسار سعادتكم عن دار الإمام الشافعي لرعاية الأيتام والتابعة
للهيئة ، فإنها مؤسسة مختلفة تماما "عن دار الإمام الشافعي للتربية وإمامه محمد جمال
خليفة حيث تقع دار الإمام الشافعي من مدينة موماوي أطا دار الإمام الشافعي
لرعاية الأيتام فتقع في مدينة زامبوعا ، وبرئاسة التابعة بدمت د. صبحان فليين
سمى المركز الدولي للدراسات ، بمعلومات ذ عامم ) .
هذا لما لدي من معلومات من استفسار سعادتكم

وبه تحفظكم ويرعاكم

أكبر المساعد المشرف
مدير مكتب تنزانيا

العنوان : ص . ب ١٤٨٤٣ جــــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-002997

**Beyond Words**
Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO-002997

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us