# EXHIBIT 076

In the name of God, the Most Gracious, the Most Merciful

| MUSLIM WORLD LEAGUE<br>**MAKKAH AL MUKARRAMAH**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | MUSLIM WORLD LEAGUE<br>**MAKKAH AL MUKARRAMAH**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |
|---|---|---|

No.: *200/357/2/[letters]*                     Subject: ………………………………….

Date: *27/8/1412 Hijri*                             : ………………………………….

*His Excellency Dr. Ahmad Mohammed Ali,*                     *May God protect him*
*Secretary General of the Muslim World League*
*Head of the Founding Council of the Organization*

May the Peace, Mercy, and Blessings of God be upon you,

Based on the request of your Excellency to report to you the following concerning Mohammed Jamal Khalifa, who it appears some foreign entities are trying to, through him, defame not only his person but also the Kingdom of Saudi Arabia, its institutions, its organizations, and the Islamic organizations that it houses, I would like to confirm that – based on my close acquaintance with Mr. Mohammed Jamal Khalifa, he is the last person to whom accusations like those levied against him in one of the Muslim countries could [conceivably] be directed.

- The Name:          Mohammed Jamal Ibn Al-Sayyid Ahmad Mustafa Khalifa
- Place of birth:     Medinah in the year 1376 Hijri
- Nationality:         Saudi
- Education level: Bachelor of Science from the College of Sciences – King Abdulaziz University in Jeddah in the year 1400 Hijri
- He worked as a volunteer with the Organization, after which he became the regional director for the countries of Southeast Asia in Manila on the date 3/12/1408 Hijri
- He worked as an associate supervisor at the office of the Organization on 5/3/1413 Hijri, and also as director of the office of the Muslim World League in the Philippines.
- His relationship with the Organization ended on 9/3/1414 Hijri. What is known about him is his interest in education and his refusal of Jihadist activities, due to his conviction that Muslims require knowledge, and that an ignorant Muslim or an ignorant fighter [for the cause of God] harms Islam more than he benefits it (**attached for you is a report that confirms that this is the truth about Mr. Mohammed Jamal Khalifa. This report appeared in the journal Al-Wasat, issue 156 published on 23/1/1995**).

1

Address: P.O. Box: 14843  Jeddah 21434 Tel.: 6512333 – 6515411 – Fax: 6518491 [illegible]

IIRO-003014

In the name of God, the Most Gracious, the Most Merciful

| MUSLIM WORLD LEAGUE<br>**MAKKAH AL MUKARRAMAH**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | MUSLIM WORLD LEAGUE<br>**MAKKAH AL MUKARRAMAH**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |
|---|---|---|

No.: ……………………………………………….    Subject: …………………………….

Date: ……………………………………………….       : …………………………..

- Concerning that which circulated in the media, there is some information requiring clarification. It was mentioned that one of the accused worked at the Al-Shafi'i Institute, and that this institute is affiliated with the Relief Organization, and that Mr. Mohammed Jamal Khalifa appointed the accused as part of the program of the Organization and for his interest in missionary work. I wish to report that this information is untrue, and perhaps appeared through pressure on Mr. Khalifa. **And for clarification, I attach for Your Excellency the following:**

1 - The statement of the former deputy director of the office of the Organization in the Philippines, Mr. Zakariya Al-Shaykh

2 - The statement of the current director of the office of the Organization, Mr. Zuhayr Usailan

3 - The investigation of the journal Al-Wasat.

Based on the two statements, Mr. Mohammed Jamal Khalifa has a private institute concerned with missionary work called the International Relation and Information Center. In his capacity as director of this center and not in his capacity as director of the office of the Organization, he recruited Mr. Abdullah Al-Hashayika to work as a missionary at the Imam Al-Shafi'i Institute to graduate the missionaries affiliated with the International Relation and Information Center. He does not have any relation to the Imam Al-Shafi'i Home for Orphans affiliated to the Organization. However, some confusion can occur because of the similarity in names.

**[illegible] my regards,,**

[stamp]

**The Supervisor General**
**[signature]**
**Dr. Farid Yassin Qurashi**

Address: P.O. Box: 14843  Jeddah 21434 Tel.: 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ.

IIRO-003015



MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

رابطة العالم الإسلامي
مكة المكرمة
هَيئة الإغاثة الإسلاميّة العَالميّة

الرقم : ........../........./........./........./ خ
التاريخ : ....../٨/٢٧ ........١٤٢٤هـ

الموضوع : ...........

معالي الدكتور أحمد محمد علي
الأمين العام لرابطة العالم الإسلامي
رئيس المجلس التأسيسي للهيئة        حفظه الله

السلام عليكم ورحمة الله وبركاته ،،

حسب طلب معاليكم أفيدكم بما يلى فيما يخص السيد محمد جمال خليفه والذى يبدو أن بعض الجهات الأجنبية تحاول من خلاله الاساءة ليست فقط لشخصه وأنما للمملكة العربية السعودية وكياناتها وهيئاتها والهيئات الإسلامية التى تحتضنها ، وبودى التأكيد على أنه من خلال معرفتى عن كثب بالسيد محمد جمال خليفه فهو آخر من يمكن أن توجه إليه إتهامات كتلك التى كيلت له فى احدى الدول الإسلامية .

- الاسم :     محمد جمال ابن السيد أحمد مصطفى خليفه
- مكان الميلاد : المدينة المنورة فى ١٣٧٦هـ
- الجنسية :     سعودى
- المؤهل :بكالوريوس علوم من كلية العلوم - جامعة الملك عبدالعزيز بجدة عام ١٤٠٠هـ
- عمل متطوعاً مع الهيئة ثم أصبح المدير الاقليمى لدول جنوب شرق آسيا فى مانيلا بتاريخ ١٤٠٨/١٢/٣هـ .
- عمل كمشرف متعاون على مكتب الهيئة بتاريخ ١٤١٣/٢/٥هـ وأيضاً مديراً لمكتب رابطة العالم الإسلامى فى الفلبين .
- أنتهت علاقته بالهيئة اعتباراً من ١٤١٤/٢/٩هـ ومعروف عنه إهتمامه بالتربية والتعليم ويرفض الأعمال الجهادية لقناعته بأن المسلمين يحتاجون إلى العلم وأن مسلم جاهل أو مجاهد جاهل يضر بالاسلام أكثر مما يفيده (مرفق لكم افادة تؤكد هذه الحقيقة عن السيد محمد جمال خليفه وقد وردت هذه الإفادة فى مجلة الوسط العدد ١٥٦ الصادر فى ١٩٩٥/١/٢٣م)

١

Fax:6518491 - Telex: 606754 IGATHA SJ.

IIRO-003014

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



رابطة العالم الإسلامي
مكّة المكرّمة
هَيْئة الإغاثَة الإِسْلاميّة العَالميّة

الموضوع : ......................................................    الرقــم : .....................................................

............................................... :    التاريخ : ...............................................

–   بخصوص ما تردد فى وسائل الاعلام هناك بعض المعلومات تحتاج الى توضيح ، حيث ذكر أن أحد المتهمين عمل فى معهد الشافعى وأن هذا المعهد تابع لهيئة الإغاثة وأن المتهم عينه السيد محمد جمال خليفه ضمن برنامج الهيئة وأهتمامه بالدعوة . ويودى الإفادة أن هذه المعلومات غير صحيحة وربما وردت عن طريق الضغط على السيد خليفه وللتوضيح ارفق لمعاليكم ما يلى , :

١ – إفادة نائب مدير مكتب الهيئة سابقاً فى الفلبين الاستاذ زكريا الشيخ

٢ – إفادة المدير الحالى لمكتب الهيئة الاستاذ زهير عسيلان

٣ – تحقيق مجلة الوسط .

ويموجب الافادتين فإن الاستاذ محمد جمال خليفه لديه معهد خاص مهتم بالدعوة ويسمى المركز العالمى للعلاقات والمعلومات وانه بصفته مديراً لهذا المركز وليس بصفته مديراً لمكتب الهيئة استعان بالسيد عبدالله الحشايكه للعمل كداعية فى معهد الامام الشافعى لتخريج الدعاة التابع للمركز العالمى للعلاقات والمعلومات وهو ليس له أى علاقة بدار الامام الشافعى للأيتام التابع لهيئة ولكن نتيجة لتشابه الاسماء فقد يحدث بعض اللبس .

" .... مع ..... تحياتى "

المشرف العام

د. فريد ياسين قرشى

IIRO-003015

**Beyond Words**

Translation | Interpretation | Consulting

Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO-003014-003015

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us