# EXHIBIT 077

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570
ON SEPTEMBER 11, 2001       : (GBD)(SN)

- - -

APRIL 27, 2021
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

- - -

Remote Videotaped

Deposition, taken via Zoom, of JOHN

SIDEL, commencing at 7:02a.m., on the

above date, before Amanda

Maslynsky-Miller, Certified Realtime

Reporter and Notary Public in and for the

Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 38

Q.   Returning just for a moment to the qualifications section of your report, I think you mentioned that you spent some time in Indonesia in 1997 and 1998?

A.   Yes.

Q.   And during that period, did you have an opportunity to interview any members of Jemaah Islamiyah?

A.   Not to my knowledge, no.

Q.   And have you ever had an opportunity to interview any members of Jemaah Islamiyah?

A.   Not to my knowledge, no.

Q.   In Paragraph 22 of your report, you mention that you've conducted interviews with a wide range of individuals involved in the conflict in the Philippines, including senior members of the Moro Islamic Liberation Front.

Do you see that reference?

A.   Yes.

Q.   Who were those representatives of the Moro Islamic

Page 39

Liberation Front?

A.   Well, the one whom I remember best was a senior figure named Hadj Murad, whom I had a lavish buffet breakfast with at a fancy hotel in Manila. So he's the one who I remember. I'm not sure -- I can't remember other figures, although he was not alone at the time.

Q.   During what period was that?

A.   That was during the period when the ceasefire was in place and the negotiations were ongoing. But the -- it was between 2013 and 2016, I think.

Q.   And do you know when he became active in the Moro Islamic Liberation Front?

A.   No, I don't have his biographical details to hand or in my memory.

Q.   Did you discuss with him at all the activities of the Moro Islamic Liberation Front in the period before 9/11?

Page 40

A.   No.

Q.   Have you interviewed any members of the Moro Islamic Liberation Front concerning the organization's activities in the period before 9/11?

A.   No.

Q.   Professor Sidel, we've been talking about several organizations referenced in your report, and I'd like to just provide some context.

The first is the Abu Sayyaf Group. In your words, can you tell me what Abu Sayyaf Group is?

A.   The Abu Sayyaf Group is a term that refers to a small shadowy and seemingly ill-defined set of individuals based in the islands of Basilan and Sulu Provinces in the Sulu archipelago in the southern Philippines, individuals whose numbers, as a group, are said to have never exceeded a few hundred.

It's a group whose leadership and organization appears to be highly personalistic and ill-defined.

Page 41

It's a group very much enmeshed in local politics, in local power structures, including local police and, undoubtedly, connections to civilian officials, as well as military and intelligence officials.

And it's a group that, from its formation as such, or its identification as such in the early 1990s and onwards, has been engaged in kidnapping, extorsion, piracy, bank robberies, criminal activities and, at times, done so with an external profile that has drawn attention to its avowed connection to Islamic -- some kind of Islamic cause.

And I think -- why don't I leave it at that for the moment, because I think there's a great deal of ambiguity and a great deal of -- what's the word -- a tendency towards sensationalism and problematic assumptions about what this group might and might not be.

But I think that what I've

11 (Pages 38 to 41)

This Transcript Contains Confidential Material

Page 42

said so far is a good start.

Q.    Do you regard Abu Sayyaf to be a terrorist organization?

A.    It has undertaken terrorist activities, in terms of bombings, or at least bombings have been attributed to it or claimed by it.  It has undertaken beheadings of civilians.

And so I think to call it a terrorist organization is appropriate. But it's more than just that.  It is also a largely criminal organization that has engaged in episodic acts of criminality, and that eventually morphed into -- at least some of its members, into groups affiliated with the so-called Islamic State.

So I think a terrorist organization is a -- I would certainly think that that's appropriate to describe it in part.

Q.    And just to put a bit of a timeframe around the issue.

Do you believe that Abu

Page 43

Sayyaf Group's activities during the period before 9/11 qualify it as a terrorist organization during that period?

A.    Some of its activities, yeah.  I have -- I don't have to my mind the timeline.  But I think there were killings of missionaries.  There were -- I think some of the bombings preceded 9/11, although I -- I think it's more after 9/11 that that seems appropriate.

There's a period in which it kind of fades from view and apparent activity at some point in the late '90s as well.

Q.    Aside from killing of missionaries and possible bombings, are there any other activities of Abu Sayyaf Group during the period before 9/11, that you're aware of, that you would regard as terrorist in nature?

A.    At the moment, nothing springs to mind, other than bombings or killings of Christian missionaries.  No,

Page 44

I think it's mostly kidnappings for ransom.

Q.    And turning to Jemaah Islamiyah, do you regard Jemaah Islamiyah to be a terrorist organization?

MR. NASSAR:  Objection. Objection to the form.

What timeframe are you talking about, Sean?

BY MR. CARTER:

Q.    Well, during the period before 9/11, do you believe that Jemaah Islamiyah engaged in activities that would support its classification as a terrorist organization during that period?

A.    Yes, my understanding is that the individuals associated with this Jemaah Islamiyah network were responsible for the -- a series of bombings in the year 2000 in Indonesia, but also in Manila, that they were involved there. And these were civilian targets.

So that, to my mind, meets

Page 45

the definition of terrorism, the conventional understanding of terrorism, sure.

Q.    Within your report, you refer, on a number of occasions, to the concept of global jihad.

Do you recall those references?

A.    Yes.

Q.    And I believe that one of the key opinions you offer is that the activity of Abu Sayyaf and Jemaah Islamiyah during the period prior to 9/11 were focused on local causes and conditions and not part of any broader global jihadism.

Is that a fair characterization?

A.    Yes, I think so.

Q.    And just to put the issue in your own words, I believe you addressed this in Paragraph 80 of your report.

Sorry, I seem to have mislabeled the paragraph number.  I meant

12 (Pages 42 to 45)

This Transcript Contains Confidential Material

Page 98

Sayyaf did, in fact, create an urban guerrilla squad?

A.   No, I'm not sure that they did.  I don't recall guerrilla squads in Zamboanga City along those lines, armed guerrilla groups in Zamboanga City, no.

Q.   Was there a bombing on August 28th of that year involving a grenade being thrown at Fort Pilar?

A.   There may have -- well have been.  I assume that all of these things are being cited by Maria Ressa after they happened.

Q.   And then down in the next paragraph, it said, Later, other al-Qaeda operatives would help in the training of Abu Sayyaf.

And it refers to training in 1995 at camps run by Abu Sayyaf.

Again, do you have any information that would indicate to you that no such training happened?

A.   I have no specific information that contradicts this.

Page 99

What I do know, by contrast, is that the primary source of so much information in the public domain included -- including that disseminated by journalists, comes from a senior Philippine national police official, Rodolfo Mendoza, often cited as authoritative in these matters, who had also been implicated in, shall we say, sponsoring and protecting and benefiting from the kidnapping activity of a group, former New People's Army Marxists/Leninists/Maoists activists in metro Manila.

And it strikes me as, you know, worth noting that over the years, virtually all observers, commentators on the Abu Sayyaf, including former hostages, have noted considerable evidence of collusion and protection by Philippine government officials, not only local mayors and police chiefs and so forth, but also evidence of involvement and of pecuniary gain on the part of

Page 100

Philippine military and intelligence officials.

So what, overall, my -- you know, my suspicion stems from the picture that we're presenting here and elsewhere is something that emphasizes and exaggerates the extent of external support and linkage by, you know, in this context, seemingly exotic and extraneous external agents from the Middle East, at the expense of an understanding that the Abu Sayyaf Group was an operation run by elements within the Philippine government as part of a racket, as part of the institutional corruption of the Philippine national police and of local officials in a part of the country which is, you know, notorious for kidnapping, gangsterism, criminal activity and general insecurity of property and economic activity.

And so I just have a general sense of wariness about taking it at face value, as Maria Ressa seems to be doing

Page 101

here, this kind of -- this information, which seems likely to have been spoon-fed to her by the likes of Rodolfo Mendoza and others working for him.

That is -- that is my general level of suspicion about this.  And if you read the literature on the Abu Sayyaf Group by longtime observers, as well as by people who were held hostage by the Abu Sayyaf Group, and even the kinds of commentators who your experts cite, most notably Zachary Abuza, that they acknowledge this element and these sorts of questions explicitly time and again.

So I, you know -- if I had time to look at the footnotes here and to read the sources cited in the footnotes and to do further investigations, you know, I'm -- maybe new questions would open up for me.

But I just can't help but express my doubts on the basis of what I know through experience, personal

26 (Pages 98 to 101)

This Transcript Contains Confidential Material

Page 102

experience, as well as otherwise in the Philippines.

Q. All right. Well, one of the reasons that I'm focused on asking you questions about this is because it comes from a section of a book that you cite in your own expert report. And you refer to a range of pages, and these statements are included in the range of pages that you cite and rely upon.

A. Yes. And it appears that I have misnumbered the pages.

But if you -- if you look at my report, I'm, you know, somewhat, perhaps, pedantically concerned with the wording and phrasing of what I am saying and claiming to know in my analysis and also careful in citing sources relevant for specific, you know, bits and pieces of information.

There must be pages in here somewhere that are focused on the Bojinka plot. And the only reason why I cited Maria Ressa's book, which I otherwise

Page 103

would not regard as a credible picture of -- I mean, even if you go back in the video recording, you'll see that I winced looking at the cover of her book, the title of her book, the kind of sensationalization of the Seeds of Terror.

I was citing her as a source on the Bojinka plot for the simple reason that there are pages in this book, somewhere in there, which are the lengthiest available accounts of the Bojinka plot. That's the only reason I would cite her.

There are many better sources than Maria Ressa on Abu Sayyaf and so forth, which I don't see to be relevant to the Bojinka plot whatsoever.

Q. Okay. This is the chapter of Maria Ressa's book that deals with Bojinka. And the sections I've been pointing you to are part of her overall narrative of the circumstances leading up to Bojinka. So this is the relevant

Page 104

chapter of her book.

Turning for a moment, there's a reference there to Ramzi Yousef and Wali Khan Amin Shah.

Did you see that a moment ago?

A. Yes, I did.

Q. And who is Ramzi Yousef?

A. Ramzi Yousef was, what, the nephew of Khalid Sheikh Mohamed, a man crucially involved in the World Trade Center bombing and so forth.

Q. You're referring to the World Trade Center bombing of 1993, correct?

A. Uh-huh.

Q. And he was also a principal planner of the so-called Bojinka plots?

A. He was implicated in that, yes.

Q. And just so we're using the same terminology, I've seen commentators use the term "Bojinka" to refer to a collection of plots that were being

Page 105

developed by Yousef in the Philippines during that period; that included a plot to assassinate President Clinton, a plot to assassinate the Pope and a plot to detonate multiple aircraft in flight. And I've elsewhere seen people refer to Bojinka as just the plot to blow up multiple planes in flight.

Which -- when you use the term "Bojinka," which are you referring to?

A. I think I'm referring to the eleven airplanes plot. I think that's what seems to be -- my impression, if I remember, is that once the conspirators were discovered, that on their laptops and in interrogations these other plots were revealed.

So they could all be lumped together, as you're suggesting, or it could be referring to the 11 -- blow up the 11 airplanes plot more specifically. I don't know.

Q. Do you know whether Ramzi

27 (Pages 102 to 105)

This Transcript Contains Confidential Material

Page 110

Wali Khan Amin Shah that says that he was an associate of Osama bin Laden.

Does that refresh your recollection?

A. No. Turkmen? He's Turkmen? He's from Turkmenistan?

I thought this was -- the name that is in my memory is someone who is based in Malaysia. No?

Q. So you don't recall --

A. I'm clearly thinking of somebody else.

Q. You don't recall having come across information in your studies of the Bojinka plot that a bin Laden lieutenant, an al-Qaeda named Wali Khan Amin Shah worked with Ramzi Yousef and Khalid Sheikh Mohamed on the development of Bojinka?

A. All I remember is that there were names other than Ramzi Yousef and Khalid Sheikh Mohamed, that there were a few obscure individuals whose backgrounds and affiliations were not something I

Page 111

knew a great deal about. They were not Southeast Asians. It was not connected to the local organizations and groups and individuals otherwise under, you know, consideration here.

So I'm afraid that my knowledge and, you know -- no investigation of this guy's background. I did not do my homework on who this guy was.

MR. CARTER: If we could mark as the next exhibit the excerpts from the Michael Scheuer book that are at Folder 29.

- - -

(Whereupon, Exhibit Sidel-606, No Bates, Michael Scheuer, Osama bin Laden Excerpts, was marked for identification.)

- - -

BY MR. CARTER:

Q. Professor Sidel, do you know who Michael Scheuer is?

A. Wasn't Michael Scheuer a CIA

Page 112

analyst who then became a sort of public commentator on the radio and, clearly, has written on the issues?

Q. My understanding is that he was the head of the bin Laden desk at the CIA for a period of time.

Does that sound correct to you?

A. That sounds familiar.

Q. If we could just look at Page 91, I believe it is.

In the first paragraph up there on the right, it says, Wali Khan Amin Shah was bin Laden's advance man in places al-Qaeda was considering attacks, communicating by sending encoded messages via mail drops and fax machines.

In the Philippines, Khan worked with Ramzi Yousef, author of the 1993 World Trade Center bombing, to plan attacks on President Clinton and Pope John Paul II in Manila, develop plans for bombing U.S. airliners flying Pacific routes and assist Philippino Islamists to

Page 113

build training camps.

Do you see that?

A. Yes.

Q. Do you recall having come across information previously that Wali Khan Amin Shah was an advance man for bin Laden, who was sent to places where al-Qaeda was considering attacks?

A. A very, very dim recollection of his name.

Q. Given the information you've seen about his participation in the development of the Bojinka plot, would you agree that al-Qaeda had a role in the development of that plot?

MR. NASSAR: Objection.

THE WITNESS: In 1994, 1995 al-Qaeda's involved in -- it sounds kind of strange to me, considering the absence of evidence that I've otherwise heard of, that al-Qaeda is involved in something like this prior to 1998.

MR. NASSAR: Sean, I think

29 (Pages 110 to 113)

This Transcript Contains Confidential Material

Page 114

it's a little confusing, because you have a -- are you asking what Scheuer is saying based on this highlighted section, or are you asking what Professor Sidel --

MR. CARTER: Well, I showed the professor a statement in the 9/11 Commission Report that Wali Khan Amin Shah worked with Ramzi Yousef and Khalid Sheikh Mohamed in the Philippines on the development of the Bojinka plot.

I showed him an end note in the 9/11 Commission Report -- or, I'm sorry, a profile of Amin -- Wali Amin -- Wali Khan Amin Shah saying that he was a bin Laden associate. And I've now shown him a passage from Michael Scheuer's book that Amin Shah was an al-Qaeda advance man.

And based on all of that information, does he have a view on whether or not al-Qaeda had a

Page 115

participatory role in the Bojinka plot.

MR. NASSAR: Nothing you just cited, including what is up on the screen right now, states what you're asking.

So my question is, are you asking based on what's on the screen? Or are you asking, taking that down, do you believe that al-Qaeda had a role in the Bojinka plot? Because this statement right here does not state that.

MR. CARTER: Okay. Waleed, I think if you want to state an objection, you can.

But the plans for bombing U.S. airliners flying Pacific routes is a reference to Bojinka, and there was a statement I showed him in the 9/11 Commission Report making specific reference to Wali Khan Amin Shah's participation in the plot.

Page 116

So I'm asking, based on the stuff -- the information I've shown him today, does he have a view as to whether or not al-Qaeda had a hand in the Bojinka plot or not.

If the answer is no, that's fine.

THE WITNESS: I really don't know. I mean, there's -- my understanding was that Khalid Sheikh Mohamed was not a member of al-Qaeda, or Ramzi Yousef for that matter. I'm not a specialist on al-Qaeda and on the history, clearly. I only dimly remember Wali Khan Amin Shah and had mistaken him for a Malaysian -- someone with a similar name based in Malaysia working for Jemaah Islamiyah.

So I don't know what to say, really.

It seems strange to me,

Page 117

considering what we otherwise know about al-Qaeda and what its -- the periodization that the available secondary literature on al-Qaeda and expert accounts of al-Qaeda suggest.

It's 1998. It's by 1998 that al-Qaeda is developing an interest in attacking American targets. These sorts of plots sound very adventurous and very advanced and kind of outrageous in terms of their scope and ambition.

And for people to be engaged in this sort of planning at this time, it seems out of step with the broader narrative that we otherwise have about the development of al-Qaeda over the course of the 1990s.

But I'm -- you know, my expertise on these matters is not my primary expertise.

BY MR. CARTER:

30 (Pages 114 to 117)

This Transcript Contains Confidential Material

Page 138

Khalifa had established in the Philippines might be a resource to Wali Khan, Ramzi Yousef and Khalid Sheikh Mohamed?

A.   Well, from what I recall, the organizations, the activities of Jamal Khalifa were in the Southern Philippines, were in Marawi City, Zamboanga City, and other parts of the Southern Philippines far from metro Manila.

So they wouldn't appear to be of any relevance or help to people operating in Manila.  They would appear to be irrelevant.  I don't see the connection.

Q.   Do you know whether there were, in fact, contacts between Wali Shah and Khalifa during this time period that the plots were being developed?

A.   No.

Q.   You don't know one way or the other?

A.   If -- if I had information

Page 139

on this that I read months ago, it is not in my recollection.

Q.   And you -- as I understand your opinions, you question the accuracy of claims that al-Qaeda had any actual linkage to the Bojinka plot, correct?

A.   Well, what I'm -- what I'm questioning is something more than a string of individual connections between individuals who are sort of, you know, what we might call a network.  You know, it's sort of Six Degrees of Kevin Bacon as opposed to some kind of organizational command structure that -- you know, that could be identified here.

Q.   Well, I think I showed you some information indicating that Wali Shah was, in fact, a bin Laden lieutenant and advance man and was sent to the Philippines by bin Laden and that he then participated in the development of the Manila plot.

That's not Six Degrees of Kevin Bacon, is it?

Page 140

A.   No.  If that information is accurate, and I would -- I think you should refer to that question with more expertise -- appropriate expertise on the organization of al-Qaeda in its -- you know, its central operations rather than its activities or explorations in Southeast Asia, in terms of who this guy is and what he's operating as and for, on what kind of authority and so forth.

Q.   Well, you've offered opinions, Professor, about the Bojinka plot and its connection to al-Qaeda.  And Wali Shah was a principal participant in the development of the plot.

So I'm asking whether or not you considered his involvement in offering the opinion that you did not see evidence of al-Qaeda involvement in Bojinka.

A.   No, I just -- I find it very strange to think of this.  It doesn't fit within my understanding, my reading of available, you know, literature, analysis

Page 141

and narrative about the evolution of al-Qaeda as an organization, in terms of its objectives.  It doesn't fit within that.

And neither does the 1993 World Trade Center bombing, which, of course, is rightly not attributed to al-Qaeda, right?  So these earlier kinds of things, they don't fit within what we otherwise know and understand about Osama bin Laden and al-Qaeda's evolution as an organization.

So whether individuals affiliated with al-Qaeda in one way or another were involved in, you know, communications and coordination with other individuals engaged in exploratory plots that didn't end up taking place, I really don't know how to fit that into the bigger picture.

So it's -- it doesn't fit within the bigger picture that I'm familiar with.  It seems to contradict what otherwise is a kind of coherent

36 (Pages 138 to 141)

This Transcript Contains Confidential Material

---

Page 190

CERTIFICATE

I, Amanda Maslynsky-Miller, Certified Realtime Reporter, do hereby certify that prior to the commencement of the examination, JOHN SIDEL, was remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
Amanda Miller
Certified Realtime Reporter
Dated: May 12, 2021

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

---

Page 192

------
E R R A T A
------

PAGE  LINE  CHANGE - REASON

____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____

---

Page 191

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.
After doing so, please sign the errata sheet and date it.
You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.
It is imperative that you return the original errata sheet to the deposing attorney within sixty (60) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

---

Page 193

ACKNOWLEDGMENT OF DEPONENT

I,_____, do hereby certify that I have read the foregoing pages, 1 - 189, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
JOHN SIDEL            DATE

Subscribed and sworn
to before me this
_____ day of _____, 20____.

My commission expires:_____

_____
Notary Public

---

49 (Pages 190 to 193)

Dep. Date: April 27, 2021

<u>**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**</u>

ERRATA SHEET FOR THE TRANSCRIPT OF JOHN SIDEL

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|-----------|------------------------|----------------------|--------------|-------------------------------|
| | | | | |

Dep. Date: April 27, 2021

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF JOHN SIDEL

| | | | | |
|---|---|---|---|---|
| 27/9 | "Islamia Indonesia" | "Dewan Dakwah Islamiyah Indonesia with" | N/A | **Missing words** |
| 28/2-3 | "organization of the Islamic conference" | "Organization of the Islamic Conference" | N/A | **Capitalize to clarify the OIC's official organizational status** |
| 41/11 | "extorsion" | "extortion" | N/A | **Correct spelling** |
| 63/9 | "recognizance" | "reconnaissance" | N/A | **Correct word and meaning** |
| 87/4 | "intelligence" | "Bureau of Intelligence and Research" | N/A | **Full and accurate description** |
| 91/6 | "due to" | "through" | N/A | **More appropriate preposition** |
| 99/13 | "Marxists/Leninists/Maoists" | "Marxist-Leninist/Maoist" | N/A | **Grammar: adjective not plural noun** |
| 100/16 | "Philippine national police" | "Philippine National Police" | N/A | **Capitalize to clarify official organizational name** |
| 101/11 | "who" | "whom" | N/A | **Grammar** |
| 128/20 | "is" | "were" | N/A | **Verb tense and noun-verb agreement** |

Dep. Date: April 27, 2021

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF JOHN SIDEL

| 128/21 | "They're" | "They were" | N/A | Verb tense |
|---|---|---|---|---|
| 130/13-14 | "few thousand online gaming operators" | "few thousand Chinese online gaming operators" | N/A | Clarification: foreign identity relevant |
| 132/12 | "revolutions" | "revelations" | N/A | Correct word |
| 134/17 | "it's protection – it's capacity" | "its protection – its capacity" | N/A | Grammar |
| 163/17 | "Indonesia" | "Bahasa Indonesia" (the Indonesian language) | N/A | Clarification |
| 167/22 | "visionaries" | "intermediaries" | N/A | Correct word |
| 182/16 | "opposed" | "opposed to" | N/A | Grammar/clarity |