# EXHIBIT 078

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001


03-MDL-1570 (GBD) (SN)


EXPERT REPORT OF PROFESSOR OLIVIER ROY

## I.    SCOPE OF THIS EXPERT OPINION

I have been asked by counsel for the Muslim World League, the International Islamic Relief Organization and Drs. Naseef, Al-Obaid, Al-Turki and Basha to offer an expert opinion on the following:

(1)    The history and politics behind the Soviet invasion of Afghanistan and resultant anti-Soviet hostilities in the 1980s;

(2)    The nature and breadth of the United States' support of the anti-Soviet forces;

(3)    The emergence of the anti-Soviet Arab mujahidin movement headed by Abdullah Azzam and the birth of Mektab ul Khedamat (MK);

(4)    The founding of Al Qaeda and the nature of its offensive mission and methods, as compared to MK and Abdullah Azzam;

(5)    The fallout among the various groups and foreign fighters in Afghanistan after the defeat of the Soviet invasion;

(6)    The distinction between Salafism, Jihadism and Terrorism in the Afghanistan anti-Soviet milieu and beyond;

(7)    The emergence of the Taliban, their place in international affairs and their relationship with Al Qaeda ("AQ").

## II.    SUMMARY OF EXPERT OPINION

Based on my knowledge, firsthand experience, and drawing on my own extensive research, it is my expert opinion that:

(1)    The armed Jihad movement in Afghanistan against the Soviet invasion was supported by a large array of countries and charities. The US government had pledged to provide military support as early as 1980, and the US Congress passed many resolutions to raise the level of military supplies to the "Freedom Fighters," as President Reagan called the Afghan mujahidin. Hence, providing military and humanitarian support to the Afghan mujahidin was not equivalent to supporting terrorism.

(2)    The Afghan Jihad movement was exclusively concerned with fighting the Soviet invasion of Afghanistan. It was a defensive jihad; the mujahidin were never engaged in global jihad or terrorism.

1

(3) The MK organization was exclusively devoted to fighting against the Soviets; they never attacked or threatened Western interests. Hence, to support them was not "knowing" support for global jihad and/or terrorism against the West.

(4) Osama Ben Laden ("OBL" or "Ben Laden") was a marginal figure in the Afghan war; he was able to finance the fledgling Al Qaeda organization himself and did not require support from Saudi Arabia or the MWL/IIRO. He did not publicize his anti-US ideas before 1996 and did not engage in anti-US military activities before 1998. To have been in contact with him does not equal "knowing" support of his later global jihad or terrorism.

(5) OBL ultimately broke with the Saudi government in 1991, condemning its appeal to the US to send troops to repel Saddam Hussein' invasion of Kuwait. OBL was then forced into exile by the Saudi government, who started a crackdown on radical preachers and militants who condemned the close relationship between the Saudi Monarchy and the US. The Al Qaeda organization became openly anti-western and initiated a wave of terrorism only after 1996. Given the acrimony between Al Qaeda and Saudi Arabia, it defies both logical and the factual record that Saudi Arabia, or the organizations based in Saudi Arabia such as MWL and IIRO, supported Al Qaeda.

(6) Al Qaeda has always been a clandestine network of militants which has little or no connections with the Muslim religious establishment, Islamic charities or Arab governments. To stress personal connections between some people connected to OBL and others to Islamic charities is not establishing a shared project of global jihad or global terrorism.

(7) Jihad does not equate to terrorism. For example, in Afghanistan and Bosnia, the mujahidin were on the same side as the West. Jihad is not necessarily associated with Wahhabism and Salafism: Azzam and Ben Laden were not Salafis. Salafism does not necessarily support violence; to the contrary, a literalist and rigorous reading of Islam is not *per se* linked with violence. Most of the Salafis in the world avoid entering into politics or are aligned with pro-Western governments (in Egypt for instance). Hence, preaching a fundamentalist Islam is not setting up the ground for terrorist violence.

III.    QUALIFICATIONS

I am a French political scientist, presently, a part time Professor at the European University Institute (based in Florence, Italy). My first field of research was Afghanistan, and more precisely the war of resistance against the Soviet invasion, which I observed from the inside (1979-1989). I extended my field of research to radical Islam in the Middle East and Europe in a comparative perspective. My research has always been policy-oriented, based on my practical experience. For this reason, I became a part time consultant for the French Ministry of Foreign Affairs think-tank (CAPS) and spoke regularly at many other think-tanks (among others: Brookings, Rand, and Carnegie Endowment).

I have a background of extensive travels inside Afghanistan and research on this country during the last fifty years, starting in the summer of 1969, in parallel with an academic career. I have a PhD in Political Science and a diploma in Persian Language and Civilization.

During the first decade of these fifty years (1969-1978), when I was working in France as a school teacher, I travelled to Afghanistan as a backpacker, then as a tourist, then as a scholar. I travelled every summer, making use of the long French summer vacations, spending weeks inside Afghanistan, but also in Pakistan and Iran. I achieved a good knowledge of Persian, in the Iranian and Afghan versions, as well as an empirical knowledge of Afghan society, through my travels in the different parts of the country. I also started to study the important anthropological literature on Afghanistan. Returning to the Afghan countryside in August 1978, four months after the communist coup d'état of April 1978, I witnessed the endeavors of the government to impose drastic reforms to the traditional society in the province of Laghman. The following year, when I tried to go back to this province, the road was closed and littered with destroyed military vehicles.  When the Soviet army invaded the country in December 1979, it was clear to me that the country was facing a protracted war between the Soviet army and its Afghan communist allies against a new armed resistance.

The second decade (1979-1989) was entirely dedicated to the observation of the "Afghan war" against the Soviet Union.  I decided to work full time on the "mujahidin" armed movement, because it was the key to any long-term assessment of the geo-strategic balance of power between the West and the Soviet Bloc.  I decided to start academic research on the impact of a modern war on a traditional conservative Muslim society and the actors who could mobilize the population against the Soviets. That led me to study the role and impact of Islam in the war.

In 1980, I took four years leave from my teaching position and obtained a grant from an academic foundation related to the French Ministry of Defense (*Institut de Polémologie*) to work full time on Afghanistan. To study the resistance movements, the only way was to travel extensively inside Afghanistan with different groups of "mujahidin." My travels were on foot, horseback, camels and, more rarely, trucks. I travelled, of course, without an official visa and stayed months in in Peshawar, Pakistan waiting for opportunities to go inside Afghanistan, in

3

close contact with the mujahidin groups and all the "Afghan circus," that is the hundreds of journalists, humanitarian workers, diplomats, spies, soldiers of fortune and foreign volunteers who were staying in Peshawar waiting  for information or for a way to clandestinely cross the border.  From 1980 to 1989 (the year of the Soviet withdrawal), I spent 18 months inside Afghanistan (8 different trips covering most of the country) and about the same amount of time in Pakistan and Iran. In 1984, I was the first foreigner to meet the groups that would later constitute the Taliban movement in Arghandab valley and Kandahar area.

The rest of the time was devoted to writing articles, reports and my main book on Afghanistan ("*Islam and Resistance in Afghanistan*"[1]) while touring countries that had a stake in the war to meet policy makers, experts, intelligence officials and journalists (mainly the US and Great Britain, India, and China, but also Arab countries, Morocco, Tunisia, Saudi Arabia). To enter into contacts with the mujahidin (and to finance my trips), I worked as a "middleman" for different French NGO's (AICF, AMI, MSF). Negotiating the channeling of humanitarian help and, more importantly, the setting up of hospitals inside Afghanistan allowed me to meet the local "commanders," and to analyze the balance of power in the field, the interaction between militants and civil society and the cultural and religious tensions among Afghans. Traveling on foot or horseback is very slow and allows for lengthy conversations with very different people from high level commanders to rank and file fighters, ordinary farmers, mullahs or foreigners traveling for their own agenda. Among these foreigners were young jihadi volunteers (Arabs and Turks).

My book "*Islam and Resistance in Afghanistan*" was first published in French in 1985. It was immediately translated by the US FBI in order to be circulated among US diplomats, military and intelligence people (without copyright). I learned later that the KGB did the same. I became one of the best known experts on Afghanistan and was regularly invited to speak by different US institutions (US Congress, Pentagon-Under Secretary for Political Affairs, State Department, White House, intelligence community), not to speak of the foreign ministries of many other countries.

In France, I was recruited in 1984 as a part time consultant by the Policy Planning Staff (CAP) of the Ministry of Foreign Affairs. I was later recruited in 1985 as a full-time researcher by the French National Centre for Scientific Research (CNRS) on the basis of my book and subsequent writings in academic journals.

Because of my deep knowledge of the region and the various groups in the war, I was even involved in the debate about the level of weapons to be sent to the mujahidin. The Reagan administration was split between those who just wanted to check the Soviet advance (and were concerned by the risk of a spillover of the conflict into Pakistan) and the ones who wanted to "roll back" the Soviets by increasing the qualitative level of the weaponry sent to the Afghans:

---

[1] Cambridge University Press 1986.

the key question at stake was sending or not sending the Stinger anti-aircraft missiles. President Reagan and his close advisers decided to give Stingers to the "Freedom Fighters" as the mujahidin were known in the White House (1986). During my tours in the US, I argued that the issue was not so much what to give (although I was in favor of the Stingers) but to whom to give, and I started to campaign for a better selection of Afghan beneficiaries in the perspective of a Soviet withdrawal. In December 1987, I also had a lengthy meeting in Riyadh with Prince Turki Al Faisal (Intelligence Minister) concerning the need for a more careful political selection of the "good" Afghans. But the main concern for the Saudis was the Iranian threat, and for the Americans, it was the impact of the war on the Soviet Union. Neither Global Jihad nor global terrorism were seen as possible outcomes of the war.

The recognition of my expertise reached a peak when the UN recruited me in 1988 as a consultant (with a diplomatic UN passport) to organize the "*Mission Salam*" inside Afghanistan in order to facilitate the Soviet withdrawal. I was sent to Herat, through Iran, in December 1988 to negotiate with the local commanders a cease-fire both with the Soviets and among themselves to start to prepare for a post-conflict Afghanistan. The Soviet withdrawal of February 1989 went on without incident.

The third decade (1989-1998), which followed the Soviet withdrawal, saw an extension of my field of competence and recognition as an expert on Afghanistan and the region. First, some members of the team of the Soviet experts on Afghanistan, mainly associated with the Institute of Oriental Studies under the leadership of Vitaly Naumkin, invited me to the Soviet Union in the summer of 1990 to visit Central Asia. I met many Soviet experts who knew my work well and appreciated it; we managed some sort of a *post-hoc* sharing of expertise. In 1992, I was appointed Head of the OSCE[2] mission in Tajikistan by the Swedish presidency of the OSCE and spent one year in Tajikistan, closely following what was happening on the other side of the border. When in April 1992, the Northern Alliance regrouped the mujahidin from the North of Afghanistan and took Kabul, it took control of the Afghan embassies worldwide, which allowed me to open a close channel of communication with its leaders ("Commander" Masud, Abdullah Abdullah, Amr Saleh) from Paris and Dushanbe, Tajikistan. I became, in my capacity of Head of the OSCE mission, an observer in the negotiations between the Tajik opposition, which was then based in Afghanistan, and the ruling pro-Russian government in Dushanbe. The negotiations took place in Tehran and Islamabad which allowed me to follow the situation in Afghanistan and especially the takeover of most of the country by the Taliban between 1994 and 1996. In April 1999, I travelled from Dushanbe to the Panjshir valley (by helicopter) to meet Masud who provided me with information on the Taliban and the growing role of the foreign Arab volunteers. At the end of the 1990s, the UN asked me to become a consultant on

---

[2] OSCE is the *Organization for Security and Cooperation in Europe* established by the Helsinki Agreements of 1975 between the Western countries and the Soviet bloc to promote new forms of cooperation.

Afghanistan again. I worked closely with the special envoys Francesc Vendrell and Lakhdar Brahimi until 2002.

Starting the fourth decade, I was in Dushanbe (Tajikistan) on 9/9/2001 waiting for an appointment with Commander Masud, when I got news about his murder by an Al Qaeda terrorist on the same day. I learned about 9/11 in Dushanbe and saw how quickly the Afghans of Masud were on the ready, waiting for US liaison military officers who arrived in the next couple of days. After the fall of the Taliban, in April 2004, the General commanding ISAF in Kabul (General Py) requested that I become a political advisor for the international forces in Afghanistan. I went on a mission with ISAF in April, but I declined the position because I was pessimistic concerning the ability of the coalition to stabilize Afghanistan.

The fifth decade started in 2010, when the French government asked me to participate in an informal double-track diplomatic exercise in Chantilly, France between all Afghan forces (including the Taliban and the former communists). Although the negotiations were interrupted at the end of 2012, it was a good opportunity for me to meet the many actors I had known and to revisit the last thirty years.

I capitalized on my Afghan experience to explore the concept of Islamism, jihad and terrorism. I added new fields of research (Central Asia, Pakistan, Turkey and Iran) and from 9/11 onwards shifted my interest to the "home grown" terrorists from the West who would constitute the bulk of Al Qaeda and Daesh elite troops. I studied the phenomena of Islamic radicalization (both religious and political) on the whole geographic spectrum of militancy, from the Afghan Jihad to the suburbs of Paris, from Arab volunteers going to Afghanistan to the young Western-born jihadists involved in terrorist actions in the West. In fact, living in a French small town (Dreux) where about 30% of the population has a migrant background (essentially Muslim), I was in a good position, since my time as a school teacher to that of an expert of Islamic radicalization, to observe *in situ* the process of radicalization in the West of young Muslims and converts to Islam.

Finally, from 2000-2019, I supervised PhD theses, and I was able to build a good network of young researchers on Islamist radicalization, who speak the different relevant languages (Arabic, Turkish, Persian, and also Albanian). The consequence is that I am now at the head of an informal team, based at the European University Institute in Florence, of about twenty researchers who are working in the different fields (from Afghanistan to Tunisia, Turkey, Kosovo, Syria, Egypt, Jordan, Libya and Muslims in the West), and help me to extend my research and to connect the dots between the generations of Islamic radicals and the different Muslim religious schools of thought.

A complete list of my publications is included in my CV, attached as Exhibit A to this report. The materials I have considered in writing this report are also attached as Exhibit B. I am being compensated by LBKM for my time on this matter at a rate of $450 per work hour.

6

## IV.    __METHODOLOGY__

My approach is first empirical and pragmatic, based on recent history, factual chronology and field work. Religion is, of course, a factor, but a factor among others (anthropological and political). I do not start with theoretical premises (what is Jihadism, Salafism, terrorism?) but by a concrete approach of the actors: what are their backgrounds, trajectories, choices and interactions? Nobody is born a jihadist or a terrorist. To be a Muslim does not predispose anybody to become a terrorist. What makes an ordinary Muslim (not to speak of a convert) a Salafi, or a jihadi or a terrorist? What are the concrete relations between these three trends? There are millions of Salafis among Muslims, only some tens of thousands of jihadists until 9/11, and only some thousands of actual terrorists. Is there continuity between the three: is a terrorist first a Salafi? Is terrorism inherent to the concept of Jihad?

All these issues are usually dealt with through a theological, textual approach. What does the Coran really say? Does Salafism stress or limit the right to kill non-Muslims? Is there a real difference between greater Jihad (to strive for improving one's faith) and lesser Jihad (holy war)? Such a textual approach is legitimate from a theological or academic point of view; nevertheless, we carefully avoid it because there are as many interpretations as experts or self-declared experts. The issue is not to make a compilation of the literature that the radicals might or might not have read or listened to; the issue is not to track chains of contacts (a known terrorist was an acquaintance of somebody who was in touch with this or that mosque or Islamic association). It makes sense from a police perspective to throw a big net first and separate the big and the small fish later, but it does not help to understand the dynamic and momentum of radicalization. Proximity is not necessarily complicity. We should first look at what the would-be terrorists did and how they justify what they did. To analyze which kind of support they received, we cannot presuppose intentions if we don't look at the knowledge that the so-called supporters of jihadists had of the latter's actual behavior and future intentions.

My approach is based on recent history and factual chronology. There is a consensus that the resistance war against the Soviet invasion of Afghanistan has provided a matrix of radicalization that led to the birth and rise of a terrorist organization such as Al Qaeda. Therefore, we have to revisit this key period. At that time, the Afghans were seen as brave mujahidin fighting to free their country from foreign invasion and communism. The Reagan administration celebrated the struggle of "Freedom Fighters" against the Empire of Evil. Nevertheless, after 1998, Jihad was equated with terrorism. Was there then, in 1988, a misperception of the real face of jihadism? Were some elements of the Freedom Fighters self-concealed terrorists, or was terrorism neither an option nor an issue until after the Soviet withdrawal from Afghanistan? What could be known about the "true" essence of Abdallah Azzam or Ben Laden?  We conclude that the external actors that were supporting the mujahidin could not have predicted or shared the radical turn of Al Qaeda towards global terrorism (with the possible exception of a few radicals like the Egyptian

7

group led by Zawahiri), largely because Ben Laden himself had evolved during the 10 years between his entry into jihad and his declaration of war against the West (1987-1996). We should be careful about a retroactive reading of the Afghan Jihad. We thus intend to study the different phases, schisms and strategic changes among the jihadi galaxy, from the start of the Afghan war to 9/11.

My approach is also based on putting religion in its right place, not as an explain-all factor. Of course, the theological debate among Salafis and jihadists on the meaning of jihad, *takfir* (excommunication), martyrdom (*shohada*), religious duty (*fard*), permissible and non-permissible (*hallal* and  *haram*) etc. is important because various factions compete to obtain a religious legitimacy that could put them on an equal footing with or even above the traditional ulama. Given the number of volunteers looking to join any kind of jihad (the jihadi market was quite busy in the 1990s: Afghanistan, Bosnia, Chechnya, Yemen, Philippines, Kashmir), it was important for each movement to show that it was the best and more effective jihadi group. And to attract funding and humanitarian help, it was important to show credentials adapted to each potential donor.

But this debate on religion hides the fact that power and politics were also important drivers for radicalization, and that the thirst for power cannot be explained by a study of religious sources and influences. One should never forget that this quest of religious legitimacy is, first of all, a quest for hegemony in the field of action, which is simply a quest for power inside the Muslim *ummah* (community). This means that beyond the sometimes obscure theological debate, there are cleavages and polarization that are not directly connected to ideological or theological positions but could rely on personal ambition or ethnic and tribal divides.

Therefore, in parallel with a factual analysis, I used in my books an anthropological approach to explain political alignments and cleavages ("*Islam and Resistance*," "*Afghanistan Between Holy War and Civil War*," and "*The Failure of Political Islam*"), as well as a sociological and psychological approach to explain the fascination for fundamentalism, jihad and terrorism among the youth ("*Globalized Islam*," and "*Jihad and Death*").

To conclude, my approach is not an essentialist one, because the study of both the Coran and the History of the Muslim world is of little help to understand such a recent, contemporary phenomena: the global Islamic terrorism. I try to put the events and trends in a transversal comparative approach (for instance, the story of suicide bombings started simultaneously, in the 1980s, with the secular Tamil Tigers of Sri Lanka and the PKK, a Kurdish leftist movement).

## V.    EXPERT OPINIONS

### 1.    The History and Politics Behind the Soviet Invasion of Afghanistan and Resultant Anti-Soviet Hostilities in the 1980s.

Afghanistan, before the Soviet invasion, was a traditional, rural, conservative country, where ethnic, tribal and clan affiliations superseded any political or ideological commitments. Islam was deeply rooted in the population, although there was a huge array of different religious schools of thought. The majority of the population was Sunni, with a Shia minority (15%). Most of the Sunnis belonged to the traditional school called "Hanafi," while a more radical minority were struggling to enforce a more literalist and normative form of Islam: they belonged to a network of Indo-Pakistani religious schools (madrasa) which became more radical in the end of the nineteenth century in order to confront the cultural influence of the British colonizers. They fought both against Hanafism and against Sufism, which, although in decay, was still very much alive in Afghanistan. From an ethnic point of view, the dominant group were the Pashtuns, who inhabit the southern part of Afghanistan, the Tajiks (Persian speakers) who populated a huge part of the North and many cities, the Uzbeks, living close to the border with the USSR, and the Hazaras, living in the center of the country and who comprise the bulk of the Shia followers in Afghanistan.

Two radical movements appeared in the sixties among university students: the communists and the Islamists. The first were organized in the framework of the People Democratic Party of Afghanistan ("PDPA"). They wanted to make a revolution and transform Afghanistan into a "popular democracy" which meant a communist society. They were supported by the Soviet Union. Taking advantage of the fact that the Afghan army was equipped and trained by Soviet experts, the PDPA was able to infiltrate the corps of military officers and waged a bloody coup d'Etat in April 1978.[3]

An internal war was triggered first by the brutal communist coup d'Etat and murder of President Daoud and of most of the Presidential Guard. This was followed by a series of mass executions of members of the political and religious elites, and the implementation of sweeping "reforms" aimed at turning the country into a socialist state. This coup gave rise to a spontaneous and increasingly armed opposition in the countryside (Afghanistan was mostly a rural country) that threatened to overthrow the very unpopular communist regime. Consequently, on December 27, 1979, the Soviet regime sent the first batch of soldiers, which culminated later to 130,000, to Afghanistan to put in place a new communist leader (Babrak Karmal) and to crush the popular insurrection.

The Islamists, on the other hand, were not as well organized: it was more a network than a party, built around students of religion who were sent by the government to study in Egypt in the 1950s. It is, hence, a recent movement (the fifties) that found roots, like the communists, among

---

[3] Borders, William, "Coup Is Reported in Afghanistan," The New York Times (April 28, 1978). https://www.nytimes.com/1978/04/28/archives/coup-is-reported-in-afghanistan-rebels-say-they-killed-president.html

university students, who, like the communists too, were not able to root themselves in the rural society. They fought the growing influence of the communists in the army, which increased when King Zaher was ousted by his cousin, President Daoud, in 1973. But the Islamists did not succeed to rally the countryside against Daoud's new regime and, after a failed uprising in 1975, left for Pakistan, where they were hosted and trained by the secret services (ISI) as a tool to counter President Daoud's claim on the Pashtun-populated territory of Pakistan.

My studies of these two radical movements show that they are split mostly by ethnic affiliation, whatever their more or less radical ideology. The PDPA was divided between a *Khalq* faction, recruiting among southern tribal Pashtuns, and the *Parcham* faction, recruiting among Persian speaking urbanites. The Islamists were split between Tajiks (who joined Jamiat-i Islami of Rabbani) and Pashtuns (who joined the Hezb-i Islami of Gulbuddin Hekmatyar).

To conclude, in Afghanistan, clan, tribal and ethnic affiliations are more important than ideology or religious belief as shown by the reshuffling of affiliations after the fall of the communist regime: the Tajik and Uzbek PDPA members mostly rallied the Northern Alliance (which recruited mainly among those two ethnic groups), while the Pashtun members rallied either Hekmatyar or, a bit later, the Taliban.

### 2.    The Nature and Breadth of the United States' Support of the Anti-Soviet Forces.

The Afghan Jihad was, first of all, an anti-communist and anti-Soviet resistance movement and remained so all through the war. The decision to arm the "rebels" was taken from the beginning by the US government.[4] The invasion of Afghanistan, coming after the Soviet military intervention in Prague (1968), the communist revolution in Ethiopia (1974) later supported by Soviet and Cuban troops, the communist victory in Vietnam (1975) and the successes of leftist guerrilla movements in Central America (1979), not to mention the Iranian Revolution (that turned anti-Western, but not anti-Soviet), convinced the US government that the USSR was no longer respecting the Cold War balance of power and had decided to push for an expansion of communism in neutral or pro-western countries. The US reaction started under President Jimmy Carter: Zbigniew Brzezinski, the National Security Adviser, travelled to Peshawar (a Pakistani town close to the Afghan border, that would become the headquarters of most of the Afghans in exile) in January 1980, and pledged full support for the Afghan rebels, including  military

---

[4] Pear, Robert, "Arming Afghan Guerrillas: A Huge Effort Led by U.S." The New York Times (April 18, 1988).  https://www.nytimes.com/1988/04/18/world/arming-afghan-guerrillas-a-huge-effort-led-by-us.html

support.[5] This would be a constant US policy until the departure of the Soviet troops in February 1989 and even afterwards as the Soviet-backed government remained in power.[6]

The only major debate in Washington was not about whether to provide weapons to the Freedom Fighters, it was about the extent of the support to give them. In the first years, the weapons were mainly light Soviet-type weapons (AK47 machine-guns and mortars), which helped the rebels to resist but not to reverse the tide. The CIA and the State Department were reluctant to break the ceiling by offering US-made sophisticated weapons; they wanted to keep a "plausible deniability" concerning the US involvement inside Afghanistan and they feared that these weapons could fall into the hands of the Soviets. Based on my personal meetings from 1983 to 1992 with members of the Pentagon, DIA, CIA, and the State Department, some diplomats feared also that the Soviets, if under too much military pressure on the ground, could strike Pakistan, a US ally. At that time, there was no fear of radicalization of the Afghan mujahidin nor of any resultant blowback.

Arguing in favour of an increase in the military supplies, including ground-air missiles (the Stingers), a bi-partisan coalition was set up in Congress in 1983. Paul Tsongas introduced an "effective material support" Senate Concurrent Resolution 74, which called "to provide material support to help the Afghans to fight effectively, because it would be indefensible to provide the freedom fighters with only enough to fight and die but not enough to advance their cause of freedom." The resolution was massively approved and defined the Congressional view until the departure of the Soviets.[7]

President Reagan repeatedly lauded the "Freedom Fighters" all around the world. While Democrats and Republicans disagreed on the use of the term for Central American "contras" groups, they all considered the Afghan "mujahidin" to be Freedom Fighters, whatever the factions they belonged to. This total support was endorsed by President Reagan who finally gave the green light to provide Stingers in early 1986.  He declared in February 1986, in his State of the Union Message,[8] speaking of the Afghan Freedom Fighters, "You are not alone, Freedom Fighters. America will support you with moral and material assistance, your right not just to fight

---

[5] *See* the memorandum he wrote to President Carter, where he stated that "*it is essential that Afghanistani resistance continues. This means more money as well as arms shipments to the rebels, and some technical advice.*" https://sites.temple.edu/immerman/brezenski-memoranda-to-carter-on-soviet-intervention-in-afghanistan/

[6] Pear, Robert, "Arming Afghan Guerrillas: A Huge Effort Led by U.S."

[7] Resolution 74, introduced on October 1983 by Senator Paul Tsongas and approved by the Senate.

[8] https://www.archives.gov/legislative/features/sotu/reagan.html

and die for freedom, but to fight and win freedom."[9] We should not forget that President Reagan was in favour of renouncing the "containment" policy towards the USSR (the official US doctrine since the start of the Cold War) for a "roll-back" policy (which would contribute effectively to the fall of the USSR). In this perspective the Afghan Freedom Fighters played a big role in the fall of the USSR, and the Afghan war was seen as a big success for the US.[10]

The Afghan resistance movement was, from a political point of view, a very loose coalition of diverse groups, who differed mainly along ethnic and local lines. Loyalties went mainly to party leaders and local "warlords" more than to ideological programs. Most of the parties were rooted only in Afghanistan; others had connections with political-religious parties from the Middle East (Muslim Brothers). A loose coalition of "mujahidin" parties was set up in Peshawar to represent the resistance outside Afghanistan. Party leaders, as well as local warlords and commanders, were all trying to attract a direct military, financial or humanitarian help from any available sources. The US government, the Saudi government, the MWL and IIRO, as well as many European NGOs were pursuing a congruent and common objective: to make the Afghan resistance able to at least resist the Soviet invasion.

Given the divisions in the Afghan resistance, should some vetting or screening have been done among the beneficiaries of the US help? I can attest that for all the US officials I met from 1981 to 1989, the issue of "radicalisation" was never put forward nor was it even acknowledged. The only criteria to exclude a group were its possible closeness to a country opposed to the US (Iran) or its lack of combat competence. "Jihad" was a positive term during that time in Washington; resistance fighters were "mujahidin," meaning the ones performing Jihad.

The main issue in Washington at that time was to identify the best fighters, even if many of them would later come to be considered in the 1990s as "radicals." The US administration never took into consideration the issue of moderates versus radicals in terms of ideology, only of "efficient" versus "inefficient" mujahidin against the Soviets. To identify the good fighter from the not so good, the US government was reluctant to send Americans in the field; it worked closely with Pakistan and, to a lesser extent, with Saudi Arabia. The US government did not want to be involved in the future of Afghanistan; indeed, the CIA Afghan task force was dissolved as soon as the Soviet army left. The fact that the different Afghan movements and their Arab backers may have had their own agenda did not bother Washington, because the divergences among Afghan fighters concerned the nature of the State in Afghanistan, which was of little interest to Washington, not the issue of a global terrorism against the West, which was not yet on the

---

[9] For a summary of the debate on the delivery of weapons see *Arming Afghan Guerrillas: A Huge Effort Led by U.S.* Robert Pear.

[10] https://2001-2009.state.gov/r/pa/ho/time/rd/17741.htm

horizon.[11] The US government endorsed de facto the choices made by Pakistan, and to a lesser extent, Saudi Arabia, on whom to support among the mujahidin.

Still reeling from the US-bashing that swirled in the world during the Vietnam war of the previous decade, Washington was eager to build a coalition as large as possible against the Soviet invasion, involving not only governments but also public opinion. The first to come with humanitarian help were European organizations (e.g., Doctors Without Borders).  For the US, enlisting Islamic charities was seen as a great achievement, and the US was quite happy to see conservative Muslims turning against the USSR. This was easier because none of these radical groups and supporters were planning global Jihad, much less global terrorism. They dreamed of an "Islamic Afghanistan" and possibly liberating the Soviet Muslims in Central Asia. Their agenda simply was not a threat for the US.

In fact, all the supporters of the Afghan mujahidin movements shared the same view, under a different formulation: the objective was to boot the Soviets out of Afghanistan; for the US, it was to ensure a roll-back policy and defeat global communism; for the Muslims, it was to support a defensive jihad in order to liberate a Muslim land under aggression. Two formulations for one identical goal. The West contributed more military and humanitarian support for the mujahidin than all Muslim States and charities combined. As we shall see, there is no indication that any mujahidin group had a hidden agenda to attack the West, and even were that the case, there was no way to know it. Radicalization would take place later in the 1990s.

### 3.     The Emergence of the Anti-Soviet Mujahideen Movement and the Birth of Mektab ul Khedamat under the leadership of Abdallah Azzam.

#### 3.1     A popular resistance movement emerges

The Soviet army, not suited for counter-guerrilla warfare, used massive reprisals against civilian populations, including bombings and shelling of whole villages.[12] One of the worst tools was the

---

[11] In 1987 and 1988, I made several trips to Washington to try to convince the different agencies and institutions in charge of Afghanistan that the issue of who will be in charge in Kabul after the communist regime is important for the West. The general view of my interlocutors was that it is no more an issue for the US, and that Pakistan should be left in charge of supervising the transition in Afghanistan. The collapse of the Soviet Union reinforced this lack of concern: Afghanistan was no longer a stake for Washington.

[12] There are many reports about Soviet war crimes in Afghanistan, but it is often difficult to fact-check them because of the difficulties with going into the field. Fortunately, there are indisputable Russian sources, through the testimonies of Soviet veterans of the war. *See* for instance: Svetlana Alexievich, *Zinky Boys: Soviet Voices from the Afghanistan War*. W W Norton 1992 (ISBN 0-393-03415-1).

extensive use of land-mines.[13] I witnessed in 1980 and 1981 the use of "butterfly mines" a small khaki or green plastic container of explosives (the size of a hand) with two wings, spread from helicopters that wreaked havoc not on mujahidin (who learned to recognize them) but on children who mistook them for toys. Torture was common, as well as rapes (but rapes were little reported by the Afghan themselves to preserve the "honour" of the family). When I was based in Tajikistan in the early 1990s, I met local young scholars who were enlisted, as Soviet citizens, in the Soviet army to work as translators (from Russian to Tajik or Uzbek). They told me harrowing stories of torture scenes, where they were constrained to translate the "confessions" of the tortured.

The consequence was a quasi-general uprising in the whole country, except the city of Kabul. There was no centralised resistance movement, but a myriad of local "fronts" led by local leaders, while a loose coalition of seven parties was set up in Pakistan to represent the resistance. The various Afghan Islamist militants who were in exile in Pakistan came back to fight inside Afghanistan; nevertheless, they were able to attract the loyalty of the local population only if they went to their place of origin, where their family was known. As indicated earlier, local connections were (and are) more important than ideological references, which explains why often the distinction between "moderate" or "radical" does not make sense in analysing the situation.

The Afghan "Jihad" was, first of all, the resistance of a population against a foreign invasion army which perpetrated blind and indiscriminate atrocities. From the US to the Saudi government, many states and NGOs supported the whole array of what is known as the Afghan mujahidin movement, but were unable and unwilling to enter into details of who is who among the Afghan fighters, the difficulties owing to: an inability to be on the ground, the complexity of the affiliations, and the gap between discourses and real behaviours; moreover the fact that the explicit goal of the actors was just to expel the Russians from Afghanistan, their foreign supporters did not consider a possible spill over of the Afghan jihad into the rest of the world. All that made it difficult to assess the "radicalization" or even to think about what "radicalization" means. The issue of radicalization is a post hoc reconstruction of the history of the Afghan resistance.

The oft-repeated argument advanced by Plaintiffs is that among these mujahidin, some were already setting up a post-Afghanistan global offensive Jihad, targeting the US, and that the foreign states or organizations that supported them were intentionally and knowingly advancing the cause of offensive jihad and global terrorism. The accusation systematically associates Jihad, terrorism and fundamentalist (Salafi) preaching, but these are three different things. All Jihadis are not terrorists (as we saw, many were good US allies against communism), all jihadis are not

---

[13] Girardet, Edward, "Land mines: Soviets leave dangerous legacy behind in Afghanistan," The Christian Science Monitor (June 22, 1988). https://www.csmonitor.com/1988/0622/omine.html

Salafis, few Salafis are jihadists, and many Salafis have nothing against the West (the relations between the Saudi royal family and the US presidents, for example, have always been excellent).

The Jihad in Afghanistan was always defined by the mujahidin themselves as a "defensive Jihad," meaning resisting a foreign aggression on a Muslim population; it exclusively concerned Afghanistan. The mujahidin never even targeted the Soviet Union – for example, no bombs were ever placed in Moscow's metro, nor were civilians ever targeted in the Soviet Union, nor were Soviet embassies attacked in other countries – much less threatened the US, who was their ally. Terrorism (indiscriminate attacks on civil populations to undermine a government or a country) was never used nor advocated for, even against the Soviet Union, not to speak of the US. Even Afghan civilians on the communist side were not targeted as such by indiscriminate bombs attacks by any group of mujahidin.

Inside Afghanistan, the kind of religious fundamentalist views preached by some religious charities or preachers were not connected with a global strategy of undermining the West but as a campaign to purify Islam from foreign influences (communism as well as western culture) and to ensure salvation for the "good" or "born-again" Muslims. A call to reject modern Western culture is not a call to attack the United States. It is consequently irrelevant to notice that so and so advocated for Jihad or met somebody who would later become a terrorist. In the Soviet-Afghanistan period of the 1980s, Jihad was defensive and terrorism was not practiced by the resistance movement. The turn came later.

### 3.2   The Mektab ul Khedamat, Abdallah Azzam, and the foreign Arab volunteers

Now we will examine what is presented by Plaintiffs as the forerunners of global jihadism and terrorism. Mektab ul Khedamat (office of services), based in Peshawar, was founded in the early 1980s by Abdallah Azzam (a dissident Muslim Brother of Palestinian origin); the objective was to attract young Arab volunteers, train them and turn them into a military vanguard in the Afghan Jihad. This objective was not secret, and even favorably seen by the US:  Azzam got visas to tour the US in the late 1980s to further this goal.[14]

The great originality of Abdallah Azzam was to popularize among the Muslim youth who were in search for a cause new and more modern definition of Jihad. Since the early times of Islam, rulers and clerics have tried to specify and limit the definition of Jihad (not because they were moderate, but because they were pragmatic: Jihad should be under the control of the rulers and clerics to avoid its use by dissenters). In the tradition, Jihad is not a pillar of Islam (there are only five), it is a collective duty (meaning that it is enough if some of the believers join it), and is limited in time and space to a specific Muslim territory under attack. Moreover, only official

---

[14] Hegghammer, Thomas. *The Caravan: Abdullah Azzam and the Rise of Global Jihad,* Cambridge and New York: Cambridge University Press, 2020, pp. 248-249.

legitimate authorities could call for Jihad. Azzam squeezed this legal definition in order to make Jihad an element of youth mobilization: Jihad is compulsory for all individual Muslims as long as there is a Muslim territory under threat; it does not need to be authorized by any authority and is a religious duty because it is a form of devotion and purification, especially in a time when the purity of Islam is threatened by pagan and heretic cultures. But Azzam still considered Jihad as defensive warfare only: Jihad is a permanent duty only because the attacks against Muslim territories are permanent, not because one should convert or destroy the unbelievers by force and seek conquest of their territories.[15]

Moreover, Azzam never promoted terrorism; he called his followers to follow "Islamic law of warfare": no attack on civilians, women and children (except in the heat of a battle if they are intermingled with the enemy troops). He never promoted any kind of terrorism (suicide bombings or targeting specifically civilians, in or outside the Afghan territory). No bombings of civil targets, no attack on Russian embassies, and no assassination of communist personalities abroad took place during the Afghan war. It is necessary to make a comparison here with radical Palestinians and other groups (Abu Nidal, Carlos, etc.) who embarked in a string of terrorist attacks and assassinations in Europe at the same time. In the 1980s, suicide bombings had already been undertaken by (non-Muslim) Tamil Tigers in Sri Lanka and by Hezbollah militants in Lebanon. Abdallah Azzam never used such means.

Finally, Azzam was never a Salafi (he belonged to the more moderate Hanafi School of law). Moreover, he never engaged in preaching "good" (*i.e.*, Salafist) Islam to the Afghans: even if he could have been critical of the "folk" Islam practiced by the Afghan population, he urged his followers not to interfere with practices in Afghanistan.

Surely Azzam condemned the Western culture and influence but never advocated offensive jihad against the West. I can attest that the Arab volunteers under his command never attacked westerners in Afghanistan. I am still alive although I had many, more or less, tense encounters with these volunteers. The competition between Islamic charities and Western NGOs never turned into murders or terrorist attacks: the Arabs used to shame the Afghans for accepting Western help, while the Afghans blamed them for coming long after the Western NGOs. The Arab jihadists and humanitarian workers used to blame the "French doctors" for amputating too easily the wounded mujahidin, or for not respecting Islamic norms (like gender separation and norms of "decency"), but none of them was taken hostage or murdered.

Through Mektab ul Khedamat, Abdallah Azzam was trying to set up a large mujahidin front reaching out to the moderate Afghan commanders. After the failure to take the town of Jalalabad from the Afghan communist forces (spring 1989), Abdullah Azzam initiated a rapprochement with the moderate Afghan Commandant Ahmed Shah Masud, who was at odds with Gulbuddin

---

[15] He explains that in his book "*Defence of the Muslim Lands: The First Obligation after Faith*," 1979.

Hekmatyar (the most radical Afghan leader at that time). Masud was extremely upset by the interferences of Arab militants in Afghan politics and was looking for more active Western support despite the hostility of the CIA head of mission in Pakistan against him (Milton Bearden, who blamed Masud for having struck a temporary cease-fire deal with the local Soviet forces, which was true). This rapprochement may have played a role in Azzam's assassination in November 1989. The fact that after 30 years there is no clue about this assassination shows that Azzam was an independent mind and had as many enemies on the Islamic radical side as among the communists.

In conclusion, any external support for the Mektab ul Khedamat during Azzam's life time could not be considered as support for offensive Jihad against the West and global terrorism, because Azzam always promoted defensive Jihad only, rejected terrorism and had no program of action beyond Afghanistan (except for his wish to act to support Palestine). Furthermore, he was not involved in religious Salafi predication as he explicitly forbade the Arab volunteers to interfere with the Afghan traditional Hanafi forms of devotion.

### 4.    The Founding of Al Qaeda and the Nature of its Offensive Mission and Methods, as Distinct from Abdallah Azzam.

Before 1987, Ben Laden was known only as a logistician and financier for MK. Ben Laden was seen as a young pious rich Saudi who was mainly subsidizing, with his own money, the travels of Arab volunteers to fight in Afghanistan.[16] Being a member of a very rich family, he had no problem in finding the few hundreds of thousands of dollars to bring some hundreds of young volunteers to Peshawar, where they were hosted in "guest-houses" before being vetted to join training sites (situated then inside Pakistan in the tribal areas) and the front. Ben Laden was not supported by Islamic charities: he was a financial institution in himself. He self-financed his activities until 1992.[17]

It is important to note that Ben Laden was not a Salafi (his family was *shafe'i*, a more traditional and moderate school of thought), and did not involve himself in religious teaching or preaching, for which he lacked qualification. He wanted first to be seen as a fighter. This explains, beyond

---

[16] That was what I learned from people close to MK during my sojourns in Peshawar; inside Afghanistan, I never heard his name mentioned until 1988.

[17] This is even confirmed by Winer 4.3.

17

the fact that he did not need money, why he was not looking for support from Salafi organizations.[18]

Before 1987, he stayed in the shadow of Abdallah Azzam, but he started from 1987 onwards, to establish himself as a fighter, and to set up, in the framework of MK, his own personal networks; this would lead, of course, sooner or later to a confrontation with Azzam, but Azzam's early death allowed Ben Laden to play his own game while still claiming to be part of MK.

To achieve the status of a mujahidin fighter, Ben Laden entered into Afghanistan and participated in a small battle against the Soviets, who were unable to destroy his group. This battle, called the "Lion's Den battle" in May 1987 was presented by Ben Laden as a major battle under his direct command, although the fighting was perceived by the observers as one of the many local battles between the mujahidin and Soviet troops. However, he achieved the legitimacy he was looking for and started to train foreign volunteers inside Afghanistan. The "myth of the Lion's Den battle" and the fact that Ben Laden was training his people inside Afghanistan was an implicit criticism of the cautiousness of Azzam (whose training camps were in Pakistan). He started to use the term Al Qaeda (the base), which was a rather common reference to designate a place where fighters are holding the ground. In sum, Ben Laden wanted to avoid a break with Azzam (which would have been negatively perceived by the foreign volunteers), while managing his own networks.

In 1987, Ben Laden started to set up Al Qaeda (the base); the term was already used by Azzam, not in terms of an organization but in the sense of a liberated territory from which to conduct operations inside Afghanistan: the term did not have any connotation with global jihad or terrorism at this time. Ben Laden remained a member of MK, even if he developed his own organization, which at the beginning was no more than a small group of "brothers in arms." There was no manifesto issued with respect to AQ's anti-west goals (the first AQ declaration of so called "global jihad" was in 1996). Consequently, this radicalization went completely under the radar. In any event, Al Qaeda was not a big player in the Afghan political and military field. Moreover, Ben Laden endorsed the ill-fated decision taken in February 1989 by hardline mujahidin, prodded by the Pakistani intelligence services (ISI), to take the town of Jalalabad as soon as the Soviet troops were out of Afghanistan. The aim was to trigger the fall of the communist regime and to side-line the more moderate Afghan commanders. The battle turned into a fiasco and brought a blow to the prestige of Ben Laden. He lost many of his fighters as many were killed or disheartened.

---

[18] There has never been any religious figure rising from AQ. The volunteers who left the camps spoke about the intensity of the military training, never about religious indoctrination. A reliable source is Mustafa Hamid (a former AQ member who broke with Ben Laden in 1996) who is interviewed at length by Australian security experts: Mustafa Hamid and Leah Farrall, "The Arabs at War in Afghanistan" (Hurst, 2015), page 115.

The conclusion to be drawn is that at the end of 1989, Ben Laden was still a marginal figure in Peshawar; he had only a small circle of disciples. He was not making any reference to global jihad, much less, global terrorism, and on the contrary was focused on playing a key role in the siege of the city of Jalalabad after the Soviet withdrawal. The "radical" loose front of mujahidin groups who launched attacks against the Soviets had solely in view the fall of the communist regime and the setting up of an Islamic government in Afghanistan. The support OBL might have received from Arab circles was as the hero of Lion's Den, not as the precursor of any sort of global jihad, for which he had no credentials to show. The proof is that after the failure of the battle of Jalalabad (the communist army held their ground), he lost his popularity among the Arab supporters of the Afghan jihad and had to leave Pakistan, both under the pressure of the Pakistani and Saudi authorities, as well as in despair for losing his bet on becoming the hero of the battle of Jalalabad.[19]

5.      **The Fallout Among the Various Groups of Foreign Fighters in Afghanistan After the Defeat of the Soviet Invasion.**

The countries that were actively supporting the Afghan Jihad (the US, Saudi Arabia and Pakistan) started, after the failure of Jalalabad, to see the Arab volunteers as a liability and no longer as an asset. They had no concerns with the training camps as long as they seemed dedicated to train mujahidin against the Soviets, but such trainings made little sense after their departure. Moreover, we have testimony that the Pakistani and Saudi sponsors opposed training on explosive devices inside the camps (because such training was not relevant for fighting the Soviets, but could be used in domestic conflicts) and started to be uneasy about Al Qaeda camps.[20] The Pakistani ISI, which was the best and probably the only intelligence agency to really know what was going on in the Pashtun areas of Afghanistan, called for an expulsion of the Arabs from both Afghanistan and Pakistan. The influence of the Saudi government was so great on the Pakistani army and government that it is unthinkable that the disbanding of the Arab volunteers had been opposed by the Saudi government. Furthermore, we have no evidence that any Islamic charity opposed the closing of the camps. The departing Arab jihadists were perceived by the charities as veterans who should be helped because of what they did, and not because of what they could do later.

OBL, after the death of Abdallah Azzam (November 1989), claimed the leadership of Mektab ul Khedamat (against Abdallah Anas, who was the son in law of Abdallah Azzam and was far more moderate). But the organization lost its "raison d'être" after the departure of the Arab volunteers from Pakistan and Afghanistan. It was never officially dissolved but de facto disbanded. Many former members later became active in other jihads (such as in Bosnia from 1992), but no office

---

[19] Mustafa Hamid and Leah Farrall, "The Arabs at War in Afghanistan," page 157.

[20] As stated by Mustafa Hamid, the Saudis asked explicitly MK (of which OBL was a member) to avoid training foreigners on "explosives, politics and governance," page 138.

19

was opened under the name of MK in Bosnia and the successive jihads. Mektab ul Khedamat was an Afghan story.

Ben Laden moved back to Yemen and Saudi Arabia in 1990, while many volunteers went back to their own countries and started to set up radical and often armed groups against their own government (in this case, they "nationalized" jihad, as in Algeria, but still did not make it "global" - notwithstanding the partial exception of the Algerian GIA who struck in France, but not elsewhere).

It is clear that the Saudi authorities took measures to prevent the spillover of the Afghan jihad outside Afghanistan. The best example was the situation in Yemen. In 1990 OBL (whose family originated from South Yemen) endeavored to build a radical Islamist movement in Yemen: his first target was the socialist government of South Yemen (which was then independent from the North), he tried to find support from Islamists in North Yemen who were then supporting the government of Sana'a (the capital of the North).[21] He was in favor of a re-unification of Yemen under the control of Islamists, which de facto meant the control of the North, more populated, on the South. This ran exactly against the Saudi policy, which was opposed to the re-unification, fearing that a unified Yemen would become a challenge for the Saudi hegemony on the Arab peninsula. Consequently, the Saudi monarchy opposed the government of the North (although it was supposed to be more "Islamic") and supported … the socialist government of the South. The Saudi policy is not driven by religious or ideological considerations but by a "real-politik" based on what the monarchy saw as the best interests of the Kingdom.

Moreover, this first endeavor to launch in Yemen a jihadi movement outside Afghanistan was opposed by both the Yemeni Islamists and Salafis. The Islamist leader of the north (Abdel Majid Al Zindani), although himself a veteran of the Afghan war, rejected OBL's call for jihad.[22] The Yemeni Islamists (Muslim Brothers) chose to participate in a coalition government including the Southern socialists, a move which antagonized OBL and shows how the Islamists disassociated themselves from jihad, as early as 1990. OBL was not more successful with the Yemeni Salafists. The leading Salafi Sheykh (Muqbil al Wadi'i) condemned the call of OBL for an armed jihad. This fierce rejection of OBL's global jihad by the Salafis has been reiterated constantly to this day. Writing in 1996 about jihadi bombings in Saudi Arabia, Sheykh Muqbil condemned those who deliver fatwa without proper religious knowledge and who prefer to buy guns than to build mosques.[23]

---

[21] *See* François Burgat and Muhammad Sbitli, "Les Salafis au Yémen ou. . . la Modernisation malgré tout," Chroniques Yéménites 10 (2002), 51, https://journals.openedition.org/cy/137

[22] Idem.

[23] Muqbil al-Wadi'i, *Tuhfat al-mujib 'ala as'ilat al-hadir wa'l-gharib*, chapter entitled "man wara' tafjir fi ard al-haramayn?" http://www.muqbel.net/files.php?file_id=5&item_index=15.

20

OBL was thus isolated in his first endeavor to launch a new jihad. The relations between OBL and the Saudi monarchy started to sour as soon as 1990, due to their totally divergent views on Yemen. OBL was still able to travel to Saudi Arabia in 1990, because, despite his activities in Yemen, he was not yet organizing a global jihadi movement. The Saudis initially saw him as just a veteran back home who could resume a normal life. It has been a constant policy of the Saudi government until King Abdallah – who died in 2015 – to bring back and "re-educate" its "lost sons" who made the wrong choice: this has nothing to do with an endorsement of radical positions, but on the contrary as a technique of "counter-radicalization" according to the tribal customs of the Kingdom. Nevertheless, the simmering tensions on Yemen between OBL and the Saudis gave way to an open rupture in less than one year.

The turning point was the Iraqi invasion of Kuwait in August 1990. There are many reports that Ben Laden requested a meeting with King Fahd and proposed that he would set up an "Islamic legion" to repel Saddam Hussein; according to some reports the King just laughed and OBL felt humiliated. His decision to turn towards a global offensive jihad and to treat the Saudi regime as a stooge of the Americans started from the Gulf War: he dreamed of forcing US forces out of the Middle East. [24] His relations soured irreparably with the Saudi monarchy[25] and he settled in Sudan (1992-1996) with a handful of followers. The Saudi government deprived him of his citizenship and interrupted his financial support from his family and Saudi friends, proving that they distrusted him. In fact, before 1990 the Saudis were not aware of any project of global jihad. When they got the proposal of Ben Laden to support this kind of jihad by calling for an international Islamic army to fight Saddam Hussein, they immediately rejected the proposal. Soon thereafter, Saudi Arabia started a crackdown on global Jihadists and radical Wahhabi clerics who had condemned the call to the US troops (*e.g.*, arrest and accusation of Sheikh Salman Al Awdah in 1994)[26]. The choice of the Saudi government to call in American troops was a clear choice between global jihad and a close alliance with the US.

Nevertheless, even after the break with the Saudis, Ben Laden was not directly involved in any international terrorist activities prior to 1996. The WTC terrorist attack in 1993 was done by a different network. By the same token, the jihadists who went to Bosnia and Chechnya in the early 1990s were not affiliated with AQ. The same is true for the first Western "home grown" terrorist, Khaled Kelkal (Lyon, France 1985), who inaugurated twenty-five years of global terrorism in Europe. It is only when OBL could set up a new training camp in Afghanistan (winter 1996) that he was able to begin to implement his own ambitious strategy of global jihad, where terrorism was not just a tactical mean but the central tool of action.

---

[24] "Hamid, "Arabs at War in Afghanistan," page 168

[25] Idem, page 175.

[26] Lacroix, Stephane, "Awakening Islam: The Politics of Religious Dissent in Contemporary Saudi Arabia." Cambridge, MA: Harvard University Press, 2011, pp. 204f.

In May 1996, OBL went back to Afghanistan. He settled in the province in Nangrahar, which was under the control of an opponent to the Taliban, Yunus Khales, who had good relations with the US – he was part of the mujahidin coalition government recognized by the US administration – and his main military commander was his nephew, Abdul Haqq. But some months after his arrival, the Taliban took Nangrahar province and OBL met Mullah Omar and struck a deal with him. That was the real starting point of Al Qaeda as an international terrorist organization. He constructed training camps and attracted volunteers and money, even though the Taliban had asked him not to act outside Afghanistan.

To summarize, it is clear that the foreign organizations and individuals, who had contact with Ben Laden before 1991, did not willingly or knowingly support a global militant project beyond the Afghan jihad.[27] As far as Saudi Arabia is concerned,  it supported the war effort of the mujahidin in Afghanistan against the Soviets and the communist government with the full endorsement of the US. The Saudis were always reluctant to see the training camps used for any purposes other than fighting the Soviets. When MK opened the Sadda training camp in 1986 in Pakistan, the Saudis adamantly forbade MK to train people in explosives and to speak about politics.[28]

Both the US and Saudi Arabia supported radical Sunni groups only to the extent that they were fighting the Soviet army and could be an asset in containing Shia Iran. The Saudis withdrew their support when they understood that certain of these groups opposed the Saudi close ties with the US. Saudi Arabia strongly resented the anti-US shift of some of these groups, starting with AQ, after the request for US troops in the wake of the Iraqi invasion of Kuwait. In 1991, the Saudi monarchy decisively broke with OBL. When the shift of OBL towards global jihad and terrorism became obvious, the Saudi government, as we saw, started in 1994 a crackdown on religious figures that could give some religious justification for global Jihad (*e.g.*, the arrest of Sheikh Awdah). The head of the Saudi Wahhabi clergy, Sheikh Ben Baz, issued a fatwa (legal advice) in defense of the call to the US troops against Saddam Hussein. [29] This started an exchange of reciprocal "excommunications" between Ben Baz and Ben Laden which went on until the death of the former in 1999: Bin Baz always condemned the turn of Ben Laden into terrorism. [30] The Wahhabi clergy was at the same time criticizing Western culture and calling Western troops to

---

[27] Confirmed by Winer 7.2.1.

[28] Hamid, p. 138, 141. The Saudis feared that the training could be used in Israel/ Palestine, while their policy was more to find a modus vivendi with Israel.

[29] He declared that the war against Saddam was a jihad and that it is permissible to call non-Muslims (which in the context means the US) in support of it: https://www.nytimes.com/1991/01/20/world/war-in-the-gulf-muslims-saudis-decree-holy-war-on-hussein.html

[30] "Clarification of the Truth in Light of Terrorism, Hijackings & Suicide Bombings," Birmingham, Salafi publication, October 2001.

fight the enemies of the Kingdom: both views were seen as defending the specific characteristics and security of the Saudi kingdom.

### 6.    The Distinction Between Salafism, Jihadism, and Terrorism in the Afghanistan Anti-Soviet Milieu and Beyond.

#### 6.1    Overview

As a general matter, Salafism is a normative, puritan and fundamentalist school of Islam, which has always existed under different names or forms. Wahhabism is considered a sub-set of Salafism, founded by Ibn Wahhab at the end of the eighteenth century in what is now Saudi Arabia; he allied himself with the Saud clan, who later created modern Saudi Arabia. Salafism is particularly concerned with the "deviations" of Islam, either through the practices of the Muslims themselves (Sufism), or through external influence (syncretism). It rejects innovation (*bida'a*) and believes in the literal meaning of the Coran. The central concept is *Tohid* (unicity of God). Salafism advises the believer to keep aloof from non-Muslims or bad Muslims. But if Salafism is strongly opposed to the Western culture, it is nevertheless very permeable to it, precisely because it does not promote any Arab culture, and adopts very easily Western technology, architecture and modes of consumption

Does Salafism promote offensive jihad against the West and violence against non-believers? What is the relationship between the Saudi monarchy and Wahhabism? We will not enter into a theological debate but will focus on the concrete attitudes of the Saudi sponsored Salafi groups during the last forty years.

The argument is often brought forward that Salafism encourages violence against non-believers. This view is incorrect. Even if Salafism encourages the believer to abstain from socializing with non-Muslims or bad Muslims, promotes punishment for Muslims who don't abide with the religious obligations and instils a sense of inclusive brotherhood among true Muslims who keep aloof of the rest of the world, it does not encourage indiscriminate violence against the "others" and strictly codifies any recourse to violence. If the primary focus of Salafism is a strict respect for religious norms, the secondary focus is to avoid "*fitna*," which means "secession" due to conflict among believers. They stress the concept of *Tohid* (unicity of God) which entails unicity of the community of believers. To avoid *fitna*, they promote obedience to the ruler and rejection of politics. This explains their alliance with the Saudi monarchy (although there is no King in Islam), and later with the supposedly secular authoritarian regime of Marshal Sissi in Egypt and with the General Haftar in Libya.

#### 6.2    The Wahhabi, the Saudi monarchy and jihad

Jihad is not an important component of the Wahhabi/Salafi school of thought because their priority is to ensure loyalty to the ruler and to avoid *fitna* (civil war) among Muslims. The danger to proclaim jihad is that it could backfire against the ruler as it happened at least twice in the

recent history of the monarchy: the rebellion of the Ikhwan in the late 1920s (a radical militia that has helped, since 1912, the Saudi monarch to establish its kingdom, but turned against it later) and the taking of the great mosque of Makkah by a radical sect in 1979. For the Saudis, the rejection of Jihad is clearly associated with the very survival of the monarchy, because too many people can take jihad in their own hands against the monarchy.

The Saudi monarchy has always called upon western troops when confronted with a threat. The Ikhwan were crushed with the help of the British, the Makkah coup in 1979 was crushed with the help of the French, as was the Iraqi annexation of Kuwait in 1991 with the help of the Americans. These tragic events convinced the monarchy to make a deal with the main stream Wahhabis: in exchange for the control of the civil society (through the courts and the religious police), the clergy is prohibited from interfering with politics (succession in the monarchy), foreign affairs and security affairs. The Wahhabi clergy forbade any revolt against the ruler (even if the ruler is not a Muslim). It advocated a very classical definition of Jihad; jihad is only defensive (if a Muslim territory is under attack), it is a collective and not an individual duty, one should obey the ruler, who is the only one who can call for jihad (a call that the Saudi monarchy never made itself). They reject anything that could trigger *fitna,* that is infighting among Muslims, so they reject any call to fight the existing regimes even if they behave quite badly.

This model of political quietism and submission to governmental authority is in total conflict with the Muslim Brothers' model (the Amir should be the best Muslim chosen by his peers), with Abdallah Azzam's definition of Jihad (Jihad is a permanent individual duty) and certainly with that of Ben Laden (jihad is global and offensive, innocent civilians might be killed outside the battle field and bad rulers, even when Muslim, should be toppled by force). In fact, there has been, from the beginning of the "Afghan Jihad," a clear disagreement between the Wahhabi clerics and Abdullah Azzam on the concept of Jihad. Of course, the Wahhabis declared their support for the Afghan Jihad against the Soviets (as the US government did by calling them Freedom Fighters). Sheikh Ben Baz, the highest Saudi Wahhabi authority, while praising Azzam for defending Afghanistan against the Soviets, never endorsed the concept of "*fard al 'ayn*" meaning that jihad is an individual religious obligation. He always stuck to the notion of "defensive jihad," he condemned suicide bombers, and he gave a fatwa authorizing the Saudi monarchy to call the US armed forces onto Saudi territory (that was the break with Ben Laden, who strongly condemned the fatwa).[31]

The Wahhabi endorsement of Jihad in Afghanistan was done under the concept of defensive jihad; once this goal was achieved (by the departure of the Soviet troops), the Wahhabi clergy stopped  speaking of the Afghan jihad and never pushed for  passage to the global jihad (the proof is the religious approval of the call to the US forces in Saudi Arabia in 1990). The Saudi

---

[31] Miller, Judith, "War in the Gulf: Muslims; Saudis Decree Holy War on Hussein," The New York Times (January 20, 1991). https://www.nytimes.com/1991/01/20/world/war-in-the-gulf-muslims-saudis-decree-holy-war-on-hussein.html

government ordered a crackdown on the opponents to the alliance with the US (jailing of Sheikhs Al Awdah and Al Hawali in 1994) and refused to receive OBL on Saudi territory after 1992, because of the opposition of OBL to the presence of US troops. The support of the Saudi monarchy and of the Wahhabi clergy for the Afghan jihad was never an endorsement of the radical views expressed later by Ben Laden. Indeed, they directly opposed those views.

### 6.3     Salafism is not just a product of Saudi Arabia

A common idea is that global Salafism is sponsored by Saudi Arabia. It is true that Saudi Arabia has financed many mainstream Salafi institutions and mosques. But in Afghanistan, Salafism, under other names, predated the Saudi influence which started after the Soviet invasion of Afghanistan. These indigenous movements rose as a protest against the British cultural domination in the nineteenth century. The British, in colonial India, dubbed "Wahhabi" as a derogatory term for any kind of Muslim reformers coming back from Mecca with an agenda of purifying Islam from both colonial and Hindu influence. But in the nineteenth and early twentieth centuries, Mecca was not in the hands of the Saud family and of the real Wahhabi clerics. It was under the religious influence of the Shafe'i school of thought and the political control of the Ottoman Empire. The so called Wahhabis of British India never used this term to qualify themselves, but they contributed to rooting an indigenous tradition of Islamic fundamentalism that had no connections with the Saud family.

We can examine the *Panj Piri* School from the Ahl-i Hadith movement, which was very influential in Pakistan and Eastern Afghanistan in the mid-twentieth century. The influence of this kind of Salafism was based on a network of madrasa (religious schools) based in Pakistan, where many Afghan clerics were trained before returning to Afghanistan. Consequently, what we designate now under the general name of "Salafism" made a breakthrough inside Afghanistan long before the Soviet invasion and before Saudi engagement in favor of the resistance: this spread was linked with a crisis of traditional religiosity and a deculturation of religion, not with the financial support from other countries (a phenomena close to the spread of Protestant evangelism in countries like Nigeria and Brazil). In particular, in the greater Middle East, there is a correlation between the crisis of the tribal structures and culture and the rooting of Salafism in tribal areas.[32]

But this indigenous brand of Salafism, while participating to the anti-Soviet Jihad, remained quite aloof from MK, not to speak of OBL. They were mainly concerned with imposing on the Afghans what they consider as "true Islam." What would be known at the end of the 1990s as "Salafi-jihadism," which means Salafis considering that Jihad is a personal religious duty, did not exist in the 1980s, and to suggest that it did is an anachronism. We should be careful not to make such retro-active incriminations.

---

[32] *See* Virginie Colombier, Olivier Roy, "*Tribes and Global Jihad,*" (Oxford UP 2018).

### 6.4    Jihadists are not necessarily Salafists

A very common idea is that jihadists are first Salafists who then turned to jihadism ("salafo-jihadists"). It is true that some Salafis became jihadists, but most jihadists and terrorists have never been real Salafis (Abdallah Azzam and Ben Laden were not Salafis). In fact, a study of the trajectory of many jihadists and terrorists shows that their radicalization seldom stemmed from years of study in Salafi religious schools. Many of them have no real religious knowledge and are self-taught "Salafis" relying on debates with peers in the framework of a small group of friends (like the leading team of 9/11 terrorists) and more recently through the Internet. [33]

Abdallah Azzam was never a Wahhabi (he was a dissident Muslim Brother of the Said Qotb school of thought) and he forbade the Arab volunteers to impose the Salafi creed on the Afghans (who are either Hanafi or Shia); during my trips in Afghanistan, I heard about many incidents between Arab volunteers and the local population, but MK never endorsed these wild predications against local religious traditions.

More interestingly, Ben Laden never cared about *da'wa* (predication) to non-Muslims, although he was very welcoming to converts and did trust them (the American citizen Adam Gadahn is a good example); he was probably a nominal Wahhabi because that is the only recognized branch of Islam in Saudi Arabia, but his father was a *shafe'i* (a far more liberal trend). By the same token, Ramzy Yusuf (WTC bombing in 1993) has never been Salafi.

### 6.5    Conclusion

The role of Salafism and so-called Salafist organizations as "pushers" towards radicalization has been exaggerated: the percentage of violent radicals compared to the number of Salafis in the world is very low,[34] and many radicals have no Salafi background. There is no such thing as the exportation from Saudi Arabia, directly or through charities or institutions like the MWL, of a strategy to promote an offensive jihad against the West with the aim of subjugating or destroying Christendom. Predication and proselytism are not *per se* wrong, just as Christian proselytizing by evangelicals or Catholics is not *per se* wrong, even if the Salafi vision of Islam hurts traditional forms of conviviality. The extension of Salafism has also local roots, and Salafism in itself, although obsessed by avoiding western influence, is not hinged on a political project, because it

---

[33] Olivier Roy, "*Jihad and Death*," Oxford University Press, 2019.

[34] In Saudi Arabia, where the majority of the population (22 million) is supposed to be Wahhabi, we only have some thousands of radical jihadists, although they have high visibility (as in 9/11 for instance).

usually avoids politics and advocates loyalty to the ruler, even if he is not a good Muslim according to the Salafi tenets. [35]

### 7.    The Emergence of the Taliban, Their Place in International Affairs, and Their Relationship with Al Qaeda.

My first encounter with the precursors to the Taliban was in August 1984, when I travelled (on foot) from the vicinity of Ghazni to Kandahar. The main axes and the cities were occupied by the Soviet troops, but most of the countryside was in the hands of the mujahidin. There was no unified resistance but a patchwork of armed "fronts" controlling a usually modest territory and loosely connected to one the seven Sunni parties established in Peshawar (Pakistan). To my surprise, when I entered from the north through the valley of Arghandab, I was met by a very different kind of mujahidin, who called themselves *jebhe-ye Taliban* (the military front of the Taliban). Taliban means "students in Islamic religion," because they all were former students in religion, belonging to networks of fundamentalist religious schools (madrasa), connected with Pakistan (not Saudi Arabia). They left the cities, set up military units and turned their schools situated in the countryside into defensive bunkers with anti-aircraft heavy machine guns.

They, at that time, did not set up one independent organization (this would happen 10 years later), but they were keeping a close cooperation and solidarity between themselves.  This network extends along the Arghandab valley to the oasis of Panjwai, south of the town of Kandahar. I travelled from madrasa to madrasa until Panjwai. A Soviet military offensive took place when I was there, and the Panjwai Taliban madrasa refused to take responsibility for my life; fortunately, I found a more secular group with whom I spent the four days of the attack. This madrasa, I learned ten years later, was that of Mullah Omar, who was at the time a student, among others. I also witnessed something that would become a real problem after the Soviet withdrawal: many local armed mujahidin groups (including the one who hosted me) were starting to demand ransom or extortion from the local population. Exactly ten years later (1994), the Taliban movement started its rise when Mullah Omar killed Daro Khan, the head of the group who hosted me and who had turned into a fearsome highway robber. After this first encounter, I closely followed the evolution of the Taliban. I was in Pakistan in the fall of 1994 when they launched their conquest of Afghanistan, and, in 2010 and 2011, I met their representatives at the informal inter-Afghan discussion held in Chantilly, France.

### 7.1    Who are the Taliban?

The Taliban are the product of a network of rural madrasa set up in the Pashtun tribal areas of Afghanistan. They are not Salafis but very conservative Sunni Hanafi; they even had close connection with Sufi orders, in particular Naqshbandi, although this Sufi tradition is no longer

---

[35] Look at the allegiance of Egyptian Salafis to General Sissi and of Libyan Salafis to General Haftar in today's politics, both strongly supported by the West.

alive among the new generation of Taliban. Their school of thought originated from the most fundamentalist madrasa in Pakistan where their professors were trained before the war. This madrasa worked also as a boarding school for young people of modest origin. After the Soviet invasion, many of these youth spent a part of the year studying in the sister-madrasa in Pakistan and the other part of the year fighting the Soviet troops from the bunker-turned madrasa in Afghanistan. In Pakistan, they came under the influence of a more "Salafi" trend of Islam.

The Taliban are almost all from the Pashtun ethnic group with a tribal background. Their success rose from two elements. First, the extension of lawlessness and the inability of any government in Kabul to rein in the power and abuses of the local commanders and "war-lords" made attractive their claim to implement sharia for all. Second, the "nationalist" frustration of the Pashtuns, who founded Afghanistan in the eighteenth century but saw the rise and empowerment of the other ethnic groups (Tajiks, Uzbeks and Hazaras) in the course of the war of resistance, culminating with their conquest of Kabul in 1992, allowing the Taliban to appear as the "revenge of the Pashtuns."

The Taliban were successful on both agendas with a simple claim: implementing sharia allows the restoration of order and the bypassing of tribal and ethnic divides. They effectively curbed the highway robbers (through harsh punishments) and succeeded in uniting at least the Pashtun tribes (but failed to get the support of the other ethnic groups). Although they never put forward Pashtun nationalism, their Pashtun identity was obvious for all Afghans.

The Taliban have never identified with global jihad or terrorism. Their goal was to turn the country of Afghanistan into an "Islamic emirate" under Islamic law. They recognized the actual borders of Afghanistan (which had been a contentious issue with Pakistan). When they took the power in 1996, they appointed a Minister of Foreign Affairs and ambassadors to friendly countries (such as Pakistan, the Emirates, and Saudi Arabia). Even when they were expelled by the US military intervention in October 2001 and fled to Pakistan, they did not merge with the Pakistani Taliban movement, which was far more radical.

As discussed in the next section, their support for OBL appeared as an exception, not a pattern that was consistent with their ideology.

### 7.2    The Taliban and the US

The Taliban met Ben Laden for the first time when they occupied the Nangahar province in September 1996, where OBL had settled after Al Qaeda's departure from Sudan. The relationship between OBL and the Taliban was complex and fraught. He met several times with Mullah Omar who asked him not to perpetrate violent actions outside Afghanistan. But OBL ignored this request. The Taliban were upset when OBL claimed responsibility for the attacks against the US embassies in East Africa in 1998 and the USS Cole in 2000. Mullah Omar did not expel OBL because he wanted OBL to establish an Islamic legion to fight the arch-enemy of the Taliban, Commandant Masud in Northern Afghanistan, who on several occasions, threatened to

28

take Kabul (in April 1999, I visited the front line north of Kabul and went with Masud's people as close as 15 miles from Kabul).[36] OBL fulfilled this mission by sending the commando of young French Muslims who assassinated Masud on 9/9/2001.Two days later, the WTC attacks occurred and Mullah Omar hinted that he was ready to expel OBL but it was too late. The Taliban paid a heavy price for their support for OBL.

Interestingly enough, the Taliban not only always kept contact with the US government, but their coming into power in 1996 was defined as a "positive step" by Robin Raphel, Undersecretary of State for South Asia, who went several times to Kabul to meet the Taliban.[37] The State Department supported the negotiation between the Taliban and the US company UNOCAL, which wanted to build a gas pipeline from central Asia to Pakistan. After the attacks against the US embassies, the US government put pressure on the Taliban to extradite or at least expel OBL but to no avail; this was essentially because of the personal commitment of Mullah Omar not to deliver a fellow Muslim.[38]

Of course, after the attacks against the US embassies, the US government pressured the Taliban to extradite or at least expel Ben Laden. But interestingly enough it kept open the channels of communication with them. In August 2000, the Taliban Ministry of Foreign Affairs went to Washington and met Karl Inderfurth, the Undersecretary of State for South Asia (who had replaced Robin Raphel), who asked them to expel Ben Laden. According to Inderfurth in his personal communications with me, the envoy agreed on the principle, but was contradicted by Mullah Omar through a telephone conversation from the office of the Undersecretary. For the US government, the support of OBL by the Taliban was originally incidental and not the expression of a commitment to global jihad and terrorism.[39]

---

[36] I entered Afghanistan by using one of Masud's helicopters taken from the communist regime (the pilot was the same) which used to connect Dushambe in Tajikistan with the Panjshir valley, Masud's stronghold; I visited the military front by taking a car from the valley to the Northern suburbs of Kabul.

[37] For her pro-Taliban stand, see Leiby, Richard, "Who is Robin Raphel, the State Department veteran caught up in Pakistan intrigue?", The Washington Post (December 16, 2014). https://www.washingtonpost.com/lifestyle/style/who-is-robin-raphel-the-state-department-veteran-caught-up-in-pakistan-intrigue/2014/12/16/cfa4179e-8240-11e4-8882-03cf08410beb_story.html; See also the well-informed book of Steve Coll, "*Ghost Wars: The Secret History of the CIA, Afghanistan, and Bin Laden, from the Soviet Invasion to September 10 2001*" (Penguin Books, 2004), Pp 327 sq.

[38] Mustafa Hamid, "The Arabs at war in Afghanistan", chapter 9.

[39] "They [the Taliban] can choose to stop harboring bin Ladin, and these measures can be reversed." James B. Foley, State Department daily press briefing, Washington, D.C., July 6, 1999, speaking of the new US sanctions against the Taliban.

However, everything changed after 9/11. The US government held the Taliban responsible for protecting Al Qaeda and toppled their regime through military intervention in October 2001. But less than twenty years later, in 2019, the US government started to negotiate with the Taliban and recognized them as a legitimate political actor in Afghanistan.

### 7.3    Assessing religious radicalism and terrorism

Was this leniency towards the Taliban a sign of naivety, or a realistic appreciation of the lack of relations of causality between religious radicalism and terrorism? I would consider that the history of the Taliban movement from 1984 to 2000 shows that US diplomats rightly assessed that there was no necessary connection between religious radicalism on the one hand and global jihad and terrorism on the other hand. It is clear that the Taliban never supported global jihad and global terrorism: their indulgence towards OBL was mostly a consequence of the complex relationship between Mullah Omar and OBL. But the lessons have been learned and the Taliban never gave support to international terrorism after 9/11. The Taliban want to impose sharia on Afghanistan but never had any project of exporting their "revolution." Moreover, they are themselves confronting more radical elements affiliated with the Islamic Emirates in Syria, who want to involve Afghanistan in global jihad and terrorism.[40]

The US government never saw the Taliban as a global jihadi or terrorist movement, but as a purely Afghan political actor that maintained legitimacy among a huge part of the Afghan population of the South of Afghanistan. This shows that the US government made a clear distinction between religious radicalism (the Taliban are close to the Salafis) and terrorism when it comes to real politics.

_____03 AUGUST 2020_____

Date

_____

Professor Olivier Roy

---

[40]Azami, Dawood, "Why Taliban special forces are fighting Islamic State," BBC News (December 18, 2015). https://www.bbc.com/news/world-asia-35123748

EXHIBIT A

CV

Olivier **ROY**

Robert Schuman Centre for Advanced Studies
European University Institute
Via Boccacio 121
50133 Firenze
Italy
olivier.roy@eui.eu

## CURRICULUM VITAE

born August 30, 1949, in La Rochelle (France).
Married, two children.

## Studies:
studies in Philosophy and in Oriental Languages (persian): 1968-1972.
master in Persian language and civilization (INALCO-1972).
"agrégation de Philosophie", 1972.
PhD of Political Sciences (1996) (Institut d'Etudes Politiques, Paris).
Habilitation to supervise theses (2000) (id).

## Positions:
Teacher of philosophy at the Lycée of Dreux  (1973-1981).
On leave for studies and doing field works in Afghanistan (1981-1985)
senior researcher at CNRS (French National Center for Scientific Research) since 1985
(Political Sciences).
Professor at EHESS  (from 2002)
part-time consultant for the French Ministry of Foreign Affairs (Centre d'Analyse et de
Prévision), between 1984 and 2008.
Joint Chair (RSCAS, SPS), European University Institute (Florence), since 2009.
Head of the ReligioWest ERC project (2011-2015). Scientific advisor of the  Middle East
Directions Project (EUI-RSCAS) from 2017 onwards.

## Occasional activities:
Consultant for UNOCA (United Nations Office of the Coordinator for Afghanistan) in 1988;
has organized and accompanied a special team of *UN Salam Mission* inside Afghanistan
(December 1988).
Special envoy for the OSCE in Tajikistan (August-December 1993), then Head of OSCE's
Mission for Tajikistan (Feb. - October 1994)
Visiting fellow at the Institute for Transregional Studies, Woodrow Wilson School, Princeton,
spring 2002.

Curator (with Valérie Amiraux) of the Exhibition on "Muslims in the City": Parc de la Villette, Paris (2004).
Visiting Professor (2008-2010): Center for Political Science, Berkeley University.

Field-work:
Afghanistan, Iran, former Soviet Central Asia, Middle East.
Political Islam.
Islam in the West
Terrorism
Comparative religions
Law and religion
Political philosophy

Languages spoken:
French
English
Persian (including the tajik script).
Arabic and Turkish: notions.

## Main publications:

*Islam and Resistance in Afghanistan*, Cambridge University Press, second ed. 1990 (translated from the French).
*The Lessons of the Afghan War*, Adelphi Paper, n° 259, summer 1991, International Institute of Strategic Studies, London.
*The Failure of Political Islam*, Harvard University Press (1994).
*Généalogie de l'islamisme*, Hachette, 1995
*The New Central Asia, The Creation of Nations* (Tauris, 2000
*Iran : comment sortir d'une révolution religieuse* (with Farhad Khosrokhavar), Le Seuil, 1999.
*Globalized Islam*, Hurst, Columbia University press, 2004.
*Secularism confronts Islam*, Columbia University press, 2007.
*The Politics of Chaos in the Middle East*, Hurst, London 2008.
*Holy Ignorance*, Hurst (GB 2010).
*In Search of the lost Orient, Columbia University Press (forthcoming 2017)*.
*Jihad and Death*, Hurst/Oxford UP 2017
*Is Europe Christian?* Hurst/Oxford UP 2019.

### As editor:

Nadia Marzouki, Olivier Roy, *Religious conversions in the Mediterranean*, Palgrave 2013.

David Koussens, Olivier Roy *Quand la Burqa passe à l'Ouest*, Presses Universitaires de Rennes, 2014.

Irene Becci, Olivier Roy, *Religious Diversity in European Prisons*, Springer 2015.

Arolda Elbasani, Olivier Roy, *The Revival of Islam in the Balkans: From Identity to Religiosity*, Palgrave Macmillan; 2015

Arolda Elbasani, Olivier Roy *Islam in the post-Communist Balkans: alternative pathways to God*, Taylor and Francis, 2015

K. Stoeckl, O. Roy (guest editors)  *Special issue on Prison Chaplaincy*.
International Journal of Politics, Culture and Society Vol. 28, Issue 1, 2015

K. Stoeckl, O. Roy (guest editors) *Muslim Soldiers, Muslim Chaplains. The accommodation of Islam in Western militaries*: special issue, Religion, State and Society, Vol. 43, Issue 1, 2015 .

 Nadia Marzouki, Duncan McDonnell, Olivier Roy,  *Saving the People: How Populists Hijack Religion,* Hurst publishers 2016

Virginie Collombier, Olivier Roy, *Tribes and Global Jihadism*, Hurst, Oxford UP, 2017

**Other publications:**

**1)  Chapter in collective books**

*Sécularisme et fondamentalisme : les deux faces d'un même phénomène, i*n Sylvie Taussig (sous la direction de) *Charles Taylor, religion et sécularisation*,  CNRS 2013

*Human Rights between Religions, Cultures, and Universality,* with Pasquale Annicchino, in *The Cultural Dimension of Human Rights*, edited by Ana Filipa Vrdoljak, Oxford University Press, 2013

"*La recomposition du champ religieux dans le monde arabe*", in "La Diplomatie au défi des religions", sous la direction de D. Lacorne, J.Vaisse et JP Willaime (Odile Jacob 2014)

"*Le printemps arabe et le mythe de la nécessaire sécularisation*", in "Révolutions, Contestations, Indignations" , Socio, La Nouvelle Revue des Sciences Sociales, MSH, Paris, number 2, 2013.

*The Shia-Sunni Divide: When Religion Masks Geo-Strategy*, in *The Gulf Monarchies Beyond The Arab Spring: Changes And Challenges*, Luigi Narbone, Martin Lestra (ed), RSCAS-EUI Ebook, 2015.

*"Compelle Intrare" (Force them to conform)"* in *Washington's Rebuke to Bigotry: Reflections on Our First President's Famous 1790 Letter to the Hebrew Congregation In Newport, Rhode Island* ;  Adam Strom (ed), Dan Eshet (ed), Michael Feldberg (ed): Facing History & Ourselves (July 2015).


## 2)  Articles

*Al Qaeda in the West as a Youth Movement: The Power of Narrative*. CEPS Policy Briefs No. 168, 28 August 2008.

*The Allure of Terrorism*, NYT January 11 2010

*Religious Revivals as a Product and Tool of Globalization* in *Le religioni nelle relazioni internazionali* Quaderni di Relazioni Internazionali Numero 12 – April 2010

*Du Role Consensuel Des Experts : La norme religieuse dans l'espace public*, Archives de sciences sociales des religions, 2011/3 (n° 155)

 *Carte blanche à l'identité*, Critique n° 776-777, 2012.

*Breakthroughs in Faith* :World Policy Journal, Winter 2011/2012.

*Loner, Loser, Killer* International Herald Tribune, March 23d 2012.

*The new Islamists*, Foreign Policy, April 16 2012

 *The Transformation of the Arab World,* Journal of Democracy
July 2012, Volume 23, Number 3, pages 6-17

*Et si l'Orient disparaissait* ?  Critique n° 793-794, 2013

*Secularism and Islam: The Theological Predicament*,
The International Spectator: Italian Journal of International Affairs, 48:1, 5-19, March 2013

*Pour des sociétés ouvertes: repenser la place du religieux en Europe*, Esprit

Février 2016

*France's oedipal complex*?  Foreign Policy, January 2016

*Political Islam After the Arab Spring, Between Jihad and Democracy*
Foreign Affairs, Review Essay, November/December 2017

*Religion* in «  Le clos et l'ouvert. Abécédaire critique coordonné par Camille Riquier et Frédéric Worms », Esprit, 2018/07, n°445, pp. 111-113

       3) **Podcast**:

London Review of Books : https://www.lrb.co.uk/2017/10/11/adam-shatz/living-orients

# EXHIBIT B

# DOCUMENTS CONSIDERED BY EXPERT

**Documents Considered by Expert**

| |
|---|
| 1979 Memos from U.S. National Security Adviser Zbigniew Brezenski to President Jimmy Carter regarding the Soviet invasion of Afghanistan. https://sites.temple.edu/immerman/brezenski-memoranda-to-carter-on-soviet-intervention-in-afghanistan/ |
| "Clarification of the Truth in Light of Terrorism, Hijackings & Suicide Bombings," Birmingham, Salafi publication, October 2001 |
| A. Rashid, *Jihad: the Rise of Militant Islam in Central Asia*, New Haven: Yale University Press, 2002. |
| A. Rashid, *Taliban: Islam, Oil and the New Great Game in Central Asia,* London: I. B. Tauris, 2000. |
| AHIF 000596 - 000639 |
| AHIF 000914 |
| AHIF 001120 |
| AHIF 001486 - 001499 |
| AHIF 001624 |
| AHIF 001650 - 001652 |
| AHIF 001667 - 001669 |
| AHIF 001825 - 001828 |
| AHIF Response to Interrogatories (04.26.2004) |
| Ahmad, Qeyamuddin. *The Wahabi Movement in India* (Calcutta: Firma K. L. Mukhopadhyay, 1966; reprinted in Pakistan by National Book Foundation, 1979). |
| Ahmed, Akbar. *Millennium and Charisma among Sawt Pathans* (London: Routleddge and Kegan Paul, 1976). |
| Ahmed, Akbar. *Pushtun Economy and Society: Traditional Structure and Economic Development* (London: Routledge and Kegan paul, 1980). |
| Al Alam Al Islami (February 3, 1992) (Highlighted Text) |
| Al Alam Al Islami (February 3, 1992) (Highlighted Text)_EN |
| Al Alam Al Islami (July 27, 1992) (Highlighted Text) |
| Al Alam Al Islami (July 27, 1992) (Highlighted Text)_EN |
| Alexievich, Svetlana. "Zinky Boys: Soviet Voices from the Afghanistan War. 1992 (ISBN 0-393-03415-1). |
| *Al-Jihad* (in Arabic, no. 56, Peshawar, june 1989), text of Abdullah Ezzam. |
| Al-Rifae, Abdullah. "Afghan Mujahedeen Fight to Defend their Faith, Country," *Arab News* (Jeddah: Saudi Research and Marketing Company, September 14 ,1985). |
| Anderson, Jon. "How Afghans Define Their Relations in Islam," in M. Nazif Sharhani & Robert L. Canfield, eds., *Revolutions & Rebellions in Afghanistan: Anthropological Perspectives* (University of California, Berkeley, 1984). |
| Annual Report 2001-2002 (IIRO) |
| ASH03769 |
| Azami, Dawood, "Why Taliban special forces are fighting Islamic State," BBC News (December 18, 2015). https://www.bbc.com/news/world-asia-35123748 |
| Azzam, Abdullah. "Defense of the Muslim Lands: The First Obligation after Faith," 1979 |
| B. Puri, *Kashmir: Towards Insurgency,* London: Sangam Books, 1993. |
| Borders, William, "Coup Is Reported in Afghanistan," The New York Times (April 28, 1978). https://www.nytimes.com/1978/04/28/archives/coup-is-reported-in-afghanistan-rebels-say-they- |

**Documents Considered by Expert**

| |
|---|
| killed-president.html |
| BUR-PEC-005188 - 005191 |
| BUR-PEC-022964 - 022999 |
| BUR-PEC-033898 |
| BUR-PEC-042898 - 042903 |
| BUR-PEC-067161 |
| BUR-PEC-084276 - 084378 |
| Centlivres, Pierr. "Les tuplipes rouges d'Afghanistan," in Jacques Hainard et al., *Les Ancetres sont parmi nous* (Neuchatel, Switzerland: Musee d'ethnographie, 1988). |
| Ch. Jaffrelot (ed.), *A History of Pakistan and its Origins*, London: Anthem Press, 2002. |
| Ch. Jaffrelot (ed.), *Le Pakistan, carrefour de tensions regionales,* Bruxelles: Editions Complexe, 2002. |
| Ch. Jaffrelot (ed.), *Pakistan: Nationalism without a Nation?*, London: Zed Books, 2002. |
| Charnay, Jean Paul. *L'Islam et law guerr: de la guerre juste a la revolution sainte* (Paris: Fayard, 1986). |
| Coll, Steve. "Ghost Wars: The Secret History of the CIA, Afghanistan, and Bin Laden, from the Soviet Invasion to September 10 2001" (Penguin Books, 2004) |
| Cullison, Alan Inside Al-Qaeda's Hard Drive, *The Atlantic,* September 2004 https://www.theatlantic.com/magazine/archive/2004/09/inside-al-qaeda-s-hard-drive/303428/ |
| Declaration of Abdulazia H. al Fahad |
| Declaration of Abdulrahman Al-Suwailem |
| Declaration of Abdulrahman Al-Suwailem - Exhibit A |
| Declaration of Mutaz Salch Abu Unuq |
| Dekmejian, R. Hrair. *Islam in Revolution: Fundamentalism in the Arab World* (Syracuse: Syracuse University Press, 1985). |
| Document cited in Kohlmann Affidavit at Footnote 10 |
| Document cited in Kohlmann Affidavit at Footnote 11 |
| Document cited in Kohlmann Affidavit at Footnote 17 |
| Document cited in Kohlmann Affidavit at Footnote 28 |
| Document cited in Kohlmann Affidavit at Footnote 5 |
| Document cited in Kohlmann Affidavit at Footnote 7 |
| Document cited in Kohlmann Affidavit at Footnote 8 |
| Document cited in Kohlmann Affidavit in Footnote 31 |
| Expert Report of Brian Jenkins |
| Expert Report of Evan Kohlmann |
| Expert Report of Jonathan Winer |
| Expert Report of Matthew Levitt |
| François Burgat and Muhammad Sbitli, "Les Salafis au Yémen ou. . . la Modernisation malgré tout," Chroniques Yéménites 10 (2002), https://journals.openedition.org/cy/137 |
| G. Dorronsoro, *La revolution afghane. Des communistes aux taliban,* Paris: Karthala, 2000; transl. as *Afghanistan: Revolution Unending, 1979-2002*, London: Hurst, 2004. |
| Girardet, Edward, "Land mines: Soviets leave dangerous legacy behind in Afghanistan," The Christian Science Monitor (June 22, 1988). https://www.csmonitor.com/1988/0622/omine.html |
| Hamid, Mustafa, and Leah Farrall "The Arabs at war in Afghanistan", Hurst and Company, London 2015 |

2

**Documents Considered by Expert**

| |
|---|
| Hegghammer, Thomas. *The Caravan: Abdullah Azzam and the Rise of Global Jihad,* Cambridge and New York: Cambridge University Press, 2020 |
| https://www.archives.gov/legislative/features/sotu/reagan.html |
| I. Talbot, *Pakistan: a Modern History,* London: Hurst, 1999. |
| IIRO 000199 |
| IIRO 0338581, 338582, 338583, 338585, 338586, 338587, 338588 |
| IIRO 096075 |
| IIRO 0960756 |
| IIRO 096108 |
| IIRO 096114 |
| IIRO 111814-15 |
| IIRO 112079 |
| IIRO 120169 |
| IIRO 129743 - 129744 |
| IIRO 14955-57 |
| IIRO 277332 - 277333 & 277336 |
| IIRO 277786 |
| IIRO 277786 - 277787 |
| IIRO 278760 |
| IIRO 280045 |
| IIRO 280172 - 280178 |
| IIRO 280436 |
| IIRO 280442 |
| IIRO 280522 |
| IIRO 280607 - 280611 |
| IIRO 283369 |
| IIRO 283387 |
| IIRO 284220- 284223 |
| IIRO 284660 |
| IIRO 284663 |
| IIRO 284778 |
| IIRO 284811 |
| IIRO 285013 |
| IIRO 285033 |
| IIRO 287198 |
| IIRO 287341 |
| IIRO 287458 - 287463 |
| IIRO 287527 - 287536 |
| IIRO 288031 |
| IIRO 35077 – 35081 |
| IIRO120164 |
| IIRO280435 |
| IIRO's Amended Answer to 1st Amended Complaint |
| J. Burke, *al-Qaeda: Casting a Shadow of Terror,* London: I. B. Tauris, 2003 |

3

**Documents Considered by Expert**

| |
|---|
| J.L. Racine, *Cachemire. Au peril de la guerra,* Paris: Autrement, 2002. |
| James B. Foley, State Department daily press briefing, Washington, D.C., July 6, 1999 |
| JT-MWL 00127 |
| JT-MWL 00482 |
| JT-MWL 00530 |
| JT-MWL 00616 |
| JT-MWL 00645 |
| JT-MWL 00753 |
| JT-MWL 04514 |
| JT-MWL 04515 |
| JT-MWL 04556 - 04557 |
| JT-MWL 04822 |
| JT-MWL 04833 |
| Kepel, Gilles. And Richard Yann (eds.) *Intellectuals et militants de l'islam contemporain* (Paris: Editions La Decouverte, 1984). |
| Kohlmann Affidavit (2017) |
| Lacroix, Stephane, "Awakening Islam: The Politics of Religious Dissent in Contemporary Saudi Arabia." Cambridge, MA: Harvard University Press, 2011 |
| Leiby, Richard. "Who is Robin Raphel, the State Department veteran caught up in Pakistan intrigue?" Washington Post (December 16, 2014). https://www.washingtonpost.com/lifestyle/style/who-is-robin-raphel-the-state-department-veteran-caught-up-in-pakistan-intrigue/2014/12/16/cfa4179e-8240-11e4-8882-03cf08410beb_story.html |
| Letter from Foreign Minister to Chief of Royal Court |
| Letter from Foreign Minister to Chief of Royal Court-EN |
| Letter from Saudi Foreign Minister to MWL Secretary General |
| Letter from Saudi Foreign Minister to MWL Secretary General-EN |
| M. Griffin, *Reaping the Whirlwind: the Taliban Movement in Afghanistan,* London: Pluto Press, 2001. |
| Miller, Judith. "WAR IN THE GULF: Muslims; Saudis Decree Holy War on Hussein" https://www.nytimes.com/1991/01/20/world/war-in-the-gulf-muslims-saudis-decree-holy-war-on-hussein.html |
| Muqbil al-Wadi'i, *Tuhfat al-mujib 'ala as'ilat al-hadir wa'l-gharib*, chapter entitled "man wara' tafjir fi ard al-haramayn?" http://www.muqbel.net/files.php?file_id=5&item_index=15 |
| MWL 008574 |
| MWL 023251 |
| MWL 039323 |
| MWL 039324 |
| MWL 051264 |
| MWL 051310 |
| MWL 051331 |
| MWL 051339 |
| MWL 05138 |
| MWL 051436 |
| MWL 051698 |

**Documents Considered by Expert**

| |
|---|
| MWL 052287 |
| MWL 052523 |
| MWL 052935 |
| MWL 05346-05347 |
| MWL 05350-05351 |
| MWL 05354-05355 |
| MWL 05364-05366 |
| MWL 056784 |
| MWL 058614 |
| MWL 058868 |
| MWL 059172 |
| MWL 059236 |
| MWL 059241 |
| MWL 059276 |
| MWL 059354 |
| MWL 069959-69960 |
| MWL 069961 |
| MWL 069962 |
| MWL 069963 |
| MWL 069970 |
| MWL 069984 |
| MWL 069986 |
| MWL 07033 |
| MWL 15878 |
| MWLIIRO 16233-16237 |
| MWLIIRO 16243-16246 |
| MWL's Answer to First Amended Complaint and Cross Claim |
| Pear, Robert. "Arming Afghan Guerrillas: A Huge Effort Led by U.S."  The New York Times (April 18, 1988).  https://www.nytimes.com/1988/04/18/world/arming-afghan-guerrillas-a-huge-effort-led-by-us.html |
| PEC-AHIF001563 (Public-AR0258-0269) |
| PEC-KSA000965 - 000978 |
| PEC-KSA001471 - 001474 |
| PEC-KSA001475  - 001478 |
| PEC-KSA001479 - 001483 |
| PEC-KSA001568 - 001665 |
| PEC-KSA001646 - 001656 |
| PEC-KSA001750 - 001751 |
| PEC-KSA001752 - 001770 |
| PEC-KSA001779 - 001790 |
| PEC-KSA001873 - 001883 |
| PEC-KSA001884 - 001886 |
| PEC-KSA002014 - 002114 |
| PEC-KSA002557 - 002565 |
| PEC-KSA002652 - 002653 |

5

**Documents Considered by Expert**

| |
|---|
| PEC-KSA002697 - 002698 |
| PEC-KSA002701 - 002731 |
| PEC-KSA002765 - 002787 |
| PEC-KSA002768 |
| PEC-KSA002768 - 002772 |
| PEC-KSA002774 - 002791 |
| PEC-KSA002996 - 003000 |
| PEC-KSA003001 - 003034 |
| PEC-KSA003057 - 003091 |
| PEC-KSA003488  - 003494 |
| PEC-KSA003495 -003500 |
| PEC-KSA003849 - 003852 |
| PEC-WAMY015030 |
| R. Gunaratna, *Inside Al Qaeda: Global Network of Terror,* London: Hurst, 2002. |
| Reagan Doctrine, 1985. https://2001-2009.state.gov/r/pa/ho/time/rd/17741.htm |
| Resolution 74, introduced on October 1983 by Senator Paul Tsongas and approved by the Senate |
| Roy, Olivier, and Virginie Colombier. "Tribes and Global Jihad" (Oxford UP 2018) |
| Roy, Olivier, *Globalised Islam: Fundamentalism, Deterritorilisation and the Search for the New 'Ummah,* London: Hurst, 2004. |
| Roy, Olivier, *La nouvelle Asie centrale ou la fabrication des nations,* Paris: Seuil, 1997. |
| Roy, Olivier, *The Failure of Political Islam* (Cambridge, Mass.: Harvard University Press, 1994). |
| Roy, Olivier.  "The Lessons of the Soviet-Afghan War," *Adelphi paper* (International Institute of Strategic Studies, no. 259, 1:1991). |
| Roy, Olivier.  *Islam and Resistance in Afghanistan* (Cambridge: Cambridge University Press, 2nd ed., 1990). |
| Roy, Olivier. "Afghanistan between holy war and civil war" (Darwin Press, Incorporated 1995) |
| Roy, Olivier. "Globalized Islam" (Columbia University Press, 2004) |
| Roy, Olivier. "Jihad and Death", (Oxford University Press, 2019) |
| Roy, Olivier. "The failure of political Islam" (Harvard University Press 1994) |
| S. Ganguly, *The Crisis in Kashmir: Portents of War, Hopes of Peace,* New York: Cambridge University Press, 1999. |
| S.V.R. Nasr, *The Vangaurd of the Islamic Revolution: The Jama'at-I islami of Pakistan*, Berkeley: University of California Press, 1994. |
| Sivan, Emmanuel.  *Radical Islam: Medieval Theology and Modern Politics* (New Haven: Yale University Press, 1985). |
| Sixth Amended Complaint |
| *United States v Bin Laden* Trial Transcript (February 22, 2001) |
| *United States v. Bin Laden*, 116 F. Supp. 2d 489 (S.D.N.Y. 2000) |
| *United States v. Harun A Hausa*, Order 02.17.2010  (Daubert Hearing for Evan Kohlmann) |
| V. Hewitt, *Reclaiming the Past: the Search for Political and Cultural Unity in Contemporary Jammu and Kashmir,* London: Portland, 1995. |
| W. Maley (ed.).  *Fundamentalism reborn?  Afghanistan and the Taliban,* London: Hurst, 1998. |
| WAMYSA 02444 |
| WAMYSA2973 |

**Documents Considered by Expert**

Y. Fouda & N. Fielding, *Masterminds of terror*, Edinburgh: Mainstream, 2003.