# EXHIBIT 079

[screenshot of the National Guard Magazine]

| Print of the article, see here |
| --- |

www.naseej.com

**National Guard Magazine: Islamic Horizons**
**Date: 01/11/2000**

**His Excellency the Secretary General of the Muslim World League:**
**Dialogue with Others is a Means to Repel Injustice and Introduce Islam.**

His Excellency the Secretary General of Muslim World League, Dr. Abdullah bin Saleh al – Ubaid, affirmed that the weakness of Muslims and their lack of adherence to Islamic Law are the reasons for the other nations' aggression against Muslims. This targeting by enemies is linked to the strength or weakness of Muslim nation, and it is dormant or active depending on the state of the nation's faith.
His Excellency said that this weakness and fragmentation on the part of the nation has burdened Islamic institutions and organizations, which have become unable to take initiative or express themselves openly before events occurred, exposing Muslims in many regions to danger and calamities.
Regarding the viability of dialogue with others in light of the killing and aggression to which Muslims are subjected, His Excellency said that dialogue with others is a means to

**National Guard Magazine: Islamic Horizons**
**Date: 01/11/2000**

**His Excellency the Secretary General of the Muslim World League :**
**Dialogue with Others is a Means to Repel Injustice and Introduce Islam.**

His Excellency the Secretary General of Muslim World League, Dr. Abdullah bin Saleh al – Ubaid, affirmed that the weakness of Muslims and their lack of adherence to Islamic Law are the reasons for the other nations' aggression against Muslims. This targeting by enemies is linked to the strength or weakness of Muslim nation, and it is dormant or active depending on the state of the nation's faith.
His Excellency said that this weakness and fragmentation on the part of the nation has burdened Islamic institutions and organizations, which have become unable to take initiative or express themselves openly before events occurred, exposing Muslims in many regions to danger and calamities .
Regarding the viability of dialogue with others in light of the killing and aggression to which Muslims are subjected, His Excellency said that dialogue with others is a means to repel injustice and introduce Islam and convey its noble message. This was stated in the context of the lengthy interview conducted by The National Guard magazine with his Excellency the Secretary- General of the Muslim World League, in which he addressed several issues. His Excellency spoke about the role of the Muslim World League and its efforts in calling to Allah and solving the problems of Muslims, supporting their causes, as well as the League's participation in the scientific conferences that are held from time to time, and the goal of these participations, and what benefits Muslims get from them:

FED-PEC0242816

**A Nation Targeted by its Enemies.**

Question: Why are Muslims, whether peoples or homelands, being targeted at all times? Is their enemies' onslaught against them due to their weakness and lack of cohesion in the modern era?

_ in the name of Allah, the Most Gracious, the Most Merciful. Praise be to Allah, and peace and blessings be upon our prophet Muhammad, the Messenger of God, and upon his family, his companions, and those who follow him. Before I answer your questions, I would like to commend the good steps and pioneering media strides taken by the National Guard magazine. I must also express my thanks and appreciation to those in charge of it for their efforts in spreading enlightened thought and Islamic culture committed to the causes of the Muslim nation.

In response to the question, I say that the issue of targeting is something that history has recorded since the revelation of the final message and the beginning of the Islamic Call. The enemies of Islam targeted the person of the prophet, peace and blessings be upon him, the first caller to Islam, attacking his message and slandering his noble character, expressing their fundamental rejection of the religion of Islam and their dissatisfaction with what was revealed. Allah the Almighty clarified the reality of this hostility, explaining its cause as rejection and dissatisfaction with the religion of Islam, in his saying." Never will the Jews or the Christians be satisfied with you unless you follow their religion". He also pointed out that the hostility toward Islam is deeply rooted in the hearts of the Jews and polytheists in his saying: "you will find that the people most hostile towards the believers are the Jews and the polytheists." This indicates that the issue of targeting the Muslim nation from the early time of Islam until this day is nothing but targeting the religion of Islam. This explains why Muslims are targeted at all times, as mentioned in your question. This targeting has two states: activity and hypocrisy This is related to the conditions of the Muslim nation in terms of its adherence to divine law, or lack thereof, in terms of its state of strength or weakness, and extrapolating the events of Islamic history confirms that targeting the Muslim nation by its enemies diminishes and subsides when the nation adheres to Islamic law, which provides it with strength. Conversely, the targeting of the nation and its religion by its enemies intensifies whenever its adherence to what Allah has obligated weakens, and this is also one of the reasons for its weakness. The adherence described in many Quranic verses as holding fast to Allah, the Almighty, is the cause of guidance, strength and salvation. Allah, the Almighty said," and whoever holds fast to Allah has certainly been guided to a straight path. He, the Almighty also said," and hold fast to the rope of Allah, all of you, and do not be divided." And he also said, "So establish prayer and give Zakat (regular charity) and hold fast to Allah. He is your protector."

Undoubtedly, adherence to God's law unites the hearts, minds and thoughts of Muslims on a single path. It also unifies their ranks and grants them the awe that settles in the hearts of their enemies. The pages of Islamic history are replete with evidence of this fact. Thus, the Muslims' adherence to their Islam is the source of their strength and honor. Whenever this adherence weakens, they weaken, and nations pounce upon them like hungry people upon a platter.

**Popular Islamic Entity**

Question: The official positions of Islamic states and the positions of the Muslim World League regarding the issues and events that occur: Is there a difference between them? Is there coordination? Are there conflicting positions?

_ I would like to point out at the outset of my answer to this question that the Muslim World League is a global popular Islamic organization with declared objectives, which are to convey the message of Islam, defend the religion of Allah, adopt the causes of Muslim peoples and minorities, and work to help those in need among them.

The League works to achieve its goals through Islamic means and programs implemented by its affiliated departments, organizations, offices, and external centers. Therefore, the league is an independent Islamic popular entity that formulates its positions according to the guidance of the book of Allah the Almighty, and the Sunna of His Prophet, may Allah bless him and grant him peace. Indeed, there is coordination between the League and the Organization through meetings, correspondence, and joint committees, including the Joint Islamic Action Committee.

The League and the Organization share commonalties in terms of goals and work programs. The League is an observer member of the Organization and participates in Islamic summit conferences and meetings of foreign ministers, ministers of Islamic affairs, ministers of information, and ministers of culture in the organization. The League has submitted many comprehensive memoranda to these meetings, presenting its Islamic vision for solving the problems of the Muslim nation. The league does not commit itself to curricula and systems of Islamic countries. Rather, it warns and alerts against the dangers of curricula that conflict with Islam, and especially secularism. With regard to the issue of Muslim peoples, the Muslim World League is always at the forefront of calling for Islamic solidarity to resolve every emerging problem in Muslim countries and in areas where Muslim minorities and communities reside. I would like to point out here that the establishment of the Organization of Islamic conference was a result of a call launched by the League after the burning of Al-Aqsa Mosque in 1967, when Muslim leaders met in Rabat following efforts exerted by king Faisal bin Abdul-Aziz, may Allah have mercy on him. One of their most important decisions was to form the Organization of Islamic Conference, the official body through which the league was able to follow up on the Muslim issues and affairs around the world.

FED-PEC0242817

In conclusion, the Muslim world League is not an imprint of Islamic governments, nor is it in opposition to these governments. Rather, it stands with them on what is right and advises them on what they are unaware of or have transgressed. The league exerts its efforts in reconciliation and coordination between governments, organizations, and popular bodies. There is coordination and joint work implemented through the channels of Islamic Conference Organization and its affiliated institutions, the most important of which are the Islamic Development Bank, the Islamic Educational, Scientific, and Cultural Organization (ISESCO), the International Islamic News Agency (IINA), and others.

## The League's Guiding Principles

Question: On what basis and guiding principle does the League act when an event, aggression, or injustice occurs against Muslims?

All the guiding principles of the Muslim world League are based on the book of Allah, the Almighty, and the Sunna of His Prophet, peace and blessings be upon him. This includes the issues of Da'wa (Islamic propagation), Muslim affairs, and international affairs. The league has established its principles with these two sources, based on the prophet's saying, peace and blessings be upon him, " I have left among you that which, if you hold fast to it, you will never go astray: the book of Allah and my Sunnah. The League addresses events, aggression, and injustice from an Islamic perspective.  Therefore, in the case of Afghanistan, it fulfilled its Islamic duty of solidarity, supporting the jihad, providing relief to those in need, offering various forms of assistance to the mujahedeen, unifying their ranks and strengthening their resolve in all international forums and influential global organizations. The League did the same in the case of Bosnia and Herzegovina. In the case of Kosovo and Chechnya, it acted according to its legitimate Islamic principles from the very first sights of aggression, alerting Muslim peoples, organizations and governments to the impending danger, and called for support and solidarity with these two Muslim peoples, wrote to scholars and officials, addressed a number of world leaders, and urged international organizations to take serious action to stop the aggression. It also exerted efforts in the field of aid and relief to the people of Bosnia and Herzegovina, Kashmir, Kosovo, and Chechnya. Alongside these initiatives, the League maintained a media presence that helped to explain the issues of the Muslim peoples under attack to Islamic and international public opinion through statements distributed to news agencies and various media outlets, as well as through direct participation in raising the issue through these channels. The issue of Al –Aqsa Mosque, Jerusalem, and the Islamic holy sites in occupied Palestine received significant attention in these efforts. Many international bodies and humanitarian organizations have acknowledged the League's leading role in supporting our afflicted peoples and oppressed Muslim minorities. The League, praise be to Allah, has succeeded in resolving many Muslim problems through direct negotiation. For example, it participated in the negotiations that took place a few years ago between the government of the Philippines and Moro National Liberation Front where the two parties reached an agreement the terms of which we hope the government of the Philippines will uphold. Thanks and appreciation to the Kingdom's government.

Question: It is observed that action by Islamic organizations, including the Muslim World League, comes late, after events have occurred. How do you Explain this, your Excellency?

_ while such a question is justified, I emphasize its inaccuracy. Perhaps what I mentioned in my answer to the previous question suffices to clarify it, whereas the weakness of Islamic organizations, their recent establishment and experience, and the lack of sufficient information for many of them prevent them from being able to analyze matters and take the initiative to express themselves. Furthermore, the fragmentation of the Muslim world and the divergent interests of its individuals and systems represent another obstacle to taking initiative. However, the spread of awareness among Muslims and the blatant practices of the enemies have caused matters to reveal themselves, making clear to everyone what was hidden regarding the enemies' domination over the Muslim nation. In any case, I would like to clarify that the Muslim World League, which is a popular Islamic organization, does not have magical solutions to the multiplying problems of Muslims, as some people imagine. The league has limited financial capabilities, and were it not for the annual budget, support, emergency funding provided by the government of the Kingdom of Saudi Arabia and the generous Saudi people, it would not have been able to achieve the Islamic accomplishments. In this context, I would like to express the league's thanks and appreciation to the Kingdom's government and its generous people, who provided the League and its organizations with six and a half billion Saudi Riyals, which the League spent to serve Islam, support Islamic causes and provide relief to needy Muslims.

## Extrapolating Events

Question: isn't there a body affiliated with the League whose mission is to extrapolate events and act to prevent them as the enemies of the nation do?

_ No, there isn't such a body in the technical sense. However, the League, its departments, organizations, offices, and external centers constitute a comprehensive system that deals with matters related to the concerns and problems of Muslims according to available resources and without any negligence. The league also coordinates with many international Islamic organizations through bilateral coordination, as well as through the World Islamic Council for Da'wah and Relief, which includes in its membership more than sixty Islamic institutions with activities similar to those of   the   League.   The   league   has   often   succeeded   in   sparing   Muslims,   minorities,   and   Islamic

FED-PEC0242818

communities' risks before they occur. It may be appropriate to point out here that the league's efforts to reduce the wave of terrorism in the Islamic world are based on addressing its causes and engaging in dialogue with Islamic organizations and groups, as well as the League's role in halting numerous rounds of fighting between conflicting parties in both Somalia and Afghanistan.

**Dialogue with the Other:**

Question: How does your Excellency view dialogue with the other in light of the killing, the bearing of arms, and the rivers of Muslim blood flowing in various parts of the world?
_ Dialogue with the other is a means prescribed by Islam. In the authentic biography of the prophet, it is established that he, peace and blessings be upon him, engaged in dialogue with all the enemies of the call to Islam, including polytheists, Christians, and Jews and corresponded with the Khosrows, Caesars and Kings. Dialogue with the other is prescribed in the Holy Quran, with its guidelines, as stated in the Almighty's words:" And do not argue with the people of the Scripture except in a way that is best." Dialogue in light of aggression and killing, and what you mentioned in your question, is legitimate along with being prepared to repel aggression and prevent killing. There are many forms for dialogue, including direct dialogue, correspondence, written communication, and meetings in conferences, and through various channels. The League engaged in dialogue with former Russian President Boris Yeltsin and his successor, President Vladimir Putin, through letters, clarifying the position of Muslims and Islamic organizations, represented by the League, regarding the crimes of the Russian forces. It demanded, based on clear Islamic principles, a definitive cessation of the aggression and the opening of access for aid to reach Chechen refugees in Ingushetia. The Russian government responded by sending its ambassador to engage in dialogue with the League through a meeting with the Secretary-General. An agreement was reached, allowing Islamic organizations to enter Russian territory to deliver aid to the refugees in Ingushetia. I say here that" the Muslim is a wise and discerning person" just as the Muslim does not accept humiliation in his religion, and dialogue may achieve Islamic demands and may lead to achieving aid for Muslims despite all the observed forms of oppression against Muslims in the world. Dialogue is a means of stopping bloodshed, repelling injustice, and introducing Islam as it truly is.

**For these reasons, we participated in the third millennium**

Question: Your Excellency, you participated in this Third Millennium Summit convened by the United Nations: what does this participation signify? What are your impressions of this major global gathering?
_ This participation signifies a number of things, including:
First: The necessity of Islamic presence in forums, conferences, and seminars related to the future of humanity and Muslims are a large part of this humanity.
Second: presenting the Islamic perspective and striving to pass it and make it impossible for the United Nations to adopt ideas that contradict Islamic Law.
Third: Promulgation of Islamic message and introducing non-Muslims to the virtues of Islam, correcting the distorted image of Islam held by non-Muslims.
Fourth: Presenting Islamic solutions to today's problems, highlighting their effectiveness, and urging the international community to adopt them in formulating the new world order and drafting the laws of globalization. Allah granted the League success in this conference to achieve all of this, as it took the initiative, prior to the conference, to hold a meeting of representatives of the participating Islamic organizations, institutions, associations, and figures working in the United States. The meeting was held at the League's office in New York where the draft final declaration prepared by the conference's General- Secretariat was reviewed. Islamic amendments and reservations on several paragraphs, sentences, and terms were recorded, and then the revised alternative draft was submitted to the Secretary-General of the United Nations and to the conference's General-Secretariat. Both parties were informed orally of the Islamic amendments and demands. During the conference sessions, the League presented the alternative Islamic vision explaining Islam's position on issues of peace, human rights, development, education, culture, and the role of religion in the life of society. Representatives of other religions and spiritual beliefs listened to all of this, which fulfilled the League's mission and objectives of conveying the message of Islam to all people. Praise to Allah that when the conference's final declaration was issued, we found that it took into account many of the Islamic amendments and was free of anything that contradicts Islam. The impression the League had from this conference can be summarized as follows: Muslims must attend and participate in international conferences related to human affairs, with the necessity of thorough preparation, timely presentation of the initiative, and following it up with the participating parties, especially since Western societies

FED-PEC0242819

today are searching for a balance between the spiritual and the material, which has led many of the Westerners to contemplate or embrace the principles of Buddha due to the lack of balance with the spiritual in their purely material lives. The League has become aware of this issue and has alerted Islamic organizations in the United States in particular to enable them to carry, covey, and call to the true Islamic message throughout America.

**This Theory is Flawed**

Question: what are your insights and proposals that you presented through your participation in the Dialogue and Co-existence between Civilizations Symposium held in Berlin, Germany at the beginning of Rabi' al-Thani 1421 AH?

_ The Muslim world League has repeatedly participated in dialogue between civilizations, beginning with dialogue between followers of religions. The League seeks to adhere to explicit Islam guidelines in the field of dialogue, and considers dialogue symposia a valuable opportunity to convey Islam to others, correct the distorted image they hold of Islam, and to convey the call of Islam for beneficial dialogue, and it clarified the means of dialogue in the Islamic perspective and explained its benefits. During that, it refuted the false theory launched by Samuel Huntington in 1990 in his book" The Clash of Civilizations," following the fall of communism, whose threat to the West had ended. According to this flawed theory, the "green threat"- the threat of Islam- remained, obligating the West to confront and defeat it as it had defeated communism.

At the symposium, the League presented the principles of Islam in building human civilization, the tolerance and justice of this religion towards individuals and societies in times of peace and war, and presented examples of human rights guaranteed in Islam, and explained the extent of humanity's need in this era to benefit from the comprehensive principles of Islam in solving concurrent and emerging human problems.

The league's positions were met with a positive response from many participants, including Richard, the Jewish president of the Anti- Islamophobia Association in Britain, who praised the Islamic principles of justice, tolerance, acceptance of differing opinions, human rights and combating discrimination. This, praise be to Allah, is a victory for the message of Islam in the world and a blessed contribution to correcting the distorted image of Islam held by many westerners.

 (to be continued in the next issue)

**The Muslim World League in Brief:**

- ❖ The Muslim World League was established on the 14th of" Dhu al-Hijjah", 1389 AH based on the resolution issued by the General Islamic Conference.
- ❖ The League is a global Islamic Organization, representing all Muslim peoples throughout the world.
- ❖ The League is a first- class member of the United Nations among international non-governmental organizations with consultative status at the Economic and Social Council, a member of UNESCO and the United Nations Children's Fund, and an observer at the Organization of Islamic Conference in Jeddah. We attend all meetings of foreign ministers and the Islamic Summit.
- ❖ Among the League's objectives are conveying the message of Islam, explaining its principles and teachings, refuting misconceptions about it, and confronting the destructive currents and ideas through which the enemies of Islam seek to mislead Muslims from their religion, sow discord among them and tear apart their unity. It also aims to defend Islamic causes in a way that fulfills the interests and aspirations of Muslims.
- ❖ The League employs several means to achieve its objectives, including working to implement Islamic law in countries that profess the two testimonies of faith, adopting  the principle of consultation(Shura) through conferences of senior scholars in the Islamic world to exchange views and coordinate efforts to spread the Islamic message utilizing the Hajj season by holding seminars and lectures, supporting and encouraging scholars and preachers throughout the world, distributing free of charge Islamic books and magazines, and sending  a number of delegations to all Muslim countries in the Islamic world where  Muslim minorities reside, and spreading  the language of the Holy Quran among Muslim peoples.
- ❖ The League consists of several bodies, the most important of which is the Founding Council, composed of fifty-five scholars and thought and opinion leaders in the Muslim world. It is the council that sets the Leagues policy and determines its objectives and directions in a way that ensures the achievement of the objectives

FED-PEC0242820

for which it was established for the good of Islam and Muslims. The Executive Authority of the League is the General- Secretariat, and its permanent headquarters is in Makkah al- Mukarramah.

❖ The League has numerous offices throughout the world.

❖ The League also has many preachers spreading across the continents of the world and they promulgate the Islamic call and teach Muslims their religion.

**His Excellency Dr. Al-Ubaid:**

- His Excellency Dr. Abdullah bin Saleh al-Ubaid was born in al-Badai'a in the Qassim region of the Kingdom of Saudi Arabia in 1361 AH.
- He obtained a Bachelor's degree in Arabic Language from Imam Muhammad bin Saud Islamic University in Riyadh in 1388 AH.
- He obtained a Master's degree in Curriculum and Educational Evaluation from Oklahoma State University in the United States of America in 1397 AH.
- He obtained a Doctorate in the same specialization from the same university in 1399.
- He obtained the Military Qualification Course for University Officers in 1400 AH.
  His Professional Life:
- He began his professional life on 1/7/1383 AH and worked as a representative of the General Presidency for Girls Education in Zulfi.
- He worked as an editor at the Ministry of Defense and the Royal Saudi Air Force from 1384 AH to 1387 AH.
- He worked as an instructor at King Faisal Air College and as the Director of the Office of the Commander of King Faisal Air College from1388 AH to1401 AH.
- In 1401AH, he was appointed Assistant Deputy for Administrative Affairs at the General Presidency for the Affairs of the Two Holy Mosques.
- Then, he became Deputy President General for the Affairs of the Two Holy Mosques for the Affairs of the Prophet's Holy Mosque.
- In 1402 AH, he was seconded as Vice President of the Islamic University in Medina (AL- Madinah Al- Munawwarah).
- In 1403 AH, he was appointed President of the Islamic University and remained in that position until 2/3/1416 AH.
- He was appointed Secretary-General of the Muslin World League on 21/8/1416 AH, Secretary-General of the Supreme Council of Mosques, Head of the commission for Scientific Miracles, Vice President of the Islamic Fiqh Academy, and Chairman of the Board of Directors of the International Islamic Organization.

FED-PEC0242821

http://news.naseej.com/detail.asp?InNewsItemID=10824&InTemplateKey=print



مجلة الحرس الوطني : آفاق إسلامية

تاريخ: 2000/11/01

**معالي الأمين العام لرابطة العالم الإسلامي :**

**الحوار مع الآخر وسيلة لدفع الظلم والتعريف بالإسلام**

أكد معالي الأمين العام لرابطة العالم الإسلامي الدكتور عبدالله بن صالح العبيد أن ضعف المسلمين وعدم التزامهم بشريعة الاسلام هما سبب تكالب الامم عليهم، وهذا الاستهداف من قبل الاعداء مرتبط بقوة الامة وضعفها، فهو يخبو أو ينشط بحسب حالة الامة الايمانية.

وقال معاليه: هذا الضعف والتفكك من جانب الامة انعكسا على المؤسسات المنظمات الاسلامية التى اصبحت غير قادرة على المبادرة والمكاشفة قبل وقوع الاحداث وتعرض المسلمين في مناطق كثيرة الى الخطر والمصائب.

وحول جدوى الحوار مع الآخر في ظل القتل والاعتداء الذي يتعرض له المسلمون قال معاليه: ان الحوار مع الآخر وسيلة من وسائل رد العدوان ومنع الظلم والقتل وكذلك التعريف بالاسلام وايصال رسالته السامية. جاء ذلك في سياق الحوار المطول الذي أجرته مجلة الحرس الوطني مع معالي الأمين العام لرابطة العالم الاسلامي والذي تناول قضايا متعددة وتحدث فيه معاليه عن دور رابطة العالم الاسلامي وجهودها في الدعوة الى الله وحل مشكلات المسلمين ودعم قضاياهم وكذلك مشاركات الرابطة في المؤتمرات العلمية التي تنعقد بين حين وآخر والهدف من هذه المشاركات وما يعود على المسلمين منها:

FED-PEC0242816

أمة مستهدفة من أعدائها

@ المسلمون شعوباً وأوطاناً .. لماذا هم مستهدفون في كل وقت؟ وهل ضعفهم وعدم ترابطهم في العصر الحديث من أسباب تكالب الأعداء عليهم؟

ـــ بسم الله، والحمد لله، والصلاة والسلام على سيدنا محمد رسول الله، وعلى آله وصحبه ومن والاه، وقبل أن أجيب على أسئلتكم يطيب لي أن أبارك الخطوات الطيبة والأشواط الإعلامية الرائدة التي قطعتها مجلة الحرس الوطني، ولابد لي من أن أوجه شكري وتقديري إلى القائمين عليها لما يبذلونه من أجل نشر الفكر النير والثقافة الإسلامية الملتزمة بقضايا الأمة المسلمة.

وأقول ردا على السؤال إن مسألة (الاستهداف) أمر سجله التاريخ منذ نزول الرسالة الخاتمة وبدء الدعوة الإسلامية، فقد استهدف أعداء الإسلام شخص الرسول صلى الله عليه وسلم وهو الداعية الأول طعنا في رسالته ولمزا وهمزا بشخصه الكريم تعبيرا عن رفض ملة الإسلام أساسا وعدم الرضا بما نزل به الوحي، وقد أوضح الله سبحانه وتعالى حقيقة هذه العدائية مبينا سببيتها بالرفض وعدم الرضا عن دين الإسلام وذلك في قوله: >> ولن ترضى عنك اليهود ولا النصارى حتى تتبع ملتهم << . كما نبه إلى أن عداء الإسلام مستحكم في قلوب اليهود والمشركين وذلك في قوله: >> ولتجدن أشد الناس عداوة للذين آمنوا اليهود والذين أشركوا << . وهذا يدلل على أن مسألة استهداف الأمة المسلمة منذ فجر الإسلام وحتى هذا اليوم إنما هي استهداف لدين الإسلام، وهذا يفسر سبب استهداف المسلمين في كل وقت كما ورد في سؤالكم.

ولهذا الاستهداف حالتا نشاط وتلون وذلك مرتبط بأحوال الأمة من حيث الالتزام بالتشريع الإلهي وعدمه ومن حيث حالتي القوة والضعف، وإن استقراء أحداث التاريخ الإسلامي يؤكد أن استهداف الأعداء للأمة المسلمة يخبو ويكمن في حال التزامها بشريعة الإسلام التي توفر لها تلك القوة، وعلى عكس ذلك ينشط استهداف الأعداء للأمة ولدينها كلما ضعف التزامها بما أوجبه الله وهو كذلك من أسباب ضعفها، والالتزام الذي وصف في العديد من الآيات القرآنية بالاعتصام بالله سبحانه وتعالى هو سبب الهداية والقوة والنجاة، قال تعالى: >> ومن يعتصم بالله فقد هدي إلى صراط مستقيم << وقال سبحانه: >> واعتصموا بحبل الله جميعا ولا تفرقوا << وقال أيضا: >> فأقيموا الصلاة وآتوا الزكاة واعتصموا بالله هو مولاكم <<.

ولاشك إن الالتزام بشريعة الله يجمع قلوب المسلمين وعقولهم وأفكارهم على منهج واحد، كما أنه يوحد صفوفهم ويمنحهم المهابة التي تستقر في قلوب أعدائهم. وصفحات التاريخ الإسلامي مليئة بالشواهد على هذه الحقيقة، إذا فالتزام المسلمين بإسلامهم هو سبب قوتهم وعزتهم، وكلما ضعف هذا الالتزام ضعفوا وتكالبت عليهم الأمم كما تتكالب الأكلة على قصعتها.

كيان شعبي إسلامي

@ مواقف الدول الإسلامية الرسمية ومواقف رابطة العالم الإسلامي إزاء القضايا والأحداث التي تقع . هل هناك فرق بينهما؟ وهل هناك تنسيق؟ وهل هناك تضارب في المواقف؟

ـــ أود أن أشير في بداية الإجابة على هذا السؤال إلى أن رابطة العالم الإسلامي منظمة إسلامية شعبية عالمية لها أهداف معلنة تتمثل في تبليغ دعوة الإسلام والدفاع عن دين الله وتبني قضايا الشعوب والأقليات الإسلامية والعمل على مساعدة المحتاجين منهم.

وتعمل الرابطة على تحقيق أهدافها من خلال وسائل وبرامج إسلامية تنفذها بواسطة الإدارات والهيئات والمكاتب والمراكز الخارجية التابعة لها، ولذلك فإن الرابطة كيان شعبي إسلامي مستقل ترسم مواقفها وفق هدي كتاب الله سبحانه وتعالى وسنة نبيه صلى الله عليه وآله وسلم، وقد تلتقي مواقف الرابطة مع الكثير من مواقف الدول الإسلامية التي تتمثل في منظمة المؤتمر الإسلامي، بل إن هناك تنسيقا بين الرابطة والمنظمة من خلال اللقاءات والمكاتبات واللجان المشتركة ومنها لجنة العمل الإسلامي المشترك.

وبين كل من الرابطة والمنظمة قواسم مشتركة من حيث الأهداف وبرامج العمل، والرابطة عضو مراقب في المنظمة، تشارك في مؤتمرات القمة الإسلامية واجتماعات وزراء الخارجية ووزراء الشؤون الإسلامية ووزراء الإعلام ووزراء الثقافة في المنظمة، وقد قدمت الرابطة العديد من المذكرات الضافية لهذه الاجتماعات طرحت فيها رؤيتها الإسلامية في حل مشكلات الأمة المسلمة.

والرابطة لا تلزم نفسها بمناهج الدول الإسلامية وأنظمتها، بل هي تحذر وتنبه من خطر المناهج المتعارضة مع الإسلام ولاسيما العلمانية، وفيما يتعلق بقضايا الشعوب الإسلامية فإن رابطة العالم الإسلامي تسارع دائما للدعوة إلى التضامن الإسلامي لحل كل مشكلة تستجد في بلدان المسلمين ومواقع الأقليات والجاليات الإسلامية.

وأود هنا أن أشير إلى أن قيام منظمة المؤتمر الإسلامي كان نتيجة لدعوة أطلقتها الرابطة بعد حريق المسجد الأقصى عام 1967م حيث اجتمع القادة المسلمون في الرباط بعد جهود بذلها الملك فيصل بن عبدالعزيز ـ رحمه الله ـ وكان من أهم قراراتهم تشكيل منظمة المؤتمر الإسلامي وهي الكيان الرسمي الذي أنيط به متابعة قضايا المسلمين في العالم ومتابعة شؤونهم.

FED-PEC0242817

والخلاصة أن رابطة العالم الإسلامي ليست بصمة من بصمات الحكومات الإسلامية، وليست في موقع المعارضة لهذه الحكومات، بل معها على الحق ومناصحة لها فيما خفي عليها أو تجاوزت فيه، وتبذل الرابطة جهودها في التوفيق والتنسيق بين الحكومات والمنظمات والهيئات الشعبية، وهناك تنسيق وأعمال مشتركة يتم تنفيذها من خلال قنوات منظمة المؤتمر الإسلامي والمؤسسات المنبثقة عنها ومن أهمها البنك الإسلامي للتنمية والمنظمة الإسلامية للتربية والعلوم والثقافة (الإيسيسكو) ووكالة الأنباء الإسلامية الدولية (إينا) وغيرها.

### منطلقات الرابطة

a/ على أي أساس ومن أي منطلق تتحرك الرابطة حال وقوع الحدث أو العدوان والظلم على المسلمين؟
ـ إن جميع منطلقات رابطة العالم الإسلامي تعتمد على كتاب الله سبحانه وتعالى وسنة نبيه صلى الله عليه وسلم، ويشمل ذلك شؤون الدعوة وشؤون المسلمين وكذلك الشؤون الدولية، وقد وثقت الرابطة منطلقاتها بهذين الأصلين لقوله صلى الله عليه وسلم: "تركت فيكم ما إن تمسكتم به لن تضلوا أبداً: كتاب الله وسنتي". ولذلك فإن الرابطة تتعامل الحدث أو العدوان أو الظلم من منطلق إسلامي، ففي حدث أفغانستان قامت بالواجب الذي يمليه الإسلام في وجوب التضامن ودعم الجهاد وإغاثة المحتاجين وتقديم أشكال العون للمجاهدين وتوحيد صفوفهم وشد أزرهم في جميع المواقع الدولية والمنظمات العالمية المؤثرة، وفي حدث البوسنة والهرسك فعلت الرابطة مثل ذلك، وفي حدث كوسوفا والشيشان قامت الرابطة بواجبها الإسلامي الشرعي منذ النذر الأولى للعدوان حيث نبهت الشعوب والمنظمات والحكومات الإسلامية للخطر القادم كما دعت إلى التكافل والتضامن مع هذين الشعبين المسلمين وكاتبت العلماء والمسؤولين وخاطبت عدداً من زعماء العالم ودعت المنظمات الدولية لعمل جاد من أجل وقف العدوان، كما بذلت جهوداً في مجال العون والإغاثة لإعانة شعب البوسنة والهرسك وكشمير وكوسوفا والشيشان. وإلى جانب هذه المبادرات كان للرابطة حضور إعلامي ساعد في شرح قضايا الشعوب المسلمة المعتدى عليها للرأي العام الإسلامي والعالمي من خلال البيانات التي عممتها على وكالات الأنباء ووسائل الإعلام المتنوعة من خلال المشاركات المباشرة في طرح المشكلة عبر هذه الوسائل، وقد حظيت قضية المسجد الأقصى والقدس والمقدسات الإسلامية في فلسطين المحتلة بنصيب كبير من هذه الجهود، التي سجل كثير من الهيئات الدولية والمؤسسات الإنسانية دوراً رائداً للرابطة في مجال نصرة شعوبنا المنكوبة والأقليات الإسلامية المعتدى عليها، وقد نجحت الرابطة ولله الحمد في حل العديد من المشكلات الإسلامية من خلال المفاوضات المباشرة، ومن ذلك مشاركتها في المفاوضات التي جرت قبل سنوات قليلة بين حكومة الفلبيين وجبهة تحرير مورو الوطنية حيث توصل الطرفان إلى اتفاق نأمل أن تلتزم حكومة الفلبيين بنصوصه.

### شكر وتقدير لحكومة المملكة

a/ يلاحظ أن التحرك من قبل المنظمات الإسلامية ومنها رابطة العالم الإسلامي يأتي متأخراً بعد وقوع الأحداث، كيف يفسر معاليكم ذلك؟
ـ مع وجود ما يبرر مثل هذا السؤال أؤكد عدم الدقة في اطلاقه ولعل ما ذكرته لكم في الإجابة على السؤال السابق يكفي لتوضيح ذلك، على أن ضعف المنظمات الإسلامية وحداثة نشأتها وخبرتها وعدم توفر المعلومات الكافية للكثير منها لا يمكنها من القدرة على تحليل الأمور والمبادرة في المكاشفة، كما أن تفكك الأمة واختلاف مصالح أفرادها وأنظمتها يمثل عائقاً آخر دون المبادرة. إلا أن انتشار الوعي بين المسلمين والممارسات الفاضحة للأعداء جعلت الأمور تكشف نفسها بنفسها ويتبين للجميع ما كان خافياً من تسلط الأعداء على أمة الإسلام. وعلى كل أود أن أبين أن رابطة العالم الإسلامي، وهي المنظمة الإسلامية الشعبية، لا تمتلك حلولاً سحرية لمشكلات المسلمين المتكاثرة كما يتوهم البعض، فللرابطة قدراتها المالية المحدودة، ولولا ما تقدمه حكومة المملكة العربية السعودية والشعب السعودي الكريم من ميزانية سنوية ودعم وتمويل للحالات الطارئة لما تمكنت الرابطة من تحقيق ما تم تحقيقه من إنجازات إسلامية، وفي هذا السياق أسجل شكر الرابطة وتقديرها لحكومة المملكة التي قدمت مع شعبها الكريم للرابطة وهيئاتها ستة مليارات ونصف المليار من الريالات السعودية أنفقتها الرابطة من أجل خدمة الإسلام ودعم القضايا الإسلامية وإغاثة المسلمين المحتاجين.

### استقراء الأحداث

a/ ألا يوجد جهاز تابع للرابطة مهمته استقراء الأحداث والتحرك لتلافيها كما يفعل أعداء الأمة؟
ـ لا، لا يوجد مثل هذا الجهاز بالمصطلح الفني، لكن الرابطة وإداراتها وهيئاتها ومكاتبها ومراكزها الخارجية تشكل جهازاً متكاملاً يبادر لمعالجة كل مايتعلق بهموم المسلمين ومشكلاتهم بحسب الإمكانات المتوفرة وبلا أى تقصير، كما أن الرابطة تنسق مع العديد من المنظمات الإسلامية العالمية من خلال التنسيق الثنائي وكذلك من خلال المجلس الإسلامي العالمي للدعوة والإغاثة الذي يضم في عضويته أكثر من ستين مؤسسة إسلامية ذات نشاط مشابه لأنشطة الرابطة، وكثيراً ما نجحت الرابطة في تجنيب المسلمين والأقليات والجاليات الإسلامية

FED-PEC0242818

المخاطر قبل حدوثها. وقد يكون من المناسب أن أشير هنا إلى أن جهود الرابطة في تقليص موجة الإرهاب في الساحة الإسلامية تقوم على معالجة أسبابه والحوار مع المنظمات والجماعات الإسلامية، وكذلك دور الرابطة في وقف جولات عديدة من المعارك بين الفرقاء المتنازعين في كل من الصومال وأفغانستان.

الحوار مع الآخر

@ كيف ينظر معاليكم إلى الحوار مع الآخر في ظل القتل وحمل السلاح وأنهار دماء المسلمين التى تجري في مناطق مختلفة من العالم؟

- الحوار مع الآخر وسيلة قررها الإسلام، وفي السيرة النبوية الصحيحة ثبت أن النبي صلى الله عليه وسلم حاور أعداء الدعوة جميعاً من مشركين ونصارى ويهود، كما كاتب الأكاسرة والقياصرة والملوك، والحوار مع الآخر مقرر في القرآن الكريم بضوابطه التي وردت في قوله تعالى:"ولا تجادلوا أهل الكتاب إلا بالتي هي أحسن". والحوار في ظل العدوان والقتل، وما أوردتموه في سؤالكم أمر مشروع إلى جانب الاستعداد لدفع العدوان ومنع القتل.

وللحوار أشكال متعددة، منها الحوار المباشر، ومنها المراسلة والمكاتبة، ومنها المواجهة في المؤتمرات وعبر القنوات، وقد حاورت الرابطة الرئيس الروسي السابق بوريس يلتسين وخليفته الرئيس فيلاديمير بوتين عبر الرسائل حيث أوضحت موقف المسلمين والمنظمات الإسلامية المتمثلة بالرابطة من جرائم القوات الروسية وطالبت، بمنطق إسلامي واضح بوقف العدوان، وفتح المجال لوصول مواد الإغاثة للاجئين الشيشان في أنجوشيا، وقد استجابت الحكومة الروسية التي أوفدت سفيرها للحوار مع الرابطة من خلال اللقاء بالأمين العام، وتم التوصل إلى صيغة اتفاق سمحت الحكومة الروسية بموجبه بدخول الهيئات الإغاثية الإسلامية إلى الأرض الروسية لإيصال مواد العون للاجئين في أنجوشيا.

وأقول هنا إن المسلم كَيّسٌ فطِنٌ، كما أن المسلم لا يقبل الدنية في دينه، والحوار قد يحقق المطالب الإسلامية وقد يؤدي إلى تحقيق العون للمسلمين رغم كل أشكال الاضطهاد المشهودة ضد المسلمين في العالم، فالحوار وسيلة من وسائل حقن الدماء ودفع الظلم والتعريف بالإسلام على حقيقته.

لهذه الأسباب شاركنا
في الألفية الثالثة

@ شاركتم معاليكم مؤخراً في قمة الألفية الثالثة التي دعت إليها هيئة الأمم المتحدة.. ماذا تعني هذه المشاركة؟ وما هي انطباعاتكم حول هذا الاجتماع العالمي الكبير؟

- هذه المشاركة تعني عدداً من الأمور، منها :

@ أولاً: وجوب الحضور الإسلامي في المحافل والمؤتمرات والندوات التي تتعلق بمستقبل البشرية، والمسلمون جزء كبير من هذه البشرية.

@ ثانياً: تقديم الرأي الإسلامي والمجاهدة لتمريره والحيلولة دون تبني هيئة الأمم المتحدة أفكاراً تتعارض مع الشريعة الإسلامية.

@ ثالثاً: نشر الدعوة الإسلامية وتعريف غير المسلمين بمحاسن الإسلام وتصحيح صورة الإسلام المغلوطة لدى غير المسلمين.

@ رابعاً: تقديم الحلول الإسلامية لمشكلات العصر والتعريف بفاعليتها وحث المجتمع الدولي للأخذ بها في صياغة النظام العالمي الجديد وصياغة قوانين العولمة.

وقد وفق الله الرابطة في هذا المؤتمر لتحقيق كل ذلك حيث بادرت قبل انعقاد المؤتمر إلى عقد اجتماع لممثلي المنظمات والمؤسسات والجمعيات والشخصيات الإسلامية المشاركة في المؤتمر والعاملة في الولايات المتحدة الأمريكية، وقد تم الاجتماع في مقر مكتب الرابطة في نيويورك حيث تمت مراجعة مشروع الإعلان الختامي الذي أعدته الأمانة العامة للمؤتمر وتم تسجيل التعديلات والتحفظات الإسلامية على العديد من الفقرات والجمل والألفاظ، ومن ثم تم تقديم المشروع البديل المعدل للأمين العام لهيئة الأمم المتحدة وللأمانة العامة للمؤتمر، كما تم إبلاغ الطرفين بالتعديلات والمطالب الإسلامية مشافهة، وخلال جلسات المؤتمر طرحت الرابطة الرؤية الإسلامية البديلة شارحة موقف الإسلام من قضايا السلام وحقوق الإنسان والتنمية والتربية والثقافة ودور الدين في حياة المجتمع، وقد استمع ممثلو الأديان وممثلو العقائد الروحية الأخرى إلى كل ذلك مما يحقق رسالة الرابطة وأهدافها في تبليغ دعوة الإسلام لجميع الناس، وأحمد الله أنه عندما تم الإعلان الختامي للمؤتمر وجدناه قد راعى كثيراً من التعديلات الإسلامية وخلا مما يتعارض مع الإسلام.

أما الانطباع الذي حملته الرابطة من هذا المؤتمر فذلك يتلخص في وجوب حضور المسلمين ومشاركتهم في المؤتمرات الدولية التي تتعلق بالشؤون البشرية، مع ضرورة الإعداد الكامل وطرح المبادرة في وقتها ومتابعتها

FED-PEC0242819

مع الأطراف المشاركة، ولا سيما أن المجتمعات الغربية تبحث اليوم عن التوازن بين الروح والمادة مما جعل الكثيرين من الغربيين يتأملون أو يعتنقون مبادئ (بوذا) لخلو حياتهم المادية المحضة من التوازن مع الروح، وقد تنبهت الرابطة إلى هذه القضية ونبهت المنظمات الإسلامية في الولايات المتحدة بشكل خاص لتمكينها من حمل الرسالة الإسلامية الصحيحة وتبليغها والدعوة إليها في أنحاء أمريكا.

هذه النظرية فاسدة

ⓐ ما رؤاكم ومقترحاتكم التي طرحتموها من خلال مشاركتكم في ندوة الحوار والتعايش بين الحضارات التي عقدت في برلين بألمانيا في بداية شهر ربيع الآخر 1421هـ؟

- إن رابطة العالم الإسلامي شاركت مراراً في الحوار بين الحضارات بادئة بالحوار بين أتباع الأديان، وتتوخى الرابطة الالتزام بالضوابط الإسلامية الصريحة في مجال الحوار، وتعتبر أن ندوات الحوار فرصة ثمينة سانحة لتبليغ الإسلام للآخرين وتصحيح الصورة المغلوطة التي يحملونها عن الإسلام، ودعوته إلى الحوار النافع، وبينت سبل الحوار في التصور الإسلامي كما شرحت منافعه، وردت خلال ذلك على النظرية الزائفة التي أطلقها صموئيل هنتنجتون عام 1990م في كتابه (صراع الحضارات) إثر سقوط الشيوعية التي انتهى خطرها على الغرب، بينما بقي الخطر الأخضر وهو خطر الإسلام موجوداً وهو ما يوجب على الغرب. بحسب تلك النظرية الفاسدة. أن يواجهه ويسقطه كما اسقط الشيوعية.

وفي الندوة عرضت الرابطة مبادئ الإسلام في بناء الحضارة الإنسانية وسماحة هذا الدين وعدالته على الأفراد والمجتمعات في حالات السلم والحرب، كما قدمت نماذج عن حقوق الإنسان التي كفلها الإسلام، وشرحت مدى احتياج البشرية في هذا العصر للاستفادة من مبادئ الإسلام الشاملة في حل المشكلات الإنسانية المتزامنة والمستجدة.

وقد لقيت مواقف الرابطة استجابة من العديد من المشاركين، ومنهم اليهودي ريتشارد رئيس جمعية مناهضة (الإسلام فوبيا) في بريطانيا الذي أثنى على المبادئ الإسلامية في العدالة والتسامح وقبول الرأي الآخر وحقوق الإنسان ومحاربة التمييز ، وهذا ولله الحمد نصر لرسالة الإسلام في العالم ومساهمة مباركة في تصحيح الصورة المغلوطة عن الإسلام لدى الكثير من الغربيين.

(يتبع في العدد القادم)


رابطة العالم الإسلامي في سطور

ⓐ أنشئت رابطة العالم الإسلامي في الرابع عشر من شهر ذي الحجة من عام 1389هـ، بناء على القرار الصادر عن المؤتمر الإسلامي العام.

ⓐ منظمة إسلامية عالمية تمثل فيها كافة الشعوب الإسلامية في أنحاء المعمورة.

ⓐ عضو من الدرجة الأولى في هيئة الأمم المتحدة ضمن المنظمات الدولية غير الحكومية ذات الوضع الاستشاري بالمجلس الاقتصادي والاجتماعي، وعضو في منظمة اليونسكو وفي صندوق الطفل العالمي بهيئة الأمم المتحدة ومراقب في منظمة المؤتمر الإسلامي بجدة، وتحضر جميع مؤتمرات وزراء الخارجية والقمة الإسلامية.

ⓐ من أهداف الرابطة: تبليغ دعوة الإسلام وشرح مبادئه وتعاليمه ودحض الشبهات عنه والتصدي للتيارات والأفكار الهدامة التي يريد منها أعداء الإسلام فتنة المسلمين عن دينهم وتشتيت شملهم وتمزيق وحدتهم، والدفاع عن القضايا الإسلامية بما يحقق مصالح المسلمين وآمالهم.

ⓐ تستخدم الرابطة عدداً من الوسائل لتحقيق أهدافها، منها: العمل على تحكيم الشريعة الإسلامية في البلاد الناطقة بالشهادتين، والأخذ بمبدأ الشورى عن طريق مؤتمرات لكبار العلماء في العالم الإسلامي لتبادل وجهات النظر وتنسيق الجهود المبذولة من أجل نشر الدعوة الإسلامية، والاستفادة من موسم الحج عن طريق إقامة الندوات والمحاضرات، ودعم وتشجيع العلماء والدعاة في كافة أنحاء الأرض، وتوزيع الكتب والمجلات الإسلامية، مجاناً، وبعث عدد من الوفود إلى جميع أقطار العالم الإسلامي التي تتواجد فيها أقليات إسلامية، والعمل على نشر لغة القرآن الكريم بين الشعوب الإسلامية.

ⓐ تتكون رابطة العالم الإسلامي من عدد من الأجهزة، من أهمها: المجلس التأسيسي ويتكون من خمسة وخمسين عضواً من العلماء وقادة الفكر والرأي في العالم الإسلامي، وهو الذي يرسم سياسة الرابطة ويحدد أهدافها واتجاهاتها بما يكفل تحقيق الأهداف التي قامت من أجلها لخير الإسلام والمسلمين، والأمانة العامة للرابطة وتعتبر السلطة التنفيذية للرابطة، ومقرها الدائم بمكة المكرمة.

ⓐ للرابطة مكاتب عديدة تنتشر في كافة أنحاء العالم.

FED-PEC0242820

@ كما أن لها دعاة كثيرين موزعين في قارات دول العالم، يقومون بنشر الدعوة الاسلامية وتعليم المسلمين أمور دينهم.

معالي الدكتور العبيد

- ولد معالي الدكتور عبدالله بن صالح العبيد في البدائع بمنطقة القصيم بالمملكة العربية السعودية 1361هـ .
- حصل على بكالوريوس اللغة العربية من جامعة الإمام محمد بن سعود الإسلامية بالرياض عام 1388هـ.
- حصل على درجة الماجستير في المناهج والتقييم التربوي من جامعة أوكلاهوما الحكومية بالولايات المتحدة الأمريكية عام 1397هـ.
- حصل على درجة الدكتوراه في نفس التخصص ومن نفس الجامعة عام 1399هـ.
- حصل على دورة التأهيل العسكري للضباط الجامعيين عام 1400هـ.
حياته الوظيفية:
- بدأ حياته الوظيفية في 1/7/1383هـ وعمل مندوباً للرئاسة العامة لتعليم البنات بالزلفي.
- عمل محرراً بوزارة الدفاع وبالقوات الجوية الملكية السعودية 1384هـ - 1387هـ.
- عمل مدرساً بكلية الملك فيصل الجوية ومديراً لمكتب قائد كلية الملك فيصل الجوية من عام 1388 - 1401هـ.
- في عام 1401هـ عين وكيلاً مساعداً للشؤون الإدارية بالرئاسة العامة لشؤون الحرمين الشريفين.
- ثم نائباً للرئيس العام لشؤون الحرمين الشريفين لشؤون الحرم النبوي الشريف.
- في عام 1402هـ انتدب نائباً لرئيس الجامعة الإسلامية بالمدينة المنورة.
- في عام 1403هـ عين رئيساً للجامعة الإسلامية وظلَّ حتى 2/3/1416هـ.
- عين أميناً عاماً لرابطة العالم الإسلامي في 21/8/1416هـ، الأمين العام للمجلس الأعلى العالمي للمساجد، رئيس هيئة الإعجاز العلمي، نائب رئيس المجمع الفقهي، ورئيس مجلس إدارة هيئة الإغاثة الإسلامية العالمية.

FED-PEC0242821



Beyond Words

Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us