# EXHIBIT 083

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

------------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

------------------------------------x

April 12, 2021

10:30 a.m.


Videotaped Deposition via Zoom

of BRIAN M. JENKINS, pursuant to Notice,

before Jineen Pavesi, a Registered

Professional Reporter, Registered Merit

Reporter, Certified Realtime Reporter and

Notary Public of the State of New York.

Page 74

JENKINS

as well.

He is currently being held at Guantanamo.

MR. COTTREAU:  If I can ask the assistant to turn ahead to what's page 488 of the 9/11 Commission Report at FED PEC 00076072, these are the footnotes to Chapter 5, Mr. Jenkins.

And if you could highlight footnote 1 on that page.

Mr. Jenkins, I am going to show you what's been marked as part of Exhibit 2026, page FED PEC 76072, it is footnote 1 to Chapter 5 of the 9/11 Commission Report, and ask you to read aloud that footnote.

A.     "Though KSM and bin Ladin knew each other from the anti-Soviet campaign of 1980s, KSM apparently did not begin working with Al Qaeda until after the 1998 East Africa Embassy bombings. Intelligence reports interrogations of KSM, November 21, 2003; January 9, 2004; February 19, 2004."

Page 75

JENKINS

Q.     And do you agree with footnote 1 to Chapter 5 of the 9/11 Commission Report as published on FED PEC 0076072 of Exhibit 2026?

A.     They begin working with -- begin working with, I am going to talk about that phrase there.

KSM we know, and this is also from the 9/11 Report, spoke with bin Ladin in 1996 and pitched the idea of some type of operation involving airplanes.

Bin Ladin did not  -- bin Ladin invited Khalid Sheikh Mohammed to join Al Qaeda at that time, but Khalid Sheikh Mohammed did not and so this would be referred to, you know, really in a sense a more formalization of a relationship.

But Khalid Sheikh Mohammed remained committed to this operation and was anxious for bin Ladin's support for it, but at the same time Khalid Sheikh Mohammed really valued his independent status and did not want to formally join Al Qaeda and so this represents more of a

Page 76

JENKINS

formalization of the relationship.

Q.     When you say this represents more of a formalization of the relationship, you mean when KSM began working more closely with Osama bin Ladin in 1998 or 1999?

A.     Yes.

MR. COTTREAU: If I could have the assistant please turn to the next page and highlight for me footnote 10 on the next page.

Q.     Mr. Jenkins, I am going to have you take a look at footnote 10 to Chapter 5 of the 9/11 Commission Report, which is at FED PEC 0076073 of Exhibit 2026, and if you could please read that aloud for me.

A.     "Intelligence report, interrogation of KSM, January 9, 2004.  In another interrogation report, however, KSM downplays the significance of his relationship to Yousef in enabling him to meet with bin Ladin.  Specifically, KSM notes that Yousef was not a member of Al Qaeda and that Yousef never met bin Ladin.

Page 77

JENKINS

Intelligence report, interrogation of KSM, February 19th, 2004."

MR. EUBANKS:  Objection, rule of completion or rule of completeness.

Q.     Do you agree that Ramzi Yousef was not a member of Al Qaeda and that Ramzi Yousef never met Osama bin Ladin?

A.     I don't know; again, I don't know independently whether Yousef had met bin Ladin.

Insofar as not being a member of Al Qaeda, here you have to understand, in my view, that when we talk about Al Qaeda, we in the west want to impose wiring diagrams and formal memberships on what is really a network.

There was an Al Qaeda constellation, Al Qaeda orbit, that included individuals who were members, who were affiliates, who were innocent subcontractors, and there were individual entrepreneurs, at times they collaborated with Al Qaeda, so it was much of a network.

20 (Pages 74 - 77)

Page 90

JENKINS

completeness.

A.   Again, I haven't done any independent looking at the financial issues and so all I can say here is that this is what the 9/11 Commission wrote in its report.

MR. COTTREAU:  Mike, if you can take that down, we're done with that, thank you.

Q.   If it makes sense, maybe now would be a good time for a bathroom break, Mr. Jenkins.

A.   All right.

Q.   It would be on our end.

A.   Okay.

MR. COTTREAU:  Off the record.

THE VIDEO TECHNICIAN: Time is 12:57, we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: We are on the record, the time is 1:12 p.m..

Please continue.

BY MR. COTTREAU:

MR. COTTREAU:  Mike, if you can

Page 91

JENKINS

load document I as Exhibit 2028.

(Defendants' Exhibit 2028, transcript of witness's testimony presented before the House Armed Services Committee, Subcommittee on Emerging Threats and Capabilities, on or about June 22, 2011, was marked for identification, as of this date.)

Q.   Mr. Jenkins, I am going to show you what's been marked as Exhibit 2028 and ask you whether you recognize this as a transcript of your testimony presented before the House Armed Services Committee, Subcommittee on Emerging Threats and Capabilities, on or about June 22, 2011, and if you need to have the court reporter scroll, the court assistant scroll, that's fine.

(Witness perusing document.)

MR. COTTREAU:  Maybe, Michael, you can scroll to the next page and if you can zoom in on his name and the text after his name.

(Witness perusing document.)

Page 92

JENKINS

Q.   I will just ask my question again.

Mr. Jenkins, do you recognize Exhibit 2028 as a copy of your testimony before a subcommittee of the House Armed Services Committee on June 22, 2011?

A.   Yes.

Q.   I am going to have you take a look at page 3, numbered on the bottom of Exhibit 2028, and look at the second-to-the-last paragraph on page 3 of Exhibit 2028.

The second-to-the-last sentence in your testimony says, "Before that, in 1995, a small group of terrorists, then still outside of Al Qaeda's orbit, plotted to bring down 12 airliners flying across the Pacific."

Do you recall making that statement in your testimony that's part of Exhibit 2028?

A.   Can you do me a favor, because I appreciate this, can you just take that off so I can read -- I can just

Page 93

JENKINS

familiarize myself with the page of where we are in this.

Q.   Please take the time that you need.

(Witness perusing document.)

A.   Okay.

Q.   Do you recall in 2011, as part of your testimony, at Exhibit 2028, numbered page 3, second-to-the-last paragraph, stating that, "Before that, in 1995, a small group of terrorists, then still outside of Al Qaeda's orbit, plotted to bring down 12 airliners flying across the Pacific."

A.   Yes, that was my testimony.

Q.   Does that sentence that I just read refer to the Bojinka plot?

A.   Yes.

Q.   And do you still believe that, as you've stated in Exhibit 2028, second-to-the-last paragraph of numbered page 3, "Before that, in 1995, a small group of terrorists, then still outside of Al Qaeda's orbit, plotted to bring down 12

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

Page 94

JENKINS

airliners flying across the Pacific"?

A. Yes, but I would add to that again, we've had this discussion before, you know, as I say, it was not -- Bojinka was not an Al Qaeda operation, it was carried out by individuals who were part of this broader constellation and who had previously, in some case, had previously had connections with Al Qaeda or subsequently had connections with Al Qaeda.

But the specific operation was not an Al Qaeda operation.

So, yes, I agree with this statement, but with that additional statement.

Q. Thank you.

MR. COTTREAU: Michael, you can take the exhibit down.

Q. Mr. Jenkins, do you believe that Islam is a religion of peace?

MR. EUBANKS: Object to form, outside the scope.

A. You know, do I believe --

Page 95

JENKINS

MR. MALONEY: Are you asking for a personal opinion or expert opinion?

A. Are we talking about my personal philosophical positions or are we talking about -- you've got to ask something -- that's a philosophical statement.

Q. Okay.

Well, I just thought you had written this before and so I just asked the question to see what you believed today.

But maybe we can start again, Mr. Jenkins, and maybe this is a yes/no question, but you tell me.

Do you have a different expert opinion versus a personal opinion as to whether Islam is a religion of peace?

MR. EUBANKS: Objection to form, outside the scope.

A. I would say that, you know, look, let me give you a straight answer to that question and I'll tell you.

A religion is a set of beliefs

Page 96

JENKINS

and whether we're talking about Islam or Christianity or Bhuddism, there is nothing inherent in a belief in god in mainstream religions that commands violence.

But religion is regularly exploited to support violent acts, that's not exclusive to Islam, that is a matter of all belief systems.

So do I believe that Islam is itself the religion, what is written in the Quran, is inherently violent, probably no more so than the Old Testament of the Bible, of the Christian Bible.

Are the religious beliefs regularly deployed, not just Islam, but any religion, deployed to support on occasion slaughter, killings, the answer is yes, historically they have been used for that.

And the reason I have opined on Islam is that there is, let's put this in context, there is I think a bias in the world that Islam itself, for one to be a Muslim, is inherently to accept a religion

Page 97

JENKINS

of aggression, of violence; I reject that, I do reject that.

Is, is the faith utilized as other faiths are, to support acts of violence, murder, large scale slaughter, the answer is, unfortunately, historically, yes.

Q. Do you believe that Al Qaeda distorted Islam to commit terrorist attacks?

MR. EUBANKS: Objection to form, outside the scope.

A. It is outside what I've written about, I am not a theologian.

However, clearly what Al Qaeda did in its ideology was to elevate the concept of Jihad, which can mean either a spiritual struggle or making war, it elevated it to in a sense the primary, the paramount issue, which was to not the spiritual quest, but to make war, to be intolerant, to define religion very, very -- Islam -- very, very narrowly so that others could be identified, even fellow

25 (Pages 94 - 97)

Page 214

JENKINS

(Recess taken.)

THE VIDEO TECHNICIAN: We are on the record, the time is 5:21 p.m.

Please continue.

BY MR. COTTREAU:

Q.    Mr. Jenkins, just some clean-up questions so I can make sure I understand your report.

If you could take a look at the section beginning on page 7 of your report, let me know when you're there.

Are you on page 7?

A.    Yes, I am, sorry, I thought you heard me.

Q.    Pages 7 through 9 of your report, you have a section titled "Terrorists Make Commercial Aviation Part of the Battlefield."

Do any of the attacks in that section involve Al Qaeda?

MR. EUBANKS:  Take your time reading through the section.

(Witness perusing document.)

A.    No.

Page 215

JENKINS

Q.    If you could turn to page 9 of your report and let me know when you're there.

(Witness complying.)

Q.    From pages 9 to 11 of your report, you have a section titled "A Coordinated Multi-Part Attack."

Do any of the plans or plots in that section involve Al Qaeda, besides 9/11?

(Witness perusing document.)

A.    I'm just going through them.

(Witness perusing document.)

A.    No.

Q.    If you could turn to page 11 of your report, you have a section entitled "The Plot to Bring Down 12 Jumbo Jets."

Is that the so-called Bojinka plot?

A.    Yes.

Q.    You say at the first sentence of the section entitled "The Plot to Bring Down 12 Jumbo Jets" on page 11 of your report, that "Ramzi Yousef had become an

Page 216

JENKINS

international recruiter for the nascent Al Qaeda group."

Do you see that?

A.    Yes.

Q.    Do you believe that Ramzi Yousef had become an international recruiter for the nascent Al Qaeda group?

A.    Well, here again, we're talking about Afghanistan in the early Nineties and his exact relationship, and that is unclear, I don't know if he actually ever swore bayat to bin Ladin.

Bin Ladin certainly knew him, he had in fact served in the Mujahideen, so he was acquainted -- bin Ladin knew of him and he knew of bin Ladin to be sure, and there was --

Again, he was part of this constellation, I keep on going back to this, he was part of this constellation of actors that are in this broader orbit and so in terms of the -- in terms of Al Qaeda formally, no, and I think the operative word there would be, you know,

Page 217

JENKINS

the part of the structures that ultimately coalesced into something under more or less the constellation supervised or overseen by Osama bin Ladin.

So the answer is, yes, I think he was a recruiter, he moved around and was part of this broader network.

At what point or to what degree, whether he swore bayat, was part of the inner group, less certain here because bin Ladin did not move back to Afghanistan until 1996 and by that time Ramzi Yousef was already in jail and so he would be part of this broader network.

Q.    Mr. Jenkins, it's okay if you need to revise your opinions or if you use language that you don't think accurately reflects your opinions, I just want to know that today and I am going to want to understand the methodology arriving at your opinions.

But maybe we can start here; when you say in this first full sentence in the first section, "the plot to bring

55 (Pages 214 - 217)

Page 218

JENKINS

down 12 jumbo jets" on page 11 of your report, "nascent Al Qaeda group," do you mean Al Qaeda or do you mean something other than Al Qaeda when you use that phrase?

A.    I should say really here, if I would revise it, I would say Al Qaeda network, Al Qaeda constellation, constellation group surrounding Al Qaeda, coalescing groups, groups coalescing under Al Qaeda, rather than group; group implies something that, while there wasn't Al Qaeda group dating from '88, in Afghanistan in the early 1990s, this was still, again, these relationships are tenuous and murky, but they're there, they're nonetheless there.

So I would not use the word group.

Q.    So as I understand it, on page 11 of your report, instead of "nascent Al Qaeda group," you would prefer if it said "groups coalescing around Al Qaeda"?

A.    I would be comfortable with

Page 219

JENKINS

that, yes.

Q.    I'll just make a list of it and we can go through each one, but can you give me each and every piece of evidence that you think supports the conclusion that Ramzi Yousef had become an international recruiter for groups coalescing around Al Qaeda?

A.    I would go with, again, I would check back, I think part of it comes out of the background of Ramzi Yousef in the 9/11 Report and I'd want to double-check and see exactly what the quote there was.

There was some other documents and, again, I would want to double-check on this, that were the result of the investigation of the 1993 World Trade Center bombing and Ramzi Yousef coming and meeting with the so-called blind sheik and putting together a group for that operation.

Q.    Other than the 9/11 Commission Report section on the background of Ramzi Yousef and documents concerning the 1993

Page 220

JENKINS

World Trade Center bombing, are there any other documents that you would use to support the conclusion that Ramzi Yousef had become an international recruiter for groups coalescing around Al Qaeda?

A.    No.

But that phrase international recruiter comes from somewhere, it is not a phrase that I invented in my head.

So there is a source for that, there is a concrete source for that.

Q.    Is there a way of telling by looking at your report what that concrete source is?

A.    Again, I'd have to --  I would have to double-check some things, which I certainly can do, but we would have to -- if you want to pause for six or seven minutes, we can do that, or if you want to just put a question mark on it and we move on, I leave it to you.

Q.    I am happy to pause and go off the record.

A.    All right.

Page 221

JENKINS

THE VIDEO TECHNICIAN: Time is 5:32 p.m., we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: We are on the record, the time is 5:47 p.m.

Please continue.

BY MR. COTTREAU:

Q.    Mr. Jenkins, we just took a 15-minute break for you to try to find the support for the sentence on page 11 of your report under the first paragraph of the section titled "The Plot to Bring Down 12 Jumbo Jets," to find support for the notion that Ramzi Yousef "had become an international recruiter for" and then as we have amended, "groups coalescing around Al Qaeda."

Were you able to find the support for that sentence?

A.    There is one reference in Encyclopedia Britannica, but honestly, that's not the one I was using.

Q.    An Encyclopedia Britannica is not a source you relied on in connection

56 (Pages 218 - 221)

Page 222

JENKINS

with your expert work in this case, is it?

A.    No, no.

Q.    So you also during the break consulted sources that you didn't even rely on in connection with your expert report to try to find support for this, is that right?

A.    That's an inappropriate way of expressing it.

I was trying a streamlined way to get back to the origins of the quote and I'm saying I found one reference, you know, when you do a quick Google search there are hundreds of references.

But, no, I did not use the Encyclopedia Britannica, but the Encyclopedia Britannica got that statement from somewhere and I got it from somewhere and there is a source pre-Britannica publication for that and that's the one I cannot locate right now.

The fact is, to go back to the issue, certainly Ramzi Yousef was trained in his bomb-making in Afghanistan,

Page 223

JENKINS

Pakistan, that he did travel about both in terms of contacts with the Abu Sayyaf group and in the United States in recruiting people to join in these operations.

There was the time in the border area between Afghanistan and Pakistan a group that, I'm doing this on recollection now, that was sort of one of the remnants of the earlier Mujahideen and even linked to Al Qaeda where he got this training.

And so I'm comfortable with the term, certainly traveling, recruiting, making contacts, for the Jihadist enterprise and that there was, as I say, this coalescence or constellation of groups that ultimately coalesced around Al Qaeda.

Q.    Sitting here today, you can't tell me what the source of information where I could go as a person evaluating your historical research, where I could evaluate the evidence for the statement

Page 224

JENKINS

that Ramzi Yousef had become an international recruiter as used on page 11 of your report?

A.    I cannot give it to you today, but I'm comfortable with the statement that I could give it to you, but there is no point in delaying it today.

Q.    But you can't even tell me right now what the evidence is for your comfort that Ramzi Yousef had become an international recruiter as stated on page 11 of your report?

MR. EUBANKS:  Object to form, asked and answered.

A.    You know, I didn't make it up.

Q.    Mr. Jenkins, there are historians who make mistakes, right?

A.    Absolutely.

Q.    And there are historians who, in retrospect, they made a judgment about what evidence to credit and what evidence not to credit but later in life they decide they're going to change their mind, right?

Page 225

JENKINS

A.    It is entirely possible.

Q.    And so I am not accusing you of making it up.

I'm just trying to figure out what the basis is for the statement, I'm not accusing you of making it up, I just would like to know what the basis is, if you can tell me, and I understand that you can't.

A.    At this moment, I cannot.

Q.    Okay, let's try another one.

At the end of the second full paragraph on page 11 of your report, you refer to a sentence that says, "The operation was reportedly financed by bin Ladin and other Islamic extremists."

Does the word "the operation" refer to the Bojinka plot?

A.    I'm sorry, where are you?

Q.    If you take a look at page 11 of your report, second full paragraph, the last sentence of that paragraph that begins "the operation."

Let me know when you're there

57 (Pages 222 - 225)

Page 226

JENKINS

and I will reask my question.

A. Got it, got it, got it.

Q. The last sentence of the second full paragraph on page 11 of your report reads, "The operation was reportedly financed in part by bin Ladin and other Islamist extremists."

What does "the operation" mean?

A. It would refer to Bojinka.

Q. Can you make a list for me of each and every piece of evidence that supports the conclusion that the Bojinka plot was reportedly financed in part by bin Ladin.

A. Again, that would take time to do, but I could.

I don't want to have us spend time and if you want me to submit something or my lawyers agree for me to submit something following to do that, but I don't have all of my material here.

I have deliberately not had anything on my desk here to refer to and so it will take some time to do it.

Page 227

JENKINS

Q. Why do you deliberately not have anything on your desk to refer to?

A. I don't want anything on my desk and I'll tell you why.

I've been through this experience once long ago and when I was testifying for the very first time as an expert witness in 1984 on a case before the international Chamber of Commerce, Court of Arbitration, in Paris, I had actually prepared a little, smaller than a 3 by 5 index card to keep in my palm because I had observed, I had observed, the barrister, a particularly nasty type, on the other side, and that card said three things, it said listen carefully, he will try to put words in your mouth, it said ask him in every case, ask him to cite the specific sentence he is talking about, and the third thing was, keep smiling, he's going to try to make you mad.

Now, I had that on the stand in my hand, the barrister noticed it and said

Page 228

JENKINS

are you referring to notes that have not been admitted into evidence and I said, no, these are just some personal comments to myself, and he asked that that be shown to the court and the judge, a former Supreme Court Justice of the United States, who then asked me to hand it to him, I did, and he read it a loud and I was mortified --

Q. I think we're getting a little far afield, if we could focus back on your historical --

A. No.

I have learned in a deposition, on a court stand, not to have anything in front of me --

Q. Well, Mr. Jenkins, I think that's poor advice, but I am going to move on, okay?

A. Okay.

Q. If we can go back on the sentence, "The operation was reportedly financed in part by bin Ladin and other Islamic extremists," page 11 of your

Page 229

JENKINS

report, I'm curious why you used the phrase "reportedly."

Does that mean that you're not endorsing the view that the Bojinka plot was financed in part by bin Ladin and you're just reporting what other people have said or does it mean something else?

A. No, the "reportedly" means, it means that there is a report indicating that, but I don't have other independent confirmations of that report, so I am citing it as a reportedly, but not making a personal judgment on it.

Q. Do you have an opinion one way or another as to whether bin Ladin or Al Qaeda financed the Bojinka operation?

A. I do not, I was not asked to investigate that and I haven't.

Q. If we could move on then and if you could take a look at page 12 of your expert report, let me know when you're there.

A. Hang on.

(Pause.)

58 (Pages 226 - 229)

Page 230

JENKINS

A. I'm there.

Q. On the second full paragraph on page 12 of your expert report, which starts "in addition to the World Trade Center," could you let me know if any of those attacks or plans or plots involved Al Qaeda in that paragraph.

(Witness perusing document.)

A. Yes, the answer is yes, some of them do.

Q. Let me ask you this question. Of all the plots, plans, and attacks in the second full paragraph on page 12 of your report, which ones do you believe involve Al Qaeda?

A. Certainly the attack on the -- the planned attack, the plot, which as referred to here, they plotted, on the Brooklyn Bridge; the U.S. Bank Tower in Los Angeles was considered by Al Qaeda as part of the second wave of attacks, Pacific Coast attacks, that would occur.

(Witness perusing document.)

A. Questionable as to the direct

Page 231

JENKINS

link, but I think the fellow who was involved in the reconnaissance of the Citibank in midtown Manhattan was connected, but I'm not going to say that with any degree of confidence.

But U.S. Bank Tower in Los Angeles definitely, and Brooklyn Bridge definitely, that was an operation that involved -- I think that involved Iman Farris, if I'm not mistaken, so the answer is, yes, some of them.

Q. Have you listed all the ones that you believe involved Al Qaeda?

A. No.

Also the plot, there was a plot to attack the CIA, that was part of Bojinka, but that never got beyond a plot.

There was also an attack at the headquarters, outside the headquarters of CIA, that got to the point of an attack.

Q. Any others?

A. The Pentagon clearly was attacked on 9/11 and World Trade Center.

So we have World Trade Center,

Page 232

JENKINS

Pentagon, plot for the CIA, plot for the Brooklyn Bridge, plot for U.S. Bank Tower in Los Angeles.

Q. I just want to clarify one thing with you because I understood you to say something different.

With respect to the Bojinka idea, that it was an idea that was never accepted by Osama bin Ladin in 1996 and that was the consideration of Bojinka as far as Al Qaeda was concerned, do I have that wrong or do I have that right?

A. No, the initial plot to crash a plane into CIA headquarters was part of Bojinka.

Q. The only question I have for you, Mr. Jenkins, is, is there any evidence, maybe I'll make another list of the evidence, but is there any evidence that Al Qaeda was involved in the Bojinka plot?

A. As I said, the reported financing, and with the operative word being reported, and the answer beyond

Page 233

JENKINS

that, not that I know of or that I have included in this report.

Q. Could I have you take a look at page 14 of your report, the first full paragraph there begins "immediately upon arrival."

(Witness perusing document.)

A. Yes.

Q. On page 14 of your expert report, first full paragraph, at the end of that paragraph you use the phrase "a group of local volunteers who would participate in the plot to bomb the World Trade Center," in 1993; my question is, do you have any evidence that suggests that that group of local volunteers were members of Al Qaeda or affiliated with Al Qaeda?

A. No.

Q. If I could have you turn to page 15 of your report.

A. Okay.

Q. Very last sentence on page 15 of your report relates to the failed World

59 (Pages 230 - 233)

Page 234

JENKINS

Trade Center bombing plot in 1993 and I think you write there, "What he needed was the support of a larger organization."

Is that to suggest that in 1993 Ramzi Yousef lacked the support of Al Qaeda in connection with the 1993 World Trade Center bombing?

A.    No, I don't -- that's an inference, but that's not what I'm implying here.

Q.    Is it a fair inference?

A.    Is it a fair inference, it's a fair inference.

Q.    If I could have you turn to page 16 of your expert report, at the end of the first full paragraph you make a reference in a sentence that says, "In 1996 he traveled to Afghanistan to meet with Osama bin Ladin."

Is the he in that sentence Khalid Sheikh Mohammed?

A.    Yes.

Q.    Do you know what month in 1996 Khalid Sheikh Mohammed traveled to

Page 235

JENKINS

Afghanistan to meet with Osama bin Ladin?

A.    I don't recall the month, I don't know in fact if I know the month, but I certainly don't recall it.

It would have been after -- it would have to be after -- sometime after -- in the late summer or after the summer, because bin Ladin himself arrived during that time.

During this time Khalid Sheikh Mohammed was living in, as I recall, living in Pakistan.

And so it would be sometime I'm guessing in the summer of 1996, late summer of 1996.

Q.    Can I have you turn to page 17 of your report.

A.    Yes.

Q.    On page 17 of your report, you have a section that continues for several pages entitled "Al Qaeda's Worldview."

In that section you use the term Islamists and the term Salafists and the term Jihadists.

Page 236

JENKINS

I am just trying to figure out if there is a difference in how you're using those three terms or do they all mean the same thing?

A.    They do not mean the same thing.

Islamists believe strongly in -- carry their beliefs strongly into the political realm, in other words, not really deemed part of a religion but rather is a political expression in terms of wanting government to be organized along the lines that are consistent with the teaching of the prophet.

Salafists really refers to within Islam a more purist sense, it doesn't necessarily mean that they were Islamist, it is not synonymous, but that they believe that the only true Islam, legitimate Islam, is that reflected in Islam during the first successors of the prophet and that therefore a return to these traditional beliefs of this very early period is a pure form of Islam.

Page 237

JENKINS

In terms of Jihadist, Jihadists elevate the issue of violent actions, it's not the Jihad of merely a spiritual quest, it's not political activism, but this is violent action, and what they have done is they have elevated this in terms of, as I say, almost a level of the five commands of the prophet beyond accepting the -- accepting the prophet beyond zakat or charity, beyond making the (illegible), all of that, they elevate Jihad itself, and again, this is a violent Jihad, as a personal duty of all true Muslims.

So they are different, these three terms.

Q.    Thank you.

In connection with forming your opinions in this case, did you review any documents that you believe may not have been authentic or may have been fraudulent?

A.    Fraudulent documents, no, I don't think I included anything that I thought were out-and-out fraudulent.

60 (Pages 234 - 237)

Page 290

JENKINS
from the Quran, correct?

MR. EUBANKS:  Objection, he is not a religion expert, as we already established, but you may answer.

A.    You know, the fact that it is prohibited by Islam does not prevent someone from doing it.

There is in any religion and in the Christian Bible, there are both interpretations and people advancing things that visions would not ordinarily accept, including the concept of white supremacy.

The fact that it's not accepted by the religion does not prevent people from distorting it for their own purposes.

Q.    Do you know the five pillars of Islam are the pillars of what every Muslim practices?

A.    I do and I respect that.

Q.    Thank you.

I have no further questions, thank you.

MR. EUBANKS:  Anyone else on

Page 291

JENKINS
the defense side.

(No response.)

MR. EUBANKS: If we can take a quick break and go off the record.

THE VIDEO TECHNICIAN: Time is 7:30 p.m., we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: We are on the record, the time is 7:35 p.m..

Please continue.

MR. EUBANKS:  Mr. Jenkins, I want to thank you again for coming out today.

Plaintiffs have no questions for you and I believe that would conclude the deposition for today, so thank you very much.

(Continued on next page.)

Page 292

JENKINS
THE WITNESS:  Thank you.

MR. NASSAR:  Thank you, Mr. Jenkins.

MR.  MOHAMMEDI:  Thank you.

THE WITNESS:  Thank you, Mr. Mohammedi, thank you, Mr. Nassar, thank you, Steve.

THE VIDEO TECHNICIAN: Off the record.

(Time noted: 7:35 p.m.)

_____
BRIAN M. JENKINS

Subscribed and sworn to before me this     day of         , 2021.

Page 293

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, BRIAN M. JENKINS, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Jineen Pavesi, RPR, RMR*

JINEEN PAVESI, RPR, RMR, CRR

74 (Pages 290 - 293)