# EXHIBIT 084

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570

ON SEPTEMBER 11, 2001       : (GBD)(SN)

- - -

JULY 2, 2021

VOLUME II

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Remote Videotaped Deposition, taken via Zoom, of MARC SAGEMAN, M.D., Ph.D., commencing at 9:10 a.m., on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

This Transcript Contains Confidential Material

major Afghan participant in the global Salafi, or the global neojihad that you knew of, right?

A.    Yes.

Q.    And who is Wali Khan Amin Shah, other than a personal friend of Osama bin Laden, apparently?

A.    Well, he was actually born in Saudi Arabia.  But he's of Uzbek decent, I think, his family comes from Mazar-I-Sharif, Northern Afghanistan.  I think he grew up with Osama bin Laden.

And during the Soviet/Afghan war, he came to Pakistan and assumed the name Osama Azmurai.  He was part of the battle, I think, of Eid al Fitr 1987.  He spent a lot of time at Masada.

But then right before or around the Battle of Jalalabad, in March of 1989, he broke away from bin Laden and went by himself.

He had his own camp.  And then kind of drifted, at some point, to Karachi, where he met Abdul Basit, who is

This Transcript Contains Confidential Material

CERTIFICATE

I, Amanda Maslynsky-Miller, Certified Realtime Reporter, do hereby certify that prior to the commencement of the examination, MARC SAGEMAN, M.D., Ph.D., was remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Amanda Miller*

_____

Amanda Miller
Certified Realtime Reporter
Dated: July 17, 2021


(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)