# EXHIBIT 087

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570

ON SEPTEMBER 11, 2001      : (GBD)(SN)

- - -

MAY 25, 2021

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Remote Videotaped Deposition, taken via Zoom, of JACOB VAHID BROWN, commencing at 9:03 a.m. Pacific Time, on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

Page 250

wrote this letter?

A.   Who is Abu Hudhayfa who wrote this letter?

I -- there's no (foreign language spoken).  It just says Abu Hudhayfa, it does not provide a (foreign language spoken), so I'm not sure.

From my own citation and the context, I think the author is simply named in the letter as Abu Hudhayfa and not otherwise specified as to the identity of the author.

But from the reading of the text, Abu Hudhayfa is a member of al-Qaeda, writing to its Emir.

Q.   I guess the question I'm getting at is, is there some belief that this individual who wrote the letter had some sway over bin Laden?

MR. NASSAR:  Objection to form.

THE WITNESS:  I -- I don't know that it's, you know, necessary -- I mean, to my

Page 251

reading, it's not necessarily relevant whether Abu Hudhayfa had sway.

I think that the nature of the document is that the numbered list are of sought goals -- presumably sought goals of the al-Qaeda organization.  And the document itself is not something that sort of exists in a vacuum, right.  There's -- it's an illustrative text that is cited at length because it's illustrative of a body of literature that speaks to al-Qaeda's strategic thinking and objectives, both from within the organization that sort of characterizes the nature of its debates and thinking about strategy, as well as from, kind of, fellow travelers, like Dr. Hamed, who write, often, critically and in opposition to strategic objectives of the

Page 252

al-Qaeda organization.

But I think this is a fair reflection of a larger literature that speaks to al-Qaeda's strategic thinking at the time.

BY MR. EUBANKS:

Q.   I'd like to go back to Page 32, because what I want to understand is, what is the opinion that you're espousing here that -- what was the strategic -- strategic objective of the embassy bombings and the Cole attack?

A.   My understanding of the primary sources and the associated literature, with respect to the embassy bombings and the Cole attack, the strategic objective was to instigate, or in bin Laden's mind, force a withdrawal of American forces from the Saudi -- from the Arabian Peninsula.

So the tactical objective in the near term, I think, that was imagined -- I mean, the attacks carried on in the embassies, the communiques that

Page 253

were issued by al-Qaeda operatives in the immediate aftermath of those attacks, took credit in the name of the Islamic Army for the liberation of the land of the Two Holy Places.

So in the name of the -- of the sort of the (foreign language spoken) or -- to use the German word -- the cover name they used for the claim of responsibility issued immediately after the attacks was sort of pointing to the strategic objective of the attacks, the liberation of the Two -- the land of the Two Holy Places, meaning the Arabian Peninsula.

Bin Laden speaks about this at great length in interviews with Western -- Western journalists and in some of his own statements reflecting his -- I mean, what is, in hindsight, often sort of almost -- I mean, I don't want to say anything like laughably, but it's a rather unsophisticated view of the world.

This Transcript Contains Confidential Material

Page 374

something along --

A. Yeah. Something like that, yes.

Q. I'm not going to -- I'm not going to abuse the extra -- extra little time that we get when you guys ask a question. Just two questions.

Have you ever held a tenure track position at an academic university?

A. No, I have not.

Q. Have you ever held a non-tenure track position at an academic university?

A. No.

Q. When was the last time you were involved in an academic forum or a conference as a speaker or a presenter?

A. The last time -- so, I mean, I spoke in an academic forum in the past year or so with respect to homelessness, but I don't -- I don't expect that that's the gist of your questioning.

But, yeah, I mean, I have -- I have spoken in an academic context

Page 375

within the past year.

Q. Okay. But that was with regard to the homelessness aspect?

A. Yes.

Q. All right.

MR. EUBANKS: I have nothing further. Thank you so much for your time today. I know it was a long -- long haul, but I appreciate it.

THE WITNESS: Thank you, sir.

MR. NASSAR: Thanks, everyone.

VIDEO TECHNICIAN: This marks the end of today's deposition. We're going to go off the record at 6:42 p.m.

- - -

(Whereupon, the deposition concluded at 6:42 p.m. Pacific Time.)

- - -

Page 376

CERTIFICATE

I, Amanda Maslynsky-Miller, Certified Realtime Reporter, do hereby certify that prior to the commencement of the examination, JACOB VAHID BROWN, was remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
Amanda Miller
Certified Realtime Reporter
Dated: June 7, 2021

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

Page 377

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within sixty (60) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.