# EXHIBIT 088

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-----------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-----------------------------------x

August 5, 2021

9:09 a.m.

                Videotaped Deposition via Zoom

of EVAN KOHLMANN, pursuant to Notice,

before Jineen Pavesi, a Registered

Professional Reporter, Registered Merit

Reporter, Certified Realtime Reporter and

Notary Public of the State of New York.

Page 434

KOHLMANN

killing other people, carrying out assassinations in foreign country, training people to go back and carry out assassinations in foreign country.

A lot of what they did had nothing to do with the Afghan Jihad.

Q. The Afghans were fighting each other too, the Afghan groups, that was a big problem as well?

A. Afterwards, afterwards, yes.

Q. Well, in the 1980s as well, there were seven groups and they were at each other's throats, correct?

A. True, that's a fact, that's true, yes.

Q. I would like to direct your attention to paragraph 71 in your report and which appears on page 23 of the report.

Do you have that, Mr. Kohlmann?

A. I'm looking at page 71, right.

Q. You say "Fayez Ahmad al-Shehri, one of the September 11th airline hijackers, reportedly told his father he

Page 435

KOHLMANN

was going to go to work for the IIRO and never saw his family again," and then you quote an article, note 86, "Another Saudi hijacker turns up in Tunis."

Fayez Ahmad al-Shehri was not one of the September 11th hijackers, you know that, don't you?

A. I believe so, I would have to check on the name, I have to check the source on this one, I am not sure offhand.

Q. It is a pretty serious matter to call someone a 9/11 hijacker, why don't I show you the article.

A. I have to check.

MR. LEWIS: This is document 33, which will be -- 33-A, Exhibit 1020.

( Exhibit 1020, Arab News 9/18/01, was marked for identification, as of this date.)

A. Sorry, I'm trying to --

Q. Take your time.

I will direct your attention to the last full paragraph --

A. Can you go to the next page.

Page 436

KOHLMANN

(Pause.)

(Witness perusing document.)

A. Sorry, this is supposed to be Waleed al-Shehri, it's a typo, it's supposed to be Walled al-Shehri.

Q. Well --

A. He says here, he says, "My other son, Waleed, was 21 years old and also studying at The Teacher's College. Both of al-Shehri's sons disappeared in December of last year and have not been heard from since. According to sources close to the family, both sons became very religious," dot dot dot, this, that and the other.

That's what I was referring to here, sorry, I screwed up his name.

Q. Going down to the penultimate paragraph of the article, "It's claimed that Fayez Ahmad is the son of Muhammad Fayez al-Shehri, a school principal. Muhammad al Shehri said that two years ago his son told him he was going to join the International Islamic Relief Organization.

Page 437

KOHLMANN

Since that time the only contact the family has had with him is one phone call received by his mother after Eid Al-Adha."

A. It is a mistake, it is a typo.

I put two things together here by accident, that's just a mistake, I will remove it from the report if you want.

Again --

Q. Well, you've identified someone as a September 11th hijacker who worked for IIRO and that's not true.

The September 11th hijackers, two al-Shehri brothers had no connection to IIRO, correct, that's --

A. I don't know, I don't know.

In this case, sorry, yeah, I mixed up these two paragraphs.

But, again, I don't know, he might have worked for IIRO, I have no idea.

Q. Well, this article says some other guy completely who is the son of some other guy completely worked for IIRO.

So now you're saying maybe the

110 (Pages 434 - 437)

Page 438

KOHLMANN

hijackers did, maybe they didn't, oops?

A.    Well, I'm saying I don't know --

MR. HAEFELE:  Objection, argumentative.

I am going to ask you to watch your tone just a little bit.

MR. LEWIS:  Sorry, late in the day, I apologize.

MR. HAEFELE:  Thank you.

A.    I would just repeat again what I just said; I just combined two paragraphs together, right.

Obviously I was talking about Waleed al-Shehri.

There is also a note here about someone that was working for the IIRO and then basically disappeared.

So, again, I think the reality here is that I can't confirm whether or not Waleed al-Shehri was working at IIRO and I'd be glad to say so.

But obviously someone else here, looks like the son of --  this is

Page 439

KOHLMANN

Fayez al-Shehri, this is the individual who went to join the IIRO and disappeared.

Q.    He is not a 9/11 hijacker, correct?

A.    Apparently not, that's a mistake.

Q.    You have no basis for suggesting that Waleed al-Shehri had anything to do with IIRO, pure speculation?

A.    I'd have to look into that, this was an error in my report, I'd have to remove this and then go through and figure out why.

Q.    Let's take a look at paragraph 74, "U.S. State Department cable produced as evidence in the present litigation alleging that some elements of the International Muslim Relief Organization have been exploited by terrorists and their financiers as a means of transferring assets providing organizational cover or otherwise supporting extremist operations."

Page 440

KOHLMANN

The cable itself, let's take a look at that, document 33-C, which we will mark as 1021.

( Exhibit 1021, Bates number beginning with PEC-KSA001464, was marked for identification, as of this date.)

Q.    I would like to direct, you can look at that, it is not that long, I would like to direct your attentio to paragraph 4, I will read it to you.

"While IRRO distributes millions of dollars in aid to support humanitarian efforts, there is also some evidence that parts of the organization have been exploited by Al Qaeda and other terrorist organizations."

You don't state in that paragraph that there is some evidence; what standard is some evidence, is that a legal standard, did you think that that level of some evidence is something that you should have put in your report to show the level of confidence?

MR. HAEFELE:  Objection to the

Page 441

KOHLMANN

form.

Go ahead and answer.

A.    If it was that in isolation, I might say that, but there is I believe like three different cables that refer to IIRO support of Al Qaeda and several of those cables go much farther, one of them suggests that basically all of IIRO's network was used by Al Qaeda.

There is also the cable regarding the 2006 designation of the IIRO's offices in Saudi Arabia and the comments from U.S. officials at that time explaining the facts that they've known for a long time that the organization has been up to this, not small parts of it, large parts of it.

So, you know, if you're talking about an organization as a whole as being used by Al Qaeda, you know, that doesn't sound --  that's --  this is a repeated theme throughout different U.S. government cables, the repeated theme, over years, over years.

111 (Pages 438 - 441)

Page 466

CERTIFICATION

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, EVAN KOHLMANN, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Jineen Pavesi, RPR, RMR*

JINEEN PAVESI, RPR, RMR, CRR

Page 467

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1006 | Excerpt of transcript testimony | 105 |
| Exhibit 1007 | Fairness and Accuracy Reporting article | 159 |
| Exhibit 1008 | article in WIRED magazine | 168 |
| Exhibit 1009 | Transcript 11/28/2007 | 183 |
| Exhibit 1010 | U.S. v. Abu Ali Transcript | 198 |
| Exhibit 1011 | Muntasser transcript, document 77-A | 209 |
| Exhibit 1012 | Judgment of Justice Mitting | 226 |
| Exhibit 1013 | Supreme Court Amicus Brief | 270 |

Page 468

| Exhibit 1014 | Affadavit of Mohammed Hafez | 283 |
|---|---|---|
| Exhibit 1015 | Unclassified Summary of Evidence For Administrative Review Board | 327 |
| Exhibit 1016 | Summarized Sworn Detainee Statement | 342 |
| Exhibit 1017 | The 9/11 Commission Report | 353 |
| Exhibit 1018 | New York Times Article | 402 |
| Exhibit 1019 | Resolutions of Islamic Fiqh Council Makkah Mukarramah | 426 |
| Exhibit 1020 | Arab News 9/18/01 | 435 |
| Exhibit 1021 | Bates number beginning with PEC-KSA001464 | 440 |
| Exhibit 1022 | Detainee Assessment | 452 |
| Exhibit 1023 | Washington Post Article 1/6/2002 | 462 |

Page 469

ERRATA SHEET
Veritext/New York Reporting, LLC
1-800-727-6396
330 Old Country Road     1250 Broadway
Mineola, New York 11501  New York, New York

Name of Case: Terrorist Attacks
Date of Deposition: 8/5/21
Name of Deponent: Evan Kohlmann

| Page | Line | Change | Reason |
|---|---|---|---|
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |
| ____ | ___ | _____ | ____ |

_____
(NAME OF WITNESS)

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____DAY OF _____, 20__.

_____   _____
NOTARY PUBLIC   COMMISSION EXPIRES

118 (Pages 466 - 469)