# EXHIBIT 089

# THE JOURNAL

MUSLIM
WORLD
LEAGUE

FED-PEC0260107



This Paktia group is seen sorting out several Soviet-made RPG-2 and ROG-7 rockets brought to them by a defecting Afghan soldier.



This Pashtoon warrior was wounded during a Soviet MI-24 gunship attack into Paktia province during the spring of 1980. His wounds were treated by a former Afghan medical student who fled Kabul and joined the mujahideen at the onset of the Soviet invasion. The medical student claimed that he was treating wounds the best he could but lacked proper medical supplies.

FED-PEC0260108

# The MUSLIM WORLD LEAGUE Journal

## Makkah al-Mukarramah

Vol. 8    Dhul Qa'adah 1401    September 1981    No. 11

### A monthly organ of the Rabitat al-Alam al-Islami
### Makkah al-Mukarramah



## Contents

* Guidance from the Glorious Qur'an: Excerpts from Surah Al Baqarah ........................................................... 2

* Sayings of Prophet Muhammad: Significance of Islam's Fifth Pillar ........................................................... 4

* Editorial: The Pilgrimage and Muslim Community
  Sayyid Hasan Mutahar ........................................................... 5

* The Annual Pilgrimage to Makkah ........................................................... 6

* The Prophet's Pilgrimage and Farewell Message
  Mrs. Fatema Zeba Hamiduddin Khan ........................................................... 13

* Mass Conversion to Islam in India ........................................................... 15

* The Institution of Hajj in Islam
  Dr. Nafeesuddin Siddiqi ........................................................... 16

* Implementation of Shariah
  Shaikh Saad Ahmad ........................................................... 20

* The Tide of Islam; West's Attitude Must Change
  Dr. T.B. Irving ........................................................... 22

* Pakistani Scientist Perfects Bilingual Typewriter ........................................................... 27

* Makkah — The Hub of Islam ........................................................... 28

* How to Perform Pilgrimage to Makkah ........................................................... 37

* Rabita and Masajid Council Annual Session ........................................................... 49

* What Islam Offers to Modern World
  Syed Athar Husain ........................................................... 50

* UK Islamic Mission Welfare Fund ........................................................... 54

* Importance of Al Quds in Revealed Religions
  (Trans: Hasan al-Ahdal) ........................................................... 55

* Book Review: Qurrat-Uyoonil-Muwahhideen
  Sayyid Hasan Mutahar ........................................................... 56

* Communism: A Self-defeating Ideology
  Dr. Ali Moghram al-Ghamdi ........................................................... 57

* Rabita-Sponsored Auqaf Conference Resolutions ........................................................... 59

Director of Press & Publications:
Muhammad Mahmood Hafiz

Editorial Board:
Hamdi R. Akkoub
              Chairman

Sayyid Hasan Mutahar
         Editor-in-Chief

Muhammad Nasir
              Editor

Annual Subscription Rate:
Saudi Arabia: 20 Riyals
Other Countries: 30 Saudi Riyals or equivalent

Government Agencies:
100 Saudi Riyals or equivalent

Cheques and cash payable to:
Muslim World League,
P.O. Box 537,
Makkah al-Mukarramah,
Saudi Arabia.

Published by: The Press and Publications Department,
Muslim World League,
P.O. Box 537,
Makkah al-Mukarramah,
Saudi Arabia.

Cover: The concourse of pilgrims around the Holy Ka'aba.
Back Cover: The gathering in Arafaat.

FED-PEC0260109



# Guidance from the Glorious Qur'an

### In the name of Allah, the Beneficent, the Merciful.

For Hajj are the months well known,[1] if any one undertakes that duty therein, let there be no obscenity, nor wickedness, nor wrangling in the Hajj. And whatever good ye do, (be sure) God knoweth it. And take provision[2] (with you) for the journey, but best of provisions is right conduct. So fear me, o ye that are wise. It is no crime in you if ye seek of the bounty of your Lord (during pilgrimage).[3] Then when ye pour down from (Mount) Arafat, celebrate praises of God at the Sacred Monument,[4] and celebrate His praises as He has directed you, even though, before this, ye went astray.[5] Then pass on at a quick pace from the place whence it is usual for the multitude[6] so to do, and ask for God's forgiveness. For God is oft-forgiving, most merciful. So when ye have accomplished your holy rites, celebrate the praise of God as ye used to celebrate the praises of your fathers —[7] Yea, with far more heart and soul. There are men who say: "Our Lord! Give us (Thy bounties) in this world!" But they will have no portion in the hereafter.[8] And there are men who say: "Our Lord! Give us good in this world and good in the Hereafter, and defend us from the torment of the fire." To these will be allotted[9] what they have earned; and God is quick in account. Celebrate the praises of God during the appointed days,[10] but if any one hastens to leave in two days, there is no blame on him, and if any one stays on, there is no blame on him, if his aim is to do right. Then fear God, and know that ye will surely be gathered unto Him.

(II: 197-203) Trans. A. Yusuf Ali

1. *The months well known:* the months of Shawwal, Dhul-Qaada and Dhul-Hijja (up to the 10th or the 13th) are set apart for the rites of Hajj. That is to say, the first rites may begin as early as the beginning of Shawwal, with a definite approach to Makkah, but the chief rites are concentrated on the first ten days of Dhul-Hijja and specially on the 8th, 9th and 10th of that month, when the concourse of pilgrims reaches its height. The main rites may be briefly enumerated: (1) the wearing of the pilgrim garment 'Ihram' from certain points definitely fixed on all the roads leading to Makkah; after this the pilgrimage prohibitions come into operation and the pilgrim is dedicated to worship and prayer and the denial of vanities: (2) the going round the Ka'ba seven times (tawaf), typifying activity, with the kissing of the little Black Stone built into the wall, the symbol of concentration in love of God; (3) after a short prayer at the Station of Abraham (Q.II. 125), the pilgrim goes to the hills of Safa and Marwa (Q.II. 158), the symbol of patience and perseverance; (4) the great sermon (Khutba) on the 7th of Dhul-Hijja, when the whole assembly listens to an exposition of the meaning of Hajj; (5) the visit on the eighth, of the whole body of pilgrims to the Valley of Mina (about six miles north of Makkah), where the pilgrims halt and stay over-night, proceeding on the ninth to the plain and hill of Arafat, about five miles further north, which commemorates the reunion of Adam and Eve after their wanderings, and is also called the Mount of Mercy; (6) the tenth day, the Eid day, the Day of Sacrifice, when the sacrifice is offered in the Valley of Mina, and the symbolic ceremony of casting seven stones at the Evil One is performed on the first occasion; it is continued on subsequent days; both rites are connected with the story of Abraham: this is the Eid al-Adha; note that the ceremony is symbolically connected with the rejection of evil in thought, word, and deed. This closes the Pilgrim-

FED-PEC0260110

بسم الله الرحمن الرحيم

الْحَجُّ أَشْهُرٌ مَّعْلُومَاتٌ فَمَن فَرَضَ فِيهِنَّ الْحَجَّ فَلَا رَفَثَ وَلَا فُسُوقَ وَلَا جِدَالَ فِي الْحَجِّ وَمَا تَفْعَلُوا مِنْ خَيْرٍ يَعْلَمْهُ اللَّهُ وَتَزَوَّدُوا فَإِنَّ خَيْرَ الزَّادِ التَّقْوَىٰ وَاتَّقُونِ يَا أُولِي الْأَلْبَابِ ۝ لَيْسَ عَلَيْكُمْ جُنَاحٌ أَن تَبْتَغُوا فَضْلًا مِّن رَّبِّكُمْ فَإِذَا أَفَضْتُم مِّنْ عَرَفَاتٍ فَاذْكُرُوا اللَّهَ عِندَ الْمَشْعَرِ الْحَرَامِ وَاذْكُرُوهُ كَمَا هَدَاكُمْ وَإِن كُنتُم مِّن قَبْلِهِ لَمِنَ الضَّالِّينَ ۝ ثُمَّ أَفِيضُوا مِنْ حَيْثُ أَفَاضَ النَّاسُ وَاسْتَغْفِرُوا اللَّهَ إِنَّ اللَّهَ غَفُورٌ رَّحِيمٌ ۝ فَإِذَا قَضَيْتُم مَّنَاسِكَكُمْ فَاذْكُرُوا اللَّهَ كَذِكْرِكُمْ آبَاءَكُمْ أَوْ أَشَدَّ ذِكْرًا فَمِنَ النَّاسِ مَن يَقُولُ رَبَّنَا آتِنَا فِي الدُّنْيَا وَمَا لَهُ فِي الْآخِرَةِ مِنْ خَلَاقٍ ۝ وَمِنْهُم مَّن يَقُولُ رَبَّنَا آتِنَا فِي الدُّنْيَا حَسَنَةً وَفِي الْآخِرَةِ حَسَنَةً وَقِنَا عَذَابَ النَّارِ ۝ أُولَٰئِكَ لَهُمْ نَصِيبٌ مِّمَّا كَسَبُوا وَاللَّهُ سَرِيعُ الْحِسَابِ ۝ وَاذْكُرُوا اللَّهَ فِي أَيَّامٍ مَّعْدُودَاتٍ فَمَن تَعَجَّلَ فِي يَوْمَيْنِ فَلَا إِثْمَ عَلَيْهِ وَمَن تَأَخَّرَ فَلَا إِثْمَ عَلَيْهِ لِمَنِ اتَّقَىٰ وَاتَّقُوا اللَّهَ وَاعْلَمُوا أَنَّكُمْ إِلَيْهِ تُحْشَرُونَ ۝

age, but a stay of two or three days after this is recommended and this is called *Tashriq*.

2. It is recommended that pilgrims should come with provisions, so that they should not be compelled to resort to begging. But, as usual, our thought is directed at once from the physical to the final journey into the future world? The best of such provisions is right conduct, which is the same as the fear of God.

3. Legitimate trade is allowed, in the interests both of the honest trader, who can thus meet his own expenses, and of the generality of pilgrims, who would otherwise be greatly inconvenienced for the necessities of life. But the profit must be sought as from the "bounty of God." There should be no profiteering, or trade "tricks." Good honest trade is a form of service to the community, and therefore to God.

4. About midway between Arafat and Mina is a place called Muzdalifa where the Holy Apostle offered up a long prayer. It has thus become a Sacred Monument and pilgrims are directed to follow that example on their return. A special reason for this is given in the note following.

5. Certain arrogant tribes living in Makkah used not to go to Arafat with the crowd but to stop short at Muzdalifa. They are rebuked for their arrogance and told that they must perform all the rites like the rest of the pilgrims. There is equality in Islam.

6. See the last note. Towards the end of the Pilgrimage the crowd is very great, and if any people loitered after Arafat, it would cause great confusion and inconvenience. The pace has therefore to be quick for everyone, a very salutary regulation. Every member of the crowd must think of the comfort and convenience of the whole mass.

7. After the Pilgrimage, in Pagan times, the pilgrims used to gather in assemblies in which the praises of ancestors were sung. As the whole of the pilgrimage rites were spiritualised in Islam, so this aftermath of the Pilgrimage was also spiritualised. It was recommended for pilgrims to stay on two or three days after the pilgrimage, but they must use them in prayer to and praise of God.

8. If you hasten to get all the good things of the world, and only think of them and pray for them, you would lose the higher things of the future. The proper Muslim attitude is neither to renounce this world nor to be so engrossed in it as to forget the spiritual future.

9. Our spiritual account is mounting up, both on the debit and credit side. In worldly accounts, both our profits and our losses may be delayed. But in God's books there is no delay, our actions go before us.

10. *The Appointed Days:* the three days after the tenth, when the pilgrims stay on in the Valley of Mina for prayer and praise. They are days of *Tashriq*. It is optional for pilgrims to leave on the second or third day.

FED-PEC0260111

# Sayings of Prophet Muhammad
## Significance of Islam's Fifth Pillar

Abu Huraira reported Allah's Messenger as saying, "if anyone performs the Pilgrimage for God's sake without talking immodestly or acting wickedly, he will return (free from sin) as on the day his mother bore him."

Aisha said that she asked the Prophet's permission to take part in Jihad, and he replied, "the Jihad of you women is the Pilgrimage."

Ibn Masud reported Allah's Messenger as saying, "Make the Hajj and the Umra follow one another closely, for they remove poverty and sins as a blacksmith's bellows remove impurities from iron, gold and silver, and a Hajj which is accepted gets no less a reward than paradise." (Tirmidhi and Nisai)

Narrated Abu Huraira: The Prophet was asked, "Which is the best deed?" He said, "Belief in Allah and His Apostle." He was then asked, "Which is the next (in goodness)?" He said, *Hajj Mabrur*.

Narrated Ibn Abbas: A woman from the tribe of Juhania came to the Prophet and said, "My mother had vowed to perform Hajj but she died before performing it. May I perform Hajj on my mother's behalf?" The Prophet replied, "Perform Hajj on her behalf. Had there been a debt on your mother, would you have paid it or not? So, pay Allah's debt as He has more right to be paid."

Abu Huraira told that Allah's Messenger (peace be on him)

addressed them saying, "Pilgrimage has been ordained for you people, so perform it." A man asked whether it should be performed annually, but God's Messenger gave no reply till he had asked the question three times. Then he said, "If I were to say that it should, it would be obligatory and you would not be able to perform it," after which he said, "Leave me alone as long as I have said nothing to you, for your predecessors perished simply on account of their much questioning and their disagreement with their Prophets. But when I command you to do anything obey it as much as you can, and when I forbid you to do anything, leave it alone."

Narrated Hafsa: Allah's Apostle said, "It is not sinful (of a *Muhrim*) to kill five kinds of animals, namely the crow, the kite, the mouse, the scorpion and the rabid dog."

Narrated Ibn Abbas: Allah's Apostle had fixed Dhul-Hulaifa as the Miqat for the people of Medina, Al-Juhfa for the people of Sham, and Qarn ul-Manazil for the people of Najd, and Yalamlam for the people of Yemen. So, these (above-mentioned) are the *Mawaqit* for all those living at those places, and, besides them, for those who come through those places with the intention of performing Hajj and Umrah. And whoever lives within these places should assume Ihram from his dwelling place, and similarly the people of Makkah can assume Ihram from Makkah.

A person asked, "O Allah's Apostle! What kind of clothes should a *Muhrim* wear?" Allah's Apostle replied, "He should not wear a shirt, a turban, trousers, a headcloak or leather socks, except if he can find no slippers, he then may wear leather socks after cutting off what might cover the ankles. And he should not wear clothes which are scented with saffron or *wars* (kind of perfumes)."

Narrated Ibn Umar: The Prophet reached Makkah, circumambulated the Ka'ba seven times and then offered a two *Rakat* prayer behind *Maqam-Ibrahim*. Then he went towards the Safa. Allah has said, "Verily, in Allah's Apostle you have a good example."

Narrated Salim from his father who said: I saw Allah's Apostle arriving at Makkah, he kissed the Black Corner (Stone) first while doing the *Tawaf* and did *Ramal* during the first three rounds out of seven rounds.

Narrated Abdullah bin Umar: The Prophet did *Ramal* in (first) three rounds (of *Tawaf*), and walked in the remaining four in Hajj and Umra.

Narrated Ibn Abbas: A man was in the company of the Prophet and his she-camel crushed his neck while he was in a state of Ihram and he died. Allah's Apostle said, "Wash him with water and *Sidr* and shroud him in his two garments; and neither perfume him nor cover his head, for he will be resurrected on the Day of Resurrection, reciting *Talbiya*."

4

FED-PEC0260112

Editorial

# The Pilgrimage and Muslim Community

**Sayyid Hasan Mutahar**

THIS year, too, the annual pilgrimage to Makkah is taking place at a time when the Muslim world finds itself in great turmoil, facing such intractable issues as the crises in Lebanon, Eritrea, Western Sahara and Southern Philippines, the fatal conflict between Iraq and Iran, the constant Zionist belligerence towards Arab States and the relentless occupation of Afghanistan by the Soviet Union. We have on earlier occasions appealed to our leaders and intellectuals to see the writing on the wall and realize the gravity of the situation, which evidently threatens the entire Muslim community and civilization. Now we make the same plea on the eve of the first Hajj of the 15th Hijra Century, as very little seems to be turning up in our favour, and the speed of any settlement or reconciliation in regard to these problems is far from satisfactory.

OUR adversaries are only too happy to avail of this opportunity we are providing them with — to keep us engaged in internecine feuds and regional conflicts and to obstruct our way to strengthen our economic cooperation and ideological unity. They succeed in carrying out their designs, because they are vigilant, well-organized and devoted to their cause and support and supplement their actions by quietly working in the domains of culture, science, commerce and intelligence. One manifestation of the colossal challenge faced by us is that even small and "neutral" nations of Western Europe and South-East Asia have gone far ahead of the majority of the Muslim countries in the fields of education, trade, industry, communications and technology.

OBVIOUSLY enough, Islamic idealism and objectivity demand that we must attend to our obligations, particularly the task of national reconstruction, with a sense of total commitment, basing our policies on exhaustive analysis and mutual consultation in the light of the Qur'an and the Traditions of Prophet Muhammad (peace be on him). In the same manner, the paramountcy and indivisibility of Islam signify that our concern for material welfare and advancement is just a part of our distinct *weltanschauung*, which has its own scale of values and which accords a higher priority to moral excellence and social harmony. None of these can however be attained, if we are ideologically confused or disunited and if large segments of our population remain under alien influence or domination.

WITHIN this general framework, the unique institution of Hajj brings forth yet another chance of appraising our gains and failures and assessing our assets and liabilities with a view to accelerating the process of recovery, coordination and development. Let us, therefore, reaffirm that the test of our loyalty to God Almighty is nothing but action and perseverance in His Way; for He does not change the condition of a nation, unless there is a purposeful effort to change it on the part of the people concerned. The event of Hajj is no ordinary exercise or congregation: it is, in fact, an expiation and a discipline that prepares the pilgrims for complete submission to their Lord and Creator. As a matter of fact, it should be a turning point in their life, as well as that of their families, friends and neighbours, thus causing a transformation which we Muslims so desperately need to discharge our individual and collective responsibilities.

MAY Allah guide us all to the right path, the path followed by His Prophet, Sayyidna Muhammad (peace be on him). Ameen.

FED-PEC0260113

# The Annual Pilgrimage to Makkah

"And complete the Hajj and the Umrah in the service of God. But if you are prevented (from completing it) send an offering for sacrifice such as you may find. And do not shave your heads until the offering reaches the place of sacrifice. And if any of you is ill or has an ailment in his scalp (necessitating shaving) he must in compensation either fast or feed the poor or offer sacrifice." (Holy Qur'an, II)



Namirah Mosque at Arafat.

After belief in the one God (Allah), the performance of regular, ritual prayers, fasting during the month of Ramadhan and the giving of fixed alms (Zakah), the Hajj is the fifth pillar of Islam, a fundamental duty which a Muslim, male and female alike, must perform at least once in his lifetime if he or she has the material means to do so.

Long before the Prophet Muhammad began to preach Islam and summon the Arabs and all mankind back to the worship of the One True God, indeed since time immemorial, the barren valley of Makkah had been a place of pilgrimage venerated by the Arabs, both settled and nomadic. It had been associated with the Patriarch Abraham, the Friend of God, who was the first to establish there a house to the glory of God. In the Holy Qur'an (II, 122-123) we read:

"And lo! Abraham and Ismael raised the foundations of the House saying: 'Oh Lord! accept this from us. Thou art, indeed, the All-Hearing, the All-Knowing.

Our Lord! and make us submissive to Thee and of our progeny a nation submissive to Thee and show us our rites and turn to us in Mercy. Indeed, Thou art the All-Forgiving, All-Merciful. Our Lord! send amongst them a Messenger of their own who will recite to them Thy signs.',,

FED-PEC0260114

The Annual Pilgrimage to Makkah

Again we read:

"Indeed, the first House (of worship) established for men was at Bakka (Makkah), full of blessing and guidance for all men. In it are clear signs, the Station of Abraham. Whoever enters it shall be safe. Pilgrimage thereto is a duty men owe to God, all those who can afford the journey. But if any reject this, God is in no need of any of His creatures." (III, 91-92)

And so the ancient pilgrimage to Makkah became incorporated in Islam and the guiding lines of its performance were laid down by the Holy Qur'an:

"And complete the Hajj and the Umrah in the service of God. But if you are prevented (from completing it) send an offering for sacrifice such as you may find and do not shave your heads until the offering reaches the place of sacrifice. And if any of you is ill or has an ailment in his scalp (necessitating shaving) he must in compensation either fast or feed the poor or offer sacrifice. And when you are in safety again, if anyone wishes to continue the Umrah on to the Hajj he must make an offering such as he can afford. But if he cannot afford it he should fast three days during the Hajj and seven days on his return, making ten days in all. This is for those whose household is not settled in the Sacred Mosque. And fear God and know that God is strict in punishment. The Hajj is in well known months (Shawwal, Dhul Qaadah and Dhul Hijjah). If anyone undertakes that duty in them, let there be no obscenity, nor wickedness, nor quarrelling in the Hajj. And whatever good you do God knows it. And take provision for the journey. But the best of provisions is fear of God. So fear Him, all you who are wise." (II, 193)

The Pilgrimage is made to Makkah, the most sacred city of Islam, where the Prophet Muhammad was born, where his mission was first revealed to him and where he began preaching Islam. In the centre of Makkah stands the Sacred Mosque (Al-Masjid al-Haram), a large open courtyard enclosed by cloisters, rebuilt and enlarged many times. Roughly in the centre of the Sacred Mosque stands the Ka'bah, the House of God, towards which all Muslims turn their faces in their daily prayers, no matter where they may be. The Ka'bah, as its name denotes, is a cube-shaped building of stone. The front (north-east) and back (south-west) sides being forty feet long, the other sides being thirty-five feet and the height fifty feet.

In the east corner, about four feet above ground level, is set the Black Stone in a silver frame. This stone (eight inches in diametre) is believed to be the only remnant of the first mosque built by Abraham and to go back even before him to the time of Adam. The Ka'bah has been rebuilt many times in the course of the centuries, once in the lifetime of the Prophet, before he started his Prophetic mission, when he was chosen by chance to place the Black Stone in its position. In the north-east wall of the Ka'bah close to the corner in which the Black Stone is set and some seven feet above the ground is door to the Ka'bah which is opened at special times. There is nothing inside the building, which was cleansed of its idols when the Prophet returned in triumph in Makkah early in 630 CE. The Ka'bah is covered with a black pall decorated with verses from the Qur'an. This is the *Kiswah* (garment) which from the Middle Ages was made in Cairo and brought ceremoniously to Mak-



Modern construction and architecture in Mina, some four miles from Makkah.

FED-PEC0260115

**The Annual Pilgrimage to Makkah**

kah every year by the Egyptian pilgrims. It is now made by local craftsmen.

The two remaining shrines inside the Sacred Mosque are the Station of Abraham (facing the door) where the Patriarch bowed down in prayer and the Well of Zamzam, north-east of the Ka'bah, which sprang up when Hagar was desperately seeking water for the infant Ismael. Just outside the Sacred Mosque is the *Mas'a* (running place) between the rocky hillocks of as-Safa and al-Marwah, a distance of 440 yards. The *Mas'a*, which was until recently an ordinary street with shops, is now covered over and paved with marble slabs. It was between these two hills that Hagar ran distractedly seeking water.

Pilgrimage to Makkah is of two kinds. There is the Umrah, the Lesser Pilgrimage or Visit, which can be performed at any time of the year and is confined to worship at the places mentioned above. Then there is the Hajj proper, which combines the rites of the Umrah with others outside Makkah and takes place once a year in the first part of the month of Dhul Hijjah, the last month of the Islamic lunar calendar.

Again, the Hajj and the Umrah can be performed together (Qiran) or separately (*Tamattu*). The latter is chosen by pilgrims who arrive in Makkah some days before the ninth of the month, which day is the culmination of the pilgrimage. *Tamattu* entails either sacrifice at Mina or fasting during the pilgrimage and on return home.

Nowadays, with frequent and easy means of transport, the number of pilgrims to Makkah



An inside view of the Prophet's Mosque in Medina al-Munawwarah.

FED-PEC0260116



The Mina encampment, a few miles away from Makkah al-Mukarramah.

during the pilgrimage month is very large, sometimes exceeding a million. Organizing such a vast number of people, catering to their health and other needs, is a formidable task which the Saudi Government performs with great efficiency.

Most foreign pilgrims arrive either by sea or by air through Jeddah, the port of Makkah, and there the Government has a special Hajj Administration. From Jeddah they go by bus to Makkah (soms fifty miles away), each group of pilgrims being assigned to a *Mutawwif* in Makkah. A *Mutawwif* is a special guide and mentor whose duty is to see that the pilgrims under his wing perform the rites of the pilgrimage correctly, have no difficulties while in the Holy Land and return to their homelands happy and satisfied, having gained the blessing of the pilgrimage properly performed. Each *Mutawwif* has under him a number of assistants whose duty it is to accompany groups of pilgrims. Of course a pilgrim who knows the language and is familiar with Makkah can dispense with a *Mutawwif*, relying on one of the many guides to the Hajj printed in Arabic or other languages.

Before entering the sacred territory surrounding Makkah — indeed, sometimes from the start of his journey — the pilgrim puts himself in a state of sanctity by ablution, prayer and donning the pilgrim's dress (*Ihram*), which for a man consists of two unsewn towels, one worn wrapped around the lower part of the body, the other thrown over the upper part. There is no special dress for a woman except that her face must remain unveiled, no matter what her local customs may be. The reason for these regulations is to emphasize the equality of all pilgrims, high and low, before God.

On and off during his journey and until he enters Makkah, the pilgrim chants a short formula of acceptance of the pilgrimage duties (the *Talbiyah*). This is: "Here I am in answer to Thy call, O God, here I am! Here I am! Thou hast no associate! Here I am! All praise and favour and Kingship are Thine! Thou hast no associate.

The rites of the Umrah are *Tawaf* (circumambulation of the Ka'bah), *Sa'y* (running between as-Safa and al-Marwah) and shaving of the head or clipping of the hair. On arrival in Makkah the pilgrim performs *Wudu* (ablution before prayer) and goes straight away to the Sacred Mosque which he enters prefearbly by the *Bab as-Salam* (Gate of Peace). Around the Ka'bah is a paved area (the *Mataf*) on which the pilgrim performs his Tawaf, beginning at the Black Stone and going around the Ka'bah seven times in an anti-closewise direction. The pilgrim makes the first three round of the Ka'bah at a fast pace and the remainder at walking pace, all the while glorifying God and supplicating

FED-PEC0260117

His favour and mercy in set phrases. As the pilgrim passes the Black Stone, he either kisses it, or touches it or simply makes a motion of his hand towards it. As the throng making *Tawaf* is generally very large, the last is by far the most common. A policeman is posted on either side of the Black Stone to keep the pilgrims on the move. It is a remarkable fact that the *Mataf* is never free from pilgrims, night or day, except at the times of congregational prayer. Muslims in no wise worship the Black Stone, they kiss or touch it because it is known that the Prophet Muhammad did so, thereby they establish a physical link between themselves and the Prophet. And he did so because it was a link between himself and Abraham. *Tawaf* is the first and last religious act of the pilgrim to Makkah.

After performing his *Tawaf* the pilgrim then proceeds to the Station of Abraham and there performs two cycles of individual prayer. Before going out from the Sacred Mosque to the Mas'a he may drink some water from the well of Zamzam. This water is slightly brackish but is drunk in large quantities by the pilgrims, who often fill their water bottles with it to take home.

The second rite of the Umrah is Sa'y (running) between as-Safa and al-Marwah. For this the pilgrim leaves the Mosque by the Bab as-Safa (Safa Gate) and mounts the rocky hillock of that name. After a short prayer he proceeds at walking pace towards the second hillock, al-Marwah, all the while saying prayers and supplications. The second fifth of the distance bet-



ween the two hillocks, between two marked posts, is covered at a fast pace.

Having performed the *Sa'y* between the two hillocks seven times the pilgrim ends up at al-Marwah where he has his head shaved or, more commonly nowadays, his hair cut, which is the third rite of the Umrah. With this he has completed the Umrah; and if he has come before the ninth of the month with the intention of

separating his Hajj from Umrah (*Tamattu*), he is now free to put off his Ihram dress, have a bath and put on his ordinary clothes, entering into the social life of Makkah. If, on the other hand, his intention was that his Hajj and Umrah should be joined (*Qiran*), then he remains in Ihram.

On the eighth of the month of Dhul Haijjah, the pilgrims prepare for the culmination of the pilgrimage to Makkah. Those

FED-PEC0260118

**The Annual Pilgrimage to Makkah**

who have performed the Umrah separately take bath and put on their Ihram dress again and go to the Mosque to perform Tawaf. Then the whole mass of the pilgrims and even inhabitants of Makkah move to Mina, four miles away, arriving for noon prayers. Mina is a remarkable place: for five or six days of the pilgrimage month it is thronged. For the rest of the year it is like a ghost town.

Later, on the eighth or early on the ninth of the month, the pilgrims move to the Plain of Arafat, some thirteen miles south-east of Makkah and outside the sacred territory, where the Mutawwifs have set up their thousands of tents, each with its distinctive flag, arranged in streets. On the morning of the ninth of Dhul-Hijjah, the pilgrims move about freely, talking with other pilgrims and making new friends from many distant lands. Noon and afternoon prayers are combined at midday and the Imam gives a short sermon from the pulpit of Namirah Mosques near the Jabal al-Rahmah (Mount of Mercy), a distinguished landmark of Arafat, on which the Prophet gave his Farewell Sermon in which he summarized the duties of a Muslim.

The whole of the afternoon of ninth is spent in prayer on the Plain of Arafat. This is the *Wuquf* (standing), which is the culmination and cornerstone of the pilgrimage to Makkah. Whoever misses it cannot be said to have performed the pilgrimage. In *Wuquf* the pilgrim stands bare-headed all the afternoon in the open air glorifying God, reading the Qur'an and crying aloud "*Labbayka*

*Allahuma Labbayka* (Here I am, O God, here I am!)." The infirm may sit or seek shade during their devotions but it is considered more meritorious to remain standing all the time.

As soon as the sun sets the whole immense throng gets on the move, making for Muzdalifah, an open plain about halfway between Arafat and Mina. There the pilgrims say their sunset and night prayers combined. Controlling the movement of one million human beings, in all forms of transport, is a supreme feat of administration by the Saudi police. The pilgrim spends the night under the sky at Muzdalifah and gathers seventy pebbles, each about the size of a chick-pea. Early the next morning (the tenth) after prayer he proceeds to Mina, where the pilgrimage is concluded.

In Mina are three stone pillars surrounded by low walls, called *Jamrahs*. At the one nearest Makkah (Jamarat al-Aqbah), on the morning of the tenth day, the pilgrim casts seven of his pebbles calling out each time "*Allahu Akbar* (God is most great)." This is symbolic of man's casting out evil from himself. Then, if necessary, the animals are sacrificed and some of the meat given to the poor. The pilgrims must then return to Mina, for it is there that the pilgrimage ends. With a final shaving of his head or symbolic clipping of his hair the pilgrim emerges from the state of Ihram and his pilgrimage is concluded. He bathes, puts on new clothes and looks forward to returning to his home a Hajj or Hajji. He must, however, spend the two or three days after the tenth day of Dhul Hijjah in Mina, cast his remaining sixty-three pebbles at all three Jamrahs, and perform



Nocturnal stop-over at Muzdalifah.

FED-PEC0260119

**The Annual Pilgrimage to Makkah**

*Tawaf al-Ifadah.*

Having completed his pilgrimage the pilgrim is generally eager to be on his way, but there are many who linger in Makkah for days, weeks or even months, some for the rest of their lives. Delay also arises from the difficulty of arranging transport for such a vast multitude. When the day of his departure is fixed the pilgrim goes to the Sacred Mosque for the last time and performs a final Tawaf (*Tawaf al-Wida* or Tawaf of Farewell).

He leaves the House of God, praising and thanking God and praying that this may not be the last time he enjoys the grace and favour of visiting His House and goes out from the Sacred Mosque by the Bab al-Wida (Gate of Farewell). Then with joyful heart he sets off on his journey home.

But since it is vouchsafed to the vast majority of Muslims to make the pilgrimage to Makkah only once in their lifetimes, most pilgrims combine their pilgrimage with a visit to Medina, sometimes before, but generally after the pilgrimage. There they visit the Prophet's tomb and those of the first two Caliphs in the Prophet's Mosque. They usually spend several days in this second holiest city of Islam — the city to which the Prophet Muhammad fled from persecution in his native city, where he established the Islamic State and where he lies buried with so many of his noble companions.

The pilgrimage to Makkah used to be an arduous and often perilous adventure, but today it is done in comparative comfort and perfect safety. Nevertheless, owing to the vast numbers of pilgrims, it is still a challenging enterprise, especially when the pilgrimage season falls in the summer months. Yet, when the Hajji is safe at home with his family and when the month of the Hajj comes round again he feels that there is nowhere he would rather be than with countless thousands from all corners of the earth thronging the Sacred Mosque and the streets of Makkah or standing in prayer on the Plain of Arafat.

## MWL Relief Organization

The director-general of the Muslim World League Relief Organization submitted a report regarding resolutions and discussions held by the World Anti-Communist League (WACL) during meetings held in Taipei, Taiwan, recently. Acting as an observer on behalf of the MWL Relief Organization, Dr. Jihad Fethi Tevetoglu, met with various delegates of anti-Communist leagues, representatives of Islamic delegations observing the meetings and also met with representatives from Nationalist Chinese Muslims in Taipei.

Although the conference brought up the general question of refugee problems caused by Communist imperialist regimes, Dr. Tevetoglu concentrated on the problem of Muslim refugees. Of significant interest was problems concerning refugees produced as a result of Communist actions in Afghanistan, Kampuchea and Laos. It may be recalled that the MWL has been providing services, living quarters, food, health care, education and work for the refugees. Help is also provided for refugees who want to return home or if they want relocation to another country.

## Qur'an Printing Programme

The administrative board of the Islamic towns organization has endorsed a proposal by the Makkah-based Muslim World League that each Islamic capital sponsor the printing of one million copies of the Holy Qur'an. A circular will be sent to all the capitals to this effect. Ending a three-day meeting at Riyadh on 23 August, the board also agreed that the organization's secretary-general maintain his contacts and coordination with the 42-member Organization of the Islamic Conference and two of its organs, namely the Islamic History, Arts and Cultural Research Centre and the International Commission for Islamic Heritage, whose purpose is to salvage historical cities. He will also take the necessary steps for the organization to become a member of the board of trustees of the Arab Urban Development Institute in Riyadh.

FED-PEC0260120

<u>Charter of Peace and Guidance</u>

# The Prophet's Pilgrimage and Farewell Message

Mrs. Fatema Zeba Hamiduddin Khan

The Pilgrimage or, in the Qur'anic diction, the Hajj is the fifth pillar of Allah Almighty's ordained and chosen religion, Islam, which was finally revealed to Prophet Muhammad (peace be on him) some fourteen hundred years ago. It is compulsory for all those people, both men and women, who after fulfilling their social obligations have the means to travel to Makkah al-Mukarramah and return home. It is performed in the Holy City and the nearby valleys of Mina, Arafat and Muzdalifah.

This ritual was made Fard for the believers in the 9th year of the Hijra of the Holy Prophet (Allah's blessings be on him), from Makkah to Medina — the City of Peace. And, as the historical record and religious literature testify, this very year he commissioned his beloved friend and companion, Abu Bakr, to lead three hundred Muslims to perform the Pilgrimage. The next year it was announced that the Prophet himself was going to undertake a journey for the observance of the sacred duty. Thus the people in and around Medina al-Munawwarah started preparing themselves to join the Messenger of God in that noble expedition, which in many ways had an everlasting effect on Muslim thought and conduct.

On the 26th of Dhulqaada in the 10th year of the Hijra, about 90,000 pilgrims accompanying the Last Apostle, the reviver of the traditions of Prophet Ibrahim (peace be on him), left Medina, and by the time they reached the vicinity of the Baitullahilharam, their number was well beyond the figure of 100,000. The Holy Prophet moved and stayed with his people as one of them, practising and imparting the tenets and manners of Muslim life, without any show of greatness or importance, and setting an example of the most devoted and disciplined traveller to the House of God — that first and everlasting symbol of the Creator's Unity and Omnipotence which had been consecrated by His First Apostle, Sayyidna Adam (peace be on him).

At a place called Dhul Halifa, a short distance from Medina, Prophet Muhammad (peace be on him) put on the Ihram, a pair of unsewn white shrouds, worn while performing Hajj or Umra. After praying the two rakahs for Niyyah (intention) the Prophet recited the Talabiyah and kept on repeating it, with some intermissions, right upto the time he reached Makkah. The words of the Talabiyah are: "O Allah, here I am in Your Presence! You are without a partner! You are without a partner! Here I am! All praise is for You, O Allah, and from You are all Blessings! To You belongs the Authority and Rule! (Indeed) You are without a partner."

Near Makkah, in Tuwa, the Prophet (peace be on him) rested for a while, and on the 5th of Dhulhijjah he entered the Holy City for performing the *Tawaf,* i.e. circumambulating the Kaaba, and the *Sai,* i.e. marching and running between the hillocks of Safa and Marwa near the Kaaba. On the hill of Safa, where the Prophet had started preaching his message openly before migrating to Medina, he prayed to God: "There is no Lord, except Allah. Every dominion and every praise is His. It is He who is the Sustainer. There is no Lord, except Him. He has fulfilled His promise and helped His servants and He has defeated all His enemies."

On the 9th of Dhulhijjah, the Prophet went to Arafat from Mina, a valley near Makkah, where he had stayed on the 8th. It is Arafat, a bigger valley situated a few miles away from Mina, in which is located the Jabl-ar-Rahmah, the Mount of Mercy, where the Holy Prophet delivered the most moving and inspiring sermon ever given to mankind. This sermon whose wisdom and validity have never been and would never be eroded with the passage of time covers all important aspects of life; it is indeed the best charter of guidance for social justice, racial harmony and international peace. A most radical command enjoining virtue, piety and fraternity, it marks a turning point in the history of the world. By preaching the brotherhood of all races, communities and nations within the fold of Islam, the Apostle of Allah showed the way to amity and civilized behaviour and established an ideal, eternal and universal system of values and pattern of conduct on the basis of the

FED-PEC0260121

Divine will and injunctions. His Prophetic words in this sermon are:

"O Men! Listen to my words so that I may make (things) clear to you. I do not know, but it is quite probable that I shall not meet you in this place again after this year.

O People! Verily your blood and your property are sacrosanct until the day you meet your Lord — as sacrosanct as this day, this month and this place (a reference to the prohibition of fighting within the limits of Haram around the Kaaba and during the four Haram months of peace).

All usury is abolished, but you have your capital. Wrong not, and you shall not be wronged. God has decreed that there is to be no usury, and the usury of Abbas bin Abd al-Muttalib is abolished, all of it.

All bloodshed in the pagan period is to be left unavenged. The first claim on blood I abolish is that of Ibn Rabia bin al-Harith bin Abdal-Mttalib (who was fostered among the Bani Layth and whom Hudhayl killed).

O Men! No doubt your God is one, and your father is one. All of you sprang from Adam, and Adam sprang from dust. Of a truth, the most noble of you in God's sight is the most pious. Verily, Allah is All-Knowing and Well-Acquainted. And no Arab has any privilege over a non-Arab, except that based on piety.

O Men! The Muslims are but brethren. It is not lawful for a Muslim to take from the belongings of his brother, except that which he parts with willingly.

Every claim of privilege (especially inherited authority) of blood or property are quashed by me, except the custody of the mosque and the watering of the pilgrims. O Quraish! God has taken from you the naughtiness of paganism and its veneration of ancestors. Man springs from Adam and Adam sprang from dust.

"*O Men! We created you from male and female and made you into peoples and tribes that you may know one another: of a truth, the most noble of you in God's sight is the most pious.*" (Al-Qur'an 49:13).

So you do not turn Kuffar after me, striking the necks of each other.

Understand my words, O men, for I have told you. I have left with you something which if you will hold fast to, you will never fall into error (a plain indication, the Book of Allah and the Sunnah of His Prophet).

O Men! You have rights over your wives and they have rights over you. You have the right that they should not defile your bed, that they should not let any undesirable person enter your house, except with your permission, and that they should not behave with open unseemliness. If they do, God allows you to put them in separate rooms and to beat them, but not with severity. If they refrain from these things and obey you, they have right to their food and clothing with kindness. Lay injunctions on women kindly, for they are your wards having no control of their persons. You have taken them only as a trust from God, and you have the enjoyment of their persons by the word of God, so be fearful of Allah in regard to women and enjoin that they be treated well.

O Men! Postponement of a sacred month is only an excess of disbelief whereby those who misbelieve are misled; they allow it one year and forbid it another year that they may make up the number of the months which God has hallowed. Time has completed its cycle and is as it was the day that God created the heavens and the earth. The number of months with God is twelve; four of them are sacred, three consecutive and one single: Dhulqaada, Dhulhijja, Muharram and Rajab, which is between Jumada and Shaaban.

O Men! Satan despairs of ever being worshipped in your land, but if he can be obeyed in anything short of worship he will be pleased in matters you may be disposed to think of little account.

**O People! No message of God or Prophet will come after me and no new religious community will appear. Listen carefully! You should worship your Allah, say prayers five times a day, fast once a year, the whole month of Ramadhan, pay Zakat (the poor-due) cheerfully, perform the Hajj (pilgrimage) to Kaaba, which is the House of God, and obey your superiors. The reward of performing all these duties will be your admission to the best paradise."**

"O Allah! Have I delivered (the message)?" the Prophet asked. And on hearing from the audience, "Yea, O Allah!" he said: "O Allah bear witness to what your servants are saying." Then turning to the people, the Apostle of Allah (peace be on him) said: "Those of you who

FED-PEC0260122

are present here should pass on my message to those who are not here. It is possible that those who are not here may understand my teachings better than those who are present."

After the Prophet (peace be on him) finished the sermon, Allah Almighty sent these words in the form of the last

*Wahi:*

*"Today I have completed your religion for you, and I have chosen for you the religion of Islam."*



"Jabal al-Rahmah," the Mount of Mercy at Arafat.

## Mass Conversion to Islam in India

More than one thousand three hundred Harijans (the untouchables occupying the lowest position in the caste-ridden Hindu society) of Meenakshipuram, a village in the Indian state of Tamil Nadu, declared their conversion to Islam because "this faith is the best that secures for man his freedom, dignity and human rights and disallows all distinctions and discriminations among human beings on the basis of caste, race and colour."

The residents of Meenakshipuram (new named Rahmat Nagar), situated about 500 Kms south of the city of Madras, changed their erstwhile Hindu names after entering the fold of Islam in a ceremony attended by a number of Muslims from the neighbouring villages.

Mass conversions of Harijans to Islam have also taken place in other parts of India, where religious persecution, social discrimination and police atrocities against Harijans are believed to be the main factors for their revolt against Hinduism. There have been reports in the Indian papers of great pressure being exerted on the new converts of Rahmat Nagar to return to their old religion. There has also been the familiar talk about the petro-dollars pouring in from the Arab countries to gain conversions to Islam, which the Hindu militants regard as posing a grave danger to India's social structure and secularism.

FED-PEC0260123

# The Institution of Hajj in Islam

Dr. Nafeesuddin Siddiqi

**Hajj, the annual pilgrimage to Makkah, is the fifth of the five pillars of Islam. It is a religious duty incumbent on those Muslims who can afford the expenses of the journey once in a life time. Hajj and Umra (lesser pilgrimage) are two religious duties related to the Ka'aba in Makkah. Hajj has to be performed in a particular month (Dhul Hijjah) on fixed dates of the Muslim calendar, (from 8th Dhul Hijjah to 12th Dhul Hijjah), while there is no such restriction of month and date as regards the performance of Umra except during the days of Hajj.**

Muslims from all over the world assemble in the great gathering of Hajj in the Holy City of Makkah. In this gathering, everyone is considered equal, no discrimination between the rich and the poor or between the black and the white exists and no distinction on the basis of race, sex, or social status is made. According to the teachings of the Holy Prophet, all are one under the banner of Islam in this universal gathering.

## Hajj in Pre-Islamic Days

Hajj is a purely religious duty right from the beginning. In the pre-Islamic period, there were two annual functions held in the month of Dhul Qada at Ukaz and Majanna. These celebrations were followed by those of Dhul Majaz, usually held in the beginning of Dhul Hijjah, after which the people used to go direct to Arafaat. In the days of peace and tranquillity, various tribes of Arabia used to participate in Hajj which was performed on the 9th Dhul Hijjah. According to the historical accounts of those days, some great fairs were associated with Hajj. This tradition was also prevalent in the times of the Holy Prophet. Therefore, the Holy Prophet said, "Allah had prescribed for Muslims two days in a year to rejoice, Eid al-Fitr and Eid al-Adha." (the month of Hajj).

But in the pre-Islamic days the observance of Hajj had religious significance. The people were the followers of Prophet Ibrahim only in name, their actions were totally against the teachings of the great patrarch. They worshipped idols which they had kept even inside the Holy Sanctuary. Along with the idols there were kept pictures of other Prophets in the Ka'aba as well, which the people used to worship.

*Wukuf* (halt in Arafaat) is the main part of Hajj, without which it is invalid. According to the Holy Prophet, *Wukuf* is from the mid-day till sunset while previously it had been customary to begin the *'ifada'* even before sunset. The Holy Prophet not only changed the time but also forbade the rite of running to Muzdalifa (an open ground between Mina and Arafaat) and instead ordered to proceed to Muzdalifah slowly. During the days of ignorance, the God of Muzdalifa was Kuzah, the thunder God. A fire was kindled on the sacred hill, also called Kuzah. On return from Arafaat a halt was usually made at this place. In those days, during the Hajj period, the *Kuffar* of Makkah used to give cold water to the pilgrims. This act, howsoever noble, was not acceptable to Allah and was not equal to the deeds of piety done by a believer in Allah. The Holy Qur'an declares:

**"Do ye make the giving of drink to pilgrims, or the maintenance of the Sacred Mosque, equal to (the pious service of) those who believe in God and the last day, and strive with might and main in the cause of God? They are not comparable in the sight of God." (9:19)**

In the pre-Islamic times, the *'ifada'* to Mina (a vast open ground between two hills at a distance of three miles from Makkah towards the east) used to begin as soon as the sun became visible. In the Islamic period, it was changed and was to begin before sunrise. In olden days, the people used to sing during *'ifada'*, and as soon as they would approach Mina their first duty was to offer sacrifice. This day was appropriately called *Yaum al Adha* (the day of sacrifice). In ancient times, the camels meant to be sacrificed were distinguished by special marks. For example, two sandals would be hung round their necks.

It is a historical fact that there were 360 idols erected in the House of Allah (Ka'ba) wor-

FED-PEC0260124

## The Institution of Hajj in Islam

shiped by the Arabs in pre-Islamic days. when the Holy Prophet purified the Ka'aba from the idols he prohibited the idolators to come near the Ka'aba because of their impurity. The Qur'an says about:

"O ye who believe; truly the pagans are unclean, so let them not, after this year of theirs, approach the Sacred Mosque." (9:28)

And in the last Hajj of the Holy Prophet, there was not a single idolator among the pilgrims.

### Origin of the Hajj

Ka'aba, the House of Allah, was built by the Prophet Ibrahim and his son Ismail. When the House was ready, a voice came from Almighty Allah:

"And proclaim the pilgrimage among men: they will come to thee on foot and (mounted) on every kind of camel, lean on account of journey through deep and distant mountain highways." (22:27)

The above verse of the Holy Qur'an shows that the origin of the Hajj was by Allah's command, just after the completion of Ka'aba. When Prophet Ibrahim proclaimed Hajj, people came from every corner of the world, from far and near, on foot and mounted on camels. From that time Hajj has become a regular annual event even in the days of ignorance. The people used to come to Makkah in the days of Hajj and make 'Tawaf' of Ka'aba, worship the idols which were kept in the House of Allah.

The Islamic Hajj started after the conquest of Makkah. In 8 A.H. the year of the conquest of Makkah, the Hajj was performed under the patronage of idolators. In 9 A.H., the Holy Prophet sent a Hajj caravan of three hundred pilgrims under the leadership of Abu Bakr to Makkah. Allah revealed the verses of Surat al Barat in which the performance of the pilgrimage was forbidden to the unbelivers and this Hajj was declared as Hajj-al-Akbar (the great Hajj) by Allah. The Holy Qur'an says:

"And an announcement from God and his apostle to the people (assembled) on the day of the great pilgrimage, that God and his apostle dissolve (treaty) obligations with the pagans, if then you repent, it were best for you, but if ye turn away, know you that you can not frustrate God." (9:3)

It was for the first time that Hajj was performed according to the Sunnah of the Prophet Ibrahim. In Makkah, Abu Bakr taught the basic principles of Hajj and on the day of sacrifice he delivered a sermon of Hajj (Khutba). (Musnad Ahmad V. II; P. 299). In 10th A.H., the Holy Prophet announced his intention to perform Hajj. Therefore, great multitudes of Muslims joined the Holy Prophet to performe Hajj. On 26 Dhul-Qaada, the Holy Prophet started from Medina to Makkah. When he reached Dhul Halifa, they put 'Ihram' (two sheets of cloth) and proclaimed 'Talbiya' (I am your obedient, O Allah, I am your obedient, praise, blessings, and the kingdom, is for you. There is no partner with you). After performing the preliminary rites, on 9th Dhul Hijjah, the Holy Prophet along with the followers reached Arafaat where he delivered his historic sermon which is known in the history of Islam as 'Khutbat al Wida' (Farewell Sermon) and that Hajj is called 'Hajj al Wida' (Farewell Hajj). The Holy Prophet, in his last sermon, announced that all rites of the days of ignorance had been abolished. The last sermon delivered by Holy Prophet is a summary of the Islamic teachings.

### The Islamic Hajj

It has been stated earlier that the Islamic Hajj had its beginning after the conquest of Makkah, after which no pagan was allowed to come near the House of Allah. According to the Shariah, a Muslim man and woman has to perform Hajj at least once in the life time, provided he/she is able to do so. The Holy Qur'an says:

"Pilgrimage thereto is a duty men owe to God; (for) those who can afford the journey; but if any deny faith, God stands not in need of any of his creatures." (3:97)

It is also stated in the Qur'an that if one undertakes the pilgrimage, it must be completed. The Qur'an says:

"And complete the Hajj or Umra in the service of God." (2:196)

And when anybody undertakes this duty of Allah, he must be careful about the following: The Qur'an explains:

"If any one undertakes that duty therein let there be no obscenity, nor wickedness, nor wrangling in Hajj."

FED-PEC0260125

The Institution of Hajj in Islam

(2:197)

Lunatics and slaves are exempted from the duty of performing Hajj. Likewise, the women who has no *mahram* husband, father, brother, and son) to accompany her is also exempt. The want of the necessary means of subsistence, the inability to procure the beasts of burden, the risks of the journey are circumstances which free one from the obligation to perform Hajj.

Since the Holy Prophet instituted the lunar calendar, the Hajj falls in almost all seasons and is performed from 8th to 12th Dhul Hijjah. The Islamic Hajj is a purely religious with him so that he may not resort to begging in the Holy Cities. The Qur'an says:

"And take a provision (with you) for the journey." (2:197)

The rites of the Hajj start with the assuming of the 'Ihram' (using two unstitched sheets of cloths, one for the upper and one for the lower part of the body). After putting 'Ihram' 'Talbiya' is recited. According to the Holy Prophet, it is preferable to utter it in a loud voice. The Hajj in which 'Talbiya' is recited forcefully and the animals are offered in sacrifice properly is a Hajj of higher order. (Ibn Maja) After becoming a *Muhrim* thus, he should enter Makkah to perform Umra. When the seven circuits of circumambulation (Tawaf) of Ka'aba which must begin at the point where the black stone (Hajr al Aswad) is located has been completed a pilgrime must offer two rakat prayer (units) at *'Maqam Ibrahim'* (station of Ibrahim) which is a piece of stone with Prophet Ibrahim's footmarks on it. The legends goes that he stood on it while raising the walls of Ka'aba. After completing two rakat prayer, the pilgrime must go to 'Masa' which is the distance between 'Safa' and 'Marwa' to complete the 'Saee.' After this, the pilgrim should have his head shaved or hair clipped and come out of the 'Ihram' till the proper Hajj begins. If the Ihram has been assumed for Umra and Hajj both (Qiraan) one cannot come out of the state of Ihram until he had performed the Hajj.

The rites of the Hajj start on 7th Dhul Hijja, when the pilgrims prepare themselves for the observance of the pilgrimage. In the evening of that day or in the morning of 8th Dhul Hijja, the pilgrims leave Makkah for Mina. A big crowd of men and women in Ihram enter a desert valley riddled with mountains and rocks. The night from 8 to 9 Dhul Hijja is spent at Mina or at Arafaat (25 Km/15 miles from Makkah). On 9th Dhul Hijja, the important pillar of Hajj is *Wukuf* in Arafat (halt in Arafaat) in front of the 'Jabl al-Rahma'. According to all schools of thoughts, it is an indispensable part of Hajj. The *Wukuf* of Arafaat begins from afternoon to sunset on the above date. Here, a sermon is given by the Imam to commemorate the one delivered by the Holy Prophet on the occasion of his last Hajj, *Hajj al Wida*. During their sojourn in Arafaat, the pilgrims pray and beseech Allah's mercy and forgiveness. In the evening of 9th Dhul Hijja, the pilgrims leave Arafaat after the sunset and begin *'ifada'*. The Holy Qur'an speaks about the return of the pilgrimes (ifada),

"Then pass on at a quick pace from the place whence it is usual for the multitude, so to do, and ask for God's forgiveness." (2.199)

In the morning of 10th Dhul Hijja, the pilgrims proceed from Muzdalifa to Mina after the morning prayer. They first proceed to throw stones at 'Jamarat' — the symbolic stoning of the devil at three points where three pillars stand. Stones are thrown at each of the three pillars. One pillar is towards the east, near Masjid al-Kheef and is called 'Jamrat al-Ula' (the first one) the second pillar is known as 'Jamrat al-Wusta' (the midle one) and the third one 'Jamrat al-Ukhra (the last one). It is also called Jamrat al Aqba or Jamrat al Kubra (the big one).

According to the explanation, this stoning is the symbolic stoning of Satan. As it is mentioned in the tradition, these three places where the pilgrims throw stones at Satan, are the places where Satan appeared before the Prophet Ibrahim while he was going to sacrifice his son, Ismail, in the way of Allah by His order and tried to misguide him. There upon, Ibrahim pelted stones at Satan on at these three points. Likewise, the followers of the Holy Prophet are enjoined upon to act according to the Sunnah of Prophet Ibrahim.

After the stoning, the pilgrims proceed to sacrifice the animals. Goats, sheep, cows and camels are offered in sacrifice — also a sunnah of Prophet Ibrahim. The

18

FED-PEC0260126

**The Institution of Hajj in Islam**

Holy Qur'an explains the story of Prophet Ibrahim and his son Ismail:

> Then when (the son) reached (the age of) (serious) work with him, he said O my son; I see in vision that I offer thee in sacrifice. Now say what is thy view.' (The son) said: O my father; do as thou art commanded; thou will find me, if God so wills, one practising patience and constancy.' So when they had both submitted their wills (to God), and he had laid him prostrate on his forehead (for sacrifice). We called out to him, O Ibrahim; Thou hast already fulfilled the vision; thus indeed do We reward those who do right. (37:102-105)

Later on, Allah sent a fine sheep or ram from Heaven which was substituted symbolically. The Qur'an says:

> "And We ransomed him with a momentous sacrifice." (37:107)

Since, then, in Mina, a commemoration sacrifice is annually celebrated as a rite of Hajj on 10th Dhul Hijja.

The pilgrims take a portion of meat of their sacrificed animals. Some of the Kuffar (infidels) believed that sacrificial meat should not be eaten by the pilgrim who is sacrificing the animal. Allah had refuted their belief. He says:

> "And celebrate the name of God, through the days, appointed over the cattle which has provided for them

(for sacrifice); then eat you thereof and feed the distressed ones in want." (22:28)

In another verse of the Holy Qur'an, Allah says:

> "The sacrificed camels We have made for you as among the symbols from God; in them is (much) good for you; then pronounce the name of God over them as they line up (for sacrifice) when they are down on their sides (after slaughter) eat you thereof, and feed such as (beg not but) live in contentment." (22:36)

After the sacrifice, a pilgrim has to shave his head. After this the prohibitions of Ihram end and a pilgrim can leave the state of 'Ihram'. When a pilgrim enters in the state of 'Ihram', he is not allowed to cut his nails, hair etc. until 10th Dhul Hijja. The Qur'an says:

> "Then let them complete the rites prescribed for them." (22:29)

In this verse the word 'Tafath' means the superfluous growth on one's body, such as nails, hair, etc. whose renoval is not permitted while in 'Ihram'. The days from 11th to 13th Dhul Hijja are called Ayyam Tashriq. These are the days for making social contacts. After the sacrifice the Hajj ceremonies are over. The pilgrims should stay two or three days in Mina. When the stay in Mina is over and the ceremonies end, there is one more 'Tawaf' and 'Saee' that a pilgrim can perform any time till the end of Dhul Hijja. This

Tawaf is called Tawaf Wida (Farewell Tawaf). Allah says about this final Tawaf in the Holy Qur'an.

> "Then let them complete the rites prescribed for them, perform their vows, and (again) circumambulate the ancient House." (22:29)

After the completing of the farewell tawaf, the pilgrim leaves for his home with the title of al Haji.

### Bibliography

1. The Holy Qur'an, translated by A. Yusuf Ali.
2. Ibn Kathir, *Tafseer Ibn Kathir*, Karachi.
3. Sahih al-Bukhari, 1354, Delhi.
4. Ahmad bin Hanbal, Musnad Ahmad, Delhi.
5. Ibn Maja, Delhi.
6. A. Guillaume, *Life of Muhammad*, Lahore.
7. R.F. Burton, Personal Narratives of a pilgrimage to al-Medina and Makkah, 1857, London.
8. T.F. Keane, *Six Months in Makkah, 1881*, London.
9. Eldon Rutter, *The Holy Cities of Arabia*, 1928, London.
10. Dr. Ali Shariati, *Hajj*, Lagos.
11. Abul Hasan Ali Nadwi, *The Four Pillars of Islam*, 1972, Lucknow.
12. Saida Muller Khalifa, *The Fifth Pillar of Islam*, 1977, USA.
13. Some other hand books on Mnasik Hajj, printed in Pakistan.

Narrated Abu Huraira: The Prophet was asked, "Which is the best deed?" He said, "Belief in Allah and His Apostle." He was then asked "Which is the next (in goodness)?" He said, "*Hajj-Mabrur.*"

FED-PEC0260127

Implementation of Shariah

# The Urge that cannot be Ignored

**Shaikh Saad Ahmad**

In the face of a bewildering situation created by the modern age, widespread intellectual movements aiming at Islamic renaissance, manifest the new ambition of the Muslim Ummah not only to revive the pristine glory of Islam but also to provide salvation to the bewildered people of the world at large. Muslims, freed from the shackles of slavery and dependence in many countries, in their anxiety to mould their social, economic and political life have been striving for Islamic constitution, because without it the establishment of a state in the name of Islam is meaningless. This demand is no more confined to the geographical boundaries of countries but has become a subject matter of an international forum, Rabitat al-Alam al-Islami, which has successfully brought together the followers of holy Prophet (peace be on him) inhabiting vast areas of Asia.

In spite of an urge of the Muslim Ummah to be governed by the laws of *Shariah* what we now see prevalent in many countries and which is technically called "Islamic Law" does not embrace the entire Islamic programme of life.

**This urge of the Muslim Ummah has been generally ignored by our leaders and policy-matters. Our slavery for decades, the tremendous impact of Western culture, the glamour of irreligious social systems and secular education, devoid of higher values of life, de-Islamised the outlook of many Muslim rulers, administrators and intellectuals more than the ordinary people.**

It is due to the influence and pressure of this section of the upper strata of our society that major parts of our political, economic and social life are being governed by laws derived from sources other than the *Shariah*.

Let us turn to the pages of history and see how Prophet Muhammad (peace be on him) brought changes and reforms in his society, and ultimately implemented the laws of *Shariah*. First, he brought a revolution in the mental and intellectual approach of his people and inculcated in them a belief in the fundamental principles of Islam. Secondly, persons accepting this message were trained to practise, and conduct their way of life on the basis of those principles. Thirdly, an Islamic State was established in Medina with the object of making a society fully conforming to the Islamic pattern. And, finally, the coercive power of the state and its administrative machinery were utilised for fully implementing the laws of *Shariah*, covering the entire gamut of man's life. Human life being indivisible, it was but natural that the plan of *Shariah*, claiming itself to be a complete code of life, should have encompassed within its authority the entire scheme of moral and social guidance ordained by the Supreme Law-Giver.

Prophet Muhammad (peace be on him) before enforcing the laws of *Shariah* created the required social environment by starting a mental and intellectual revolution through preaching and propagating the teachings of Islam and moulding life in accordance with the Qur'anic injunctions. Without this environment the base for a new society cannot be established. So while extending the "Dawah," whether it is by an individual or a group or by a benevolent king or ruler, concrete Islamic solutions to all our social problems in sharp contrast with the most unsatisfactory solutions placed by various man-made ideologies must be put forward in a rational and logical manner. This shall help not only in creating the psychological attitude of society in favour of Islamic laws but shall also contribute towards the formation of a strong public opinion which will facilitate the implementation of the same. Along with this, some more measures, namely reorientation of the educational system and propaganda machinery with the above object in view, collective efforts to revive and project Islamic culture, closer co-operation between the Muslim countries aiming at unity of thought and action, have to be pursued for creating congenial atmosphere.

### Recommended Measures

The second step towards the goal of implementation of the *Shariah* law should be to persuade the Muslim countries to

FED-PEC0260128

**The Urge that cannot be Ignored**

subscribe unequivocally to following declaration:

a) That sovereignty belongs to Allah alone and the state shall administer the country on behalf of Allah as His agent within the limits set by Allah and His Prophet (peace be on him).

b) That the fundamental law of the country shall be Islamic *Shariah*.

c) That existing laws repugnant to the *Shariah* shall be repealed or gradually brought into conformity with it.

d) That the state, the ruler or the ruled shall not be competent to transgress the limits laid down by the *Shariah*.

This will have a salutary effect on the future legislation making. It may be mentioned here that the Government of Bangladesh, in an attempt to uphold the aspirations of the Muslims, who form 86% of the total population, revised a secular clause of the 1972 constitution and inserted "Absolute trust and faith in the Almighty Allah shall be the basis of all actions" as one of the fundamental principles of the state policy. This amendment is undoubtedly a step towards this objective and makes the Government normally bound to seek Divine pleasure by obeying His laws.

The third step should be to prepare models of *Shariah* laws in all its branches in a codified manner for which I am sure there will be no dearth of Islamic scholars, jurists and intellectuals. This task is so gigantic that it cannot be left to the resources or initiative of any particular country but a specialised forum, sufficiently staffed and financed under the Rabita, should undertake this task and supply the codified models to all Muslim countries who, in their turn, will make legislative enactments on the basis thereof in keeping with the suitability of their own conditions.

The fourth step which the Rabita may take up is to examine the existing constitutional and statutory laws of Muslim countries as to the extent and character of all un-Islamic provisions through its experts and suggest amendments for getting rid of those provisions.

The fifth step should be to bring reform in the legal education aiming at producing legal experts, jurists and administrators of high mental and moral calibre and conversant with the laws of *Shariah*. Translations of the Holy Qur'an and Hadith in regional languages and research works sponsored by the Rabita and published in various languages are to be made available for imparting basic knowledge as to do's and dont's of *Shariah* to the learners.

The Rabita may persuade the Muslim countries to incorporate the teaching of *Shariah* laws in their law colleges and universities. Opportunities for observing judicial, quasi-judicial and administrative practices in Muslim countries based on *Shariah* should be provided to the lawyers, judges, magistrates and administrators of the Muslim countries which are still run on secular laws. This will pave the way not only for closer ties between the Muslim countries but also for Islamisation of the laws in Muslim countries.

The sixth step should be to give proper guidance and assistance to organisations of different Muslim countries engaged in the study, research and propagation of Islamic laws.

**Islamic Law Association**

The Islamic Law Association, Bangladesh, formed with the lawyers and jurists having absolute faith in reconstructing socio-political life in accordance with the Islamic legal system, has recently undertaken this sacred task. Among others, the objects of the Association are:

* to study and to undertake research in Islamic legal system with a view to its application in Bangladesh;
* to popularise and propagate Islamic laws;
* to establish and maintain a library for collection of authentic books, manuscripts, periodicals and other materials for the purpose of study and research;
* to organise seminars on various topics of Islamic laws for creating interest among the intelligentsia to study and to undertake research in Islamic legal system and also to popularise Islamic laws;
* to publish periodicals and books on Islamic laws;
* to engage research fellows to work on particular subjects in Islamic legal system and to publish results of such research;
* to consolidate Islamic laws in a compact volume or volumes and to publish it for mass information, etc.

(The writer is an advocate of the Supreme Court of Bangladesh.)

FED-PEC0260129

# The Tide of Islam

## West's Attitude Must Change

Dr. T. B. Irving

**Islam occupies much more of the world's area than most people realize. Between 800 and 900 million Muslims make up about 20% of the world's population, from Morocco to Indonesia. Islam also has contributed fourteen glorious centuries to the world's history. This is mentioning the bald statistics only. Yet currently the West finds itself in a serious confrontation with Islam that must be resolved if both parties are not to court disaster. The Portuguese finally left West and East Africa in panic because of this confrontation; they evacuated Angola and Mozambique in humiliation, leaving those former colonies to the mercy of the Cubans.**

Nonetheless the Portuguese, almost without knowing it, took Islam to Brazil three or four centuries ago when they kidnapped Africans and sold them as slaves in South America. Many of these slaves were nobles who were literate, and whose language of prestige was Arabic, just like the Malay nobles who were exiled to the Cape in this country. These are pages of world history that are either ignored or underestimated.

Similarly, the Spaniards finally lost their last toeholds in Morocco and Equatorial Africa only recently, while they still hang on to the cities of Ceuta and Melilla in Morocco, where they refuse to permit any mosques, just as they ban them in Spain itself. The only mosque permitted in Ceuta, for instance, on the continent of Africa, is in the basement of the city market next to the toilets, where farmers are allowed to pray.

This Spanish attitude towards Islam and Black Africa was set in the mid XVIth century when Bartolome de las Casas from Seville preached Black slavery as a way of saving the American Indians from extinction, which their serfdom under the Spaniards threatened in the West Indies and Mexico. The expulsion of the Spanish Muslims from Granada and Valencia spawned the North African corsairs, whose name shows that their model was really set in the island of Corsica. The American Marines took this European battle "to the shores of Tripoli" in Libya, as their anthem boasts.

Yet no one tells us nowadays that the Maltese Muslims nearby were also sold as slaves, because interest in their fate has vanished from our current history books. Their language is still Arabic laid on a Punic base and with a thick Italian Christian overlay. The Yugoslav Muslims living north of the Sawa River were likewise sold as galley slaves to the French navy by the Venetians during the XVIIth and XVIIIth centuries.

The French then intervened in Syria and Algeria, carving a new empire in the Islamic world after losing Canada and India to the British. Louis Massignon expressed his interest in and sympathy for Islam, but most of their experts have been "Orientalists," which is a bad word in Islamic circles because these officials tried to find out how to humiliate the Muslim and to make him "submit," in their terminology, to Paris and London rather than to God Alone. French interference in Syria has left us Lebanon as an extravagant legacy that embroils the Middle East in military and religious suppression.

The British had similar schemes in India and Egypt, where they continued this policy of subjection and bland patronage of decadent aristocrats. The legacy has continued in Pakistan and Bangladesh, both cut loose without adequate planning, and without the defensible and recognized borders that other people occupying Middle Eastern land loudly demand. Perhaps the brightest hope received from the British empire has been Nigeria that now leads West Africa as a new Islamic colossus. There, 50 to 60 million Muslims live, out of a total population of over 80 million. It also has a score of universities which are engaged in freeing their departments of Islamic studies from the prejudice of their British-trained professors.

Nigeria might become the leading Islamic power in West Africa once the Yoruba and Ibo military are convinced that the assassination of Muslim prime ministers and presidents is a crime against humanity and not a national sport. My own book called *Islam Resurgent* on

FED-PEC0260130

**The Tide of Islam**

which this talk is based was published in Lagos, although it is not available in South Africa and could not be published by the usual publishing houses in the United States.

### The Best in History

Islam has been accused of being "medieval," but that is a false charge. When it might have lived in a middle age, Islam produced four great empires to give this judgment the lie.

The first such empire was the Mogul one in India, with its magnificent architecture and culture that was contemporary to the European renaissance. It ended in 1857 with the exile of its last emperor to Burma, but the 80 million Muslims in the Indian republic are still the most skilful and articulate minority in all the Islamic world despite the lynchings that harass them.

Next door and contemporaneously, the Safavids of Persia under the great emperor Shah Abbas showed similar glory in architecture and empire. Half the world is Esfahan, they say. Persia fought off the Portuguese pirate and priest, then both the British coming from India and the Muscovite.

**Afghanistan fought in the same struggle against the British and the Tsars, and trounced the English, sent them packing. Now it is engaged in a similar struggle against Russia, which calls for our assistance.**

The Ottomans likewise ruled the Black Sea and eastern Mediterranean area in Anatolia and the Balkans for many centuries, long enough to be respectable by any historical or sociological standards. If Cyprus is Orthodox Christian and Hungary the only country in eastern Europe with any Protestants, this is because of Turkish religious tolerance, not Venetian or Hapsburg occupation. The Ottoman's heir, the new secular republic, has been overpublicized by the Western media and superficial scholars, since republican Turkey cannot maintain the prosperity of its now limited *lebensraum*. The adoption of the Latin alphabet has not made Turkish a subject of real study anywhere. The Turks might better have kept the Arabic script, as Iran has, since it is more beautiful and stores the records of Ottoman past glory.

Moreover, more Turks live today under Soviet rule than in diminished Turkey itself. This fact might be a source of strength for the West, provided its centres of Middle Eastern and Soviet studies could learn to understand Islam sympathetically and cease to take the other side in matters like the Cyprus confrontation. Hitler and Napoleon lost out on the road to Moscow by marching east.

Contact with the Islamic world should be friendly in the future if the West is to survive, just as episodes like Biafra and Bangladesh have proved to be counterproductive diversions.

The fourth Islamic empire is Morocco. That country has been free since Rome, except for forty shameful years under French occupation when its elite learned to drink wine and brandy. Morocco once produced two of the great African empires, the *Murabits* (or Almoravides in a typical European barbarism) of the XIth and XIIth centuries, and the *Muwahhids* (or Almohades) of the XIIth and XIIIth.

The Muwahhids' preoccupation with *Tawhid* or God's Oneness shown in their very name, produced philosophers as towering as Ibn-Tufayl who ranks with Rene Descartes in his artistic analysis of epistemology, and his protege Ibn-Rushd (barbarized as "Averroes"), who provided the texts for the revival of Aristotle in the rising universities of Western Europe. Morocco has imperial cities, as they say, where fine handicraft is commonplace in the markets and whose architects worked on stone, not plaster as the Granadines did in the last days of the Alhambra.

### Foreign Domination

The past two hundred years have witnessed the ravages of colonialism on the Islamic body-politic. Actually this began with the perfidy of Cardinal Ximenez de Cisneros, that great genocide, when he repudiated the 1492 Treaty of Granada, and baptized the Granadine Muslims by aspersion, using the firehose before the conflagrations of the Inquisition, that "Holy Office" as it is called in Christian Spain. Finally, only Turkey, Iran and Arabia remained free from foreign occupation, although they all lived under some degree of outside pressure. Since the Second World War the other countries have slowly but gradually become free, though their intellectual institutions and politi-

FED-PEC0260131

**The Tide of Islam**

cians still need to achieve full independence. What is freedom when minds and economies are still enslaved?

The British generals, Clive and Wellesley, fought for the glory of the East India Company against Siraj-ad-Dawla and Tippu Sahib. Then Indian Islam was transported to Mauritius, Fiji, Trinidad, Guyana and Natal with indentured labourers after Black slavery was abolished. Another mockery of freedom has left its scars. The Dutch likewise took Islam from Indonesia to Surinam in South America through the same form of serfdom. Except for Kashmir and the great cities of India like Delhi, Hyderabad, and Lucknow, the area is free now, though under military and political pressure, and the communal riots that too often end in lynching.

Napoleon, whom Wellesley (or the Duke of Wellington) later defeated at Waterloo, next tried to occupy Egypt, taking a printing press there from the Vatican. Then the French occupied Algeria in the Flyswatter War of 1830, the same year as France lost her Pastry War against Mexico. Their frivolous names show the unscrupulous nature of these campaigns. Lebanon continues as an international nuisance because of similar French interference, because that unhappy patch of land is simply not big enough to form a viable state.

Unfortunately the Lebanese Maronites supply the West, especially the United States, with too many of its Near Eastern "experts" who pretend to understand Islam and interpret it for the State Department,

even though the Maronites never understood it for fourteen long centuries in their own mountains. Nonetheless, it was Islamic tolerance that left the Christians of Lebanon free in their mountain stronghold, just as by contrast the Muslims of Granada and Valencia were expelled from Spain.

Explorers and missionaries soon went searching the Islamic world for souls to save and more land to occupy or conquer, men like Mungo Park and Foucauld in West Africa and Livingston and the clown Burton in Central Africa. Cardinal Lavigerie had visions of occupying Algeria and Tunisia for the Vatican. In East Africa, the great port cities like Sofala, Kilwa, Lamu and Malindi, some of which were visited by Ibn-Battuta in the XIVth century, were devastated by the Portuguese and Jesuits two centuries later. The Umanis came to Zanzibar, to free the *sawahil* or East African coastlands and restore peace, trade and culture in the XVIIth century with British assistance, though the ancient ports were not rebuilt. Ki-Swahili remains as a daughter language to Arabic, which was marred to Bantu through its syntax. Their trade before steam navigation and airlines was based on the semi-annual winds of the monsoon trade, centureis before Islam.

North Africa is Semitic today because the Phoenicians arrived there three millenia ago and founded Punic-speaking ports like Carthage. Punic as a language survived in eastern Algeria at least until the time of St. Augustime, who was bishop in Annaba or Hippo. The under-

lay you can find in the French and Italian museums of North Africa prove this fact, though the colonial museums and textbooks tried to make Vercingetorix into an Algerian hero and to forget Hannibal and his elephants.

Thus Arabic became the language of trade in the cities in Tunisia almost as quickly as in Syria, and the Hilali invasion later on affirmed this. The camel plus the Berber pack saddle tied the Maghrib to the Arab world, and also to West Africa across the Sahara. Salt and gold were the articles of commerce in a two-way international trade that flourished between Sijilmasa in southern Morocco and the Futa Jallon mountains in Guinea.

Thus West Africa was linked to North Africa through trans-Saharan trade, and merchant families of mixed blood, Berber and Black, sprant up on the great savannas of the Sudan, the fabled land of 'the Blacks" which stretches from the Atlantic to the modern republic of that name. When Europe pierced the southern jungles and established ports for the cruel slave trade, West Africa spread with the banana and marimba music to Brazil, the West Indies and the southern United States. As ancestral memory tells the North and South American Black that his forefathers were Muslims if they were educated, as many of them were. This valiant Palmares republic in XVIIth century Brazil reflects the inland empires of Ghana and Songhai along the upper Niger, while the Male cult of Brazil is a disguised Islam from Mali, like the Man-

FED-PEC0260132

dingos of Trinidad. The stories of Brer Rabbit are a reflection of the jackals Kalila and Dimna who migrated from India through the Arab and Persian world to West Africa, and from there in the kidnapped Black slaves' scanty baggage to the pages of Uncle Remus in Georgia.

The less said about the Italian role in its colonies of Somaliland, Eritrea and Libya, the better. The leaders of Libya still suffer from this trauma.

Indonesia and Malaysia need to be considered here, especially for their struggle against the evils of Secularism and Communism, twin remedies the West has applied to Turkey as well. Three hundred years ago, Malay nobles who were exiled to South Africa brought Islam to this country of South Africa almost as early as Christianity came, if the monsoon trade in the Indian Ocean had not brought it to harbors like Durban even earlier. No real research has been made on these facets of South African history so as to integrate them in a dignified way into its culture.

### Re-emergence of Muslim World

Since the Second World War there has been an affirmation of Islamic identity that began with the establishment of Pakistan and the Algerian War of Independence. Kashmir, Hyderabad and Bangladesh however were left as still festering sores.

West Africa followed suit with Ghana first of all, and then Nigeria, whose initial statesmen under independence were miserably assassinated by Christian army officers. This affront to democracy and religion must be erased through earnest atonement, possibly through its present president, Shehu Shagari, who must serve out his term of office in dignity. The northern Muslims of Nigeria must be assured of their security and institutions. Sir David Jawara was barred from his native village in Gambia till he became a Muslim again. Let us hope his conversion is sincere. Nigerian schools and those in the Sudan where Black imams are trained hold hope for the spread of Islam in other Black areas of Africa and America.

**Recently there has come the Great Migration of Muslims to the cities of Western Europe and North America. Their *Hijra* opens up vistas for the spread of Islam in other countries we had not dreamed of before. The migrants are all different, with North Africans in France and the Low Countries, Turks in Germany, and Pakistani and Indian Muslims in England. In Canada the new Muslims arrive educated and speaking English, so their immediate participation in society is assured. In the United States they are disorganized, and the Blacks especially need more contact with the centres of Islamic teaching we have mentioned in West Africa.**

Who is watching this great movement carefully, and with intelligence and sympathy? Each phase of it, each separate country, is different, and they all require study, support and direction. There has been little research of this sort in the departments of religious studies in either North America or South Africa, as I could see by my reception in the University of Cape Town and Wits. They are concerned with other forms of academic freedom, and bring non-academics to lecture them on it.

In fact, if there is any research, it is generally done by sociologists, as the French have done in North Africa and Brazil, sociologists who can find no message and little ideology in Islam. Not even the historians have contributed much, so the field lies wide open for our own students.

French policy was fatal in the Near East and Africa, but now France is coming around, as that government realizes its true interests since the oil crunch. Yet the five universities that the French destroyed in Algeria are being restored by the Algerians, just as the demolished cities of Benghazi and Sfax were not rebuilt by the Germans and British who smashed them. Iran and Lebanon, the two former French bases in the Middle East, have been lost to Paris through their own ineptitude, so now the French are courting Gulf capitals and send their senators to Peshawar to help the Afghans agains the Soviets. Perhaps they may relieve some of the suffering of the Afghan refugees, and thus repay in some measure the agony of the Algerians who huddled in similar camps on the borders of Tunisia and Morocco twenty years ago.

Meanwhile, the Russians have a problem too in their own Muslim areas in the Caucasus,

FED-PEC0260133

The Tide of Islam

Central Asia and along the Volga where the occupation of the khanates of Kazan and Astrakhan started under Ivan the Terrible. Mass-produced Soviet arms and propaganda seem to be easier to assemble than are meat, potatoes and cabbage, or housing and clothing, so that the Soviets have occupied Afghanistan and threaten Iran and Pakistan. The Poles and Czechs have partners in the menace of their neighbours. Tsars and commissars express the same policy, but each Islamic area they occupy raises the overall percentage of Muslims they must now deal with in their total population figures, so that occupation itself becomes a demographic nightmare for them and a strain upon their military. Babakhanov is a pathetic figure, as he bears goodwill to the Muslim world and to visiting Muslims.

The British, fumbling and hypocritical as ever, are both corrupt and corrupting. Their Christian, Jewish and *kafir* (Non-Muslim) professors still try to love Islam, as the French loved their Franco-Musulmans. The Americans use these worn-out experts and some from other countries in even their best universities, like Hamilton Gibb, Roger Le Tourneau, Bernard Lewis and Gustav von Gruenebaum. Thus their policy is paralyzed and aborted. In Islamabad they may want to counter the burning of their embassy by acting friendly to visiting American Muslims who can speak for them, while in Cape Town they treat the same Muslims with contempt. Mobil Oil sponsors seminars on Islam at universities where no Muslims are invited to speak. They need guidelines so that these lectures on the Middle East are not mere propaganda. Americans cannot hold the Middle East because they are not trusted there, if they are not despised for their duplicity and provocative alliances.

Here in South Africa, what is the policy towards Islam, and in fact towards Islam in all of Africa? Our religion is as old as Christianity in this country, for it arrived with the Malay nobles, princes and commoners who were transported here as slaves. Many of these were literate, just as many Brazilian slaves were educated, and kept the books on the plantations of their barbarous Portuguese masters.

Why aren't they studying Islam in this country? At the University of Cape Town in Cape Town only five students out of a class of over a hundred had visited any of the sixty mosques in the Western Cape, and apparently these were Muslims. This sounds like darkest Africa where the Muslims have been sent by their peers. It is also like the study of the Black Muslims in North America which is carried on, if at all, by the departments of sociology. Wits is more concerned with "academic freedom" as preached by non-academics like Jane Fonda than with any lectures on Islam. Perhaps because actors have achieved success in high spheres, the students prefer actors to academics in their political and social activities. No wonder serious people do not take these students seriously. The Afrikaans universities on the other hand seem to be more aware of this matter, though the *verkramptes* hold them back.

**Thus we return to the current and ongoing mood of confrontation with Islam that prevails in the West. This attitude began in recent years with Algeria, where until the Algerians won their freedom twenty years ago, they were termed "terrorists." It has continued with Iran and Lebanon, and with Pakistan's dilemma on her Afghan border, which is badly handled, as well as her relations with her hostile neighbour to the East. Pakistan's position is delicate, so she should not be pushed or rushed into hostile postures, but helped to face her problems calmly.**

These problems are not being treated with expertise but with fumbling, and they may lead the United Stated into a war on two fronts as happened precisely with Hitler. The fault lies with the Orientalists in Harvard, Princeton, Columbia and Chicago who advise Washington so badly, just as almost the same persons advised Britain and France so ineptly that they had to leave North Africa and the Middle East. Their intellectual monopoly with the government and the media vitiates any planning by the United States.

Similarly South Africa seems to have no clear policy towards the Muslims, who form a much larger percentage of her population than the American ones do, and who have been in this country since the inception of overseas settlement. Her Muslim citizens could lead the way in the

FED-PEC0260134

**The Tide of Islam**

Indian Ocean area with trade and culture if they were encouraged to do so. But South Africa is paralyzed in any movement towards the Islamic world, just as the United States, the greatest Western power and one that should lead policy, is paralyzed in the same area.

The firm resistance of Jinnah, Soekarno and Bourguiba till they achieved freedom for their countries has yielded to the shriller revolutionary calls of Nasser, Qadhdhafi and the Ayatollah Khomeini. What sort of reaction will the next phase bring? The tide of Islam is sweeping back, and bringing forth an affirmation of human values which can no longer be ignored.

(Extracts from lectures delivered at the University of South Africa, Pretoria, and the Nur-al-Islam Mosque, Lenasia — June 1981.

Dr. Irving is a retired professor of Romance Languages and now lives in Cedar Rapids, Iowa, USA.)

# Pakistani Scientist Perfects Bilingual Typewriter

A Pakistani scientist's invention of a bilingual typewriter, in English and Arabic, which is being modified into Urdu as well, will revolutionise communication in 52 languages that use Arabic script over a large area of the world extending from Morocco to Indonesia and parts of China.

Not only will there be Arabic or Urdu typewriters in common use but there will also be teleprinters and telex machines, even computers, in Arabic and Urdu. In bilingual typewriters, the change-over to the desired alphabets is accomplished by an automatic change of a disc.

The scientist, Dr. Salahuddin Hyder, is a full Professor in the Department of Computer Science, University of Montreal, Canada. It is a rare honour given to Dr. Hyder, who is the first Muslim scientist to attain such a high position in the Western world.

So far, the world has only one language typewriter, either in a Western language or in Arabic or Urdu script. The latter has a keyboard with upper and lower shift positions allocated for character. It is too tedious and cumbersome. It has two short-comings : the writer has to choose in each case with each character the shape closest to being correct, and this is very time-consuming. Since he has only about 50 character-forms to choose from, his efforts will always be disappointing.

Prof. Hyder's typewriter has removed all these short-comings. It is a micro-computer which on receiving a signal for a character via the keyboard accepts this information into memory. As soon as the next character is signalled, the previous one appears in the correct shape to connect with the next. This is, in effect, precisely the way the human brain operates in writing i.e. the writer of a cursive script of Arabic, Persian or Urdu, always knows which character follows the one he is writing.

The main bottleneck in the case of the Arabic script type writer (as a corollary, for Urdu too) has been the many ramifications and forms an alphabet has to take in making different words, when writing. For instance, the very second alphabet in Urdu, 'bae' is often written in full but more often, it is only a small bit of 'bae' that makes a word. In 'kabab', say, the first 'bae' is full. Likewise, are other alphabets used in two to four forms. It needs a complex keyboard for all the 100 and odd remifications.

The most amazing thing on the keyboard of the electronic typewriter invented by Dr. Hyder is that there is only one 'bae' or 'jeem' or 'meem', that is only one key for one alphabet, to be pressed for typing. The rest is done on the writer's behalf by the magic box inside.

Dr. Hyder has not built any computer in the machine. It is only the electronic circuits known as micro-processors and the built-in memory that do the trick. The instructions are programmed that way and are obeyed by the micro-processors that is a device a step less than the computer. The micro-processor now is very in-expensive costing, say, 15 dollars per piece only.

The prototype was first made in 1974. The bilingual machine has since been perfected, and now it is in the market costing 1300 dollars only.

Mr. Abdullah Dabegh, Director of the Research Institute at the University of Petroleum, Jeddah, commenting on Dr. Hyder's invention in the *Arab News* remarked : *"It means we* (the Arabs) *are well on our way towards an Arabic computer."* On the same line we, Pakistanis, can also say that our own scientist's invention will lead us towards developing an Urdu computer.

Courtesy: *Pakistan Times*

FED-PEC0260135

# Makkah — The Hub of Islam



**The spiritual capital of the Muslim world is Makkah where Prophet Muhammad (God's peace be upon him) received revelation and from where the light of Islam radiated. It has the Honourable *Kaabah* towards which Muslims pray. It is also a flourishing Islamic city of ever-increasing importance.**

Makkah is situated in Saudi Arabia's Western Province, 73 kilometres to the east of Jeddah and is encompassed by the *Wadi Ibrahim* (the Valley of Abraham) which is bounded by two series of mountains gradually narrowing towards each other from east, west and south. The northern heights of these mountains contain Mount Al-Falq and Mount Kaeyqan. The southern heights contain Mount Abi-Hodayedah to the west and next to it Mount Kedi which faces southwards. Then comes Mount Abi-Qubais in the southeast and Mount Khandamah. All the parts which are lower than the Holy Mosque are called *Al-Masfalah* (the lower lands), whereas all the places higher than it are called *Al-Maalah* (the upper lands). The Prophet (God's peace be upon him) entered Makkah on his way from Medina from the "Upper Lands" on the day of triumph: Makkah has three main entrances:

— *Al-Maalah* at its higher level. From here a road leads to the tombs in which many noble companions of the Prophet and martyrs are buried. This place is known as Al-Hejoun;

— *Al-Masfalah* at the south. From this entrance there is a road to Al-Hussaneyah which is considered one of the best known villages near Makkah;

— *Al-Shebeikah* at the west. From here departs a road leading to Al-Taneam, one of the Holy Mosque's borderlines, and the road to both Medina and Jeddah.

**A Historical Sketch.** In olden times, the valley of Makkah was a place for trade as it is situated in the centre of the western part of the Arabian Peninsula. Thus,

FED-PEC0260136

**Makkah — The Hub of Islam**

it was a meeting point for caravans going on their two specific tours in both winter and summer as stated in the Holy Qur'an:

*For the taming of Qureysh For their taming (we cause) the caravans to set forth in winter and summer. So let them worship the Lord of this House Who hath fed them against hunger And hath made them safe from fear,*

The Bible also states: "*And when Abraham and Ismail were raising the foundations of the House (Abraham prayed): Our Lord, accept from us (this duty). Lo, Thou, only Thou, art the Heavenly, the Knowledgeable. Our Lord, make us submissive unto Thee and from our seed a nation submissive unto Thee. Show us our ways of worship and relent towards us. Lo, Thou, only Thou, art the Compassionate, the Merciful.*"

History tells us that the Holy Kaabah was there before Abraham. Yet it was effaced by time until God showed His Prophet Abraham its site and ordered him to rebuild it, and to declare His religion and laws. God said:

*And proclaim the pilgrimage among men. They will come to thee on foot and (mounted). On every kind of camel, lean on account of journeys through deep and distant mountain highways. That they may witness the benefits (provided) for them, and celebrate the name of God through the days appointed, over the cattle which are provided for them (for sacrifice). Then Eat ye thereof and feed the distressed ones in want, Then let them complete the rites prescribed for them, perform their vows, and (again) circumambulate The Ancient House.*

Makkah has several names. In the Holy Qur'an it is called Makkah, Bakka, Umm al-Qura, Al-Balad al-Amin, Al Bait al-Atiq, Al-Bait al-Haram. It has also been known as Umm al-Rahmah, Al-Hatema, Al-Raas, Al-Haram, Al-Qadis and Al-Muqadassah. Muslims go to Makkah to perform the Hajj, which is the fifth pillar of Islam and includes the rites of Tawaf (circuits of the Holy Kaabah), Saay (running between the hillocks of As-Safa and Al-Marwah) and the Standing of Arafat, as well as other rituals. They also go to Makkah to perform the Umrah, or Lesser Pilgrimage, in response to the order of the Almighty God and



The Holy Ka'aba in Baitullahilharam: The House of God at Makkah al-Mukarramah

FED-PEC0260137

**Makkah — The Hub of Islam**

to gain His sanction.

The House of God (Kaabah) is the centre around which some of the pilgrimage rituals take place. It represents a basis for religion, a symbol for God's worship and a sign of the Muslims' unity of intention. It rises in the courtyard of the Holy Mosque of Makkah, which is the most preferred Mosque to which Muslims should go, as it is reliably stated that the Prophet (God's peace be upon him) said: "A prayer said in the Holy Mosque is equal to one hundred thousand prayers elsewhere."

In a corner of the Holy Kaabah is the Black Stone, and this corner is the starting point for the seven prescribed circuits of the "Ancient House." In the vicinity of the Holy Mosque, and now part of its precincts, are the hillocks of As-Safa and Al-Marwah, between which Muslims run as did Hagar, the wife of Abraham, when Abraham left her and their child Ismail in a barren valley and departed following God's order. She realized then that God would not desert her and went to As-Safa searching for water. She did not find it and so ran to Al-Marwah, again fruitlessly. So she returned to As-Safa. She repeated this seven times. She returned very tired but hoped that God would help her. God did not disappoint her. Water poured forth on the weak child. In this way God rewards the person who trusts Him. God says:

*Lo! (The Mountains) As-Safa and Al-Marwah are among the indications of Allah. It is therefore no sin for him who is on pilgrimage to the House (of God) or visiteth it to go around them. And he who doeth good of his own accord (for him), lo! Allah is Responsive, Aware.*

Abraham's station is a stone upon which he stood to build the House. Accordingly God made it a sacred sign. Abraham was anxious to achieve what he was commissioned to do. He thought the House should be higher so he took the biggest stone that he and Ismail could carry and stood on it. This made the House higher than the stone itself. This was a symbol of will

The famous Black Stone, encased in the east corner of the Holy Ka'aba.

FED-PEC0260138

### Makkah — The Hub of Islam

and effort to perform God's orders.

*—And take ye the station of Abraham as a place of prayer. With Abraham and Ismail We ordered that they should sanctify My House for those who encircle it, or use it as a retreat or bow or prostrate themselves (therein in prayer).*

God made the Holy Mosque a secure place. The perimeter of its sanctuary is considered sacred. Any person who resides inside is prohibited from cutting its trees, hunting or shedding blood. It is in this area that a Muslim is assured of safety for himself, his family and his wordly possessions. God says:

*Have we not established for them a secure santuary.*

God also appointed times when Muslims should go to Makkah wearing the clothes of consecration (two seamless woollen or linen sheets, usually white). This is to make the person feel that he comes under the protection of Almighty God. Thus he agrees not to perform many things which are tolerable if done by others not in his state. He learns how to live with others in peace without quarrelling and how to preserve nature — not to destroy plants, not to wound or kill animals.

Twenty-five kilometres east of Makkah is the Mount of Mercy (Mount Arafat), where pilgrims stand on the 9th of Dhul-Hijjah every year. It was here that the Prophet (God's peace be upon him) delivered his farewell speech in the tenth year of the Hijrah. On going to Arafat, a Muslim calls to God. To stay at Namirah and wash is desirable when carrying out the Standing at Arafat. In the day of Arafat people weep and God forgives. God Almighty cares for the pilgrims who look to Allah only in the expectation that He will fulfil their desires and hopes.

*Then when ye pour down from (Mount) Arafat celebrate the praises of God at the sacred monument and celebrate His praises as He has directed you; even though before this ye went astray. Then pass on at a quick pace from the place whence it is usual for the multitude so to do and ask forgiveness from God. For God is All-*



The Station of Abraham in the Holy Mosque in Makkah.

FED-PEC0260139

FED-PEC0260140



FED-PEC0260141

**Makkah — The Hub of Islam**

*forgiving, Most Merciful.*

Six and a half kilometres from Makkah is Mina. The distance between Mina and Muzdalifah is approximately five kilometres. Pilgrims stand in Mina and Muzdalifah at prescribed times to carry out some pilgrimage rituals.

At sunset on the day of Arafat pilgrims go to Muzdalifah calmly. Praying to God is desirable. In Muzdalifah they intone the prayer of Maghrib (the sunset prayer) and spend the night there while waiting to pray at dawn. A Hajji is permitted to go from Muzdalifah to Mina after midnight if he has any difficulties in carrying out the journey later.

Along his way the pilgrim passes by the valley of Mahassar where God routed the "elephant people" coming from Ethiopia to destroy the Kaabah. He then goes along the middle road which leads him to the Al-Aqabah stone. He throws seven pebbles at it. He calls *Allahu Akbar* at each throw. The stoning finishes his *talbiyah* (meaning that the Hajji came on God's orders). After this he sacrifices an animal or, if necessary, he can make another person take this responsibility on his behalf. This ritual is imposed to recompense any inadequacy and to thank God and to praise Him for the grace of sacrifice.

After this the Hajji is permitted to cut his hair and is entitled to change the special clothes he is wearing (Ihram). He then goes to Makkah to perform what is called *Tawaf al-Ifadah* and makes two prostration prayers. He returns then to Mina to spend his nights during the days of *Tashreeq*. In the



"Sa'e" in Hajj (the ritual of covering, at a brisk pace, seven times each way, the distance between the two points between Safa and Marwa.

afternoons of these three days he has to throw stones at the three pillars located in Mina: the smallest, the middle and the Jamrat al-Aqabah.

The following are some of the places connected with our Islamic heritage which are situated near Makkah.

**Al-Fatah Mosque:** In this mosque the Prophet prayed on the day he conquered Makkah. It is situated in Wadi Fatimah which is in the Makkah district on the road to Medina. It is an agricultural area which includes about 25 villages with palm trees and fertile farms.

**Ghar-e-Hira:** (The Cave of Hira): The Mount of Hira is where the Prophet (God's peace be upon him) used to worship and where he received his early revelations.

**Ghar-e-Thour:** (The Cave of Thour). It was on the Mount of Thour that the Prophet and his companion Abu Bakr al-Sadeeq had hidden when travelling from Makkah to Teebah (Medina).

**The Road to the Haram**

There was much confusion in the Arabian peninsula before the start of the 20th century. This affected all aspects of life — security, economics and social stability. It also affected the pilgrimage, as the roads were unsafe and necessary facilities not available. This state of affairs existed until the unification of the country by the late King Abdul Aziz bin Abdul Rahman al-Faisal al-Saud. Islamic laws were strictly applied and stability, security and justice prevailed. The Kingdom thus began its march towards progress in various fields. The pilgrimage was given a special importance in the development plans.

**Expansion of the Holy Mosque**

God's Prophet Ibrahim and his son Ismail (God's peace be upon them) constructed God's House as He ordered. During the time of Qussay bin Kilab, common people built their dwellings around God's House in a circle. They left a small space between the House and their abode. This space was later known as Al-Mataf. These

34

FED-PEC0260142

**Makkah — The Hub of Islam**

dwellings were lower than the Kaabah, and they looked like a wall. Visiting during pre-Islamic times was just for Tawaf and all callers to the House were Arabs until God sent Muhammad as His messenger to all peoples.

The need to extend the Holy Mosque became apparent during the reign of Caliph Umar bin al-Khattab (may God be pleased with him) in the 17th year of the Hijrah. He expanded the Mosque and illuminated it at night. He had walls and doors constructed and built a barrier to prevent water flowing into the Mosque during the floods. The third Caliph Usman bin Affan (may God be pleased with him) further expanded it adding a roofed hall.

Other extensions followed. In 64H Abdullah bin al-Zubayr restored the Kaabah construction and in 66H he expanded the Holy Mosque. In 91H the Omayyad Caliph Walid bin Abdul Malik expanded the Mosque still further, roofed its halls and constructed its marble pillars.

In the Abbasid era, Caliph Abu Jaafar al-Mansour in 161H again expanded the Mosque at its eastern and northern sides. The sacred Kaabah remained nearer to the Mosque's southern side. In 164H an expansion was made from the southern side so as to have the Kaabah in the middle of the Mosque.

In 284H Caliph al-Muaradid Billah also expanded the Mosque but from the place now known as Bab al-Zeyarah (the visitors' door) which includes the site of Dar al-Nadwah (council-hall).

In 306H Caliph al-Muqtader Billah added another extension to Bab Ibrahim. Thus the Mosque's area became 29,127 square metres.

During the Circassian period, Sultan al-Nasser Faraj bin Barkouk in 803H renovated the Mosque's construction.

During the Ottoman rule in 979H Sultan Salim again restored the Mosque's construction. His son Sultan Murad completed his father's work in 984H.

On 23 Shaaban 1375H, new expansion works, to coincide with the biginning of the Kingdom of Saudi Arabia's new phase of progress, were started. The cost of this work has been estimated at 800 million Saudi Riyals. The following are some of the features of this great work:

To execute the expansion it was necessary to include Al-Masa in the Holy Mosque and eliminate the road penetrating As-Safa by transferring it to the area behind As-Safa outside the limits of the Holy Mosque. A similar project was carried out for Wadi Ibrahim — now Al-Qashashiyah Street. The Holy Mosque was threatened by rain water and floods, therefore a special drainage system was dug to re-route the flood waters outside its limits.



FED-PEC0260143

**Makkah — The Hub of Islam**

This drainage system begins from Al-Masa at Dar al-Arqam and passes under the Holy Mosque itself at a depth ranging from between 4 to 6 metres with a width of 4 to 5 metres. It then flows towards King Abdul Aziz Square to meet another channel beginning from Dar as-Salam. These meet the main drainage system underground at Al-Masfalah at a distance of 2 kilometres from Makkah.

As for Al-Masa itself, it is 11.5 metres from the ground. The upper floor is 9.5 metres high making the height of the entire building on the outside 21.10 metres from the ground. The length of Al-Masa between As-Safa and Al-Marwah from the outside is 400 metres and from the inside is 395 metres. Its width is 20 metres. The height of the ground floor is 12 metres. The second floor — specifically used for prayer — is 8.5 metres high. It has 16 doors spread over the eastern and western facade and six doors on the upper floor. A special corridor was made in the middle of Al-Masa for handcarts carrying invalid pilgrims so that they would not interfere with the other running pilgrims.

All the walls, some of the pillars and the floors of the new construction are covered with marble. Other pillars and roofs are covered with stucco decorated with Islamic art work. The amount of marble slabs needed to cover the walls and floors

reached a total of 122,000 square metres.

In the new expansion of the Holy Mosque, the number of doors became 64. Three of them are big main doors — Bab al-Malik Abdul Aziz (the gate of King Abdul Aziz), Bab al-Umrah (the gate of Umrah) and Bab as-Salam (the gate of Peace). Over all of the main doors there are two minarets 92 metres high and 7 by 7 metres wide. On the top of each minaret there is a crescent of bronze coated with gold. Including its base the crescent is 5.6 metres high. Thus, with three main doors there are six minarets. There is a seventh beside the dome over As-Safa, the dome being 35 metres in diametre. Some of the Qur'anic verses are inscribed on its ceiling.

The Holy Mosque with its two floors — the lower and the upper — can accommodate 500,000 faithfuls. Its area, before the new expansion, was 27,000 square metres; it is now 180,000 square metres; an increase of some 153,000 square metres.

**Al-Mataf and the Station of Abraham.** Al-Mataf (where the circumambulation of the Kaabah takes place) was too narrow for the pilgrims, especially at Abraham's Station (Maqam Ibrahim), at the building over Zamzam's well and at the pulpit.

— To expand Al-Mataf, the

building over Zamzam's well was removed and the well was reconstructed further away where pilgrims now descend to it through a sloping tunnel reaching down to the well's head under the courtyard of the Holy Mosque. This tunnel is well illuminated and airconditioned.

— The pulpit was transferred to the east. The cover over Abraham's Station was removed and replaced by another made of crystal covered with a golden grill, so that the pilgrims could see the stone Abraham stood upon when building the Holy Kaabah.

Some cracks were discovered in the walls of the Honourable Kaabah as a result of natural factors (the last repairs had been carried out over 600 years ago). Work began on repairs on 18 Rajab 1377 and ended on 11 Shaaban of the same year.

**Squares and Roads around the Holy Mosque.** Several squares were built around the Holy Mosque to facilitate the movement of pilgrims and traffic. Some 30 m. wide roads were built. Underground passageways were excavated going in all directions and equipped with all necessary facilities. Mention must be made here of the Kingdom's Second Five-Year Development Plan (1395-1400H) which included a revision of the planning of the Holy Mosque area with the help of the competent authorities.

**Muslim World League**

The main objectives of the Muslim World League (Rabitat al-Alam al-Islami), Makkah al-Mukarramah, are:
* To enlighten the people, both Muslims and non-Muslims, about the supremacy, validity and permanence of Islamic ideals and values.
* To help establish, through Dawah (counsel) and persuasion, the law and system of life that the Holy Qur'an and Prophet Muhammad (peace be on him) have enunciated.

FED-PEC0260144

# How to Perform Pilgrimage to Makkah?

Hajj is the fifth pillar *(rukn)*. It is an obligation *(faridah)* upon every Muslim who is physically able to undertake this journey and financially capable to afford it. Unlike pilgrimages in other religions, where visiting holy shrines or places at any time of the year can be called pilgrimage, in Islam the time for pilgrimage, namely Hajj, is fixed and a visit to Makkah at any other time of the year cannot be called Hajj. The ninth day of the twelfth month of Islamic lunar calendar (Dhul-Hijjah) is fixed as the main day of the Hajj, viz. *wuquf Arafah* which means a brief stay at Arafah (or Arafaat) from midday till sunset.

Allah has bestowed a very special status on Makkah, in which is housed the Ka'bah — the 'House of Allah.' It is called the House of Allah not in the sense that Allah dwells there but it only denotes an honorific title which Allah Himself has given to this place and to no other place on earth. It was in Makkah that the greatest affirmations to His oneness *(tauhid)*, to His mercy *(rahma)* and to submission to Him (Islam) were made. Abraham (Ibrahim) and his son Ishmael (Isma'il), peace be upon them, who both have a very important place in Islam, came to this place and built this house. In this valley of Makkah and its precincts wandered Ibrahim, the lover and the beloved of Allah *(khalil Allah)*, peace be upon him, and he did certain acts to prove his faith. These acts have been made



eternal by Islam through the institution of Hajj. These acts generate the same quality of faith and submission as was present in the life of Ibrahim.

The Ka'bah (literally) meaning a cubic building) is a four-walled cubic structure, 10 x 12 x 15 metres in size. It is covered from outside by a black silk-brocade covering known as *Kiswah*. To the direction of this very building Muslims stand in their prayers when in the vicinity of the Ka'bah, but as they go farther away from it, the approximation to its direction is considered sufficient, instead of facing the actual site. The inside of the Ka'bah is not usually visited. On some occasions it is opened. Anyone having the rare opportunity of going inside the Ka'bah finds it of great spiritual elevation and honour.

The Ka'bah stands in the middle of the courtyard of the star-shaped grand and spacious mosque known as *Al-Masjid al-Haram*. To enter the Masjid,

there are the same rules and regulations for cleanliness as for entering any other mosque.

The precincts of Makkah are also considered sacred. These are the boundaries of the Holy City, not actually corresponding to the municipal boundaries of Mecca. It is in these boundaries that non-Muslims are not allowed to enter. These are marked as Prohibited Area for Non-Muslims. One must be dressed in *Ihram* when entering this boundary unless one is the resident of this area or the area adjacent to it *(miqat)*. Some jurists have, however, allowed Muslims to enter even without Ihram if they are regular visitors and are going with no intention to make *"umrah."*

*Miqat*, means fixed or established boundaries for the preparation for Ihram. Different sites for this on the four corners of Arabia were assigned by the Prophet himself. Those living within these boundaries can put on Ihram from their own homes,

FED-PEC0260145

**How to Perform Pilgrimage to Makkah?**

but those living outside of miqat have to put on Ihram at points touching the boundaries of *miqat*.

Makkah is sometimes called by outsiders as a 'forbidden city' — a very unfortunate appellation for a city that stands with outstretched arms to welcome people from the whole world. It is a city that unites the world by giving it an orientation and direction. It is the city of pilgrimage par excellence.

Hajj ceremony takes five days. Starting on the eighth day of *Dhul-hijjah* early in the morning the pilgrims who are already in Mecca put on Ihram (if they have put it off because of their early arrival in the city, or if they are residents of Makkah), go to Masjid, make seven circumambulations (*tawaf*) around the Ka'bah and go to a place about six miles from Makkah, called *Mina*. They spend the day there.

On the second day, the ninth of *Dhul-hijjah*, they proceed early in the morning to the valley of Araffaat about ten miles from Mina. From midday to sunset they have to stay in Arafaat. Here they perform prayers, make supplications (*du'a*) and ask for the blessings of Allah and His forgiveness. Soon after sunset they move to another place known as *Muzdalifa*. There they spend the night in an open valley exposed to the cool breeze of the desert but enthused with the warmth of their hearts and the light of their faith.

On the third day, the tenth of *Dhul-hijjah*, they go back early morning to Mina from where they had started the day before. Now they have completed the main rituals of the Hajj. In Mina they throw pebbles upon three pillars, which act commemorates prophet Ibrahim's cursing the devil and throwing stones upon him when he appeared to him trying to dissuade him from obeying Allah and from sacrificing his son on His command. The pilgrim says to himself that he too is tempted in his life by demonic powers around him, and wants to get rid of their hold upon him. Now he moves like Prophet Ibrahim to make a sacrifice after which he can remove all or part of his hair from his head and take off the Ihram. In the evening he goes to Makkah to spend the night and two more days in Mina.

During these two days they celebrate and congratulate each other for having been given the opportunity to perform Hajj.



This scenic bridge leads to Jamarat in Mina.

FED-PEC0260146

**How to Perform Pilgrimage to Makkah?**

They go once more each day to throw pebbles upon those pillars (*Jamarat*).

On the 12th of *Dhul-hijja*, they return to Makkah and before going back to their homes make a farewell *tawaf* around the Ka'bah.

Hajj leaves a deep and everlasting impact upon one who performs it. Allah's fear, His power, His greatness, His tremendous glory and mystery are deeply felt in the multitude of people, drawn from different corners of the world, each one of them beseeching Allah's forgiveness, mercy and blessings. Further, the fascinating aspect of the divine comes through assurance of the mercy of Allah, that He looks after His servants and takes care of them — a lesson that is strongly conveyed in the story of Prophet Ibrahim and his family who came and lived in this very land.

Hajj is not really the visiting of a monument. The House of Allah is a very small cubic structure, perhaps the smallest and simplest religious monument that was ever built by man. Mina and Arafaat have no religious structure or monument at all. But the power and fragrance of the faith of Prophet Ibrahim is present everywhere.

**How to perform Hajj?**
**Glossary.**

**Hajj:** Hajj, in literal Arabic, means to set out for a definite objective; in Islamic Law, it means to set out for the Ka'bah, the sacred house, and to fulfil the pilgrimage rites.

**Umra:** To fulfil a few rites of Hajj. These are: *Ihram*, a *Tawaf*, *Sa'ee* and *Halq* or *Qasr*. Umra is not obligatory but only a *Sun-*


Pilgrims at Arafat.

*nah* and it may be performed at any time during the year. It is not like Hajj or Salaat which are obligatory at their appointed time.

*Ihram:* To take off the usual clothes and put on two seamless sheets or towels; one is folded around the loins, the other is thrown over the neck and shoulders covering the upper portion of the body.

It is a sign indicating one's readiness to enter the sacred land. It is followed by two *Rak'a* of prayers and the "intention" to perform Hajj rites. Its spiritual significance is a symbolic severance of all worldly connections in response to the Divine Call.

For women, the Ihram is to keep their faces uncovered and remain in their Islamic dresses. Islamic dress for ladies is to cover with clothes all parts of their body especially the parts causing attraction to men.

In the state of Ihram, besides using only seamless sheets or towels, there are some other

prohibitions, such as:
Don't:
1. use any kind of perfume.
2. get the body cleaned by rubbing it in order to remove dust. (Taking bath, when it is necessary, is allowed).
3. remove or take off hair from any part of the body.
4. cover your head (however, it is necessary for ladies to cover their heads).
5. indulge in sexual intercourse or anything that may lead to it.

**Talbiya:** The literal meaning of *Talbiya* is to wait for or keep ready to receive orders. In Hajj rites it means pilgrims' supplication. It is to be recited just after wearing *Ihram* and frequently thereafter during the Hajj period. Men should recite *Talbiya* in a raised and audible voice but women need not raise their voice while reciting it.

*Talbiya* runs in Arabic as follows:

*Labbayk Allahumma Labbayk,*
*Labbayk La sharika laka*

FED-PEC0260147

### How to Perform Pilgrimage to Makkah?

*Labbayk!*

*Innal Hamda Wanne'mata laka wal Mulk.*

*La Shareeka Lak.*

It means:

I stand up for Thy service, O Allah!

I stand up.

I stand up. There is no partner with you.

I stand up.

Verily, Thine is the praise.

The blessing and the sovereignty of the Universe.

There is no partner besides Thee.

**Tawaf:** To circumambulate the Ka'bah seven times. Every circuit starts from and ends at the corner of the Black Stone which is to be kissed, if possible, otherwise to be pointed at by open palm raised toward the point of the stone as a symbol or attribute. The making of circuit seven times is to be followed by two Rak'a of prayers (Salaat). One *Tawaf* consists of seven circuits, each of them is called in Arabic a *"shawt."*

**Sa'ee:** To walk briskly seven times between two hills of Safa and Marwa. This rite starts from Safa. Going forth upto Marwa makes one run and coming back to Safa makes another. Thus the last run is completed at Marwa.

Those who happen to be sick and those who cannot endure running or walking are allowed to use a wheeled chair (available on the spot as a taxi).

Miqaat: Certain marked posts around the holy city of Makkah are called Miqaat. Pilgrims entering Makkah usually wear Ihram as a sign of their readiness to undertake Hajj or Umra rites.

In the past, pilgrims coming by road had to pass through one of these posts necessarily. They used to put on Ihrams at those points. Later, people coming by sea, used to wear Ihrams when their ship passed in line of the said spots. But nowadays the position is totally changed especially for those coming by air. They cannot ascertain the exact point of Miqaat. For them, therefore, it is advisable to wear Ihram either before boarding the plane or after reaching Jeddah.

**Haram:** The great mosque around the Holy Ka'bah.

**Multazam:** The place between the door of the Ka'bah and the corner of the Black Stone.

This is an important place where, it is believed, supplications are more likely to be accepted by Allah Almighty.

**Zamzam:** It is an ancient and famous well that flowed through a miracle by divine command. It



The Mina Encampment.

FED-PEC0260148



An immense network of roads.

is related to the story of Hajrah and Ismail. Its water is blessed and the tradition goes that after drinking its water prayers are accepted.

**Arafaat:** An open site about fourteen miles east of Makkah. On the ninth day of Dhul-hijja pilgrims offer here the most important rite of Hajj. They stay during the day time (between afternoon and sunset), spending the time in praying, reciting Talbiya, and other supplications. If this rite (stay in Arafaat, as stated) is missed, Hajj will not be deemed to have been performed.

**Muzdalifa — Mash'arul Haraam:** A place between Arafaat and Mina, where pilgrims spend a night after returning from Arafaat and offer both Maghrib and Isha prayers together. It is advisable to pick up a few pebbles for the next rite

of Hajj from here. According to the Qur'an and the tradition of Holy Prophet, this night should be spent in prayers and supplications, as it is a very blessed night during the entire period of Hajj. Qur'an has mentioned it by its name *'Mash'arul Haraam.'*

**Mina:** An ancient town five miles away from Makkah and ten miles from Arafaat. Pilgrims have to stay here for three days; they may stay for four days if they wish. Both durations (three or four days) are allowed by the Qur'an.

**Nahr:** To slaughter a camel, sheep, goat, cow etc. — an act of sacrifice on the 10th, 11th or 12th day of the month of Hajj.

**Jamarat:** (singular — *Jamra*): Three stone pillars situated at Mina on which pilgrims throw pebbles as a part of Hajj rites. These pillars stand as symbols of

"Satan" and people do call them "Satan" in their dialect.

**Halq:** To shave the head.

**Qasr:** To cut short the hair of the head.

Besides the above-mentioned terms pertaining to Hajj and Umra, there are some expressions common to all kinds of worship, such as prayer and fast, etc. These are as follows:

**Rukn:** (plural: *Arkaan*): Literal meaning of this word is pillar. In Islamic theology, it means the fundamental parts of worship. If one fails to fulfil any *rukn*, the whole unit of worship is incomplete and he would be obliged to do it again. For example, one who arrives in Makkah with the intention to perform Hajj but fails to reach Arafaat, for any reason, he will not be considered to have performed Hajj because he missed a *rukn*. He will have to perform

FED-PEC0260149

**How to Perform Pilgrimage to Makkah?**

Hajj another year.

**Wajib:** Less than *rukn*. If one fails to do what was *Wajib* in Hajj processes, he will have to give penalty in the form of making a sacrifice of a sheep or a goat etc.

**Sunnah:** Every deed practised by the Holy Prophet or allowed by him is called Sunnah. To follow Sunnah is much appreciable and rewardable but it is not an obligatory rite.

**Nafl:** An appreciable act. No harm if it is left out.

**Instructions for Women** Women, in their menstruation period, can go and stay in Arafaat, which is the principal requirement for the fulfilment of Hajj. The only restriction in this condition is that she cannot perform *tawaf Ziarah* (Tawaf of Hajj). They should perform it as soon as the period is over and they are in a state of cleanliness.

If menstruation starts while staying in Arafaat, she should take a bath and put on Ihram afresh and complete the Hajj rites.

If menstruation starts at the time of *tawaf Ziarah* and the fixed time passes away, she may perform the *tawaf* later on.

If menstruation starts at the time of farewell Tawaf and she has to return home, she may omit this *tawaf.*

**Special Points for Children** Hajj is not obligatory on minor children. But if a pilgrim has necessarily to take a child or children with him, the following requirements may be observed.

The child should wear unstitched cloth like Ihram. The father, mother or any other major accompanying the child should do the *'Niah'* (intention) for Ihram on behalf of the child and also say *Talbiya* on his/her behalf.

If the child is not capable of performing the Hajj rites himself/herself, the father or other accompanying major may perform them on his/her behalf.

If an infant baby is accompanied, the father may perform the Hajj rites on behalf of the baby and his own, while holding the baby in his lap.

If the child omits any *'rukn,'* the father or the accompanying major will not be held responsible for it or required to pay any penalty for it.

### Hajj Rites

When you determine to perform Hajj, the first pre-requisite is to have a pure and sincere intention which means that your journey to Makkah must be absolutely for the sake of Allah.

Offer two Rak'at prayer at the time of departure from



On their way to stone the symbolic Satans.

FED-PEC0260150

How to Perform Pilgrimage to Makkah?



New roads between Mina and Muzdalifah.

home *(nafl)*.

If you are going to Makkah by road or sea make sure about the *"miqat"* or a point facing *"miqat"* boundary. You have to put on Ihram as it has been described in the Glossary.

**Categories of Hajj:** There are three categories of Hajj. You have to choose one of them according to your convenience.

i). *Hajj Ifraad*
ii) *Hajj Tamatto*.
iii) *Hajj Qiraan*

i. *Hajj Ifraad:* To perform Hajj without Umra is called *Hajj Ifraad*. One who undertakes this category of Hajj will remain in the state of Ihram from its beginning till the day of *Nahr* on 10th Dhul-hijja after throwing pebbles on the last Jamarah. *Hajj Ifraad* does not need sacrificial offering.

ii. *Hajj Tamatto:* To make Umra and Hajj in two parts. Perform Umra separately and then on the 8th of Dhul-hijja, wear Ihram again and go on through the rites of Hajj.

Offering the sacrifice of an animal for this kind of pilgrimage is compulsory.

ii. *Hajj Qiraan:* Perform Umra first, then Hajj in one Ihram; i.e. one has to remain in the state of Ihram from its beginning to the completion of all rites of Hajj; also includes a sacrificial slaughter.

**After Arriving in Makkah**

1. The first thing you have to do (of course, after your lodging and boarding are arranged) is to perform *'Tawaaf'*, followed by *'Sa'ee'* after which *'Halq'* or *'Qasir'* should be done and then Ihram may be taken off. For ladies only *'Qasr'* is required. This is in case Hajj is of the category of *"Tamatto,"* which is commonly adopted. If Hajj is of the category of *"Ifraad"* this first *'Tawaaf'* will be a type of greeting *(Ziyarah)* and *'Sa'ee'* will be counted in Hajj rites. If so, one should remain in 'Ihram,' and there will be no need for *'Qasr'* or *'Halq'* because it is done only when you want to get off the state of 'Ihram.' For those first *'Tawaaf'* and *'Saee'* will be rites of Umrah and they will necessarily continue in the state of 'Ihram' up to the completion of all rites of Hajj.'

2. While in Makkah, before the eighth of Dhul-hijja, it is desirable to spend your time in 'Haram' as much as you can, perform *Tawaaf*, recite Qur'an, sit with any group of pilgrims listening to the lectures and meet people from different countries etc.

*The Muslim World League*

FED-PEC0260151

*arranges a series of lectures on Islamic topics, delivered by notable scholars and learned theologians. These lectures are usually given in Arabic but simultaneous translation is arranged. Conveyance to the lecture hall from a place near Haram is also provided free of cost.*

3. Remember that you are at the most sacred place on earth — at the site of the Ka'bah. This is precious time of your life. You must take full advantage of this opportunity. *Tawaaf* and supplications (*Du'a*) should be the main concern at this place. Ask for Allah's blessings for yourself, your family and for all Muslims in the world.

### The 8th of Dhul-Hijja

1. The actual rites for Hajj begin on the eighth of Dhul-Hijja. After the morning prayer, put on 'Ihram' with the intention of Hajj. If you are already in 'Ihram' (performing Hajj '*Qiraan*' or '*Ifraad*') you may do '*Tawaaf*' and '*Saee*'. The *Tawaaf* will be a type of *Nafl*

and '*Sa'ee*' will be counted in your Hajj in anticipation.

2. Set out for 'Mina' before the mid-day prayer (Zuhr).

3. Keep reciting *Talbiya* frequently.

4. Offer Zuhr, Asr, Maghrib and Isha prayer at Mina at their respective times. Try to attend congregations at the mosque of Mina (called 'Masjid al-Kheef').

Going to Mina on this day and staying over there is an act of 'Sunnah' — not an obligatory one; there is no sin and disobedience if it is left out because of any excuse. But it is much appreciated by Shariah and is a rewardable deed to follow exactly what was done by our Holy Prophet, peace be upon him.

### The 9th of Dhul-Hijja

1. Offer the morning prayer at 'Mina.'

2. Leave Mina for Arafaat before Zuhr prayer.

3. At Arafaat, offer Zuhr and Asr prayers together, one after the other, at the time of Zuhr. These prayers are to be offered in two Rak'ats, instead of four Rak'ats each. (The shortened type of prayer prescribed for travellers known as '*Salatul Qasr*'). It is desirable to offer these prayers in congregation at the mosque of Arafaat (called Masjid "Numirah") where an address (*Khutba*) is delivered according to the tradition of the Holy Prophet, peace be upon him.

4. Try to spend most of your time upto sunset in supplications and in reciting Qur'an and 'Talbiya.'

5. Don't forget that this brief stay at Arafaat is the core of Hajj rites and, therefore, busy yourself in the recitation of Qur'an and prayers.

6. The entire area of Arafaat is equally blessed. Therefore, there is no need to bear the hardship of going all the way to the Mount of 'Rahma' as some people do. But for the sake of following the Prophet's tradition you can go there. However, the climbing of the mount is not "Sunnah." The Holy Prophet stood at the foot of the mount. The real place where the Holy Prophet stood is bounded in the shape of a small open mosque.

7. Note that in Arafaat there is no prayer after Zuhr and Asr, which are offered together earlier at the time of Zuhr.

8. Maghrib prayer is not allowed at Arafaat.

9. After sunset leave Arafaat for Muzdalifa.

**The Night between 9th and 10th**

You are supposed to be at Muzdalifa by any time during this night after sunset. Here you are obliged to do the following:

1. Offer Maghrib and Isha prayers, together, just after



Devotees in the Holy Haram.

FED-PEC0260152

How to Perform Pilgrimage to Makkah?

arriving in this field. It is a valley between two mounts and there lies a mosque, called "Mash'arul Haraam," which Qur'an has mentioned in the verses rendered into English as follows:

"But when ye press on the multitude from Arafaat remember Allah by the sacred monuments."

In this place pilgrims spend their time in reciting 'Talbiya' and making supplications. This night is a blessed one and the place is mentioned in the Qur'an. Believers are expected to recite glories of Allah. A merciful response from Allah to the calls of His servants can be rightly hoped for. Pilgrims should avail of this opportunity.

It is also desirable, as is generally the practice of the pilgrims, to pick up a few pebbles from this valley for throwing at "Jamarat."

According to the "Sunnah" the time of departure of Mina is just a few minutes before sunrise.

### The Tenth of Dhul-Hijja

In the morning of this day, you will have to come back to Mina as early as possible and to do the following:

1. Go straight to the "Jamaratul Aqaba" (the last pillar) and throw seven pebbles one by one, at the "Jamarah" reciting "Bismillah Allahu Akbar." The pebble is to be held between the thumb and the first finger and to be thrown from a short distance.

'Talbiya" is to be stopped and replaced by glorification of Allah as follows:

*Allahu Akbar Allahu Akbar*



The Cave of Hira.

*La Ilaha Illallah*
*Allahu Akbar Allahu Akbar*
*wa Laillahil Hamd.*

These words may be rendered into English as follows:
*Allah is great; Allah is great;*
*There is no god but Allah; Allah*
*is great; Allah is great.*
*All praise belongs to none but to*
*Allah.*

2. According to the category of Hajj which you are undertaking, there are two sets of rules as follows:

a. If you are undertaking Hajj 'Ifraad' you can take off Ihram just after 'Halq' or 'Qasr.'

b. If your Hajj is one of the category of 'Qiraan' or 'Tamatto' you should continue your Ihram and do the following:

3. Come back to your camp or where your accommodation is arranged or go straight to the slaughter house and offer sacrifice of an animal such as goat, sheep, etc.

4. Take off Ihram after having *Halq* or *Qasr*. (According to your convenience you can delay the offering of sacrifice up to the 12th of Dhul-hijja but you will have to be in Ihram till this rite of Hajj is performed.

5. After taking off Ihram you are allowed to do what was prohibited during the state of 'Ihram, except having sexual relations with your mate. This prohibition will remain operative until performing 'Tawaaf of Hajj and is also applicable to those who got off from Ihram after throwing pebbles at the "Jamaratul Aqaba" on tenth of Dhul-hijja.

6. If possible, go to Makkah and perform *Tawaaf* of Hajj.

### The Eleventh of Dhul-Hijja

1. If you have not yet performed Tawaaf of Hajj (which is a *rukn*) you should do it now.

2. After midday, proceed toward Jamrat pillars, starting from the first one and ending at the last one, where you have thrown pebbles the previous morning. On each pillar you have to throw seven pebbles in the same way as you did the day before.

3. It is Sunnah to ask for Allah's blessing and to recite

FED-PEC0260153

supplications after throwing pebbles at the first two pillars, keeping a bit away from the crowd.

### The Twelfth of Dhul-Hijja.

1. Remember that if not performed earlier, this is the last day to perform the two important rites of Hajj; *Nahr* and *Tawaaf* of Hajj. Without the former you cannot take off your Ihram and without the latter your Hajj is equivalent to being invalid.

2. Throwing pebbles at the three stone pillars after midday is obligatory and it will be done exactly as on the previous day.

3. If you want to leave Mina, it is desirable to leave it before sunset, which marks the termination of the main rites of Hajj. The Holy Qur'an has allowed pilgrims to stay on the following day, i.e: the 13th of Dhul-hijja. Pilgrims who want to do so will be obliged to throw pebbles at all the three Satan pillars (Jamarat) exactly as previously done on eleventh and twelfth of Dhul-hijja.

### Back to Makkah

On the twelfth or the thirteenth of Dhul-hijja you return to Makkah.

Before leaving Makkah for home, a *Tawaaf* of farewell is obligatory. It is called *Tawaaf al Wida*. After performing it, all the rites of Hajj are completed. May Allah, the Almighty, accept your Hajj and shower His blessings on you and your family!

It is good for you to recite supplications in formal wordings the texts of which are available in Makkah and also elsewhere, but if you cannot do so, it is sufficient to comprehend the meaning of these supplications and say it in your own words. Allah, the Creator and Sustainer of all of us, knows very well what we say and what we cherish in our hearts.

It is also not necessary to utter the meaning of all the supplications. It is enough to bear in mind your needs and wishes and ask your Sustainer to grant you the same. For example when you are in Arafaat or in the Haram you can recite verses from the Qur'an which you remember by heart. Supplications of *Tawaaf* as prescribed in books are abstracts from the traditions of Holy Prophet, peace be upon him, but these are not prescribed only for these places except few short forms of supplications such as:

*(In the name of Allah, Allah is most great, and unto Allah is all Praise. Glory unto Allah! Praise unto Allah! There is no god but Allah. And Allah is most great. There is no power, nor strength except that from Allah, the most high, the most great. Blessings and peace be upon the Prophet of Allah, Muhammad, Sallallahu alaihiwasallam.)*

*(Our Lord, grant us good in this world and good in the hereafter and save us from the chastisement of the fire.)*

After finishing the Tawaaf, come to the sacred Zam-Zam well, drink the Zam-Zam water by saying *Bismillah*, facing 'Qibla' (the sacred Ka'bah) and say. 'Al-Hamdulillah,' and pray the following:

### Prayer after Drinking Zam-Zam:

*O Allah! I ask Thee to give me profitable knowledge and vast provision and cure from every ailment.*

### Visit to Medina

The city of Medina is located 275 miles north of Makkah. In this historic city the Prophet Muhammad, peace be upon him, was laid to rest. After the performance of Hajj, a visit to the Blessed city of Medina is also important, and is recom-



Inside the Prophet's Mosque in Medina.

FED-PEC0260154

mended.

When you decide to go to Medina, have the intention of visiting the Mosque of the Prophet, peace be upon him. After entering the city of Medina and having made the necessary arrangements for your lodging take a bath or just make *wudu* and enter the Mosque of the Prophet. First offer two Raka'ats as salutations of the mosque *(Taheyyat al-Masjid)*, then proceed to the tomb of the Holy Prophet and present your salams to him and to his two blessed companions who are resting next to him, viz. Abu Bakr and 'Umar bin al-Khattab, may Allah be pleased with them. Then pray for yourself, your family, your friends, etc.

Medina also has several other places of great historical importance in Islam, namely, site of the Battle of Uhud, Mosque of Quba and Al-Baqi Cemetery. A visit to these places is certainly of spiritual and emotional value, though not a part of Hajj.

### Sacrifice

'Sacrifice' in Arabic is called *Udhiyah* or *Qurban*. It is symbolised by an act of slaughtering a camel or cow or lamb for the sake of Allah during the days of 'Eidul Adha, i.e., starting after the 'Eid prayer till the sunset on the third day of Eid (12th of Dhul-Hijja).

'Sacrifice' is a strongly recommended Sunnah of the Holy Prophet and was introduced in the second year of Hijra. The purpose of sacrifice is to remind oneself of the great sacrificial act *(Al-Dhabh al-'Azim)* of the Prophet Ibrahim, peace be upon him, and also to feed the poor and the needy.

Any person who is obligated to pay *Zakat* should also make 'sacrifice.' Animals offered in sacrifice are: camel, cow, sheep, lamb or goat. Sheep, lamb or goat is offered on behalf of one person while camel or cow can be offered on behalf of seven persons. The animal must be fully grown, healthy and without any physical defect. No part of the sacrificial animal can be sold. Meat should be divided into three equal portions: one for the poor and the needy, second for friends and relatives and third for oneself. The skin and bones must be donated to the poor or their price given in a worthy cause.

### How to sacrifice the animal?

It is the Sunnah of the Prophet to sacrifice the camel in the standing position with its left hand tied. A sharp arrow or knife is pushed into the place between the neck and chest. Cows or sheep are slaughtered lying on their left side and face directed to *Qiblah*. Before slaughter the animal should be given water and the knife must be sharp and the following Du'a should be recited:

وجهت وجهى للذى فطر السموات والأرض حنيفا وما انا من المشركين · إن صلاتى ونسكى ومحياى ومماتى لله رب العالمين لا شريك له وبذلك أمرت وأنا من المسلمين · اللهم تقبل منى كما تقبلت من إبراهيم خليلك ومحمد حبيبك ·

(I have turned my face to Him Who has created the heavens and the earth (directing myself) only to Him and I am not one of the idolators. Surely my prayer, my sacrifice, my life and my death belong to Allah, the Lord of the Worlds. He has no associate with Him. This is what I am commanded and I am one of those who submit themselves to Him. My Lord! accept this from me as You accepted from Your friend Ibrahim and Your beloved Muhammad.)

Then say while slaughtering:

بسم الله والله أكبر إن هذا منك وإليك فتقبل من عبدك القائم بين يديك ·

(In the name of Allah. Allah is great. My Lord from You and to You and to You and accept this from Your servant standing in front of You.)

It is better that you make the sacrifice yourself, but it is allowed to ask someone else to do it on your behalf. No amount of charity can be a substitute for sacrifice.

### Du'as (Supplications)

Following are some of the *Du'as* that are usually recited during *Tawaaf and Sa'ee.* It is always better to remember the *du'a* in Arabic language but they can be said in any language.

"Allah is holy; all praise is to Allah; there is nobody worthy to be adored except Allah, Allah is the Greatest; there is no power or strength except Allah, the Great, the Powerful. Peace and salutation be on the Apostle of Allah. O Allah! (I start the Tawaf) having faith in Thee, obeying Thy commands, fulfilling the promises made to Thee and following the Sunnah of Thy Prophet and Thy beloved Mohammad (May peace be on him). O Allah! I beseech Thee for the forgiveness of my sins and protection from every evil

FED-PEC0260155

How to Perform Pilgrimage to Makkah?

and eternal safety from every calamity, to be rewarded in this world and the next and to be immune from the Hell."

"O Allah! verily this House is Thine House and this Haram is Thine Haram and the peace and tranquility which prevails here is from Thy bounties. And every servant is Thy servant and I am also Thy servant and this is the place of those who seek Thine refuge from the Hellfire. So Thou should make our flesh and our blood Haram (forbidden) to Hell-fire. O!Allah make Faith our passion and create its love in our hearts and make infidelity and corruption and disobedience distasteful for us and include us in the category of those who obtained guidance. O Allah! On the day when Thou resurrects, all, spare me from Thy punishment. O Allah! reward me the Paradise without any interrogation."

"O Allah!, I want to come under Thine shelter — shelter from doubt, from associating Thee with any other thing, shelter from differences, dissensions, immorality, adverse state and ultimate end. I pray for Thine blessings for my property and family. I pray for Paradise and shelter from Thine wrath and Hell. I pray for the shelter from the agony of grave. O Allah! protect me from every misfortune of life and death."

"O Allah! render this pilgrimage of mine acceptable and successful and a means of forgiveness of my sins. Bless me with honest dealings and a business where there is no loss. O Knower of the state of hearts! take me out of the darkness of sins into the light of good deeds. O Allah! I pray for the safe

escape from every sin and make me virtuous and enable me to reap its advantages. Make me worthy of Paradise and protect me from Hell. O Allah! grant me contentment for all that Thou hast blessed me with; Barakat (auspiciousness) for all that Thou hast conferred on me. O Allah! compensate me for every loss of mine".

"O Allah! give me peace beneath Thy canopy on the Day when there will be no shelter except Thine and there will be no being except Thyself. O Allah! provide a pleasant and delicious draught from the Hauz-i-Kauthar (the Reservoir of Plenty) that thereafter I feel no thirst whatsoever. O Allah! I request Thee for the blessings of all those things which the Prophet Muhammad (may peace be upon him) asked and beg Thy protection against all those vices for which the Prophet Muhammad (may peace be upon him) sought your protection. O Allah! I invoke Thy blessings for Paradise and its blissful possessions and for every word and act which could draw me closer to Paradise. I seek Thy shelter from Hell and from closeness to the Hell.

"O Allah! there are many rights of Thine which devolve on me and there are many rights which subsist between me and Thine creatures. Forgive me for all my trespasses and, for my relationship with Thine creatures and be my Guarantor for the forgiveness. O Allah! provide me lawful subsistence (Rizq) as against the unlawful. Instil in me faithfulness and provide me with Thy favours and render me independent of the favours of others except the

ones originating from Thee. O Allah!, the Beneficent and Merciful, Forgiver, verily Thy House is the abode of great height and Thyself is of great honour. O Allah! Thine is the Majesty, Compassion and Glory. Thou liketh to forgive, so be kind and forgive me of my sins and errors."

"O Allah! I pray for perfect faith, true belief, plentiful provisions (Rizq), humble heart, and a tongue that speaks about Thee. I pray for lawful and pure food (Rizq), repentance of truthful heart, repentance before death, confort at the time of death, forgiveness and blessings after death and Paradise without interrogation and protection from Hell. All this I pray by invoking Thine blessing, O the Highly Honourable, the Forgiver, O the Creator! include me among the faithful.

**Some Suggestions**

1. Before leaving home for Hajj, please remember to clean your body thoroughly; cut your nails, remove all unwanted hairs (armpit, under-belt) take a full shower-bath.

2. Remember to take with you the following articles:
   1) Sleeping bag.
   2) Air-pillow.
   3) Slippers (cross over the foot or bathroom sponge type).
   4) Medicine for personal use, aspirin, etc.
   5) Two packs of Wipe & Dipe or one roll of Toilet Paper.
   6) Few packs of juicepowder & Lipton cup of soup or something similar.
   7) Some candy or sweets, etc.

48

FED-PEC0260156

**How to Perform Pilgrimage to Makkah?**

8) A small canvass bag to carry these things.

3. Buy the following things when you arrive in Jeddah, unless you have bought them already.

1) Ihram-towels

2) Small water-bottle.

### The Holy Ka'aba

"Lord, make this a city of peace and sustain its inhabitants with the fruits of the earth...' is the prayer made by the Prophet Ibrahim when he and his son Ismail completed the building of the Ka'aba — the House of God — at Makkah. They invited mankind to the universal region of Islam. About two thousand years later, Prophet Muhammad was born at Makkah (571 C.E.) By that time the Ka'aba had become defiled by the idolatry of the pagan Arabs. Muhammad rid the sacred house of the idols and re-established it as a place of worship to God Alone. The Ka'aba remains a focal point for Muslims. It is the timeless and constant point which gives the Muslim his bearings — it is the direction to which believers, men and women of every colour, race, language and nationality, turn to in prayer. The Ka'aba is the symbol of the unity of mankind committed to the service of One God.

### The Prophet's Mosque

The Prophet's Mosque at Medina was the centre of the first Islamic community. The mosque in Islam serves not only as a place of prayer, but as an educational institution, a court of law, a political assembly, a centre for all activities of the community. From this mosque, the Prophet and his followers established a society in accordance with the ideals and teachings of the religion of Islam. The Message of Muhammad spread from this small city-state to all corners of the world. Within a hundred years of the Prophet's death — his grave lies in the confines of the Mosque — Islam had spread from Spain to China, from the Caucasus to Ethiopia.

*(From a Rabeta publication)*

## Rabita and Masajid Council Annual Sessions

In pursuance of the Rabita's regular programme of convening important international assemblies in the hub of Islam prior to the annual assemblage of Hajj, the MWL Constituent Council and the Supreme World Council for Mosques will meet at their headquarters in the third and fourth weeks of Dhulqaada 1401 /1 e/ September 1981. The meeting would be inaugurated by the Governor of Makkah Province, Prince Majid bin Abdul Aziz, and presided over by Shaikh Abdul Aziz bin Abdullah bin Baaz, Chairman of the MWL Council.

The Secretariat-General of the League, headed by Shaikh Muhammad Ali al-Harakan, will present detailed reviews and reports on the progress of the projects undertaken by the League and the Mosques Council. In this 23rd session of the League, which will be followed by the Mosques Council meeting, the MWL Chief will be assisted by the two Assistant Secretaries-General, Shaikh Muhammad Safwat al-Saqqa Amini (MWL) and Shaikh Ali Muhammad Abbas Mukhtar (SWCM).

Among the main items to be taken up by the delegates, representing various Muslim countries and communities throughout the world are: the retrieval and restoration of Al-Quds (Jerusalem), the struggle for independence in Eritrea, the continuing skirmishes in Southern Philippines, the Iraq-Iran war, the Lebanese crisis and the tyranny and oppression perpetrated on the people of Afghanistan, resulting in large-scale devastation and displacement, the persecution of Muslim minorities in different regions, together with the questions related to the expansion of Dawah work and the distribution of the Holy Qur'an and other Islamic literature.

FED-PEC0260157

# What Islam Offers to Modern World?

Syed Athar Husain

**Islam does not discourage or restrict any endeavour to make material progress, for no level of material progress or economic development is in itself antagonistic to moral or spiritual progress. On the contrary, a certain standard of material provision is essential for evolution and maintenance of the desirable social pattern. It exhorts the individual to make all efforts at its achievement, but he has to be conscious of the fact that a materially prosperous life is not an end in itself and that a high standard of living has no value in itself.**

Before discussing this subject in any detail, it is necessary to understand what Islam stands for and what is modernity, that is, what are its gains and ills, how it is influencing the thinking of man, in what direction it is leading mankind, and whether it has ushered in any happiness.

According to Islam, man has to be conscious of certain truths of life and must be able to think and act in conformity with them. These verities are expressed in the form of a few doctrinal beliefs. These include the unity of God; revelations of God brought to mankind by a chain of Prophets, the last in the line being Prophet Muhammad (peace be on him); the unity of mankind; accountability of one's deeds as this life is not an end in itself but is a gateway to an everlasting life of the Hereafter. Islam asserts that the universe is not an accidental phenomenon, nor its objects and forces came into being by themselves just in passage of time, nor has the universe been created in vain, but for a definite purpose and man, as vicegerent of God, has to play a definite role in the scheme of things. Its most fundamental belief is the belief in one God — not a vague,

distant or amorphous being but an intensely real and approachable, though transcendental, being, the Creator and Sustainer of the world, the most Compassionate and Merciful, All Powerful, Omnipresent and Omniscient besides Whom there is no other God, the Sovereign and the Supreme, Who is nearer to man than his jugulary vein, Who is All-Knowing and Watchful, Who encompasses everything but is Himself beyond all comprehension. Its monotheism is universal, absolute and unconditional and every other doctrine flows from this concept.

### "Islam is an all-embracing code of life."

Islam is not, however, only a spiritual attitude of mind or a code of sublime precepts but is a self-sufficient orbit of culture and a social system of well-defined features. It not only undertakes to define the metaphysical relations between man and his Creator and prescribes beliefs, but it also lays down rules of personal conduct and social behaviour. In fact, it is an all-embracing code of life, establishing, on a systematic and positive base, the fundamental principles of morality

and precisely formulating the duties of man not only towards his Creator but also towards himself and his fellow-beings. Its concept of life does not exclude the notions of happiness in the shape of material welfare in this world. It demands no renunciation of the world, nor does it prescribe austerities for spiritual purification. It enunciated in the Qur'an:

**"Our Lord give us the good in this world and the good in the Hereafter." (2.201)**

At the same time, Islam does not subscribe to materialistic trends but arouses in man a consciousness of moral responsibility in everything he does. There is no sphere of activity of man which may be outside the pale of Islamic morality. The two fundamental factors which constitute the essentials of Islam are belief in God and righteous living in consonance with it. Man has a dual responsibility to discharge. The first is the duty he owes to God and the second is his obligation to mankind. The former expresses itself in a process of self development, physical, intellectual and moral, and the second lies in developing a social conscience and consideration for others. The two responsibilities are the two facets of one and the same attitude towards life.

### Gain vs. Loss

The modern world has seen tremendous strides in the pursuit of science and development

FED-PEC0260158

**What Islam Offers to Modern World?**

of technology which have brought immense comforts to mankind. They have reduced distances, enabled easy communications, made great advances in education, have promoted health, hygiene and sanitation, have greatly improved techniques of agriculture and increased production, have saved much of toil and labour and have set up a whirling pace of progress. But in the scale of life its advantages are outweighed by its disadvantages or weaknesses which it has introduced in human life.

With all its glamour, the modern world is dominated by the gospel of acquisition. It knows only one positive religion, and that is the worship of material progress. Modernity has bred a human type whose morality is limited to the question of immediate practical utility. Power, regardless of its moral use, has become the sole criterion of greatness, and the source of all power conceived is wealth.

Modernity started as a reaction against irrational brand of ecclesiasticism (monasticism) passing for religion in Europe, decline of the true religious spirit, decadence of civilization and rise of materialism. The thinkers of the day could not distinguish between the responsibilities enjoined by religion and the inflexibility, despotism and misrepresentations exhibited by the ecclesiastics. A number of outstanding social and political writers had indiscriminately sown the seeds of materialism in the minds of the people and had laid emphasis on the Epicurean way of life. Machiavelli paved the way for divorcing politics from ethics

and prescribed a dual standard of morality — one private and the other public. Karl Marx developed the doctrine of class struggle to maintain that existential state of man is the product of economic conditions under the influence of which all other like phenomena had received form and imprint. He recognised only economic aspect of human existence and repudiated the validity of all other factors like religion, ethics, soul and even intellect. The economic pantheism admitted no religious endeavours and no spiritual movements. The modern society became schizophrenic by the unfortunate struggle between reason and religion and development of a pathology that came to be reflected in the very dubious quality of life that man came to lead in consequence thereof.

The scientist interpreted the material universe and its manifestations along mechanical lines and called it objective and scientific method, rejecting as slavery to tradition whatever was based on belief in the existence of God. Everything was repudiated that was not realisable in experience and could not be weighed or measured. Only two things were considered relevant, that is, matter and energy. Progress of science and technology no doubt opened new horizons and brought great comforts to man. But at the same time they have been utilised to develop colossal engines of destruction and to build up tremendous military power which, if set in motion, can wipe off humanity from the face of the earth.

The civilization generated by materialism became static after the achievements of the Magna Carta in Britain, the principles of the French Revolution and the rights of the individual freedom laid down at the beginning of the American democratic experiment. It exhausted its limited usefulness because it was cut off from its original source without which social orders, principles and values could not survive. Comfort, brought about with the aid of scientific discoveries and growth of technology, was mistaken for civilization. In the words of Joad, "Science has given us power fit for the gods and to their use we bring the mentality of school boys and savages." Science and technology are not the generators of civilization. Unless our existence reaches beyond the frivolities of materialism and becomes a life enriched with meaning, science and technology will only be trappings of modernity and not hallmarks of progress.

**Modernity has succeeded in breeding extravagance and belief in counterfeit values.**

What is particularly lamentable is that materialism has generated an attitude marked by disregard of transcendental truths, want of religious feeling or spirituality and worship of material comforts. This attitude enveloped the Western world in the web of its own aberrations and the consequential mental and emotional trauma.

Modernity strove hard to replace religion with secular conceptions having their own

FED-PEC0260159

What Islam Offers to Modern World?

implications, institutions and organizations. It aims at undermining the vitality of the ideological ideals, and has succeeded in breeding extravagance, and voluptuous indulgence and belief in superfluous illusions and counterfeit values. It presents no abiding ideals or permanent values and principles that can lead mankind to real progress and development.

Religion, however, functions in society as the philosophical move that determines the direction of the flow of life. It is just not a conglomeration of a few ethical principles or rudimentary rituals for perfunctory performance nor even an emotional feeling that stagnated in the depths of heart. It is neither positive no negative. Islam presents a view of life that is sacred and grants freedom under submission to the Divine will. Today man is in need of a social order that enables humanity to justify its existence as ordained by its Creator and to activate the powers of mind, science and experimentation for the establishment of a system appropriate to the real requirements of mankind.

### Unique Approach

The pertinence of Islam to the modern world is that issuing from the All-Knowing and the absolutely Real, and serving as the message of the Heaven, it takes care of everything and provides for a balanced life and an equilibrium between spiritual and material needs. It is the direct call of the absolute to man, inviting him to cease his wanderings in the labyrinth of the relative world and to return to the absolute. For long, the West has been dominated by the evolutionism of the nineteenth century but more and more of its scientists and scholars have begun to rediscover and confirm the permanent nature of man and his needs and to focus attention on the permanent elements to which the Islamic message addresses itself most directly. "The quest for meaning, which is as essential as the need for food and shelter, is in reality the quest for the ultimate, or the absolute. Religion provides precisely this meaning and, in a sense, is the shelter in the storm of the multiplicity and indefiniteness of cosmic manifestations and the uncertainties of the temporal and terrestrial existence."

Islam does not discourage scientific studies or development of technology. On the contrary, there are numerous verses of the Qur'an exhorting man to study and understand the objects and forces of nature and the laws governing them, to learn the lessons of history and the fate of past civilizations. It exhorts man to acquire knowledge. The very first revelation of the Qur'an begins with:

**"Recite in the name of your Lord, Who created everything. He created man from a clot. Recite as your Lord is most Beneficent, Who taught to write with pen, taught man what he knew not."**

There are dozens of scientific indications in the Qur'an about which man had no inkling fourteen hundred years ago. Acquisition of knowledge is a duty cast by Islam on every man and woman which has been stressed in almost innumerable saying of the Prophet. One of them says;

**"Acquire knowledge, it enables the possessor to distinguish right from wrong. It lights the way to Heaven, it is our companion when friendless, it guides us to happiness, it sustains us in adversity, it is a weapon against enemies and an ornament among friends. By virtue of it, Allah exalts nations, and makes them guides in good pursuit, and gives them leadership, so much so, that their footsteps are followed, their deeds are imitated, and their opinions are accepted and held in respect."**

### Muslims have to recapture their past glory

When Europe was sunk in darkness, Arab literature and scholarship had reached its zenith. The impact of Arab scholars, philosophers, scientists, mathematicians, historians, etc. was so momentous that it gave rise to that power which constitutes the distinctive force of the world, that is, natural science and scientific spirit. Due to a number of historical reasons but chiefly due to the decline of their religious spirit, the Muslims suffered for about 200 years a period of stagnation and then continuous and rapid decline in all fields of human activity — economic, social, political and intellectual — and were surpassed by a rival and mostly hostile civilization of the West. Muslims have to recapture their past glory, for the world judges Islam not by its precepts and principles but by

52

FED-PEC0260160

What Islam Offers to Modern World?

the example the Muslims set by their conduct.

In spite of sustained growth, development and world domination, the Western civilization failed to provide mankind with a viable framework of social harmony, moral and spiritual fulfilment and international peace. Its greatest achievement, i.e. the tremendous progress made in science and technology, has destroyed the moral fabric of human personality and society and has led to mortal conflicts and tensions at all levels.

### Faith and Character

However, human mind, reasoning and experimentation cannot be arrested and man will go on unfathoming more and more marvels of nature and developing and improving technology. The problem is not of science and technology but of the people who control them or who have allowed themselves to be controlled by technology. It is man who has become dedicated to material achievements, worldly success, and comfort. It is man who is to be rescued from this mentality. The malady has become so deep-rooted that "humanization" of the technical revolution is possible only if man accepts the principle that he must submit to his Creator, learn to control his passions, and not indulge in conflict and warfare and be swayed and guided by policies of self-aggrandisement and love of power. Because of the application of theory of evolution in all spheres of life, the universality and permanance of man's nature was not acceptable to the scientific mind. All values were considered relative and not

absolute. The focal point was lost and the focal centre shattered. As W.B. Yeats predicted in the Second Coming, "Things fall apart; the centre cannot hold" — with a gaze as bleak and pitiless as the sun, the mysterious sphinx attacked all concepts of God, Man and Nature and created a nightmare of confusion.

Islam does not discourage or restrict any endeavour to make material progress, for no level of material progress or economic development is in itself antagonistic to moral or spiritual progress. On the contrary, a certain standard of material provision is essential for evolution and maintenance of the desirable social pattern. It exhorts the individual to make all efforts at its achievement, but he has to be conscious of the fact that a materially prosperous life is not an end in itself and that a high standard of living has no value in itself. Means of production, sources of power and scientific techniques are capable of serving man under diverse attitudes, norms and values. Economic activities can be made subservient to the goal of life, if they are properly directed. Higher values are not to be sacrificed at the altar of individual profit, and the good of the society has to be borne in mind. The economic system has got to fit in to the general scheme of Islamic life. While promoting collective interest and furthering social good, Islam safeguards the interest of the individual, the institution of family and private property as having inviolable value.

Modern man suffers from excessive compartmentalisation

in his science, education and social life. Social bonds and even the human personality is tending to disintegrate under the pressure of technology. In order to save mankind from dehumanisation and to reinvigorate the purpose and goal of life and to create in man a desire to grow up as a balanced personality, the hierarchy of values will have to be re-asserted and concepts of social and material sciences and humanities will have to be reformulated.

### Islamic Idealism

In minor details Islam exhibits a good deal of flexibility and an eminent degree of adaptation but its cardinal and fundamental principles are immutable and admit of no change or circumvention. It is not the Muslim who has to conform to modern world and all the ills and errors that it comprises, it is the modern world which must be made to conform to the basic truths and values. Islam prohibits a permissive society, drinking and licentiousness; it prohibits deceit, hypocrisy, insincerity, selfish interest and double standards. There is no room in it for exploitation, political or economic subjugation and of racial or linguistic prejudices. It stands to establish a society of God-fearing, righteous, large hearted, educated, decent, sympathetic and generous persons upholding the cause of justice and fair-play and forbidding evils, vices and corruption and working in collaboration with one another, actuated by brotherly feelings for the good and happiness of mankind.

Today man is crying for peace, but how can peace prevail when society is bedevilled

FED-PEC0260161

by selfish interests, greed, exploitation of the weak, lust for power and a desire for extension of sphere of influence. Today a global war is held up only by the danger and fear of devastating reprisal. Peace can result from equilibrium and harmony brought forth by integration issuing from *Tauhid*. If man does not consider his needs beyond the earthly existence, if the sacred meaning of life is not understood by him, the terrestrial life will always be in danger. Islam provides equilibrium between the spiritual and the temporal, and emphasises the necessity of giving each thing its due, of preserving each element at its place and of guarding the just proportion between them.

That alone can save mankind and lead it to its ultimate goal. The Qur'an has said:

**"Time bears testimony that man is generally inclined to a way of life harmful to himself, except those who believe in God and do what is right and enjoin on each other truth and enjoin on each other steadfastness."**

# UK Islamic Mission Welfare Fund

**(O Prophet) Take Sadaqa (Zakat) out of their wealth whereby you may purify them and make them grow (their wealth). (Al-Qur'an IX: 103)**

Sadaqa and Zakat are considered to be means of growth in Islam because these are the means through which Islam wants to build up such an equitable society where every individual irrespective of the fact whether he is affluent or deprived is provided with an opportunity to develop his personality.

Sadaqa and Zakat help the spiritual growth of the rich and material growth of the poor. Payment of Zakat is not mere suggestion but an obligation. Muslims individually as well as collectively are obliged to look after the deprived element of society.

The UK Islamic Mission is trying to discharge its moral obligation towards this element of the society since 1962. Every year a number of Muslim students and other less fortunate persons apply to the Mission for financial assistance. We also help Muslims anywhere in the world, like Afghan refugees, Algerian Earthquak Victims,

Muslim Victims of Indian riots, etc. etc. To help the poor and needy the Mission appeals to every Muslim to send his Zakat, Fitra, Sadaqat directly to the Muslim Welfare Fund of the Mission Account No. 7091675 with Barclays Bank Ltd., Warren Street Branch, 293 Euston Road, London NW1 3AE.

Please make your cheques payable to "The UK Islamic Mission," 202 North Gower Street, London NW1 2LY.

The UK Islamic Mission provides the following services:

* **Advice on Islam:**
  * All aspects of religion of Islam.
  * Free literature on Islam.
* **Book Centre:**
  * Religious books in many languages.
  * Islamic charts.
  * Islamic decorations.
  * Islamic calendar with Prayers Times.

* **Library:**
  * Well equipped reference library.
  * Newspapers and magazines in many languages.

* **Educational:**
  * Religious education at

evening Schools of Mission for children and adults.
* Advice about Islamic Education at home.
* Advice about how to avoid non-Islamic religious education at Schools.

* **Marriage Bureau:**
  * To help Muslims to find suitable partners.
  * Solemnizing of Marriage Free.

* **Expert Legal Advice:**
  * Professional legal advice free of cost.

* **Lectures and Seminars:**
  * Held regularly.
  * Can be arranged on request.

* **Mission's Magazine:**
  * A monthly magazine with standard articles on Islam.

* **Youths:**
  * Extra curricular activities arranged.
  * Sports and excursions.

* **Social and Welfare:**
  * Sadqa and Zakat collected.
  * Disaster-stricken, less fortunate and poor people are offered assistance.

FED-PEC0260162

# Importance of Al-Quds in Revealed Religions

## Chicago Conference on Jerusalem

A conference on Jerusalem and Palestine was recently held in Chicago, USA. A significant feature of this moot was that those participating in the deliberations represented the three major religions of the world — Judaism, Christianity and Islam. Among the notable speakers were Dr. Ibrahim Abulagd, a Palestine-born American; Dr. John Yodr, Professor at Notre Dame University, Jacob Wolf from the Jewish Synagogue in Chicago; and Father Ilias Shakour, a Christian from Palestine. The issues of Jerusalem and Palestine formed the central theme of the assembly. Incidentally, this was the second conference dealing with this issue. Two years ago, the first conference held to debate the topic had categorically demanded Israel to withdraw from Jerusalem and other occupied Arab territories.

As is well known, the United States is a fertile ground for lobbying support for various conflicting viewpoints on the Palestinian problem. Insofar as the religious composition of the American population is concerned, the Christians are the preponderant majority in all walks of life, be it social, cultural, political or economic. The latest statistics reveals the following figures: Christianity tops with more than 200 million inhabitants: Judaism comes next with around six million and Islam comes last with about three million followers. Historically speaking, the Christian church in the United States has played a very important role and has had a remarkable influence on the government as well as on the people. Accordingly, the American foreign policy has not been free from religious overtones in that it opposes Communism, calls for human rights and supports Israel.

To start with, many major churches believe that the creation of the state of Israel is a reality whose mention is found in the Bible. Here it is worth mentioning that the Bible consists of the New Testament, written by the disciples of Jesus, and the Old Testament, which forms the holy book of the Jews. The close collaboration that exists between the Jews and the Christians partly explains the increasing Christian support for Israel. However, this support for Israel and the affinity between the two faiths is not attributable to any religious basis, and occasionally gives rise to heated arguments in some Christian circles.

The main subject of the conference was to discuss the viewpoint mentioned earlier. Therefore, the three major formulations which received the largest amount of support among the participants were: (a) Christianity opposes occupation of land by force, (b) the creation of Israel has no religious basis, (c) the annexation of Al-Quds by Israel constitutes a blatant aggression, because it is a holy place for Jews, Christians and Muslims.

### Public Opinion

Although Christianity is the main religion all over America, the US constitution guarantees freedom of religion, which facilitates preaching and proselytization by the adherents of different faiths. The Muslims usually work to win public support on such issues as Palestine and Jerusalem, while the Jews seek to secure a better position by exploiting the general belief that support for Israel is an obligation which stems from the Bible.

But, lately, the American public opinion has started to realize that it is Israel which is undermining efforts to resolve the Middle East problem. Even some of the American Jews have severely criticised the policies pursued by Israel.

Throughout the long history of Jewish-Christian relations there have been many disagreements between the two communities. Some of these are:

a) Christian accusation that Jews were responsible for the crucification of Christ is still maintained.

b) Christian churches do not like the isolationism and mysteriousness surrounding the Jewish community, regarding religious, political and economic matters.

c) Hatred against Jews has not ceased in the Christian community, for example, Ku Klux Klan, a White Ameri-

FED-PEC0260163

can extremist group, opposes the blacks as well as the Jews.

### Islamic Viewpoint

The aim of the conference was not to exploit the historical differences between the Jews and the Christians but to explain the religious aspect of the problem. In all likelihood, it is to serve as a stepping stone to obtain the American public support. Many speakers criticised the Israeli policy of the annexation of Al-Quds and occupation of the Arab land by force. Speaking about the Islamic point of view regarding the current problem, Dr. Ibrahim Abulagd said that the core of the Middle East problem was Al-Quds, the first Qibla of Muslims. The fact that Al-Quds was the first Qibla corroborates the claim that Islam was an extension of the previous revealed religions. Crusades harmed Christianity more than they benefitted it. He advocated

that Israel should not include Jerusalem in the political conflict, because it was as important for Christians as for Muslims. Muslim rulers had refrained from making Jerusalem their capital since they realized its religious importance for the people of the revealed religions. Citing the example of Saudi Arabia whose political capital is Riyadh and spiritual capital Makkah, Dr. Abulagd explained the fact that it was not impossible to avoid dragging in the holy cities in political disputes. Throughout the history of the world, there were only three exceptions when Jerusalem had served as the political capital: during the crusades, under the Mandate and now under the Israeli occupation, which has been repeating the Zionist resolve to make it the "undivided, eternal" capital.

Another speaker was Father Ilias Shakour of the Catholic Church in Hebron. He explained that Judaism, Charistiany and Islam called for a respect

for human rights and denounced seizure of land by forceful means. During the last fifty years, Al-Quds had witnessed exemplary peaceful conditions with amity prevailing among its three religious groups. He said: "In 1947, my father told me that there was a German maniac who was out to kill the Jews. So when the Jews came to Palestine, we welcomed them as brothers. At that time we were not aware of the underlying intrigue. The British agent asked us to go on holidays and to hand over the keys of our houses to him. Once we left our homes, we could never come back to them. We know what Hitler did with the Jews, but why we should pay for his crimes. Then he addressed the American Christians, "we know that the Jews are creating problems even here in the United States, but you are afraid of confronting them so that you may live peacefully."

Trans: Hasan al-Ahdal

## Book Review

### Qurrat-Uyoonil-Muwahhideen

Qurrat-Uyoonil-Muwahhideen (Fi Tahqiq Dawat-al-Ambia wal-Mursaleen) by Allama Abdur Rahman bin Hasan Aal al-Shaikh. Translated into Urdu by Shaikh Ataullah Saqib and published by Ansar-us-Sunnatil-Muhammaddiyah, Rustam Barracks, Nawankot, Lahore. Set of two volumes, hard bound, 699 pages. Price not mentioned.

The learned translator has made a bold attempt to focus attention on such a remarkable treatise as Qurrat-Uyoonil-Muwahhideen, which deals with nearly two dozen subjects related to Islamic faith and values and everyday life of the Muslim community. The book, published in two attractive volumes, is the first Urdu version of Allama Abdur Rahman's famous compendium on Tauheed and its demands as well as

the numerous lapses and deviations that the Believers suffer from in regard to its observance. It is an interesting and weighty but concise work, elegantly designed and printed. As might be expected, Shaikh Ataullah Saqib has also given a brief commentary on important topics covered by the author. The set, along with Al-wirdul-Musaffa al-Mukhtar, a selected collection of supplications based on the Glorious Qur'an and the Ahadith of the Noble Prophet, rendered into Urdu by the same translator and published by the Ansar-us-Sunnatil-Muhammaddiyah, is highly recommended for distribution on a wide scale, particularly in Pakistan, India and Bangladesh.

Sayyid Hasan Mutahar

FED-PEC0260164

# Communism: A Self-defeating Ideology

**Dr. Ali Moghram al-Ghamdi**

**Communism is a self-defeating system and has been on the decline, says Dr. Ali Moghram al-Ghamdi, Dean of the College of Arts of Saudi Arabia's King Abdul Aziz University, who was in Taipei for Captive Nations Week observances. Following are excerpts from his speech.**

Communism, whether as an economic concept or a political system, will go down in history as one of the most traumatic jerks that humanity had experienced in the 20th century. It has brought upheavals everywhere.

Yet, and in spite of the monumental efforts made by Communist and Red-inclined bodies to pretened that they are well and kicking, we cannot find a single example in the world where people under Communist rule can say on their own free will that they are happy with their system of government. On the contrary, what we invariably find is that they can't say otherwise.

Something must be seriously wrong with the system both in theory and practice. Communism in its true sense is on the decline, and the bad practice of it has done harm to whatever good it may appear to have.

Communism is a self-defeating system because, for one thing, it is against human nature. The Communist leadership endeavours to force people from their birth in an iron mould, because it is easier for the regime to cope with and manage identical men and women than to respond to a multitude of individual needs.

Such attempts to force people into intellectual conformity amount to a degradation of the very human characteristics that set man on a high distinction above animals. It obliterates individual initiative and igenuity. No system that is so starkly against human nature can survive.

Communism is hypocritical. Owing to its inherent defects and basic faults, Communism falls far short of its promises. This tends to create many contradictions in its actual application in everyday life. The contradictions breed frustration and hatch disillusionment.

## Sentiments

Red regimes almost always treat this by over-stating the case and dramatizing the fight against true and imaginary foes. This hysteric drive is designed to cover up the failure to effect social and economic affluence. This way the people can be perpetually kept under the hard pressures of full mobilization.

The fight against imminent dangers and the will to make sacrifices to erect monumental projects usually elicit strong sentiment among the good-intending general public, a sentiment which is exploited to keep the people too absorbed in their work and too preoccupied with their immediate problems to think about the future.

But this hysterical drive as a diversion from the original commitment is bound to fail, simply because more and more people will stop to ask some sobering questions as to what they are doing and standing for.

The drive is bound to fail also because the Red regimes' ability to harp upon the theme of fighting the enemies will taper off and gradually lose its influence and relevance. Even the leaders are bound to lose faith in the system. When they do, they resort to make-believe tactics to keep the masses overwhelmed. This creates further disbelief and cynicism.

Communism is a system that has been tried and has failed. Countries have been invaded and communities coerced into accepting Communist regimes. In the past, some people said. "Well, let's wait and see in case some good comes of it," or "Let's give it a chance." But no one can say that any more, because too many chances have been given and no Red experiment has been proved acceptable.

Communism is not for the future generations. It is increasingly apparent that Communism is losing on its own ground. An increasing number of young people brought up under Communism are turning against the Red regimes and the ideology in spite of the rigorous indoctrination they have been put through.

**But the fact that Communism is on the decline or that it is a self-declining or that it is a self-defeating system should not be reasons for us to be complacent about the already**

FED-PEC0260165

Communism: A Self-defeating Ideology

existing dangers of having to live with it until its final demise — dangers that are taking their daily toll of lives all over the world. On the contrary, these facts shoud make us more determined to close ranks and take more effective steps to hasten the disintegration of Communism.

### Iron Curtain

One of the main functions of the so-called Iron Curtain is that it keeps the people inside it isolated from the events outside so that they can be told only what their leaders want them believe. It also keeps the people outside ill-informed about what is taking place inside so that the Communists with their sophisticated propaganda machines may fool simple people inside and outside that there was paradise inside and hell outside.

Hence, the more we effect penetration and disseminate knowledge, the quicker our objective will be realized. We should not commit the same mistake the Red propaganda network has committed, namely, telling only what one likes and supressing what one doesn't like. It is essential to tell the truth if public confidence is to be enhanced.

Capitalism is not necessarily a good alternative to Communism. So, we should not capitalize too much on it in our fight against Communism and most certainly we should not shy off from its defects and shortcoming.

One of the most regrettable cultural changes that the world has been undergoing is the gradual decline of the importance of religion in particular and of spiritual values in general. This has happened both in Communist and non-Communist countries. In the former, it has been forbidden and eradicated by force, and in the latter, it has been relegated to a secondary place by negligence.

The result of this is a spiritual vacuum in the life of this generation — a vacuum that has left so many people wondering about the purpose of their existence and wandering everywhere looking for fulfilment.

**It is our duty to try to fill up this vacuum. A helpful thing in this direction is the fact that religion is gaining popularity again among young people. The significance of religion is that it gives us a strong sense of purpose by which we make strong personal commitments. Communism will not thrive among strongly committed people.**
(Dr. Ghamdi was the Dean of the College of Arts, King Abdul Aziz University, Jeddah, Saudi Arabia.)

## Turkish Plan for Islamic Education Welcomed

Shaikh Muhammad Ali al-Harakan, Secretary-General of the Muslim World League, has said that he was pleased with Turkish President Kenan Evren's decision to make Islamic education compulsory at all levels of education in this country. In a cable of appreciation to the Turkish leader, Shaikh al-Harakan said: "On behalf of the MWL, we hail your welcome resolve and implore God to grant you success in the promulgation of the faith and the enhancement of the glory of Islam. We have conveyed this good news to all parts of the world so that Muslims everywhere may share our happiness."

Last month, Turkish religious affairs department chief, Shaikh Tiyar Olu, had informed Shaikh al-Harakan about the Turkish President's decision during a meeting in Taif. He also said that an agreement had been reached with the League on sending 25 preachers to various mosques in Europe. The League would bear all expenses in this regard and also assist Turkey in the completion of the central mosque in Ankara which was designed to accommodate about 40,000 worshippers, Shaikh Olu added.

In a separate development, the MWL chief received the Mufti of North Yemen, Shaikh Muhammad Ahmad Zabarah, who was on a visit to Saudi Arabia. They discussed cooperation between the MWL and the Fatwa Council of North Yemen on religious matters, and other subjects, including the MWL's programme for assistance in regard to the repairs of mosques and their maintenance and supply of newspapers and Islamic books to schools in North Yemen.

FED-PEC0260166

# Rabita-Sponsored Auqaf Conference Resolutions

## Importance of the Qur'anic Education

## Intensification of Dawah Work

## Islamic Solidarity Programme

## Liberation of Al-Quds and Palestine

Whereas the Holy Qur'an is the first source of the Shariah and regulates matters pertaining both to this world and the hereafter; the Conference recommends that:

* The Holy Qur'an should be taught throughout the whole educational system starting from Kindergarten through University level. Emphasis should be laid on the interpretations of the verses that pertain to the Islamic creed, the Islamic system of government, the relationship between the Muslims and the followers of other religions.
* Special care should be taken in selecting the personnel for the teaching of Holy Qur'an. These teachers should command a mastery of recitation, phonetics (*tajwid*), memorization and sound comprehension. This aspect will help to strenghten the learners' faith.

* The Holy Qur'an memorization schools should receive special attention, encouragement and support in order that the maximum number of youngsters may be attracted to them.

* The printing of the Holy Qur'an should receive special care through the establishment of responsible committees specializing in the Qur'anic sciences in every Muslim country to ensure that no printing is carried out before meticulous revision of manuscripts is made. No copy of the Qur'an shall be printed except after securing this committee's approval. This is necessary to safeguard the Holy Qur'an from any interpolation or distortion. In order that this work may be well implemented, printing houses especially set up for

The third annual conference of the Ministers of Auqaf and Islamic Affairs held in Makkah al-Mukarramah under the joint auspices of the Muslim World League and Saudi Arabia's Ministry of Hajj and Auqaf on 17-19, June 1981 concluded its deliberations by adopting resolutions on important issues facing the world of Islam. Its agenda comprised such vital subjects as the evolution of a method of teaching of the Glorious Qur'an as well as formulation of a well-coordinated strategy of the Islamic Dawah work and issues related to the promotion of Islamic solidarity and the liberation of Al-Quds and Palestine from the Zionist occupation. Following are some resolutions passed by the three-day assembly.



A view of the Auqaf Conference in session. At left is Shaikh Muhammad Ali al-Harakan, while seated second from right is Shaikh Safwat Amini.

FED-PEC0260167

the Holy Qur'an shall be financed by a special fund to be financed by the Muslim States as an encouragement, and support for these printing houses.

The printed copies of the Holy Qur'an shall be distributed on the largest scale among Muslims everywhere in the world.

Simplified Islamic books and religious references shall be printed and widely distributed among schools, Islamic centres and associations, etc. to protect the youth against subversive ideologies and against the campaigns designed to arouse doubts among Muslims.

Writers, scholars and thinkers should be encouraged to write Islamic books tackling the Islamic creed and legislation in matters of worship, social relations, etc., as well as to produce Islamic literature of interest for the general reader. Generous prizes should be allocated for the winning writings which shall be selected for publishing and wide circulation as well as translation. Special care should be taken of literature for Muslim children.

Dawah workers should be well qualified (qualitatively and quantitatively) and decent living conditions should be ensured for them so that they may be able to convey their message. In order to achieve this "general Dawah Centre," specialized colleges and departments be established and provided with suitable curricula and capable instructors.

In this respect, good lessons may be learnt from the successful and effective experiences of Muslim countries.

When Dawah workers are assigned, coordination should

be made between the Secretariat-General of the Conference of the Ministers of Endowments and Islamic Affairs and the Muslim States. This may be achieved by exchanging accurate surveys about these men so that a better plan for their distribution may be made possible.

Refugees should receive social care and Dawah workers should be provided for them wherever they exist in order that they may be protected against subversive ideologies that are spread among them by exploiting their poverty and dire needs.

Attention should be paid to Muslim minorities everywhere in the world by assigning Dawah workers for them in order to protect their Islamic identity, to ensure their proper communication with the rest of the Muslim world, to help them to acquire their legitimate rights and secure application of Islamic rules and regulations in their personal affairs.

Action should be taken to ensure the freedom of Dawah workers in discharging their message through fine admonition and wisdom as Allah has ordained.

In view of the splendid achievements of such Islamic universities as the Quraween, Zaitunah and Al-Azhar in producing a large number of Dawah workers and Ulema who have had profound influence in heralding the present-day Islamic resurgence, the Committee recommends that these universities must be given both material and moral support so that they may carry on with their message as best as possible.

In order to encourage Islamic

Dawah, the Committee recommends that more material and moral support should be extended to Islamic Committees, Commissions and Centres especially in Africa and Asia, so that they may be able to convey the message of Islam to their respective communities.

In view of the profound influence of the various mass communication media (radio, T.V. and press), the Committee recommends that:

* All stations broadcasting purposeful Islamic programmes should be reinforced so that its transmission may cover all the world in various languages. The transmitted programmes should be improved to suit the needs of the Muslim communities.
* Da'wah techniques should be developed making use of the best technological advancements in mass communication field without compromising any Islamic principles.
* Encouragement should be extended to the mass communication agencies which produce Islamically oriented materials relevant to present-day issues.
* Ready-made communication media for Islamic guidance should be produced on cassettes, video tapes, motion-picture films and other such materials, provided that they observe the Islamic principles.

An appeal should be issued to all Muslim countries to prohibit any anti-Islamic Christianization activities.

An appeal should be issued to all Muslim countries to facilitate the free circulation of Islamic publications which do not contradict the Islamic principles and teachings.

An appeal should be issued to all Muslim countries to select for their mass communication

FED-PEC0260168

**Rabita-Sponsored Auqaf Conference Resolutions**

media such personnel as are well-known for their adherence to Islam and Islamic morals as a safeguard against anti-Islamic activities. Moreover, the personnel who are known for their perverted and subversive ideologies should be dismissed from service.

An appeal should be issued to all Muslim countries to give Islamic education an appreciable weight in their educational curricula and institutions. Islamic education should not be violated in any class or subject matter. Education should be purged of all anti-Islamic ideas and special attention should be given to Islamic history and culture as a safeguard against any distortions therein.

In view of the importance of the resolutions and recommendations passed by the International Conference of Islamic Dawah of Khartoum, the Committee recommends that due regard should be paid to their implementation by Muslim states.

The Holy Qur'an should be published and distributed all over the Muslim world and in the refugee camps on large scale.

Muslim countries should be urged to adopt Friday as public holiday instead of Sunday.

All broadcasting corporations, which work towards evangelization of Muslim people, should be carefully monitored and a broadcasting station should be established to propagate the Islamic Dawah.

All Muslim governments, institutes and individuals should boycot all evangelization broadcasting stations and should refrain from listening to



The Saudi delegation at the Conference.

their poisonous broadcasts. Advertisements should also not be given to such broadcasting stations.

The Conference calls upon Muslim countries to allocate a number of Dawah workers in the occupied territories to propagate Islam. Ministries of Auqaf should subsidize these the Dawah workers financially.

The Conference recommends establishing an international waqf financing bank to which all Ministries of Auqaf (Endowment) should subscribe. The jurisdiction of this bank should strictly be in the field of waqf development in different parts of the world. This bank should have branches in every Muslim country, and a technical team which will visit all parts of the world in order to get acquainted with needs and development projects, which benefit Muslims and ensure success in the progress of Dawah. It would be the duty of this technical team also to help in rectifying the course of Dawah work and providing sophisticated scientific and

technical expertise.

The Conference recommends that Ministries of Education should review text books on Islamic history, and disqualify non-Muslims from the membership of the committees that prepare such books.

### Islamic Solidarity

The Conference adopts the historic Makkah Declaration passed by the Third Islamic Summit as a solid foundation for a genuine Islamic solidarity.

Urges the laying down concrete framework for a unified code of Islamic laws covering the various fields of legislation in order to gradually enforce them in lieu of those man-made laws which are at variance with Islam; and supporting the resolution passed at the Islamic Summit Conference regarding the Islamic Fiqh Academy;

Calls upon Muslim countries to promote the spirit of Jihad in the Muslim armies, determine ways and means of coordination among themselves especially in

FED-PEC0260169

**Rabita-Sponsored Auqaf Conference Resolutions**

the field of joint military industries, so that the Muslim Ummah may be able to defend itself against any aggression.

Supports resolutions and recommendations adopted by the First International Islamic Mass-Media Conference held in Jakarta, and calling upon Muslim countries to make those recommendations a reality, according to a well-contrived plan for Islamic mass-media.

Supports the idea of creating an Islamic Economic Community to encourage trade between the Muslim countries and protect their products against any possible alien control. Feasibility studies should be conducted as a preliminary measure to implement the idea.

Adopts the idea of establishing joint Muslim industrial ventures financed by the Muslim countries in order to fully utilize the immense raw materials available at the disposal of Muslim countries and employ Muslim manpower in order to avoid control over the industrial requirements of the Muslim countries, control by the imperialist powers.

Recommends increased economic cooperation amongst Muslim countries through extending support to the Islamic Development Bank so that it may enlarge the scope of its services and expand its lending role to support developmental programmes in the Islamic States. Meanwhile, the Islamic States should be encouraged to establish interest-free Islamic Banks and to use in their monetary dealings a unified Islamic unit of currency.

Recommends that priority be accorded to the Muslim exper-

tise, with certain restrictions on the induction of non-Muslim professionals and labourers unless thee is an urgent need.

Rejects all trends, customs and traditions inherited from colonial days and at variance with the teachings of Islam.

The Conference recommends that the curricula followed in our schools, colleges and universities should be revised with a view to making them conform to the sublime teachings of Islam and highlighting the Islamic heritage, culture and civilization.

Special care should be allotted to the teaching of languages spoken by the Muslim peoples with special emphasis on the Arabic language, which is the language of the Holy Qur'an, so that it becomes the lingua franca of all Muslims. The Conference also calls upon the Arab Muslim countries and communities to help towards this noble goal.

The Conference recommends that greater attention be paid to the Muslim youth and students by organizing youth camps and exchange of visits among scouts and sports teams, provided that such activities are undertaken under supervision of the specialized agencies known for their piety and Islamic consciousness.

### Al-Quds and Palestine

The Conference recalls the resolutions adopted at its previous sessions in respect of the question of Palestine and Al-Quds and reaffirms its commitment to those resolutions as well as its determination to work for their implementation. The Conference calls upon Ministries of

Auqaf and Islamic Affairs to exert more efforts towards inducing Muslim governments to continue implementing those resolutions.

The Conference appeals to all Islamic governments to prepare all sections of the Ummah for Jihad, with special reference to the youth who must be given special training in Jihad in all its aspects, i.e., Jihad through self-sacrifice, sacrifice of property and life. To achieve this aim, scientific methods should be adopted and applied with the help of experts in this field.

The Conference: appeals to all Islamic governments to extend assistance and support to Ulema and teachers so as to enable them to play an effective role in mobilizing the Ummah for Jihad and to lead the Ummah back to the fold of Allah through wisdom and good exhortation.

Appeals to all Muslim countries to establish training camps for Mujahideen in countries that are capable of organizing these camps. Camps belonging to the Palestine Liberation Organization and other Islamic Jihad organizations may be utilized in this regard and Muslim youth exhorted upon to join these camps which should be provided with adequate number of qualified Dawah workers for religious orientation and guidance.

Appeals to Ministries of Defence in Muslim countries to adopt necessary measures to provide their regular armies with competent and permanently employed cadres for religious guidance, direction and orientation. The already existing practice in certain Mus-

FED-PEC0260170

**Rabita-Sponsored Auqaf Conference Resolutions**

lim countries may profitably be used in coordination with Ministries of Auqaf and Islamic Affairs.

Appeals to Muslim countries to unite their ranks and settle their disputes and respond favourably to the efforts exerted by the good-offices commission (Reconciliation Commission) which emanated from the Third Islamic Summit Conference so that the Ummah may be able to re-dedicate its resources towards confrontation with the Zionist enemy, and to liberate Al-Quds, Palestine and other occupied Islamic countries.

Appeals to Islamic countries to stand firmly behind Iraq in its forthcoming effort to rebuild its atomic reactor which symbolises an aspect of scientific advancement in the Muslim world and which will help in repelling any act of aggression against Muslim peoples or their territories.

Appeals to Muslim countries to encourage preparation of in-depth studies on Jihad and other Islamic military theories as a comparative study with modern military system. Military terminology must be unified so also the methods of military training and coordination in all Muslim countries. This factor is indispensable for a unified Islamic Jihad. In this regard, the Conference denounces the treacherous Zionist aggression on Iraqi atomic reactor and condemns the U.S. for its support and provision to Israel of the sophisticated devices used to prepetrate the aggression.

Appeals for reactivating plans to build the Islamic military industry which will enable Muslim countries to be free from their dependence on foreign sources for arms. Adequate guarantees should be provided to ensure the success and continuity of such projects.

Appeals to the Ministries of Defence in Islamic countries to include Islamic culture and other studies pertaining to Jihad and history of Islamic conquests in the study programmes of military academies in their respective countries. These Ministries should also raise the standard of studies in these academies so that they become self sufficient and minimise the quota of students who are sent to foreign countries for training.

These military academies should allot seats to the graduates of training camps, especially those from Palestine and from other Islamic countries which lack such military academies.

Appeals to Islamic countries to extend their support to Muslim "Mujahideen" who are struggling against colonialism, aggression, and tyranny and also to provide them with all that may be required to help in achieving their Islamic goals through every possible and legitimate means. Special emphasis should be given to Mujahideen in Palestine, Afghanistan, Western Somalia, Eritrea, Moro, Patani etc., etc.

Appeals to Islamic countries to intensify mass-media programmes on the obligation of Jihad and its methods. Efforts should also be made by the mass-media to highlight the activities of the Mujahideen and to expose the persistent massacres and oppression perpetrated against the peoples of the Muslim world.

Appeals to the Kuwaiti Minister of Auqaf to reproduce in substantial quantities the book entitled "Al-Jihad" which was presented to this Conference. The reproduced quantity should be delivered to the Secretariat-General of this Conference for free distribution.

The Conference declares its unflinching support to Syria in her gallant confrontation against Israel and the Zionist expansionism in the Arab reg-



The Algerian delegation attending the Conference.

FED-PEC0260171

ion. Members of the Conference have also pledged to stand firmly behind Syria in her struggle in defence of Islam and Arabism.

### Islam Versus Contemporary Ideologies

The Conference:

*Reaffirms* the recommendations passed at its first and second sessions, and adopts the memorandum submitted by the MWL Secretariat General to the Third Islamic Summit Conference and its working paper submitted to this session as a sound means to counter such anti-Islamic currents.

*Calls upon* governments of the Islamic States to work towards the following ends.

(a) Encouraging the employment of Muslim manpower.

(b) Imposing censorship on materials screened at the cinemas, on T.V., and the video or published so as to prevent infiltration of anti-Islamic ideas.

(c) Prohibition of activities conducted by promoters of such anti-Islamic currents and closure of their clubs, associations and lodges.

*Appeals* to Muslim countries to combat deviationist innovations disguised under Islamic mottoes, and to refute doubts shown by the anti-Islamic elements on the Holy Qur'an and the immaculate Sunnah alleging that the message of Islam is incomplete and incapable of securing social justice, including the false allegation of certain persons that they enjoy some unique Islamic characteristics.

*Authorizes* the Secretariat General of the Conference to prepare a comprehensive Islamic dissertation in the living languages of the Muslim world in order to deal with such hectical and anti-Islamic ideologies their causes and accurate treatments.

*Requests* all Muslim countries to take decisive measues to combat these anti-Islamic currents and deviations in the fields of education and mass-media.

*Demands* that Ministries of Awqaf (Endowments) and Islamic Affairs should give greater attention to the printing and distribution of the Holy Qur'an among poor Muslim countries and communities, as this represents a positives towards the promotion of the Arabic language.

*Commends* the moral and material support extended by the Muslim World League towards the establishment of the Qur'anic schools even in remote Muslim areas, villages and cities; and invites the Ministers of Auqaf and Islamic Affairs to help enhance these endeavours.

*Urges upon* the Ministers of Awqaf and Islamic Affairs, in full collaboration with the Ministries of Education and Islamic Universities, to create cultural institutes and centres to promote the Arabic language in non-Arabic-speaking countries. Experiences of foreign countries in this field could be utilized through application of language laboratory systems.

*Appeals* to the Ministries of Education in the Arab countries to send Arabic teachers to the non-Arabic-speaking Muslim countries and communities so as to promote the Arabic language.

*Calls upon* the Arab governments to exact legislation to preserve the purity of Arabic language and protect it against any attempt to weaken its structures.

*Resolves* to convene its session bi-annually.

## MWL Refutes Allegations

The Muslim World League categorically denied a Cordova-based Spanish newspaper's report claiming it had a document from the MWL which proved that the latter was striving for the restoration of Andalusia and had secret plans for the purchase of plots of land in Spain.

A statement by the League's Secretariat-General declared that the said document had been forged and was intended to "hatch plots, provoke sentiments and create hatred between the Islamic world and friendly Spain."

The statement strongly denied that the League had ever published the document. It reaffirmed that the Spanish newspaper's report had "primarily intended to spoil the close and cordial relations and mutual respect existing between Spain and Arab and Islamic states." The report further aimed at distorting the MWL's role in spreading the teachings of Islam throughout the world, though "these pre-planned machinations could never achieve their goal," the statement added.

FED-PEC0260172



This grimacing young Mujahid was shot in the shoulder one day before, during a battle with Soviet forces near Jalalabad, and an Afghan medic is removing fragments of a Soviet AK-74 bullet. Mujahideen members of the group in Nangarhar said that the young man continued to fight for almost an hour with the shoulder wound, with the battle finally breaking off as darkness approached to return to the safety of their camp near Jalalabad.



This young 12-year old boy was wounded in a Soviet MI-24 rocket attack against an Afghan village in southern Nangarhar in June 1980. Wounded in the leg, one arm and his mouth, the young boy's lip is being sown back together by an Afghan medic with a mujahideen band. In the absence of doctors in many areas of Afghanistan, a number of former medical students and village medics have accumulated considerable experience treating the tens of thousands of villagers and mujahideen wounded in the past two and one-half years of fighting the communist and the invading Soviet army.

DAR OKAZ For Printing & Publishing, Jeddah.

FED-PEC0260173



FED-PEC0260174