# EXHIBIT 090

# THE MUSLIM WORLD LEAGUE JOURNAL

Vol. 19   Muharram / Safar 1412 — July / August 1991   Nos. 1,2



# MUSLIM WORLD: ON THE THRESHOLD OF A NEW YEAR





FED-PEC0265108



*Pilgrims are praying with Imam, in and around Masjid Namerah at Arafat on 9th Dhul-Hijja.*



*Pilgorims are stoning the small satan (devil) at Muna on 10th. Dhul-Hijjah.*

FED-PEC0265109

# The Journal

Vol. 19    Muharram / Safar 1412 — July / August 1991    Nos. 1,2



Assistant to Secretary-General
for Culture & Information
**Adnan Khalil Pasha**

Director of Press & Publications
**Muhammad Ahmad al-Hassani**

Chief Editor
**Abdullahi Sheikh Muhammad**

Editors
**Sayyid Hasan Mutahar
Muhammad Nasir
Muhammad Abdul Quadir**

Annual Subscription Rate

Saudi Arabia (Individuals) . . . SR 36
Other Countries . . . . . . . SR 46
Organizations and Government
Agencies . . . . . . . . . . . SR100

(or Equivalent)

Cheques and cash payable to:
**Muslim World League,**
P.O. Box 537,
Makkah al-Mukarramah,
Saudi Arabia.

Published by:
The Press and Publications
Department,
**Muslim World League,**
P.O. Box 537,
Makkah al-Mukarramah.

(All articles and correspondence may
please be addressed to **Mr. Abdullahi
Sheikh Muhammad** by name. While the
Editorial Board reserves the right to edit,
summarize or reject any contribution, no
article, report or letter will be returned to
the sender.)

# Contents

| | |
|---|---|
| Guidance from the Glorious Qur'an<br>*Excerpts from Surah Al-Imran* | 2 |
| Sayings of Prophet Muhammad ( PEACE BE ON HIM )<br>*Superiority of Scholars* | 4 |
| The Muslim World: On Threshold of New Year. Major Muslim Issues<br>Unresolved   *(Cover Story)* | 5 |
| Serving Islam serving humanity in general<br>— *Dr. Nasseef* | 10 |
| Towards Understanding the Qur'an<br>*Mikail Adebesi Folorunsho* | 13 |
| The Qur'an and Biology — III<br>*M. Shahabuddin Nadvi* | 15 |
| Zionism: A Threat to World Peace<br>*N. A. Ameer Ali* | 21 |
| Know Thy Brethren: Muslims in Sierra Leone<br>*Dawood Ismail Sesay* | 24 |
| Sin: An Islamic Perspective<br>*M. O. Raheemson* | 26 |
| Denounces ignorance and Confusion<br>*King Fahd calls for greater cooperation among Islamic States* | 32 |
| Morality in Qur'anic Social Laws<br>*Dr. A. R. Kidwai* | 34 |
| Botany and Agriculture in Islam<br>*Dr. Abdul Ali* | 37 |
| Death, Rooh (Soul) and Nafs (Self)<br>*Dr. Ebrahim Kazim* | 41 |
| Islamic Heritage —<br>*The Art of Arabic Calligraphy* | 48 |
| A Comparative Study of Socialism and Islam<br>*Dr. Muhammad Shafi* | 50 |
| A Report<br>*Islam on Rise in Germany* | 55 |
| What Others Say: Islamic Influence in Central Asia — II<br>*Prof. Yaacov Ro'i* | 57 |
| Jihad with Money in the way of Allah<br>*Muhammad Gamal al-Din Mahfooz* | 62 |
| Mansa Musa's Contribution to Islam<br>*Misbahu Rufia* | 64 |

Printed at the **Muslim World League** Printing Press, Makkah

FED-PEC0265110

# Guidance from the Glorious Qur'an

كُنتُمْ خَيْرَ أُمَّةٍ أُخْرِجَتْ لِلنَّاسِ تَأْمُرُونَ بِالْمَعْرُوفِ وَتَنْهَوْنَ عَنِ الْمُنكَرِ وَتُؤْمِنُونَ بِاللَّهِ وَلَوْ ءَامَنَ أَهْلُ الْكِتَابِ لَكَانَ خَيْرًا لَّهُم مِّنْهُمُ الْمُؤْمِنُونَ وَأَكْثَرُهُمُ الْفَاسِقُونَ ۝ لَن يَضُرُّوكُمْ إِلَّا أَذًى وَإِن يُقَاتِلُوكُمْ يُوَلُّوكُمُ الْأَدْبَارَ ثُمَّ لَا يُنصَرُونَ ۝ ضُرِبَتْ عَلَيْهِمُ الذِّلَّةُ أَيْنَ مَا ثُقِفُوا إِلَّا بِحَبْلٍ مِّنَ اللَّهِ وَحَبْلٍ مِّنَ النَّاسِ وَبَاءُو بِغَضَبٍ مِّنَ اللَّهِ وَضُرِبَتْ عَلَيْهِمُ الْمَسْكَنَةُ ذَٰلِكَ بِأَنَّهُمْ كَانُوا يَكْفُرُونَ بِآيَاتِ اللَّهِ وَيَقْتُلُونَ الْأَنبِيَاءَ بِغَيْرِ حَقٍّ ذَٰلِكَ بِمَا عَصَوا وَّكَانُوا يَعْتَدُونَ ۝ لَيْسُوا سَوَاءً مِّنْ أَهْلِ الْكِتَابِ أُمَّةٌ قَائِمَةٌ يَتْلُونَ ءَايَاتِ اللَّهِ ءَانَاءَ الَّيْلِ وَهُمْ يَسْجُدُونَ ۝ يُؤْمِنُونَ بِاللَّهِ وَالْيَوْمِ الْآخِرِ وَيَأْمُرُونَ بِالْمَعْرُوفِ وَيَنْهَوْنَ عَنِ الْمُنكَرِ وَيُسَارِعُونَ فِي الْخَيْرَاتِ وَأُولَٰئِكَ مِنَ الصَّالِحِينَ ۝ وَمَا يَفْعَلُوا مِنْ خَيْرٍ فَلَن يُكْفَرُوهُ وَاللَّهُ عَلِيمٌ بِالْمُتَّقِينَ ۝

سورة آل عمران الآيات ١١٠ ـ ١١٥

*You are the best of peoples, evolved for mankind, enjoining what is right, forbidding what is wrong, and believing in Allah.[1] If only the People of the Book had faith, it were best for them: among them are some who have faith, but most of them are perverted transgressors. They will do you no harm, barring a trifling annoyance; if they come out to fight you, they will show you their backs, and no help shall they get. Shame is pitched over them[2] (like a tent) wherever they are found, except when under a covenant (of protection) from Allah and from men; they draw on themselves wrath from Allah, and pitched over them is (the tent of) destitution. This because they rejected the Signs of Allah, and slew the Prophets in defiance of right;[3] this because they rebelled and transgressed beyond bounds. Not all of them are alike: of the People of the Book are a portion that stand (for the right); they rehearse the Signs of Allah all night long, and they prostrate themselves[4] in adoration. They believe in Allah and the Last Day; they enjoin what is right, and forbid what is wrong; and they hasten (in emulation) in (all) good works: they are in the ranks of the righteous. Of the good that they do, nothing will be rejected of them; for Allah knows well those that do right.*

(S. III, Verses 110-115) Trans: A. Yusuf Ali

FED-PEC0265111



*Allama Abdullah Yusuf Ali, in his commentary on the above verses from Surah Al-Imran or the family of Imran, explains some of the terms and phrases as follows:*

1. The logical conclusion to the evolution of religious history is a non-sectarian, non-racial, non-doctrinal, universal religion, which Islam claims to be. For Islam is just submission to the Will of Allah. This implies:
   (1) Faith,
   (2) doing right, being an example to others to do right, and having the power to see that the right prevails.
   (3) eschewing wrong, being an example to others to eschew wrong, and having the power to see that wrong and injustice are defeated. Islam therefore lives, not for itself, but for mankind. The People of the Book, if only they had faith, would be Muslims, for they have been prepared for Islam.

   Unfortunately, there is Unfaith, but it can never, harm those who carry the banner of Faith and Right, which must always be victorious.

2. *Dhuribat:* I think there is simile from the pitching of a tent. Ordinarily a man's tent is a place of tranquillity and honour for him. The tent of the wicked wherever they are found is ignominy, shame, and humiliation. It is pity from Allah or from men that gives them protection when their pride has a fall. Using the same simile of a tent, in another way, their home will be destitution and misery.

3. In Islam we respect sincere faith and true righteousness in whatever form they appear.

FED-PEC0265112

## Sayings of Prophet Muhammad peace be on him

# Superiority of Scholars

◻ Ibn Abbas reported Allah's Messenger (peace be on him) as saying: A single scholar of religion is more formidable against a devil than a thousand devout persons (Tirmidhi and Ibn Majah).

◼ Anas reported Allah's Messenger (peace be on him) as saying: the seeking of knowledge is obligatory for every Muslim and the imparting of knowledge to the non-deserving is like putting on necklaces of jewels, pearls and gold around the necks of swines.

(Transmitted by Ibn Majah and Baihaqi in Shu'ab-ul-Iman upto the word "Muslim", saying: This is a Hadith, the text of which is quite well known but the chain of transmission is weak.)

◼ Abu Huraira reported Allah's Messnger (peace be on him) as saying: Two are the qualities which can never co-exist in a hypocrite: Good conduct and understanding of religion. (Tirmidhi)

◻ Anas reported Allah's Messenger (peace be on him) as saying: One who goes out to search for knowledge is (devoted) to the cause of Allah till he returns. (Tirmidhi and Darimi)

◻ Sakhbara al-Azdi reported: He who acquires knowledge it is an expiation for his past sins.

(Tirmidhi and Darimi transmitted it. Tirmidhi said: This Hadith has a weak chain



of transmission and the transmitter is declared to be weak.)

◼ Abu Said Khudri reported Allah's Messenger (peace be on him) as saying: A believer is never satiated with listening to the good things till he reaches Paradise. (Tirmidhi).

◻ Abu Huraira reported Allah's Messenger (peace be on him) as saying: Whosoever has sought knowlege from one who possesses it, but he conceals it, he would be made to wear on the Day of Resurrection the bridle of fire. (Ahmad, Abu Dawud and Tirmidhi).

◻ Ka'b bin Malik reported Allah's Messenger (peace be on him) as saying: He who acquires knowledge in order to falling into polemics with other scholars and proving his superiority over them or to dispute with the ignorant persons or to attract the attention of the people, Allah would throw him in fire. (Tirmidhi)

◼ Abu Huraira reported Allah's Messenger (peace be on him) as saying: He who acquires knowledge the sole purpose of which is seeking the pleasure of Allah but he does not acquire it except for gaining worldly ends, he would not smell the odour of Paradise on the Day of Resurrection (Ahmad, Abu Dawud, Ibn Majah)

◼ Ibn Masud reported Allah's Messenger (peace be on him) as saying: May Allah be well pleased with the servant who heard our words, remembered them, retained them well and then passed them on to others. And how many scholars are there who are the scholars of religion without having understanding of it and how many scholars of religion are there who convey knowledge to those who are more well-versed as compared to them. There are three things on account of which no rancour enters a Muslim heart: the sincerity of purpose for Allah's sake, seeking goodness for the Muslims and sticking to their main body, for their prayers encompass them all around.

(Shafi reported it and also Baihaqi in Al-Madkhal)

◼ Ibn Abbas reported Allah's Messenger (peace be on him) as saying: Be mindful in transmitting a Hadith from me. (Transmit) only that which you know (very well) for he who intentionally lies about me will find his abode in Hell-Fire. (Tirmidhi)

**Mishkat ul-Masabih: Translated by Abdul Hameed Siddiqi; Kitab-ul-Ilm.**

FED-PEC0265113

## Cover Story

### The Muslim World:

# On Threshold of New Year
## Major Muslim Issues Unresolved



Providing artificial limbs for disabled Afghans.

**A**s Islamic Hijra year comes to an end, the Islamic Ummah continued to grapple with most of its chronic problems with little or no success in sight. Apart from the victory in the Gulf war which saved the Ummah from real disaster, thanks to the wisdom and sagacity of the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz, the Muslim countries made no headway and are facing the same threats, conspiracies and challenges as they did at the beginning of the year. The Afghan Mujahedeen groups are said to be at loggerheads, the Palestinian problem is yet to be solved and Muslims in India, Kashmir, Philippines and some African territories are still struggling for their rights.

Editors of the *Journal*, Abdullahi Shaikh Muhammad, Sayyid Hasan Mutahar, Muhammad Nasir and Muhammad Abdul Quadir examine the background of these issues and report on events and developments during the year.



Babri Mosque being guarded.

FED-PEC0265114

**Cover Story**

### Palestine Issue

The Palestinian problem remained at the core of Muslim activities and attention during the year as usual, and both regional and international peace activists kept on trying to provide acceptable solutions to parties involved without any tangible success.

Early in the year the focus was on an international conference to be chaired by the two Super Powers but as differences over Palestinian representation and other matters loomed large, mainly, due to Israeli intransigence, efforts in this direction suffered serious setback and were suspended to be overtaken by the Gulf war. The Gulf war, in itself a serious problem that faced the Ummah, had wide-ranging effects on the Palestinian issue. While on the one hand support continued as ever for the Palestinian cause, many states became disenchanted with the Palestinian Liberation Organization and its leadership for siding with Iraq in the crisis. On the other hand, the United States, which so vigorously sought the implementation of U. N. resolutions against the Iraqi regime during the crisis, became increasingly obliged to apply the same in the Arab-Israeli conflict to avoid being accused of adopting double standards.

The upshot was diplomatic efforts that had brought the U.S. Secretary of States, James Baker, to the area several times but that had lacked the requisite punch and determination to bring about a settlement at the desired pace and speed.

The Israeli enemy moreover continued its manoeuvre designed to mislead world public opinion while insisting on the usurpation of Palestinian land and rejecting the inalienable right of self determination for the Palestinian people and the establishment of a free and sovereign Palestine.

Despite some successes in the overall consultations between Super Powers and Middle East states over the convening of a Middle East peace conference, the Palestinian issue remained unresolved by the end of the year.

### Deadlock in Afghanistan

The Afghan Mujahedeen, who forced a mighty Soviet Union army out of their country through their strong faith and determination seem to have waned with no reports of a militray breakthrough over the past year, except their remarkable victory in Khost.

Although the war continued after the last Soviet armoured division withdrew from Afghanistan two years ago, it was now between two Afgan factions, the Mujahedeen and the Communist regime supported by the Soviet Union, and is said to have taken a different course. Afghan resistance fighters and refugees living in Pakistan are reported to feel abandoned. Throughout the years



Palestinians raising Fatah Flag.

of Soviet occupation, money, weapons, food and assistance flooded their offices and camps. But now that their war in the words of a Western diplomat "has become local," they have to adjust to the change in the world and put up with meagre support.

The Afghans' most generous donors, the Arab Gulf states and Islamic countries have since been involved in other conflicts that had diverted their attention and perhaps their resources. One of these, the Gulf war has claimed substantial portions from the treasuries of the major donfors in the Gulf, which, of course, had its effects

FED-PEC0265115

## Cover Story

on the financial support normally channelled to the Afghan Mujahedeen. During the year, the Afghan people have had little relief. There were still about five million living in refugee camps in Pakistan and Iran who, for one reason or the other, are unable to return. Moreover, the Mujahedeen factions seem unable to reach any consensus and aid workers are pessimistic about future support and aid.

The lack of any breakthrough and stalemate in the military situation of the Afghan Mujahedeen that prevailed during the year is blamed for the setback suffered in Jalalabad which could not be liberated todate. Moreover, since May 1989, the Mujahedeen have made no inroads into government territory, having confined themselves to Peshawar.

On the peace talks front, although there were periodical announcements of peace talks of the Super Powers to solve the Afghan problem, nothing substantial emerged and the year ended with no signs of a breakthrough.



Ethiopia shown in Yellow emerges from Civil War.

### Ordeal in Africa

In the African continent the fall of the Marxist Ethiopian regime under Mengistu Haile Mariam towards the end of the year was received with great relief among Ethiopian Muslims and in Islamic states.

The Muslims in Ethiopia, a majority, have been suppressed for long by both the regimes of Haile Sellasie and Mengistu Haile Mariam. Their social and political rights were denied while sinister efforts went on unabated to project them as a backward minority who do not deserve beyond what they had.

The Muslims' ordeal in Ethiopia was manifested during Sellasie reign in forcible conversion to Christianity, erection of churches in Muslim towns and expropriation of fertile Muslim lands on one pretext or the other. During the regime of Mengistu Haile Mariam, the import of the Holy Qur'an and Islamic books was severely restricted and the teaching of Arabic in the few Muslim schools was discouraged.

These violations were enough to force Muslims to join hands with other liberation movements fighting the former regime of Mengistu Haile Mariam and when the initial victory of ousting the former government came, the question of how to rectify the ills of the past posed real problems.



Alert Afghan Mujaheed raises his gun.

The removal of an oppressive regime during the year seemed a welcome change but whether the plight of Muslims will change for the better is yet to be seen.

FED-PEC0265116

**Cover Story**

### Uprising in Kashmir

In Kashmir, as the Valley continues to bleed and burn, its steadfast and peace-loving people remained in a state of revolt against its illegal occupation by India.

Since 1947, the inhabitants of Kashmir achieved nothing but serfdom after being trampled by the Sikh and Dogra usurpers for over a century.

This and the latest pillage and destruction carried out by the Indian armed forces have sharpened the determination of the Kashmiris to opt once again for martyrdom and resistence against aggression.

The step set in motion the Jihad in Kashmir to achieve the Kashmiri people's inalienable rights for self-determination opting for a sovereign state or autonomy.

But the Kashmir uprising which needed Muslim support to gather momentum and make the neccessary headway was not receiving any meaningful backing.

Muslim countries were deeply involved in their own intricate problems and did not seem to be in a position to sustain or support the rights of the people in the Valley on the desirable proportions and scale. Despite this, there was a recognition in many Islamic circles that it was imperative for the Islamic Ummah's integrity and solidarity to extend substantial assistance to the Kashmiri Mujahedeen.

Oblivious of this, the Kashmiri youth spearheading the current resistance movement has begun to wage a fierce war, ignoring the number of troops deployed by India and the tactics adopted to overpower the freedom fighters.

The present uprising of the young Kashmiris, who reject any bargain or compromise with India, has generated hot exchanges between India and Pakistan, a party to this dispute.

The Indian Government, which felt the pinch of the resistance, accused Pakistan of fomenting a violent secessionist movement in the Valley. Pakistan was very quick in denying the charge and urged India to avoid a military conflict over this sensitive issue which had already caused two major wars between them.

As the uprising and struggle of the freedom fighters escalated, the Kashmir problem continued to be a thorny issue with no solution in sight by the end of the year.



Kashmir: untold suffering.

FED-PEC0265117

## Cover Story

### Indian Muslims' Struggle

In India Muslims continued to resist the Hindu militants' plans to destroy their Islamic identity and their places of worship. The centre-piece of these plans was to demolish the historic Babri Mosque in Ayodhya, Uttar Pradesh, which was built by the first Mughal emperor, Babar in 1528 and build a Hindu temple on its site. The 18-month-old campaign waged by the Hindu zealots claimed over 2000 Muslim lives and led to a heavy loss of property and business. Communal passions were roused to such an extent that two governments at the centre have fallen in quick succession because of the Masjid - Mandir dispute.

In the latest elections to the Lok Sabha (lower house of the parliament), the dispute was the central issue and came as a handy weapon for the Hindu chauvinists to rally the majority community under their banner to carry out their sinister plan. The outcome was the election of a rightist BJP Government in the crucial state of Uttar Pradesh. The new government in Lucknow is fully committed to building the Ram Temple and the newly-elected ministers demonstrated their resolve by travelling all the way to Ayodhya for thanksgiving while wearing their typical religious garbs.

The latest developmets heightened the crisis and although the Muslims in India have not lost their nerve as a result of the countrywide massacre which the explosive controversy engendered, their problems seem definitely to have increased with no solutions in sight by the end of the year.



A damaged Mosque at Rishi Galab Nagar

### Impasse in Philippines

In the Philippines, Muslims fighting for self-determination in the south of the country achieved nothing during the year. The Tripoli Accord which the Government of former President Marcos had signed with the Moro National Liberation Front leadership provided enough ground for a peaceful settlement, but this was blatantly ignored by President Corazon Aquino. Since the present Government came to power in 1988 after the dramatic fall of President Marcos, it "conferred twice with the Moro organization" under the leadership of Prof. Nur Misuari. No headway seems to have been recorded.

Although the Moro Front declared that it would continue its struggle following the collapse of talks on the future of Mindanao two years ago, there appeared to be no definite indication heralding the liberation of the Muslim island or even another session of peace talks as demanded by the Muslims. The year has elapsed with no solution in sight to this formidable problem.



Phillippine Muslims in protest marches.

FED-PEC0265118

# Serving Islam is serving humanity in general — Dr. Nasseef

Dr. Abdullah Omar Nasseef, Secretary-General of the Muslim World League and the year's winner of the King Faisal International Prize for Service of Islam, was preparing for Taraweeh when he received a call from Prince Khalid al-Faisal, governor of Asir and director-general of the King Faisal Foundation telling him that the news would be on the radio in a few minutes.

"I was not expecting any award for my work," Dr. Nasseef told *Arab News* in an interview at the MWL office in Jeddah, and I don't want my work to be recognized. But since it has been recognized. I pray to Allah for success to be able to perform my duties better."

Nasseef stressed that no Muslim can be exempted from serving Islam. "Serving Islam is serving humanity in general," he said. He deplored the fact that today people "perform their duuties in a stagnant way, without any meaning, without any useful thinking." He said that what was needed was the introduction of a concept of change in thinking.

On the state of present day Muslims, Nasseef said that before August 2, 1990, they were very much prepared to work among themselves as countries and organizations. "Now that the crisis is over they should return to the quest for unity. I cannot say that it is a united Ummah but at least Islamic solidarity has proved to be very important.



Dr. Nasseef emphasizing a point.

**Q** Doctor, you mentioned Aug 2. It is obvious that you are referring to the Iraqi invasion of Kuwait. Would you like to elaborate?

A. The aggression of Iraq against Kuwait was unexpected, unprecedented and barbaric. It was rejected not only by Muslims but all people. Even the most primitive people who live in a jungle would not accept what was done by Iraq. All treaties and memorandums of understanding at the Arab, Islamic, and international levels were violated, and turned upside down. Saddam Hussein wanted to put the ag-

gression in an Islamic framework to mislead the masses. It led to a very big setback for Muslims as individuals, as organizations and as states.

**Q** How do you think the Muslim world as a whole reacted to the Iraqi invasion?

A. Learned people and those who seek guidance from Allah recognized immediately that it was a total aggression and violated all principles and had to be condemned and fought. Allah ordered Muslims to fight against aggression, wherever it comes from; it does not matter if it is from your own brother. It has to be faced and fought. Those whose knowledge of Islam is scant got emotionally involved and supported Saddam without thinking.

**Q** A conference of Islamic scholars was held in Kingdom to explain the meaning of Jihad. Iraq also organized a similar meeting. What would you say to those who believed the arguments at the Iraqi-sponsored meeting?

A. Iraq started the business of conferences some six years ago during the war with Iran to get support from Muslim scholars. Since people are simple-minded they thought that Iraq wanted peace and that Iran was rejecting it, so they supported Iraq. Iraq held this conference and the people who attened it were the same ones who were either misled or did not have enough information or were paid to come. The conference in Makkah was

FED-PEC0265119



Dr. Nasseef talking to the Press.

attended by the most distinguished people in the Muslim world. Some were supportive, some hesitant, and some were with Saddam. They read the papers which were submitted, and listened to the arguments made based on the Qur'an and Sunnah. It was the MWL's duty to clarify the issues.

**Q** What is the Muslim World League doing, or can do, to prevent the oppression of Muslims, to prevent the systematic annihilation of the Muslim's identity, his property, business, laws and life by anti-Muslim political parties, organizations, and even by those in power?

A. At the end of the colonial era Britain, France and other Western countries left problems here and there and created permanent crisis which ensured that Muslims would be kept so busy that they would not think of bringing Islam as a system back into their lives. This is what is leading to crisis and problems faced by the Muslim minorities in many, many countries. So the MWL has a duty to explain to the world what is happenning to any minority, and to protect it and to seek and ask for the freedom it should

> "Learned people and those who seek guidance from Allah recognized immediately that it was a total aggression and violated all principles and had to be condemned and fought. Allah ordered Muslims to fight against aggression, wherever it comes from; it does not matter if it is from your own brother. It has to be faced and fought. Those whose knowledge of Islam is scant got emotionally involved and supported Saddam without thinking."

have as citizens of that particular country. For example, in India, we have made clear that we do not want to interfere in the affairs of that country because it is a soverign, democratic state. But Muslims there have been deprived of their legal rights, according to the constitution of the country. So our duty is to explain that these rights have been denied, and request the concerned governments, in this case India, to give Muslims their rights. We see a new order coming up in the

world, and the Muslims should be given the right to practise and make use of this new order. There are laws and principles in every religion to promote harmony and we should get rid of radicals prevailing in any community who want to create confusion and suppress minorties.

**Q** What would you say about Muslims in East European countries like Albania and Yugoslavia?

A. They are in a state of change. This kind of transitional period usually has its problems. The time will come when things will return to normal.

**Q** You said you have been in contact with Indian authorities about the Muslim minorities' problems. Have you taken similar steps concerning East European countries?

A. Yes, we have contacted authorities in Yugoslavia and Albania. There are not any problems in Romania. In Bulgaria. Muslims have gained seats in parliament. So things are improving.

**Q** What about the situation in France?

A. The French government is now understanding Islam better and Ministry of Interior has formed a committee of distinguished Muslims representing the main organiations in France. They are learning how to deal with the crisis of Muslims.

**Q** What, according to you, does the Muslim world as a whole lack as far as the spirit and teaching of Islam are concerned?

A. Muslim are not adhering to the principles of Islam. They are not seeking guidance from the light of Islam. They are only trying to imitate and copy from elsewhere. Islamic principles have been eliminated from our lives. That is why we are suffering today.

**Q** In the same vein, what are their strongest points? There must be some good points about Muslims?

FED-PEC0265120

A. Muslims can offer a great deal. For example, human right in Islam is supreme. The right of worship, the right of free speech, the right of coexistence. Islam offers the best way Muslims and non-Muslims can relate, cooperate, protect each other, support each other. This is lacking because of lack of knowkledge of Islam. Islam can give the system of life, economics, education, politics, local government, social welfare — a system which even those who do not want to accept Islam can use, because it was applied to other peoples' lives and was accepted. We have to rediscover Islam and bring it back into peoples' lives and offer it to others.

**Q** **What is the most important thing that needs to be done in the service of Islam?**

A. There is a great deal. Muslims today represent the Third World. They are suffering because of lack of proper economic and social systems. The upliftment of the community is very important, so united efforts must be made by the Muslim countries to provide those communities with economic, agricultural and industrial projects which will generate some income and enable people to live a better life. But they have to realize that unless they seek that progress through Islam there will be nothing, because God has given us a religion which is the most powerful, and which is continuation of the mes-

A. The superpowers are frightened of Islam because it has been misrepresented by the media in the West, and by books, schools and universities. Intentionally or unintentionally, Islam has been represented as the most backward and the most dangerous and barbraric of religions.

The West thinks of Islam as a jihad, that Muslims will conquer Europe and the United States. This picture has to be changed. The whole world has changed. So Muslims have to be very realistic and they have to be considerate to other religions and other communities. Only then will others cooperate.

**Q** **What can Muslims do as individuals to help their oppressed brethren?**

A. Muslims have a duty to serve their brethren through charity and support of all kinds. Because of the lack of understanding on the part of each individual, Muslims as individuals are not doing their duties. They are not adhering to Islam. That is the core of all problems today. If individuals are better, then the community will be better. It begins with individual, the family, society, then the international community. The decay in the pattern of social behavior of Muslim Ummah has been going on far a long time and we have to start an era from the grassroots upward. This can be achieved through our programmes of education, help to schools and mosques. Change the individual and then the society.



Dr. Nasseef at Dawah Work Function.

**Q** **What role can Muslims play in today's world. What advice would you give them?**

A. Muslim youth are the real hope. There are signs that they are much more reasonable and understanding and they want to do something. We expect that a new generation will replace the one which is not learning, and is not prepared to even think of changes. So the new generation will be the dynamic community. I hope, if it seeks knowledge and trusts the wisdom of the elderly. Also we have to avoid the negative side of our society and community.

sages of Allah and through which we must seek guidance and find the straight path and walk according to it. It is not a theoretical call; it is a practical one. It has been proved that Muslims have progressed whenever they have followed Islam. Whenever they have abandoned it they have suffered a great deal in all aspects of life.

**Q** **Can Muslim Ummah play a leading role in the international arena, like that of the superpowers, like an elder statesman, any in time in the future?**

**Q** **One last question, doctor. You said that the Iraqi invasion affected Muslim unity. How long do you think it will take to get Muslims back together again?**

A. By the grace of Allah the crisis, at least the major part of it, ended quickly. Muslims will very soon be back to work together, to promote unity and Islamic solidarity. Insha Allah.

FED-PEC0265121

# Towards Understanding the Qur'an

### Mikail Adebesi Folourunsho

The Almighty Allah says in the Qur'an:

*"We shall make you read and you shall never forget, except what Allah wishes, He knows what is manifest and hidden."*

The sentence *"Illa ma sha Allah"* (except what Allah wishes) that occurs in these verses refer to other things not included in the Qur'an. It is noteworthy that though the Qur'an accommodates the previous revelations but these are not as detailed as they were, before the revelation of the Qur'ah. In essence, our submission is that the Qur'an brought only the significant aspects of those revelations and left the others unrecorded. The verse, therefore, refers to such set-aside issues. These could be found in the original copies of the previous scriptures which have today been lost and utterly forgotton. The word *"illa ma shaa Allah"* refers to these as Allah was no more ready to put these in the Qur'an. Possibly, for they were no more relevant.

The Almighty Allah says that He is the Sender and the Guardian of the exhortation (Qur'an). The safeguarding of the Qur'an comprises several aspects, the most important being the preservation of the integrity of the text of the revelation. Far is it from the Qur'an the claim that it is incomplete, as we shall see later when examining the views of the Orientalists.

The particular occasion was an



The Qur'an remains the same from the day of its compilation till today.

assurance to the Prophet that though he was unlettered, the message given to him would be preserved in his heart and in the hearts of men. It is remarkable to note that none of the Qur'anic verses was memorized by the Prophet, likewise were prominent ones among his companions. In addition to memorization, there were scribes who used to put down the revelations whenever it came.

There can be no question of this having any reference to the abrogation of any of the Qur'anic verse. The chapter is one of the earliest revealed, being placed about 8th according to the most acceptable chronological orders. While the basic principles of God's law remain the same, its form, expression and application have varied from time to time. Let's take Prophets Musa, Isa and Muhammad as examples.

The basic law given to all these and other Prophets remained the same, but there are variations in their applications. It is one of the beneficent mercies of God that we should forget somethings of the past, lest our minds become confused and our development thus retarded. Besides, God knows what is manifest and what is hidden and His will and plan work with supreme wisdom and goodness.

There are a number of the Qur'anic verses of injunction which after their descent have replaced the previous ones and put an end to their validity. The earlier ones are called the 'abrogated' and the latter ones the 'abrogating' since they dominate the former. In the earliest day of Islam, Muslims were told to be lenient with the followers of other religious books as shown by this quotation. Q. 2:109. "But

FED-PEC0265122

forgive and overlook till God accomplishes His purpose."...

Then, the abrogation came later thus:

*"Fight those who believe not in God nor the Last Day, nor hold that forbidden which hath been forbidden by God and His Apostale, nor acknowledge the Religion of Truth of the people of the Book."* Q. 9:29

The reason for abrogation is the expiration of the end of the period of the abrogated injunction... Meaning that the expediency of issuing an injunction has been a limited and temporary one and thus its effect is limited and temporary and the expiration of the period led to another revelation. This should not lead to concluding that God makes mistakes for His perfection is undeniable.

Abrogation is an injunction issued but got replaced by another injunction. Naturally, there is no difficulty in enacting a temporary injunction where the conditions are not ripe for issuing an absolute unalterable order and replacing it by a fixed injunction as the Almighty Allah says:

*"When we substitute one revelation for another, — and God knows best what He reveals (in stages), they say, "Thou art but a forger." But most of them understand not. Say: the Holy Spirit has brought the revelation from thy Lord in Truth, in order to strengthen those who believe, and as a guide and Glad Tidings to Muslims."* Qur'an 16:101-102.

## Orientalists' Views

We shall examine here the views of 19th century American Orientalist, Washington Irving and Gulibert de Nogent on the Qur'an.

(i) —"It was not revealed to Muhammad as he made us believe." They said that the Qur'an is no more than collected narrations from Jews and Christians during the lifetime of Muhammad. Buttressing their points, they claimed that the message of the Qur'an was similar to those available in the previous Scriptures in some aspects. This led them to the conclusion that the Qur'an was a compilation of stories and narrations from the early Christians and Jews to the Prophet.

Gilibert went as far as quoting a monk (Bahira) met by the Prophet on his first trade trip to Syria. He said that most of what form the present Qur'an were obtained by the Prophet from the man. In refutation to this, Allah says: Qur'an; chapter 16: verse 103.

*"We know indeed that they say it is a man that teaches him; the tongue of him they wickedly point to is notably foreign, while this is Arabic, pure and clear."*

(ii) — The Qur'an is incomplete, likewise they viewed it. The verses of the Qur'an under discussion forms one of their bases for the argument. They said that though Muhammad acquired it from the Christians and Jews, yet, he failed to acquire it in full. To them, there are still some aspects it failed to cover.

Our submission here is that once these Orientalist have failed to state the argument convincingly by pointing out to those omitted aspects, the argument is then baseless. The Almighty Allah says:

*"Nay, they charge with falsehood that whose knowledge they cannot compass, even before the elucidation thereof hath reached them: thus did those before them make charges of falsehood. But see what was the end of those who did wrong."* (Qur'an 10:39)

They deny that of which they possessed no knowledge. Also, the following Qur'anic quotations, Qur'an 4:28, 47:24, 2:23,

4:82, 2:106 call our attention to the fact that the Qur'an is a complete revealed book, with challenge to the detractors to produce, even collectively, a single line comparable to it. The challenge remains unanswered till today.

(iii) They claimed that the Qur'an has been edited, passages added to it, for religious/political ulterior purposes in the first century. Whereas, Allah says that falsehood shall never penetrate it.

The recognition given to the Qur'an was similar to that of an ordinary book on literature of no importance, comparative to the Bible which, they claimed, served as the source of information for the author of the Qur'an.

Our submission in this regard is that the Qur'an remains the same from the days of its compilation till today thus earning it the recognition as a divinely revealed and preserved book, while the Bible had undergone series of editing thus rendering it full of contradiction, inconsistencies, editorial prejudices and human fallibility.

### References

1. Ali, Abdullah Yusuf: The Holy Qur'an: *Text, Translation and Commentary,* United Kingdom, 1975, 1975.

2. Avoob, Dr. M.M.: *The Great Tiding,* (Cs) Tripus 1983.

3. Qutb, Sayyid: *In the Shade of the Qur'an,* Taj Co., Delhi, 1985.

4. Athar, A.A.: *The Qur'an in Islam,* I.P.O., Tehran, 1984.

5. Sawi Jalaludeen and Suyyuti Jalaludeen. *Tafsir ul-Jalalayn,* Mostafa al-Babi al-Halabi & Sons Printers, Cairo, Egypt.

(M.A. Folorunsho, CAIS (Ibadan), B.A. Hons (Ilorin), P.O. Box 87, Iree, Ikirun, (Oyo State), Nigeria.)

FED-PEC0265123

# The Qur'an and Biology III

### M. Shahabuddin Nadvi

### Theme of Cosmos & Biology

The true purport of the biological sciences, viewed in the light of Qur'anic directives, is to explore the manifestation of cosmos and the self.[1] Thus Allah says:

*"And in the creation of yourselves and the fact that animals are scattered (through the earth), are Signs for those of assured faith."* (Jathiya: 4)

*"And among His Signs is the creation of the heavens and living creatures that He has scattered through them.* (Shura: 29)

*"Do they not took at the camels, how they are made."* (Gashiya: 17)

*"Seest thou not that Allah sends down rain from the sky? With it We then bring out produce (crops and fruits) of various colours."* (Fatir: 27)

*"A Sign for them is the earth that is dead: We do give it life, and produce grain therefrom, of which ye do eat."* (Ya-Sin: 33)

These verses refer to intrinsic and extrinsic manifestations of natural phenomena. A discerning contemplation on these verses will also bring out clear signs of the occurrence of Doomsday. In this respect also, the study of biological sciences assume great significance.

### Qur'anic Reasoning

The sweep of the meanings and purport, with their relevance to the past and that which shall follow, of the verses of chapter *Al-A'ala;* their motive and purpose; and above all, the delightful and enchanting mode of presentation of the verses are the features which captivate the mind in sheer ecstasy of delight and joy and make one exclaim improptu that, verily, this is the word of Allah. This eternal discourse is thus beyond human intellect to compile. Rather, it would be more than sufficient if human mind can, by and large, scale the depths of the wisdom and significance inherent in these discourses.

The underlying wisdom of these verses, expressed in a unique manner, can be comprehended only after grasping the interconnection of the different verses of this chapter. This will also convey what Allah desires to convey to human mind through scientific disciplines. In the beginning of the said chapter, it is declared:

> *Glorify the name of thy Rabb (Guardian-Lord, Sustainer), Most High.*

The three things emphasized here are:

1. State the immaculateness;
2. Of your *Rabb* (Sustainer); and
3. Who is High and Mighty.

It is a unique feature of Islam that it characterizes the Creator of this universe as *Rabb*. It is logical to revere and sanctify Him because of his *Rububiat*. Moreover, *Rububiat* itself leads one logically to *Uloohiat,* for the Divine essence of Allah is inherent in His creative attribute. The fact is that a more efficacious and fascinating description of the Divine Being, which is also absolutely logical and rational, has not been put forward by any other scripture or religion of the world.

The first aspect (state of immaculateness) is an assertion, while the other two provide an arguement for the first assertion. It is an effective argument too, for it suffices to establish the *Rububiat* of Allah. But Allah has a higher purpose in view, that is, revealing some of the splendours of His *Rububiat* to man so that man's faith in Him is not restricted merely to the rational plane, but attains the heights of positive knowledge. Thus, after stating the rational argument, the Holy Qur'an draws the attention of man, through *Allazi Khalaqa Fasawwa Wallazi Qaddara Fahada,* to the universe itself with all its natural manifestations. This is to invite man, if he so wishes, to observe the perpetual splendours of *Rububiat* of Allah in the systems of *Takhleeq, Taswiah, Taqdeer* and *Hidayat* inherent in the universe. Man will then not cantradict the presence of a superior creator, for this will not be based upon mere rational thought but on the observed phenomena of universe. Knowledge and intellect can sometimes be belied, but the denial of a clear demonstration of truth is unthinkable.

### Purpose of Biology

This contemplation of the universe and the laws of *Takhleeq, Taswiah, Taqdeer* and *Hidayat,* is not only an irrefutable evidence of the truthfulness of the verses of *Al-A'ala,* but also a primary objective and fundamen-

FED-PEC0265124

tal aim, from a Qur'anic point of view, of biology and all other sciences. Thus, the Holy Qur'an invites us to undertake the study of biology and other scientific disciplines and, at the same time, defines the ultimate aim and subject matter of these sciences. Further, it tries to elevate the intellectual and reflective levels of man to a higher plane; warns against patterns of thought that are misleading and evil; and, prevents him from straying from the right path in the diversity of nature's manifestations. It is indeed astounding that the Holy Qur'an gives expression to all these intricate truths most comprehensively just in a few words, without omitting anything of importance.

### Allazi Khalaqa

In the foregoing discussion, pros and cons of the arguments relating to the attributes: *Rububiat* (Sustenance) and *Uluiyat* (Superiority) of the Creator have been reviewed briefly. Let us now look at it from a different angle. All the creations of Allah show an amazing system of mutual co-operation and co-ordination despite their varied and diverse characteristics. This amazing spectacle of mutual co-operation can be compared to a huge living machine of which all the species are components, and which would fail to operate even for a day without the concordant participation of all its component parts. It would be impossible to conceive this astounding system materialising spontaneously and its diverse components joining together and running on their own without any creator and operator. To imagine this happening is obviously meaningless and contrary to reason. If a very small and trivial thing needs the labours of an artist or a craftsman, it is definitely impossible to conceive that this colossal universe, with millions of celestial bodies and living beings, which is operating in a perfect order and arrangement, could have evolved by itself. Hence, the study and observation of this universe will primarily bring to mind the concept of a creative and all-comprising Being.

### The Supreme Sustainer

An artist is identified by his art. This universe is brimming with a lavish and immaculate artistry of its Creator. These manifestations of creativity fully testify to His superiority and divinity. The *Rububiat* and superiority of the Creator has two aspects: one with respect to the celestial bodies and the other with respect to the creations—living and non-living—present in them. This perspective will lead us to recognize a few more traits relating to His eminence and omniscience. He controls infinitely numerous planets, stars and galaxies, each subservient to a highly organised system in such a way that none of these has the power or capacity to deviate even slightly from the course set for it. Just imagine the number of planets, stars and galaxies and immensity of the vast space. How many planets, suns and galaxies similar to that of our own would be there in this colossal universe and its extensive span? According to a rough estimate, there are at least one trillion stars in one galaxy, while there are billions of such galaxies. The planets, stars and the galaxies are such great distances apart that it becomes well-nigh impossible to conceive them in a concrete manner; rather, one feels baffled by mere reflection over them. These infinitely numerous celestial bodies neither collide with one other nor deviate even slightly from their path and orbit.

*"All (the celestial bodies) swim along, each in its rounded course.* (Anbiya: 33)

How boundless is His might and supremacy! In truth and reality, our limited intellect is incapable even to conceive of the true dimensions of His supremacy and omnipotence. The All-Mighty Creator has placed tremendously amazing energy in each atom of material substance which is capable of shattering mountains to pieces, diverting the course of rivers and turning the earth topsy-turvy. Would it be possible for our imagination to comprehend the quantity of energy generated if all the matter in this universe — including the celestial bodies — were to be converted into atomic energy? According to Einstein's equation $E=mc^2$, the atomic energy generated by harnessing one pound of matter is equivalent to energy generated by burning 2.8 billion pounds of coal. We can thus contemplate the power and capability of the Supreme Being Who has invested His creations with tremendous power, immeasurable beyond reckoning. It is verily absurd to think of Him as powerless. Power is required to create energy and obviously the power of the creator would be greater than that of what has been created by him. Further, one who has created anything, say a machine, is also capable of breaking and remaking it.

The Holy Qur'an has, at different places, assigned to Almighty Allah such attributes as: *Ghalib* (predominant), *Ali* (eminent), *Qadeer* (powerful), *Jabbar* (omnipotent), *Mutakabbir* (proud), *Qahhar* (imperious), *Muta'al* (exalted), *A'la* (supreme) etc. All these terminologies pertain to human vocabulary and hence have limited dimensions of discernment. These terms actually pronounce a narrow and limited concept incomparable to the true eminence of the Creator. In fact, these concepts are beyond the ken of human perception.

FED-PEC0265125

In short, the addition of the term *A'la* to the term *Rabb*, in the verse being discussed here, is meant to create an awareness that the supremacy of Allah is beyond the reach of the conceptual capabilities of human mind. Someone has rightly said that the essence of cognizance lies in the admission of one's utter helplessness. Obviously, the reality of this most sublime concept can be realized only after a deeper perusal of the natural phenomena.

> "Those truly fear Allah, among His servants, who have knowledge."
> (Fatir: 28)

### Rabb and Rububiat

Since this whole wide world without end as well as the living beings are functioning as a single unit under a comprehensive system of *Rububiat*, it follows that their creator is the 'Rabb' of all creations. He is as much the *Rabb* of all matter and phenomena as that of the celestial space and heavenly bodies.

> "Lord *(Rabb)* of the heavens and of the earth and all between them, and Lord *(Rabb)* of every point at the rising of the sun." (Saffat: 5)

The literal meaning of *Rabb* is to bring up something gradually to perfection.[2] This meaning of *Rabb*, as our contemporary scientific knowledge confirms, applies to the plant and animal kingdoms as well as to the world of matter and space. Volumes would be required for a detailed exposition of this fact.

*Rabb* is one who, according to the systems of *Takhleeq, Taswiah, Taqdeer* and *Hidayat,* gradually brings to perfection all creations from a tiny atom to planets in conformity with the physical and natural requirements of each of them. Every creation is thus evidently indigent and subservient to Him and He is predominant and sovereign over them.

> "To Him belongs every being that is in the heavens and on earth: all are devoutly obedient to Him."
> (Room: 26)

When the *Rububiat* of Allah is thus ascertained, it becomes imperative that we positively accept his *Uluhiyat* (divinity), that is, regard Him to be the only being worthy of adoration and veneration as a token of our servitude, powerlessness and unworthiness before Him.

The Qur'an instructs us in a natural and well reasoned manner to prostrate ourselves before Allah and sing melodies in His praise and glory. According to these verses (of chapter *Al-A'ala)*, the best song is the one sung after a deeper contemplation of nature's manifestations. This is not merely a logical inference, but springs spontaneously from within the depths of the heart with the observation and contemplation over natural phenomena, and automatically casts itself into the melody: *Subhana Rabbi Al-A'ala*.

For this reason, this melody of faith and belief is regarded as the ultimate symbol of servitude and is incorporated as an essential element in the *Salat* (performed five times a day). It is logically the right occasion for repetition of this phrase of praise and glory. This is again a unique feature that the claim *Sabbihisma Rabbikal Al-A'ala*, initially made by the Holy Qur'an, is transformed into *Subhana Rabbi Al-A'ala*, as a result of the study of nature. This feature also provides a clear and explicit evidence that the Qur'an is a Divine Scripture and Islam is the natural faith.

This is the true and enlightening concept of *Rububiat*. No other religion except Islam has the distinction of presenting such a precise and veritable view of *Rububiat*. Every precept of Islam is thus natural and every aspect of its teaching illustrates a unique

and rational attitude. In short, *Rububiat* is a fundamental principle on which Islam raises its edifice and hence the very first introduction of man's creator is made by it as "Rabb". That is why the Divine Scripture beings with the words: Praise be to Allah, the *Rabb* (Cherisher and Sustainer) of the worlds.

This approach of Islam is, by all standards, absolutely rational and scientific; whereas, to explain the relation of God with man, Christianity proffers the concept of father and son. A part from the resultant defects, the concept of father itself is irrelevant and limited, rather it can be applied to human relationships alone. In contrast, the incomparably, powerful concept of *Rabb* presented by Islam is a universal and all-comprising one, as it embraces in its fold all species and creations of the cosmos including celestial bodies. The meaning of *Rabb (Rububiat)*, as discussed earlier, is to carry something to perfection. No creation of this world, in view of this interpretation, is beyond *Rububiat*, whether it be a tiny atom or a celestial body, a small insect or a big elephant. All these are functioning under the care of Allah's *Rububiat* since they can attain perfection only under His all-embracing care and control. Verily, Allah is the *Rabb* and Supreme Administrator.

> "The Rabb (Lord) of the heavens and the earth, and all between, Exalted in Might, Able to enforce His will, Forgiving again and again." (Sad: 66)
>
> "Then praise be to Allah, Rabb (Lord) and Cherisher of all the worlds." (Jathiya: 36)
>
> "Now I do call to witness the Rabb (Lord) of all points in the East and the West." (Ma'arij: 40)
>
> Said: Rabb (Lord) of the East and West, and all between! (Shu'ara: 28)
>
> He is the Cherisher of all things." (An'am: 164)

FED-PEC0265126

The true concept of *Rububiat* imparted by Islam, can be better appreciated in the light of contemporary scientific knowledge. The study of biology will bring to light the amazing phenomena of *Rububiat*, and, more specifically, many discerning aspects of providential nourishment of all creations. Thus, a study of scientific disciplines, including biology is necessary for a true understanding of the concept of *Rububiat* presented by Islam.

**Jawame al-Kalim**

We have tried to present these few ideas in the form of a few principles and precepts from the limited scope of our knowledge and understanding. Human mind is, in fact, incapable of comprehending all the wisdom inherent in the Divine Word; and none can claim to have fully understood it. We can pick up a few gems of knowledge from this ocean, in proportion to our own capacity of discernment, but the yearning for what is yet to be learnt from it will always persist in man.

In short, these compendious verses relate the story of the universe and its essence and that of all-comprising *Rububiat* of the Creator; assign the status of man and elucidate his relationship with the Creator; invite man to contemplate on the universe and, at the same time, specify the laws governing the order and system of the universe; disclose the aim and purpose of reflection over nature and admonish man against erroneous ideas and notions; and, finally, indicate the right path. Further, man is called upon to submit to and worship the Supreme Creator, giving the reason for the same. The true status of the Creator is revealed by these verses which disclose the amazing attribute associated with Him. Materialism and disbelief is totally refuted by them; rational ar-

guments are put forward and realities pertaining to self and cosmos are revealed. A more profound search will divulge their corroboration of Prophethood and Ressurection. Thus, what fundamental fact or principle really remains out of the purview of the fourteen words present in these verses? Rather, these words not only encompass both the material word and faith and belief, but also exhibit a fascinating and comprehensive conception of their combination.

This may appear to be a tall claim, but there are countless arguments to support this claim. The fourteen words, in their construction and composition, depict an incomparably beautiful style and a unique and fascinating model for rational and scientific mode of presentation. Above all, the words cast a dumbfounding spell by their beautiful melody of faith and belief. This is the reason why the Arabs who prided on their eloquence or rather, the learned of all times and climes have failed to produce a discourse similar to it.

*Say: If the whole of mankind and jinns were to gather together to produce the like of this Qur'an, they could not produce the like thereof, even if they backed up each other with help and support.* (Bani Isra'il 88)

Is there to be found any human discourse comparable to this fascinating, unique and matchless word of Allah? This is the difference we find between human composition and the Divine speech; this is the reason for the Holy Qur'an being called *Jawame' al-Kalim* (a conjunction of discourses), that is, a discourse which comprises all knowledge and wisdom, inspite of being extremely brief and concise.

**Qur'anic Attributes**

Now let us take a glance at the miraculous mode of the Qur'anic

expression: a world of meaning with still deeper significance is hidden in its words and phrases. In the verse under discussion, we find fourteen words of which six are either alphabets or pronouns while eight are nouns or verbs. Now take these eight words which have been arranged in the following order:

1. *Sabbaha* refers to the glorification of Allah.
2. *Ism* alludes to the exaltation of Allah.
3. *Rabb* points to providence and sustenance of Allah.
4. *A'ala* implies the loftiness of Allah.
5. *Khalaqa* suggests the creation by Allah.
6. *Sawwa* is indicative of modulation by Allah.
7. *Qaddara* hints at the power and competence vouchsafed to creations.
8. *Hada* indicates the guidance provided by Allah.

The first four words are directly related to Allah while the remaining four to the creations of Allah, but a deeper reflection would reveal that the last four words also have a direct relationship to Allah since they refer to His creativity, modulation, bestowal of competence and ability and constant guidance, provided by Him to His creations. This, in other words, implies that the entire verse describes Allah alone.

Looking at the said verse from another angle, we find the first four words describing the personal attributes of Allah and the latter four, His functional attributes. If we treat the former group of attributes as assertions, the next four would appear to be providing testimony in support of these affirmations.

The fact is that we find innumerable examples of the artistry of the great Master Craftsman. The exquisiteness, delicacy, strength and artistic skill found in each of His creations overwhelm us with greatness, power and sublimity of Allah.

FED-PEC0265127

Science is nothing but a systematic observation and study of Allah's creations. The end and purpose of scientific exploration for a Muslim, as the Qur'an clearly indicates, is thus to inculcate a living awareness of Allah through contemplation of Allah's creations.

## Qur'an and Universe

An impressive aspect of both the Holy Qur'an and the natural phenomena is that we find absolute concurrence and harmony between the two in various respects. For instance, the surprising account of the different elements and their compounds present in nature will evoke in man a peculiar feeling of bewilderment; in a similar way, the selected words of the Book of Allah, their order, arrangement and interrelation will also bring on awe and astonishment in him. In other words, the study of matter and the variegated features of its elements, created by Allah, will tend to hold man in awe and even scare him, leaving him dumbfounded. In a similar way, the fascinations of His Word will also invoke the same feelings in him. This is not an extravagant assertion, not even a poetic claim, but a definite fact and universal truth which only the learned having a grasp over both the science and the Qur'an can appreciate.

The truth is that the Holy Qur'an is the word of Allah and the whole universe with its manifestations displays His creative attribute. Hence, how can there be a contradiction between the two! Rather, the way we are required to understand the arrangement of words, their interrelation and arguments in order to understand the verses of the Holy Qur'an, we have similarly to know the form and structure, the elements and compounds and the properties and characteristics

of matter so as to understand its performance. Without this, it is impossible that we will be able to comprehend the prudence underlying the *Rububiat* of Allah, His creative attribute and the wisdom of His creativity. Harmonization between the two will open the doors to knowledge of Divine mysteries and we shall be rewarded with the spiritual cognizance of the Creator—the real intent and the ultimate goal of man.

## Magnificence of Al-A'ala

We have tried to present in these pages a brief exegesis and significance of a few magnificent verses of the Holy Qur'an. Apart from it, there are many more aspects and perspectives we have not touched upon, for it is beyond the scope of this brief treatise. In reality, however, a detailed explanation of the fourteen words of these verses cannot be recorded in fourteen thousand or even fourteen hundred thousand volumes. As stated earlier, all the sciences and millions of species with their specific characteristics can be accommodated within the scope of these verses. Likewise, the detailed account of millions of heavenly bodies similar to those in our solar system (their exact number is known only to the Creator) can also come under their all-embracing elucidation. A complete interpretation of these verses from this perspective is neither possible for any human being, nor all the volumes of the world can suffice for such an elucidation. Hence, there is absolutely no exaggeration in the following assertion of Allah:

> "Say: "If the ocean were ink (wherewith to write out) the words of my Rabb, sooner would the ocean be exhausted than would the words of my Rabb, even if we added another ocean like it, for its aid."
> (Kahf: 109)

The enormous scientific advancement today has rendered these verses susceptible to human

comprehension and understanding. But fourteen hundred years ago when the knowledge about nature and universe was extremely limited, the assertion of these profound truths from the mouth of an unlettered person (peace be on him) could have come from only an All-Knowing Being. In the present era, we do not require extraneous and historical arguments and evidences to establish that the Holy Qur'an is authentic and veritable; rather the truths contained in it are enough to manifestly demonstrate its authenticity and genuineness.

This could probably explain why the Noble Prophet (peace be on him) was extremely fond of the chapter *Al-A'ala* and, as we know from various narratives of the *Bukhari, Muslim* and *Musnad Ahmad*, he not only recited this chapter in the prayers but also induced his companions to follow his practice.

## Nature and Shariah

The praise and glory of the Creator of the universe, incorporated in these eternal verses: *Subhana Rabbi Al-A'ala* and *Subhana Rabbi Al-Azeem*, and sung five times a day by the Muslims, is an evidence of the concordance of the Believer with the whole organisation of nature. In other words, each and every particle of the universe conforms to, and participates in the natural mode of submission to Allah and singing His praise as practised by the Muslims. This is the only logical inference we can draw from the construction and arrangement of words of these verses while the core of their message is that the whole existence is engaged in praise and glorification of Allah. This fact is further explained elsewhere by the Qur'an in these words:

> "Whatever is in the heavens and on earth, doth declare the Praise and

FED-PEC0265128

*Glory of Allah, — the Sovereign, the Holy One, the Exalted in Might, the Wise.* (Jumu'a: 1).

The natural phenomena, when profoundly reflected upon, will appear to chant from deep within, the veneration of their Creator and Master. Apart from absolute obedience to the Lord, it is quite likely that they are endowed with the capabilities of literal speech yet imperceptible to us.

*There is not a thing but celebrates His praise, and yet ye understand not how they declare His glory!* (Bani Isra'il: 44)

*"Seest thou not that it is Allah Whose praises all beings in (the heavens and on earth do celebrate, and the birds (of the air) with wings outspread? Each one knows its own (mode of) prayer and praise."* (Noor: 41)

The presence of the faculty of speech in the phenomena of nature, from a scientific point of view, is still unknown to man. It is probable that future scientific research may fully unveil this fact. A few years back, a celebrated Indian scientist, Sir Jagdish Chandra Bose, had through experiments conducted by him disclosed the presence of such faculties as feeling and perception, joy and sorrow, etc., comparable to animals, in plants, also. Further research on similar lines is in progress.

**Summary**

The profound relationship of these verses of the Holy Qur'an with biology and other sciences has been fully brought out by the foregoing discussion. Likewise, it is also clear that it is not possible to interpret these and other similar verses with the present level of intellect without acquisition and understanding of the modern sciences. The acquisition of these sciences and the elucidation of the verses of the Holy Qur'an in their light will also lead us to the following conclusions:

1. It will become possible to accumulate theoretical and scientific evidence confronting apostasy and atheism. For instance, in the scientific discussions, we come across countless phenomena where it is not possible to explain the apparent causes and we are forced to accept an unseen Causer behind them. All such instances are required to be studied with the help of the clues provided in the Holy Qur'an to press the knowledge, obtained through modern sciences to curb the materialistic and atheistic trends. Allah says:

*And how many Signs in the heavens and the earth do they pass by? Yet they turn (their faces) away from them!* (Yusuf: 105)

2. A study of the countenance and characteristics of animals and plants will bring to light exhilerating spectacles of sound craftsmanship and creative wisdom of Allah, alluded to in the Qur'an as *He Who has made everything which He has created most good* and *(Such is) the artistry of Allah, Who disposes of all things in perfect order!* This, in turn, will reveal the true purport of the system of *Rububiat* as instituted by the Creator.

3. A compilation of extrinsic and intrinsic signs of Allah is possible through scientific disciplines which shall demonstrate the divine origin of the Holy Qur'an by attesting to the truthfulness of its discourses on the one hand, and provide satisfactory answer to the doubts and scepticism of infidels and disbelievers on the other. This would, in turn, tend to destroy infidelity, nature-worship and all materialistic and atheistic trends. This is the purport of the following Qur'anic verse:

*Soon will We show them Our Signs in the (furthest) regions (of the earth), and in their own souls, until it becomes manifest to them that this is the truth.* (Ha Mim: 53)

4. Every age requires a new dialectics and its compilation becomes obligatory (*Fardh-e-Kifayah*) upon the Muslim Ulema. In other words, it is necessary to appraise and scan all contemporary knowledge in every age and compile new theoretical and scientific facts through a deep and profound reflection on the eternal verses of the Book of Allah for the guidance of humanity. This obligation will rest upon the Muslim scholars till the Day of Judgement and failure to fulfil it will render them guilty of being heedless to their obligation.

5. It is high time that we incorporate scientific disciplines, especially biology, in the curriculum of Islamic madrasas. The initial verses of the chapter *Al-A'ala* with their meaning should be inscribed in bold letters and displayed prominently in all scientific institutions. Their meaning and purport should be instilled deeply into the minds of all the students of science, since these verses not only invite and exhilerate reflective tendencies in man but also give a complete and comprehensive conception of the universe. Above all, they provide guiding light in all stages of human thought and reflection and the development of the faculties of human mind.

1. According to the verse: *soon will We show them Our signs in the (furthest) regions (of the earth), and in their own souls, until it becomes manifest to them that this is the truth*, the manifestations of the cosmos are the natural phenomena that surround man in this universe and those of the self are the sign with respect to biological and psychological systems operating within him. From this point of view, it is necessary to take into account all scientific disciplines for exploring the manifestations of cosmos and the self.

2. *Mufradatul Qur'an*, p. 184.

3. See, *Tafseer Ibn Katheer*, 4/499.

(Concluded)

FED-PEC0265129

# Zionism : A Threat to World Peace

**N.A. Ameer Ali**

"It is a thousand times easier
To pass an elephant through
the eye of a needle
To catch fried fish in your sea
To plough and till the sea
To make the crocodile
talk..."

Than shifting the Jews even a hair's breadth from his path of violence. Here I have taken the liberty of borrowing the lines of Twefik Ziad in a different context.

Just as Zionism was the offshoot of the racist mentality, so was violence its inevitable method of realisation. Hence, the process of building a Jewish national home in Palestine turned out to be the result of armed violence.

Israel indeed was conceived in violence and was born in Haraam, the ugly bratling of an unholy union. Naturally it can exist only in violence.

"Ants' eggs do not eagles hatch
and the serpents' eggs
Hides only a snake."
(Muhammad Darweesh)

Peace is the last thing that can be expected from Zionists. History reveals them to be too proud, always flaunting their racial superiority on the face of others. In fact, their whole history has been an orgy of violence and bloodshed. Their favourite hobby has been persecution. Have not they murdered Abel, who was in the ancestry of Israel?

Did they not droop Joseph into the well? And what an amount



Palestinians demonstrating outside Al-Aqsa Mosque.

of trouble they gave to Jesus! Many were the treaties and pacts they made with the Holy Prophet ( PEACE BE ON HIM ). But the Jews made treaties only to break them and they had no better use for pacts other than violating them. The wars of the Trench, Khyber and Hunain resulted from the intransigence of the Jews. They even attempted to take the life of Muhammad Mustafa ( PEACE BE ON HIM ). They have drawn on themselves the wrath of God by their misdeeds.

In fact, the faith propagated by the Holy Prophet, being very much akin to Jewish belief and practices, should have been attractive to the Jews, rather than the idolatrous Quraish of Arabia. But they had more arrogance than faith in them to welcome or at least tolerate the Last Prophet. Allah has cursed them.

"Nay, Allah's curse is on them for blasphemy." (11:88)

"Be ye apes, despised and rejected we made it an example for all time." (11:65)

The Jews were a people with no land. They had never belonged to any land. Even historically Palestine did not belong to the Jews. The Bible shows them as a pastoral race to whom "a land flowing with milk and honey" was promised. According to H.G. Wells (Outline of History): "It cannot be said that the promised land was ever completely in the grasp of the Hebrews." Since A.D. 135, when the Roman Emperor Hadrian sacked Jerusalem they have been wandering in other lands. And they deserve to be wanderers and nothing more. By a strange and fantastic and cursed act of the imperialists, the land that belonged

FED-PEC0265130

to the Arabs was bequeathed to them, who had no right to it. The Balfour Declaration was unlawful in issue, arbitrary in purpose, and deceitful in wording. It is the most incredible document to which a British Government has set its seal. As President Nasser put it, "a country without title (Britain) gave a country which it does not own (Palestine) to those who have no right to it (the Jews)." The unkindest instance of the British conduct of robbing Peter to pay Paul!

After an absence of nearly 2,000 years, the Jews have as much legal right to Palestine as the Welsh to England or the English to Germany, the Americans to Britain and some other countries of Europe, or the Aryans of India to the Russian Steppes, from where their forefathers came. Whereas the Jew was persecuted in every European country, paradoxically, he was accorded freedom and full rights as citizen in all Arab countries, until a few yeas ago. I need to refer to the etymology of only two words to illustrate how they were hosted in countries other than Arabian.

The word Ghetto is described in the Chambers Dictionary as "the Jews' quarter in an Italian or other city to which they used to be confined." They were treated as social outcasts having merited this status by their mean behaviour. According to the same source, the word 'Pogrom' means "an organised massacre, especially of Russian Jews."

In 1917, the population of Palestine was 90 percent Arab, and it is reported that when Mr. Balfour visited the Holy Land he was aghast to see the country so full of Arabs. "I thought," he confessed, "that most of the people were Jews." The Jewish population of Palestine in 1914 was 7 percent; in 1919, 10 per-

cent, but by 1930 immigration had raised it to 30 percent.

That the Jews have no legal, historical or moral claim to Palestine is the dispassionate view of Mahatma Gandhi. He said: "I have all my sympathies with the Jews. But my symathy does not blind me to the requirements of Justice. The cry for the national home for the Jews does not make much appeal to me. Palestine belongs to the Arabs in the same sense that England belongs to the English or France to the French. It is wrong to impose the Jews on the Arabs. If the Jews have no home but Palestine, will they relish the idea of being forced to leave the other parts of the world in which they can remain at will? The Palestine of Biblical conception is not a geographical tract. It is in their hearts. But if they look to Palestine of geography, as their national home, it is wrong to enter it under the shadow of British guns — nothing can be said against the Arab resistance in the face of overwhelming odds."

It is no secret that Zionist Israel has built a war-machine, with the help of the imperialists, that may lead to another world war. They have declared unequivocally in many forums that they are a nuclear power. They have piled up surreptitiously all nuclear weapons to be used in achieving

their nefarious claims. Jews throughout history have proved that their heart is the burial ground of all soft feelings and that they are dead to all human problems. Every Jew is a potential Shylock; none of them is amenable to persuasion. "There is no power in the tongue of man... to alter me," says the Shakespearian villain. His fanatical declaration that "I will buy with you, sell with you, talk with you, walk with you but I will not eat with you, drink with you, nor pray with you" is a monumental proof of the Jew's apathy to other cultures. However, the modern Jew, unlike his Shakespearian prototype, is demanding his pound of flesh for the 300 ducats that he did not lend.

How is it that the conscience of humanity does not bleed for the homeless Arabs? Millions of them are now living in tents, away from their homes and hearths for more than thirty five years. Are they not made of flesh and blood? How come that natural justice is denied to them? So long as we do not stand united, the Zionist belief in racist supremacy will be a danger to world peace. In recent memory, Hitler's belief in the so-called Aryan supremacy caused the greatest damage to all that was precious in mankind's cultural heritage. The Zionists are even more vic-



Palestinian mothers wait behind barbered wire to visit their sons in Ansar Prison.

FED-PEC0265131



Israeli soldiers harrassing Palestinian civilians! Peace is the last thing that can be expected from Zionists.

ious with their sophisticated weapons and unsophisticated behaviour. Another disturbing feature is that the Zionsists advocate not merely their racial superiority but white superiority. The Jews from the Indian state of Kerala, who migrated to Israel, are victims of colour discrimination. They have to suffer ill-treatment as they happen to be black, though they also subscribe to the notion of a national homeland.

The Zionist usurpers of Palestine seem to be suffering from a *nouveau riche* psychosis. This explains why they adopt the gait of a strutting barn-door cock in international forums. The UN General Assembly has done well in branding Zionism as "a form of racism and racial discrimination." In fact, the Zionists should be declared raiders and marauders under international protocol and should be treated as such for violating the sovereignty of other countries. The aims and objectives of Zionism, akin to Nazism, are contrary to the most elementary moral and human principles and values. As one of the former Presidents of the UN said, "the Arab people whose Holy Land (Palestine) and other territories were occupied are not the only people to suffer from the woes of Zionism. The sinister effects of this aggressive force have engulfed Africa, Asia, Latin America and other parts of the world."

Israel is a ghetto of ghettos, so to say. In Prof. Arnold Toynbee's words, "all the far-flung ghettos in the world are to be gathered into one patch of soil in Palestine to create a single consolidated ghetto there." This single consolidated ghetto, the mark of filth, cruelties, cunningness, atrocities, can never be expected to contribute to world culture or peace.

The Nazi philosophy of racism, expansionsm and the use of aggression and war to achieve its aims have been accepted in toto by Zionism. "The Arabs represented for them a political headache, not a human and moral problem. The presence of the Arabs was a mere accident like the presence of some forgotten pieces of furniture in a home which has been temporarily let to strangers," says Aruthur Koestler, the famous writer. If they are not put down, the Zionists will consider other cultures also as mere accidents. The language of persuasion is unintelligible to the Zionists; they understand only the language of force.

(Capt. N.A. Ameer Ali, East Coast Construction & Industries Engineers & Contractors, No. 4, Moors Road, Madras-600006, India)

FED-PEC0265132

*Know They Brethren*

# Muslim in Sierra Leone

### Dawood Ismail Sesay

In the 17th century, a small country of some 27000 sq. miles with a population of about two million, was discovered by a Portuguese sailor who gave it the name of "Sierra Leone" (Lion Mountain). It is located on the West Coast of Africa, bordering Liberia in the East, Guinea-Conakry in the North, and the Atlantic Ocean, in the South and West.

Islam was widely spread in the territory and firmly rooted in the minds of the people long before its exploration and colonization by the British, who brought along with them their version of the Christian faith. The country remained under the British rule until it became independent on 27th April, 1961, under the leadership of its first Prime Minister, Sir Milton P. Margai.

After seizure of power by the A.P.C. Party in 1967, the country has suffered from great setbacks— economic, social, political, educational, cultural and even religious. Despite the unrelenting combat between Islam and its enemies, the vigour of Islam remains live and glowing, whereas the Muslim resistance never seems to have yielded to any form of evil machinations of the anti-Islamic elements. It is a strange paradox though that constituting over 70% of the country's population, the Muslims at present have no role to play in the politics or constitutional framework of the state.

Notwithstanding the material temptations of the Christian missionaries and the Jews, the fact is that they have not achieved and are not likely to achieve their goals in any significant manner. Many primary and secondary schools and hospitals have been built and are run by the Christian missionaries. Indeed, the best results of the G.C.E. 'O' Level examinations are always obtained by the students of the missionary schools. They grant scholarships to many students to study in different branches, both in and outside Sierra Leone. Many Muslim children also receive their education in these missionary institutions. Each Christian missionary from among the Sierra Leonese citizens draws a handsome salary and other remuneration, and only the Christian inhabitants receive free medical services from the missionary dispensaries scattered all over the country.

The heretic sect, known as the Ahmadiyya or the Qadiyani, came to Sierra Leone along with the British, who gave all types of support to this anti-Islamic movement. In the first decade of their existence in the country, this heretic sect attracted some educated Sierra Leoneans. But this attraction gradually withered away. However, they still have primary and secondary schools in most important towns and cities of Sierra Leone.

The Shiah Muslims have also a few pockets in the country, and they do try to persuade the people to follow their misguided doctrine. They have also built Arabic secondary schools and cultural centres in various parts of the country. They have also established a lofty mosque in the capital city of Freetown.

All the three heads of state who have ruled Sierra Leone, together with the current President, happen to be Christians. (No Muslim ever held power since independence on 27th April, 1961.) Such is the political influence the Muslims have in the country as against the Christians whose number is less than 10 per cent of the total population.

Another ridiculous fact is that some Muslims have assumed high posts in the government, such as the first and second Vice-Presidents, the Chief-Justice, and the Foreign Minister. None of these Muslim leaders has ever made an attempt to bring or gather the Muslims in Sierra Leone under one unified body, because they have all received their education from Western countries and are oriented in Western philosophies and ideologies with no genuine knowledge of Islam.

All persons who have led and administered the Supreme Islamic Council of Sierra Leone since its inception in the early seventies, have so far not only failed to realize the aspirations of the Muslims, but have also repeatedly breached the trust of their brethren and the covenants of Islam. The cause of their failure and breach of trust may be

FED-PEC0265133

attributed to their lack of Islamic knowledge and ignorance of Arabic language. No negotiation could be held between the said leaders and the Arab Muslims without a translator. Thousands of US dollars have been granted to them for the implementation of Islamic development programmes, but nothing much seems to have been achieved so far.

Even the graduates, who qualified from the Arab countries, have failed to be united. Consequently, they cannot call upon the rest of the citizens to have unity among them. The Sierra Leone Muslims are thus required to be an integrated and galvanised community now, more

than ever before. The enemies of Islam are waging different types fo wars against the Muslims in Africa. They are using various methods and strategies— economic, political, religious, educational and social, to achieve their goals.

The current incursion to which Sierra Leone has been exposed may be a clear evidence of this uneven match. If one looks closely into the genocide perpetrated by the rebellious forces from Liberia, led by Charles Taylor against the defenceless civilians, in general, and the innocent Muslims, in particular, the brutal assassination of the President of the Supreme Islamic Council, together with four other

Muslim dignitaries and the savage killing of the most successful Muslim farmer and his entire family in Jojoima township, are all concrete proofs which leave no room for doubt that no one but the enemies of Islam are behind these barbaric and inhuman acts.

It is, therefore, inevitable that the Muslims of Sierra Leone have a united political front to deal with the various problems they are facing. The Almighty Allah says in Verse 103 of Sura al-Imran:

*"And hold fast altogether, by the rope which Allah (stretches out for you), and be not divided among yourselves..."*

# Arafat Day: A symbol of Muslim unity — Dr. Nasseef

In his address of welcome to the guests of Muslim World League at the Muna Guest House on the 8th Dhul Hijjah, Dr. Abdullah Omar Nasseef, Secretary General of the Muslim World League, briefly narrated rites and rituals of Hajj and the significance of the Great Day of Arafat falling on the 9th of Dhul Hijjah. In his speech, Dr. Nasseef empasized the importance of the Day of Arafat which is not only a great day from the religious point of view but also plays a great role in uniting the Muslims who come from the different parts of the globe, irrespective of race, colour and nationality to submit themselves to Allah Subhanahu wa Taala and ask His forgiveness for themselves.

Dr. Nasseef pointed out "Arafat is the main pillar of Hajj because if you missed Arafat you cannot compensate for it. If you stay in Arafat even for small hours, you have performed Hajj.



Dr. Nasseef in Arafat

So Arafat is the main function of this obligation. Arafat is one of the greatest days of Allah Subhanahu wa Ta, because people have travelled all the way to converge on the plane of Arafat to ask Allah's mercy, to please Him and start a new life.

Dr. Nasseef also emphasized the importance of the Day of Arafat which paves the way for unity and solidarity of the Muslims. Thus Arafat is a symbol of whatever the Muslim Faith

*Muhammad Abdul Quadir*

stands for. The two pieces of white ihram everybody wears in the plane of Arafat signifies the unity of Islam. Reviewing the present condition of the Muslim world, Dr. Nasseef in a sad tone pointed out "Unfortunately we have been driven to disunity. We should emulate our forefathers who had been so keen to work hard to create schools of thought which used to be sources of knowledge rather than a factor of disunity. But today we are noticing that Muslims are divided over minor issues and this is the occasion when we get together and forget our differences, and we are united in our hearts, in our appearance, in our souls, in our actions and this unity will bring forth the mercy of Almighty Allah and His kindness and forgiveness.

The great Day of Arafat has, therefore, a special significance for Islam and the Muslims as one indivisible Ummah.

FED-PEC0265134

# Sin : An Islamic Perspective

**M.O. Raheemson**

The aspect of eschatological teachings of Islam, good and evil deeds, rewards and punishment in this world or in the Hereafter or both with other related issues connected with the salvation or otherwise of man, cannot be taken for granted as far as Islam, being a complete code of life, is concerned. As a testimony to this claim, there featured prominently in the numerous teachings of the Holy Qur'an and Hadith on what a man should do to secure for himself salvation both in this world and in the Hereafter.

Although, it is not within the scope of this paper to cover every aspect of these teachings in detail, an attempt is made to highlight the fact that abstract purity can have no moral meaning so long as it is based on a mere belief that sin is inborn or its commission is hereditary. The premise of all beliefs and actions of man is the recurrent necessity of choosing between right or wrong, account of which he is subjected to give on the day of judgement to Allah, his Creator.

There is a great possibility for anyone who studies, understands, reflects on the various teachings of Islam to become marvelled by the captivating effects of the literary gems by which the multifarious objects of pleasure in the Hereafter are analogized with that of world. The warning bell of danger is also likely to ring in his mind by the manner in which the instruments

of chastisement in hell fire are symbolised by the tortures in captivity, prison or at the hands of the wicked souls.

It is a logical phenomenon and an effective method to qualify unseen or strange things with what are similar or known to those who are addressed in order to have a mental picture, understand and appreciate their values and probably take decisions on them for present or future events. This is exactly what this paper attempts to do most effectively as it acquaints the reader with the fascinating ways the spritual concepts mentioned herewith, if strictly followed, are capable of leading men to the path of rectitude and success in this world and the next, discouraging and warning him against wrong belief and its evil consequences for him in person and the society in which he lives in general.

Islam generally means, among others, total submission to the will of Allah — the Creator. The all-pervading teachings of the religion of Islam in nature and scope covering all the fields of human endeavours depict it as not only a religion but a comprehensive way of life. This is why the primary function of the religion is not merely to point out good and bad moral qualities but also to devise means by which man may be able to renounce evil and adopt good morals for use, without which no ideal society can be established.

Islam preaches self reform as

the first major step towards the attainment of the supremacy of virtue in this ife. Once this is attained, it is capable of ensuring a strong moral character as a permanent guarantee for the establishment and upkeep of a morally sound society in which one lives. To this Allah says:

> *"Verily, Allah will never change the condition of a people until they change it themselves. But when Allah wills a people's punishment, there can be no turning it back, nor will they find beside Him any to protect."[1]*

Islam fully acknowledges the fact that man possesses not only a soul but also a body. To satisfy sensuous instincts of human beings, Allah has laid down certain well-defined guidelines. Anyone who ignores these guidelines in his behaviour is a sinner and therefore incurs Allah's displeasure not only in this world but also in the Hereafter. The Holy Qur'an declares:

> *"And We have made every man's action to cling to his neck and We shall bring forth to him on the Day of Judgement a book which he will find wide open."[2]*

Through sincere belief in the Oneness of Allah and other Islamic principles, as taught by the Shariah, a believer attains peace that has a direct approach to his heart and body. This state of affairs produces the urge that develops in him a personality which requires devotion and dedication to the cause of Allah and honesty, respect, forbearance, and sympathy that generate peace in

FED-PEC0265135

him and the entire society in which he finds himself.

God by definition is Just, Merciful, Compassionate and Perfect. He has created man by breathing into him of His own Spirit. (15:29, 32:9, 66:12) Since God is the absolute, infinite, good and His Spirit, the absolute perfect one, and since man through creation received of the spirit of God, then man was bound to retain at least some portion of this good spirit of the Creator. This may account for the good dispositions of man and his spiritual longings.[3]

According to Islam, a human being does not possess evil in his true nature or self but has the weakness of being tempted into evil. Therefore, evil is not a human disposition but an acquired habit. It is a mental disease and may be cured through right preaching and training.[4] The ultimate moral aim of punishment is to reform the culprit or the sinner but reformation can be effected through a change of heart, which, in its turn, depends upon true and sincere repentance and certainly not on belief in the death of a certain individual. That is why we see in the Holy Bible where Jesus calls on his hearers to repent for their sins with a sincere heart.

> "I say unto you, that likewise joy shall be in heaven over one sinner that repenteth, more than over ninety and nine just persons which need no repentance."[5]

If Jesus had really come to offer his life as a ransom for the sins of mankind, he would never have talked of repentance which undermines the whole basis of atonement. On the contrary, he ought to have preached the utter futility of repentance.

The golden teaching of all the revealed religions is that Allah created man in the best form and man is by nature born sinless. The holy Qur'an testifies to this

thus: *"We have indeed created man in the best make."*[6]

Man is further blessed with the gift of reasoning — the will to distinguish between right and wrong. Coupled with this, Allah sent down on regular basis, His Prophets to help propel the reasoning to the right perspective. This is why Allah says:

> *"We have shown him (i.e. man) the way whether he be grateful or ungrateful."*[7]

With this submission, Islam unequivocally and emphatically rejects the idea or doctrine of original sin. It is on the basis of this, as earlier mentioned, that Islam teaches that every child is born sinless. The will of Allah is that mankind should pursue goodness as contained in Divine revelations revealed from time to time to guide man.

The human beings have been enjoined to be just and righteous. They are to do good deeds. For example, both the Holy Qur'an — the final Divine guidance to mankind — and the Sunnah of the Prophet Muhammad (peace be on him) direct man to believe in the absolute Unity of Allah and His being Omnipresent, the Last Day, the Angels, the Prophets, etc. All these aim at inculcating and encouraging a faithful to do good always in order to attain nearness with Allah and aspire perfection in all his undertakings. Anything, that is short of this or is contrary to this, is regarded as a sin.

The belief that whoever violates the commandments of Allah in this world shall have to bear eternal punishment, however superficially nice a life he may have led in this temporary abode, is an effective detriment against violation of moral law. If this hope and fear are firmly ingrained and deeply rooted in one's heart, they will provide a strong motive-force to inspire

one to virtuous deeds even on occasions when worldly consequences may appear to be very damaging and harmful and it will keep one away from evil on occasions when it looks extremely attractive and profitable.[8] Apart from the issue of pre-destination in Islam, Muslims the world over believe that man is the maker of his future through his deeds.

Belief in pre-destination is the sixth article of faith in Islam. The basic teaching embedded in this belief is that man is governed by two forces; namely: the force that is beyond man's control, i.e. *Taqdir al-Haqiqi*, as well as the force that is under man's control, i.e. *Taqdir al-Maliki*. Any act, which is beyond man's capacity and which he cannot avert, falls within the circle that dominates him. Man is not accountable for it, nor will he face any punishment for it.

Man's real fate depends on his deeds, whether good or bad, therefore, there can be no vicarious atonement. No good father can offer intercession for his bad son nor the husband for his wife or vice-versa on the Day of Judgement. Also that the child shall not be punished for the sin of the father nor could the reverse be the case.

If Allah were to punish arbitrarily, He would be acting unjustifiably whereas, He is a Just Judge. This explains the reason why He says:

> *"Whoever does a righteous deed, whether male or female, and has faith, We will indeed give him a new life that is good and pure and We will bestow on such their reward according to the best of their actions."*[9]

Rather, the individual soul is held responsible for his deeds either sinful or sinless and are borne by it and nobody else. The Holy Qur'an declares:

> *"Whoever goes aright for his own soul does he go aright and whoever*

FED-PEC0265136

goes astray, to its detriment only does he go astray. And no bearer of a burden can bear the burden of another."[10]

## Sins & its Effects

Sin is defined as a conscious act of a responsible being against known law.[11]

It is also considered as any act, thought or will that (1) is deliberate, (2) defies the unequivocal law of God, (3) violates the right of God or the right of man, (4) is harmful to the soul and body, (5) is committed repeatedly and (6) is normally avoidable. These are the components of sin which are not innate or hereditary.[12]

Sin is further divided into two: the capital or great and minor or venial sins:

Any breach of the fundamental duties prescribed by the Qur'an as Fard (compulsory and Wajib) or Obligatory is considered a great sin. Any breach of the other desirable duties is regarded minor sin. Breach of any duty, which the Holy Prophet used to do constantly without any break, is also a great sin. Any minor sin, if done repeatedly, turns into a major sin. The greatest of sins in the eye of God is disloyalty to Him and to believe in His nonexistence.[13] The Holy Qur'an says:

*"Surely Allah does not forgive that anything should be associated with Him and He forgives what is besides that to whom He pleases, and whoever associates anything with Allah he devises indeed a great sin."[14]*

The commission of sin is a poison for spiritual well-being of mankind. For example, one lie told is regarded in the spiritual realm as a double tragedy almost equivalent to both murder and suicide. But how very easy it is to tell lies, little realising its effect on the soul and that it is the root of all vices and evils in our society.

Since Islam respects truth,



A Mosque in Dhaka, Bangladesh. Islam, primarily means total submission to the will of Allah — the Creator.

most strongly, it turns away liars very harshly. Sayyida Aisha narrates:

"For the Messenger of Allah falsehood was the worst habit in a person. If any man told a lie in his presence, that man's thought always troubled him until the time he was informed that he has repented. (Ibn Habban)[15]

Many people think that there are some sins not accountable for being too small compared with others. Although this logic may sound so true and reasonable in human estimation, yet it is wrong and questionable to wilfully commit a sin simply because it is small. At first, sin is tempting and pleasing, then it grows easy and delightful until it becomes habitual, conforming to one's character, then he becomes obstinate and unrepentant.

No community or nation has ever been able to escape or dodge those instruments of death however, whenever and wherever God applies it. Although, man may claim to have long legs or connections, God indeed has longer and overflowing scourge. No matter how many times man has used his long legs and big connections to his advantage

and detriment of others, just one stroke of God's overflowing scourge will catch up with him and squarely knock him flat. When a man does anything sinister or evil, there is bound to be a reprecussion. There can be no smoke without fire as there can be no cause without its own effect. For every wicked act of man's inhumanity to man or sinful acts of omission or commission, there is a corresponding retributive justice.

When one considers the rate at which people are found missing or abandoned, or kidnapped or killed almost daily and the amount of blood being shed and spilled in ritual murder by some people in their craze for magic money and power, one would feel very sad for this society of ours. If only every prospective and actual kidnapper and murderer as well as murder agents knew that everything they do shall be accounted for, before God, they would no doubt think twice before hatching their evil machinations.

The resultant effects of sins committed by evil doers cannot be over-emphasised as it has both direct and direct link with the sin-

FED-PEC0265137

ner and his Creator, Allah, and the society in which he lives. Perpetual evil deeds keep the sinner away from the constant remembrance of Allah and further cuts him off from the fear of Allah. As his evil inclinations continue, apart from internal damages he suffers in person he becomes cruel and unkind to others near and far. This state of affairs generates enmity and hatred between him and his relatives, friends, and neighbours, nay, the whole society in which he lives. The great anticipation of the reward and punishment on the Day of Judgement looks like a mirage to him because of his dead heart. This further makes him a double loser both in this world and in the Hereafter. This is an inevitable recompense unless he repents and changes for better.

**Repentance & Salvation**

In order for man to secure the love and pleasure of Allah and to avoid sins and vices, Islam outlines some positive means as securing Allah's nearness and keeping away from the devil — Shaytan — the accursed. If man is imperfect, he is not left helpless or deserted by God to fall victim to his shortcomings. He is strengthened by revelations, supported by reason, fortified by the freedom of choice and guided by various social and psychological dispositions to seek and achieve relative perfection. The constant gravitation between the forces of good and evil is the struggle of life. It gives man something to look forward to, ideals to seek, work to do and roles to play. It makes his life interesting and meaningful, not monotonous and stagnant. On the other hand, it pleases God to see His servants in the state of spiritual and moral victory.[16]

The worldly life with its evanescent allurments is not the object of the Muslims. Allah explained to Muslims that they should direct their efforts in this life to gain eternity and bliss in the true, coming life, the life after death. This worldly life is not an end in itself, the truthful Muslim considers it to be only a means to the Hereafter. Allah says:

*"O believers, fear Allah, let every soul consider what it has forwarded for the morrow and fear Allah. Allah is aware of the things you do. Be not as those who forget their souls, those they are the ungodly. Not equal are inhabitants of the Fire and the inhabitants of the paradise The inhabitants of Paradis, they are triumphant."[17]*

Allah said also:

*And whoso has done an atom's weight of good shall see it and whoso has done an atom's weight of evil shall see it."[18]*

However, Islam out of the mercy and kindness, does not drive the sinful to despair. It opens the door of repentance to any one who feels remorse and firmly resolves not to relapse into error. Allah says:

*"And it is He who accepts repentance from the servants and pardons the evil deeds and knows what you do."[19]*

Allah further assures:

Say: *"O my servants, who have sinned against their souls, do not despair of Allah's mercy for He forgives all sins. He is the forgiving One, the Merciful. Turn in repentance to your Lord and surrender yourselves to Him before there come unto you doom for there will be none to help you."[20]*

According to Islam, man has both seen and unseen enemies who do their best to lead him to perdition in this world and hereafter. The first of these enemies is the accursed Shaytan who stirs up and leads all other enemies of man. Shaytan strives hard to persuade people either to unbelief or to commit sins in order that they may accompany him, in dwelling forever in hellfire. Shaytan is an incorporeal spirit, able to instill evil in man, and allure mischief to him as if it were a second nature to him.

The second foe of man is his lusts. Man can be persuaded to deny the truth and disobey the commandments of Allah (and rightly constituted authority), if these commandments are contrary to his lust. A sinful man always gives priority to emotions and passions over truth and justice. The way to overcome lust is to ask Allah for refuge against one's own lusts and stick to truth and to refrain himself from allowing his desires when they are contrary to Allah's commandments.

The third enemy of man is his baser self which incites him to evil. This baser self incites sins and forbidden desires to man as non-observance of *Salat*, fasting, drinking alcohol or wine, carrying or dealing in hard drug business, committing adultery etc. with any legal excuse. The way to overcome this enemy is to be religious and to ask Allah for refuge against the baser self and against the devil. Then one should abstain from committing sin and strive to gain the pleasure of Allah.

Satanic people are the fourth enemy of man. They are so called because they behave like devils, oppose the commandments of Allah, commit lewdness and tempt people to evil. They can be found among friends, wives, husbands, children, parents, relatives etc. The best way to overcome these enemies is to be aware of their existence and not to associate with them against the wish of Allah.

The fact that it is through submission of one's personal will to the Divine will of God that gains salvation for the individual by God's mercy is reflected in the following divinely inspired statement:

FED-PEC0265138

*"Every way of a man is right in his own eyes but the Lord weigheth the hearts. To do righteousness and justice is more acceptable to the Lord than sacrifice."[21]*

In weighing the hearts, what will God weigh if not the righteous and wicked deeds of man?

The first sin of disobedience was committed by 'Azazil — Shaytan, Iblis when he refused to obey Allah's injunction to bow down to Prophet Adam — our forefather. The Qur'an speaks of this thus:

*"...And remember the time when We said to Angels: bow down to Adam and they all bowed down, but Iblis did not, he refused and was too proud and he was of disbelievers."[22]*

Adam and his wife Hawwa, were then placed in the garden with a commandment thus:

*"Oh Adam dwell thou and thy wife in the garden and eat therefrom plentifully wherever you will but approach not this tree, lest you be wrong-doers."[23]*

But Shaytan caused them both slip by means of it and drove them out of the state in which they were and he said:

*"Go forth all of you from here and if there comes to you guidance from Me, Whoso shall follow My guidance on them shall come no fear, nor shall they grieve."[24]*

Adam thereafter learned from Allah some words of prayer thus:

*"Our Lord, we have wronged ourselves and if Thou forgive us not and have not mercy on us we shall be of the lost."[25]*

From the above account, it is plainly stated how our foreparents — Adam and Hawwa — were beguiled by Shaytan and led to their expulsion from paradise after which they prayed for forgiveness and were forgiven by the Merciful Allah. This is therefore a strong opposite to the idea that Adam's sin passed from him to the subsequent generations after him. This is purely in line with

the Qur'anic submissions wherein Allah says: *"... and no bearer of burden shall bear the burden of another."*

It is essential to note that repentance is not at all a matter of uttering so many words of *Istighfar* alone, but the sin must also be: (1) sincerely repented with heart; (2) the resolution not to repeat the sin must be totally genuine; (3) the resolution to be upright and religious, remembering Allah with a view to wiping off the trace of sins already committed. If such a state of feeling is realised by a sinner, he should be sure that the stain of sin committed has been washed away and the doors of mercy of Allah have been opened for him.

The Holy Prophet (PEACE BE ON HIM) has laid down certain specific phrases or prayers in this regard which he used to recite himself. These prayers are most auspicious, most worthy of Allah's acceptance and most pleasing to Him. It runs thus: "I beg for the forgiveness of the Lord, save whom there is no God, the living, the eternal, unto Him do I turn penitent."

The Prophet has said: "Whoever will offer penitence to God and implore His forgiveness through this *Kalimah*, God will forgive him even if he has fled from the field of *Jihad*, which is one of the most mortal sins in the sight of God." Whoever will recite this *Kalimah* thrice before going to sleep, God will forgive him his sins even though they may be as profuse as the foam of the sea. Sometimes the Noble Prophet used to recite only: "I implore the foregiveness of the Lord."[26]

**Conclusion**

Those who believe in Allah, His Angels, Books, Prophets, the Day of Judgment and affirm their intention to live according to their teachings also sometimes by

nature fall into error. They are misled by the Shaytan or Satanic people, or by their lusts or by their own baser instincts into committing a sin. For such sinners, according to Islam, Allah has kept the door of repentance open on condition that the sin is sincerely repented, that further repetition will be avoided coupled with constant remembrance of Allah following up with good deeds.

One who upholds this fact is not axpected to behave against the will of Allah as his vicegerent on earth. He will always bear in mind that Allah is watching all his actions, and Angels are recording them. The recognition of sin through implicit belief in God is the first step to be immune from it, this is followed by certainty in faith with religious and divine knowledge. For every disease, there is a medicine and cure and for vice of sin repentance, righteousness, true penitence and the resolve of abstaining altogether from it henceforth is its total cure. The doctrine of atonement is therefore against the laws of nature. God is ready to accept sincere repentance of sin without vicarious sacrifice as He is Merciful and Ever Forgiving.

Many present-day problems in our society would disappear if every one acted fully in accord with this belief and purged oneself from the wrong notion of vicarious atonement or intercession. The sole authority to grant this or that lies squarely with Allah on the Day of Judgment as He is the possessor of prerogative of mercy and blessings. Due to His divine love and mercy on mankind, He has granted us the option of choosing the role of an unright vicegerent or disobedient rebel on the earth. In either case, the choice is our own and not an inheritance from our ancestors.

FED-PEC0265139

*Sin: An Islamic Perspective*

## Notes & References

1. Q. 13:11.
2. Q. 17:3.
3. Hammudah Abdalati. *Islam in Focus*, I.I.F.S.O. Kuwait, 1978, p. 36.
4. Dr, Ahmad A. Ghalwash: *The Religion of Islam:* The General Organization for Government Printing Offices, Cairo, 1963, p. 109.
5. Luke, 15:7.
6. Q. 59:5
7. Q. 76:3
8. Ameer Ali: *The Spirit of Islam*, London, Chatto and Windus, 1978, p. 337.
9. Q. 16:15.
10. Q. 17:15.
11. Samuel M. Zwemer: *Islam — A Challenge to Faith*, Student Volunteer Movement for Foreign Missions, New York, 1907, p. 121.
12. Hammudah Abdalati. *Op.Cit* p. 37.
13. Fazlul Karim, *The Religion of Man*, The Book House, Pakistan, 1939, p. 313.
14. Q. 4:48.
15. M. Al-Ghazali, *Muslim's Character*, Mubarat SK, Hassan, Tahir, Al-Islamiah, p. 53.
16. Hammudah Abdalati, *Op. Cit*, p. 32.
17. Q. 59:18-20.
18. Q. 99:7-8.
19. Q. 42:25.
20. Q. 39:53-54.
21. Proverbs, 21:2-3.
22. Q. 2:34.
23. Q. 2:35.
24. Q. 2:38.
25. Q. 7:24.
26. Muhammad Manzoor Nomani, *What Islam Is?* Islamic Research & Publications, India, 1979, p. 137.

(M.O. Raheemson, Department of Religions & History, Lagos State University, PMB 1087, Apapa, Lagos, Nigeria.)

# As Moral Decay Widens Religion Becames A Valuable Ally in Soviet Union

Soviet authorities have done a complete turnabout on religion, and now encourage it as a force for national unity, an ecumenical leader on religious freedom said recently.

Rabbi Arthur Schneier, president of the Interfaith Appeal of Conscience Foundation, said "there has been a complete reversal of the Soviet government's attitude toward religion."

"Religion is no longer considered the enemy of the state but its potential ally — no longer the opium of the masses but the vitamins."

Back from a weeklong visit in Moscow during which he conferred with key political and religious figures, he said in remarks prepared for a news conference, "What began as mere acceptance of religion has now advanced to active government efforts to enlist and employ the inherent strength of religious communities as a kind of moral cement to keep the nation together at a time of political, social and economic turmoil."

Scheier, spiritual leader of a Manhattan synagogue and a frequent visitor in the Soviet Union in recent years as head of a foundation involving Protestants, Jews, Eastern Orthodox, and Roman Catholics, said: "At a time of widespread loss of faith in Marxism and Leninism, millions of Soviet citizens are searching for a new anchor, a new source of stability. That anchor is belief in God, as evidenced by the tremendous increase in attendance at churches, mosques and synagogous." He said recent efforts by Soviet President Mikhail Gorbachev to involve religious communities in efforts to stabilise Soviet society were in sharp contrast to past anti-religious attitude and politics.

Shortly before the recent nationwide referendum on the Soviet future, Gorbachev called together leaders of the different religions on roles they could play in strengthening national identity.

Gorbachev recognises "not only the rising number of religious believers and the increasing importance of the USSR's faith communities," but also the contributions they can make in "providing a moral context to Soviet life at a time of moral vacuum and disillusionment with Marxist ideology," Schneier said.

He said the Gorbachev meeting included leaders of Catholics, Jews, Protestant and Muslims as well as the Russian Orthodox church, in contrast to a similar meeting two years ago that included only Russian Orthodox heads.

Schneier said, "the new law on religious freedom gives religious communities the opportunity not only to worship freely and teach their faith to the next generation but also to undertake social welfare programmes in their behalf.

"President Gorbachev endorsed the legislation and supports the idea of encouraging churches, synagogues and mosques to play an enhanced role in the daily lives of the people — and in determining the kind of country that the Soviet Union will become."

FED-PEC0265140

*Denounces ignorance and confusion*

# King Fahd calls for greater cooperation among Islamic states

The Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz has urged Muslims worldwide to unify their ranks and forge closer co-operation and co-ordination in the light of the recent crisis of the Arab Gulf region and its grave consequences.

King Fahd's remarks came in a message read on his behalf by Abdul Wahab Abdul Wasea, the visiting Saudi Pilgrimage and Endowments Minister, recently before the opening session of an international symposium on Hajj and its rules organised by the Dar al-Uloom Islamic University in Hyderabad, India.

King Fahd conveyed best compliments and wishes to the participants of the important Islamic gathering, who would study matters pertaining to Hajj—just a few days before pilgrims from various parts of the world travel to the holy sites in the Kingdom to perform Hajj rituals.

The Saudi Monarch told the gathering that enemies of the Islamic Ummah have exploited the recent crisis and divisions to multiply its sufferings, hatched their nefarious plots for weakening it, sown seeds of discord and dismantled its solidarity.

"The enemies of Islam know too well that our unity is a strength that generates fear in them. Moreover, they believe that the Muslims' solidarity would foil and undermine their



**King Fahd**

conspiracies and defeat them, so they usually attempt to trigger seditions, revive old spites and intrigues until they could pave a secure path for execution of their painful strikes and spread killings, plunder and corruption on earth," King Fahd said.

Referring to the malicious and spiteful campaigns of the enemies of the Ummah, King Fahd said they have resorted to another method of wars to destroy the new generation through export of poisons—smuggling of drugs into the Islamic and Arab states as an effective means to destroy and weaken human and

ideological capabilities of the Muslim youth, the most precious wealth of the Islamic nation.

King Fahd expressed regret and pain over unawareness of some Muslims of the hostile plots that are being designed by the enemies to destroy the Islamic nation and said the recent crisis of the Arab Gulf stands as the best example of such a regrettable behaviour.

"The tragedy had reached a peak when we saw a brother stabbing a brother, legitimizing his blood, money and honour, yet we saw ulema, who are supposed to belong to the Islamic faith, turning a deaf ear to this and trying to find weak justifications for the invasion of Kuwait," the King said.

"If all Muslims come together and depend on the Almighty Allah, such a crisis and split could have never taken place, but the Almighty God allows occurrence of such divisions to test the faith of the Muslims," the Saudi Monarch added.

He called on the Muslims to fight those who are disguising as ulema, but, in fact, are serving the interests of the enemies of Islam.

King Fahd expressed pride that the Kingdom of Saudi Arabia is looking after the affairs of Islam's sacred places and thanked the Almighty God for the great honour bestowed on it.

FED-PEC0265141

He pledged that the Kingdom will spare no effort to provide anything at its disposal to serve pilgrims and enable them to perform their rituals in peace, security and ease.

"The Kingdom feels delight and pleasure in bearing its great responsibility towards pilgrims and ensuring performance of their rituals in the framework of the Islamic principles and rules," the King said.

He emphasised that the Kingdom will remain committed to the Islamic teachings, the basis of its foundation and said its guiding principles will remain unchanged. "The Kingdom will go ahead with its moderate policies, which are aimed at reconciling Muslim states and unifying their ranks in line with the Qur'anic teaching," King Fahd said.

"The Kingdom of Saudi Arabia will continue its untiring efforts to unify the ranks of the Ummah and will use any available means to realise the goal of Islamic solidarity, so that the Ummah could revive its glorious past and play its leading role in recovering its usurped rights and territories, including Al-Quds, Baital Muqaddas, Palestine, Golan and other occupied lands," King Fahd said.

The Saudi Monarch cited with pride the current expansion projects under way at the two Holy Mosques in Makkah and Madinah.

# Dr. Nasseef honoured in a colourful ceremony

The Secretary-General of the Muslim World League, Dr. Abdullah Omar Nasseef expressed his heartfelt thanks and gratitude for the staff-members of the Muslim World League and the organisers of the colourful ceremony held in his honour last Tuesday, 26 Dhul Hijja at the Rabita premises to mark his winning the prestigious King Faisal Award for Islamic Services. He said the prize conferred on his humble self was meant for everyone working in the Rabita which was making commendable relief and Dawah efforts in various fields and in many countries and continents. This was explicitly expressed in telegrams we received, he said. He also expressed gratitude for the Government of Saudi Arabia under the leadership of the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz who extended full support to boost the work of the Muslim World League in all spheres.

Dr. Nasseef urged the employees of the various departments in the Rabita to exert more efforts towards the achievement of our goals and objectives and said the recognition must give us



*Attas handing over staff's present:*

more impetus.

Earlier, Assistant Secretary-General for Financial and Administrative affairs Sayyed Amin Aqil Attas in a welcome address hailed Dr. Nasseef as the great Dawah worker, who painstakingly called to the path of Allah with wisdom and good counsel.

His services to the cause of Islam was not something that came because he joined the Rabita but was rather a consistent practice over a period of twenty years during which he had known him, he stressed.

Dr. Nasseef, he said, has wisely invested in his travels to

Abdullahi Shaikh and Muhammad Abdul Quadir so many countries and had served the Muslim minorities in an exemplary manner. His honouring therefore came before he was appointed Secretary-General of the Muslim World League nine years ago.

Attas observed that Dr. Nasseef succeeded during those years to transform the staff of the Rabita into a unified team working for unified objectives and goals.

During this time, Dr. Nasseef has not on a single occasion imposed his own ideas on the pattern of work but rather opted for consultation and consensus all the time, he noted.

Attas added the Rabita achieved considerable progress under his stewardship and through the wise policies he had adopted. A concrete example was the Islamic Relief Agency which has in four years expanded from a mere section of the Rabita to a full fledged International Islamic Relief Organization reckoned with all over the world.

At the end of the function, Dr. Nasseef was presented with gifts as token of love and respect by the MWL staff-members.

FED-PEC0265142

# Morality in Qur'anic Social Laws

**Dr. A. R. Kidwai**

In studying the modern Western discourse on ethics one is struck by the palpable tension it represents between regligion and morality. It conceives religion merely as a set of dogma and rituals that links an individual to some sacred reality or supernatural entity, which may solace him in suffering and grief. In contrast, morality is seen as a body of potentially acceptable norms regulating and governing the human conduct and social relations. These norms should not, however, be tethered, in any way, to religion. This basic assumption of the Western ethical theory is symptomatic of the influence of the classical Greek thought, as reflected in the works of Plato and other Greek thinkers, which divorce morality from religion. More significantly, this underpinning of the modern Western thought is reflective of its weariness with the pre-Reformation Church. Little wonder, then, that a sharp distinction between religion and morality is to the fore in the writings of the Enlightenment period, representing the ever-growing ascendancy of secularism in public life and relegation of religion to the private domain of an individual's life. Not surprisingly, therefore, both Marx and Freud are found insisting that if morality is subordinated to religion, it would undermine an individual's moral responsibility.[1]

It explains briefly why the modern Western discourse on ethics emphasises the segregation between morality and religion, regarding the former, a public and secular entity and the latter, a private concern of an individual without any bearings whatsoever on public life. In the Western worldview, morality thus represents an all-embracing body of norms regulating not only the conduct of an individual in society, but also addressing issues and problems born of social interaction, quite independently of religion. For it is believed that in formulating and enforcing its norms morality should not make any recourse to religious teachings. Reason should act as the sole bulwark in eliciting general acceptability of morality in a community.

However, in the Qur'anic weltanschauung the twin concepts of morality and religion appear as intertwined, rather inseparable from each other. And this point comes out at its sharpest in the Qur'anic passages that lay down social laws. Apart from guiding man in matters of social interaction in all its varied forms, these passages link his conduct to the whole range of religious concerns— his relation to God, his accountability in the Hereafter and his ultimate, eternal fate. Although there is no dearth of Muslim writings, elaborating painstakingly and in finer details the social laws of the Qur'an,[2] this highly significant point how the Qur'an subordinates morality or one's conduct in social interactions to religious concerns appears to have been largely overlooked in many works on the subject.

This paper attempts to study how the Qur'an interweaves the conduct of social relations, to one's relationship with God Himself. And as a result, it is not just the force of law, but an appeal to one's good sense, conscience, God-fearingness, piety and God-consciousness that is invoked by the Qur'an in asking one to discharge well his social obligations at large. This blending of morality and religion is quite marked in the Qur'anic passages dealing with social laws. For, quite significantly, they contain an almost refrain-like reference to God's Omniscience, the Hereafter and other divine attributes with a view to making one realise that whatever he does in relation to others is God's concern as well. One's conduct is subject thus not only to the dictates of law in "this world," it would also be detrimental to his reckoning in "that world." Needless to say, the whole exercise aims to make one doubty, conscious and cautious about his conduct and to ensure social harmony.

Let us now turn to instances in point in which the Qur'an brings about this remarkable fusion of morality and religion:

(a) The Qur'anic exhortation to be fair with women in paying them their bridal-due and with orphans in performing

FED-PEC0265143

the role of a guardian is followed by a terse note:

*"God is All-Sufficient in taking account (of your deeds)."* (Al-Nisa 4:6)

(b) The next passage, embodying legal injunctions about the division of inheritance, is more forthright in linking one's conduct in such matters to the Hereafter and its dire consequences:

*"Those who wrongfully eat up the property of orphans, only fill their bellies with fire. Soon they will burn in the Blazing Fire."* (Al-Nisa 4:10)

(c) As a corollary to this reference to divine punishment, there is another Qur'anic passage, promising immense rewards for those who carry out well their social obligations:

*"And those who respect their trusts and covenants and thos who stand firm in their testimonies, such will be the honoured ones in the Gardens of Bliss."* (Al-Maarij 70:31-3 and 35)

As already hinted, it is worth noting that many Qur'anic passages dealing with a myriad of social laws such as on divorce, waiting period, foster-mothers, bridal-due, inheritance, contracts and bequests conclude almost invariably on a note of God's Omniscience. Here are the examples:

*"But it is lawful for you to seek out all women, except these, offering them your wealth and the protection of wedlock rather than using them for the unfettered satisfaction of lust. And in exchange of what you enjoy by marrying them, pay their bridal-due as an obligation. But there is no blame on you, if you mutually agree to alter the settlement after it has been made. Surely God is All-Knowing, All-Wise."* (Al-Nisa 4:24)

*"If their intention is firm for divorce; God hears and knows all things."* (Al-Baqara 2:227)

*"A divorce is only permissible twice.... It is not lawful for you (men) to take back any gifts (from*



Prophet's Mosque.

*your wives).... If a husband divorces his wife irrevocably, he cannot after that remarry her until after she has remarried other husband and he has divorced her.... When you divorce women, and they fulfil the term of their ('Iddah), either take them back on equitable terms or set them free on equitable terms.... And know that God is well acquainted with all things.* (Al-Baqara 2:229-311)

*"The mothers shall give suck to their offspring for two whole years if the father desires to complete the term. But he shall bear the cost of their food and clothing on equitable terms.... If you decide on a foster-mother for your offspring, there is no blame on you, provided you pay the mother what you offered on equitable terms. But fear God and know that God sees well what you do."* (Al-Baqara 2:233)

*"If any of you die and leave widows behind, they shall wait four months and ten days. And God is well acquainted with what you do."* (Al-Baqara 2:234)

*"God thus commands you concerning your children: the share of the male is like that of two females.... All these shares are to be given after payment of the bequest or any debts outstanding against him.... And to you belongs half of whatever has been left behind by your wives if they die childless.... And God is All-Knowing, All-Forbearing."* (Al-Nisa 4:11-12)

*"God pronounces for you the ruling; should a man die childless but have a sister.... God makes (His commandments) clear to you lest you go astray. God has full knowledge of everything."* (Al-Nisa 4:176)

*"Believers! Spend out of the good things you have earned and out of what We have produced for you from the earth.... God is All-Generous, All-Knowing."* (Al-Baqarah 2:267-81)

*"Believers! Whenever you contract a debt form one another for a known term, commit it to writing.... Let not the witnesses refuse when they are summoned (to give evidence).... do take witnesses when you settle commercial transactions with one another. And the scribe or the witness may be done no harm.... God teaches you the right way and God has full knowledge of everything."* (Al-Baqarah 2:282-31)

Central to the above quoted Qur'anic passages is the unmistakable message that what transpires between two or more individuals in day-to-day life at various levels of social interaction, apart from being an obvious concern of law, is preserved also in the divine record for the final reckoning. While instructing man in social behaviour and prescribing appropriate laws for its observances and enforcement, the Qur'an constantly invokes the reality of the Omniscient God and the Hereafter.

In dealing with social crimes the Qur'an reaffirms the same point, though quite appropriately with a slight shift in invoking the twin concepts of repentance and divine compassion. First, committing a crime is to be shunned at all costs and if one unfortunately indulges in it, he should, apart form facing its legal consequences, turn in genuine repentance to the All-Compassionate God for regaining purification. Of numerous such passages in the

FED-PEC0265144

Qur'an, only a few are quoted as an illustration:

*"As for those of your women who are guilty of immoral conduct, call upon four amongst you to bear witness against them; and if they testify, confine them to houses until death do claim them, or God ordains for them some (other) way. If two men among you are guilty of lewdness, punish them both. If they repent and amend, leave them alone; for God is Oft-returning, Most Merciful."* (Al-Nisa 4:15-16)

*"And those who launch a charge against chaste women, and produce not four witnesses (to support their allegations) flog them with eighty stripes... unless they repent thereafter and mend (their conduct). For God is Oft-Forgiving, Most Merciful."* (Al-Nur 24:4-5)

*"And for those who launch a charge against their spouses, and have (in support) no evidence but their own.... If it were not for God's grace and mercy on you and that God is Oft-Returning, All-Wise (you would be ruined indeed)."* (Al-Nur 24:6-10)

As already indicated, what these passages signify is that one's misdeed towards another fellow human being, be it adultery or false accusation, is subject not only to the legal provisions stated in the Qur'an, it has its bearings on one's relationship with God Himself. For a full atonement of one's crime one should turn immediately to God, Who is All-Forgiving and All-Compassionate.

Murder, being the most heinous crime in society, is likewise a concern of both law and one's fate in the Hereafter:

(a) *"O you who believe! The law of equality is prescribed to you in cases of murder...: whoever exceeds the limits shall be in grave penalty."* (Al-Baqara 2:178)

(b) *"If a man kills a believer intentionally, his recompense is Hell; to abide therein and the wrath and curse of God are upon him and a*

*dreadful penalty is prepared for him.* (Al-Nisa 4:93)

As is evident, dire consequences of such evil conduct extend beyond the domain of social law, to a grievous punishment in the Hereafter. The Qur'an draws on such otherworldly deterrents to bring about harmony, equilibrium and tranquillity in the social fabric.

The Qur'anic Surah Al-Hujurat (49) stands out as the conspectus of its social laws ranging from observing good manners towards the Holy Prophet (verses 1-5 and 7-8), shunning scandal-mongering and slandering (verse 6), composing mutual quarrels and maintaining the ties of brotherhood (verses 9-10), refraining from mutual ridicule, defamation and sarcasm (verse 11) to eschewing suspicion and backbiting (verse 12). What is striking is that corresponding to this detailed instruction in moral and manners is the constant reference to one or the other attribute of God. As for example, *"God Who hears and knows all things"* (verse 1), *"Forgiveness and a great reward"* (verse 3), *"Oft-Forgiving and Most Merciful God"* (verse 5), *"God being full of knowledge and wisdom"* (verse 8), *"God being full of love for those who are fair and just"*, (verse 9), *"God Fearingness and God's mercy"* (verse 10), *"Oft-Returning and Most Merciful God"* (verse 12), *"God being full of knowledge and well acqainted with all things"* (verse 13) and *"Oft-Forgiving and Most Merciful God"* (verse 14). The blending of morality and religion thus reaches its apex in the Surah devoted almost fully to social issues.

By linking one's conduct to religious concerns, particularly to one's own relationship to God and to consequences in the

Hereafter, the Qur'an invests morality with a significant and effective dimension, which is conspicuous by its absence in the modern Western ethical discourse.

(The writer is presently associated with the Islamic Foundation, Leicester, UK.)

### Notes

1. For a detailed discussion on the modern Western ethical discourse, please see Freud, *The Future of an Illusion* (1927), J.S. Mill's *Three Essays on Religion*, J.P. Reeder Jr. and Gene H. Outka (eds.) *Religion and Morality: A Collection of Essays*, New York 1973, W.G. Maclagen, *The Theological Frontier of Ethics*, New York, 1961, W.W. Bartley, *Morality and Religion*, New York 1971, William K. Frankena, *Ethics*, New Jersey, 1973 and Paul W. Taylor, *Principles of Ethics: An Introduction*, California, 1975.

2. Some of the Muslim writings on the Islamic Social Laws are Khurshid Ahmad (ed.), *Family Law of Islam*, Lahore 1962, M. Iqbal Siddiqi, *The Family Law of Islam*, New Delhi, 1986, M.M. Siddiqui, *Women in Islam*, Lahore, 1959, A.A. Hammudah, *The Family Structure of Islam*, Indianapolis, 1977, Waliullah Mir, *Muslim Jurisprudence and the Qur'anic Law of Crimes*, Lahore, 1982, M.M. Sharif, *Crime and Punishment in Islam*, Lahore, 1972, and Mohammed S. el-Awa, *Punishment in Islamic Law: A Comparative Study*, Delhi, 1983.

For a comprehensive up-to-date bibliography, please see Zafarul Islam's *Bibliography on Islamic Law* published in The Muslim World Book Review, Islamic Foundation, Leicester (U.K.), Vol. 11, No. 1, Winter 1990 and Volume 11, No. 2, Winter 1991.

3. The English translation of the Qur'anic passages has been taken, with slight modifications, from Abdullah Yusuf Ali's revised *The Holy Qur'an*, Maryland, 1989, and Z.I. Ansari (tr.), *Towards Understanding the Qur'an*, Vols. 1-2, Leicester, 1988-9.

FED-PEC0265145

# Botany and Agriculture in Islam

## Dr. Abdul Ali

After the rise and expansion of Islam a number of Muslim scientists devoted themselves to systematic studies of plants and their cultivation. The Greek and Nabatean legacies, together with the indigenous traditions, formed the basis of their botanical and agricultural knowledge. They diligently cutlivated and developed the botanical and agricultural sciences, and wrote books on them, which, in the course of time, became the main source material for the development of modern botany and agriculture.

The Qur'an, which contains about 169 references to plants,[1] not only inspired the Muslims to study plant life, but also provided them with a great deal of scientific information about it. Its description of the origin of life in general, including plant life— that every living thing is created out of water,[2]— is strictly in accordance with modern scientific data, according to which life is not possible without water because it is the major component of all living cells.[3] The Qur'anic disclosure of this vital fact came in total disregard of the numerous myths on the origins of life that were current at the time of its revelation,[4] thereby paving the way for the development of the empirical methods of study and research as opposed to blind acceptance of false notions and traditions.

A number of passages in the Qur'an describe in detail the varieties and wonders of the vegetable kingdom, while others refer to hte different processes of reproduction in them:

*"It is He' (Allah) Who sends down water from the sky, with which We produce all kinds of plants and from some We produce the verdure, from which We bring forth the clustered grains, and from the date-palm its spathes with bunches of dates hanging low and near. And We produce gardens of grapes and olive and pomegranates, each similar in kind, yet different in variety. Look at the growing and ripening of their fruits. Verily, in them there are signs for those who believe."*[5]

*"It is He Who sends down rain from the sky; from it you drink, and out of it (grows) the vegetation on which you feed your cattle. With it He produces for you corn, olives, date-palms, grapes and every kind of fruit. Verily, in this is a sign for those who give thought."*[6]

*"Verily, Allah causes the seed grain and the fruit-stone to split and sprout."*[7]

Further, the process of the fertilization of trees by winds is described in the Qur'an in the following clear terms: *"And We send the winds fertilizing."*[8] The Qur'an has thrown light on plant sex life also by mentioning the existence of the components of a pair in every created thing including the vegetable kingdom: *"Glory be to Him Who created all things in pairs, of that which the earth grows, and of their own kind, and of kinds they have no knowledge thereof."*[9]

Besides, the vegetable kingdom providing varieties of crops, fruits flowers, medicinal herbs, etc., is not only a rich source of sustenance to man and other living creatures, but also plays an important role in maintaining the ecological balance on earth to the advantage of mankind. The following verses are worthy of mention in this context: *"And the earth We have spread out (like a carpet), set, thereon mountains firm and immovable, and produced therein all kinds of things in due balance."*[10] *"Verily, all things have We created in proportion and balance."*[11]

It is with a view to highlighting the brilliant role of the vegetable kingdom in the life of man that it is described in the Qur'an as a noble and beautiful creation: *"We send down rain from the sky, and produce on the earth every kind of noble creation, in pairs."*[12] *"But when We pour down rain on it, it is stirred (to life), it swells, and it puts forth every kind of beautiful growth (in pairs)."*[13] *"Do they not look at the earth how many noble things of all kinds We have produced therein in pairs. Verily, in this is a sign, but most of them do not believe."*[14]

It is interesting to note that

FED-PEC0265146

these clearly expressed fundamental truths about plant life in the Qur'an are in perfect agreement with modern science.[15] They also gave a great impetus to the growth of botanical, agricultural and horticultural activities among the Muslims. Prophet Muhammad ( PEACE BE ON HIM ) also greatly encouraged efforts in this direction. He is reported to have extolled the virtuous act of plantation of trees by saying that even, if anyone knew that the world would end the next day, he should plant a tree. He further said: *"If anyone has land, he should cultivate it, or lend it to his brother, (but should not let it remain uncultivated)."*[16] All this greatly helped in inspiring the early Muslims to undertake study and research in the various fields of botany and agriculture side by side with vigorous cultivation of lands, as a result of which fine botanical and horticultural gardens were developed in all parts of the Muslim world for both teaching and experimental purposes. As described by George Sarton in his *Introduction to the History of Science* (Vol. II, Part I), *horticulture improvements constituted the finest legacies of Islam, and the gardens of Spain proclaim to this day one of the noblest virtues of her Muslim conquerors. The development of agriculture was one of the glories of Muslim Spain.*[17] A brief introduction to the achievements of the eminent Muslim botanists and agricultural scientists is attempted below:

The Qur'anic commentators were the first to give detailed descriptions of the plants mentioned in the Qur'an. Then came the lexicographers, agricultural scientists and medical men who became interested in plants for their specific purposes. Jabir ibn Hayyan, Abu Nadir ibn Shumayl, Abu Zayed al-Ansari, Ibn-ul-Sikkit, Abu Sa'd al-Asma'i, Ali ibn Rabban al-Tabari, Hunayn ibn Ishaq, Abu Hanifah al-Dinawari, Ibn-ul-Baytar, Ibn Wahshiyah, Ibn-ul-'Awwam, etc., were noted Arab authors who wrote dictionaries and books on botany and agricultural science.

It is worthy of mention in this context that the compilation of dictionaries, both general and specialized for botany, by the early Arab authors was an important original contribution to the advancement of knowledge and learning. The noted French Orientalist William Marcais has expressed his appreciation of this point in the following words:

*"There was no dictionary in the Pehlavi language (of ancient Iran); the first Greek dictionaries date from the 10th century of the Christian era. It is in the 12th century of the Christian era that the first Aramaic dictionary was complied. So the Arabs had no foreign model to copy. All is their own invention."*[18]

### Al-Dinawari

Of the early Arab authors who wrote on plant life, Abu Hanifah al-Dinawari (d. 895 C.E.) deserves special mention. He was born and brought up at Dinawar in the Persian Iraq. Besides being a noted botanist, he was well-grounded in a variety of subjects such as history, exegesis, mathematics, astronomy, geography, etc. His *Kitab-ul-Nabat* on botany in six volumes was massive in size and rich in contents, of which unfortunately only volumes 3 and 6 and fragments of the fourth could be preserved. It covers the classification of plants in general and the morphological structure of the individual plants in three groups — plants cultivated for food, fruit-bearing plants and wild plants. In all, he has described 1120 plants. It is

an authentic source of information about the medicinal plants also that were known in pre-Islamic Arabia. As such it is regarded as the first most comprehensive work on *materiae medicae*.

The author has thrown sufficient light on plant sex life in clear terms— the phenomenon which is generally taken to be a recent discovery of modern science. An idea of his sharp observation on this vital aspect of plant life may be derived from the following quotation:

*"Date-palm is so near to animals and even to human beings that sometimes there are love-affairs; sometimes a female date-palm gets amorous of a certain male date-palm. The female tree even physically inclines towards its beloved. If the gardener pollinates this female palm with the pollens of some male palm other than its beloved one, it does not bear fruit, and gets sick until the gardener discovers its beloved tree and marries them by sprinkling the pollens of that particular male palm."*[20]

### Ibn-ul-Baytar

Abdullah Bin Ahmad ibn-ul-Baytar, who flourished in Muslim Spain in the twelfth century, was the greatest Arab botanist. He produced a comprehensive book on botany under the title *Al-Jami li-Mufradat-il-Adwiyati wa-al-Aghdhiyah* (The Corpus of Samples and Diets) which remained the most important encyclopaedia on this subject upto the sixteenth century. It contains detailed descriptions of more than 1400 medicinal plants and herbs, almost four times the number of such plants mentioned by the Greek physician and botanist Diascorides.

FED-PEC0265147



**Saudi Arabia's wheat farms.** Drawing on the rich heritage of the past, Saudi Arabia has made great progress in agriculture.

Arranged in the alphabetical order, this book is a collection of samples derived from minerals, plants and animals, in which he has recorded the findings of the classical Greek and Arab authors alongwith those of his own observations and experiments.

The author elaborated for the first time such new concepts as the impact of storage on the nourishing elements of the plants. The information provided by him in this matter played an important role in evolving the scientific methods of storing and preserving medicinal and aromatic plants. This book was first printed in four volumes at the Egyptian Bulaq Press in 1874 C.E. It was translated into French by Leclere in 1877-1883.[21]

**Ibn Wahshiyah**

Abu Bakr Ahmad Bin Ali, known to fame as Ibn Wahshiyah (d. 909 C.E.), was a great agronomist. About thirty books are ascribed to him by Ibn Nadim in the *Fihrist* on agriculture, chemistry, magic and talisman. His most famous and widely circulated book *al-Filaht-ul-Nabatiyah* (The Nabatean Agriculture) was written in 904 C.E. As described by him in the preface, it is based on an old Nabatean text on agriculture. It covers, besides agriculture and botany, the idolatrous beliefs of the Nabateans and the Arameans.

This voluminous book contains valuable information on almost all the matters relating to agriculture. For example, one chpater is devoted to the discussion of the properties of the olive, while another independent chapter deals with the science of choosing suitable places for digging wells in order to procure large quantities of water for the purpose of irrigation. The methods of cultivation of various crops, fruit-bearing plants and vegetables as well as those of fighting the diseases and calamities that befall standing crops and plants have been dealt with under separate chapters. In short, the book contains a mine of useful information on the applied agricultural science. It was consulted by almost all the writers who wrote after him on this subject. As described by Ibn Khaldun, even Jabir ibn Hayyan, the renowned Arab chemist and botanist, was greatly influenced by it. Similarly, the author was profusely quoted by Shamsuddin al-Nuwayri in his *Nihayat-ul-Arab* and by Ibn-ul-Awwam in his *Kitab-ul-Filahah*. This book has a great historical value also as it is the sole authentic record of the agricultural traditions of the Nabateans, the descendants of the Babylonians, all other original studies on the agricultureal and intellectual legacies of these ancient peoples having perished long long ago.[22]

**Ibn-ul-Awwam**

Abu Zakariya Yahya Ibn-ul-Awwam, who flourished in Spain in the twelfth century, produced the most important book on agriculture under the title *Kitab-ul-*

FED-PEC0265148

*Filahah*. But he remained neglected for a long time. He is not mentioned even by such renowned authors of biographical works in Arabic as Ibn Khallikan and Haji Khalifah.

The Lebanese scholar Michael al-Ghaziri, incharge of the Escurial Library, in the eighteenth century was the first to call attention to the manuscript of the book. It was first edited and publishd with a Spanish translation in two big volumes by J.S. Banqueri at Madrid in 1802. Another edition of the book was published at Seville in 1878. E. Meyer gave a summary of it in this *Geschichte der Botanik, III.* While C.C. Monkada published a study on its treatment of the plantation of vineyards at Stockholm in 1889, the French version of the book was published by Clement-Mullet in 1864.[23]

Contrary to Ibn Khaldun's statement, this book is far from being a mere abridgement of Ibn Wahshiyah's *al-Filahat-ul-Nabatiyah*. It is a significant original contribution to kowledge in the realm of applied agricultural sciences. The author himself studied and described about 585 different plants in addition to the cultivation of more than fifty fruit-bearing trees. While quoting from the works of his predecessors, he has recorded the findings of his own observations and experiments. Abu Hanifah al-Dinawari, Muhammad bin Ibrahim al-Andalusi, Ibrahim bin Muhammad, al-Andalusi, etc., were the main authors whom he has quoted and admired in his book. It was written around 1158 C.E. in a very accurate and easy style.[24]

The contents of the book are compiled in two big volumes containing thirty-four sections. The first thirty sections are devoted to the discussion of agricultural and related matters, while the re-

maining four deal with the management and rearing of domestic animals and birds. The book covers in detail a variety of subjects like species of plants, medicinal and aromatic plants, soil, farming techniques, seasons and methods of cultivation of various crops, fruits and vegetables, the science of locating underground water, the techniques of digging wells, irrigation, the methods of preparation and use of different kinds of fertilizers, seed testing technology, plant sex life, etc.

The author was among the foremost Arab authors who wrote on what is known today as the soil testing technology. Describing an easy method of testing the quality of soil, he says that the quality of soil can be tested by digging a ditch and filling it. If some soil remains surplus after filling the ditch, the soil is of good quality. If the ditch is only levelled up, the soil is of average quality. But if the dug out soil falls short of levelling up the ditch, it is of bad quality. He further says that soil can be tested by touching, smelling, tasting and seeing also. Again, while talking of the methods of improving the fertilizing capacity of soil, he reveals that both the sun and air play an important role in enriching the fertility of soil. It is, therefore, necessary that the land, which is intended to be cultivated, should first be split up in fragments. He further observes that the soil taken out of the deep layers of the earth is deprived of fertility. It is important to note that these statements are in accordance with the findings of modern science.[25]

Besides, the author has suggested in this book the improved methods of fighting the diseases and calamities that afflict the plants and crops. He is also said to have succeeded in making certain trees bear fruits

off their known seasons. In addition to all that, he paid attention to what is known today as the technology of agricultural industries including the fruit and pickle industry.[26]

(The writer is Reader in the Deptt. of Islamic Studies, Aligarh Muslim University, Aligarh, India.)

## References

1. Muhammad Hamidullah, "Early Muslim Contribution to Botany" in the Journal al-'Ilm, Vol. 5 (January, 1985), Durban, p. 5.
2. The Qur'an, XXI:30.
3. Maurice Bucaille, *The Bible, the Qur'an and Science*, p. 186.
4. *Ibid.*, p. 187.
5. The Qur'an, VI:99.
6. The Qur'an, XVI: 10-11 (tr. by A. Yusuf Ali).
7. The Qur'an, VI: 95.
8. The Qur'an, XV: 22.
9. The Qur'an, XXXVI: 36.
10. The Qur'an, XV:19 (tr. by A. Yusuf Ali).
11. The Qur'an, LIV: 49 (tr. by A. Yusuf Ali).
12. The Qur'an, XXXI:10 (tr. by A. Yusuf Ali).
13. The Qur'an, XXII: 5.
14. The Qur'an, XXVI: 7-8.
15. Maurice Bucaille, *op. cit.*, p. 190.
16. Quoted from *Qur'nic Sciences* by Afzalur Rahman, London, p. 189.
17. Quoted from *The Heritage of Islam* by K. Jamil Ahmad, 1956, p.27.
18. Muhammad Hamidullah, *op. cit.*, p. 10.
19. Hakim Muhammad Said: "Islamic Medicine and the Art of Drug-Making, a Historical Perspective" in *Hamdard Medicus*, Vol. XXXIII, No. 1, 1990, p. 47.
20. Muhammad Hamidullah, *op. cit.*, p. 9.
21. *Dairat-ul-Ma'arif* (Beirut, 1958), Vol. II, p. 380.
22. *Ibid.*, Vol. IV, p. 132.
23. *Ibid.*, Vol. III, p. 407.
24. *Ibid.*, p. 408.
25. *Ibid.*, p. 408.
26. Dr. Ali el-Majdoub: "Ulum-ul-Zira'at w-al-Baytarah fil-Hadarat-il-Islamiyah" in *Islam Today*, Morocco, 1983, No. 1, p.58.

FED-PEC0265149

# Death, Rooh (Soul) and Nafs (Self)

Dr. Ebrahim Kazim

*In this article, I propose to discuss Death, Rooh which is translated as Soul, and Nafs which refer to Self. Without delving much into a recent controversy over the exact definition of death, it is to be noted that at a time when nearly all of us believe that the beginning and end of death is the last heart-beat, recently the medical specialists and some members of the legal profession in most countries of the world have accepted brain death as the time of death, the time when the vital brain functions of breathing and consciousness have stopped, e.g. the electroencephalogram show no activity at all. Although such a person is pronounced dead and a death certificate can be issued, yet his heart may still be beating, and could be kept beating for a few weeks assisted by a mechanical ventilator, in order to facilitate transplantation of various organs into another patient. Accordingly, the time of death is when brain death is confirmed, and not some time later when the heart also has stopped beating.*

It is said, therefore, that death occurs when the brain, or more precisely, brain stem, stops functioning, resulting in the irreversible loss of the ability to remain conscious, plus the loss of the ability to breathe; and that eventually the heart also will stop beating in a matter of hours or days or a few weeks if assisted by a mechanical ventilator. (Irreversible brain stem death is due to structural brain damage which usually follows recent head injury in most cases, and spontaneous intracranial hemorrhage in others. Some have recovered from temporarily depressed brain stem functions or metabolic disturbances.)

However, in Islamic countries, the brain death criterion is neither medically nor legally accepted. The breathing and the heart should have also stopped.

For the purpose of this article, it is assumed that the dead person has suffered irreversible brain damage and all bodily functions, including those of consciousness, heart and lungs have come to an end; the heart has given its final beat, the lungs have exhaled the last breath, the *Rooh* (soul) has left the body, and corpse is now ready for burial.

## Attitude to Death

While many aspects of life are uncertain, one thing is definite and that is the inevitability of death is itself uncertain as to time and place, since no one knows when and where a person is going to die. Allah says:

*"...No one knows in what land he shall die..." Q. 31:34*

It is written in our destiny when and where we are going to die.

*"... Nor can a person die except by Allah's permission, the term being fixed by writing." Q. 3:145.*

No matter who or what we are, Allah has decreed death to be our common lot.

*"We have declared death to be your common lot..." Q. 56:60.*

Allah says:

*"Every person must taste death..." Q. 3:185; 21:35; 29:57*

Once a person is born, he is destined to be part of history, and indeed, he can contribute importantly to history. Man's life on earth is especially meaningful and significant, since he is endowed with capability to make immense contribution to humanity in this world and to himself in the Hereafter.

Some of us think that when we die and are reduced to dust, that's it. This is the end; there is no more life, no Hereafter! And still, we call ourselves Muslims. Have we not read in the Holy Qur'an, in which there is no doubt:

*"This is a Book, about which there is no doubt." Q. 2:2*

wherein Allah says:

*Allah gives life to you, then gives you death, then gathers you together for the Day of Resurrection, about which there is no doubt. But most of mankind know not". Q. 45:26*

If we do not believe in this, it means we do not believe that Allah has the power to give life once again.

*"Man says: What! When I am dead, shall I be brought back alive?" Q. 19:66.*

*"They say: When we are dead and have become dust and bones, shall we indeed be raised up again?" Q. 23:82, 37:16; 56:47*

There are some people who say:

*"When we are actually dust, shall we indeed be renewed into a new creation? Q. 13:5*

*"They say their strongest oaths by Allah that Allah will not raise up those who die...".*

In the same verse, Allah again says:

FED-PEC0265150

*"No. It is a promise binding on Him in truth, but most of mankind know not".* Q. 16:38

Allah has promised a second creation that will follow the present one.

*"And that He has promised the last creation (of raising of the dead)."* Q. 53:47

And,

*"Lo! He never breaks His promise."* Q. 3:9.

In fact, we are reminded in the Hadith that we shall be resurrected barefooted, naked and uncircumcised.

Why then should we doubt that we will be created once again? If we are sure about our first creation in the first instance from nothing just by Allah saying:

*Be! Behold it is!.* Q. 6:73

and He created the universe also from nothing just for our sustenance, why should we doubt the second creation in the Hereafter, a creation which would be much easier for Him from something, from our own dust which contains the same elements as the human body?

*"How can you disbelieve in Allah; seeing that you were without life, and He gave you life; then He will cause you to die, and will again bring you to life, and again to Him will be your return?"* Q. 2:28

In many verses in the Holy Qur'an, Allah says that He gives death and He gives you life once again.

*"Then He gives you death; then He gives you life...."* Q. 30:40; 53:44; 11:7; 6:36; 22:6; 3:27; 30:19; 10:31

Death is not a negative phenomenon. It is a positive state. Just as life is a creation, so death is also an act of creation.

*"Who created death and life, that He may try you, which one of you is best in conduct."* Q. 67:2

*"He it is Who gives life and gives death."* Q. 23:80; 3:156

Just as Allah *gives* life; for which we have to thank Him for this *gift*, similarly Allah *gives* death which is also a *gift* from Allah, and for which we have to thank Him, because death brings us nearer to our goal of meeting with Allah, *the* goal which this life was meant for.

Death is not the end of all existence. Death is the threshhold of a far more glorious life. Life on this planet may end, but the soul, continues to exist. Death is the first stage to the eternal journey and is the beginning of an eternal life. Imam Ghazzali says: "All men are asleep. When they die, they are awake." As soon as we close our eyes in this world, we open our eyes immediately in the next world to start a new life, with that amount of self-development and will-power which we earned in this world for a start; the will-power to progress further and rise higher and higher in the spiritual field.

As Muslims, we must not be afraid of death. When the time comes, we must face death bravely, with confidence, calmness and serenity, because the angel of Death will definitely come at the appointed hour. That is already written in our *Taqdeer* (destiny) and no matter where we are, he will find us, and we have to go.

*"Wherever you may be, death will overtake you, even if you were in lofty towers...."* Q. 4:78

Therefore, we might consider how sensible it is to live life meaningfully, piously, kindly and lovingly that we are prepared to be taken away any moment and can feel good within ourselves when death takes us on the road back to our Creator.

## Rooh (Soul)

*"They will ask you concerning Rooh; say: 'The rooh is from the Command of my Lord; and you are given very meagre knowledge in that respect.'"* Q. 17:85

As Muslims, we accept that our soul is what Allah says in the Qur'an:

*"Then He fashioned him and breathed into him from His rooh; and He gave you (the faculties) of hearing, sight and feeling. Little thanks you give."* Q. 32:9

*"When I have fashioned him and breathed into him from My Rooh..."* Q. 15:29; 38:72

In this breath that comes from Allah and which we call "Rooh" or "Soul" in English, are whatever good and divine qualities man possesses; and these must have been present in this Rooh which probably, entered the foetus in the womb when the latter became viable and fit to live. Rooh has been present from time immemorial, long before time was created, and will remain after time ends, because Rooh is eternal. (Of course, life or 'jaan' is present in the embryo at the time of conception, and this term 'life', which represents a series of molecular events and biochemical reactions in each cell, must not be confused with Rooh. In fact, both the male sperm and the female ovum have life in them, before fertilisation could ever take place, but they have no Rooh).

It is not possible for the finite brain to comprehend the infinite soul (Rooh). Rooh is given to every person and is endowed with infinite energy for development. The Rooh has the capacity and the immense potential to develop itself on the model of Divine Attributes, and rise higher and higher. The objective before man is to reach a higher evolutionary stage of life after physical death in this world on earth. This is achieved by the immeasurable capability possessed by Rooh which can get closer to Allah by acquiring and manifesting the Divine Attributes.

Where does this soul reside in the body? If one limb is ampu-

FED-PEC0265151

tated, that amputated limb does not have a soul, although it still has life and the limb can be replanted. So, where is the soul? All the four limbs can be amputated and still the soul is intact in the remaining body. Does the soul reside in the blood? No, because the blood could be drained off completely in an exchange blood transfusion and replaced. Does the soul live in the germinal layer of our reproductive organs, e.g. the testes and the ovary? No, because the soul is still present in absence of our reproductive organs. Then, does the soul reside in the heart, the lungs or the liver? No; because these organs can easily be transplanted. Is it possible then for the soul to reside in some as yet undiscovered part of our brain stem which controls the three centres of heart, respiration and consciousness so that when they cease to function, the soul leaves the body? Allah only knows. Moreover, it may be fruitless or futile to search out any special locus or resident place for a spiritual entity.

This divine *Rooh* is good and pure, hence the baby is innocent. The soul, that is present in the body at the time of birth, starts off with a clean slate. But Allah also created evil which tempts and laces the embodied soul in varying degrees depending on the particular environment in which the child is exposed as he/she grows older. As time goes on, we are repeatedly exposed to situations where Allah has been testing us, both at home, in the streets and at work, and it is in these situations that we have either committed sins or practised virtues. Because of an overall picture of how we behaved in these examinations that we faced during our lifetime on this earth, our soul takes on a particular personality characteristic for the particular individual and it is *this* unique personality that would be

judged responsible on the Day of Judgement when our deeds would be mirrored on our soul. It is noteworthy to remember that *"Rooh"* (soul) does not appear in plural *(arwah)* in the Holy Qur'an.

Although we have been given very meagre knowledge about *Rooh* (soul), certain verses in the Holy Qur'an connect *Rooh* with:

A. The purpose of disseminating knowledge, in the form of guidance and warning.

i)   While addressing Prophet Muhammad ( ﷺ ) , Allah says:

*"And thus we have revealed to you a Rooh from Our Command. You knew not what was Revelation, nor what was Faith; but we have made the (Qur'an) a light, whereby We guide such of our Servants as We will. And verily, you guide (men) to the Straight Path."* Q. 42:52

ii)  *"And Lo! It is a Revelation from the Lord of the Worlds, which descended with the Faithful Rooh, to your heart and mind that you may be one of the warners."* Q. 192:194

iii) *"Raised high above ranks, the Lord of the Throne; He sends the Rooh from His Command upon any of His servants He pleases, that He may warn (men) of the Day of mutual meeting."* Q. 40:15

iv)  *"He sends down His angels with Rooh from His Command upon such of His servants as He will, saying: Warn (mankind) that there is no God but I, so do your duty unto Me."* Q. 16:2

B. Angels. In the following verses, *Rooh* is associated with angels.

i)   *"the Day that the angels and the Rooh stand forth in ranks."* Q. 78:38

ii)  During Lailatul Qadr,

*"The angels and the Rooh descend by Allah's permission,*

*with all decrees."* Q. 97:4

iii) *"The angels and the Rooh ascend unto Him in a Day whereof the span is 50,000 years."* Q. 70:4

iv)  *"Say: 'The Holy Rooh has come down from your Lord with Truth, in order to confirm (the faith of) those who believe, and as a Guide and Glad Tidings to Muslims.'"* Q. 16:102

C. Holy Rooh ,(Roohil Qudus). Allah helps Sayyidna 'Isa (peace be on him) with *Roohil Qudus*:

*"And We gave unto 'Isa, the son of Maryam, clear proofs (of Allah's sovereignty) and We helped him with the Holy Rooh."* Q. 2:87; 2:253; 5:113

## Body

Let us consider a few differences between body and soul. The human being consists of a body which is disposable and a soul which is indisposable. The body has three dimensions, viz. length, width and breadth. Hence, we can be seen. The soul has no dimensions and hence cannot be seen. The body is influenced by the fourth dimension, time. With the passage of time, the body becomes older and dies. In contrast, the soul has no dimensions; it is not affected by time; it never grows old; it never dies; it is immortal. Because the human body has three dimensions, there is a limit to its speed. the soul has no dimensions. There is no limit to its speed. In a split second, the soul (or *Rooh*) can find itself anywhere else in any of the planets billions of light years away.

There is another important difference between the body and the soul. The human body grows by taking proteins, carbohydrates, fats, vitamins and minerals, but the soul grows by giving, by giving charity, by giving a smile, by giving our time, our leisure, our knowledge, our skill, etc. While

FED-PEC0265152

the body is found in human beings as well as in lower animals, the soul is found only in human beings, because we can reason to a high degree, express our thoughts more intelligently and have a "mind" that can mind the body. The physical body needs this world to live, and therefore, has no access to the Guarded Tablet, the Divine Computer called *Lowh Mahfooz*, and hence we cannot fathom the nature of God, or where space begins or where space ends, or what will happen tomorrow. But once a person dies, his soul has left the body and the soul now has access to the Guarded Tablet, also to other persons and to other souls, and meets Allah. There are some of us who do not believe that we will meet God in the Hereafter, but the Holy Qur'an states:

(a) *Those are they who disbelieve in the Revelations of their Lord and in the meeting with Him.* Q. 18:105

(b) Again, Allah has good news for the righteous people:

*That Day some faces will beam (in brightness and beauty), looking towards their Lord.* Q. 75:22, 23

(c) *You will definitely see your Lord with your own eyes.* (Hadith)

What happens at the time of death? At the time of death, the best of friends part, viz. the soul and the body. There is a saying in Arabic, meaning "everything has to return to its origin." All the vitamins, all the fats, carbohydrates and proteins that the body took from this earth to make up the different organs, have now to be surrendered to earth, and once again, Mother Earth hugs up the body so tightly in the grave as never before, and retrieves all the elements. At the time of death, life comes to an end in this body, and every cell in every organ of the body ceases to function. But that does not mean that we cease to exist; we continue to live on a different

plane of existences, because our *Rooh* (soul) becomes detached from the body and departs.

*Indeed to Allah we belong and to Allah is our eventual return.* Q. 2:156

The soul departs, laden with sin or with virtue, in peace or in pandemonium; but the soul surely departs. The object of the soul is to search for and attain its original source, i.e. Allah.

Sometimes, we speak of this earth as a transit lounge. Our Prophet, Muhammad (PEACE BE ON HIM) has said: *Live in this world as if you are a foreigner or a traveller.* Whenever we travel to London or to New York or to Jeddah, we ensure that we buy a return ticket and have all our travel documents in order, e.g. our passports, our health certificates, travellers' cheques, and our suitcases. In contrast, when we die, it is a one-way journey, to a land of no return, and no baggage is allowed except what has been sent in advance in the form of good deeds and pious qualities.

## Nafs (Self)

*Nafs* is a subject with ample room for intellectual thinking. It is important to make distinction between "*Nafs*" (i.e. "self") and "*Rooh*" (i.e. "soul"). Some authors have interchanged "*Nafs*" and "*Rooh*" freely. "*Rooh*" strictly speaking, should be translated as "soul", while "*Nafs*" should be reserved for "self" or "person." "*Nafs*" and "*Rooh*" are separate words and are not interchangeable. They are considered separately in the Holy Qur'an, and hence should have different meanings. If we call *Rooh* the soul, then *Nafs* should not be translated as soul.

"*Nafs*" appears in the Holy Qur'an in the following contexts:

(1) Referring to Allah as "Self":

(a) *And Allah cautions you Himself.* Q. 3:28, 30. *Say to Allah,*

*He has prescribed for Himself the rule of Mercy...* Q. 6:12; 6:54

(b) Sayyidna 'Isa, (peace be on him) says to Allah:

*Thou knowest what is in me, but I don't know what is in Thee.* Q. 5:116

(2) Referring to human being as "Self":

*Then every person should be paid in full what he has earned.* Q. 2:281

*Spend in charity for the benefit of your own selves.* Q. 64:16

*Every person will be responsible for his own deeds.* Q. 74:38

*There has come to you a messenger from among yourselves.* Q. 9:128

*We know what man whispers to himself.* Q. 50:16

*No person can die except by Allah's permission and at a term appointed.* Q. 3:145

*No person knows in what land he shall die.* Q. 31:34

*Every person shall taste death.* Q. 3:185; 21:35; 29:57

Many commentators have often translated *Kullu nafsin zaaeqatal maut* as "Every soul shall have a taste of death." If we accept that soul is immortal, and rightly so, then "*Nafs*" must be translated as "self" or "person" (and not as "soul").

(3) Referring to gods as "selves":

*Yet have they taken, besides Him, gods that can create nothing but are themselves created; they have no control of harm for good to themselves; nor can they control Death nor Life nor Resurrection.* Q. 25:3

(4) Referring to Jinns and men as "selves,"

*O Assembly of Jinns and men!... they will say: we bear witness against ourselves.* Q. 6:130

(5) Referring to personal identity or ego.

*It is Allah that eliminates the Nafs (personal identity) at death, and those that die not during their sleep.* Q. 39:42

Personality refers to a person's

FED-PEC0265153

uniquely organised predisposition to "perform, perceive, think and feel", either singly or in groups)'. Some commentators have again translated the above as ""Allah takes out the souls at the time of death, and also of those that die not, during their sleep." Again, Allah never mentioned "Rooh" in this verse, because the "Rooh (soul) of a person is still present in the body during sleep, while "Nafs" (personality or personal identity) is non-functioning" both during sleep and also at time of death. It is also not uncommon for a man to sleep over a disturbing thought during which Allah would eliminate that undesirable component of Nafs, and the person wakes up with a change of attitude.

"Nafs" or Self: Personality is reflected in a person's behaviour when exposed to the stresses of life, whether in the family or in society. From immaturity through to maturity, man passes through various stages, be it physical, intellectual, emotional or spiritual, with periods of conflicts, indecisions, insecurities, unreasonable rage, neglect of proper advice and contempt of those in authority, including religious personalities. Man passes through life with experience of fear, disbelief, racing mind, unstable mood and impulsive behaviour. Because a person interacts with his physical environment and with other persons (singly and in groups), restriction of exposure to society results in an underdeveloped personality.

To convey an idea of the "Self," I would like to explain a few terms found in medical and phychological textbooks.

The "id" (not to be confused with our Eid Festivals) is a collective name for the earliest part of personality. It consists of primitive biological impulses, instincts and physical appetites found in the animals and in human beings viz. dependency, rage and aggression, fear and flight, sexuality and cravings to satisfy thirst and hunger. The id operates on a pleasure principle (seeking pleasure and avoiding pain).

The "ego" develops (evolves) from the id, and is that component of the personality which relates with our surroundings. It is the executive part of the personality. It deals with the environment through perception, thought, feeling and action. It evaluates and solves problems. The ego is the "I" of the personality, and perceives the surroundings, including the "Me." The "Me" is the body in which the person lives, and identifies himself as a person with a particular age, sex, face, nationality, religion, family, social and professional status. Ego is the 'Self.'

"Ego" or "Self" development takes place between the growing child and the mother or foodgiver and later the care-taker, and those in authority commanding respect. Infancy with satisfying moments of rewards and punishments lays the foundation stone of trust and mistrust in others, while school age determines the industriousness and ambition versus a sense of inferiority. Satisfying mothering lays the foundation for a sense of trust in others. The child accepts parental commands and behaviour with unquestioned obedience and responds in a positive way to the morals prevailing in the home. The manner of instruction and advice by the mother during childhood determines the personal self-confidence later on. The child responds with fear of the parent during infancy, and strives towards a pattern of cleanliness, submissiveness and punctuality in later life. Early parental influences shape the development of the child's personality. Therefore, it is important that parents should be knowledgeable in Islamic values and Islamic moral ethics. Through the experiences in restriction and guidance, the child develops a sense of differentiating and dealing with what is 'right' and 'what is wrong.' Later on, e.g. during Maktab classes, 'right' and 'wrong' becomes indelible in the child's brain as he advances in learning of the meaning of the Holy Qur'an, wherein 'rights' and 'wrongs' are classified in simple language.

The taking in (interiorsing) of moral values and making them part of one's self leads to the development of a third part of the personality (the other two being id and ego). This third part is called the super ego (or conscience). Thus, the id with its animal instincts and desires, prompts the personality into animal-like behaviour; but the super ego with its morality, rules and regulations, tries to inhibit the id. And it is up to the ego, caught in the middle, to work out a healthy balance between the demands of the id and controls by the super ego. The ego must also relate the total personality to the outside world. Thus if the id is too strong and the super ego (storehouse of moral values) is too weak, the executive ego will have a difficult time dealing with society and the person will run into trouble (e.g. lying, stealing, being immoral) as he behaves without due consideration of others. On the other hand, if the super ego (moral values) is overly strong and the id is weak, the person will be overly inhibited. His conscience, which will generate guilt feelings, will stop him from the slightest misbehaviour. A healthy personality is one in which the ego is able to maintain a comfortable balance between the id, superego (or conscience) and society.

FED-PEC0265154

Humans have much more grey matter in the brain than the animals and can express their thoughts through more intricate language:

*"He has taught him utterance".* Q. 55:4

The brain receives information from the internal and external environment, and responds to conflicting outputs by responding to those with higher priorities. The distinguishing quality of the human brain is its enormous capacity to register, store, integrate and recall the past experiences of the person, which in turn are responsible for the experiences of his behaviour. Such experiences develop in stages from experiences of the previous ones, each experience exerting its own quota of influence on the developing personality. (Recording of past events involves electro-chemical processes in the brain, being different to those of recent events. The permanent recording of events called long-term memory involves permanent structural changes in the nerve cells. The destruction of this alteration leads to loss of memory for past events). The human brain has a fantastic capacity for registering, analysing and synthesizing information, hence it is responsible for language, communication, memory (with its three components of registration, retention, recall), ability to solve problems, expressions of thoughts, an enquiring mind, and also decisionmaking whether to take action or inhibit such action. The mind selects from the vast barrage of incoming information for registration, from both the internal and external environments. Because of verbal communication, man, unlike animals, can report on most of what he perceives. The human brain also has an inborn quality of curiosity which propels him to explore himself and his surroundings. When such exploration is done with the assistance of the elders in the family or in society, the person learns to adapt without difficulty to changing environments and times.

When the physical appetites and demands of the id through the ego are too excessive, as commonly happens during youth, the stage is called *Nafs al-Ammara,*

*"Nor do I absolve my own Nafs. Nafs is certainly prone to evil, unless my Lord bestows His Mercy."* Q. 12:53

His behaviour pattren, thought processes and emotional responses to the stresses of living are maladjusted. He may become hostile and irritable, with destructive tendencies. He prefers dirty jokes, and may indulge in alcohol, homosexuality and adultery, and afterwards either forgets the whole affair or takes on a "could'nt-care-less" attitude. He shows no consideration for others and when his demands are not met, he becomes outrageous and revengeful. Certain of his misdemeanours may either land him in jail, or he may be demoted in the eyes of society.

The three stages of *Nafs* as mentioned in the Holy Quran are:

1. Nafsul-Ammaara; Q. 12:53
2. Nafsul-Lawwama, Q. 75:2
3. Nafsul-Muma innah; Q. 89:27

### Nafsil-Lawwaama

The persons tries to adjust and re-adjust himself as time goes on. He pays more attention to the verses of the Holy Qur'an, with its meanings, and also recollects the advice given by his parents and teachers during early childhood. The good advice or moral virtues are stored in his super ego (conscience). He knows that he has done wrong and reproaches brakes on bad behaviour. He can be remorseful. This second stage is called "*Nafsil-Ammaara.*"

*"And I call to witness the self-reproaching Nafs."* Q. 75:2

He appreciates not only the needs and duties towards self for food and shelter, but also to family and to society for caring, sharing and communication. He realises that he has not paid his *zakat* and pays it, He (ego) compromises between the id drive (*'ammaara'*) and the super ego's demand for better conduct and morals. Although he does wrong and initially tries to justify himself with arguements to which he

himself answers and always wins, while debating with himself, he knows that he was wrong. Often Satan whispers to him with the sweet voice of reason, so that for some time, he either tries not to feel guilty or justifies his guilt with some sensible explanation, blaming a third party or the society or the biological or physical circumstances. But he cannot fool God, who is closer to him than his jugular vein!

As time goes on, the man identifies himself with the father and incorporates father's goal and standards as his pattren of personality, while the girl identifies with the mother and finds solace and security in a feminine role. A person, with sound family and religious background, recognises his mistakes and casts an unfavourable estimate of his own personal worth or conduct in this stage of *Nafsil-Lawwaama.* He has now reached a stage when he probes his inner conscience in times of guilt, and immediately repents and makes, *tauba,* soon after commitment of any minor or major sin. Besides Grace from Allah, this *tauba* gives him consolation and solace, and some freedom from guilt and shame.

As some persons grow older, they re-assess themselves and try to avoid their past errors. They are fearful of making mistakes and feel the need to meet higher standards. They try to involve Allah while dealing with themselves or with their surroundings. They look to their super ego for support. (To repeat, the super ego is that portion of the personality that is concerned with the maintenance of moral values; it strives for the ideal standard of behaviour as perceived from parents and teachers who are eventually responsible for moulding the personality). They try to return to the Holy Qur'an for spiritual and moral guidance, and strive to keep their standards as

FED-PEC0265155

near as possible to the Attributes of Allah. They thank Allah that they have been born Muslims. They are satisfied with their *"Qadr"* (destiny) that Allah has ordained for them. They try to become exemplary individuals, well compromised in the demands of the id, ego and super ego. When they speak, they speak with a conscience, and back up their statements from verses in the Holy Qur'an and the Hadith. Just as the ingestion of milk satisfies the baby's hunger and also brings into intimate contact the mother or the food-giver, signifying a source of pleasure, security and gratification to both mother and child, some of these persons find gratification in intimacy with Allah. They are now enjoying the third or the last stage of *Nafs* called *Nafsul Mutma innah:*

*"Oh securely confident and satisfied Nafs! Come back to thy Lord well-pleased and well-pleasing unto Him. Enter thou amongst My devotees! And enter My Heaven."* Q. 89:27, 28, 29, 30.

Gratification comes from increased God-consciousness and satisfaction in spiritual accomplishments and righteousness. They live in peace with themselves and with their surroundings, and represent Islam, which itself means 'peace.' They try their best to act as vicegerents of God as long as they live, and are now prepaed to face death and return to their destination with confidence and satisfaction.

Most of us think that when we die, we shall sleep cosily in our graves for billions of years until Allah, appoints a Day of Judgement, and we shall then all join in a never-ending queue with our record in our hands. In fact, this is not so. This is well emphasised in the Holy Qur'an:

*"And on the Day when He shall gather them together, it will be as if they had tarried but an hour of the day, recognising one another."* Q. 10:45

Allah also says:

*"The Day they see it as if they had tarried but a single evening or at the most the following morning."* Q. 79:46

We close our eyes in this world and immediately after is the Day of Judgement. Here is the explanation of the verses Q. 10:45 and Q. 79:46. The concept of time revolves on the level of consciousness.

(1) If we are in pain and we look at the clock, we find the time hardly passing, minute by minute. This is because we are conscious of the pain and of our surroundings.

(2) Suppose we administer a general anaesthetic, (chloroform or halothene) and induce in you a deep sleep for ten hours or so, and when you wake up from the anaesthetic, we ask you for how long did you sleep, you will reply "hardly five minutes."

(3) If we sleep in a dark room without a clock, we would not know how long we slept when we wake up.

(4) Ask anyone who has gone into a coma for a few days and has recovered as to how long he slept, he will say, "I never slept at all." This is because of the depth of the level of consciousness during the period of coma.

(5) Similarly, death is the deepest form of coma or consciousness, and billions of years may pass in this world which would seem hardly a second to the person who dies and appears on the Day of Judgement. If we take *Barzakh* to be the period intervening between this world and the Day of Judgement, then *Barzakh*, which may be counted by us and for those of us who are living as billions of years on earth, would seem as a short nap to the person just dead.

# First Aborigine Muslim comes for Hajj

The Muslim World League has scored a notable achievement by inviting the first Aborigine Muslim ever, to set foot in the holy shrine or make the once-in-a-lifetime pilgrimage to Makkah.

The epoch-making event assumed special importance as Muhammad Isahak, a leader of the Aborigine community in Australia, joined hundreds of Muslims from other countries in Mina and promised to undertake a serious Dawah drive back home.

The Aborigines, the original inhabitants of Australia before the arrival of Europeans to the distant continent, had long suffered from systematic genocide and unabated exploitation which drove them to frustration and alcoholism, Isahak says. In their search for spiritual and moral salvation, they found in Islam the safety they needed and a way for moral and material uplightenment, he added.

The Aborigines trace their history and civilisation to over 40,000 years but consider the British colonialism which lasted for over 203 years as a major setback for their development. "We maintained trade and marriage links with Muslims of South East Asia and we found their treatment of our people decent and compassionate," says Isahak. "This is in contrast to our relations with the British and Christianity which led our people to sufferings, alcoholism and poor living conditions," he said.

"It is in this spirit that we are making overtures to Muslims and turning our eyes to Islam to save our people from complete destruction," he concluded.

FED-PEC0265156

## Islamic Heritage

# The Art of Arabic Calligraphy

I t has been called the premiere art form of the Islamic world. It spread throughout much of the known world in the wake of the establishment of the Islamic religion that swept out of what is now modern Saudi Arabia. Over the past millenia it has been the most widely practised art form in the Islamic world stretching from Indonesia and parts of western China through the Middle East and North Africa to Spain. It even has modern-day practitioners in the United States and Europe, and exhibitions in the West have drawn millions of admirers. It is, in short, an art form that is appreciated and treasured world-wide.

The art is Arabic calligraphy. Although it attained remarkable popularity in the new Muslim lands, Makkah and Madinah remained its heart and soul.

Even as modern Saudi Arabia makes rapid strides in harnessing the most advanced technologies for its continued industrial and social development, it maintains and nurtures a special relationship with calligraphy that goes back to inception of Islam. Saudi institutions collect and display rare manuscripts, commission works of calligraphy, provide training in the art form, offer prizes and incentives to fuel the interest of new generations in this and other aspects of Islamic and Saudi arts and culture. This has resulted in continued interest not only in classical calligraphy, but also in its more contemporary applications. Calligraphy is a popu-



The door of Ka'baa.

lar theme in painting and sculpture, and adorns not only mosques, but also government and private buildings throughout Saudi Arabia.

The early Arabic scripts were based on the pre-Islamic writing of the Nabatean culture in what is now north-west Saudi Arabia and Jordan. As the Arabic language of the Arabian Peninsula spread with the vigorous tide of Muslim expansion in the seventh and eighth centuries, it quickly supplanted the Nabatean and other Aramaic languages as the *lingua franca* of the Middle East. As such, the Nabatean-based scripts needed to be modified to suit the particular demands of Arabic, which was the language in which the Prophet Muhammad received the Divine Revelation, and in which the Holy Qur'an was recorded.

The early Muslims of Arabia and the expanding Islamic em-

pire soon set about refining their script to make it capable of recording with exactitude the Divine Revelation, and ensure that succeeding generations have access to an accurate rendering of the Holy Qur'an. A system defining short vowels, double consonants and addition of dots to differentiate between similar letters was developed to ensure that when reading the sacred texts, no variants may creep in and distort the word of God.

Through their insistence on accuracy, the Muslims ensured that the new script met not only the religious, but also the future administrative, cultural and scientific requirements of the Islamic lands.

The translation of Arabic calligraphy from a practical and precise method of writing into an aesthetic art form was brought about by several factors. The early Muslims insisted that the

FED-PEC0265157

script used to write the Qur'an not only be accurate, but also possess beauty of form, since any medium used to record the word of God should be as visually inspiring as the content of the message is spiritually uplifting. The peninsular Arab's love of poetry also is believed to have contributed to the emphasis placed on the aesthetic values of calligraphy. They advocated that calligraphy should be as pleasing an experience for the eye as the spoken word was for the ear.

Perhaps the single most important factor that facilitated Arabic calligraphy's development as an art form was the injunction against drawing images of humans and animals. This channelled the creative energies of Muslim artists towards other decorative arts, especially calligraphy.

The central figures in the never-ending search for new styles to meet the artistic and practical needs of the Islamic world were the calligraphers. Since they initially dealt almost exclusively with copying the Qur'an, they considered the practice of their art as manifestation of piety, and as such applied themselves to their task with an obsession for the perfection of form and the beauty of the written word. Calligraphers commissioned by rulers spent their entire lives mastering the intricacies of Arabic calligraphy and searching for new techniques. They were widely respected because of their piety and also their devotion to their art.

During the early centuries of Islam, calligraphers and scribes relied on two forms of script based on the pre-Islamic writings of the Nabatean culture. One variant was *Kufic*, which was the principal script used in the entire Islamic world for four centuries. Another style was *Naskhi* which, being more rounded and cursive, was better suited to a variety of



The premiere art form of the Islamic World.

applications, including correspondence and business documents.

*Kufic* was the style used most often for copying the Qur'an. It would have remained the principal Arabic style were it not for the breadth and depth of the Islamic lands. The increased rate of literacy led to the greater use of *Naskhi* and creation of a range of cursive styles, such as *Thuluth*, *Muhaqqaq* and *Rayhan*, that were more suitable for writing on paper, which was becoming widely available in the late eighth century. Cultural preferences also led to the development of new regional styles of calligraphy such as *Maghribi* and *Andalusi* in north-west Africa and Spain, *Nasta'liq* in Persia, and others. More styles were developed because of other necessities. One such script was the Ottoman *Diwani* which was used solely by the chancery for writing official documents.

Generations of calligraphers, who sought to reproduce the Qur'an with a perfection of style worthy of its contents, resorted to using the Arabic script itself to provide ornamentation in books and manuscripts. This led to the creation of more elaborate decorative styles of calligraphy. Illumination was later introduced as a complementary decorative element, and became a complex art form with a number of styles of its own.

The creation of new styles encouraged the wide use of Arabic

calligraphy in a range of arts. Calligraphy is a dominant theme in metal work, ceramics, glass and textiles throughout the Islamic world. A phenomenon unique to the Islamic world was the use of calligraphy in architecture. It has been a practice since the early days of Islam to write verses from the Qur'an on the walls of mosques. The injunction against portrayal of living beings, however, led to the increasing application of calligraphy, alongwith the geometric forms and patterns known as *arabesque*, as an ornamental element in public and private structures.

These different applications of calligraphy continue to be practiced in Saudi Arabia today. Arabic inscriptions can be seen on walls of mosques, modern office buildings, statues in parks and other places both as decorative elements as well as a way of preserving the Kingdom's ties to its religious and cultural heritage.

Having played a central role in the religious and cultural history of Islam, it is only natural that Saudi Arabia now places special emphasis on the preservation of its religious and cultural heritage, including calligraphy. The Kingdom has done much to collect and preserve priceless works of calligraphy, ranging from Qur'ans to literary and scientific texts, and to display them both within the country and also abroad in an effort to foster a better understanding of, and appreciation for, the Islamic heritage.

FED-PEC0265158

# A Comparative Study of Socialism and Islam

### Dr. Muhammad Shafi

Socialism and Islam are two distinct ways of life—each complete in itself and, each marked off from the other by striking fundamental differences. Socialism is, in fact, an off-shoot of the materialistic civilization,—a civilization which gave rise to Individualism, Fascism, Capitalism and Nationalism. It does neither believe in, nor look for any Divine guidance but leaves to human reason, experience and knowledge to find solutions for its social, economic and political problems. Its moral code begins with the negation of God and it treats religion as an opium of the masses.

Islam, unlike Socialism, is not a godless civilization, but an ideology based upon the beliefs in the Sovereignty of Allah, His Prophets and the Hereafter (Akhirah). For directing principles it turns to the Glorious Qur'an and the Sunnah of the Noble Prophet (peace be on him) wherein lie the guidelines for a Muslim polity and its social, economic and political set-up.

The two basically differ with each other in their outlook on life. Socialism, being a product of materialism, interprets the entire history of mankind in material terms alone. It sees human history as the perpetual struggle of the poor against the rich, the downtrodden against the oppressor and the starving against the bellyful. It looks at life from a completely materialistic point of view—man has nothing to ask for except food, clothing and house. Its sole and ultimate end is the economic equality which it tries to achieve by circumscribing and curtailing fundamental human rights. Socialism professess to cure economic ills but at the expense of human liberty — a liberty, which is no less precious for a people than its economic well-being. Karl Marx, a German philosopher who is generally known as the father of Socialism, failed to comprehend human life in all its dimensions. The moment he looked at life from the materialistic viewpoint, he went astray and lost his balance. He could not keep a balanced attitude towards life and the subsequent build-up of his philosophy inherits the fault of its basic concept.

It would be interesting here to compare Marx with Charles Dickens, a British novelist of the 19th Century, whose caricatures are well known to the students of English literature. With Dickens the character is generally heightened into caricature.[2] If he sets out to portray a character with a conspicuous nose, he would describe it in such a way as all that we can see is the nose. Exact is the case with Marx, he draws the portrait of man with his belly most visible and striking to the eye as if he were a mere belly and nothing more. Both are basically caricaturists but the ends to which they direct their caricatures are different: Dickens writes for the sake of humour, while Marx treats it seriously, but his portraiture-unfortunately turns out to be humorous and ridiculous.

Marx's view is lopsided: he does not take in all the aspects of human life that confront a man but shuts his eyes to the rest while concentrating on one: The fault does not lie with Marx only but man, whenever in history looked at life from a certain angle, he emphasised one particular aspect to the complete neglect of others. It might be due to his limited mental faculties or his biased bent of mind. Whatever the cause may be, man is incapable of looking at life in all its dimensions and has miserably failed to create harmony between its various components. It happened, and it could happen so long as man is busy in working out his own formula, in absolute disregard of Divine guidance to resolve his difficulties.

Islam's outlook on life is much broadened and comprehensive: it lays equal emphasis on the various aspects of life and tries to bring about harmony between them, rather than the conflict. Here economic end is not an end in itself but a means to an end, end being a better life for the individual and preparing him for this world and the World-Hereafter. Man is not only an economic creature but he has his moral, social and political existence. To Islam, man is not a mere animal that seeks to satisfy his physical

FED-PEC0265159

needs, but instead he takes man for man and suggests such a type of economic system that does not conflict with or affect his social, political and moral rights. It aims to achieve economic justice rather than economic equality— here Islam is realistic in its outlook on life. Islam, like Socialism, does not err in its estimate of man, it being the outlook of the Creator, who can best understand the nature of his creatures, comprehends life in all its aspects and suggests remedies to all his social, economic and political ills. It could have been done only by a mind capable of judging human nature with absolute and un-prejudiced objectivity — the faults inherent in man's outlook on life which always deterred him from taking into view the whole of man.

Socialism, as conceived by Marx, makes an attempt to cure economic ills by bringing about a revolutionary change in human nature — a change not possible of realization. It suggests abolition of private property; in a Socialist State no person will own anything and all the means of production will be under the control of the State. The individual is disowned of everything by the State and is not allowed even those things which he has earned himself. This runs contrary to human nature and no man is going to forego his rights to personal property. Human nature will revolt against it as it did in Russia from 1929 to 1932 when the tenants of the land launched a movement of non-cooperation against the State which resulted in the slaughter of about 80 million cattle.[3] The reaction was so quick and violent that the tenants killed many members of the Communist Party and the Civil Servants. The Government tried to put down this movement of non-cooperation and apparently it stopped but, in fact, it con-

tinued working underground. In Ukraine, the tenants stole crops from the fields and hoarded at secret places so that the workers might not be able to snatch it from them. Konwing that death penalty was prescribed for such crimes, they carried on stealing crops on a large scale.[4] In 1931, the State failed to get crops from the tenants and in 1932, in the seed sowing season, they did not work on the fields and in the south 50% of the crops was either harvested or destroyed altogether.[5]

It is inborn in man that he does not take as much of interest and does not put in as much of effort as he could otherwise in a thing which he feels he owns, or, even if he owns it for the time being, may be seized from him by the State at any moment. This rules out the possibility of a natural incentive to work and, as a result of it, the mass production in the



| Workers | | Highest & Lowest |
| --- | --- | --- |
| Small employees | | from 300 to 800 R. |
| Engineers & average technicians | | from 700 to 800 R. |
| Responsible administrators and specialist high | | from 1500 to 1000 R. |
| officials, some professors, artists and writers | | |
| For some the monthly income is quoted at | | 20,000 to 30,000 R. |

country falls day by day as it has been happening in the Soviet Union for the last many years. Now the Soviet Union has realized the fault that lies in the complete abolition of private property and so they have started giving many things to private ownership.

The second thing that runs counter to nature and reality is the Socialist's slogan of economic equality. There is no equality in Nature istelf; it is rather inequality that we find here. Men are not born equal; some are gifted with greater mental capabilities and some are endowed with greater physical strength in comparison to those who are poor in mind and physique and naturally the

output will vary from man to man depending upon his physical and mental health. Will it not amount to an injustice to pay equal wages to a man with robust health who works for 12 hours and a man of weak physique who works for only two hours?

Should a man like Shibli, a scholar of such a high calibre, be equally paid for his biography on Omar Farooq as an ordinary scholar of low calibre who writes on the same topic. This you would call economic equality? This is rather economic injustice. The slogan of economic equality is incapable of realization and, in actual practice, has failed in the Soviet Union where there is still a greater disparity in the pays of a soldier and his officer, a primary teacher and a University professor. A French Communist Comrade Yvon gives the following figures regarding the difference of income:[6]

Thus Russia, the only country which professes to work for Marxist ideal of payment, is as far away from it as England. The Socialists, in order to abolish the right to personal property and to achieve their so-called ideal of economic equality, turn to dictatorial rule as their political creed. But here the question arises: whether the interest of the dictators will always coincide with the interest of the community and whether we have any guarantee that a good dictator, if at all there is any, will always be succeeded by another good dictator.[7]

It is a historical fact that cannot be denied, that dictatorship,

FED-PEC0265160

whether it be of one man or of one party, is incapable of voluntary abdication. Marx looks forward to a golden age of classless society when there will be no remains of the capitalist class to exploit the common man and ultimately the State will wither away. Thus he prescribes dictatorship of the proletariat for transitional period until their object of a classless society is achieved. "At its climax, the proletrait will arise, overthrow the capitalist class and expropriate them of the means of production."[8] We ask again, will the State not take the place of the Capitalist whom it has abolished? Socialism, in fact, creates one capitalist in the country instead of so many by giving all means of production in the control of the State. This you won't call concentration of wealth? All the political powers are invested in the State— thus making it more powerful than ever before. Will you not call this, concentration of political power? So a Socialist State conceived by Marx carries with it the evil of concentration of wealth as well as the evil of concentration of power. Marx says that in the end the State will wither away. But the question is who will ask the dictators to part with the power. It is easy to accept dictatorial rule but difficult to get rid of it.

It would not be beside the point if I mention here the historical dialectics of the idea which he borrowed from Hegel. With Hegel dialectics form a part of logic: every idea contains or gives birth to its own negation, its contradiction; from these two ideas contradicting each other results the formation of a new and higher thought in which the contradiction is solved; yet this new thought gives rise to a new contradiction, which in turn conduces to the birth of a higher thought uniting both. History,

being, according to Hegel, a continuous self-realization, a materialization of the mind, it must necessarily develop and accomplish itself by the same dialectical method.[9]

Marx's theory was not the result of a thought study of history but he simply adopted a ready-made Hegelian theory to suit his materialistic opinions. He took the idea of historical dialectics from Hegel that history proceeds by a method of contradiction but he replaced the 'idea' of Hegelian philosophy by his social system.[10]

At each stage of human history, thesis and antithesis are social classes at war with each other and synthesis is achieved by a new system of class relationships. With Hegel, history is a continuous process never coming to an end, whereas Marx conceives a stage in human history when the struggle and the conflict will cease and that will be the last stage of humanity's march towards a classless society. It is his belief that with the establishment of Communism, the historical dialectics come to an end. This prophecy of Marx has nothing to do with logic and science because no political theory can be based on future experience which has not yet been made. All future historical development is hidden from our sight and knowledge. We can hardly imagine that there should ever be a time in which there will be no conflicting opinions, interests, systems, no antagonism between men and no parties. We do not know whether human nature will change to such a degree that these contradictions will in some future time be resolved and decided.

History, in fact, passes on as an uninterrupted ceaseless stream, of which no none knows either the beginning or the end. Conflicting opinions, interests, systems and antagonism between

men and parties are the rivulets that constantly feed the stream of history. All these conflicts and contradictions owe their origin to human nature which is unchangeable. To remove the conflicts and contrasts to an extent beneficial to the individual as well as to the society is the desired end to be achieved, but to abolish them altogether is neither possible nor desirable. Even if you succeed in building up a society where all men are equal, say, in respect of wealth, but the question arises how long it will last. Give, for instance, to two persons hundred rupees each, and you will see in a few days one of the two by virtue of his physical health or mental capacity will be able to add to his amount more than the other. Physique and mind vary from man to man which ultimately affect their output. It is illogical and unscientific to conceive that in future a time will come when all clashes in the society, all conflicts of interest and opinions would cease to exist and the whole movement of history will come to a dead stop.

According to Hegel, the changes that take place in the world are just passive reflections of the progress and development of the world-spirit or Absolute Idea in its march towards self-realization. Thus no individual group of persons can exercise his own will. They are puppets in the hands of the World-Spirit, similar is the case with Marx. He considers man as a product of the means of production. He cannot choose any course for himself independently.

Islam presents an altogether different view on the philosophy of history. In its study of mankind; it no doubt takes into consideration the material conditions in which a man lives, but the central point of its study is man. It elevates man to the exalted position of a vicegerent

FED-PEC0265161



**Socialism Waning.** Glaring deficiencies in ideology has brought down the demise of socialism in its very homeland.

of the Lord upon the earth. It endows human beings with freedom of will and looks upon man as a powerful agent to fight against the material circumstances in which he lives, and potent enough to shape his destiny under the influence of his ego.[11] It is the inward push of life; the spirit within him that works out change in the life of the individual and through them in the nations.

Thus according to Islam it is not the material conditions which shape the destiny of a man but man's ego which determines the shape and pattern of his social life. Man's social activity is neither the unfoldment of the Absolute Spirit, nor the reflection of the modes of production, but an expression of his inner being.[12]

Now let us examine how far Islam has solved the economic problem with which the man is confronted today in a more horrible form than ever before in the history of mankind. To make economic life of man equitable and righteous, Islam lays down certain principles and prescribes a few limits as to the production, consumption and distribution of wealth. Islam does not touch upon the modes and forms of production of wealth which change and develop with the rise of civilization and culture and are determined according to human needs and conditions that prevail in the society. The economic affairs of man during all ages and under all circumstances, whatever form they may acquire, must conform to these principles and abide by restrictions imposed by Islam.

The relations between the individual and the society are so adjusted and counter-balanced, that, on the one hand, personality of the individual remains intact and his freedom is protected and, on the other, he is not allowed to work against the interest of the community but rather made to contribute to the welfare of the society. Islam does not make allowance for any such political or economic institutions wherein the individual loses his identity and is consequently absorbed in the society, depriving him of the liberty— liberty essential to the growth and development of his personality. Economic liberty is of as much importance for the individual as are the political and social liberties. Our society must provide to every individual opportunities to earn his livelihood independently so that he may protect his conscience and develop in his own way his mental and moral faculties.

In Islam, it becomes all the more necessary that an individual should enjoy economic liberty for he is individually accountable to God for his actions in the world-Hereafter, and unless he is economically independent, he cannot carry out the obligations incumbent upon him. "The first

FED-PEC0265162

addressee of the Qur'an is the individual. He is called upon to attain salvation and ultimate fulfilment by living up to the terms of his covenant with Allah irrespective of the performance of other members of the Community. The way to obtain Divine approval is primarily in the social field by performance of his social obligations."[13] Similarly, there is no room in Islam for any such social system that gives to the individual an unlimited and unrestricted freedom in the social and economic domains to protect his own interest and gratify his desires in utter disregard of the interest of the community.

Islam has suggested a middle course, that is, firstly, the individual is bound by certain obligations and responsibilites and is made to observe a few restrictions for the sake of the community. Islam, in brief, declares unlawful all such means by which a person causes moral and material loss to other persons or the society as a whole to earn his own livelihood.

For example, the manufacture and sale of liquors and other intoxicating drinks; prostitution; dancing; gambling; usury, interest, bargains and contracts based on deception and fraud; such partnership in which one's profit is sure while the other's is doubtful; hoarding and smuggling and many other such things, which are injurious to the whole society, are unlawful and are completely prohibited under Islamic law. People become millionaires in the present capitalist system by utilizing some of these means.

Secondly, Islam recognises man's right to own wealth which he has earned by lawful means, but these rights of ownership are not unlimited. It binds him to spend his lawful wealth on lawful things and allows him to live a clean and righteous life, but does not permit him to spend lavishly on himself and on his family. The Islamic State is authorised to legally prohibit people from spending their wealth profusely.

An individual can accumulate the money he has saved after having met his needs and can also invest to add more to his wealth, but he is bound to observe two restrictions or obligations imposed or laid down by Islam. First, in case he amasses wealth which exceeds Nisab, he has to pay Zakah on that. If he wants to invest his money, he may provide another person with capital, land or tools and share with him both profit and loss. He must pay Zakah on merchandise and tithe on agricultural produce and his partnership with others in commerce, industry or agriculture should be based on equity. If he does not observe or carry out the restriction or obligation imposed by Islam; the State will compel him to pay what is due to him.

Besides this obligatory charity, he is urged to give charity in the way of Allah. If he has still amassed wealth or has built up large property, it will not be concentrated in a single hand after his death. The wealth, thus accumulated up within the prescribed limits, cannot be allowed to accumulate but is distributed from generation to generation by the Islamic Law of Inheritance. In this respect, the Islamic Law of Inheritance is quite different from other laws of the world. In other laws, it is intended that the wealth, once accumulated, remains intact from generation to generation which permits a person to give away his wealth to a single child to the exclusion of all others and that child can build up still greater fortune. In Islam, on the contrary, the moment a person dies, all his wealth, which he had earned during his life time, is distributed among his descendants. If he has no near or distant relation, then the Muslim society as a whole will inherit his bequeath. The Zakah and the Law of Inheritance check the concentration of wealth in a single hand.

The idea of socialism, as projected by Marx, is basically a moral and based on the concept of dialectical materialism; while capitalism, being a secular ideaology is, at best, morally neutral. On the contrary, Islam lays emphasis on both the moral and the material aspects of life and raises the structure of economic well-being on the foundation of moral values. The foundation being different, the superstructure is bound to be different too.

(The writer is associated with the English Language Centre of King Abdul-Aziz University, Jeddah, Saudi Arabia.)

### References

1. Qutub, Muhammad. *Islam, The Misunderstood Religion*; (W. Germany, 1977) I.I.F.S.O. P. 163.
2. Gazamian, *A History of English Literature* (London 1960) p. 1134.
3. Ahmad, Mahmood, *Milkiyat-i-Zamin.*
4. Ibid.
5. Ibid.
6. Ahmad, Mahmood, *Economics of Islam* (Delhi), PP. 80-81.
7. Appadorai, *The Substance of Politics* (Madras, 1942) P. 122.
8. Joad, C.E.M. *Introduction to Modern Political Theory* (Oxford, 1924) PP. 44-45.
9. Sabine, George. H. *A History of Poliotical Theory* (London, 1937) PP. 530, 537,539.
10. Federn, Karl, *The Materialist Conception of History* (London 1939).
11. Siddiiqui, Abdul Hamid, *The Philosophical Interpretation of History* (Lahore 1955) P. 172.
12. Ibid P. 173.
13. *The Muslim World and the Future Economic Order*, Islamic Council of Europe P. 96.

FED-PEC0265163

## A Report :

# Islam on Rise in Germany

Berlin — "Allahu Akbar!" (Allah is Great), the *muezzin* proclaims, summoning the faithful to prayer. He does so not from the minaret of a mosque but in the first-storey apartment in Berlin tenement block. He is surrounded by a group of Muslims who have just been through their washing ritual and are gathered for evening prayers on a winter afternoon.

They kneel and prostrate themselves several times towards Makkah, listening devoutly to the imam as he recites passages from the Qur'an. Silence then reigns. All that can be heard is the crackle of burning logs in the fire that warms the prayers room — and odd words from the Qur'an school next door where two dozen girls are reciting verses from the Holy Book.

The barely furnished first-floor prayer room in Boppstrasse, Berlin, and the Qur'an school attached to the mosque is the religious centre of the Berlin Islamic Federation. The federation claims to represent 27 Islamic organizations in the western part of the divided city. Most are Turkish and registered as societies with resplendent names such as Sultan Ahmad Mosque, the Mevlana Mosque or the Muhammad Akif Mosque.

Their origin is indicated by the famous Turkish mosques after which they are named, but Arab, Iranian and Pakistani groups are also affiliated to the federation. It is headed by Imam Nail Dural, a one-time parliamentary candidate of the National Salvation



Islamic Centre in Munich.

Party, which is now banned in Turkey. He came to Berlin in 1980.

Dural and a few friends set up the federation that year to counteract assimilation and the accompanying decline in religious belief among his Islamic brethren. The federation's statutes state its purpose being that of "in-

FED-PEC0265164

tensifying and spreading the true faith, belief in Allah, the One God." More prayer rooms are to be set up to promote his objective, but the most ambitious project is a plan to build a large mosque.

Coloured blueprints and maps of the proposed site, on Moritzplatz in the Berlin inner suburb of Kreuzberg, line the walls of the federation's office next door to the mosques. All they still need is the money, as a member succinctly puts it.

But the federation's main aim continues to be that of reaching Islamic youngsters, who are particularly susceptible to western ideas. Trained Islamic scholars ought, it is felt, to be hired to give religious instructions to the 28,000 Turkish children attending public schools in Berlin.

Instruction was to be given in accordance with curricula drawn up by the Islamic community, in

otner words the federation. As religious instruction is the responsibility of the churches in Berlin and Bremen, and has to be given by teachers nominated by them, the federation felt it stood a fair chance of its 1980 application for Islamic religious instruction at Berlin schools being granted. Walter Rasch, Berlin's FDP education senator at the time, preferred to stall or, as he put it, give the subject "dilatory attention."

Ankara has, meanwhile, responded to the establishment of the federation by setting up a Turkish Islamic Union and appointing a religious affairs attache to the Turkish consulate-general in Berlin.

New prayer rooms were set up in Neukolln and Tegel, and a third in the old building on Columbiadamm that Kaser Wilhelm I as king of Prussia donated to the Ottoman Empire over a cen-

tury ago for use as a cemetery. Teachers were sent from Turkey to Berlin for three-year terms to give Turkish children "cultural and allied instruction." Attendance is optional; lessons are given on several afternoons a week at public schools.

Religious affairs form part of the curriculum, but not religious instruction. Ankara has since vied with the federation for permission to run religious instruction courses at Berlin primary schools.

Between 25 and 30 percent of the 120,000 Muslims in the city are claimed to take part in religious activities sponsored by members of the federation, which is financed solely by donations, according to Nail Dural's followers.

Meanwhile, the Berlin Islamic Federation and the Turkish Islamic Union plan to intensify their activities.

*Courtesy: The German Tribune.*

# MWL invites 500 pilgrims – Adnan Pasha

**Muhammad Abdul Quadir**

Like the previous years, the Muslim World League has invited about 500 guests from more than 70 countries to perform Hajj this year.

Adnan Khalil Pasha, Assistante Secretary-General for Culture and Information and General Supervisor of Hajj said in an interview with the Jeddah-based *Okaz* newspaper on 27 May.

Pasha told the newspaper that the MWL had started preparing for this year's Hajj well in advance in order to provide necessary facilities and ensure comforts of its guest pilgrims. The preparations included all organizational, administrative and



**ADNAN KHALIL BAASHA**

cultural aspects concerning the pilgrims from their time of arrival at the airport, their travel to Makkah and Madinah to their departure, he added.

Pasha pointed out the MWL Secretariat General has made contacts with all organizations to coordinate their efforts, and extend best possible services to the MWL guests. The response was overwhelming, and candidates were selected after scrutiny by a committee set up under the chairmanship of MWL Secretary-General Dr Abdullah Omar Nasseef and Assistant Secretary-General Shaikh Muhammad bin Nasir al-Aboudi, he said.

Meanwhile, the *Ar-Riyadh* newspaper, a sister publication of *Riyadh Daily*, reports that the government of the Custodian of the Two Holy Mosques, King Fahd had ordered the Kingdom's concerned authorities to bear the expenses of 169 Bulgarian Muslims coming to perform Hajj this year.

FED-PEC0265165

## *What others say?*

# Islamic Influence in Central Asia II

### *Prof. Yaacov Ro'i*

There is throughout Central Asia a growing sentiment that the area's relative backwardness is due, in large part, to a Moscow-initiated policy of exploiting the region's natural resources and neglecting the development of its industry, in what orthodox Marxists would surely call the best colonial tradition. According to the Turkmen SSR's first party secretary, Saparmurad Niyazov, enterprises and organizations under all-Union (rather than republic) jurisdiction received nearly 60 percent of the capital invested in the republic. The percentage of the population with an income that is below the country's official subsistence level is much higher in Central Asia than elsewhere in the country, a situation that the rapid increase of the population only exacerbates. Clearly, there is an incentive to try to redress some fo these inequities.

Other objectives of national leaders and public figures in the Central Asia of the 1980's have been the rehabilitation of writers and political personalities condemned in the 1920's and 1930's as bourgeois nationalists and/or counter-revolutionaries; and of national epics condemned by the party in the early 1950's. They have met with considerable success in these efforts. Similarly, they have endeavoured to fill in some of the blank spots in their history (such as the dimensions of human losses incurred during collectivization in Kazakhstan) and to rectify a number of distor-

tions (such as the presentation of their conquest by the Russians in the 18th and 19th century as a voluntary joining of the Russian Empire). Central Asian intellectuals are also concerned about the numbers of their nationals who do not even know their native language; the situation of fellow nationals who live outside their titular republics; and the education of the younger generation.

In February 1990, *Birlik* itself split, the new splinter group calling itself *Erk* (Independence), the name of a political party that in the 1920's had sought full independence for Turkestan. The new organization seeks "real independence" *(podinnayta samostoyatel'not')* for Uzbekistan within the framework of a renewed Soviet federation. It also criticizes *Birlik* for not using the political opportunities created by the processes of *perestroyka* and democratizattion, insisting that "national problems" cannot be solved by "spreading false rumours." Making false accusations against people; instigating them to disturbances, and stimulating animosities among naionalities." In other Central Asian republics, calls for sovereignty have also been heard, although this sovereignty is apparently to be exercised within the confines of a Soviet federation or confederation.

Central Asian nationalism has not turned its attention exclusively against the external enemy or threat. Traditional hostilities

between local nationalities, long nurtured by the Soviet regime, have remained strong. Hostility is blatant between Tajiks and Uzbeks, the former regarding two towns belonging to the Uzbek republic—Bukhara and Samarkand, in both of which a considerable Tajik population remains—as primarily Tajik cities. Indeed, there is said to be little love lost between *Birlik* and the Tajik popular front, *Rastokhez* (Resurrection), which emerged in late 1989. At the same time, *Birlik* has apparently been the inspiration for the creation of similar popular fronts in Kazakhstan, which boasts large numbers of informal groups, and in Kirgizia and Turkmenistan. However, *Birlik* appears to have been markedly cautious in encouraging the formation or activities of other popular fronts in Central Asia, presumably so as not to expose itself to charges by Moscow that it is subverting the status quo.

### Islam and Politicization of the Movements

The general tendency of Central Asian elites to focus on secular matters and play down issues of religious significance seems to be coming under pressure in the Gorbachev era. The national movements have become increasingly politicized and have attempted to broaden their base. As *glasnost'* has developed and taken on new dimensions, the intelligentsias have increasingly had to bear in mind the aspirations and needs of their constituencies, now essential if these

FED-PEC0265166

elites are to make their clout felt at the centre. Their adaptation to populism has entailed aligning themselves with the sentiment of their fellow nationals, most of whom reside in the countryside and from whom they have become largely isolated.

One of the most blatant and profound differences between the programmes of the intelligentsia and the population they were claiming to represent seems to have been over the question of Islam. Nonetheless, the intellectuals, too sense that they belong to the *'umma*, to *dar al-Islam*, as a result of which they take a growing interest in the political and spiritual evolution of the Muslim world outside the USSR. The Central Asians, and particularly the intellectual elites among them, who have been the most vocal in asserting national rights, are rediscovering the region's traditional culture. This attaches them further to Islam, which is the leitmotif in traditional Central Asian literature and philosophy. (This movement back to traditional culture is known as *mirasism*, from the Araic world for patrimony, *miras*.)

If in the view of Central Asians being a Muslim means being a member of the original indigenous population of the region, rather than, for instance, a Russian, Ukrainian, or even Volga Tatar settler, then it denotes a symbiosis between a religious and a national identity. Indeed, it is commonly said in these parts that a non-Muslim cannot be a Kazakh, or Tajik, or Kirgiz. However, there is nothing to preclude an atheist from identifying himself as a Muslim. In other words, the Islamic component has become a fundamental facet of all Central Asian nationalisms or national consciousness—as part of the national heritage—*without it necessarily signifying* religious practice.

As noted above, most of the prominent intellectuals in the towns—people, say, in their 40's and 50's, at the height of their influence and careers—seem generally not to be believers or at least not to be persons for whom religion is an anchor and framework for social and political activity. The rural population and probably also the urban student body, grown to political consciousness under the influence of the Iranian revolution and the war in Afghanistan, appear, on the other hand, to see in religion an excllent instrument for making their demands. (The increasing religiosity of the younger generation and the enhanced sway of religion upon it is not a characteristic only of the Soviet Muslim population; it is true for virtually the entire country.)

As a result, Islamic slogans, green banners, and pictures of Khomeyni seem to have appeared whenever and wherever there have been disturbances in Central Asia (and also in Azerbaijan), even though they have not been part of the programme of the leaders and initiators of those particular demonstrations that were organized, for instance, by *Birlik*. Indeed, the leaders have consistently tried to play down the Islamic factor in the disturbances and demonstrations of the Gorbachev era.

Conversely, the Soviet authorities, including Mikhail Gorbachev himself, at times have sought to link the disturbances that have taken place in Central Asia and Kazakhstan with Islam. The objective seems to be to discredit Central Asian nationalist movements as backward, primitive, reactionary, and therefore inimical to *perestroyka*. The message is, among other things, that their grievances are hardly worth attention. There seems even to be the implication that the Central Asian naionalists are of doubtful loyalty to the Soviet Union as a whole and that the use of force in putting down manifestations of discontent is justified. (It is precisely this sort of official formulation that has led the leading figures of the national movements to downplay manifestations of Islamic populism; they wish to show that they are indeed still playing the political game according to the rules laid down by the centre.)

Some local elements also characterized the actions against the Meskhetians as a *jihad* or holy war. The fact that they took place in the area of Kokand in the Fergana Valley—a stronghold of traditional Islam, the location of important holy places (e.g., the Shah-i Mardam), and one of the main areas for Basmachi operations in the 1920's and early 1930's—illustrates the powerful potential of national and political demands that find expression in Islamic religious terms.

A *Moscow News* appraisal of the disturbances in Dushanbe of February 12-14, 1990, raised the possibility that "Islamic fundamentalists who are allegedly closely linked with Afghan and Iranian co-religionists" were the "guiding hand" behind the demonstrations, although others ascribed this role to "corrupt elements" or even the republic leadership, whose it was suggested, "provoked the bringing-in of troops to retain control."

The effort of the Soviet regime to discredit the nationalism of the country's Muslim peoples by associating it with Islam is not new. By the late 1980's, however, as it became clear that the regime was going to have to make its peace with both national feeling and religion, this approach had become a less prominent feature of anti-religious propaganda, which preferred now to distinguish between the two. In fact, this propaganda now tries to

FED-PEC0265167

show that many of the attributes associated by nationalist writers and intellectuals with Islamic practice preceded the advent of Islam in the region and are connected with earlier, pre-Islamic customs.

Thus an Uzbek doctor of philosophy, presumably part of the anti-religious propaganda apparatus, has stressed the need to differentiate between religious customs and national customs that have nothing to do with religion. He accused those who were modernizing Islam of endeavouring to falsify the reactionary role Islam has played in Uzbek history and to conceal the fact that it has seriously impeded national progress. While those "modernizers" sought to link the Uzbeks' high ethical qualities to Islam, these ethical qualities had, in his view, survived over the centuries not thanks to Islam, but because they were innate to the Uzbeks prior to Islam's advent. Even under *glasnost*, the Uzbek party leadership, in a resolution on improving internationalist education, disparaged continuing "attempts to identify religious-patriarchic customs as national traditions and local characteristics.

Some manifestations of Central Aisan nationlism have, indeed, displayed a specifically Islamic and extremist colouring. For example, a Wahhabi mullah, Abdullo Saidov, was said to have urged his followers to petition the 27th CPSU Congress (in 1986) to establish an Islamic state in Tajikistan (an idea he had been nurturing for some time). Failing in this, he allegedly asked his followers in April 1986 "to virtually take up arms" to achieve this goal. The authorities were openly concerned about Saidov's popularity, especially among the younger generation (when Saidov was arrested, a group of his supporters held a demonstration to demand his release.)

The situation in Tajikistan was so serious in 1986-87 that according to the chairman of the Tajik republic KGB, V.V. Petkel', there had been dozens of trials of "ring leaders—supernumerary Muslim clerics who not only fanned religious sentiment but also called for a *jihad* against the existing system." Petkel' said these people sought to "infiltrate party, Soviet, and law enforceemnt organs in order to facilitate the implementation of hostile designs." Indeed, he linked "the overt, organized, hostile activities of religious extremists" with foreign ideological centres and their anti-Soviet deeds. The secret police official also raised the problem of draft dodgers. Some of them, in his view, were simply afraid of being sent to Afghanistan; others did not wish to leave the republic from "religious and parochial *(mestnicheskiy)* motives," under the negative influence of relatives. "Unfortunately," Petkel' continued, "there is no reduction in the number of young men susceptible to religious prejudices," and some of the draft dodgers simply went to other regions in their own oblast or to other parts of the republic, "where they began to study the dogmas of Islam, and thus avoided military service."

In 1989, a person working at the philosophy department of the Tajik SSR Academy of Sciences, Mirbobo Mirrakhimov, reportedly told voters in one district not to elect a Russian to the post of people's deputy, because that individual would bring in more Russians, build large houses for them, and squeeze out the Tajiks. Mirrakhimov predicted that within a decade not a Russian would remain in Tajikistan, at which point Tajiks would "build our Islamic republic." According to the KGB source that published the report on Mirrakhimov's activities, "certain strata of the

population" were particularly responsive to his argumentation.

Two American correspondents who happened to arrive in Dushanbe in the course of the February 1990 riots were clearly impressed by the Islamic element, even though they were told by a Soviet journalist that religion was "just a pretext" and that the young people pay "no attention to the mullahs." They saw one mullah take the microphone in the square, which was packed with 10,000 men—there was "not a woman in sight"— and sing out the Arabic calle to prayer. According to this account:

> Mesmerized, the Tajiks as one man ... raise their hands in the traditional Muslim posture of worship ... Except for the wail of the mullah, a total hush has descended upon the gathering. After the prayer call, the mullah reads a sura (chapter) from the Koran honouring the dead. Three minutes later, the prayer and reading are over, but there is an unmistakable new militancy in the air.

The crowds called for the resignation of the republic leadership, an end to the sale of pork in public markets, the punishment of soldiers and militia responsible for shooting civilians, and the departure from Tajikistan of all who are not Tajiks. The correspondents were told that elections in the square had brought in new leaders, people's representatives, who were "unmistakably Islamic in orientation... and some of them want Islam to be declared the national religion of the republic." Others at the gathering called for open borders with Afghanistan; and still others, total economic independence from the USSR.

While extremist expressions of Islamic nationalism seem to be more common in Tajikistan than in other parts of Cnetral Asia,

FED-PEC0265168

they must not be seen as pertaining soley to that republic, even if, when they appeared elsewhere, they were thought to draw their inspiration from Tajikistan. Two people from the Tajik SSR were said to have distributed in 1988 in one of Ashkhabad's *kolkhoz* markets a book entitled *Jihad*, by the 20th-century Muslim thinker and polemicist Syed Abu al-A'la Mawdudi, which reputedly hurled "slander" and "the darkest accusations... against (the) socialist structure." The two, who visited frequently in both Ashkhabad and the republic's border regions, had given the book as a gift to enthusiasts and preached that their "new acquaintances should educate their children in the spirit of Islam and stop at nothing for its sake." They were also reported to have "tried to create nationalistic tendencies among the people." The apparent goal was not Turkmen nationalism, but rather a general Central Asian or Turkestani nationalism directed against Russians, Europeans, and the powers that be in Moscow. Indeed, to counter the arguments of the visitors from Tajikistan, the Imam-kazy of the Muslims of the Turkmen SSR, Nasrulla Ibadullayev, and Imam of Ashkhabad Khezretguly Khanov were

quoted as saying that Islam never incited believers to fight against their own government or to disregard the laws of their country.

Another important factor that has to be mentioned here is religious propaganda from abroad, particularly from Iran. An article in a Turkmen newspaper told of "a certain group of individuals" who were said to be "trying to promote the rights of Muslims and their own nationalistic interests... making an effort to slander our building of socialism, to harm our international reputation, and to shake the supports of the historic solidarity which has come into being among the Soviet peoples." These people were said to be "calling religious believers to holy war," preaching the need for believers to save Islam in all its aspects. The situation was not totally unexpected in view of the "alarming events ... in some neighbouring states" and the "direct offensive influence" inside the USSR of "foreign representatives of countries following an Islamic ideology." Iran was not mentioned by name, but the allusion was unequivocal, especially when the authors of the article emphasized that "significant factors in these countries are making a major effort to stress holy war as the basic way to conduct a struggle with

religious non-believers and to spread this concept among the adherents of Islam who live in the Soviet Union."

One-third of Turkmenistan's young people are thought to listen to Turkmen-language broadcasts from Iran and Afghanistan. The Turkmen authorities regularly complain of the negative influence of Iranian radio and television; no less than 38 radio stations that "discuss Islam and the exporting of the Islamic revolution" are said to be active along the Soviet-Iranian border. Since the Soviet troop withdrawal from Afghanistan, Afghan *mujahedin* are reported to have doubled their efforts to smuggle subversive materials and weapons into the Soviet Union. These broadcasts, cassettes, and written materials are said to encourage religious and national sentiment among the Central Asians. They are allegedly "aimed primarily at completely falsifying the USSR's nationality policy, more precisely, at promoting the theses that the Turkmen national culture and language have been 'destroyed' and that the Turkmen people are being 'Russified'."

The same source stresses that Iranian propaganda also seeks to awaken interest in Islam "and other antiquated traditions," mixing "the national feeling of the Turkmen people with religious remnants," and leading "listeners to overestimate the value of the Muslim way of life." Iran had also mounted a letter campaign, purportedly originating from relatives of Soviet Turkmen citizens, propagandizing the Muslim way of life.

### Conclusion

It was Soviet nationalities policy that first fostered in Central Asia the idea of separate national cultures and identities based on ethno-linguistic criteria. Among other considerations, this effort was motivated by Moscow's fear

## Annual Subscription of the Rabita Periodicals

| | Inside Kingdom | | Outside Kingdom |
| --- | --- | --- | --- |
| | Individuals | Government Depts and companies | US Dollar or equivalent |
| | Riyal | Riyal | |
| MWL Journal (Arabic-Monthly) | 40 | 100 | 15 |
| MWL Journal (English-Monthly) | 30 | 100 | 12 |
| Muslim World News (Weekly) | 60 | 100 | 35 |
| Dawat Al-Haq (Monthly) | 60 | 100 | 25 |

Subscriptions should be addressed to distribution department
P.O. Box: 538 - Muslim World League - Makkah, Saudi Arabia

FED-PEC0265169

of Pan-Islamism, which had been used as a slogan in the Muslim areas of pre-revolutionary Russia: As in other parts of the Soviet Union, Moscow played upon and perpetuated the region's traditional inter-tribal and inter-cultural animosities. This policy inadvertently laid the basis for a fusion of Islamic sentiment with the nascent national consciousness. which in the words of one Western commentator might perhaps be called "Islamic in form and national in content."

In the late 1980's, local elites were struggling with renewed accusations from Moscow that their expanding national movements were tainted by Islam, even as these elites were finding it increasingly fruitful to enlist traditionally Islamic local populations to their political causes. In a sense, Soveit officialdom is playing with fire when it raises the bogey of Islam to reject legitimate political demands of Central Asian nations.

Does this mean that Islam will cement the various Central Asian national movements? So far. the answer is no. The effect has rather been to split them from the inside. The sole national movement of the region in which at least some of the intelligentsia are apparently definitely Islam-oriented is the Tajik, where, indeed. calls have been heard for the actual establishment of an Islamic state; though even here, of course, this does not necessarily mean an Islamic state based on the *Shari'a,* but one oriented on the Tajik national heritage and culture rather than the Russian one.

The reason for the enhanced Islamic sentiment in Tajikistan is perhaps because the Tajiks alone of the main Central Asian nationalities are of Persian rather than Turkic stock and culture. and naturally prefer to emphasize a factor that stresses their belong-ing to the region. Some of the Tajik intelligentsia give expression to their apprehensions concerning the predominance of a Turkic culture in Soviet Central Asia by reaching out to and seeking increased ties with Afghanistan and Iran. At the same time, it cannot be ruled out that under the influence, albeit oblique, of the Iranian revolution and of the growing perception of the utility of Islam as a political weapon vis-a-vis Moscow, the Islamic component will become strengthened at all levels of Central Asian national consciousness and activity.

It is well-nigh impossible to know what the future holds for Central Asia. There seems, however, to be no doubt that at least some of the younger generation are looking simultaneously to Islam and to nationalism. For Moscow, the potential danger of this combination is all the greater inasmuch as Islam, which is, in the words of a Western observer, "the basis of a communal identity sanctified by history," is really known only vaguely and hence "can be reconstructed at will." Therefore, although Central Asians do identify themselves as Muslims, the political implications of this identification are not clear in the present political circumstances beyond the fact of clearly separating the collective Muslim "we" of the Central Asian periphery from the Russian or Slavic "they" at the centre.

Despite the long history of problems among various groups in Central Asia— problems that have, moreover, been consciously exacerbated by the Soviet central authorities— Islam, which today seems to be actually an impediment to the formation of a homogeneous society among all the Central Asian republics, may in the future serve as a unifying factor. Indeed, notwithstanding efforts of certain Uzbek nationals to present their nation as the legitimate leading group of the area and their basically secular programme as the rallying point of the Central Asians vis-a-vis the Kremlin—as is manifested by the platform of *Birlik*—Islam is probably the only cause or factor that can so unite them.

There seems as yet to be little coordination among the various Islamic activists or cells that exist in many parts of Central Asia— a few of whom specifically advocate the establishment of an Islamic state. Yet the unfavourable socio-economic conditions of the region, particularly the large-scale unemployment among its youth and the lack of housing, as well as the general atmosphere of frustration and resentment at what the Central Asians consider an unjustified economic and social discrimination, provide an easily inflammable situation, as has been shown in Alma-Ata, Ashkhabad, Dushanbe, Nebit Dag, the Fergana Valley, and Novyy Uzen'.

The entry of Soviet troops and tanks into Baku in January 1990 and the ensuing struggle of Azerbaijani Muslims against the Russian conqueror, which the media have brought to public attention, cannot but have provided food for thought, or perhaps seed for passion, among the Central Asians. Yet, it did not prevent the outbreak of violence in February 1990 in Dushanbe. In the words of a Soviet specialist on Islam, Moscow's lack of understanding for the peculiarities of the Muslim world, the distortion over decades of all information concerning Islam "by... ideological dogma." and a persistent Soviet Islamophobia only heighten the danger of an Islamic explosion.

(Courtesy: Problems of Communism, Washington, DC, USA.)

FED-PEC0265170

# Jihahd with Money in the Way of Allah

*Muhammad Gamal al-Din Mahfooz*

**G**od Almighty has enjoined upon the Believers to strive in the way of Allah with their wealth and their lives. This doctrine of "Jihad" is characterised by its clear objective, which is "for God" and, "for upholding the word of God." This objective encompasses all the noble human values, such as defence of one's homeland, honour and dignity, and ensuring truth, justice and peace.

Aggression and usurpation are not among the objectives of Jihad. For God Almighty said:

*"Fight in the way of Allah against those who fight against you, but do not begin hostilities. Lo! Allah loves not aggressors."* (Al-Baqarah:190)

Jihad with wealth and lives is emphasised in the Holy Qur'an and Hadith (Tradition) as follows:

God Almighty said:

*"...and strive with your wealth and your lives in the way of Allah! That is best for you if you but knew."* (Al-Tawbah:41)

*"Lo! Allah has bought from the Believers their lives and their wealth, because the Garden will be theirs...."* (Al-Tawbah:3)

And the Noble Prophet (peace be on him) said:

*"Fight the polytheists with your wealth, your lives and your speech."*

Asked who was the best of people, the Prophet (peace be on him) said:

*"The Believer who fights for God with his life and his wealth."*

It is thus quite clear that Jihad with one's wealth and with one's life is an essential part of the teachings of Islam. Yet Jihad with one's wealth "takes precedence" over Jihad with life in several verses of the Holy Qur'an, calling the Believers to Jihad; because of finance being indispensable for supplying the army with its needs (and on many occasions its requirements may far exceed its demand for manpower). Hence, in view of the unlimited material needs of war, a person may contribute money towards Jihad if he does not personally join it for reasons of physical weakness, illness or distance from the scene of confrontation with the enemy.

## Wealth as a Deterrence

Jihad with one's wealth constitutes one of the main elements of the Islamic strategy of deterrence as God Almighty said:

*"Make ready for them all thou canst of (armed) forces and of horses tethered, that thereby ye may dismay the enemy of Allah and your enemy, and others beside them whom ye know not. Allah knoweth them (all). Whatsoever ye spend in the way of Allah it will be repaid to you in full, and ye will not be wronged."* (Al-Anfal:60)

It is thus clear that "spending money" plays a great role in deterring the enemy, for money (the expression of economic power) is the life-blood of war. Seeing that the Muslims will confront him with a military force backed by formidable economic power, the enemy will not make little of the Muslims and will not cherish any hope of subduing them. This kind of close association between military and economic power indicates two things:

1. That economic development in the Islamic nation, though regulated by legislation of its own, makes adequate provision in its plans and objectives for strategic military considerations.

2. The economy of the Islamic nation, during war, is directed entirely according to military needs, and, therefore, its structure must be adaptable to the requirements of defence.

This calls for the creation of "joint councils" at the highest levels of the state in order to coordinate economic development plans with the strategic needs and demands of the armed forces. The main elements of war economy in Islam may be inferred as follows:

### 1. Economic Planning

Economic planning yields the best results in the time of war, as it enables the nation's production to be utilised speedily and effectively. Jihad with one's wealth means that wealth belongs to the nation when it has to fight back aggression. Economic planning, consequently, guarantees that wealth is channelled to the objectives of defence and security of the nation and that smooth running of the economic organisation process is not encumbered

FED-PEC0265171



Afghan Mujahedeen receiving training.

by monopolies or profiteering.

## 2. Economic Mobilisation

Since Jihad with wealth and life is an obligatory duty, the believers will respond to the call to Jihad by offering their wealth and lives and will not take leave from performing what is incumbant on them by virtue of their faith. This is based on Almighty God's own words:

> *"Those who believe in Allah and the Last Day ask no leave of thee lest they should strive with their wealth and their lives. Allah is aware of those who keep their duty (unto Him). They alone ask leave of thee who believe not in Allah and the Last Day, and whose hearts feel doubt, so in their doubt they waver."* (Al-Tawbah:44-45)

Islam allows the political authority to take from the wealth of people what is needed during war.

Examples of this are the mobilization measures effected by the military when they commandeer civilian transport, vehicles and commercial ships for the war effort. According to this concept, the wealth given by persons who have the means to contribute towards the war effort is not by way of "donation." Instead, it is the rendering of what is a general duty of all citizens of the Islamic nation under principle of mutual support.

## 3. Economic Integration

Islam also requires that Islamic nation's economic structure be based on integration leading to self-sufficiency in order that it may not be under the mercy of international interests, monopolies and political fluctuations. Self-sufficiency is a vital requisite and is the only guarantee to the effectiveness, continuity and development of Islamic military power.

## 4. Military Industries

Self-sufficiency in the military field requires that the Islamic nation must posses its own industry of arms and military equipment. Arms, especially heavy arms such as guns, tanks and naval vessels, can be produced only by "Heavy Industry" which is based on an "iron and steel" industry. This can be inferred from the Qur'anic directive concerning "iron":

> *"And He revealed iron, wherein is mighty power and (many) uses for mankind."* (Al-Hadid:25)

This directive leads to several principles which the Islamic nation must follow. They are:

(a) The Islamic nation must base its economic structure on "industry." Industry, according to economists, is the real effective foundation of economic development and an important means for progress, power and well-being of nations.

(b) The Islamic nation must steer its industrialisation efforts towards building "heavy industry" which will enable it to manufacture arms and military equipment.

(c) The nation must control "iron and steel industry" which provides the foundation for building on it the heavy industry.

This is affirmed by the Qur'anic verse about iron which economists unanimously view as the source of real power of nations:

(a) In military power (wherein is mighty power).

(b) In economic development generally (and in "many" uses for mankind.)

FED-PEC0265172

# Mansa Musa's Contribution to Islam

*Misbahu Rufia*

In an atlas prepared for Charles V, who ruled France from 1337-1380, by Abraham Crisques in 1375, there is the drawing depicting an African king wearing regal robes and crown. He is holding a scepter in one hand and a nugget of gold in the other. This king is Mansa Musa of the great African Kingdom of Mali.

Mali is said to be the second in the chain of kingdoms that existed in the Western Sudan (West Africa) from the fourth to the 19th century. It was founded by Sundiata, a cripple, whose 11 brothers were killed by Sumangura Kante. Sumangura Kante had seized the throne from Sundiata's father and killed 11 out of the twelve sons for fear of the sons rising to kill him one day. He spared Sundiata because the latter was a cripple. As Allah decreed, however, Sundiata regained the use of his legs and led the war of Kirina in which Sumanguru was defeated and killed in 1235, leading to the establishment of the Kingdom of Mali.

This Kingdom succeeded that of Ghana which had Muslim rulers. Although most of the rulers of ancient Ghana had made pilgrimage to Makkah and performed the Hajj, beginning from Barmandana, the first ruler to accept Islam, none of them was so famous as that of Musa, who ruled Mali for 25 years beginning from 1307 to 1337. Hence, some historians regards him as the first Western Sudanese Muslim ruler to have made the Hajj. What is the reason?

There is no doubt that he is the most famous of the kings of Mali and most remarkable. He was a great ruler who expanded the Kingdom of Mali and established a very effective system of government. He was an impartial ruler who administered justice irrespective of who was involved. He established diplomatic relations with Morocco and Egypt and a stable government that enjoyed both political and commercial prosperity.

His activities in the religious field are, however, more exemplary and famous. "He was not only concerned with the political and material welfare of his people but also their spiritual well-being." His piety was so profound that when he went on his famous pilgrimage to Makkah, he is reported to have said that he would hand over the throne to his son so he could return and live near the Kaaba. He could not fulfil his wish as he was overtaken by death.

He devoted the rest of his life, after his return from the pilgrimage to Makkah, to the spread, purification, and strengthening of Islam in his kingdom. This pilgrimage from 1324-1325 took him to Cairo (Egypt), Arabia and some parts of Europe and was undertaken at such a scale that had never been seen or heard of before.

Al-Umari, a Western Sudanese historian, wrote that Mansa Musa left Mali with an amount of 100 camel-loads of gold each weighing 300 lbs., and a huge entourage for his personal service. The entire entourage was 60,000 strong. He had 500 slaves. Each carried a gold staff which weighed 4 lbs. His generosity was so profuse that this huge wealth diminished to such an extent that he had to borrow at fantastic rates in Egypt to return to Mali.

Mansa Musa is said to have "left no emir nor holder of a royal office without a gift of a load of gold. He and his company gave out so much gold that they depressed its value in Egypt and caused its price to fall." The market was said to have required twelve years to return to normalcy.

During the pilgrimage, he met Abu Ishaq Ibrahim As-Sahili Tuwajjin, a Moorish scholar, poet, and architect. He persuaded As-Sahili to retun with him to Mali. Back in Mali, he commissioned As-Sahili to build various mosques in the kingdom and enforced a strict observance of the five pillars of Islam. He was more particular about the Jumah (Friday) prayer. Mansa Musa also sent students to Morocco for studies and laid the foundation that later made Timbuctu a commercial and educational centre of the Western Sudan.

He was a devout Muslim and "an ardent patron of the sciences and arts." But though devout, Mansa Musa respected the rights of all human beings and, therefore, did not make it a compulsion for his people, most of whom were animist, to be Muslims. There is a story of how he had sent an entourage to persuade the people of Wangara to become Muslims. The response he got was the refusal of the Wangara to accept Islam. Although this disturbed him, he never enforced his will over them. This, perhaps, accounts for some of the reasons for the peace he enjoyed during his reign. (Later in history the Wangara people did accept Al-Islam and are most devout Muslims today).

FED-PEC0265173



A view of pilgims movement around Masjid Khaif at Muna, during Hajj season.



A view of pilgrims movement at Arafat on 9th Dhul-Hijjah.

FED-PEC0265174



FED-PEC0265175