# EXHIBIT 091

Case 1:03-md-01570-GBD-SN   Document 11987-91   Filed 04/15/26   Page 2 of 69

# THE MUSLIM WORLD LEAGUE JOURNAL

Vol. 21    Sha'aban 1414 — February 1994    No. 8

DAWAH IN NIGERIA



# AFGHANISTAN
## WILL PEACE EVER RETURN?



UPBRINGING OF CHILDREN

FED-PEC0266450

# Muslim World League

# International Islamic Relief Organization

## Invites you to trade with Allah through its

# Sanabil al-Khair

## Project for Running Charity

(Qur'an II-26)

**Each Sunbulah is a running charity that would be invested for the benefit of refugees, orphans, poor and destitute all over the Muslim world. Join us in collecting one million Sunbulahs, each of which costs 100 Riyals.**

The Noble Prophet (peace be on him) said    When a man dies  (benefits) from his deeds cease, except from three (sources)   an act of continuing charity  knowledge which benefits people and a noble offspring who prays for him '

I ( ) pleas ( ) to ( ) ( ) the ( ) ( ) _____ ( ) ( ) _____ Sunbulas and will p ( ) ( ) the sum
☐ Once   ☐ Monthly   ☐ Annually   ☐ Occasionally

I ( ) ( ) ( ) ( ) ( ) it ( ) ( ) _____
( ) ( ) ( ) ( ) ( ) ( ) ( ) ( ) of his ( ) ( ) _____
( ) ( ) ( ) ( ) ( ) ( ) ( ) ( ) _____
Address _____    Telephone _____

Donated Amounts should be credited to Sanabil al-Khair
Account no  4600 161  Al Rajhi Investment Company by cheque or by draft in favour of
Sanabil al Khair Project  International Islamic Relief Organization
Jeddah  P O  Box  1285  Postal Code 1285  Telephone  6515411



FED-PEC0266451

FED-PEC0266452

# The MUSLIM WORLD LEAGUE Journal

Director-General Media & Culture
**Muhammad Mahmood Hafiz**

Secretary-General
**Dr Ahmad Muhammad Ali**

Director of Press & Publications &
Chief Editor
**Hamid Hassan al-Raddadi**

Editorial Board
**Abdullahi Sheikh Muhammad
Muhammad Nasir
Muhammad Abdul Quadir**

Administrative Asstt
**Muhammad Khalil Mirza**

Annual Subscription Rate

**Saudi Arabia** (Individual subscribers)
SR 36 (Companies) SR 100 **Other
Countries** (Individual subscribers)
$ 20 and (Companies) $ 26
**Cheques and cash payable to** Muslim
World League P O Box 537 Makkah
al-Mukarramah Saudi Arabia

All requests for the magazine and any
change of address should be forwarded
to our Marketing & Distribution Deptt

Sole Distributors for
the Kingdom & the Gulf
**The Saudi Distribution Company**
Tel 653090 **Jeddah
Saudi Arabia**

Published by
**The Press and Publications
Department
Muslim World League
P O Box 537
Makkah al-Mukarramah**

(All articles and correspondence may
please be addressed to The Chief
Editor **Muslim World League Journal**
While the Editorial Board reserves the
right to edit summarize or reject any
contribution no article report or letter
will be returned to the sender)

Views expressed in the columns of The MWL Journal do not necessarily represent
those of the Editorial Board or the Muslim World League Articles published herein
may however be reproduced with due acknowledgement

# Contents

**Guidance from the
Qur'an & Sunnah**

2  Excerpts from Surah al Ra ad or Thunder trans
   lated and interpreted by Allama Yusuf Ali

4  Sayings of the Noble Prophet Muhammad (peace
   be on him) elaborating on the exalted status of
   Madinah al Munawwarah

**Cover Story**

5  After a valiant 12 year struggle the Afghan
   Mujahideen wrote a glorious chapter in the con
   temporary history with their blood by ousting the
   Najibullah Government and forcing the with
   drawal from their soil of the army of a Super
   Power the former Soviet Union But after their
   victory the Mujahideen factions could not retain
   the same degree of unity and a bitter power strug
   gle broke out among them which is presently
   wreaking havoc on Afghan civilians *Dr Mozam
   mel Haque* traces the background of the inter
   necine warfare and the destruction caused by the
   two month old strife

**Features**

10 The Bountiful Path Worship the Purpose of Our
   Creation
   *Syed Tahzeeb ul Hasan*

14 How to Follow the Prophets' A Sign of Divine
   Love
   *Abdus Samad Sharafuddin*

18 The Issue of Ijtihad & Taqlid
   *Shaikh M A Folorunsho*

20 The Knowledge of the Qur an Its Importance &
   Benefits for Muslims II
   *Sharafedeen Kola Oladejo*

24 Some Recent English Translations of the Qur an
   Translations during 1985 91 III
   *Dr Abdul Rahim Kidwai*

30 Child Upbringing in Islam Some Important
   Guidelines
   *Abdul Malik Bappa Mahmud*

35 Understanding History' An Islamic Perspective
   *Dr M A M Shukri*

40 Palestine The Blessed Land
   *Dr Ahmad H Sakr*

44 The Shariah House Bangalore South India An
   Introduction
   *Sh iah Muhammad Shahabuddin Nadvi*

47 Mountains The Geological Concept in the Qur an
   *Abdul Majeed Zindani & Mustafa A Ahmad*

49 Ex tremist Activities in Southeast Asi II
   *Delnar Voer*

53 Islamic Dawah in Niceria Today
   *Badmas Lanre Yusuf*

59 Towards Evolving a Development Strategy
   *Dr M N Qureshi*

61 The Basic Elements of Human Life on Earth
   *Dr Hamid Abdul Haq*

64 The Worful Plight of Polish Muslims
   An IINA Report



# Guidance from the Glorious Qur'an

<div dir="rtl">

بِسْمِ ٱللَّهِ ٱلرَّحْمَٰنِ ٱلرَّحِيمِ

ٱللَّهُ يَعْلَمُ مَا تَحْمِلُ كُلُّ أُنثَىٰ وَمَا تَغِيضُ ٱلْأَرْحَامُ وَمَا تَزْدَادُ وَكُلُّ شَىْءٍ عِندَهُۥ بِمِقْدَارٍ ۝ عَٰلِمُ ٱلْغَيْبِ وَٱلشَّهَٰدَةِ ٱلْكَبِيرُ ٱلْمُتَعَالِ ۝ سَوَآءٌ مِّنكُم مَّنْ أَسَرَّ ٱلْقَوْلَ وَمَن جَهَرَ بِهِۦ وَمَنْ هُوَ مُسْتَخْفٍ بِٱلَّيْلِ وَسَارِبٌۢ بِٱلنَّهَارِ ۝ لَهُۥ مُعَقِّبَٰتٌ مِّنۢ بَيْنِ يَدَيْهِ وَمِنْ خَلْفِهِۦ يَحْفَظُونَهُۥ مِنْ أَمْرِ ٱللَّهِ إِنَّ ٱللَّهَ لَا يُغَيِّرُ مَا بِقَوْمٍ حَتَّىٰ يُغَيِّرُوا۟ مَا بِأَنفُسِهِمْ وَإِذَآ أَرَادَ ٱللَّهُ بِقَوْمٍ سُوٓءًا فَلَا مَرَدَّ لَهُۥ وَمَا لَهُم مِّن دُونِهِۦ مِن وَالٍ ۝ هُوَ ٱلَّذِى يُرِيكُمُ ٱلْبَرْقَ خَوْفًا وَطَمَعًا وَيُنشِئُ ٱلسَّحَابَ ٱلثِّقَالَ ۝ وَيُسَبِّحُ ٱلرَّعْدُ بِحَمْدِهِۦ وَٱلْمَلَٰٓئِكَةُ مِنْ خِيفَتِهِۦ وَيُرْسِلُ ٱلصَّوَٰعِقَ فَيُصِيبُ بِهَا مَن يَشَآءُ وَهُمْ يُجَٰدِلُونَ فِى ٱللَّهِ وَهُوَ شَدِيدُ ٱلْمِحَالِ ۝

سورة الرعد الآيات ٨ - ١٣

</div>

*In the name of Allah, the Beneficent, the Merciful*

*Allah does know what every female (womb) does bear,[1] by how much the wombs fall short (of their time or number) or do exceed Every single thing is with Him in (due) proportion He knows the unseen and that which is open He is the Great, the most High [2] It is the same (to Him) whether any of you conceal his speech or declare it openly whether he lie hid by night or walk forth freely by day [3] For each (such person)[4] there are (angels) in succession, before and behind him they guard him by command of Allah Verily never will Allah change the condition of a people until they change what is in themselves [5] But when (once) Allah wills a people's punishment, there can be no turning it back nor will they find besides Him, any to protect It is He Who does show you the lightning, by way both of fear and of hope [6] It is He Who does raise up the clouds, heavy with (fertilising) rain[1] Nay, thunder repeats His praises,[7] and so do the angels, with awe [8] He flings the loud-voiced thunder bolts and therewith He striketh whomsoever He will Yet these (are the men) the while they are disputing about Allah, He is Mighty in Power*

(S 13 Verses 8 13) Trans A Yusuf Ali

FED-PEC0266453



*Allama Abdullah Yusuf Ali in his commentary on the above verses from Surah Al Rad or Thunder explains some of the terms and phrases is as follows*

1  The female womb is just an example, a type of extreme secrecy Not even female herself knows what is in the womb -whether it is a male young or a female young whether it is one or more whether it is to be born short of the standard time or to exceed the standard time But the most hidden and apparently unknowable things are clear to Allah's knowledge there is no mere chance all things are regulated by Allah in just measure and proportion The general proposition comes in the last sentence every single thing is with Him in (due) proportion

2  A verse of matchless rhythm in Arabic

3  Our most hidden thoughts and motives are known to Him at all times

4  See last verse Every person whether he conceals or reveals his thoughts whether he skulks in darkness or goes about by day – all are under Allah's watch and ward His grace encompasses everyone and again and again protects him if he will only take the protection from harm and evil If in his folly, he thinks he can secretly take some pleasure or profit he is wrong for recording angels record all his thoughts and deeds

5  Allah is not intent on punishment He created man virtuous and pure he gave him intelligence and knowledge he surrounded him with all sorts of instruments of His grace and mercy If in spite of all this man distorts his own will and goes against Allah's Will yet is Allah's forgiveness open to him if

he will take it It is only when he has made his own sight blind and changed his own nature or soul away from the beautiful mould in which Allah formed it that Allah's wrath will descend on him and the favourable position in which Allah placed him will be changed When once the punishment comes there is no turning it back None of the things which he relied upon – other than Allah – can possibly protect him

6  Here then is the climax to the answer of the sarcastic challenge of the unbelievers for punishment, in a language of great sublimity Why look to evil rather than to good? to punishment rather than to mercy? to the fear in the force and fire of the lightning rather than to the hope of good and abundant crops in the rain which will come behind the lighting clouds?

7  Nay, thunder itself which may frighten you, is but a tame and beneficent force before Him declaring His praises like the rest of creation Thunder thus aptly gives the name to this Sura of contrasts, where what we may think terrible is shown to be really a submissive instrument of good in Allah's hands

8  And the angels whom we think to be beautiful creatures of power and glory nearest to Allah yet feel reverence and awe even as they praise His holy name

(Compiled by Muhammad Khalil BaMirza)

FED-PEC0266454

## Sayings of Prophet
# Muhammad
peace be on him

# The Virtues of Madinah



❑ Narrated Anas The Prophet Muhammad (peace be on him) said Madinah is a sanctuary from that place to that its trees should not be cut and no heresy should be innovated nor any sin should be committed in it and whoever innovates in it an heresy or commits sins(bad deeds) then he will incur the curse of Allah the angels and all the people

❑ Narrated Abu Huraira Allah s Apostle said I was ordered to migrate to a town which will swallow (conquer) other towns and is called Yathrib and that is Madinah and it turns out (bad) persons as a furnace removes the impurities of iron

❑ Narrated Abu Huraira I heard Allah s Apostle (peace be on him) saying The people will leave Madinah in spite of the best state it will have and none except the wild birds and the beasts of prey will live in it and the last persons who will die will be two shepherds from the tribe of Muzaina who will be driving their sheep towards Madinah but will find nobody in it and when they reach the valley of Thaniyat al Wada they will fall down on their faces dead

❑ Narrated Abu Huraira Allah s Apostle (peace be on him) said Verily belief returns and goes back to Madinah as a snake returns and goes back to its hole (when in danger)

❑ Narrated Sa d I heard the Prophet (peace be on him) saying None plots against the people of Madinah but that he will be dissolved (destroyed) like the salt is dissolved in water

❑ Narrated Usama Once the Prophet Muhammad (peace be on him) stood at the top of a castle amongst the castle (or the high buildings) of Madinah and said

Do you see what I see? No doubt I see the spots where afflictions will take place amongst your houses (and these afflictions will be) as numerous as the spots where rain drops fall

❑ Narrated Abu Bakra The Prophet Muhammad (peace be on him) said The terror caused by Al-Masih at Dajjal will not enter Madinah and at that time Madinah will have seven gates and there will be two angels at each gate guarding them

❑ Narrated Jabir A bedouin came to the Prophet Muhammad (peace be on him) and gave a pledge of allegiance for embracing Islam The next day he came with fever and said (to the Prophet) Please cancel my pledge (of embracing Islam and of emigrating to Madinah) The Prophet Muhammad (peace be on him) refused (that request) three times and said Madinah is like a furnace it expels out the impurities (bad persons) and selects the good

ones and makes them perfect

❑ Narrated Anas The people of Bani Salama intended to shift near the mosque (of the Prophet) but Allah s Apostle (peace be on him) disliked to see Madinah vacated and said O people of Bani Salama! Don t you think that you will be rewarded for your foot steps which you take towards the mosque? So they stayed at their old places

❑ Narrated Abu Huraira The Prophet (peace be on him) said There is a garden from the gardens of Paradise between my house and my pulpit and my pulpit is on my Like Fount (Al Kauther)

❑ Narrated Zaid bin Aslam from his father Umar said O Allah grant me martyrdom in Your cause and let my death be in the city of Your Apostle (peace be on him)

(Compiled by Muhammad Zakir Hussain)

FED-PEC0266455



*For 12 long years, it was the common enemy the Godless Communist regime supported by the formerly Soviet Union Now guns are trained against one another!*

# WHITHER AFGHANISTAN?

## Will Warring Factions Heed Pleas for Sanity?

### Dr Mozammel Haque

Everyone had hoped that the fall of Najibullah in April 1992 would make the Afghans a free people once again able to live in a free land and devoting their energies to build up freely their own country It was hoped that April 1992 would mark the beginning of a glorious period But unfortunately within a few months what it heralded was the beginning of a shameful chapter

It has been aptly observed The world suddenly discovered that there were no Afghans they were only Pushtus Uzbeks Tajiks and innumerable hostile groups all willing to fight the other with no less ferocity and dedication than they had shown while fighting the Russians

Ever since the Mujahedeen groups ousted a Communist government in 1992 faction wars started for the control of the capital Countless cease fires have collapsed A number of peace accords and truces were signed among the rival groups the most important of those in the Holy city of Mak

FED-PEC0266456



Burhanuddin Rabbani



Gulbuddin Hekmatyar



Ahmad Shah Masood

kah None of them lasted for more than a few weeks or months after which bullets rockets and mortars started falling on the innocent residents of Kabul leaving behind widows orphans and immense destruction in their wake

Every reconciliation effort initiated by friends and brothers collapsed against the rock of tribal personal and sectarian selfishness Statistics show that liberation proved much more fatal for the Afghans than occupation Since April 21 during the 21 months that have intervened the number of those killed by those who still call themselves Mujahedeen has reached 10 000 a figure higher than that killed during all the years of Communist occupation

The earlier war was between the Communists and the Mujahedeen in the cause of Islam But now who is fighting whom for what cause they are fighting and against whom they are fighting?

The recent bout of fighting the worst in six months erupted on Saturday January 1 1994 when former Communist warlord Abdul Rashid Dostum in collaboration with the troops of the Hezb e Islami Chief Prime Minister Gulbuddin Hekmatyar launched an offensive 17 days ago to oust President Burhanuddin Rabbani The forces of Rashid Dostum a former Communist army general attacked the city of Kabul with rockets and long range missiles in some of the heaviest fighting since they ousted the Communist regime about two years back and turned their guns on each other

A four point communique was issued bearing the names of Rabbani's new rivals Prime Minister Gulbuddin Hekmatyar ex Communist militia man

General Abdul Rashid Dostum and two other factions calling themselves the Supreme Coordinating Council of Forces Fighting Rabbani It demanded the resignation of President Burhanuddin Rabbani in order to have peace and stability in Afghanistan

The other three points called for an assembly of Mujahedeen leaders to nominate a replacement for Rabbani the establishment of an immediate interim government and the appointment of a joint com



Afghanistan's He-b i Wahdat fighters perch on an anti aircraft gun in Kabul during a lull in fighting Numerous ceasefire have failed to bring an end to the civil war

FED-PEC0266457

## Cover Story



*Soldiers loyal to Afghan President Burhanuddin Rabbani guarding the strategic Mahmud Khan Bridge, load their Russian made recoilless rifle in preparation for renewed fighting*

missions to run the finance interior and foreign ministries

It is believed that Hezb e-Islami forces have joined with Dostum's Junbish or National Islamic Movement in order to hold off an infantry attack by the Shoora-e Nazar forces of Rabbani's strongman former Defence Minister Ahmad Shah Masood

Why all this happened is no big mystery Some leading scholars of the Kingdom like Shaikh Saleh al Sadlan of Riyadh's Imam Muhammad ibn Saud University and Shaikh Abdul Aziz al Shaikh of the senior Ulema Council are among those who were brutally frank about the present conditions in the country They all agree that what is going on in Afghanistan is no longer a jihad It is the suicide of a nation And in the process the factions have brought dishonour to the concept of Jihad itself

The latest round of fighting has been easily one of the fiercest since Mujahedeen swept the Communists from power in 1992 Countless ceasefires collapsed since then as rival groups fought for control of the capital More than 3 000 people have been treated in hospitals since the fighting broke out on

January 1 1994 and many more victims are believed trapped inside their homes The death toll is believed to be in hundreds as rival groups waged some of the fiercest fighting since they overthrew Najibullah government in 1992

The recent fighting created panic which resulted in large exodus from Kabul Most foreigners fled the City Two dozen foreigners including four UN staff and diplomats from Pakistan India Turkey Saudi Arabia and Libya drove out of the war shattered city in two convoys headed for neighbouring Pakistan Some 65 diplomats United Nations personnel and foreign nationals reached the north western Pakistani city of Peshawar from Kabul But some Pakistani and Saudi diplomats as well as several from Indonesia North Korea and Iran and one Pakistani stayed on

Much of the infrastructure that survived nine years of Soviet occupation and two more years of Communist rule has been destroyed by the warring factions The Presidential compound and a series of buildings have been a frequent target in recent days The Poul-e Kheshti Mosque in the centre of Kabul widely known as the city's historical Blue Mosque whose blue minarets have long dominated

FED-PEC0266458

## Cover Story

the skyline was set ablaze during fierce artillery duels. It was a religious and cultural treasure and the main attraction for visitors to Afghanistan.

Another historical site the Kabul Museum was destroyed during the factional fighting last year. A coal storage in the Pule Mahmood area near the Blue Mosque also caught fire from a rocket destroyed 35 000 bags of coal on 10 January.

The fighting has triggered a mass exodus to Pakistan. The refugees taking advantage of the lull in fighting fled the intense shelling which had subsided briefly during a temporary truce on Saturday the 7th January 7 1994. More than 1 000 Afghan refugees crossed into Pakistan where some two million Afghans are already sheltered. Humanitarian groups in the war ravaged Afghan capital estimated that hundreds of thousands of people were fleeing Kabul. Reports from the capital earlier noted a major shortage of medical supplies.

According to the latest reports the incessant shelling of Kabul has turned the sprawling capital of Afghanistan into a sea of ruins. The aerial strikes street fighting and heavy shelling going on among the rival factions for six weeks have hardly left a building unscathed in once thickly populated locations of the Afghan capital.

To visualize the havoc wrought by the current conflict the reports reaching from the Afghan capital say that at least 100 000 Kabul residents have taken refuge at Hisar Shahi refugee camp 20 kilometres east of Jalalabad and according to the United Nations reports at least 200 000 Afghans are crammed in Khair Khwana generally considered a safer district of Kabul. The UN has appealed to all the factions to allow food supplies to these people to save them from starvation. At least 800 people have so far died in the battle for Kabul while more than 30 000 have been injured.

Afghanistan is passing through very difficult times. All those countries which had extended financial and moral support to the people of Afghanistan in their struggle for freedom should persuade the leaders of warring factions to declare an immediate cease fire and then hold talks to find an amicable and lasting settlement of the problem.

The Organisation of the Islamic Conference (OIC) has appealed for a cease fire in Afghanistan and has sent a senior representative to the region in a fresh attempt to bring about peace and stability to the troubled country.

The Secretary General of the OIC Dr Hamid al Gabid noted that the intense fighting among the various factions is a source of deep concern to the



*Afghan Mujahideen training for field action during their 12 year Jihad against Russian occupation*
*Will the old glory return?*

FED-PEC0266459

## Cover Story



*Childrens scavenge for winter firewood in Kabul amidst the ruins at Jada e Maiwand during a short lived ceasefire*



*Two frightened children on a street in the Afghan capital Living through a fiercer war'*

Islamic Ummah  I have issued an appeal for a ceasefire and cessation of armed hostilities  and have called upon the Afghan leadership to resolve their differences through peaceful means  he told at a luncheon meeting of ambassadors and permanent representatives of the OIC member states

The Kingdom of Saudi Arabia expressed anguish over the continuing bloody fighting in Afghanistan and urged Afghan leaders to settle their disputes on the basis of the Makkah accord  This fratricidal fighting would destroy the achievements made by Afghan people with the blood and lives of their sons  the cabinet stated  The Kingdom s Council of Ministers urged the Afghan leaders to cooperate with Pakistan government to settle their conflict

Iran and Pakistan also voiced their concern over the factional fighting in Afghanistan  Pakistan s foreign minister has established contact with the former Soviet republic of Uzbekistan and Turkmenistan to achieve a lasting ceasefire among warring factions in Afghanistan  Both these republics have considerable clout in Afghanistan  Uzbekistan has considerable influence in northern Afghanistan  It supplies Dostum with fuel and electricity vital to his northern stronghold of Mazar-e Sharif  Dostum is an ethnic Uzbek  who visited Tashkent on several occasions last year and has met Karimov  On the other hand  Turkmenistan has some influence with Ismail Khan  a warlord allied to Rabbani s cause who controls a large part of north western Afghanistan bordering Turkmenistan

It is painful to read about the senseless fighting that has been going on in Kabul since the Mujahedeen ousted the Communist regime  Their solidarity  steadfastness  sacrifices and bravery had forced a superpower to withdraw its troops from their country  It is unfortunate that those  who set such a glorious record in the past  are now engaged in an internecine war just to satisfy the greed of a few leaders

Obviously  their enemies have found ways to sow seeds of hatred among them  The Mujahedeen should realise that such blood bath will certainly diminish and destroy the chances of Afghanistan emerging as a strong Muslim nation and tarnish their glorious history of Jihad against Communist Russia  They have not yet realized that they are destroying more than a city  they are also bringing shame on a noble concept of Jihad  the supreme sacrifice for a just cause

**FED-PEC0266460**

# The Bountiful Path

## Worship: The Purpose of Our Creation

**Syed Tahzeeb-ul Hasan**

*And created I not the Jinn and humans but they may worship (Me)* (Holy Qur'an Chapter 51 Verse 56) We have been focusing our discussion on understanding the purpose of our coming to this world and on knowing how we can succeed in it The Qur'anic verse is saying that we are in this world so that we may worship our Creator In other words the purpose of our creation is nothing but worshipping Him His worship is a natural phenomenon The entire universe is involved in it Each creature is doing what it is created to do obeying His laws this is worship Obedience to Him is worship When we worship Him we get in harmony with the rest of the creation and we become part of a huge obedient system And His is whosoever is in the heavens and the earth and those who are with Him are not too proud to worship Him nor do they get weary They glorify (Him) by night and day they (even) intermit not  (21 19 20)

Yea! Whosoever submits his self (entirely) to Allah and is a doer of good for him there shall be his reward with his Lord they shall have no fear not shall they grieve  (2 112) Like breathing worship too is an instinct Without breathing we cannot survive physically without worshipping we cannot live intellectually Breathing is an involuntary act If not consciously controlled worship too becomes an involuntary act Each being worships something or the other They worship a thing when they have a deep respect admiration or devotion for it If they esteem prestige and social status and they live their life for their sake prestige and social status are objects of their worship When they have exceptional admiration for wealth and its accumulation is the aim of their life they are worshipping wealth

Their devotion to a college degree and making extra ordinary efforts to get it amounts to worshipping the degree They start to worship whatever thing or things they fancy People may worship anything or a bunch of them a luxurious life a country a family a language a sport a pastime a profession an employment their spouses their children or their own ego Worship of anything other than Him leads people astray And you should worship (only) Me (and) this is the (only) right way  (36 61)

What! Think you that we created you in vain and that unto Us you shall not be returned (23 115) Though everything else in this creation submits to the Creator in obedience we human beings have a choice in this matter We may worship Him and earn Divine pleasure and thereby succeed in this life Or we may choose to disobey Him The Life of the person who disobeys him is an utter failure One who disobeys Him is disgraced forever *See you not that Allah (is He) unto Him prostrate whosoever is in the heavens and whosoever is in the earth and the sun and the moon and the stars and the mountains and the trees and animals and many of the people and many there are unto whom has chastisement become due and whosoever Allah abases then there is none for him to honour Verily Allah does what He wills* (22 18)

*And He guides unto Himself whomsoever turns (unto Him)* (42 13) We cannot worship Him without His guidance

His guidance is the most valuable blessing to us He guides anyone who implores Him seeking it

FED-PEC0266461

Case 1:03-md-01570-GBD-SN   Document 11987-91   Filed 04/15/26   Page 14 of 69

## Features



*The sole purpose of man s creation in this world is to worship Allah*

Only they seek it who are aware of the fact that He is the Creator of life and death Master Legislator Regulator Nourisher and Sustainer that everything animate and inanimate depends on Him for it s existence and that nothing happens unless He wants it to happen No female bears but with His command No seed sprouts but with His authority No leaf falls but He wills it What He creates is best and without defects He governs the universe with absolute justice *Whatever Allah lays open of His mercy unto people there is none to hold it back and whatever He holds back there is none to send it forth after that and He is Almighty All Wise* (35 2)

*Verily in the creation of the heavens and the earth and the al ternation of the night and the day and (in) the ships that sail in the sea with what profits mankind and (in) the water which Allah sends down from the skies and ch livens earth after its death and scatters therein of (every kind of) animals and in the changing of the winds and the clouds con trolled for service between hea vens and the earth surely there are signs for (the guidance of) people who understand* (2 164) Know ing Him leads us to worshipping Him In other word knowl edge helps us to achieve the aim of our creation That is the reason seeking of knowledge is incumbent upon each believer male and female We should exert ourselves to gain knowledge and to dispense it to others To gain knowledge we should seriously and dispassionately reflect upon

the creation and working of uni verse As our knowledge increas es we get contented with what we are provided with Contentment brings peace in our life and sin cerity in worship *Verily fear Allah only those of His servants endowed with knowledge* (35 28)

*O You who believe! Bow down and prostrate yourselves and worship your Lord and do good haply you may succeed* (22 77) Worship is neither a pas sive existence nor it is perform ing mindless rituals It is rather in intensely active life transaction involving devotion to Him and service to His creatures It is total surrender of our ego by subduing thoughts words and actions to the Divine will and pleasure It is rem aining conscious of Him

FED-PEC0266462

## Features

through each moment of our life and seldom becoming unmindful of Him It is seeking His help with an understanding that none besides Him can provide us succour It is translating His will and pleasure through living this life for the sake of the next We are commanded to turn to Him in devotion five times during 24 hours of the day If we sincerely invoke Him five times each day base and evil ideas are less likely to find their way into our life and we are cleansed of evil thoughts and actions True worshippers lead a noble and chaste life

*Verily prayer restrains (one) from filth and evil and certainly the remembrance of Allah is the greatest (duty of believers) and Allah knows what you do (29 45)*

*And He is Who made you vicegerent in the earth and raised some of you above the others in grades that He may try you in what He gave you (6 166)* He regulates the affairs of this universe through laws of causality

That means there is an apparent cause and means for everything that takes place In other words He creates appropriate agencies and episodes to unfold His will The entire universe is manifesting His will consciously or unconsciously We all His creatures are co workers we are working jointly to manifest His plans We are mutually interdependent for the fulfilment of our needs and for the smooth running of this universe

We are sharing His blessings Some times we are at the giving end while at other times we are at the receiving end *Establish you prayer and give the poor rate and whatever of good you send forth before (you) for yourselves that you shall find with Allah Verily Allah sees what all you do (2 110)*

*Verily those who recite the Book of Allah and establish*

prayer and spend out of what We have provided them with secretly and openly hope for a merchandise which will never perish (35 29) All the normal and routine activities of our life are worship if they lead us towards the realization of the aim of creation When we go out to seek His grace to support ourself and to support those who are entrusted to our care we are performing worship Partaking of food to preserve our health and life (they are His trust) without being a glutton is worship When we sleep to relax after a hard day s toil in His service though asleep we are involved in worship Entering the state of conjugal relationship to maintain peace and harmony in our life is worship Helping a needy person is worship Assisting someone carry a load if he is unable to carry alone is worship

We worship Him when we greet others In short whenever we act positively or sincerely extend a helping hand we promote peace and goodwill thereby we fulfil the Divine will therefore we worship Him *O you who believe! shall I show you a transaction which will deliver you from the painful chastisement? You should believe in Allah and His Apostle and strive in the way of Allah with you possessions and yourselves that is better for you if you but knew (61 10-11)*

An affectionate look by children at their parents is an act of worship Holy Prophet (peace be on him) Our Creator used the agency of our parents to bring us into this life and to raise us Our parents did obey Him knowingly or unknowingly when they raised us Had they not heeded to His command and had forsaken us when we needed their care it would have been a disaster When the tables turn and they grow old and infirm and need to be looked after it is our responsibility to repay our debts by taking care of

them We have to treat them with utmost humility and respect We cannot raise our voice over their voice We have to provide them with all of their needs without their asking If we ignore them or werebuke them or we do not treat them with as much respect as our Master has commanded us to do we will be disobeying Him It somehow either of our parents is not happy with us (may Allah save us from such a situation) all our other acts of worship will be void

Moreover working of this universe is based on justice If we neglect our parents today our children will ignore us when we would need their help By the same token if we neglect our children today and place them in day care centers so that we may run after more worldly goods they will keep us in homes for the elderly when we would be old They shall repay us in the same coins We shall reap what we sow That is the way of this world For every action there is an equal and opposite reaction if we expect good from others we should be good to them *Say Come you! I shall recite (unto) you what your Lord has forbidden to you that you associate not with Him anything and to (your) parents be good and slay not your children for (fear of) poverty We provide you and for them (6 152)*

*(He it is) Who created me and He it is who guides me and who feeds me and provides me to drink And when I get ill He heals me (26 78 80)* The purpose of our creation is not self gratification Our Master provides for our needs * * because He does not want us to be busy with our own concerns as He has a different agenda for our lives than wasting time in self gratification

He wants us to contribute to the healthy growth of human society No matter how humble meek or

FED-PEC0266463

## Features



*Muslims should endeavour to root out injustice, and live in peace and amity with fellow human beings*

weak one of us may look each of us is suitably endowed to play a unique role in this plan We should try to understand what our assinged role is and play it to the best of our ability We are to struggle to root out injustice op pression exploitation and ignor ance as much as we could be they social economic political or ideological

Life is not a commercial enter prise hence material gains and losses should not be the motives behind our actions We should give more than what we may take We should live with mutual help and sympathy Sharing our labour and its fruits with others Each one of us should make room for others so that every one could live in ease and comfort Instead of caring what are we going to e it today' we should worry how can we please our Master this day' Excessive concerns for mundane things like wealth prestige and

position develop hypocrisy To succeed in this life we need hu mility not hypocrisy The Noble Prophet (peace be on him) has warned us The love of wealth and position nourishes hypocrisy just as plants are nourished by water

*What' Bid you me to worship others than Allah? o you ignor ant ones* (39 64) Instead of bus ying themselves with His wor ship to succeed in their lives most people worship their de sires *** and they waste their life fulfiling them The situation has worsened with development of modern system of education which makes people dissatisfied with the provision of the Lord and turns them away from His worship Their spiritual values having diminished they have lost direction in their lives and are running after selfish gains only They thrive on the exploitation of other people Those who are in a

position to exploit others most think themselves to be superior and they claim to be a super power The super power is playing god in the life of contem porary man who worships this

self-proclaimed god with more fervour than the Omnipotent in vokes them for help when in need because they pose to be be nevolent and caring for others

Though their benevolence is a mere show each of their moves is governed by self-interest They manipulate events to their own

advantage Even those who think they are worshipping the One and Only have submitted to the new ly created god too They are at best only part time worshippers

of the Master Their hypocrisy has earned them His wrath and they are facing humiliation all across the lands Enjoined I not on you o children of Adam! That you should not worship Shaitan? For he is your open enemy  (36 60)

### References

* Even the birth deformities are not without a purpose they are that way for they ought to be that way he wants them that way

* Therefore we should spend our life in pursuit of knowledge

* Since this life is for action only our provision is based on our needs it is perpetual and is measured in such a way that we may go through stages of development to reach our full potential

He will provide for our desires in the next life which is permanent when we shall be more capable to enjoy His blessings if we obey Him in this life We should not waste our time on this account in this life

Our sworn enemy Shaitan mis leads us by stirring worldly desires in us most people succumb to his designs

**(The article is the revised version of a letter which was published on June 25 1985 )**

818 Spruce Drive
Streamwood Illinois 60107 U S A
(708) 837 6768

**FED-PEC0266464**

# How to Follow the Prophets?

# Sign of Divine Love

### Abdus Samad Sharafuddin

The main purpose of our creation as you know is Divine Worship. Worship is a comprehensive term. It is in short the doing of every thing God loves and abstaining from everything He hates. Originally the sentiment of worship springs from the feeling of intense love for the One Worthy to be Worshipped. It is furthermore coupled with a feeling of sublime reverence for Him.

This supreme love for God naturally calls for a love for everyone and everything He loves. We have thus to love God's holy Prophets martyrs and saints. We have as well to try our best to carry out every Divine Wish. The law of love ever demands extreme sacrifice. No price is too great with lovers of women and wealth in getting and pleasing them. Should we not strive even as much for the Love of God? The stronger our love for Him the greater our sacrifice the weaker the love the lesser the sacrifice. Lukewarmness in the cause of God would indicate want of Divine Love in our heart. Hence God characterises His lovers as *striving (with their goods and person) in the cause of Allah and not fearing the blame of anyone* (5 54)

The second standard to judge our love for Him is our zeal in obeying His Prophets. For *Whoever obeys the messenger has obeyed Allah* (4 80) They tell us about God what is right bid us to do what He loves and forbid us from what He detests.

To follow the Prophets therefore is just to follow Divine Wishes which is a sign of Divine Love. This is why God asks His Prophet to declare

*Say If ye love Allah follow me and Allah will love you* (3 31)

Obedience to God's Prophets is thus an inseperable part of Divine Love. In fact Prophets are expressly sent for fulfilling this purpose

*We have not sent any messenger but that he might be obeyed by the permission of Allah* (4 64)

### The Twin Conditions

We know that we are created for the sole worship of God. This worship consists of acts performed by the heart the tongue and the limbs seperately or in combination. Love for God Divine remembrance fear reliance patience repentance etc are purely mental acts of worship. Prayers recitation of the Holy Book affirmation of faith teaching preaching etc are outwardly acts of speech. We may count almsgiving fasting pilgrimage truthfulness honesty honouring the parents keeping ties of kinship observing the pledge enjoining goodness forbidding evil kindness to man and animal etc etc among other acts of worship

Now there is a motive behind every human act just as there is a method of doing it So there must be some standard to determine the motive as well as the method governing our religious acts As for the motive it is the intention that counts We have to make God the exclusive object of religion For

*Lo to Allah belongs the pure religion* (39 3)

The motive behind every religious act is always to be guided by a pure intention to please God Without this purity of purpose no act could or should be acceptable to Him This is expressed by the well known Prophetic saying

Assuredly intentions determine the deeds ie intentions may consecrate or desecrate our deeds One may pray or give alms or do any other good act in order to parade his piety or earn a good name or he may do so purely to please God The one is condemned outright the other is extolled by God If not done sincerely for the sake of God it becomes an act of hypocrisy or polytheism Only strict monotheism can guard our acts and make them fruitful We have to keep a constant watch over our intentions in what we do Carelessness in this respect might bring our best efforts to nought even we without being conscious about it This is a highly important point to remember

In this way if we wished we could turn every customary act of ours into an act of Divine worship We may eat and sleep for instance with the intention of acquiring strength to strive in the cause of God we may earn and

FED-PEC0266465

---

## Features



*The Last Prophet of Allah was the living embodiment of the Qur an and he effectively conveyed the Divine message to us*

spend with the same purpose in mind and so on Thus we may mould our entire life activities solely for Him Our intentions would sanctify our deeds This will build besides a moral power in us It will train our minds to do things with a purpose and a point with a definite aim and object— and that too a very noble one We will not drift about aimlessly and become weak and irresolute

Defining the motive correctly is thus the first condition of a fruitful act Let us consider the equally important second condition that of method

### Prophetic Precept

The next question is how to perform the different religious acts comprising Divine Worship Are we to follow our own whim and fancy are we to rely solely upon our clergy priests religious doctors or state officials or is there someone to guide us herein

In fact all worship belongs to God alone and God alone is to be originally obeyed But He speaks to us through His Prophets whom He inspires with His Revelation They represent God and are our link with Him In other words we have to obey God and His Prophets Says God to us in His Book

*O ye who have believed obey Allah and obey the messenger and those of you who have the command* (4 59)

The Last Prophet has received all the Divine messages and commands for the people through the Book revealed to him called the Qur an It is the direct Word and Command of God to us The Prophet as His representative taught that Book to His people He also followed it in actual practice and interpreted it in word and deed He was the living embodiment of the Qur an In many things he had to elaborate its laws tenets and commandments under Divine directions Every thing he said or did bears the seal of Divine approval All this is collectively called the Sunnah the Way or Precept of the Prophet To obey and imitate him in all this is therefore to obey God Himself He is the first and last authority of God on earth That is why God

asks us to obey God and obey the Prophet

After the Prophet we are ordained to obey those of us who have the command These are the learned religious and state heads No doubt they are to be implicitly obeyed but only so long as they command what is commanded by God and His Prophet We have never to obey blindly anyone in disobedience to God and His Prophet All the other commanders have to work under the command of the Prophet as his representatives This is implied by dropping in the said verse the word obey in the case of those in command as against the Messenger for whom it is specially repeated after saying obey Allah

This shows that no independent priesthood has any sanction at all and no priest or priests could order anything at their own sweet will No one has the right to make things lawful and unlawful except God and His Prophet

The entire material comprising Prophetic enactments is collectively called the Shariah or the Law of that particular Prophet

FED-PEC0266466

## Features

like the Law of Moses and the Law of Muhammad The latter known as the Islamic Law is a complete code of human conduct

It contains everything concerning religious beliefs acts dealings morals tidings and predictions It forms a reliable nucleus for all religious needs – social economic political and moral Unprecedented events and situations may be solved and decided by religious scholars by analogy

Thus the second condition for any religious act to be acceptable to God is to see that we follow in it the Law and Precept of our Prophet Without these two conditions – ßsincerity and Prophetic obedience—no act is valid Both of these principles must be faithfully observed They determine for us why we do a thing and how we do it

### Innovations

You will realise how very important is this restriction upon our religious beliefs and actions For one thing it ensures uniformity order unanimity and unity Failure to do so is bound to end in chaos and pandemonium as seen in all the religions of the world Differences are bound to crop up and individual opinions are sure to grow ending in the creation of sects and schisms

The Prophet of Islam the Last Lawgiver was extremely prudent to foresee such a likelihood arising in his religion He had before him the fate of two former religions – Judaism and Christianity – ßwhich were divided into so many sects and factions He was cautious therefore to warn his community against this danger when he said

The best way is the way of Muhammad (peace and blessings of Allah be upon him!) The worst things are matters newly invented in religion Every invented matter is an innovation Every innovation leads astray

He said I am leaving to you

two bulwarks – ßthe Book of God and my Sunnah You would never go astray as long as you stick to them Finally he predicted that his community would be divided into seventy three sects as against the people of the Book who were divided into seventy two All of them will be in the wrong except one – those who followed his and his companions way This came to happen just as he had predicted But he also gave them the good tidings that A triumphant band of my followers shall always persist in Truth till the Last Day

There is no cause therefore for us to be disheartened at the pitiable state of Muslim factions today Let us try to be among that valiant band of the Prophet s true followers Let us cling tenaciously to the Book and the Prophetic Precept

### Love for God and His Prophet

Love is the basic idea behind religion and worship It is impossible to worship God without love Indeed we can say love is another word for Divine worship We worship God that is we love God most intensely and reverently Our submission and humbling ourselves before Him are a natural part of our love to Him for we humble ourselves before the One we love This is again obedience to God because we gladly obey the One we love

There are many kinds of love and there are many things we love Love is a family with many genera and species But our love for God is quite different from all other loves It is spontaneous pure intense and unmixed We love God for His own sake not as a means to any other love whereas all other legitimate loves are and should be the means to His love It is just another name for monotheism Any mixture in this sublime love for God will become polytheism It is the polytheists who love and worship other deities along with God True believ

ers love Him exclusivly and solidly

*Yet of the people are some who choose peers apart from Allah whom they love with a love like that given to Allah only those who have believed love Allah with the strongest love (2 165)*

Do we not also love God s Prophets and saints and love them dearly? Quite so But there is a vast difference between our love for God and our love for His Prophets and saints There is a basic difference too It is this that while we love God purely for His own sake we do not love His Prophets and saints for themselves but only because of our love for Him Our love for them is so to say a part and a means to His love We love them because they are His beloved people because we naturally love those beloved by our beloved and hate those hated by Him

We do not love Prophets and saints along with God That would be making partners with Him in our exclusive love for Him It would be sheer polytheism This distinction between the two loves is too vital to be slighted Many a community has erred grievously because of its failure to distinguish between them Consequently it has made many a saint and a Prophet into God Himself

With this distinction in mind we have to love our Prophet more than every other person in the world He must become dearer to us than our own son father aunt even ourselves Thus love for God and Prophet must surpass every other love in our heart if we would gain the taste of faith as stated by the Prophet

*The possessor of these three virtues feels in him the sweetness of faith—who holds God and His Prophet dearer than aught else who loves a person merely for the sake of Allah and who dislikes to return to unbelief after God has freed him therefrom even as he*

FED-PEC0266467

## Features

*dislikes to be thrown into fire* Says the Qur'an

*Say your fathers and your sons and your brethren and your wives and your clan and properties which ye have acquired and trade which ye fear may grow slack and dwellings which please you are dearer to you than Allah and His messenger and striving in His cause then wait till Allah cometh with His affair Allah guideth not the people who are reprobates* (9 24)

### The Difference

Thus although we shall love both God and His Prophet in preference to everything else we shall love them differently We shall love God devotedly as our exclusive object of love and worship while we shall love His Prophet not as our God but as a Prophet and true slave of God So also though we shall obey both God and His Prophet we shall obey God who deserves our obedience while we shall obey the Prophet as a means to Divine obedience The same difference holds good in the case of our love for saints and angels We love them as God s best slaves and not as God Himself We love them for His sake because He loves them We cannot love them for themselves just as we love God That will become polytheism which God abhors and which true saints themselves would never allow

People however too often do not observe this difference between their love and reverence for God and for His Prophets and saints Consequently they elevate the status of their Prophets and saints to that of Godhood This is the greatest folly and the root cause of saint and idol worship So many former communities have fallen a prey to this deception and have become polytheists on that account that the Last Prophet has taken every precaution to save us from this pitfall When he teaches us to acknowledge and affirm the sole deifica

tion of God alone he at once checks us from elevating his own person to the level of Godhood We are ordained for this reason to divide our confession of faith into two distinct parts and say

Lo I confess that there is no god except Allah and I confess that Muhammad is His slave and messenger

This double confession is to prevent any possible ambiguity in our minds as to the status of God and that of His Prophet To God belongs absolute deification absolute love absolute worship absolute obedience to the Prophet extreme love respect and obedience for the sake of God but no deification worship fear hope reliance etc Let that be absolutely clear Saints priests and theological doctors strictly following in the Prophet s footsteps similarly come after the Prophet in their proper order

### Belief in Prophets

It is clear from the foregoing that all the Prophets are deputed by God All of them have preached One God worship All were inspired by Divine Revelation consisting of what was true and right The laws of different Prophets might well differ from each other according to the needs of their particular communities but they never differed in teaching the fundamental principle of al Islam – God s exclusive worship

It naturally follows therefore that we must believe in all the prophets of God alike from the first to the last one For denying any one single Prophet would amount to denying all the Prophets all of them were true none of them was an impostor That is why every Prophet had prophesied the coming of the Last Prophet Every Prophet had also taken a pledge from his people to believe and follow the Last Prophet should he appear in their life time In the same manner the community of the Last Prophet is

required to acknowledge and believe in all the past prophets without any distinction in the following words

*Say ye We have believed in Allah and what has been sent down to us and what has been sent down to Abraham and Ishmael and Isaac and Jacob and the Patriarchs and what has been given to Moses and Jesus and what has been given to the prophets from their Lord making no distinction between any of them* (2 136)

Every community is required to follow its respective Prophet and his Law until the time of the next Prophet but to follow the next Prophet when he appeared The Jews had to follow Moses and his Law until the appearance of Christ After the advent of Christ the Jews were quite wrong in not following him Similarly both the Jews and Christians were required to follow Muhammad when he had appeared Accordingly many of them did accept Islam and followed Muhammad To name just two of them Abdullah B Salam the learned Jewish doctor got himself converted to Islam when he saw Muhammad (See Guillaume *The Life of Muhammad* Oxford 1955 pp 240 41) The other is Negus the then Christian ruler of Abyssinia who had embraced Islam when he heard about it from the Muslims who had migrated to his land (See *idem* pp 154 55)

On principle therefore every Jew and Christian as well as followers of every other religion have to accept Islam the religion of Muhammad the Last Prophet There is nothing strange or wrong in this For Muhammad does not only confirm the teachings of every former Prophet but has also brought a perfect Law which supersedes and replaces the Laws of all previous Prophets If they do not accept him as a true Prophet they cannot remain true even to their own Prophets who had already prophesied him and taken their pledge to follow him

FED-PEC0266468

Features

# The Issue of Ijtihad and Taqlid

*Shaikh M A Folorunsho*

*It is found necessary to first give the definitions of the term "Ijtihad" and "Taqlid" By Ijtihad, we mean exerting one's self to the utmost or to the best of one's ability Ijtihad is technically applicable to a lawyer's exerting the faculties of mind to the utmost for the purpose of forming an opinion in a case of law regarding a doubtful and difficult point*

*Taqlid means "imitation" The word is used by the Arabs in the sense of hanging something on the neck of animal to be offered for sacrifice A Qur'anic verse supports this (Q 2 97) It is also used to mean clothing with authority in matters of religion, the adoption of the utterances or actions of another as authoritative, with faith in their correctness without investigation Taqlid stands opposite to Ijtihad*

*The beginning of Taqlid coincided with the formation of the juridical madhhab which in part, at least, arose through adhesion to particularly notable jurists*

The era of *Taqlid* ushered in after the closure of the gate of *Ijtihad* in the 6th century A H Jurists no longer having the right of the independent opinion or *Ijtihad* were simply muqallids (imitators) bound to accept and follow the doctrine established by their predecessors

Legal literature from the 10th century onward is confined to a succession of increasingly exhaustive commentaries on the work of the originators of the doctrine such as Malik and Shafii, and slavishly adhered not only to the substance but also to the form and arrangement of the works of the past scholars By the 14th century, different reputable legal texts have gained prominence These represent the statements of laws ratified by previous *Ijmaa*

The condition remained so till the advent of legal modernism in the present century

*Taqlid* was through the un questioning acceptance of legal decisions of an ancient scholar as authoritative In fact, scholars of the 10th century were qualified for their proximity to Prophet Muhammad (peace be on him) and his immediate followers and their commentaries on the Qur an and Sunnah

During the era the *Qur an Hadith Qiyas* and *Ijmaa* served as the sources no more but the codified legal text of *madhhab* though it was not deniable that the founders of those *madhhab* were *Mujtahid*

Obligation of *Taqlid* also had to be on the *Ijamaa* of the four *Imams* In case of disagreement between the four *Imams,* a point supported by the many could be adopted One should have the *Imam* he follows but exercising *Taqlid* with any of them was permissible It came to be in operation after the demise of these four *Imams* There were still *Mujtahid* after those *Imams* but none of them gained the recognition as *Mujtahid* but as *muqallid*

After those recognised four *Imams* have founded their schools, later scholars applied themselves to the methods laid down by them and developed each system in a particular man ner but no jurist was afterward recognised as having the same rank with any of the four *Imams* On the other hand the doctrine of *Taqlid* came into prominence As a result of *Taqlid*, the power of *Ijtihad* was greatly restricted

Earlier jurists had greater powers, the later could cross the barrier and were classified as lower and lower rank Classification of lawyers in the period was elaborate There were seven grades with *Imam* on top while the juris consult or *mufti* occupied the last position Particularly in every case the later lawyers were considered lower grade until after a time the exercising of the inde

FED-PEC0266469

Features

pendent judgement was not permitted at all That was the references "closure of the gate of *Ijithad* "

*Taqlid* cut down the functioning of *Ijithad* That was the era when Muslims had to follow the law by adopting the opinion of predecessors

The process of *Ijithad* was also granted to the immediate disciples of the first four *Imams* Muhammad and Abu Yusuf, two famous disciples of Abu Hanifah belonged to this class and their *Ijmaa* on any point must be approved even if it goes against that of Abu Hanifah Later jurists had to base their opinion on their predecessors

After the closure of *Ijithad* in the sixth century those *Mujtahid* that emerged got no recognition as *Mujtahid* because no more *Ijtihad* was reckoned with We refer to them as *muqallidun* simply imitators or those following another in what he says or does, firmly believing him to be right therein regardless of proof or evidence This era witnessed the appearance of the Qur an and other three sources of law on the same level as a combined source where judgement could be extracted Jurists had nothing better to add to the existing judgement and opinions rather than the adoption of the laid down principles

### References

1 Ajetunmobi M A *Handout on Ris* 203 1988

2 Al Aseer A *Modern Reform of the Shariyyah Court* Ph D Thesis Temple Univ 1976

3 Ali A Y *The Religion of Islam*

4 *Encyclopaedia Britanica* Vol 9 1977

5 Fyzee A A A *Outline of Muhammedan Law* Delhi 1977

6 H A R Gibb & Krammers J H (Ed) *Shorter Encyclopaedia of Islam* New York 1953

7 Lammens H *Islam Beliefs & Institutions* London 1968

## *UAE, Malaysia Reaffirm Support*
# Muslim Media Urged to Project Plight of Bosnian Muslims

Dr Fuad Abdul Salam al Farsi Under Secretary for Information at the Saudi Information Ministry, who is also the Chairman of the Councils of the Islamic States Broadcasting Organization (ISBO) and the International Islamic News Agency (IINA) has urged all Islamic information organizations to unveil the criminal conspiracy in Bosnia Herzegovina which is the tip of the iceberg of a bigger plot against Islam and Muslims everywhere

Muslims the world over should come to the support of their brothers in Bosnia and should do their utmost to stop the massacre of Muslims in Bosnia at the hands of the Serbs he said in a press interview published recently

Dr Al Farsi underlined the important role of the Islamic media in projecting the tragedy of Bosnian Muslims and said the Serbian aggression against them was provocative and heart breaking Some parties in the world are trying to project Muslims as the new enemies of the Western civilization Our information media has to correct this misconception he said

Dr Al Farsi said Muslim countries and Islamic information media should speak with one loud voice in order to refute these allegations He commended the role of ISBO and IINA in supporting the Islamic causes describing it as distinctive

In Abu Dhabi United Arab Emirates President Shaikh Zayed ibn Sultan al Nahayan described the tragedy in Bosnia as unprecedented in the history of mankind 'The Western countries are not only failing to protect the Bosnian Muslims but they are imposing a ban of the arms imports on them he said

Shaikh Zayed said the Islamic people who are watching the massacre in Bosnia, strongly believe in a horrendous plot being hatched against the Muslim minorities in Europe aimed at liquidating their very existence there

He stressed that what was happening in Bosnia would never happen in any part of the Islamic world to the Christians because Islam has made it a duty on us to respect and treat fairly the Christian or other minorities living among us

In Kuala Lumpur Malaysian Prime Minister Mahathir Muhammad accused the United Nations and the Security Council of failing to shoulder their responsibilities in Bosnia We have lost confidence in these two international organizations he said

He stressed that the UN and the Security Council would never come to the support of Muslims and questioned as to how long would these two bodies remain a silent witness to what is happening in Bosnia (IINA)

FED-PEC0266470

# Knowledge of the Qur'an

# Its Importance & Benefits for Muslims-II

*Sharofedeen Kola Oladejo*

## Commitment & Dedication

It is therefore obvious that in case of calamity nothing short of Qur an should a believer rely on The Qur an is Allah s greatest blessings for the believers Total commitment and dedication must be given to it It is the fulfilment of Allah s promise to Adam and his descendents Whoever follows the Holy Qur an shall live a peaceful life and no fear shall be on him As Allah promise in the Qur an

*There shall come to you guidance from me and whosoever follows My guidance no fear shall be on them neither shall they sorrow* (2 28)

When Umar was to accept Islam it was the melody of recitation of the Qur an by Khabbib bin Art which he heard that inspired him to accept Islam Thus the Prophet s enemy became his intimate friend If one who believes is upset and he reads from the Holy Qur an he will surely become sober

Let us consider the attitude of the Arabs in its pre Islamic period During that period there were cases of female infanticide and in so many other nations of the world before Islam This is quite against the doctrine of Islam, but they did not know as the Holy Qur'an says

*Surely lost are they who slay their offspring foolishly and without knowledge and have forbidden that which Allah have provided for them a fabrication against Allah Surely they have strayed and have not become guided ones* (6 141)

*And slay not your offspring for fear of want We it is who provide for you and children* (6 152)

The arrival of Islam brought an end to such a practice Before the advent of Islam women led a life of unspeakable misery and wretchedness There was no check on a number of wives a man could take A man could marry as many number of women as he liked and dismiss them according to his own sweet will No restriction was imposed upon man s lust The then method of lending and repayment was highly exploitative As far as religion was concerned before Islam arrived the Arabs worshipped idols It was a common practise with Arabs to name their children after their gods and goddesses Although they did not then deny the existence of the supreme power' despite the fact that they were un believers and polytheists as the Holy Qur'an testifies to this

*And if you were to ask them Who created the heavens and the earth and constrained the sun and the moon (to their appointed work)? They would say Allah How then do they turn away?* (29 61)

Other verses of the Holy Qur an which testify to it are 25 63 43 87 and 43 9 In essence the idea is not to trace vividly here the pre-Islam Arabian society but to explain further that ignorance is a disease It would be observed that all these were done out of sheer ignorance However arrival of knowledge abolished all those un-Islamic practices And there is no gainsaying the fact that all countries or nations of the world had experienced such an age of ignorance

Moreover the Holy Prophet (peace be on him) says

The superiority of the learned men over a (mere) worshipper is like my superiority over the least of you The superiority of the learned man over a (mere) worshipper is like the superiority of the moon when it is full over all

## Features

the stars In yet another saying he has been quoted as having said

The word of wisdom is the lost property of a believers so whenever he finds it he has a right to it

It should be noted that 'He who goes in search of knowledge is striving hard in the way of Allah till he returned Every Muslim either young or old should therefore strive hard and acquire knowledge

The Holy Qur an is the eternal miracle of Islam infinitely superior to what was revealed to the former messengers It calls for unity and cooperation for the benefit of all humanity regardless of sex race colour rank and other differences It portrays equality of us all before the Almighty Allah as in the Qur an

*O mankind! We have created you male and female and have made you nations and tribes that ye may know one and another Lo the noblest of you in the sight of Allah is who is the best in conduct Lo Allah is Knower Aware (49 13)*

### A Unique Book

The Holy Qur an is also a unique book quite different from conventional books The contents therein do not contain information ideas and arguments about specific themes arranged in literary order Its style and method of explaining things is quite different from any other book we have ever read

The Qur an is a source of guidance for discerning right from wrong good from evil The inviting rewards for those who do good are fully expressed as well as the punishments and its kinds for wrong doers Allah appointed messengers from among the people themselves and bestowed upon them the true knowledge and the right way of life It lays down the best methodology for inviting people to the right

way and projects reality giving brief answers to common misunderstandings that may mislead people into the wrong way of life

### Recitation or Tilawah Style

Tilawah or recitation is an act in which one's whole person soul mind tongue and entire body participate This Qur an is divided into 114 chapters each of which is called a Surah The chapters vary in length with the longest containing 286 verses and the smallest having only three verses According to Islamic jurists it consists of 6666 verses To ease its recitation the whole of Qur an has been divided into 30 equal parts called *Juz* Each of this is further subdivided into two parts and each of these parts is called *Hizb* Of the 114 chapters 93 of it were revealed at Makkah which are the shorter ones andnd the remaining 21 were revealed at Medina that are the longer ones

### Precautions during Recitation

While you are set to read the Holy Qur an you should always keep yourself clean It would be noted that only the *pure are entitled to touch the Qur an This is indeed a noble Qur an in a Book kept hidden which none touch save the purified A revelation from the Lord of the World Q 6 77 80*

Therefore one's body dress and place where Qur an is going to be recited should be clean The person should also get his heart and body purified from sin Note that you should not eat *haraam* or wear *haraam* while reading Qur an The ultimate aim of reading the Qur an should be to seek God's mercy and not worldly ends While reciting don t forget to seek refuge with Allah from Satan the outcast as Qur an (16 vs 98) says *This will prevent satan to pollute your intention and create doubts in your mind*

*Therefore do never forget to say Aouzubillah* (Qur an 56 77 79)

Further while reading the Holy Qur an or when it is being recited one is commanded to maintain perfect peace and tranquillity Keep silent and listen attentively to what is being read and follow it

*When the Qur an is read listen to it with attention and hold your peace that ye may receive mercy ( 7 204)*

As long as you are with Qur an you should remain with it with your heart and with full attention Bearing always in mind that you are in the very presence of God who revealed these words to you The Qur an says *Whatever portion you may be reciting from and whatever deed you may be doing we are witness thereof when you are deeply engrossed therein* (Q 16 61)

### Melodious Voice

Get conversant with it by reading it every day starting from a small portion then going to a large section Memorise from the Qur an as much of the chapter or verses as you can Always read the Qur an with a good and melodious voice Beautify it with your voice Always read with concentration and understanding Do not read hastily because by so doing errors may be committed and the mixed up wordings may get uttered Do not forget what Almighty Allah says

*Sin not thy tongue herewith to hasten it Lo upon us (resteth) the putting thereof and the reading thereof And when we read it follow thou the reading Then Lo Upon us (resteth) explanation thereof (Q 75 Vs 16 19)*

For the sake of proper understanding you may follow the sub divisions of it by reading at least a Juz daily or Hizb You can even read any of the short surahs in

FED-PEC0266472

Features



*The best inheritance which Muslim parents can bequeath to their offspring is the knowledge of the Qur'an*

read of former ones with proper understanding and get acquainted with the background of then re e [...] and study it with open and critical mind

### Parent's Attitude

[illegible paragraphs]

domains. With both combined they would be able to practise Is lam where er they are tomorrow and whatever they become

Perhaps it is because of some parents' ignorance that they re [...] the education of their children is a waste. Such parents are advised to look back and see what women who acquired knowledge are doing in the society. He who trains a woman trains a nation. The Holy Prophet (s)

[illegible indented quote]

Considering [...] [...] [...] that best of the [...] can bequeath could only [...] from their parents is knowledge

If they inherit money or other wealth, it will perish one day, but knowledge, if inherited, is an ev erlasting asset. It is this knowl edge of the Qur'an most especial ly that would direct them on how to behave towards their parents and others in the society. It is this knowledge that will show one his responsibility to God, to himself and to the society at large. In a society without knowledge [...] not at eign. In order not to allow ignorant to reign in our families acquisition of knowledge there fore becomes a must for us all Since nowadays institutes of Ara bic and Islamic studies are found all over the country the parent should see that after children re turn from schools they should at tend Arabic and Islamic school as well Muslim students in econo mics schools should also attend Ar

FED-PEC0266473

## Features

abic and Islamic studies as part of their courses

Moreover elders too should not feel reluctant to acquire knowledge if anyone feels he is old and cannot go he should ask questions from the person who knows as Allah says And the other modes of acquiring knowledge suggested earlier must be followed for the sake of Allah In Nigeria we have Holy Qur an translated into Yoruba and Hausa nowadays Every Muslim should therefore possess a copy of it and read regularly

### Walimat al-Qur'an

At this juncture we should pay rich tributes to the learned men most especially the earlier ones who introduced the idea of a cere mony called Walimat al Qur ans This usually comes up at madaris (Arabic & Islamic schools) at the time when the learners complete reading the Holy Qur an The pro grammes on the occasion are al ways very impressive interesting and inspiring On the occasion students dress in a befitting attire for having earned the honour of completing the recitation of the Qur an The family of the student will accompany him to the occa sion singing Islamic songs to ex press their happiness at their son s success Among the programmes of event is the recitation from Holy Qur an by the student In most cases they read Surat al Baqara (2 1 5) and a person who reads the allotted portion very well is given a suitable prize to encourage him to go further to learn other aspects of Arabic and Islamic courses What normally happens the following day is that you will see children crying to go to the madaris and their mothers bringing them to the teachers there to be trained as well What impresses them is what they have witnessed earlier Since so far this ceremony is aimed at encouraging people into learning the Qur an it should be continued although

some people have talked opposed this There is nothing bad in so doing as far as the aim is to spread knowledge and propagate Islam Nothing short of that should be the motive by the teach ers who organise the programmes

### Conclusion

I will not end this paper with out discussing a few results of knowledge of the Qur anic in junctions which many people of ten fail to search for in our socie ties A lot of vices in our societies nowadays can be traced to an ig norance of the Qur'anic injunc tions It would be observed that those who attend madaris both young and old always distinguish themselves in their conduct the society Their mode of dressing and their morals present an exam ple of living Islam Anyone who sees them would know who they are Cases of juvenile delinquency in the society are a result of ignor ance of those involved in the Is lamic principles Their parents have failed to impart moral teach ings and knowledge of the Qur an to them Islam is based on three important things none of which must be absent in a good Muslim

Islam is based on belief devo tion and behaviour Many people fail in these aspects simply be cause they have got no knowledge of the Holy Qur an and hence they are morally deficient What is demanded of a good Muslim is to believe in God He should rely only on God and bear in mind that whatever calamity befell him/her is from God No calamity will be fall man except that which has been predestined The belief of some Muslims is only superficial Seeing someone who is born in a Muslim family converting to Christianity is a result of ignor ance Some students studying in higher institutions especially Muslim sisters convert to Chris tianity Perhaps it is their hands which they use to clap and the dances in the Church which nor

mally involve men and women that impresses those who convert Almighty Allah says that you should not die except as a Mus lim The only religion with God is Islam Allah will not accept any other religion besides Islam

The Muslim sister who mar ries a Christian knows that this is against Islamic injunctions The Holy Qur an says

*Let no man guilty of adultery or fornication marry any but a woman similarly guilty or an un believer nor let any but such a man or an unbeliever marry such a woman To the Believers such a thing is forbidden*

Brothers and sisters in Islam are therefore advised to be mind ful of this This ignorance of Qur anic injunction is also reflect ed in people s degree of devotion to God To observe five times dai ly prayers becomes difficult for some people Some even observe prayers at the time that pleases them Allah says *Worship at fixed hours has been enjoined on believers*

Moreover women while in midst of men are requested to lower their gaze Many women is a result of their ignorance even go to the extent of fighting with men in public Some Muslims too are morally deficient and this ex plains why some Muslim brothers and sisters protest against their Muslim counterparts in offices

To sum up these and many other vices in the society such as drinking on and others that are rampant are there as as a result of ignorance of Qur anic injunctions which many failed to acquire and follow So much so that Muslim brothers and sisters is a result of their ignorance of Islamic norms shun their Muslim names espe cially those in the higher institu tions of learning

(The writer is a Lecturer Arabic and Islamic Studies IB Oduoli Street Avetoro Ikirun Road Osog bo Osun State Nigeria)

FED-PEC0266474

## Translations during 1985-93

# Some Recent English Translations of Qur'an-III

### Dr Abdur Raheem Kidwai

[In view of the universal popularity and indubitable clout of the English language in the present-day world and with the ever-increasing number of non-Arabic-speaking Muslims, there has been a steady increase in the number of English translations of the Glorious Qur'an This venture was started by non-Muslim missionary-cum-Orientalists in order to present a distorted meaning and message of the Divine Book, which would repel English-speaking readers further from Islam Later, Muslim scholar undertook this task in right earnest, endeavouring to make the Qur'an accessible to no-Arabs by bringing out authentic translations and commentaries Dr Abdur Raheem Kidwai, in his valuable-three-part articles, evaluates the work produced by a band of sincere and devout Muslims, who only sought, through their painstaking efforts, to spread the eternal message of the Qur'an among English-speaking readers The writer also critically discusses the merits and short-comings of each work and cautions the unwary reader of the pitfalls he may slip into in case he goes off guard through translations done by non-Muslims or motivated people ]

Since its first appearance in 1934 Abdullah Yusuf Ali's English translation of the Qur'an has held pride of place amid English translations by Muslim scholars At least 31 editions had been issued till 1980 (for details of these editions see OIC Research Centre's massive *World Bibliography of the Qur'an Printed Translations 1515-1980* Istanbul 1986) As to the magnitude of the circulation of Yusuf Ali's translation it suffices to say that for years copies of it have been distributed free by the Saudi Arabian embassies throughout the world The merits of this work are many a highly readable paraphrase of the Arabic text in chaste idiomatic English numerous explanatory notes displaying the translator's wide range of scholarship and several useful appendices by way of providing necessary background information about historical allusions made in the Qur'an

Despite its phenomenal popularity serious reservations about this work more precisely about Yusuf Ali's notes on miracles and eschatology have been expressed from time to time (For a detailed criticism of Yusuf Ali's work see (a) *A Discussion on the Errors of Yusuf Ali* by Mujlisul-Ulama of South Africa (Transvaal n d ) and (b) A R Kidwai Abdullah Yusuf Ali's Views on the Qur'an Eschatology *The Muslim World League Journal* (Makkah) 12 5 (February 1985) pp 14-17)

It is indeed gratifying to note that a host of Muslim institutions namely the Amana Corporation in co-operation with the International Institute of Islamic Thought (USA) and Dar al Ifta (Saudi Arabia) realised (curiously enough almost at the same time) the need for a new revised edition of Yu

FED-PEC0266475

---

## Features

...suf Ali's work. So 55 years after its first appearance and 40 years after Yusuf Ali's death we now have two revised editions of this work. *The Holy Qur'an Text Translation and Commentary* by Abdullah Yusuf Ali, New revised edition (Amana Corporation, Maryland USA 1989 pp 1754 and *The Holy Qur'an English Translation of the Meanings and Commentary* Revised and edited by the Presidency of Islamic Researches, Ifta, Call and Guidance, King Fahd Holy Qur'an Printing Complex, Al Madina al Munawwarah, Saudi Arabia, 1990/1410 H pp 2082

Before proceeding further a word about the propriety of an exercise that involves some rewriting of a deceased author's word, removal of some of his material and the addition of new material all changes to which the author did not subscribe. M Hamidullah brands this venture downright dishonesty *(Impact International* (London) 18 22 25th November 1988-8th December 1988 p 17) This judgement is I think a bit severe The other option of a total withdrawal of the many earlier editions of this work or preventing future reprints is simply impracticable Both the revised editions under discussions have done a great service in rectifying errors in this widely circulated work There is perhaps no way besides revision to undo the damage done by the spread of Yusuf Ali's misleading and unorthodox commentary

Let me now turn to the revision undertaken in the Amana Corporation edition Quite inexplicably and for reasons best known to the publisher it gives no indication of who the editor(s) is(are) who took up this arduous job nor more significantly does it say much about its rationale

If a work is revised (especially without the author's approval) readers not unreasonably expect a clear explanation of the methodol

ogy and principles and the main areas of the revision to understand the need for and to fully appreciate the changes and additions made The need for such an explanation is the more urgent as the work at issue is not a reference work whose data is being updated without comment but the most popular English translation of and commentary on the Qur'an

The Publisher's Note speaks vaguely of an editorial board that looked after overall editorial changes and revisions in style and format (p viii) and refers the reader to the Preface to the Revised Edition But the Preface (attributed to the International Institute of Islamic Thought) also evades the issue in making this generalised comment Revisions have been made in both the content and form of the original work (p ix) Instead much is made of the dramatic change in style in the revised edition What this actually refers to is the use of a new Arabic typeface for the Qur'an text The only reason stated for having revised the work is the clarification of certain explanations which were subject to misinterpretation and deletion (once again vaguely defined) of certain portions due to its proneness to misinterpretation (p ix) The only acknowledged (and welcome) instances of changes relate to the substitution of Allah for God and Messenger for Apostle (p ix) The changes show an alertness to the nuances involved in religious terminology but one wishes they had spelt out in some detail the considerations which compelled them to make frequent and occasionally more substantial changes in Yusuf Ali's commentary

Anyway it is on comparing the revised rather expurgated edition with the earlier one that one is pleased to note that in its revised form Yusuf Ali's work now stands almost completely free of the author's apologetic

pseudo rational and too much *tasawwuf*-oriented notes The revision has been painstaking and masterly A significant pointer to the parameters of the revision is the omission of three appendices namely (1) Allegorical interpretation of the story of Joseph (2) Verse of Light Mystic Interpretation and (3) the Muslim Heaven For leaving out this material which garbled the Qur'anic message the editor(s) deserve(s) every credit Nonetheless some material by way of replacement particularly an authentic and unapologetic account of the Muslim Heaven would have greatly enhanced the value of this revised edition

As already hinted many of Yusuf Ali's views as expressed in his commentary run counter to the articles of Islamic faith These fallacious views have been expunged and in a few instances replaced with a sound correct Islamic viewpoint For example in the earlier edition Yusuf Ali had said But insurance is not gambling when conducted on business principles (*Al Baqarah* 2 219 n 241) This grossly misleading statement has been justifiably dropped Likewise part of his misleading note on *riba* (usury) (*al Baqarah* 2 275 n 324) has been omitted However since the omitted part is not replaced by setting forth the standard Islamic position on such a vital issue the reader does not get any guidance The obnoxious phrase Children of One God in Yusuf Ali's Introduction (C 6) has been replaced with creatures of One God Similar attention to detail inspired the substitution for the objectionable phrase God's nature of God's attributes (*al Furqan* 25 19 n 3074) the expression laden with Christian connotation man of God has become Prophet of Allah (*al Shu'ara* 26 114 n 3190 and *Ya Sin* 36 16 n 3961) Yusuf Ali's undue liberty in translating *Zubur* (pl of *Zabur*) is Books of dal

FED-PEC0266476

## Features



*A rare specimen of the Qur'anic calligraphy  The steady in crease in the English translations of the Holy Book has sought to meet the demands of the English speaking Muslims and non Muslims alike*

prophecies ( *Al Imran* 3  1 84 n 490 ) and mystic Books (*al Shuara* 26  196 n  3226) has been restrained to simply  the re vealed Books

Similarly  the editor(s) can be credited for omitting Yusuf Ali s preposterous  explanation  of prayer postures in terms of sym bolism *(al Shuara* 26  219 n 3235) for scrupulously editing his apologetic note on Zaynab s marriage *(al Ahzab* 33  37 n 3723) for correcting his views on the Islamic norms for female modesty *(al Ahzab* 33  59 nn 3764  3766 and 3767 ) for drop ping his far fetched illusions to Western literature in explaining the lower heaven ( *al Saffat* 37 6 n 4035 ) for accurately defining *Sa iqa* by deleting Yusuf Ali s

metaphorical  explanation  *(al Zumar* 39  68 n  4343) for dis carding references to the mysti cal meaning of love for all man kind  and of the divine love (*al Shura* 42  23 n  4560)  for prun ing his unorthodox views on jihad (*al Jathiyah* 45  14 n 4749) for omitting his false interpretation of *Thamarat* (heavenly fruits) in metaphorical terms of reference (*Muhammad* 47  15 n 4834 ) for describing the Hudaybiyah Treaty in a much more accurate perspec tive ( *al Fath* 48   26 n 4907 )

and for expurgating Yusuf Ali s false interpretation of *Ghilman* (*al Tur* 52  24 n 5058) In all  a s a result of the revision  this edi tion no longer suffers from Yusuf Ali s  dogmatic  presuppositions and enables fresh access to the study of the Qur an

Notwithstanding the assidu ousness of the editor(s)  in such an ambitious undertaking some lapses are inevitable As indicated earlier the central concern of the revision was to free the work of Yusuf Ali s pseudo rational and apologetic commentary This has largely been achieved  but one or two of Yusuf Ali s misleading notes and asides remain For ex ample

a) In explaining the Qur anic directive about fasting when travelling *(al Baqarah* 2  184 n 190) Yusuf Ali over presents his individual  per sonal opinion in the  ace of estab l hed *fiqh* rulings The editors should have better abridged this note as they have done in other in stances A personal preference not clearly distinguished is such from the traditional consensus rulings may be confusing to the average reader of the Qur an

FED-PEC0266477

## Features

b) Although Yusuf Ali's explanation of Paradise and Hell is symbolic, have been revised out, some few notes of similar import have somehow escaped. Defining hell fire Yusuf Ali comments "The Fire is a symbol of penalty" (Al Imran 3 191 n 499) Similarly he defines Hamim and Ghassaq as symbols of grievous penalty (Yunus 10 4 n 1390) and jinnat and its rewards as symbolical of the Bliss in the Hereafter (al Furqan 25 10 n 3065 Ya Sin 36 55 8 n 4001 Sad 38 51 n 4208 al Dhariyat 51 15 n 4998 and al Haqqah 69 23 n 565 )

c) As indicated earlier Yusuf Ali's use of God and Apostle are replaced with Allah and Messenger Otherwise however the text of his translation has not been altered Deletions and changes are restricted to only his commentary It is therefore surprising to note that the correct translation of a part of the verse (al Nisa 4 65) in the earlier edition appears incorrectly in the revised edition Moreover some inaccuracies in Yusuf Ali's translation of the Quranic text as for example in al Tawbah 9 26 and al Mu minun 23 4 have been simply carried over from the earlier edition

Generally speaking the revision consists of mainly expunging material In a few instances however fresh notes have been supplied as for example nn 2111 2954 and 3112 Typically the editor(s) show(s) sound knowledge of the subject matter and avoid(s) Yusuf Ali's errors of perspective In a couple of instances however the notes regrettably fall short As for example in n 929 on the Jinn the attempt to tone down Yusuf Ali's queer interpretation by deletions and omissions is not quite successful dropping the original notes altogether as in other instances and a new set of notes with a reliable account of the Jinn would have been better There is a need also for a detailed and more convincing explanatory note on Dhikr (Qaf 50 8 n 4948)

Though the revision has been thorough in both conception and execution the printing of this work appears to have been rushed It is flawed by numerous mistakes in misnumbered references and index entries Most of the cross-references to other Surah numbers particularly in the Index are wrong It becomes all the more serious in view of the fact that for a thematic study many students rely only on the Index for references In just one Index entry of Allah I noted at least 15 wrong references in that a theme is attributed to a Surah in which it simply does not appear

Another equally irksome feature of this alphabetically arranged Index is the inclusion of two entirely unrelated subjects under one main entry As for example Balance figures under the entry Bakkah (p 1728) Fig under Fear (p 1732), Star under Spoils of War (p 1751) Umrah under Ummah (p 1752) and Zakariya under 'Zayd (p 1754) I cannot conceive of any justification for this bizarre practice The publishers would do well to insert a new error free index in remaining copies of this edition and in any future ones The Index (pages 1723 to 1754) is given on the contents page as appearing on pages 1757 to 1754   an obvious typesetting error

The other revised edition brought out by the Presidency of Islamic Researches Ifta Call and Guidance (Saudi Arabia) differs from the Amana Corporation edition on only these significant counts it has fewer appendices omits Yusuf Ali's Preface his note on Commentaries on the Qur an his bibliography and his Introductory Commentary and does not repeat the above mentioned mistakes related to nn 499 929 1390 4001 4208 4998 and 5654 Strangely enough it does not even bear the name of Yusuf Ali as translator or author on the title page Only in the Preface by the Presidency is there a reference to Yusuf Ali's work which was chosen for revision and correction By contrast there

is an account (detailed to the point of being obtrusive) of at least four committees which took up this task of revision

As a matter of fact apart from changing Yusuf Ali's use of God and Apostle into Allah and Messenger the whole translation of the Quranic text has been simply lifted from Yusuf Ali's earlier edition and the revision in notes is almost the same as in the Amana Corporation edition

So the claims in the Preface about correcting comparing adopting best expressions introducing fresh expression and checking the notes vigilantly in this enormous task may be charitably passed over as descriptions of the editors hopes not as accurate reflections of the finished product The publishers should at least have had the courtesy to credit Yusuf Ali with the authorship of this life long work of his

As already indicated the nature and range of revision is remarkably similar to that in the Amana Corporation edition What has been said above about its strengths and weaknesses is largely applicable to this edition as well There are distinct features however and we shall restrict our comments to these

First the editors here do not mince words in setting out the rationale of their revision to 'clear any misconceptions regarding the articles of faith varying juristic opinions and thoughts not in conformity with the sound Islamic point of view (p vii) Prompted by these considerations they have slashed the number of appendices from 14 in Yusuf Ali's original and 11 in the Amana Corporation edition to only 7 Granted that these appendices contained material dissonant with the sound Islamic position the editors could have been more forthcoming in inserting some new material If a revision carried out by a host of specialist committees over ten

FED-PEC0266478

## Features

...fails to provide authentic information it reflects feebly on their positive scholarship

In the Amana edition any deletions or occasional additions made in Yusuf Ali s commentary are indicated by the symbol R (revised)

Although almost identical revision has been made in this edition there is no indication whatever to show whether a note is an original one by Yusuf Ali or has been edited As well as dropping Yusuf Ali s Preface and his other introductory notes on the Qur an which hardly contained any of his unsound views his highly useful note on punctuation quite helpful for non Arab readers of the Quranic text has also been omitted for no apparent reason

Fortunately the Index of this edition has none of the mistakes found in the Amana edition However this edition is marred by numerous mistakes of transliteration It is altogether bewildering that the editors have not followed their own system of transliteration listed on page ix an example is the transliteration of Luqman as Lukman (p 8) most Surah titles are similarly mistransliterated One hardly expected an edition published by such prestigious Arab institutions namely Dar al Ifta and King Fahd Holy Qur an Printing Complex Madinah to suffer from numerous mistakes of transliteration

These drawbacks apart both revised editions mark an important step in the right direction of making the Qur an accessible to non Arabs in the form of an authentic translation and commentary However I hope that Muslim institutions will soon bring out new independent and authentic translations of the Qur an in the major world languages not only English

The 1989 revised edition of Abdullah Yusuf Ali s translation

of the Qur an appears to have been a trend setter For we now have revised editions of three other translations of the Qur an though these vary greatly in the quality and quantity of the revision The most significant is *The Koran* by N J Dawood (Penguin Books 1990 Revised edition) After 34 years of continuous publication the author and the publisher seem to have realized their mistake of having altered the received *Surah* order of the Qur an in the earlier edition We now have in Dawood s translation the received *Surah* order Apart from this significant change the author claims that his work has now been completely revised in the light of a lifelong study of the style and language of the Koran (p 3)

However reviewing this work Ziauddin Sardar dismissed outright the author s claim saying that actually it is almost exactly the same as that of the original 1956 edition The only noteworthy change is the use of the word God in the new edition for Allah (*The Independent* 26 January 1991) The truth however lies somewhere in between Dawood has revised his work substantially in some places and nominally elsewhere In the Introduction (pp 1 4) one notes some slight changes some of which are definitely welcome while others defy logic For example in the 1956 edition Dawood criticized the traditional Quranic *Surah* order saying It is unfortunate that in preparing the contents of the Qur an for book form its editor or editors followed no chronological sequence (p 10) His criticism remains the same the only difference being that in the revised edition the words it is unfortunate have been dropped

However a baffling change also in the Introduction relates to his observations on the Qur an In the 1956 edition Dawood said

It is my belief that the Qur an is not only one of the greatest books of prophetic literature but also a literary masterpiece of surpassing excellence (p 11) In the new edition this has been changed rather toned down to the impersonal statement It is acknowledged that the Qur an is not only one of the most influential books of prophetic literature but also a literary masterpiece in its own right (p 3)

The reason for this change of opinion is not spelled out Nor is any reason given for the switch from chronological to traditional *Surah* order

Notwithstanding his claim of having completely revised the 1956 edition the translation is in the main the same Some of the *Surahs* have not been touched at all For example the translation of *Surahs* 99 113 and 114 is identical with that of the earlier edition while *Surahs* 55 81 84 and 93 show only slight changes However some *Surahs* have undergone a substantial change which is gratifying for the revision in these *Surahs* has resulted in rectifying some of the earlier mistakes For example translation of the following verses is no longer vitiated by unpardonable instances of mistranslation omission and other mistakes *al Rahman* 55 8 24 and 56 *al Dahr* 76 2 10 and 30 *al Mutaffifin* 83 17 and 21 *al Layl* 92 13 and 85 *al Tin* 95 3 and 4 and *al Adiyat* 100 11 The author deserves credit for setting things right at least in these places However Dawood s work still is not a reliable error free translation of the Qur an His hostile remarks about the Qur an and the Prophet Muhammad (peace be upon him) still mar the work

A cursory glance at the Chronological Table of the Main Events in the Life of Muhammad (pp 7 8) reveals that violence and war are seen by Dawood as the main rather only events in the

FED-PEC0266479

## Features

otherwise epoch making life of the Prophet (peace be upon him) Though wars figure prominently in this brief chronology with the emphasis on the crushing expelling and raiding of the Jews the only redeeming feature is that a detailed entry on the alleged atrocities against the Jewish tribe of Qurayzah has been dropped (1956 edition pp 13-14) Some glaring mistakes still persist in Dawood s translation ranging from mistranslation omission and insertion of parenthetical material passed off as the translation of the text of the Holy Qur an This cannot be justified in a work which has supposedly been thoroughly revised

Following are some of the unpardonable instances of Dawood's failure to translate certain parts of the Qur anic verses For example part of the Qur anic verse *Min qaumihi* (al-A raf 7 90 p 16) has been left untranslated Likewise the Qur anic phrases *fattakhadhat min dunihim hij aban* (Maryam 19 17 p 215) and *min dun Allah* (Maryam 19 81 p 219) also have not been translated

An equally irksome and damaging feature of Dawood s translation is that many Qur anic verses have been mistranslated whether because of the translator s inability to grasp their import or his sheer carelessness Of the numerous examples a few are *al Ara f* 7 90-2 ( p 116 ) *Maryam* 19 7 20-2 37 78 and 82 (pp 214 215 216 and 219) *Ta Ha* 20 92 3 and 123 ( pp 224 and 226 ) and *al Furqan* 25 46 ( p 255 )

It is common knowledge that a too close literal translation of the Qur an is not desirable for it defeats the very purpose of a translation which aims to facilitate one s access to the original Though as a translator of the Qur an Dawood included enjoys certain license to fill gaps and supply essential information in line with the context which may enable readers to appreciate better the contents this license is however hedged in by certain imperative precautions First the additional information should be inserted in a way as to enable the reader to distinguish between the actual Word of God and the translator s explanatory notes however important they may be

Moreover such notes should be kept to the bare minimum so as not to disrupt the reading flow Muslim translators have taken the utmost care on this count in order to avoid any semblance of tampering with the Word of God Dawood has regrettably in many instances flagrantly flouted this norm and has inserted what is not the intent of the Qur an As a result one notes material which is not borne out by the Qur anic text So far from helping the reader to better understand the meaning of the Qur an these interpolations subvert the Qur anic message This pernicious practice appears glaringly in the following instances Al Imran 3 15 and 61 (pp 44 and 48) al A raf 7 49 (p 113) Maryam 19 18 (p 215) Ta Ha 20 44 and 73 (pp 221 and 223)

In view of these serious flaws Dawood s translation though obviously revised with the best of intentions still does not do justice to the original It is indeed bewildering that such a faulty and inaccurate translation is the most widely circulated English translation of the Qur an and the one most accessible to non Muslims The publisher claims to have sold over a million copies worldwide It is a great pity that these readers will get only a garbled version of the meaning and message of the Qur an

Equally serious and deplorable is Dawood s lack of concern for Muslim sensitivities as reflected in this work His understanding of the language style and message of the Qur an indeed his very understanding of Islam is far from satisfactory This comes out at its sharpest in his pointing to the so called influence of Jewish and Christian teachings (p 1) on the Prophet Muhammad (peace be upon him) and more importantly on the back cover of this work which carries these words The Koran still provides the rules of conduct fundamental to the Arab way of life Does Dawood or anyone else need reminding that the overwhelming majority of Muslims since the very early days of Islam have been non Arab?

Apart from betraying his ignorance about Muslim demography this remark sums up Dawood s understanding of the universality of the Qur an

Another major reprint during this period though without any revision is of Richard Bell s *A Commentary on the Qur an* (Manchester University of Manchester Press 1991) in 2 volumes edited by C E Bosworth and M E J Richardson It is worth recalling that Bell s work had appeared first in 1934 and gained notoriety for suggesting alterations substitutions and derangements in the Qur anic text

In sum there has been much activity in the field of English translation of the Qur an in terms of the appearance of both entirely new and substantially revised varieties of Qur an translation What is most gratifying is that most of the work has been carried out by a band of sincere devout Muslims who aim to spread the eternal message of the Qur an among English-speaking readers And they deserve every credit for this noble work May Allah bless their efforts

*(Concluded)*

**(The writer Dr Abdur Raheem Kidwai is Reader Department of English Aligarh Muslim University Aligarh, India )**

FED-PEC0266480

Features

# Child Upbringing in Islam

### *Abdul Malik Bappa Mahmud*

*[Islam attaches great importance to the proper upbringing of the Muslim children, as it is the children who later grow up into adults and by their actions make a nation great It makes it mandatory on the child's parents, his close relatives and, in their absence, on the ruling authority to bring up and rear children on Islamic lines Equating the proper upbringing of children with a rewarding act of worship, Islam lays down an exhaustive code for parents and guardians to follow, while looking after the young ones under their charge Besides teaching the child the fundamental concepts of Islam, the parents and guardians should inculcate good morals, desirable social conduct and manners in their wards, thus argues the eminent scholar in his article ]*

Islam attaches great importance to the upbringing of children and makes it mandatory on the parents or relatives or in their absence on the authority concerned This is because the Almighty Allah states in the Chapter of Al-Tahreem verse 66 O ye who believe' Save yourselves and your families from a Fire whose fuel is men and stones

It has been narrated in the books of Bukhari and Muslim that the Noble Prophet, peace be upon him said 'Everyone of you is a guardian and everyone of you is responsible (for his wards) A ruler is a guardian and is responsible (for his subjects) a man is a guardian of his family and responsible (for them) a wife is a guardian of her husband's house and she is responsible (for it) a slave is a guardian of his master's property and is responsible (for that) Beware' All of you are guardians and responsible (for your wards)

Upbringing of children is a rewarding act of worship which takes a very long period It is be

ing implemented from three angles Firstly the child should see it while you are practising it Secondly the child should hear it with his ears And thirdly the child should feel it while he is for instance being punished to observe it The first two are very important because it is necessary that the person entrusted with the responsibility of upbringing of children should be an honest trustworthy gentle and merciful person with good character worthy of emulation As one of his instinctive tendencies a child easily emulates the character of his guardian whether it is good or bad So also a child emulates the utterances of his guardian like any loose talk and abuses etc There fore a guardian should know that the eyes and ears of the child are with him

The child considers whatever is being done before him as correct He would grow up with it It is said that whatever a person learns while he was a child becomes indelible just like a drawing on a stone

A good upbringing of a child could be achieved through the co-operation of parents school teachers and Mosques where sermons are delivered and the Holy Qur'an is taught

The first requisite for a person in charge of child up bringing is inculcating the concept of the oneness of the Almighty Allah The Noble Prophet peace be upon him said The first word to teach a child is the oneness of Allah In other words these should be the first word for his ears to hear The word should be uttered to him in his own mother tongue It is therefore desirable that when a child is born the words of *(adhan)* and *Iqamah* should be uttered into his right and left ears respectively It is also desirable that a child should be taught how to obey the Almighty Allah avoid committing sins complying with

His do's and dont's The Noble Prophet said doing this is a shield for you against the punishment of hell

The next stage is where the Noble Prophet said You should

FED-PEC0266481

## Features

enjoin on your children to perform prayers as early as they are seven. You should beat them when they are 10 if they refused to perform it. You should also separate your bedroom when they are of that age. A child should be taught how to perform ablution and enjoined to perform prayers within its stipulated time and in mosque before it becomes obligatory on him. A child should not be pressed to fast until he attains maturity. If he wishes to fast while he is young he should be allowed to do so in so far as it would not be detrimental to his health. Zakkat i.e. poor rate should be paid from the wealth of a child but he should not be made to perform the pilgrimage because even if he performs it he is still obliged to perform the obligatory one.

It is also desirable to inculcate in him the love of the Noble Prophet and the members of his family. Also a child should be trained to learn reading the Holy Qur'an and memorising it. It is narrated by Tabri that Sayyidna Ali quotes the Noble Prophet as saying. You should enjoin on your children with three things. The love of the Noble Prophet and the love of members of his family and the love of reading the Holy Qur'an. The people who memorised the Holy Qur'an shall be under the shade of Allah on the day when there would be no shade except His shade being in the company of His Prophets and the selected exalted servants of Allah.

Another desirable thing is that a child should be taught the history of Islam and the battles fought by the Noble Prophet as well as the history of the companions and important Muslims leaders of the past.

It is the duty of the person in charge of upbringing of a child to inculcate in him a sense of discipline, encourage him to tell the truth and be trustworthy, respect

elders and guests and how to be good to his neighbours as well as to orphans and poor. A child should be encouraged to love people and avoid selfishness, desist from uttering abusive language, engaging useless talk and adopting bad habits and shun all acts that are capable of tarnishing his image.

A person who is in charge of the upbringing of a child should not tell lie to the child so as to protect him or stop him from lying. This kind of attitude has two effects in the mind of a child. Firstly the child will think that there is nothing wrong in telling lies which will make him a liar when he grows up. Secondly the child will never believe in what the guardian tells him by way of advice or preaching.

A child should be made to understand that whatever he does Allah sees him so that the child may abstain from stealing and dishonesty. During the reign of Umar ibn al Khattab there was a directive to milk sellers that no one should add water to milk for sale. An old woman in Madinah asked her daughter to add water to the milk. The daughter who was very young told her that the Caliph ordered against that. The mother told the daughter that the Caliph was not seeing them. At that the daughter said to her mother. If the Caliph is not seeing us his Creator is seeing us. It is very important for a guardian to dissuade the child from bad companions. His association with people of dubious characters will make the child emulate the indecent talk, irresponsible behaviour, stealing and indiscipline.

It is also the responsibility of a guardian to enquire into how the child comes into possession of a thing he is seen with. He should trace the information so as to ascertain the truthfulness of the child. The moment a guardian keeps silent over something he does not know how his child re-

quires it the child is encouraged to become a thief. A child should not be provided with luxurious things with a view to showing to him the love and affection of the guardian. Doing so will make the child dull and unable to leave within the standard of other people. It was narrated by Bukhari that the Noble Prophet peace be upon him said. You should abstain from too much enjoyment and ostentatious living similar to that of the unbelievers. A child should be discouraged from attending cinema clubs, listening to musics and watching television and Video. It is narrated by Bukhari that the Noble Prophet said.

Among my people there will be some who would indulge in adultery, wear fashionable dress made of silver, drinking alcohol and playing music.

Some television programmes and video cassettes are not worth showing to children. Whatever a child sees during his infancy it will be firmly rooted in his mind and imitate it. Showing such television programmes and video cassettes to children distracts them from their academic studies. Another adverse effect is that they stay awake so long in the night that they wake up the following morning and go to their schools lazy and exhausted. Teachers of children psychology have warned parents to desist from allowing their children to see the aforementioned programmes and cassettes so that they would not turn into sinners, thieves, merciless and hardened criminals. Children should not be allowed to read obscene books and magazines. Parents should be checking the rooms and books of their children so that they become sure that children do not possess any obscene books and magazines. When female children are to go out for any unavoidable business they should veil themselves. It is the duty of a guardian to protect the child from his enemies and other intrigues.

FED-PEC0266482

## Features



*Islam attaches great importance to the proper upbringing of the Muslim children*

It is desirable that a child should be encouraged to be brave honest respectful of others selfless patient and a well intentioned person. With these backgrounds the child is expected to be brave sober organized and far sighted. Where the children are many the guardian should pay more attention to the eldest so that he will be emulated by the young ones. While giving presents to children a guardian should give them in equal proportion to all. Treating them differently will cause enmity jealousy and make them hate the guardian. Tibri with narrated that the Noble Prophet peace be on him said. You should treat your children equally when giving them present. When you come to distribute presents to your children

who are together with other children you should treat all of them equally. By so doing your children will learn to be generous and love their relatives.

It was narrated by Bukhari and Muslim that Numan Ibn Bishir brought his son before the Noble Prophet and said Please be a witness that I give this my son a slave. The Noble Prophet said Have you given a slave to each of your children? Ibn Bishir said No. Then the Noble Prophet said that he would not be a witness to such a kind of gift. He said to him further Do you want all of them to be respectful and obedient to you? Ibn Bishir said Yes. The Prophet said Then you should not do that. The important thing to note here is that anything that would bring

hatred and jealousy among people should be avoided because the havoc that would be caused as a result of jealousy could be very desasterous. The Noble Prophet peace be on him said People will always be in peace in so far as they avoid jealousy among themselves.

It is desirable for a guardian to train the child not to be easily irritated. Also a child should be trained to regard anything that affects him whether good or bad is pre ordained from Allah. He should not be accusing people and having ill feeling against them. The Noble Prophet said Anger comes from Satan and Satan is created from fire and fire is quenched by water. Whoever he comes angry should perform ablution again the Noble Prophet

FED-PEC0266483

## Features

said If you are angry while you are standing you should sit down If you do not cool down you should lie down In another narration the Prophet said that if you were angry you should keep silent He said if you recite A'uzubillahi Minash Shaitanir Rajim it will remove all problems you are anticipating

It is desirable for a guardian to train a child to obey his parents respect them help them and carry out any instruction from them if it is not against the injunctions of Allah

A child should talk to his parents in a polite manner and provide them with what they want from him Also a child should seek the advice of his parents in what he intends to do He should not raise his voice while talking to them If parents are asleep he should not disturb them by opening a radio so loud that it disturbs them A person should not prefer his wife or children to his parents Also he should not blame them if the parents behave in a way he is not satisfied If they call him, he should answer the call quickly A person should not bypass his parents when they are on a journey A child should respect the friends whether dead or alive of his parents and should not be a friend to the enemies of his parents He should offer prayers for Allah's mercy for his parents especially after their death A child should love his parent's relatives and other relations and should try to help them The Noble Prophet peace be upon him said

Giving out alms and extending love to relatives prolong life time and eradicated the bad taste of death and provide protection against frightening problems A guardian should train his ward to observe the right of his elders respect them help them when they are in need and should avoid anything that would harm the neighbour So a child should also stick to their advices and abide by what

they teach him He should as well respect his elders be they men or women and give them the necessary help which they require A child should be trained to live in an atmosphere of mutual respect love and peace with his friends As a condition a child should not be allowed to befriend children with bad character

There are other kinds of discipline which a guardian is expected to inculcate in the child since childhood A child should observe the rules of dining such as washing his hands before and after eating reciting "Bismillah before eating and Alhamdu Lillah after eating and eating with the right hand even when he eats with spoon On this the Noble Prophet said You should eat and drink with the right hand as Shaitan eats and drinks with the left hand

While eating with other people a child should eat what is in front of him He should not over-eaten or recline while eating He should not eat in a plate made of gold or silver Also, he should be trained to seek permission before entering into a house and know how to respond to such excuse A child should learn how to sit with other people and when he comes to sit he should greet the people he meets and take the seat the seat prepared for him He should not sit in the midst of people or in between two people except with their permission

In a place where there are three children the two of them should not gossip or whisper against the other one Whoever goes out shall be more entitled to his former seat when he returns When he is leaving finally he should seek permission from those with whom he may be sitting A child should be trained to learn how to speak in public in a sober manner He should be able to talk according to the capacity of the understanding of his audience He should not talk so much that the speech becomes boring or

monotonous He should be taught how to congratulate and condole with people and how to greet and pray for when they are sick

A child should be taught how to condole people who lost their relations close his mouth with his hand if he yawns recite Alham du Lillah if he sneezes respond to the person who sneezes by reciting Yarhamakal Lahu and respond to those who greet him when he sneezes by saying Ya gafirul lahu nala wa lakum He should be taught to observe the toilet manners by putting forward the left leg when entering the toilet and right leg when coming out with his head covered

He should not talk or face the direction of the Holy Ka aba when he is easing himself On the contrary he should forward his right foot when entering and the left one when coming out of the mosque When putting on his shoes he should start with the right foot and when putting them off with he should start with the left foot He should give things with right hand

It is very desirable that a child be made to be aware of the obligatory nature of permitting the doing of good things and prohibiting the doing of bad things He should be telling the truth without any fear or favour He should be brave and must have firm faith in Islam

Very importantly a child should be taught to appreciate the importance of Shariah and to know that it is an important pillar which every Muslim is obliged to support defend and protect its provisions with a view to ensuring that it is the only law to be applied in Muslim countries He should be made to be aware of the persecution of Muslims by infidels and ignorant Muslims as well as the contempt of Shariah contained in the Qur an which was revealed for human beings through our Noble Prophet He should not join those associations like Free Masons Rotary Club

FED-PEC0266484

## Features

and secret societies established by the enemies of Islam for achieving their selfish goals. A child should also know the existence of some heretical schools of thoughts and political groups such as Communism which deny the very existence of Allah.

He should be so enlightened about the Zionist machination the persecution of Palestinians by the Jews the occupation of the Aqsa Mosque and the genocide committed in it by the Jews that he should at least bear no goodwill for the Government of Israel even if the government of his country recognises to suit its own ends. It was narrated by Muslim that the Noble Prophet peace be on him once said Whoever among you sees a bad thing should remove it with his hand if he cannot then with his tongue and still if he cannot then he should indicate his hatred by his heart which is the lowest grade of faith.

A child should be trained to know that wherever Muslims are living they are one and the same just like one body. In whichever country Muslims are killed Muslims in the other parts of the world should feel for them. A child should be taught that one's honour is more valuable than wealth. Land and wealth can be sacrificed to reserve dignity and honour so that by this a child would avoid doing anything which would tarnish his image while he is engaged in his material pursuits. A child should be made to be aware that participating in Jihad is worship in itself and running away from the battle field is a great sin. Taking part in the battle fought in Allah's Cause can be done by sacrificing one's life and wealth. There are also political and educational campaigns to be waged for propagating the message of Almighty Allah. He should be taught how to live in peace with non Muslims in so far as they have not prevented him from following his religion interact with them respect and help

them just as the Noble Prophet and his companions treated them during their period.

It is desirable to allow the children to play among themselves. A guardian can even buy playing material for the children of each sex according to their inclinations. Children should be allowed to engaged themselves in physical exercise such as running jumping wrestling and the like. Imam Gazali said that preventing children from playing after their studies would make them dull unintelligent with short sightedness so much of absconding from the lawful custody of their parents. Teachers of child psychology say that by allowing children to play games we would enable them to grow up intelligent and physically and mentally healthy adults. Games should be of moderate nature and duration and not physically taxing. The children should be trained in swimming where swimming pool is available in horse riding hunting and shooting. During the period of the Noble Prophet children were taught how to ride horses and shoot with arrow. Also they should be trained how to drive ride motor cycle and the like. The aim here is that when they grow up and find themselves in a warlike emergency they would be able to defend themselves.

It is very important for a guardian to take note of the interests of the child since his childhood with a view to developing that interest. May be a guardian would find that a child is interested in reading so as to become a teacher trader or a professional. It can be realised that a child would concentrate on the profession he is interested in so that he becomes a soldier a doctor an engineer administrator a politician and so on. In whichever field the interest of the child lies the guardian should encourage him to develop that aspect so that when he (the child) grows up he would be able to help himself his people and his

country without resorting to begging is a means of his subsistence. It was narrated by Bukhari that the Noble Prophet (peace be on him) said It is better for a person to take his rope and go to bush to collect firewood (and carrying it) on his back than begging people whether they give him or not.

Another important thing for a guardian is to train a child to love his country and be ready to protect it from any attack obey its law respect its leaders and obey their instructions in so far as they are not against the injuctions of the Almighty Allah.

A child should also be trained to help in revamping the economy of his country. He should be made to be aware of the intrigues history and vicious plots of imperial countries.

Since there is not much time I cannot bring all provisions for child upbringing under Islamic law. However if Muslims could adhere to these and other provisions laid down by Islamic law there would come into being a peaceful world where justice prosperity and equality prevail which would also be worthy of emulation by non Muslims.

It is desirable for a guardian to handle his problem child with utmost caution by following all normal and logical methods to ensure that the child has reformed. In case these effects do not yield positive results the guardian could resort to physical punishment which should not however cause him any physical injury. The child should not be beaten so hard that he no more fears the punishment and fails to see the reason behind punitive measures. He should not be punished by refusing him food and water nor should he be locked up in a room. It is narrated by Bukhari that the Noble Prophet peace be on him said You should show kindness and abstain from domineering and using abusive language

FED-PEC0266485

# Understanding History:

## An Islamic Perspective

### Dr M A M Shukri

Historical consciousness is something which is ingrained in human person ality and a strong sense of aware ness of its historical past is important for every nation It is on the basis of its historical tradi tion that a nation draws its inspi ration and looks at its future in a state of alertness Dr Allama Iqbal the philosopher-poet of Is lam epitomizes this concept in the following terms

Life moves with a weight of its past on its back, no people can reject their past entirely for it is their past that had made their present history

Dr Muhammad Iqbal in *The Reconstruction of Religious Thought in Islam* (P 252) A study of the development of the human thought reveals an interesting facet of man s personality i e that man has always fought against the concept of chance and endeavoured to evolve or discover some basic laws in the light of which he could understand the universe human life and human personality In the process of at tending to discover some basic laws and also the hidden forces that shape and move the historical events there came into being

many theories interpretations, and philosophies of history

Neither Plato nor Aristotle nor any other Greek thinker has left us a concept of history which could be termed as interpretation of history, because according to them the world was finite and harmonious cosmos and history has no issue, no goal no begin ning in it every thing was recur rent eternally rotating and gov erned by a cyclic motion The basic idea on which the concep tion of history depends is the doctrine of goal of life It is abso lutely essential for the elaboration of the idea of history as a signifi cant progression or movement that we must have a definite doc trine of the goal of history its is sue and its fulfilment Without a sense of end the process cannot be regarded as a historical move ment

In short without an elaborate eschatology it would not be pos sible to understand history in its fullest manifestation because history then would lack inner pur pose significance and fulfilment religions contributed a great deal in providing the historical analy sis with an eschatological basis though they have their difference

es, yet the religious approach to things are basically either moral or spiritual

In Hinduism and Buddhism moral significance is given to his tory in the concept of *Karma* and for the Hindu the goal is the transcendence of the Samsara and the attainment of the *Mok sha* and for the Buddhist it is the attainment of the *Nirvana* His tory according to Christianity is the field of Christian endeavour and it has a purpose that is divine the goal being the attainment of salvation by hoping for forgive ness from human sinfulness

Among the modern thinkers Spengler Hegel and Marx made significant contributions towards the development of the philoso phy of history Spengler con ceived society as a biological sys tem exhibiting the same kind of unity as the individual organism and thus subjected to similar law development growth and decay

Thus society according to Sepen gler is an organism which has only one cycle of life and upon this biological approach to social organism Spengler based his the ory of rise and fall of nations

FED-PEC0266486

## Features

According to Hegel every philosophical system is a step in the development of Absolute Spirit, the spirit manifests itself in every epoch in the form of a definite philosophy, and this philosophy then creates its opposites or anti-thesis which in turn developed into a synthesis. This principle of dialectics is the fundamental basis of Hegel's approach to society and history, thus according to Hegel certain set of ideas predominates at a particular stage of history which determines the social, moral, religious and political outlook of that period, after

that a new set of ideas emerge and set the next stage of History.

Thus according to dialectic principles change becomes the cardinal principle of human life.

Moreover according to Hegel the individual's interest must be subordinated to the interest of the society and the individual as such and his immortality becomes meaningless and the human beings are expected to be a cog in the vast mechanism of state

and society. Marx rejected the idealistic philosophy of Hegel while retaining the dialectic method. To Marx ideas are secondary and divorced from the minds of

the individuals who cherished them. The prime motive power of human society which is responsible for changes in human consciousness and social changes does originate from idea, thought or world spirit but from the material conditions of life, it is the mode of production which determines the superstructure of the society.

With the help of these principles Marx formulated his theory of society and philosophy of history which is popularly known as

Historical materialism. Historical materialism in other words is the extension of the principle of the materialism to the

study of social life and the application of the principles of dialectical materialism to the phenomenon of society and to the study of society and its history.

History being the science about the society, the various components of society social, political, economic, moral and religious factor have influenced its course hence the proper understanding of history demands according to each of these factors

their proper role in shaping the ideas and are the driving forces of history. But more often in the interpretation of history some of these factors are over emphasized at the expense of the others, as for example the Marxists assigning

primacy to economic factors and making other factors subservient

The end result of course is not an interpretation of history but is an economic interpretation of history. In the same manner all the materialistic philosophies and ideologies lay emphasis on the concrete tangible material factors refusing to accord any significance to moral and spiritual forces.

Islam being a total ideology based on divine revelation has its own ideological approach to history. According to Iqbal history

in the language of the Qur'an is interpreted as the days of God (Ayyamullah). He says It is one of the essential teachings of the Qur'an that nations are collectively judged and suffer for their misdeeds here and now in order to establish this proposition. The Qur'an constantly cites historical instances and urges upon the reader to reflect upon the past and present experiences of mankind

*Of old We sent Moses with our signs and said to him Bring forth thy people from the darkness unto light and remind them of the days of God. Verily in this are signs for every patient, grateful one. Sura Ibrahim's*

To understand fully Islam's approach to history it is essential to have a background knowledge of its fundamental doctrines about the Universe, Man and Life, the main constituting elements of any historical situation or historical experience.

According to Islam the Universe and the unity and the order that run through its existence pre supposes a Creator who is supreme majestic powerful and wise hence belief in God is the cardinal doctrine of Islam. According to Islam the Universe did not come into being by chance

but it was created and governed by the supreme being called God and when He created the world He provided that the forces of nature should operate according to the pattern that He had prescribed

and the world of nature has no choice but to obey His eternal decree

But Man according to Islam differs basically from the rest of the creations of God because

Man is not a mere combination of electrons and protons or he is not a chemical laboratory driven by sex or hunger. He is the paragon of creations enjoining an exalted status. In Quranic parlance he is known as *Khalifatullah* the vicegerent of God on earth. The world of nature has no choice but

to obey the decree of God man alone in the universe is given the free will to obey or disobey conform or not to conform. Thus Islam reacts strongly against the materialistic approach to human personality.

Man is a rational being but by nature he is moral and spiritual hence he is in need of divine guidance for the peaceful conduct of

his life and for the attainment of divine vision. According to Islam divine guidance or revelation is a logical necessity, its cursory glance at the universe and the position of

FED-PEC0266487

## Features



*The Alhamra, an architectural wonder in Spain  According to Islam  history is unfolding of the events which reveals the functioning of the Divine moral law*

man in it reveals an important truth that cannot be denied by any man of reasonable understanding

It is that God who is the Creator of this universe has made all the arrangements to fulfill the physical material and intellectual needs of man  The Qur an had made pointed reference to the various blessings God had conferred upon mankind

*It is Allah who hath created the heavens and the earth and*

*sendeth down rain from the skies and with it bringeth out*

*fruits wherewith to feed you  it is He who hath made the ships subject to you  that they may sail through the sea by His command  and the rivers also had He made subject to you*

*And hath made subservient to you the sun and the moon*

*both diligently pursuing their courses  and the night and the day hath He also made subject to you*

*And He giveth you of all that ye ask for  but if you count the favours of Allah never will ye*

*be able to number them  Sura Ibrahim  34*

*He has made for you the earth spread out  and made for you roads  (and channels) therein  in order that ye may find guidance (on the way)*

*He sends down (from time to time) rain from the sky in due measure  and we raise to life therewith a land that is dead even so will ye be raised*

*He has created pairs in all things  and has made for you ships and cattle on which you*

FED-PEC0266488

## Features

ride in order that ye may sit firm and square on their backs and when so seated you may celebrate the kind favour of your Lord and say Glory to Him who has subjected these to our use for we could never have accomplished this (by ourselves) Sura Zakhruf 10 13

*Proclaim and thy Lord is most bountiful*
*He who taught the use of pen*
*Taught man what he knew not*
Sura al Alaq 3 5

The Qur an invites man to reflect and ponder over these various bounties conferred by God on man which would make him realize that there is a noble and supreme purpose behind the creation of the universe and man

*Behold In the creation of the heaven and the earth in the alternation of the night and day in the sailing of the ships through the ocean for the prof it of mankind in the rain Allah sends down from the skies and the life He giveth therewith to an earth that is dead In the beasts of all kinds that He scatters through the earth In the change of the winds and the clouds which they trail like their slaves between the sky and the earth Here indeed are signs for a people that are wise* Sura Baqara 164

*Behold in the creation of the heavens and the earth and the alternation of the night and day there are indeed signs for men of understanding men who celebrate the praise of Allah standing sitting and lying down on their sides and contemplate the wonders of creation in the heaven and the earth*

*Our Lord not for nought hast Thou created all these*

*Glory to Thee Give us salvation from the penalty of the fire* Sura Aal e Imran 190 192

The supreme objective of human life according to Islam is to lead a life in accordance with the commandment of God by submitting completely to His will and pleasure The will and the commandments of God were conveyed to mankind through the agencies of prophets who had appeared at various phases of human history to transmit the divine message to mankind and this divine message attained its completion and perfection in the prophethood of Muhammad and with the message of Islam

According to Islamic tradition, Adam was the first man and the first prophet in other words God sent man on the earth and at once delivered to him the message thus according to Islam human history opens with man knowing what he ought to do but proceeds with him failing to do it Vide Wilfred Cantwell Smith, *Islam in Modern History* p 19

According to Islam as stated before man is a free agent and a conscious being hence he has the freedom to obey or disobey conform or not to conform thus in Islam unlike Religion and Marxist dialectics man s actions are not judged by the onward march of the world spirit or by the development of the means of production

The Qur an says as follows

*Our Lord is He who gave to each created things its form and nature and further gave (its) guidance*

Islam teaches us that God has implanted in human nature a bias towards good and aversion from evil and has endowed it with immense potentialities and possibilities for the attainment of the de-sired goal Thereafter man is free and independent to utilize and exploit these potentialities anyway he likes thus man is not conditioned by any particular type of social behaviour because in the realm of moral law there is no scope for determination Islam wishes to inculcate in the mind of man the sense of accountability in the Hereafter and thus provide an incentive to engage in righteous actions and creates in his mind the sense of fear to desist from evil

*To each among you have We prescribed a law*

*And an open way if God has so willed*

*He would have made you a single people but (His plan) to test*

*in what He hath given to you so strive*

*As in a race in all virtues*

*The goal of your all is God*

*It is He that will show you the truth of the matters in which you dispute* Sura Maida 51

The freedom of man according to Islam also involves tremendous responsibilities and according to Qur an man alone was willing to accept this responsibility The Qur an beautifully portrays how the divine trust which implies the privilege of option was initially offered to the heavens (spiritual force) and to the earth and the mountains (the natural world) but they in fear declined to shoulder this onerous responsibility, but man on the other hand accepts it thus taking up the uphill task of charting out his own course of treading the divine path Thus commenced the heroic drama of his life of struggling against all the evil and immoral forces his unruly passions and emotions with the avowed objective of winning the pleasure of his Creator

FED-PEC0266489

## Features

*Lo we offered the trust unto the heavens and the earth and the hills but they shrank from bearing it and man assumed it* Sura Ahzab 12

Thus history according to Islam is the unfolding of the events which revealed the functioning of the moral law of God and its related consequences in the exercise of the freedom and responsibilities of man According to Islam the entire universal system is bound by an eternal law nations rise because they have developed certain qualities and virtues and they fall because they fail to live up to those ideals of morality

And the political upheavals or economic crisis or problems of similar nature which are normally adduced as causes for the decay disintegration and the downfall of a social order or a civilization are merely external manifestation of a gradual process of inner deterioration which is basically moral and spiritual

We have already noted the fact that the entire universal order is bound by an eternal law to which is subjected the entire nature This universal law in Qur'anic parlance is known as Taqdir

*Lo Allah grasps the heavens and the earth that they deviate not and if they were to deviate there is not one that could grasp them but Him* Sura Fatir 41

*And the sun runs on to a resting place for his that is the measuring of the Mighty the Wise and for the moon We have appointed the mansions till she returns like an old shrivelled palm leaf It is not for the sun to overtake the moon nor does the night overtake the day They float each in an orbit* Yaseen 37 39) This same divine law which is termed as

Taqdeer when it operates in nature is called Sunnatullah when it operates in human society

*And what is there to keep back men from believing Now that guidance has come to them*

*Nor from praying for forgiveness from their Lord*

*But that (they ask that) the ways of the ancients*

*be repeated (Sunnatul Awwalin)*

*with them or the wrath be brought to them face to face* Sura Kahr 55

*They have sworn by Allah the most earnest oaths that if a warner came to them they would be more rightly guided than any one of the nations*

*but when a warner come to them it increased them only in aversion waxing proud in the land and devising evil but evil devising encompasses only those who do it So do they expect but the wont of the ancients (Sunnatul Awwalin) And you shall never find any change in the wont of Allah and you shall never find any altering in the wont of Allah* Sura Fatir 42 43

So according to the Qur'an the eternal divine principle of Sunnatullah has operated in the history of human civilization since the very beginning of the creation of mankind and every nation and social system in the past was subjected to this divine law

*Systems have passed away before you travel in the land and sea the nature of the consequences of those who deny (the messengers)* Sura Aal Imran 137

The word *Sunan* which is translated here as Systems is the plural of *Sunna* meaning a

way or a rule or manner of acting or conduct According to Baidavi one of the famous commentators of the Qur'an the *Sunna* here refers to Allah's way of dealing with the righteous and the wicked

On the basis of this Sunna every nation in this world is assigned its term

*And every nation has its term and when its term comes they cannot put it off an hour nor yet advance it* Sura Araf 34

According to Iqbal the verse in its epigramatic formulation suggests the possibility of a scientific treatment of life of human societies regarded as organisms

While according each nation its fixed term the operation of the divine law in each community is also spread out to a certain phase due to divine mercy Hence, one sees the catastrophe of a nation in the form of divine punishment is not immediate inspite of the evils and corruptions of the society

The Qur'an explains this concept in the following verse

*If Allah were to take mankind to task by that which they deserve He would not leave a living creature on the face of the earth but He replaces them unto an appointed term and when their term comes then verily they will know that Allah sees His servants*

Hence according to the Qur'anic concept of rise and fall of nations it is not the political economic or social factors that basically decide the historical trend

though they may act as a contributory factor It is primarily the divine will which in Qur'anic terminology is known as Sunnat Allah that functions as the moving force of society and social change

(Dr Shukri is Director Naleemiah Institute of Islamic Studies Beruwala Sri Lanka)

FED-PEC0266490

**Features**

# PALESTINE: The Blessed Land

### Dr Ahmad H Sakr

*In this article, the author is reflecting about Palestine and its surrounding areas as revealed in the Qur'an and as explained by the Prophet(peace be on him) He also reflects some historical events and evidences to express and to explain his point The author hopes and pray that some measurements should be taken as soon as possible before it is too late*

On the occasion of the Peace Treaty that was signed by Israel and the PLO leadership on Monday 13 1993 at the White House in Washington D C the declaration of mutual recognition to one another was announced publicly The PLO leadership have agreed to the existence of the state of Israel and of having Jerusalem as its capital city More agreements were made publicly and many are hidden and left secret On the other hand the Israelis recognized the PLO to be the spokesmen for the Palestinians

A declaration of this nature should be discussed analyzed and some recommendations should be given to all In doing so one may realize what was going on and what could happen in the near future The children of Palestine should know what has been done for them good or bad The Muslims all over the world including the Arabs should know the essence of this treaty The rest of mankind should know what does it mean for them economically politically socially culturally religiously and historically

This is the first article of a series of other articles concerning Palestine and the blessed lands in the Middle East

### THE BLESSED LAND in Glorious Qur'an

During the month of Rajab a historical and a miraculous incident took place for the Prophet (peace be on him) of Islam Is was that of Isra and Mi raj It took place on the 27th of the month of Rajab in the 11th year of the prophethood of Muhammad (peace be on him)

This incident is composed of two events in one the Isra' and Mi raj occasions that took place in one night Allah (swt) says the following in Surah Al Isra (Night Journey)

Glory to (Allah) Who did take His Servant for a journey by night from the Sacred Mosque to the Farthest Mosque whose precincts We did bless in order that We might show him some of Our Signs for He is the One Who hears and sees (all things)' (17 1)

Prophet Muhammad (peace be on him) was taken from the Kaa'ba in Makkah to Al-Masjid Al Aqsa in Jerusalem and then He was ascended to the upper Heaven from Al Aqsa Mosque in the same night He was also brought back home in the same night

It should be mentioned here that AL-Aqsa Mosque was the first Qibla The Prophet (peace be on him) and the early Muslims used to direct themselves during prayers towards Al Aqsa Mosque for 16 17 months The Prophet (peace be on him) was keen that it not be said follower of the previous traditions His message was unique and the methods to be followed were unique The Prophet (peace be on him) wanted to change his face coward the first House of worship to Allah namely the Raa ba Finally Allah ordered the Prophet (peace be on him) while praying to direct his face towards the Kaa ba The story goes as follows in Surah Al Baqara (The Cow)

The Fools among the people will say What hath turned them

FED-PEC0266491

## Features



*Israeli police look at the body of a Palestinian who was shot dead after stabbing an Israeli soldier in Jerusalem Will the Israeli PLO peace accord bring in permanent peace in the area?*

from the Qibla to which they were used? Say to God belong both East and West He guideth whom He will to a Way that is straight

Thus have We made of you an Ummat justly balanced that ye might be witnesses over the nations and the Apostle a witness over yourselves and We appointed the Qibla to which thou wast used only to test those who followed the Apostle from those who would turn on their heels (from the Faith) Indeed it was (a change) momentous except to those guided by God And never would God make your faith of no effect For God is to all people most surely full of kindness Most Merciful

We see the turning of thy face (for guidance) to the hea-

ens now shall we turn thee to a Qibla that shall please thee Turn then thy face in the direction of the sacred Mosque wherever ye are turn your faces in that direction The people of the Book know well that that is the truth from their Lord Nor is God unmindful of what they do

Even if thou wert to bring to the people of the Book all the Signs (together) they would not follow thy Qibla nor art thou going to follow their Qibla nor indeed will they follow each other's Qibla If thou after the knowledge hath reached thee wert to follow their (vain) desires then wert thou indeed (clearly) in the wrong (2 142-145)

### III The Land in the Hadith

The Prophet (peace be on him)

informed the Muslims that they have three main and important Masajid in the world These are al Masjid al Haram in Makkah al Masjid al Nabawi in Madina and al Masjid al Aqsa in Jerusalem These three masajid should be visited by Muslims In one Hadith it is said

Journeys should not be undertaken except to three Mosques this my Mosque (in Madina) the Sacred Mosque (in Makkah) and the Al Aqsa Mosque (Bukhari)

Another tradition states

Whoever goes on pilgrimage to the sanctuary in Jerusalem and worships there in one and the same year will be cleansed of his wrong actions

This is why Muslims make a

FED-PEC0266492

## Features

subsidiary pilgrimage to Jerusalem after or before their main pilgrimage to Makkah

It is reported that a one worship at Kaaba is equal to 100 000 times of worship elsewhere, a one worship at the Mosque of the Prophet Mohammad (peace be on him) in Madina is equal to 50 000 times of worship elsewhere, and a one worship at Al-Aqsa Mosque is equal to 25 000 times of worship elsewhere

For all these reasons and many more to come Jerusalem is known as Al Quds, Bait al Maqdis and Al Bait Al Muqaddas The Dome of the Rock, Qubbat al Sakhra along with Al-Masjid al-Aqsa are known as Al Haram or Al Haram il-Sharif

### IV Prophets and Palestine

Jerusalem and the land around it are called the Land of Sham This land is what is now called Palestine, Jordan, Lebanon and Syria All these lands are blessed by Allah Most of the prophets and messengers of Allah were from that part of the world

This blessed land has been mentioned in the Qur'an in several places concerning different prophets and messengers The following three verses reflect some of the overall picture about the holiness of that land

1 In Surah al Anbiya (The Prophets) Allah says the following about Prophet Ibrahim (peace be on him) and his nephew Prophet Lut (peace be on him)

But we delivered him and (his nephew) Lut (and directed them) to the land which We have blessed for the nations (21 71)

2 In the same Surah of Al Anbiya Allah informs us about Prophet Sulaiman as being blessed in a blessed land

(It was Our power that made) the violent (unruly) wind slow

(timely) for Solomon to his order to the land which We have blessed For We do know all things (21 81)

3 In Surah Saba Allah informs us about the blessings that He gave them including safety peace business lodging and others

Between them and the cities on which We had poured Our blessings We had placed cities in prominent positions and between them We had appointed stages of journey in due proportion (34 18)

### V Historical Events

Jerusalem was liberated by Umar ibn al Khattab the second Caliph in 638 CE He protected the People of the Book and their places of worship The Christians asked Umar to pray in their church but politely he declined because he was afraid that future Muslims might use that action as an excuse to take over the church Therefore he prayed outside the church

Umar preserved the religious character of Jerusalem Christians were grateful to Umar and to the Muslims as they gave them peace and safety for their property and life Since that time the Muslims have acted as custodians of the city and its holy places The Christians gave the key of the Church of the Resurrection to the Muslims so that they would be responsible for its safty From that time until now the key has remained with the Muslims It is a sign of the trust the Christians have for the Muslims

Jerusalem and its neighboring cities were invaded by the Crusaders of Europe The Crusaders stayed in Jerusalem for about 90 years During that period they persecuted the Muslims the local Christians and the Jews They killed more than 200 000 innocent civilians They spread fear and used the principle of divide and

rule They tried to change the religious character of Jerusalem They appointed local traitors as leaders to play the role of tyrant dictators

It was during the time of Sultan Salahuddin al Ayyubi a Muslim from Kurdistan that the traitors and their dynasties were removed from Syria and Egypt Then he liberated Jerusalem from the Crusaders in the year 1187 CE

The local Christians cooperated with and helped Salahuddin to get rid of the Crusaders They preferred the Muslims generosity kindness hospitality and fair treatment over the harsh treatment of the Crusaders

Sultan Salahuddin was able to free the holy city in the name of Allahu Akbar for the love of Allah and for the sake of all people who are God-fearing He even treated the invaders (the Crusaders) with kindness and showered them with mercy He preserved the religious character of the city He allowed non Muslims to live in peace and harmony with the Muslims

Since the occupation of the blessed land of Palestine by the Zionists in 1948 and since their taking over of Jerusalem by force in June 1967 the religious character of the city has been changed Muslims are being killed assassinated tortured persecuted and jailed Local Christians are being treated the same and even the local Jews are being treated as second class citizens

Under the idea of modernization all kinds of unethical activities are being introduced Many attempts were made to burn al Aqsa Mosque starting August 27 1969 Even in 1975 the Israeli court legalized the partial conversion of al-Aqsa Mosque as a synagogue They even took over many mosques and had them demolished The mosque of Prophet Ibrahim has been changed to a syna

FED-PEC0266493

## Features



*The Dome of the Rock in Jerusalem Because of its unique religious status, the Muslims hold the Holy Al Quds in great esteem*

go on Turmoil is going on in the blessed land of Palestine and it has mushroom over the whole Muslim world

### VI Permanent Peace

If peace is to be established in Jerusalem in Palestine in the Land of Islam and in the whole world it should be established by the peace makers and peace educators namely the Muslims The blessed Land of Palestine is not the land of the Palestinians nor of the so called Arabs

only it is the land of Islam and the land of Muslims Whoever says La Ilaha Illa Allah Muhammadun Rasulullah it is his land Every Muslim should be committed to liberate the land of Islam totally from any Shirk or Kufr or any system other than the system of Allah The Fuqaha said

When the enemy occupies the land of Islam Jihad becomes obligatory (wajib) on every Muslim

Therefore Muslim should

look forward to the liberation of the holy land and the blessed land Muslims are looking forward to a leader like Salahuddin to liberate the land of Islam However it needs Jihad Fi Sabil Lil lah This verse in Surah al Ankabut (The Spider) is to be remembered by everyone

And those who strive in Our (cause) We will certainly guide them to Our Paths for verily Allah is with those who do right (29 69)

FED-PEC0266494

| Features |
| --- |

## An Introduction

# The Shariah House, Bangalore

### Shaikh Muhammad Shihabuddin

Today the Indian Muslims are going through the most difficult phase in their contemporary history. What to say of the preservation of their faith even the protection of their life and property has become an extremely difficult task. The present state of affairs is a direct consequence of the Muslims' ignorance of their own faith together with the ignorance of the self. They had brought with them to India the last of the Divine Faiths which is a perpetual source of guidance and benevolence to the humanity as a whole.

It was therefore incumbent upon them to introduce it to the entire humanity at large. When they failed in discharging this noble duty they were made to suffer disgrace as was the case with the Children of Israel. To serve as a warning to them Almighty Allah has repeatedly narrated in the Holy Qur'an how the Children of Israel were made to lead a life of humiliation when they ceased performing their obligation imposed on them by their Creator.

### Spirit of Divine Faith

Almighty Allah has since the genesis of human race continued to assign the responsibility of bearing the torch of the Divine Guidance to different nations of the world one after the other. The nations which fell through this assignment were made to lead a life of humiliation. It is imperative therefore that the Muslims in India realized the importance

of this Divine obligation and worked towards consolidating the bases of the Shariah and preserving it. Should they cherish to lead a dignified and exalted life in this land.

In our present context consolidation of the Shariah in India is to mean that the Muslims should introduce the basic principles and values of Islam to our fellow countrymen and establish its potential in solving the problems – be they social economic or political – faced by our present-day advanced society as well as by any advanced society of any age. Similarly they should set at rest the misgivings harboured by our non-Muslim brethren regarding Islam and its Shariah. This is the spirit of the Divine Faith and the gist of the teachings of all the Prophets. Almighty Allah says:

*Verily We sent down Our messengers with clear signs and revealed with them the Book and the Balance (of right and wrong) that men may stand forth in justice.* (Qur'an LVII 25)

*We have revealed unto you clear signs and only those disbelieve in them who are perverse* (Qur'an II 99)

*Say for Allah is the final argument* (Qur'an VI 149)

### Superiority of Faith

The Divine Faith does not become obsolete with the passage of time. Instead it continues to gain renewed zest and vigour. This is because it is based upon solid and perpetual bases and has been re-

vealed by the One Who is Omniscient and Omnipotent and Who wanted it to prevail upon other faiths of the world. The Almighty proclaims:

*It is Allah who has sent His messenger with the Guidance and the Religion of Truth that He may cause it to prevail (intellectually) over all religions* (Qur'an IX 33)

That is to say that everyone must witness the superiority of the Divine Faith so that none can put up an excuse on the Day of Judgement that the Divine message never reached him. The Almighty admonishes:

*That those who died might die after a clear sign ( had been given) and those who lived might live after a clear sign (had been given)* (Qur'an VIII 42)

### Natural Way of life

Logic and reasoning are all important in Islam. The Holy Qur'an always resorts to them while addressing humanity. It criticizes those who follow their forefathers blindly and directs them to use intellect and wisdom into the Shariah Laws. Similarly it calls upon man over and over to reflect upon the natural phenomena and comprehend different laws of nature.

Islam advocates this sort of intellectual approach so that conformity between the laws of the Shariah and the laws of nature is brought about. The Almighty Allah says:

*Allah created the heavens*

FED-PEC0266495

---

## Features



*Shaikh Abul Hasan Ali Nadvi the eminent scholar and historian is seen addressing a gathering of Indian Muslims in South India They must perform their duty to their Millah*

and the earth in true (propor tions) Verily in that is a sign for those who believe (Qur an XXIX 44)

### Rational Aspect of the Shariah

Shariah laws can never become obsolete or old-fashioned They have been and shall continue to be relevant to the real requirements of the man of any advanced age till the Doomsday This is why Islam encourage man to reflect upon the Shariah laws and bring to light their rational virtues in the same manner as it calls upon him to ponder over the phenomena of nature and fully comprehend the unity and oneness of the Divine Being To illustrate this the Holy Qur an after ordaining some Shariah laws declares

*Thus does Allah make clear His signs to you in order that you may understand* ( Qur an II 242)

That is to say that the All Knowing Allah sends down His Commandments to man in order that he may extract their inherent logical reasoning which may serve as the basis of Qiyas (and logical reasoning) and Ijtihad (in dependent legal reasoning) in

solving the day to day problems faced by the Muslim Ummah Again this sort of intellectual exercise shall be extremely useful in presenting Islam to our non Muslim brethren so that they realize the grandeur of the logic backed Shariah laws and translate them into their lives or at least acknowledge their rational nature and shun bigotry and hatred towards it

### Lapses of the Muslims & Remedy

Leave apart the millennium of their existence in India had the Muslims undertaken this noble task at least in the past one or two centuries their state of affairs would not have been as dismal as it is today Now it is imperative upon us that we stopped lamenting over the past and embarked upon this mission in an organized and disciplined way This enormous task shall prove time consuming and very difficult to accomplish In attaining this goal our approach should be well organized and long term rather than emotional and short-lived This sort of intellectual endeavour shall Allah willing pave the way for the re awakening of the Mus

lim Ummah And if we turn blind towards this the future generations shall never forgive us

### Conclusion

To sum up the Shariah is a Divine marvel as is evident from an insight into its rational and prudent virtues But leave apart the non Muslims the Muslims themselves are ignorant of it and its virtues Therefore a team of erudite scholars well versed both in Islamic and modern laws should emabark upon this intellectual endeavour and bring light to the world Similarly this group of the Ulema should embark on a comparative study of the ideal Islamic culture and society and the modern and developed societies Without this sort of scientific research the excellent virtues of the Shariah cannot come to light and the marvel of the Divine legislation will never be compreheneded And this is how the supremacy of the Shariah vis a vis the different legislations of the present day world could be established This endeavour in the light of the Holy Qur an is a great Jihad

*Therefore don t listen to the unbelievers but strive against them with the utmost strenousness with (the help of) Qur an* (Qur an XXV 52)

### Importance of Modern Sciences

Human thinking varies with the variation in their environment That is to say that man determines his thinking in the light of the knowledge he has developed over the ages Therefore no sermon shall be more fruitful than the one which takes into consideration the psychology of the listener The Glorious Qur an also asks us to resort to wisdom and the best of the ways while inviting others to Islam

*Invite (all) to the Way of your Lord with wisdom and beautiful preaching And argue with them in ways that are best and most gracious* (Qur an XVI 125)

In this way it becomes imperative to take into consideration

FED-PEC0266496

## Features

the arts and sciences of man to make our Da'wah to him more effective Ibn Abbas (may Allah be pleased with him) say

We have been asked to speak to people according to their mental ability (Kanzul Ummal)

### Spirit of Lively People

The dynamic people always face challenges of all sorts boldly And those who not possess the inclination and stamina to face the day to day challenges can never be called lively dynamic or self respecting Instead they meet their own fate one day Almighty Allah has in clear terms admonished the Muslims in the following words

*Then (after destroying those generations) We made you heirs in the land after them to see how would you behave* (Qur'an X 14)

This is an eternal style of the Divine functioning The Almighty removes the worthless nations from the worldly scene and brings to fore some other people to succeed them He then gives these newly assigned people enough time to fulfil His aims and objectives Again if these people too fell through their assignment they meet the same fate as their predecessors had

Our foregoing discussion makes it abundantly clear that man is his own destiny maker A Divine saying too bears testimony to this

*Verily never will Allah change the conditions of a people until they change it themselves* (Qur'an XIII II)

It is therefore imperative that the Muslim Ummah respond to the present challenge boldly a positively

### Furqania Academy Trust

The Furqania Academy Trust Bangalore in South India has therefore taken the initiative and has decided to establish an extensive research centre by the name Shariah House in Bangalore exclusively for the purpose of carry

ing on comparative research work on Islamic Shariah and modern law A team of learned scholars well versed both in Islamic studies and modern thought have to be employed for the purpose The Academy has plans to carry out this work in the regional language as well as in Urdu and English The literature thus prepared shall be different from the traditional one so that the humanity is addressed to in a scientific manner in the present day scientific world

It has also been decided by the Academy that the proposed Shariah House will house an extensive and well equipped library an auditorium lecture halls a guest house and accommodation for research scholars

The Shariah House shall conduct from time to time seminars and symposia on different topics and invite the educated class particularly the non Muslims so that they may come to understand different Islamic subjects in the right perspective Moreover it shall run religious and Arabic language coaching classes for the Muslim youth

If successful the proposed Shariah House shall be an ideal research centre for the whole of India And Allah willing it shall prove to be a ray of hope for the re awakening of the Muslim Ummah and subsequently the entire world shall benefit from it

### A Memorable Centre

The proposed Shariah House shall Allah willing acquire a commendable position in the history of modern India and shall prove to be a source of inspiration for the re awakening of the Muslim Ummah The objective of this sort cannot be accomplished without your generous co operation and assistance Those who take part in this noble venture prominently shall become its Founder Memebers and their names shall be preserved in the Shariah House is a memorial Allah shall reward them generously on the Day of

Judgment for every benefit that the Muslim Ummah could reap from it

### Aims and objectives of Shariah House

❑ To work out a comprehensive plan of the re awakening of the Muslim Ummah

❑ To establish the rational merits and the superiority of the Islamic Shariah

❑ To counter the menace of materialism intellectually

❑ To prove the veracity of Islam from the scientific view point

❑ To prepare introductory literature on Islam in the regional languages besides Urdu and English

❑ To introduce Islamic ideology and Islamic Shariah to our non Muslim brethren

❑ To raise a team of learned scholars from the length and breadth of the nation

❑ To guide the Muslim Ummah in the contemporary problems confronting it through Ijtehad

❑ To constitute a Board of Advisors from among the reputed and erudite ulema for their guidance in the working of the Shariah House

According to a report received recently from India the Dar al Shariah a fundamental research centre on Shariah Laws in the light of modern science was inaugurated at Bangalore India in September last year by Dr Abdullah Abbas Nadvi Secretary for Education at the Nadwatul Ulema Lucknow India Shaikh Muhammad Shihabuddin the founder of the Furqania Academy talking about this unique project said that initially two research scholars will be appointed for the project Shaikh Shihabuddin who has himself authored nearly 50 titles in Urdu Arabic and English added that his Academy has over 30 000 reference volumes on a variety of topics pertaining to Islamic subjects and modern sciences

FED-PEC0266497

# Mountains:
## The Geological Concept in the Qur'an

### *Abdul Majeed Zindani  & Mustafa A. Ahmed*

Mountains have always been looked upon as conspicuous land forms characterized by their lofty protrusions above their surroundings their high peaks and steep sides as well as by their presence in complex ranges that run more or less parallel to each other or in single prominences

Nevertheless the Holy Qur'an which was revealed more than 1400 years ago consistently describes mountains as stabilizers for the earth that hold its surface firmly lest it should shake with us and as pickets (or pegs) which hold that surface downwardly as a means of fixation So in plain words the Holy Qur'an describes the outward protrusion of mountains from the earth's surface and emphasizes their downward extensions within the earth's crust as well as their exact role as stabilizers and as means of fixation for such a crust

These facts started to come to light only in the middle of the nineteenth century ( almost thirteen centuries after the revelation of the Holy Qur'an) when George Airy (1865) (in an attempt to explain reduced deflections in plumb-bobs near mountain masses less than the calculated values of gravitational attraction) came to realize that the excess mass of the mountains above sea level is compensated for by a deficiency of mass in the form of underlying roots which provide the buoyant support for the mountains Airy (op cit ) proposed that the enor

mously heavy mountains are not supported by a strong rigid crust below but that they float in a sea of dense rocks In such a plastic non rigid sea of dense rocks high mountains are buoyed up at depth in more or less the same way an iceberg is hydrostatically buoyed up by water displaced by the great mass of ice below the water surface A mountain range is isostatic in relationship to surrounding portions of the earth's crust That is mountains are merely the tops of great masses of rock, floating in a more dense substatum as icebergs float in water A mountain with an average specific gravity of 2 7 (that of granite) can sink into a layer of plastic simatic rock (with an average specific gravity of about 3 0) until the range is floating with a root of about nine tenths and a mountain one tenth its total volume In some cases the ratio of the mountain's root to its elevation can go up to 15 1 depending on its rock composition

Such observations have led to the concept of isostasy (Dutton I 889) and have introduced the principles of gravity surveying Again both seismic and gravitational evidence have indicated that the crust is thickest under mountains and is thinnest under

oceanic basins These facts could not be clearly understood until the early 1960's when the development of the theory of plate tectonics began to proceed apace In this theory of global tectonics the lithosphere is split by major zones

of fractures into a number of slabs or plates (about 100 km thick) that float on a denser more plastic substratum (the asthenosphere) and hence glide above it and move across the surface The boundaries of such lithosperic plates are outlined by the locations of both earthquakes and in tensive volcanicity Such plates are accented at their divergent boundaries (mid-oceanic ridges) by rising molten rocks that form new ocean floor and are consumed by returning to the earth's interior and melting at their convergent boundaries At other boundaries the plates are simply sliding past each other along transform faults In this manner the plates shift around the earth despite their rigidity and carry the continents with them resulting in the phenomenon of continental drift

As the lithospheric plates move horizontally across the earth's surface they collide from time to time producing high mountain ranges The product is determined by the composition of the plates at the point of collision but in all cases oceanic and continental mountains are formed (island arcs volcanic mountains cordilleran chains and collisional mountains)

As a plate is forced under another plate and melts the lighter magma rises to form island arcs that eventually grow into continents All continents are believed to have their origins in processes of this kind and further collision

FED-PEC0266498

## Features



*The Qur an consistently describes mountains as stabilizers for the earth that hold its surface firmly*

of continent/island arcs or conti nent can lead to the further growth of continents and to the stability of the earth s crust From seismic evidence it is clear that the continental crust is 6 8 times thicker than the oceanic crust (30 40 km versus 5 km) and is slight ly less dense (2 7 versus 2 9) The lithospheric plates do not all trav el at the same speed and are be lieved to be slowing down with time The details of how the mo tion occurs are still in doubt but two hypotheses have been put for ward convection spanning and gravity spanning the former of which seems to be gaining more support Plates probably move about in response to the way in which heat arrives at the base of the lithosphere and this was ap parently much faster in the geo logical past because of the faster rate of rotation of the earth and the greater quantness of radioac tive dec iv

The role of mountains is sta bilizers for the earth s crust can be cle inly seen in their very deep roots and can be justified by the fact that the motions of the litho spheric plates only come to a halt when a continent collides with an other producing a collisional type mountain which is believed to be the last phase in mountain building Without mountains the movement of litospheric plates would have been much faster and their collision more drastic

Again through the cycle of mountain-building the earth s crust is periodically rejuvenated and continents are gradually ac creted A few mineral weals are added and new material for weathering is provided The more the mountain chain is weathered and eroded the more it will be isostatically elevated until erosion finally wins the battle over the mountain range when there is no more enough root to uplift the range by isostasy The crust be ne ith the eroded-down old moun tain range will have the same thickness is the remainder of the continental interior which is a

more or less equilibrium thick ness At this point the old moun tain system becomes a part of the stable craton the size of the conti nent is permanently increased it starts to drift a new mountain chain or chains start to form at its converging boundary or boundar ies

Such human knowledge about mountains began to accumulate slowly since the mid nineteenth century and was not visualized in any thing near the above mentioned framework until the late 1960 s when the theory of plate tectonics was in the process of being formulated

On the other hand the Holy Qur in which was revealed 14 centuries ago as the Book of Di vine Guidance has explicitly de scribed mountains as pickets (or pegs) in 22 different passages (out of 49 passages in which moun tains are mentioned or implied) Such pickets were said to fix the earth s surface downwardly and stabilize it lest it should shake with us Similarly Prophet Mu hammed (peace be upon him) who lived between 570 and 632 A D is quoted to have said that When Allah created the earth it started to shake and jerk then Al lah stabilized it by the moun tains Again the Qur anic de scription of the mountains as pickets or pegs is taken to imply that much of the mountains mass is hidden below the earth s sur face as most of the picket is hid den in either soil or rock to hold the tent to the ground surface

These are only a few of nu merous testimonies of the Divine nature of the Holy Qur an and the role of Prophet Muhammed (peace be on him) as no man knew anything about such facts before the mid nineteenth centu ry and that the present day pic ture was indeed far from being complete before the end of the 1960 s

(Paper presented at the Fifth Con ference of the Commission on the Sci entific Signs in the Qur'an and Sun nah )

FED-PEC0266499

---

**Features**

*The Case of Indonesia, Malaysia and the Philippines*

# Evangelical Activities in Southeast Asia-II

*Deliar Noer*

The poor peasants work ers the school going children and the youth the unemployed the number of whom had multiplied in the Guided Democracy period had to be aided Within this framework the Christian missionaries started their operations more actively than before Here are some of their activities during the past 20 years

1 The churches and church affiliated organizations have opened schools, some of them free to the poor They have also offered scholarships to the needy Muslim poor children have not been exempted The aim was to lure them into Christianity, or at least to enliven their tolerance toward Christianity and its activities

2 In these Christian schools Muslim children have had to follow daily evangelical ceremonies in spite of the fact that this was against the law

3 The churches and church affiliated organizations have organized training courses in various skills such as carpentry agriculture husnbandry etc For less skilled workers or for those who have had to find new jobs The organizations have also helped them with seeds fertilizers and insecticides free of charge or with a minimum charge

4 The poor people have been given clothing blankets and kerosene lamps (Petromax brand was very popular) It has been reported several times that shiploads of these materials have been imported to several ports of Indonesia for this purpose In the early years of the Soeharto regime electricity had not yet reached the villages

5 The Christians also established the so-called Foster Parents plan Within this framework well-to do (Christian) families in the West (America, Europe Australia) have adopted from afar poor Indonesian children by funding their daily needs for school fees (including books) accommodation and pocket money These parents maintain correspondence with their adopted children Since the correpondence is done in English, there has been a need for an intermediary to translate this correspondence into Indonesian for the children and in English for the adoptive parents On the occasion of Christmas the parents send gifts to the adopted children Priests have usually served as intermediaries between the foster parents and the Indonesian children A kind of de-Islamization process has developed

6 The Christian organizations have organized development projects in villages such as the making of wells and sanitary means for the benefit of the villages They have funded these projects including the pay for the work done by the villagers Gradually the villagers have felt indebted to them

7 Christian organizations have helped the unemployed by finding them work for example in construction companies headed by Christian Preference has been given to those who in addition to the ordinary work have also been willing to participate in social activities including gatherings to which priests have come and talked

8 The missionary organizations have assisted transmigrants from Java to other islands Transmigration has become an official policy of the Indonesian government since 1950 with the aim of easing the population pressure in Java (at present some 100 million people i e more than half of Indonesia s population live in Java) The missionaries have organized "motivators" courses in certain centres in order to send these motivators to help the trans migrants in their new areas but at the same time have imbued the motivators with the evangelical spirit

In certain cases the transmigrants have registered themselves as Muslims since this was required by the adat chiefs in the transmigration areas But a few months afterwards a considerable number of them have disclosed themselves as Christians Priests from neighbouring areas have visited them in the transmigration areas The next step has been to build a church which was often protested against by the adat chiefs concerned However the fact that the transmigrants were factually Christians could not be changed they were not sent back to their area of origin The case of Pasaman and Sitiung both in the strongly devout Muslim area of the Minangkabau has often been cited as intentional attempts by

**FED-PEC0266500**

## Features

the Christians to deceove the Muslims

9 What was discussed in point 8 has also been practised by Christians through voluntary migration For example people in Tapanuli (North Sumatra) have migrated voluntarily to the Pasaman area in West Sumatra which was originally an exclusively Muslim area As the migrants from Tapanuli have also included Christians the Muslims could only lodge a strong protest Gradually these Christians felt the need of a church They also brought with them pigs to be domesticated which has the effect of driving Muslims away Often they also built their church or churches without the necessary permit from the government as required by the regulation concerned This naturally created tension, sometimes fighting with the Muslims The Christians have been able to have their way especially whenever the officer in charge concerned was a Christian More and more churches arose by this method

10 The Christian missionaries and the churches have often given help to the needy by offering them credit on a long term or short term basis The credit have been in the form of money or goods (clothing kitchen utensils etc ) The facts have shown that although the credits were based on a small interest percentage the debtor was often not able to pay back in time The creditor often responded favourably with a willingness to wipe out the debt on condition that the debtor became Christian It would be lucky for the debtor if he was able to find a fellow Muslim to help him or her out of the debt Otherwise there have been many cases of Christian converts through this means Around 1970 the then French cultural counsellor to Indonesia Professor Vincent Monteil who was then a Catholic (he has now become a Muslim) said in a paper presented to the Indonesian Institute of Sciences that at that time many Indonesians had be

come Rice Christians

11 The Christian missionaries have also set up hospitals and other medical centres to help the poor Muslims have also been accepted in these hospitals for treatment Naturally the walls of the hospitals are decorated with the cross Often at the time of mortal agony, priests would come and visit the patients to offer their prayers irrespective of the religion of the sick There have also been cases in which the patients were presented with a form which they were asked to put their signature on without knowing what the form was about Only after the death of the patient(s) concerned did the family become enraged to the fact that the form acknowledged voluntarily ' the patient s conversion to Christianity'

I want to refer in this connection to what happened to the late Mohammad Natsir a great Indonesian Muslim leader one day before his death It was in February 1993 A Christian doctor took off the earphone of Natsir s cassette recorder (which was put on by Natsir s daughter) and in which Quranic recitals were played Instead the Christian doctor read prayers in line with the Christian tradition in such a time of agony into Natsir s ears Natsir's daughter happened to come back to her father at this particular time Naturally she protested strongly against it and asked the nurse why it could have happened The nurse herself who was a Muslimah was not able to do anything except obey the Christian doctor who ordered her to go away Natsir s daughter met the responsible supervisor of the sick room and told him about the deed of the Christian doctor who was immediately ordered to go out of the room Later he was dismissed from his post-graduate studies programme and from the hospital

What can be learned from this event? The fact that if Natsir who was a great leader of the Muslims and the nation could be mishandled by a Christian what kind of

mistreatment could in ordinary Muslim suffer from them?

12 Christian missionaries have also often organized movie shows for villagers as part of their entertainment programme The movies were usually of a Christian religious character On this occasion the village heads were given gifts by the missionaries in order to facilitate the showing

13 Parties have also often been organized by the missionaries for the youngsters in the out skirts of the cities or in the villages Christian girls were usually present and on this occasion it was not uncommon that they became intimate with the Muslim youths

14 The Christians have also made use of Muslim traditions to carry out their activities For example slametan or kenduri gatherings in which meals are served have been imitated by the Christians They too held slametan The difference was the fact that the Christians offered their prayers on this occasion

Recently the Christians organized their tilawatul injil recitation of the Bible in imitation of ti lawatul Quran in Palangka Raya, Central Kalimantan The tilawah was in the form of a contest between youngsters just as the Muslims had their musabaqah tilawatul Quran

The use of Muslim terminologies have been commonly adopted by the Christians in Indonesia A few examples include Allah (for God) Alkitab (for Bible) Bait Allah (name of a church in Tanah Tinggi in the outskirt of Jakarta) mi'raj (for the ascension of Jesus Christ) firman (for God s saying) rasul (for messengers of Jesus Christ) du a (prayer) Indonesian traditional terms which have been made use of by Christians include pesantren (traditional Islamic educational centre) jama ah (community)

15 The Crescent International of Canada issue of 16-30 November 1988 p 8 list the following

FED-PEC0266501

---

**Features**

steps taken or to be taken by the Christians in Indonesia

The (Indonesian) military should consider Islam as its enemy

As many as possible Christian young people should join the military

75% of the government ministries should be headed by Christian ex military men

* 75 of the heads of the government apparatus at the provincial level should be Christians

* The Christians should have a national radio transmitter station for propaganda purposes

It is a fact that Christian activities in Indonesia have increased tremendously since the New Order period in 1966 It is high time that the Indonesian Muslims make efforts to stem this tide and on the other hand to raise themselves to their proper position commensurate with their majority

**Malaysia**

In Malaysia the Christian missionaries have still not been able to gain converts amongst the Muslims It has however been said that less than ten Malays have been converted to Christianity The missionaries have been more successful among the aboriginals in Malaysia e g the Jakun in the west and the Dyaks and others in Sarawak and Sabah or among the Chinese and Indians

In Sabah and Sarawak the issue has become more political When Tun Mustapha was chief minister of Sabah there had been conversions to Islam but the after care had been much neglected Christians in Sabah and Sarawak are more educated and more fanatic The problem of evangelization should certainly be tackled in line with local conditions

Christianization in West Malaysia has been hampered by the Islamization policy of the government especially introduced by the prime minister Mahathir Mohammad Government servants have been trained in the teachings of Islam regularly They have become more Islamic conscious In education the young sters have had to follow courses in Islam including in schools established by missionaries These courses are confined to Muslim children but when one knows that this activity in Indonesia is confined only to state schools and to schools established by Muslims one should admit this important fact especially with the future in mind

In Malaysia all students of tertiary institutions have also to follow the course of tamaddun Islam (Islamic civilization) creating an understanding of the non Muslim youngsters of what Islam is about

All this has been made easier in Malaysia because of the fact that Islam is the official religion of the state and because of the conviction that a Malay is automatically a Muslim

**The Philippines**

After independence the Muslims in the South has had to face a bitter condition The independent government has all been pro Christians In the name of national unity the Christians of the North have been encouraged to move to the southern part thereby disregarding the statement of 1935 of the Moros in which they expressed their identity The result is the fact that the Muslims have been overwhelmed by the Christians in their own original territories In many parts of the South the Muslims have become a minority

**What can be done?**

The variety of conditions in the three countries of Southeast Asia demands a solution or at least an attempt at the solutions which are different from each other This does not mean that there should not be similarities of efforts The similarities include the following steps

1 All the Muslims in the respective are as and for that matter in the world should strengthen their awareness of the truth of Islam They should be able to be imbued with the Islamic spirit i e that it is so to work to hitable

2 They should also deepen their knowledge of Islam as well as of the supremacy of Islamic teachings over modern secularism and the teaching of other religion Muslim du at should be able to talk about this kind of supremacy

3 They should strengthen their ukhuwah Islamiyah The verse that the mukmin are brother (Q 49 13) should be practised So is the statement amr ma ruf nahy munkar (Q 3 111)

4 Muslims should also be convinced that they are the khalifa on earth

5 Muslims in the respective areas should make a study of their conditions thoroughly and continuously The merits and demerits of the conditions including in the social economical and political fields should be surveyed and researched into It would be of much help if Muslim universities in the countries concerned will also establish area studies programmes like Southeast Asia in order to continuously follow up their findings in terms of analyses and suggestions As these area studies programmes have been developed in the West extensively similar area studies programmes are needed in well established Islamic universities in for example the Middle East Imam Muhammad Ibn Saud Islamic University the sponsoring agent of this conference if it does not have such a programme yet should embark upon this kind of programme to counter every the fomdoms and activities of the western including Christian universities We have to admit that we still lack data banks on the activities of the Christians

6 In fact we have to anticipate the world development in the future in order to be ready to face it in the interest of Islam and the Umma Such a programme is also needed in our universities

7 As to the respective three countries in Southeast Asia i e Indonesia Malaysia and the Philippines the following possible steps might be useful

7 1, Indonesia Indonesian Muslims should in addition start activities in the political field in the near future in proportion to their majority A well defined plan should therefore be drafted Indonesian Muslim leaders should re-establish their istiqama in upholding the word of Allah But they should also master the intricacies of social economical and political development As the future promises the increasing role of science and technology they should not lag behind in these fields but neither should they neglect the Islamic spirit and foundation

Indonesians should organize their schools institutes and the like according to their own needs As in colonial days they should

FED-PEC0266502

---

## Features

nowadays also have the courage to have their own curriculums this also means the Islamization of knowledge as decided upon by the successive international conferences of Islamic education

In the field of religious propagation Christian missionaries should be forced to follow the code of ethics concerned The Christian missionaries whether Protestant or Catholic should implement the resolution made at the International Conference on Christian Mission and Islamic da wah in Chambesy in 1976 as well as the guidance as reflected in the document of Vatican II (See Appendix)

7 2 Malaysia Malaysia should continue its Islamization policy It should expand it with wisdom to the areas of Sarawak and Sabah More dakwah activities should be launched towards the indigenous tribes in West and East Malaysia In the two states of East Malaysia Muslims should work hand in hand including in the political field

7 3 The Philippines As the Moro problem has developed into a political matter political solutions are needed Indonesia and Malaysia should be able to lend a hand in this question OIC should play an intermediary role and should do its utmost to solve the problem

The Balik Islam Movement (the movement to return to the Islamic fold) of Christians who have become aware of the fact that their ancestors were in fact Muslims) should be encouraged Muslim du at from Malaysia and Indonesia should be sent to strengthen the programme of the Balik Islam Movement

Islamic schools should be opened in the southern part of the Philippines and scholarships offered to the youngsters The social and economical conditions should also be uplifted Islamic radio broadcasts which have been successful for the last few years

should be assisted

All in all more aid should be offered to our Muslim brothers in Southeast Asia in general

We trust Allah for His forgiveness and blessings Amin

Appendix (Indonesia s Crescent Vol III No 1)

• From The Statement of the Conference on 'Christian Mission and Islamic Da wah Chambesy June 1976

6 The Christian participants extend to their Muslim brethren their full sympathy for the moral wrongs which the Muslim world has suffered at the hands of colonialists neo-colonialists and their accomplices The conference is aware that Muslim-Christian relations have been affected by mistrust suspicion and fear Instead of co-operating for their common good, Muslims and Christians have been estranged and alienated from one another After more than a century of colonialism during which many missionaries served the interests of the colonial powers whether deliberately or unconsciously the Muslims have felt reluctant to co-operate with the Christians whom they have fought as agents of their oppressors Although the time has certainly come to turn a new page in this relationship the Muslims are still reluctant to take the step because their suspicion of Christian intention continues The reason is the undeniable fact that many of the Christian missionary services today continue to be undertaken for ulterior motives Taking advantage of Muslim ignorance of Muslim need for educational health cultural and social services of Muslim political stresses and crises of their economic dependence political division and general weakness and vulnerability these missionary services have served purposes other than holy proselytism that is adding members to the Christian community for reasons other than spiritual Recently revealed linkages of some of these services with

the intelligence offices of some big powers confirm and intensify an already aggravated situation The conference strongly condemns all such abuse of diakonia (service)

7 The conference strongly urges Christian churches and religious organizations to suspend their misused diakonia activities in the world of Islam The conference urges strongly that all material assistance donated by outside churches and religious organizations henceforth be distributed whereyer possible through or in co operation with the governments and local communities of people for whom they are intended respecting the dignity and integrity of the people concerned

### From Vatican II

Upon the Muslims too the church looks with esteem They adore one God living and enduring merciful and all powerful Maker of heaven and earth and Speaker to men They strive to submit wholeheartedly even to His inscrutable decrees just as did Abraham with whom the Islamic faith is pleased to associate itself

Though they do not acknowledge Jesus as God they revere Him as a prophet They also honour Mary his virgin mother at times they call on her too with devotion In addition they await the day of judgement when God will give each man his due after raising him up Consequently they prize the moral life and give worship to God especially through prayer alms giving and fasting

Although in the course of centuries many quarrels and hostilities have arisen between Christians and Muslims this most sacred synod urges all to forget the past and to strive sincerely for mutual understanding On behalf of all mankind let them make common cause of safeguarding and fostering social justice moral values peace and freedom

FED-PEC0266503

# Islamic Dawah in Nigeria Today

### *Badmas Lanre Yusuf*

In discussing the state of Islamic Dawah work[1] in Nigeria today certain preliminary remark ought to be made concerning the position of Islam in this pre-colonial geographical entity politically called Nigeria

A time it was in some parts of this country when Islam comprehensively governed the life of the people[2] Everything at that time was being done within the framework of Islam Arabic was more or less the official language[3] and Muslim scholars were alive to their responsibility moving from one town to another spreading the religion of Allah promoting the Islamic education and purifying the society from corruption and Kufr etc[4] Without any exaggeration that time could be marked the as golden period of Islam in Nigeria

However with the colonialists invasion of this country[6] the tempo with which the Dawah was progressing was halted This was done through numerous measures notably but certainly not exclusively modification of the Shariah relegation of Arabic and Islamic education to the background

With our independence in 1960 the problem facing Dawah in Nigeria has multiplied to include imperialism zionism secularism communism and social ism All these forces combined together to ensure that the cog put in the wheel of Islam by colonialism is not removed

Unfortunately many Muslims who should know better have been taking undue consolation in the divine assurance that *Allah will perfect His light*[7] That assurance is to the effect that Islam will remain and will be immune from various conspiracies to distort its teachings They therefore thought of no role to play But the few among them (and they were in minority then) did all they could to protect Islam and the Muslims

## State of Islam & Muslims

A cursory look at Islam and Muslims in Nigeria today will show that the former remains intact and strong while the latter is powerless humiliated and almost disgraced The situation would have been better if all Muslims were conscious of their duties

Otherwise it will remain so as long as we refuse to change our condition This is because Allah will not change what has afflicted a people unless they change their condition (for better)[8] If we have decided to change our outlook it must be towards improving our relationship with Allah and man kind We cannot however improve our relationship with man kind unless through rigorous

Da wah in the path of Allah as practised by the Rasul (peace be on him) the Sahabah (Companions) and previous generations of Ummah We should not allow the glittering twentieth century Jahiliyyah[9] as typified by materialism to becloud our sense of responsibility and dedication to Da wah We should remember the fear expressed by the Noble Prophet that

It is not the fear of poverty that I entertain for you but I fear that (the treasures) of the world will be opened for you as they were opened for those before you and you will struggle for them as they struggled for them and they will destroy you as they had destroyed them[10]

## Essence of Dawah

Dawah as an Islamic concept that connotes a call or invitation to the path of Allah aims at total re-construction of human society through re-orientation of individuals The Qur an has consequently summarized essential parts of Dawah as follows calling to the righteous way (Islam) enjoining virtues and discouraging vices[11] Dawah thus is a positive way for spiritual development of man kind The Qur an at several places extols Dawah It says for example

*Who is better in speech than he that calls to the way of Allah*

FED-PEC0266504

## Features



*Islam remains intact and strong in Nigeria while Muslims are humiliated, powerless and disgraced*

and declares that I am among the Muslims.[12]

And also

*Let there arise among you a band of people that should call to the righteousness, enjoin virtues and prevent vice, those are the successful ones.[13]*

If the Noble Prophet who is the model for all Muslims has to be emulated, then it is a must for all to get involved in Dawah because it cannot be disputed that

the Rasul spent his entire life in doing Dawah work. Because of the importance of Dawah in Islam and for mankind, the Rasul has been quoted as follows:

If God guides a man through you it is better for you than the world and what it contains.[14]

Viewed from this perspective Shaikh Abdul Azeez ibn Baz[15] has regarded Dawah as compulsory for all Muslims as against some scholars that regard it as

fard kifayah which could be taken up by some people on behalf of the Ummah. This stand of Shaikh ibn Baz should enjoy wide acceptance, particularly among the Muslim youths in view of the fierce attack to which Islam is subjected by various interest groups and also in line with the jurists' axiom that Whoever has acquired knowledge about an issue he should disseminate it because he has become informed about it.[16] Put simply, the es-

---

## Features

sence of Dawah lies in the fact that it is a process through which mankind could be free from man to man worship thereby making it practicable for the society at large to worship Allah and promote peace and stability for all

### Dawah in the Earliest Period

The Prophet started Dawah from his home as he was directed by Allah Thus his wife Khadijah his servant Zayd his cousin Ali and his friend Abu Bakr embraced Islam The Prophet further invited the Quraysh to Islam

Some of them responded positively while others did not only turn down the invitation but also became the most inveterate enemies of Islam

The rightly guided Caliphs similarly made tremendous efforts to propagate and defend Islam Islam thus expanded beyond the Arabian Peninsula to such areas as Egypt North Africa Persia Rome Kufa Basra etc

At this juncture it is apposite to note that though Islam enjoins the Muslims to embark on Dawah it does not allow them to use force intimidation or persecution to convert people Islam respects man and gives him freedom of thinking and choice Once Dawah is directed at him he is free to choose between *Dalal* (error) and *Huda* (guidance)

### Divisions of Dawah

Dawah as a vehicle for spiritual and social purification of the world could be divided as follows

~ Dawah to a non Muslim to embrace Islam Every Muslim who is conscious and proud of Islam is the only acceptable religion to Allah will feel naturally compelled to present or introduce his religion to others outside it

~ Dawah to Muslims to allow

Islam reflect properly and fully in their public and private life This is what many Ulama in our society are doing either in their Friday sermons radio or television talks

* Dawah in a Muslim society to give Islamic political order a chance This in essence means thorough Islamization of socio economic and political structures of the society Dawah in each of these divisions has a specific strategy to be used in order to achieve the desired result Our inability to appreciate that fact has led to an unfortunate situation whereby Muslims sometimes are more antagonistic to Islam than the non Muslims In our society today many Muslims are more ignorant about Islam than even the non Muslims This situation has led the latter to oppose any reform or programme that is rooted in Islam The logic here is that if such programme or policy is left to be implemented it will give credit to Islam thereby making it more attractive to people

### Efficacy of Dawah

For Dawah to be effective and fruitful cognizance must be taken of the Divine instruction that commands that a band of people should rise up for the task [17] This band of people is not just any group that haphazardly collects members together to embark on Dawah with little or no preparation Dawah as a profession requires that those to be involved in it must be thoroughly learned and well-equipped This well groomed group must also understand psychology of Dawah very well

Not only that members of the group s knowledge about Islam should be blended with practical demonstration of its injunctions high moral rectitude so as to become model for those who are being called to accept Islam Qur an says

*Say this is my way I call unto Allah with evidence clear as things seen with eyes I and those that follow me glory be to Allah we are not among those who associate partners (with Him)* [18]

Other qualities that this Dawah group should possess include wisdom truthfulness patience and above all simplicity Needless to say the Noble Prophet possessed all these qualities even before the revelation and they endeared him to many Arabs

It was reported that an Arab bedouin was asked why he believed in the religion of Muhammad (peace be on him) He said he (Muhammad) enjoins nothing that is unreasonable and he does not forbid a thing which is not unreasonable [19]

In most cases, there is always the need to give short or long training to a Dawah group before the commencement of the job For as we have seen in the above quoted Hadith the first step towards a successful Dawah is to address the audience with wisdom logic and beautiful exhortation as Allah declares

*Invite (all) to the way of thy Lord with wisdom and beautiful preaching and argue with them in ways that are best and most gracious for thy Lord knows best who has strayed from His path and who receive guidance* [20]

In fact when Sayyid Qutb is commenting on this verse he observes that the Qur an builds pillars of Dawah and its principles on this verse A wise approach should be employed in Dawah through good preaching that will penetrate gently and appeal to the people If it is going to involve argument it should be in a decorous and gently manner [21]

History has shown that many great thinkers who embraced Islam did so on account of rationality of the religion Indeed the

FED-PEC0266506

---

## Features

---

Makkan chapters of the Qur an are full of logical argument drawing inference and addressing the the minds of the Makkan audience of the time

At this juncture it is worth stating that Dawah group should remember that guidance of a soul is in the hands of Allah alone

*You cannot guide whom you like but Allah it is Who guides whomsoever He wishes* [27] Therefore if the group succeeds it will be given a reward for effort made and another reward for the success recorded If the contrary is the case Allah will certainly give reward for the effort made A Dawah group should avoid what is referred to in Islamic parlance as *Riya*[23] so as not to be among the losers on the Day of Judgement It is my belief that the most urgent step that needs to be taken today is to form Dawah groups at all levels even including the family level This group is our only best bet and there should be an inter group link to ensure easy monitoring of movement of people who are being invited to Islam If some people can be proud to struggle assiduously to spread ideologies which are highly irrelevant to our society then a Dawah group should not hesitate to feel highly honoured for being assigned with such divine responsibility for which Allah will reward greatly

## Dawah Methods

From the legacy of the Noble Prophet we can deduce the following methods First he invited people to a gathering where he discussed Islam with them This we can also do on ordinary days or during any of our major festivities

Secondly he sent out letters to people and rulers inviting them to embrace Islam [25] In emulating the Noble Prophet (peace be on him)

it is possible not only to write letters but also to produce tracts on various Islamic topical issues

Thirdly the Noble Prophet (peace be on him) raised a group of people to be despatched towns and villages with instruction that they should make things easy for the people where they were going [26] This of all the methods should be West utilized in our society today because a casual visit to rural areas in many parts of the world, will show that they have been invaded by people whose mission is to evangelize the people or de Islamise them

I feel most convinced that the only way to check the encroachment of the Kuffar[27] is through Dawah group with dedicated and learned Muslim youth who should be full time Dawah workers Their being on full time basis will exempt them from the so called General Order and their freedom of movement and expression will not have to be structurally adjusted Further they will be able to remain within their area of responsibility to cater to spiritual needs of those who may have embraced Islam

We may be sceptical about practicability of this theory due to financial difficulty but if we can establish a Nation Dawah Fund as well as National Zakat Council [28] Muslims could be persuaded to pay one naira annually to the former while the wealthy ones could be asked to pay part of their annual Zakat to the latter

As an interim measure however Muslim youth organizations and other Islamic bodies should focus their attention on rural area Dawah Apart from the rural areas the eastern part of Nigeria [29] minority areas of the northern states as wall as Ondo State are crying for more casual as well as resident preachers of Islam It is our belief that government work-

ers can devote their annual vacation and weekends to Dawah But for this to be convenient and practicable there should be perfect arrangement and coordination as even at work one can invite people to Islam It should be noted that Islam is like a beautiful and elegant potential bride waiting to be won by a lucky groom It s naturally attractive and magnetically tempting that all we need to do is to introduce it to the people and leave the rest in the hands of Allah Introduction could be through conversation dialogue or giving out books for reading It can also be done through inter family meeting at which one can slot in Ahmad Deedat s video cassettes In doing all this we must ensure that we have studied spiritual inclinations of the people before we can decide on which approach to be used It may take a long time before the result is realized yet we should be patient and do the follow up

## Dawah and Mass Media

Our concentration so far has been on Dawah of non Muslims to Islam Before shifting to other forms of Dawah a word or two need be said about the use of print and electronic media for Dawah Long before now the Noble Prophet made use of one form of media or the other through his famous instruction that Let those who are present inform those who are absent [30] In the light of this handbills newspapers and journals could be printed and widely distributed among both Muslims and non Muslims It cannot be gainsaid that these media have been playing a significant role in the spread of Islam

As regards Muslims in the media field they should mobilize all Muslim media men whether employed or unemployed with a view to giving them orientation and sense of direction Furthermore they should also form a body where they can meet to

FED-PEC0266507

## Features



*A Dawah meeting in Nigeria  A well prepared programme of action is imperative to invite competent scholars address such gatherings*

compare notes and work out strategy for more effective utilization of mass media to propagate Islam

Again in the interim period editors of Friday pages of some national dailies [31] as well as producers of Islamic programmes on radio and television should not be left alone without brotherly rapport and constant meeting In particular the producers should be assisted in selecting talkers preachers and topics If possible a league of preachers of Muslim societies could be formed to serve as advisory board for the producers to ensure adequate and judicious use of the slot

For the success of all that has been said so far two things are essential First there should be a clearly drawn programme which should articulate what we intend to achieve how and at what pace

Secondly there is the need to compile Qur'anic portions and Hadith that deal with faith and other related matters This in turn should be published and translated into Hausa Yoruba and Igbo languages [32] This will especially be useful to those who have just embraced Islam as it will provide opportunity for them to read at their own pace and ponder very seriously the Islamic concept of God and Islamic outlook generally

As for the generality of the Ummah I feel that separate programmes should be drawn for Muslim workers women and children To this end there is urgent need to form a Muslim workers forum With a well prepared Dawah programme of action we can invite competent scholars to come and address the forum on various topical issues This will certainly help in broidening the Muslim workers horizon about Islam as it will also generate in them more commitment to Islam to the point that they will then be able to protect and defend their

faith against any move to pollute it by anti Islamic forces

A similar programme could be used for Muslim women and this can be handled by dedicated Muslim sisters whose participation in Dawah work almost ends usually with the end of N Y S C [33] period For this women s programme to be successful distinction should be made between Western educated women and others The Dawah programme for each group will differ significantly because of differences in background orientation and outlook The ultimate aim will however be the same and that is to produce conscious and practising Muslim women who will become models for others Through this Muslim homes will enjoy spiritual stability and progress while our women will be saved from machinations of various agents of de Islamization that parade about in the name of Council of Women Societies Service Clubs etc

FED-PEC0266508

## Features

As for children's programme it could be arranged twice or once in a week if it cannot be sustained daily. The primary motive will be to introduce them to Islam at early stage of their life to puncture all misinformation that they were fed with in various nursery and primary schools and to teach them the reading of the Qur'an and learning about our Aqidah [34] Fiqh and stories of the Prophets of God. This programme is easy to implement all it requires is a set of dedicated instructors who should appear neat and well kept before the children. Equally related with this, is the need to establish homes for motherless babies orphans and destitutes. The few available ones in the country though financed through public spirited individuals and organizations are being run by the Christians. This invariably means that all inmates will turn to Christianity.

### Appeal to Ulama

The inherited responsibility of Ulama is Dawah. Unfortunately most of our Ulama have confined Dawah to Ramadan period worse still they have even commercialized it. Socio religious gatherings such as naming and ceremonies which serve naturally as Dawah forums have been grossly under utilized. There should be periodic preaching on topical Islamic issues that will re invigorate the Ummah and prepare them spiritually and mentally for the challenges of our contemporary society.

### Conclusion

In conclusion it should be emphasized that Dawah is an art which should be mastered thoroughly before it is embarked upon. In order to be taken seriously those who propagate Islam should live according to Islam. No matter the condition no levy should be imposed on those being invited to Islam. And no matter how rough the road may be the preachers should not feel discouraged frustrated derided or humiliated. Intentions should be purified and made sincere for God and His Noble Prophet (peace be on him)

### Notes & References

1. Dawah is an Arabic word. It means calling or invitation. Technically it refers to the propagation of Islam in general

2. Adam Abdullah Al Iluri *Al Islam Al Yawm wa qadan fi Nijirya* Cairo 1405 A H 1985 C E p 14

3. Adam Abdullah Al Iluri *Misbah Dirasat al Adabiyyah Fi Diyai Nijirya* Cairo 1967 p 5

4. Ibid

5. Ibid

6. The British colonialists promoted Christianity and Western education while they debased Islam and Arabic education

7. See Qur'an chapter 9 verse 32

8. Ibid chapter 13 verse 11

9. What is in vogue this time is inordinate materialistic ambition which has led to the negligence of Dawah

10. See *Majallat Al Hidayah* No 56 Vol V Shawal 1402 A H August 1982 p 2

11. See Qur'an chapter 3 verse 104

12. Ibid chapter 41 verse 33

13. Ibid chapter 3 verse 104

14. Adam Abdullah Al Iluri *Tarikh Dawah ila Allah baynal Ams wal Yawm* Cairo 1399 A H 1979 CE p 41

15. This assertion was made during a lecture delivered by Shaykh Ibn Baz at King Saud University Lecture Theatre on 14/11/89

16. Islam should be taken as a knowledge about Allah and how He should be worshipped. It is against this background that to disseminate it becomes a duty on all Muslims

17. See Qur'an chapter 3 verse 104

18. Ibid Chapter 12 verse 108

19. See *Majallat Al Hidayah* No 34 Vol 5 1400 A H 1980 C E p 52

20. Qur'an chapter 16 verse 125

21. Ibid

22. Ibid chapter 28 verse 56

23. *Riya* is a bad character trait which should not be allowed to deny one the reward of Allah the Most High. It is not proper for one to embark on Dawah activities so that he could be praised by the people. Rather he should carry out Dawah activities for Allah's sake

24. This was when he invited people of Makkah with a view to giving them good tiding about Islam

25. This is another practical Dawah methodology adopted by the Noble Prophet and which should be emulated by the Du'at

26. See *Ad Dawah al Islamiyyah* A publication of Riyadh based World Assembly of Muslim Youth 1405 AH 1985 p 234

27. There are several villages here in Nigeria where several people could be converted to Islam if only concerted effort is exerted to that effect

28. Some states in Nigeria have established a Bord or Council to collect and distribute Zakat. However more still needs to be done in the area of enlightenment

29. The National Council of Muslim Youth organizations NACOMYO has been making some laudable efforts which need to be complemented. For example it has an Islamic Propagation Centre at Owerri in the Eastern Nigeria

30. This should convince the philanthropists among Muslims that to buy some slots or pages in the electronic and print media will help tremendously in propagating Islam

31. Al hamdulillah many newspapers that devote a page for Muslim readership every Friday put Muslim brothers as Editors of such pages

32. Igbo or Ibo is a very large tribe in the Eastern part of Nigeria. The Muslims among them are however in minority. This explains why Dawah programme should be concentrated in their region

33. N Y S C means National Youth Service Corps. It is a one year compulsory service that every Nigerian University graduate must render before taking up any job

34. By this pure doctrine will be re planted in their minds

(The writer is a Lecturer in Arabic and Islamic Studies, Deptt of Religions University of Ilorin Ilorin Nigeria)

FED-PEC0266509

## Features



*Serbian savagery in Bosnia  Non Islamic forces are putting excessive squeegee on Muslim world*

# Towards Evolving a Development Strategy

*Dr M N Qureshy*

The countries of the world besides being divided into the developed and developing, are aligned as Muslim and non-Muslim countries The Muslim world scrolls over the entire globe though the bulk of it sprawls across the tropic of cancer As such it is a dominant part of the third world It comprises two groups - the slim majority and Muslim-minority nation states The former numbering forty four, are members of the Organisation of Islamic Conference (OIC) Economically a few of the countries belong to the highest per capita income group of the word whereas their bulk is at the lowest level of economic development and almost all of them are partially or totally dependent on the West

The emerging economic and political trend in the Muslim world may be a third force for shaping development scenario based on strong spiritual values However, this is not being taken kindly by the beneficiaries of the present world order Former US Vice President Dan Quayle has for example called Islamic fundamentalism America s worst enemy NATO proclaims the same Further the history bears it out that no real help can be expected from the West in bailing out the Muslim world from its under-developed state and dependency

The natural resources endowment of the Muslim countries is very rich with two-thirds of the oil and gas reserves of the world abundance of metallic and non metallic minerals rich tropical and equatorial forest reserves huge hydro electric potential expansive oceans with enormous resources and strategic significance Despite all this their people by and large spend their lives under extreme conditions of deprivation The people are poorly educated Above all these countries are riddled with political strife For one reason or the other the development process in these countries has been devoid of the vision needed to adequately respond to the challenges the Muslim society faces

It is incumbent on the Islamic Ummah to seek guidance from the Holy Qur an and Sunnah to

FED-PEC0266510

## Features

evolve a development strategy as a single, unified group of countries The foremost requirement if any development package is to work is unison as per dictates of the Qur an which says, *And hold tightly onto the rope of Allah all together and do not separate* (3/103)

In addition, it is the responsibility of the Muslim world that the development should be such as to achieve material progress together with Islamic moral values

The development comprises three resource elements, namely natural, financial and human resources These resource-element has to be knit together in a pyramid with each element occupying an apex of the base of the pyramid

Further, the challenge is to evolve an amalgamation of these elements with the Islamic tenets to yield optimum benefits to the society in material and spiritual terms It is true that no single Islamic country has all these resources But, collectively it is possible to mobilise these resource-elements from the Muslim world The need is to inculcate the cooperative spirit for sharing these resources What the Muslim world has in addition is the common ideology that flows from the Qur an and the last sermon – Hijjat al-Wida – of the Prophet Muhammad (peace be on him) that together provide the running cord for the Ummah

Togetherness apart at present the development is almost totally dependent on achievements in science and technology and harnessing the same for the benefit of the society The world of today is dominated by non-Islamic forces who are putting squeeze on the Islamic society directly as in Bosnia and Palestine and indirectly in many other regions An aggressive unabashed cultural invasion on Islamic society is going on through various types of media It has created extra tensions in the Ummah

The break-up of the USSR and re-appearance of independent Muslim nations in Central Asia make it incumbent on the Ummah to consolidate itself so that once again it becomes the main force in the comity of nations As a beginning the following steps warrant consideration

* Set up a Muslim world watch group comprising scientists, technologists economists, administrators and Islamists

* Establish a few centres of excellence in frontier areas of science and technology to develop indigenous talents and enabling reversal of the process of brain drain by launching multi-disciplinary, multi-national research projects in areas relevant to the Muslim world

* Initiate joint-ventures to help reduce the technological and scientific gap between the West and the Muslim world

* Bring about effective liaison between the economic groups like ECO, ASEAN, GCC SAARC etc

* Evolve mechanisms for promoting trade amongst the Muslim nation states as a prelude to Islamic Common Market - a goal projected by ECO in the February 1992 summit meeting in Tehran

* Take maximum advantage of various schemes of the IDB on education and development

* work out ways and means for combating and eliminating Western cultural invasion

* Draw out a list of priority areas with a view to leap frog

* Establish a cell secretariat in a Muslim country for the purpose of coordination, preferably under the auspices of the OIC



*Jabl al Rahmah in Arafat The Noble Prophet s Farewell Sermon delivered from here stressed the common bonds which bind Muslims together*

## In the Light of the Qur'an

# The Basic Elements of Human Life

### Dr. P. Hamid Abdul Hye

> *The message of the Qur'an is that the man is the supreme creation on the earth and the rest of the creation is only for the service of that supreme man*
>
> *"Surely, We created man of the best stature" (Qur'an 95 4)*
>
> *"See ye not how Allah hath made serviceable unto you whatsoever is in the skies and whatsoever is in the earth and hath loaded you with His favours both without and within (Qur'an 31 20)*

In order to understand this message and to achieve the desired goal He fashioned him and breathed into him of His spirit and appointed for you hearing and sight and hearts' (Qur an 32 9) thus enabling the man the power of acquiring knowledge of external as well as internal things by impression on the senses through sound vision in-depth studies and understanding by balancing emotion and reasoning

By placing him as the vicegerant of the earth (6 166) he is destined to study and reflect the laws of nature and the knowledge thus gained thereof must be utilized by proper technique for the benefit of humanity

As steady progress is being made in various scientific fields new vistas are opening up resulting in knowledge explosion This has enabled us appreciate the various phenomenon of nature in the scientific light

### Basic Elements of Lifes

Water air soil and sunlight are the basic elements for the survival of all living creatures including man Whereas all others have independent existence man alone is entirely dependant on others for his survival For example, the sun needs no help from man nor tree nor water but man needs them all for him It is indeed an irony of Allah s creation that the best of creation cannot have an independent existence

### Water

It is one of the basic requirements of Life process life cannot sustain on earth without water Innumerable Qur anic verses indicate the role of water in all its dimensions as the most vital ingredient of life on earth

*He it is who sendeth down water from the sky whence ye have drink and whence are trees on which ye send your beasts to pasture*

*Therewith He causeth crops to grow for you and the olive and the date palm and grapes and all kinds of fruit Lo' herein is indeed a portion for people who reflect (Qur an 16 10 11)*

*And it is He Who created men from water (Qur an 25 54)*

*Allah hath created every animal out of water (Qur an 24 45)*

### Sun and Soil

Both are essential for survival as much as water The sun is perhaps the most important of all the heavenly bodies

*He it is Who appointed the sun a splendour and the moon a light and measured for her stages that ye might know the number of the years and the reckoning Allah created not (all) that save in*

FED-PEC0266512

## Features



*Man, animals and plants cannot live and grow without the sun's rays*

truth He detaileth the revelation for people who have knowledge (Qur'an 10 6)

Man animal and plants cannot live and grow without the sun's heat and light namely the solar energy Besides the time is measured with the help of the sun and the moon

And the earth have We spread out and placed therein firm hills and caused each seemly thing to grow therein

And We have given unto you livelihoods therein and unto those for whom ye provide not (Qur'an 15 19 20)

As the above holy verses indicate the earth provides livelihood food-grains fruits fresh air cool shades etc Besides the blossoming of human civilization in all its hue was made possible through the cultivation of the land perhaps the first profession of man In the view of Allama Muhammad Iqbal Hazrat Adam is the first conscious man bestowed with the knowledge of things around (2 31) and laid the foundation stone of science of agriculture [1]

### Air

It is also an indispensible element of life process on the earth

Allah has blessed the atmosphere with various types of gases which are freely and effortlessly available to all creatures They are nitrogen oxygen carbon dioxide hydrogen ammonia ozone and aqueous vapour etc

Nitrogen content of the air is about 78 percent oxygen about 21 percent carbon dioxide about 0 03 percent and others are only traces [2]

In spite of the presence of large amount of nitrogen in the atmospheric air unlike oxygen it does not enter the blood circulation through the inspired air of breathing process But it just remains inert without dissolving into the blood that is, it neither enters the blood nor comes out of it [3]

However in the beneficial divine scheme of definite purpose such as a large quantity of nitrogen gas cannot go waste as the new scientific discoveries tell us

### Nitrogen Cycle

Most of the nitrogen from air gets entry to the soil after being converted into nitric oxide through rain water and electric discharges from clouds Various nitrogen compounds are formed through symbiotic bacteria of leguminous plants Thus the soil becomes the store house of nitrogen to be utilised by the plant kingdom On one hand free nitrogen of the air is brought down into the soil as ultimate products of nitrite and nitrate of some metals and on the other the nitrogen compounds present in the soil are disintegrated by de nitrifying bacteria into free nitrogen or oxides of nitrogen which then escape into the air Thus there is a regular circulation of nitrogen through air soil plants and animals [4]

The following divine verses portray beautifully the role of

FED-PEC0266513

---

## Features

winds in impregnating water with nitrogen to enrich the soil

*And We send the winds fertilizing and cause water to descend from sky* (Qur'an 15 22)

*And He it is who sendeth the winds glad tidings heralding His mercy and We send down purifying water from the sky* (Qur'an 25 48)

*And He it is Who sendeth the winds as tidings heralding His mercy till when they bear a cloud heavy (with rain) We lead it to a dead land and then cause water to descend thereon and thereby bring forth fruits of every kind Thus bring we forth fruits of every kind Thus being we forth the dead Haply ye may remember* (Qur'an 7 57)

Thus sufficient nitrogen gains entry into the human body by the oral route through the food consumed rather than the air breathed and it seems to play a vital role in the bodily functions of different systems

### Role in Human Body

It was considered a poison for the human body and was even suspected to have carcinogenic property But it is now believed to play a vital role from digestion to antimicrobial defense

Nitric oxide is the smallest as well as lightest molecule acting as a biological messenger in mammals It has an unpaired electron making it a free radical that reacts with other molecules Its life span in the human body is still unknown Researchers in late 1980s show that its presence stimulates different cells into an array of activities

### Cardiology

It helps to bring down the high blood pressure Nitric oxide released by the endothelial cells on the inside of the blood vessels

wall migrates to nearby muscle cells and relaxes them thus dilating the blood vessels and lowering the blood pressure [5]

Recent researchers show the septic shock a life threatening condition resulting in outpouring of nitric oxide leading to life threatening low blood pressure

By administering nitric oxide inhibitors the reduction in blood pressure is reversed to normal level within few minutes

### Neurology

Startling discoveries are coming to light in this field

Nitric oxide molecule does the work of a neurotransmitter without any pretension of a real neuro transmitter It has no special storage facilities nor special release mechanism

It is just produced and wherever it is needed and it simply diffuses out of the cell of production It acts on enzymes and carries message to any and every cell within reach It has been postulated to help cells to store and retrieve information and is considered to be a major biochemical component of long term memory [6]

### Immune System

In cellular defence it plays a dual role

It blocks the abnormal growth of cells as in cancer by inhibiting key pathways of growth It cripples iron groups in certain enzymes including those that synthesis DNA thus preventing growth an antitumour function

It can also kill the cells outright by combining with oxygen and producing hydroxyl and nitrogen dioxide which are the cellular assassins This may be its mechanism of antimicrobial effect [7]

### Sexual Activities

In males it has been established that the Nitric oxide induces sexual excitement transforming into potency by causing penile erection

Key pelvic nerves receive the message from the brain and make nitric oxide in response This nitric oxide dilates the blood vessels of the crucial areas of the penis and blood rushes in resulting in erection When synthesis of nitric oxide is blocked the essential blood vessels do not dilate and penis stays limp [8]

Hence its possible role in impotence is being pursued now by researchers

These are some of the crucial functions carried out by nitric oxide as of now It is still a long way before establishing the entire range of its activities beyond doubt

Thus Allah bestows His benevolence in many a way

*Which is it of the favours of your Lord that ye deny?* (Qur'an 55 13)

### References

1  Islamic Revelation Discussed in the Perspective of Plant and Animal Science M A Raquib MAAS Journal of Islamic Science vol 16 No I January June 1993 Aligarh 202 002 U P India p 14

2  Ibid p 17

3  Gaseous Exchange in the Lungs Human Physiology Chahrab arti Ghosh and Sahani II Edition The New Book Stall 5/1 Ram nath Mujumdar Street Calcutta 700 009 India p 345

4  Op cit 2

5  Nitric oxide Power Current Medical Science A CIPLA Update on Therapeutics vol 6 No 2 March April 1993 Bombay 400 008 India P 1

6  Ibid

7  Ibid

8  Ibid

9  The Meaning of the Glorious Koran Translation by Mohammed Marmaduke Pickthall (R ah) The New English Library Limited London U K

FED-PEC0266514

# The Woeful Plight of Polish Muslims

*An IINA Report*

The situation of Muslims in Poland remains sad due to the historical background of Europe, shortage of information regarding their condition and their needs, as well as lack of motivation among Islamic societies and countries to help them. The available information indicates that Polish Muslims are in precarious conditions compared to Muslims in other Eastern European countries

Islam has long history in Poland where it came in the middle of the 13th century, with the expansion of conquests of the Mongols in this country

The Mongols, after defeat of Muslims, ruled over vast part of Islamic lands but they themselves came under the pale of Islamic culture and after some time embraced Islam Therefore contrary to the thinking of the church authorities, the Mongols not only did not succeed in destroying the religion of Islam but in fact they themselves became the cause of expansion of Islam in Europe

After the establishment of the Ottoman Caliphate and expansion of its power a pact was signed between the Ottomans and the Polish king in 1577 on the basis of which the Ottoman Government was committed to support Poland and its king These conditions allowed Islam to flourish in Poland

In this period significant improvement took place in their conditions and various Islamic publications were brought out

During this period Polish Muslims not only enjoyed religious freedom, but they became a sanctuary for Soviet refugees Muslims as well With the partitioning of Poland between the USSR and Nazi Germany in 1939, the period of darkness and troubles for Polish Muslims started Polish Muslims fought alongside their other compatriots for the freedom and liberation of their homeland Hundreds of them were killed With the establishment of a Communist government in Poland and annexation of Eastern parts of Poland to Soviet territory not only did a new period of cruelty in the history of Polish Muslims began, but their unity was also threatened

There is no precise statistics and census about the number of Polish Muslims According to the report of the association of East European Muslims, their number before the World War II was between 100 000 and 150,000 But their number despite doubling of the Polish population, declined since One of the Polish Muslim leaders said a number of Polish Muslims were killed in the war against Germany Many were also decimated in the massacres after the occupation of Poland by the Red Army Today the number of Muslims in Poland is about 10 000 among them are Polish liberals, who have only recently embraced Islam

Muslims and their influence can be seen in the city of Biavostok where two mosques built during the Ottoman era still exist Muslims through great efforts, succeeded to prevent the Communist from turning them into museums The only Muslim cemetery is also located in Biavostok

In the port of Gdansk there are about 2,000 Muslims, where recently a small and very beautiful mosque has been built

Tens of years of anti-religious rule and lack of relations with the Islamic centres and societies caused the Polish Muslims heavy loss so far'their religious actions and Shariah practices are concerned This deviation was so great that some of the prevalent customs and traditions among them have no relations with Islam and are even openly contradictory to it They came under the influence of customs and traditions of the Christians and since religion was suppressed, the totality of these factors caused Polish Muslims to remain bound only to certain apparent traditions of the religion However it should be stressed that only speedy and extensive efforts made by Muslim societies ulema and scholars can we expect the betterment of their situation Scope to take these steps have been made possible in the former East Bloc

Today, there are many organizations and societies actively working for Islamic propagation in Poland The Supreme Islamic Assembly founded in 1925, through publication of a monthly magazine has begun construction of mosques and religious centres as well as holding educational classes to expand religious and social awareness among Polish Muslims

Situation of Muslims in Poland needs serious and consolidated efforts They need Islamic literature in Polish including the Qur'an and Hadith

FED-PEC0266515



**Now** *Available in All Book Stores and Shopping Centres throughout the Kingdom*

## The Muslim World Weekly
### 2 Saudi Riyals

## Al-Rabita
**(Monthly in Arabic)**    **3 Saudi Riyals**

## The Muslim World League Journal
**(Monthly in English)**    **3 Saudi Riyals**

## The Call of Truth
**(A Monthly Book Series)    5 Saudi Riyals**

* The entire income from sales will be utilized for the improvement of these periodicals and for services rendered to promote Islamic causes all over the world

* While placing orders for subscriptions, please mention the periodical required

With compilments of
**The Muslim World League**
P O Box 538 - Makkah al-Mukarramah

Sole distributors for the Kingdom and the Gulf
**The Saudi Distribution Company**

| Jeddah | Riyadh | Abha | Dammam | Madinah | Makkah |
|--------|--------|------|--------|---------|--------|
| 6530909 | 4779444 | 2270647 | 8410840 | 8229881 | 5585078 |

FED-PEC0266516



# "For Muslim Solidarity and Prosperity"

## Organization of the Islamic Conference

**Islamic Solidarity Fund & Waqf**

*Donate Generously:—*

■ *To Help Build a Mosque, Hospital or School*

■ *Rehabilitate Victims of Natural Calamities*

■ *Save Muslim Lives from Want and Hunger*

Islamic Solidarity Fund

OIC Secretariat General P O Box 178 Jeddah 21411

Tel 6800800 – Fax 6873568 – Telegrams Islamiyah Jeddah – Telex 601366 Islami S J

Fund s A/c No in Saudi American Bank 2600404 (for donations only)

Fund s A/c No in National Commercial Bank 34542000107 (for Zakat only)

FED-PEC0266517