# EXHIBIT 092

<u>**THE AMBASSADOR OF AFGHANISTAN IN CAIRO:**</u>

**"MORE THAN A MILLION AND HALF A MILLION OF MARTYRS AND THOUSANDS OF WIDOWS ARE THE PRICE OF VICTORY IN AFGHANISTAN."**

Sayyed Fadlallah, the ambassador of Afghanistan in Cairo, affirmed that the victory made in Afghanistan was precious, since its price was paid by more than a million martyrs and thousands of the disabled and the widow. He stressed that the Islamic State of Afghanistan supports the right of the Palestinian people to self-determination, condemns the continued Israeli occupation of the Palestinian territories and southern Lebanon, and strongly condemns aggression against the defenseless citizens in these lands.

Additionally, he reported that Afghanistan supports the solution of the Kashmir issue in accordance with the United Nations resolutions and supports the Jihad and struggle of Muslims in Kashmir, Burma [Currently: *Myanmar*], the Philippines, and Bosnia and Herzegovina to deter the fierce attacks on them. He said that Afghanistan appeals to the United Nations, the Non-Aligned Movement, and the Organization of Islamic Cooperation to stop these campaigns against the Muslim people in Bosnia and Herzegovina.

**THE SAUDI SUPPORT FOR THE AFGHANI JIHAD**

In an exclusive interview with the *Islamic World* newspaper, he said that the Afghani Muslim people express their appreciation to all the Islamic countries that supported their blessed Jihad, the foremost of which is the Kingdom of Saudi Arabia. There is no country that has truly supported the Afghani Jihad militarily, politically, and economically like the Kingdom of Saudi Arabia. It recognized the interim Mujahideen government immediately after its announcement. This was a brave position that clarified the matters not only in the field of international politics but also at the level of the average Muslims.

He underlined that the Kingdom of Saudi Arabia, through its leadership, scholars, propagators, young people, institutions, and capabilities, was determined from the very beginning to adopt the cause of Jihad and to support it financially and morally. The Saudi support did not stop for a single moment, since the first day of Jihad. The Kingdom of Saudi Arabia announced its support for the Mujahideen to confront the Communist invasion. He pointed out that the Saudi Kingdom's position concerning the Afghani Jihad stems from a basic historical background and from a comprehensive strategic vision. The first official discussions took place between a delegation of the Mujahideen led by Burhanuddin Rabbani, the Emir of the Afghan Islamic Association and the Head of the Alliance of the Seven Afghani Parties at that time with a Soviet delegation at the highest level in the Saudi Kingdom, particularly in the city of Taif on December 1st, 1988. These direct talks were a significant political victory for the Mujahideen after the military victory that was achieved in the battlefield. The Mujahideen were not just rebels anymore but became a real force that could not be underestimated. When Burhanuddin Rabbani, the Emir of the Afghan Islamic Association, immigrated with his fellow members of the Islamic Jihad movement from Afghanistan to Pakistan to start the armed Jihad, he traveled to the Saudi Kingdom and met with His Majesty King Faisal in secret. King Faisal promised him that the Saudi Kingdom would support Jihad. The Afghani Jihad was in its early stages at that time and nobody knew about it. If it had not been for this early care, Jihad, which was in its early stages in the land of migration, would be exposed to many dangers. This took place in 1974.

The Saudi Arabia kept its promise. It was the first country to implement the recommendations of the First Foreign Ministers Conference which was held in Islamabad, and it cut ties with the Communist regime in Kabul.

**CALL OF THE CUSTODIAN OF THE TWO HOLY MOSQUES**

Through the Saudi Red Crescent Authority, the Islamic Relief Organization, and the Muslim World League, the government and people of Saudi Arabia provided in-kind and financial support to the Afghani Mujahideen, purchased arms and ammunition, and paid the costs of transporting them even inside Afghanistan.

The recent call of the Custodian of the Two Holy Mosques, King Fahd bin Abdulaziz, may Allah bless him, to the leaders of the Mujahideen for reunification, as well as the visit of Prince Turki bin Faisal, the head of Saudi intelligence to Peshawar and then to Kabul are an honest expression of the great attention paid by the Saudi leadership to the cause of Jihad.

"The Arabs sacrificed a lot and gave money and souls to the Afghani Jihad, and their blood was mixed with the blood of the Afghans in the martyrdom arenas. They also played a role in bringing the points of view closer together among the circles of the Mujahideen. Their participation transformed Jihad in its narrow regional context into an Islamic Jihad," Ambassador Sayyed Fadlallah said.

**THE EGYPTIAN ROLE**

Concerning the role of Egypt in supporting the Afghani Jihad, the ambassador said that Egypt was the first source of arms that reached the hands of the Mujahideen. "Through my work as a delegate of the Afghani Mujahideen in the Arab Republic of Egypt, I experienced the continuous cooperation and providing everything possible to serve the Afghani cause and the Mujahideen from among the Afghani people," he said.

In this regard, Egypt had hosted the wounded Mujahideen for treatment in the Egyptian Red Crescent hospitals. It also hosted many Afghans to study in the Egyptian universities. This is in addition to the humanitarian aids that Egypt sent to the Mujahideen and Afghani immigrants in Pakistan.

Case 1:03-md-01570-GBD-SN   Document 11987-92   Filed 04/15/26   Page 4 of 6

بسم الله الرحمن الرحيم

31.8.92

31-8

# العلماء يكشفون المؤامرة الكنسية لاغتيال جنوب السودان (ص ٦)

## العالم الإسلامي

**السعر ريالان**

قال رسول الله ﷺ

[ البر حسن الخلق والإثم ماحاك في صدرك وكرهت أن يطلع عليه الناس ] .

حديث شريف

١٦ صفحة

بسم الله الرحمن الرحيم
«ألم تر كيف ضرب الله مثلاً كلمة طيبة كشجرة طيبة أصلها ثابت وفرعها في السماء»
(صدق الله العظيم)

جريدة أسبوعية تصدر عن إدارة الصحافة والنشر برابطة العالم الإسلامي

العدد ١٢٧٤ - السنة الثامنة والعشرون

الاثنين من ٢ إلى ٩ ربيع الأول ١٤١٣هـ - الموافق ٣١ أغسطس إلى ٦ سبتمبر ١٩٩٢م

| ١٣ الصومال.. مصير شعب في مهب الرياح | ١٠ الصهيونية متورطة في انتشار حرب المخدرات | ٦ التنصير يعمل في اطار الحماية الدولية | ٥ حوار مع رئيس الملتقى الإسلامي بكندا | ٤ مسلمو تركستان ما زالوا خلف القضبان |

---

### ■ الصومال :

## ٣٥٠٠ جندي دولي لحماية قوافل المساعدات الدولية




أوصى الأمين العام للأمم المتحدة بطرس غالي بإرسال نحو ٣٥٠٠ جندي إلى الصومال لحماية توزيع المساعدات الإنسانية وتيسير وقف إطلاق النار في اطار عملية واسعة النطاق في هذا البلد.

وقال غالي في تقريره موجه إلى أعضاء مجلس الأمن من الضروري وضع برنامج عمل شامل يتناول عمليات الإغاثة الإنسانية ووقف العمليات الحربية وخفض العنف المنظم وغير المنظم والمصالحة الوطنية.

وتنادي الوحدة التي تضم ٥٠٠ رجل وبافق مجلس الأمن على إرسالها للعمل في مقديشو في عداد القوة الأممية الأولى وكان غالي قد أشار إلى أن هذه الوحدة وينتظر انتشارها بداية سبتمبر القادم.

وستقام أربعة مراكز لعملية الإغاثة التي تضم ٧٥٠ رجلاً من مختلف الرتب.

وتتضمن العملية التي يشرف الأمين على تنفيذها وسيدرس مجلس الأمن قريباً برنامجاً يهدف إلى إعادة تشكيل قوات الشرطة المحلية.

**■ مات.. من القهر وأراح نفسه !!**

---

### ■ فيما تحفظ المسلمون على نتائجه :

## مؤتمر لندن يوجه «إنذاراً أخيراً» للصرب فيما تصاعدت حدة هجماتهم

في الوقت الذي لوح المؤتمر الدولي للسلام في يوغسلافيا الذي اختتم أعماله يوم الخميس الماضي في العاصمة البريطانية لندن بفرض (عزلة دولية تامة على جمهورية الصرب والجبل الأسود اليوغسلافيتين إذا لم تبد استعداداً للتخلي عن الأعتداءات التي يمارسها الصرب في البوسنة والهرسك.

---

### ■ عقب عودته من جولة شملت عدداً من الدول :

## إراقة الدماء المسلمة البريئة في أفغانستان لا يحل القضية بل يزيدها تعقيداً وأمداً



**د. نصيف**

---

### قصف رئاسة الطائفة الإسلامية وإصابة الشيخ سليموسكي واستشهاد آخرين

سليموسكي

---

### ■ تونس :

## أحكام بالمؤبد على ٢٥ من قادة (النهضة) من بينهم الغنوشي

---

### لنا كلمة ..

## من ينقذ الصومال

**العالم الإسلامي**

---

### ■ أفغانستان :

## انفجار طائرة روسية كانت تقل دبلوماسيين روس وأجانب رباني يرفض عرضاً لوقف النار مشترطاً تسليم أسلحة «الإسلامي»





**رباني**

---

### ازدياد الهوة بين الأغنياء والفقراء في أميركا

طبعت بمطابع رابطة العالم الإسلامي - مكة المكرمة



## رسالة القاهرة

إعداد:
**أحمد أبوزيد**

## سفير أفغانستان بالقاهرة:

# أكثر من مليون ونصف المليون شهيد وآلاف الأرامل ثمن النصر في أفغانستان

### أخبار متفرقة

● يقام في محافظة الإسكندرية الآن معسكر أبي بكر الصديق الذي ينظمه المجلس الأعلى للشؤون الإسلامية ويستمر حتى أوائل سبتمبر القادم، ويحاضر في هذا المعسكر - الذي يشارك فيه أفواج من الشباب المسلم من مختلف دول العالم الإسلامي الدارسين بالأزهر - العديد من العلماء في مقدمتهم الشيخ محمد متولي الشعراوي والشيخ محمد الغزالي.

● استقبل فضيلة الإمام الأكبر الشيخ جاد الحق على جاد الحق شيخ الأزهر مؤخراً سفراء ودول رابطة جنوب شرق آسيا بالقاهرة وقد دار اللقاء حول دور الأزهر في استقبال الطلاب المسلمين من هذه الدول ونشاطه في التوعية الإسلامية الصحيحة.

● عقد الدكتور محمد علي محجوب وزير الأوقاف المصري لقاء دينيا موسعا بمحافظة المنيا وشهده المحافظ عبد الحميد بدوي، وقد طالب العلماء في هذا اللقاء بضرورة التصدي للشباب المسلم وتصحيح المفاهيم الإسلامية.

● وقال إن الاستقرار قضية دينية وليست سياسية وهو يعني أن يعيش كل مواطن آمنا على نفسه وعرضه وماله.

● نشرت جريدة الأهرام مؤخراً تقرير منظمة الصحة العالمية حول التدخين والذي جاء فيه أن التدخين يودي بحياة ٣ ملايين شخص سنويا في جميع أنحاء العالم كما أنه السبب في وفاة سدس عدد الرجال الذين يموتون في سن مبكرة تتراوح بين ٢٥ و٤٩ عاما.

---

### الشيخ عبد الحميد كشك:

**لن يرتفع صوت الباطل إلا إذا غفل أهل الحق**

وجهت "العالم الإسلامي" إلى الشيخ عبد الحميد كشك سؤالاً عن كيفية مواجهة التنصير الذي سموه وأباطيله ورفضه وخداعه في العالم الإسلامي وبين الأقليات المسلمة؟

فأجاب قائلاً: إن يرتفع صوت الباطل إلا إذا غفل أهل الحق عن حقوقهم فطالما أن أهل الحق في غفلة فإن الباطل سوف ينتشر ويطغى ويطار في عرصات الدنيا حتى يتصدى له الحق فإذا تصدى له دمغه فإذا هو زاهق ﴿إن الباطل كان زهوقا﴾ فطالما نحن في غفلة العقيدة لم يقل التنصير فحسب وإنما قل التكفير والعلمانية والشيوعية والماسونية إلى غير ذلك من المذاهب الهدامة فإن النفس كالزجاجة إذا لم يملأها شيء ملأها الهواء.

فإذا أردنا مواجهة التنصير فعلينا أن نقاومه بالمقابل وذلك بنشر الحق والدعوة والإصلاح في ربوع الأرض وتبصير الناس بدينهم فإن الفكرة دين العقيدة فإن لا تقاوم إلا بعقيدة والفكرة لا تقاوم إلا بالفكر.

### الشيخ محمد الغزالي:

**الإسلام يتعرض لعملية إبادة في أوروبا**

أكد الشيخ محمد الغزالي أن الأمة الإسلامية تحتاج إلى فيضانات هائلة من المعرفة والفكر حتى تتحول من مؤخرة الركب إلى أمة قائدة كما كانت من قبل.

وقال: إن المسلمين اليوم في وضع لا يحسدون عليه بسبب وهنهم وغلوهم وأحاديث الرسول - صلى الله عليه وسلم - هذا إلى جانب بحث ديني حول الانتماء القريب والبعيد يتربص بهم وبوضعهم مغفلاً هذا وإذا ظل حالهم على ما هو عليه فإن المستقبل بالنسبة لهم مضمون.

وأشار في كلمته التي ألقاها مؤخراً بالقاهرة أمام الحفل الذي أقامته هيئة خدمة الدعوة والفقه لتوزيع جوائز مسابقة الدكتور على جابر لخدمة الدعوة.. أن الإسلام في أوروبا يتعرض اليوم لسياسة إبادة هذه السياسة في إبادة الدولة الدينية في أفريقيا وآسيا نتيجة ضعف المسلمين وتخلفهم وخضوعهم وقلة حيلتهم وعوانهم في مواجهة أعدائهم.

وقال إن الحق سبحانه لم يتخلى للعرب وهم على أوضاعهم القديمة أيام يطمعون اقرأ مكن لهم بالإسلام الذي رفع شأنهم حتى وصلوا إلى ما لم يصل إليه العرب وتحولوا من رعاة أبل إلى قادة للأمم وأصبحوا خير أمة أخرجت للناس وصار العالم الإسلامي هو العالم الأول علميا واجتماعيا حضاريا وخلقيا..

وعلى المسلمين اليوم أن يتمسكوا بإسلامهم حتى يعود بهم إلى مكان الصدارة.

### الشيخ محمود فايد:

**هيئة للدفاع عن الإسلام من العلماء والمحامين والسياسيين**

حول محنة الأقليات المسلمة في دول العالم المختلفة ومأساتهم الآن للمسلمين في البوسنة والهرسك من مذابح ومجازر ومأساة وبدء مأساة مسلمة كثيرة في مناطق متعددة من دول العالم، وما يجب أن يقوم به العالم الإسلامي وحكوماته تجاه هذه الأقليات المستضعفة يقترح الشيخ محمود عبد الوهاب فايد الأستاذ بالجامعة الشرعية المتدينة سابقاً ووكيل الجمعية الشرعية بالقاهرة: أن يقوم العالم الإسلامي بإنشاء هيئة للدفاع عن الإسلام تضم من العلماء والمحامين والسياسيين والفقهاء وتكون مهمتها الدفاع عن حقوق المسلمين في أي بقعة من البقاع وإثارة قضاياهم في المجتمع الدولي والاهتمام بشؤونهم ومشكلاتهم. كما يقترح أن يقوم العالم الإسلامي أيضا بإنشاء صندوق للتبرعات تتولى مسؤوليته إحدى الهيئات الإسلامية لمساعدة هذه الأقليات اقتصاديا وماديا.

---

كبير من أبناء أفغانستان في مصر للدراسة في الجامعات المصرية، بالإضافة إلى المعونات الإنسانية التي أرسلتها مصر إلى المجاهدين والمهاجرين الأفغان في باكستان.

**نداء خادم الحرمين الشريفين**

ومن خلال جمعية الهلال الأحمر السعودي وهيئة الإغاثة الإسلامية ورابطة العالم الإسلامي قامت السعودية حكومة وشعبا بتقديم الدعم العيني والمالي للمجاهدين لمواجهة الغزو الشيوعي وأشارت إلى موقف من الجهاد الأفغاني من خلفية تاريخية استراتيجية شامل وتحمل تكاليف نقلها حتى داخل أفغانستان.

وجاء نداء خادم الحرمين الشريفين الملك فهد بن عبد العزيز - حفظه الله - مؤخراً أن تشمل مباحثات رسمية بين أول وفد من المجاهدين بقيادة برهان الدين رباني أمير الجمعية الإسلامية الأفغانية ورئيس تحالف الأحزاب الأفغانية المسيطرة على ثم أبو كابول بكل صدق عن مدى الاهتمام الذي توليه القيادة السعودية لقضية الجهاد.

وقال: لقد ضحى العرب كثيراً بالمال والنفس للجهاد الأفغاني واختلط دمهم بدم الأفغان في ساحات الاستشهاد في تقرير بوجهات النظر بين المجاهدين وكانت مشاركتهم سببا في تحويل الجهاد في نطاق الجهاد إسلامي.

● وحول دور مصر في دعم الجهاد الأفغاني قال السفير: لقد كانت مصر أول مصدر من مصادر السلاح الذي وصل إلى أيدي المجاهدين من خلال عمل مشترك للمجاهدين في أرض جمهورية مصر العربية ذات الفضل الواحد.. وكان الهجرة لأختيار المجاهدين لم تكن الضمان المستمر وتقديم كل شيء ممكن لدعم القضية والشعب الأفغاني المجاهد.

● في هذا المنطلق قامت مصر باستضافة جرحى المجاهدين لعلاجهم في مستشفيات الهلال الأحمر المصري كذلك استضافة عدد.

---

الشعب المسلم في البوسنة والهرسك.

أكد سيد فضل الله سفير أفغانستان بالقاهرة أن النصر الذي تحقق في أفغانستان كان نصراً غالياً فقد دفع ثمنه أكثر من مليون من المعوقين والأرامل وأن دولة أفغانستان الإسلامية تؤيد حق جميع الدول الإسلامية التي ساندت جهاده مصيره وتندد باستمرار الاحتلال الإسرائيلي للأراضي الفلسطينية وجنوب لبنان وتدين بشدة الاعتداء.

### الدعم السعودي

وقال في مقابلة خاصة مع "العالم الإسلامي" أن الشعب الأفغاني المسلم يعرب عن شكره لجميع الدول الإسلامية التي ساندت جهاده وعلى رأسها المملكة العربية السعودية التي لا توجد دولة قامت بدعم الجهاد الأفغاني دعما حقيقيا وسياسيا واقتصاديا مثل المملكة العربية السعودية التي اعترفت بحكومة المجاهدين المؤقتة فور إعلانها وكان هذا موقفاً شجاعاً يضع النقاط فوق الحروف ليس في محيط الوقت، ووفد سوفيتي على أعلى مستوى في أول ديسمبر ١٩٨٨ وكانت نصراً سياسياً هاما للمجاهدين بعد المباحثات المباشرة التي تحقق به النصر العسكري الذي لم يعد في أرض المعارك مجرد متمردين ولكنهم قوة حقيقية لا يستهان بها، وعندما هاجر الأستاذ برهان الدين رباني أمير الجمعية الإسلامية الأفغانية مع زملائه أعضاء حركة الجهاد من أفغانستان إلى باكستان لبداية الجهاد المسلح سافر إلى المملكة بجلالة الملك فيصل سراً الذي وعده بدعم المملكة للجهاد وكان الجهاد الأفغاني في مراحله الأولى في ذلك الوقت ولم يعرف به أحد، ولو لا هذه الرعاية المبكرة لتعرض الجهاد في مراحله الأولى للهجرة لأختيار كثيرة وكان ذلك عام ١٩٧٤م.

ولقد كانت السعودية على عهدها حيث كانت من أول من نفذ توصيات مؤتمر وزراء الخارجية الأول المنعقد في إسلام آباد وقطعت علاقاتها.

### الدعم السعودي للجهاد الأفغاني

### الدور المصري

● الإنتاج الأدبي "القصة - الشعر - المسرحية" دراسة نقدية في عمل أدبي معاصر.

ويبلغ مجموع جوائز المسابقة هذا العام ٢٧ ألف جنيه.

وقد بدأت مؤسسة اقرأ الخيرية في تلقي أعمال الشباب المشتركين والذين بلغ عددهم حتى الآن ١٢٠ شابا وفتاة.

---

### القضاء الإداري يؤيد قرار إغلاق محلات الخمور

أيدت محكمة القضاء الإداري بمحافظة بني سويف قرار المحافظ بإغلاق جميع معامل ومحال بيع الخمور بالمحافظة يستند استناداً على الدستور المصري الذي ينص على أن الشريعة الإسلامية المصدر الرئيسي للتشريع وأن جميع المحافظة يودي لفساد الأخلاق ويؤثر على جميع حركة الجهاد من أفغانستان إلى باكستان لبداية الجهاد المسلح.

### رسالة صنعاء

إعداد:
**علي الرشيد**

### باحث يمني يكشف عن حديث شريف:

# ظاهرة الموت الفجائي أثناء النوم

في المؤتمر السنوي لأكاديمية الطب الشرعي العالمية في مدينة (جنوا) الإيطالية (من ٣-٩ مايو ١٩٩٢م) استطاع الباحث حسين حسني أخصائي الطب الشرعي في جامعة (عدن) أن يقدم تفسيراً لظاهرتين طبيتين لم تفسرا من قبل الأطباء والباحثين.

※ الحديث الشريف هو قول الرسول صلى الله عليه وسلم: (إذا أتيت مضجعك فتوضأ وضوءك للصلاة ثم اضطجع على شقك الأيمن، ثم قل اللهم قني عذابك يوم تبعث عبادك (ثلاث مرات).. (انظر كتاب عمل اليوم والليلة للمحدث النسائي - دار الكتب العلمية - بيروت، الأحاديث رقم ٧٥٨، ٧٦٤، ٧٦٦، صفحات ٢٢٥ - ٢٢٧).

وأما الظاهرتان فهما:
(١) ظاهرة الوفيات أثناء النوم عند الكبار في الليل ويسمى: Sudden unex Plained nocturnal death (Pangun gut orpokkur).

(ب) ظاهرة الوفيات عند الأطفال بين عمر أسبوعين وسنتين ويسمى (الوفاة متلازمة الفراش والوفاة الرضع) في النوم - إضافة إلى (الوفاة في المهد وتدعى Sudden in fant death syndrome (S.T.D.S).

وقد نجح هذا الطبيب في إثبات الحديث الشريف من زاوية طبية في البحث المقدم والأوراق العلمية إضافة إلى ماشملته الأوراق من أدلة قرآنية وكانت النتائج مطابقة للحديث النبوي وكانت أهم هذه الاستنتاجات مايلي:
(١) أن النوم على الشق الأيمن هو الوضع المأمون والأقل تحدثا في الوضع الآمن من استطلاع بظواهر الاختناق المعروفة.

---

أكد سيد فضل الله سفير أفغانستان بالقاهرة أن النصر الذي تحقق في أفغانستان...

بالنظام الشيعي في كابول.

### مسابقات إسلامية

● تقيم وزارة الأوقاف المصرية مسابقتها السنوية بمناسبة المولد النبوي الشريف، تشمل حفظ سور من القرآن الكريم وأحاديث النبي الكريم، هذا إلى جانب بحث ديني حول الانتماء يحصل الفائزون فيه بكل صدق عن مدى الاهتمام أخرى مالية جوائز تكريمية أو الاحتفال الذي تقيمه الدولة بمناسبة المولد النبوي الشريف.

● وتقيم مؤسسة اقرأ الخيرية مسابقة اقرأ الثقافية للشباب لعام ١٩٩٢م، وتشمل المسابقة موضوعات موزعة على أربعة فروع في:
١/ القيم الإسلامية "الاعتدال - الوفاء".
٢/ القضايا الإسلامية "الشباب ومخاطر الغزو الثقافي - عمل المرأة المسلمة.
٣/ التاريخ الإسلامي "شخصية السلطان محمود الغزنوي - الإسلام في آسيا الوسطى - المسلمون السود في أمريكا.

---

## تقرير

# مأساة البوسنة والهرسك في نقابة الأطباء المصرية



مايحدث الآن في جمهورية البوسنة والهرسك مأساة كبيرة فاق كل تصور ووصل إلى درجة من البشاعة لا تتفق مع آدمية الإنسان حيث تدير المؤامرة لقتل أمة وإبادة شعب بأكمله.

ولقد قامت نقابة أطباء مصر بجهد كبير في مناصرة هذه القضية المصرية والتعريف بها قامت بين أفراد الشعب المصري وجمع التبرعات لأبناء البوسنة والهرسك وقامت في هذا الصدد بإصدار مجلة خاصة تتناول مأساة البوسنة والهرسك في أمريكا من البداية وتبين حجم الكارثة وما ترتب عليها من دمار وخراب وقتل ومجازر.

### حوار من صنعاء عن المسلمين في أمريكا

عقد مكتب الإعلام الأمريكي بصنعاء مؤخراً الحلقة الأولى من حواره عبر الهاتف والخامس مسلمي أمريكا منذ عام ١٩١٥ (بالنسبة لظاهرة الوفاة عند الكبار) ومنذ مايو على قرن وركز البرنامج على تأثير الحياة في الولايات المتحدة الأمريكية على مسلمي أمريكا.

كما قامت عن طريق لجنة الإغاثة الإنسانية التابعة لها بتصوير فيلم فيديو من موقع الأحداث وسجلت منه نسخاً متعددة قامت باستضافة الجماهير في الندوات واللقاءات والمؤتمرات والمؤامرات التي تنظمها في مناطق متعددة كما قامت باستضافة مفتي البوسنة والهرسك أحمد صالح سولاكوفيتش الشيخ له عدة ندوات ولقاءات لشرح قضية البوسنة ونشر الوعي بها.

وتجاوباً مع هذا فقد قامت لجنة الإغاثة الإنسانية بنقابة الأطباء باختيار وفد استطلاعي للوقوف على الأوضاع داخل أرض البوسنة والهرسك وتقدم المعونات المتوفرة لدى اللجنة وقد اشترك فيه مندوب عن شيخ.

---

في شرائها وتقديم المساعدات لبعض الحالات الطارئة ممن قامت بتجهيز ٢ عيادات طبية للعمل مع اللاجئين في سبلين ثم أعداد ٣ عيادات أخرى في غرب الكرواتية.

● وقد تبنت لجنة الإغاثة الإنسانية بالنقابة مشروع إغاثة تنفذ سلمياً وذلك لجمع التبرعات المالية للشعب البوسني وتمكنت من جمع ملايين الجنيهات التي تصل أولاً عبر خط تليفوني وعدد ٧٠٠ مسجد على طول المحيط وتقدم عشرات سيارات الإسعاف لنقل اللاجئين وتتميز هذه الأقاليم في الصالات بل يوجد نحو ٤٠٠ فرد في كل صالة من أطفال.

ونساء وشيوخ.

وتمكن هذا الوفد مدة أسبوعين يجوب أماكن إيواء اللاجئين في مختلف المناطق والتجمعات البشرية كما استعرض التقرير مقامات به لبعض الحالات الطارئة ممن قامت بتجهيز أماكن الإيواء وتجهيز بعض أماكن الإيواء إليها من قبل وزارة الدفاع بلغ ٦٠ ألف من الشيوخ والأطفال والنساء بالإضافة إلى عدد الدفاع أكثر من ١,٥ مليون مسلم في الدول المحيطة كما قامت القوات أكثر من ٤٥ ألف.

وإحصائيات مستمرة عن آخر التطورات في البوسنة والهرسك وحجم الخسائر وعدد الضحايا والعمل على تجهيز بعض أماكن الإيواء.

---



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20200220_U6Z (Al Alam Al Islami Articles)**

**Language**: Arabic > English

**Document title**: AAAI - August 31, 1992 (Pages 1, 8)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*
Farah Alshekhli (Feb 20, 2020)                **Date**: 2/20/2020

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095