# EXHIBIT 093



# THE MUSLIM WORLD LEAGUE JOURNAL

Rabi al-Thani 1416 - September 1995

# EDUCATING FUTURE MUSLIM GENERATIONS

LIBRARY OF CONGRESS
Cairo Field Office
1996



# They are left under your trust and care

2400 Riyals annually to take care of a child

The International Islamic Relief Organization appeals to you, on behalf of oppressed mothers and fathers separated from their children, to sponsor and a child from destitution.

Donations of all kinds, Zakat or Sadaqat, are received in the unified account for the distressed children at all branches of Al-Rajhi Banking and Investment Corporation, Islamic Investment Company of the Gulf and Faysal Islamic Bank.

**Account No. 77704**

**Telephone Numbers of the Organization in Saudi Arabia**
Head Office Jeddah P O Box 1265, Jeddah 21431, Tel 6512333 Fax 651
Women's Committee in Jeddah Tel 6611921 Riyadh 4930033 Makkah 5
Madinah 8221353 Taif 7384228 Baha 7252840 Jouf 6254168
Buraidah 3235035 Unaizah 3642613, Abha 2263333 Alkhobar 895227
Dammam 8420484 Jubail 3614545 Ahsa 5802777, Yanbu 3224253 Jiz

FED-PEC0267548



# The MUSLIM WORLD LEAGUE Journal

A monthly organ of the Rabitat al-Alam al-Islami Makkah al-Mukarramah

ol 23          Rabi al-Thani 1416 -September 1995          No 4



**Secretary General**
**Dr  Ahmad Muhammad Ali**

ector General  Media & Culture
Muhammad Mahmood Hafiz

irector of Press & Publications
& Chief Editor
**Hamid Hassan al Raddadi**

**Editorial Board**
bdullahi Sheikh Muhammad
**Muhammad Nasir**
**Muhammad Abdul Quadir**
Administrative Asstt
**Muhammad Khalil Mirza**

Annual Subscription Rate
Arabia (Individual subscribers)
6 (Companies) SR 100 Other
ies (Individual subscribers) $ 20
ompanies  $ 26 Cheques and
ayable to  Muslim World League
ox  537  Makkah al Mukarramah
Saudi Arabia
uests for the magazine and any
of address should be forwarded
Marketing & Distribution Deptt

Sole Distributors for
the Kingdom & the Gulf
Saudi Distribution Company
Tel  6530909  Jeddah
Saudi Arabia

Published by
ress and Publications Deptt
**Muslim World League**
P O  Box  537
Makkah al Mukarramah

les  and  correspondence  may
e  addressed to **The Chief Ed**
slim  World  League  Journal
Editorial  Board  reserves  the
edit  summarize  or  reject  any
on  no  article  report  or  letter
urned to the sender )

# Contents

**Guidance from the Qur'an & Sunnah**

2  Excerpts  from  *Surah  al Ahzab*  or  The Confederates  translated  and  interpreted by Abdullah Yusuf Ali

4  Sayings of the Noble Prophet Muhammad (peace  be  on  him)  enumerating  some tokens and signs of the last Hour

**Cover Story**

For  Muslims  all  over  the  world, educating  their  future  generations  is absolutely essential for their survival as a community of Faith and strong moral convictions  The *Journal*,  in this issue, projects  and  highlights  the  dimensions of this problem and depicts the various endeavours  being  made  by  Muslims  in some Muslim minority countries.

5  Educating the Indian Muslim Community *Syed Shahabuddin*

8  Reducing India s Muslims to the Level of Drawers of Water & Hewers of Coal *Radiance Viewsweekly  Delhi*

10  Crescent School  Madras  South India An Introduction *Iffat N  Jilani*

14  Muslim Education in Western Europe *(Mrs ) S A J  Mozammel*

19  Islamic Education in Nigeria An Appraisal *Sulaiman A  Saidu*

**Current Affairs**

23  Muslims will Never Forget Bosnia! *Khalid al Maeena*

26  Croatia s Stunning Success & Its Implications *Dr  Mozammel Haque*

**Focus on the Muslim World**

32  Some  interesting  developments  events and happenings taking place in the vari ous regions of the Muslim world

**Islamic History**

37  Abdullah bin Rawaha  Important aspects from the life of an eminent companion of the Noble Prophet (peace be on him)

**Features**

38  A New Translation of the Glorious Qur an *Dr  Abdur Raheem Kidwai*

42  Anthropo Sociology & Euro Centrism *M M M  Mahroof*

**Islamic Economy**

46  The Role of Islamic Banks in Economic Development *Said Zafar*

Views expressed in the columns of the MWL Journal do not necessarily repre sent those of the Editorial Board or the Muslim World League  Articles pub lished herein may  however  be reproduced with due acknowledgement

# Guidance from the Glorious Qur'an

بسم الله الرحمن الرحيم

مَّا كَانَ مُحَمَّدٌ أَبَا أَحَدٍ مِّن رِّجَالِكُمْ وَلَٰكِن رَّسُولَ ٱللَّهِ وَخَاتَمَ ٱلنَّبِيِّنَ وَكَانَ ٱللَّهُ بِكُلِّ شَيْءٍ عَلِيمًا (٤٠) يَـٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ ٱذْكُرُوا۟ ٱللَّهَ ذِكْرًا كَثِيرًا (٤١) وَسَبِّحُوهُ بُكْرَةً وَأَصِيلًا (٤٢) هُوَ ٱلَّذِى يُصَلِّى عَلَيْكُمْ وَمَلَـٰٓئِكَتُهُۥ لِيُخْرِجَكُم مِّنَ ٱلظُّلُمَـٰتِ إِلَى ٱلنُّورِ وَكَانَ بِٱلْمُؤْمِنِينَ رَحِيمًا (٤٣) تَحِيَّتُهُمْ يَوْمَ يَلْقَوْنَهُۥ سَلَـٰمٌ وَأَعَدَّ لَهُمْ أَجْرًا كَرِيمًا (٤٤) يَـٰٓأَيُّهَا ٱلنَّبِىُّ إِنَّآ أَرْسَلْنَـٰكَ شَـٰهِدًا وَمُبَشِّرًا وَنَذِيرًا (٤٥) وَدَاعِيًا إِلَى ٱللَّهِ بِإِذْنِهِۦ وَسِرَاجًا مُّنِيرًا (٤٦) وَبَشِّرِ ٱلْمُؤْمِنِينَ بِأَنَّ لَهُم مِّنَ ٱللَّهِ فَضْلًا كَبِيرًا (٤٧) وَلَا تُطِعِ ٱلْكَـٰفِرِينَ وَٱلْمُنَـٰفِقِينَ وَدَعْ أَذَىٰهُمْ وَتَوَكَّلْ عَلَى ٱللَّهِ وَكَفَىٰ بِٱللَّهِ وَكِيلًا (٤٨)

سورة الاحزاب الآيات ٤ - ٤٨

*In the name of Allah, Most Gracious, Most Merciful*

*Muhammad is not the father of any of your men, but (he is) the Messenger of Allah, and the Seal of the Prophets [1] and Allah has full knowledge of all things  O you who believe! Remember Allah, with much remembrance, and glorify Him morning and evening  He it is Who sends [2] blessings on you, as do His angels, that He may bring you out from the depths of darkness into light  and He is full of Mercy to the believers [3] Their salutation on the day they meet Him will be 'Peace!'  and He has prepared for them a generous reward  O Prophet! Truly We have sent you as a witness, a bearer [4] of glad tidings, and a warner, and as one who invites to Allah's (Grace) by His leave, [5] and as a Lamp spreading light  Then give the glad tidings to the believers, that they shall have from Allah a very great bounty [6] And obey not (the behests) of the unbelievers and the Hypocrites, and disregard their insolence [7] But put you trust in Allah, for enough is Allah as a disposer of affairs*

(S 33  40 48) Trans  A  Yusuf Ali

FED-PEC0267550

Allama Abdullah Yusuf in his commentary on above verses from *Surah Ahzab* or The Confeders explains some of the ms and phrases as fols

When a document is sealed it s complete and there can be no further addition The Noble Prophet Muhammad (peace be on him) closed the long line of Messengers Allah s teaching s and will always be continu us but there has been and will be no Prophet after Mu ammad (peace be on him) he later ages will want think s and reformers not Proph s This is not an arbitrary matter It is a decree full of nowledge and wisdom *for llah has full knowledge of all ings*

lessings good wishes and ercies Allah wishes well to His creatures and His an ls carry out His work for ir will is in all things His ll His chief and everlasting ssing is that He gives us a owledge of the spiritual rld and helps us towards its unment

mercies are for all His crea s but for those who be e and trust in Him there special mercies a gener- Reward as in the next e

Prophet was sent by Allah five capacities Three are ntioned in this verse and i two in the verse fol ng (1) He comes as a wit to all men about the spir truths which had been ured by ignorance or su tion or by the dust of rian controversy He did ome to establish a new re or sect He came to



teach Religion He is also a witness to Allah about men s doings and how they receive Allah's Message (2) He comes as a bearer of the Glad Tidings of the Mercy of Allah No matter how far men may have transgressed they have hope if they believe repent and live a good life (3) He also comes as a warner to those who are heedless This life will not last There is a future life and that is all-important See next note

5 See last note The two other capacities in which the Prophet was sent are here specified (4) He comes as one who has a right to invite all men to repentance and the forgiveness of sins but he does this not of his own authority but by the permission and authority given to him by Allah This is said lest people may deify the Prophet as they did with other Prophets before him The personal responsibility of each in

dividual remains but the Prophet can lead him on the Right and help him (5) The Prophet also comes as a Light or a Lamp *(Siraj)* to illuminate the whole world In lxxi 16 and elsewhere the same word *(Siraj)* is used for the sun The comparison is apt When the sun appears all the lesser lights pale before its light And the Message of Islam i e of the Universal Religion is to diffuse Light everywhere

6 The light of Islam is the biggest bounty possible and if they tru ly understand it they should glory in it

7 Men of little or no Faith will often lay down the law and tell better men than themselves what to do In case of refusal they shower insults and in juries No attention is to be paid to them It is their way All will be right under the gov ernment of Allah

(Compiled by Muhammad Khalil Mirza)

FED-PEC0267551

# Sayings of Prophet
# Muhammad
peace be on him

## Portents of the Last Hour

❖ Abu Huraira reported Allah s Messenger (peace be on him) as saying By Him in Whose Hand is my life the world would not come to an end, until a person would pass by a grave would roll over it and express the desire that he should be in the place of the occupant of that grave not because of religious reasons but because of this calamity

❖ Abu Huraira reported Allah's Messenger (peace be on him) as saying ' By Him in Whose Hand is my life a time would come when the murderer would not know why he has committed the murder and the victim would not know why he has been killed

❖ Abu Huraira reported Allah s Messenger (peace be on him) as saying The world would not come to an end until a day would come to the people on which the murderer would not know as to why he has killed and the slain would not know as to why he has been murdered It would be said Why would it happen? To which he replied It would be because of general massacre and bloodshed And the slaughterers and the slain would be in Fire And in the narration of Ibn Aban the name of Abu Ismail has been mentioned

❖ Abu Huraira reported Allah s Messenger (peace be on him) as saying The Last Hour would not come unless you fight with people whose faces are like hammered shields and the Last Hour would not come until you would fight against those wearing the shoes of hair '



❖ Abu Huraira reported Allah s Messenger (peace be on him) as saying 'The famine would not break out because of drought but there would be famine despite heavy rainfall as nothing would grow from the earth

❖ Hudhaifa bin Usaid Ghifari reported Allah s Messenger (peace be on him) came to us all of a sudden as we were (busy in a discussion) He said What do you discuss about? They (the companions) said We are discussing about the Last Hour Thereupon he said It will not come until you see 10 signs before and (in this connection) he made a mention of the smoke Dajjal the beast the rising of the sun from the west the descent of Jesus son of Mary (Allah be pleased with him) the Gog and Magog and land slidings in three places one in the east one in the west and one in Arabia at the end of which fire would burn forth from the Yemen and would drive people to the place of their assembly

❖ Amir bin Sad reported on the authority of his father that one day Allah's Messenger (peace be on him) came from a high land He passed by the mosque of Banu Muawiya went in and observed two Rakah prayer there and we also offered prayer along with him and he made a long supplication to his Lord He then came to us and said I asked my Lord three things and He has granted me two but has withheld one I begged my Lord that my Ummah should not be destroyed because of famine and he granted me this And I begged my Lord that my Ummah should not be destroyed by drowning (by deluge) and He granted me this And I begged my Lord that there should be no bloodshed among the people of Ummah but He did not grant it

❖ Abi Bakra reported Allah's Messenger (peace be on him) as saying When two Muslims (confront each other) and the one of them attacks his brother with a weapon both of them are on the brink of Hell-Fire And when one of them kills his companion both of them enter into the Hell-Fire

❖ Abu Huraira reported from Allah s Messenger (peace be on him) many ahadith and one of them was this The Last Hour will not come until the two parties (of Muslims) confront each other and there is a large scale massacre amongst them and the claim of both of them is the same

(Compiled by Muhammad Khalil Mirza)

FED-PEC0267552

# Educating the Indian Muslim Community

*Syed Shahabuddin*

fficial statistics prove that the Muslim community of India is not only educationally backward but it is also ically deprived

Muslims constitute one eighth the Indian people To permit large segment to fall back-d with every passing year or et it to stew in its juice is not the national interest Unless Muslim forces have decided ush the Muslims down to the est level to perform the menial s once reserved for *Achhuts* ouchables) to be the hewers /ood and drawers of water as ere — to replace the *Adivasis Achhuts* and the *Shudras* as latter rise one by one in the al and economic hierarchy — main at the bottom of the na-il social and economic scale i if such a conspiracy exists

are the Muslims doing to this destiny to get over their attonal backwardness and to e the universal law of dis-nation against minorities?

*uernal and external factors ackwardness* All said and Muslims are eminently 'ed-e they increasingly realise nefits of education in a de-ing society they aspire to pate in the affairs of the na-n the management of the so-to share the wealth generat the process of development

Above all Muslims are not genetically deficient and have roughly the same IQ as the rest of the people

The reasons for deprivation and backwardness lie in both external and internal factors Externally, despite the constitutional mandate of free and compulsory universal education upto the age of 14 there are lesser number of schools in Muslim villages and *mohallas* (residential localities)

relatively speaking or as measured by national norms In many schools the medium of instruction even at the primary level is not their mother-tongue nor arrangements for learning and acquiring proficiency in the mother tongue at the middle/high school level exist Secondly the school textbooks — specially those in languages history and social studies — are full of objectionable material Thirdly the school culture is positively anti Islamic Why should Muslim parents ask we send our children to schools? For de-Islamisation for Hinduisation? For brain washing? For developing an inferiority complex? For being subjected to humiliation and mockery?

In fact, even in the name of moral education Hindu values and Hindu ethos are sought to be propagated and there is no machinery to monitor the content

and methodology even in this sensitive field

*State role* Another reason for Muslim aversion to general education is the prevailing hostile discrimination in the employment market, public and private Once the parents perceive a reasonable opportunity and a fair competition they shall invest in the education of their children This is another reason why reservation should be instituted for the Muslim community as a community in employment and higher education with a quota in proportion to their population and the level of their backwardness with the provision that the candidates of the Muslim sub communities which have been notified as OBCs should have first claim on such a quota

Apart from reservation in higher education the Muslim can not let the state abdicate its responsibility for educating the Muslim children What is therefore needed is a constant monitoring and regular screening of educational material and school culture by the secular forces and a persistent demand for establishing more schools in Muslim localities with suitable teachers in accordance with the national norms The Supreme Court has ruled that the right to education is a fundamental right and the Muslim community must exercise it on equal terms

FED-PEC0267553



Indian Muslims are beginning to appreciate the need for education. Classrooms and hostel building of the Jameat al Huda, Malegaon, Maharashtra, Western India

**Self help** The Muslims should invest their own resources in establishing standard *maktabs* (Islamic primary schools) in every masjid so that every child who goes to school spends an hour or so every day in his local *maktab* to learn about Islam or attends intensive weekly courses for the purpose. Secondly, instead of investing in grandiose schemes of medical and engineering colleges the Muslim community should establish first rate higher secondary (Plus-2) institutions for preparing students for competitive admission to professional courses. Thirdly, they should establish technical schools for school dropouts as well as for those who do not make the grade for professional courses.

Finally the Muslim community must rationalise its traditional investment in religious and theological seminaries. Beyond *maktabs* religious and theological education should be organised in a planned manner through *madrasas*, *Darul Uloom* and *Jamia* only to train the future *muftis* (jurists) *ulama mufassirs* (interpreters of the Quran) *muhaddiths* (experts in the science of the Prophet's Traditions) and *qaris* (reciters of the Qur an) to meet the religious needs of the community.

In fact it would be ideal to have nationwide system affiliated to the Hanafi institutions like Darul Uloom Deoband and Nadwatul Ulama Lucknow, to the Salafia institutions in Varanasi, to the Barelvi institutions at Bareilly etc.

The *madrasa* syllabus should include modern languages — specially Hindi and English and elements of arithmetic, general science, history, geography and social studies without overloading the student or destroying the essentially religious character of the *madrasas*. Madrasa education should also be organised in suitable stages and segments so that at any stage the students may switch from the religious to the general education and vice versa.

Also at the stage equivalent to Plus-2 a vocational input may be introduced so that the products of the system have a ready means of livelihood and do not necessarily end up as Imams of masjids or teachers at madrasas. In fact no one should be appointed as *Imam* or *Khatib* unless he has graduated from a known *Darul Uloom* or *Jamia*.

*Maktabs* are essential for the inculcation and survival of Islamic personality but the same *maktabs* can be used also for promoting literacy and providing religious information to illiterate adults. Such *maktabs* in masjids should be financed by the community.

Just as there are two streams of education — secular and religious, secular institutions can be subdivided into two on the basis of whether they are government institutions or minority institutions under Article 30 of the constitution. Similarly religious education can also be divided again into whole time religious education for some and part time religious instruction for all.

**Minority educational rights** Hindu chauvinist organisations are demanding that Article 30 which grants to the religious linguistic and cultural minorities the right to establish and administer educational institutions of their choice be deleted or universalised. Hindu society is itself multicultural even multidenominational and particular ethnic cultural linguistic and denominational groups may form a minority at a given level. Universalisation of Article 30 would be desirable to bring into its orbit all Hindu social or linguistic or denominational groups which form a minority at the appropriate level, for example at the village *panchayat* or urban *mohalla* level in case of primary schools at the block/town level in case of high and higher secondary or technical schools or industrial training centres at the district level in case of general degree colleges or ITIs (Industrial Training Institutes) at the state level (regional in case of large states) in case of professional colleges.

Also the minority educational institutions should fit into the educational plan of the area before they can justifiably claim grant in aid on par with government institutions. They should not be commercially motivated teaching

FED-PEC0267554

## Cover Story

shops they should not become means of undermining educational planning and subverting educational regulations Since they should meet a felt need of the minority community they should not be recognised as minority institutions unless at least 50 percent of those enrolled are from the establishing minority community, while the authorities should have the option to raise it up to 75 percent (leaving 25 percent for non-minority students), they should be free to and in fact should recruit the best teachers irrespective of the community without affecting their minority status They should free to adopt a school culture and even introduce religious instruction for the students of the establishing community

So long as they meet the prescribed standard, the state must recognise them as minority institutions and sanction grant-in-aid provided they fit into the territorial educational plan The universities and examination boards must affiliate them if they fulfil academic standards

The Muslim community must one hand resist any move to de dilute or abolish Article 30 on the other, should not object to the scope of the article being widened to include the Hindu community if at any level the whole community or a section of forms a minority group

*Medium of instruction and of Urdu* As for the medium instruction, the Supreme Court recently ruled that every child be instructed at the primary through his mother tongue must demand that the existing erical limitation must be developed even if the students a particular mother-tongue and over a panchayat or a qasown) have to be horizontally segregated

the secondary and higher secondary level the mother need not be the medium of instruction but it must be the first language as envisaged in the national three-language formula

There should be appropriate facilities for teaching of all modern Indian languages spoken in the service area of a college or a university However where the Mulsim community shares a common language with the non-Muslims, linguistic separatism should not be artificially introduced, say in Kerala Bengal or Gujarat Urdu can survive in a hostile environment not by *madrasas* alone or by academies and awards but only by the younger generation learning Urdu and through Urdu wherever the mother-tongue is Urdu, as in Bihar, UP, MP Rajasthan AP Maharashtra Karnataka etc

*Organisational infrastructure* In order to achieve the educational goals the Muslim community must have a network of local district and state level educational committees affiliated to a national organisation Such committees should include representatives of all Muslim educational institutions as well as eminent educationists to guide individual institutions define general issues and take them up with the executive the judiciary and the political parties

However the constitution of a parallel body bringing together at district state and national level all minority educational institutions of all communities would also be useful A Federation of Minority Educational Institutions will represent the collective will of all minorities at each level which is necessary to protect and clarify the ambit of Article 30

In this context there is an urgent need to revive the All-India Muslim Educational Conference which is more than 100 years old and which played the pioneering role in promoting education among the Muslims directly inspired by the Aligarh Movement But in today s circumstances it must operate from the national capital it cannot function effectively from Aligarh The All-India Muslim Educational Society Calicut, or Al-Ameen Educational Society Bangalore or the Ham-

dard Education Society Delhi are too local to perform this nation-wide task

The Muslim community needs to differentiate between educational societies which run educational institutions and educational organizations which act as catalysts propagate the message of education and serve as a forum to develop consensus on common educational problems There is need to bring together the institutions but there is greater need to bring together Muslim educational organisations and beyond that all minority educational organisations, for interaction and learning from each other s experience

One also feels the need of a publication which would introduce and inform the people about various endeavours in the field of education by Muslims and others the opportunities provided by the government the problems faced by the institutions and the experience gained in tackling them

To sum up, the Muslim community is beginning to appreciate the need for education as the only means of breaking through the communal barrier and surmounting the walls of discrimination Education calls for a multi-level and multi dimensional effort Education must fortify the Islamic personality of the child must prepare the youth for facing the problems of life and of livelihood must generate the quest of excellence and the motivation to serve the community the country and the world The community must invest its scarce resources prudently at critical levels and for filling the gaps it must systematise religious education and build up higher secondary schools The community must also demand and secure for itself due share of state facilities for education The Muslim community is educable and deserves to be educated

(Syed Shahabuddin, an opposition member of the Indian parliament is editor of the *Muslim India* a monthly magazine dealing with facts and figures about socio political situation of India's Muslim community )

FED-PEC0267555

## Cover Story



Hindu militancy on the rise in India  The policy of prejudice and discrimination relentlessly pursued by Hindutva forces threatens to reduce India's Muslims to the level of drawers of water and hewers of coal

# Reducing India's Muslims

# to the Level  of Drawers of Water

# & Hewers of Coal!

To put it bluntly the policy of prejudice coupled with discrimination against Muslims pursued relentlelly but silently during the last 47 years has started paying rich divi dends  which we feel may go 'richer' if the community and the country do not take remedial measures the earliest

It looks as if gone are the days when they believed that the strength of the fleet depends upon its weakest link  Now the time seems to have arrived, when they feel that better the weakest link is either not considered part of the fleet or the former is further



FED-PEC0267556

## Cover Story

smothered so that it may die a natural death

According to a survey conducted by the Hamdard Education Society set up under the enthusiastic inspiration of Hakeem Abdul Hameed the eminent social scientist and philanthropist Muslim youth have started rejecting education a hey feel it does not translate into jobs Now they prefer to take up labour-intensive jobs including those of masons mechanics and construction workers

There is a general conviction in the Muslim community surveyed that nothing will come out of education as the job market is not entertaining them As a result, ven the well-off Muslims are not sending their children to schools or stopping their education after he elementary level so said 'rof Anjazuddin Ahmed of the awaharlal Nehru University in New Delhi on November 1 lat ear He is overseeing the compilation and deduction of the main noth data

The most poignant part of the national tragedy is that the Central Government knows fully well hat is rather what has been the rcentage of Muslim illiteracy

it it seems as it under a plan a data to this effect has not been blished since 1952 so that the fficers may not have inkling of ir suffering rather disability

hat an intelligent way of reduc , the principal minority to the cl of drawers of water and wers of coal'

The disturbing conclusion of comprehensive survey that to islims education is unnecessy would make any level-ded Indian sit up This ginger finding has been arrived at the basis of figures from all pockets in which the minority imunity is lagging far behind Hindu brethren in literacy rate level of education

Apart from the four metros the cities covered by the survey are Murshidabad in West Bengal, Sambhal Ferozabad and Ghazipur in UP Sehore in MP Malegaon in Maharshtra Gulbarga in Karnataka Kishenganj in Bihar and Didwana in Rajasthan

In Didwana town of Rajasthan 38 per cent of the Hindu work-force is employed in services (both private and government sectors) as compared to 19 per cent of the Muslim The services include all kinds of jobs from a government officer to a night watchman of a colony The absence of education forces the Muslims to opt for the physically arduous jobs For instance in the same Didwana town the maximum Muslim work force (27 percent) is engaged as masons and labourers in construction work Compare this to a mere 8 per cent of Hindus The relation of education with economic prosperity alien to Muslims is quite obvious

Ten per cent of the Hindu work force is cultivators despite the fact that they live in a city It was revealed in the survey that they have their land holdings around the city As against the Hindus only four percent of Muslim work force is cultivators

The Muslims role in the economy is different from town to town For instance in Kishenganj in Bihar the Muslims have been shifted to the periphery of the economic activities as the Marwaris have captured the trade in foodgrains tea plantation and other major economic activities

They (Muslims) have a sense of insecurity because over the years they have been marginalised say so the survey

The day when the Muslim parents and the Muslim youth think that education is redundant has not come too soon The short sighted have over the decades patiently and painstakingly dis-

couraged educated talented Muslims by simply rejecting them in tests and interviews

First the Muslim students are either simply rejected or discouraged at the very admission level Then they are finally chucked off from the list of employment both in public and private sectors Think of a Muslim graduate or post-graduate having good percentage being denied employment simply because he happens to be a Muslim' What reaction this fact causes or would cause on his parents and younger brothers and relations never bothers the biased brethren

Thus it seems as if an entire community numbering around 150 million is being deliberately kept un-lettered and un educated This is the reason why we have not many technocrats, engineers and doctors

Hats off to the Hamdard Education Society working silently under the stewardship of Mr Sayyid Hamid the eminent educationist This constructive task in fact should have been done much earlier

Here is an issue staring right across the face of Muslims in general and Muslim leadership in particular It cannot be postponed The problem has to be tackled at war footing with the cooperation of the open minded

We don t think that any enlightened political party is interested in keeping Muslims educationally backward Let the enlightened sections of Congress I CPI CPI-M Janata Dal Telgu Desam and other regional parties who do not want to see Muslims as second rather third class citizens should cooperate with Muslim leadership in this regard which would do well to realise the urgency of the matter and be up and doing

(Radiance Delhi, 13 19 November 1994)

FED-PEC0267557

---

**Cover Story**

## *A Leading Muslim Educational Institution*

# The Crescent School

## Madras (South India)

*Iffat N Jilani*

I t is a well known fact that Muslims at the moment are steeped in backwardness almost everywhere and specially so in the countries where they live as minorities Their backwardness stems mainly from illiteracy and poverty It is disheartening to note that Muslims who gifted to the world some of the most important inventions and laid the foundations of science and technology are now lagging far behind their non-Muslim counterparts After setting the pace for education and learning, the Muslims became negligent to the pursuit of further research and experimentation, that caused their present predicament where they find themselves trapped in chaos confusion and anxiety

The Muslims of India also are not an exception to this all-pervasive backwardness and lethargy Since 1947 they are suffering from grave problems the foremost of which has been the lack of security of life and property Though a secular state India has no good record of the treatment of its minorities While they cannot be blamed for the basic problems of existence and survival in a hostile environment for some other maladies the Muslims have to blame themselves

For example there has not been any system of proper education for Muslims – a factor which led to their backwardness and decline It can never be denied that had the Muslims community been conscious of the importance of education from the very beginning, it could never have been so backwardly placed But its lack of resources and inability to grasp the importance of modern education hampered the community's development greatly

It is not our case that there were no institutions or schools to impart education to the community s children But the main problem has been of imparting good education with proper Islamic orientation so that the child is not deprived of his Islamic moorings Unfortunately there was no such system of education in vogue which conformed to Islamic principles The situation warranted adequate attention and timely solution as the preservation of Islamic culture and identity which is most important to a Muslim parent and the child was at stake Those Muslim children receiving education in missionary or general schools are deprived of their moral values and gradually lose contact with their Islamic ethos and values

The traditional Madrasa system of education does not impart the scientific education and the teaching of the Qur an and the Sunnah is not enough to prepare the young generation to meet the contemporary challenges Coupled with this there was a continued onslaught of the Western culture together with the domination of the non-Muslim community, which happened to be in majority in many countries where Muslims lived in large numbers It thus became imperative to adopt more effective measures to check the tide of West's injurious cultural patterns in order to prevent further distortion and dilution of the culture and values of Islam According to the Muslim educationists, only this could save the Muslims from cultural annihilation and extermination

Inspired and motivated by this thought many schools came up all over India in order to remedy this imbalance and a very sound and effective system of education for the community began shaping up, these such schools the Crescent School in Madras is worth mentioning here which made its small beginning in 1968 Located in Madras the capital of Tamil Nadu a southern state and one of the major metros of India the Crescent School has now grown into a full-fledged residential higher secondary school for boys

The Crescent School came into existence to cater basically to the needs of those Muslim children whose parents were employed abroad The admission however is open to students of all

FED-PEC0267558

## Cover Story



The Crescent School Madras South India has well equipped modern laboratories in biological and physical sciences which provide opportunities to the students to observe investigate and experiment theories taught in the classroom

the communities from all over the country and outside as well The School aims at imparting a liberal education with a religious back ground Set amidst sylvan sur roundings of exquisite beauty and quiet and located far from the city the School provides an op- portunity to the student to bring out the best in him Its uniqueness lies in the characteristic blending of academic excellence with a re ligious atmosphere which helps to mould the character of the student on a sound and healthy founda tion The School thus strives to achieve an all-round development of the personality of every child by means of which he can serve humanity better

The School presently compris- es a middle school a high school teaching upto the standard X and the higher secondary school Built on a vast green area with modern buildings the Crescent School provides the best facilities for the all-round comfort of the students

It has a total strength of 400 pu- pils who are given a sound edu- cation and are offered plenty of scope for developing their innate talents physical stamina and spir itual growth

The Crescent School offers quality education taking into con- sideration the aspirations and needs of today s young genera- tion The curriculum combines a

variety of courses in arts and sci ences which is designed to de velop a desired learning experi ence The student-teacher ratio at the School is 15 1 with an average class strength of 25 Tests and ex- aminations are conducted six times a year which are designed to present an up to date progress of every student These tests and

unit tests are held at frequent in- tervals and help reinforce learn ing for the student and also enable the guardians to keep track of the progress of their wards from time to time

A novel feature of schooling at the Crescent School is that pupils are encouraged to learn by them

FED-PEC0267559

## Cover Story

selves Yet special efforts outside school hours are made to strengthen and reinforce weak children academically For this the students can avail of the services of the staff members for the subjects in which they happen to be weak

The School offers all the facilities that are required in a good educational institution It has

**Laboratories** There are well-equipped modern laboratories of biology physics and chemistry, which provide children ample opportunities to observe investigate and experiment theories taught in the class-rooms

**Computer Centre** A spacious computer centre meets the challenging needs of modern technological world where the computer is no longer a luxury, but a basic necessity in all dealings and transactions The centre which has 19 micro computers 3 pcs and 3 printers at present, is one of the best among the city schools

**Library** The School library has a very good collection of books and the variety is such that every student finds something of interest for himself A set of library books are also available in the hostel as well as in the School's Mosque for the use of boys during their spare time

**Audio - Visual aids** The School has its own audio and video equipments Video cassettes are screened periodically for the purpose of education and entertainment

Students of the School who make a commendable performance in tests and examinations are honoured with many awards and prizes This encourages the feeling of competition and pursuit of excellence among the boys Separate awards are given for excellence in religious activities as well

Character being the basis and end of all true education receives a special emphasis at the Crescent

School Five time prayers and daily Qur an reading are compulsory for all Muslim boys During the month of Ramadhan all the boys from the secondary stage onwards are asked to observe fasting

Children are also constantly encouraged and helped to develop respect for their own and other cultural linguistic and religious traditions It is sincerely believed that the religious atmosphere prevailing at the campus contributes a lot in shaping the personality and character of the student community with all the necessary virtues inculcated to face this world and achieve salvation in the Hereafter Hence religious studies are an important part of the school curriculum which has helped create a very religious and healthy atmosphere on and around the campus

To help the students spend the leisure time usefully various recreational facilities and spare time activities are encouraged by the School Aiming at an all-round development, the School has many societies associations and clubs There are various literary associations for English Tamil Hindi Arabic and Islamic Studies These forums train the students in the art of public speaking and conduct competitions as well to develop literary skills of students There are also clubs for Science Fine Arts Nature and philately which sharpen the scientific and aesthetic talents in students These activities make the lisure time of the students more meaningful and useful Various inter school contests are also held during every academic year which provide both entertainment and enlightenment to the students

Other spare time activities at the Crescent Scool include training in

1) Computers 2) Electronics 3) Drawing and Painting 4) Screen Printing 5) Photography 6) Speech Making 7) Car Driving 8) School Choir 9) School

Band 10) Hindi Language 11) Martial Arts and 11) Swimming

As believed by eminent educationists class-room teaching does not wholly fulfil the role of educating a child I never let schooling " Mark Twain quipped interfere with my education It is true The objective of equipping the child for life to meet both its challenges and crises needs a totally varied educational programme outside the four walls of a class-room With this objective, in view the School chalks out during the academic year an interesting social science programme which includes activities both inside and outside the campus That the School is placed in a beautiful campus is a fact no visitor will fail to notice

The Crescent students are made to shoulder individually and jointly the responsibility of maintaining the campus clean lest they are swallowed up in their own comforts Compulsory camps outside the school are arranged for all children Particular villages are chosen and the boys help in laying roads and cleaning the surroundings Students also visit orphanages hospitals and schools meant for handicapped children in the area In their own humble capacity children learn to extend a helping hand to their less fortunate brethren so that when a student passes out of the School he must be a citizen in the true sense of the term

Boys of the Crescent School also participate in the National Service Scheme (NSS) which is for higher secondary students so that they can render service to the community while undergoing instruction in their respective educational institution and arouse social consciousness among the fellow students They are also provided with an opportunity to interact creatively and constructively with the community around the campus and to put the education they receive to concrete so

FED-PEC0267560

## Cover Story



A section of the Mosque at the Crescent School. Equal emphasis is placed by the school on the spiritual development of the student's personality through a religious atmosphere

cial use. The School also fosters the sense of discipline and helps to build a good physique too.

*Mens sano is corpore sano.* A healthy mind in a healthy body is not only a belief but an actual practice here. The extensive playgrounds have provision for such games as tennis, badminton, volleyball, football, hockey basketball, shuttle cock, gymnastics and athletics. Specially trained teachers for various games and athletics train the boys in these sports.

Carrom, chess and table tennis are some indoor games played at the School. Crescent boys have been doing well in the district and state level athletic meets as well as tournaments. Besides, a huge swimming pool has always been an added attraction at the campus, where the different styles of swimming are taught and competitions at various levels are conducted annually.

Educational tours which help to enhance the learning and dis-

covering quality of man are also organised annually by the School.

National and international tours are organised keeping in view that they are an inseparable appendage to a true education. In a period of five consecutive years almost all the important places of the country have been covered by the students.

For a residential school hostel is of the utmost importance. in fact it forms the backbone of the school. The Crescent School tries to give the best living environment to all the resident students

who leave their homes in the pursuit of knowledge. It would not be an exaggeration to say that the Crescent hostel is a home away from home. The hostel has dormitories for younger boys while those in higher classes are provided with separate rooms so that they can pursue their academic activities without hindrance to

and from others. The hostel activities are coordinated by a well experienced warden. The recreational hall of the Hostel has provision for both indoor games and a library too. There is a spacious dining hall where all students eat together at a time a well balanced

and nutritious diet. The students can get their requirements such as stationery toilet articles eatables etc on the campus itself

The health of the student is of utmost importance for his balanced physical and mental growth. The Crescent School authorities have been paying due heed and attention to the provision of essential medical facilities for its students. The School has a 10-bed hospital inside the campus which is fully equipped with all essential items. A medical officer is available for consultation thrice a week while a qualified Resident Nurse is accessible round the clock. In case of serious illness the school intimates the parents immediately for taking prompt action.

FED-PEC0267561

## *Problems & Prospects*

# Muslim Education in Western Europe

*Mrs S A J Mozammel*

WESTERN Europe consists of the following countries Britain France, Germany the Netherlands, Belgium Sweden Italy Greece and others where there was very little Muslim population in the earlier part of the sixteenth century These countries had an educational system completely different from the Islamic system In the early part of the sixteenth and seventeenth centuries Greek Hellenistic educational philosophy was followed in these countries But with the passage of time and after the Industrial Revolution particularly after the Second World War the European countries developed an educational system, which is secular in approach and method

The extension of European empire into the Asian and African countries in the seventeenth and eighteenth centuries implanted Western secular education in their colonies Every Metropolitan state had its own colonial educational policy which may be assimilationistic integrational or aggressive Depending on the nature of the educational policy the relationship between the Metropolitan state and its colony on the educational level can be judged There were four Metropolitan states in Europe Britain France Netherlands and Italy



*The annual prize distribution function of the Muslim Educational Trust  Muslim communities settled in Western Europe attach great importance to Islamic education for their children*

It is estimated that since 1945 almost 30 million people have come to the West European countries as workers and their dependents In addition to these many people returned from former colonies and Western Europe also received many refugees after the Second World War As a result of these factors the population of Western Europe increased to about 10 million between 1950 and 1975

It is estimated that there are about 16 million people of migrant origin in Western Europe, including Britain These people migrated in large numbers from India Pakistan Bangladesh Turkey Algeria Morocco Spain Portugal Yugoslavia Italy Greece Indonesia the West Indies and Surinam – some for political or religious reasons an overwhelming majority having migrated for economic reasons i e in search of better life The estimated number of Muslims mainly of migrant origin in West European countries is about six million Most of them are economic migrants

There are various causes of migration of Muslims from Third World countries to Western Europe There are some general characteristics which are relevant to

FED-PEC0267562

## Cover Story

ill the sending and receiving countries covered in this paper One such characteristic is the pull factor which attracted Muslims to certain Western European countries and the push' factor which forced them to leave their countries of origin in some cases temporarily The pull factor is the combination of economic demographic and social developments in Western European during the post War years There was rapid economic growth and surplus labour needed The push factors included shortage of opportunities unemployment low levels of per capita income and the inequality of distribution among different regions and among rural and urban areas

After the demolition of the colonial empire in the aftermath of Second World War the European countries need manpower from its former colonies A large number of Muslims from different parts of Asia and Africa went initially for economic reasons, to the European countries to the former Metropolitan states But later on with the addition and extension of family and dependents Muslims felt the need for their education according to their culture tradition and religion Now that Muslims have become settled communities in West European countries such issues as the facilities for places of worship and questions of education teaching n mother tongue and the issue of religious instruction *Halal* meat uniforms for girls and single sex chools are being raised

So their educational demand in ie context of the European educational system is the provision f Muslim education which can ot be equaled with the traditional lamic education On the other ind while dealing with the educational demands of the migrant

Muslims, the former colonial countries followed different educational policies Therefore, we find some significant variations among the countries of Europe regarding the status of Muslims and their education

It should also be pointed out that it is quite natural that the education system followed in the Western European countries is quite different not only from that of the Muslim majority countries but even from that of the Muslim minority countries of the Asian Continent such as India which was under Muslim rule when Islamic education system was introduced Not only the educational systems in the European countries but even the school environment and cultural milieu are also different

The Muslim children have to live under two opposite cultures – home culture and school culture Therefore the educational demands or needs of Muslims do not only include the curriculum syllabi or the reading materials of the educational institutions but they also comprise the whole educational needs plus the environment of the educational institutions

That's why in this paper I will try to deal with the following topics settlement of Muslims their educational needs in the country of settlement with particular reference to Muslim schools the provision of Islamic syllabi school uniform the issues of swimming physical education assembly or morning worship and *Halal* food etc All these aspects will be dealt with reference to the following countries Britain France the Netherlands Germany Belgium and Sweden In every country I shall deal with first Muslim settlement then their educational needs and the

government's provision in those countries

Before discussing their educational demands it might be useful here to furnish at least the estimated number of Muslims in some other European countries in particular, where they live as workers

Denmark 35 000 among them 17 000 from Turkey Greece 150 000 out of them 90 000 from Turkey, Norway 15 000 9 000 from Pakistan Sweden 33 000 out of them 20 000 from Turkey Switzerland 58 000 among them 43 000 from Turkey Muslims are also to be found in almost all East European and some Mediterranean countries

### Britain

Most of the Muslims come from the New Commonwealth (including Pakistan) countries they mainly arrived during the last 30 years The largest number originated from Pakistan (about 350 000), while there are sizeable numbers from Bangladesh India Cyprus Malaysia Arab countries and from some parts of Africa Estimates of the overall Muslim population is around 2 million There are a large variety of local regional Muslim and national organisations and about 500 mosques

The other important organisations to be mentioned in particular with their religio-educational role at national level include The United Kingdom Islamic Mission the Islamic Foundation, the Muslim Education Trust the National Muslim Education Council of the U K etc

There are some Muslim schools 11 of them run by the community The United Kingdom Islamic Mission the Islamic Foundation the Muslim Education Trust the National Muslim Educa-

FED-PEC0267563

---

### Cover Story

tion Council of the UK The Islamic Academy and the recently formed Council of Mosques

**Education** With over 100 local education authorities it is impossible to generalize about circumstances Many schools have made provision for some Islamic requirements (dress separate swimming and physical education etc) others have not Religious education required by law is now usually based on a multi faith syllabus agreed locally There are a number of publicly-funded Church and Jewish schools But Muslims main effort is devoted to establishing Muslim schools within the state system parallel to existing Church of England Roman Catholic and Jewish schools

While in principle this is possible under the still valid 1944 Education Act in practice local education authorities community relations structures educationists and political parties are generally agreed that such Muslim schools are undesirable because they would be socially divisive and retard the improvement of race relations The Muslim protagonists are primarily concerned with a religious framework Islamia school in North London established by Yusuf Islam is still awaiting recognition for the voluntary-aided status

Islamic religious instructions takes place in virtually all mosques is well as in a number of other voluntarily run Islamic centres some of which have attracted small amounts of public funding or subsidized room rents

### France

In the immediate post War period an active immigration policy was formulated with two objectives additional manpower and increased demographic growth



Islamic Cultural Centre and Mosque Regent Park London London has the largest Muslim population in Europe

rate Between 1946 and 1970 1 966 281 foreign workers entered the country and they were joined by 690 000 dependants in the same period Among Muslim immigrants in France Algerians who formed the largest Muslim group were free to enter

It is estimated that about one million people have received French citizenship a significant number of them Muslims This means that in 1984 the estimated number of Muslims in France could be over 2 million Muslims count around 2 5 million the majority of them being from North Africa or French from Algerian origin

**Education** The French system is traditionally very centralised and characterized by minimal flexibility In recent years a fair amount of adaptation has been introduced to take into account the different needs and backgrounds of immigrant children both in terms of language and cultural background as well as teacher training In primary schools Arabic and Islamic culture syllabi are being introduced as part of French agreements with Morocco and Algeria In 1985 a commission headed by Professor Jaques Berque submitted a report recommending a radically different approach which would regard the pressure of immigrant children as an opportunity for all children rather than a disadvantage

Religious education is not available in French state schools There is a large and active sector of Islamic instruction often associated with mosques which is able to reach less than half of the Muslim children Much of this education is controlled by often rival Moroccan and Algerian groups

There is very limited access to *Halal* slaughtered meat Wearing head scarves by girls in schools has created a problem and some girls were expelled for this reason

### The Netherlands

During the period following the Second World War a wave of immigration has been seen from former Dutch colonies and labour migration from other countries The first and largest group of immigrants were the repatriates from the former Dutch East Indies (Indonesia) estimated at between 250 000 and 300 000 Apart from a few thousand Muslims who came from the former Dutch colonies of Indonesia and Surinam most Muslims have come to the Netherlands in the last 30 years

Their about these Turkey and 12 mainin nisia rinam France per ce Nether Muslim

About inating rocco a about rooms state is and thu concept commu equal co

In mosque used fo structior Muslim ficult to children structior or in St of Mus and then are wort leaders

FED-PEC0267564

---

## Cover Story



*The local Muslim community has been struggling hard to devise and sustain and elaborate system of Islamic education*

...ien estimated number is now ...out 350 000 The majority of ...se Muslim migrants came from ...rkey and Morocco 180 000 ...1 120 000 respectively The re ...ming Muslims are from Tu- ...ia Algeria Indonesia and Su- ...im Like West Germany and ...nce a certain percentage (23 ...cent) of Yugoslavs in the ...herlands is estimated to be ...slim

About 320 000 Muslims orig- ...ing mainly from Turkey Mo- ...o and Surinam have access to ...it 200 mosques and prayer ...ns in 100 cities The Dutch ...is neutral in religious affairs ...thus does not operate on the ...ept of recognised religious ...munities All religions enjoy ...l constitutional freedom

...n addition to using the ...ques for prayers they are ...for imparting religious in- ...tion of one sort or another to ...im children It is very dif- ...to calculate the number of ...en who receive religious in- ...ion in mosques or Madrasas ...State schools The question ...uslim children s education ...eir non-Islamic environment ...orrying parents and Muslim ...s alike in these countries

The children of Muslim parents born or brought up in Western Europe are a generation caught be tween two cultures

*Education* The presence of almost 70 000 Muslim children in the Netherlands involves a re orientation for Dutch educators and school authorities Slightly more than 50% of them are at tending state schools But the fact that still about 50% of Muslim children attend Qur an or mosque schools after school hours in dicates that many Muslim parents are not satisfied with the way the existing educational system caters to the religious needs and desires of their children

There is a general secular pres sure which is increasingly placing question-marks over the educa tional justification for the large number of Christian schools which puts even greater pressure on Muslim educational concerns In many ways Muslims are facing problems similar to those in Brit ain There are questions of Islamic dress for girls, the withdrawal of girls from schools before the com pletion of compulsory education mixed swimming and physical ed ucation and, of course the ques tion of religious education Since

1985 all primary schools have to teach lessons on world religions and world views Religious educa tion can be provided in municipal schools if a sufficient number of parents make the demand and funds are available Besides all schools are bound by law to teach the language and culture of mi grant communities

### Belgium

Muslim migration is very sim ilar to that of the Netherlands The majority came from Turkey and Morocco followed by Tunisia, Al geria and Yugoslavia They con sist of mostly workers and their dependents who came to Belgium during the last 30 years The Mus lim population of Belgium is es timated to be over 230 000

Under the Belgian system of legal recognition of religious com munities the Muslim community was added to the short list of such recognised communities by a se ries of laws and subsequent royal decrees between 1973 and 1981 The main effect of this has been to make Islamic religious instruction available to Muslim children in state schools It is imparted by about 400 teachers paid by the state and authorised by the Islamic Cultural Centre in Brussels About 40 000 Muslim children take ad vantage of this provision

*Education* The teaching of re ligion is governed by the laws of 29 May 1959 11 July 1973 and 20 February 1978 These laws are called School Pact There are two types of school official (state) school or free (private) school The Article 8 of the law of 1978 reads as follows In state schools (as well as in pluralist schools) of full time primary or secondary education the weekly timetable includes at least two hours of religious instruction and two hours of ethical instruction

FED-PEC0267565

## Cover Story

Religious instruction is to be understood as the teaching of religion (Catholic Protestant Jewish or Islamic) and of the morality which it inspires

Within a period of five years from 1977 to 1982 the number of young Muslims following a course in Islam within the Belgian school system almost tripled It may be said that approximately 40% of the total number of students attending school in Belgium (primary and secondary combined) are attending a course in Islamic religion within the normal weekly timetable It reached almost 300 in 1983 This constant development of the teaching of Islam in Belgium within the last five years is the concrete result of the provisions of the law of 1978

State financing of teachers of religion is not however the only important factor in the area of Islamic education It is also necessary to mention the efforts of the Islamic Cultural Centre of Belgium towards improving available pedagogical materials and tackling the scarcity of competent teachers With financial aid of the Muslim World League a Secretariat of Islamic Instruction was created in 1981 to assume various administrative and pedagogical tasks bearing on religious education (the recruitment and nomination of teachers the establishment of a programme of religious instruction for primary secondary and technical schools the publication of school textbooks the drawing up of instructions for teachers of religion the organisation of pedagogical conferences ) The Centre also edits text books on Islamic faith and practice in French and Arabic for the use of the schools

*Other Issues* The Islamic Centre in Brussels is run by the ambassadors of the main Muslim diplomatic representatatives and not by the Muslim groups in Belgium While there appears to be only few problems arising from the holding of the main religious testivals or with dress for swimming or physical education (which are usually separate for boys and girls in any case) the wearing of very strict Islamic dress by girls (e g *Chador*) has been seen as a provocation by Belgian schools

### West Germany

After the Second World War Germany had a considerable unemployment problem due to war destruction and economic disorganisation It is estimated that the Muslim population in West Germany in 1984 is 1 9 million mostly from Turkey Morocco, Tunisia and Algeria By far the largest proportion of the roughly one and three quarter million Muslims are from Turkey There are about 800 mosques or prayer rooms and 340 000 Muslims are involved in some sort of religious activity

*Education* Although there are generally agreed principles and regulations each of the federated states has its own education system and its own way of dealing with foreign children Religious education is the responsibility of the state the religious communities have however to devise syllabuses and provide teachers acceptable to the education authorities Several education authorities are experimenting with syllabuses devised by appointed commissions and some Islamic instruction is imparted at the Turkish cultural centres organised by the authorities Most mosques have their own programmes of religious instruction

Muslim women and girls complain of being mocked at because of their dress

### Sweden

There are about 45 000 Muslims in Sweden half of them coming from Turkey

*Education* Islamic religious instruction takes place almost exclusively in mosque schools In state schools there is instruction in mother tongue through which some Islamic education is imparted as a by-product but therefore unsystematic There is very little possibility of establishing separate Muslim free schools

*Other Issues* Besides education the main issue of concern to Muslims is access to *Halal* meat Slaughter without pre stunning is not allowed in any circumstances *Halal* meat can be imported from Denmark under special arrangements Otherwise there appear to be few problems associated with dress prayer times and access to *halal* vegetarian diets in institutions

There are undeniably significant variations in the different countries of Western Europe Some of these are related to the different historical and cultural experiences of immigrant Muslim communities both in relation to themselves and in relation to their countries of settlement But differences more often are related to those of the country of settlement Different social and legal systems, educational and political structures historical and cultural traditions combine to produce points of interaction or confrontation

**\*This paper is not a primary research work It has benefitted from the research monographs entitled Research Papers, published by the Centre for the Study of Muslim Christian Relations, Selly Oak Colleges, Birmingham, United Kingdom**

FED-PEC0267566

Cover Story

## A Case Study of Ondo State

# Islamic Education in Nigeria: An Appraisal

*Sulaiman A. Saidu*

Ondo State was an integral part indeed a province of the defunct Western Region upto 1967 and defunct Western State upto February 1976 Between 1966 and 1976 therefore Ondo province took its share of the educational developments represented by the availability of a large number of Primary Secondary Grammar and Modern Schools as well as Teachers Colleges established by various Christian missions Muslim associations community and other proprietary bodies The picture was different from what it was in July 1947 when primary schools were available mostly in the urban centres and secondary schools were exceedingly few By early 1950s upper primary schools with standard six were located in big towns while most other primary schools with classes upto standard III or IV existed in the rural areas

By 1960 many towns had their own primary schools, and in addition one or more proprietary secondary grammar or modern schools

Pre-primary schools were luxes available to the children of wealthy and these could be found only in a few places in Ondo Province in the 1940s and 50s At the inception of Ondo



**Map of Nigeria**

State in 1976, there were only five pre primary schools popularly referred to as Nursery Schools Some schools in this category elongated their mode of operation and were functioning as Nursery/Primary schools They were fee-paying schools But with the advent of civilian regime in 1979 with its free education programme at all levels, such schools reverted to Nursery Schools only By December 1983 the military was back in power

The military administration both at the federal and State levels, recognised the need for a smooth transition from the home to the school and the important role that the nursery schools play in effecting this change Since such new schools can operate only by official approval the Federal Military Government laid down a set of guidelines and conditions for the establishment of these schools by voluntary agencies religious and social organisations and private individuals In response to initiative of this administration the Ondo State Ministry of Education established a pre-primary unit to handle the functions of pre primary Education

FED-PEC0267567

---

## Cover Story

The pre-primary unit not only ensures that laid down guidelines are adhered to by would be proprietors but more importantly ensures quality control of the schools. Induction courses are mounted for teachers of these private nursery/primary schools. At present there are more than one hundred and nine fee-paying nursery/primary schools and a large number of public primary and secondary schools in the State.

### Islamic Education

Udo-Ema A J (1960) defines education as a process of development which goes on as long as the person lives. All round development is good education. How to direct this development in the right way has engaged the attention of teachers for ages. This is so because there is no general agreement on the type of guidance that the child should have. Some feel that because people are different in their nature each child should be developed in his own way. Education therefore should develop the whole child — his head heart and body or in other words his mind character physical fitness and bodily skill.

As in case of Islamic education it is a type of education that is referred to as a system which inculcates in the learners both the heavenly spiritual and earthly material values on the bases of the teachings of the Holy Qur an and the exemplary life of the Prophet Muhammad (peace be on him).

The Qur anic schools established in the various parts of Ondo State are managed by Malums. Qur anic schools for the Muslim children are found in every area of Ondo State where there are substantial numbers of Muslims. Most of Qur anic schools began as parts of mosques. That was how the well known Al-Azhar the oldest University in Cairo came into being. Soon after Islamic education began to move out of the mosques and it came to be carried on mostly in the Muslim s house.

Traditional Muslim education in Ondo State in particular and in Nigeria in general, as common to the Muslim world for quite a long time starts with the Qur'anic schools where children are taught to memorise portions or even the whole of the Holy Qur an, usually without understanding it. Some of the pupils are also taught to read and transcribe Arabic letters usually on wooden slates. Pupils could be there for about four and seven years.

The basic aim of Qur anic education is to make its recipients good Muslims. Indeed in Islam being a good Muslim is synonymous with being a good citizen. Islamic education therefore, had produced religious reformers and later it turned out the rulers judges and scholars who maintained the legal system established by the reformers. It also turned out the various clerics who played important roles in the administration as well as religious men who tried to maintain the tone of religious life. It is clear that Islam places high premium on education. Today, the whole system of Islamic education in Ondo State in particular and in Nigeria in general has been subjected to intense criticism some capricious others pertinent. The educational course was of course long ill organised and at its initial stage attended by cruel flogging.

### Arabic & Islamic Education in Ondo State

***Secular Institutions*** The Muslim elites in Ondo State are cognisant of the importance of Western Education especially nowadays in the age of industrialization and scientific and technological advances. They begin to feel that they are not participating well in the administration of government. They want to achieve this without changing their religion and culture. They feel that there is need to combine sound Muslim education with an equally sound education along Western lines. This caused renewed enthusiasm in almost all Musalim circles in the State. Consequently a number of Islamic organisations sprang up in the state to facilitate Western education for the Muslim youths.

One of the dynamic and the largest of these Islamic organisations is the Ansar-ud-Deen Society. This organisation has established many primary and secondary schools in the State. Gradually the number of Muslim schools is on the increase. Similarly, the Anwarul Islam Society and Ikare-Akoko Muslim Council participated actively in the establishment of secular Muslim schools in the State. One of the motives behind the establishment of Muslim secular schools in Ondo State is to check the problem of converting Muslim children to Christianity through the schools. The Muslims want Arabic and Islamic Studies to be taught alongwith other secular subjects to their children.

All these schools both primary and secondary insist on including Arabic and Islamic Studies in their curriculum. Sometimes in the early seventies the need was felt for the provision of qualified teachers of Arabic and Islamic Studies. The Department of Arabic and Islamic Studies of the University of Ibadan introduced a certificate and Diploma courses in the twin disciplines. Candidates for these courses are largely drawn from the Qur anic schools which are

FED-PEC0267568

## Cover Story



The National Mosque Abuja Nigeria which was commissioned on 27th November 1992

sometimes called *Al Mahad* (Institute) or *Kulisyah* (College) by their proprietors In this department a sound training in Arabic Islamic Studies History and English Language is given to the students Those, who benefitted from the programme in Ondo State came back and improved on their output having improved themselves, such scholars include Dr hittu Ade Agbetola Alhaji O K Ogunlayi Alhaji H O jayi and Mr Aluko who is now ie of the Directors-General in ndo State

## Arabic and Islamic Studies in Ondo State

*Tertiary Institutions* A number of Nigerian higher institutions of learning have come to realize that Arabic contributed substantially to the knowledge of West African history and culture in particular and to the world civilization in general The Ahmadu Bello University Zaria Bayero University Kano Universities of Ilorin, Jos Marduuri Lagos State University and Usman Dan-Fodiyo University Sokoto offer

Preliminary and degree courses in Arabic and Islamic Studies as well as area of shari ah The premier university of the country University of Ibadan has a Department of Arabic and Islamic Studies and offers Diploma and Degree courses in Arabic and Islamic Studies But the Ondo State University Ado Ekiti has not introduced courses in Arabic and Islamic Studies leading to the award of 1 degree certificate due to the best knowledge of the university authorities

FED-PEC0267569

## Cover Story

There are a great number of Colleges of Education in the country that offer Arabic and Islamic Studies at Nigeria Certificate in Education (NCE) Level such as Colleges of Education at Ilorin Kano Maiduguri Okene Abeokuta Ijebu-Ode Ilesa Ila-Orangun Lagos and Oro The Ondo State College of Education Ikere-Ekiti has an autonomous department of Arabic studies and introduced the teaching of Arabic and Islamic Studies as well under the able leadership of Professor W O Olu-Aderounmu (J P the Provost of the College)

This is a progressive academic achievement in the history of the college in Ondo State in general and Arabic and Islamic Studies, in particular Above all, the Federal Government of Nigeria in its National Policy on Education 1981 edition approved the inclusion of Arabic and Islamic Religious knowledge in the Primary and Junior Secondary levels of our educational pyramid under the subject title Religious and Moral Education and the Bible Knowledge and Islamic Studies for senior secondary level

The efforts of the various Islamic organisations in the state are being reinforced by the Ondo State Government by introducing Arabic and Islamic Studies at the Ondo State College of Education Ikere-Ekiti In this dimension the provision of modern and well qualified Arabic and Islamic Studies teachers that would handle the subjects effectively in the Ondo State schools and colleges will go a long way to enhance the teaching of modern Islamic education in the State

### Conclusion & Recommendations

Some non-Muslims educated in the Western traditional system of education only have appeared to be ignorant not only of present day Islamic education but also of great contributions which the Islamic scholars and scientists have made to educational development throughout the world As we have seen Islam is deeply embedded in Nigerian culture and Islamic education has a continuous history stretching back over many centuries It should be emphasised that religion occupies a unique position in the entire educational system It is religion that gives meaning to life and in the process the philosophy goals and objectives of the Arabic and Islamic education are not likely to be compromised Consequently the traditional Muslim community leaders in the state who are the custodians of orthodox Islamic education should be convinced that Islam is not against arts science and technology The ultimate advantages of the unification such as the curriculum text books, language of instruction and improvement in methodology are expected to be realised

Towards effective integration and meaningful Islamic education with the Western education in Ondo State the Ondo State Government should either open an Arabic Teachers College or take over any modern Arabic institution in the state for proper training of the teachers of Arabic and Islamic Studies All media information in the state should give enough space and time to Arabic and Islamic Studies Both the Radio and Television should start Arabic teaching programmes to be known as Arabic by Radio and Arabic by Television' An appeal should go to the Ondo State Government that most of the existing private Arabic institutions in the state should be assisted by the State Government to produce qualified and efficient Arabic teachers

The State Ministry of Education should appoint Arabic and Islamic Studies experts into its Inspectorate Division It should be the responsibility of such experts to supervise and coordinate the teaching of Arabic and Islamic Studies in schools and advise the state government from time to time Their duties should also include organisation of in-service training for unqualified teachers of Arabic and Islamic Studies and seminar/refresher courses and workshops for qualified ones These could be arranged in collaboration with the Ondo State College of Education Ikere-Ekiti which offers Arabic and Islamic Studies as parts of its programmes

Furthermore the Ondo State Government should encourage the State University authorities at Ado-Ekiti to introduce the teaching of Arabic and Islamic Studies at the degree level If this step is boldly taken the strong opposition of several Muslim parents to the educational policy in the State would be reduced

### References

Balogun I A B (1969) The Importance of Arabic in the Modern Age and training of Arabic teachers for schools and colleges West African Journal of Education Vol XII No 1 page 33

Fafunwa A B (1982 History of Education in Nigeria London P 20

Federal Government Press Lagos Federal Republic of Nigeria National Policy on Education (1981 ed ) PP 7 12

Gbadamosi G O (1967) The Establishment of Western Education among Muslims in Nigeria Journal of Historical Society of Nigeria Vol IV No 1 PP 90 91

Saidu S A (1991) Arabic Studies in Ondo State Problems and Prospects Ikere Journal of Education Vol 2 No 1 pp 36 46

(Sulaiman A Saidu, Department of Arabic Studies, Ondo State College of Education, Ikere Ekiti, Ondo State, Nigeria )

FED-PEC0267570

**Current Affairs**

# Muslims Will Never Forget
# Bosnia!

*Khalid al-Maeena*

THE conflict in Bosnia continues unabated Enclave after enclave falls to the Serbs as the Western governments and the U N dilly dally liberately The United States nate earned the anger of Britain ance and Germany when it vot 69-29 to end U S participation the British led U N arms em go on Bosnia Senate Majority ider Bob Dole ewed his cam gn to lift the is embargo on Bosnian govn nent Serb at s on the safe s was too h for the Sen o stomach

Two have fal Three are un attack " he When do make a de i' When we no safe areas

ready the s have cd and two enclaves been burned

and looted

The British and the French and their European brothers are appar ently upset Each have their own hidden agendas The Serbs, as we all should know have been the traditional allies of Britain in both World Wars

The British government also wants to appease the Russians

who along with the British are the two main parties that have di rectly or indirectly contributed to the bloodshed in Bosnia Russia has warned that if the U S lifts the embargo on the Bosnian govern ment they would consider doing the same for the Serbs

However this statement is a joke The Russians have already supplied millions of dollars worth of arms to the Serbs A report in the *Aviation Week and Space Tech nology* in its is sue dated July 3 1 speaks of SAM missiles supplied to the Serbs Oth er countries too have helped in breaking the so called sanctions The Butcher of Bosnia Gen Rat ko Mladic whose pictures were splashed in papers joking with Ca nadian soldiers killed in cold blood Col Avdo Palic the Bosnian Muslim Defence



Mourning the dead in Bosnia The conflict continues unabated

FED-PEC0267571

## Current Affairs



Muslims on the move  Bosnian Army soldiers under attack from Bosnian Serb forces in central Bosnia  on August 11  Bosnian Army forces, kept up their attack on the Serb held town of Donji Vakuf in central Bosnia and the United Nations reported intense artillery and small arms exchanges in the area

**Commander of Zepa**

As the bloodshed in Bosnia continued  the British Prime Minister John Major and French President Chirac had an extended lunch

The Bosnians were not so lucky  Not only they had no lunch but their bodies were being shattered  Their children were being blown away by Serb artillery  The British and the French want the warring parties to talk  Why did Britain not talk to Hitler? Why did it go to war over Poland in 1939? Hitler's drive into Europe was a picnic compared to the Serbs who are attacking an independent country recognized by the U N

Harrowing tales of mass murder and rape by the Serbs at Srebrenica have failed to arouse the so-called British sense of justice

and fair play  However  as readers should know  this should not be surprising

An Arab poet said  O people of Sarajevo  If you were Christians  armies of bishops would have come to your rescue  If you were Jews  the blood of the Serbs would have run in the valleys

These words should be imprinted in our souls  The whole poem should be learnt by heart and by every child  woman and man  For years I scoffed at this conspiracy theory propagated by many in the East  Old wives tales was how I described them

Against my better judgment I am forced to admit it is true  These people are never going to rest until they wipe the Muslims out of Europe and subjugate them elsewhere  Like the American In-

dian in the reservations and the Blacks in the Townships  our countries will be zoned  We will however serve a purpose and that will be to buy their goods  This neo-colonialism will reduce us to the level of serfs

The Serbs have been attacking areas deliberately made defenceless by the conniving British and European governments  15 000 Bosnian children have had their legs and arms amputated  Tens of thousands more suffered the same fate as Major and Chirac were having their two hours long lunch

The suffering caused by the U N action deliberately planned by Butrous Ghali and the British government should be remembered by us all  The same fate could befall us

FED-PEC0267572

## Current Affairs

British and European children will be packing their bags for their vacations. While in Bosnia Muslim boys and girls are being picked in cloth to be buried in shallow graves. A generation of Bosnian children have been scarred for life by the evil acts of the Serbs.

How can the Western leaders be oblivious to this. How can Major and others who themselves are husbands and fathers fail to be moved by all this.

However why should we blame the Serbs or the British. They all have an agenda of their own. In *The Spectator* issue of June 10 1995 Noel Malcolm described in detail the anti Bosnian misinformation campaign being conducted by the British government and the U N. The U N itself concealed the massacres of the unarmed Muslim civilians in Srebrenica. The great British game of duplicity started with Lt Gen Sir Michael Rose who made false accusations against the Muslims in a television programme.

High ranking British officials also fed misinformation to several British papers. Malcom Rifkind the British Foreign Secretary has advisors who are openly pro-Serb such as David Hart.

The British army personnel in the U N force have their own agenda. In one British commanding officers mess the Bosnian Muslims were referred to as the wogs. This was a term which the British used in an insulting manner to describe the Indians and the Chinese. All those who are there in Bosnia under the U N mandate be they British, French German, Norwegian have openly exhibited their disdain for the Muslims.

I have now come to the firm belief that the conspiracy theory is not a theory. It exists. We are being threatened. The fight between our two civilizations has not begun now. It began a long time ago.

But what can we do? Do we just stand and wait or do we at least lift a hand before it is amputated.

The time has now come for jihad Ali Hussein Shobokshi a prominent Saudi businessman having a deep understanding of Western politics and economic working said that the new Crusaders aim at wiping the Muslims out from Europe. The connivance of international organization the UN the Western governments has one objective—the elimination of all Muslims in the Balkans.

However I would like to add that the Balkans will not be a line in the sand as Bush put it during the Gulf crisis when hundreds of thousands of Western troops were ready in a matter of moments. The jihad that we should start should begin with ourselves. It is a *Jihad al Nafs*.

Lest some Western diplomat might have an image of turbaned men on horses wielding their swords and charging ahead I would stress again it is a *Jihad al Nafs*.

We should look at the whole matter in a cool and dispassionate manner. It is now confirmed that all this drama of feeding and protecting Bosnians is a bluff. How then can we protect ourselves? By sacrifice. Let us give up our worldly pleasures. Let us work hard to make our countries strong.

Instead of pointing the fingers at others we should be aiming at productivity and self sufficiency. Petty squabbles and rivalry is

such that exist on our scene should be made a thing of the past. Let us return to our roots. We are all awed by this world and all things in it that are beautiful. But there is another *World* that awaits us and which is permanent.

It is more important for us to live in this world with dignity. Tipu Sultan the last Muslim king of Mysore said as he picked his sword to fight the advancing British. It is better to live like a lion for one day than a jackal for a hundred.

Allah has promised us more.

*Oye who believe! Shall I lead you to a bargain that will save you from a grievous chastisement?*

*That ye believe in Allah and His Messenger and that ye strive (your utmost) in the Cause of Allah with your wealth and your persons. That will be best for you if ye but knew!*

*He will forgive you your sins and admit you to Gardens beneath which rivers flow and to beautiful mansions in Gardens of Eternity. That is indeed the supreme Triumph*

*And another (favour will He bestow) which ye do love help from Allah and a speedy victory. So give the glad tidings to the Believers*

*O ye who believe! Be ye helpers of Allah. As said Jesus the son of Mary to the Disciples. Who will be my helpers to (the work of) Allah? Said the Disciples. We are Allah's helpers! Then a portion of the Children of Israel believed and a portion disbelieved. But we gave power to those who believed against their enemies and they became the ones that prevailed —(Surat 61 Verses 10 11 12 13 and 14*

—*Arab News*, Jeddah

FED-PEC0267573

Current Affairs

## *Latest Developments in Bosnia*

# Croatia's Stunning Success and its Implications

### *Dr Mozammel Haque*

THE former Federal Yugoslavian republic was a cultural mosaic divided among the three religious communities Catholic Croatians Orthodox Serbs and the Bosnian Muslims During its long history, every religious community has its separate rule and both Serbs and Croats have been nursing their dreams of Greater Serbia and Greater Croatia The present Balkan crisis should be studied and analysed in the light of its past history the religious diversity of its people and their political alignments during the First and Second World Wars The Bosnian crisis is neither an ethnic conflict nor a racial war but a religious crusade It has surpassed the holocaust of Jews by the Nazis but has elicited little outcry from the world at large

To understand the significance and implications of the Croatian offensive in Krajina, it is necessary to analyse the situation which led to turn the tables in the Balkan crisis The overrunning of the two UN declared 'safe-areas Srebrenica and Zepa by the terrorist Serbs in the presence of UN and Nato forces has created untold sufferings and a massive refugee crisis in the post-cold war world besides causing indignation and anger among the Muslims and other peace-loving people of the world It has again caused a flurry of diplomatic activity in the Western capitals whose leaders got busy talking and discussing how to face the Serbian war-machine Both the peace-loving common people and the political leaders became active in their own arena one side mobilising humanitarian relief for the war-affected people and the other side preparing peace plan ' and bloodshed

### Srebrenica's Fall

The immediate aftermath of take over of Srebrenica and Zepa by the Serbs produced scenes of unarmed civilians fleeing from the fallen areas the overcrowding of Muslim refugee camps in Tuzla, Serbian attacks on another two so-called safe areas Bihac and Gorazde on the one hand and a demand for lifting arms embargo by the Muslim communities throughout the world and the the adoption of resolution by the United States Congress to allow Bosnian Muslims to have arms and weapons to defend themselves on the other

### Refugees

After mopping up operation in Srebrenica and expelling more than 30 000 Muslim inhabitants the Serbs rampaged Zepa, a second "safe haven in eastern Bosnia The UN-declared safe area Srebrenica fell, on 11 July 1995 and a week later another ' safe area Zepa was captured Thousands of refugees overcrowded Tuzla, another safe area The number of refugees has multiplied many times over and will keep on multiplying as more safe havens fall The thousands uprooted from their land do need everything from food to medicine for survival Reports of mass executions of the men taken away from Srebrenica have created grave apprehensions among the refugees camping at Tuzla

Spy photos shown to the Security Council indicate that Bosnian Serbs systematically slaughtered up to 2 700 Bosnian civilians on the instructions of the Bosnian Serb leadership The former Polish prime minister and UN human rights investigator for ex Yugoslavia Tadeusz Mazowiecki submitted his resignation on 27 July 1995 in protest over what he called the hypocrisy and timidity of world leaders in not fulfilling pledges to protect Bosnians He said he was resigning after three years in office after the United Nations allowed Serbs to overrun UN-declared "safe areas for Mus

FED-PEC0267574

## Current Affairs



Marching on  A Croatian soldier flashes a victory sign in Glamoc  the Serb town that fell during the recent Croatian onslaught

...lims at Srebrenica and Zepa

While the Serbs stepped up attacks on Bihac  and were relentlessly pounding Sarajevo  the West was busy talking  An international conference was called in London  o discuss how to protect Gorazde  which came up with a vague formula for action over the threatened city  As for the Muslim reaction  n to these ghastly goings-on  the Muslim World League expressed  severe  disappointment over the result of the London conference on Bosnia and said the soft stance of the Western nations would encourage the Serbs to continue  their aggression and terrorism against the unarmed people

A spokesman of the MWL  called on the Muslim states to rush to the support of the Bosnia people who were facing single-handed the barbaric Serb aggression  abandoned by the world and its organisations  to receive the barbaric bloody blows alone from the Serb aggressors  It supported the call of Shaikh Abdul Aziz bin Baz  Chief Mufti of Saudi Arabia urging the Muslims to back the Bosnian people with whatever means they can by way of money  arms and prayers

### Western Conspiracy

According to a distinguished Muslim analyst the Western conspiracy against Muslim world now stood fully exposed  Khaled al-Maeena wrote  By God and I repeat  by God  if there was one Jewish life in jeopardy (and we don t want that to happen) the West would have unleashed with ferocity  their military might (Arab News, 25 July 1995) Syed Ahmad Bukhari the Naib Imam of the Jama Masjid, Delhi  said, The United Nations is very partial when it comes to Serb atrocities  He thundered    If Muslims had committed  such  atrocities  the West would have wiped them out  The West is not taking strong military action against Bosnian Serb forces  because  the victims are Muslims  Ali Hussein Shobokshi  a  prominent  Saudi  businessman having  a  deep  understanding  of Western  politics  and  economic working  said    The common objective of the West is to eliminate all Muslims in the Balkans before the eyes of the entire world community

While Western officials protest that the religion of the victims has nothing to do with the response of their governments  Saudi Arabia s

FED-PEC0267575

## Current Affairs

ambassador to Britain Ghazi al-Gosaibi encapsulated Arab public opinion when he wrote in a poem "O people of Sarajevo if you were Christians armies of bishops would have come to your rescue If you were Jews the blood of the Serbs would have run in the valleys"

Shaikh Saleh ibn Abdullah ibn Humaid, the Imam and Khateeb of the Holy Haram, in Makkah echoed the sentiments of his Muslim brothers and sisters and that of all justice-loving people of the world when he said that the Bosnian Serbs are the sincere allies of the West and they are carrying out the dirty Western mission of exterminating Muslims from Europe

"A sense of injury is growing in the Muslim world" said Pakistan's ambassador to the United States Maleeha Lodhi "If the West does not want people like Huntington to be proven right they must address the Bosnia problem adequately"

The failure of Western nations in general and United Nations Security Council in particular to honour their own commitments over the Balkan state has forced the Islamic states to show that they cannot remain passive and toe the Western line all the time "If international forces cannot protect people then they must be allowed to defend themselves" Indonesian Foreign Minister Ali al-Attas said Indonesia the world's most populous Muslim nation has joined Malaysia in pushing for a strong statement by Asean against the impotence of Western powers in the face of Serb attacks in Bosnia

### Muslim Reaction

The Islamic countries have been outraged by Serbian gen-ocide against Muslims in the former Yugoslavia and their level of anger reached a fiery crescendo in the last week of July, as Serb forces brazenly flouted United Nations resolutions and overran two UN safe areas Muslims of all walks of life from the ordinary peasants and labourers to the statesmen and intellectuals felt that an international conspiracy has been hatched to eliminate the political presence of Muslims in Europe

This can be seen from the columns of daily newspapers which depict Muslim outburst of anger and resentment at the West's apathy and duplicity Thus a sense of injury is growing in the Muslim world

Muslims from Denmark lamented in a memorandum Muslim community in excess of one billion straddling the strategic and eminent geo-economic waist-line of Asia Middle East Africa and Europe commands immeasurable resources and strength yet suffers from complexes of parasitism Once the cradle of knowledge and civility today it has slid to a pit of self-imposed ignorance and deprivations

A letter published in the *Saudi Gazette* complains that We have acquired the immunity to be senseless and to keep mum Dr Abdul Qader Tash Editor-in-Chief of the Jeddah-based *Arab News* asked in his column on 19 July 1995 Can't the Muslim world with its 50 states and huge potential and resources do anything to save Bosnia? Isn't there anything it can do to salvage something of its own self respect now covered in layers of shame?

The same paper wrote editorially The record shows that it is too much to hope that the United Nations forces and their Nato air power umbrella will now act decisively to right the wicked wrongs that have been perpetrated on the Bosnian people (2 July 1995) Ridah Larry the Editor-in-Chief of the *Saudi Gazette* wrote on 26 July 1995 pleading to arm Bosnia

Besides intelligentsia, the ordinary Muslims throughout the Muslim world resented the United Nations failure to keep their promises to save the unarmed civilians of the UN declared safe areas' – unarmed because the United Nations had promised to save them and due to the arms embargo All over the Islamic world the mere mention of the word Bosnia sparks a visceral reaction of contempt of the West and the United Nations for its failure to help the Bosnian Muslims In frustration and anger the Muslim world cries out Why?"

Muslim leaders cannot withstand the pressure building up on their soils to take substantial and decisive actions of their own to save Bosnia Herzegovina from being wiped out from the world map

### OIC Parleys

The Organisation of the Islamic Conference (OIC) met in an emergency meeting in Casablanca to assess the situation of the Balkans and resolved that the arms embargo against Bosnian government is unreasonable and that Muslim countries should supply arms to the Bosnian Muslims It was also resolved that the arms embargo should immediately be lifted King Fahd sent letters to the heads of the member countries of the United Nations Security Council on the extremely dangerous situation in Bosnia following the aggressive acts of Serbs against the UN safe areas and the genocide

FED-PEC0267576

## Current Affairs

ind inhuman acts perpetrated by the Serbs He wanted the leaders to allow Bosnia to exercise its legitimate right of self-defence

The foreign ministers of the (OIC) Contact Group on Bosnia-Hezergovina along with the Secretary General, met in Geneva on 21 July 1995 to consider the grave situation in the Republic of Bosnia Herzegovina arising from

countries do not consider themselves *de jure* obliged to respect the illegal and unjust arms embargo against Bosnia Herzegovina a member of the UN which is the victim of Serbian aggression

The peace loving people of the world at large also demanded an end to the farce of so called safe areas and the lifting of arms em-

the Islamic Conference would no longer abide by the international arms embargo on Bosnia The Association of Southeast Asian Nations (ASEAN) called on 28 July 1995 for the lifting of the arms embargo on Bosnia Ministers from the seven-member organisation expressed their profound anguish at the failure and paralysis of the UN mission in Bosnia



Zepa Refugees French UN peacekeepers help an elderly refugee woman to get off a UN truck as they arrive from Zepa at Kosevo hospital in Sarajevo on 26 July last Forty refugees arrived in Sarajevo Thursday after the town of Zepa had fallen to the Serbs 48 hours earlier

he intensified aggression of so-illed Bosnian Serbs with the military support of the Federal Re iblic of Yugoslavia (Serbia and Iontenegro) and assaults on the inited Nations safe areas

The foreign ministers ex-essed their profound anguish d disappointment over the fail e of the United Nations mission the Republic of Bosnia-rzegovina The OIC member-

bargo in the Balkans Both Houses of the United States Congress passed a resolution resolving to lift the arms embargo in the region

Growing number of organisations started demanding that Bosnian Muslims be allowed to defend themselves Egyptian Foreign Minister Amr Moussa said on 22 July 1995 that the 52 member-nations of the Organisation of

Malaysia's Prime Minister Dr Mahathir Muhammad, an outspoken critic of the Western policy on Bosnia, said We will sell weapons regardless under the UN Charter any country has the right to defend itself and said that it would consult all members of the Organisation of the Islamic Conference on Malaysia's willingness to sell weapons to Bosnia Pakistan will coordinate with oth-

FED-PEC0267577

## Current Affairs

er OIC countries to supply weapons to Bosnia to fight the continued Serb aggression and brutalities It welcomed the OIC contact group s decision and promised to coordinate closely with other OIC member-states for strengthening the defence capability of Bosnia-Herzegovina in this context

Bangladesh promised to support the OIC in actions against Bosnian Serbs and expressed its readiness to participate in any initiative sponsored by the OIC Contact Group Egyptian Foreign Minister Amr Moussa bluntly said Egypt considers that the embargo on exporting weapons to Bosnia has been lifted "

### Croatian Offensive

In a development of far-reaching importance Croatia Bosnia-Herzegovina and the Muslim Croat Federation signed an agreement, on 22 July 1995 to improve military cooperation and joint defence 'Since our two countries are under attack by the Serbs the military aspects are very important said Bosnian Foreign Minister Muhammad Sacirbey after a summit of the Presidents of Bosnia Croatia and the Muslim-Croat Federation They discussed the best means of repelling Serb rebels who were attacking the Muslim enclave of Bihac near their common border

The Croatian Army which intervened to rescue the Bosnian Muslim enclave Bihac which had been invaded by Serbs captured Bosansko C ahovo and Glamoe, the two Serb towns fell to the Croats who captured a large chunk of Serb-held territory and cut the main supply road to Knin, the Krajina Serb capital near Bihac

The Croatian offensive has apparently altered the tempo and temperature in the Balkan barometer The question of lifting the arms embargo was put aside on the one hand and the new peace efforts were started on the other

### Its Implications

There are many implications of this latest Croatian offensive It has both immediate and remote as well as negative and positive implications The immediate results of the Croatian offensive were a halt in the Serbian attacks on Bihac and Gorazde the return of Krajina from the Serbians to the Croatians and the change in position on the ground which strengthened the bargaining power of the Croats as well as the Serbs

The striking Croat advances in recent days may have a much more direct impact on the Serbs, who have scaled down their attacks on the ' safe area of Bihac and has opened the prospects of peace in the region The Croatians have managed to achieve what the United Nations has just been talking about over the last four years since the crisis in Bosnia-Herzegovina first erupted Tudjman regime, which his own men have dubbed as the ' real rapid reaction force ' has treated the Serbs to their first ever real military reverse "Croats have done the dirty work that Nato and the West have proved so reluctant to carry out confronting the Serbs and their policy of ethnic cleansing, *Saudi Gazette* commented editorially

### Solidarity with Bosnian Muslims

Another impact of this offensive is the Muslim solidarity with Bosnians A very striking instance of expression of solidarity with the Bosnian Muslims was recently witnessed in Saudi Arabia A Kingdom wide campaign to raise funds for the Muslims of Bosnia was launched on 11 August 1995 with a SR 50 million donation from King Fahd Through this unprecedented drive over SR 400 million had been collected in a single day The 15-hour telethon organised by Saudi Television marked a milestone in fund collection in the Kingdom The enthusiasm in giving donations by children as young as two and half years and men and women of all walks of life was never witnessed before in recent times The drive named Campaign of the Custodian of the Two Holy Mosques King Fahd for Solidarity with the People of Bosnia-Herzegovina was organised by the Higher Commission for Collection of Donations for Bosnian Muslims

The Croatian offensive has clearly divided the international community While Britain Russia, France and Germany called on Croatia to halt its offensive against rebel Serbs France said the attack was unjustified Norway Sweden and the Netherlands joined the chorus of European nations condemning the Croatian offensive

The world also split into two camps over a United States vote to lift the arms embargo against Bosnia with major Western powers joining Russia in condemnation and Islamic nations rallying to the move

### New Peace Efforts

Another implication of the Croatian offensive is the beginning of a new round of peace efforts Every time there is change in the map on the ground whether it is brought about by the Serbs or the Croats or by the Bosnian Muslims it injects new zeal into the peace makers and activates them to propose a new peace plan

FED-PEC0267578

## Current Affairs

As long as the Serbs were unleashing a reign of terror on Bosnian Muslims in Srebrenica and Zepa and other UN-designated safe areas, the West and the United Nations kept mum. But no sooner did the Croats mount attacks on Krajina and the Serb held areas than the same West became active. This time Russia the long-time ally of Serbia suddenly realised the need for a negotiated settlement of the issue and President Boris Yeltsin hastily called a Tudjman-Milosevic Summit in Moscow. The Contact Group, whose peace proposals were spurned by the haughty Serbs and which had gone into oblivion is suddenly being sought to be re-activated. 'The UN, also headed by another stubborn Christian fundamentalist, to quote the *Saudi Gazette* moved with great urgency - not witnessed when the UN itself lost safe areas of Srebrenica and Zepa to the Serbs to rehabilitate' Serb refugees from Krajina in Serb occupied parts of northern Bosnia. (10 July 1995)

The United States President Bill Clinton despatched a high-level delegation to Europe headed by National Security Adviser Anthony Lake to discuss the future of the UN mission in the former Yugoslavia with the British French and Germans and to attempt to restart talks aimed at Serb acceptance of the Contact Group plan on Bosnian partition. French paper *Le Monde* reported that the plan included trading the Bosnian Muslim enclave of Gorazde with Bosnian Serbs and widening the Brcko corridor linking Serb held territories in northern Bosnia with Serbia. In return it said Bosnian Serbs would be asked to let Muslims extend their territory eastwards in the central Sarajevo area

Bosnian President Alija Izet

begovic rejected any surrender of Gorazde to separatist Serbs and proposed a 12 point peace plan His proposals were

1. An affirmation that peace must be based on Bosnia's sovereignty and territorial integrity and that Serbia should accept the mutual recognition of all former Yugoslav republics

2. An affirmation that the 1994 Contact Group peace plan including its maps should remain the basis for any settlement

3. A rejection of the notion that Sarajevo the Bosnian capital should be a UN administered city

4. A rejection of any recognition of the current Bosnian Serb regime which Izetbegovic described as genocidal

5. An insistence that constitutional arrangements under any peace plan must include guarantees of human rights and freedom for movement of people and goods the right of refugees to return to their homes and the right to reclaim stolen or confiscated properties

6. An insistence on the active persecution of war criminals

7. An insistence that military forces from all five Contact Group nations including the United States must be deployed to enforce the plan Serb forces must withdraw under threat of force to their side of agreed borders within seven days of the signing of the deal

8. An insistence that (outside) signatories to the peace plan must establish a fund for the reconstruction of Bosnia

9. An insistence that signatories provide political and financial assistance to the Muslim Croat federation in Bosnia and to the republics of Bosnia Herzegovina and Croatia

10. An insistence that Serbian President Slobodan Milosevic must negotiate for the Serbs in any peace talks and that the arms embargo on Bosnia's government must be lifted and sanctions on Serbia tightened if Serbs reject the plan

11. An insistence that signatories must support Bosnia Herzegovina's defence in the future and back its

membership in the World Bank International Monetary Fund and other such international and regional organisations

12. An insistence that any peace agreement must be signed by a representative appointed by the Organisation of the Islamic Conference

### Conclusion

Within a short span of 45 days from the overrunning of Srebrenica and Zepa by the Serbs to the Croatian offensive in Krajina many pleasant and unpleasant contrary and contradictory things have taken place. Firstly, when the Bosnian Muslims were persecuted when safe areas were falling, both Nato and the international community remained mum. But the stunning Croatian success in Krajina has made all of them active who are coming up with different proposals to stop 'oppression' of Serbs This shows where their sympathies lie

Secondly the withdrawal of UN peacekeeping forces from the UN-designated safe area Gorazde and its inclusion in the United States peace plan, said to have been offered to the Serbs demonstrates that the international community is ready to carve up Bosnia between Croatia and Serbia

Thirdly this scenario has convinced the Muslim world that there is a conspiracy to eliminate Bosnian Muslims from Europe

Fourthly, the world is clearly divided over the issue of lifting arms embargo and the Croatian offensive President Bill Clinton's veto of the bill calling for lifting of arms embargo on Bosnian Muslims passed overwhelmingly by the two houses of the US Congress shows the effectiveness of Russia's threats to ignore unilaterally the sanctions against Serbia

FED-PEC0267579



## Islamic Centre in Rome Formal Opening Ceremony

DR Ahmad Muharmnad Ali Secretary-General of the Muslim World League has expressed confidence that the opening of the Islamic Centre in Rome would contribute towards improving the image of Islam and promote understandings with the people of Europe

Dr Ali described the centre in Rome as a gift to the Muslim world from the Custodian of the Two Holy Mosques King Fahd bin Abdul Aziz He said this centre has a special importance located in a such a close proximity with the Vatican in Rome

He told reporters that the centre would be useful for both Muslims and non Muslims in the region and educate the people about the principles of Islam and its



**Prince Salman bin Abdul Aziz**



**Dr Ahmad Muhammad Ali**

message of peace and brotherhood

The Vatican has also supported the construction of the Islamic Centre in Rome A representative of the Vatican was present when the President of Italy laid the foundation stone for the project in December 1984 He believed that the government and people of Italy 7 could not have been established

Italy is an important tourist destination which is visited by millions of people every year The centre will not only help to improve the image of Islam in Italy but all over the world due to the large number of tourists who visit the European nation each year

The total cost of the project is $50 million and more than half of it was donated by the Custodian of

FED-PEC0267580

## Focus on the Muslim World



rince Salman bin Abdul Aziz, Governor of Riyadh, at the opening ceremony of the New Rome Mosque  The Government of the Custodian of the Two Holy Mosques contributed more than $30 million towards its construction

e Two Holy Mosques

Prince Salman Bin Abdul Aziz overnor of Riyadh opened the entre on 29 Muharram 1416/27 ine 1995 in the presence of the ali in president and delegations om a number of Muslim coun es

The centre has been built on an d of 30 000 square meters It s i mosque in which 2000 peo can  simultaneously  offer ivers There will be separate ar igements for women A library th  30 000  books  a  well- upped conference hall which i accomodate 400 people and a iool upto the 6th class form part he complex

The Muslim World League is managing Islamic centers in Holland  Belgium  Geneva  and Madrid  The League s Secretry-General  said the goal of having such centres in non Muslim coun tries is to help the Muslim com munities  know about their re ligion  and  provide them with cultural, social and community welfareservices  These centres will also help non-Muslims to bet ter understand Islam

## Christian Missionary Campaign in the Middle-East

The Christian organizations are giving increasing concern to the spreading of their propaganda among the Muslim in the Middle East and have been using various means to achieve this goal

One of the organs being used by the Christians to propagate their religion is the Beirut-based Middle East Information Associa tion which is using modern tech nological means to spread Chris tianity in the Arab region

The  Association  was  es tablished in 1975 as a publishing house for printing of books to propagate Christianity  Today it has  four sections  including TV transmission through satellite

The Association publishes a Christian magazine in Arabic lan guage  which  distributes  about 45,000 copies in 12 Arab coun tries  In Lebanon  there are also two Christian TV stations  one of them is owned by this Associa tion  According to confirmed re

FED-PEC0267581

ports from Beirut the Association is planning to operate a TV channel in Arabic by as early as 1996 to further spread Christianity in the Arab world

## The Muslim Situation in Trinidad

MUSLIMS in Trinidad and Tobago constitute about 12 5 percent of the 1 25 million population which consists of 60 percent Christians and 25 percent Hindus

The Caribbean Islands situated to the north of Venezuela have a total area of 5 128 square kilometers and were granted independence in 1962

There are a number of Islamic organizations in Trinidad and Tobago The Muslim World League also has an office there Though Muslims are few in number they were able to establish a number of educational institutions including an academy for Islamic research They have also set up youth organizations Women s Leagues and an Islamic Jamaat

## Muslims of Patani Region in Thailand

Islam reached Patani at the southern part of Thailand during the fifth Hijra century by the Arab traders specially the Yemenis From there the new religion flourished all over the country

Patani consisted of four states inhabited by more than three million Muslims who consisted about 80 percent of the population They speak the Malayan language and write it in Arabic script They have their own pattern of life and were able to constitute and preserve an Islamic presence in this part of the

world despite the social disparity racial discrimination and difficult economic situation The Buddhists who are ruling the country have divided the four Fatani states into smaller ones and forced the Muslims to evacuate their region They replaced the Muslims with the Buddhists in order to change the demographic status of the region In 1247H more than 140 000 Muslims from Fatani were taken out of their region and forced to live in Bangkok

There are 358 mosques in Patani which all have Qur an memorization circles attached to them in order to teach the Holy Book and Arabic language

Muslims in Thailand are not confined to Fatani alone they are found elsewhere also The country has a Muslim community of more than seven million It also has more than 2 000 mosques in addition to Islamic schools and organizations

## Islamic Community in Germany

The Muslim community in Germany is the largest community in the country consisting of three million Turks and 4 000 Arabs in addition to the Balkans and the Germans themselves

There are 3 000 mosques Islamic schools community centres and organization in Germany The Muslims in Germany are co ordinating efforts with the Muslims in other parts of the world for Islamic Dawah in their country As a result preachers and scholars from various Islamic countries regularly come to Germany to enlighten the Muslims about their religion

## Kuwait Charity Organization's Activities

THE Kuwait Welfare Organization has sent 334 preachers to the Central Asian Muslim Republics it was announced in Kuwait recently The Organization has set up a special committee to carry out its activities in Asia

In addition to the preachers who are enlightening Central Asian Muslims about their religion following long years of estrangement due to the Communist rule the Kuwaiti Welfare Organization has been sponsoring 4 000 students from these Republics

The Organization has also employed 93 preachers who are working in Indonesia India Nepal South Korea Thailand and the Philippines The Organization has extended scholarships to 31 students from the Central Asian Republics who are now studying Shariah law and other Islamic subjects at the Azhar University It has also provided 96 scholarship to students from other Muslim communities who are now studying at religious institute in various parts of the world The organization dug 176 wells in Iran, Pakistan India Russia Bangladesh Sri Lanka Burma and other countries with a view to providing potable and irrigation water to the Muslims there It is currently engaged in digging 216 new wells in other parts of the Asian continent

The Organization has a plan to construct 816 mosques in many Asian countries Of these many have been completed and work is

FED-PEC0267582

## Focus on the Muslim World



The MWL sponsored meeting in Beijing China Providing opportunities to the Chinese Muslims to interact with their brethren outside

inuing on the others The or-zition is also sponsoring 8 orphans in Asia

### Refuting Allegations against Islam

he Azhar, is currently col-ig all allegations published ist Islam in the French lan-e with a view to replying to

ean of the Azhar Faculty of iic Studies in Dimyat Dr Ah-il Basati has been entrusted the assignment After he iletes collecting these false al-ons the Azhar scholars will to them one by one and will be published in the h language

### Muslims in China

ie number of Muslims in is estimated to be more than iillion Islam entered China ly as 31H during the reign of ird Caliph Osman bin Affan

From that year until 184H The Muslims have sent 28 missions to China to spread Islam there

The Arab traders coming through India Pakistan and Afghanistan have also brought Islam with them to China When the Muslims conquered East Turkeminstan Islam made headway in that country

The Chinese Muslims were able to build more than 42 000 mosques of which many were destroyed by the Communist rulers The Muslims were however able to reopen a large number of these mosques of which 23 000 are currently operating

They have also established Qur an memorization circles and Islamic schools to teach Islam, the Arabic language and the Holy Book of Allah to their sons and daughters Despite their difficult economic conditions resulting from the long years of Communist rule the Chinese Muslims are

holding fast to their religion

### Christian Radio Stations

**M** ORE than 27 radio stations with a staff of about 250,000 are working against Islam a study published in Cairo recently by the Azhar said

The study conducted by Dr Akram Shaabi Head of the Department of Press and Information at the University said there are 24 Christian radio stations directed against Islam in the world According to the study, a number of these Christian radio stations are operating from Germany Switzerland Lebanon, Zaire, Indonesia, Spain and France

The study said that 14 of these radio stations are broadcasting in the Arabic language and have a collective transmission of 1500 hours per week which means 80 000 hours annually

The study which warned against the danger of the Christian radio stations to Islam and Muslims said these Arabic-language radio stations are based in the various regions of the world four in Cyprus four in Monaco one in Rome three in Seychelles and three in Germany

The study said that in their transmission these radio stations are making mockery of Islam describing it as the religion of backwardness and regression They also send to their listeners books wrist watches pens and other kinds of gifts

### Muslims of Romania

Islam entered Romania around 661H through a Turkish Muslim named Sami Saltik It further flourished with the Ottoman con-

FED-PEC0267583

quest of the country in 889H Since then the number of Muslims has been increasing specially in the southestern part of the country where they built mosques and Islamic schools There are about 70 000 Muslims in Romania which has a population of more than 25 million They are of various origins including Turks Albanians and others

In Bucharest the capital, there are about 3 000 Muslims and one mosque which was built in 1962 The majority of Muslims, however are concentrated in the city of Konstancia which has Al-Azizia mosque that was built in 1868 and Sultan Mahmood Mosque which was built in 1735

Almajidia City has a famous Islamic school bearing its name which was built in 1524 It also has Sultan Abdul Majeed Mosque which was built in 1277 The Turkish Government recently opened an Islamic school with three classrooms in this city Muslims in Romania need support from their brethren elsewhere in the world There are 32 mosques without Imams and 10 mosques which need repair and renovation

They need Islamic books, preachers and Imams to revive their strong commitment to their religion and rectify the damage caused by long years of Communist rule

## British League of Muslim Women

The League of the Muslim Women in Britain was established in 1993 to foster sisterly relations among British Muslim women through a number of Islamic cultural and social programmes

Since its establishment the League has been undertaking useful activities in the field of Islamic Dawah It has implemented special programmes for children to teach them Islam and has issued a magazine for the children called *Minaret of Buds*

The League also initiated the productive family project and the social Takafol scheme It is publishing books and pamphlets about Islam and is organizing lectures and cultural gathering within the framework of its efforts to spread Islam

The League holds its annual congress in winter and organizes summer camps in various British towns and cities it arranges programmes in the nights of Ramadan and holds charity bazars whose returns are given to the poor and needy The League has recently established a branch in Shefield for the non-Arabic-speaking Muslim women

## Islamic Syllabus in Niger

THE heads of the Islamic organizations in Niger have asked the government to introduce Islamic syllabuses in public schools recalling in this context a promise to the effect recently made by Prime Minister Hama Amadou The Prime Minister in a recent meeting with the religious leaders, promised to introduce Islamic syllabus in public schools He said the Government is keen to provide a correct Islamic upbringing for the children so that they may become good Muslims when they grow up

The subject of the Islamic syllabus has become an electoral issue with all the candidates for the general elections making promises to pay due attention to it More than 90 percent of the Niger population are Muslims

## Tuaregs Sign Peace Accord

The Government of Niger and the leaders of the Tuareg rebels have signed a truce agreement in Burkina Faso as a prelude to the signing of a final peace treaty in the coming few days that will end the problems between the two sides

Troubles between the Tuareg and the Niger government began, the 1990 when in Government forces shot and killed Tuaregs who tried to storm a prison to release some of their jailed members Tuareg constitute part of Niger they complain they are being neglected They are roving bedouins living in some areas in Ni, ger Mali and embraced Islam in 682 when Uqba ibn Nafea conquered North Africa

## Shariah House in Bangalore, India

An Islamic Sharia Hous,e the first of its kind in the country has been established in the city of Bangalore in South India The House is a specialized centre for the study of Islamic Shariah It conducts research and undertakes studies on all issues and subjects of the Shariah The Home was established by the waqf of the Qur anic Academy in India and was officially opened by Dr Abdullah Abbas Nadvi, Secretary for Academic Affairs at the Darul Uloom Nadwatul Ulema Luck now, India

The waqf has supplied the Shariah House with a library containing more than 30 000 Islamic books in English, Urdu and Arabic





come l dinah Aqaba one of l

And year th him) w Ansars Al-Aqa was one

Afte and se dull th one of of Islan the con detect dullah l to be c dinah lam in so bitte in favou

Abd writer hardly l was als sweet Prophet his poet Other M ry and

FED-PEC0267584

Islamic History

# Men around the Rasul-XXXVI

# Abdullah bin Rawaha

*Abdullahi Sheikh Muhammad*

HEN the Prophet (peace be on him) was taking the pledge of the first 12 Ansars who were to become Islam's emissaries to Madinah in the first pledge of Al-Aqiba Abdullah bin Rawaha was one of them

And when in the following year the Prophet (peace be on him) was taking the pledge of 73 Ansars in the second pledge of Al Aqaba Abdullah bin Rawaha was one of them

After the Prophet's emigration and settlement in Madinah Abdullah bin Rawaha proved to be one of the staunchest supporters of Islam and the most alert among the companions of the Prophet to detect the conspiracies of Abdullah bin Ubay who was about to be crowned as the king of Madinah just before the arrival of Islam in the town and who had got so bitter about the chance he lost in favour of Islam

Abdullah bin Rawaha was a writer in an environment that hardly knew what was writing He was also a poet who composed sweet and effective poetry The Prophet (peace be on him) liked his poetry and used to listen to it Other Muslims also liked his poetry and learnt many of his poems by heart

The outstanding poet Abdullah bin Rawaha was saddened when the first part of the verses on poets *And the poets it is those straying in to evil who follow them* was revealed He was however It quickly relieved when the second part of the verses *Except those who believe work righteousness engaged much in the remembrance of Allah and defend themselves after they are unjustly attacked* was revealed

Abdullah bin Rawaha was an intrepid warrior who defended himself and Islam with his sword most ably He took part in all the major battles of Badr Uhud the Trench Al Hudaibiyah and Khaibar

Then came the Muta battle where Abdullah bin Rawaha was appointed as the third of the three Commanders of the Muslim army after Zaid bin Harithah and Jafar bin Abi Talib

Abdullah bin Rawaha craved for martyrdom during this battle is he gallantly fought In that battle Muslims were heavily outnumbered

As the two armies faced each other the Muslim side saw the small number of fighters in its army against the large number of fighters exceeding 200 000 in the ranks of the enemy For a moment they thought of sending an emissary to the Prophet in Madinah to boost them with more men or to order them to withdraw It was here when Abdullah bin Rawaha intervened saying

We never fought our enemies on the strength of our numbers or on the superiority of our weapons but rather on strength of our Faith The Muslim troops nodded in agreement to these words and with that the battle began

As the two armies engaged in fierce fighting the first Commander of the Muslim army Zaid bin Harithah fell as a martyr followed by the second Commander Jafar bin Abi Talib and with that Abdullah bin Rawaha took hold of the Muslims banner to lead the army

Soon afterwards Abdullah bin Rawaha also fell a martyr in the battle and the news that all three commanders of the army fell as martyrs was revealed to the Prophet in Madinah who in turn sadly broke the story to his companions

(Adapted by the writer from Khalid Muhammad Khalid's book *Men around the Rasul* )

FED-PEC0267585

# A New English Translation of the Holy Qur'an

## Dr Abdur Raheem Kidwai

Since many English trans lations of the Qur an by Muslims are available some of them produced in the last few years the appearance of yet another translation naturally rais es questions about its need and justification and more important ly how the new one stands out from and above the earlier ones

To be precise it is not an alto gether new translation its earlier version entitled *Explanatory English Translation of the Holy Qur an A Summarised Version of Ibn Kathir Supplemented by At Tabari with Comments from Sahih al Bukhari* had been pub lished first in 1977 from Chicago (USA) The Preface to the latest edition of this work however an nounces the suppression of the old edition (p vi) without spelling out any reason Apart from the translator s statement in the Preface that some substan tial additions and deletions distin guish the new edition more clues to the nature and range of a thor ough revision transforming it into an almost new work are con tained in its full title *Interpreta tion of the Meanings of the Noble Qur an in the English Language A Summarised Version of At Tabari al Qurtubi and Ibn Kathir with Comments from Sahih al Bukhari*

As compared to the 1977 ver sion the new one draws also on al Qurtubi s *tafsir* making it all the more wide ranging compre hensive and authentic Moreover in its present arrangement of plac ing each verse of the Qur an par allel to its English interpretation, it is a marked improvement on the old edition from readers point of view

As to the rationale of this work Taqi ud-Din al-Hilali an il lustrious Islamic scholar of our times formerly Professor Islamic Faith and Teachings at the Islamic University al-Madina Munawwa rah (Saudi Arabia) realised its pressing need The following ac count in al Hilali s own words, touches upon both the inadequa cies of the English translations in circulation and the genesis and outstanding features of the trans lation under review

> During the revision [of Muham mad Muhsin Khan s English transla tion of Sahih al Bukhari] we came across the translation of the mean ings of some of the verses of the Qur in some of them were translat ed wrongly some were in need of clarification we both [al Hilali and Muhammad Muhsin Khan] de cided to translate the meaning of the Qur in distinguished from other nu merous English translations by the following
>
> (1) The translation of the meaning of the verses of the Qur an relat ed with the Qualities of Allah in accordance with the Faith of

> the Prophet s Companions and those who followed them with out giving similarities or exam ples or distorting or refuting completely or transferring the meanings
>
> (2) Correction of serious mistakes which the previous translators had committed
>
> (3) Clarification of the obscure sen tences which the previous trans lators have not done so as to leave the English reader in per plexity (p xxiii)

From the above quotation one gets a fairly clear idea of the aims and objectives of al Hilali s and Khan s venture Let us examine how far they succeed in accom plishing this task and in what re spects their work is distinct from others

What strikes one most about the present translation is that, un like others including the one by Abdullah Yusuf Ali it offers a very clear easy to-grasp explana tory paraphrase of the contents of the Qur an which is of great val ue and help for an average reader And the additional information inserted as parenthetical statement into the body of the English trans lation is almost as a matter of rule taken from authentic hadith It goes without saying that a too literal translation is not desirable for it defeats the very purpose of facilitating on s access to the orig inal Though a translator enjoys

FED-PEC0267586

## Features

some allowance to fill gaps and supply essential information in line with the context which may enable readers to appreciate better the contents this allowance is however hedged in by certain stringent precautions

First the additional information should be inserted in a way as to let readers differentiate between the actual Word of God and the translator s explanatory note however important or useful it may be For if an unscrupulous translator interpolates his personal views into the body of the transla tion non-Arabic-speaking readers may mistake it for the Word of God itself Moreover such notes should be kept to the minimum so as not to disrupt the reading flow Al Hilal and Khan have taken utmost care on both the counts On the one hand their supplementary information facilitates a better understanding of the Qur an and on the other it familiarizes readers with Hadith the next most important source of Islam Above all it shuts the door on interpolating un authentic or patently sectarian or whimsical personal opinions and passing it off as part of the Qur an itself an outrageous act which has been regretfully committed by some unscrupulous English trans lators of the Qur an For example one finds only a garbled and falla cious account of miracles and things pertaining to *al Ghayb* in Muhammad Ali s *The Holy Qur an English Translation* (Lahore 1917) Muhammad Asad s *The Message of the Qur an* (Gibraltar 1980) and Ahmed Ali s *al Qur an A Contemporary Translation* (Karachi 1984) or a strong sectarian bias as in the following translations S V Mir Ahmad Ali s *The Holy Qur an with English Translation and Commentary according to the Version of the Holy Ahlul Bait* (Karachi 1964) reprinted in its revised expanded edition in 1988 from New York (USA) and in 1990 from Karachi (Pakistan) M H Shakir s *Holy Qur an* (New York 1982) Sayid Muhammad

Hussain at Tabatabai s *al Mizan An Exegesis of the Qur an* (Teh ran 1983) and H A Fatmi s Eng lish rendering of Ahmad Raza Khan Brailavi s *Holy Qur an* (La hore n d )

Thanks to the painstaking ef forts of a Revision Committee some offensive material has been recently deleted from Abdullah Yusuf Ali s highly popular Eng lish translation *The Meaning of the Holy Qur an* (Lahore 1934) Its revised edition (Brentwood USA 1992) now stands largely free from its earlier deviations from the viewpoint of the Muslim orthodoxy Even in its sanitized form Yusuf Ali s work is no match to the authentic elucidation of the meaning and message of the Qur an as found in al-Hilali s and Khan s work To illustrate the point reference may be made to the following examples

(a) in Surah al-Namal (27 82) mention is made of *Dabbat al Ard* (a beast from the earth) as a sign of the Last Day al-Hilali and Khan elaborate it by citing rele vant hadithas recorded in *Sahih Muslim* and *Sahih al Bukhari* As opposed to it in his explanatory note Yusuf Ali defines the beast in terms of gross Materialism and in a quasi philosophical fash ion states

> It will be the embodiment of fat worldly triumphs which will ap peal to a misguided and degenerate world because such a corrupt world will have no assured belief in the Signs of Allah or in spiritual Light

Then going a step further which might further confound readers Yusuf Ali even proposes a variant reading of the Qur anic text in order to discover some far fetched similarity between the Qur an and the Bible

> I do not know whether this Beast has any reference to the sym bolism in chapter xvii of the Book of Revelation which closes the New Testament If *Taklhimuhum* is read instead *Tukallimuhum* it would mean that the Beast would wound them symbolically that Material

ism would produce its own Neme sis

(Abdullah Yusuf Ali *The Mean ing of the Holy Qur an* Revised Edition Brentwood USA Amana Corporation 1992 p 956 All sub sequent references are to this edi tion)

It is inexplicable what drove Yusuf Ali to resort to philosophy and comparative religion in order to explain the Qur anic allusion rather than to quote a relevant ha dith that makes the point crystal clear as al Hilali and Khan have rightly done

(b) al Hilali and Khan are to be credited for explaining clearly and fully several recurrent key Qur anic terms such as *al Hasana* and *al Sayya* (*al Naml*) 29 89 and 90) *al Taghut* (*al Baqarah* 2 256) *Ayat* (*al Naml* 27 81) *al Muhsinun* (*al Zumar* 39 34) *Mujrimun al Furqan* 25 22) *al Muttaqun* (*al Furqan* 25 15) *al Sadiqun al Mushrikun* (*al Tawbah* 9 113) *al Maruf* and *al Munkar* (*al Tawbah* 9 112) *al Fasiqun* (*al Tawbah* 9 84) *al Batil* (*al Araf* 7 173) *al Tayyibat* (*al Araf* 7 173) and *al Hikmah* (*Al Imran* 3 166)

Other English translations pro vide bare literal meaning of these terms failing to bring out in full the underlying Qur anic concept Needless to say their elaboration on the authority of authentic ha dith in the present work greatly enhances one s understanding of the Qur an

(c) Far from offering a too lit eral translation which leads read ers nowhere al-Hilali and Khan often insert explanatory parenthet ical statements into the English translation of the text enabling readers to appreciate better the point under discussion Also it ensures a fluent and flowing read ing In comparison other transla tors either leave the gaps unat tended or refer readers to their commentary which often leaves much to be desired In any case it does not advance one s under

FED-PEC0267587

## Features

standing Here are two examples by way of comparison with Abdullah Yusuf Ali's translation

(1) and indeed they are in great doubt concerning it [Qur an] (al-Hilah and Khan's translation of the last par of verse 110 of Surah p 350)

Yusuf Ali translates the same as follows " But they are in suspicious doubt concerning it ' (Abdullah Yusuf Ali p 540) While it is left unexplained in the body of Yusuf Ali s translation the reader is directed to the following explanatory note which is supposed to clarify what 'it' stands for

'There is always in human affairs the conflict between the old and the new -- the worn out system of our ancestors and the fresh living spring of Allah's inspiration fitting in with new times and new surroundings The advocates of the former look upon this latter not only with intellectual doubt but with moral suspicious as did the People of the Book upon Islam with its fresh outlook and vigorous realistic way of looking at things (Abdullah Yusuf Ali, p 540)

Even after reading the above note the poor reader stands in need of another explanatory note for clarifying what is meant by the ' living spring of Allah's inspiration intellectual doubt" and moral suspicion '

(2) but most mankind refuse [the truth and accept nothing] but disbelief (al Hilah s and Khan s translation of verse 89 of Surah al Isia p 442) Here is Abdullah Yusuf Ali s version Yet the greater part of men refuse [ to receive it] except with ingratitude (Abdullah Yusuf Ali p 699)

It is hard to explain Yusuf Ali s preference for the expression ingratitude ' rather than the more accurate and apt disbelief '



as employed by al-Hilali and Khan

It is very comforting and reassuring to observe that al Hilah and Khan being firmly grounded in Islamic tradition interpret miracles and things related to al Ghayb in a perfectly sound fashion by drawing on hadith and other authentic material Unlike some previous English translators such as Muhammad Ali Muhammad Asad and Ahmed Ali and, to some extent Abdullah Yusuf Ali al-Hilali and Khan do not resort to apologia or pseudo-rationalism which fails to do justice to the Qur an In its account of al Mii aj (ascension) of Prophet Muhammad (peace and blessings be upon him) to the heavens with his body and soul) (pp 822-823), the incident of al fil (the army of elephants led by Abraha for invading Makkah and its destruction) (pp 968-969) al Kawthai (a river in Paradise) (p 970) and Jesus (peace and blessings be upon him) speaking in the cradle (pp 85-86) the present work states the traditional Islamic position

In its pursuance of the admirable objective of expounding as clearly as possible a view of things Qur anic the present translation is supplemented with a fair-

ly exhaustive Glossary" spread over some 30 pages which explicates hundreds of terms concepts and expressions It is no doubt, a painstaking job on the part of translator to have compiled it for the benefit of readers yet it suffers from some weaknesses First a greater restraint should have been exercised in the number of entries included in the Glossary, only the entries directly related to the Qur an should have been better selected whereas those pertaining to the Arabic idiom could be dropped Moreover the entries on historical allusion in the Qur an contain little information for example, the entry on *Sahiun* (p 999) is too vague In all fairness, however the entries pertaining to specific Qur anic terms and Ahkam (commands) are packed with information and guidance such as those on *Riba* (usury) (p 998), *Nisab* (p 995), *Ihram* (p 986) *Iqamat as-Salat* (p 987), *Taqhut* (p 1001), Tauhid (p 1002 1003), *Tayammum* (p 1004) and *Zakat* (p 1005)

An extensive Index' running into about 35 pages is another scholarly tool, which will be used with great benefit by the specialist and the lay alike What is most gratifying about the Index is that it is much more exhaustive and accurate than the one appended to Abdullah Yusuf Ali s translation

By way of just one instance in point, let us compare the first entry in both the works on the Prophet Aaron (Harun) Whereas al-Hilali and Khan identify 17 reference to Aaron by citing Surah and verse numbers (p 1065) Yusuf Ali mentions only three references to him (p 1723) Several appendices adorn al Hilali s and Khan's work which deal satisfactorily with such seminal articles of Islamic faith and concepts as the institution of prophethood (pp 1008-1009) *Tauhid* (pp 1009 1011) *Shahadah* (pp 1011-1017) *polytheism Disbelief and their manifestations* (pp 1017-1023) *Hypocrisy* (p p 1024), *The Peo*

ple ana ing ana and the mer and rele

wor of t cate cluc thos Abd Sha Sec

Mac al N disti the al-N

rend Qur the nor crep out wou editi

on the la Si Isi a guin tion tions have robo in tl abov prete

2 tion 85 o is w rite sion comr lator and Pickt son

FED-PEC0267588

---

## Features

---

ple of the Book (p 1026) *Jesus and Muhammad* (peace and blessings be upon them) *in the Qur an and the Bible* (pp 1027-1042) and *Jihad* (pp 1043-1059) Of these the last two deserve special mention for an insightful, sound and extensive treatment of all the relevant issues

As to the authenticity of the work and impeccable credentials of the translators, several certificates by leading authorities included in the work suffice as those by Shaikh Abdul Aziz bin Abdullah bin Baz, Darul Ifta Shaikh Umar Fullata General Secretary Islamic University al-Madina al-Munawwara M Amin al-Misri and V Abdur Rahim distinguished faculty members of the Islamic University al-Madina al-Munawwara

Although the work is a faithful rendering of the meaning of the Qur an it is after all a product of the human mind hence some mi nor mistakes have unwittingly crept into it which are pointed out in the hope that the publisher would rectify them in the next edition

1) The translators insistence on assigning a narrow - specific to the twin Qur'anic phrase *Mudkhi 'a Sidqin* and *Mukhrija Sidqin (al 'sra* 17 80) is somewhat intri puing Such a localized interpreta- tion is not found in other transla- tions Since al Hilali and Khan have not quoted any hadith to co oborate their assertion it will be n the fitness of things if the bove mentioned verses are inter reted in a wide sense

2) al-Hilali and Khan s transla- tion of the middle part of verses 5 of Surah *al Isra* Knowledge with my Lord" is a bit inaccu ite in that the Qur anic expres on *Ami* usually translated as ommand by other English trans tors for example, by Yusuf Ali id Muhammad Marmaduke ickthall is for no obvious rea on rendered as knowledge It

is inexplicable on more than one count For in the last part of the same verse the Qur an pointedly mentions *al Ilm* which has been accurately translated as knowl- edge by al-Hilali and Khan

3) In the translation of verse 2 of Surah *al Zumar* the additional explanatory material should have been better placed within paren theses, is a practice faithfully ob- served by them at all other places In this instance they are not, however, guilty in the least, of being unfaithful to the Qur'anic text What is however suggested is that the translation of the text and the supplementary material elucidating it should be distinct from each other by enclosing the latter within paranthesis

4) Zaid bin Amr bin Nufail, Salman al Farsi and Abu Dhar al- Ghifari the Prophet s Compan- ions (May Allah be pleased with them) are mentioned in particu lar with reference to verse 18 of Surah al Zumar since no hadith or report is cited to support this interpretation the readers are left uninformed a to why this Qur anic verse is applicable to only these three particular Com panions of the Prophet (May Al- lah be pleased with them)

5) There are some occasional slips related to incorrect English usage for example the omission of the definite article *the* before the Qur an and the Bible (p v)

Notwithstanding these minor inadvertent lapses the appearance of this translation is a major event in the Qur anic scholarship and the translators deserve every cred it for providing non-Arabic speak- ing readers an easy and reliable access to the original A creative work however loses much in translation In so far as the Qur an is concerned being the Word of God and inimitable in every re- spect its translation no matter however diligently and faithfully done cannot capture even in the slightest the numerous and varied

marvels of the original It is really gratifying to note that the present translators are fully cognizant of severe limitations inadequacies and constraints of the translation activity And they rightly ask non-Arabic speaking readers to learn at the earliest opportunity, Arabic for studying the Qur an in original Al-Hilali reinforces this point by recounting a personal, soul stirring incident which is worth-reproducing

They [non Arabic speaking readers] must take the Qur an and the Messenger s language (i e Ara bic) as only language to understand Islam May Allah s mercy be on Shaikh Umar Uzbek a great Turk ish man who strove for Islam in Uz bekistan under the Russian govern ment He had vowed to Allah that he will never speak to a relative or anybody else except in the Qur anic and the Messenger s language (Ara bic) His wife sent a man for me to intercede that he should speak with her and his children in Turkish lan guage When I spoke to him about it he said Russians had compelled us to learn Russian lan guage so we learnt it And unless they knew that the learning of the Russian language will make the per son who learns it follow their ways of thinking characters and their tra ditions they would not have forced anybody to learn it I have vowed to speak only in Arabic and I do that only for Allah s sake If my wife and children desire to enjoy speak ing with me they should learn the language of the Qur an and of the Prophet (Peace and blessings be upon him) and I am ready to teach them the Qur anic language (pp xxiv xxv)

In sum, al Hilali and Khan s work is an epitome of painstaking scholarship, editorial assiduity and attention to detail and is des tine to be used as a standard Eng lish translation of the Holy Qur an for a long time to come Finally a word of praise for the publisher Maktaba Dar us-Salam Riyadh (Saudi Arabia) for its high standards of the production of this work

(Dr Abdul Raheem Kidwai, (Ph D , UK) is Reader, Deptt of Eng lish Aligarh Muslim University, Ali garh (UP), India )

---

FED-PEC0267589

**Features**

# Anthropo-Sociology and Euro-Centrism

## Some Notes on an Islamic Perspective

### M M M Mahroof

Anthropo sociology (I use this portmanteau term for anthropology' and sociology together) is a flourishing social (societal) science today The Oxford Dictionary defines anthropology as study of mankind especially of its societies and customs study of structure and evolution of man as an animal and sociology as science of the development and nature and laws of human (esp civilized) society study of social problems

In actual terms sociology and its adjunct sociometry are a spin-off from anthropology to account for social phenomena in the (materially) developed world In that sense anthropo-sociology is a refining (rather like rigour of proof in mathematics) of the earlier fields of study such as ethnography and ethnology In its urge towards refinement anthropo sociology has acquired certain characteristics some of which can be schematized as follows

> the atomization of human social phenomena in chopped up discrete entities such as role and status of individuals kinship societal hierarchy rites of passage and other social ceremonies

◇ the concept of human societies as congeries of parts self balancing and self sustaining in stasis

◇ In consequence concern with the maintenance and preservation of primitive societies as if in vitro so that they might occupy the same niches in world societies for hundreds of years

◇ the concept of tradition and artifacts associated with it as unchanging structures (This relates mainly to physical life item)

◇ the removal of normative ideals and hence classing all cultures whether high or low as variants of the same mode

◇ devaluing all religious and moral elements

◇ quantifying rather than qualitying social experience and societal conduct

◇ using rather crude operational procedures such as whistle stop stay in communities (being studied) use of interpreters and third person documentation exhibiting the colonial syndrome in extracting information Some of these characteristics stem from the attempt to make a normative science like anthropo sociology into a pure and so an amoral science like physics or chemistry This process will become clear if we look upon the history of anthropo sociology

## Proto-History of Anthropo-Sociology

An interest in anthropo-sociology is inherent in human nature because it involves an interest in knowing how other groups of people live And since it is Europe (here the term 'Europe is construed to include America ) that has determined the nature scope, the methodology and even the nosology of current anthropo-sociology it would be logical to discuss European historical attitudes

Herodotus (c 485-425 BC) the Father of History was scientifically curious of the lives of communities though it was Egypt which received his main interest The Romans had a more constrained vision The presence of a large slave population the possession of the most efficient fighting force and engineering services at that time one law for the Romans and another for others bred in the Roman ruling classes an understandable nonchalance to other races Pliny the Elder (23 79AC) and Tacitus (55-120 AC), for instance shared this narrowed vision

In the early medival ages in Europe the interest in other peoples lives took on an exotic, imaginative outlook The alleged accounts of Sir Thomas Mallory of Sir John Mandeville which spoke inter alia of men whose heads grew beneath their shoulders' are illustrative in this regard The latter period the tail end of the Middle Age was quite the reverse The discoveries of the New World and the European

FED-PEC0267590

penetration of Asia brought European adventurers face to face with the indigenous peoples of Asia and North and South Americas Richard Hakluyt and others collected and published the accounts of these travels and adventures and by doing so laid the foundations of an ersatz anthropo-sociology of the indigenous peoples

The British Raj in India also contributed to this kind of anthropo-sociology Sometimes it was the celebration of a mythic past as in James Tod's *Annals and Antiquities of Rajasthan* (1829) Sir John Barrow did the same for China and surrounding lands in *Travels in China* (1804) and *A Voyage to Cochin China* (1806) South America also had its celebrationists For instance, the Englishman, Captain Basil Hall wrote *Journal on the Coasts of Chile Peru and Mexico* (1824) (Though, these and others were basically travel books it is impossible to write such books without the description of and a definite mindset towards the peoples of these lands)

J L Burckhardt (1784-1817) a Swiss turned Englishman surveyed the Arab life in such works as Travels in Syria (1822) and Travels in Arabia (1829), both published posthumously This trend has continued ever since a kind of anthropo-sociology with a human face and nostalgic Wilfred Thesiger's *The Marsh Arabs* and subsequent books are of this kind

Anthropo sociology of the early days was concerned also with mythopoia and the collection of myths Myths were looked upon as the secret essence of traditional societies which gave sense and confidence to the normal activities of the peoples Later on these myths were collected in regulated massive variorum compendia with the least editorial intervention) The works of the brothers Grimm were illustrative of this close attention

(Still later these myths including notions of early migrations were to be tested in the field by anthropologists and others who traversed once again these journeys For instance works such as Thor Heyerdahl's *Kontiki Expedition* and the *Ra Expedition* might be cited in this regard)

## Modern History of Anthropo-Sociology

The modern history of anthropo-sociology begins with the establishment of European rule over the peoples of Asia and Africa It was from this point of view the immediate result of the Pax Britanica, the Pax Franca, the Pax Italia the *Pax Germania* and the Pax Belge and the Pax Espagna

The Peoples of Asia and Africa had been transformed from the category of exotic races to subject peoples And anthropo-sociology assumed a new face a new role and a new significance Anthropo-sociology once the province of amateurs, gifted or otherwise became the arena of trained scholars and professionals

One process was the identification and isolation of the culture of indigenous peoples under the rubric of primitive culture and making it familiar to the European (English) public The *locus classicus* in this study was Sir Edward Barnet Tylor's *Primitive Culture* (1871) (The Victorians had obviously an assured mind set of the superiority of their own culture and its material attainments) Another was the collectivisation that is the collection of all kinds of myths and symbolic beliefs comparing and analysing and standardising them The most well-known of these efforts were the many volumes of Sir James George Frazer's *The Golden Bough* (1890 and subsequent years)

An important characteristic of modern anthropo sociology is its spread of range (dispersion) It is

influenced by and influences many other disciplines Even literature was not free from anthropo sociological influences For instance T S Eliot wrote his long poem *The Waste Land* in 1922 This poem could perhaps, be thought of ushering in the modern poetry movement Much of the intellectual under-pinnings of this poem came from Miss M Weston's work on ritual and romance The novelist, D H Lawrence wrote a series of stories celebrating the dark underside of human experience On retrospection this seems to have derived from a crude version of anthropo-sociology

Equally, it would not be an exaggeration to say that modern psychology pioneered by sigmund Freud and modified by Adler Jung and others, owes not a little to anthropo-sociology Its views on the unconscious suppression sublimation and other key factors have roots in the 'primitive beliefs investigated by anthropo-sociology It is not without reason that a title of one of Freud's works is *Totem and Taboo* the first word, an Algonquian (North Amerindian) word meaning Natural object especially animal adopted as emblem of clan or individual on ground of kinship and the second term a Tongan (Polynesian) word meaning system or act of setting apart person or thing as accursed or sacred Both modern psychology and anthropo sociology crossc-fertilized each other Of course, both modern psychology and anthropo-sociology devalue religious experience This is the most significant defect of modern psychology and anthropo-sociology and make them flawed, dislocated and even dangerous sciences Because religious experience is beyond their grasp and understanding

In its efforts to make itself a pure science' anthropo sociology took certain steps The most important —indeed, in one

FED-PEC0267591

sense the only step was the de-humanization of the object of its study. Earlier writers such as E W Lane, A W Kinglake even Sir Richard Burton and C M Dughty in the case of Arabs and moderns such as Verrier Elwin in the case of Indian tribals had written empathtically on the lives of people. These works now run the risk of being looked down as amateurish documentation.

The study of other people whether primitive or not implies the study of people whose cultures and probably ways of life differs from those who opt to study them. But in the first instant the student (i e the one who studies them) should know them. This condition was fulfilled formerly through travelling among these people or through sojourning or living among them. A long stay among the people being studied, was preferable because the student obtains a knowledge of the languages needed and obviates the necessity of hiring an interpreter (who invariably skews the inferences drawn).

Modern anthropo-sociology refined this technique of living in Malinowski whose researches into and among the Trobriand Islanders became a classic, was among those, who pioneered this field approach. Reacting against the approaches of Boas and Briffault (who had tried to work out macro concepts such as Mother-right) and Westermark (who had studied historically such human institutions as marriage), Malinowski settled for a grass-roots mode of study (He was to be followed by researchers like Ruth Benedict and Margaret Mead. The latter's *Growing up in Samoa* achieved a best seller status).

The essentials of this field-study were simple, but there was a pre-condition i e the people studied should not know that they were being studied and analysed. The student spent time with the people being studied collecting

information in note books under categories such as kinship social hierarchies ceremonials role and status place of women and children etc. These were compared with the general categories of the subject which the student had obtained from his professors themselves having followed these procedures (in different levels of sophistication). And these researches were published.

There ware one or two advantages in this process. Some of the unwritten languages among primitive communities were given their scripts by linguists who ventured into those lands. These field-methodology has become more articulated and sophisticated through the years with works such as on the Neures.

However, there seem from the Islamic point of view some counter-productive factors in this procedure. Since anthropo sociology is not entomology it is not possible for the researcher to bring to his study the total neutrality which for instance the entomologist brings to his research on cockroaches or white ants. There is an implied bias in his study in favour of his own culture probably a European one. The anthropo-sociological picture which he presents therefore might be totally divorced from reality. There is the forgotten factor too. The tribe or community which is being studied somehow (both student and the studied being human beings) sensing the purpose of the student, might provide wrong answers to the student s strategies. Even when the student is well-acquainted with the language the indigenous people might use he language for their own purpose giving a tailored version to the student. Or, looking upon the student as a sugar daddy the indigences might present themselves more simple-minded than they are. The student then presents an anthropo-sociological holograph utterly *simpliste* leading perhaps in the end to others to put for-

ward a Gobineau like racist interpretation.

There is an intriguing sideline to this problem. Since anthropo-sociology is thought as a neutral amoral science there is the opting out of the moral impulse. Questions such as caste and caste disabilities, for instance which negate human dignity might be filed off as just social hierarchical issues natural incidents of organic communities. This approach reduces these problems to the level of say workers and drones among bees or ants (When anthropo-sociologists suffering from these constraints themselves handle these topics the flight from reality is further still)

Another spin-off from current anthropo-sociology needs to be noted. Much field work and constant demand for doctoral dissertations have brought into being considerable documentation of tribes and primitive communities. Though in the high noon of European imperialism British, French, Italian and other anthropo-sociologists did a lot of study of those communities, partly with a view to their economic amelioration the present approach is a commitment to the preservation of the status of those 'primitive communities. In that sense it would be a correlation to the preservation of endangered animals and plants. In that sense too it would be the preservation of the primitive communities in the status which they occupied in the nineteenth century. At that time, the economic differential between the normally developed (affluent) communities and the primitive ones was only a fraction of the differential which exists today. The question arises whether these primitive communities should be maintained at the same level of facilities and economic strength which they had a century ago? That would be preserving these primitive' communities *in vitro*. It would be rather nonsensical to preserve a primitive community

FED-PEC0267592

## Features

which wishes to live with the use of bows and arrows and in hideous poverty when the rest of the world has so much facilities That would be a problem which current anthropo-sociology has to face

The development of anthropo-sociology into sociology arose when researches wished to apply some of the tools of orthodox anthropology to the study of their own cultures The works of Durkeim and Max Weber were seminal in this regard Their work of course, presumed the opting out of religion This of course is totally unacceptable to an Islamic commitment From the first anthropo-sociology as applied to de

veloped communities ran into methodological problems In the first place, developed communities were not small in number neither were they isolated On the contrary, they interacted with the anthropo-sociologists at all levels the students themselves being part of the studied

Several approaches were adopted One approach was a popularist macro-conceptual study such as those of Geoffrey Gorer This critics said lacked the rigour of a scientific discipline Another was the splitting up the field into discrete sections such as sociology of education or law or medicine But the most popular

and 'scientific was the use of statistical devices such as random theory, seasonal variations correlation co-efficients, regression equations By these, general statements could be made by impersonalizing the source But since questionnaires is basic to these procedures, skew is always to be expected However this mode allowed anthropo-sociology to invade even delicate fields such as sex and marriage relationships as efforts like Kinsey reports show

It would thus appear that to make anthropo-sociology an effective human mode of study an Islamic approach has to be integrated into this subject



# To Our Writers

The Muslim World League Journal is a monthly being published regularly in English from Makkah al-Mukarramah for the last two decades An Islamic Dawah-cum-features magazine it has been portraying and projecting Muslim life culture history and ideology with great devotion and commitment Over the years the Journal has developed into a useful and valuable source of information on issues of concern to our worldwide community giving as well the Muslim viewpoints to its readers on the various developments taking place in our contemporary world It has also been providing a lively platform to writers and contributors from all over the world who contribute articles on topics ranging from Islamic Faith ideology history socio-cultural problems education heritage and economy to health and technology

Contributions on the above and other subjects are invited from our writers who will also be given a token remuneration for their articles after publication Writers are requested to give their correct mailing address and send their articles in original neatly typed and in double space Carbon and photo-copies will not be accepted

**Chief Editor**
**The Muslim World League Journal,**
**P O Box 537, Makkah al-Mukarramah,**
**Saudi Arabia**

FED-PEC0267593

# The Role of Islamic Banks in Economic Development

*Said Zafar*

**T**he Rationale for Islamic Banking The contribution of the Muslim world to a new international economic order is based upon a renewed application of Islamic law the Shariah in modern economic and financial transactions These measures in the finance sectors must be seen as an integral part of an attempt to develop the Islamic ideal of society and economy based on the Islamic principles of social justice and humanity

The Islamic banking approach implies – beyond religious implications – a conceptually different relationship between finance and economic activity The lender-borrower link is replaced by equity risk sharing between a capital provider and an entrepreneur The main consequence of this different approach of Islamic economics is the prohibition of paying or charging interest

The elimination of interest from the economic system is meant to promote economically just, socially fair and ethically correct dealings according to Islamic principles foster the solidarity and cohesion of the Muslim Ummah harmonize trade create powerful economic incentives and bring about co-operation and co-participation in all walks of life Besides the key principle of the prohibition of interest, a second major Qur anic precept, related to money is the prohibition of the practice of hoarding One should put money to productive use for oneself and the community The solutions proposed are the sharing of profit and an emphasis on the value of labour as opposed to capital as the source of income

Behind these principles and precepts lies the full philosophy of Islam and its specific value system It intends to establish an equitable relationship between the rights of the individual and society - not based upon opposing forces as in capitalism and planned economies, but rather in the sense of mutual responsibility by establishing harmony through eliminating conflicting interests The Islamic system places great emphasis on one s obligations to God and one s fellow men and women

The economic rationale for eliminating interest is based on the values of justice efficiency stability and growth The arguments for distributive justice are

❏ The industrial and/or commercial risk is shared more equitably between the entrepreneur and the capital provider

❏ Replacing a fixed return by a proportionate share in actual profits would ensure equitable returns to capital regardless of whether profits are high or low and whether prices are inflationary stable or deflationary

❏ Wealth would generate more wealth to its owners only when its employment in economic activities results in the creation of value added

The arguments for allocative efficiency are

❏ Loan finance in contrast to the provision of risk capital tends to serve the most creditworthy borrowers and not necessarily the most productive and profitable projects

❏ Profit sharing arrangements harmonize the interests of the suppliers and users of capital combining both jointly to focus on productivity

This approach also provides for social cohesion between different classes the motivations of which are often conflicting and opposed in the conventional system

On the subject of stability the argument is put forward that an interest based economy has a built-in tendency toward inflation because the creation of money is not related to productive investments either at the level of the central banks or at the level of commercial banks

Regarding economic growth the charging of interest is supposed to decrease the supply of risk capital The role of interest in

FED-PEC0267594

## Islamic Economy



Dallah Albaraka Group, based, in Jeddah Saudi Arabia is actively engaged in serving and promoting Islamic banking through its net work of banks working according to Islamic concepts In this picture the Group is engaged on a project of oil drilling in Angola

international debt is particularly criticized 'Three decades of debt financing did not help the debtor countries to become self sufficient or less dependent, or capable of generating a surplus to pay back

**Legal Principles in Islamic Banking** To appreciate the implications of Shariah upon economic and financial transactions, the major institutions of Islamic law related to these sectors have to be analysed Like any other developing system the Islamic system also has a certain flexibility, making possible its adaptation to new socio economic situations and requirements But two basic principles rest immutable Forbidden is

‡ enrichment without risk given for money above the principal amount This covers – according to the traditional interpretation – interest in any form and degree and

‡ speculation on the outcome of future events be it trading in futures in general or the sale of a future harvest

**Types of Islamic Banks Today** At present, more than 30 Islamic finance institutions are in operation neither taking nor charging interest The majority of these banks have been established in the latter half of the 1970s in Arab countries the Gulf and some European countries like Denmark Switzerland, and Turkey Thus we see that the geographic coverage of the most recently established banks is no longer restricted to the Arab region or the Third World

Besides the establishment of development and social welfare institutions, commercially-oriented Islamic banks have also been founded since the mid-1970's The main concern of these institutions is to offer to the segment of the population already in contact with commercial financial institutions, an Islamic alternative Two types are distinguished Islamic commercial banks and Is-

lamic investment and holding companies

In their capital structure Islamic banks rely mainly on their shareholders and depositors who are primarily individuals Within the banking community Islamic institutions are rather small because of their shareholder structure being primarily made up of the general private public of the host country This reflects the desire of the Muslim population for finance institutions which operate in accordance with Islamic principles and the necessity of these banks to be profitable for their shareholders and depositors (in investment accounts) Other types of shareholders include other longer, established Islamic banks as well as the governments of the respective host countries

While Islamic commercial banks operate on a national basis Islamic investment and holding companies may have either a national or an international mandate

FED-PEC0267595

## Islamic Economy

*Activities of Islamic Banks Today* The interdiction of taking or charging interest affects all activities of Islamic finance institutions as regards both the utilization and mobilization of funds It is worthwhile to note that there exist different interpretations on how to apply the term *riba* [interest] in today s economic and financial transactions The modernists are aiming for a new interpretation of Islam in general and support an interpretation by the spirit of the law and not by the letter Thus it is contended that the Qur an has prohibited usury and not legitimate interest The majority of Islamic economists maintain however that interest is also prohibited for productive credits - the term *riba* meaning increase - and that therefore all repayments above the original loan amount are illicit The Islamic banks in operation today follow this latter line of thought in their activities

As previously noted the concept of equitable risk-sharing between capital provider and entrepreneur is central to Islamic banking activities Given these two basic considerations of *interest free finance* and *equitable risk sharing* Islamic finance institutions may engage in the following activities for their customers

* **Participation Financing (*Mushara ka*)** The bank provides part of the equity and working capital requirement of a project and shares with the entrepreneur any profits or losses Profits are shared according to a pre agreed ratio Losses however are borne in proportion to the capital contribution

* **Trust Financing (*Mudaraba*)** The bank provides all capital required The client provides the management skill for a given project again on a predetermined profit sharing basis Losses in this case are borne by the bank alone the client losing the value of his or her work

* **Cost Plus Trade Financing (*Mura baha*)** The financial institution purchases raw materials goods or equipment at cost and sells them to the client on a cost plus negotiated profit margin

* **Rental Financing (*Ijar*)** The bank acquires equipment or buildings and makes them available to the client on a straightforward rental basis

* **Lease Purchase Financing (*Ijar wa Iktina*)** The arrangement is similar to the above except that the client has the option of acquiring ownership of the rented equipment or building by paying instalments into a savings account The re investment of this accumulated capital works in favour of the client allowing him or her to offset rental cost

Islamic finance institutions can also provide interest free loans for projects Furthermore the various activities mentioned above can be combined in various forms to meet the finance requirements of modern economies Other activities of Islamic finance institutions include

* identification of external markets and outlets for affiliated enterprises

* provision of information necessary for business expansion

* provision of general economic financial and technological intelligence for customers and for the Muslim community

Islamic finance institutions have so far largely concentrated on trade and real estate transactions for their own accounts and on contracts of the Murabaha and leasing types These have the advantage of pre-determined certain profits compared to the profit sharing schemes

*Perspectives and Outlook* Islamic banking is rapidly evolving at both the conceptual and the operational level The theoretical discussion in Islamic economics and finance will continue Islamic economic theory is in its infancy

According to the eminent Islamic economist Muhammad Omar Zubair formerly the President of King Abdul-Aziz University I know we have a long way to go yet I am happy we have at least made a small beginning We have done no more than start to collect pebbles on the shore of Islamic economics The discipline is in the early stages of its infancy

Not only Muslim economists but Western economists too will have to start to observe and analyse the emerging Islamic concepts to define complementarities and differences

In conclusion Islamic banking principles are based upon quite different concepts from those of Western banks Innovative approaches are therefore required for cooperation with other banks

As regards Third World development – if the South were to propose now with Islamic banking principles a new concept of socio economic interaction (i e profit-sharing systems focus on small and medium-sized innovating entrepreneurs with the major objective of economic asset creation, etc ), it would be a contribution to concepts of cooperation now only propounded by the countries of the industrialized world So far, the objective needs, for advancement and progress have been defined merely by this part of the world They have not always however been perceived as such by other regions

Islamic banks would make a useful contribution to economic growth and development particularly in the present situation, because their major mandate is oriented toward productive investments At present all countries both in the North and in the South need more venture capital Loan capital is available particularly in industrialized countries but at high interest rates Even medium scale entrepreneurs in those countries find it difficult to raise sufficient risk capital for expansion and innovation This has acted as a brake on productivity and economic growth in the North Thus practical and immediate cooperation possibilities exist between Islamic banks and enterprises all over the world The intermediation process has yet to be developed in all its details and in all its implications for finance and economics

FED-PEC0267596



**Available in Major Book Stores and Shopping Centres throughout the Kingdom**

### The Muslim World Weekly
*(In Arabic, with One-Page English Supplement)*

2 Saudi Riyals

### Al-Rabita
*(Monthly in Arabic)*

3 Saudi Riyals

### Muslim World League Journal
*(Monthly in English)*

3 Saudi Riyals

### The Call of Truth
*(A Monthly Book Series in Arabic, Issues 113, 114 & 115 now available in the market)*

5 Saudi Riyals

* The entire income from sales will be utilized for the improvement of these periodicals and for services rendered to promote Islamic causes all over the world

* While placing orders for subscriptions, please mention the periodical required

With compliments of
**The Muslim World League**
P O Box  538 - Makkah al-Mukarramah

Sole distributors for the Kingdom and the Gulf
**The Saudi Distribution Company**

| Jeddah | Riyadh | Abha | Dammam | Madinah | Makkah |
|--------|--------|------|--------|---------|--------|
| 6530909 | 4779444 | 2270647 | 8410840 | 8229881 | 5585078 |

FED-PEC0267597



# "For Muslim Solidarity and...

## Organization of the Islamic Conference

### Islamic Solidarity Fund & Waqf

## Donate Generously:—

- **To Help Build a Mosque, Hospital or School**
- **Rehabilitate Victims of Natural Calamities**
- **Save Muslim Lives from Want and Hunger**

Islamic Solidarity Fund

OIC Secretariat General P O Box 178 Jeddah 21411

Tel 6800800 – Fax 6873568 – Telegrams Islamiyah
Jeddah – Telex 601366 Islami S J

Fund s A/c No in Saudi American Bank 2600404 (for donations only)

Fund s A/c No in National Commercial Bank 34542000107 (for Zakat only)

FED-PEC0267598