# EXHIBIT 094

# THE MUSLIM WORLD LEAGUE JOURNAL



Dr. Ahmad Muhammad Ali
The New Rabita Secretary-General

MWL COUNCIL DISCUSSES BURNING MUSLIM ISSUES

48215

BUR-PEC-035589

*Acting Makkah Governor Prince Saud bin Abdul Mohsin being escorted by Acting Rabita Secretary-General Shaikh Muhammad Nasir al-Aboudi to the dais.*

*The Constituent Council of the Muslim World League held its 33rd session in Rajab last, in Makkah, and, besides holding discussions on a host of Muslim issues, elected Dr. Ahmad Muhammad Ali as the new Secretary-General. Here are some glimpses of that important assembly.*
*Dr. Ahmad Muhammad Ali (fourth from right) is seen here with some members of the Council.*

BUR-PEC-035590

# The MUSLIM WORLD LEAGUE Journal

A monthly organ of the
Rabitat al-Alam al-Islami
Makkah al-Mukarramah.

Vol. 21

Rajab 1414 — January 1994

No. 7



Secretary-General
Dr. Ahmad Muhammad Ali

Director-General, Media & Culture
Muhammad Mahmood Hafiz

Director of Press & Publications &
Chief Editor
Hamid Hassan al-Raddadi

Editorial Board
Abdullahl Sheikh Muhammad
Muhammad Nasir
Muhammad Abdul Quadir
Administrative Asstt.
Muhammad Khalil Mirza

Annual Subscription Rate

**Saudi Arabia** (Individual subscribers):
SR 36; (Companies): SR 100; Other
Countries: (Individual subscribers):
$ 20 and (Companies): $ 26;
Cheques and cash payable to: Muslim
World League, P.O. Box 537, Makkah
al-Mukarramah, Saudi Arabia.
All requests for the magazine and any
change of address should be forwarded
to our Marketing & Distribution Deptt.

Sole Distributors for
the Kingdom & the Gulf:
The Saudi Distribution Company
Tel. 6530909, Jeddah,
Saudi Arabia

Published by:
The Press and Publications
Department,
Muslim World League,
P.O. Box 537,
Makkah al-Mukarramah.

(All articles and correspondence may
use be addressed to The Chief
or, Muslim World League Journal.
The Editorial Board reserves the
...nt to edit, summarize or reject any
contribution, no article, report or letter
will be returned to the sender.)

# Contents

**Guidance from the Qur'an & Sunnah** 2 Excerpts from Surah al-Ahzab, translated and interpreted by Allama Yusuf Ali.

4 Sayings of the Noble Prophet Muhammad (peace be on him), explaining the permissibilty of retaliation against injustice.

**Letters to the Editor** 5 Readers of the MWL Journal express their views on various issues.

**Cover Story** 6 The MWL Constituent Council held its 3rd session in Rajab last and, besides electing Dr. Ahmad Muhammad Ali as the new Secretary-General of the League, discussed a host of burning Muslim issues, in a bid to formulate the Ummah's response to the various challenges it is faced with. Muhammmad Nasir, an editor of the Journal reports on the momentous session.

**Focus on the Muslim World** 10 A monthly feature on the Muslim world, which focuses on recent developments in the different regions.

**Current Affairs** 14 In his article, "The Sordid stand off at Hazrathal," Journal Editor Muhammad Nasir, discusses the siege of the Hazrathal Mosque by Indian troops and traces the history of the present crisis.

17 Dr. Mozammel Haque briefly highlights the outcome of GCC Summit and MWL Meeting on Bosnia.

**Interview** 21 In an exclusive interview with the MWL Journal, Syed Fasihuddin, a Chest Specialist at the King Abdul Aziz Hospital of Makkah-al-Mukarramah gives our readers detailed information on various types of chest diseases.

**Islamic Economy** 26 In his article "Islamic Economy Ensures Efficiency and Equity," Mr. Shahidullah deals with the concern of Islamic economy for human welfare.

**Islamic Education** 31 "The Development of Arabic Grammar: A Brief Historical Account
Mr. M.A. Folorunso.

**Features** 35 Knowledge of Qur'an: Its Importance & Benefits.
Sharafedeen Kola Oladejo.

39 The Effect of Islamic Fasting on Libido.
Dr. S.M. Bakin

40 Islam and the Sovereignty of the Constitution-II
Tamizul Haque

44 Recent English Translations of the Holy Qur'an.
1985-1993. II
Dr. Abdul Raheem Kidwai

50 Nasiruddin Tusi: The Great Arab Scholar
Dr. Abdul Ali

53 The Muslim Family: How to Build and Preserve It?
S. M. Pasha

55 Evangelical Activities in South-East Asia
Deliar Noer

59 Approaches to Strategic Policy Planning.
Dr.Mahboob Alam Khawaja

Views expressed in the columns of The MWL Journal do not necessarily represent those of the Editorial Board or the Muslim World League. Articles published herein may, however, be reproduced with due acknowledgement.

# Guidance from the Glorious Qur'an



### In the name of Allah, the Beneficent, the Merciful

*O Prophet! Tell your wives and daughters, and the believing women,[1] that they should cast their outer garments over[2] their persons (when out of doors): That is most convenient, that they should be known[3] (as such) and not molested. And Allah is Oft-Forgiving,[4] Most Merciful. Truly, if the Hypocrites, and those in whose hearts is a disease, and those who stir up sedition in the City,[5] desist not, We shall certainly stir you up against them: Then will they not be able to stay in it as your neighbours for any length of time: They shall have a curse[6] on them: wherever they are found, they shall be seized and slain. (Such was) the practice (approved) of Allah among those who lived aforetime: No change will you find in the practice (approved) of Allah. Men ask you concerning the Hour: say, "The knowledge thereof is with Allah (alon):" And what will make you understand? Perchance the Hour is nigh!*

(Surah: 33, Verses 59-63) Trans. A Yusuf Ali

BUR-PEC-035592



...llama Abdullah Yusuf Ali, in his commentary on the above verses from Surat al-Ahzab or The Confederates, explains some of the terms and phrases as follows:

1. This is for all Muslim women, those of the Prophet's household, as well as the others. They are asked to cover themselves with outer garments when walking out of doors.

2. *Jilbab*, plural *Jalabib*: an outer garment; a long gown covering the whole body, or a cloak covering the neck and bosom.

3. The object was not to restrict the liberty of women, but to protect them from harm and molestation. In the East and in the West, a distinctive public dress of some sort or another has always been a badge of honour or distinction, both among men and women. This can be traced back to the earliest civilisation. Assyrian Law in its palmiest days (say, 7th century B.C.) enjoined the veiling of married women and forbade the veiling of slaves and women of ill fame: see *Cambridge Ancient History*, III, 107.

4. That is, if a Muslim woman sincerely tries to observe this rule, but, owing to human weakness, falls short of the ideal, then *"Allah is Oft-Forgiving, Most Merciful."*

5. It was necessary to put down all kinds of unseemly conduct in the Prophet's ... And here is the warn-



ing in the plainest terms. And the warning had its effect. The "Hypocrites" were men who pretended to be in Islam, but whose manners and morals were anti-Islamic. Those "with diseased hearts" may have been the ones that molested innocent women. "Those who stirred up sedition" put false rumours in circulation to excite the crowd. Alas! we must ask ourselves the question: "Are these conditions present among us today?"

6. They will be deprived of the blessing and guidance of Allah. They sought to cause disorder in Allah's world – moral as well as material, but they will themselves be destroyed. Those who become outlaws, rebels against the Law, will themselves be destroyed by the Law.

7. The Jewish law was much more severe. That severity is mitigated in Islam. But it is a universal principle that any element, which deliberately refuses to obey law and aggressively tries to subvert all order in society, secretly and openly, must be effectively suppressed, for the preservation of the life and health of the general community.

8. The knowledge of the Final Hour is with Allah alone. The fact of its coming is certain; the exact time when it will come has not been revealed. If it were, it would disturb our thoughts and life. "Heavy were its burden through the heavens and the earth." But at any time given moment it cannot be far distant." In theological language, each individual's death is a Final Hour, a *Qiyamat Sughra* (Lesser Day of Judgment). In that sense, it is not the same for all individuals, and is certainly always near.

(Compiled by Muhammad Khalil Mirza)

BUR-PEC-035593

# Sayings of Prophet Muhammad peace be on him

## Retaliation in cases of oppressions

❏ Narrated Abu said Al-Khudri: Allah's Apostle said. "When the believers pass safely over (the bridge in between Hell, they will be stopped at a bridge in between Hell and Paradise where they will retaliate upon each other for the injustice done among them in the world,and when they get purified of all their sins, they will be admitted into paradise. By Him in whose Hands the life of Muhammad (peace be on him) is, everybody will recognise his dwelling in paradise better than he recognises his dwelling in this world"

❏ Narrated Abdullah bin Umar: Allah's Apostle (peace be on him) said. "A Muslim is a brother of another Muslim, so he should not oppress him, nor should he hand him over to an oppressor. Whoever fulfilled the needs of his brother, Allah will fulfill his needs; whoever brought his (Muslim) brother out of a discomfort, Allah will bring him out of the discomforts on the Day of Resurrection, and whoever screened a Muslim, Allah will screen him on the Day of resurrection"

❏ Narrated Anas: Allah's Apostle (peace be on him)said, "Help your brother, whether he is an oppressor or he is an oppressed one. People asked, "O Allah's Apostle ! It is all right to help him if he is oppressed, but how should we help him if he is an oppressor? The Prophet said," By preventing him from oppressing others."



❏ Narrated Abu Musa: The Prophet said, "A believer to another believer is like a building whose different parts enforce each other." The Prophet(peace be on him) then clasped his hands with the fingers interlaced(while saying that).

❏ Narrated Abu Huraira: Allah's Apostle said. "Whoever has oppressed another person concerning his reputation or anything else,he should beg him, to forgive him before the Day of Resurrection when there will be no money (to compensate for wrong deeds),but if he has good deeds those good deeds will be taken from him according to his oppression which he has done, and if he has no good deeds, the sins of the oppressed person will be loaded on him."

❏ Narrated Sahl bin Sa'd As-Saidi: A drink (milk mixed with water) was brought to Al-lah's Apostle (peace be on him) who drank some of it. A boy was sitting to his right, and some old men to his left. Allah's Apostle (peace be on him) said to the boy, "Do you allow me to give the rest of the drink to these people?" The boy said. "I shall not give up my share of your gift to anybody else." Allah's Apostle (peace be on him) then handed the bowl (of drink) to the boy.

❏ Abu Salama narrated that there was a dispute between him and some people (about a piece of land). When he told Aisha about it, she said, "O Abu Salama! Avoid taking the land unjustly, for the Prophet (peace be on him) said, 'Whoever usurps even one span of the land of somebody, his neck will be encircled with it down the seven earths."

❏ Narrated Um Salama the wife of the Prophet(peace be on him): Allah's Apostle (peace on him) heard some people quarrelling at the door of his dwelling. He came out and said, "I am only a human being, and opponents come to me (to settle their problems); may be someone amongst you can present his case more eloquently than the other, whereby I may consider him true and give the right of a Muslim to another by mistake, than it is really a portion of (Hell) Fire, he has the option to take or give up (before the Day of Resurrection)."

❏ Narrated Aisha: Hind bint 'Utba(Abu Sufyan's wife) came and said, "O Allah's Apostle! Abu Sufyan is a miser. Is there any harm if I spend something from his property for our children?" He said: 'There is no harm for you if you feed them from it justly and reasonably (with no extravagance)."

(compiled by Muhammad Zakir Hussain)

BUR-PEC-035594



# letters to the Editor



## Commendable Journal

First time I had the opportunity to read your MWL Journal "Special issue on Bosinia". Now, I reading second time your MWL Journal relating to the problems of Rohingya Muslims in Arakan and recent PLO-Israel peace accord and its ramifications. What has impressed me much during this period are torture, humiliating. arbitrary arrest, rape and killing of innocent Muslims in Bosinia and Arakan. I am very glad to read the Journal. The language is very simple even for learner. I hope that you will publish such an important topics more and more. So that, people may be able to know about, tortures, arbitrary arrest, rape etc. which are common incidence for the Muslims by Christians. Buddists etc. throughout the world.

**Wasi Haroon**

**Madhubani, Bihar- India**

❑ *Your views are highly appreciated. We are trying our best to give coverage of the sufferings of Muslims.*

*Editor*

## Journal wanted

First time I read your MWL Journal of August- September, 1993 and shown it to the members of "Kahkashan Urdu Library", which is situated in my village. The library is very old.

There are two hundred members of the library. It was registered in 1977. Almost all the members of the library praised it too much. The Journal was highly interesting, , informative and impressed us very much. We hope that you will send a copy free of cost of this excellent monthly Journal for reference in our library and to know more about the Muslims all over the world and the torture, atrocities, arbitrary arrest, rape committed to them by the enemies of Islam.

**Yours faithfully,**

**All the members of the Library-Kahkashan Udru library Roghonagar, Bhowara, Bihar. India.**

❑ *We have forwarded your request to our circulation department.*

*Editor*

## Journal appreciated

We are in receipt of a copy of the Muslim World League Journal. Thank you very much for the October issue. We find it brilliant, fascinating and informative. I would like to congratulate you in particular for profiling Dr. Abdullah Omar Nasseef and political feature on P.L.O. Israel accord. Both these write-ups have personally given me a concrete direction of thinking. May Allah strengthen your hands and widen your vision. Ameen.

Iqra Model Academy Nepal is a socio-academic organisation. We desire to receive journal, magazine, books, reports and periodicals published by the Muslim World League regulaly. Language is no bar. Kindly arrange to send the Muslim World League journal mothly.

With regards.

**Mohd. Izharul Haque Mkirani Director.**
**Iqra Model Academy Nepal.**

❑ *Thanks for your appreciation we have forwarded your application to the respective department.*

*Editor*

BUR-PEC-035595



*The inauguration of 33rd session of the Constituent Council of the Muslim World League in its headquarter commenced on 8th Rajab 1414, corresponding 21st December 1993.*

## In Makkah al-Mukarramah:

# MWL Council Holds Momentous Meeting

*Muhammad Nasir*

The Muslim World League Constituent Council, which ended its deliberations on 12 Rajab 1414, corresponding to 25 December 1993, categorically declared the Muslim Ummah's position on the status of the Holy City of Jerusalem and the inalienable rights of the Palestinian people. Describing the Palestinian problem as the foremost issue which concerns all Muslims world-over, the Council asserted that no individual or group was even entitled to strike a deal or offer any concessions on this vital issue.

The Council, which held its 33rd session, on 8-12 Rajab/ 21-25 December, 1993, held meaningful and substantive discussions on the issues and problems facing Muslims in the various parts of the world. Coming at a time when the Muslim Ummah is passing through a very critical phase in its recent history, the select gathering of eminent Ulema, scholars, thinkers, Dawah enthusiasts and community leaders assumed unusual significance and the Muslims

BUR-PEC-035596

over the world were loo___ forward to these deliberations with a lot of expectations and hope.

There is no gainsaying the fact that the challenges and problems which stare us in the face are many and truly formidable and the list of our woes and setbacks seem to be endless. There are also no doubt about the inescapable fact that while most of our miseries and distresses and the direct result of the long years of the political bondage and subjugation to which the world of Islam was subjected by the Western colonial powers, the Muslims themselves must share blame for some of the present mess. Taking advantage of our weakness, confusion and disorder, our enemies have launched a frontal assault on our Faith, values culture and sanctities. In their much-publicised "New World Order," the Muslim world finds no place in the West's sch—me of things.

nst this backdrop, pan-I___ bodies like the Muslim World League have a very important role to play. The MWL, established over three decades ago by a select gathering of Ulema and prominent personalities from all over the world, who had assembled in the Holy City of Makkah for the Hajj, has grown into a non-official spokesman of the Ummah, which has been giving expression to its aspirations and articulating its reactions to the various events taking place in today's world. The meetings which its two organs, the constituent and the Masajid Councils, hold from time to time in Makkah, also effectively articulate the sufferings, disadvantages and frustrations, which some segments of our worldwide community are suffering in some parts of the world.

The last meeting of the MWL Constituent Council, the 33rd in sequence, lived up to its reputation and acquitted itself with dis-' by extensively reviewing

Rabita's performance during the preceding year and outlining its policies and plans for the future: drawing up an elaborate and well-thought-out Islamic Dawah strategy and laying down guidelines to tackle and redress various issues and problems facing the Ummah.

The direction for this year's proceedings was set by the Custodian of the Two Holy Mosques, King Fahd bin Abdul Aziz, who, in his opening address, read on his behalf by Makkah Region Deputy Governor Prince Saudi bin Abdul Mohsin, made a pointed reference to the plight of the Bosnian Muslims who have been suffering inhuman barbarity and torture at the hands of the Serb marauders, who in their senseless campaign of 'ethnic cleansing' have thrown all human values to the winds, not even sparing small children, old people and women in their war of annihilation. "Their dire predicament makes it incumbent on the Muslim governments and peoples to rescue their hapless brethren," King Fahd urged.

The Saudi Monarch also underscored the need to enforce the Islamic Shariah in all Muslim lands, and urged a sincere and unconditional return to Allah Almighty by all Muslims in order to achieve success in this life and attain salvation in the Hereafter. He repeated the Kingdom's resolve to continue serving the Two Holy Mosques and the pilgrims as well as visitors, who converge on the Holy Land to perform their Hajj and Umrah rites. He also reiterated his determination and commitment to spare no effort towards defending and supporting the Muslim causes and issues, the foremost among which is the liberation of Al-Quds from the Zionist clutches. "We shall not rest till the Holy City of Jerusalem is fully restored to the Muslim control," King Fahd declared.

Shaikh Abdul Aziz bin Abdullah bin Baz, the Grand Mufti of the Kingdom and Chairman of the

MWL Council, reminded the evidence of the basic aims and objectives of the League, which, in his views, is the dissemination of the message of Islam and inviting mankind to Allah's Final Revelation. According to him, it was the foremost task of the Muslim rulers, learned people and ordinary public to help their persecuted brethren in whichever area they may be living. "Our oppressed fellow-Believers in Bosina-Herzegovina, who are suffering a barbaric aggression need all our support and help," Shaikh bin Baz repeatedly appealed.

Outlining the ingredients of a successful Islamic Dawah strategy, Shaikh bin Baz emphasised the need for employing and good counsel on the part of the people engaged in Dawah work, in consonance with the injunctions of Allah in the Qur'an and Prophet's guidance.

On his part, Shaikh Muhammad bin Nasir al-Aboudi, the Acting Secretary-General of the Muslim World League, highlighted and laudable role of the Rabita in helping and supporting Islamic activities worldwide. He mentioned the woeful conditions which prevailed in some Muslim countries, which are in the vicious grip of civil strife, incessant blood-letting which is rendering a large number of Muslim children orphaned, women widowed and thousands of people refugees without shelter. "Our enemies are violating our sanctities and destroying our mosques and declaring without any compunctions that they would not allow the setting up of another Muslim state in Europe," Shaikh Aboudi observed. But our greatest misfortune is our internal dissension and discord so glaringly demonstrated in Somalia, which, till recently, was on the verge of extinction as a state and also in Afghanistan where Mujahideen factions are fighting each other after defeating the mighty Super Power.

"Some of these unfortunate de-

BUR-PEC-035597



...for discussion, the Council adopted appropriate resolutions and recommendations.

### Resolutions

The Council strongly denounced Israeli Supreme Court ruling which declared the Masjid al-Aqsa as a part of the land of Israel and reiterated that the Muslims would never relinquish their claim to the Holy al-Aqsa Mosque as their first Qiba, the third holiest shrine and the site of the Noble Prophet's ascension.

On Afganistan, the Council called on all parties to abide by the teaching of Islam, shed petty personal differences and work for resolution of all disputes in the spirit of Islamic brotherhood.

In regard to the worsening crisis in the Indian-occupied Kashmir, the Council called for extending all material and moral support to the Kashmiri people in their just struggle for self-mination. Likewise, it urged United Nations to implement the resolutions which it had adopted in 1949 for holding a free and impartial plebiscite in order to enable the people of the occupied Valley to decide their own future.

The Council also took stock of the ongoing conflict in Bosnia-Herzegovina and severely denounced the United Nations and the Security Council for their apathy and indifference to the monumental human misery in that war-torn Republic.

The MWL Council also urged the OIC to intensify political and economic pressure to get the unjust arms embargo imposed on Bosnia lifted in order to enable it defend itself against Serb-Croat onslaught. The Council sent a letter to President Alija Izetbegovic of Bosnia-Herzegovina, expressing its appreciation over his principled stand and reiterating Muslim world's solidarity with the struggle of the Bosnian Muslims. The Council, thanking the Custodian of the Two Holy Mosques king Fahd and Turkish President Suleiman Demirel for their support to the Bosnian Muslims, urged them to exert more pressure on the UN Security Council to lift the arms embargo.

After an in-depth review of the situation in the strific-torn Somalia, the Council urged the rival factions to abide by the teachings of Islam and resolve their disputes through negotiations in the overall interest of the Somali people. It also called on the international community to intensify its efforts towards resolutions of the problem and continue relief shipments to allay the distress of the unfortunate populace.

The Council reviewed the developments in the Eastern Europe and in the Muslim Republics of Central Asia and called for more attention to their needs in order to facilitate the revival of their Islamic heritage. It pleaded for establishing diplomatic, economic and cultural relations with them. In this context, it suggested grant of scholarships to the students from these countries in orders to study in the universities of the Muslim World. The government in East European countries should be urged to grant their Muslim citizens the freedom of belief and the right to observe their religious rites freely.

The Council appreciated the recent relaxation in the People's Republic of China and the restoration of mosques to the Muslims. It, however, hoped that necessary steps would be taken by the Beijing authorities to prevent publication of all materials hostile to Islam and giving the central Islamic Association of China the right to review and revise any such publication.

The Council also asked the authorities in the Western Europe to refrain from putting any kind of direct or indirect pressures on the Muslim communities because of their observance of some of the Islamic teachings. They were urged to observe moderation and impartiality in their treatment of the Muslim minority of their countries.

The apex policy-making loudy of the League commended the positive attitude of the Pakistanis and Bangladesh Government towards the resolution of the issue of the stranded Pakistanis living in Bangladesh. It specially thanked the Punjab provincial authorities for providing housing for these hapless people and pleaded for expediting their repatriation and resettlement.

Likewise, the MWL Council called on the Muslim states and organizations to ask the Burmese authorities to facilitate the return of Burmese refugees to their homes and grant the Muslims religious freedom and their basic human rights.

As regards the struggle of the Filipino Muslims for autonomy in Southern Philippines, the Council called on the Muslim leaders to close ranks and unify efforts, shedding all mutual differences. Similarly, it called on the Organization of the Islamic Conference (OIC) to mediate between the Moro Muslims and the Philippine Government.

The Council appreciated the efforts of Sri Lanka Government towards protecting its citizen from the Tamil attacks and urged Colombo to continue providing protection to the Muslim community of their country.

The Council also lent its support to the efforts of the Turkish-Cypriot Muslims aimed at finding a just and lasting solution to the dispute on the Island with the help of the United Nations.

In addition to these burning issues, the Council also adopted far-reaching resolutions on the popularization of the Arabic language in the non-Arabic speaking countries and warned Muslims against anti-Islamic ideologies, cults and trends getting a foothold in the Muslim countries. For this, constant vigilance and alertness on the part of the governments, teachers, and the general public are needed.

BUR-PEC-035599



# FOCUS
## ON THE MUSLIM WORLD

**Bangladesh rapidly**

The per capita income has registered an increase of more than SR150 in the last two years. Both the number of Bangladeshis abroad and the amount remitted by them has increased. The number has increased from 96,000 in



Focus on the Muslim World

to confirm whether the military commander made the comments himself or not.

Amnesty International earlier expressed concern over the safety of human right activist Dedi Eka-



**Focus in the Muslim World**

streets, thanks to an army of what is known as "transport police".

Carelessly throwing away a used hand kerchief on the plat-

Current Affairs

*A Major Turning Point in Kashmir*

# The Sordid Stand-Off at Hazratbal

*Muhammad Nasir*

he 34-day-old siege of the forces did not elicit the attention declaration of the changed US of the world's mighty nations and perceptions on the Kashmir issue.



*Bosnia issue: Top on the Agenda*

# GCC Summit, MWL Meeting and Bosnia Solidarity Day

### *Dr. Mozammel Haque*

This month of Rajab (corresponding to December) is very significant and colourful in the history of eventful activities and unity and solidarity among the Muslim Ummah, especially with regard to the Muslim y in Bosnia-Herzegovina. second week of Rajab, there were three important gatherings of the Muslim heads of state, of Muslim Ulemas and of ambassadors of the Muslim countries. The common subject of discussion in these meetings was the Bosnian tragedy.

### Gulf Cooperation Council Summit:

Nearly three years after the Gulf War which radically altered the political landscape of the Middle East and jump-started Gulf security initiatives, the Gulf Cooperation Council (GCC) heads of state gathered for their 14th annual supreme council summit in Riyadh amid genuine calls for greater security integration among states.

The GCC heads of state met at a crucial juncture in history. A number of Muslim nations on every continent are in turmoil. Bosnia, the target of the brutal defies a solution. The same case with Somalis. The people Kashmir are in agony.

The leaders of the six nations - Saudi Arabia, Kuwait, Bahrain, Qatar, Oman and United Arab Emirates - realize that every Muslim in every nook and corner of the globe would be benefitted from its deliberations and conclusions. In this context, the Custodian of the Two Holy Mosques, king Fahad bin Abdulaziz, highlighted the importance of the Summit.

He began his prepared speech highlighting the major issues that are expected to be high on the agenda for this years summit. They include: Iraq's belligerent attitude towards the implementation of UN resolutions on the sovereignty of Kuwait, Kuwait's prisoners in Iraqi jails, Iran's island dispute with the United Arab Emirates, the Middle East peace process, the crisis in Somalia and the tragic situation in Bosnia-Herzegovina.

King Fahad also cited with regret the painful tragedy being witnessed by the people of Bosnia-Herzegovina who are still suffering from a racial and untold genocidal war waged by the Serbians and Croats who gave a deaf ear to all appeals made by the international and humanitarian organisation and despite the on-going negotiations. He urged the international community to fight injustice and take practical and effective measures to enable the Bosnian people of their legitimate right in self-defence, lift the arms embargo imposed on the Bosnian people and implement all resolutions of the international legitimacy concerning the matter.

The six-member GCC concluded its Summit talks with oil and security the foremost on the minds of the Gulf Cooperation council leaders. Issuing a statement in the final communique, the Council decided to lower their oil production, provided the OPEC and non-OPEC member states agree on a common strategy, in the hope of rejuvenating the flagging world petroleum market. On the security front, the Council decided to increase the number of forces in the Peninsula Shield comprising the GCC armed forces, though the exact number was not spelled out. But the call for an increase in Peninsula Shield forces and the setting up of a new major military committee within the GCC to explore further military cooperation efforts is a step in the right direction.

There are also plans afoot to install an early warning network at an estimated cost of $3 billion to $5 billion. While welcoming the Iranian call for a negotiated settlement, the Supreme Council reaffirmed "its complete solidarity with and absolute support for United Arab Emirate's position as

BUR-PEC-035607



*The mass-graveyard of the martyred Muslims – the victims of Serbs' atrocities in Bosnia-Herzegovina.*

well as for all members and peaceful means it deems appropriate to regain its sovereignty on its three islands."

In a strongly-worded statement, the Council condemned Iraq's non-compliance with the various UN Security Council resolutions adopted during the Gulf crisis and urged the international community to keep up pressure on Iraq until it implements all UN resolutions, notably Resolution 833 on the demarcation of the Kuwait-Iraq border, release of Kuwait and other prisoners and payment of war damages.

The Summit, chaired by King Fahad, also discussed regional security, the Middle East peace process, the situation in Somalia and the plight of Muslims in Bosnia-Herzegovina.

On the war in Bosnia, the Gulf leaders condemned the "continuing malicious Serbian aggression" on Bosnian Muslims and its policy of ethnic cleansing. The Council called on the UN Security Council to take all necessary measures to restore security and peace in Bosnia, lift the arms embargo to enable Bosnians to defend themselves against Serbian

and Croatian aggression and to tighten the sanctions on Serbia and Montenegro.

## Muslim World League (MWL)

### Constituent Council Meeting :

Muslim Ulema (scholars) from all over the world held an important conference in Makkah to discuss pressing issues facing the Muslim world. A conference spokesman said the plight of Bosnian Muslims is the major topic on the agenda of the three-day conference, which was attended by 60-member constituent council

BUR-PEC-035608



of the Makkah-based Muslim World League (MWL) and opened by Makkah Vice Governor Prince Saud ibn Abdul Mohsin on 8 Rajab 1414, corresponding to 21 December, 1993. The meet-

money and whatever they can provide," he said.

The session was addressed by MWL acting Secretary-General Sheikh Muhammad Nasser Al-Aboudi who said the tragic situa-

Croatian attacks on Bosnian Muslims and reiterated a call to the United Nations Security Council to lift its arms embargo on Bosnia.

Representatives of Saudi Ara-

*Information about chest diseases & its causes*

# An Interview
# with Dr. Fasiuddin

*Interviewer: Muhammad Abdul Quadir*



...ma, pulmonary infarction, tuberculosis, bronchictasis, pnumonia.

Chest pain is one of the common presentation of patients having certain chest diseases. For example a localized chest pain may be due to muscle strain, localized chest pain associated with tenderness usually denotes rib fracture. Pleural pain is also localized, it is characteristically sharp & associated with inspiration, coughing & movements of chest wall.

Generalized chest pain may be due to asthma or emphysema. Central chest pain is usually related to cardiac ischaemia or oesophagitis. Breathlessness is one of the commonest reason for a patient to attened a chest clinic. A cardiac dyspnoea is usually progressive first noticed on exertion often associated with orthopnoea (upright breathing). Certain respiratory diseases causing breathlessness are emphysema, bronchial asthma, pnumonia, respiratory ress syndrome, pnumothorax, ...sal effusion. Non cardio-respiratory causes of breathlessness are psychogenic, anaemia, haemorhage.


**What is tuberculosis? How it can be prevented? Is it possible to treat it? Why is a stigma attached to it?**

**A:** Tubercolosis is a disease of antiquity. The tuberculosis lesions have been found in the vertebrae of neolithic man in Europe, and of Egyptians mummies perhaps as early as 3700 BC. Today tuberculosis has became an important communicable disease in the world.

Tuberculosis is a chronic granulamtous disease caused by mycobacterium tuberculosist known as tuberclet bacillus was first describe by Robert Koch in 1882. For many years tuberculosis was thought to be transmitted genetically and even today patients who have little or no idea of the infection when informed of the diagnosis of tuberculoss may express

surprise because "it is not in my family" Doctor.

Now it is well known that tuberculosis is transmitted by the air borne route and the unit of infection is a small particle called a droplet. Coughing, sneezing, spitting, singing and other respiratory manoeuvres will generate droplet. These droplet are dispersed throughout space and the organism which they contain can remain viable for extended periods of time. These organisms are neither filtered by simple gauze masks nor prevented from entering room air by covering the mouth and nose during coughing. Out door organisms in droplet nucleican eliminated by radiation from the sun.

However it is important to note that the diagnosis of tuberculosis is not a difficult one now a days. A blood test, tuberculin test, X-Ray films, sputum examination and culture are simple and easy to reach to a diagnosis. Thanks to the recent advancement. Use of Fibreoptic bronchoscope enable us to make an early & confirmed diagnosis.

Bacille- Calmete- Guerin (BCG) Vaccination is used for the protection against tuberculosis, it is given to the child any time after birth it makes the baby immune against the disease.

Tuberculosis was one of the deadliest disease sof old ages and a person suffering from tuberculosis was isolated from nonsufferers in order to avoid further transmission and the patient was condemned to die of it in a few months.

But thanks to our modern day researches the disease is now 100% curable just by taking a complete course of antituberculosis medicines for 6 to 9 months. Hence now there is no justification for attaching any stigma to it.


**What is Asthma? why is it getting more common now a days?**

**A:** Asthma is a Greek word meaning "Breathless" or to breath with open mouth.

It is a respiratory disorder marked by breathing difficulty caused by temporary narrowing of the bronchi, the air ways branching from the trachea to the lungs. Episodes of asthma vary widely in severity and may last from a few minutes to several days. They may begin at any age but more common in childhood.

Typically, an asthma attacks begins within minutes after exposure to a triggering agent. Symptoms include a sensation of tightness in the chest, coughing and wheezing ( a musical sound due to narrowing of air ways). Persons having attacks usually find it more difficult to exhale than inhale, which causes over inflation of the chest and impaired lung functions!

On the long term basis, asthma usually is managed by determining the agent responsible for the attacks so that the patient can avoid it. Most asthma attacks can be controlled by the administration of appropriate drugs by injection, orally, or by inhalation of aerosols or through nebulizers. Some times oxygen inhalations & occasionally a respirator may be required. When avoidance of allergens is not feasible, patients can some times be desensitized by injections of graded doses of the allergin at a regular intervals.

The incidence of bronchial asthma is high and rising. In 1980 the over all prevalence is nearly 3 million & 1987 the prevalence rose to 9.7 million.

The disease is increasing now a days. Probably being related to urbanization and westernization. It is less in undeveloped countries as compared to the developed nations. The reason for this may include deviation from nature to more exposure to synthetic staffs.

Air conditions, cigarette smoking, air pollution due to more vehicles, industrial pollution are all contributory factors.

BUR-PEC-035613



*Picture shows the chest area where different organs of chest are located.*

Chronic bronchitis: The steady increase in the incidence of chronic bronchitis in Saudi Arabia is due to increasing urbanization, possibly due to increased consumption of cigarettes & shesha.

Numerous studies have shown increased airway resistance following smoking of even only one cigarette. Exposure to carbon monoxide gas that comes from the exhaust pipe of a car is one of the cause of chronic bronchitis.

Bronchial asthma: Cigarette smoking is again one of the majors factor in causing asthma in this part of the world. High westernized living like air conditioners, carpetting, increase use of synthetic food staff etc. may be the attributable cause.

Most of the patient suffering from bronchial asthma who were subjected to skin tests for allergy were generally found sensitive to house dust, house mite, cat furs and feathers.

Tuberculosis is more commonly seen in lower social economic status may be because they are less medically conscious. Tuberculosis is a highly communicable disease and infection is transmitted from one person to another by coughing, spitting, sneezing etc. So close indoor living, lack of sun light inside the houses may cause transmission of tuberculosis more frequently among family members. Also another important reason for existence of tuberculosis not only in Saudi Arabia but throughout the world is the "drug defaulters" (Those patient who are not regular in taking the anti tuberculosis treatment). Once their symptoms or sign disappear and they feel better they tend to become more complacent & ignorant about the treatment. proper drugs combinations and dosages is widely believed high success rate. No new regime or drug has been able to do away with the necessity for "regularity."

**What are the most common chest diseases you have encountered in Saudi Arabia & why?**

A: The most common diseases we come across are chronic bronchitis, bronchial asthma and tuberculosis.

The introduction of new species of plant into a region may be followed by important epidemics of respiratory symptoms, as has occured in Kuwait were decoration trees of the species Prosopis have been planted in previously desert areas.

BUR-PEC-035614

**Q** *Why do we say smoking is injurious to Health ?*

**A:** Smoking is a root cause for most of the ailments of chest.

Cigarette smokers have 10 times more risk of developing lung cancer than non-smokers. Smoking also causes pre-mature wrinkles bad breath, stained teeth and finger nails, gum diseases, dental problems, a hoarse voice and a chronic cough.

It increases several times the risks of cancers in mouth, throat, oesophagus, pancrease, kidneys, bladder, cervix and 2-3 fold increased chances of peptic ulcer.

It is estimated that each cigarette smoked takes away 9.5 minutes from the life of an average smoker.

**Q** *Do the large gatherings or crowds, as we observe in Makkah during Ramadan and the Hajj cause the chest diseases? If yes, what are the'kinds and how can these be avoided? What should a patient do immediately when he is aware of such disease? Remember such gatherings cannot be avoided in Makkah if a person wishes to spend the Holy month near the Haram or perform the Hajj.*

**A:** Large gathering and congregation during Ramadan and Hajj in Makkah are the ideal situation for the spread of communicable diseases of any kind not just chest diseases.

The common chest diseases we come across during the Ramadan & Hajj season are upper respiratory tract infections including common cold, acute pharyngitis and tonsillitis, laryngitis.

Acute bronchitis, tracheitis and tracheobronclitis, pnumonias, bronchial asthma.

Upper respiratory tract infections are by far the most common medical complaints not only by the Hajis but also by the hospital staff and even majority of residents in Makkah.

These diseases are common simply because these are transferred from one person to another through contact by coughing,sneezing, sharing clothes and towels, bed linens etc.

The upper respiratory tract infection caused by viral infections may be passed from hand to hand more easily then by air. Hence what is essential to avoid respiratory or other diseases is to mantain a strict personal hygiene and cleanliness of one's surrounding.

Simple habits like not sharing towels or nepkins, keeping hand or a handkerchief on the mouth & nose while coughing & sneezing. Washing hands thoroghly after coming from the toilet, before and after eating food. Eating properly cooked food and washing raw vegitable and fruits before eating not throughing litter or garbage arround the place, keep the room, toilet clean etc.

A face mask can prevent transmition lot of air borncdisease from one person to another. It is easy to say such things but in a huge crowd or congregation. it is very difficult to expect that everyone will follow the rules overnight. People should be made concious that such habits are of use to them much before they reach the place of congregation. In case of Haj & Umrah the authorities issuing visas and tickets in respective countries may make people aware of such habits in advance. The mass media like Radio and Televisions can start advertising and demonstration before the start of Hajj or Umrah season in their countries.

Another very important measure is to take medical precautions called prophylaxis like medicines or vaccination. For instance for Hajis it is compulsory to get meningitis vaccination before they get their visas issued. Meningitis is a deadly disease and patients servival chance is minimal if once infected. Taking anti malarial tablets as a prophylaxis is a good way to protect from malaria.

It is better for the government and other Hajj authorities to make a general medical check up of every person before issuing Hajj or Umrah visas. We have lot of experience regarding the poor conditions of the Hajis having some of major disease like tuberculosis, bronchogenic carcinoma etc.

In the end a general advise to all the pilgrims is to drink plenty of water and use umbrella during the day time and as much as possible avoid direct sun light. Donot spit in Haram or other open places.

**Q** *You are working in the Kingdom of Saudi Arabia since last three years, what is your experience regarding the facilities provided to the patients?*

**A:** Yes, I am serving the people since last three and half years. Its really a great pleasure and honour for me to serve the people of Makkah al-Mukarramah and especially the pilgrims coming for the Umrah and Hajj from the every nook and cranny of the world.

I am working as a Chest Physician at King Abdul Aziz Hospital, one of the biggest and central hospital of Makkah run by the Ministry of Health under the leadership and guidance of our young energetic hospital director, Dr. Abdul Aziz Malabari.

King Abdul Aziz hospital having old building and old look from outside but from inside our hospital is fully equipped with the most advanced and sophisticated equipments. This is all due to the personal efforts and interest of our Director, Dr. Abdul Aziz.

Our hospital is providing the general public, the best facilities in diagnosis and treatment by the talented juniors and experienced senior medical and para medical staff members.

BUR-PEC-035615

# Islamic Economy Ensures Efficiency and Equity

*Shahidullah*



remove all incentives for growth and development and destroyed the system from within. The rise and fall of these systems according to Islam resolves the conflict between the achievement of efficiency and equity. Islam accomplishes this in two ways. First, it redefines the goal of economic activity by expanding it from the narrow and purely materialistic satisfaction of human demands to one that provides both material as well as spiritual wellbeing. Since well-being includes both the consumption of private as well as the provision public goods, this comprehensive definition justifies an active role for the government. According to this definition, the government's role is to create and promote an environment for the fulfilment of both individual and social needs.

It should be noted here that all economic system, from the extreme of pure capitalism to that of communism, have addressed spirituality and the various religious of ethics and beliefs as pursuits left for individuals and families to follow on their own. The issue of equity has also been treated differently by Western systems. Capitalism in its pure form, has left it completely untouched, where as the economic philosophies of the welfare state, socialism and communism have considered this problem with various degrees of concern and have included it as an issue for the state's public policy and economic objectives.

The Islamic economic model defines human welfare as including both material progress and spiritual enhancement. In order to achieve societal well-being, Islam places equal emphasis on efficiency in the use of economic resources as well as an equitable distribution of these resources. To enhance spirituality, Islam rejects the Western concepts of separation of church and state. It advocates a comprehensive and coherent political system, where of being a neutral observer in matters of religion and private pict becomes an active participant and promoter of moral and spiritual values. In this system activities considered immoral, unethical, socially undesirable, unhealthy, indecent and dishonest in social life and unfair and non-competitive in business affairs are not left to be controlled and condemned by individual churches and social groups. These are declared illegal by the state and its spread, promotion and practice and stopped by the vigorous application of the states legal power and constitutional authority. In this system the state acts as a promoter and protector of individual rights and liberties. It also uses its policy instruments and moral and legal authority to create an environment that encourages family values wholesome living and the establishment of a legal, social, political and economic environment conducive to the fulfilment of material as well as spiritual well being of its citizens.

Is there any Muslim country in the world where such an environment exists ? The answer is 'No'. While conducting a critical evaluation of the current, state affairs of the Muslim countries it may be found worst situation which is embarrassment for Muslim at large.

They represent a dark picture of social, political and economic failure to all. Most of them are so miserably poor that they fail to provide even the most basic necessities of life to their citizens. Their development plans are characterised by reliance on heavy industries financed by foreign debt and charity. They either borrow money or beg for it. The concentration of wealth and economic power in a few individual hands and families is norm for these countries. They are governed by self-appointed despotic rules who have perpetuated non-democratic political systems in order to ensure the continuation of their power. Their administrative structure is full of inept bureaucratic functionaries who are unfair, unresponsive and repressive. The entire system is reeling with widespread corruption and nepotism.

Reforming such a system is a Herculean task. In this environment even the most modest economic policies are doomed to failure, because they weaken the power of the national, state or local politician as well as that of local ethnic, religions groups, the privileged or the powerful. In the context of this deplorable state of affairs, one can ask two questions:

a) How could a country and its people break away from those shackles and free themselves from these repressive and unjust systems?

b) What are the specific socioeconomic policies that can fulfil the twin objectives of material well being and spiritual advancement simultaneously ?

Let us look at the first question. It is an undeniable historical fact that appropriate social political and legal changes in a society are a pre-requisite to the implementation of any economic policy. One cannot promote enterprise or business development without legalizing private ownership of the means of production nor can a society promote world trade without establishing a legal and political system that protect a trader's right to repatriate profit. Even in a communist system, one cannot maintain the production of a certain amount and quality of specific, goods exclusively within the guidelines of the state plan unless one prohibits the production and import of similar goods by those not accepted by the state.

All economic relationships draw their support sustenance and growth from the state, the social customs and the legal and political framework that exist within a social customs, and the legal and political framework that exist within a society. Therefore, the implementation of reforms in Muslim countries would require a

BUR-PEC-035617



*Islamic Investment Company of the Gulf Member of Dar Al-Maal Al-Islami Group.*

fundamental structural change in the political and social arenas. As the current economic social, political and legal structures have assumed a degree of performance, in even minor reforms, whether internal or external, have very little chance of success. Furthermore in this age of Mass Communication, no new movement, policy, or action is going to receive the people's full support unless they are convinced of its validity and effectiveness as well as the governments and its representatives truth, honesty, sincerity and character

A democratic form of government which is fairly and honestly elected by the majority is the only

means that can provide an effective mechanism for bringing about a consensus on policy goals. However, the problem with most Muslim countries is that they are not governed legitimate and democratically elected governments. Most are either ruled by hierarchical rulers, agents of foreign powers or those who have no commitment to either Islamic or any other ideology. They rule through political expediency and the desire to promote and pressure their own harrow tribal, ethnic or regional interest. More recently Iran and Algeria provided a ray of hope. Unfortunately they are under continuous threat. Iran has long been a target of foreign intrigues, while Algeria emerging

Islamic democracy is being threatened from within by its Western oriented military bureaucratic elite.

Assuming that a democratic government has been established one then needs to address the second question: What specific economic policies could be designed to achieve economic well being within the context of Islamic Ideology. A comprehensive discussion of specific policy measures of the Islamic world and the economic analysis and justification for these policies are all done with the expertise of a processional economist who is sensitive to the depressing realities of life for the Muslim masses. The main thesis

BUR-PEC-035618

and primary underlying ideas behind these policies is that unlike the prevailing Western economic systems, the Islamic perspective considers city and Islamic justice and fairness to be the core of its strategy. This concern for equality is so over-riding that if an Islamic society has to choose between the two equity takes precedence over efficiency.

Recognising the competitive nature of equity and efficiency, an Islamic economists proposes a development strategy that focuses on increasing the level of production and reducing claims on this production, when implemented. This strategy will result in an increased production of what economists call the basic necessities – food, clothing and shelter and a curtailment of the production of frivolous luxury goods associated with conspicuous consumption. This limitation is essential for the oduction of luxury goods re- .ires and inordinate amount of resources and only helps to fulfill the demands of a small minority. A logical consequence of this shift in emphasis to the prioritization of public policy to promote goods for mass consumption and their equitable distribution is Economists subsequent recommendation that micro-small and medium-sized business enterprises (SMES) be developed and promoted through the redirection of fiscal and monetary policies. These and other specific economic and policy measures i.e. (invigorating the human factor, motivating individuals, reducing the concentration of wealth, prioritiging individual and public spending and taxes, financial restructuring to emphasize small-micro and Medium sized business, and strategic policy planning designed to over haul the administrative, educational and political systems) are indicated.

Economists view these policy asures as a comprehensive pre- -ription to correct both economic imbalance as well as the social,

political and legal injustices that currently pervade the Muslim world. However when these policies are systematically evaluated within the framework of an analytical economic perspective and a recognition of social and economic reality, their realization would in view be limited by the following considerations:

Firstly: It is extremely difficult to imagine how the current situation in these countries could allow the implementation of even a few of these policies. While recognizes this limitation, it refrains from advocating any specific measures for the democratization of these countries beyond stating that a democratic and representative political system is needed for the full and effective implementation of these policies.

Secondly: While strongly endorses and promotes the spread of SMES in the Muslim world, it appears to be overly concerned with the prevalence of the inequitable distribution of wealth and other short-term economic maladies currently afflicting these countries. Before taking a strong stand for SMES should provide a detailed discussion of the trade between efficiency and equity.

Thirdly: In advocating a simultaneous implementation of these policies, it seems to have ignored the fact that some of these policies, if implemented without prioritization, may lead to mutually exclusive economic outcomes.

Since the last two points are directly based on economic analysis, the SME strategy, primarily due to its effectiveness in fulfilling Islamic objectives. There is no question that proposed model of economic growth which is based on the establishment and encouragement of SMES, is not only economically viable in the short term but that it is also more likely to make significant contributions to the long born goal of achieving the equitable distribution of wealth. Its full impact on a countries long term economic growth

and competitiveness is however debatable. Furthermore, the constraints of limited resources will always necessitate a trade of between short-term objectives and long-term economic goals.

As for the impact of SMES on the long term development of impact of Muslim countries, the adoption of such a policy will result in long term dependency on external nations, organizations and individuals. If they were to fully devote their economic resources to, the development of SMES "by discouraging large enterprises except where they inevitable" even under the assumption of complete world peace, these countries would remain unable to produce a great number of essential industrial products (i.e. computers, aircraft, shipping, heavy chemicals, industrial and construction equipment materials and a host of other products" for the simple economic fact that only large-scale enterprise can achieve the economics of scale needed to produce these products efficiently and at the lowest possible cost.

It should also be recognized that economic development through the encouragement of SMES is only one of many growth models computable with an Islamic framework. At this point, it is proposed an alternative model which although not original can provide an alternative route towards the fulfillment of both short term objective and long-term goals, a European Economic Community (EEC) model that emphasizes the Islamic principle of equity and fairness in the distribution of natural human and capital resources. The EEC model would require a restructuring of Muslim countries to achieve the efficient allocation of natural resources within their boundaries, and the spirit of Islam would ensure an equitable distribution of production among the participants. In the political arena, the new structure would require modification of the borrowed Western

BUR-PEC-035619

concepts of national sovereignty and the nation-state that currently provide legitimacy to these Muslim countries.

The implementation of this model requires many elements, the establishment of a Muslim Parliament, the promotion of democracy with free and impartial elections, the renunciation of claims on each others territory, common citizenship rights, defence and foreign policy, decentralization of local administration, and the establishment of small autonomous internal and or external ethnic enclave. In economic relation this model would require free trade and the free movement of labour and other economic resources among Muslim countries. In monetary affairs, they would need to establish either a common currency of fully convertible currencies, and a centrally controlled and disciplined monetary agency to co-ordinate the money supply and currency flows.

Such economic co-operation would help to create an environment in which industries, agricultural enterprise, transportation systems and commercial and trading houses of all sizes and scales could flourish side by side. Both the enterprise scale and location would be determined purely on the grounds of economic efficiency and productivity as dictated by the economic principle of comparative advantage. In this environment, the fruits of economic productivity and efficiency would be shared by all participants on the basis of their contribution to the total productivity. In this economy these unable to contribute would be provided with a minimum liveable allowance through Zakat and charity funds that could be managed by autonomous state supported or privately administered agencies.

This model's successful implementation and operation naturally assumes its acceptance by the resources of rich Muslim countries. It also requires a political frame-

work for the establishment of a political entity with the necessary authority and force to implement its decisions. These countries will need to accept limitations to their sovereignty and implementation of Islamic principles in economic as well as all other spheres. In order to achieve the young Muslim revoluationaries will have to undertake to change the existing political status-quo. Young Muslim economists will have to initiate economic research designed specially to explore and validate the benefits of economic cooperation and coordination of development strategies among Muslim Countries.

In their attempt to design specific economic policies to remove or reduce the concentration of wealth, Islamic policy manners will have to resolve the problem of defining the term "concentration." They will then have to find justification and consensus from Islamic literature to establish an Islamically acceptable level of wealth that an individual or family can acquire. At present there does not seem to be any well defined and empirical justificable criteria or a consensus based on specific guidelines from Islamic Literature by which this level can be ascertained. For the sake of argument, suppose that an entrepreneur has accumulated his/her wealth within the frame work of the Islamic principles of inheritance, by following fair and honest business practices and regular payment of all financial obligations. i.e. Zakat and other taxes, who then is to say that his net worth cannot exceed one million, one billion or any other dollar amount.

On the other hand suppose that threshold is empirical discovered and is agreed to by Islamic legislators and scholars. One could then ask if the same threshold would apply to all economic sectors agriculture, industry and commerce — or would alone have to define different levels for defferent economic sectors and en-

deavours ? This is what the economic principle of efficiency would demand, but it is also what the principle of equity would reject.

Furthermore, one such a threshold for a permissible level of wealth is established, economic policies of taxation, appropriation with compensation or nationalization would have to be applied to maintain this arbitrarily defined level of wealth concecntation. Economic theory and empirical research provide undisputed evidence that when economic policy markers, thinkers with setting arbitrary limits on the accumulation of wealth, they severely injure the spirit of entrepreneurship. At the same time, such a policy significantly accelerates the flight of capital outside the country. No country has even developed without entrepreneurs and no entrepreneur has ever invested his/her best effort in a business without proper incentives. The un-ending migration of professionals and the uncontrollable flight of capital from the developing to the developed world are not unusual or exceptional phenonena, they are primarily the results of similar illconceived economic policies.

A Western writer evaluated Islam as follows:

"It cannot be repeated two often that Islam is not merely a religion. It is a total and unified way of life, both religious and secular, it is set of beliefs and a way of worship, it is a vast and integrated system of law, it is a culture and civilization, it is an economic system and a way of doing business; it is a policy and method of governance, it is a special sort of society and way of running a family. It prescribes for inheritance and divorce, dress and ettiquate, food and personal hygiene. It is a human and spiritual totality. This worldly and other worldly."

Finally history will say that we could not save Islam but Islam has saved us, saving us and will also save us in the near future.

BUR-PEC-035620

# The Development of Arabic Grammar: A Brief Historical Account

*Mikail A. Folorunso*

The attempt of this paper is to examine the origin of Arabic Grammar, the originator as well as the early scholars whose efforts on its development merit mentioning. The paper traces its periodical developments as well as the emergence of different Schools, the prominent scholars of these Schools contributions to its development as well as the final amalgamation of the Schools. However, the account is brief but an attempt is made to cover the necessary aspects which leave no one in ignorance as to the development of this significant aspect of Arabic studies.

## Origin:

Arabic Grammar (al-Nahw) came into existence in its perfect form, during the first century after the "Hijrah" (migration from Makkah to Medina) of the Noble Prophet, Muhammed (peace be on him). It is noteworthy that the originator of Arabic Grammar (al-Nahw) was Ali b. Abi Talib (d.41 AH/661 CE) who introduced only three aspects, viz: al-ISm (noun), 'al-harf' (particle) and 'al-fil' (verb) to Abu 'al-Aswad al-Duali (d.69AH)I Abu al-Aswad was then instructed to develop these three aspects and he did this successfully. There is no written showing the source of knowledge of Grammar and his led us to attributing this

knowledge of his to special divine gift. (Muhibbatur-Rahman).

## The Prophet's Era:

The birth of Arabic Grammar (al-Nahw) could be traced back to the Prophet's era. The newly converts then included the non-Arabs, who had their first contact with Arabic Language on their embracing Islam. As a consequence of the mixture of the non-Arabs (the converts), with the Arabs, there arose the problem of solecism in the spoken Arabic . There was a situation during the life time of Prophet Muhammed (peace be on him), when a man constructed a grammatically wrong statement and the Prophet said to the others; with him (Ali included), "Guide your brother, (to construct grammatically) for he has made a mistake"[3]. The need began to be felt since then for laying down the (grammatical) rules focusing the construction of Arabic Language which was the major medium of expression.

## Era Of The Caliphs:

There was no notable development in Arabic Language during the Caliphate of Abu Bakr (10-13AH). However, the Caliphate of Umar b. Khattab (13-24AH), witnessed a remarkable improvement. Then, a Bedueen Arab convert came to the Medina and requested a man, to read portion of the Glorious Qur'an for him. The

man picked up the Qur'an and read the first three verses of Surah al-Tawbah (9:3)[4], where he made a mistake in his recitation thus: "Inna llaha bari 'un mina'l mushrikina warasulihi" meanings: "Allah is free from the idolaters and His messenger". The man, on hearing this asked the reciter to stop and passed a comment "Allah is free from His messenger also, once He that sent him is free from him. I am equally free from him". The incident got to the notice of Caliph Umar who called the man and said, "O Brother, is it true that, you claimed Freedom from Muhammad? The man replied: "O Commander of the faithfuls, I reached the Madinah and embraced Islam. I then required a man to recite some portions of the Glorious Qur'an to me and he recited, what led me to the conclusion". Umar denied the correctness of the recitation and convinced the man that it should have been: "Innallaha bari'un mina'l-mushrikina Wa p Rasuluhu" meaning: *"Allah and His apostle (peace be on him) are free from the idolaters."* The man then remarked "By Allah, *I am also free from those whom Allah and*

*His apostle are free from".* Such were the grave grammatical errors among the Arabs in the early days of Islam. The Language remained in that manner throught the era of the rightly guided Caliphs. No written grammatical rules were

BUR-PEC-035621



*A group of Palestinian small children getting Islamic education in a primary school of occupied Gaza Strip.*

then available, but corrections were made orally whenever necessary.

**Umayyad Period:**

Arabic Grammar came to be reckoned with during the Ummayyad Dynasty (40-130AH/660-750CE). A traditional story relates that Abu Mughirah, Ziyad b. Sumayyyah (53 AH /673 CE). popularly known as Ziyad b. Abihi, from Taif, who was a half brother of Mua'wiyah (680 CE)[6] and his governor in Basrah, was sitting one day with a group of Arabs, when some newly converted Muslims of non-Arab stock were passing bye, speaking faulty Arabic. Ziyad commented on their errors and urged Abu al-Aswad al-Duali (69 AH/668 CE). who is considered by tradition to have been the first grammarian (to put Arabic Grammar into writing) and the inventor of the system of Arabic Grammar, to write a book on the correct usage of Arabic Language. Before then, Abu al-Aswad had been conscious of the common mistakes in spoken Arabic, but he used to make corrections orally, without the determination to put into writing, his

knowledge of grammar, the rudiments of which he acquired from Ali b. Abi Talib (41AH)[8]. For example, there was an incident when his (Abu al-Aswad's) daughter said: "ma ahsanu's-sama" (what is the best part of the Sky?), and the father responded: "Nujumiha" (Its Stars). The girl replied: "I am not talking on the best part of it, but I am trying to express astonishment on its beauty". Abu al-Aswad then corrected her saying that ma-ahsana 's-sama (what a beautiful sky), was more appropriate based on his experience with his daughter, the first aspect on which he wrote was, was taajjub (expression of amazement)[10].

Abul-Aswad was firstly disinclined to carry out the order of Ziyad, earlier mentioned. However, when at some later time, he heard God's word mispronounced and distorted by faulty reading of the holy text, he felt compelled to compose a book, to instruct the 'Ajam, the non-Arab muslims, in the language. He then remarked, "I never thought that things would have gone to this". He then returned to Ziyad and said, "will do

what you ordered."[11] Thus, the science of al-Nahu (Arabic Grammar), in a written form came into birth. It became necessary for the correct reading of the Glorious Qur'an and for understanding its true meaning,[13] for people were then bound by their religious conviction to take decisive measures for ensuring the correct pronunciation and interpretation of that miracle of Divine eloquence, the Arabic Korah[14] (Qur'an). It was purely to this motive that the invention of Grammar is traditionally ascribed.

**Abbasid Period and the emergence of various Schools:**

At an early stage, Scholars began their investigations into the intricacies of the Arabic Language. Two groups developed and often engaged in controversies against each other[15], there were Basrah (where it originated) and Kufah. The science of Grammar took its use in the cities of Basrah and Kufah, which were founded not long after the death of Muhammad (peace be on him) and remained the chief Centres of Arabian life and thought outside

BUR-PEC-035622

the peninsula until they were eclipsed by the great Abbasid. In both towns, the population consisted of Bedueen Arabs, belonging to different tribes and speaking many different dialects, while there were also thousands of artisans and clients who spoke persians as their mother tongue, so that the Classical idiom was peculiarly subjected to corrupting influences.[16]

It is noteworthy that 'these two capitals of Iraq, were originally military camps built on the order of Caliph Umar (24AH/644 CE). Al-Kufah, the former capital of Ali arose not far from the ruins of ancient Babylon and in a sense fell heir to its neighbour al-Hirah, the Lakhmid capital. Through favoured location, commerce and irrigation, the sister towns soon grew into wealthy and populous cities.[17] The population was seen as being so rapidly developed also at Basrah, from which Khura... ...as governed under the U...yads. Here, on the border land of persia, the scientific study of Arabic Language and Grammar was begun and carried on mainly for foreign converts and partly by them. The first impulse came from the desire to supply the linguistic needs of Neo-moslems, who wanted to study the korah (Qur'an), hold government positions and converse with conquerors. In addition, the ever-widening gap between the classical language of the Qur'an and the everyday vernacular corrupted by syriac, persian and other tongues and dialects was partly responsible for evoking such linguistic interest.[18]

## The School of Basrah:

The Basrah School, which surpassed that of Kufah in fame[19], was firstly established under the leadership of Abu al-Aswad earlier mentioned. He intensified his research after the order of Ziyad. ...Aswad was introduced to ...aspects mentioned earli... ...m-noun, fil-verbs, harf-

particle) by Ali b. Ali Talib. Though, Ali as gifted by the Almighty Allah knew all the aspects of grammar but he instructed Abu al-Aswad to develop upon these three aspects which from bases for Arabic Grammar, and Abu al-Aswad was successful in going this.[20]

Some of the renowned Scholar belonged to that school, among others was Ahamd Abdur Rahman Khalil b. Ahmad al-Farahidi (174 AH), the teacher of Sibawayh, who is credited with the invitation of the metric system of Arabic poetry. He wrote Kitab al-Ayn, the first lexicography in Arabic.[21] He wrote also ma ja;fi al-lughah wa'ladab and mulliman bi'l-musiqi. He also arranged the Arabic alphabets according to their manners and places of articulation.[22] The School of Basrah could boast of counting among its members the persian mawla, Abu Bashehar Umar b. Uthman (177 AH), popularly known as Sibawayh also known as (Ra'lhatu'l-tufah)[23], whose great work on grammar become famous as al-Kitab, (The book) par excellence.[24] It is considered the most valuable of the books written on the roots of the Arabic Grammar.[25] Ilmu al-sarf (Arabic Morphology), was also discovered during the period under discussion, by Mu'adh b. Salmal-Hira (187 AH), but it was considered as an aspect of Ilmu al-Nahw then.[26] There were also scholars like Abu Ubaydah (210 AH/825 CE), al-Asma'l (213 AH/830 CE) and Ibn Durayd (221 AH/836 CE), who wrote al-Jamharah fil luqhah,[27] kitabul ishtiqaq and Maqsurah.[28]

## The School of Kufah:

A competitor of the School of Basrah grew up in the newly founded military settlement of Kufah on the Euphrates. At first, an amicable exchange of ideas was carried on among the two

groups, but soon, vivalry and differences of opinion and approach arose between two schools. The men of Basrah uphold stricter standards with regard to grammatical and philological purity and were regarded more reliable.[29] It should be noted that the people of Kufah had al-Nahw (Arabic Grammar), derived from the Basrites.[30] The major cause of their differences was in the construction of Arabic sentences. The Basrites preferred the construction sanctioned by common usage (sima'l) to the one that is accordant with analogy (qiyasi). They took from the most eloquent of the Arabs that dominated the population of Basrah then. As for the Kufites, for their inter-mixture with the non-Arabs, the Nabateans in particular, their spoken Arabic was not pure, they depended solely on deductions through analogy (qiyasi). Consequently, the Basrites challenged their eloquence and this led to the sisa-greement,[31] between the two Schools.

The Schools of Kufah was equally represented by erudite scholars. There was Mufaddal al-Dabisi (170 AH/786 CE), the compeiler of the most outstanding collections of Arabic poetry called Mufaddakiyyat.[32] Also, Abul Hassan Ali b. Hamza popularly known as al-Kisai (189 AH) the authority on prophetic legends.[33] Al-kisai wrote about twenty books the most important of which are Kitabu ma'ani al-Qur'an, Kitab al-Nahw, Kitab al-Nawadir, Kitab al-Kijah and Risalat lahn al-ammah.[34]

Lastly, there was Zakariyya Yahya b. Ziyad al-Farra, (207 AH), the student of Al-Kisai who wrote al-Hudud.[35]

## The Amalgamation of the Two Schools: The Emergence of Baghdad School:

In the third century of the Hijrah, both schools lost their impor-

BUR-PEC-035623

tance with the shift of political power from Damascus to Baghdad. These early centres had to cede their pre-eminence to the new capital which developed into a new focus for scholarship and the views of the ancient schools disappeared.[36] Such was the birth of Baghdad system with the mixture of the Basritie and Kufite scholars which met and agreed there.

At Baghdad then, the Abbasids favoured the Kufites for the proximity of Kufah to Baghdad and for political purposes. This led to the fame gained by the Kufites system in Baghdad in its early days.[37] It is equally claimed that the preference was later given to the Basrites though with no reason noted for this, hence the dominance of their grammatical rules till today.[38].

The School of Baghdad was represented by Ibn Qutaybah (272 AH), the author of Uyunul akhbar, Kitabush-shir wa'sh shuara as well as al-ma'arif. Scholars of Iranian origin gradually became pre-eminent as evidenced by the fame gained by al-Zamakhshari (538 AH), the authors of an Exegesis of the Qur'an and of the grammatical work Kitab al-mufassal.

Through the concerted efforts of the scholars of these three leading Schools, Arabic Grammar—syntax as well as morphology was put on a firm basis. It has been asserted that foreign, in particular Greek influence had been brought to bear in creating that system; yet, it has remained valid and almost unchallenged this day in the Arab world and is still not disregarded in Western Arabic Circles,[39] for instance, the alfiyyah of Muhammad b. Abdullah b. Malik (672 AH). He wrote about thirty other books on Arabic Grammar, some of which are Ijazut tarif, fi'ilms sarf, lamiyyatul af'al, filabniyatil af'al and al-alam bi muthallathi laf'al.[40] Also the

book which is commonly in use in Arabic schools today – the muqaddimatul airumiyyah fi mubadi ilmi ilmi 'larabiyyah written by Muhammadus Sanhaji b. Ajirrum (723 AH). [41]

The following scholars also contributed immensely to the development of Arabic Grammar as we have it today; Abu Umar Uthman b. Umar popularly known as Ibnul Hajib (646 AH). He authored al-Kafiyah wa-sh-shafiyah fi'n-Nahw,/Kitabul maqsidi 'l-jalil fi'il jalil fi'namali' Nahwiyyah and muntaha su'al wal amal fiilmi 'l-usuli wal jadal.[42] Also, Abdullah b. Hashim (761 AH) who wrote Qatrun nada wa ballus sada, muqhni'l labib an kutubil a'arib and Shadhuru dh-dhahab fi ma'rifati kalami 'l-arab. Worthy of mentioning is also Shaykh Jalauddin as-Suyuti (911 AH), who wrote about three hundred books on religion (Islam) and Arabic Language. Al-ashaba wa 'n-nazair is his famous book on al-Nahw (Arabic Grammar).[43]

## Conclusion

We have been able to examine the origin of Arabic Grammar as well as the events which led to its development in its early days. An account of the emergence of various schools of Arabic Grammar is equally brought with a view to expose why there are certain variations on the same topic in Arabic Grammar. Scholars representing the mentioned schools, their academic inputs as well as the final amalgamation of these schools are not left untouched.

Arabic Grammar has witnessed tremendous development from the time it originated up to the present time. The interest shown by the scholars to this field had invaluably contributed to this development. Apart from its development during the eras cited in this paper, a lots of academic researches have been carried out in this regard in the recent times, to consolidate the efforts of the early

scholars who left a lot of materials behind. Also, to put in those ideas and new discoveries that are necessary for the development and modernization of Arabic language which is spoken not only by the Arabs but studied and spoken world-wide.

### Notes & References

1. Hitti, P.K.: History of Arabs, 10th Edition, MacMillian Press Ltd., London, 1980, p. 241.
2. Ibrahim, H.J.: Dira sata fi'n-Nahw Wa's-sarf, Machada'l faghah wattarjamah bil Azhar. al-Qubirah, 1975/1396H, p.38.
3. Ibid, p. 9.
4. Q. 9:3.
5. Ibrahim, op. cit., p. 7.
6. Al-Fakhuri, H. Tarikhul adabil Arabi al-mataba'ah al-bufisiyah, Bayrut-Lebanon, p. 327.
7. Lichtenstadter, I.: Introduction to classical Arabic Literature, Twayne Publishers, New York, 1974, p. 9.
8. Nicholson, R.A.: A literary History of the Arabs, Cambridge Press, London, 1969 edition, p. 342.
9. The vocalization of the succeeding word show the function of ma in the two sentences. While it is interrogative" in the first sentence, it is "exclamatory" in the second. This essentially means that particles like ma can indicate different meanings, depending on the vowelization of the succeeding word (s).
10. Ibrahim, op. cit., p. 9.
11. Nicholson op. cit., p. 342.
12. Lichtenstadter, op. cit., p. 9
13. Ibid, p. 91.
14. Nicholson, op. cit., p. 342.
15. Lichtenstadter, op. cit., p. 92.
16. Nicholson, op. cit., p. 343.
17. Hitti, op. cit., p. 324j.
18. Ibid, p. 241.
19. Nicholson, op. cit., p. 323.
20. Hitti, op. cit., p. 24f.
21. Lichtenstadter, op. cit., p. 92
22. Al-Fakhuri, op. cit., p. 765.
23. Az-Zayyat, A.H.: Tarikhul Adabi'l Arabi. 25th Edition, Darun Nahdah, Cairo, (nd), p. 367.
24. Lichtenstadter, op. cit., p. 92.
25. Hasan, M. and Sulaym, Z.A.: Al-Adab wa tarikhuhu al-idarah al-Ammah lil Azhar, Cairo, 1978/1398, p. 59.
26. Ibrahim, op. cit., p. 3.
27. Lichtenstadter, op. cit., p. 92.
28. Al-Fakhri, op. cit., p. 328.
29. Lichtenstadter, op. cit., p. 92.
30. Az-Zayyat, op. cit., p. 367.
31. Ibid, p. 367.
Lichtenstadter, op. cit., p. 92
33. Ibid, p. 92.
34. Az-Zayyat, op. cit., p. 368.
35. Al-Fakhri, op. cit., p.764.
36. Lichtenstadter, op. cit., p. 92.
37. Az-Zayyat, op. cit., p.368.
38. Hassan/Sulaym, op. cit., p. 59.
39. Lichtenstadter, op. cit., p. 93.
40. Al-Fakhri, op. cit., p. 870.
41. Lichtenstadter, op. cit., p. 93.
42. Al-Fakhri, op. cit., p. 876.
43. Az-Zayyat, op. cit., p. 370.

BUR-PEC-035624

# Knowledge of Qur'an:
## *Its Importance & Benefits*

*Sharofedeen Kola Oladejo*

This paper is intended to study the importance which our society, most especially, the Yorubas in the southern part of Nigeria, attaches to the acquisition of knowledge in the field of Islamic injunctions. It is , however, left to the individual ﹍ads this paper, to under﹍ fully what we are saying and relate it to what is going on in his/her own society. Almighty Allah says in the Holy Qur'an:

*"O ye who believe: Come, all of you into submission (unto Him), and follow not the footsteps of devil. Lo! he is an open enemy to you."*

Total submission to the will of God could only be possible by acquiring knowledge of the Islamic injunctions. The need to strive to acquire knowledge is indispensable and for this reason it should not be looked down upon. It is a weapon which every Muslim must possess in order to preserve Islam. It is as a result of knowledge that Islam remains as the most perfect religion up-to-date, and so it will continue to be forever. It is with knowledge that its continuous existence could be possible. Further, it is for this reason that one can ignore the desire ﹍quiring the benefits of the ﹍ in return for the pursuit of the Hereafter.

Much, therefore, goes to the credit of our learned men all over the globe through whose efforts Islam remains as a perfect and unified religion. It will not be too much of an exaggeration, however, to say that had there been no knowledge of the Qur'an and Hadith and the learned men who searched for it and acquired it, Islam as a religion would not have been so widespread. Knowledge is an everlasting asset which, once acquired, cannot in any way be snatched away or diminish in quantity.

## Modes of Acquiring Knowledge

Knowledge is acquired in various fields. Some search for it and acquire it in sciences, such as medicine, engineering, economics, geometry etc. It should be noted that all this are *Fard Kifaayah*. It is not mandatory for us all to acquire knowledge in any of these disciplines. If some persons acquired knowledge in any of these subjects, that should suffice. The essence of this paper, however, is to consider the knowledge of the principles of religion such as Islamic doctrines, ethics and *Fiqh*.

"The search for knowledge is a must for both male and female." Viewing the society closely, as I said earlier in this paper, will trace the degree to which Yoruba communities in the southern part of Nigeria lay emphasis on the saying quoted above of the Holy Prophet (peace be on him) and others in the Holy Qur'an which will be referred to in this paper as the need arises.

Arabic and of Islamic education institutions are scattered all over Nigeria today, even in villages. Almost all the mosques *Jama'at* have got *Madaris* where they employ the learned men *(ustaz)* to teach their children the principles of Islam. But it is always discouraging to see that young ones whose ages range from seven to twenty-one always form the majority. Many other peoples found it difficult thinking that they had grown old or perhaps it is their ignorance that lay behind their inability to go to madaris at least for an hour or two daily. Instead, many engage in business that can only fetch them wordly benefits alone. Imagine a father who doesn't care himself, how would he raise his/her children in such a way? In essence nowadays the situation has changed for the better.

It is relatively easy to acquire the knowledge of the Holy Qur'an. Those who cannot afford to attend madaris should at least possess a copy of the translated

BUR-PEC-035625



*An Islamic library of the Qur'an and the Sunnah reflects that knowledge of the Divine Book is the real power of Muslim Ummah.*

version of the Holy Qur'an and Hadiths and other necessary textbooks on Islamic principles at his/her disposal and should alway read from them. We now have Qur'an translated into English and even other languages. Here in Nigeria we have it in Yoruba and in Hausa. Even those who cannot read or write could invite any of their educated children to read to them, hearing in these spare time instead of engaging themselves in an unnecessary business pursuit.

## Islamic Programmes

Another means of acquiring knowledge is through listening to programmes which focus on Islamic issues on radio and television. One should familiarise himself/herself with the time scheduled for these programmes. A typical example there is of the Radio Kwara. At 6.20 a.m. every morning there is regularly a programme titled reading from the Holy Qur'an. On Fridays, at 8.00 a.m there is another one too usually conducted by Alhaji Shaikh Aliyu Jabata, a prominent Islamic scholar at Ilorin. Questions are asked and appropriate answers are given. In Ramadan and on other Islamic festivals other Radio and Television stations also focus on Islamic issues for fixed periods.

Moreso, one should try to be a regular recipient of Islamic journals and should read them regularly. Individuals should always listen attentively to the learned men when discharging Dawah activities at Mosques and other places. During Ramadan, too, one should attend the centre for Tafsir of the Qur'an. This will enable one to know more about Islamic principles. It should be noted that the best work after obligatory duties is the search for knowledge.

The Holy Prophet has been quoted as saying to Abu Dharr:

> Sitting for an hour in a learned gathering is better in the eyes of God than a thousand nights in each of which a thousand prayers are performed, and better than engaging in a battle for the sake of God on a thousand occasions, or better than reciting the whole of the Qur'an twelve thousand times, or better

than whole year of worship during which one fasts on all days and spends the nights in prayer. If one leaves one's house with the intention of gaining knowledge, for every step that he takes, God shall bestow upon him the reward of a prophet and the reward accorded to a thousand martyrs of (the battle of) Badr. And for every word that he hears or writes, a city shall be set aside for him in paradise.

## God's Pleasure

In the search for knowledge of the Holy Qur'an, therefore, the students' sole motivation for study must be nothing else than to achieve God's good pleasure and to attain felicity in the Hereafter, not for the sake of gaining worldly wealth, fame and honour. The students must also put into action what he learns and understands, so that God may increase his knowledge. The knowledge of etiquette he gained during the period must be reflected in his attitude to people in general. The Prophet (peace be on him) has been quoted as saying:

> One who acquire knowledge from the learned and acts according to it

BUR-PEC-035626

shall be saved, and one who acquired knowledge for the sake of the world shall receive just that (and shall receive no reward in the Hereafter.

The pupil must as well honour their teachers, respect and be humble to them. It is in this wise the teachers will be ready to impart to them the necessary knowledge and moral training. The teachers too must teach for the sake of God and not for any worldly ends. The teachers must also encourage and guide his students, be kind to them and speak to them according to their level of understanding. The Holy Qur'an shows how the power of expression is to be used for inviting people to the path of Allah.

*Call unto the way of thy Lord with wisdom and fair exhortation and reason with them in a better way.* (Q. 16: 125)

dullah Yusuf Ali in his ent on this verse has observed:

"In this wonderful passage are laid down principles of religious teaching, which are good for all times. We must invite all to the way of God, and expound His Universal Will, We must do it with wisdom and discretion. Meeting people on their own ground and convincing them with illustration from their knowledge and experience, which may be very narrow or very wide.

Our approach must not be dogmatic, not self-regarding, not offensive, but gentle, considerate and such as would attract their attention. Our manner and our argument should not be acrimonious, but modelled on the most courteous and most gracious example, so that the hearer may say to himself: This man is not dealing merely with dialectics he is not trying to get a rise out of me, he is sincerely expounding the faith that is in him and his motive is the love of man and the love of God."

The learned men who deliver lectures to the public either on the television or at the mosques or at sium should always take itude and fear not to say th...th.

## Inimitable Qur'an

Al-Qur'an is the most glorious book and most perfect in comparison to any other religious book. Almighty Allah says in it:

*Lo: Those who disbelieve in the Reminder when it cometh unto them (are guilty), for lo! it is an unassailable scripture. Falsehood cannot come at it from before it or behind it, (it is) a revelation from the wise, the owner of praise.* (Q. 41:42)

The Holy Qur'an is devoid of any error, is coherent and accurate. It is devoid of any falsehood as the above verses testify. Similarly, no addition and no subtraction can there be in the Qur'an, as in another verse Allah says:

*And if he had invented false sayings concerning us, We assuredly had taken him by the right hand. And then severed his life-artery. And not one of you could have held us off from him.* (Q. 69:44-47)

These verses further emphasize the degree of the authenticity of the Holy Qur'an. It is still the same up-to-date as it was for over a thousand years ago when it was revealed to the Prophet. Many books by philosophers have been subjected to criticism, but not the Qur'an, whose authorship remains beyond any doubt.

Every single word of the Holy Qur'an is beyond what a person or group of individuals could consult together and write about. It is quite obvious that any country that uses the Qur'anic injunctions as its source of legislation is always more peaceful. More so, it would be seen that the impossibility of falsehood to come into the Qur'an has been made possible as a result of knowledge of the learned men, which is safeguarding it, otherwise the enemies of Islam would find an opportunity to add to or deduce from it. Almighty Allah has said: *"It is a*

*revelation from Us and We will surely guide it."* Much is therefore accredited to the learned men all over the globe. In the yester years, in Nigeria, when Islam was just spreading, the learned men were not given full recognition in public offices. They were only confined to teaching pupils home and inviting people at of their locality to Islam.

Alhamdulillah, nowadays, the knowledge of the Holy Qur'an has spread far and wide. Those, who are well-versed in the Holy Qur'an, are now holding public posts. In all schools nowadays, Arabic and Islamic lesson are being taught. Many have graduated in these courses either at home or overseas. There are even many private institutions of Arabic and Islamic study in Nigeria these days. The knowledge of the Qur'an is equally widespread in the southern part of Nigeria as it was in the north. My plea to the learned men, however, is that they should be more conscious of the Hereafter so that the promised paradise might be ours.

### Respect for Scholars

Moreover, the learned men are always treated with respect in the society. They distinguish themselves wherever you see them in their outlook, dress, in mannerism and other ways. It is a matter of great pride in our society to be a learned man. The respect the students at Qur'anic schools use to give to their teachers is enough to impress one to become a learned man himself. Education (Qur'anic knowledge) most especially is the best wealth children could inherit from their parents. At times, some parents die and leave behind for their children materials of worldly benefits alone without leaving behind knowledge for them. Such worldly materials left behind might not last long for them. After their parents' death such children at a later date turn into disgruntled elements in the society. But those who inherit knowledge

BUR-PEC-035627



*A group of children are memorizing the Holy Qur'an with a view to achieving guideline for future life.*

have inherited a future. It is this knowledge that will be guiding them through ups and downs of life. The Holy Prophet (peace be on him) says:

> The learned ones are the heirs of the Prophets. They leave knowledge as their inheritance, he who inherits it inherits a fortune.

> Learn to know thyself. Whoso honoureth the learned honoureth me.

Parents are, therefore, advised to see that their children acquire knowledge. The knowledge of the Glorious Qur'an, however, is a must. It is this that many parents care little about, and give priority to other sciences such as medicine, engineering etc. We are not discrediting you for so doing : in essence we are reminding you that fundamental knowledge of the Holy Qur'an should be given the highest priority. The knowledge of the Holy Qur'an is useful both here in this life and in the Hereafter. It is the duty of parents as well to inculcate morals in their children and impart moral lessons

on how to behave with parents, on how to spend one's money and on other matters, using verses of the Holy Qur'an to support their analysis. Parents are advised to refer to the Qur'an: 31 Vs 12-19 whereby Luqman, the wise man, taught his son nine lessons. The first revelation that came to the Prophet (peace be on him) in the cave of Hira asked him to read:

> *Read: In the name of thy Lord who created. Created man from a clot. Read. And thy Lord is the most Bounteous who teacheth by pen. Teacheth man that which he know not.* (Q. 96: 1-5)

These were the first verses of the Holy Qur'an revealed to Prophet Muhammad. Knowledge, therefore, is a fundamental requirement of Islam. This also confirms the high position of any person who searched for knowledge and acquired it to seek Allah's Pleasure. It is, therefore, required of the followers of Prophet Muhammad to search for knowledge,

since Almighty Allah says that in him is a good example for the man who looketh to Allah and *the Last Day.*

*Verily in the Messenger of Allah ye have a good example for him who looketh unto Allah and the last day and remembereth Allah much.* (Q. 33: 21)

The Holy Prophet (peace be on him) says:

> "If any one treads a path in search of knowledge, God will thereby make easy for him the path to paradise. No company will gather in a mosque to recite God's Book and study it together without calmness descending on them, mercy covering them, the angels surrounding them, and God mentioning them among those who are with Him. But he who is slowed by his action will not be speeded by his genealogy.

### Key to Paradise

This buttresses further the need to search for knowledge. Moreso, knowledge could be seen as a key to paradise for those who search for it, acquire it and act on it. In Qur'an (verses 30-34), there was a contest between angels and man when Almighty Allah was to create man. Man defeated the angels with knowledge given to him. This shows that the origin of knowledge could be traced to the origin of the world itself. Knowledge, therefore, is a fundamental requirement parents are supposed to give to their children. It is with this knowledge they would be able to embrace Islam, which would help them in discharging Dawah activities, increasing people's awareness and inculcating in them the belief that there is no deity worthy of worshiping besides Allah. Furthermore, in the Holy Qur'an are ayats for Shifa (healing) and mercy. Allah says in the Holy Qur'an:

> *And We reveal of the Qur'an that which is healing and mercy for believers though it increases the evil doers in naught save ruin.* (16:82)

*(to be continued)*

BUR-PEC-035628



# The Effect of Islamic Fasting on Libido

### Dr. S.M. Bakir, MBChB, M.Sc, Ph.D

Islamic fasting is characterized by abstention from food, drink, and sex from dawn to sunset daily.

Each year, Muslims fast the Holy Month of Ramadan (unless exempted). It has been shown that fasting is free from adverse effects in healthy people [1,2] and may even help in some diseases [3,4].

The Prophet (peace be on him) has recommended fasting for youngsters who are unable to get married (for reasons like financial shortage) since fasting may protect them from overwhelming sexual drive [5].

So the list of the Hadith is whether fasting can minimize libido.

The study is based on measuring a pituitary hormone called prolactin during non fasting and fasting in male volunteers. It is seen that the level of prolactin rises during fasting after breaking the fast in the evening.

It has been postulated that prolactin is a society hormone so that birds with deficiency of prolactin avoid building their nests [6]. In the females high prolactin may arrest the periodic monthly cycles [7], while in males abnormally raised levels of prolactin may lead to impotence which disappears when the level of prolactin is reduced [7].

The mechanism is thought to be that prolactin may prevent the action of gonadotrophins on the testes which normally produce testosterone hormone which stimulates libido.

Fasting is divided into the day phase (from dawn to sunset) where people voluntarily abstain from food, drink, and sex; and evening phase where people have an access to food and drink and can practice marital relationship. Now during this evening phase the level of prolactin has been shown to be moderately raised, hence this elevated prolactin may abate the testosterone stimulating effect on libido so that sexual drive in the evening may be minimized thus protecting individuals and societies from prohibited relations.

In conclusion fasting may reduce the sexual drive (libido) but it has been reported that fasting the Holy month of Ramadan increases the fertility of men [8].

### ACKNOWLEDGEMENT:

I would like to thank Mr. Mohammad Akram for typing this manuscript.

### REFERENCES:

1. Bakir SM. Effect of fasting on ECG and blood pressure. The Muslim World League Journal, April 91, no. 9, p30-31.

2. El-Hazmi M A F, Al-Faleh F Z, Al-Mofleh I A. Effect of Ramadan fasting on the values of hematological and biochemical parameters. Saudi Med Journal 1987. 8, p.171-6.

3. Ebbing R.N. Muslims, Ramadan and diabetes mellitus. BMJ August 1979, p333-4.

4. Bakir SM, Kordy MMT, Gader AMA and Karrar O. Effect of Ramadan fasting on levels of prolactin, insulin and cortisol. Fasting Symposium, King Saud University, 18 Dec. 1990, Saudi Arabia.

5. Sahih Al Bukhari.

6. Textbook of Endocrinology, 5th edition, ed. R.H. Williams, W Saunders Co., Philadelphia, 1974, p46-7.

7. Textbook of Review of Medical Physiology, by W. Ganong, twelfth edition, 1985, Lange Medical Publications, Los Altos, California pages 374-375.

8. Abbas S M A, Basalama A H. Effects of Ramadan fast on male fertility. Arch Andrology 1985, 6: (6) 6.

BUR-PEC-035629

# Islam and the Sovereignty of Constitution-II

**Tamizul Haque**



The readers should also understand the real nature of the Holy Qur'an which has been sent by Allah through the intermediary agency of Archangel Gabriel to the Prophet of Islam and, therefore, whatever has been enshrined in the Holy Qur'an must be His Divine Guidance to mankind. Allah is the Lord of the Universe and Creator, Master and, above all, Sovereign. In His wisdom, He created man and bestowed upon him the faculties of learning, speaking, understanding and discerning right from wrong and good from evil. He has granted the human family freedom of choice, freedom of will, freedom of action and, above, all He has granted him a kind of autonomy and instructed him to live in this world in accordance with His Guidance. He has also appointed him as His vicegerent on the Earth (Sura II (al-Baqarah, verse 30 of the Holy Qur'an). Allah declares in Holy Qur'an "I me you

should worship Me and none else." Right course for every Muslim is, therefore, to accept Allah voluntarily as Sovereign and worship Him alone and act according to the Guidance He has sent in His Holy Book.

Regarding the sovereignty of entire Universe, however, there must not be any doubt that the sovereignty must only belong to Him on the entire Universe. This sovereignty belongs to Almighty alone without anybody's sharing.

In these modern times we hear much talk about sovereignty. Its implication in many modern constitutions enacted by various states of the world, has given rise to various academic discussions which often lead to controversy and hence disagreement within constitutional thinkers. We have seen that in the United Kingdom as for example, the sovereignty belongs to Parliament, whereas some States claim that is belong

of the state etc. Any way the Islamic view in this regard is clear and unambiguous, in that sovereignty belongs to Allah alone, without anybody, else sharing it.

The Muslim community rightly argues that their law is part of their religion and is, therefore, protected from statutory interference. Indeed, there is no restriction on any State of passing any statutory law to develop the law of Islam, but anything, which is contrary and repugnant to the dictates of Holy Qur'an or the Shariah must be rejected in an Islamic State. The Muslim attitude must always be that statute law must neither permit what God has forbidden nor forbid what He has permitted; and this principle is essentially fundamental part of the supremacy of Allah.

To the Muslim world and to the religion and civilization of Islam, in the words of Joseph

way of life, the core and kernel of Islam itself," while Hamilton Gibb has affirmed that it is the Shariah which, all down the centuries, has not only represented the master science in the Muslim world but the most effective agent in moulding the social order and community life of Muslim peoples and in holding the social fabric of Islam compact and secure through all the fluctuations of political fortune.

As a broad generalization, writes Norman Anderson, "Lately we have observed that in one Muslim country after another, by statutory laws of largely Western inspiration and by a system of secular courts set up to apply these new Codes. Even in those spheres of life, where the Shariah officially prevail, moreover, and is, indeed, frequently still applied in special courts, a vast number of modifications and reforms have been introduced, during the last years, in most of the coun concerned."

Anderson further went on to say in his book called *"Law Reform in the Muslim World"* (this has been done) "in a way which munity, governed the lives of individual Muslims, and was being applied by the court differed very considerably from country to country. However, Saudi Arabia and North Yemen provide the outstanding examples of independent Muslim countries, which, in different degrees, have virtually retained the Shariah as a whole, with only minimal modifications in its scope and method of administration. We know that the Holy Qur'an is the Constitution of Saudi Arabia and, therefore, any Law inconsistent with the Holy Qur'an must necessarily be rejected.

Thus Article 6 of the Fundamental Law of the Hijaz shall always conform to the Book of God, the practice of His Prophet and the conduct of the Companions of the Prophet and of their · pious followers.

Under the Moghuls, as may be seen, the Islamic Law occupied a predominant, although by no means exclusive, place in the Indian Sub-continent; but this was steadily eroded under the British Raj.

Similarly, the establishment of Pakistan was Muslim partition of Indian Sub-continent, and made

was very largely retained in that of 1962, as amended by the Constitution (First Amendment) Act, 1963. In its revised form, this reads :

*Whereas sovereignty over the entire Universe belongs to Allah Almighty alone, and the authority to be exercised by the people of Pakistan within the limits prescribed by Him is a sacre trust;*

*Whereas the Founder of Pakistan, Quaid-e-Azam, Muhammad Ali Jinnah, expressing the will of the people, declared that Pakistan should be a democratic State based on Islamic principles of social justice;*

*And whereas it is the will of the people of Pakistan that:*

a) the State should exercise its powers and authority through representatives chosen by the people;

b) the principles of democracy, freedom, equality, tolerance and social justice, as enunciated by Islam, should be fully observed in Pakistan;

c) the Muslims of Pakistan should be enabled, individually and collectively, to order their lives in accordance with the teachings and requirements of Islam as set out in the Holy Qur'an and Sunnah;

d) the legitimate interests of the minori-



# Recent English Translations of the Holy Qur'an: 1985-1993-II

*Dr. Abdur Raheem Kidwai*

tance' (p. 793), 'instruments' (p. 851), 'Vernal Equinox' (p. 866), 'biological truth about reproduction' (p. 943), 'genetic fingerprinting' (p. 958), 'gametes' (p. 961), 'geographical truth' (p. 968), 'radiation and velocity of currents' (p. 971) and 'male gametes' (p. 966) in the Qur'an This misplaced and disproportionate emphasis on reading scientific terms and concepts into the Qur'an strikes a jarring note.

Arafat's rendering of certain familiar Qur'anic expressions is, for the most part, unhappy and uneven. As for example, he translates both *Sirat al-Mustaqim* (p. 1) and *Al-Huda* as the 'Revealed Way' (pp. 1 and 144), *din* as 'Harvest' (p. 1027), *Al-Shayatin* as 'evil manufacturers' (p. 213) and as 'the dilated necks of cobras' (p. 718), *al-Kitab* as 'Our Omniscience.' (p. 196) and al-Zalimin as 'aristocrats.' (p. 198)

...appears to have followed a ...rratic procedure (if any) for transliteration with such bizarre consequences as *taq-va* (p. 115), *re-ba* (p. 651), *gafoor* (p. 920), *..ab* (p. 142), *ahlil-ketab* (p. 134), *ma-ta-a* (p. 142) and *qu-vati* (p. 996)

The publisher has done well to append a long list of corrections. Nonetheless, several factual mistakes are not taken into account in this list. What Arafat says about Surahs 17 and 113 is actually true for Surahs 21 and 112 (p. xiv). The statement that the Qur'an championed the cause of slaves as early as the '6th Christian century' (p. 139) ought to read the '7th century.' His omission of *Risala* as one of the three fundamental articles of the Islamic faith (p. 191) is gravely misleading.

Reading Arafat's work, particularly his notes, it is not difficult to see how his dogmatic presuppositions have vitiated his exegesis ...Here is his judgement on a ...t political issue: 'The ...does not recognise Kingship. Mark the word "delibera-

tions" in the verse, the Qur'an thus upholds democracy.' (p. 785)

There is no reference in the text for the note which appears on page 987. This is a work of careless enthusiasm in all respects, and because Arafat's frequent transpositions and additions are intrusions into the Qur'an, the carelessness is unpardonable - the piety of a wrong-headed enthusiasm does not mitigate its being wrong and seriously so .

The latest, and most welcome, addition to the spate of English translations is *The Holy Qur'an with English Translation* by Ali Ozek and three other Turkish Muslim scholars (Istanbul, Ilmi Nesriyat, 1992) This fairly faithful and readable translation containing some useful explanatory notes vindicates the Turkish Muslims' devotion to Islam and the Qur'an . What it signifies is all the attempts to secularize and dissuade Turkish Muslims from Islam, as part of Kemalism, have largely failed. They are wedded still unflinchingly to the Word of God conveyed by His Last Messenger. This translation, however, betrays heavy reliance on Pickthall's earlier translation (1930) and is marred further by many typographical errors. It does not, however, detract from the value and significance of the work.

**Revised Editions**

In the period under study there have appeared a number of revised editions of earlier English translations. It represents a welcome trend in that the revisions mark, in varying degrees, improvements upon the original and reflect the attempt to produce a humanly possible error-free edition. In some ventures the author or revision committees have done a painstaking job, as for example, in the case of N.J. Dawood's and Abdullah Yusuf Ali's translations.

Let us begin this section with the revised edition of Daryabadi's *Tafsirul Qur'an* (1985).

It is gratifying that Mawlana Abdul Majid Daryabadi's (1892-1977) revised translation of the Qur'an and his commentary, *Tafsirul Qur'an: Translation and Commentary* (Academy of Islamic Research and Publications, Lucknow, Vols. 1-4, 1985) has been brought out by the Academy at the instance of Syed Abdul Hasan Ali Nadwi, especially because the earlier edition (Taj Company, Lahore, 1957) was marred by numerous typographical errors, an irksome setting and use of archaic biblical expressions. For, Daryabadi's outstanding contribution to the Qur'anic studies has remained largely unacknowledged. He is the first scholar to contribute a commentary in English, which is in total accord with the consensus view of the Ummah. Moreover, far from being a loose or lax paraphrase, his translation is faithful to the original to the extent possible.

Another distinction of Daryabadi's commentary is the abundance of material on comparative religion gleaned painstakingly from mostly primary sources. Thirdly, in sharp contrast to other leading Muslim English exegetes of the day such as Abdullah Yusuf Ali and Muhammad Asad, Daryabadi's comments on certain Qur'anic teachings, like eschatology, polygamy, slavery, do not smack of any apologia. In fact, his cogent notes on such issues, along with references to the Bible and other sources of modern scholarship not only bring to the fore and reinforce the eternal message and force of the Qur'an, but also help allay the doubts agitating, in particular, the minds of Muslims exposed to the currents of Western intellectuality.

Gifted with a deep insight into the nuances of the Qur'anic expression and a thorough and firsthand knowledge of the latest anthropological, archaeological and sociological studies, Daryabadi is highly successful in explicating the significance of some enigmatic Qur'anic statements, which

BUR-PEC-035637

have been overlooked by many others. Let us take a few examples. The Qur'anic appellation Nasara (2: 62), translated carelessly as "Christians" even by Muslim translators, has been rendered by Daryabadi as "Nazarenes" on the ground that the Nazarenes or the primitive Christians were the followers of the pre-Pauline Church, not quite like the present-day Christians of the Pauline variety." (Vol. 1, p. 13A) In another place, Daryabadi establishes the veracity of the Qur'anic reference to the miracle of twelve springs gushing forth from a rock in Sinai as Moses struck it with his staff (2: 60): "this wonderful rock, real, not fictitious, exists even to this day. It stands from 10ft. to 15ft. high, in the wide valley of the Leja, under the Ras of Sufsafeh..." (Vol. 1, p. 12B)

It is interesting that while Muhammad Ali denies this incidence outright, Yusuf Ali ascribes it to a local tradition and interprets it as a parable. Again, referring to the Qur'anic statement - "and Sulaiman blasphemed not" (2: 102) - Daryabadi writes: "The Jews, true to their traditions of ingratitude and malevolence have not hesitated to malign their own hero and national benefactor, Prophet Solomon (on him be peace!) and to accuse him of the most heinous of all offences - idolatry (The First Book of Kings, ii, iv, ix and x)...The Qur'an upholds the honour of all Prophets of God, to whatever race or age they may belong..." (Vol. 1, p. 18A).

Daryabadi alone, thus, explains the enigma, as blasphemy is unthinkable in the context of a prophet. He also points out that the Qur'anic statement about Sulaiman's piety is corroborated by modern biblical studies which show that "Soloman was a sincere worshipper of Yahwe..." (Encyclopaedia Britannica, London, 14th edition, Volume 20, p. 952). Similarly, one may mention Daryabadi's treatment of matters like the Qur'anic address to the Children of Israel (2: 40, n. 173, Volume 1, pp. 26-7); the teaching of magic by two angels, Harut and Marut (2: 102, n. 447, Volume 1, p. 68); the Qur'anic denunciation of direction in worship (2: 177, n. 166; Volume 1, pp. 109-10).

Daryabadi's commentary is marked by profuse references to the classical Muslim authorities on exegesis and lexicography which makes it a unique and pleasant amalgam of the classical and the modern in a highly concise way. Although the present revised translation does not manage to retain the original Arabic word-order in English as did the earlier one, it is more refreshing in that the biblical expressions have been replaced by the modern.

Although Nadwi has stated that "certain additions made by the author have also been incorporated in this edition" (p. xvii), the reviewer failed to notice any addition apart from the revised translation. The only additions are: four new titles in the Bibliography, an exhaustive index to each volume, and five appendices by Sayyid Mawdudi, Abul Hassan Nadwi, Sher Muhammad Syed and S.G. Mohiuddin. Since the present edition of a posthumous publication, these additions deserve special notice. Nadwi's Introduction is by no means illuminating; it is marred by poor translation.

His Appendix, "Seven Sleepers" (Vol. III, pp. 65-9) attempts to establish that the Seven Sleepers retired to solitude during the reign of Hadrian (117-138) and woke up in the days of Theodosius (408-450). He, thus, substantiates the Qur'anic statement by marshalling assiduously an array of historical evidence. His other Appendix, "Identification of Zul-Qarnain" (Vol. III, pp. 70-3) is not, however, so convincing. Daryabadi's view that Zul-Qarnain stands for Alexander the Great, is contrary to Nadwi's, the latter reiterates Abul Kalam Azad's view that it refers to Cyrus, the Iranian emperor. The best approach to such a problem, in Syed Qutub Shahid's words, lies in concentrating on drawing lessons from the event rather than on historicising it.

Sher Muhammad Syed's Appendix documents very well Daryabadi's account of the "historicity of Haman as mentioned in the Qur'an" (Vol. III, pp. 359-70) as well as refutes the charges levelled against the Qur'an by Orientalists on this count. The language, however, is very poor. S.G. Mohiuddin's Appendix "Was Muhammad Literate?" (Vol. III, pp. 495-503) documents the unletteredness of the Prophet and takes to task, admirably, certain self-appointed scholars on Islam for dubbing this as allegorical.

The Appendix, however, is placed wrongly at the end of Sura XXXV, instead of near verse 48 of Sura XXIX. Sayyid Mawdudi's Appendix (Vol 1, pp. 201-2) gives a lucid account of the differences between bai' and riba and of the rationale behind the Qur'anic prohibition of riba in whatsoever form. Though the source has not been indicated, most of the points have been drawn from his Tafhim al-Qur'an.

Printing of a Qur'anic commentary is a difficult task; the Academy has done a good job. Some shortcomings, however, need to be pointed out in the hope that they would be taken care of in future reprints. Some spelling mistakes are still there, though not on the same scale as in the earlier editions. The division into paragraphs renders it difficult to consult the present edition. A continuous serial numbering of the notes, instead of separate numbering in each paragraph, could have made the task of reference and quoting easier. Yet, all students of the Qur'an must be grateful to Nadwi and the Academy for placing in their hands a very valuable work on the Qur'anic exegeses.

BUR-PEC-035638

The two editions of the Qur'an translation by S.V. Mir Ahmad Ali and Mirza Mahdi Puya, namely *The Holy Qur'an with English Translation According to the Version of the Holy Ahlul-Bait* (New York, Tehrik Tarsile Qur'an, 1988, first US edition 1988) and The *Holy Qur'an* (Karachi, Peermahomed Trust, 1990) for convenience's sake are referred to in this review as the "New York" and "Karachi" editions respectively. The New York edition is essentially a reprint of the work that first appeared in 1964, published from Karachi, though probably with an eye on the American market, it is now paraded as the "First U.S. Edition." The American publisher's aptly-titled "Apology" merely expresses their pious intention: "Correcting errors will have topmost priority for us" (p. 6b). It does not contain any clue as to whether they have in fact ?d any errors.

᷒᷒᷒᷒nid this uncertainty, one thing stands out - that it is a blatantly, sectarian work with obvious polemical designs. To be precise, it is representative of the Shi'a viewpoint on the history and interpretation of the Qur'an. To the translator's credit, he makes no bones about his inten-

Holy Prophet in the thorough knowledge of the inner and outer significance of every word, sentence, passage, part or chapter of the Qur'an in its revealed and pre-revealed form to which the Qur'an itself bears testimony..." (p. 43a) Throughout the work, "Shia'ism" is presented as "Islam-Original" (p. 67a) and distinct Shia practices such as "Mourning for the Martyrs"(p. 136a), "Muta" (pp. 139a-140a) and "Tabarra" (p. 126a) are vindicated. For example, we are told: "There are authentic traditions of the Holy Prophet shedding tears for the prophecied massacre of Husain even before the event had actually taken place" (p. 136a); that "Muta" or the Timed-Wedlock is valid by the Qur'an" (p. 139a), and that there are specific "references" to Ali Ibn Abi Taleb in the Holy Qur'an" (p. 146a).

The quality of translation is fairly good, though it is very similar, in places, to Pickthall's earlier English translation (1930). The following illustration may help bring out the extent of Ali's reliance on Pickthall's work:

Alif. Lam, Mim (A.L.M.). The Romans have been defeated, in a nearer land, but they after being defeated will soon be victorious within a few years: God's is the authority be-

of the life of the world and are heedless of the Hereafter.

(Pickthall's translation. *al-Rum* 30: 1-7)

The Karachi edition has many curious features. First, the spelling difference in the name of one of the two translators, from "Agha Haji Mirza Mahdi Pooya Yazdi" (American edition) to "Aqa Mirza Mahdi Puya" in the Karachi edition. It is just not possible that they are different persons, but this discrepancy in spelling poses many difficulties for bibliographic purposes. This edition is basically a rehashing or adaptation of the first 1964 edition. Translation of the Qur'anic text and notes has been considerably changed in places. More importantly, the sectarian colour vitiating the American edition is not so obvious in this edition. This is indeed a welcome change, for a translation of the Qur'an should serve the sole purpose of disseminating its meaning and message to non-Arabic-speaking readers; it must not be tethered to polemical concerns.

**T**he Karachi edition has many curious features. First, the spelling difference in the name of one of the two translators, from "Agha Haji Mirza Mahdi Pooya Yazdi"

# Nasiruddin Tusi:
## *An Eminent Mathematician and Astronomer*

*Dr. Abdul Ali*

**M**uhammad bin Muhammad bin Hasan, known to fame as Khwaja Nasiruddin Tusi, was one of the greatest mathematicians and scientists produced by the Muslim world. He was born in the Iranian city of Tus in Khurasan in 1201 C.E. He studied linguistic and literary sciences from his father, logic, natural philosophy and metaphysics from his uncle, and mathematics from Kamaluddin Ibn Yusuf of Mosul and Muinuddin Salim of Egypt, a Mu'tazilite. Then he left for Nisapur, where he attended the lectures of Sirajuddin and Qutbuddin, and earned the title of *Allamah* (thoroughly learned) by establishing his reputation as one of the most accomplished scholars of his time, whose fame spread as far as China. He was also good-looking, kind-hearted, generous and sociable as well as extremely shrewd.

### His Position with Hulagu

When Khurasan was invaded and plundered by the Mongol forces of Chengez Khan, its ruler Sultan Muhammad Khwarizm Shah surrendered, following which people fled the city to safer areas. Only a few Ismaili fortresses could not be conquered by Chengez Khan. Muhtashim Nasiruddin, the governor of the Kohistan fortress, offered shelter to Nasiruddin Tusi, and treated him well. It was there that he translat-

patron Nasiruddin. But his patron soon became displeased with him because of the intrigues of his close associates against this stranger. Nevertheless, his imprisonment proved a blessing in disguise for him as it was during that period that he produced most of his books and treatises on mathematics. He remained in the prison until in the second wave of the Mongol invasion led by Hulagu the whole of Iran was conquered.

Hulagu, who had great astrological interests, soon recognised the genius in Tusi, honoured him and provided him with all the facilities and financial assistance needed by him to cultivate his scientific pursuits. He reposed so much confidence in him that he acted on his advices in all matters. That was the main reason that he made him his trusted adviser when he pillaged and entered Baghdad. It was mainly due to his influence that his co-religionists the *Ithna Ashari* (Twelver) Shias were shown a certain degree of mercy during the Mongol holocaust, and their sanctuaries in Southern Mesopotamia were spared. He also wrote two handbooks on Shia dogmatics which were highly appreciated by his co-religionists. They were titled as *Tajrid-ul-Aqaid* and *Qawaid-ul-Aqaid.* He further revealed his Shia faith in his mystical work in Persian titled *Awsaf-ul-Ashraf* (Characteristics of the Nobles).

*Isharat w-al-Tanbihat* (The Book of Directives and Reminders), upon which he wrote a commentary under the title *Hallu Mushkilat-il-Isharat.* In it he defended Ibn Sina against Fakhruddin al-Razi, of whom he was very critical. He further made al-Razi the target of his criticism by writing a commentary on his *Muhassal Afkar-il-Mutaqaddimin wal-Mutaakhkhirin.*[2]

### The Observatory at Maraghah

Hulagu was so much impressed by Tusi that he made him supervisor of waqf (endowment) estates as well as entrusted him with the task of building a great observatory at Maraghah in 1219 C.E. which was staffed by 20 astronomers drawn from different parts of the Muslim world, including one from China, of whom Qutbuddin al-Shirazi, Muhil-Din al-Maghribi, Fakhruddin al-Maraghi, Muiayyad-ul-Din al-Urdi, Ali bin Umar al-Qazwini, Najmuddin Dabiran al-Qazwini, Athir-ul-Din al-Abhari, Tusi's sons Sadruddin Ali and Asil-ul-Din, Kamaluddin al-Ayki, and the Chinese scholar Fao Mun-ji were very prominent.[3] The Observatory was equipped with the best astronomical instruments that could be had in those days such as a giant mural quadrant of 12-foot radius, an armillary sphere with five rings made of brass and an ali-



**Features**



commentary on his , *Kitab-ul-Manazir.*[6]

But, thanks to the findings of modern research,the substantial progress made by Tusi in the field of planetary astronomy is now unanimously admitted by the historians of science. In mathematics, he wrote a number of recensions on the works of ancient Greek mathematicians such as Euclid, Theodosius, Autolycus,

Further,he advanced the knowledge of planetary astronomy by completing the task of calculating new planetary tables after twelve years of comprehensive observations which remained popular among the astronomers upto the fifteenth century. Titled as *al-Zij-ul-Ilkhani* (The Ilkhanid Tables) after his patron Hulagu, the first *Ilkhan,* the compilation of his new tables contain four treatises,the

new system of the cosmos which was different from that described by Ptolemy as well as gave information about the distances and sizes of some planets. In short, he contributed a great deal to the advancement of knowledge in the domain of exact sciences, specially mathematics and astronomy. He is rightly called as one of the greatest scientists and mathematicians produced by the Muslim world.



*Cultivation of Islamic knowledge is essential for Muslim families. Photo shows Muslim children getting Islamic education in a Saudi primary school.*

must be the worship of Allah, as marriage is considered to be yet another form of 'Ibadah' (worship). If the aim of the family is sexual satisfaction or wordly gains, then the family institution fails miserably.

The responsibility of the family does not devolve solely on the husband or the wife or on children or grand-children. It is a collective responsibility on all of them together and even beyond that — to the previous generation of grand-parents.

## Some Do's and Don'ts

A family can be a Muslim family, only if parents behave correctly and follow the Sunnah. If they do not live in accordance with the Sunnah, they have no right to hope or expect their children to be good Muslims. As you sow, so you reap. Likewise if Muslim parents desire that their children to be prototype of Aye-

sha or Hasan or Hussain they must live, as far as possible like Abu Bakr or Ali.

Cultivation of Islamic values is a must in a Muslim family and they should not only be cultivated but also nurtured. Our likes and dislikes, our conception of nice and vulgar, good and neat and chaotic etc., must be in conformity with the Sunnah, for the Noble Prophet (peace be on him) is reported to have said: "The one among you does not believe unless his own desires and likings are in conformity with what I have brought." Remember, this applies to personal habits, dress, food manners etc.

For the preservation and maintenance of the Muslim family, there must be instilled in them, a strong sense of belonging to Muslim 'Ummah.' The family is not an individual entity; it is a social aspect and so must be strengthened. This is how it can be done:

the entire family or at least as many members as possible must make it a point to participate actively in Islamic gathering and 'dawah' programmes and camps.

A Muslim family must socialize with other Muslim families. Parents must, no doubt, avoid corrupt people and refrain from socializing in sick environments and also see to it that their children avoid corrupt people and refrain from socializing in sick environments. At the same time, they must provide better alternatives and there can be no better alternative than befriending with good Muslims and seeing to it that their children also befriend good Muslims; especially the Ulema (religious scholars).

Muslim parents must read and encourage their children to read Islamic literature. They must not hesitate to advise not only their children to follow the precepts of Islam but also take the trouble of tendering sound Islamic advice to other people's children as well. They must not take the attitude that it is none of their business to interfere in the affairs of other people's children. They must bear in mind the Qur'anic injuctions: *"Enjoin good and forbid evil."*

These are some ways of promoting and preserving the Muslim family. In conclusion, I fervently appeal to my fellow-religionists to remain continuously conscious and creative about the Islamic aspects. Educated Muslims must apply the Qur'anic words: "think," "contemplate," "look," "realize," "know," "become wise," "reason," etc., on the Muslim society, and help in transformation of the Qur'anic and Prophetic concepts of the family into our daily life. May Allah help us to tread the *Siratul Mustaqeem* (The Straight Path) and thus became real Muslims. Ameen.

(The writer is a Free Lance Journalist besides serving as the Director of the Bureau of Islamic Publications in Madras, South India.)

BUR-PEC-035644

*The Case of Indonesia, Malaysia and the Philippines*

# Evangelical Activities in Southeast Asia

*Deliar Noer*

This article discusses the role and activities of the Christian missionaries and the churches among Muslims in Southeast Asia, with particular reference to Malaysia and Indonesia. The Philippines will also be touched upon, although the conditions are different; here the Muslims are still struggling for their independence or autonomy. But the cases of Malaysia and Indonesia also differ from each other. Malaysia is a multi-racial society, Indonesia a multi-ethnic one. Multi-ethnicity is also found in east-Malaysia, i.e. Sarawak and Sabah. The Malays in Malaysia consider themselves to be Muslims, as do the Malays in Indonesia. The Malays in Malaysia dominate the country in the political field, unlike the Malays in Indonesia. The introduction of the name Indonesia for the country implies a nation of multi-religious adherents although it is a fact that the Muslims are still in the majority. Malaysia recognizes Islam as its official religion; Indonesia does not have an official religion. This fact alone gives a different characteristics to the relationship between the Christians and the Muslims in both countries implying thereby a different evangelical process. This question will be dealt with in the proper section below.

Southeast Asia became acquainted with Christianity practically with the arrival in the region of the colonial powers in the 15th and 16th centuries. Although it was said that Christians were already to be found in Barus on the shore of the Indian Ocean west of Lake Toba in North Sumatra, in the first century of the Christian calendar, this religion became known to the peoples in Southeast Asia when the Portuguese, Spaniards, Dutch, British and other western nations arrived much later. They all came for trade, lured by the spices which were produced only in the archipelago between Asia and Australia. But the Portuguese and the Spaniards came with the particular intention to evangelize when they discovered that most of the peoples they met were Muslims. Malacca, in 1511 and the Philippines, in 1565, were ruthlessly conquered by respectively the Portuguese and the Spaniards who seemed to take revenge on

the Moors for the occupation of Spain from the 12th to the 15th century. However, the other western peoples, like the Dutch and the English, from a political point of view certainly benefited most when the peoples in the region became converted to Christianity. Thus indirectly they too promoted the evangelization activities. The "race between Islam and Christianity in Southeast Asia really" started with the arrival of the western powers in the region. The more they penetrated, the more the Muslims resisted. The fall of Malacca to the Portuguese in 1511 created new sultanates, like Banten in western-Java, Mataram in Central Java, Banjarmasin in South Kalimantan, and Makassar in South Sulawesi, all of which became bulwarks against encroachment of the western powers. Aceh, in the northern most part of Sumatra, and Ternate in the eastern most part of the archipelago, had already been established since one or two centuries

previously. The gradual domination of the West in Southeast Asia had been resisted by the Islamic peoples as witnessed by the resistance they launched throughout the centuries until close to the outbreak of World War II.

Immediately or not long after the end of World War II these colonized peoples became independent. A part of them, like the Indonesians, gained this independence after bitter fighting, others like the Philippines and Malaya (or Malaysia), gained it through peaceful means. But the Muslim "Moros" of the Philippines have continued with their armed struggle, which they had launched, since their first contact with the Spaniards: some outbreaks of fighting on their part are still reported nowadays.

Toward the end of the paper a few conclusions will be drawn. Suggestions for overcoming the problem of the penetration of the Christians into both countries, and

BUR-PEC-035645





*Indonesian Muslims are attending Eid-congregation in an open place nearby the Mosque.*

the problem faced by the Muslims in the Philippines, will be made. It is hoped that these suggestions might be useful for all of us, Muslims.

### Pre-independence Period :

The three countries which we are dealing with, Indonesia, Malaysia and the Philippines, are different from each other in many ways. Indonesia is a Muslim majority country, almost 90% of its population are Muslims. Malaysia is also a Muslim majority country, although a little over 50% are Muslims. The rest are Hindus, Buddhists, Christians, Confucianists, and animists. In the Philippines only about 5-10% of the 50 million people are Muslims (Note: the government statistics has never give a truly accurate picture of the number of Muslims in the Philippines). The systems of government in the countries concerned are different. Most of present-day Malaysia was ruled indirectly by the British, i.e. those states which were sultanates. Three small areas, i.e. Singapore, Malacca, and Penang -called the Straits Settlements, were under direct British rule. Sarawak was under the rule of Rajah Brooke from 1840-1941, and Sabah under con-

cession with the British North Borneo Chartered Company from 1881- less 1941. Both areas became aware of their political position only in the 1960s with the announcement of the Malaysian proposal in 1961. In the colonial British period the population of both Sarawak and Sabah practised their traditional way of life. In such a condition Christian missionaries had all the freedom to spread their religion, especially among the indigents, i.e. the various "Dyak tribes."

### Indonesia.:

The spread of Christianity in Indonesia was facilitated by a new policy which the Dutch introduced in 1901. Previously, up to the middle of the 19th century, many Dutch officials were more concerned with the exploitation of the "Indies" for their own benefit. The "liberal" policy of 1860s was only a change in the policy of exploitation for the benefit of originally, the state to the Dutch and other Western private companies. The change in policy in the beginning of the 20th century was more concerned with culture and religion. The following message of the Dutch Crown in 1901, was self-explanatory.

"As a Christian nation the Netherlands have a duty to improve the condition of native Christians in the archipelago, to give Christian missionary activity more aid and to inform the entire administration that the Netherlands have a moral obligation to fulfil as regards the population of these regions." (Deliar Noer, The Modernist Muslim Movement in Indonesia, 1968, p. 165).

With this statement the official Ethical Policy started, i.e. a policy which did not look upon the colony merely as a country to exploited economically but that it should also be culturally developed. Within this framework the Dutch government adopted a neutral policy toward religion. In practice, however, relationship between the government and Christian Indonesians could easily be promoted while relations with indigenous Muslims could not result in mutual trust. The years of the Crusades, the occupation of Spain from the 12th to the 15th century and the siege of Vienna in the 15th century by Muslim, Turks could certainly not be forgotten by the West in general. For the Dutch, the various reistance movements and outbreaks of

BUR-PEC-035646

fighting almost exclusively by Muslims in various parts of the country still lived vividly in their minds at the beginning of this century. It is therefore understandable that the government, in spite of the termination of the relationship between the church and the government in the 1930s, continued to give subsidies discriminatingly to various religious adherents. From 1936 to 1939 Protestants and Catholics received 10-15 times the amount of subsidies given to the Muslims despite of the huge number of Muslims compared with the two other religious adherents. (From Deliar Noer, Ibid., p. 171 n. 38; see also Table 3).

The Ethical Policy of the Dutch since 1901, was reflected in the establishment of schools of various levels throughout the country. This meant secularization of the community, which originally was religious in charac-

A well-known Dutch adviser Islamic affairs, C. Snouck Hurgronje, described this as a kind of 'emancipation' of the Muslims from their religion. In actual fact it means the estrangment of the Muslim youth from their own tradition and religion: Islam. To a certain extent the Dutch were successful in this matter, as witnessed by the fact that many of the western educated nationalist leaders championed the separation of the state and Islam in their struggle. This idea became a very sensitive problem in the independence period.

Nevertheless, the Dutch had also to be aware of the poisibility of the alienation of the Indonesian Muslims vis a vis their power. With such a huge area as Indonesia, the nature of Islamization or Christianization was different from one area to another. One should also remember the existence of more than 200 ethnic groups in the country with the me number of languages and di-...ts. Aceh and the Minangka-...u of Sumatra, Banten of West

Java, and the Buginese and Makassarese of South Sulawesi were in general Islamic oriented. In Aceh and Banten, therefore, the Dutch government prohibited the entrance of Christian missioneries. But the Javanese sultanates of Yogyakarta, Surakarta, Paku Alam, and Mangkunegoro were finally opened to Christian missionary activities. This was in 1899 after the Dutch came to the conclusion that not all of the Javanese were imbued with an Islamic spirit and recognized the Islamic shariah. I refer to the ethnic group which adhered to syncretic Islam or so-called Javanism (kebatinan, a mixture of Hindu, Buddhist, Islamic and animist beliefs). Even on the question of adat, Dutch scholars began to point to the theory that it was actually against Islam while in the middle of the 19th century, they considered the adat to be derived from Islamic teachings.

All coastal areas of the big islands of Indonesia had, in fact, been Islamized. The hinterlands remained, however, animist or cloaked with the indigenous religions. These included the Batak around Lake Toba, the Dyaks and other groups of Kalimantan, the Toraya of South Sulawesi, the Irianese (Papuans) of Irian Jaya. Various peoples of the small islands east of Lombok up to Timor also had their own religions. East Timor itself had been Catholicized three centuries earlier. Muslim pockets were found in the islands between Lombok and east Timor.

During the colonial period Christian missionaries, including Protestant and Catholic, generally launched their activities in these pocket animist areas. They were more or less successful in the Christianization process as witnessed by the increasing number of their adherents in the areas. In the already Islamized areas the Muslims generally remained firm. The customs and the various existing sultanates in the islands out-

side Java constituted a kind of bulwark against the Christian encroachment. The division between on the one hand, the indigenous peoples, and the other, the Whites and colonials on the other, also discouraged the Christianization process. However, poverty and ignorance, and the idea of progress lured the indigenous non-Islamized groups towards Christianity. Nonetheless, after 3-4 centuries of colonialism, the number of Christians has remained relatively small, only 7-8% of the whole population.

## Malaysia:

As mentioned earlier, the sultanates in Malaysia jealously protected their Muslim subjects from any encroachment of other religious missionaries. The result was that British colonials did not and could not interfere in this matter. The case was different with the Straits Settlements and with Sarawak and Sabah.

The Christian missionaries were still able to imbue certain sections of the Malays with secular ideas. These Malays included those who went to Christian missionary schools. Fortunately the number of these children was small. Much more influential were the schools established by the colonial government although they were vernacular in character. Here too education was secular. A kind of educational dichotomy, albeit not as extensive as that of Indonesia, was introduced. The result was a more or less neutral attitude among the western educated Malays toward western life in general. Fortunately again, the number of such Malays were small, but they manned the Malayan civil service of the early period of independent Malaya.

Christian missionaries in Malaya, were more successful among the non-Malays, i.e. the Chinese and to a certain extent also the Indians who had migrated to the peninsula since the last century. Practically no Malay had been

quential outcomes.

❏ To develop contingency plans and alternatives for implementation of the principles of strategic policy aims.

❏ To reassess the plans and rational alternatives for best policy implementation objectives and their results.

❏ To test realistically policy implementation sequence versus objectives attainment - ensure the situation, relevant factors, and the results - keep in mind the phenomenon of navigational change as part of the strategic policy planning discipline.

### Why Strategic Policy Planning?

Strategic policy-planning development is a new phenomenon for the traditional Muslim countries. Over the decades, in particular after the decolonization period, little or perhaps no attention was given to such an important discipline of life. For reasons of indifference and missing objectivity, it appears that Muslim policy planners had approached the science of policy planning in a casual manner leaving most of it to guesswork and game of chance. Academic and scientific approaches towards policy planning are non-existent in the Muslim world. Policy makers were mostly from the establishments such as armed forces, civil services, or business communities with little or mostly no understanding of academic research and intellectual professionalism in policy planning and development discipline. Viewing it more empirically, it seems Muslim policy planners have largely ignored and misunderstood the salient features of the policy planning and development discipline. To them, policy planning simply meant reacting to certain situations in crisis, unpredictable events, and in emergency developments.

Policy planning and setting



*A strategic policy planning institute at Kuala Lumpur in Malaysia.*

proper agenda for strategies for the policy implementation was never a consciously predetermined aim known to Muslim planners in the recent decades. They enjoyed adopting foreign policy concepts, approaches, and reasoning for policy formulation objectives. Why Muslim planners failed to foresee the vitality of policy planning discipline? Today, people and nations tend to pursue their cherished aims in different spheres of human endeavours. Strategic planning, as traditionally known, is not confined to military security, or warfare disciplines. It is a vital discipline applicable to other aspects of human life as well; be it in education, technology, resource allocation, economic development, cultural emancipation, organizational activities, government, financial planning and overall the change or development projects. Industrialized nations have capitalized the strategic policy planning discipline as a way of life, but, in other countries, it seems that strategic planning has been totally discarded. Strategic policy planning en-

compasses best possible objectives attainment scope through its practical implementation.

The importance of strategic policy planning is more than ever vital if societal change and development goals are to be kept in pursuit. Muslim societies, by virtue of their Belief, had a unique role to play in human society. The Islamic code of life dictates to "Think before you act rather than afterwards" as a principle of genuine accountability. Not much of this principle one would observe, while analysing the interactive role of modern Muslim countries. One of the inherent problems represent legacy of colonial rule over substantial parts of Muslim societies. People who "think" and "plan" for change and development mostly lack academic and intellectual foresight.

Most policy planners belong to the foreign system of education and action and so are the composition of their thoughts and policy behaviours. Newly independent states in the Muslim world have given no planned importance to equip their organs with Islamic

BUR-PEC-035650

educational enlightenment and intellectual heritage. What policy planners think primarily belongs to dead past and mostly obsolete methods. Muslim societies have been deprived of new ideas and sense of Islamic accountability so that, being Muslims, they should not think of Islam as a way of life. Isn't this another strategic planning to keep the Muslims subjugated to a new form of colonial domination?

Could the Muslim societies afford to see it continue as the determination of their fate in history? Should they be left to join the refugee groups, or to become victims of self-styled leaders or expect the UN to do something for them? What were Muslims supposed to do in the first place? Today's Muslim societies and the so-called independent countries have helped the enemies of Islam to displace innocent Muslims and 'e new problems, so no one ...iscover their prevailing neg-...nce and incompetence. To modern policy planners, all Muslims must be occupied in one way or another with superficial issues which have no explicit importance to the Islamic community. You, as a Muslim, must be kept occupied in watching video games, football matches, pornography, and enjoy the "best of modern life" with "good weekends." This is what Muslim strategic policy planners are busy to plan. People with foreign minds think and act in strange ways !

Foreigners can never deliver to Muslims, what must be thought and done by Muslims themselves.

## Knowledge and Policy Planners

*"Do not follow the people who have no knowledge."* (Al-Qur'an)

Allah bestowed upon Muslims true knowledge and guidance for success in both the worlds. Muslims were given the true knowl- to shape the world accord- /. During the colonization ...tory, Muslims were targeted to change their thinking and behaviour differently, and in other than Islamic ways. Under a planned scheme of things, selected Muslim elites were educated and placed in positions of influence to act as pawns on colonial powers' chessboard . Educated Muslims were trained to act with obedience and complete loyalty to the colonial system of values and standards. Colonial masters deprived Muslims of their inborn identity to think and act as a practical Muslim. They were moulded to imitate just like monkeys. Absurdity of modernization could not spare anyone to think rationally. Imitation became the rule of the well-designed game perpetuated on Muslim societies. Muslims were fixed to react within the colonial system having no ultimate impact over their own destiny and resources. Colonized Muslim societies showed disregard for the Divine nnowledge which should have served as a force for change and freedom from human lords.

Muslim elites under colonial rules were reduced to to enslaved opportunists rather than freedom seekers. Knowledge as a source of human change and development was left in the thick volumes to be recited only over dead bodies. Knowledge for guidance was taken just as a ritual. What was revealed as guidance to be practised by human beings was neglected, so were downgraded Muslims to become subjects rather than masters of their destiny. Muslim thinkers and scholars became subservient to the colonial, educational and cultural traditions. Given the societal neglect of the Divine knowledge and guidance, those who represented Muslims in thoughts and policy formulations, were equally devoid of the spirit of Islamic reasoning and enlightenment. In darkness, people think of despair and subjugation. Even "awareness," in Dr. Shariati's words becomes a "crime." Generations of Muslim societies have been engulfed by self-inflicted deprivations and colonial crimes.

"Freedom" from colonial masters saw little or no significant change among the Muslim policy planners as free and independent beings. Policy planners, it appears, have failed to evolve changes in perception and moods ultimately causing the societal move towards political and moral freedom. Colonial traditions and phenomenon of change simply could not play complementary role. What followed was an outcome of economic system, financial institutions, market rates, debt payments and financial issues as the elements of policy planning. The typical economic approach to policy formulation was institutionalized .

Muslim societies, in general, could not evolve the freedom of thoughts and actions in determining their own priorities and strategic policy interests. They are the people blessed with True Knowledge, yet guidance in policy development was sought from colonial masters. It has been a new history of colonization – ending one to begin another for a different kind of subjugation all over the Muslim world.

## Strategic Policy Aims and Effectiveness

Strategic policy aims and their effectiveness may be seen by analyzing their relationship with the societal values, aspirations and priorities. Western societal norms overwhelmingly stem from economic and political systems' considerations as well as their global implications of relationships with other nations. Viewing it from Islamic perspective, human societies are not meant just for economic and political consideration as their sole aim. Although Allah has given all the necessary national and other resources to the mankind, which are to be exploited in harmony with the commands of the Creator of the Heavens and Earth, acquisition of material resources does not assume to be the sole pursuit of life. If so, it be-

BUR-PEC-035651



*UN peace-keeping force at Sarajevo airport in Bosnia. The force has failed in protecting Muslims' life and property. Policy planning demands need for an emergency Muslim defence force.*

comes a one-track concept of life ignoring the essential moral and spiritual parts of it. To Western theoreticians, what opinions they form about human life is what they convert into major policy objectives as the foundation of their "national interests." Do Muslim planners or societal spokesmen have consideration for their "national interest" in form of "Ummah's interest" as the basis of policy formulation aims?

Seemingly, rational policy aims, facilitating sound relationship with the masses are scarce to mention in the Muslim world. The policy planners and other office elites lack direct relationship with the prevailing concerns and impressions at the grassroots level of the society. Among the ruling classes, Islam is not part of their thinking and action process. The majority subscribes to "secularism" as mode of thinking and behaviour. The influential elites at-

tract a following because of their positions and role at being the centers of power or being instrumental to exert influence for their class gains and effectiveness.

The elite decision-making approaches do not represent relationship with nor accountability to the masses due to missing cultural, intellectual, and systematic linkages. One class is related to another regime class within the structure of the governments. Their survival in thoughts and practical behaviour is mutually complementary. Materialistic advantages and higher standards of living are the net offsprings of this policy regime relationship.Masses simply do not possess systematic influence nor physical force to break the elite's installed barriers and class supremacy Then, how could Muslim societies evolve collective policy aims to protect their vested interests?

Over the decades, comparative analysis of societal expectations versus policy objectives pursued by the governmental establishments involving Muslim societies will identify major inconsistencies, such as contrast in principles of the policy planning approach, built-in conflict between the aims of the official statements and the public concerns on important issues and most important factor related to policy accountability. Certain case studies and empirical analyses of selected crises in the Muslim world, will point out to the failure of policy planners and helplessness of the masses without being heard. To reform the ongoing problematic policy development field in Muslim societies, one must work on confidence-building movement and restoration of institutionalized communications and trust in human relationship. If the official planners and the long deserted masses could develop "one thinking" as

BUR-PEC-035652

foundation for policy planning and development discipline, it will be the beginning of articulating genuine policy aims and ensuring its relationship. Different thinking will lead to confrontational goals. Muslim societies can no longer afford to be at internal disruptions and policy mismanagement. Unity of ideas, principles and behaviours can be derived from the Islamic discipline of life. Islam is the only basis and framework through which Muslims can foster unity of thoughts and actions. Muslim societies do not have any other binding force except Islam and its practical interpretation as a system of life.

To enhance the articulation of policy framework, many Muslim organizations can play constructive role. However, some Muslim organizations pay lip service to the Muslim world's unity but do little to substantiate their policy ...les. In Europe, many na-.., ...entities with opposing identities are evolving unity approaches under the Maastricht Treaty in economic, social and political system of life. Muslims enjoy the natural unity of thoughts and practices irrespective of national flags, anthems and currencies. Societal values in all the Muslim countries uphold the principles of Islamic faith as being one people, one Ummah. What is lacking primarily is the perception of strategic policy planners to translate this prevailing reality into a living principle of the policy planning discipline. If one soccer ball can unite millions to have one thinking, why can't Muslims be one people with one aim of Islamic unity as the guiding principle of strategic policy? Muslim masses do not subscribe to materialistic policy objectives related to only lands, and personal acquisitions as the foundation of their policy aims and strategic defence priorities.

'efining the policy aims ... actical roles and relationship... of various Muslim organiza-

tions seems to be a need of the hour. While Muslim states must evolve an Emergency Muslim Defense Force (EMDF) to deal with important crises situations to protect the Muslim societies, it is more imperative for existing Muslim organizations operating at national and regional levels to reform their principles of policy aims and practical approaches. They should not wait for action until Muslims become displaced and join the refugee camps under the UN and Red Cross sponsorship. Responsible leaders at the policy planning/ decision making desks must address the causes and reasons as the basis of their endeavours to help Muslims all over the world.

How long Muslim organizations will pretend to be ignorant of these horrible facts? There can be no societal harmony unless ruling classes in various so called Muslim states reform their thinking and policy aims. If Islam means respect for human rights and social justice for all according to the Divine Injunctions, the states and the leaders proclaiming to be Muslims, must articulate this belief into the principles of state's policy planning and implementation practices. The apparent contradiction in Muslim states gives to non-believers enough fuel to question the very credibility of their existence. If Islam as a complete system of life is not the foundation of Muslim societies then what other values would they be defending as their own? – "Secularism," "Communism," or some other myth taken from man-made systematic theories ! Muslims owe allegiance only to : "There is no god but Allah and Muhammad is the true messenger of Allah." There is no other value and system which deserves strategic consideration for the policy planning and ultimate defence of the Muslim Ummah's values and "common interest." Those trying to persuade Muslim societies to defend their strategic interests in form of other "isms," "elites" and

"business interests" are simply "non-believers" in Sayyed Qutb's expressions, who are trying to shake the foundation of Islamic belief first so that the whole Muslim society will collapse. Do you as a Muslim or as a policy planner subscribe to this policy aim or its principle?

## Are There Muslim Policy Planners in Muslim Countries?

When people think right, they do it right. Analysing the recent history of the Muslim countries, it seems that Muslim policy makers do not have a systematic approach to set the clear structure of strategic policy planning discipline. Almost everywhere policy analysis and planners subscribe to colonial system of policy formulation. Masses' inputs, media's role and open-ended policy discussions are unusual occurrences. Policy planners assume ambiguous role and format to lay down the principles of strategic policy interests. By virtue of their upbringing, policy planners belong to official establishments, such as armed forces, civil service and the business communities. Educated elites hardly make it to the policy planning desk unless political influence supplements the merit. Observations made at the official establishments will generally indicate that officials responsible for strategic policy planning lack academic and professional understanding of the policy planning field. What policy statements they provide are mostly reactionary gestures and without any rational policy options worked out in a systematic manner. "Professionalism" as such seems to be missing as far as strategic interests and policy credibility is concerned. Most policy-makers appear to have vague notions of their real national and international policy interests.

In situations, where some elements of strategic policy objectives are referred in the media, only fixed ideas and substances

BUR-PEC-035653

Features

have surfaced making policy planning a static field of primitive world full of guesswork, story telling and nothing else as a rational policy outcome. Such policy blunders performed by Muslim policy-makers can be noticed in Bosnia-Herzegovina crisis, reaction to six newly independent central Asian Republics of the former USSR, Palestine problem, Kashmir, East-West relations, crisis management in the Muslim world, technology transfer, Muslim educational matters and refugee problems.

Muslim policy planners and thereby the leaders have simply reacted to the situations of nominal concern like any other established regime. There was no planned policy concern to the victims of man-made horrors and displacement. Crisis after crisis, Muslim policy makers patronized a "wait and see" attitude while vital Islamic interests of the Ummah were compromised or in some instances sacrificed entirely. Was this neglect pre-planned?

If Muslim policy makers could not think and do as Muslims, obviously they must be engaged in doing something else contrary to the dictates of Islamic priorities. Today, there are more displaced Muslim people than at any other time in history - why? Are Muslims thinking right and doing it right? Every day adds new dimensions to existing complexities surrounding the displacement of Muslims. Is it not a strategic plan of the non-believers to terrify Muslims as being unwanted people?

In few Muslim countries, policy planners are hired from non-Muslim societies. As policy makers, they share their biases and prejudices along with incompetence. Likewise, leaders in these so-called Muslim societies promote ignorance and foreign domination. When Muslim policy planners flunk in any task, they blame others. In other cases, policy makers react adamantly as a coverage

to their incompetence and lack of accountability. The current dilemma we face is, how to change the misfortune of Muslim Ummah into a promising future?

## Better Reformation than Revolution

Muslim societies and governments must undertake a planned change and development task to correct the prevailing mismanagement of their affairs to pursue development objectives at national levels. People and governments should take specific steps to ensure restoration of normal relationships. It will be mutually beneficial to normalize the human relations environment before a crisis rather than reacting to uncontrollable public outbursts on roads and campuses:

❏ To enhance two-way open communication system between the masses and the governments, official policy planners must establish relationships with the culture, priorities, and aspirations of the masses - Muslim Ummah.

❏ Mass media in most so-called Muslim countries operate in a closed system. It should be opened for public participation as a medium for communications and reformation.

❏ Islamic scholars "Ulemas" and educated Muslims in different walks of life must be encouraged to participate in determination of collective interests and national policy formulations for the Muslim Ummah.

❏ Traditional policy planners seem to be playing fixed official roles. The need is for enlightened Islamic approach towards Muslim societal well-being, change and improvement.

❏ Policy planners must reform their own thoughts and approaches to make things happen instead of waiting for events to happen out of nothing.

❏ Muslim governments and official policy circles must be sensitive to their own strengths, weaknesses and biases of other nations and must be well aware of the Ummah's concerns and priorities - not necessarily agreeing or disagreeing - just knowing and understanding the implications of Muslims common interests.

❏ Strategic policy planners must evolve diagnostic methods and techniques to meet the emergency situations across the Muslim world based on facts and not on feelings of others, especially, of the non-believers.

❏ Policy planners provide inputs toward making the history. They must be able to listen to ideas from all corners and should change their thoughts and policy approaches - if the facts warrant a change.

❏ Muslims are one Ummah and a power. The policy makers must represent this reality by ensuring that voices of reason and truth *(Haqq)* are heard at forums such as the UN and other international organizations.

❏ To guide the policy implementation, the policy planners must be well equipped by virtue of True Knowledge and intellectual abilities to meet new situations and respond to unforeseen crises and emergency developments such as Bosnia-Herzegovina, and situations in the Central Asian Republics and elsewhere.

❏ To evaluate the policy planners' role and responsibility and hold them accountable - given the process of accountability will bring marked improvement and professional outlook towards strategic policy planning for the Muslim Ummah.

*"Allah does not change the conditions of people unless they change themselves."* (Al-Qur'an)

BUR-PEC-035654



BUR-PEC-035655

*Donate Generously*

- *To Help Build a Mosque,*
  *Hospital or School*
- *Rehabilitate Victims of Natural*
  *Calamities*
- *Save Muslim Lives from Want and Hunger*

Islamic Solidarity Fund

OIC Secretariat-General P.O. Box 178 Jeddah 21411

Tel: 6800800 - Fax: 6873568 – Telegrams: Islamiyah-Jeddah – Telex: 601366 Islami S.J.

Fund's A/c No. in Saudi American Bank: 2600404 (for donations only)

Fund's A/c No. in National Commercial Bank: 34542000107 (for Zakat only)

BUR-PEC-035656