# EXHIBIT 095

Al-Alam Al-Islami, 30 August 1993, p. 16

# Imam of Holy Haram calls for assistance to Kashmiris

Imam of the Holy Haram in Makkah, Shaikh Abdul Rahman Al-Sidais has asked the Islamic world in Makkah on August 24, to provide all out support to the Muslim people of the Occupied Kashmir who are suffering persecution under the Indian occupation. "The Islamic associations, Muslim relief organizations, scholars and the entire Muslim Ummah should all stand as one man for the support of the people of the Occupied Kashmir," he said.

"The Muslims should supply the Kashmiris with material and moral support, including money, military hardware and men in order to protect themselves against the heritic Indian occupation and regain all their legitimate rights," he said.

Shaikh Sidais recalled that statistics have said the number of victims in the Occupied Kashmir have reached 30,000 and said double this number of people were captivated. (IINA)

Printed at the **Muslim World League** Printing Press, Makkah

FED-PEC0231562