# EXHIBIT 101

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST      :

ATTACKS ON           :      03-MDL-1570

SEPTEMBER 11, 2001   :      (GBD)(SN)

-----------------------------------------

- - -

Wednesday, February 20, 2019

- - -

THIS TRANSCRIPT CONTAINS CONFIDENTIAL

MATERIAL

- - -

Day 1 of the videotaped deposition of
ADNAN BASHA, taken pursuant to notice, was held
at the Park Hyatt Jeddah, Al Hamra District,
Southern Corniche, Jeddah, Saudi Arabia, 21432,
beginning at 3:11 p.m., on the above date,
before Lisa V. Feissner, RDR, CRR, Notary
Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 106

are managed and operated by the IIRO.

Q. Do you know what IIRO office would have been responsible for managing and operating the Zahra Hospital project during this time period?

A. The projects in Afghanistan were managed by the office from Islamabad in Pakistan.

Q. Do you recall who was in charge of the Islamabad Pakistan IIRO office in 1999?

A. I think he was Moayad Al-Botairi.

Q. Do you recall whether the Saudi Ambassador to Pakistan had any role with the IIRO's operations in Pakistan or Afghanistan during this time period?

A. I do not remember.

Q. Moving down a bit in the chart, under Pakistan, it references the Uhud Hospital in Queta. Do you see that?

A. Yes.

Q. Did you ever visit that facility?

A. No.

Q. Would the management and operation of that hospital also have been under the

Page 107

purview of the IIRO's office in Islamabad?

A. Yes.

MR. CARTER: I'm going to ask the court reporter to mark as Basha-135 the 2000-2001 Annual Report produced at IIRO 331 through 441.

(Exhibit Basha-135 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q. Dr. Basha, do you have the document in front of you?

A. Yes.

Q. And can you tell me what the document is?

A. The Annual Report for 2000-2001.

Q. And turning your attention to page 24 of the report, Bates-stamped IIRO 352, there is a table summarizing the IIRO's expenditures for this calendar year by program; is that correct?

A. Yes.

Q. And am I correct, it indicates that the IIRO's total expenditures for the reported

Page 108

calendar year were 137,266,018 riyals?

A. Yes.

Q. And of that amount, a little more than 67 million riyals was spent on the urgent relief program, correct?

A. Yes.

Q. And nearly 37 million riyals was spent on the social welfare program, correct?

A. Yes.

Q. And so again, during this calendar year, 2000 to 2001, the urgent relief and social welfare programs were the largest areas of expenditure for the IIRO, correct?

A. Yes.

Q. Turning your attention to page 90 of the report at IIRO 416.

A. Yes.

Q. There is a heading, Conferences, research and working papers.

Do you see that?

A. Yes.

Q. During your tenure as Secretary General, did the IIRO participate in conferences in furtherance of its mission?

Page 109

A. Yes.

Q. And was there some sort of review process for the IIRO to determine whether to participate in a given conference?

A. For any conference, the invitation is directed to the relevant department. And that department would give the opinion regarding participating or not, and the level of representation.

Q. And would the department's opinion be submitted to you as Secretary General?

A. Yes.

Q. And when the IIRO elected to participate in a conference, was some report typically prepared?

A. Not necessarily.

Q. And did you ever attend any conferences as Secretary General of the IIRO?

A. Yes.

Q. Do you recall whether there were written materials distributed in any of the conferences you attended?

A. Written materials from whom?

Q. From the host of the conference or

28 (Pages 106 to 109)

This Transcript Contains Confidential Material

Page 138

MR. CARTER: Can we go off the record just for one minute for a logistical issue?

MR. LEWIS: It's your deposition.

VIDEO OPERATOR: We are now going off the video record. The time is 9:06.

(Recess from 9:06 p.m. until 9:08 p.m.)

VIDEO OPERATOR: We are now going back on the video record. The time is 9:08.

MR. CARTER: Dr. Basha, counsel has just discussed amongst ourselves and we've decided to break for the day. We'll return tomorrow, and when you return, you will still be under oath.

Do you understand all of that?

THE WITNESS: Yes.

MR. CARTER: Okay. Thank you.

MR. LEWIS: Okay. Have a good night.

MR. CARTER: Okay. You as well.

VIDEO OPERATOR: We are now going off the video record. The time is 9:09.

Page 139

MR. LEWIS: We'll read and sign.

(Off the record at 9:09 p.m.)

Page 140

CERTIFICATE

I, Lisa V. Feissner, RDR, CRR, CLR, Notary Public, certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me pursuant to the stipulation of counsel on the date and place hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further, that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Lisa V. Feissner, RDR, CRR, CLR
Notary Public
Dated: February 25, 2019

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

Page 141

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate column on the errata sheet for any change made.

After doing so, please sign the errata sheet and date it.

You are signing it subject to the changes you have noted on the errata sheet, which will be attached to your deposition. You must sign in the space provided. The witness need not be a notary public. Any competent adult may witness your signature.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition may be deemed to be accurate and may be used in court.

36 (Pages 138 to 141)