# EXHIBIT 103



CENTRAL INTELLIGENCE AGENCY · DIRECTORATE OF INTELLIGENCE

# Al-Qa'ida's Business and Financial Links in Southeast Asia

June 2002

1509098

### Usama Bin Ladin: Al-Qa'ida's Business and Financial Links in Southeast Asia ▮

**Key Findings (U)**  ▮▮▮▮▮ a commercial and charitable network based in the Philippines with ties to al-Qa'ida has expanded since the late 1990s into nearly every Southeast Asian country, with particularly troubling links to support networks in Indonesia and Malaysia. Several factors have attracted al-Qa'ida to the region, including large Muslim populations, pervasive corruption, and numerous poorly policed areas, as well as a supportive financial environment characterized by widespread bank secrecy and a vibrant underground banking sector. In addition to investments and money transfers, al-Qa'ida's financial and business links in the region involve a network to fund and facilitate the movement of terrorist operatives, establish operational bases, train *mujahidin*, support teachers and Islamic missionaries serving as funding intermediaries who propagate radical Islam, and recruit and outfit students with *mujahidin* potential. ▮▮ )

Except for Australia, New Zealand, and Singapore, Southeast Asian governments lack the resources and political will to crack down financially on potential terrorists. Most Southeast Asian countries will require technical assistance—such as from the Financial Action Task Force—to make significant gains in combating al-Qa'ida finances.[1] ▮▮▮

Coalition efforts, however, will have a few advantages on the financial front, as al-Qa'ida has adapted its favored financial transmission mechanisms—including banks, NGOs, and the *hawala* system—to the more complex Southeast Asian financial environment:

- The Asian financial crisis left Southeast Asian banks relatively weaker and more technologically backward than those in the Middle East, creating opportunities for regulatory assistance ▮▮▮▮ .

---

[1] The Financial Action Task Force (FATF)—an intergovernmental body comprising 28 member countries—develops and promotes the adoption and implementation of national and international policies to combat money laundering. FATF monitors members' progress in implementing anti-money-laundering measures and reviews money laundering techniques and countermeasures worldwide. Following the September attacks, FATF promulgated a set of recommendations and an action plan on terrorist financing which allows members to freeze assets in accordance with UN Security Council Resolution 1373. By the end of June 2002, all FATF members must comply with the special recommendations. ▮

- The handful of Middle East-based Islamic NGOs in each country that al-Qa'ida relies upon makes it easier to pinpoint channels of Middle Eastern funding.

- At the same time, although Asia's underground network rivals the *hawala* system in its size, scope, and centuries-long existence, al-Qa'ida-linked Southeast Asian nodes maintain strategically vulnerable connections to key *hawaladars*—through ethnic and family affiliations—especially in the United Arab Emirates and Pakistan.



### Al-Qa'ida's Financial Ties in Southeast Asia



Usama bin Ladin commercial and/or charitable presence

### Usama Bin Ladin: Al-Qa'ida's Business and Financial Links in Southeast Asia

**Bin Ladin Establishes a Financial Network in Southeast Asia**

Bin Ladin's brother-in-law Muhammad Jamal Ahmed Mustafa Khalifah established a financial network in the Philippines in 1988— ███████████████████████████████████████████ Since the late 1990s ████████████████████ al-Qa'ida's financial network have relocated to, or operated in, Australia, Burma, Cambodia, Indonesia, Malaysia, New Zealand, Singapore, and Thailand, ███████████ ████████████

Al-Qa'ida uses its financial and business links in the region to move operatives, establish staging and operational bases, finance *mujahidin* training, pay for missionaries and teachers who propagate radical views, recruit students with *mujahidin* potential, and create grassroots networks to further the cause of creating Islamic states ███

████████████████████████████ four suspects in the 11 September hijackings had visited Malaysia, the Philippines, and Thailand ████████

Al-Qa'ida-linked financial interests in Southeast Asia encompass an array of investments.

- Press reporting indicates that Bin Ladin invested heavily in Indonesia, Malaysia, and the Philippines.



- ████████████████████████████████████ ████████████████████████████ al-Qa'ida has banks and bank accounts in several Southeast Asian countries.

Al-Qa'ida also appears to have access to an extensive network of Islamic nongovernmental organizations (NGOs)—and the potential to exploit others—to facilitate money movement in the region.

1

C05373284

Gulf NGOs with branch offices in the Philippines—including Dar al-Hijra Foundation and the International Islamic Relief Organization—maintain contact with Islamic extremists, including the Abu Sayyaf Group (ASG), the Moro Islamic Liberation Front (MILF), and Bin Ladin affiliates. A former Philippine police officer claimed in September 2001 that at least six Muslim NGOs in the Philippines in 1988 had links to Bin Ladin, according to press reporting.

- Four Saudi NGOs that have been connected to Bin Ladin in other locations have representation in Indonesia, including al-Haramain, Dar al-Hijra, Lajnat al-Birr al-Islamia, and World Assembly of Muslim Youth,

- Al-Qa'ida-linked Islamic NGOs Human Concern International, Muwafaq Foundation, Revival of Islamic Heritage Society, and World Assembly of Muslim Youth have operated in Malaysia,

Bin Ladin associates also have established businesses across Southeast Asia, which provide legitimate income and serve as fronts for illicit operations.



Usama Bin Ladin owned a company in Malaysia, and Bin Ladin lieutenant Abu Hajer has traveled there several times since 1995. Other reporting indicates that Abu Hajer frequently traveled to Malaysia on Bin Ladin's behalf, ostensibly to buy seeds and machinery, for Bin Ladin's Sudan-based businesses.



In addition, Bin Ladin associates reportedly own real estate, including houses and apartments, that are sometimes used as safehouses.

CIA_000455

C05373284



Finally, al-Qa'ida uses its funding mechanisms in the region to supply weapons and to finance *mujahidin* training camps in remote areas of Burma, Indonesia, and the Philippines, where it is difficult for police and military to operate, according to ▮▮▮▮▮ and press reporting.

**The Philippines: Al-Qa'ida's Financial Connection to Southeast Asia**

The Philippines served as al-Qa'ida's initial financial base in the region. ▮▮▮▮ the financial support continues and probably is being facilitated by Pakistani, Saudi, and Yemeni jihad sympathizers ▮▮▮▮

CIA_000456



Bin Ladin's Financial Ties in the Philippines

CIA_000457



Muhammad Jamal
Ahmed Mustafa
Khalifah, Bin
Ladin's brother-in-
law



International
Islamic Relief
Organization
logo (U)

UNCLASSIFIED//FOUO

Although Khalifah was arrested [redacted] in [redacted] 2001 and had been [redacted] he Phi [redacted] nce his earlier arrest in the mid-1990s, his Philippine network continued to operate without his physical presence.[6]



He was arrested previously by the US Federal Bureau of Investigation in December 1994 for visa fraud and deported to Jordan where he was acquitted of terrorist charges in 1995. [redacted]

- [redacted]

- [redacted] in publicly aired show to arrange an interview with Bin Ladin for an international correspondent, which contradicted his claims that he was no longer associated with Bin Ladin. [redacted]

4

### Al-Qa'ida's Expansion Into the Rest of Southeast Asia

█████ Khalifah provided al-Qa'ida a link to the rest of Southeast Asia. He established international trade firms to provide profits as well as cover for financial transfers and fronts for operational travel and activity in Indonesia, Malaysia, and Thailand. In the late 1990s, █████████████████ new Bin Ladin financial links were emerging in Indonesia, Malaysia, Singapore, and Thailand, where banks and NGOs in the region have facilitated al-Qa'ida funds transfers. █████

*Indonesia*—the world's most populous Muslim country with very little government oversight of or opposition to extremist activities—has the potential to yield a grassroots Islamic fundamentalist support base for funding, propaganda, and *mujahidin* activities.

Investment opportunities and access to financial institutions in *Malaysia* and *Singapore* enable al-Qa'ida to establish an operational base for planning terrorist acts.

- Press reporting indicates that an al-Qa'ida linked company in Malaysia purchased four tons of explosives that the JI terrorist cell planned to use to bomb Western embassies in Singapore. █████

*Thailand* has been a regional center for Bin Ladin business activity █████████

- Khalifah traveled regularly to Thailand, where he primarily engaged in gem and mining business.



Al-Qa'ida financial activities in *Australia* and *New Zealand* appear to be more limited.

- Australian press reporting in September 2001 indicates that, according to an international terrorism expert, money flows from fundraisers in Australia to several terrorist organizations. The organizations in Australia primarily have served as support networks involving propaganda, fundraising, recruitment, training, and shipping.



█████ Al-Qa'ida uses a network of Middle East honey shops to move money and contraband, █████

*Burma* holds a pool of potential extremists who have been recruited for training in *mujahidin* camps, █████████ The country's Muslim extremists reportedly receive funding and supplies from Bin Ladin, and some Bin Ladin-associated businesses may be located in Burma.

5

CIA_000459

## Transnational Linkages: Activities of an al-Qa'ida Operative. (U)



*Riduan Bin Isomuddin*

The activities of Indonesian al-Qa'ida operative and businessman Riduan Bin Isomuddin (a.k.a Hambali)—currently at large but sought by Malaysian and Singaporean authorities for personally directing terror groups in both countries—demonstrate the ability of Islamic extremists to operate across borders throughout the region. Hambali combines financial expertise with operational skills. Hambali was one of five Indonesian religious teachers who advocated jihad and who had been forced to leave Indonesia in the early 1990s when former President Soeharto clamped down on extremism. In 1998, the Malaysian extremist group Kumpulan Militan Malaysia fell under the influence of the five teachers, who also maintained ties to the Philippine Moro Islamic Liberation Front.

- Hambali and the Indonesian religious leaders are trying to unite Muslims from Indonesia, Malaysia, and the Philippines to form an Islamic nation. ▇▇▇▇

Hambali reportedly acted as Jemaah Islamiya (JI) treasurer for the region. JI cell members collected donations from small local mosques and from local Muslim businessmen, and each cell member was required to donate 5 percent of his income to the organization, ▇▇▇▇ ▇▇▇▇ All of this money was turned over to Hambali, who JI members understood would be taking it to Indonesia for Muslim militants involved in violent *jihad* in places such as Ambon.

- JI reportedly conducts fundraising in Malaysia because it is relatively prosperous and because a large number of Indonesians living in Malaysia are willing to donate money for extremists fighting against Christians in the Moluccas. ▇▇▇▇ Hambali also received donations from Afghanistan and Kuwait. ▇▇▇▇

- Hambali's activities—and those of his businesses—are tied to al-Qa'ida terrorist operations.

- ▇▇▇▇▇▇▇▇ Wali Khan was convicted for the 1993 World Trade Center terrorist attack and served as Khalifah's funding conduit in the Philippine ▇▇▇▇

- Hambali also is connected to World Trade Center bombers Ramzi Yousef and Wali Khan's terrorist activities in the Philippines and the Christmas Eve 2000 bombings in Indonesia, according to ▇▇▇▇ press reporting. ▇▇▇▇ Hambali is a bomb expert. ▇▇▇▇

- According to press reporting in February 2002, Hambali directed Yazid Sufaat in Malaysia to furnish housing for the 11 September terrorists, to purchase four tons of ammonium nitrate through his Green Laboratory Medicines company, and to provide indicted hijacking conspirator Zacarias Moussaoui with a US license for Sufaat's company, Infocus Tech.

CIA_000460

***Cambodia*** has a Saudi-supported Muslim foundation and school with al-Qa'ida-connected financial activity and personnel.

### Countries Target al-Qa'ida Funds

Ten of the 12 Southeast Asian nations have issued orders to block funds from entities contained in the UN lists, but only Australia has reported finding accounts tied to those entities, █████████████ █████████████ (See chart, Government Actions Against Terrorist Finances █████ )

- ███████████████████████ accounts in Indonesia, Malaysia, the Philippines, and Thailand associated with al-Qa'ida financial activities. Some of these accounts are related to the 11 September hijackers—whose names did not appear on the UN lists—and their associates. Others are connected to extremist organizations that may provide or receive al-Qa'ida financial support. █████

Six Southeast Asian countries—Australia, Burma, Malaysia, New Zealand, Singapore, and Thailand—are implementing UN Security Council Resolutions 1267, 1333, and 1373 and have issued instructions for banks to freeze terrorist-related accounts. Thailand and the Philippines—which recently enacted anti-money laundering laws—are amending their laws to include terrorism as a predicate offense.

- Brunei, Burma, Indonesia, and the Philippines have been slower to implement antiterrorist financial regulations. Indonesia did not issue freeze orders until November 2001, and Burma first issued freeze orders in March 2002. The Philippines has not yet issued freeze orders, and Brunei is still examining its laws.

- Except for Australia, New Zealand, and Singapore, the region's countries have nascent anti-money laundering programs and little experience in freezing or forfeiting assets. █████

### An Outpost for al-Qa'ida

Al-Qa'ida's foothold in the region provides the organization with an attractive, in-place financial and commercial safehaven. Most Southeast Asian governments are ill-equipped to combat terror finance, and terrorists are likely to continue to take advantage of bank secrecy and ineffective financial regulations, lax enforcement of money laundering laws, and competing interests among legislators that hamper revising and passing antiterrorist laws. For example:

CIA_000461

**Joint Programs Offer Opportunities  (U)**

Governments can combat terrorism through joint cooperation, vigilance, investigation, strict enforcement, exploiting divisions among extremist factions, and surveillance of suspects. Southeast Asian governments may also use findings from Financial Action Task Force and individual government technical assistance, particularly as Western governments gain experience in identifying terror financiers and their methods.  Finance is an important tool to identify and disrupt Southeast Asian terrorist cells, but requires:

• Mutual legal agreements to deter, monitor, and share information on the movement of al-Qa'ida-linked money couriers and extremist finances through their countries.

• Continued cooperation from Middle Eastern governments to investigate the financial records of organizations and individuals allegedly providing funds to Muslim extremists.

• Exchange of tip-off information with cooperative financial and NGO auditors willing to take action on aberrant branches to stem the flow of funds and resources to Islamic extremists.

• Elimination of policies that exempt registrations, taxation, and reporting requirements of NGOs, instead treating them as businesses and requiring them to file taxes, annual reports, employment/biographical data, and other personal financial and banking information that authorities could use for background checks and subsequent financial investigations.

• Money also flows freely through Southeast Asia's extensive underground banking system of largely unregulated money remitters.

In addition, countries may not recognize that restricting financial conduits can have as much impact as seizing explosives.



Technical and legal requirements can be costly, and many Southeast Asian nations are not likely to have the resources to monitor and enforce new financial controls.

Even where efforts against terrorist financing can be expanded—augmented by coalition and Financial Action Task Force support—corruption and pro-Bin Ladin sentiments undermine the potential for government action.

CIA_000462



- Pro-Bin Ladin and anti-Western demonstrations—
which began after the first coalition airstrikes in
Afghanistan during late 2001—continue in
Southeast Asia, reinforcing government sensitivity
to confronting Islamic extremists.

9

CIA_000463

C05373284

## Appendix A

**Banks and Accounts Reportedly
Used by al-Qa'ida Associates**

10

CIA_000464

11

CIA_000465

C05373284



12

CIA_000466

C05373284



CIA_000467

C05373284

## Appendix B

**Khalifah's Businesses and
Associates**

14

CIA_000468

C05373284

15

CIA_000469



16

CIA_000470

## Appendix C

### Charities Linked to al-Qa'ida

CIA_000471

18

C05373284



19

CIA_000473

## Appendix D

**Phone Numbers and Addresses
of al-Qa'ida-Associated
Individuals and Businesses**

CIA_000474

C05373284



CIA_000475

C05373284

CIA_000476

C05373284

23

CIA_000477

C05373284

24

CIA_000478

C05373284

25

CIA_000479



## Government Actions Against Terrorist Finances

| Country | Has the government required banks to identify assets connected to UN Security Council Resolutions (UNSCR) 1267, 1333, 1373, and 1390? | Is the government enhancing its money-laundering/terrorist financing regulations? |
|---|---|---|
| Australia | Yes. | Yes, Australia is working on a new bill to suppress terrorist financing and enhancing its criminal code to include crimes committed abroad. |
| Brunei | No. | Yes, the Attorney General is working on legislation that will enable the government to combat terrorist finance. |
| Burma | Yes, as of March 2002. | Yes, Burma is developing a new law to cover movement of terrorist funds. |
| Cambodia | Yes, no assets have been identified. | None reported. |
| Indonesia | Partially; the Attorney General's office issued freeze orders for lists published by the UN Security Council beginning in November 2001. The government froze seven accounts in March 2002 but later determined that they were not held by terrorists. | Yes; the government passed its long-awaited anti-money-laundering law in March 2002; however, it has not yet decided how to enforce it. The government is also drafting an antiterrorism bill. |
| Laos | Yes; no assets have been identified. | Yes; Laos is improving bank regulations and implementing reporting requirements. |
| Malaysia | Partially; the government issued freeze orders for entities on the UN list; no assets have been identified. | Yes; Malaysia's anti-money-laundering law—which includes terrorist offenses—took effect January 2002. |
| New Zealand | Partially; the government issued freeze orders for entities on the UN list; no assets have been identified. | Yes; the terrorism suppression bill—new legislation to implement UNSCR 1373—is pending in parliament. |
| Philippines | No. | Yes; the Philippines anti-money-laundering law passed in September 2001, includes terrorist offenses. |
| Singapore | Partially; only names associated if UNSCRs 1267 and 1333 were included. The government is taking "quiet action" against other names. | Yes; the government issued new regulations in November to implement UNSCR 1373 and March 2002 to implement UNSCR 1333. |
| Thailand | Yes; no assets have been identified. | Yes; Thailand is amending its new anti-money-laundering law to include terrorist offenses and has created a task force for terrorist financing. |
| Vietnam | Yes; no assets have been identified. | Yes; Vietnam has defined terrorism as an illegal activity. Funds derived from terrorism may now be subject to confiscation and seizure. |

CIA 000480