**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

**NOTICE OF DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH'S AND WORLD ASSEMBLY OF MUSLIM YOUTH   INTERNATIONAL'S MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

_____

PLEASE TAKE NOTICE upon the accompanying Memorandum of Law, the Rule 56.1 Statement of Undisputed Facts, the Declaration of Omar T. Mohammedi, Defendants World Assembly of Muslim Youth's and World Assembly of Muslim Youth International's Collectively knowns as ("WAMY") move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. Collectively WAMY respectfully request that this Court:

1.   Grant Summary Judgment in favor of WAMY.

2.   Grant such other and further relief as the Court deems just and proper.

.                              Respectfully Submitted,


**LAW FIRM OF OMAR T. MOHAMMEDI, LLC**

/s/ *Omar T. Mohammedi*

Omar T. Mohammedi (OM7234)
Frederick J. Goetz
Goetz & Eckland P.A.
(admitted *pro hac vice*)
233 Broadway, Suite 820
New York, NY 10279
Telephone: (212) 725-3846
Fax: (212) 202-7621
Email: omohammedi@otmlaw.com

*Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth International*