**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN) <br> ECF Case <br> ORAL ARGUMENT REQUESTED |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

## DECLARATION OF AISHA E. R. BEMBRY

I, Aisha E. R. Bembry, declare and say that the following statements are true as a matter of my personal knowledge:

1. I am a partner at the law firm of Lewis Baach Kaufmann Middlemiss PLLC and a member in good standing of the District of Columbia Bar and the Maryland Bar and have been admitted *pro hac vice* as counsel for defendants Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"). I make this declaration in support of IIRO's Motion for Summary Judgment in the above-captioned case, filed on April 15, 2026.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | FBI Report Administratively Closing Case (May 27, 2021), beginning at Bates No. E014040-000001 |
| Exhibit 2 | First Declaration of Abdullah Bin Abdelmohsen Al-Turki dated 8/4/2023 |

| | |
|---|---|
| Exhibit 3 | First Declaration of Dr. Abdullah bin Saleh Al-Obaid dated April 4, 2023 |
| Exhibit 4 | Declaration of Adnan Basha dated May 21, 2024 |
| Exhibit 5 | Declaration of Mohamed Helles dated April 13, 2026 |
| Exhibit 6 | Declaration of Saeed Sarhan dated 8/10/1448 H |
| Exhibit 7 | Declaration of Mohamed Fawzi dated April 4, 2026 |
| Exhibit 8 | Declaration of Abdulhadi Daguit dated December 29, 2022 |
| Exhibit 9 | Declaration of Mohamed Al-Hassani dated January 10, 2024 |
| Exhibit 10 | Second Declaration of Abdullah Bin Abdelmohsen Al-Turki dated 8/4/2023 |
| Exhibit 11 | Second Declaration of Dr. Abdullah bin Saleh Al-Obaid dated April 4, 2023 |
| Exhibit 12 | Declaration of Ammar Chaouat dated January 12, 2017 |
| Exhibit 13 | Declaration of Adnan Basha dated May 4, 2023 |
| Exhibit 14 | Declaration of Faiz Wardi dated 19/6/1444H |
| Exhibit 15 | Declaration of Mohamed Fawzi dated January 1, 2018 (ECF Doc. 3857-2) |
| Exhibit 16 | Expert Report of Olivier Roy |
| Exhibit 17 | Expert Report of Marc Sageman |
| Exhibit 18 | Expert Report of Vahid Brown |
| Exhibit 19 | Transcript of Deposition of Evan Kohlmann dated August 5, 2021 (excerpt) |
| Exhibit 20 | Transcript of Deposition of Matthew A. Levitt dated April 8, 2021 (excerpt) |
| Exhibit 21 | Transcript of Deposition of Jonathan M. Winer dated July 13-14, 2021 (excerpt) |
| Exhibit 22 | Transcript of Deposition of Dr. Abdullah Al Turki dated Sept. 14-15, 2018 (excerpt) |
| Exhibit 23 | Transcript of Deposition of Dr. Abdullah Obaid dated Sept. 18, 2018 (excerpt) |
| Exhibit 24 | Transcript of Deposition of Abdulhadi Daguit dated June 27, 2019 (excerpt) |
| Exhibit 25 | Transcript of Deposition of Adnan Basha dated February 20, 2019 and February 21, 2019 (excerpt) |
| Exhibit 26 | Transcript of Deposition of John Sidel dated Apr. 7, 2021 (excerpt) |
| Exhibit 27 | Transcript of Deposition of Fahd Mohammad Sanad Alharbi dated March 26-27, 2019 (excerpt) |
| Exhibit 28 | Transcript of Deposition of Rahmatullah Nazir Khan Gari dated July 21, 2019 (excerpt) |
| Exhibit 29 | Declaration of Abdulrauf Khalaf Al-Shorman dated April 6, 2026 |

| Exhibit 30 | Transcript of Deposition of Abderraouf Khalaf Al-Shorman dated June 20-21, 2019 (excerpt) |
|---|---|
| Exhibit 31 | Transcript of Deposition of Saad Al-Obaidi dated Jan. 21, 2019 (excerpt) |
| Exhibit 32 | Transcript of Deposition of Jonathan Benthall dated July 20, 2021 (excerpt) |
| Exhibit 33 | Transcript of Deposition Jacob Vahid Brown dated May 25, 2021 (excerpt) |
| Exhibit 34 | Transcript of Deposition of Olivier Roy dated April 20, 2021 (excerpt) |
| Exhibit 35 | Transcript of Deposition of John Barron dated April 29, 2021 (excerpt) |
| Exhibit 36 | Transcript of Deposition of Brian M. Jenkins dated April 12, 2021 (excerpt) |
| Exhibit 37 | Transcript of Deposition of Marc Sageman, M.D., Ph.D. dated July 2, 2021 (excerpt) |
| Exhibit 38 | Transcript of Deposition of Jimmy Gurule dated July 7, 2021 (excerpt) |
| Exhibit 39 | 2002 IIRO Constitution |
| Exhibit 40 | 2002 MWL Statute, beginning at Bates No. JT-MWL 00037 |
| Exhibit 41 | 2001-2002 IIRO Annual Report (excerpt), beginning at Bates No. IIRO 004511 |
| Exhibit 42 | 2000-2001 IIRO Annual Report (excerpt), beginning at Bates No. IIRO-003482 |
| Exhibit 43 | 1999-2000 IIRO Annual Report (excerpt), beginning at Bates No. IIRO-003593 |
| Exhibit 44 | 1998 IIRO Annual Report (excerpt), beginning at Bates No. IIRO-003712 |
| Exhibit 45 | FY 2003-2004 IIRO-Indonesia audit, beginning at Bates No. IIRO151720 |
| Exhibit 46 | CIA report, "Usama Bin Ladin: Al-Qa'ida's Business and Financial Links in Southeast Asia," CTC 2002-40066CH (June 6, 2002), beginning at Bates No. CIA_000450 |
| Exhibit 47 | 1998 IIRO Constitution |
| Exhibit 48 | IIRO Secretariat General Report 1421/1422H (excerpt), beginning at Bates No. IIRO 340871 |
| Exhibit 49 | Report on IIRO Philippines Accomplishments, beginning at Bates No. MWL 008434 |
| Exhibit 50 | IIRO-Indonesia Review Report Period From 1st May 2005 to 31st July 2006, beginning at Bates No. IIRO 004057 |
| Exhibit 51 | Circular to Foreign Office Directors Dated 27/11/1419H, beginning at Bates No. IIRO 130281 |

| | |
|---|---|
| Exhibit 52 | Circular to Foreign Office Directors Dated 1/6/1419H, beginning at Bates No. IIRO 280804 |
| Exhibit 53 | CIA report, "How Bin Ladin Commands a Global Terrorist Network," CTC 99-40003 (Jan. 27, 1999), beginning at Bates No. CIA_000002 |
| Exhibit 54 | CIA report, "Pursuing the Bin Laden Financial Target,"CTC 01-400003HCS (Apr. 12, 2001), beginning at Bates No. CIA00377 |
| Exhibit 55 | CIA report, "Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions," OTI 97-10035CX (Dec. 1997), beginning at Bates No. CIA_000720 |
| Exhibit 56 | CIA report, "Usama Bin Ladin: Some Saudi Financial Ties Probably Intact," January 11, 1999, beginning at Bates No. CIA_000807 |
| Exhibit 57 | Letter describing the difference between IIRO's Dar Ul Imam Al Shafi'i Orphanage and MJK's Dar Ul Imam Al Shafi'i Center for preachers, beginning at Bates No. IIRO-001954 |
| Exhibit 58 | Letter from IIRO Supervisor to MWL Secretary General and President of the IIRO Founding Council providing Khalifa's employment history with IIRO and distinguishing between Khalifa's personal projects and IIRO, beginning at Bates No. IIRO-003014 |
| Exhibit 59 | Letter from Zakaria Mohamed Shaikh to IIRO Supervisor noting lack of a relationship between IIRO and Khalifa's Dar-ul-Imam Al-Shafi'i and his employees and distinguishing between that institute and IIRO's similarly named orphanage, beginning at Bates No. IIRO-002997 |
| Exhibit 60 | Letter from Head of the Popular Shura Council in the Republic of Indonesia, beginning at Bates No. IIRO35575 |
| Exhibit 61 | Administrative Decision Terminating Al-Butairi, beginning at Bates No. IIRO 031136 |
| Exhibit 62 | Order Terminating Jasim's services effective February 10, 2001, beginning at Bates No. IIRO 131368 |
| Exhibit 63 | Decision Ending Secondment of Abdullah Naseef (Aug. 1993), beginning at Bates No. MWL 059188 |
| Exhibit 64 | Administrative Decision No. 5 dated 28/6/1424 AH, beginning at Bates No. IIRO 287391 |
| Exhibit 65 | Internal Auditor's report for FY 2003-2004, beginning at Bates No. IIRO158082 |
| Exhibit 66 | FY 2002-2003 IIRO-Indonesia audit, beginning at Bates No. IIRO 34989 |
| Exhibit 67 | Mechanism for conducting oversight of programs and projects, beginning at Bates No. IIRO 000209 |

4

| Exhibit 68 | IIRO Financial & Accounting Guide for Foreign Offices, 1998, beginning at Bates No. IIRO 130659 |
|---|---|
| Exhibit 69 | Letter accepting Khalifa resignation, beginning at Bates No. IIRO 287370 |
| Exhibit 70 | 2000 IIRO Board of Directors Meeting, beginning at Bates No. MWLIIRO-16243 |
| Exhibit 71 | The Working Mechanism between the  General Secretariat and local offices, beginning at Bates No. IIRO-000111 |
| Exhibit 72 | Documents discussing IIRO-Kenya's Registration and Operation, beginning at Bates No. IIRO285553 |
| Exhibit 73 | [Intentionally Blank] |
| Exhibit 74 | CIA report, "Islamic Terrorists: Using Nongovernmental Organizations Extensively," CTC 99-40007 (Apr. 9, 1999), beginning at Bates No. CIA_000209 |
| Exhibit 75 | CIA-FBI report, "Assessment of Saudi Arabian Support to Terrorism and the Counterintelligence Threat to the United States" (Dec. 2004), beginning at Bates No. E014040-003414-UPDATED |
| Exhibit 76 | Osama Bin Laden, Declaration of War against the Americans Occupying the Land of the Holy Places (2006), beginning at Bates No. BUR-PEC-026957 |
| Exhibit 77 | Bin Laden, Others Sign Fatwa to "Kill Americans Everywhere", Al Quds al-Arabi (Feb. 23, 1998), beginning at Bates No. FED-PEC0279093 |
| Exhibit 78 | "Muslim Charities Under Scrutiny," Washington Post, September 29, 2001 |
| Exhibit 79 | U.N. Sec. Gen., List of non-governmental organizations in consultative status with the Economic and Social Council as of 31 December 2022, U.N. Doc. E/2023/INF/5 (Apr. 4, 2023) (excerpt) |
| Exhibit 80 | U.N. Economic and Social Council Res. 1996/31 (July 25, 1996) |
| Exhibit 81 | U.N. Charter, art. 62 |
| Exhibit 82 | G.A. Res. 60/180, The Peacebuilding Commission (Dec. 20, 2005) |
| Exhibit 83 | G.A. Res. 61/16, Strengthening the Economic and Social Council (Jan. 9, 2007) |
| Exhibit 84 | UN Security Council, Second report of the Monitoring Group established pursuant to Security Council resolution 1363 (2001) dated 2 December 2003 (excerpt) |

| Exhibit 85 | CIA report, "Usama Bin Ladin: Al-Qa'ida's Financial Facilitators," OTI iA 2001-134-HXC (Oct. 18, 2001), beginning at Bates No. CIA_000500 |
|---|---|
| Exhibit 86 | Independent Auditor's Report for year ending June 30, 2003, beginning at Bates No. IIRO 34944 |
| Exhibit 87 | CIA report, "Saudi-Based Financial Support for Terrorist Organizations [redacted]," CTC 2002-40117CH (Nov. 14, 2002), beginning at Bates No. CIA_000143 |
| Exhibit 88 | Treasury Department Memorandum, beginning at Bates No. TREASURY 00102 |
| Exhibit 89 | Unclassified U.S. Department of State Document, beginning at Bates No. BUR-PEC-078470-BUR-PEC-078471 |
| Exhibit 90 | West Point's Combatting Terrorism Center's ("CTC") Harmony Database ("HD"), ID AFGP-2002-003345 ("Letters from Bin Laden") |
| Exhibit 91 | Subpoena directed to Jamal al Fadl dated August 7, 2019 |
| Exhibit 92 | Email from Andrew Krause to Bruce Strong et al., dated September 17, 2019 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2026                              */s/ Aisha E. R. Bembry*
                                                   Aisha E. R. Bembry