# EXHIBIT 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
                           )

In re: Terrorist Attacks on          )
September 11, 2001             )      No. 03 MDL 1570 (GBD) (SN)

——————————————————————— )

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977;
*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849;
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065;
*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03-cv-05071;
*Continental Casualty Co., et al. v. Al Qaeda et al.*, Case No. 04-cv-05970;
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279;
*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-cv-6978;
*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923;
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, Case No. 1:23-cv-02845

## <u>DECLARATION OF MOHAMED FAWZI</u>

1.      I, Mohamed Fawzi, hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2.      I have previously submitted a declaration in this litigation regarding the Muslim World League's ("MWL") document discovery and production efforts in the 9/11 Litigation.

3.      As set forth in more detail below, I was employed by MWL in various positions since 1992, and have resided in Mecca, Saudi Arabia since that time.

4.      In 1992, I began working with MWL as a general accountant in the financial department at the Head Office. In this role, I maintained the daily ledgers, recorded incoming and outgoing funds, and balanced the financial records.

5.      In 1995, I became a budgetary accountant, where I reviewed requests for disbursement and allocated funds as needed.

6.      In 2017, I became the accountant responsible for managing the accounts of the MWL offices abroad.

7.      My tenure with MWL ended in 2022.

8.  Through my experience working in various roles in the financial department, I gained an understanding of MWL's financial and administrative regulations, and have familiarity with the operations of MWL, including its employees.

9.  This declaration concerns the time period from my joining MWL in 1992 through December 31, 2004.

10. Dr. Ahmed Mohamed Ali was the Secretary General of MWL from 1994-1995. He was the Secretary General who followed Dr. Abdullah Naseef (who served from 1983 to 1993) and Dr. Ahmed Mohamed Ali preceded Dr. Abdullah Al-Obaid in that position.

11. The approximate number of employees at the MWL Head Office during the 1990s was 200.

12. MWL's foreign branches included offices in Nigeria, Argentina, Australia, Uganda, Burundi, Tanzania, Comoros, South Africa, Senegal, Somalia, Jordan, Canada, Malaysia, Denmark, Congo, the United Kingdom, Maldives, Mauritania, Russia, Benin, Spain, Niger, France, Indonesia, Philippines, Bangladesh, Pakistan, the United States, Trinidad, Ethiopia, Kenya, Mozambique, Togo, and Switzerland.  MWL also had cultural centers in Switzerland, Italy, Austria, Belgium, Brazil, Spain, Denmark, Niger, Benin, and Nigeria.

13. MWL's foreign branch offices were usually located in offices that were separate from the offices of the International Islamic Relief Organization's ("IIRO"). In some instances, MWL shared office locations with IIRO. In my experience, this occurred when MWL's or IIRO's operations in a specific country were limited and/or the benefit of having designated office space did not justify the additional cost.

14. During my tenure, MWL received its funding as an annual grant from the KSA government.

15. MWL did not use hawala service to transfer its funds.

16. MWL received a list of names from its counsel at Lewis Baack Kaufmann Middlemiss PLLC (LBKM) during the discovery process. To my knowledge, this list was based on names identified by Plaintiffs in discovery requests. MWL searched all available documents for any mention of the individuals on the list provided by LBKM. To the extent any documents, including employment records, were found for any of the individuals, those documents were provided to counsel for production.

17. As part of the search for individuals on the list provided by counsel, MWL searched all available documents and found no evidence that Wadi El Hage or Ihab Ali were ever employed by MWL.

18. With respect to the search for documents pertaining to Mohammed Jamal Khalifa, the latest document located by MWL that was signed by Mohammed Jamal Khalifa in his role as MWL-Philippines director was dated 1/3/1414 Hijri, which is equivalent to August 19,

1993.  To my knowledge, MWL did not locate any document signed by Mohammed Jamal Khalifia in any capacity dated after August 19, 1993.

19.    I did not observe any support provided by MWL to terror organizations, including Al Qaeda. To my knowledge, MWL did not employ members of Al Qaeda or individuals known as Al Qaeda sympathizers to work for or within MWL.

I, Mohamed Fawzi, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


_____[signed]_____

Mohamed Fawzi


Executed On: 4-4-2026

3

محكمة مقاطعة الولايات المتحدة

مقاطعة نيويورك الجنوبية

_____

في القضية المتعلقة بهجمات إرهابية في 11 سبتمبر 2001    رقم *3 MDL 1570* (GBD) (SN)

يطبق على الاتي:

*أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 02-cv-6977؛*
*بورنت وآخرون ضد مؤسسة البركة للاستثمار والتنمية وآخرين، قضية رقم 03-cv- 9849 ؛*
*كانتور فيتزجرالد وشركائه وآخرون ضد بنك اكيدة الخاص (ش.م.م.) وآخرين، قضية رقم 04-cv-7065؛*
*سالفو وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 03-cv-05071 ؛*
*شركة كونتينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم 04-cv-05970 ؛*
*يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم 04-cv-7279 ؛*
*شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم 03-cv-6978 ؛*
*أونيل وآخرون ضد البركة وآخرين، قضية رقم 04-cv-1923 ؛*
*ماهر وآخرون ضد الإمارة الإسلامية في أفغانستان المعروفة أيضاً بالطالبان وآخرين، قضية رقم 1:23-cv-02845*

## تصريح محمد فوزي

1. أنا، محمد فوزي، أصرّح بموجبه بأنني تجاوزت الثامنة عشرة من عمري وأنني بكامل قواي العقلية لأقوم بهذا التصريح. لدي معرفة شخصية بالوقائع المبيّنة أدناه. إذا تم استدعائي كشاهداً، أنا قادر وسأشهد على البيانات والوقائع الواردة هنا والتي هي كلها صحيحة ودقيقة على حد علمي واعتقادي.

2. سبق أن قدّمتُ تصريح في هذه الدعوى فيما يتعلق بجهود رابطة العالم الإسلامي ("الرابطة") في استكشاف وتقديم المستندات في قضية 9\11.

3. كما هو مبيّن بمزيد من التفصيل أدناه فقد عملتُ لدى الرابطة في مناصب مختلفة منذ 1992 وكنت أقطن في مكة- السعودية منذ ذلك الوقت.

4. في 1992، بدأتُ العمل في الرابطة كمحاسب عام في الإدارة المالية في المكتب الرئيسي. في هذا المهام، كنتُ أحافظ على السجلات اليومية، مسجّلاً الأموال الواردة والصادرة وموازنة السجلات المالية.

5. في 1995 أصبحت محاسب الميزانية وكنت أراجع طلبات الصرف والأموال المخصصة حسب الحاجة.

6. في سنة 2017 عملت كمحاسب مسؤول عن إدارة حسابات المكاتب الخارجية للرابطة.

7. انتهت مدة عملي في الرابطة في 2022.

8. خلال تجربتي بالعمل في مناصب مختلفة في الإدارة المالية، اكتسبتُ فهماً للوائح المالية والإدارية الخاصة بالرابطة كما وأصبحتُ على دراية بأنشطة الرابطة بما في ذلك موظفوها.

1

9. إن هذا التصريح يتعلق بالفترة الممتدة من تاريخ انضمامي إلى الرابطة في 1992 وحتى 31 ديسمبر 2004.

10. كان الدكتور أحمد محمد علي الأمين العام للرابطة خلال 1994 - 1995 وكان الأمين العام الذي تبع الدكتور عبدالله نصيف (والذي خدم من 1983 الى 1993) والدكتور أحمد محمد علي سبق الدكتور عبدالله العبيد في هذا المنصب.

11. كان العدد التقريبي لموظفي الرابطة في الأمانة العامة خلال التسعينات 200.

12. كانت فروع الرابطة الخارجية تتضمن مكاتب في نيجيريا والأرجنتين وأستراليا وأوغندا وبوروندي وتنزانيا وجزر القمر وجنوب أفريقيا والسنغال والصومال والأردن وكندا وماليزيا والدنمارك والكونغو والمملكة المتحدة والمالديف وموريتانيا وروسيا وبنين وأسبانيا والنيجر وفرنسا وأندونيسيا والفلبين وبنجلاديش وباكستان والولايات المتحدة وترينداد وأثيوبيا وكينيا والموزمبيق وتوجو والسويسرا. وكان للرابطة أيضا مراكز ثقافية في السويسرا وإيطاليا والنمسا والبلجيك والبرازيل وأسبانيا والدنمارك ونيجر وبنين ونيجيريا.

13. كانت مكاتب فروع الرابطة الخارجية تقع عادةً في مقار منفصل عن مكاتب هيئة الإغاثة الإسلامية العالميّة ("الهيئة"). في بعض الحالات، اشتركت الرابطة مع الهيئة في مواقع المكاتب.  وبحسب خبرتي، كان ذلك يحدث عندما تكون أنشطة الرابطة أو الهيئة في بلد معين محدودة و/أو عندما فائدة تخصيص مكتب مستقل لا تبرّر التكلفة الإضافية.

14. خلال فترة عملي، كانت الرابطة تتلقى تمويلها كمعونة سنوية من الحكومة السعوديّة.

15. لم تستخدم الرابطة خدمة الحوالة السريعة لتحويل الأموال.

16. تلقت الرابطة قائمة بأسماء من مستشاريها القانونيين في مكتب المحاماة لويس باخ كاوفمان ميدلمس  (LBKM) خلال مرحلة الإستكشاف. على حد علمي أن هذه القائمة استندت إلى أسماء حدّدها المدّعون في طلبات الإستكشاف. لقد قامت الرابطة بالبحث في جميع المستندات المتاحة لأي ذكر عن الأفراد على القائمة الموفرة من LBKM. وبقدر ما تم العثور عليه من مستندات تخص الأفراد، بما في ذلك سجلات التوظيف، فإن هذه المستندات أعطيت للمستشارين القانونيين  لتقديمها.

17. ومن ضمن البحث على الأفراد على القائمة التي وفرت من قبل المستشارين القانونيين فقد قامت الرابطة بالبحث في جميع المستندات المتاحة ولم تجد أي دليل على أن وديع الحاج أو إيهاب علي قد عملا لدى الرابطة  في أي وقت كان.

18. فيما يتعلق بالبحث عن المستندات بخصوص محمد جمال خليفة فإن تاريخ اخر مستند تم العثور  عليه من قبل الرابطة والذي كان موقع من قبل محمد جمال خليفة في دوره كمدير مكتب الرابطة في الفلبين هو 1\3\1414 هجري الموافق 19 أغسطس 1993. على حد علمي لم تعثر الرابطة على أي مستند موقع من قبل محمد جمال خليفة في أي صفة بعد تاريخ 19 أغسطس 1993.

19. لم ألاحظ تقديم أي دعم من قبل الرابطة لمنظمات إرهابية بما في ذلك القاعدة. على حدّ علمي، لم تقم الرابطة  بتوظيف عناصر من القاعدة أو أفراد معروفين بتعاطفهم مع القاعدة للعمل في الرابطة أو لديها.

أنا، محمد فوزي، أصرّح تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.

_____

محمد فوزي        نُفذ في 4-4-2026

2

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** M. Fawzi Declaration

**Source language:** Arabic                    **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026