# EXHIBIT 08

**DECLARATION OF ABDULHADI DAGUIT**

1.  I, the undersigned, Abdulhadi Daguit, hereby declare that the following statements are true as a matter of my personal knowledge.

2.  The Philippines office of the International Islamic Relief Organization (hereinafter referred to as "IIRO-Philippines") was established in Manila in 1986 and operated until 2006.

3.  I began my work at IIRO-Philippines in 1986 in the role of office secretary, a role I held until my promotion in the early 1990s to division chief for social services.  I held that position until 2005, when I became acting director until the office's closure in 2006.

4.  During my time working at IIRO-Philippines, I was intimately involved in all aspects of its operation and activities and gained significant first-hand knowledge of its operations.

5.  During my IIRO-Philippines office tenure, and as part of my duties, I interacted routinely and regularly with IIRO Head Office in Saudi Arabia concerning our operations and finances.  I also visited the Head Office on multiple occasions. Consequently, I became intimately familiar with the Head Office's protocols and procedures, operations, employees, relationships, and finances, as well as its policies and procedures for supervising the operations of its branch offices.

6.  IIRO's humanitarian efforts in the Philippines focused primarily on the provision of health clinics, orphanages, education scholarships (mostly secular in nature), emergency relief programs, and Ramadan meals, as well as the construction of mosques and wells.

7.  In the Philippines, IIRO-Philippines operated three main orphanages, one in Zamboanga City, one in Cotabato City and one in Marawi City, all of which served hundreds of orphans.

8.  The IIRO-Philippines office implemented its projects through its three regional offices. All programs were first budgeted by the IIRO-Philippines lead office, and then the budgeted funds were sent to the appropriate regional office.  The regional offices would implement the projects and then periodically report back to the lead office in Manila.  The Manila lead office would then prepare a report to send to the Head Office whenever money was spent and a project was finished, including accounting receipts and pictures of the projects.

1

9.  Over the years, the number of staff at the IIRO-Philippines office fluctuated between 20 or so in the early 1990s, to about 3-4 in the early 2000s. The reduction in staff was due to budget cuts.

10.  I also have personal knowledge about the limited activities of the Muslim World League ("MWL") in the Philippines because the MWL shared offices with IIRO-Philippines in Manila and through my work for IIRO-Philippines.

11.  At all times in the Philippines, while IIRO and MWL operated from the same physical location, their activities were kept separate, and the funding for each entity's operations were always kept separate.

12.  Among MWL's activities were sponsorship of missionaries, and providing support to mosques and schools.

13.  The MWL-sponsored missionaries worked on a part time basis. They did not receive salaries nor were considered employees. They were paid a de-Minimis stipend on a yearly or bi-annual basis, unlike employees, who were paid monthly. They had no employment contracts with either MWL or IIRO and were not utilized full time.

14.  The missionaries mainly gave sermons, the contents of which they were free to choose and were not provided by MWL. They also preached to the local Muslim populations. Neither MWL nor IIRO trained the missionaries, nor did they oversee/supervise missionary activities.

15.  Because the IIRO Head Office in Saudi Arabia had its own accounting procedures that differed from those in the Philippines, and due to variances in the languages used by the accountants (Arabic versus English), there were some challenges to maintaining full compliance with the Head Office's procedures. For example, whenever the IIRO-Philippines accountant created reports for the Head Office, the office staff would have to translate them to Arabic, which would be very time-consuming. Despite those challenges, all IIRO personnel that I encountered – be they in the Philippines or Saudi Arabia – worked towards the same goal of maximum compliance with applicable policies and procedures with an emphasis on accountability.

16.  In my interactions with IIRO's Head Office in Saudi Arabia, including those regarding perceived accounting discrepancies or minor procedural deviations, it was my impression that the Head Office took these matters seriously and investigated all issues, ascertaining whether wrongdoing occurred and helping us to ensure that such issues would not repeat.

2

17. During my tenure at the office, relations with the Philippines government were exemplary. No allegations of terrorism or support of militants were ever made by the authorities in relation to IIRO-Philippines during this time.

18. IIRO-Philippines was always keen on meeting the standards set by law and never had any negative encounters with Philippines officials. No employee was ever arrested during his employment for any reason, be it for suspicion of terrorism or otherwise, between 1986 and 2001.

19. The IIRO-Philippines office often cooperated with the Philippines government in the provision of relief projects. IIRO-Philippines officials worked with the appropriate Philippines government offices – mainly the Office of Social Services and the Office of National Defense – and cooperated with them on aid distribution.

20. Mohamed Jamal Khalifa ("Khalifa") resigned from IIRO-Philippines in 1993. Prior to that, in September 1992, Khalifa's role in IIRO-Philippines was diminished from Director to Supervisor, due to his time constraints and desire to engage more actively in his non-IIRO pursuits. Even prior to this, Khalifa was not in the office frequently, only coming in once or twice a month, and was not involved in office operations. After 1992, Khalifa was no longer a signatory of the IIRO-Philippines accounts, and he operated in a very limited role and had no authority to disburse funds until his resignation in 1993.

21. After Khalifa resigned from IIRO-Philippines, he traveled to the U.S. in 1994 and was arrested and deported to Jordan. At the time of his 1994 arrest, Khalifa had no relationship whatsoever to IIRO-Philippines or to MWL. To my knowledge, Khalifa never returned to the IIRO-Philippines after the reversal of his conviction and release from custody in Jordan.

22. My relationship to MJK was purely professional, and after office hours there was no personal relationship. I became aware in 2006, when the IIRO-Philippines office was designated, that the United States Treasury Department characterized me as a "trusted associate" of Khalifa. I have no knowledge as to the basis of this characterization, but I did not have a relationship with Khalifa apart from my work at IIRO.

23. During his time with IIRO, which ended in 1993, I developed a general awareness that Khalifa had several independent, purely private, side business projects that had no relationship to IIRO. For those projects, Khalifa operated his own businesses, employed his own staff, and utilized his own funds. These projects were not part of Khalifa's duties as a director at IIRO, nor were they carried out with the authorization, direction, or participation of, at the behest of, or on behalf of IIRO.

3

24. For instance, one of Khalifa's personal projects was the Islamic Research and Information Center ("IRIC"), which focused on proselytization to non-Muslim Filipinos. IRIC did not fall under MWL's umbrella and its propagation work differed from that of MWL, which restricted itself to general propagation of Islam to Muslim populations, not attempted conversion of non-Muslims which was IRIC's focus.

25. As part of the IRIC, Khalifa also operated an educational institute called the Dar Ul-Imam Al-Shafee Center in Marawi, which shares a similar name with the IIRO funded and operated Dar Ul-Imam Al-Shafee Orphanage in Zamboanga City; however, the two organizations are completely separate and IIRO did not fund or sponsor Dar Ul-Imam Al-Shafee Center.

26. Another of Khalifa's personal projects was Khalifa Trading Industry ("KTI"), which manufactured Ratan chairs and tables. This separate business occupied much of Khalifa's time and took him on many international trips. He would import furniture to Indonesia, Singapore, Thailand, and many other countries.

27. There was no cross utilization of staff between IIRO and any of Khalifa's personal organizations – including KTI, IRIC, or Dar Ul-Imam Al-Shafee Center. Nor was there cross utilization of MWL personnel. No MWL or IIRO funds were disbursed on any of these projects.

28. As evident from their areas of business and operations, which diverged markedly from IIRO's activities, Khalifa's side projects did not support or further IIRO's operations in the Philippines, and IIRO did not claim or represent that these side projects were IIRO-related or IIRO-supported.

29. The Jordanian individuals, including Abdullah Hashaikeh, allegedly implicated in 1993 bombings in Jordan were never IIRO-Philippines employees.

30. The IIRO-Philippines office did not issue IDs in the Philippines. Any allegation that the Bojinka plotters included an arrested man with an IIRO ID is incorrect. There was no need for IDs in the Philippines because there were no checkpoints or restrictions on movements, unlike what is typically found in warzones.

31. Neither I, nor any other employee in the IIRO-Philippines, to my knowledge, participated in the Afghanistan jihad against the Soviets, other than MJK.

32. Neither I nor the IIRO-Philippines office provided any assistance to any militants in the Philippines, including militants affiliated with ASG or Al Qaida, nor to my knowledge did

4

any other employee or IIRO branch (or representative) in the Philippines.   I have seen no evidence to support the notion that IIRO or its employees have helped militants in the Philippines, and no similar allegation has been brought to my attention by local authorities regarding IIRO or its employees, including Mahmoud Afif or Mohammed Sabri Salamah.

33.     IIRO-Philippines did not work with any individual associated with Abu Sayyaf Group ("ASG") and to my knowledge no individual connected with ASG ever was employed or connected in any manner to IIRO-Philippines.

34.     During my tenure, I am not aware of any assistance provided by IIRO-Philippines to the Moro Islamic Liberation Front ("MILF"), nor did IIRO-Philippines implement projects with the MILF.

35.     IIRO-Philippines worked with other organizations in the Philippines. If an organization was registered with the government, then the IIRO-Philippines lead office would presume that it was legitimate and not subversive and that it adhered to the existing laws of the Philippines government.  As an added layer of due diligence, IIRO-Philippines would also vet the organizations' registrations and permits from the local governments.

36.     After the 2006 designation of IIRO-Philippines, the office was closed and former employees were prohibited from accessing the office.  IIRO projects were liquidated.

37.     The 2006 closure of the office, to my knowledge, was not mandated by the Philippines government, and I do not recall any correspondence or communication from the Philippines government during this time.  No interviews, investigations, or arrests were ordered by the Philippines government.

38.     I have personally experienced no legal issues with the Philippines government since the office closure.  I was neither interviewed nor arrested.  Since that time, I can travel as I wish, locally and internationally.  In fact, after the office was closed, the University of the Philippines, the national university of the Philippines Government, hired me to teach Arabic and I have held that position since that time. In addition, since that time, I have been a member, and a chairperson, of various governmental commissions.

5

39. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Abdulhadi Daguit

Executed On: 29/12/2022