# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re: Terrorist Attacks on       )
September 11, 2001          )      No. 03 MDL 1570 (GBD) (SN)

_____ )

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, *Case No.* 02-cv-6977 (GBD) (SN);

*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN);

*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN);

*Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN);

*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN);

*Federal Insurance Co., et al. v. A1 Qaida, et al.,* Case No. 03-cv-6978 (GBD) (SN);

*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).

### <u>DECLARATION OF DR. ABDULLAH BIN ABDUL MOHSEN AL-TURKI</u>

1. I, Abdullah bin Abdul Mohsen Al-Turki, hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I could at that time be able to and would testify to the statements and facts contained herein, all of which I confirm are true and accurate to the best of my knowledge and belief.

2. I have previously submitted sworn statements in this proceeding, including a Declaration dated March 31, 2004 in support of my original motion to dismiss filed on April 8, 2004 (ECF 85), as well as a Declaration dated July 13, 2018, and submitted on July 20, 2018 (ECF 4063). Except for the point that I clarify in paragraph 3 below, the statements and facts contained in these previous declarations remain true and accurate to the best of my knowledge and belief, and if called as a witness, I could at that time be able to and would testify to the statements and facts contained therein.

3. I served as Secretary General of the Muslim World League ("MWL"), the most senior position within the organization, from November 2000 to 2016. The declaration I submitted

1

on July 13, 2018 in this litigation contained a typographical error indicating that I held that position from 2001. Unless otherwise indicated, the statements and facts contained herein refer to the period of my tenure at each organization.

4.     MWL was established in 1962 and it is an international Islamic non-governmental organization based in Makkah/Kingdom of Saudi Arabia that takes part in charitable projects around the world. MWL operates approximately 30 offices and cultural centers throughout the world.

5.     Through its educational, religious, and cultural projects, MWL promotes dialogue across cultures and the followers of religions, seeks to spread moderate Islamic values, and counters extremist ideology through a message of peace and harmony.

6.     MWL has a general consultative status with the United Nations' Economic and Social Council.

7.     MWL is particularly interested in alleviating Muslim suffering worldwide, whether due to natural disasters or internal civil or political conflict. For example, MWL participated in the peace negotiations between the Philippines Government and the Moro Islamic Liberation Front in order to assist in reaching a peaceful resolution between the two, who had been in conflict for many years. My predecessor was even invited by the Government of the Philippines to attend a ceremony marking peace between the two.

8.     I never authorized, explicitly or implicitly, and have no knowledge of the alleged activities conducted or financing provided by MWL in support of Al Qaeda or any other terrorist organization.

9.     I am not aware of any person within MWL who authorized or instructed, explicitly or implicitly, MWL employees to provide any form of support, whether financial or otherwise, to Al Qaeda or any other terrorist organization.

10.     MWL never had a relationship with Al Qaeda and did not provide support, whether financial or otherwise, to Al Qaeda or any other terrorist organization.

11.     I am not aware of any member of MWL's management who agreed with Al Qaeda's aims or acts.  In fact, as the most senior official within the organization, I worked actively with others at MWL to counter Al Qaeda's ideologies.

12.     No MWL employee, member of management, or branch office was designated by the US Treasury Department's Office of Foreign Assets Control ("OFAC") as a Specifically Designated Terrorist prior to September 11, 2001.

13. Prior to the designation of Wael Jelaidan (MWL's former director in Pakistan) by OFAC in September 2002, I was not aware of any allegations that he provided any support, whether financial or otherwise, to Al Qaeda.

14. During my tenure as Secretary General of MWL, I also served as the *ex officio* Chair of the Board of Directors for the International Islamic Relief Organization ("IIRO"), a charitable organization based in Jeddah, Kingdom of Saudi Arabia that provided general humanitarian aid to impoverished people, as well as emergency aid in response to crises and natural disasters.

15. IIRO had approximately 50 offices within the Kingdom of Saudi Arabia and abroad and engaged in humanitarian activities in more than 120 countries. IIRO worked with other international relief organizations, including the United Nations High Commission on Refugees and the International Conference of Red Cross and Red Crescent Societies.

16. The IIRO Board of Directors studied and addressed issues that were presented to it, and provided recommendations that were implemented by IIRO's Secretariat General. In instances where any type of misconduct was presented, the Board always recommended a thorough investigation of such issues.

17. While MWL enjoyed a working relationship with the IIRO, MWL was both financially and structurally independent from IIRO. IIRO and MWL operated independently, and MWL exercised no control over IIRO's day-to-day operations.

18. IIRO maintained separate corporate governance, functions, identities, and operations from MWL. For instance, IIRO had separate payrolls, bank accounts, budgets, and management and documents systems. While some employees in foreign branch offices held dual posts at IIRO and MWL, they received separate compensation, instructions, and budgets for each of IIRO and MWL's projects and work.

19. While MWL and IIRO worked closely together on some projects, MWL could not and did not control IIRO's day-to-day activities or management, and IIRO could not and did not act on MWL's behalf.

20. I am not aware of any alleged activities conducted or alleged financing provided by IIRO in support of Al Qaeda or any other terrorist organization.

21. As Secretary General for MWL, I also served *ex officio* as a member of the board of Rabita Trust, an organization established jointly in Pakistan by MWL and the Government of Pakistan in 1988 for the purpose of rehoming Baharis (Pakistanis living in Bangladesh following the Indo-Pakistani War) from Bangladesh to Pakistan. The President of Pakistan served as Chairman of the Rabita Trust Board. By the time I became a member of the

Rabita Trust board, the organization was inoperative and I do not recall attending any meetings relating to it.

22. The Rabita Trust maintained separate corporate governance, functions, identities, and operations from MWL and IIRO. For instance, it had separate payrolls and budgets and managed its own assets in coordination with the Pakistani Government.

23. MWL could not and did not control Rabita Trust's day-to-day activities or management. Rabita Trust could not and did not act on MWL's behalf.

24. I am not aware of any alleged activities conducted or alleged financing provided by the Rabita Trust in support of Al Qaeda or any other terrorist organization. If any occurred, I confirm that neither I nor MWL were aware of this, and likewise the absence of my approval and the absence of MWL's approval to such activity, whether by insinuation or expressly.

25. I have worked actively to counter the ideologies of Osama Bin Laden and Al Qaeda and their affiliated terrorist organizations in my sermons and speeches and private meetings, and I condemned terrorist acts including the events of 11 September 2001. After the attacks of 11 September, and in my capacity as General Secretary of the MWL, I published a number of statements condemning the attacks and these were detailed in paragraph 14 of the declaration dated 31 March 2004.

Pursuant to 28 U.S.C. § 1746, I, Abdullah Bin Abdelmohsen Al-Turki, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signature]

_____
Abdullah Bin Abdelmohsen Al-Turki

Executed On 8/4/2023

4

<div dir="rtl">

محكمة مقاطعة الولايات المتحدة
مقاطعة نيويورك الجنوبية

_____
(
في القضية المتعلّقة بهجمات إرهابية في 11 سبتمبر 2001 )    رقم 3 MDL 1570 (GBD) (SN)
(
_____

يطبق على الاتي:

*أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم 02-cv-6977(GBD) (SN)؛*

*بورنت وآخرون ضد مؤسسة البركة للاستثمار والتنمية وآخرين، قضية رقم 03-cv- 9849 (GBD) (SN)؛*

*كانتور فيتزجرالد وشركائه وآخرون ضد بنك اكيدة الخاص ( ش.م.م.) وآخرين، قضية رقم 04-cv-7065 (GBD) (SN)؛*

*شركة كونتينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم 04-cv-05970 (GBD) (SN)؛*

*يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم 04-cv-7279 (GBD) (SN)؛*

*شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم 03-cv-6978 (GBD) (SN)؛*

*أونيل وآخرون ضد البركة وآخرين، قضية رقم 04-cv-1923 (GBD) (SN).*

**بيان د.عبدالله بن عبد المحسن التركي**

1.    أنا ، عبد الله بن عبد المحسن التركي ، أفيد  بموجبه بأنني تجاوزت الثامنة عشرة من عمري وأنني أتمتع بكامل قواي العقلية لأقدم هذا البيان. لدي معرفة شخصية بالوقائع المبينة أدناه. إذا تم استدعائي شاهداً سأكون حينها قادراً وسأشهد على البيانات والوقائع الواردة  والتي أؤكد أن كلها صحيحة ودقيقة على حد علمي واعتقادي.

2.    لقد  سبق وقدّمت بيانات يؤكدها اليمين في هذه القضية بما في ذلك بيان بتاريخ 31 مارس 2004 لدعم طلبي الأصلي بالردّ المقدم في 8 أبريل 2004 (85 ECF) ، وكذلك بيان بتاريخ 13 يوليو 2018 وتم تقديمه في 20 يوليو 2018 (4063 ECF). باستثناء النقطة التي أوضحتها في الفقرة 3 أدناه، تظل البيانات والوقائع الواردة في هذين البيانين السابقين صحيحة ودقيقة على حد علمي واعتقادي وإذا تم استدعائي شاهداً ، سأكون حينها قادراً وسأشهد على الأقوال والحقائق الواردة فيه.

3.    شغلت منصب الأمين العام لرابطة العالم الإسلامي ("الرابطة") وهو أعلى منصب في المنظمة من نوفمبر 2000 إلى 2016. إنّ البيان الذي قدّمته في هذه الدعوى في ١٣ يوليو ٢٠١٨ قد تضمّن خطأ

</div>



1

مطبعيًا يشير إلى أنني قد شغلت ذلك المنصب منذ عام 2001. ما لم يُذكر خلاف ذلك ، تشير البيانات والوقائع الواردة هنا إلى فترة ولايتي في كل منظمة.

4. تأسست الرابطة في عام 1962 وهي منظمة إسلامية دولية غير حكومية مقرها في مكة/المملكة العربية السعودية وتشارك في مشاريع خيرية في جميع أنحاء العالم. تدير الرابطة ما يقارب 30 مكتبًا ومركزًا ثقافيًا في جميع أنحاء العالم.

5. من خلال مشاريعها التعليمية والدينية والثقافية، تشجع الرابطة الحوار بين الثقافات وأتباع الأديان وتسعى إلى نشر القيم الإسلامية الوسطية وتقاوم الفكر المتطرّف من خلال رسالة السلام والتناغم.

6. لرابطة العالم الإسلامي مركز استشاري عام مع المجلس الاقتصادي والاجتماعي التابع للأمم المتحدة.

7. تهتم الرابطة بشكل خاص بالتخفيف من معاناة المسلمين في جميع أنحاء العالم، سواء بسبب الكوارث الطبيعية أو الصراع المدني أو السياسي الداخلي. على سبيل المثال، شاركت الرابطة في مفاوضات السلام بين حكومة الفلبين وجبهة تحرير مورو الإسلامية من أجل المساعدة في التوصل إلى حل سلمي بين الاثنين اللذين كانا في صراع منذ سنوات عديدة. حتى أن حكومة الفلبين دعت من سبقني في المنصب لحضور احتفال إحياء السلام بين الاثنين.

8. لم أسمح مطلقًا بشكل صريح أو ضمني، وليس لدي علم بالأنشطة أو التمويل المزعوم المقدّم من قبل الرابطة لدعم القاعدة أو أي منظمة إرهابية أخرى.

9. ليس لدي علم أن أي شخص داخل الرابطة سمح أو أعطى تعليمات ، بشكل صريح أو ضمني، لموظفي الرابطة لتقديم أي شكل من أشكال الدعم إلى القاعدة أو أي منظمة إرهابية أخرى، سواء كان ماليًا أو غير ذلك.

10. لم يكن للرابطة أبدًا علاقة بالقاعدة ولم تقدم الدعم إلى القاعدة أو أي منظمة إرهابية أخرى، سواء كان ماليًا أو غير ذلك.

11. ليس لدي علم أن أي عضو في إدارة الرابطة إتفق مع أهداف القاعدة أو أفعالها. في الواقع وبصفتي أكبر مسؤول في المنظمة، عملت بنشاط مع آخرين في الرابطة لمواجهة أيديولوجية القاعدة.

12. لم يتم تصنيف أي موظف في الرابطة أو أي عضو إداري أو أي مكتب فرعي من قبل مكتب مراقبة الأصول الأجنبية التابع لوزارة الخزانة الأمريكية كإرهابي مصنف على وجه التحديد قبل 11 سبتمبر 2001.

13. قبل تصنيف وائل جليدان (المدير السابق للرابطة في باكستان) من قبل مكتب مراقبة الأصول الأجنبية في سبتمبر 2002، لم أكن على علم بأي ادعاءات بأنه قدم أي دعم للقاعدة سواء كان ماليًا أو غير ذلك.

2

14. خلال فترة إشغالي منصب أمين عام الرابطة شغلت أيضًا منصب رئيس مجلس إدارة هيئة الإغاثة الإسلامية العالمية ("الهيئة") وهي منظمة خيرية مقرها جدة/المملكة العربية السعودية والتي قدمت مساعدات إنسانية عامة للفقراء فضلا عن المساعدات الطارئة إستجابةً للأزمات والكوارث الطبيعية.

15. كان للهيئة ما يقارب 50 مكتبًا داخل المملكة العربية السعودية وخارجها وتشارك في أنشطة إنسانية في أكثر من 120 دولة. عملت الهيئة مع منظمات الإغاثة الدولية الأخرى بما في ذلك مفوضية الأمم المتحدة السامية لشؤون اللاجئين والمؤتمر الدولي للصليب الأحمر وجمعيات الهلال الأحمر.

16. قام مجلس إدارة الهيئة بدراسة وتناول القضايا التي تم عرضها عليه وقدم التوصيات التي تم تنفيذها من قبل الأمانة العامة للهيئة. في الحالات التي تم فيها عرض أي نوع من سوء السلوك أوصى المجلس دائمًا بإجراء تحقيق شامل في هذه القضايا.

17. رغم تمتع الرابطة بعلاقة عمل مع الهيئة إلا أن الرابطة مستقلة ماليًا وهيكليًا عن الهيئة. عملت كلّ من الهيئة والرابطة بشكل مستقل ولم تمارس الرابطة أي سيطرة على عمليات الهيئة اليومية.

18. حافظت الهيئة على حوكمة ووظائف وهويات وعمليات مؤسسية منفصلة عن الرابطة. على سبيل المثال، كان لدى الهيئة كشوف رواتب وحسابات مصرفية وميزانيات وأنظمة إدارة ومستندات منفصلة. بينما شغل بعض الموظفين في مكاتب الفروع الأجنبية وظائف مزدوجة في الهيئة والرابطة، إلّا أنهم تلقوا تعويضات وتعليمات وميزانيات منفصلة لمشاريع وعمليات بالنسبة لكلّ من الهيئة والرابطة.

19. بينما عملت الرابطة والهيئة معًا بشكل وثيق في بعض المشاريع، لم تتمكن ولم تتحكم الرابطة في الأنشطة او الإدارة اليومية للهيئة ولم تتمكن ولم تتصرف الهيئة نيابة عن الرابطة.

20. لست على علم بأي أنشطة مزعومة تم إجراؤها أو تمويل مزعوم جرى تقديمه من قبل الهيئة لدعم القاعدة أو أي منظمة إرهابية أخرى.

21. بحكم منصبي أمينًا عامًا للرابطة، كنت عضوًا في مجلس وقف الرابطة وهي منظمة في باكستان تم إنشاؤها بشكل مشترك من قبل الرابطة وحكومة باكستان في عام 1988 لغرض إعادة توطين الباهاريين (الباكستانيين الذين يعيشون في بنغلاديش بعد حرب الهند و الباكستان) من بنغلاديش إلى باكستان. شغل رئيس باكستان منصب رئيس مجلس إدارة وقف الرابطة. بحلول الوقت الذي أصبحت فيه عضوًا في مجلس وقف الرابطة، كانت منظمة منتهية ولا أذكر أنني حضرت أي اجتماعات له.

22. حافظ وقف الرابطة على حوكمة ووظائف وهويات وعمليات مؤسسية منفصلة عن الرابطة والهيئة. على سبيل المثال، كان لديه كشوف رواتب وميزانيات منفصلة ويدير أصوله بالتنسيق مع الحكومة الباكستانية.

3

23. لم تتمكن الرابطة ولم تتحكم في الأنشطة أو الإدارة اليومية لوقف الرابطة. لم يتمكن ولم يتصرف وقف الرابطة نيابة عن الرابطة.

24. لست على علم بأي أنشطة مزعومة جرت أو تمويل مزعوم قدم من قبل وقف الرابطة لدعم القاعدة أو أي منظمة إرهابية أخرى. ولو افترض أحد حدوث ذلك، فإني أؤكد عدم علمي وعدم علم الرابطة بذلك وكذلك عدم موافقتي وعدم موافقة الرابطة على هذا النشاط لا بالتلميح ولا بالتصريح.

25. لقد عملت بنشاط لمواجهة إيديولوجيات أسامة بن لادن والقاعدة والمنظمات الإرهابية التابعة لها في خطبي وخطاباتي واجتماعاتي الخاصة وقد استنكرت أعمال الإرهاب بما في ذلك أحداث 11 سبتمبر 2001. بعد هجمات 11 سبتمبر وبصفتي الأمين العام لرابطة العالم الإسلامي، قمت بنشر العديد من البيانات التي تدين الهجمات والتي تم تفصيلها في الفقرة 14 من البيان المؤرخ 31 مارس 2004.

وفقًا لقانون 28 U.S.C. § 1746، أصرح أنا، عبد الله بن عبد المحسن التركي، تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.



عبد الله بن عبد المحسن التركي

بتاريخ ١٤١٨/٥٢٠٤٦م

4

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

### CERTIFICATE OF TRANSLATION

**Title of Source Document:** Al-Turki Declaration (25 Paragraphs)

**Source language:** Arabic                    **Translated to:** English

### TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

### Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                    **Date:** 11 April 2026