# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re: Terrorist Attacks on                    )
September 11, 2001                              )        No. 03 MDL 1570 (GBD) (SN)
_____        )

This applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, *Case No.* 02-cv-6977 (GBD) (SN);

*Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (SN);

*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-7065 (GBD) (SN);

*Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970 (GBD) (SN);

*Euro Brokers Inc., et al. v. Ai Baraka, et al.*, Case No. 04-cv-7279 (GBD)(SN);

*Federal Insurance Co., et al. v. A1 Qaida, et al.,* Case No. 03-cv-6978 (GBD) (SN);

*O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923 (GBD) (SN).

## DECLARATION OF DR. ADNAN BASHA

1. I, Dr. Adnan Basha, hereby declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below.

2. I have previously submitted sworn statements in this proceeding, including declarations dated September 19, 2017 and September 30, 2017 (ECF 3764) and July 13, 2018 (ECF 4063). The statements and facts contained in these previous declarations remain true and accurate to the best of my knowledge and belief, and if called as a witness, I could and would testify to the statements and facts contained therein and also to the statements and facts contained in this declaration.

3. I was born in the Kingdom of Saudi Arabia on April 29, 1949 and have lived in Saudi Arabia for my entire life, even during my studies in the university in Britain.

4. I earned a Bachelor of Science degree in English Language and Education from King Abdul Aziz University in 1972. I also earned a Master of Science degree in Management and Educational Planning from Umm Al Qura University in 1984. Finally, I earned a Ph. D. in Philosophy at the University of Salford in Britain in 1992.

1

5. From 1977 until 1997, and then again from 2013 until my retirement in 2016, I served in various roles at the Muslim World League ("MWL"). From 1997 until 2013, I served as Secretary General of the International Islamic Relief Organization ("IIRO"). Unless otherwise indicated, the statements and facts contained herein refer to the period of my tenure at each organization.

6. In 1998, I was appointed to the Board of Trustees of the Rabita Trust. The Rabita Trust is a Pakistan-based charity established by MWL and the government of Pakistan, whose President served as Chairman of the Board.

7. To my knowledge, during the time that I was an appointed member of the Board of Trustees of the Rabita Trust, no meetings were held for this board and for that reason I have no knowledge of any work conducted by this Trust.

8. I am aware of allegations that I ordered the closure of the Rabita Trust's Lahore, Pakistan office after September 11, 2001. These allegations are false. Rahmatullah Nazir Khan closed the office based on instructions from the Pakistani Government and simply notified me of such action presumably in my capacity as a member of the board. I did not take any affirmative action to close the office, and, in fact, a member of a board of directors does not have the authority to close the office on his own.

9. During my deposition in this case, I was questioned about my involvement in the nomination of Wa'el Jelaiden in the urgent relief committee for Kosovo that is affiliated with the Saudi Joint Relief Committee for Kosovo. I met Wa'el Jelaidan only once in 1999 at a meeting of the Executive Committee for IIRO's Board of Directors, of which I was a member in my role as Secretary General. At that meeting, the other members of the Executive Committee and I collectively considered Mr. Jelaidan's nomination. I had never communicated with Mr. Jelaidan before this meeting and did not have any information about him nor did the proposal for his nomination contain any information regarding the existence of a previous relationship with Osama bin Laden and I did not otherwise know of the existence of such a relationship.

10. I am aware of allegations concerning Dr. Abdel Hamid al-Mujil. Mr. al-Mujil worked in the IIRO Eastern Provinces branch office in the Kingdom of Saudi Arabia from 1989 – i.e., prior to my joining IIRO for work – to 2006, and he worked under the supervision of Prince Turki Bin Jalawi until 2003. During most of his tenure, he was the office's Executive Director and later became its Acting Director.

11. In 2003, I appointed Dr. Abdel Hamid al-Mujil to manage the operations of the IIRO-Eastern Province office. Dr. al-Mujil was working at that time in the Eastern Province office as an executive director when Prince Turki resigned, and I was not involved in the appointment of Dr. al-Mujil in 1989. At the time of the appointment of Dr. al-Mujil to manage the operations of the office, I did not have any knowledge of the existence of allegations connecting him to al Qaeda.

2

12. I have never participated in nor directed anyone to participate in any activities intended to support al Qaeda or any other terrorist organization, which contradicts the goals, values and morals of IIRO.

13. I have never provided nor directed anyone to provide any financing to or in support of al Qaeda or any other terrorist organization.

14. I have never supported nor instructed anyone else, explicitly or implicitly, to support al Qaeda or any other terrorist organization.

15. I never knew or intended at all that any of IIRO's funds would be sent to or used to support al Qaeda.

16. Plaintiffs' allegations that I was involved in recruiting and providing personnel to al Qaeda are false.

17. I am aware that Plaintiffs have alleged that I have stated that IIRO provided sixty million dollars to the Taliban. This allegation is false and I did not state this. IIRO has never provided funds to the Taliban and IIRO does not provide donations to parties. I have, however, previously spoken about the humanitarian aid IIRO historically provided to the Afghan people – prior to and during my tenure at IIRO – particularly in the wake of the Soviet invasion and their retreat from Afghanistan. And IIRO was in constant conflict with the Taliban regarding its management of its operations in Afghanistan, including the multiple instances of the Taliban's takeover of IIRO's hospital.

18. I have never aided nor ever intended to aid a terrorist attack or to support al Qaeda.

19. I did not know at any time prior to September 11, 2001 that al Qaeda was planning a terrorist attack against the United States.

20. I do not agree with, and have never agreed with, the aims and acts of al Qaeda or its affiliated terrorist organizations. To the contrary, I was disgusted by the terrorist attacks on September 11, 2001. These terror attacks were criminal, and my Muslim faith prohibits them.

21. I did not know Osama bin Ladin.

22. I have worked actively to counter the ideologies of Osama bin Ladin and al Qaeda and its affiliated terrorist organizations and have denounced acts of terrorism, including those of September 11, 2001. Shortly after September 11, 2001, I appeared on Saudi television and CNBC and other radio and television stations to condemn these terrorist acts because it simply violates the human values which IIRO was established upon.

23. I am aware that Plaintiffs have asserted that I served on the board of Al Haramain Al Masjed Al Aqsa. I did not serve on the board of this entity nor did I work with it in any capacity at any time.

3

Pursuant to 28 U.S.C. § 1746, I, Adnan Basha, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ [Signed]

Adnan Basha

Executed On: 05.04.2023

محكمة مقاطعة الولاية المتحدة
المقاطعة الجنوبية من نيويورك

_____

في القضية المتعلقة بهجمات إرهابية في 11 سبتمبر 2001    رقم *3 MDL 1570* (GBD) (SN)

يطبق على الاتي:

أشتون وآخرون ضد القاعدة الإسلامية العسكرية وآخرين، قضية رقم *02-cv-6977*(GBD) (SN)؛

بورنت وآخرون ضد مؤسسة البركة للاستثمار والتنمية وآخرين، قضية رقم *03-cv-9849* (GBD) (SN)؛

كانتور فيتز جرالد وشركائه وآخرون ضد بنك اكيدة الخاص (ش.م.م.) وآخرين، قضية رقم *04-cv-7065* (GBD) (SN)؛

شركة كونتينينتال كاجولتي وآخرون ضد القاعدة وآخرين، قضية رقم *04-cv-05970* (GBD) (SN)؛

يورو بروكرز إنك وآخرون ضد البركة وآخرين، قضية رقم *04-cv-7279* (GBD) (SN)؛

شركة التأمين الفدرالي وآخرون ضد القاعدة وآخرين، قضية رقم *03-cv-6978* (GBD) (SN)؛

أونيل وآخرون ضد البركة وآخرين، قضية رقم *04-cv-1923* (GBD)و (SN).

## تصريح د. عدنان باشا

1. أنا عدنان باشا أصرّح بموجبه بأنني تجاوزت الثامنة عشرة من عمري وأنني بكامل قواي العقلية لأقوم بهذا التصريح. لدي معرفة شخصية بالوقائع المبينة أدناه.

2. لقد سبق وقدّمت بيانات تحت القسم في هذه القضية، بما في ذلك التصاريح المؤرخة 19 سبتمبر 2017 و 30 سبتمبر 2017 (ECF 3764) و 13 يوليو 2018 (ECF 4063) . تظل البيانات والوقائع الواردة في هذه التصريحات السابقة صحيحة ودقيقة على حد علمي واعتقادي، وإذا استدعيت كشاهد، أنا قادر وسأشهد على البيانات والوقائع الواردة فيها وأيضا البيانات والوقائع الواردة في هذا التصريح.

3. ولدت في المملكة العربية السعودية في 29 أبريل 1949 ، وعشت فيها طوال حياتي حتى خلال دراستي مع الجامعة في بريطانيا.

4. حصلت على بكالوريوس العلوم في اللغة الإنجليزية والتربية من جامعة الملك عبد العزيز عام 1972. كما حصلت على درجة الماجستير في الإدارة والتخطيط التربوي من جامعة أم القرى عام 1984. وأخيراً حصلت على درجة الدكتوراه في الفلسفة من جامعة سالفورد ببريطانيا عام 1992.

5. من عام 1977 حتى عام 1997 ، وبعدها من عام 2013 حتى تقاعدي في عام 2016 ، شغلت مناصب مختلفة في رابطة العالم الإسلامي (الرابطة). من عام 1997 حتى عام 2013 ، شغلت منصب أمين عام هيئة الإغاثة الإسلامية العالمية (الهيئة). ما لم يُذكر خلاف ذلك ، تشير البيانات والوقائع الواردة هنا إلى فترة ولايتي في كل منظمة.

6. في عام 1998 ، تم تعييني في مجلس أمناء وقف الرابطة. إن وقف الرابطة مؤسسة خيرية مقرها باكستان أنشأتها رابطة العالم الإسلامي وحكومة باكستان التي شغل رئيسها منصب رئيس مجلس الإدارة في وقف الرابطة.

1

7. بحسب علمي وخلال الفترة التي عينت فيها عضواً في مجلس أمناء وقف الرابطة لم يعقد أي اجتماع في هذا المجلس ولذلك لا أعلم عن أي عمل قام به هذا الوقف.

8. إنني على علم بمزاعم أنني أمرت بإغلاق مكتب وقف الرابطة في لاهور بباكستان بعد 11 سبتمبر 2001. إن هذه المزاعم كاذبة. رحمة الله نذير خان قام بإغلاق المكتب بناءً على تعليمات من الحكومة الباكستانية وأبلغني بهذا الإجراء ببساطة على ما يبدوا بصفتي عضوًا في مجلس الإدارة. لم أتخذ أي إجراء فعلي لإغلاق المكتب وإنه بالفعل ليس من صلاحية عضو مجلس إدارة إغلاق المكتب متفرداً.

9. عندما أعطيت شهادتي في هذه القضية ، تم استجوابي حول دوري في ترشيح وائل جليدان في لجنة الإغاثة العاجلة في كوسوفو، التابعة للجنة السعودية المشتركة لإغاثة كوسوفو. التقيت وائل جليدان مرة واحدة فقط في عام 1999 في اجتماع للجنة التنفيذية لمجلس إدارة الهيئة ، والتي كنت عضوًا فيها بصفتي أمينًا عامًا. في ذلك الاجتماع ، نظرنا جميعاً أنا والأعضاء الآخرون في اللجنة التنفيذية، في ترشيح السيد جليدان. لم أتواصل قط مع السيد جليدان قبل هذا الاجتماع ولم يكن لدي أي معلومات عنه ولم يتضمن اقتراح الترشيح أي معلومات عن وجود أي علاقة سابقة بينه وبين أسامة بن لادن ولم أكن أعلم بأي شكل آخر بوجود مثل هذه العلاقة.

10. علمت بمزاعم تتعلق بالدكتور عبد الحميد المعجل. عمل الدكتور المعجل في مكتب الهيئة فرع المنطقة الشرقية في المملكة العربية السعودية من 1989 (أي قبل انضمامي للعمل في الهيئة) إلى 2006 ، وعمل تحت إشراف الأمير تركي بن جلوي حتى عام 2003. خلال معظم فترة عمله ، كان المدير التنفيذي للمكتب وأصبح لاحقًا المدير بالنيابة.

11. في عام 2003 ، كلفت الدكتور عبد الحميد المعجل بتسيير أعمال مكتب الهيئة بالمنطقة الشرقية. كان الدكتور المعجل يعمل بوقتها في مكتب المنطقة الشرقية كمدير تنفيذي له عندما استقال الأمير تركي ، ولم أشارك في تعيين د. عبدالحميد في عام 1989. في الوقت تم تكليف الدكتور المعجل بتسيير أعمال المكتب، لم يكن لدي أي علم بوجود مزاعم تربطه بالقاعدة.

12. لم أشارك ولم أوجه قط أي شخص للمشاركة في أي أنشطة تهدف إلى دعم القاعدة أو أي منظمة إرهابية أخرى الذي يتعارض مع أهداف وقيم ومثل الهيئة.

13. لم أقم بتزويد أو توجيه أي شخص لتقديم أي تمويل أو لدعم القاعدة أو أي منظمة إرهابية أخرى.

14. لم أقم قط بدعم أو توجيه أي شخص آخر لدعم القاعدة أو أي منظمة إرهابية أخرى ، بشكل صريح أو ضمني.

15. لم أكن أعلم أو أنوي أبدًا أن أي من أموال الهيئة سيتم إرسالها أو استخدامها لدعم القاعدة.

16. إن ادعاءات المدعين بأنني كنت متورطًا في تجنيد وتوفير أفراد للقاعدة هي كاذبة.

17. أنا على علم أن المدعين قد زعموا بأنني صرّحت أن هيئة الإغاثة الإسلامية العالمية قدّمت ستين مليون دولار للطالبان. هذا الادعاء كاذب ولم أقول ذلك. لم تقدم هيئة الإغاثة الإسلامية العالمية أبداً أموالاً إلى الطالبان والهيئة لا تقدم تبرعات لأحزاب. إلّا أنني قد سبق وتحدثت عن المساعدات الإنسانية التي قدمتها الهيئة قبل وأثناء عملي فيها للشعب الأفغاني ، بالأخص في أعقاب الغزو السوفيتي والإنسحاب من أفغانستان. وكانت الهيئة في خلافات مستمرة مع الطالبان في تسيير أعمالها في أفغانستان بما فيها استيلاء مستشفى الهيئة من قبل الطالبان أكثر من مرة.

18. لم أساعد ولم أنوي قط المساعدة في هجوم إرهابي أو لدعم القاعدة.

19. لم أكن أعرف في أي وقت قبل 11 سبتمبر 2001 أن القاعدة كانت تخطط لهجوم إرهابي ضد الولايات المتحدة.

2

20. أكان سابقاً أو حالياً، أنا لا أتفق مع أهداف أو أفعال القاعدة أو المنظمات الإرهابية التابعة لها. على العكس من ذلك ، شعرت بالاشمئزاز تجاه الهجمات الإرهابية في 11 سبتمبر 2001. هذه الهجمات الإرهابية كانت إجرامية ، وعقيدتي الإسلامية تحظرها.

21. لم أعرف أسامة بن لادن.

22. لقد عملت بنشاط لمواجهة إيديولوجيات أسامة بن لادن والقاعدة والمنظمات الإرهابية المرتبطة بها ، وقد شجبت أعمال الإرهاب ، بما في ذلك أحداث 11 سبتمبر 2001. بعد وقت قصير من 11 سبتمبر 2001 ، ظهرت على التلفزيون السعودي و CNBC وغيرها من محطات الإذاعة والتلفزة لإدانة هذه الأعمال الإرهابية لأنها تتعارض ببساطة مع القيم الإنسانية اللتي أسست من أجلها الهيئة.

23. أنا على علم أن المدعين زعموا أنني شغلت منصب في مجلس إدارة الحرمين المسجد الأقصى. لم أعمل في مجلس إدارة هذا الكيان ولم أعمل معه بأي صفة في أي وقت كان.

وفقًا لقانون 1746 § .U.S.C 28، أنا عدنان باشا ، أعلن تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم حقيقي وصحيح.



عدنان باشا

نُفذ في: 05.04.2023

3

## DAOU TRANSLATION AND SERVICES
ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** Dr. Basha Declaration (23 Paragraphs)

**Source language:** Arabic                    **Translated to:** English

### TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

### Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                                    **Date:** 11 April 2026