# EXHIBIT 14

**DECLARATION OF FAIZ WARDI**

1.  I, the undersigned, Faiz Wardi, hereby declare that the following statements are true as a matter of my personal knowledge.

2.  The Indonesia office of the International Islamic Relief Organization (hereinafter referred to as "IIRO-Indonesia") was established in Jakarta in 1990.

3.  I began my work at IIRO-Indonesia in 1992 as an employee in the administrative department, working there until the office's closure in 2013.  While I held that position for over twenty years, my specific duties shifted during my tenure.  I currently work in the administrative office of the Muslim World League ("MWL") in Jakarta, Indonesia.

4.  During my time working at IIRO-Indonesia, as an employee of the administrative department, I was intimately involved in many aspects of its operation and activities and gained significant first-hand knowledge of its operations.

5.  IIRO-Indonesia's humanitarian efforts in Indonesia focused primarily on the provision of health clinics, orphanages, emergency relief programs, and Ramadan meals, as well as the construction of mosques and wells.

6.  During the period of 1992-2001, IIRO-Indonesia operated and funded over ten orphanages, which served approximately 1500 orphans.

7.  Through my work for IIRO-Indonesia and because the MWL shared offices with IIRO-Indonesia in Jakarta, I also have personal knowledge about the limited activities of the MWL in Indonesia that occurred before I took up my current position.

8.  While IIRO and MWL operated from the same physical building in Indonesia, they operated in different rooms and maintained separate activities and accounts.

9.  Among MWL's activities in Indonesia were the sponsorship of missionaries, providing financial support to mosques and schools, and the provision of conferences.

10. IIRO-Indonesia also sponsored a limited set of missionaries in Indonesia.  The missionaries sponsored by IIRO and MWL worked on a part time basis.  These missionaries did not receive salaries and were not employees of either organization.  They were paid a small stipend on a yearly or bi-annual basis, unlike employees, who were paid monthly.

1

11. These missionaries mainly gave sermons, the content of which each missionary was free to choose without input from either organization. They also preached to the local Muslim populations. The missionaries received no training from IIRO or MWL and neither organization provided oversight or supervision of the missionary activities.

12. IIRO-Indonesia entered into a Memorandum of Understanding with the Indonesian Ministry of Religious Affairs in 2002, which was charged with ensuring that IIRO (and other NGOs) did not provide support for any political or sectarian activities.

13. Both MWL and IIRO-Indonesia have enjoyed strong support from the Indonesian government since their founding until today. Since 1992 there have been no issues or allegations of impropriety against MWL or IIRO-Indonesia. No allegations of terrorism or support of militants were ever made by the authorities in relation to the IIRO or MWL offices in Indonesia during this time.

14. IIRO-Indonesia strived to comply with relevant Indonesian legal standards and never had any negative encounters with Indonesian officials concerning those standards. To my knowledge, between 1992 and 2001, no employee was ever arrested during his employment for any reason.

15. IIRO-Indonesia has never supported Jemaah Islamiyah ("JI") in any way whatsoever, including by providing assistance with recruitment, transportation, logistics, and safe-havens. IIRO-Indonesia did not work with any individual associated with JI and to my knowledge no individual connected with JI ever was employed by IIRO-Indonesia. IIRO-Indonesia has never financed the establishment of training facilities for use by al Qaida associates.

16. I have seen no evidence to support the notion that IIRO-Indonesia or its employees have helped militants, and no similar allegation has been brought to my attention regarding IIRO or its employees.

17. Neither I, nor any other employee in the IIRO-Indonesia office, to my knowledge, participated in the Afghanistan jihad against the Soviets.

18. I never met Dr. Abdelhamid Al Mojil nor did he visit the IIRO or MWL offices in Jakarta during my tenure at the office. I am not aware of any activities conducted by Dr. Al Mojil in Indonesia.

19.    IIRO-Indonesia has never worked with organizations that were not officially registered or recognized by the Indonesian government, which registration indicated the entity's legitimacy and adherence to existing law.

20.    When IIRO-Indonesia built mosques, it had no further involvement with the selection of Imams or administrators, which was all done by locals.

21.    IIRO-Indonesia has always maintained good relations with the government. The IIRO-Indonesia office often cooperated with the Indonesian government in the provision of relief projects.  IIRO-Indonesia officials worked with the appropriate Indonesian government offices and cooperated with them on aid distribution.

22.    After the 2006 designation of IIRO-Indonesia by OFAC, the office remained open because the government did not order its closure.  The IIRO-Indonesia office closed in 2013.  No interviews, investigations, or arrests were ordered by the Indonesian government after the 2006 OFAC designation.

23.    I have personally experienced no legal issues with the Indonesian government since the office closure.  I was neither interviewed nor arrested.  Since that time, I can travel as I wish, locally and internationally.

24.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____[signed]_____

Faiz Wardi

Executed On: 19/6/1444H

3

# تصريح فايز وردي

1. أنا الموقع أدناه، فايز وردي، أصرح بموجبه بأن البيانات التالية صحيحة بناءً على معرفتي الشخصية.

2. تم إنشاء مكتب إندونيسيا لهيئة الإغاثة الإسلامية العالمية (المشار إليها فيما يلي بـ "الهيئة–إندونيسيا") في جاكرتا عام 1990.

3. بدأت عملي في الهيئة–إندونيسيا في عام 1992 كموظف في قسم الإدارة وقد عملت هناك إلى أن تم إغلاق المكتب في عام 2013. بينما عملت في هذا المنصب لأكثر من عشرين عامًا كانت واجباتي المحددة تتبدل من حين لآخر في هذه الفترة. أعمل حاليًا في المكتب الإداري لرابطة العالم الإسلامي ("الرابطة") في جاكرتا، إندونيسيا.

4. خلال فترة عملي في الهيئة–إندونيسيا كموظف في قسم الإدارة انخرطت عن كثب في العديد من جوانب عملها وأنشطتها واكتسبت معرفة مباشرة وهامة بعملياتها.

5. كانت الجهود الإنسانية التي تبذلها الهيئة–إندونيسيا داخل إندونيسيا تتركز في المقام الأول على توفير العيادات الصحية ودور الأيتام وبرامج الإغاثات العاجلة ووجبات الإفطار الرمضانية بالإضافة إلى بناء المساجد وآبار المياه.

6. خلال الفترة ما بين 1992–2001 قامت الهيئة–إندونيسيا بتشغيل وتمويل عشرة دارًا للأيتام والتي كانت تقدم الخدمات لحوالي ألف وخمس مئة يتيم.

7. من خلال عملي لصالح الهيئة–إندونيسيا ولأن الرابطة تشارك الهيئة–إندونيسيا في مكاتبها في جاكرتا، أصبح لدي أيضًا معرفة شخصية حول النشاطات المحدودة التي تقوم بها الرابطة في إندونيسيا والتي حدثت قبل استلامي منصبي الحالي.

8. بالرغم من أن الهيئة والرابطة تعملان من المبنى نفسه في إندونيسيا إلا أنهما كانتا تعملان في غرف مختلفة وكان لكلٍ منهما أنشطتها وحساباتها المنفصلة.

9. من بين الأنشطة التي كانت تقوم بها الرابطة في اندونيسيا كالتالي: رعاية الدعاة وتوفير الدعم المالي للمساجد والمدارس وإقامة المؤتمرات.

1

10. كما قامت الهيئة–إندونيسيا برعاية مجموعة محدودة من الدعاة في إندونيسيا. وهؤلاء الدعاة الذين ترعاهم الهيئة والرابطة يعملون بدوام جزئي ولم يتقاضوا الدعاة رواتب ولم يكونوا موظفين في أي من المنظمتين. كانوا يتقاضون معاشات صغيرة على أساس سنوي أو نصف سنوي وليس كالموظفين الذين يتقاضون رواتب شهرية.

11. كان عمل الدعاة يتلخص بشكل أساسي في إلقاء الخطب وكان لكل داعي مطلق الحرية في اختيار مضمون الخطبة دون تدخل من أيٍّ من المنظمتين. وكانوا يقدمون عِظاتهم للسكان المحليين من المسلمين. لم يتلقى الدعاة أي تدريب من الهيئة أو الرابطة ولم تقم أي من المنظمتين بممارسة الرقابة أو الإشراف على الأنشطة الدعوية.

12. أبرمت منظمة الهيئة–إندونيسيا مذكرة تفاهم مع وزارة الشؤون الدينية الإندونيسية في عام 2002 بهدف ضمان عدم قيام الهيئة (وغيرها من المنظمات غير الحكومية) بتقديم الدعم لأي أنشطة سياسية أو طائفية.

13. كان كل من الرابطة و الهيئة–إندونيسيا تتمتعان بدعم قوي من الحكومة الإندونيسية منذ تأسيسهما وحتى اليوم. منذ عام 1992 لم يكن هناك أي مسائل أو مزاعم بشأن مخالفات ضد الرابطة أو الهيئة–إندونيسيا ولم يكن هناك أي مزاعم من قبل السلطات بخصوص الإرهاب أو دعم المسلحين متعلقة بمكاتب الهيئة أو الرابطة في إندونيسيا خلال هذه الفترة.

14. كانت الهيئة–إندونيسيا تسعى جاهدة للامتثال للمعايير القانونية الإندونيسية ذات الصلة ولم يحدث أبدًا أي مواجهات سلبية مع المسؤولين الإندونيسيين فيما يتعلق بهذه المعايير. على حد علمي، بين عامي 1992 و2001، لم يتم اعتقال أي موظف وهو على رأس عمله لأي سبب كان.

15. لم تقم الهيئة–إندونيسيا مطلقًا بدعم الجماعة الإسلامية بأي شكل من الأشكال بما في ذلك تقديم المساعدة في التجنيد وتوفير النقل والخدمات اللوجستية والملاذات الآمنة. لم تعمل الهيئة–إندونيسيا مع أي شخص مرتبط بالجماعة الإسلامية وعلى حد علمي لم يتم توظيف أي فرد مرتبط بالجماعة الإسلامية في الهيئة–إندونيسيا. ولم تقم الهيئة–إندونيسيا أبدًا بتمويل إنشاء مرافق تدريب ليتم استخدامها من قبل المرتبطين بالقاعدة.

16. لم أشهد أي دليل يدعم الفكرة القائلة بأن منظمة الهيئة–إندونيسيا أو موظفيها قد ساعدوا المسلحين ولم يلفت انتباهي أية مزاعم من هذا القبيل لها صلة بالهيئة أو موظفيها.

17. لم أشارك أنا ولا أي موظف آخر (حسب معرفتي) في مكتب الهيئة–إندونيسيا في الجهاد في أفغانستان ضد السوفييت.

2

18. لم ألتقِ أبدًا بالدكتور عبد الحميد المعجل ولم يسبق له أن زار مكاتب الهيئة أو الرابطة في جاكرتا خلال فترة عملي في المكتب. ليس لدي علم بأي نشاطات قام بها الدكتور المعجل في إندونيسيا.

19. لم تعمل الهيئة–إندونيسيا أبدًا مع منظمات لم يتم تسجيلها رسميًا أو الاعتراف بها من قبل الحكومة الإندونيسية، حيث يشير التسجيل إلى شرعية المنظمة والتزامها بالقانون القائم.

20. عندما كانت الهيئة–إندونيسيا تنتهي من بناء المساجد لم تكن تمارس أي دور آخر في اختيار الأئمة أو الإداريين وهو ما كان يقوم به السكان المحليون.

21. كانت الهيئة–إندونيسيا تحتفظ دومًا بعلاقات جيدة مع الحكومة. وغالبًا ما كان مكتب الهيئة–إندونيسيا يتعاون مع الحكومة الإندونيسية في توفير مشاريع الإغاثة. كان مسؤولو الهيئة–إندونيسيا يعملون مع المكاتب الحكومية الإندونيسية المناسبة ويتعاونون معها في توزيع المساعدات.

22. بعد قيام مكتب مراقبة الأصول الأجنبية بتوصيف الهيئة–إندونيسيا عام 2006، بقى المكتب مفتوحًا لأن الحكومة لم تأمر بإغلاقه. أُغلق مكتب الهيئة–إندونيسيا في عام 2013. لم تأمر الحكومة الإندونيسية بإجراء أي مقابلات، أو تحقيقات، أو اعتقالات بعد توصيف مكتب مراقبة الأصول الأجنبية في عام 2006.

23. لم أواجه شخصيًا أي مسائل قانونية مع الحكومة الإندونيسية منذ إغلاق المكتب. لم يتم استدعائي لأي مقابلة ولم يتم اعتقالي. منذ ذلك الحين وأنا أسافر كما أرغب، محليًا ودوليًا.

24. أصرح تحت طائلة عقوبة الحنث باليمين بموجب قوانين الولايات المتحدة الأمريكية أن ما تقدم صحيح وحقيقي.

_____

فايز وردي

تحريرًا بتاريخ: ‎١٤٤٤/ ٦ /١٩ه

3

## DAOU TRANSLATION AND SERVICES
### ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** Wardi Declaration

**Source language:** Arabic                          **Translated to:** English

### TRANSLATOR STATEMENT

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

### Translator qualifications:

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                          **Date:** 11 April 2026