# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03-MDL-1570 (GBD) (SN)

EXPERT REPORT OF VAHID BROWN

**TABLE OF CONTENTS**

**Page**

I.      SCOPE OF THIS EXPERT OPINION ..................................................................1

II.     SUMMARY OF EXPERT OPINIONS ................................................................2

III.    QUALIFICATIONS .............................................................................................6

IV.     METHODOLOGY ...............................................................................................7

V.      AFFIRMATIVE EXPERT OPINION .................................................................9

        1.      The Origin and Evolution of al-Qa'ida ...................................................9

                A.      *Establishment of the Services Bureau (Maktab al-Khidamat)* ...............11
                B.      *Bin Ladin's Split from the Services Bureau: The Lion's Den* ................13
                C.      *Al-Qa'ida al-'Askariyya: the Formation of the "Military Base"* ..........15
                D.      *Clarifying Misconceptions on the Founding Date of al-Qa'ida* ............18
                E.      *Al-Qa'ida's Modest Origins, 1987-1991* .................................................21

        2.      Al-Qa'ida's History of Animosity towards the Kingdom of Saudi Arabia ........23

                A.      The *First Confrontation with Saudi Arabia: Al-Qa'ida in Yemen, 1989-1990* ...............................................................................................23
                B.      *Bin Laden Declares Saudi Arabia an Apostate Regime: The Advice and Reform Committee, 1990-1996* ........................................................24
                C.      *Al-Qa'ida Strategic Focus on Saudi Arabia Prior to 9/11* ....................31

        3.      Al-Qa'ida's Purported Relationships with Regional Conflicts and Organizations in the 1990s ....................................................................34

                A.      *Jihad after Afghanistan: Bosnia* ............................................................37
                B.      *Jihad after Afghanistan: Algeria* ...........................................................38
                C.      *Al-Qa'ida and Southeast Asia* ................................................................40
                D.      *Al-Qa'ida and Chechnya* ........................................................................45
                E.      *Al-Qa'ida's Fraught Relationship with the Taliban* ...............................47
                F.      *Al-Qa'ida's Failures at Coalition-Building* ............................................50

        4.      Al-Qa'ida's Shift to Anti-United States Activity and the 9/11 Plot ..................53

VI.     REBUTTAL OPINION ....................................................................................59

     1.     The Limited Size and Financing of al-Qa'ida's Operations ..............................59

     2.     The Various Militant Training Camps in Afghanistan ......................................65

     3.     The Reliability of Jamal al-Fadl as an al-Qa'ida Informant ..............................71

          A.      *Timeline of al-Fadl's Activities from 1986-1996*..................................72
          B.      *False Claims, Inaccuracies, and Contradictions in al-Fadl's Information on al-Qa'ida*..................................................................73

     4.     The Myth of the "Golden Chain".......................................................................77

     5.     The Relation between Al-Qa'ida and Wahhabism/Salafism as Religious Doctrines ...........................................................................................................81

     6.     Wa'il Julaydan's Alleged Ties to al-Qa'ida.......................................................87

     7.     The IIRO Indonesia/Philippines Offices and 'Abd al-Hamid Al-Mu'jil's Alleged Ties to al-Qa'ida..................................................................................90

     8.     The Probative Value of Department of the Treasury OFAC Designations ........91

     9.     The Probative Value of Indictments, Prosecutorial Documents, and the JTF-GTMO Threat Matrix ...................................................................................94

     10.     The Probative Value of the 1996 So-Called "CIA" Document ..........................96

## I.    SCOPE OF THIS EXPERT OPINION

I have been asked by counsel for the Muslim World League, the International Islamic Relief Organization and Drs. Naseef, Al-Obaid, Al-Turki and Basha to offer an affirmative expert opinion on the following:

1.    The origin and evolution of al-Qa'ida;

2.    Al-Qa'ida's history of animosity towards the Kingdom of Saudi Arabia;

3.    Al-Qa'ida's purported relationships with regional conflicts and organizations in the 1990s;

4.    Al-Qa'ida's shift to anti-United States activity and the 9/11 plot.

I have also reviewed each of the expert reports submitted by Plaintiffs in this matter and will offer a rebuttal opinion on the following:

1.    The limited size and financing of al-Qa'ida's operations;

2.    The various militant training camps in Afghanistan;

3.    The reliability of Jamal al-Fadl as an al-Qa'ida informant;

4.    The myth of the "Golden Chain";

5.    The relationship between al-Qa'ida and Wahhabism and Salafism as religious doctrines;

6.    Wa'il Julaydan's alleged ties to al-Qa'ida;

7.    The IIRO Indonesia/Philippines offices and 'Abd al-Hamid Al-Mu'jil's alleged ties to al-Qa'ida;

8.    The probative value of Treasury Department OFAC designations;

9.    The probative value of indictments, prosecutorial documents, and the JTF-GTMO Threat Matrix

10.    The probative value of the 1996 so-called "CIA" document.

1

## II.    SUMMARY OF EXPERT OPINIONS

*Affirmative Opinions*

1.    While the early al-Qa'ida organization evolved from the milieu of Sunni Muslim foreign volunteers coming to Pakistan and Afghanistan in the late 1980s to support the Afghan mujahidin in their US-supported war against the Soviet Union, Bin Ladin's decision to create an independent training program for Arabs inside Afghanistan, a project which would evolve into the al-Qa'ida organization, resulted from a break with, rather than as an outgrowth of, Abdullah 'Azzam's Services Bureau. The two initiatives had completely different purposes. The Services Bureau was focused on coordinating Arab financial support and volunteers toward assisting the Afghan mujahidin parties. Bin Ladin's efforts after splitting with the Services Bureau were focused on training Arab volunteers and forming a combat unit that could be deployed to conflicts involving Muslim populations beyond Afghanistan.

2.    Despite confusion about the founding of al-Qa'ida arising from a set of documents relating to events in the late 1980s in Afghanistan and Pakistan, the group was in operation prior to its alleged founding in 1988.  As such, neither was 'Azzam a co-founder of the al-Qa'ida organization nor was Wa'il Julaydan present at the foundational meetings of al-Qa'ida.

3.    In its first several years of existence, Bin Ladin's al-Qa'ida training organization was a modest enterprise, with a small membership and no stated objective or target beyond a theoretical capacity to defend Muslims from aggression.  It made no official claim at this time to wish to overthrow Arab regimes or engage in extra-military political violence, much less to attack the United States.

4.    No credible history of al-Qa'ida could neglect the centrality of its enmity for the Kingdom of Saudi Arabia. International developments after the Afghan-Soviet war led the early al-Qa'ida organization to its first efforts at deploying its "Islamic army" outside of Afghanistan, with a consistent focus on the Gulf region. In the early 1990s Bin Ladin came to view the Saudi government as an apostate regime and an enemy of the global Muslim community. Much of his activity in this period was focused on denouncing the Saudi royal family and deploying his followers to the Gulf region, first in Yemen and then in Somalia.

5.    Bin Ladin denounced Saudi Arabia's 1993 creation of the Ministry of Islamic Affairs and its control over Islamic affairs and charitable organizations in the Kingdom, warning people against donating money to organizations with ties to the Saudi Kingdom, which notably would have included the Muslim World League and the International Islamic Relief Organization.

6.     Al-Qa'ida's opposition to the Saudi regime was not just rhetorical in the 1990s. While al-Qa'ida did not openly call for attacks against the Saudi regime until after 9/11, there is limited evidence that it contemplated attacks during the 1990s. Bin Ladin also frequently heaped praise on terrorist attacks carried out inside the Kingdom by people unaffiliated with al-Qa'ida. Prior to 9/11 al-Qa'ida benefitted from recruitment opportunities inside Saudi Arabia but lacked the infrastructure to carry out a sustained terror campaign there until the 2000s.

7.     The notion that al-Qa'ida served as an "umbrella" for a wide array of militant Islamist organizations throughout the world is inaccurate. Al-Qa'ida did experience a "franchising" phenomenon *after* the 9/11 attacks, for example with al-Qa'ida in Iraq and al-Qa'ida in the Maghreb, whereby formerly independent militant groups took on the al-Qa'ida name and elements of its post-9/11 agenda. However, this was not the case *prior* to the 9/11 attacks. On the contrary, al-Qa'ida's efforts to create broader jihadi coalitions prior to 9/11 were all failures. Al-Qa'ida also did not participate in the three highest profile conflicts involving Muslim populations in the 1990s – the war in Bosnia, the Algerian civil war, and the war in Chechnya.

8.     There is exceedingly little specific evidence to support allegations of links between al-Qa'ida and militant Islamist movements in Southeast Asia. There is no evidence that Mohammed Jamal Khalifa was a member of al-Qa'ida or acted on its behalf in the Philippines or elsewhere. The MILF differed in strategy from al-Qa'ida, has long maintained that it has no connection to al-Qa'ida or other terrorist groups, has never been listed by the US government as a designated terrorist group, and the al-Qa'ida primary sources also do not indicate any connection with the MILF. As for the Abu Sayyaf Group, the al-Qa'ida primary sources do not specify a relationship.

9.     Al-Qa'ida and the Taliban had a fraught and often conflicting relationship in the period leading up to the 9/11 attacks. After being expelled from Sudan, al-Qa'ida's leaders found refuge in an eastern Afghanistan that was not yet under Taliban control. While ultimately the Taliban tolerated al-Qa'ida's presence, the latter's provocations of and attacks on the West were a constant source of conflict with the Taliban and led to threats to expel Bin Ladin and increasingly strict restrictions on Arab jihadis' activities in the country. Contrary to allegations by the CIA, there is no primary source evidence to suggest that al-Qa'ida was a significant source of funding for the Taliban, which was supported by Pakistan.

10.     Throughout its history, al-Qa'ida's strategic vision has been a marginal one within the landscape of Islamist violence. The idea that Muslims bore a religious obligation to attack the United States so that it would leave the Middle East, and then to attack regimes in Muslim-majority states and replace them with Sunni theocracies, attracted far less support than both classical and revolutionary jihadisms in the 1990s and 2000s. Born in the midst

3

of a classical jihad in Afghanistan, the early al-Qa'ida alienated many of the Afghan Arabs who viewed Bin Ladin's "train a pan-Islamic army" project as abandoning the Afghan front.

11.    Al-Qa'ida's strategic focus on the United States evolved relatively late in its pre-9/11 development. Al-Qa'ida's first attacks on US targets in the Middle East and East Africa were intended as a first step – scare off the US military from the region – toward the goal of toppling the Saudi monarchy. Bin Ladin's decision to support terrorist entrepreneur Khalid Shaykh Muhammad's 9/11 proposal came not later than early 1999, possibly at the end of 1998. That plan and its preparations, which began in spring of 1999, were segregated from the rest of the al-Qa'ida organization, were unknown except to a small few, and would be vehemently opposed by much of the al-Qa'ida organizational leadership as details began to become known in Afghanistan after 2000.

*Rebuttal Opinions*

12.    Prior to the 9/11 attacks al-Qa'ida was a small organization, with a known membership fewer than two hundred people. The total costs associated with the three major terror attacks up to and including the 9/11 attacks did not reach one million dollars. The resources at Bin Ladin's disposal throughout the 1987-2001 period far exceeded those costs. There is primary source evidence speaking to Bin Ladin's wealth in the later 1990s from the Abbottabad raid that Plaintiffs' experts were either unaware of or chose to ignore. There is no evidence that al-Qa'ida made use of MWL, IIRO, or any other religious charities to fund its activities.

13.    Al-Qa'ida's camps represented a small fraction of the total training camps that existed in Afghanistan prior to the 9/11 attacks. Al-Qa'ida was but one of many organizations that operated training camps in Afghanistan between 1987 and 2001. Arab-led camps were generally small and trained fewer than 20 people at a time. Pakistani and Central Asian camps were generally larger, with hundreds of participants. In popular and secondary literature many camps are erroneously identified as al-Qa'ida camps.

14.    Jamal Al-Fadl's testimony is profoundly flawed and unreliable, riddled with inaccurate and false statements. The context of his offers of information to the US government and the inconsistencies and falsehoods communicated to US agents and the court in 2001 further undermine the credibility of the information he has presented.

15.    The "Golden Chain," a list of purported "wealthy individuals from the Gulf region who provided Bin Laden and Al-Qa'ida with money on a regular basis," "specifying al Qaeda's principal financial benefactors" is a myth unsupported by the evidence.

4

16. Wa'il Julaydan (also spelled Wa'el Jelaidan) was never a member, much less a founder, of al-Qa'ida. The 2002 designation of Julaydan by the Treasury department puts forth no credible evidence to support the allegations, and the primary sources show no indication of any relationship between Julaydan and al-Qa'ida.

17. Based on my review of the primary sources, there was no relationship of any kind between the IIRO Indonesia and Philippines branch offices or 'Abd al-Hamid al-Mu'jil with al-Qa'ida. The Treasury Department designation of IIRO Indonesia, IIRO Philippines, and Mu'jil does not point to or suggest any specific evidence underlying the designation.

18. OFAC designations hold no probative value as to whether a given individual or entity was actually involved in association with a terrorist organization. An OFAC designation rather only documents the fact of a US government suspicion of such an association and does not itself constitute evidence of such an association, nor does it prove the existence of any such evidence. The OFAC designation process is governed by a lower evidentiary standard designed to cast a wide net to stop flows of funds based on suspicion, rather than to adjudicate guilt or innocence based on actual evidence. OFAC designations have sometimes been accompanied by demonstrably false statements of "facts" in support, are subject to the whims of politics, and have been challenged in Court and overturned.

19. Prosecutorial and investigative allegations of a relationship with al-Qa'ida do not constitute evidence of this relationship. The use by Plaintiffs' experts of materials of this type, including the JTF-GTMO Threat Matrix document, constitute serious breaches of the social scientific methodological use of source materials. Items included as "indicators" in the JTF-GTMO Threat Matrix are explicitly identified in the document itself as "not as evidence to prove a detainee's guilt or innocence." Items appearing in this matrix indicate the existence of a *suspicion* on the part of some government agency of the existence of a link to terrorism or militancy, but not of the existence of any evidence of such a link.

20. The purported "unclassified 1996 CIA document," is of unknown provenance and cites no evidence, lacking any probative value. It does not provide any evidence of the existence of ties between Islamic charities and extremist groups or individuals. It is a document lacking any context, authorial attribution, date, or supporting evidence, and relays suppositions, conjectures, and vaguely characterized information from "foreign government services." There is no evidence to support that it originated from the CIA, neither in the document itself or from any other corroborating evidence. If it did originate from the CIA, the document still offers nothing to substantiate any of the posited links between Islamic charities and extremists.

### III.    QUALIFICATIONS

My qualifications as an expert in al-Qa'ida stem from a career in the professional and academic study of al-Qa'ida and other jihadist groups and a decade and a half of intensive research into the Arabic language primary sources relating to these organizations. I hold an MA from and am a PhD candidate in the Near Eastern Studies department of Princeton University, with an approved doctoral thesis proposal on the history of jihadist camps in Afghanistan in the 1980s and '90s, based on a comprehensive study of dozens of memoirs written in multiple languages by participants in these camps. I have a BA in Religious Studies from Reed College, where I wrote a Bachelor's thesis on a medieval Spanish Muslim philosopher, using previously unpublished and unstudied Arabic manuscript primary sources, which fundamentally changed the understanding of this philosopher's place in the intellectual history of the region and period and has since been frequently cited in the academic literature on medieval Muslim Spain.[1]

From 2005 to 2013 I was a Harmony Fellow and Senior FBI Instructor at the Combating Terrorism Center, a faculty research center housed at the United States Military Academy at West Point. I was a lead researcher in Arabic primary source texts and author of scores of biographical entries in the *Militant Ideology Atlas* (CTC-West Point, 2006), the first major study of the intellectual and religious influences in contemporary jihadi movements. As a Harmony Fellow, I was part of the first group of academic researchers given access by the Defense Department to the Harmony Database, a collection of texts and computer files collected on the battlefield in Afghanistan and Iraq. The Harmony reports were the first of their kind in being based entirely on al-Qa'ida primary sources captured from the organization itself. In addition to editing the second Harmony report published in 2007, *al-Qa'ida's (Mis)Adventures in the Horn of Africa,* and authoring portions thereof, I was the sole author of the CTC's third Harmony report, *Cracks in the Foundation: Leadership Schisms in al-Qa'ida 1989-2006*, released in September of 2007.  I am one of the co-authors of the fifth Harmony report, *Bombers, Bank Accounts and Bleedout: Al-Qa'ida's Road in and out of Iraq*, published in July, 2008.

As Senior FBI Instructor at the Combating Terrorism Center I trained hundreds of new FBI agents in training and mid-career counterterrorism professionals on international terrorism and Islamist political violence. I designed and taught curricula on the early history of Islam; the history of Islamist movements; 20th and 21st century jihadist movements; the history of al-Qa'ida; the histories of Hizbullah and Hamas; jihadi movements in Afghanistan and Pakistan, and other topics relating to international terrorism. For several years I taught two week courses on these subjects to every class of new agents in training at the FBI Academy at Quantico. I also taught these classes to mid-career FBI agents at FBI field offices throughout the United States and to agencies across the Department of Homeland Security at the Federal Law Enforcement Training Center. Between 2006 and 2013 I taught and briefed members of US government agencies including:

---

[1] E.g., in Sarah Stroumsa and Sara Sviri, "The Beginnings of Mystical Philosophy in al-Andalus: Ibn Masarra and his Epistle on Contemplation," *Jerusalem Studies in Arabic and Islam* 36 (2009): 201-53; and Sarah Stroumsa, *Andalus and Sefarad: On Philosophy and its History in Muslim Spain* (Princeton University Press, 2019).

- Federal Bureau of Investigation – Training Academy
- Federal Bureau of Investigation – Fly Team
- Department of Homeland Security's Federal Law Enforcement Training Center
- Commander of U.S. and ISAF forces in Afghanistan
- General Karl Eikenberry, incoming Ambassador to Afghanistan
- 82nd Airborne Division, Combined Joint Task Force of Regional Command East

I have presented numerous papers on al-Qa'ida and jihadism at international academic conferences. These include presentations on al-Qa'ida in Iraq to a conference entitled "The Jihadist Phenomenon: A Social Sciences Perspective" at Sciences Po in Menton, France in 2007; a paper on the evolution of al-Qa'ida's training camps at the conference "Understanding Jihadism: Origins, Evolution and Future Perspectives" at the Norwegian Defense Research Establishment in Oslo, Norway in 2009; a presentation on the history of the Haqqani Network to an Academic Outreach conference on Afghan regional security convened by the Canadian Security Intelligence Service in Ottawa, Canada in 2014; a presentation on the capabilities and threats of al-Qa'ida to a conference entitled "Countering Transnational Threats in a Time of Disruptive Change," sponsored by the National Intelligence Council in Arlington, Virginia in 2015; and a paper on the Salafi Emirate of Kunar to a conference entitled "Islam between the Gulf and South Asia" at Le Centre de recherches internationals, Sciences Po, in Paris, France in 2015.

In 2013 I co-authored, with Don Rassler, the first historiography of the Haqqani Network based on primary sources – *The Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* (Oxford University Press, 2013). In 2017 I published the first academic study of the Salafi Emirate of Kunar, also based entirely on primary sources - "The Salafi Emirate of Kunar between South Asia and the Arabian Peninsula," in Christophe Jaffrelot and Laurence Louer, eds., *Pan-Islamic Connections: Transnational Networks Between South Asia and the Gulf* (Oxford and New York: Oxford University Press, 2017).

A full list of my publications is listed in my CV attached as Exhibit A. The full list of documents (or translations thereof) I have considered in the preparation of this report is attached as Exhibit B. I have been compensated for my time in this matter at a rate of $400 per hour.

## IV.    METHODOLOGY

In producing this expert report I have used the same methodology as in my professional and academic work, which is archival historical analysis. My approach as an historian of al-Qa'ida is archival in the sense that it is based on a totality of known relevant primary sources, not that there is a single "al-Qa'ida archive." The body of literature that undergirds my analysis was compiled over the course of fifteen years of study of al-Qa'ida and of the political and cultural histories of the regions where al-Qa'ida was headquartered. It is as comprehensive an archive of primary sources related to al-Qa'ida as exists in the world. I have spent the last fifteen years immersed in this archive as few, if any, other researchers have.

These are the documents written in their own words by the actors responsible for planning, executing, and evaluating al-Qa'ida operations. Examples of primary sources reviewed in their original languages include:

7

- Private diaries, correspondence, notes, and memoirs;
- Organizational correspondence and memoranda;
- Internal planning documents and reports;
- Financial records, including invoices and requests for reimbursement;
- Mass media, including newsletters and speeches;
- Other video and audio recordings

These documents were gathered from open sources like libraries, private collections, and social media, and also the spoils of the battlefield—hard drives, compact discs, notebooks, ledgers, and pocket litter acquired in Afghanistan and Iraq or in counterterrorism operations in other countries, and subsequently made available by the US government; my conclusions herein are therefore based entirely on open-source or public domain material. This analysis has also made extensive use of the CIA collection of roughly half a million documents captured in the Abbottabad raid that killed Usama Bin Ladin. Though no living researcher can claim to have made a comprehensive review of each of the Abbottabad documents, the collection is digitized and word-searchable, making it possible to establish the absence or presence of references to key terms, names, or organizations. I systematically reviewed all of the Abbottabad documents released to the public in May 2015 and March 2016.[2] Of the nearly 470,000 documents released in 2017, I have made numerous searches of keywords, names, and phrases within this document collection and systematically reviewed documents containing searched keywords. I have also browsed this larger collection in order to review items of special historical value.

My analysis of these primary source documents is historically contextualized against the local and regional histories of al-Qa'ida's various theaters of operation. This includes extensive research into the primary sources originating from organizations whose histories have overlapped with that of al-Qa'ida, including the Haqqani network, the Salafi Emirate of Kunar, and Afghan Arab groups active in the 1980s. Nearly all of my peer historians' analyses of al-Qa'ida was consulted, as well as the bulk of the peer-reviewed academic literature on jihadism, both to glean new insights and to challenge historiographic assumptions or conclusions based on incomplete or poor control of the sources.

My primary source-focused methodology is in stark contrast to that of the popular and secondary literature on al-Qa'ida, which relies heavily on secondary sources such as media accounts and websites and unverifiable claims and allegations of government agencies and private actors. Any reliable expert opinion must consider broad ranges of primary source documents over long periods of time, as well as reliable secondary source materials, including peer-reviewed literature, and must consider and weigh in an objective and judicious way the various sources, taking into account that data is often conflicting, evolving or unreliable, and resisting the temptation to accept as reliable that which fits a pre-conceived view or agenda, or one's prior publicly expressed views and ignoring or rejecting documents or scholarly opinions that do not fit one's own pre-existing scholarly purview.

---

[2]   On   the   schedule   of   declassification   and   release   of   the   Abbottabad   documents,   see https://www.dni.gov/index.php/features/bin-laden-s-bookshelf?start=1.

## V.    AFFIRMATIVE EXPERT OPINION

### 1.    The Origin and Evolution of al-Qa'ida

The early al-Qa'ida organization evolved from the milieu of Sunni Muslim foreign volunteers coming to Pakistan and Afghanistan in the late 1980s to support the Afghan mujahidin in their US-supported war against the Soviet Union. For its first few years, from the late 1980s to the mid-1990s, al-Qa'ida was a small organization dedicated to advancing the military training quality of these foreign volunteers and preparing a kind of mujahidin special forces that could potentially be dispatched to other, similar conflict zones in Muslim countries after the Afghanistan war. It did not evolve into a clandestine organization partially focused ideologically on the United States and tactically on international terrorism until the last half of the 1990s. In this section I will describe the formation of the group around Usama bin Ladin in the late 1980s and its earliest years in Afghanistan.

While the existing primary sources date the earliest development of al-Qa'ida to late 1987, this formation grew out of earlier developments in Afghanistan. There are a number of erroneous conflations of unrelated people and organizations with early al-Qa'ida in the popular and secondary literature on this period, so it is necessary to provide some context for the years immediately preceding al-Qa'ida's beginnings. As will be seen, 'Abdullah 'Azzam's Services Bureau (*Maktab al-Khidamat* in Arabic) was not a "precursor organization" of al-Qa'ida, nor was 'Azzam an al-Qa'ida "co-founder." Al-Qa'ida was not founded at meetings in Peshawar in August of 1988, a frequent claim in the secondary literature based on a misunderstanding of some of the primary sources from this period.

From the beginnings of the Soviet-Afghan conflict (1979-1989), Muslim volunteers from around the world came to Pakistan and Afghanistan to support the Afghan people in their fight against the Soviet invasion. This mobilization occurred in a historical context of broad international support for the Afghan cause, including from the West; the US dedicated billions of dollars in material support to the Afghan resistance. Historian Thomas Hegghammer writes of this context:

> The support for the Mujahidin was a poorly kept secret.  in the Muslim world, several countries boasted of their support for the Afghan resistance and met openly with Mujahidin leaders.  The same happened in the West: In early 1980, for example, Jimmy Carter's national security advisor, Zbigniew Brzezinski, went to a Pakistani military outpost in the Khyber Pass and posed for a now-famous photograph in which he pointed a Kalashnikov toward Afghanistan.  On a similar visit in October 1981, UK prime minister Margaret Thatcher 'shook hands across the border with an Afghan Government militiaman' and 'gingerly touched a Soviet machine gun,' according to the New York Times.  In March 1982 US president Ronald Reagan dedicated the launch of the space shuttle *Colombia* to 'the people of Afghanistan.'  In 1983 Reagan received a delegation to six Afghan Mujahidin leaders in the Oval Office, where he referred to them as freedom fighters.  Even the Hollywood film *Rambo III* (1988), featuring Sylvester Stallone in the role of a rogue US fighter in Afghanistan, would include a title card at the end stating that 'this film is dedicated to the brave Mujahideen fighters of Afghanistan.'  Gestures such as these sent a

clear signal to allied governments and to non-state actors that it was perfectly legitimate, indeed desirable, to support the Mujahidin.[3]

Though the international Muslim volunteers came from many countries, not all of them Arab-majority, this community came to be known as the "Afghan Arabs.[4]" Most stayed in areas of Pakistan bordering Afghanistan, primarily the city of Peshawar, serving in relief agencies and hospitals, though small numbers of the Afghan Arabs participated directly in combat alongside the Afghan Mujahidin prior to 1985. The numbers of Afghan Arabs prior to 1985 were few,[5] though they grew significantly after 1985 due to the activity of 'Abdullah 'Azzam.

'Abdullah 'Azzam (1941-1989) was a Palestinian Jordanian Sunni Islamic scholar and theologian, and one of the most influential writers on *jihad* (holy war) in modern times.[6] He moved to Pakistan in 1981 to support the Afghan jihad against the Soviets, not as a fighter but as a religious theorist, mediator between the Afghan mujahidin party leaders, and a mobilizer of a pan-Islamic effort to provide direct support to the Afghan mujahidin from throughout the Muslim world. Initially based in Islamabad, where he taught at the International Islamic University, his work with the Afghan Mujahidin brought him repeatedly to Peshawar, where the Afghan Mujahidin parties were all headquartered. He also frequently traveled abroad, including to the United States, to lecture on the Afghan jihad and to issue appeals for support. In September 1984 he delivered a *fatwa* (religious ruling) before a gathering of Muslim scholars in Mina, Saudi Arabia, declaring that "jihad [in Afghanistan] by one's person and money is now an individual obligation on every Muslim everywhere on Earth."[7] This was an innovative argument in terms of Islamic legal interpretation of the laws of *jihad*, and was instrumental in mobilizing many of the people who ended up joining the ranks of the Afghan 'Arabs.[8]

Usama bin Ladin was also an early supporter of the Afghan mujahidin, though primarily through periodic trips from Saudi Arabia to Pakistan to deliver financial donations via the Pakistani Sunni Islamist political party Jamiat-e Islami. As one biographer put it, with respect to the Afghan jihad in the early 1980s Bin Ladin "was a commuter who did little more than carry cash and hold meetings."[9] Bin Ladin first met 'Azzam at an Islamic conference in Indiana in the late 1970s,[10] then attended some lectures of 'Azzam's when he was a student and the latter a professor at King 'Abd al-'Aziz University in Jeddah. Bin Ladin was frequenting Muslim Brotherhood circles in this

---

[3] Hegghammer,Thomas. *The Caravan*. (Cambridge University Press, 2020), p. 178.

[4] On the earliest Afghan Arabs, see Brown and Rassler, *Fountainhead of Jihad* (Oxford University Press, 2013) pp. 64ff; and Hegghammer, *Caravan*, pp. 161ff.

[5] Hegghammer, who conducted the most comprehensive review of the relevant primary sources for his monograph on 'Abdullah 'Azzam, counted 90 Afghan Arabs fighters from mid-1979 to the end of 1984; *Caravan*, p. 161. Abu Mus'ab al-Suri writes "I heard from some of Shaykh 'Abdullah 'Azzam's tapes that the number of [Arab] young men in the Sada camp in 1984 amounted to twelve mujahidin. There was a total of twenty-five mujahidin by 1985. In mid-1986, this number rose to slightly less than 200 mujahidin" (Suri, *Da'wa al-Muqawwama*, p. 716.

[6] The definitive biography of 'Azzam is Hegghammer, *Caravan*.

[7] Hegghammer, *Caravan*, 302 (trans. Hegghammer).

[8] Hegghammer, 302f., and ibid. 266, on the scope of 'Azzam's influence in people's decisions to come to Pakistan to support the Afghan Mujahidin.

[9] Coll, *The Bin Ladens: An Arabian Family in the American Century* (Penguin Books 2009), p.251.

[10] The sources give contradictory dates for this early meeting; see Hegghammer, *Caravan*, p. 98.

period, and 'Azzam was both a luminary of the Brotherhood and an increasingly famous religious celebrity in the Afghan jihad, which was a *cause célèbre* in the Muslim world and especially in Saudi Arabia. Toward the middle of the 1980s they had become close. Bin Ladin's former bodyguard later characterized the relationship at this time as "a meeting of money, will and youth, represented by Osama Bin Laden, and knowledge, direction and experience, represented by Abdullah Azzam."[11]

'Azzam's activities to promote support for the Afghan jihad led to increasing numbers of volunteers arriving in Pakistan from 1985 on, though at first there was little for these would-be Afghan Arabs to do. The Afghan mujahidin leader 'Abd al-Rabb Rasul Sayyaf had created a small training camp in the border areas near Peshawar in 1984 called Badr, though even if newly arrived Afghan Arabs got training there, opportunities to fight inside Afghanistan were few and far between.[12] There were several reasons for this. With the exception of Jalaluddin Haqqani's mujahidin faction in southeast Afghanistan, the Afghan mujahidin parties wanted money, not men.[13] Mustafa Hamid, one of the earliest of the Afghan 'Arabs who came to support the Haqqanis in 1979 and who knew many of the people in the early history of al-Qa'ida, attended a press conference of a delegation of Afghan mujahidin leaders in Abu Dhabi in 1980 and recalls that "Afghan leaders said 'we do not need Arab volunteers, we need money'."[14] The language barrier was also an issue, as was the fact that most of the volunteers in the early 1980s did not have relevant training in guerrilla warfare that would make them useful on the Afghan front lines.[15]

### A. Establishment of the Services Bureau (Maktab al-Khidamat)

In 1984 'Azzam established the Services Bureau (Maktab al-Khidamat in Arabic) in Peshawar. Though the Services Bureau has sometimes been described in the popular and secondary literature as a precursor organization to al-Qa'ida, this is incorrect. Nor was 'Azzam a co-founder of the al-Qa'ida organization.

'Azzam stated that he founded the Services Bureau for three reasons: first, his years-long efforts at unifying the Afghan mujahidin leadership were not yielding fruit. Second, he saw that Arab volunteers who were coming to Peshawar were returning home "depressed and discouraged from the jihad" because of the Afghan in-fighting and lack of meaningful opportunities to engage in support activities. Third, most of the Muslim support and relief agencies did not operate inside Afghanistan, and he wanted an organization that could use the Arab volunteers to support the Afghan parties in the field, and away from the "negative influences" of the inter-party factionalism

---

[11] Nasir al-Bahri interview, *al-Quds al-'Arabi*, 4 April 2005, as translated in Coll, *The Bin Ladens*, p. 253.

[12] Brown and Rassler, *Fountainhead,* p. 66. Mustafa Hamid notes that at Badr "the [training] focus was on the spiritual and moral side, rather than the military side"; Hamid and Farrall, p. 82. See also Hegghammer, *Caravan*, p. 206f.

[13] On Haqqani's welcoming of Arab volunteer fighters, see Brown and Rassler, *Fountainhead*, pp. 64ff. Abu Hafs al-Masri and Abu 'Ubayda al-Banshiri, later co-founders of al-Qa'ida and leaders of its military committee, were among the volunteers who fought on Haqqani fronts in the mid-1980s.

[14] Hamid and Farrall, *Arabs at War in Afghanistan* (London: Hurst & Co. 2015), p. 30.

[15] According to Mustafa Hamid, there was a lack of training for Afghans and the small number of Arab volunteers in the first half of the war, and "many of the Arab volunteers with military experience could not stay for lengthy periods after their participation at the front because they had to return to their homes and work. Most importantly, the majority were not trained for guerrilla warfare, especially in the style needed for the Afghan conflict." Hamid and Farrall, *Arabs at War*, p. 38.

in Peshawar.[16] During the pilgrimage to Mecca in September 1984, he proposed the idea to Sayyaf, then the leader of the union of Afghan Mujahidin parties, who agreed. Bin Ladin, who was also at the meeting in Mecca, agreed to provide funding to get the organization started.[17]

At the time, Bin Ladin was personally very wealthy and could turn to his large extended family for additional financial support for the Afghan mujahidin.[18] Bin Ladin was also shocked when he made his first visit inside Afghanistan in the summer of 1984 at the poor conditions he witnessed at Sayyaf's fronts. He later recalled:

> I was very, very surprised by the poor situation in terms of weapons, roads, trenches, everything ...I asked forgiveness from God Almighty as I felt I had committed a sin by listening to some brothers, sheikhs, and loved ones, and not going inside because I was afraid that I would cause an embarrassment in terms of security. I felt that this delay by four years could not be atoned for except through martyrdom in the cause of God.[19]

That same summer he returned to Saudi Arabia and, according to 'Azzam, collected between five and ten million dollars that he then delivered to Sayyaf to assist the Afghans in their anti-Soviet efforts.[20]

'Azzam was the overall leader of the Services Bureau until his assassination in November of 1989, supported by a series of executive directors (*mudir*) and a variety of sub-committees that oversaw its various activities. The ten Arabs who helped him establish it in the beginning were all drawn from his personal networks, and none of them went on to be part of Bin Ladin's al-Qa'ida.[21] The Services Bureau grew to become a large organization with multiple initiatives, and only a small part of its activities revolved around getting Afghan Arabs directly involved in combat roles in Afghanistan. The Bureau established and administered schools, hospitals, educational activities for Afghan refugees, significant publishing work, and even an accredited school in Peshawar for the children of Arabs who came to support the war effort.[22] It ran guest houses for Arabs arriving in Pakistan, ultimately operating seven guest houses in Peshawar at its peak in 1988.[23] In 1986 it established a training camp for Arabs in the tribal areas of Pakistan called Sada, though the level of military training there was initially low and much of the focus was on religious and moral training.[24] The Services Bureau continued many of these activities after 'Azzam's death and into

---

[16] Hegghammer, *Caravan*, p. 206, and Muhammad, *al-Ansar al-'Arab*, p. 61.

[17] This according to both 'Azzam and Bin Ladin, quoted in Muhammad, *al-Ansar al-'Arab*, p. 88. See also Hegghammer, *Caravan*, p. 212.

[18] On Bin Ladin's financial resources in this period, see Coll, *The Bin Ladens*, pp. 229f. and 347-52.

[19] Muhammad, *al-Ansar al-'Arab* (Riyadh: Lajnat al-birr al-Islamiyya 1992), p. 85 (Hegghammer's trans., apud *Caravan*, p. 211. Part of this passage is also translated in Bergen, *The Osama bin Laden I Know*, p. 39).

[20] Muhammad, *al-Ansar al-'Arab*, 88.

[21] They are listed in Hegghammer, *Caravan*, p. 212.

[22] Hegghammer, *Caravan*, pp. 218ff.

[23] Ibid, p. 214.

[24] Hamid and Farrall, *Arabs at War*, pp. 83ff.; Hegghammer, *Caravan*, pp. 335ff. Hamid notes that the initial training offered was "characterized by religious training, and the military training was weak."

the early-1990s, long after Bin Ladin split from 'Azzam's organization and founded al-Qa'ida. For his part, Bin Ladin was "not a very active member [of the Services Bureau]. His role was to provide funding, and although he was probably consulted for major expenditures, he was not very deeply involved in day-to-day management."[25]

### B.    Bin Ladin's Split from the Services Bureau: The Lion's Den

Bin Ladin soon developed serious concerns about corruption and mismanagement of the Services Bureau and became increasingly independent of 'Azzam. He withdrew funding from the Services Bureau in 1988. As is abundantly attested in the primary sources, Bin Ladin's decision to create an independent training program for Arabs inside Afghanistan, a project which would evolve into the al-Qa'ida organization, resulted from a break with, rather than as an outgrowth of, 'Azzam's Services Bureau.[26] The two initiatives had completely different purposes. The Services Bureau was focused on coordinating Arab financial support and volunteers toward assisting the Afghan mujahidin parties. Bin Ladin's efforts after splitting with the Services Bureau were focused on training Arab volunteers and forming a combat unit that could be deployed to conflicts involving Muslim populations beyond Afghanistan. As a contemporary eyewitness described:

> Osama was not having any involvement in the Services Office since late '87 or maybe early '88. In '88 his financial support for Services Office was stopped by mutual understanding between him and Abdullah Azzam. Osama was willing to contribute and finance anything which is related to jihad which means 'fighting.' Services Office by '87, '88, it was becoming more of an NGO. They were having a printing press in Peshawar. They were helping with orphans and schools, mosques and dispensaries. Osama wanted to put all his wealth and financial support for fighting inside Afghanistan.[27]

One of the catalysts for the split was the 1986 Battle of Zhawara.[28] At the end of March of that year, the Afghan army launched a month-long assault on a Haqqani stronghold in southeastern Afghanistan. Responding to an appeal for support from Jalaluddin Haqqani, 'Azzam led a group of Arabs down to Miranshah from Peshawar and attempted to join the battle. It was a fiasco. The Arabs were told it was too dangerous, that they weren't properly trained, and when a small group

---

[25] Hegghammer, *Caravan*, p. 215.

[26] On the split between Bin Ladin and 'Azzam, and the former's concerns with the Services Bureau, see the primary sources cited in Peter Bergen, *The Osama bin Laden I Know: An Oral History of al Qaeda's Leader* (New York: Free Press 2006), pp. 48, 62ff.; Muhammad, *al-Ansar al-'Arab*, pp. 200ff.; Camille Tawil, *Brothers in Arms: The Story of al-Qa'ida and the Arab Jihadists* (Saqi Books 2011*)*, pp. 39f.; Hamid and Farrall, pp. 80, 86f., and 89ff.; 'Abdullah Anas, *To the Mountains: My Life in Jihad, From Algeria to Afghanistan* (London: Hursty & Co. 2019*)*, pp. 192ff.; and Hegghammer, *Caravan*, 352ff. Bin Ladin refers to his split from the Services Office in a letter found in the Abbottabad raid; "Letter on Shura," https://www.dni.gov/files/documents/ubl2017/english/Letter%20on%20Shura.pdf, p. 3.

[27] Bergen, *The Osama bin Laden I Know*, p. 62f., quoting Jamal Ismail, a Palestinian journalist who was an eyewitness to the Peshawar scene in these days and knew both 'Azzam and Bin Ladin.

[28] On the history of this event, see Brown and Rassler, *Fountainhead*, pp. 70ff.; Hamid and Farrall, 83f.; Hegghammer, *Caravan*, p. 333; and Lawrence Wright, The *Looming Tower* (New York: Alfred A. Knopf 2007), p. 110.

of Arabs did wind up moving across the border they arrived too late to be of any use.[29] Following this failure on the part of the Arabs, Bin Ladin decided to initiate his own training program for Arabs within Afghanistan, using his own funds, and outside of the umbrella of the Services Bureau. He moved his family to Pakistan shortly after the Battle of Zhawara and began to dedicate all his time and resources to the project of Arab training.[30]

In late 1986 Bin Ladin brought construction equipment to assist in infrastructure development for Sayyaf in the Jaji region of Paktia Province in southeastern Afghanistan.[31] He asked Saudi youth whom he'd recruited from the construction work to scout the area for a suitable location for a training base.[32] They discovered a mountain plateau overlooking the front lines that Bin Ladin ultimately selected to build what would become known as *Ma'sada al-Ansar*, "the Lion's Den of the supporters." It was a widely controversial move, both among the Peshawar Arab leadership and the Afghans. An eyewitness to these events later recalled that "the Afghans viewed Ma'sada as the like of someone taking money and casting it into the sea."[33] Much of the Peshawar Arab community also saw the Ma'sada project as Bin Ladin wasting money, primarily due to the many criticisms of the location as far too dangerous a place to build and hold any sort of position.[34] A group of Arabs with extensive military experience were invited to view and give an assessment of the position, and in their view the spot was too exposed to assault from the air to be of any use to anyone but trained fighters with a high level of experience. Despite being told it was inadvisable, Bin Ladin was undeterred. 'Azzam participated in these debates, and also worried that the project was a waste of money. He wanted Bin Ladin to limit the number of Arabs in Ma'sada at any one time for safety reasons; Bin Ladin agreed, but swiftly went back on the agreement. As 'Azzam wrote later:

> Although we agreed with Abu Abdallah [Bin Ladin] one, two, and three times that the number should not exceed twenty people, the brother wanted to expand the work. He wanted to mobilize the Arabs, he wanted to resist the Russians, and there were a number of projects in his mind. Indeed, Abu Abdallah's enthusiasm, with the money in his hands, enabled him to do as he wanted.[35]

---

[29] Brown and Rassler, *Fountainhead*, p. 73. As Hegghammer puts it, "The battle of Zhawar [sic] was a humiliation. It laid bare the Arabs' lack of training and showed that, when push came to shove, the Afghans did not trust them to perform in the field." *Caravan*, p. 334.

[30] Hegghammer, *Caravan* p. 334.

[31] Ibid., p. 339. Mustafa Hamid notes that Bin Ladin's decision to directly fund and oversee these construction activities in support of Sayyaf resulted from his perception of mismanagement of funds by the Services Bureau, which he did not believe was getting money to where it was needed inside Afghanistan. "He wanted to separate his work from Maktab al-Khadamat and to work inside Afghanistan because that way he could make sure the money and the resources reached where he thought they were needed." Hamid and Farrall, *Arabs at War*, p. 86. Bin Ladin described the construction activities in an interview with CNN in Afghanistan in March 1997, noting that "we transported heavy equipment from Saudi Arabia estimated at hundreds of tons altogether that included bulldozers, loaders, dump trucks, and equipment for digging trenches." Lawrence, ed., *Messages to the World* (2005), p. 48.

[32] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 90.

[33] Muhammad, *al-Ansar al-'Arab*, p. 233.

[34] Hegghammer reviews the controversy in *Caravan*, pp. 340f. See also Hamid and Farrall, *Arabs at War*, pp. 94-97.

[35] Muhammad, *al-Ansar al-'Arab*, p. 234, Hegghammer trans., apud *Caravan*, p. 343.

Mustafa Hamid, who was an eyewitness to these developments and declined Bin Ladin's invitation to join the group at Ma'sada, preferring to remain with the Haqqanis, recalls:

> In the beginning, Azzam, like others, did not support Abu Abdullah [Bin Ladin] forming anything in Jaji. He was against establishing the al-Masadah camp, he was against the Battle of Jaji, he was against it all, but when the battle came, he supported it.[36]

Ma'sada began operating as a training camp under Bin Ladin's leadership in February of 1987. He recruited two Egyptians seasoned in guerrilla combat with the Haqqanis, Abu 'Ubayda al-Banshiri ('Ali Amin al-Rashidi) and Abu Hafs al-Masri (Muhammad 'Atif), who reluctantly joined the project but were eventually won over. Abu 'Ubayda was made the commander, and Abu Hajir al-'Iraqi was recruited from the Services Bureau to be chief trainer. Abu Khalid al-Masri was also recruited as a trainer. These men would later assume senior positions in al-Qa'ida, most in its military committee, underscoring the importance of the Ma'sada project for the subsequent development of al-Qa'ida.[37]

Ma'sada also made Bin Ladin famous. The Battle of Jaji, also called the Battle of Ramadan, has been extensively recounted elsewhere.[38] In May of 1987 Bin Ladin's group at Ma'sada was targeted by Afghan and Soviet forces. They were able to ward off the attacks, and their "victory" in battle quickly became a famous event throughout the Arab and Muslim world. It was extensively covered in the Arabic-language magazines published out of Peshawar, as well as in the mainstream Arab press. Bin Ladin's role was extensively covered in all of this, and it raised his stature both among the Arabs in Peshawar and more broadly in an Arab world that at the time watched the Afghan war very closely.

### C.      Al-Qa'ida al-'Askariyya: the Formation of the "Military Base"

While a precise founding date is not known, al-Qa'ida was not "founded" at a meeting in August of 1988, as is sometimes claimed in the secondary literature.[39] The earliest form of al-Qa'ida – as an organization dedicated to training an elite military cadre capable of supporting Muslim-majority populations in situations similar to that of the Afghans – began to emerge in 1987.[40] The experience of Jaji had convinced Bin Ladin of the need to establish an advanced training operation for the Arabs. Following the Battle of Jaji, Bin Ladin established training camps in Khost Province in southeastern Afghanistan. The name "al-Qa'ida" had already existed, as Abu 'Ubayda al-Banshiri

---

[36] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 99

[37] Hegghammer, *Caravan*, p. 343.

[38] Muhammad, *al-Ansar al-'Arab*, pp. 303ff; Hamid and Farrall, *Arabs at War*, pp. 97-100; Anne Stenersen, *al-Qaida in Afghanistan* (Cambridge University Press 2017), p. 18f.

[39] This is discussed in greater detail in the following section.

[40] Mustafa Hamid, who was present in southeastern Afghanistan during this period and knew all the people involved, says that al-Qa'ida launched its first training initiative after Ma'sada in late 1987 (Hamid and Farrall, *Arabs at War*, p. 113). Abu Mus'ab al-Suri, who was also present and an eyewitness to these events, and occasionally lectured at al-Qa'ida camps between 1988 and 1991, writes that al-Qa'ida was formed "in the beginning of 1988" (Suri, *Da'wa al-Muqawwama al-Islamiyya al-'alamiyya*, p. 710). Hegghammer, who thoroughly reviewed all the relevant primary sources on this question, concludes regarding the time of the founding of early al-Qa'ida: "Early 1988 seems a good bet, but any time between August 1987 and July 1988 is conceivable" (*Caravan*, p. 354).

had earlier argued for the creation of a military base (*al-qa'ida al-'askariyya*) in the area of Ma'sada.[41] Over the course of the year following the historic Ma'sada battles, the al-Qa'ida organization would begin to take shape. The first training program for al-Qa'ida members noted in the primary sources was one taught at Zhawara in Khost, Afghanistan, where al-Qa'ida established its first training camp, over the course of the winter of 1987-'88.[42]

One of the first eyewitnesses to report on this early al-Qa'ida was Abu Ja'far al-Qandahari (real name Ayman Sabri Faraj) an Egyptian volunteer who came to Afghanistan to support the mujahidin in the summer of 1988. In his memoir about the Afghan 'Arabs, he writes:

> It was customary for arrivals to go to the Sada training camp run by the Services Bureau, but I preferred to go to a new training camp that had been announced at that time to any and all who sought to carry out jihad, a training camp in which the level of training would be of a higher and more strenuous level than that at Sada. It was a center which would winnow out those suitable to be admitted into "al-Qa'ida" al-'askariyya (lit., "the military base"), an organization that had been advertised as forming the nucleus of an Islamic army capable of fighting jihad anywhere in the world.[43]

Qandahari opted not to join al-Qa'ida, though he notes that during the training, the trainers would "periodically hand out papers asking about your interest in joining al-Qa'ida, in which I would always write that I did not want to."[44]

Qandahari writes that he trained with al-Qa'ida at Ma'sada in Jaji, after a preliminary training period in Zhawara. Therefore, in the summer of 1988 al-Qa'ida already had training infrastructure in place, both at Jaji and in the Zhawara valley, a system of recruitment, and procedures for formally joining the organization. This also indicates that the existence of al-Qa'ida at that time was not a secret, and that its purpose at this early stage – to train an elite cadre for potential deployment to as-yet unspecified areas of conflict – was generally available information to people arriving in Peshawar by the beginning of summer 1988. Qandahari's experience also illustrates the fact that not all who trained in al-Qa'ida's camps became members of al-Qa'ida; few in fact did.[45]

There is an abundance of primary source evidence that echoes Qandahari here on al-Qa'ida's "mission" in this period. Hasan Surayhi, a Saudi volunteer who joined the Arab group at Ma'sada,

---

[41] Hamid and Farrall, *Arabs at War*, p. 111. Bin Ladin himself confirmed this in an interview with *al-Jazeera* in Afghanistan in October 2001, in which he stated: "So the situation is not as the West portrays it: that there exists an 'organization' with a specific name, such as 'al-Qa'ida,' and so on. That particular name is very old, and came about quite independently of me. Brother Abu Ubaida al-Banshiri created a military base to train the young men to fight against the Soviet empire, which was truly vicious, arrogant, brutal, and terrorized the faithful. So this place was called 'The Base,' as in a training base, and the name grew from this." Lawrence, ed., *Messages to the World*, p. 119f.

[42] Hamid and Darrall, *Arabs at War in Afghanistan*, pp. 113 and 135.

[43] Ayman Sabri Faraj (al Qandahari), *Dhikriyyat 'Arab Afghan Abu Ja'far al Masri al Qandahari* (Cairo: Dar al-Shuruq 2002), p. 25. He puts quotes around the Arabic word al-Qa'ida in the text.

[44] Ibid., p. 37.

[45] He notes examples of people being asked to leave the training camp and being declined admission to al-Qa'ida. Ibid., p. 34, 41 (only 3 of 50 trainees admitted into al-Qa'ida in a training that he participated in).

recalls a conversation he had in this period with Bin Ladin and Abu 'Ubayda a- Banshiri, quoting Banshiri as saying:

> You are aware of brother Osama bin Laden's generosity. He has spent a lot of money to buy arms for the young mujahideen as well as in training them and paying for their travel tickets. Now that the jihad has ended, we should not waste this. We should invest in these young men and we should mobilize them under his umbrella. We should form an Islamic army for jihad that will be called al Qaida. This army will be one of the fruits of what bin Laden has spent on the Afghan jihad. We should train these young men and equip them to be ready to uphold Islam and defend Muslims in any part of the world.[46]

Describing one of al-Qa'ida's first camps in Zhawara, Bin Laden's former bodyguard Abu Jandal Nasir al-Bahri describes the ambitions vision at the time:

> It was established on the basis of a clear military methodology, a military college where cadets passed through a number of stages and levels until they finally graduated at the command level, as military commanders capable of leading any jihadist action anywhere. Thus, if the jihad in Afghanistan ends, graduates of the college can go anywhere in the world and capably command battles there.[47]

Internal al-Qa'ida documents captured in Afghanistan by US forces also reflect this focus on military training to "uphold Islam" and "defend Muslims," and a general absence of specific political objectives or designated geographical areas of operation.[48] A document that outlines al-Qa'ida's structures and bylaws, which is undated but has salaries in Pakistani rupees which indicates it was written prior to 1993,[49] states the following as al-Qa'ida's general goals:

i.  To promote jihad awareness in the Islamic world
ii.  To prepare and equip the cadres for the Islamic world through trainings and by participating in actual combat
iii.  To support and sponsor the jihad movement as much as possible
iv.  To coordinate jihad movements around the world in an effort to create a unified international jihad movement.[50]

The purpose of al-Qa'ida's military committee is defined in this document as follows:

---

[46] Bergen, *The Osama bin Laden I Know*, p. 83.

[47] Brown and Rassler, *Fountainhead*, p. 79f.

[48] Hegghammer also notes that "al-Qaida had no clear political objective or designated geographical operating area at this time." *Caravan*, p. 356.

[49] On dating this document, see Hegghammer, *Caravan*, p. 355. In 1993, under international pressure, Pakistan cracked down on Arab organizations with offices in Peshawar and the Pakistani tribal areas, shutting many of them down, carrying out mass arrests of Afghan Arabs who had settled in the border areas, and prohibiting cross-border activities of Arab groups between Afghanistan and Pakistan. See Tawil, *Brothers in Arms*, p. 100. Given that most of al-Qa'ida's members relocated from the Afghanistan/Pakistan region to Sudan in Africa in 1992, the document was probably written in 1992 or earlier (the rupee is not a currency in use in Africa in the 1990s).

[50] Harmony document AFGP-2002-600178, p. 2, available at https://ctc.usma.edu/harmony-program/al-qaidas-structure-and-bylaws-original-language-2/.

The military committee

Definition: This is an organization that is responsible to prepare the jihad youth and to train them and get them ready for combat. It is also responsible for their participation in jihad in the battle fields; also, for improving their combat competencies and military technologies and for the planning and implementation of the military agendas according to shari'ah and other issues such as training, preparation and combat.

Goals.

General goals.

1. To prepare the jihad youth and to train them for war and combat

2. To structure and to supervise the military participation in the fields of combat

3. To prepare the military plans and curricula

4. To provide what is needed of military technologies for war and combat

Specific goals.

1. To recruit members to join al-Qa'ida

2. To improve the military capabilities and competencies of the al-Qa'ida's members

3. Make al-Qa'ida an incubator of training and combat expertise; in other words, prepare training and combat manpower for the Islamic World.[51]

Nothing in this document construes "jihad" as broader than defensive conflict in the defense of Muslims, and in every instance, it frames "jihad" in conventional military terms, not in terms of political violence or terrorism. The document lists only vague principles under "General Politics," and nowhere does it suggest a target of future deployment for its military trainees. The goals and activity of early al-Qa'ida were thus cause of little controversy. The main difference that began to emerge in this period between Bin Ladin's training project and 'Azzam's Services Bureau was that the latter was established to support Afghan mujahidin and help them win their war against Soviet invaders, while Bin Ladin's focus was on using the Afghan theater as a training ground for Arabs who could then be a military resource for an as yet undefined defensive jihad elsewhere in the future. Tamim al-'Adnani, the executive director of the Services Bureau in the late 1980s, summarized the difference:

> Shaykh 'Abdullah 'Azzam and I sought to connect the youth directly to the Afghans and in service to the Afghans, while Abu 'Abdullah [Bin Ladin] was of the view that the Afghan cause benefited us more than we could benefit it individually. It was as if [Bin Ladin] wanted to gain from the jihad more than we gave to it, whereas we wanted to give to the jihad more than derive benefit from it.[52]

### D.    Clarifying Misconceptions on the Founding Date of al-Qa'ida

There has been much confusion about the founding of al-Qa'ida arising from a set of documents relating to events in the late 1980s in Afghanistan and Pakistan. In 2002, scanned documents relating to the Services Bureau, Ma'sada, and the activity of the Afghan Arabs were found on computers belonging to the Benevolence International Foundation in Sarajevo. A folder entitled "Tareekh Osama" included hand-written minutes of several meetings of prominent Arabs in the

---

[51] Ibid., p. 21.

[52] 'Adnani, quoted in Hamid, *Ma'arik al-bawwaba al-sakhriyya, al Faruq Camp, Paktia* (n.p.: 1995), p. 230.

18

Peshawar scene, and these have sometimes been misinterpreted as meetings at which al-Qa'ida was founded. Due to this misinterpretation, people present at these meetings, including Wa'il Julaydan [Jelaidan], have sometimes been incorrectly identified as founding members of al-Qa'ida.

There are three meetings minutes in particular that have been misread in this way. The first describes a meeting on 11 August 1988 in which Abu Rida al-Suri (Muhammad Loay Bayazid) and an unspecified "shaykh" discuss "the shaping of the new military work."[53] The minutes reflect an argument, not a founding, with respect to the training work that Bin Ladin was then already engaged in. Bayazid appears to provide a series of objections to the "new military work," asking the "shaykh" whether he agreed with 'Azzam "after the Sheikh's ['Azzam's] military gang has ended," noting that it appears to be in the interest of Egyptians, and that "disagreement is present." In the notes the shaykh responds by reflecting on the achievements over a year and a half at Ma'sada, saying "we have not started an organization or an Islamic group." At the end there is a note, "initial estimate, after 6 months at the Base (al-qa'ida), 314 brothers will be trained and ready." This is not a discussion about the founding of this base – it is an argument about its wisdom at the current stage. Hegghammer reads this similarly, writing that this document "records a back-and-forth between someone who wants a new military approach and someone who defends the status quo."[54]

The second relevant document from Tareekh Osama contains notes from meetings held on August 17, 18, and 20, 1988, attended by fourteen people including Abu Burhan al-Suri, Abu 'Ubayda al-Banshiri, Abu Hajir al-'Iraqi but not Bin Ladin or 'Azzam. The name "al-Qa'ida" is not mentioned and the notes mostly reflect a lengthy and critical conversation about problems plaguing the Services Bureau.

The third document relates to a series of meetings held around 20 August 1988 by a group of Peshawar Arabs from both the Services Bureau and Bin Ladin's training project, to discuss a reorganization of the Afghan Arab work in Peshawar and the systematization of training for Arab volunteers. Attendees included Bin Ladin, Abu 'Ubayda, Abu Burhan, Tamim al-'Adnani, Abu'l-Hasan al-Madani (Wa'el Julaydan) and three others. According to the notes, most of the discussion on the first two days of meetings (August 18 and 19) was about forming a new Advisory Council for the Arabs working in Peshawar. The attendees discussed mismanagement of the Services Bureau, noting that 40 points were raised that could be summarized in two: "complaints" and "mismanagement and bad treatment at the Services Bureau." The notes say that on the final day, the group met and a suggestion was made about dividing up the military work, which refers to military training of the Arabs coming to Afghanistan, as follows:

- Limited duration (known): they will go to Sada to get trained and distributed on Afghan fronts, under the supervision of the military council

[53] These documents are all discussed in Hegghammer, *Caravan*, pp. 376ff., and Hamid and Farrall, *Arabs at War*, pp. 107ff. Translations of the originals are published in JM Berger, *Beatings and Bureaucracy: The Founding Memos of al Qaeda (Intelpress 2012)*. This letter was first published in translation in Bergen, *The Osama bin Laden I Know*, p. 78f., where the phrase "shaping of the new military **work**" (*tashkil al-'aml al-'askari al-jadid*) is mistranslated as "the establishment of the new military **group**" (emphasis added).

[54] *Caravan*, p. 353. He also makes the argument that the "shaykh" in this dialogue is Tamim al-'Adnani, then the executive director of the Services Bureau.

- Open duration (long): they enter a testing camp and the best brothers of them are chosen in preparation to enter the military base (*al-qa'ida al-'askariyya*)

  The aforementioned al-Qa'ida is basically an organized Islamic faction whose goal is to lift the word of God and to make His religion victorious.

These documents attest to the existence of a training program, more advanced than the Services Bureau's Sada camp, called al-Qa'ida, which the Egyptian volunteer Qandahari also described in similar terms as already existing earlier that summer and generally known to new arrivals in Peshawar. These documents then do not reflect a "founding" of a new organization. As Hegghammer notes, "A more plausible interpretation of the three documents is therefore that they record meetings in which representatives of an *already existing* al-Qaida organization unveiled their new plans to representatives of the Services Bureau so as to get their approval and coordinate their activities with them."[55] According to Mustafa Hamid, "to my knowledge this meeting in 1988 was not to form al-Qa'ida, because the organization was already in the process of being established. It was to form a joint Arab Council to oversee the work in the Afghan-Arab yard, which at that time had a number of issues relating to mismanagement and disorganization, as well as disagreements as to who should be in charge of what."[56] Hamid also states that the proposed arrangement whereby Sada trainees could go on to more advanced training with al-Qa'ida did not really materialize.[57]

Reading the documents as "founding" meeting minutes has also led to the erroneous association of Services Bureau representatives in these meetings with al-Qa'ida. For example, Wa'el Julaydan, Tamim al-'Adnani, and Abu Burhan al-Suri were all long-time members of the Services Bureau and were never members, much less "co-founders," of al-Qa'ida. Similarly, though 'Azzam is not noted to have been present in any of these meetings, he has also been incorrectly labeled a "co-founder" of al-Qa'ida in some of the secondary literature. Hegghammer's definitive biography of 'Azzam has put that notion to rest, so it is worth quoting him at length:

> Abdallah Azzam has often been described as a "co-founder of al-Qaida," but this is almost certainly inaccurate. In fact, there is no evidence to suggest that he was anything more than an observer during the emergence of the new group. The confusion about Azzam's relationship with al-Qaida has two origins. The first is the article titled "al-qa'ida al-sulba" (the Solid Base) which Azzam wrote in al-Jihad magazine in April 1988. Some analysts have interpreted this article as a concept paper for an al-Qaida organization, but it is not. The article merely says Afghanistan is the territorial base on which the Islamist movement must establish

---

[55] *Caravan*, p. 353. Another argument against reading these documents as reflecting the "founding of al-Qa'ida" is Flagg Miller, "Re-reading the Origins of al-Qaeda through Osama bin Laden's Former Audiocassette Collection," in Fenner, Stout and Goldings, eds., *9/11 Ten Years Later*, pp. 115-30. To somewhat simplify his argument, Miller reads the documents' references to a base (*qa'ida*) as referring to the establishment of the training base at al-Faruq, not the al-Qa'ida organization as it would come to be later known.

[56] Hamid and Farrall, *Arabs at War*, p. 109.

[57] Ibid. He writes: "As far as I know, al-Qaeda did not access Sada's trainees the way it was outlined, because at that time it had its own trainees. Maybe for a short time, but this was in the period when people were rushing to Abu Abdullah. They were still going to Ma'sada, trying to join with the victorious group, although by then al-Qaeda had moved its important training and its main base to Zhawar."

itself before it can make further conquests.[58] The second source of confusion has been the Tareekh Osama documents. Lawrence Wright and others have suggested that Azzam attended or even initiated the first of the August 1988 meetings which, in their interpretation, led to the foundation of al-Qaida. However, as we have seen, these meetings were probably not about the founding of al-Qaida in the first place. Moreover, the evidence for Azzam's presence there is slim, as he is not mentioned explicitly as an attendee in any of the three key Tareekh Osama documents. The only possibility is that he was the unidentified sheikh in the 11 August Document (see above), but the document refers to Azzam in the third person, as if he is someone other than the sheikh attending the meeting. […] In any case, the sheikh in the 11 August meeting expressed skepticism of the proposal to establish a new specialized camp, so even if it was Azzam, it would not implicate him. Moreover, Azzam is not described as an al-Qaida member in other relevant primary sources from this period, and he never mentioned the organization in his own writings or speeches. In short, Azzam was neither a co-founder nor a member of al-Qaida.[59]

### E.    Al-Qa'ida's Modest Origins, 1987-1991

In its first several years of existence, Bin Ladin's al-Qa'ida training organization was a modest enterprise, with a small membership and no stated objective or target beyond a theoretical capacity to defend Muslims from aggression.[60] It made no official claim at this time to wish to overthrow Arab regimes or engage in extra-military political violence, much less to attack the United States.[61] Its training activities were not secret, and the primary sources do not reflect much concern on the part of Afghan 'Arabs, Western governments, or Arab regimes with the emergence of this "base." That would begin to change as al-Qa'ida branched out into Yemen and Somalia following the end of the Soviet-Afghan conflict, which will be discussed in the next section (Affirmative Opinion Section 2).

As attested by the memoirs of the Egyptian volunteer Qandahari, the existence of an "al-Qa'ida," having the amorphous mission of training the "nucleus of an Islamic army" at advanced training programs, was available information to an Arab arriving in Peshawar by the summer of 1988. Afghan Arabs had mixed views of Bin Ladin's venture in the beginning. 'Abdullah Anas, aide and

---

[58] That 'Azzam's "solid base" is not a reference to what we now know of as al-Qa'ida is obvious in many ways in the text itself, not least in a paragraph in which he writes of "those of the solid base [al-qa'ida al-sulba] who stood against the whole world … the remarkable leaders of jihad [who] rose up, Sayyaf, Hekmatyar, Rabbani, and Khalis," referring to the leaders of four of the main Afghan mujahidin parties (*al-Jihad* 41 (April 1988), p. 6, trans. Hegghammer's, in Kepel and Milelli, eds., *Al Qaeda in its Own Words*, p. 142).

[59] Hegghammer, *Caravan*, p. 354f.

[60] Jamal al-Fadl testified when asked about al-Qa'ida around 1989, "Was there a particular target that the jihad was directed at during that time? A: Not that time." USA v. Usama bin Laden et al., Southern District of New York, 2001, day 2 (6 February 2001), 196f. See also Scheuer, *Osama bin Laden*, p. 73: "Interestingly, no decision had yet been made to use al-Qaeda fighters to attack targets of the group's choosing, be they Arab regimes, the United States, or Israel. Al-Qaeda was not looking for a war of its own in 1988-1989."

[61] Enaam Arnaout told Jamal Khashoggi in 1998, regarding the beginnings of al-Qa'ida, "Osama believed he could set up an army of young men responding to the jihad call. When he presented the idea to us he did not speak of jihad against Arab regimes," but rather of aiding Muslim-majority populations in conflicts or facing perceived state repression in areas that were of broad concern within the Muslim world at the time. Brown and Rassler, *Fountainhead*, p. 92.

son-in-law of 'Azzam, wrote that at that time, "No one ever used the term al-Qaeda in the way it is used now, it was merely short for Osama's organization. It did not evoke fear in any of us nor was it taken that seriously."[62] Hasan Surayhi, an early Saudi volunteer to the Afghan cause who'd been part of Ma'sada, expressed mild disagreement with Bin Ladin's creation of al-Qa'ida because it was not in line with the specific purpose for which Arabs had come in the first place, which was to support the Afghan mujahidin.[63] Another eyewitness to Ma'sada, the late journalist Jamal Khashoqji (Khashoggi), spoke with Bin Ladin about his concerns with the training organization: "Arab regimes will not like that."[64] In contrast to the divisive ideological and strategic debates that al-Qa'ida would cause amongst jihadis and Islamists in later years, its beginnings were marked with little controversy due to its broad non-targeted objectives.

Al-Qa'ida's early years also barely registered with Western intelligence agencies. In October of 1988, a French intelligence operative in Peshawar noted for the first time that Bin Ladin was "training Arabs," but when he passed this information onto his station chief there was no follow-up, the latter saying he had no knowledge of Bin Ladin or French jihadis. "Nobody knew about Bin Ladin in Peshawar," the operative noted.[65] American intelligence covering the region had a similar view. Jack Devine, who led the Afghan Task Force of the CIA in the late 1980s, noted that "Bin Ladin was a minor blip on our screen."[66] Thomas Twetten, head of the Near East Division of the CIA's Directorate of Operations, said that "we considered that the Arab volunteers were a problem for the Afghans and the Pakistanis, and that it was not in our interest to monitor their very small contribution. Our assessment was that they were not training to perpetrate terrorist acts once they were back on Arab or North African territory. We were not collecting intelligence on them."[67]

The end of the Soviet-Afghan conflict saw a rapid proliferation of training camps run by a wide variety of groups and parties, from revolutionary jihadists intent on overthrowing their Arab governments to irredentist ethnic groups in Central Asia seeking to "liberate" their territories.[68] As described in a later section (Rebuttal Opinion Section 2), between 1987 and 1991 there were nearly twenty training operations in Afghanistan with no affiliation with al-Qa'ida. The question of what to do with a trained cadre of Arab mujahidin was undecided for al-Qa'ida's first several years of existence. After the end of the Soviet-Afghan conflict, Bin Ladin's focus would shift to the Gulf, a focus which would define al-Qa'ida's history throughout the first half of the 1990s. The next section describes this history, particularly al-Qa'ida's growing enmity for the Saudi regime.

---

[62] Anas, *To the Mountains*, p. 197. In the next sentence, Anas writes: "Contrary to modern myth Sheikh Abdullah ['Azzam] had nothing to do with its [al-Qa'ida's] birth even though the people who slandered him ['Azzam] appropriated his image to bolster the credibility of the organization."

[63] Bergen, *The Osama bin Laden I Know*, p. 83f.

[64] Ibid., p. 85.

[65] Jean-Christophe Notin, *La guerre de l'ombre des Francais en Afghanistan: 1979-2011*(Paris: Fayard, 2011), p. 389f.; Hegghammer, *Caravan*, p. 186.

[66] Jack Devine and Vernon Loeb, *Good Hunting: An American Spymaster's Story* (New York: Sarah Crichton Books, 2014), p. 104. See also Hegghammer, *Caravan*, p. 182.

[67] Notin, *La Guerre de l'ombre*, p. 324, quoted in Hegghammer, *Caravan*, p. 183.

[68] On the growth of this camp infrastructure, see Brown and Rassler, *Fountainhead*, 75ff.

2.    Al-Qa'ida's History of Animosity towards the Kingdom of Saudi Arabia

No credible history of al-Qa'ida could neglect the centrality of its enmity for the Kingdom of Saudi Arabia. International developments after the Afghan-Soviet war led the early al-Qa'ida organization to its first efforts at deploying its "Islamic army" outside of Afghanistan, with a consistent focus on the Gulf region. In the early 1990s Bin Ladin came to view the Saudi government as an apostate regime and an enemy of the global Muslim community. Much of his activity in this period was focused on denouncing the Saudi royal family and deploying his followers to the region, first in Yemen and then in Somalia. This section documents al-Qa'ida's turn to Saudi Arabia and its attitudes toward the Saudi government and royal family.

*A.    The First Confrontation with Saudi Arabia: Al-Qa'ida in Yemen, 1989-1990*

Bin Ladin's initial vision for al-Qa'ida's post-Afghanistan development was to establish and arm a jihadi movement in South Yemen in order to overthrow the South's communist regime.[69] Saudi crackdowns on Bin Ladin's involvement in the Yemeni conflict also caused his initial turn against the Saudi regime. Al-Qa'ida's ambitions in Yemen in this period did not yield results and underscore the haphazard nature of the organization's early efforts. Bin Ladin began pouring money into the country in the hopes of amassing arms and winning allies from among the leadership of Yemen's Islamists in the North, but this effort proved to be an unmitigated failure. 'Abd al-Majid al-Zindani, with whom Bin Ladin had enjoyed close relations as a fellow elite among the Peshawar émigrés, rebuffed Bin Ladin's appeals for support and refused to lend his clerical sanction or considerable political clout to Bin Ladin's plan for revolutionary violence in the South.[70] With the unification of the two Yemens into the Republic of Yemen in 1990, Yemen's politically-engaged Islamists, including Zindani's Islah Party, founded in the same year, pursued a path of political accommodation and eventually formed a unity government alongside Yemeni socialists, Ba'athists and Arab nationalists, further alienating them from Bin Ladin.[71]

Bin Ladin refocused his efforts at this time on instigating violent opposition to Yemen's unification transition government, but again he failed to win significant allies.[72] Most notably, Bin Ladin's attempt to garner support for revolutionary jihadism in Yemen from one of Yemen's leading Salafi shaykhs and "the fiercest critic of the Islamists' coming to power by way of unification with the 'atheists',"[73] Muqbil al-Wadi'i (d. 2001), was not only met with outright rejection, but drew acerbic denunciations of Bin Ladin from this famous scholar that continue to be circulated on

---

[69] See Harmony document AFGP-2002-600086, in Brown, "Cracks in the Foundation," 8-10; Abu Mus'ab al-Suri, *Da'wa al-muqawwama*, 774.

[70] Al-Suri, *Da'wa al-muqawwama*, 775. See also François Burgat and Muhammad Sbitli, "Les Salafis au Yémen . . . la Modernisation malgré tout," Chroniques Yéménites 10 (2002), 51, http://cy.revues.org/document137.html.

[71] See Sharif Ismail, *Unification in Yemen: Dynamics of Political Integration, 1978-2000* (MPhil thesis, University of Oxford, 2007), 25.

[72] Abu Mus'ab al-Suri, *Da'wa al-muqawwama*, 775, notes that several jihadi figures in Yemen who were close to Bin Ladin—including Abu 'Umar al-Sayf, who went on to play a prominent role in the second Chechen jihad—did sign a declaration of excommunication (*takfir*) against the unity government, but he concludes that ultimately these would-be challengers were successfully co-opted by the Salih regime. On Bin Ladin's relationship with Tariq al-Fadli, who briefly led a jihadi movement centered in Abyan in the early 1990s, see Bernard Rougier, "Yémen 1990-94: La logique du pacte politique mise en échec," in *Le Yémen contemporain*, ed. R. Leveau, et al. (Paris: Karthala, 1999), 112-14.

[73] Burgat and Sbitli, "Les Salafis au Yémen"

23

Salafi and jihadist internet forums to this day.[74] Writing in 1996 about recent jihadi bombings in Saudi Arabia, Muqbil al-Wadi'i condemned those who deliver fatwas without knowledge or proper religious education to instigate revolution and anti-government sedition, and then writes:

> An example of such sedition is the sedition in Yemen that was planned and nearly accomplished by Usama bin Ladin, whom if told "we need twenty thousand riyals to build a mosque in such-and-such a country," would answer "I do not have such resources, but God willing I will give what I can within the limits of my capacities," yet if told "we need cannon, machine guns, etc.," would answer "take this hundred thousand or more riyals, and God willing there will be yet more." Later his machinations caught up with him, when he used his money in Sudan on farms and projects for al-Turabi (may God soil his face) who thus played him [Bin Ladin] for a fool.[75]

Bin Ladin's activities in Yemen led to his first confrontations with the Saudi government. Following Yemeni unification in 1990, the country's new president 'Ali 'Abdullah Salih complained to the Saudi King Fahd about Bin Ladin's activities. The king ordered Bin Ladin to stay out of Yemen's affairs, to which Bin Ladin reportedly expressed denials of any involvement there. When Bin Ladin continued to travel to Yemen to organize opposition to the unity government, King Fahd was reportedly enraged at his subject's dishonesty and disobedience. By one account he sent the minister of the interior, Prince Nayif, who spoke to Bin Ladin harshly and demanded his passport.[76] The Saudis also raided a Bin Ladin farm being used to support his activities in Yemen, arresting Afghan Arab followers of Bin Ladin who the latter had settled there and confiscating stockpiled supplies.[77] Bin Ladin's son Omar says that this was a turning point in his father's relationship with the royal family.[78]

### B.    Bin Ladin Declares Saudi Arabia an Apostate Regime: The Advice and Reform Committee, 1990-1996

Bin Ladin made a definitive turn toward enmity with the Saudi regime after the first Gulf War, and specifically after Saudi state repression of Islamic scholars critical of the regime and the US

---

[74] An online search of the Arabic passage in question (see note to translation, below) yielded more than 20,000 hits, most of which appear to be forum postings. See, e.g, the Ana al-Muslim forum, posting dated 22 November 2006, http://www.muslm.net/vb/archive/index.php/t-176265.html; al-Jazeera Talk forum, posting dated 8 November 2007, http://www.aljazeeratalk.net/forum/archive/index.php/t-61676.html; Sahab Salafi Network, posting dated 6 July 2009, http://www.sahab.net/forums/showthread.php?t=369675.

[75] Muqbil al-Wadi'i, *Tuhfat al-mujib 'ala as'ilat al-hadir wa'l-gharib*, chapter entitled "man wara' tafjir fi ard al-haramayn?," http://www.muqbel.net/files.php?file_id=5&item_index=15.

[76] Wright, *Looming Tower*, p. 154, citing Ahmed Badeeb, who was chief of staff to Saudi intelligence chief Turki al-Faisal at the time. Michael Scheuer also discusses Bin Ladin's passport restrictions at this time, *Through Our Enemies Eyes* (Potomac Books, 2003), p. 121f. Bin Ladin later told an Arab journalist, "I delivered a series of lectures in the Yemeni mosques, inciting Muslims to rise up against the South Yemen regime. This prompted the Saudi government to ban me from preaching." Atwan, *The Secret History of al-Qaeda* (University of California Press, 2008), p. 161.

[77] Coll, *The Bin Ladens*, p. 375, also citing Badeeb; Nabil Sharaf al-Din, *Bin Ladin, Taliban, al-Afghan al-'arab wa'l-umamiyya al-usuliyya* (Cairo: Maktabat Madbuli, 2002). Bin Ladin's son Omar recalls the event of the raid in Najwa bin Laden et al., *Growing Up bin Laden* (St. Martin's Press, 2009), p. 83.

[78] Bin Laden et al., *Growing Up bin Laden*, p. 83.

presence.[79] Following Iraq's invasion of Kuwait in August of 1990, Bin Ladin sent a lengthy written plan to the Saudi defense ministry outlining an offer to deploy Afghan Arab mujahidin trained in Bin Ladin's camps to defend the Saudi kingdom from Saddam Hussein's army.[80] Bin Ladin later described the ministry's response:

> I directed my advice straight to the deputy Minister of Defense, informing him of the great sins from which the state should desist, and the danger of persisting with them, but to no avail. Then I met the deputy director of the ministry of security affairs, who strongly reproached me for advising the deputy Minister of Defense and began haranguing me about exactly the same sins that I had mentioned to the minister. Then he said: "This is well known – we don't need anyone to tell us about it."[81]

Soon thereafter, the Saudi government agreed to the deployment of US troops in Operation Desert Shield. At this time Bin Ladin for the first time began to publicly denounce the Saudi government. Omar bin Laden recalls, "My father spoke at the local mosque, sent out flyers, and made audiotapes, all criticizing the government, which he claimed was making Saudi Arabia a colony of America."[82] Bin Ladin sharply criticized Islamic scholars close to the regime that had issued *fatwas* (Islamic legal decisions) to the effect that Operation Desert Shield, and the presence of US troops on Saudi soil, did not violate Islamic law. In his denunciations Bin Ladin labeled these *fatwas* themselves as serious crimes against Islam and called for the issuance of counter-*fatwas* by scholars associated with the Sahwa (Awakening) movement, which was calling on the government for Islamic reforms.[83] In response, the Saudi government placed Bin Ladin and his family under house arrest.[84]

On 1 May, 1991, Bin Ladin asked his brothers to persuade the government to issue him a one-time visa so that he could travel to Peshawar to resolve some personal matters, promising that he would return.[85] He never entered Saudi Arabia after that, instead directing his family to leave for Khartoum, Sudan where he would join them and where he would remain in exile until 1996. A skeleton crew of al-Qa'ida members remained at al-Qa'ida's training camps in Afghanistan, while

---

[79] In a 1996 interview, Bin Ladin explicitly identifies the repression of dissenting religious scholars in the wake of the Gulf War as the event that cost the Saudi regime its legitimacy, not the prior invitation to US troops. "When the American troops entered Saudi Arabia, the land of the two Holy places [Mecca and Medina], there was a strong protest from the ulema [religious authorities] and from students of the Shariah law all over the country against the interference of American troops. This big mistake by the Saudi regime of inviting the American troops revealed their deception. They had given their support to nations that were fighting against Muslims. They helped the Yemen Communists against the southern Yemeni Muslims. After it insulted and jailed the ulema 18 months ago, the Saudi regime lost its legitimacy." Interview with Robert Fisk, *The Independent*, 10 July 1996.

[80] Coll, *The Bin Ladens*, p. 375; Najwa bin Laden et al., *Growing Up bin Laden*, p. 82. Captured documents in the Harmony database prove that Bin Ladin in fact made preparations to deploy men; one letter from Abu Hafs orders all Gulf Arabs fighting in Afghanistan at the time to return to Peshawar in preparation for deployment to Saudi Arabia. See Brown, *Cracks in the Foundation*, p. 7.

[81] Lawrence, *Messages to the World*, p. 257.

[82] Bin Laden et al., *Growing Up bin Laden*, p. 84.

[83] Hammadi interview with former Bin Ladin bodyguard Nasir al-Bahri, *al-Quds al-Arabi*, 26 March 2005; Scheuer, *Osama bin Laden*, p. 82.

[84] Bin Laden et al., *Growing Up bin Laden*, p. 85.

[85] Coll, *The Bin Ladens*, p. 381; Scheuer, *Osama bin Laden*, p. 83.

most relocated to Khartoum and soon thereafter to al-Qa'ida's first full-fledged foreign operations in Somalia. Throughout this period Bin Ladin remained focused on Saudi Arabia and, in his eyes, its betrayal of Islam and Muslims.

The Saudi government made several attempts to persuade Bin Ladin to return to the kingdom in his early days in Sudan. Usama bin Ladin said in 1997 that the Saudi government sent members of his own family to Sudan nine times to plead with him to abandon his political agenda and return from exile. Each time Bin Ladin rebuffed them.[86] His bank accounts were frozen in late 1992, and on 5 March 1994 King Fahd stripped Bin Ladin of Saudi citizenship by royal decree.[87] Several days later Bin Ladin issued a lengthy statement attacking the royal decision and announcing the creating of the Committee for the Advice and Defence of Legitimate Rights, re-named in April 1994 the Advice and Reform Committee (ARC).[88] The ARC issued 21 communiqués between March of 1994 and May 1998, all of them to denounce Saudi Arabia – its royal family, its policy, its violation of Islamic law, and its repression of the Sahwa movement.[89] It was staffed in London by Khalid al-Fawwaz, a veteran Afghan Arab, though the statements themselves were penned by Bin Ladin in Khartoum and, after 1996, in Afghanistan, and issued over his signature.

Bin Ladin's first public statements intended for a general audience were thus to denounce the Saudi state and its royal family.[90] They do not mince words. Stéphane Lacroix characterized them as follows: "The language and themes [of ARC's statements] were clearly continuations of Sahwi concerns, but the tone was distinctly more offensive, with an increasingly marked tendency to proclaim the illegitimacy of the Saudi state."[91] In one of his first ARC statements, Bin Ladin writes angrily of the actions the Saudi government had taken against him.

> Just to list a few of the actions to which we are referring: we were prevented from traveling, our money was frozen in foreign bank accounts, a defamation campaign was waged against us in the local and international press, and finally, you attempted to cut our ties with the homeland by confiscating our passports. Your actions indicate to us what your intentions are.[92]

The same statement goes on to detail how the Saudi regime had committed grave crimes against God's law, had enacted foreign policies against the interests of Muslims and domestic policies that "have resulted in support for the infidels." In its third statement, the ARC denounced Saudi military aid to Yemeni communists in the 1994 civil war in Yemen. In it Bin Ladin directly denounces King Fahd and Prince Sultan, writing of the King that "he uses Islam and some of its tenets to cover up the secret and overt anti-Islamic policies that he pursues," says the Saudi regime extends

---

[86] Bin Ladin described these efforts in a March 1997 CNN interview; Lawrence, *Messages to the World*, p. 55. Members of the Bin Ladin family involved in these efforts are quoted in Coll, *The Bin Ladens*, p. 401.

[87] Lacroix, *Awakening Islam* (Harvard University Press, 2011), p. 195.

[88] Ibid.

[89] Ibid. See also Fandy, *Saudi Arabia and Politics of Dissent*, ch. 6; Scheuer, *Osama bin Laden*, pp. 93-99. A collection of 21 statements from Bin Ladin via the ARC, extending up to 1998, were collected by US forces in Afghanistan and are now in the Harmony database (AFGP-2002-003345).

[90] Lawrence, *Messages to the World,* p. 3.

[91] Lacroix, *Awakening Islam*, p. 196.

[92] Advice and Reform Committee statement 2, 12 April 1994, in Harmony document AFGP-2002-003345.

"blind loyalty to the enemies of Islam" and that "the Saudi government has made a habit of supporting the enemies of Islam."[93] The communiqué ends with the ARC declaring, "we condemn this betrayal and the conspiracy against Islam and its people by the Saudi government," and then calls on Saudi religious scholars to "expose this conspiracy" and "to declare the actions of these dictators as illegitimate." In the subsequent statement, issued 11 July 1994, Bin Ladin remarks on the failure of the Yemeni socialists in the Yemen civil war and blasts the Saudi government as "detestable supporters of communism."[94] In the next statement, Bin Ladin praises the Saudi religious scholars of the Sahwa movement who had spoken out against the regime, decries their persecution by the Saudi state, and states that "the Saudi government has used all the witchcraft powers it has and the full deception powers of the media to justify its shameless stands against Islam and its preachers, while supporting the unbelievers and their guardians."[95] Bin Ladin's next statement followed the arrests in Saudi Arabia of several of the most prominent Sahwa scholars critical of the regime, especially Salman al-'Awda and Safar al-Hawali, both of whom are named in the communiqué.[96] In this missive, titled "Saudi Arabia unveils its war against Islam and its scholars," Bin Ladin takes his criticism to the next level. Having already accused the regime of being enemies of Islam, in this message he clearly states that they have left the pale of faith and had committed acts for which Islamic law prescribed jihad against them. To quote a passage at length addressed to King Fahd:

> To the Saudi government, headed by King Fahd: […] If you refuse anything short of fighting the supporters of God, then be cheerfully advised of a war with God. As he [the Prophet Muhammad], prayers and peace be upon him said, "God all-blessing and almighty said, 'he who becomes an enemy of a supporter, I have allowed war against him.'" Moreover, with such events, you add more disclosure of shame. [Cites a Qur'an verse.] These blatant attacks and irresponsible behavior do not leave any pretense for being a Muslim, they take it away.[97] They do not leave a fake mask, instead they remove it. Moreover, your allegiance to the enemies has reached its end and your war against Islam and its followers has become activated from one end [of the country] to the other. Therefore, you will be responsible before God and your people for anything that will result from these events and matters.[98]

The apostasy of the Saudi regime is a repeated theme in almost all the subsequent ARC communiqués. In December 1994, Bin Ladin addressed an open letter to Saudi Grand Mufti 'Abdullah bin Baz in which he refers to the King donning a cross, a "clear act of infidelity" (*wuduh hadha'l-fi'l kufr*).[99] The seventh and eighth ARC communiqués are addressed to employees of the Saudi security services and the military, respectively, and warn these people against implementing

---

[93] ARC statement 3, 7 June 1994, in ibid.

[94] ARC statement 4, in ibid.

[95] ARC statement 5, 19 July 1994, in ibid.

[96] Hawali and 'Awda were dismissed from their university posts in July 1993 and later arrested in September 1994 and held in prison until 1999. See Lacroix, *Awakening Islam*, pp. 204f.

[97] The meaning of this sentence is that the Saudi government, by its acts, had become apostates, with no pretext to be able to claim to be Muslim.

[98] ARC statement 6, 12 September 1994, in AFGP-2002-003345.

[99] ARC statement 11, 29 December 1994, in ibid.

27

the directives of the regime, for to do so would damn their souls to hell. To the security officials Bin Ladin warns:

> Arise, oh brothers! Do not call on the *dajjals* [anti-Christ in Islam] of the house of Saud. They will drive you to God's wrath and punishment. You will dwell in shame in this world and torment in the next. The Book of God bears witness to the punishment of those who stand by the tyrant, helping him until the command of God arrives, at which time He will take the tyrant and his soldiers, falsity will perish and truth and its adherents will emerge victorious.[100]

In a later message Bin Ladin clarifies the basis of his charge against the legitimacy of the Saudi regime, writing that, "it is concerned with the basic matter of the requirements of monotheism and witnessing that 'there is no God but God and that Muhammad is the Messenger of God.' The Saudi regime has abandoned these concepts, and thus it has completely lost its legitimacy."[101] In August of 1995 Bin Ladin issued a lengthy open letter to King Fahd via the ARC, in which he directly condemns him and the regime as infidels. Bin Ladin gets right to the point, beginning his statement with a summary of his critiques:

> Firstly: Your regime changed what was sent down by God and your legislation of it. The text of the Qur'an, the Sunna, and the sayings of the nation's scholars all say that anyone who legislates human laws that are contrary to the laws of God is an infidel and is outside the faith.[102]

This is followed with several paragraphs of Qur'anic citations and quotes from Islamic scholars to the effect that enacting laws outside of *shari'a* law makes one an infidel, beyond the pale of the faith, who must be fought until he returns to the law of God. Towards the end of the message, Bin Ladin calls on Fahd to abdicate the throne and fire his ministers.

In several of the ARC statements Bin Ladin also denounces the Saudi government's exertion of direct control over Islamic affairs and charitable organizations. In July 1993, at the same time as it began its crackdown on the religious-reformer Sahwa movement, the Saudi government announced by royal decree the creation of the Ministry of Islamic Affairs, *Waqfs*, Preaching, and Guidance. It removed the portfolios for preaching and guidance from the General Office for the Management of Scientific Research, Fatwas, Preaching, and Guidance, leaving the latter with the sole prerogative of issuing fatwas. The new Ministry was now in charge of all things to do with *da'wa*, within and beyond the Kingdom's borders, which had previously been the responsibility of the head of the General Office, Shaykh Bin Baz. In taking over the supervision of *waqfs*, or religious endowments, the state removed this responsibility from the Ministry of Hajj and *Waqfs* (thereafter just the Ministry of Hajj). Traditionally the management of mosques had been tied to *waqfs*, allowing for a degree of independence by imams at private mosques funded independently through a *waqf*. The creation of the new ministry was part and parcel of the state's crackdown on religious dissent. This trend was extended in October 1994 with the creation of the Supreme Council for Islamic Affairs, which was presided over by Defense Minister Prince Sultan, and included high-ranking Saudi princes as members. This new council created new tools for

---

[100] ARC statement 7, 16 September 1994, in ibid.

[101] ARC statement 16, 11 July 1995, in ibid.

[102] ARC statement, 5 August 1995.

regulation of the religious sphere through a series of institutions that extended regulation over *da'wa*, charitable activity, *waqfs*, and the content of sermons by imams at mosques in the Kingdom.[103]

The ARC's tenth statement is entirely devoted to criticism of these steps, specifically calling out the Supreme Council for Islamic Affairs, which Bin Ladin derisively dubs the Supreme Council of Harm in the title of the communiqué.

> After the Saudi regime conducted an insane campaign over the last few weeks aimed at striking and distorting *da'wa*, and arresting and imprisoning preachers and shaykhs; after the failure of the regime to attain its desire for large scale support from the major *'ulama* [religious scholars] who stood by the shaykhs … the Saudi regime recently formed a Council of Harm to achieve these ends. It is called the Supreme Council for Islamic Affairs, so that it will appear that its intent is to spread the *da'wa* and guard the faith. … The Council and the duties assigned to it, and the timing and the conditions of its formation, all prove the extent of the confusion that governs the actions of the regime in its overt war against Islam and its true preachers. … Indeed the presence of Prince Sultan, Minister of Defense, and Prince Nayif, Minister of the Interior, with the prince and his henchmen at the head of the council, in fact proclaim its true mission. … In addition, the duties and powers of the council are undefined, which makes it hold in its hand all the strings and collect in it all it can to profit in serving Islam and the call to it. … In absorbing the most important of Shaykh 'Abd al-'Aziz Bin Baz's powers, the emergency council is punishing him for his good will efforts and for his position on the imprisoned shaykhs.[104]

In February of 1995, during Ramadan, Bin Ladin issued a communiqué through the ARC denouncing the Saudi regime's usurpation of the mechanisms of charitable giving and warns people against donating money to organizations with ties to the Saudi state. He begins by decrying the regime's violation of citizens' religious rights, then denounces what he calls the regime's financial policy in line with its political and ideological blockade.

> Part of this blockade was dissolving charitable organizations that used to deliver donations from citizens to the many needy people inside and outside the country. It replaced them with organizations and foundations subservient to the royal family, in particular Prince Salman.[105] … It is known that heading these foundations with people like Salman remove any popular legitimacy from them.[106]

Bin Ladin then goes on to detail ways in which the Saudi government misused donated funds for various causes. He criticizes the regime's use of funds raised for Afghanistan during the Soviet war, "when it used popular donations for Afghan freedom fighters as a means to pressure them to secure western and particularly US policies." He claims some money raised for Bosnia was given

---

[103] Lacroix, *Awakening Islam*, pp. 207-211.

[104] ARC statement 10, 15 October 1994.

[105] Salman was then the governor of Riyadh and is currently the King of Saudi Arabia.

[106] ARC statement 13, 12 February 1995, in AFGP-2002-003345.

to Christian foundations for distribution there. After recounting a series of wrongdoing by the state with regard to funds and donations, Bin Ladin writes:

> Based on what was stated, we at the Advice and Reform Committee, while celebrating this blessed month [Ramadan] as a month of giving for God's sake, wish to draw the attention of all donors to the danger of donating funds or *zakat* [charitable giving] to these foundations and organizations. The regime is using them against God and His messenger. We are asking the donors to provide these funds directly to the needy, whether inside or outside the country. They could also provide it to those trusted individuals who will deliver them. … It is known that these [Saudi] leaders cannot be trusted. There are other safe ways you can assist in delivering funds to those who deserve them. Among them are the benevolence foundations in Qatar, Kuwait, Jordan, Yemen, Sudan, and others. To assure that the funds transfer to these foundations' bank accounts, we draw your attention to the importance of transferring these funds outside the [Saudi] Peninsula, away from the pursuing regime's spies.[107]

Bin Ladin returned to this theme in an ARC statement issued later that summer in 1995, in which he again warns people not to give money to charitable organizations with ties to the Saudi government, which notably would have included the Muslim World League and the International Islamic Relief Organization. The statement concerns Bosnia and the many ways, according to Bin Ladin's argument, the Saudi state betrayed the Muslims of Bosnia, prevented aid from reaching them, and served the interests of the West. He again refers to the closure of charitable organizations and the consolidation of this activity in foundations and organizations under the control of the state, "by which they monopolized the charitable contributions in such a way that it prevented Islam and the Muslims from benefiting from them."[108] He reiterates that the regime has committed apostasy, and again details ways in which the Saudi government misused or directed toward non-Islamic purposes charitable donations. Bin Ladin praises Saudis who gave money directly to the Bosnian cause outside of Saudi organizational intermediaries. He then appeals for further financial support to the people of Bosnia, but warns:

> We are drawing their attention to the risk of forwarding these contributions through the [Saudi] ruling regime and its organizations. We are advising them to deliver their contributions directly to the people or to the safe hands of individuals, organizations, and societies that are trusted, such as the charitable societies in Qatar, Kuwait, Sudan, Yemen, and Jordan. We are advising them to be careful that their contributions stay far from the pursuit of the Servant of the Two Holy Places [the Saudi King] and his agents, and to make sure that the money will reach the people it is intended for. They must be sure that the money does not fall into the hands of the shameless members of the Saudi family.[109]

---

[107] Ibid.

[108] ARC statement 18, 11 August 1995, in ibid.

[109] Ibid. In the next paragraph Bin Ladin warns the preachers in Saudi mosques not to be "deceived by the regime" by relaying official calls for support to Saudi charitable organizations.

The ARC statements present a rather different Bin Ladin than the man who comes across in the 1990s in interviews with the Western press.[110] In these communiqués, Bin Ladin is obsessed with what he perceives as the Saudi regime's abandonment of Islamic law, shirking of its responsibilities to defend Muslim causes worldwide, and subservience to Western imperial interests.[111] The substantive reasons Bin Ladin cites for declaring the Saudi government an apostate regime do not relate directly, however, to the United States or the presence of US troops in the Kingdom. This issue certainly comes up in the communiqués, but is not as prominent a theme as others, including the Saudi support for Yemeni communists. The *casus belli* for Bin Ladin that comes through in these messages is a perceived abandonment on the part of Saudi Arabia of Islamic law as the sole legitimate source of legislation and policy. The ARC communiqués also do not include any direct and unambiguous calls for violence against the Saudi regime (nor any other targets for that matter), beyond citing scriptural commands to fight infidel tyrants.

### C.    Al-Qa'ida Strategic Focus on Saudi Arabia Prior to 9/11

Al-Qa'ida's opposition to the Saudi regime was not just rhetorical in the 1990s. While al-Qa'ida did not openly call for attacks against the Saudi regime until after 9/11, there is limited evidence that it contemplated attacks during the 1990s. Bin Ladin also frequently heaped praise on terrorist attacks carried out inside the Kingdom by people unaffiliated with al-Qa'ida. Prior to 9/11 al-Qa'ida benefitted from recruitment opportunities inside Saudi Arabia but lacked the infrastructure to carry out a sustained terror campaign there until the 2000s.

In an early assessment of the al-Qa'ida threat by the US National Security Council, the latter assesses that "initially, the group's chief targets were Saudi Arabia and Egypt."[112] In 1993 US intelligence officials interviewed Ali Mohammed, an Egyptian-American veteran of the Afghan jihad who provided training in al-Qa'ida and other Afghan Arab training camps. He told them at that time that Bin Ladin was preparing an army to overthrow the Saudi regime.[113] Jamal al-Fadl also testified that al-Qa'ida leaders internally discussed the legitimacy of attacks against targets in the Gulf in 1993.[114] The 9/11 Commission heard classified evidence of an alleged al-Qa'ida plot to smuggle explosives into Saudi Arabia from Sudan in 1994.[115] In a collection of audiotapes captured in 2002 from Bin Ladin's former home in Kandahar, one tape records a speech delivered by Bin Ladin to an audience in Yemen in February 1993. His speech covers many of the same themes as those in the ARC communiqués, primarily the "great apostasy" perpetrated by the Saudi regime, but unlike in the ARC communiqués Bin Ladin speaks openly here about waging jihad.

---

[110] Compare them with, for instance, the March 1997 interview with CNN, in Lawrence, *Messages to the World*, pp. 44ff.

[111] Flagg Miller also discusses the starkly different mid-90s Bin Ladin as characterized in the Western press versus the context and content of his communications to the Arab world, and especially Saudi audiences, in this period; *Audacious Ascetic* (Oxford University Press, 2015), ch. 9.

[112] December 2000 "Strategy for Eliminating the Threat from the Jihadist Networks of al-Qida [sic]: Status and Prospects." Online at https://nsarchive2.gwu.edu//NSAEBB/NSAEBB147/clarke%20attachment.pdf.

[113] Wright, *Looming Tower*, p. 182.

[114] Hegghammer, "Deconstructing the Myth about al-Qa'ida and Khobar," (2008), unpaginated.

[115] "Overview of the Enemy" 9/11 Commission Staff Statement no. 15, p. 4 (https://govinfo.library.unt.edu/911/staff_statements/staff_statement_15.pdf).

He speaks of the virtues and commandments of jihad in defense of the religion and of its holy land, "the Land of the Two Holy Sanctuaries," by which Bin Ladin routinely refers to Saudi Arabia. He urges his listeners to travel to Afghanistan to get trained for jihad, though he does not clearly or unambiguously call for violence within Saudi Arabia's borders in this recording. Another tape from the same collection records a training session at a camp in Afghanistan in 1998 during which participants discussed establishing bases in Yemen for launching operations inside Saudi Arabia.[116]

In 1995 and 1996, two high profile terrorist attacks were carried out inside Saudi Arabia, and though there is no evidence linking them to al-Qa'ida, Bin Ladin frequently and publicly praised the perpetrators after the fact. The first attack was a car bombing in Riyadh in November 1995 that killed five American and two Indian nationals. The second was the much larger Khobar Towers bombing in June 1996, in which a truck bomb detonated in a housing complex for US Air Force personnel in Dhahran killed 19 US soldiers and injured more than 200 people. Though suspicions of al-Qa'ida involvement were raised, both US and Saudi investigators ultimately concluded that attack was carried out by the Shi'a group Saudi Hizb Allah.[117] Though he never hinted at al-Qa'ida involvement, Bin Ladin repeatedly praised the men who carried out the attacks, hailing them as "heroes."[118]

Prior to 9/11, all of al-Qa'ida's military and terrorist activity was strategically focused on Saudi Arabia. After several years of being devoted entirely to training and frontline deployment in Afghanistan, al-Qa'ida's first military mobilization was to Somalia.[119] As attested by Bin Ladin's former bodyguard, this mobilization's initial focus was Saudi Arabia.[120] Speaking to a journalist in 2005, Bahri recalled, "they [al-Qa'ida] aspired to make of Somalia a stronghold for them close to the Arabian Peninsula because the brothers in Al-Qa'ida had an aim to liberate the Arabian Peninsula later on."[121] The "liberation" of the Peninsula was also the strategic objective of al-Qa'ida's first two major terrorist attacks, the 1998 US Embassy bombings in East Africa and the 2000 USS Cole attack. Bin Ladin's rhetoric during this period consistently linked these attacks to a single strategic purpose: forcing the US to withdraw its troops from the Arabian Peninsula. The initial claims for responsibility for the embassy bombings was issued under the name of "the

---

[116] Miller, *Audacious Ascetic*, p. 308. In context the discussion is hypothetical rather than operational, as in "suppose we were to establish bases in Yemen…" Al-Qa'ida's first organized efforts at staging attacks on targets within Saudi Arabia were in fact coordinated out of Yemen, beginning in 2002. See Hegghammer, *Jihad in Saudi Arabia*, p. 167.

[117] Hegghammer, "Deconstructing the Myth about al-Qa'ida and Khobar," (2008). Bin Ladin's former bodyguard Nasir al-Bahri when asked by a journalist about al-Qa'ida's involvement in these attacks, said, "No, I learned from Shaykh Usama Bin Ladin himself that Al-Qa'ida had nothing to do with Al-Khobar incidents. He, however, always prayed to God to have mercy on those who were killed in that operation like brothers Muslih al-Shamrani, Khalid al-Sa'id, Abd-al-Aziz al-Mu'atham, and Riyad al-Hajiri, in addition to the four martyrs who were accused of carrying out Al-Riyad operation and who were executed by the Saudi Government without investigation." *Al-Quds al-'Arabi*, 26 March 2005.

[118] Hegghammer, "Deconstructing the Myth about al-Qa'ida and Khobar," fn8, citing three interviews given in 1996 and '97 in which Bin Ladin praised the bombers.

[119] Somalia is considered al-Qa'ida's first mobilization here due to the fact that Bin Ladin's efforts in Yemen in 1989-'90 were stillborn.

[120] On al-Qa'ida's efforts, and failures, in Somalia in the mid-1990s, see Watts, Shapiro, and Brown, *Al-Qaeda's (Mis)Adventures in the Horn of Africa*.

[121] Bahri interview, *al-Quds al-Arabi*, 28 March 2005.

Islamic Army for the Liberation of the Holy Places."[122] One of the embassy bombers, Muhammad al-'Owhali, also confirmed this purpose in interrogations with the FBI after his capture immediately after the bombings. 'Owhali described his radicalization in Saudi Arabia through listening to cassettes of the Sahwa preachers, especially Safar al-Hawali and Salman al-'Awda, which "solidified his resentment regarding the U.S. presence in the Gulf areas." When he travelled to Afghanistan for training, he says that "Bin Ladin impressed upon them [trainees] the need to fight the Americans and cast them out of the Arabian Peninsula." 'Owhali also told investigators "plans will continually be made to attack the US as long as there is a US presence in the Arabian Gulf area."[123]

An internal al-Qa'ida document captured in Afghanistan in 2002 further confirms this strategic approach. Addressed to Bin Ladin and written in June 2000, it summarizes the strategic goals of al-Qa'ida's decision to strike US-linked targets in the region, first saying that attacks on US targets are battles but that "the struggle with the Saudi regime is a war":

> The brothers are completely in agreement with the goal presented by (Abu 'Abdullah} [Bin Ladin] and that is fighting the Americans. … Based on the situation of our brothers and their capabilities, they believe that they ought to start with the Crusader enemy by a strategy that can achieve the sought goals, some of which are:
>
> 1- Restoring confidence in the hearts of the Muslim masses concerning the jihad movement after they had almost turned away from it as a result of some setbacks, which were used by the counter-informational media to keep the people away from it. Restoring confidence is done by hitting the enemies who do not differ in their hostilities to Islam and its peoples, usurping their [Muslims'] resources and occupying their lands.
>
> 2- Preparing the environment for fighting the Saudi regime, which utilizes arbitrary measures to limit jihad efforts, by arousing the sense of dignity and valor in the hearts of the people as well as by exploiting their hatred of the regime resulting from these measures.
>
> 3- Struggle is the key for fighting the Saudi regime.
>
> 4- Acquiring political, military, and administrative experiences through field battles to become a stock in the assets of the mujahidin in their war against the regime; war builds combatants.
>
> 5- Discrediting the perception of the awesomeness of the Saudi regime and removing the leaf of mulberry tree used to cover its genitals [shortcomings].
>
> 6- Breaking the barrier of fear and hesitation from the minds of the mujahidin for participating in jihad activities.
>
> 7- Expanding the circle of jihad horizontally and vertically via assassinating some of the leaders of disbelief in the regime; this is called (the oil spot).
>
> 8- After the escalation of operations against the crusader enemy in a compounding rate and at the critical point, the mujahidin command declares war against the Saudi regime at the appropriate circumstance and after a long practice in carrying out item

---

[122] *9/11 Commission Report*, p. 70.

[123] "Combined report of interviews with Mohammad Rashed Daoud al-'Owhali," 9 September 1998, submitted as defendant's exhibit 767, *US v Moussaoui*, Cr. 01-455-A.

7 [above] while taking into consideration the principles and techniques of guerilla war.[124]

The lack of attacks inside Saudi Arabia directly attributable to al-Qa'ida prior to 9/11 was likely due to a number of factors. One, which is noted several times in the above-quoted letter to Bin Ladin, was the lack of cadre infrastructure inside Saudi Arabia, and the difficulty of getting operatives into the country from outside due to the security situation. The latter was another factor: after the Riyadh and Khobar bombings, the Saudi security services arrested hundreds of men suspected of jihadi ties or sympathies, so the local pool of potential recruits into domestic operational networks was highly constrained.

While clearly al-Qa'ida's activity and strategic objectives prior to the 9/11 attacks revolved around a bitter enmity for the Saudi government, this enmity was also mutual. Not content to revoke Bin Ladin's citizenship and seize his assets, the Saudi state increasingly escalated its attacks on the al-Qa'ida leader throughout this period. When Saudi authorities interrupted an alleged al-Qa'ida plot to smuggle missiles into the kingdom in 1998, police arrested between 800 and 900 people across the country. In July of the same year, Turki al-Faisal traveled to Afghanistan to pressure Mullah Omar to extradite Bin Ladin. By mid-2000, Bin Ladin had been the subject of no fewer than six assassination attempts, three of which are directly attributable to Saudi Arabia.[125] International efforts to capture or kill al-Qa'ida leaders would dramatically change, of course, following the 9/11 attacks.

3.      Al-Qa'ida's Purported Relationships with Regional Conflicts and Organizations in the 1990s

A persistent theme in much of the secondary and popular literature on al-Qa'ida is the inaccurate notion that it served as an "umbrella" for a wide array of militant Islamist organizations throughout the world. Some of this inaccurate conception may trace to the misleading testimony and statements of Jamal al-Fadl, an issue discussed in a later section of this report (Rebuttal Opinion Section 3). Al-Qa'ida did experience a "franchising" phenomenon *after* the 9/11 attacks, for example with al-Qa'ida in Iraq and al-Qa'ida in the Maghreb, whereby formerly independent militant groups took on the al-Qa'ida name and elements of its post-9/11 agenda. However, this was not the case *prior* to the 9/11 attacks. On the contrary, al-Qa'ida's efforts to create broader jihadi coalitions prior to 9/11 were all failures. Al-Qa'ida also did not participate in the three highest profile conflicts involving Muslim populations in the 1990s – the war in Bosnia, the Algerian civil war, and the war in Chechnya.

Conflicts and violent movements that have claimed the name "jihad" have done so for different reasons and with different meanings and have not been understood as equivalent by Islamic leaders and Muslim publics. Leaving aside the doctrinal legitimacy of usage of the term – an issue that is

---

[124] Harmony document AFGP-2002-03251, Letter from Abu Hudhayfa to Abu 'Abdullah, 20 June 2000. The government translation translates *al-nizam al-sa'udiyya* as "Saudi system," which I have translated as "Saudi regime," as it clearly refers to the Saudi state.

[125] See Miller, *Audacious Ascetic*, p. 45 and 383n3. See also Scheuer, *Osama bin Laden*, pp. 108f., citing sources with direct knowledge of the official Saudi origin of two of these attempts in 1998 and 1999, in one of which a failed assassin confessed to have been ordered by Prince (now King) Salman.

best left to shari'a scholars - from an historical perspective there are broadly four types, in descending order of popularity and widespread perceptions of legitimacy: 1) classical jihads in defense of Muslim territories invaded or attacked by non-Muslim forces; 2) irredentist jihads, efforts to reclaim occupied Muslim territories or repel the encroachment of non-Muslim populations or government influence over Muslim-majority territories; 3) revolutionary jihads, which seek to overthrow governments in Muslim-majority states perceived to be erring in the application of Islamic law; 4) and global jihad, a "clash of civilizations" type framing of conflict pioneered in the late 1990s by al-Qa'ida and with a focus on the US as a hegemonic global anti-Muslim superpower.

The first type, classical jihad, is so termed because it hews closely in its logic and Islamic jurisprudential justification to classical Islamic literature regarding defensive warfare by Muslims – the classical definition of military jihad.[126] Leaving aside anti-colonial struggles by Muslim populations that used the term, the first modern classical jihad was the Soviet-Afghan war (1979-1989). This involved an invasion of territory understood across the Muslim world as "Muslim territory," having been peopled by a majority of Muslims and ruled by Muslim leaders for centuries. The invader was non-Muslim, the Soviet Union. The violence of the invasion was not just against the Afghan Muslims as people but also against Islam and its practice, as the invasion was meant to prop up a communist regime in Afghanistan. For all these reasons, the Soviet-Afghan war drew widespread interest and support from across the Muslim world, official support from Muslim governments like Saudi Arabia and Egypt, and the sanction of its religious legitimacy by the elite of Islamic scholars and jurists. It also saw a relatively new phenomenon – international volunteer fighters, a mobilization spearheaded by 'Azzam's Services Bureau. All these elements were subsequently true of the Bosnian war beginning in 1992, and to a somewhat lesser extent of the war in Chechnya in the second half of the 1990s.

While al-Qa'ida was born in the context of the classical jihad in Afghanistan, it was formed due to a strategic turn *away* from the logic of that conflict. Contrary to 'Azzam, Bin Ladin saw an opportunity to make use of the Afghan conflict to train the cadres of something akin to a Muslim special forces unit, capable of being deployed to other areas of conflict. In this sense al-Qa'ida's founding was parasitic upon, rather than directly in support of, the classical jihad of Afghanistan, something to which 'Azzam and other Services Bureau leaders vehemently objected. Al-Qa'ida had no meaningful involvement in the other classical jihads of the 1990s, Bosnia and Chechnya, as will be seen below.

The second type, irredentist jihads, are typified in the 20th century by Palestinian resistance to Israeli occupation and Kashmiri resistance against Indian annexation and rule. Neither of these resistance movements have been monolithically "Islamic" in their logic; for most of the 20th century Palestinian resistance was led by the secular-leftist Palestinian Liberation Organization (PLO). When these conflicts have been fought in the name of Islam, for example by Hamas in Palestine, the conflict is framed as "jihad." These conflicts also draw widespread concern and

---

[126] Jihad, which literally means struggle, also has non-military meanings in classical Islamic sources, such as the struggle against evil or the spiritual struggle to act in an ethical manner. See Reuven Firestone, *Jihad* (Oxford University Press, 2002), pp. 16ff.

support from global Muslim publics and some Islamic scholars and jurists, though official state sponsorship or support is seen less than in classical jihads. This is largely due to the fact that these irredentist conflicts are between populations without significant military resources against states with large militaries, and so are waged through asymmetrical warfare, often involving tactics that violate international laws of war (e.g., car bombings, kidnappings, etc.). These conflicts – Palestine in particular – are of major interest across the Muslim world and certainly feature in al-Qa'ida's rhetoric, which emphasizes the victimization of Muslim populations in various places as evidence of the need for violent reprisals. There is no evidence, however, that al-Qa'ida has been meaningfully or directly engaged in them.

The third type, revolutionary jihadism, is typically small, largely clandestine movements seeking to organize the overthrow of an existing regime in a Muslim majority country viewed by these movements to be oppressive and anti-Islamic. Examples in the 1990s include the Egyptian Islamic Group (EIG) and Egyptian Islamic Jihad (EIJ) in Egypt; the Libyan Islamic Fighting Group (LIFG) in Libya; and the Armed Islamic Group (GIA) in Algeria. These have not been popular movements, nor have they gained support from prominent or popularly regarded Islamic scholars or jurists.[127] They have by and large not had official state support. Many of these groups' leaders lived in exile outside their countries in the late 1980s and 1990s, first in Peshawar, then in Sudan in the mid-1990s, and later again in Afghanistan after the Taliban took control of the country. This put many of these organizations in al-Qa'ida's proximity, though efforts by the latter to enlist these groups into a global jihadist confrontation with the US were failures prior to 9/11, with the sole exception of a faction of the EIJ. All these groups chose instead to remain focused on the governments of their own countries and viewed making enemies of the US an existential threat. Al-Qa'ida prior to 9/11 did not support anti-regime violence in Arab states in its rhetoric or targeting. Bin Ladin did denounce the Saudi regime as apostate and illegitimate, but prior to 9/11 he did not make clear and unambiguous calls for violence against the Saudi regime.

The fourth type is global jihad, pioneered by al-Qa'ida, and joined by a faction of the EIJ, in the 1998 declaration of the "World Islamic Front." That declaration shifted the conflict away from the previous types of jihad – defense or reclamation of Muslim territory or state-focused revolutionary struggle – to a jihad to be fought globally against US-associated persons and interests. The declaration said that killing Americans and their allies was "an individual duty incumbent upon every Muslim in all countries, in order to liberate the al-Aqsa Mosque [in Jerusalem] and the Holy Mosque [in Mecca] from their grip, so that their armies leave all the territory of Islam."[128] Al-Qa'ida's global jihad was even less popular than revolutionary jihads, drawing almost no allies, lacking Islamic scholarly or jurisprudential support, and receiving no official state backing or support.

---

[127] The Egyptian Islamic Group is a partial exception, as it was a mass movement with thousands of supporters in the 1980s.

[128] Lawrence, *Messages to the World*, p. 61. The order to do so was stated in the declaration as a judgement (*hukm*), not a legal or juridical decision (*fatwa*).

### A.   Jihad after Afghanistan: Bosnia

During the years of the Bosnian War (1992-1995), al-Qa'ida's leadership was located in Sudan, with a small group maintaining training camps in Southeastern Afghanistan and a larger group working inside Somalia. Bin Ladin also delivered the bulk of his anti-Saudi statements through the Advice and Reform Committee during this period. As for Bosnia, the primary sources agree: al-Qa'ida did not participate. Again, from Nasir al-Bahri, the former Bin Ladin bodyguard:

> As far as I know and from what I learned from Shaykh Usama Bin Ladin himself, Bin Ladin sent two teams for jihad outside Afghanistan at that time. He sent the first team to Somalia and the second to Bosnia-Herzegovina. But when the latter team arrived in Bosnia, it found out that the Egyptian Islamic Group had arrived before it, since Shaykh Anwar Sha'ban was present there and was an imam and preacher of a mosque there. This is why the Egyptian Islamic Group had faster access to Bosnia-Herzegovina than the elements of al-Qa'ida, whose leader, Usama Bin Ladin, was in Sudan at the time. In addition, al-Qa'ida was closer to Somalia than other jihadist currents. So when the al-Qa'ida team arrived in Bosnia, it sent reports stating that the Islamic Group was there. In view of this, Shaykh Usama decided to unite his efforts and focus on the US forces in Somalia. … This is why the al-Qa'ida organization, as an organization carrying this banner [of fighting inside Somalia], did not have a clear role in the events in Bosnia."[129]

Fazul's memoir has a similar testimony. According to Fazul, there was no involvement by al-Qa'ida in Bosnia. He notes that after the Afghan conflict descended into civil war, people who had trained in al-Qa'ida camps went on to fight in other places, but on their own and not as representatives of al-Qa'ida.

> Not everyone who was in Afghanistan was under the command of Shaykh Usama, and obviously the Shaykh had no authority over what happens in Central Asia, the Philippines, and Bosnia. All of these youth who trained in Afghanistan in various camps and in al-Qa'ida camps, they were not organized members of al-Qa'ida, and they acted on their own.[130]

Fazul recalls another incident in Peshawar, where Abu Hafs al-Masri delivered a lecture on the situation in Bosnia at an Arab guesthouse. He echoes al-Bahri's statement regarding al-Qa'ida's focus on Somalia during this period:

> We were surprised that there was a formal request from Shaykh Anwar [Sha'ban] asking al-Qa'ida to send specialized trainers, at its expense, to first travel to Turkey or Italy and then make arrangements to send in the trainers [to Bosnia]. Al-Qa'ida

[129] Bahri interview, *al-Quds al-Arabi* 19 March 2005.

[130] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 81. Later in the memoir (p. 119), again referring to those leaving Afghanistan around 1992: "Many of the young people returned to their homelands, and most of them were from the Gulf, while some went to Bosnia, Tajikistan, Burma, and Kashmir, after withdrawing (*infasal*, meaning to separate, dissociate, quit) from al-Qa'ida."

did not reply one way or the other, and it was clear that al-Qa'ida was focused on the issue of Somalia and the Horn of Africa, because the war in the Balkans had everyone's attention since it was in Europe, while no one was crying for Africa.

Mustafa Hamid, who during the Bosnian war was in Afghanistan working with the remaining al-Qa'ida training camps to equip and train Islamist militants fighting in Tajikistan and corresponding with al-Qa'ida leadership in Africa, also notes that "in Bosnia, al-Qaeda did not participate, while Gamaah Islamiyyah of Egypt [EIG] shared heavily in events there."[131]

The only source with alleged knowledge of al-Qa'ida during this period who claims otherwise is Jamal al-Fadl, in trial testimony in 2001 and in interviews with the FBI. They are not supported by any of the primary source evidence. Al-Fadl is often the sole source relied on in the secondary literature with respect to the alleged involvement of al-Qa'ida in Bosnia (See Rebuttal Opinion Section 3).

###### B.    Jihad after Afghanistan: Algeria

The Algerian civil war in the early 1990s provides another regional example where al-Qa'ida's attempts to get involved were an unmitigated failure. The cancellation of the Algerian elections in January 1992 that appeared to be favoring the Islamic Salvation Front party (FIS), and the subsequent Algerian military coup, sparked a violent rebellion by a number of revolutionary jihadi groups that would continue, at varying levels of intensity, until well past 9/11. The Algerian struggle emerged as the great hope of revolutionary jihadism, drawing an unprecedented level of propaganda, recruitment, and fundraising support for Algeria's Armed Islamic Group from Islamist activists in several European cities, most notably London.[132]

As noted by Abu Mus'ab al-Suri, who became a propagandist for the Algerian war while living in London:

> From the beginning of 1994 the hopes of all jihadis were linked to the Algerian cause and that it would be the second step for the Arab Afghans towards the Arab world after the Afghanistan period. Osama bin Laden sent some of his assistants to reconnoitre the situation, and he attempted to offer assistance in terms of money and weapons.[133] Doctor Ayman al-Zawahiri, Emir of the Egyptian Jihad Group,

---

[131] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 320. Earlier in the text (p. 230), Hamid writes that "Al-Qaeda had not been involved in Chechnya and Bosnia."

[132] See Pargeter, *New Frontiers of Jihad*, chs. 3, 4 and 6; Brynjar Lia, *Architect of Global Jihad: The Life of al-Qaida Strategist Abu Mus'ab al-Suri* (New York: Columbia University Press, 2008), chs. 5 and 6; and Gilles Kepel, *Jihad: The Trail of Political Islam*, trans. Anthony Roberts (Cambridge, MA: Harvard University Press, 2002), 303f

[133] On al-Qa'ida's early offer of support for the GIA, see Muqaddam, *al-Afghan al-Jaza'iriyun*, 80ff. Bin Ladin offered support to Mansur al-Miliyani, a founder of one of the first GIA units in Algeria, on the condition that Miliyani disavow his connection to the Armed Islamic Movement (MIA), a rival opposition group with origins in the FIS; Miliyani did break with MIA and its leaders in 1991. See Lia, *Architect of Global Jihad*, (Oxford University Press, 2009), 127. In this sense, bin Ladin was instrumental in creating one of the splits that would prove disastrous for the armed Islamist opposition, as the GIA's extreme ideological rigidity developed by the mid-1990s into an all-out war against all other jihadi factions operating in the country, eventuating in the withdrawal of support for the Algerian jihad from the international Islamist scene.

corresponded with 'Amin' [Jamal Zitouni], the emir of the GIA. This was before his [Zitouni's] deviation was discovered.[134] Al-Zawahiri supported the jihad and reminded 'Amin' of the importance of unifying the efforts of the jihadis there.[135] The Libyan [Islamic] Fighting Group sent tens of its best mujahidin to participate in the field in the Algerian jihad. Many of the Moroccan jihadis worked in rear logistical services, transporting weapons and fighters to Algeria. Similarly, some of the Tunisians contributed with jihadi efforts. Hence, this cause constituted the main axis of interest for the jihadi in that period.[136]

The revolutionary hopes of these various jihadi groups were soon dashed by the erratic and bloodthirsty leadership of Jamal Zitouni. Under Zitouni's leadership (1994 to 1996), the GIA descended into such indiscriminate savagery as to alienate the entire international jihadi movement, and "what happened in Algeria in the mid-1990s" has become a euphemism in jihadi discourse for complete abandonment of any vestige of religious or ideological coherence in the nihilistic pursuit of violence.[137] Beginning in early 1996, progressively larger segments of the Algerian population were declared *kuffar* (infidels) in GIA communiqués and marked for death, until finally all non-GIA Algerians were declared "apostates who deserve to die."[138] Within the GIA itself, Zitouni initiated a campaign to liquidate Algerian veterans of the Afghan jihad, viewing them as potential challengers to his leadership and spies of Usama bin Ladin.[139] Any who had trained in al-Qa'ida camps in Afghanistan were ordered killed, and a number of non-Algerian jihadis who had come to Algeria to support the fight, including members of al-Qa'ida and the Libyan Islamic Fighting Group (LIFG), were killed on Zitouni's orders.[140] In June of 1996, the GIA's supporters in London, including Abu Qatada al-Filistini, the GIA's chief religious ideologue, and Abu Mus'ab al-Suri, who had been publishing the GIA newsletter *al-Ansar*, announced their withdrawal of support for the group. In the same month, the LIFG and the EIJ made similar declarations of disavowal, and Zawahiri told Camille al-Tawil in an interview that "it has been demonstrated to us that the GIA has committed grave errors and deviated from *shari'a*."[141] Bin Ladin abandoned plans to establish an al-Qa'ida training camp in Algeria and cut

---

[134] On this correspondence see Brown, "Classical and Global Jihad," p. 98.

[135] These appeals were flatly rejected by Zaytouni. See ibid.

[136] Suri, *Mukhtasar shahadati*, p. 21, citing Lia's trans. in *Architect of Global Jihad*, p. 128f.

[137] On the scope of the carnage, see Luis Martinez, *The Algerian Civil War: 1990-1998* (Paris: Editions Karthala, 1998), ch. 4. To cite but one example, according to the Algerian interior ministry, 2,048 women were raped by the GIA over a two year period. Muqaddam, *al-Afghan al-Jaza'iriyun*, 101. On the infamy of the GIA's late-1990s campaign in jihadi literature, see, e.g., Suri, *Mukhtasar shahadati*, and Fazul, *al-Harb 'ala'l-Islam*, Vol 1, 400-22.

[138] Wright, *The Looming Tower*, 190.

[139] Muqaddam, *al-Afghan al-Jaza'iriyun*, 97ff.

[140] Ibid.; Noman Benotman, in Maha Abedin, "From Mujahid to Activist: an Interview with a Libyan Veteran of the Afghan Jihad," *Jamestown Foundation "Spotlight on Terror"* Vol. 3, No. 2 (2005). See also Abu Mus'ab al-Suri, *Mukhtasar shahadati*, 21ff.

[141] Muqaddam, *al-Afghan al-Jaza'iriyun*, 99.

his ties with the GIA.[142] Beyond this there is no evidence of al-Qa'ida involvement in the Algerian civil war in the 1990s.[143]

### C.    Al-Qa'ida and Southeast Asia

There is a large body of secondary literature detailing alleged links between al-Qa'ida and militant Islamist movements in Southeast Asia, though there is exceedingly little specific evidence to support these allegations. Much of this literature assumes al-Qa'ida membership or association of individuals active in Southeast Asia in the 1990s, particularly Muhammad Jamal Khalifa and Wali Khan Amin Shah, also known as Usama Azmurai. Neither of these men were members of al-Qa'ida.

Much of the literature on this issue focuses on the Moro Islamic Liberation Front (MILF) and the Abu Sayyaf Group (ASG). Both groups were active in the Philippines in the 1990s, though they were quite different. The MILF was a large popular movement seeking the autonomy of the Muslim-majority Bangsamoro people in the southern Philippines, and alternated in this struggle between insurgency and political negotiations with the Filipino state, making it somewhat akin to Sinn Féin and the Irish Republican Army. In 2014 the MILF and the Philippines signed a peace agreement, leading in 2016 to an agreement for Muslim autonomy and self-rule in the newly-named Bangsamoro Autonomous Region in Muslim Mindanao, in return for a decommissioning and disarming of MILF fighters. As of January 2020, the government of the Philippines announced that MILF had exceeded agreed targets in decommissioning its fighters.[144] The ASG on the other hand was a small, sectarian militant group that initially targeted Christian priests and missionaries for killing and, by the late 1990s, had devolved into a criminal gang conducting kidnappings for ransom, which continued to be its *modus operandi* up to 2019. The ASG has been the target of counterterrorism offenses of the Armed Forces of the Philippines, supported by US military advisors, which has reduced its numbers to the hundreds.[145] In 2014 its then-leader declared allegiance to the Islamic State (ISIS).[146]

The MILF has long maintained that it has no connection to al-Qa'ida or other terrorist groups.[147] The MILF has never been listed by the US government as a designated terrorist group. The al-Qa'ida primary sources also do not indicate any connection with the MILF. The MILF's strategy of engaging with the secular Filipino state in order to win concessions for autonomy is entirely at odds with the ideological and strategic orientation of al-Qa'ida. A Filipino newspaper reported in 1999 that the MILF's then-leader Hashim Salamat said in a press conference that the MILF had

---

[142] Ibid.

[143] Al-Qa'ida also had no direct involvement in other regional conflicts involving Muslim-majority populations during the 1990s, including conflicts in Kosovo and Kashmir, nor did it have any involvement with Hamas.

[144] "OPAPP 'exceeded' target in decommissioning MILF," *Philippine News Agency* 17 January 2020.

[145] "The Philippines: Extremism and Counter-Extremism," Counter Extremism Project, 15 June 2020, https://www.counterextremism.com/sites/default/files/country_pdf/PH-06152020.pdf.

[146] "Senior Abu Sayyaf leader swears oath to ISIS," *The Rappler*, 4 August 2014.

[147] "MILF denies JI terror ties," *The Philippine Star*, 26 September 2004; "Al-Qaeda and the separatists," *The Economist*, 26 February 2004.

received money from Bin Ladin in the past, but that "the funds were spent on building mosques, health centers, and schools in poor areas of Mindanao, and denied that any of the aid went to purchase of firearms and ammunitions."[148] Even if this is true, there is no evidence that the MILF sought to promote al-Qa'ida's agenda or support its activities in any way.

As for the Abu Sayyaf Group, the al-Qa'ida primary sources do not specify any particular relationship. Fazul writes in his memoir that in late 2000, as the preparation for the 9/11 attacks was underway, Bin Ladin sought to establish communications with jihad groups in a variety of places, including Chechnya, Kashmir, Iraqi Kurdistan, and the Abu Sayyaf in the Philippines because "he [Bin Ladin] expected a new and difficult stage" related to the upcoming attacks.[149] According to Fazul "as for the Abu Sayyaf movement in the Philippines, brother Ya'qub al-Bahr was assigned to travel to the Philippines and meet the leadership there, and he returned safely with a videotape of his journey."[150] This is the only mention I am aware of in the primary sources of a connection. By this point Khalid Shaykh Muhammad was working with al-Qa'ida in Qandahar on the 9/11 plot. He had previously been part of the independent group including Ramzi Yousef and Usama Azmurai that had established connections with the ASG in the Philippines in 1995, something that Fazul mentions elsewhere in his memoir.[151] It is possible that Khalid Shaykh Muhammad facilitated this outreach to ASG leaders by an al-Qa'ida representative in 2000. Aside from this representative visiting and returning with a videotape, neither Fazul nor any of the other primary sources indicate any pre-9/11 relationship between al-Qa'ida and ASG in terms of funding, cooperation, or the carrying out of attacks.

Searching the roughly half a million documents captured during the raid of Usama bin Ladin's Abbottabad compound, I found only two relevant documents mentioning the Abu Sayyaf group. The first is an undated essay by Yusuf al-'Uyayri, who was the leader of al-Qa'ida in Saudi Arabia between 1998 and his death there in 2003. The essay takes issue with a magazine article about the MILF and the Abu Sayyaf Group. 'Uyayri criticizes the article as exaggerating the MILF's extent of territorial control and numbers of fighters, saying that he visited the MILF bases himself in July of 2001 and found their extent of control and numbers much smaller than the magazine suggests. He also criticizes the MILF extensively, saying they had abandoned jihad in favor of negotiating with a secular infidel regime and in this were like the PLO in Palestine. He defends the Abu Sayyaf, who were condemned in the magazine article as violating *shari'a* by conducting kidnappings. He writes that the Abu Sayyaf Group did commit serious errors and mistakes, and that he himself has had a consistent position against the permissibility of kidnappings, but in the end he says that Abu Sayyaf are taking up jihad against an occupying infidel regime intent on destroying Islam when others, such as MILF, had abandoned jihad, and that the dire conditions of their struggle justify kidnappings if it serves the cause of Islam. He never mentions any connection or relation between al-Qa'ida and ASG, and says his information about ASG was gleaned from talking with MILF

---

[148] *Philippine Star*, 10 February 1999, quoted in Scheuer, *Through Our Enemies' Eyes*, p. 192f. I could not independently confirm the quotation, and Scheuer does not include any further context, such as when this money from Bin Ladin was allegedly given.

[149] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 435.

[150] Ibid.

[151] Ibid., p. 237.

leaders.[152] The other item is an essay by Akram Hijazi, a Jordanian professor and blogger on jihadism whose writings were popular on jihadi online forums in the 2000s.[153] In the essay, entitled "substantial issues in Salafi jihadi thought," Hijazi writes of the Abu Sayyaf Group as having "no organizational connection with al-Qa'ida."[154]

Much of the al-Qa'ida-Philippines nexus alleged in the secondary literature centers on Muhammad Jamal Khalifa. A typical example is Scheuer, writing of Bin Ladin that "his forces have had a presence in the Philippines since the 1980s, largely through the charitable, business, and subversive activities of his brother-in-law, Mohammed Jamal Khalifah."[155] All of the sources Scheuer cites in the following paragraph are from media reports out of the Philippines; no primary sources or actual evidence is adduced, which is true of all of the accounts alleging an al-Qa'ida-Khalifa-Philippines nexus. There is no evidence that Khalifa was a member of al-Qa'ida or acted on its behalf in the Philippines or elsewhere.

Muhammad Jamal Khalifa and Bin Ladin were friends in Saudi Arabia in their youth. In the early 1980s Khalifa married one of Bin Ladin's sisters, and the families of the two men were neighbors.[156] In the latter half of the 1980s Khalifa went to Pakistan to support 'Azzam's Services Bureau. In interviews with journalist Lawrence Wright in the 2000s, Khalifa recounted that he opposed Bin Ladin's decision to separate from the Services Bureau and create an Arab-focused training program at Ma'sada. Wright writes that Khalifa suspected that the Egyptians surrounding Bin Ladin were manipulating him and says that Abu Hafs al-Masri and Abu 'Ubayda al-Banshiri grilled him about his politics, saying that the Arab rulers were *kafirs* who should be killed. When Khalifa expressed his disagreement, he says they sought to limit his contact with Bin Laden. He eventually confronted Bin Ladin about the Ma'sada camp. Quoting Wright:

> "Everybody is angry – they are against this place," Khalifa said. "Even the people who are with you. I've talked to them." Bin Laden was shocked. "Why don't they talk to me?" he asked. "This is a question you have to ask yourself," Khalifa responded. "But everyone in Afghanistan is against this idea!" Bin Laden reiterated his vision of creating an Arab force that would defend Muslim causes everywhere. That's what he was trying to establish in this miserable mountain camp. "We came here to help the Afghans, not to form our own party!" Khalifa reminded him.

---

[152] https://www.cia.gov/library/abbottabad-compound/23/23D830D679F77554FF01A4CA3D0B8C70_3adel.pdf

[153] McCants, "Insider Analysis of Nuke Tape," https://www.jihadica.com/tag/akram-hijazi/.

[154] https://www.cia.gov/library/abbottabad-compound/50/5045629CA4185F359F7E02327B744AF9_%D9%85%D8%B3%D8%A7%D8%A6%D9%84_%D8%AC%D9%88%D9%87%D8%B1%D9%8A%D8%A9_%D9%81%D9%8A_%D9%81%D9%83%D8%B1_%D8%A7%D9%84%D8%B3%D9%84%D9%81%D9%8A%D8%A9_%D8%A7%D9%84%D8%AC%D9%87%D8%A7%D8%AF%D9%8A%D8%A9_-_%D8%AF._%D8%A3%D9%83%D8%B1%D9%85_%D8%AD%D8%AC%D8%A7%D8%B2%D9%8A.pdf.

[155] Scheuer, *Through Our Enemies' Eyes*, p. 191. The source noted at the end of this sentence is an article in the Filipino press entitled "Khalifah denies links with Bin Laden."

[156] Wright, *Looming Tower*, p. 81.

They continued to argue, according to Wright's account, with Khalifa insisting that Bin Ladin quit the Ma'sada venture or Khalifa would have to part company with him. "Bin Laden coldly refused. Khalifa left the camp. They would never be close again."[157] There is nothing in any of the al-Qa'ida-relevant primary sources that suggests otherwise. His name does not appear on either of the two internal lists of al-Qa'ida members from the late 1990s captured in Afghanistan. The only items that mention his name in Bin Ladin's Abbottabad compound are two newspaper articles about his death in 2007 and a letter from an uncertain author to one Shaykh Yunis where at one point, discussing the deteriorating security conditions and the prevalence of gangs and robberies in some African countries, the letter says "perhaps you heard about the murder of Jamal Khalifa in Madagascar, God have mercy on him, at the hands of a gang of armed robbers, as mentioned in the media."[158]

Khalifa moved to the Philippines in 1987 and was involved in charitable work in that country. He resigned from his position with the IIRO Philippines office in late 1993.[159] He visited the United States in 1994 and was arrested in California with his friend Loay Bayazid. The latter was released, but Khalifa was held in custody because of a charge against him in Jordan and a request from Jordan that he be extradited. He had been tried and convicted in absentia for involvement in the bombing of a theater in Jordan, but when he was deported from the US to Jordan the sole claimant against him recanted his testimony and Khalifa was acquitted and set free.[160] He later established a restaurant in Jeddah, Saudi Arabia, and in the mid-2000s become involved in a gemstone business in Madagascar. He was killed while visiting Madagascar on business in 2007.[161] Aside from the Jordanian case, he had never been charged or convicted of any crime in any country, terrorism related or otherwise. The only evidence I have seen cited of his connection to terrorism is the fact that when he was in custody in the US and his belongings were searched a pager number for Wali Khan Amin Shah (Usama Azmurai) was found in his belongings.[162] The number was shared with Philippines investigators who used it to trap and arrest Shah, who was later convicted and imprisoned in the US on terrorism charges. The fact that Khalifa had Shah's number is not proof that he was engaged with him in any sort of criminal conspiracy. Shah was a student of Khalifa's in Medina where Khalifa taught biology in the early 1980s, and the two were both involved in supporting the Afghan war at the same time.[163]

Shah, also known as Usama Azmurai, is also commonly cited in secondary literature positing an al-Qa'ida-Philippines link. Azmurai, however, was never a member of al-Qa'ida and the southeast Asian cell that he led, which included Ramzi Yousef and Khalid Shaykh Muhammad, was an

---

[157] Ibid., p. 113.

[158] https://www.cia.gov/library/abbottabad-compound/15/1501FCDB8F9E8B08C225B473901DE327_%D8%A7%D9%84%D8%B1%D8%B3%D8%A7%D9%84%D8%A9_%D8%A7%D9%84%D8%AB%D8%A7%D9%84%D8%AB%D8%A9_%D8%A5%D9%84%D9%89_%D8%A7%D9%84%D8%B4%D9%8A%D8%AE_%D9%8A%D9%88%D9%86%D8%B3.pdf.

[159] IIRO 287370.

[160] Berger, *Mohammed Jamal Khalifa: A sourcebook*.

[161] "Maqtal Abu'l-Bara'," *Al-Jazeera* 27 May 2007.

[162] Berger, *Mohammed Jamal Khalifa*, p. iii.

[163] Wright, *Looming Tower*, p. 112.

independent cell. Azmurai participated at Ma'sada as a teenager. He stayed in Afghanistan during the 1990s and established an independent training camp in Jalalabad.[164] He later fought in Tajikistan and Chechnya before organizing with Ramzi Yousef and Khalid Shaykh Muhammad in the Philippines and other southeast Asian countries with a focus on attacking US interests. He was arrested in the Philippines in 1995.

Between 1992 and 1995 Mustafa Hamid was operating a training program for Tajik, Uzbek, Chechen and other Central Asian Islamists called the Furqan project at the JIhadwal camp in Zhawara, Afghanistan.[165] Hamid met Azmurai in early 1994 and says that Azmurai was angry with him for running this project because Azmurai thought it was an al-Qa'ida program, and the latter was angry with al-Qa'ida which had yet to establish a strategic focus on the US.

> He was very angry about this project. He said 'We are concentrating on America.' He was angry with Abu Abdullah [Bin Ladin] because he thought al-Furqan was an al-Qaeda project and al-Qaeda should be focusing on America. He said 'me and my group are going to focus on America.' He did not trust Abu Abdullah and he did not come to work with us in al-Furqan.[166]

Fazul also confirms that Azmurai was not a member of al-Qa'ida. Fazul writes in his memoir:

> While we were in Nairobi we heard on the news about the [1993] attack on the World Trade Center in New York. We learned that the cell of brother Yusuf Ramzi [sic] carried out these operations, and that the cell was led by brother Azmurai, may God protect his family. Their center was in East Asia, and the cell did not have any operational military connection with al-Qa'ida, and I stand by my word. It is true that Khalid Shaykh Muhammad was in Afghanistan as well as Yusuf Ramzi. They are Baluchi Arabs, born in the Gulf where they lived and studied, but they were Pakistanis. I know that Yusuf Ramzi was an organizing member of the Pakistani Jaysh Sepah-e Sahaba (the Army of the Companions), which took the strategy of killing the Shi'a under the pretext that the Shi'a are rejectionists and curse the Companions [of the Prophet Muhammad].[167] After that he left the group and began working with his cousin Khalid Shaykh Muhammad, and their cell was completely separate from any group, but their principle was to hit the Americans and the eight major countries, the G8. … He had nothing to do with al-Qa'ida, neither near nor far, and I know this because I was the closest person to Khalid Shaykh for a while

---

[164] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 169.

[165] On this training program see Brown and Rassler, *Fountainhead of Jihad*, pp. 95ff

[166] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 180. In several other references to Azmurai in this text Hamid is clear that Azmurai was not a member of al-Qa'ida.

[167] "Rejectionists" (*rawafid*) is a sectarian slur sometimes used by anti-Shi'a Sunni Muslims, somewhat analogous to the anti-Catholic term "Papist," and refers to the rejection of the legitimacy of the first three caliphs in Islam by the Shi'a, who believe that rightful leadership of Muslims after the Prophet Muhammad flowed through his lineal descendants beginning with 'Ali ibn Abi Talib. Sepah-e-Sahaba is a Pakistani anti-Shi'a sectarian group formed in 1985 that has killed large numbers of Pakistani Shi'a through mob violence, bombings of mosques, and targeted assassinations.

44

[in 2000 and 2001] and we talked a lot about their cell in East Asia, and because I looked at the files of all the al-Qa'ida members in the whole world.[168]

### D.    Al-Qa'ida and Chechnya

The Chechen conflict in the 1990s proved another frustrating arena for al-Qa'ida, where it failed to exert any meaningful influence or involvement. After the Bosnian war, the two wars in Chechnya (1994-1996, 1999-2000s) became the next field of classical jihad. Sparked by a Russian invasion of Chechnya in 1994, which had declared independence following the collapse of the Soviet Union, the classical jihad logic of defense of a Muslim people against non-Muslim invaders was applied to the Chechen conflict. As with Bosnia, there was widespread support for the Chechens from throughout the Muslim world, a large scale mobilization of donations, legitimation of the "jihad" by mainstream Muslim religious leaders, and the traveling of volunteer foreign fighters to support the Chechens in the conflict. Al-Qa'ida however had no direct involvement in Chechnya.

Hegghammer notes that "in the late 1990s and early 2000s, Chechnya was a more attractive destination than Afghanistan for Saudi volunteer fighters, because as a classical jihad it was considered a less controversial struggle than Bin Ladin's global jihad against America."[169] Noting that "conditions there were excellent," EIJ leader Ayman al-Zawahiri attempted to travel to Chechnya in 1996, but was detained by Russian authorities for entering the country illegally. He and two EIJ companions spent several months in jail but managed to keep their identities secret and were ultimately able to return to Afghanistan.[170]

Bin Ladin's efforts to co-opt the Chechen jihad, while less dramatic than Zawahiri's, were no less unsuccessful. Bin Ladin had a complicated relationship with Khattab (Samir al-Suwaylim), the celebrated Saudi jihadi who led the foreign mujahidin in Chechnya from 1995 until his death in 2002. According to Fazul's memoir Khattab had come to Afghanistan in the late 1980s and trained briefly at an al-Qa'ida camp at the Zhawara complex in Khost.[171] Impatient with the training process, Khattab argued with the camp administrators and was expelled for insubordination. His training incomplete, Khattab went directly to the front lines in Ghazni where he earned a reputation for bravery and facility with heavy weaponry. He established his own independent group of Arab mujahidin and a training center near Jalalabad, which attracted other young volunteers who balked at the strict routines of the al-Qa'ida training camps, and thus became a competitor with al-Qa'ida for recruits.[172] At the battle of Jalalabad in 1989, Khattab clashed with the al-Qa'ida field leadership and, using his own resources, set up a separate front of largely Algerian fighters that bypassed the al-Qa'ida chain of command by working directly with Afghan commanders.

---

[168] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, 140.

[169] Hegghammer, *Jihad in Saudi Arabia*, p. 55.

[170] Wright, *The Looming Tower*, 249f

[171] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, 77f.

[172] Ibid.; Hami, *Fursan farida al-ghayba*, 686.

According to Fazul, this disunity in the ranks at the front lines had a deleterious effect on the course of the battle, which ended in a rout of the mujahidin.

In 1997 and 1998, Bin Ladin appealed to Khattab to join the jihad against the Zionist-Crusader alliance, but Khattab refused. According to Mustafa Hamid:

> Khattab had succeeded in establishing a strong economic investment base in the Gulf states and he totally controlled the Arab movement in Chechnya. He had his own special media apparatus connecting him to the outside world. In sum, his position in Chechnya until the beginning of the second Russian campaign in 1999 was stronger than Bin Ladin's position in Afghanistan.[173] Contact was initiated between the two sides, with both Khattab and Bin Ladin trying to attract the other to their plan. Bin Ladin felt that it was a religious duty for Khattab to join the program of jihad against the American occupiers of the Arabian Peninsula, as Khattab was from the Hijaz and because Khattab was just a mujahid beginner in Jalalabad in 1988 [sic], at a time when Bin Ladin was general commander of the Arab forces there… Khattab responded with extreme aversion to Bin Ladin's offers to join the program of jihad against the Americans.[174]

Commanding all the material and ideological resources that came with leading a classical jihad front, Khattab had little to gain from al-Qa'ida, which had long since marginalized itself with respect to the bases of mainstream jihadi legitimacy and resource mobilization. After Khattab's death in 2002, the Saudi classical jihadis in Chechnya continued to represent a threat to the legitimacy and appeal of al-Qa'ida's global jihad in the Gulf, and Khattab's successor, Abu 'Umar al-Sayf, issued a statement in 2003 denouncing the al-Qa'ida campaign in Saudi Arabia, engendering a split in the Saudi jihadi community which "greatly undermined the support for and recruitment to" al-Qa'ida in the Arabian Peninsula.[175]

Fazul in his memoir writes that a certain Abu Islam al-Masri was sent by al-Qa'ida to Chechnya.[176] Discussing this specific claim, Mustafa Hamid writes:

---

[173] Khattab's position was also stronger in the Gulf. According to Hegghammer, "Saudi sources have described the jihadist community in the kingdom as being divided between the 'Khattabists' and the 'Bin Ladinists', with the former being more numerous." Hegghammer, *Jihad in Saudi Arabia,* (Cambridge University Press, 2010), p. 57

[174] Hamid, *Tharthara fawq saqf al-'alam* 6 (*Salib fi sama' Qandahar*), 80f. On Khattab's rebuffing of Bin Ladin, see also Hegghammer, *Jihad in Saudi Arabia*, p. 57. Hegghammer notes that "the Khattab-Bin Ladin enmity was not just about personal chemistry or rivalry; it also reflected a significant ideological division, namely between the 'classical' and 'global' branches of the Saudi jihadist movement. Khattab did not subscribe to Bin Ladin's doctrine of attacking the United States and did not approve of the targeting of civilians."

[175] Hegghammer, *Jihad in Saudi Arabia*, Conclusion. The English-language secondary literature on the Chechen conflict suffers from the same conflation errors that mar the secondary literature on the Bosnian jihad. Thus, Yossef Bodansky, *Chechen Jihad* (New York: Harper Collins, 2007); Gordon Hahn, *Russia's Islamic Threat* (New Haven, CT: Yale University Press, 2007); James Hughes, *Chechnya: From Nationalism to Jihad* (Philadelphia: University of Pennsylvania Press, 2007); and Paul Murphy, *The Wolves of Islam* (Washington, DC: Brassey's, 2004), all erroneously describe Khattab as a lieutenant of Bin Ladin and Khattab's Chechen operations as an al-Qa'ida enterprise.

[176] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 94.

Abu Islam was leaving al-Qaeda. You know how those people in al-Qaeda were thinking? Abu Islam had decided to go to Chechnya because he thought jihad was finished in Afghanistan. Al-Qaeda's procedure was to say, 'okay, go; you are our person there', even though he was leaving anyway regardless of what they said. Then, when any of the youth wanted to leave and go to Chechnya, al-Qaeda could say 'okay go to Abu Islam.' … It was not an al-Qaeda plan to send Abu Islam to the Chechen front because he was leaving to go there independently, and it was not organized.[177]

### E.      Al-Qa'ida's Fraught Relationship with the Taliban

Al-Qa'ida and the Taliban had a fraught and often conflicting relationship in the period leading up to the 9/11 attacks.[178] After being expelled from Sudan, al-Qa'ida's leaders found refuge in an eastern Afghanistan that was not yet under Taliban control. While ultimately the Taliban tolerated al-Qa'ida's presence, the latter's provocations of and attacks on the West were a constant source of conflict with the Taliban and led to threats to expel Bin Ladin and increasingly strict restrictions on Arab jihadis' activities in the country. Contrary to allegations by the CIA, there is no primary source evidence to suggest that al-Qa'ida was a significant source of funding for the Taliban, which was supported by Pakistan.

The relationship between al-Qa'ida and the Taliban was marked by mutual suspicion from the very beginning. Bin Ladin's former bodyguard Nasir al-Bahri says that when the Taliban first sent representatives in 1996 to find out where Bin Ladin stood, he refused to meet with them and forbade his followers from fighting alongside the Taliban.[179] Taliban foreign minister Mullah Abdul Jalil told US State Department officials in 1997 that "Bin Ladin had lived in caves south of Jalalabad in Tora Bora and the Taliban had become suspicious. They told him to move out, to live in an ordinary house."[180]

Bin Ladin issued his 1996 appeal to "Expel the Polytheists from the Arabian Peninsula" in the month before the Taliban took control of Jalalabad. From that point on, Bin Ladin's statements and press encounters became points of increasing tension with the Taliban leadership. In March of 1997 Bin Ladin invited CNN journalists to visit him in Tora Bora, and in the interview Bin Ladin called for "jihad against the US government."[181] At the end of March Taliban leader Mullah Omar

---

[177] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 184.

[178] Several richly-sourced studies have chronicled the bad blood between the Taliban and al-Qa'ida between 1996 and 2001, including Strick Van Linschoten and Kuehn, *An Enemy We Created* (Oxford University Press, 2012); Brown and Rassler, *The Fountainhead of Jihad*; Gutman, *How We Missed the Story* (Potomac Books, 2007); Brown, *Cracks in the Foundation*; Brown, "The Façade of Allegiance (2010)."

[179] Bahri, *Dans l'ombre de Ben Laden* (2010), p. 83f.

[180] Cable from American Consulate in Peshawar to SecState, "Afghanistan: Taliban Agree to Visits of Militant Training Camps, Admit Bin Ladin is their Guest," Jan. 1997, p. 2. Available online at http://www.gwu.edu/~nsarchiv/NSAEBB/NSAEBB295/doc06.pdf.

[181] See Bergen, *Holy War, Inc.*, Prologue (Free Press, 2001).

ordered Bin Ladin and his family to relocate to Kandahar, "where the situation is more secure."[182] Al-Qa'ida would rely on its long-standing relationship with the Haqqani network, which controlled the Khost region and was semi-independent from the Taliban, to continue to stage provocative press briefings from its camps in Khost, in defiance of orders from Mullah Omar that they cease and desist from media activity. The announcement of the "World Islamic Front" in April of 1998, followed by a press conference in May, were both done from Khost. Mullah Omar angrily responded to these events, telling Pakistani journalist Rahimullah Yusufzai, "How dare he [Bin Ladin] give a press conference without my permission! There will be one ruler in Afghanistan, either I or Osama bin Laden … I will see to it."[183]

Following al-Qa'ida's attacks on two US embassies in East Africa in August 1998, Taliban restrictions were broadened and extended to all Arab groups in the country. Al-Qa'ida's activities angered other Arab jihadi leaders taking refuge under the Taliban regime, and according to Mustafa Hamid "a number of the Arab jihadi leaders rose in opposition to Bin Laden at this time."[184] Hamid urged Bin Ladin to pledge allegiance to Mullah Omar at this time, but the latter refused, eventually agreeing to have Hamid make the pledge (*bay'a*) to Mullah Omar on Bin Ladin's behalf in November 1998.[185] This was clearly a slight to the Taliban leader, and Hamid writes that the situation did not improve:

> Abu Abdullah…continued to disobey the basic instructions of the Commander of the Faithful, which could be summarized under two headings. First was to halt all interviews, for either print or television media. Second was the prohibition on any military strike against the United States, as Pakistan had threatened to intervene directly against the Taliban in the event of such a strike. The Taliban could not bear up under such an intervention so long as it remained unable to control the remaining territory held by the northern resistance.[186]

In December 1998 Bin Ladin again violated Taliban restrictions on speaking with the press, and Mullah Omar personally summoned Bin Ladin to a meeting and ordered him to immediately leave Afghanistan.[187] Bin Ladin agreed but asked for time to prepare. Soon thereafter Mullah Omar survived an assassination attempt in Kandahar, and al-Qa'ida was able to improve its relations with the Taliban by investigating the bombing and improving the fortifications of Mullah Omar's bunker.[188] In late 1999 the Taliban issued a thirteen-point decree imposing stringent limitations on

---

[182] Al-Bahri, *Dans l'ombre de Ben Laden*, p. 82.

[183] Gutman, *How We Missed the Story*, p. 129.

[184] Hamid, *Qissat al-bay'at al-'arabiya*, p. 6.

[185] Brown, "The Façade of Allegiance."

[186] Hamid, *Qissat al-bay'at al-'arabiya*, p. 15.

[187] Brown and Rassler, *The Fountainhead of Jihad*, p. 116.

[188] al-Bahri, *Dans l'ombre de Ben Laden*, pp. 181ff.; and Fazul, *al-Harb 'ala'l-Islam*, vol. 1, pp. 389ff.

all foreign jihadis, amounting to a nation-wide house arrest of these individuals.[189] Some of the Arabs in Afghanistan directly rebuked Bin Laden for disobeying Taliban orders and thus causing trouble for the entire foreign fighter community, and fears circulated, both at al-Qa'ida camps and among the other Arab jihadi groups, that the Taliban could order them all out of the country.[190] In addition, a number of prominent Afghan mujahidin leaders opposed to the Taliban convened in 1999 in Takhar Province in northern Afghanistan—then under the control of Ahmad Shah Massoud—and issued a fatwa calling for Bin Laden to be executed.[191] Bin Ladin bemoaned the restrictions placed on him while he was in Afghanistan, telling a Taliban official in summer of 2001 that "the Taliban have wasted four years of my life. They have created obstacles in the way of our jihad even though at this time jihad is our religious duty."[192]

Beginning in 1997, al-Qa'ida did provide fighters to the Taliban's northern front lines, though this was controversial. The Harmony database includes documents in which Salafi jihadi writers in Afghanistan condemned military participation with the Taliban as infidelity, both because the Northern Alliance enemies of the Taliban were Muslims and because they perceived the Taliban's practice of Islam as deviant.[193] The leadership of the Khaldan training camp were critics of both al-Qa'ida and the Taliban, and opposed all fighting within Afghanistan.[194] Al-Qa'ida had also long integrated front line experience as part of their training programs, and in any case the numbers of fighters supplied to the front lines were small, beginning with a handful in 1997 and numbering in 2000-2001 an estimated 80-120 fighters.[195]

The primary sources also indicate that al-Qa'ida promised other forms of support, though there is little and often conflicting information about this. Abu Mus'ab al-Suri wrote in an email to Bin Ladin in July of 1998 that the latter had promised the Taliban "urbanization projects, road-building, economic projects, introducing 300 mujahidin to defend Kabul etc.," and that all of these promises came to nothing, that "the wind blew them away."[196] Wahid Mozhdeh, a former Taliban official, writes that Bin Ladin sought to influence some Taliban leaders into al-Qa'ida's favor by gifts of expensive cars and by bribing opposition mujahidin commanders into siding with the Taliban.[197] Taliban members told researchers Strick van Linschoten and Kuehn that "money and

---

[189] Translated into Arabic in Abu Mus'ab al-Suri's 1999 diary (the next dated entry is early Jan. 2000), Harmony document AFGP2002-002869, pp. 43–8.

[190] See Brown, *Cracks in the Foundation*, pp. 17f.; Alan Cullison, "Inside Al-Qaeda's Hard Drive," *The Atlantic*, Sep. 2004, online at http://www.theatlantic.com/doc/200409/cullison; and Alan Cullison and Andrew Higgins, "Strained Alliance: Al Qaeda's Sour Days in Afghanistan," *The Wall Street Journal*, 2 Aug. 2002.

[191] This is according to a diary of Abu Mus'ab al-Suri discovered in Afghanistan after the American invasion and dated 1999; the entry itself is not dated. Harmony document AFGP-2002-002869, p. 40.

[192] Wahid Mozhdeh, *Afghanistan va panj sal-i sultah-i Taliban*, Tehran, 2003, unpublished English translation, p. 53.

[193] Brown, *Cracks in the Foundation*, pp. 12-16.

[194] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 229.

[195] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 275.

[196] Cullison, "Inside Al-Qaeda's Hard Drive" (*The Atlantic*, 2004); Lia, *Architect of Global Jihad*, p. 287.

[197] Mozhdeh, *Afghanistan va panj sal-i sultah-i Taliban*, p. 20.

weapons were key to the agreement" between al-Qa'ida and the Taliban, though details are scarce in these accounts.[198] Former CIA agent in charge of the Bin Ladin unit, Michael Scheuer, also writes of al-Qa'ida's assistance to the Taliban as having been in the form of sending fighters to the fronts, bribing opposition commanders, and "some evidence" of funding construction projects in the country.[199] The primary sources do not provide any support to the oft-cited estimate of $10-$20 million dollars per year given by al-Qa'ida to the Taliban.[200] There are a great deal of primary sources detailing al-Qa'ida's troubled relationship with the Taliban and the controversies that this relationship caused in the Arab jihadi community in Afghanistan in the 1990s, yet none of these sources suggest or even hint at al-Qa'ida having provided the Taliban with such large sums of money. On the contrary, the Taliban relied largely on support – often covert – from Pakistan, as well as on the tens of millions of dollars the regime reaped each year from poppy cultivation, which exploded in Afghanistan under Taliban rule.[201]

## F.    Al-Qa'ida's Failures at Coalition-Building

Throughout its history, al-Qa'ida's strategic vision has been a marginal one within the landscape of Islamist violence. The idea that Muslims bore a religious obligation to attack the United States so that it would leave the Middle East, and then to attack regimes in Muslim-majority states and replace them with Sunni theocracies, attracted far less support than both classical and revolutionary jihadisms in the 1990s and 2000s. Born in the midst of a classical jihad in Afghanistan, the early al-Qa'ida alienated many of the Afghan Arabs who viewed Bin Ladin's "train a pan-Islamic army" project as abandoning the Afghan front. Al-Qa'ida had no meaningful involvement in the subsequent classical jihads of Bosnia and Chechnya, so failed to capitalize on the popular support that those conflicts drew from Muslim publics and religious leaders. Once al-Qa'ida had adopted a strategic focus on the United States it failed to attract revolutionary, regional, and irredentist jihadi movements to its global jihadi banner.

Al-Qa'ida's final pre-9/11 attempts to achieve vanguard status in creating a transnational jihad coalition occurred in Afghanistan during the last years of the Taliban regime. The 1998 declaration of the "World Islamic Front for Jihad against the Jews and Crusaders," issued with much fanfare and meant to establish al-Qa'ida at the forefront of the global jihad, was a disaster. Of the nearly twenty jihadi groups operating in Afghanistan at the time, representatives of only three signed on: the EIG's Rifa'i Ahmad Taha, the EIJ's Zawahiri and the Harakat-ul Jihad-al-Islami Bangladesh's Fazlur Rahman.[202] The EIG immediately repudiated the Front and its anti-American agenda, and

---

[198] Strick van Linschoten and Kuehn, *An Enemy We Created*, p. 169, citing 2010 interviews with Taliban members.

[199] Scheuer, *Osama bin Laden*, p. 124.

[200] *9/11 Commission Report*, p. 171.

[201] On Pakistan's military and logistics support for the Taliban, see Tomsen, *The Wars of Afghanistan* (PublicAffairs, 2013), pp. 532ff.; on the Taliban's reliance on funds from opium production, see Rashid, *Taliban*, p. 119; Coll, *Ghost Wars* (The Penguin Press, 2004), p. 332; and Peters, *Seeds of Terror* (Macmillan Publishers, 2009).

[202] On the many jihadi organizations present in Afghanistan in the late 1990s, see Abu Mus'ab al-Suri, *Da'wa al-muqawwama*, 727ff.; Lia, *Architect of Global Jihad*, 247ff.; Fazul, *al-Harb 'ala'l-Islam*, vol 1, 64f., Tawil, *al-Qa'ida*, 334ff.; and Shadi 'Abdallah, German Bundeskriminalamt interrogation report, October 31, 2002.

Taha, who was summarily dismissed from the EIG shura council, later issued a retraction.[203] The EIJ split after the declaration of the Front. Abu al-Samh Salih Shehata broke with Zawahiri, as did Salim Marjan, the religious leader of the group, and Shehata declared himself the new leader-in-exile of the EIJ.[204] Both the EIG and the EIJ suffered significant personnel losses after the Front was announced, as American security concerns led to the arrest of many of the leading members of these organizations that had found asylum in Europe.[205] All of the foreign jihadis operating in Afghanistan were directly threatened by the announcement of the Front, as it contravened explicit restrictions that the Taliban leadership had imposed on Bin Ladin, led to the closure of a number of jihadi training camps and created widespread fears that Taliban leader Mullah Omar would expel the foreign organizations.[206] When Bin Ladin convened a gathering of the leaders of the Arab jihadi groups in Kandahar in the summer of 2000 in a further attempt to bring them on board with the global jihad, his appeal was unanimously rejected amid sharp criticism of al-Qa'ida's perilous strategic direction and Bin Ladin's disregard for the Taliban's authority.[207]

Noman Benotman, then a leader of the Libyan Islamic Fighting Group, was present at this summit and recalled that over 200 jihadists attended, many of whom had come from the Middle East. According to Benotman, "It was one big reunification. The leaders of most of the jihadist groups in the Arab world were there and almost everybody within Al Qaeda."[208] The meeting lasted for five days, yielding no new allies for al-Qa'ida. Benotman recalls, "We made a clear-cut request for him to stop his campaign against the United States because it was going to lead to nowhere, but they laughed when I told them that America would attack the whole region if they launched another attack against it."[209]

Several months after the failed Kandahar summit, Bin Ladin admitted to journalist Ahmad Zaydan that he regretted announcing the World Islamic Front. Zaydan writes:

> After meeting Bin Ladin, who talked about this [the Front], I gathered it had become a burden on him and his companions, which Abu Hafs al-Masri admitted to me. Bin Ladin said remorsefully: "We thought it might form the basis of global jihad against Jews and Christians, particularly the Americans. We thought it might push Muslim movements, groups, and individuals to join this movement. However,

---

[203] See Steven Brooke, "The Near and Far Enemy Debate," in *Fault Lines in Global Jihad*; and al-Shafi'i, "al-Awraq al-Zawahiri al-sirriyya."

[204] Al-Shafi'I, "al-Awraq al-Zawahiri al-sirriyya."

[205] Ibid.

[206] See Anne Stenersen, "Blood Brothers or a Marriage of Convenience? The ideological relationship between al-Qa'ida and the Taliban," paper presented at International Studies Association convention, New York, 15-18 February 2009, http://sites.google.com/site/jihadismstudiesnet/publications; Lia, *Architect of Global Jihad*, 284ff.; Vahid Brown, "The Façade of Allegiance: Bin Ladin's Dubious Pledge to Mullah Omar," *CTC Sentinel*, Vol. 3, No. 1 (2010), 3.

[207] Tawil, *al-Qa'ida*, 334-36; Peter Bergen and Paul Cruickshank, "The Unraveling," *The New Republic*, 10 June 2008.

[208] Bergen and Cruickshank, "The Unraveling" (The New Republic, 2008).

[209] Ibid.

it seems we overestimated its ability and resources. It might have been better not to declare it, but what has happened has happened."[210]

The final pre-9/11 challenge to al-Qa'ida's unfulfilled vanguardist ambitions was the appearance in Afghanistan of Abu Mus'ab al-Zarqawi's al-Tawhid wa'l-Jihad group, which established camps in Herat in western Afghanistan. Zarqawi's group distinguished itself from al-Qa'ida through its much more uncompromising *takfiri* ideological position and a clear strategic focus on the Levant.[211] Like Khattab's classical jihad front in Chechnya, al-Tawhid wa'l-Jihad enjoyed the advantage of a significant resource mobilization infrastructure, based primarily in Europe; had the backing of renowned Salafi shaykhs; and, unlike al-Qa'ida, pursued a regional strategy directly keyed to the widely popular issue of confronting Israel. According to Fazul, beginning in late 1999, large numbers of would-be jihadis from Europe, Lebanon and Syria began arriving in Afghanistan:

> Many of them joined the Levantine bloc led by Abu Mus'ab al-Zarqawi. Our thinking was not like theirs, as they declared *takfir* on all the governments, and said that once you were in parliament you were an infidel. Al-Qa'ida's *shari'a* committee did not see it this way, and I was not obliged to accept this view…. They sought Bin Ladin's acceptance of their ideology, but he refused, informing them that it was not al-Qa'ida's platform (*manhaj*) to declare people infidels on superficial grounds, nor did [al-Qa'ida] have any interest in dividing one segment of Muslims from others…. So they went to Herat and took their ideology with them.[212]

Over the course of the following year, al-Qa'ida made a number of unsuccessful attempts to hitch Zarqawi's rising star to the project of global jihad.[213] Al-Qa'ida hoped that an alliance with Zarqawi would enable the organization to achieve its long-desired goal of establishing a more-than-symbolic stake in the fight against Israel. According to Sayf al-'Adl, one of the most senior members of al-Qa'ida's military committee:

> The information we had said that al-Qa'ida and its tenets did not have many supporters in Palestine or Jordan. The plan that the [al-Qa'ida leadership] agreed on underlined the importance of the presence of al-Qa'ida in Jordan and Palestine since the Palestinian question is the bleeding heart of the Muslim community…. How could we abandon such an opportunity to be in Palestine and Jordan? How

---

[210] Ahmad Zaydan, *Bin Ladin bi-la qina'* (Beirut: al-Sharaka al-'alamiyya li'l-kitab, 2003).

[211] *Takfir* is declaring a Muslim a non-Muslim; *takfiri* jihadists, like the GIA in Algeria, brand broad swathes of Muslim populations unbelievers and therefore subject to death on grounds that most Muslim scholars reject. The Levant includes Palestine, Israel, Syria, Lebanon, and Jordan.

[212] Fazul, *al-Harb 'ala'l-Islam*, vol 1, p. 397. Fazul emerges in his memoirs as a staunch anti-*takfiri*, though he acknowledges that there are *takfiris* among al-Qa'ida's ranks. See Fazul, 2, 491ff.

[213] See Brooke, "The near and far enemy debate" (2008); Hami, *Fursan farida al-ghayba*, 444; Lia, *Architect of Global Jihad*, 268f.; Fu'ad Husayn, *al-Zarqawi: al-jil al-thani li'l-Qa'ida* (Beirut: Dar al-Khayyal, 2005), serialized in *al-Quds al-'Arabi*, May 2005.

could we waste a chance to work with Abu-Mus'ab and similar men in other countries?[214]

To this end, Sayf was deputized by Bin Ladin and Zawahiri to meet with Zarqawi and seek "coordination and cooperation to achieve our joint objectives."[215] Al-Qa'ida provided al-Tawhid wa'l-Jihad with financial support for its Herat operations, yet Zarqawi maintained his ideological and organizational independence from his patrons. Al-Qa'ida was once again unable to redirect the fundamental outlook or strategic objectives of Zarqawi's group, a failure that would prove particularly disastrous for al-Qa'ida's reputation in the context of the Iraq war, when Tawhid wa'l-Jihad would be rebranded al-Qa'ida in Iraq and saddle the al-Qa'ida name with the spectacle, broadcast online by Zarqawi's followers, of the mass murder of (mostly Shi'a) Muslim civilians.

4.      Al-Qa'ida's Shift to Anti-United States Activity and the 9/11 Plot

Al-Qa'ida's strategic focus on the United States evolved relatively late in its pre-9/11 development. Its initial vision was as a training organization seeking to prepare elite guerrilla warfare cadres for deployment in support of embattled Muslim populations in Muslim majority countries. Al-Qa'ida attempted to operationalize that vision in the early 1990s in Yemen and Somalia, though with little success. The mid-1990s also saw al-Qa'ida's leader Usama bin Ladin become focused on the apostasy of the Saudi government. Al-Qa'ida's first attacks on US targets in the Middle East and East Africa were intended as a first step – scare off the US military from the region – toward the goal of toppling the Saudi monarchy. Bin Ladin's decision to support terrorist entrepreneur Khalid Shaykh Muhammad's 9/11 proposal came not later than early 1999, possibly at the end of 1998. That plan and its preparations, which began in spring 1999, were segregated from the rest of the al-Qa'ida organization, were unknown except to a small few, and would be vehemently opposed by much of the al-Qa'ida organizational leadership as details began to become known in Afghanistan after 2000. The 9/11 attacks and their aftermath split the al-Qa'ida organization and led to several early leaders leaving the group and later issuing denunciations of al-Qa'ida and the 9/11 attacks.

Bin Ladin and those in his orbit certainly harbored anti-American views from early on, though the nature of these views were typical of Bin Ladin's Islamist context. US policy toward Israel is the most common thread uniting Islamist opposition to US policies, with other common factors being the perception of imperialism in the US' involvement in the region and claims of the moral bankruptcy of American materialistic culture. All these themes can be found for example in Sayyid Qutb's writings, texts that were foundational for many 20th century Islamist and jihadist movements.[216]

Bin Ladin was a frequent critic of US policy relating to Palestinians and the Middle East, though prior to the late 1990s the only incitement coupled with his criticisms was a call to boycott American goods. In an interview in October of 2001, Bin Ladin says that he began calling for a US boycott as early as 1986.[217] In a speech given by Bin Ladin in September 1993 he discusses

---

[214] *Al-Quds al-'Arabi*, 21-22 May 2005.

[215] Ibid.

[216] On the influence of Qutb in contemporary jihadism, see McCants, et al., *The Militant Ideology Atlas* (2006).

[217] Lawrence, *Messages to the World*, p. 115.

US support for Israel at length, says this matter requires inciting to struggle (*jihad*), but then, citing the example of Gandhi, identifies boycotts as the instrument of this struggle.[218]

As in his speech in Yemen in February of that year, in which Bin Ladin alluded to jihad against the Saudi government but only called for people to train and prepare in Afghanistan, Bin Ladin made a similar appeal in this speech, saying "we must prepare ourselves for the struggle and train with weapons. The opportunity is now available, thank God, in Afghanistan. In such a way we may be truthful in supporting our brothers in Palestine."[219] But beyond calling for training, Bin Ladin makes no mention of violence and focuses the remainder of his talk on "economic war against America."

The first inklings of confrontation with the United States came somewhat by accident, when US troops entered Somalia as part of Operation Restore Hope. Al-Qa'ida's efforts to provide training to Islamist militia groups in the country predated the arrival of American forces and did not relate to the US. The skirmishes between Islamist militia and US troops in Mogadishu in 1993 were short-lived, and US forces left Somalia in October of 1993. Mustafa Hamid wrote letters from Afghanistan criticizing Bin Ladin's obsession with the Arabian Peninsula and urging al-Qa'ida to take the opportunity of the presence of American troops to make them a target, but there is no evidence that al-Qa'ida took heed of his advice.[220] Mustafa Hamid writes that Abu Hafs al-Masri was near the fighting in Mogadishu in 1993 – the so-called "Blackhawk Down" incidents – but that the al-Qa'ida members present "kept themselves out of the battle."[221] For the next several years al-Qa'ida remained focused on developing its network within Somalia, establishing business enterprises in Sudan, and maintaining a small training operation in Afghanistan. The strategic decision to direct al-Qa'ida resources toward hitting US targets in the region of Saudi Arabia was not taken until 1997. As discussed in the previous section, the first two operations – the embassy bombings and the USS Cole attack – were intended to press the demand that the US military leave Saudi Arabia.

The first real milestone in al-Qa'ida's confrontation with the United States was Bin Ladin's release in August of 1996 of a lengthy message addressed to Muslims worldwide, "and particularly those in the Arabian peninsula."[222] Entitled "A declaration of jihad against the Americans occupying the Land of the Two Holy Sanctuaries [Saudi Arabia]," it is headed with a quote from a *hadith*, "expel the idolaters (*mushrikin*) from the Arab peninsula."[223] Though titled a declaration or announcement

---

[218] Miller, *Audacious Ascetic*, pp. 185f. Bin Ladin said: "We must boycott all American goods, inciting the Muslim community in this endeavor, especially the bulk of people in our country. … Consider the case of Great Britain, an empire so vast that, some say, the sun never set upon it. Britain was forced to withdraw from India, one of its largest colonies, when Gandhi the Hindu declared a boycott against their goods."

[219] Ibid., p. 184.

[220] Harmony document AFGP-2002-600053.

[221] Hamid and Farrell, *Arabs at War*, p. 189f.

[222] Lawrence, *Messages to the World*, p. 24.

[223] Citing the full version as found in Bin Ladin's Abbottabad complex and released by the CIA, at https://www.cia.gov/library/abbottabad-compound/A4/A44A01C05D097BC6F34D6F072701C232_%D9%83%D8%AA%D8%A7%D8%A8_%D8%A7%D8%B9%D9%84%D8%A7%D9%86_%D8%A7%D9%84%D8%AC%D9%87%D8%A7%D8%AF%D8%B9%D9%84%D9%89_%D8%A7%D9%84%D8%A3%D9%85%D8%B1%D9%8A%D9%83%D9%8A%D9%8A%D9%86_%D8%A7%D9%84%D9%85%D8%AD%D8%AA%D9%84%D9%8A%D9%86_%D9%84%D8%A8%D9%84%D8

54

(*i'lan*) of jihad, the message does not in fact declare a jihad by al-Qa'ida against Americans, and only makes vague appeals for people to rise up and expel the American presence from Saudi Arabia. It is important to note that the message is not a "declaration of jihad against America" as it is sometimes characterized in the popular literature; as its title clearly states, the declaration of jihad is against American troops stationed in Saudi Arabia. Bin Ladin would not declare a jihad against the US for another two years.

The message begins by reviewing a litany of injustices imposed on Muslims around the world by the "Zionist-Crusader alliance," calling out specifically the occupation of the Arabian Peninsula by American forces. As in the ARC messages, it reviews and condemns the Saudi government's repression of Sahwa scholars, as well as the actions taken against Bin Ladin "and our group." But from the safety of his new base in the Hindukush, Bin Ladin says he is now "talking and discussing the ways of correcting what had happened to the Islamic world in general, and the Land of the two Holy Places in particular. We wish to study the means that we could follow to return the situation to its normal path."[224] He then turns to familiar themes of the ARC messages, discussing at length grievances with virtually every aspect of Saudi domestic policies – industry, agriculture, criminal justice, monetary policy, etc. He lists two reasons for the Saudi regime having lost all legitimacy – its abandonment of Islamic law and its inability to protect the country without recourse to American troops. He then turns to the reform efforts of the Sahwa and others, the Saudi regime's ignoring of their demands, the repression that followed, and then summarizes the points of the early 1990's Memorandum of Advice, a list of reform demands signed by wide sectors of society, including reformist religious scholars and representatives of civil society. Bin Ladin continues for several pages criticizing the response of the regime to the peaceful efforts at reform, taking aim at Princes Sultan and Nayif, and says that "hence it is essential to hit the main enemy who divided the Ummah into small and little countries and pushed it, for the last few decades, into a state of confusion." He cites Ibn Taymiyyah, a medieval Islamic scholar who called for jihad against Mongol invasions of eastern Islamic lands, on the duty of jihad. Bin Ladin then says:

> Under such circumstances, to push the enemy - the greatest Kufr [unbelief] - out of the country is a prime duty. No other duty after belief [in God and Muhammad] is more important than the duty of jihad. Utmost effort should be made to prepare and instigate the Ummah [the Muslim community] against the enemy, the American-Israeli alliance occupying the country of the two Holy Places and the route of the Apostle (Allah's Blessings and Salutations may be on him) to the Furthest Mosque (Al-Aqsa Mosque) [in Jerusalem].

He then lists seven evils that would befall the Muslim community if they lack internal unity in opposing the American presence. Bin Ladin returns then to further criticism of the perfidious Saudi regime for abandoning Islam, failing to liberate Palestine, and allowing the continued presence of large numbers of American troops. Bin Ladin then makes the following appeal:

---

%A7%D8%AF_%D8%A7%D9%84%D8%AD%D8%B1%D9%85%D9%8A%D9%86.pdf. Many existing versions and translations are truncated. An English translation of the complete version can be found at https://is.muni.cz/el/1423/jaro2010/MVZ203/OBL___AQ__Fatwa_1996.pdf. On truncated, or paraphrased, early publications of the letter, and inaccuracies and distortions in some of its first translations, see Miller, *Audacious Ascetic*, pp. 248-52.

[224] Ibid, quoting from the translation at https://is.muni.cz/el/1423/jaro2010/MVZ203/OBL___AQ__Fatwa_1996.pdf.

> Today your brothers and sons, the sons of the two Holy Places, have started their jihad in the cause of God, to expel the occupying enemy from of the country of the two Holy places. And there is no doubt you would like to carry out this mission too, in order to re-establish the greatness of this Ummah [the Muslim community] and to liberate its occupied sanctities. Nevertheless, it must be obvious to you that, due to the imbalance of power between our armed forces and the enemy forces, a suitable means of fighting must be adopted, i.e. using fast moving light forces that work under complete secrecy. In other words to initiate a guerrilla warfare, where the sons of the nation, and not the military forces, take part in it.

After appealing for people to support such actions, he again calls for a boycott of American goods. He then cites examples from early Islamic history of people fighting in the early battles of Islam and appeals to the youth of Islam for several pages, urging them to embrace the cause of jihad, citing more historic episodes and verses of poetry. Finally, before closing the statement with a series of prayers, calling on God for support, Bin Ladin writes:

> Your brothers in Palestine and in the land of the two Holy Places are calling upon your help and asking you to take part in fighting against the enemy --your enemy and their enemy-- the Americans and the Israelis. They are asking you to do whatever you can, within one's own means and ability, to expel the enemy, humiliated and defeated, out of the sanctities of Islam.

Nowhere in the declaration does Bin Ladin threaten that he or any organization he represents will take any specific action in Saudi Arabia. It says that people in Saudi Arabia had started a jihad – several references are made to the earlier bombings in Riyadh and Khobar – and appeals for people to support that effort, to boycott American goods, and by any means necessary to expel the American forces from the Kingdom. No mention is made of al-Qa'ida, nor does the message call on people to come to Afghanistan or give money to any specific group or cause. The message is a declaration that there is a duty of jihad in the circumstances that Bin Ladin describes, but this is a far cry from the more specific declaration of hostilities against the United States on the part of his organization that Bin Ladin would release in 1998.

The decision to release a declaration of jihad, however vague, was controversial amongst the Arab jihadi community in Afghanistan at that time. Mustafa Hamid participated in debates about the wisdom of the declaration and was one of those who argued against it.[225] Hamid says that Bin Ladin believed that there was a danger of anarchic bloody attacks inside Saudi Arabia and felt the need to issue a rallying cry to the emerging current of unrest typified by the attacks in Riyadh and Khobar that would "prevent it [this current] from doing damage and causing Muslims to fight Muslims."[226] The jihad in Algeria had descended into a chaotic bloodbath, with GIA forces massacring Muslim civilians, executing Christian clerics, and committing all type of violations of the Islamic law of war. Bin Ladin and many other jihadi leaders were very critical of these events, and Mustafa said that the context of the Algerian jihad, in which Saudi jihadis had participated,

---

[225] Hamid discusses these events in Hamid and Farrall, *Arabs at War*, pp. 211-217, and Hamid, *Salib fi sama' Qandahar*, pp. 63ff.

[226] Hamid and Farrall, *Arabs at War*, p. 213.

was part of Bin Ladin's argument for the need to issue the declaration.[227] Mustafa says that people who opposed the declaration did so not because it called for the expulsion of American forces but rather because Bin Ladin and al-Qa'ida had no infrastructure in Saudi Arabia, very few men, and no strategy or plan to effect the expulsion. Mustafa writes:

> I was not against the idea of making America leave the Arabian Peninsula and all the Arab countries. But I thought the project was too big for al-Qaeda and that it had not created a program for how it would conduct jihad against America. A project like this required a grand strategy. It required broad participation – at a much greater level than al-Qaeda's fifty men, who of course did not have the capacity to build a program of this level.[228]

The primary sources also do not indicate any redirection of al-Qa'ida's current activities at this time towards tactics meant to expel US troops from Saudi Arabia. This redirection did not occur until more than a year after Bin Ladin's 1996 declaration.

Throughout 1997 Bin Ladin gave a series of interviews to media outlets in which he expanded on his declaration of jihad and clarified his position with respect to the United States. These media appearances caused growing problems for the Taliban, which was by then in control of the majority of Afghanistan, and the Taliban sought (and largely failed) to place restrictions on Bin Ladin's incitements in the press.[229] These pronouncements of jihad against the US also came as a surprise to Fazul, a leader of al-Qa'ida's East Africa cell at that time. In August of 1997 he wrote a message to an al-Qa'ida contact addressed as "brother Sharif," in which he complains of a dire security situation for the East Africa cell due to Bin Ladin's proclamations and the resulting increase in US security and intelligence measures. Fazul writes:

> As you know, the decision to declare war on America was taken and we only know about it from the news media and we should have known about that decision (and the decision only) and not the plans so that we could take the necessary precautions and to prevent causing any complications or failure in your plan due to our ignorance of them.[230]

Later that same month, the Nairobi home of Wadih al-Hage, an al-Qa'ida member later convicted in the US for his role in the 1998 embassy bombings, was raided by the FBI. Fazul also refers in his memoir to learning about Bin Ladin's declaration of war on US troops in Saudi Arabia through CNN in mid-1997, writing that "after that we entered a new stage of confrontation."[231] At this time

---

[227] Bin Ladin discussed this concern about *takfiri* extremists (who wantonly declare others infidels) with journalist Abdel Bari 'Atwan in a 1996 interview: "We believe that the regimes in our Arab region are now pursuing a bad policy and carrying the arrests to excess, not to extract information through torture, but to create a wing of young men who believe in declaring all society infidel, so as to use this wing indirectly to kill any of society's groups." *al-Quds al-'Arabi*, 27 November 1996.

[228] Hamid and Farrall, *Arabs at War*, p. 215.

[229] On the conflicts between the Taliban and al-Qa'ida over Bin Ladin's media presence in the late 1990s, see Brown and Rassler, *The Fountainhead of Jihad*, pp. 107ff.

[230] Letter from Fazul dated August 1997, found on the computer of Wadih al-Hage in Nairobi by the FBI that same month, online at www.pbs.org/wgbh/pages/frontline/shows/binladen/upclose/computer.html.

[231] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 288.

Fazul was preparing to return to Afghanistan but in November he was tasked by the leader of al-Qa'ida military activity in Africa, Abu Muhammad al-Masri, with going to Kenya to prepare attacks on US targets, at that time still unspecified, and to keep the matter a secret from all others in the cell.[232] The very beginnings of operational planning for the US Embassy bombings in Africa can thus be firmly dated to November of 1997. This is the first indication of a redirection of al-Qa'ida resources towards effecting the threats increasingly voiced by Bin Ladin in the media that year.

Early in the planning process that would culminate in the embassy bombings, al-Qa'ida's senior leaders publicly declared from Afghanistan the "World Islamic Front" and called for the killing of Americans. The February 1998 statement declared that "to kill the Americans and their allies – civilian and military – is an individual duty incumbent upon every Muslim in all the countries, in order to liberate the al-Aqsa Mosque and the Holy Mosque from their grip, so that their armies leave all the territory of Islam, defeated, broken, and unable to threaten any Muslim."[233] Unlike the more vague 1996 declaration, for which al-Qa'ida had no plans or resources to effect it, al-Qa'ida's East Africa cell was already months into planning its first major attack on US interests when this declaration was released. Towards the end of 1998, 'Abd al-Rahim al-Nashiri secured Bin Ladin's approval to plan and execute an attack on a US vessel in the Gulf. After trials and errors, that plot would go on to attempt an attack on the *USS The Sullivans* in January and a successful attack on the *USS Cole* in October of 2000. By the time of the *USS Cole* attack, the 9/11 plot was almost a year underway.

The general idea of the 9/11 attacks had been developed by Khalid Shaykh Muhammad (KSM) independently of al-Qa'ida. After the 1996 declaration, which alluded to discussions and consultations inside Afghanistan about next steps, KSM approached Bin Ladin with a plan to hijack planes inside the United States.[234] The al-Qa'ida leader rejected the idea at that time but invited KSM to join the organization; KSM declined.[235] KSM travelled internationally after this but was back in Afghanistan in 1998. After the US Embassy bombings he lobbied Abu Hafs for another meeting with Bin Ladin, and in late 1998 or early 1999 Bin Ladin agreed to support his proposal.[236] Fazul, who by that time had been promoted to al-Qa'ida's confidential secretary, was assigned to work with KSM. Fazul dates the initial planning to the first months of 1999.[237] This is similar to the 9/11 Commission's finding that, according to KSM, that al-Qa'ida's support for the "planes operation" began in March or April 1999.[238] According to Fazul, only he, Bin Ladin, and Abu Hafs were privy to the plot, and the planning and preparation was carried out independently from al-Qa'ida's security or military committees.[239]

---

[232] Ibid., pp. 300-302. Fazul writes that Abu Muhammad had in turn been tasked by al-Qa'ida's military committee leader at that time, Abu Hafs al-Masri, to initiate plans for an attack on American targets.

[233] Lawrence, *Messages to the World*, p. 61.

[234] Hamid and Farrall, *Arabs at War*, p. 216.

[235] Hamid and Farrall, *Arabs at War*, p. 216; *9/11 Commission Report*, p. 149.

[236] *9/11 Commission Report*, p. 149.

[237] Fazul, *Harb 'ala'l-Islam*, vol. 1, p. 392f.

[238] *9/11 Commission Report*, p. 154.

[239] Fazul, *Harb 'ala'l-Islam*, vol. 1, p. 392f.

After the embassy bombings and the *USS Cole* attacks, the numbers of people coming to Afghanistan seeking to be trained in al-Qa'ida camps saw an increase. As is clear from captured documents, rumors of a major operation against the US were circulating in al-Qa'ida's camps as early as the summer of 2000. In notes from a question and answer period in a camp in June of 2000, several questions were asked about al-Qa'ida's loyalty to the Taliban and whether an attack on the US would constitute betrayal of that loyalty or cause harm to Afghanistan.[240]

Ultimately the 9/11 attacks caused a split in the original leadership of al-Qa'ida. As information leaked out, the plan became increasingly controversial. When al-Qa'ida's consultative (*shura*) council was finally informed of the plan to attack the US domestically, a majority of its senior members opposed it on both religious and strategic grounds. Bin Ladin overruled their objections.[241] Those in the leadership who had supported Bin Ladin's position fled towards Tora Bora after the US began its post-9/11 invasion of Afghanistan, while the group in opposition fled west to Iran.[242] This group included al-Qa'ida's military leader (Sayf al-'Adl), the leader of its *shari'a* committee (Abu Hafs al-Mauritani), and its spokesman (Sulayman Abu Ghaith). According to Abu Hafs al-Mauritani, the senior leadership did not know of the details of the plot during their debates, simply that a plan was in motion to attack targets within the United States. After Bin Ladin overruled his objections, which were supported by a documentary brief outlining the Islamic laws that would be violated in any targeting of civilians, Abu Hafs al-Muaritani tendered his resignation. Abu Hafs al-Muritani also later said that both Abu Hafs al-Masri and Abu Muhammad al-Masri, the two most senior members of al-Qa'ida's military committee, were also opposed to the 9/11 plan.[243] After the release of the dissident faction from house arrest or imprisonment in Iran, all three of these men issued online messages that were sharply critical of al-Qa'ida and the 9/11 attacks.[244]

## VI.    REBUTTAL OPINION

### 1.    The Limited Size and Financing of al-Qa'ida's Operations

Plaintiffs' experts cast al-Qa'ida as a large and expansive organization that required heavy funding in the pre-9/11 years to operate.  For instance, Brian Jenkins claims in his report that al-Qa'ida was "a large and sophisticated organization" by the time it planned and executed the 9/11 attacks. He also claims that its networks would have been more extensive than any of its predecessor terrorist organizations, because the attacks "[required] a much larger human reservoir than of any

---

[240] Harmony document AFGP-2002-801138.

[241] Brown, *Cracks in the Foundation,* p. 18; Gerges, *The Far Enemy*, p. 19; *9/11 Commission Report*, p. 250f.

[242] With a couple of exceptions; see Brown, "Abu Ghaith and al-Qa'ida's Dissident Faction in Iran," www.jihadica.com/abu-ghaith-and-al-qaidas-dissident-faction-in-iran/. The head of al-Qa'ida's finance committee, Shaykh Sa'id al-Masri, was also opposed to the 9/11 plan, though he remained with Bin Ladin and al-Qa'ida after the attacks went forward.

[243] https://www.aljazeera.net/programs/today-interview/2012/10/20/%D8%A3%D8%A8%D9%88-%D8%AD%D9%81%D8%B5-%D8%A7%D9%84%D9%85%D9%88%D8%B1%D9%8A%D8%AA%D8%A7%D9%86%D9%8A-%D9%87%D8%AC%D9%85%D8%A7%D8%AA-11-%D8%B3%D8%A8%D8%AA%D9%85%D8%A8%D8%B1-%D8%AC1

[244] Brown, "Abu Ghaith and al-Qa'ida's Dissident Faction in Iran," www.jihadica.com/abu-ghaith-and-al-qaidas-dissident-faction-in-iran/.

earlier terrorist organization."[245] According to Jonathan Winer, by 9/11, financial support from Islamic charities was instrumental in this growth, as al-Qa'ida "grew into the largest and most dangerous terrorist organization by applying the funds and other support it received from charities and other funders to go global."[246] Mr. Winer notes his belief that Al-Qa'ida spent $30 million yearly to operate, of which $20 million went to the Taliban.[247] He also notes his belief that "the full requirements of al-Qa'ida went well beyond the $30 million in annual direct support" and that al-Qa'ida "required very large expenditures over a twenty year period."[248]  (Winer, 17).

In reality, prior to the 9/11 attacks al-Qa'ida was a small organization, with a known membership fewer than two hundred people. The total costs associated with the three major terror attacks up to and including the 9/11 attacks did not reach one million dollars. The resources at Bin Ladin's disposal throughout the 1987-2001 period far exceeded those costs. There is primary source evidence speaking to Bin Ladin's wealth in the later 1990s from the Abbottabad raid that Plaintiffs' experts were either unaware of or chose to ignore. There is no evidence that al-Qa'ida made use of religious charities to fund its activities.

Jenkins' claims that al-Qa'ida was "a large and sophisticated organization" and that the 9/11 attacks "would require a much larger human reservoir than of any earlier terrorist organization." Both statements are false. Prior to 9/11 al-Qa'ida was a small organization, and its ambitions to become a vanguard of a global jihad were consistently frustrated throughout its history. There were many terrorist groups that pre-dated al-Qa'ida which were far larger than al-Qa'ida ever became. To take just examples from within the history of jihadism – to say nothing of much larger movements that resorted to terrorism and political violence in pursuit of nationalist objectives like the Irish Republican Army or the Palestinian Liberation Organization – there are abundant examples of larger organizations than al-Qa'ida. In the 1970s the Egyptian jihadist group Takfir wa'l-Hijrah had around two thousand members.[249] A US intelligence agency estimated in 1982 that the Fighting Vanguards jihadist group then attempting to wage a revolutionary war against the Ba'athist regime in Syria had over a thousand fighters.[250] The Egyptian Islamic Jihad which formed in 1980 also had many more members than al-Qa'ida: in one crackdown by the Egyptian government authorities arrested eight hundred Jihad members.[251] The Egyptian Islamic Group

---

[245] Jenkins, expert report, p. 2f.

[246] Winer, expert report, p. 16.

[247] Ibid., p. 16.

[248] Ibid., p. 17.

[249] Kepel, *Muslim Extremism in Egypt* (University of California Press, 2003), p. 77.

[250] Lefevre, *Ashes of Hama* (Oxford University Press, 2013), p. 119, citing a 1982 assessment by the US Defence Intelligence Agency.

[251] Wright, *The Looming Tower*, 185.

(*Jama'a al-Islamiyya*) was a mass movement with thousands of members.[252] By contrast, in the late 1990s al-Qa'ida had fewer than two hundred members.

There is strong primary source evidence pointing to an al-Qa'ida with fewer than two hundred members. The Harmony Database includes two al-Qa'ida membership lists from the late 1990s. One appears to be earlier than the other; in the first, the latest datable information is 1996, while the second mentions members' deaths and detentions in 1998. The first list mentions Abu 'Ubayda al-Banshiri and Abu 'Ubayda the doctor as having died; the former died in May of 1996 in Lake Victoria and the latter is listed in the other membership list as having died in 1996, so this membership list dates to no earlier than May 1996. It lists 113 members and 13 other former members who had died.[253] The second list dates to no earlier than September 1998, as it mentions Wadih al-Hage and says he was "detained in US 1998"; Wadih al-Hage was arrested on September 15, 1998.[254] This list, entitled "names of members of al-Qa'ida," includes 170 names, of which 41 were no longer active members because they are listed as having died (10), left or been dismissed from the organization (5), joined a different organization (4), been detained or surrendered to a foreign government (11), or returned home (11). That leaves an active membership as of late 1998 at the earliest of 129 people.

After al-Qa'ida's attack on the *USS Cole* in the summer of 2000, more Arab youth from the Gulf did come to Afghanistan, but not all of them came seeking to join al-Qa'ida. Mustafa Hamid, who was in Afghanistan at the time and knew the leaders of al-Qa'ida well, occasionally working to mediate relations between them and the Taliban, writes that even after the post-Cole bombing influx, "al-Qaeda did not increase in size too much. I cannot say a firm number but I can say 100 is the center of everything; it had around 100 members, maybe a few tens more or a few tens less."[255] His co-author, former Australian counterterrorism professional Leah Farrall, who has done extensive primary source research on al-Qa'ida, writes that al-Qa'ida's total sworn membership was "around 200 by the time of its 9/11 attacks."[256] Fazul, al-Qa'ida's confidential secretary, who says he was privy to al-Qa'ida's membership lists, frequently notes in his memoirs that al-Qa'ida was "a small organization."[257]

---

[252] Kepel, *Muslim Extremism in Egypt*, p. 129. The Investigative Project on Terrorism says that "at its peak the IG [Islamic Group] probably commanded several thousand hard-core members." https://www.investigativeproject.org/profile/128/gamaa-al-islamiyya-ig.

[253] Harmony document AFGP-2002-600177. The document is entitled "the total names of al-Qa'ida" (*asma' tamam al-qa'ida*).

[254] Harmony document AFGP-2002-600046.

[255] Hamid and Farrell, *Arabs at War in Afghanistan*, p. 272.

[256] Ibid., p. 262.

[257] Fazul, *Harb 'ala'l-Islam*, vol. 1, pp. 13, 523; see also Lahoud, *Beware of Imitators*, *passim*.

The idea that al-Qa'ida needed a large human resource base to carry out its attacks is belied by the actual facts. The total membership of the cells that carried out the 1998 embassy bombings, the *USS Cole* bombing, and the 9/11 hijackings and attacks amounts to thirty-six people.[258]

As for al-Qa'ida's financing, there is no primary source evidence that al-Qa'ida utilized charities as a means of obtaining funding. The estimates of the costs of al-Qa'ida's major operations were all well within the means of Bin Ladin himself, according to what is known about his wealth at different periods. What is known in the primary sources about al-Qa'ida fundraising points to individual donors giving money to the organization's leadership via in-person transactions using couriers. There are multiple documents in the Abbottabad collection declassified by the CIA that describe these transactions.[259] No document has come to light from the nearly 500,000 documents collected in that raid suggesting the use of charities for raising or moving money.

Fazul mentions Islamic charities at several points in his memoirs, in all cases stating that al-Qa'ida did not use them in any way. Writing of his time as a leader of the Nairobi cell that carried out one of the two 1998 embassy bombings, Fazul notes that the FBI was then investigating charities in Kenya:

> The FBI did not spare any Islamic relief organization as they inspected the offices of al-Ibrahim al-Ibrahimi and al-Haramain, but al-Rahma Agency was able to evade these random inspections because it used to pay the Kenyan Intelligence to be easy on them and there was pressure from Ethiopia for it as well. I used to follow these [inspection] operations from the hotel and what is strange is that everybody knew that we do not use charitable organizations for our covers as this is not our policy. The American administration did not provide to the world any proof that there is a [relief] organization or a director of an organization who works as a member of the mujahidin base (*al-qa'ida*). As for us, whenever we go to any country, we would have prepared our own cover beforehand and it is a commercial cover. However, we never appeared in charitable organizations and if we decided to use a humanitarian cover, we resort to establishing a Syrian[260] relief organization with limited activities, as was the "Help Africa People" organization. I regret these random [inspection] operations because these organizations provide a lot of help to Muslims and non-Muslims in many countries.[261]

Earlier in his memoir, writing of his first move to East Africa, Fazul notes:

---

[258] Stenersen, *al-Qaida in Afghanistan*, p. 163, table 8.1.

[259] See                                                                                          e.g.
http://www.dni.gov/files/documents/ubl2016/english/Letter%20from%20Brother%20%E2%80%98Atiyah%20to%20Shaykh%20Abi%20al-Zubayr.pdf,
http://www.dni.gov/files/documents/ubl2016/english/Respected%20Brother,%20kind%20Shaykh,%20Zamrai,%20Sahib.pdf.

[260] This could be a typo in the text for sirriya, "secret."

[261] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 296f.

> I started a new life in east Africa, where Shaykh Abu 'Ubayda Al Banshiri handled the administrative work. There was another building where IIRO Saudi families lived in and another had Sudanese families from the al-Ibrahim al-Ibrahimi association; we did not have any work connections with these organizations. They worked in the humanitarian field in Kenya and Somalia while we had our own work.[262]

As for IIRO and MWL, as already noted in section 2 of the affirmative report, Bin Ladin publicly called on people to *not* donate to official Saudi-affiliated charities in the 1990s, due to the illegitimacy of the Saudi regime, and there is no primary source evidence that IIRO or MWL supported al-Qa'ida in any way. In February of 1995 Bin Ladin wrote that Saudi charitable organizations and foundations had lost "any popular legitimacy" because of their subservience to the Saudi royal family, and then wrote:

> Based on what was stated, we at the Advice and Reform Committee, while celebrating this blessed month [Ramadan] as a month of giving for God's sake, wish to draw the attention of all donors to the danger of donating funds or *zakat* [charitable giving] to these foundations and organizations. The regime is using them against God and His messenger. We are asking the donors to provide these funds directly to the needy, whether inside or outside the country. They could also provide it to those trusted individuals who will deliver them. … It is known that these [Saudi] leaders cannot be trusted. There are other safe ways you can assist in delivering funds to those who deserve them. Among them are the benevolence foundations in Qatar, Kuwait, Jordan, Yemen, Sudan, and others. To assure that the funds transfer to these foundations' bank accounts, we draw your attention to the importance of transferring these funds outside the [Saudi] Peninsula, away from the pursuing regime's spies.[263]

Bin Ladin returned to this theme in an ARC statement issued later that summer in 1995, in which he again warns people not to give money to charitable organizations with ties to the Saudi government. The statement concerns Bosnia and the many ways, according to Bin Ladin's argument, the Saudi state betrayed the Muslims of Bosnia, prevented aid from reaching them, and served the interests of the West. He again refers to the closure of charitable organizations and the consolidation of this activity in foundations and organizations under the control of the state, "by which they monopolized the charitable contributions in such a way that it prevented Islam and the Muslims from benefiting from them."[264] He reiterates that the regime has committed apostasy, and again details ways in which the Saudi government misused or directed toward non-Islamic purposes charitable donations. Bin Ladin praises Saudis who gave money directly to the Bosnian cause outside of Saudi organizational intermediaries. He then appeals for further financial support to the people of Bosnia, but warns:

---

[262] Ibid., p. 216.

[263] ARC statement 13, 12 February 1995, in Harmony document AFGP-2002-003345.

[264] ARC statement 18, 11 August 1995, in ibid.

We are drawing their attention to the risk of forwarding these contributions through the [Saudi] ruling regime and its organizations. We are advising them to deliver their contributions directly to the people or to the safe hands of individuals, organizations, and societies that are trusted, such as the charitable societies in Qatar, Kuwait, Sudan, Yemen, and Jordan. We are advising them to be careful that their contributions stay far from the pursuit of the Servant of the Two Holy Places [the Saudi King] and his agents, and to make sure that the money will reach the people it is intended for. They must be sure that the money does not fall into the hands of the shameless members of the Saudi family.[265]

Estimates of the costs of al-Qa'ida's major operations vary, but they do not exceed the amount of money available to Bin Ladin from his personal wealth. The cost of the 9/11 attacks has been estimated at between $400,000 and $500,000.[266] Fazul writes of obtaining $30,000 from al-Qa'ida leadership to fund the two embassy bombings in East Africa in 1998.[267] The costs associated with the *USS Cole* bombing would have been even less: the cost of two small boats and the materials associated with the homemade bomb. Bin Ladin's biographer Steve Coll writes:

Investigators for the 9/11 Commission, drawing upon classified documents later provided to the Treasury Department by the Bin Laden family and its lawyers, estimated that Osama received a total of about $24 million between 1970 and 1993 or 1994.[268]

This does not appear to include money that Bin Ladin was able to recover from Sudan after investing there between 1992 and 1996. The 9/11 Commission Report states that "when Bin Ladin left [Sudan] in 1996, it appears that the Sudanese government expropriated his assets: he left Sudan with practically nothing."[269] However, evidence discovered after the issuance of the 9/11 Commission Report seems to indicate otherwise. Fazul writes that in late 1997 members of al-Qa'ida were in Sudan selling off equipment and properties that had belonged to Bin Ladin's ventures there in order to recoup their value.[270] There is also a document signed by Bin Ladin himself, recovered from his home in his compound in Abbottabad, which speaks to the breadth of the personal resources available to him at that time. Reading much like a will, it includes a statement of assets which reads:

---

[265] Ibid. In the next paragraph Bin Ladin warns the preachers in Saudi mosques not to be "deceived by the regime" by relaying official calls for support to Saudi charitable organizations.

[266] *The 9/11 Commission Report*, p. 169. Khalid Shaykh Muhammad himself estimated the total associated costs at $400,000 (ibid., p. 499n131).

[267] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 309.

[268] Coll, *The Bin Ladens*, p. 351.

[269] *The 9/11 Commission Report*, p. 170. The 9/11 Commission did not have access when it prepared its report to the documents that would later be found in Bin Ladin's compound in Abbottabad, including the will that documents the substantial quantity of wealth that he recovered from Sudan.

[270] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 298.

64

> In regard to the money that is in Sudan, it is about 29 million dollars. According to the mediator, I have received one million one-hundred thousand in Sudan, eight-hundred thousand in Jalalabad, and then about one-million two-hundred fifty-thousand in Qandahar. I received twelve million dollars from my brother Abu Bakir Muhammad Bin Laden on behalf of Bin Laden Company for Investment in Sudan.[271]

The amounts of money that Bin Ladin directs be distributed from his resources in this document are also considerable:

> I want three-hundred thousand riyals to go to my Uncle Master Muhammad Bin Umar al-'Attas and his children. I want 20 tulehs[272] of gold to go to Khadijah Umm (mother) of 'Ali, the daughter of 'Abdullah al-Jilani. I want my uncle's sons, sisters, and maternal aunts to have two pounds[273] of Hujazi's gold for each one (male) and one pound of them and Hujazi's gold for each one (female). I want you also to cut from Sudan's money 200,000 riyals for my sisters Maryam, Iman, and 'Atidal, for the total of 600,000 riyals.[274]

This document indicates that Bin Ladin recovered $2.1 million from Sudan while he was in Afghanistan between 1996 and 2001. However, regardless of whether he in fact recovered this amount or not, it is well settled that the 9/11 attacks cost relatively little, and the notion that al-Qa'ida needed the support of charities is unfounded.

2.     The Various Militant Training Camps in Afghanistan

Plaintiffs allege that the IIRO financially and otherwise supported al-Qa'ida training camps in Afghanistan, which Plaintiffs' experts allege were plentiful leading up to 9/11. Plaintiffs' expert Matthew Levitt mischaracterizes an alleged 1996 CIA report of dubious origin that is the subject of later discussion in this report (Rebuttal Opinion Section 10) as evidence that "IIRO funds directly supported six al-Qa'ida training camps in Afghanistan prior to 9/11."[275] Similarly, Evan Kohlmann cites a 2004 government cable identifying IIRO as "the principal sponsor of terrorist training camps in Afghanistan during the Taliban regime."[276] Winer attempts to create a connection between IIRO and a specific al-Qa'ida camp, the Al-Faruq camp, by citing to the fact that a former bodyguard of Bin Laden who had trained there, Samir al-Hasan, used employment

---

[271]https://www.dni.gov/files/documents/ubl2016/english/In%20regard%20to%20the%20money%20that%20is%20in%20Sudan.pdf. One the Directorate of National Intelligence's website, this document is described as "Bin Laden's Will."

[272] A tuleh is a unit of measure equivalent to 3/8 of a troy ounce. The measure more is untranslated in the government translation of the document, which simply reads "I want 20 of gold..."

[273] The measure here is *junayh*, pound sterling, a gold coin, not as in a pound of weight.

[274] Ibid.

[275] Levitt, expert report, 36. The document in question, discussed below in Rebuttal Opinion Section 10, does not in fact claim that IIRO funded six al-Qa'ida training camps.

[276] Kohlmann, expert report, p. 24.

with IIRO as a "cover story" for "his time with al-Qaeda."[277] Winer then cites the 1996 document to conclude that IIRO funded six "terrorist" camps.[278]

In reality, Al-Qa'ida's camps represented a small fraction of the total training camps that existed in Afghanistan prior to the 9/11 attacks. Al-Qa'ida was but one of many organizations that operated training camps in Afghanistan between 1987 and 2001. Arab-led camps were generally small and trained fewer than 20 people at a time.[279] Pakistani and Central Asian camps were generally larger, with hundreds of participants.[280] In popular and secondary literature many camps are erroneously identified as al-Qa'ida camps. This section provides historical context on the many training initiatives operating in Afghanistan and distinguishes those associated with al-Qa'ida from those run by other groups.

The first training camps for Arab and other non-Afghan volunteers who came in the 1980s to support the Afghan war against the Soviet invasion were established and operated by 'Azzam's Services Bureau.[281] The Services Bureau established the Sada training camp in the tribal areas of Pakistan southwest of Peshawar in the first half of 1986.[282] Hegghammer writes:

> Sada's main function was to serve as a boot camp for new recruits. It was the principal first station in the Services Bureau pipeline for Arab volunteers, a system based on Azzam's original idea of spreading Arabs thinly across Afghan Mujahidin units. People would come to Peshawar, go to Sada for training, and from there to the frontlines. The system worked reasonably well; by 1988 Sada-trained Arabs were embedded with Afghan forces in multiple locations across Afghanistan, including as far west as Qandahar. The system remained in place into the early 1990s, and many hundreds of Arabs went through it.[283]

The Services Bureau also established the Khaldan (often spelled Khalden) training camp in Paktia, Afghanistan, just over the Pakistan border some two hours drive from Sada. It was operated by the Services Bureau until 1992.[284] Both Sada and Khaldan were open to international volunteers and

---

[277] Winer, expert report, p 87.

[278] Ibid.

[279] Stenersen, *al-Qaida in Afghanistan*, p. 105, on primary source documents of al-Qa'ida training courses in 2000 and 2001; the number of trainees in these courses ranged from 2 to 35, with an average attendance of 15.5 trainees.

[280] Harmony document AFGP-2002-000489, detailing plans for a large camp for the Islamic Movement of Uzbekistan, designed to accommodate the 200 families of members present in Afghanistan as of July 2001. Harmony document AFGP-2002-000079, a 1999 letter from the Pakistani government to the Taliban seeking wanted Pakistani jihadis, describes a Harakat-ul Ansar camp in Khost as having "300-500 persons under training." See also Brown and Rassler, *Fountainhead of Jihad*, p. 110.

[281] Prior to the establishment of Services Bureau training camps, the Afghan mujahidin leader Sayyaf offered limited training to small groups of Arabs beginning in 1984 at the Sayyaf-run training base called Camp Badr in the Pabbi suburb of Peshawar; Brown and Rassler, *The Fountainhead*, p. 66.

[282] Hegghammer, *The Caravan*, p. 334; Muhammad, *al-Ansar al-'Arab*, pp. 183f.

[283] Hegghammer, *The Caravan*, p. 336f.

[284] Hamid and Farrell, *Arabs at War*, p. 132.

did not require membership in any organization. In the later 1990s, Khaldan was operated by Ibn al-Shaykh al-Libi and Abu Zubaydah, who were independent of any organization and were noted for their strict Salafi orientation.[285] Contrary to what is sometimes stated in the popular and secondary literature, Khaldan and its leaders were never affiliated with al-Qa'ida.[286]

Between 1987-1991, al-Qa'ida's training infrastructure was limited to a small number of camps in Khost in southeastern Afghanistan, a number dwarfed by the many other camps that proliferated in eastern Afghanistan towards the end of the Afghan-Soviet war. Al-Qa'ida's first training operations were at Jaji and Zhawara. The first Zhawara camp was closed in 1988 after a training accident there in which twelve people were killed, including eight Arab trainees.[287] After the closure of the first Zhawara camp, al-Qa'ida established a training camp at Jihadwal, the location after which it was also named, in January of 1989. Soon thereafter al-Qa'ida established al-Faruq, its largest and best known camp during this period. Al-Faruq was close to Jihadwal and located in the Zhawara valley of Khost. Two smaller al-Qa'ida camps were established at the southeastern end of the Zhawara valley, named al-Sadiq and Khalid bin Walid. These camps offered advanced training to graduates of al-Faruq.[288] Additional training infrastructure was briefly established by al-Qa'ida in the vicinity of Jalalabad to provide advanced training to Arabs going to the frontlines of the battles in Jalalabad, where fighting lasted into 1991. 'Abdullah Muhammad Fazul received advanced training in 1991 there at a camp called Abu'l-Shahid al-Qatari, named for an 'Arab killed in battle in Afghanistan. Fazul writes that al-Qa'ida trainers were also stationed at the two main al-Qa'ida positions near the Jalalabad frontlines, named Large Badr and Small Badr.[289] These camps – the cluster in the Zhawara valley and the frontline positions in Jalalabad – constituted the totality of al-Qa'ida training operations in Afghanistan in the 1987-1991 period named in the primary sources.

During this same period many other organizations and independent trainers operated separate training camps in Afghanistan with no affiliation to al-Qa'ida. The primary sources indicate nearly twenty such camps. The already mentioned Khaldan camp was the largest of the non-al-Qa'ida camps that catered to Arabs and North Africans, at times competing with al-Qa'ida for training recruits.[290] The Indonesian Jamaah Islamiyyah group operated a training camp in Torkham.[291] A separate Algerian jihadi group operated the 'Abdul Majid al-Jaza'iri Camp in Jalalabad.[292] Ibn Khattab and Osama Azmurai both operated their own camps at Jalalabad in the first years of the

---

[285] Ibid., p. 166f.

[286] Stenersen, *Al-Qaida in Afghanistan*, pp. 98 and 125f.; Suri, *Da'wa al-muqawwama*, pp. 727ff.; see also the Rebuttal Opinion Section 6 below regarding Wa'il Julaydan's alleged ties to al-Qa'ida, detailing Abu Zubaydah's independence from al-Qa'ida based on primary sources.

[287] Ibid., p. 113.

[288] Hamid and Farrall, *Arabs at War*, p. 135.

[289] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, pp. 65ff.

[290] Hamid and Farrall, *Arabs at War*, p. 166.

[291] Ibid.

[292] Ibid., p. 167.

1990s as well.[293] An anti-Salafi camp called Mubarak was established in Lezi in the late 1980s.[294] Another Arab-led training camp was established in Paktia close to the South Waziristan border dedicated to training Tajik Islamists in the short-lived Tajikistan civil war.[295] A large training complex for members of the Pakistani Hizb-ul Mujahidin, which had a focus on the conflict in Kashmir, was built in the mid-1980s in Khost and known as Badr I and Badr II.[296] The Pakistani groups Harakat-ul Jihad al-Islami al-'Alami and Harakat al-Mujahidin had a training complex in Khost, and the Bangladesh branch of the Harakat-ul Jihad al-Islami al-'Alami had a camp in Zhawara.[297] 'Abdullah Fazul writes that there was a camp for Kashmiri mujahidin in Khost called Salman al-Farsi; a camp for Arab Salafis in Kunar operated by Jamil al-Rahman's mujahidin faction there; two secret camps for members only near Jalalabad operated by Egyptian Islamic Jihad and the Egyptian Islamic Group, respectively; and a camp in Jalalabad run by the Kashmiri group Harakat al-Ansar.[298] According to one primary source, there were so many training operations in southeastern Afghanistan at this time that an Arab mujahidin shura council was formed in Khost responsible for coordinating the activities of the growing variety of Arab groups centered in the region.[299]

After 1991 al-Qa'ida's focus turned away from Afghanistan, focusing instead on Somalia, Sudan, and promoting ideological opposition to the Saudi government. The al-Qa'ida training infrastructure remained in place in the Zhawara valley with a handful of staff. In the mid-1990s Mustafa Hamid convinced al-Qa'ida to allow him to use the Zhawara camps to offer training to Central Asian Islamists.[300] Following the return of a-Qa'ida's leadership to Afghanistan in 1996, the organization returned to offering training in Zhawara and, after 1998, at camps in Kandahar. In the 1996-2001 period, al-Qa'ida had an even smaller share of the overall training operations underway in Afghanistan than it did in the 1987-1991 period.

Al-Qa'ida returned to offering training courses at Zhawara at least as early as February 1997, the earliest date for which primary sources note al-Qa'ida training courses resuming there.[301] Two weeks after the al-Qa'ida attacks on two US embassies in East Africa in August of 1998, US cruise missiles damaged or destroyed this camp infrastructure and al-Qa'ida abandoned it. Fazul writes that prior to the embassy bombings al-Qa'ida was not recruiting new members but sought to do so after the strikes and so needed to restart training activities. According to Fazul:

---

[293] Hamid and Farrall, *Arabs at War*, p. 167; Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 65; Fazul says Khattab's camp was called Camp One and Azmurai's was called Camp Ghulid.

[294] Badi, *Afghanistan: Ihtilal al-dhakira*; Brown and Rassler, *The Fountainhead*, p. 80.

[295] Hami, *Fursan al-farida al-ghayba*, pp. 688ff.

[296] Brown and Rassler, *The Fountainhead*, p. 70.

[297] Ibid.

[298] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 65f.

[299] Hami, *Fursan al-farida al-ghayba*, p. 796.

[300] See Brown and Rassler, *The Fountainhead*, pp. 95ff.

[301] Stenersen, *al-Qaida in Afghanistan*, p. 97, citing the former Bin Ladin bodyguard Abu Jandal Nasir al-Bahri.

After the development of these events, the al-Qa'ida Shura Council decided to hold an organizational meeting to arrange matters internally, gather the ranks of the youth again, arrange security matters necessary for waging the new war, activate the training camps, and to put in place the proper security measures for new arrivals. Shaykh Usama had closed the door to joining al-Qa'ida, then opened it after the events of Nairobi and Dar al-Salam, because many of the Muslim nation's youth came to Afghanistan after these events.[302]

In 1999 the al-Faruq camp was temporarily re-established at a copper mine located in Mes Aynak in Logar province. In November 1999 it was moved to Murad Beg, just north of Kabul, where a "cadre course" lasting several months was offered to existing al-Qa'ida members.[303] In early 2000 al-Faruq was moved to its final location in the Gharmabak Ghar mountains northeast of Kandahar City in Kandahar province.[304] Al-Faruq would remain the primary al-Qa'ida training camp in Afghanistan up until the US invasion, with smaller specialized training centers in the Abu 'Ubayda camp at Kandahar Airport – sometimes called "the Airport Camp" – as well as a facility in Kandahar City called "the Clinic."[305] As it did in the 1987-1991 period, al-Qa'ida also incorporated frontline fighting into its training operations, and trainees were sent to the Taliban lines north of Kabul to participate in specialized courses and rotate into fighting on the fronts. Participation in frontline fighting was required of al-Qa'ida members wishing to advance in the organization.[306] Basing her analysis on a collection of course registration forms captured in Afghanistan, historian Anne Stenersen writes of the 2000-2001 period that in this modest training infrastructure "400 is a moderate estimate of the number of trainees attending al-Qaida's camps in that period."[307]

Under Taliban control, Afghanistan saw a dramatic proliferation of jihadi organizations and training camps that dwarfed the training operations of al-Qa'ida. Abu Mus'ab al-Suri, who operated an independent training camp called the Ghuraba Camp in Kargha west of Kabul, wrote that by 2000 there were fourteen organizations officially recognized by the Taliban that were operating camps. Suri lists three non-Arab and eight Arab groups, as well as three independent camps. Uzbek, Turkmenistani, and Turkish-Kurdish groups all had training programs. The eight Arab groups with training programs were al-Qa'ida, the Libyan Islamic Fighting Group, the Moroccan Islamic Fighting Group, Egyptian Islamic Jihad, the Egyptian Islamic Group, an Algerian jihadi formation, a Tunisian jihadi group, and the predominantly Jordanian-Palestinian group led by Abu Mus'ab al-Zarqawi. The three independent camps were his own Ghuraba camp;

---

[302] Fazul, *al-Harb 'ala'l-Islam*, vol.1 p. 380.

[303] Ibid., pp. 397-400.

[304] Stenersen, *al-Qaida in Afghanistan*, p. 101.

[305] Ibid., p. 103.

[306] Ibid., p. 107.

[307] Ibid., p. 104.

69

the Khaldan camp by Ibn Shaykh al-Libi and Abu Zubaydah; and the Derunta camp run by Abu Khabab al-Masri.[308]

Another eyewitness account to the training programs in Afghanistan in this period comes from Shadi 'Abdallah, who trained in al-Qa'ida camps before joining Abu Mus'ab al-Zarqawi's Tawhid wa'l-Jihad organization. 'Abdallah was arrested in Germany in 2002 and gave extensive information to German security officials. Shadi listed 18 groups with camps in the country, a list which largely but doesn't totally overlap with Suri's. Shadi listed the following[309]:

-   A Tunisian group led by Abu Iyad
-   A Libyan group led by Abu al-Layth al-Libi with a camp in Kabul
-   An Algerian group led by Abu Ja'far with a camp in Jalalabad
-   Egyptian Islamic Jihad led by Abu al-Samh
-   A Syrian group led by Abu Mus'ab al-Suri
-   A Moroccan group with a camp in Kabul
-   An Egyptian Islamic Jihad faction led by Ayman al-Zawahiri
-   A Turkish-Kurdish group led by Abu 'Umar al-Turki with a camp in Kabul
-   A group from Bangladesh led by Mizan 'Abd al-Rahman with a camp in Kandahar
-   Al-Qa'ida led by Usama bin Ladin with camps in Kandahar and Kabul
-   An Uzbek group led by Abu Muhammad with a camp in Kabul
-   A Pakistani group with a camp in Kabul
-   Ibn al-Shaykh al-Libi's camp (this would be Khaldan)
-   A Turkmen group led by Abu Muhammad with a camp in Kabul
-   Al-Tawhid, led by Abu Mus'ab al-Zarqawi, with camps in Herat and Kabul
-   A group of Chechen fighters led by al-Dahak al-Yemeni with a camp in Kandahar
-   An anti-al-Qa'ida Tunisian group led by Abu Nasir al-Tunisi
-   An anti-al-Qa'ida group led by Hamza al-Qaiti with a camp in Kabul

Suri and 'Abdallah each mention groups not listed by the other and collating the two lists produces a total of twenty different groups with training activities in Afghanistan, of which al-Qa'ida was one.

Al-Qa'ida's presence on the Taliban frontlines was also dwarfed by the other foreign groups' representation there. According to eyewitness Mustafa Hamid, "the non-Arab groups together had at least double the combined number of Arabs.[310] In 2001 Taliban leader Mullah Omar called a meeting of representatives of all of these foreign jihadi groups in Kandahar. At the meeting Mullah

---

[308] Suri, *Da'wa al-muqawwama*, pp. 727ff.

[309] Shadi 'Abdallah, German Bundeskriminalamt interrogation report, October 31, 2002. (Hamza al-Qaiti is Abu Hamza al-Qaiti, who operated a small training program in Kabul; see Hamid and Farrall, *Arabs at War*, p. xiii).

[310] Hamid and Farrell, *Arabs at War*, p. 276. By "non-Arab groups" Hamid refers to the Uzbeks, Takijs, Uyghurs, and Pakistanis. He writes that al-Qa'ida had between 80-120 men on the front, the Libyans has 11, Abu Mus'ab al-Suri had between ten and twenty, and the other Arab groups all had handful each of fighters at the fronts. Pakistani and Central Asian groups, by contrast, had between 300 and 400 fighters on the front lines; Stenersen, *Al-Qaida in Afghanistan*, p. 144, citing Harmony document AFGP-2002-000489.

Omar announced that Juma Bey, the frontline commander of the Islamic Movement of Uzbekistan, would be the overall leader (*amir*) of foreign jihadi forces fighting on the Taliban frontlines.[311] This underscores the relative insignificance of al-Qa'ida in Afghanistan as a producer of trained fighters at this period.

In sum, Al-Qa'ida's training infrastructure in Afghanistan was relatively modest, and its trainees probably number in the hundreds rather than thousands. Its handful of camps were but a small proportion of training operations there, which number in the dozens prior to 2001.

### 3.    The Reliability of Jamal al-Fadl as an al-Qa'ida Informant

All four of Plaintiffs' expert reports repeatedly cite to the testimony of Jamal al-Fadl, an informant to the US government who first approached the US consulate in Eritrea in September 1996, claiming to have been an early member of al-Qa'ida and to have valuable information about Bin Ladin. For example, Kohlmann refers to al-Fadl as a "senior Al-Qaeda lieutenant" and uses his testimony to support key allegations such as the one that Islamic charities were "the primary source of Al-Qaeda's financial and fundraising activities."[312] Al-Fadl's testimony is also used by Kohlmann to provide support for the allegation that IIRO "operated an Al-Qaida guesthouse in Peshawar, Pakistan," among other details about IIRO's alleged involvement in al-Qa'ida's terrorist activities.[313] Similarly, Winer relies on al-Fadl's testimony to claim that "IIRO also provided cover for Al Qaeda fighters and other personnel through providing them ID cards that falsely stated that the persons working for al Qaeda were working for IIRO."[314] In these and numerous other examples from each of Plaintiffs' expert reports, al-Fadl's statements are simply cited as the sole basis for their opinion without any evidence of the application of a methodology, such as citation to additional corroborating sources. Such reliance on al-Fadl as the sole source of expert assertions in the absence of corroborating primary source evidence is obviously problematic, given the large number of similarly uncorroborated statements by al-Fadl that are demonstrably false.

Jamal al-Fadl was a key prosecution witness in the East Africa US Embassy bombings trial in February 2001. Secondary and popular sources have frequently treated his 2001 testimony as a primary source for the early history of al-Qa'ida and of its activities in Sudan and elsewhere. Al-Fadl's testimony, however, is profoundly flawed and unreliable, riddled with inaccurate and false statements. The context of his offers of information to the US government and the inconsistencies and falsehoods communicated to US agents and the court in 2001 further undermine the credibility of the information he has presented.

---

[311] Hamid and Farrall, *Arabs at War*, p. 277.

[312] Kohlmann, expert report, p. 8.

[313] Ibid., p. 25.

[314] Winer, expert report, p. 41.

### A.    Timeline of al-Fadl's Activities from 1986-1996

From interviews Al-Fadl gave to US agents beginning in 1996, as well as from his trial testimony in February 2001, it is possible to broadly sketch his activities in the decade prior to becoming a paid government informant.

> Jamal Ahmad Muhammad al-Fadl was born in Ruffa, Sudan in 1963.[315] In 1986 he moved to the United States, and admitted during testimony that he did so by obtaining a student visa under false pretenses.[316] He became involved with the Farouq Mosque in Brooklyn, New York, which had a relationship with 'Azzam's Services Bureau and was raising money and awareness about the Afghan-Soviet conflict. At the end of 1988 or early 1989, he traveled to Peshawar, Pakistan, and soon thereafter received training at a Services Bureau camp near Khost.[317] In 1989 he joined al-Qa'ida and made a *bay'a*, or oath of allegiance, to the organization. Sometime between 1989 and 1991, he moved to Sudan. He began working for the National Islamic Front (NIF) government there, was jailed for disobeying orders, and upon his release he became involved with several business enterprises run by Bin Ladin and his associates.[318] While working for both Bin Ladin's businesses and al-Qa'ida, he also continued to work for the NIF. He shared intelligence on Bin Ladin's activities with the NIF, and shared information about the NIF with al-Qa'ida. In his testimony he confirmed that he "played both sides" and that he did so to his "own advantage."[319] Sometime in the mid-1990s Bin Ladin and others within his companies discovered that al-Fadl had embezzled over $100,000 from Bin Ladin businesses. A joint audit of his activities by both Bin Ladin organization auditors and NIF officials found that he had stolen from both sides, though he denied in his testimony that the NIF's claims against him were true.[320] He stopped working with Bin Ladin in 1994 and last saw him in the summer of 1995.[321] In February of 1996, fearing reprisals from both the NIF and Bin Ladin's group, he left Sudan. He first went to Syria where he went to the UN to lodge complaints against the NIF, and was given some very basic living expenses.[322] He then went to Jordan hoping to enter Israel to ask for funding to create an opposition party to the NIF.[323] When that failed he went to Lebanon and tried to sell a book deal on the NIF, but says he turned down an offer from a publisher who tried to cheat him.[324] He then went briefly to Damascus, Syria to apply for refugee status. He went from there to Asmara, Eritrea, to lobby a small Sudanese opposition group there

---

[315] US v Usama Bin Laden, et al., SDNY S(7) 98 Cr. 1023, 6 February 2001 (hereafter US v UBL and trial date), p. 161f.

[316] US v UBL, 20 February 2001, p. 1028f.

[317] US v UBL, 7 February 2001.

[318] US v UBL, 20 February 2001, p. 1006f.

[319] Ibid., p. 1007.

[320] Ibid., pp. 1020-26.

[321] Ibid., p. 1026f.

[322] Ibid., p. 916f.

[323] Ibid., p. 918.

[324] Ibid.

for funding for his own opposition party. When they declined to give him money, he turned to the Eritrean government with the same request. Failing again in that effort, al-Fadl traveled to Saudi Arabia to meet with intelligence officials, telling them he had information on Bin Ladin and proposing a plan to the Saudis on how he could carry out an assassination of Bin Ladin.[325] He says that the Saudis asked him to return to Asmara and await contact from Saudi representatives. Instead, he decided to approach the US Embassy in Asmara in September of 1996. At first he presented himself as a Sudanese dissident with insider information on the NIF.[326] He quickly realized that the American officials had little interest in Sudanese politics and so he began to make exaggerated claims about his role with Bin Ladin and his insider knowledge of Bin Ladin's anti-American activities.[327] From that point until the present he has been an informant on al-Qa'ida to the US government, living in the United States in the Witness Protection Program, with his and his family's living expenses all paid for by the US government.

B.     *False Claims, Inaccuracies, and Contradictions in al-Fadl's Information on al-Qa'ida*

From the very beginning of his efforts to seek safe harbor and financial support from the United States, al-Fadl offered false information about al-Qa'ida. In his first interview with US officials in Eritrea he claimed to have been Bin Ladin's "chief of security," a claim for which there is no evidence and which he struggled to explain when challenged on this during trial in 2001.[328] He also claimed in initial interviews with US agents that he had trained with Ramzi Yousef, whom he called "the mastermind of the World Trade Center Bombing," while he later admitted in a 1996 interview to have never met Yousef.[329] On several such occasions when presented with these and other contradictions during trial testimony, including being shown the US agents' notes of his earlier claims, al-Fadl testified repeatedly that the agents must have written things down wrong or misunderstood him.[330]

Al-Fadl has given hundreds of interviews to US agents while under protective custody, and a review of a sample of these reflect that his statements are replete with inaccuracies and show him to be an unreliable informant on al-Qa'ida. It is clear that his narrative, and the extent of his purported knowledge of al-Qa'ida and its membership, is marred by errors of fact on fundamental issues regarding the nature, composition, and early history of al-Qa'ida.

---

[325] Ibid., p. 921.

[326] Ibid., p. 925.

[327] Ibid., pp. 926-8.

[328] Ibid, p. 930f. The only al-Qa'ida primary source which identifies al-Fadl as an al-Qa'ida member is Fazul's memoir, where he is discussed as having had minor roles. Fazul mentions Jamal al-Fadl twice, saying he "coordinated with the youth" during the transitional period when al-Qa'ida members moved from Afghanistan to Sudan, and writes that in 1993 al-Fadl served as "a liaison officer, whose role was to always wait at a restaurant in the middle of Nairobi with a distinctive marker, like a cup of coffee and a book placed in a certain way, at a determined table number and place," and to meet al-Qa'ida members as they moved through Nairobi. (Fazul, *al-Harb 'ala'l-Islam*, vol. 1, pp. 120 and 144.

[329] US v UBL, 20 February 2001, p. 928.

[330] See e.g. ibid., pp. 930f., 933, 935, 958f., 1101.

73

In one of his early interviews with the FBI, al-Fadl refers to Bin Ladin's organization as the Islamic Army, saying that he'd worked with this group from 1987-1995. For the first half of the interview he makes no mention of al-Qa'ida. Later he states, according to the FBI 302, "Gamal [sic] stated that when he was in Afghanistan there was an organization called Al Qaida or 'The Base'. This organization would train people, the Emir would select certain individuals based on their skills to participate in certain assignments."[331] Al-Fadl told the agents that there was an oath and a contract signed to become a member of al-Qa'ida, whose leader was Bin Ladin. "Gamal advised that when he went to the Sudan, there was a new contract that needed to be signed for the Islamic Army. … The Al Qaida period in Afghanistan was considered phase one, and phase two began in the Sudan in 1991. One of the individuals involved in the discussions regarding phase two was Abdul Majid Zindani."[332] In other words, al-Fadl claimed in 1996 that there was a distinct organizational change between al-Qa'ida in Afghanistan and the Islamic Army in Sudan, with different contracts for members to sign. In an interview with FBI agents in March 1998, he repeated this narrative, describing "the al Qaida organization, which eventually transformed into the Islamic Army."[333] When he testified in February 2001, the foregoing explanation changed entirely. When asked to tell the jury what the Islamic Army is, al-Fadl testified: "In the beginning when the people start to establish the group, they choose two names, al Qaeda and Islamic Army, but finally they stay with al Qaeda."[334] Aside from this contradiction, al-Fadl's suggestion that 'Abd al-Majid Zindani played a role in the evolution of al-Qa'ida during its move from Afghanistan to Sudan is almost certainly false. Zindani was a prominent Yemeni Islamist politician who in 1989 had rebuffed Bin Ladin's appeals to cooperate in a jihad against communists in southern Yemen, and in 1990 Zindani's Islah Party had joined the Yemeni unity government alongside Yemeni socialists, Ba'athists, and Arab nationalist groups, something that was clearly anathema to Bin Ladin at the time.[335]

Al-Fadl also gave numerous inaccurate descriptions of the size and composition of al-Qa'ida's shura council, a basic and important fact of the organization. Al-Qa'ida's own by-laws define the shura council as having between seven and ten members, all of whom must be sworn members of al-Qa'ida, and we know from reliable primary sources the actual membership of this council at different times prior to 9/11.[336] Al-Fadl's descriptions of the shura council varied significantly – and incorrectly – in his interviews and testimony, ranging from descriptions of the council having

---

[331] FBI 302 dated 11/10/96, of interviews conducted on 11/4 and 11/5/96, p. 18.

[332] Ibid.

[333] FBI 302 dated 4/22/98, p. 1.

[334] US v UBL, 7 February 2001, p. 212.

[335] See Brown, "Classical and Global Jihad," p. 94.

[336] Harmony database AFGP-2002-600178, p. 8, defining the purpose and size of the shura council. Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 380, describes the shura council in 1998 as having the following seven members: Bin Ladin, Abu Hafs al-Masri, Abu Muhammad al-Masri, Sayf al-'Adl, Shaikh Sa'id al-Masri, Abu Hafs al-Muritani, and Abu Zayd al-Tunisi. Nasir al-Basri describes an identical membership as of early 2000, with the addition of Ayman al-Zawahiri and Abu 'Asim al-Maghribi and missing Abu Zayd al-Tunisi, who was killed in Afghanistan in late 1998 (FBI 302 dated 10/3/2001, p. 25).

five members,[337] thirteen members,[338] sixteen members,[339] and thirty-one members.[340] While al-Fadl correctly named some of the people known to have been shura council members, most of those he identifies with the shura council were never members, and many were not even members of al-Qa'ida. These include Dr. Fadl Imam al-Sharif, an EIJ leader who resigned from the EIJ in 1993 and who was later imprisoned in Egypt, where he wrote a lengthy denunciation of al-Qa'ida being in violation of Islamic law[341]; Abu Mus'ab al-Suri, who lived in Spain and London from 1991-1997, was never a member of al-Qa'ida, and who wrote that he had no contact with Bin Ladin between 1991 and 1996[342]; and Qari Sa'id al-Jaza'iri, who moved in 1991 from Peshawar to Algeria where he organized a jihadist paramilitary faction, was arrested and imprisoned in February of 1992, escaped Algerian prison in March of 1994, and was killed by security forces in Algeria a few months later.[343] None of these men were ever members of al-Qa'ida's shura council.[344]

Al-Fadl made a series of erroneous claims during testimony regarding other militant groups being part of al-Qa'ida. He named these groups as "under" or "within" al-Qa'ida and said that they "make bayat[345] to al Qaeda agenda [sic]."[346] Among such groups al-Fadl lists al-Gama'a al-Islamiyya (Egyptian Islamic Group, or EIG), led according to al-Fadl by the blind shaykh 'Umar 'Abd al-Rahman and amir Abu Yasir al-Masri. He says Abu Yasir was a member of both EIG and al-Qa'ida, as were other EIG members. When asked what role Abu Yasir played in al-Qa'ida, al-Fadl testified, "he helped the Gamaa al Islamiya for their agenda under al Qaeda, and at the same time if any fatwah or any meeting with the al Qaeda people, he took it back to his people."[347] He next named a Gamaa al Islamiya from Algeria, led by Qaricept al Jazairi, as a "group within al Qaeda."[348] He then names the Libyan Fighting Group, led by Sayf al-Libi, and named five other members of this group that he said were also members of al-Qa'ida. Similarly he says that there

---

[337] FBI 302 dated 11/10/96, p. 14.

[338] US v UBL, 6 February 2001, pp. 205-7.

[339] US v UBL, 13 February 2001, pp. 452 and 513f., when he added three names to his previous description of the shura council.

[340] US v UBL, 13 February 2001, p. 454.

[341] See Tawil, *Brothers in Arms*; Lawrence Wright, "The Rebellion Within," *The New Yorker*, 23 May 2008; Middle East Media Research Institute dispatch no. 1785 (14 December 2007), "Major Jihadi Cleric …: 9/11 was a Sin." Zawahiri and other al-Qa'ida leaders wrote extensive criticisms of Imam al-Sharif's book, and none of them claim that Sharif was ever a member of al-Qa'ida.

[342] On Suri's biography see Lia, *Architect of Global Jihad*; Suri, *Da'wa al-Muqawwama*, p. 711, on having no relationship with Bin Ladin from 1991 until 1996; on Suri's blistering critiques of al-Qa'ida, see Brown, *Cracks in the Foundation*.

[343] Tawil, *Brothers in Arms*, 74f. and *passim*; Lia, *Architect of Global Jihad*, pp. 111ff. Qari Sa'id is referred to in the 2001 trial transcripts as Qaricept al Jizaeri.

[344] Al-Fadl names many other people who were never members of al-Qa'ida as having been al-Qa'ida shura council members, including Usama Azmurai, Muhammad Loay Bayazid, Abu Faraj al-Yemeni, and Abu Burhan al-Suri.

[345] Bayat is an oath of allegiance

[346] US v UBL, 6 February 2001, pp. 293ff.; ibid., 20 February 2001, p. 1039.

[347] US v UBL, 6 February 2001, p. 295.

[348] Ibid., 297.

was a Yemeni Jannubi group under al-Qa'ida, led by Saif Islami Jannubi. He then says Talah e Fatah – referring to the "Vanguards of Conquest" of the EIJ – led by Ayman al-Zawahiri was under al-Qa'ida, as was the Jamaat e Jihad al Suri under Abu Mus'ab al-Suri.

None of this is true. As noted earlier (Affirmative Opinion Section 2), the "al-Qa'ida agenda" up to 1994 was focused on training, supporting anti-communist jihadism in Yemen, and then supporting Islamist militias in Somalia, while Bin Ladin's Advice and Reform Committee focused on denouncing the Saudi regime. The EIG and EIJ were solely focused on a confrontation with the Egyptian government. The Libyan Islamic Fighting Group had a similar mission, focused on toppling Gaddafi's government. There was no "Gamaa al Islamiya" in Algeria. The main Islamist opposition party in Algeria was the FIS, and more militant splinter factions soon emerged in the form of the GIA and the Armed Islamic Movement (known by its French acronym MIA). There was also no Jamaat e Jihad al-Suri. Abu Mus'ab al-Suri did not lead or represent an active Syrian militant group at this time, nor was he even in Sudan during this period. The EIJ did receive financial support from Bin Ladin in the early 1990s, but it was not "under" or "within" al-Qa'ida and there is no evidence in the primary sources that Bin Ladin's support entailed any sort of influence or control over the EIJ's actions. There is no evidence of specific al-Qa'ida support for the EIG, which announced a cessation of all militant activity inside Egypt in 1995 due to a lack of capacity. In 1999 it abandoned violence in Egypt altogether. The LIFG was also not operating under al-Qa'ida or with Bin Ladin funding. When Sudan, under pressure from the Libyan government, ousted militant Libyan dissidents from Sudanese territory, Bin Ladin offered Libyan al-Qa'ida members with some money and plane tickets so they could find refuge elsewhere. According to the testimony of L'Houssaine Kherchtou, "most of them, they refused the offer of Usama bin Laden. They were very upset and angry because they couldn't protect them, and they had a meeting … [and] they gave a letter to Usama bin Laden that they are leaving al Qaeda."[349] Writing of this incident, Fazul notes that at this time "many of the Libyan youth broke with al-Qa'ida and joined the LIFG."[350]

Al-Fadl is the sole source to claim that al-Qa'ida attempted to purchase uranium in Sudan, a claim contradicted by persons he claims were involved and by a Sudanese intelligence agent.[351] Al-Fadl claims that Muhammad Loay Bayazid was a central figure in the alleged plot; Bayazid told journalist Lawrence Wright that none of this ever happened.[352] Al-Fadl attributes a central role in the plot to Abu Mus'ab al-Suri, to whom al-Fadl claims he gave notes taken from al-Fadl's alleged examination of a cylinder and that Suri was to order a machine from Kenya to test the uranium. Abu Mus'ab al-Suri, however, was in London at the time that al-Fadl says all of this happened (1994 or end of 1993), and so cannot have played the roles in the scheme that al-Fadl attributes to him. Hassabula Omer, who worked in Sudanese intelligence at the time, also told Wright that this whole episode was fictitious. Both Bayazid and Omer told Wright that there were rumors and

---

[349] US v UBL, 22 February 2001, pp. 1280-02.

[350] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 400.

[351] US v UBL 7 February 2001, pp. 357ff., ibid., 13 February 2001, pp. 529f.

[352] Wright, *Looming Tower*, p. 412.

scams involving uranium operating in Khartoum at that time and that those were probably the basis for al-Fadl's testimony.[353]

Given the foregoing analysis it is clear that Jamal al-Fadl is a fundamentally untrustworthy source of information on al-Qa'ida. The fact that so much of the information he has provided is demonstrably false undermines the reliability of the totality of the information he has given to the US government in exchange for a lifetime of living expenses paid for him and his family in the Witness Protection Program. Jamal al-Fadl was a minor figure in Bin Ladin's circle with little information of real value to offer. Instead, he managed to convince law enforcement officials of his value by doling out sensational and false claims about a large number of individuals and groups that he enmeshed in a largely fictional history of al-Qa'ida.

The myths about al-Qa'ida's history that ultimately rest on misinformation provided by al-Fadl are many, but the most significant of them, for which there is no independent corroboration in other primary sources, are as follows:

- The idea that al-Qa'ida had a focus on the US beginning in the early 1990s.
- The notion that al-Qa'ida in the early 1990s was a massive umbrella for numerous jihadi organizations operating from Algeria to the Philippines
- The idea that al-Qa'ida sought to acquire uranium while in Sudan
- The idea that al-Qa'ida was deeply involved in the Bosnian conflict
- The notion that al-Qa'ida made extensive use of Islamic charities to fund its activities

As addressed, all these notions, echoed in later staples of the popular literature on al-Qa'ida, are false. The foregoing has established that the principal source upon which they rest was an unreliable purveyor of false information.

4.    The Myth of the "Golden Chain"

Plaintiffs' experts allege that a document found on Enaam Arnaout's computer in 2002 identifies a "Golden Chain" of "wealthy individual from the Gulf region who provided Bin Laden and Al Qaeda with money on a regular basis,"[354] "specifying al Qaeda's principal financial benefactors."[355] Based on my review of the primary sources and the facts surrounding the identification of this document as a "Golden Chain," there is no support for the propositions made by Plaintiffs and their experts.

The document that has come to be referred to as naming the "Golden Chain" itself is simply a scrap of paper with a handwritten list of names with a second set of names next to them in parentheses, all in Arabic. It is headed with the typical "In the name of God" heading, immediately below which is written "and spend in the path of God," part of a verse from the Qur'an.[356] There is no other context, it does not relate to the previous or subsequent documents, and the words

---

[353] Wright, *Looming Tower*, p. 412. 'Abdullah Anas also writes about this: "Others like Abu Rida, Mohammed Loay Beyazid, was implicated for things that he had no part in. There were wild theories flying around that he was linked to trying to obtain uranium and dirty bombs from the post-Soviet nations as they floundered due to the collapse of the USSR. But it was, as he told me when I met him in 2015, complete nonsense." *To The Mountains*, p. 249.

[354] Kohlmann expert report, p. 46.

[355] Winer expert report, p. 47.

[356] Surat al-Baqarah, verse 195.

77

"golden chain" do not appear anywhere on the document (or elsewhere in the documents from these computer files).[357] So why has it come to be known as the "Golden Chain," a phrase repeated in thousands of books and articles about al-Qa'ida? The answer is the FBI 302 of an interview with al-Fadl dated 8/29/2002. This same interview, however, is full of false and inaccurate information, as detailed later in this section.

In March of 2002 Bosnian authorities raided the offices of the Benevolence International Foundation (BIF), and the well-known document files Tareekh Osama, Tareekh al-Musadat, etc., were found on a computer in the offices. In their August 29th, 2002 interview, FBI agents present al-Fadl with selections from those files and record his commentary. From beginning to end it is filled with errors of fact, further casting doubt on the probity of the information from this paid informant.[358]

Al-Fadl's claims at the end of this interview are the sole source for the identification of this piece of paper as the "Golden Chain" of al-Qa'ida donors. After being presented with the handwritten list of names of wealthy individuals or banks, al-Fadl characterized it as follows: "While reviewing the document, Source indicated that some of the names appearing on the document appeared to be members of a group who Source referred to as the "Golden Chain." According to Source, the "Golden Chain" consisted of wealthy individuals from the Gulf region who provided Bin Ladin and Al Qaeda with money on a regular basis."[359] A bit later in the document, al-Fadl claims that he heard from one Khalifa Al Omani that the latter had had a conversation with Bin Ladin, and that "during the conversation, Bin Laden indicated to Khalifa Al Omani that Bin Laden would never fight or attempt to change the governments of any Gulf state because members of the "Golden Chain" reside in those states."[360] We now know of course that this last statement is untrue, as evidenced by the campaigns of al-Qa'ida in the Arabian Peninsula and al-Qa'ida in Yemen.

There is no mention of a "Golden Chain" in any of the primary sources. A search of this phrase in the nearly half a million documents seized from Bin Ladin's Abbottabad compound found two hits: one where the phrase appears in a document from the Salafi Group for Preaching and Combat in Algeria where it is used in the sense of "a golden chain of heroes," and one in a document from a hadith website in which it has its most common meaning in Arabic, referring to a type of hadith transmitted by the Prophet Muhammad through his lineal descendants.[361] If the document was

---

[357] Tareekh Osama, p. 116 of the 153 page pdf in author's collection. A blurry image of the piece of paper can be seen online at https://oneway2day.files.wordpress.com/2016/04/bin-laden-golden-chain-al-qaeda-list-arabic.jpg.

[358] False statements made by al-Fadl in this interview, belied by primary source evidence, include: that 'Abdullah al-Rumi, the assassin of Afghan mujahidin leader Jamil al-Rahman, was a member of al-Qa'ida (p. 2); that Bin Ladin issued fatwas to Egyptian Islamic Jihad in 1989 granting them permission to fight the Egyptian government (p. 5); that 'Abdullah 'Azzam's Services Bureau deputy Tamim al-'Adnani was a member of al-Qa'ida (p. 9); that Osama Azmurai was a member of al-Qa'ida (p. 11); and that people falsely identified as members of al-Qa'ida were sent to Bosnia and set up an al-Qa'ida training infrastructure (p. 11f.) Other false claims are discussed in greater detail in this section and in Rebuttal Opinion Section 3.

[359] FBI 302 dated 8/9/2002, p. 23.

[360] Ibid., p. 24.

[361] FBI 302 dated 8/9/2002, p. 2. https://www.google.com/search?as_q=&as_epq=%D8%A7%D9%84%D8%B3%D9%84%D8%B3%D9%84%D8%A9+%D8%A7%D9%84%D8%B0%D9%87%D8%A8%D9%8A%D8%A9&as_oq=&as_eq=&as_nlo=&as_nhi=&lr=&cr=&as_qdr=all&as_sitesearch=cia.gov&as_occt=any&safe=images&as_filetype=&as_rights=

actually what al-Fadl claimed it to be, and there was in fact a "Golden Chain" of primary donors to Bin Ladin, one could reasonably expect to see some reference to this "Golden Chain" in the primary sources, but there is none.

Later in the same 302 where al-Fadl describes the "Golden Chain," al-Fadl claims to recognize the name Abu'l-'Abbas al-Madani, says he was an al-Qa'ida member, and claims that he personally witnessed Abu'l-'Abbas al-Madani's death by gunshot wound to the head in Afghanistan in 1989 or 1990.[362] This account is false because al-Madani actually died in Bosnia, which is all the more notable given that al-Fadl claims eyewitness knowledge of the events he falsely describes here. Al-Madani features prominently in the literature eulogizing the "martyrs" of the Bosnian conflict, or international Muslim volunteers who fought and died there.[363]

Rather than go through al-Fadl's erroneous comments on each name described in this 302 – there are 20 listed – I will focus on two of the most egregious instances of mischaracterization. The twelfth person on the list is Abu Burhan al-Suri, whom al-Fadl incorrectly identifies as having been a member of al-Qa'ida. Al-Fadl mischaracterizes this individual at multiple other times as well, in 2001 testimony and other 302s; in all instances he incorrectly refers to the man as Abu Burhan al-'Iraqi.[364] In fact, this man was Abu Burhan al-Suri, who was indeed a very well-known trainer for the Services Bureau at its Sada camp, where Abu Burhan began working as a trainer in October 1986.[365] He was never a member of al-Qa'ida, and stayed as a trainer at Sada until he left Pakistan in 1992. According to Mustafa Hamid, who was a friend of Abu Burhan and knew him well between 1986 and '92, "Abu Burhan was to my knowledge never part of al-Qaeda or its councils."[366]

After going through a number of individuals whom al-Fadl alleges to have been members of al-Qa'ida, for most of whom I know of no independently confirming information in the primary sources, the 302 turns to the nineteenth man on the list: "Abdallah Anas (not listed under a title). Source advised that Abdallah Anas is a member of Al Qaeda. Source believed that Abdallah Anas is of Algerian descent. Source stated that Abdallah Anas married Abdallah Azzam's daughter."[367] This is the most egregious mischaracterization of the entire list. Anas, who is indeed of Algerian descent and married a daughter of 'Azzam, was certainly never a member of al-Qa'ida. He was devoted to 'Azzam and the Services Bureau and spent most of the Afghan war on the front lines

---

[362] FBI 302 dated 8/9/2002, p. 2f.

[363] Al-Madani travelled to Bosnia from Saudi Arabia in 1992 and was killed that same year fighting near the Sarajevo airport. Accounts of his death appear in multiple publications from the Bosnian conflict, such as "In the Hearts of Green Birds," where their story appears first. See https://ebooks.worldofislam.info/ebooks/Jihad/heartsgreenbirds.pdf. In his poorly-researched account of foreign fighters in the Bosnian conflict, Kohlmann writes that Abu'l-'Abbas died from tank round splinters that struck him in the leg and chest. Due to improper citation it is not possible to determine from what source he derived this information. Kohlmann, *Al-Qaida's Jihad in Europe* [sic], p. 60.

[364] There cannot have been another Abu Burhan named 'Iraqi that al-Fadl could be referring to in those instances; people with military backgrounds who could provide quality military training in the camps were few and they are prominently discussed in the primary sources, which record no such Abu Burhan al-'Iraqi as a trainer. Abu Burhan al-Suri, however, was one of the most famous trainers.

[365] Hegghammer, *The Caravan*, p. 336.

[366] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 114. Here the authors discuss erroneous identifications by al-Fadl during his 2001 testimony of people Fadl claimed were on al-Qa'ida's Shura Council, including Abu Burhan.

[367] FBI 302 dated 8/9/2002, p. 10.

of Ahmad Shah Masoud, the Tajik commander of mujahidin forces in the Panjshir Valley and arch enemy of the Taliban whom al-Qa'ida assassinated in September of 2001. Anas worked as a politician-in-exile in London, coordinating with the Algerian opposition party Islamic Salvation Front (FIS), and still resides there. He has written extensively about his experiences in Afghanistan and later in Algerian politics, most recently in a lengthy memoir.[368] His writings make clear his hatred for al-Qa'ida and its crimes.

The foregoing has established the unreliability of the information provided by Jamal al-Fadl in the interview in which he proposed the existence of a "Golden Chain." There is a much more plausible explanation of the document in question, however – that it represents a list of potential supporters of the Afghan mujahidin and the names of people in touch with or tasked with communicating with those donors. As noted, the document lists a number of wealthy individuals and financial institutions with names in parentheses next to them. The names in parentheses are Wa'il, Usama, Batterjee, and a Salih whose last name is difficult to read on the margins of the document.[369] These are almost certainly Wa'il Julaydan, next to four of the names; Adel Batterjee, next to six of the names; and Usama bin Ladin, also next to six names. In the 1980s all three of these men were prominently involved in supporting the Afghan mujahidin from Peshawar, were involved in relief organizations (including the Services Bureau) and were known to have played roles raising funds for the Afghan cause. At that time, the US and Saudi governments were openly supporting the Afghan mujahidin with money and weapons. This document therefore most likely represents notes regarding potential or existing contacts that these men had with potential donors or a tasking of these men to make contact with these potential donors. The Tareekh Osama files and other primary sources do not allow us to determine whether any of these contacts were made.

Wa'il Julaydan's and Bin Ladin's prominent roles as fundraisers for the Afghan cause against the Soviet invasion are well known and discussed elsewhere.[370] Adel Batterjee was a prominent Saudi philanthropist who was a leading member of the Peshawar Arab relief agency milieu, and who went on to hold a variety of prominent positions in charitable and relief work after the Afghan-Soviet war. He challenged the addition of his name to the UN Security Council Al-Qa'ida Sanctions List and succeeded in having his name removed following a review by the Security Council in 2013.[371] He told Saudi journalists in 2013 that he had no contact with Bin Ladin after the latter moved to Sudan.[372] That the three of them could have worked together in supporting the Afghan cause is further substantiated by the involvement of all three in meetings with Afghan mujahidin leaders in Peshawar after the fall of the Najibullah regime to press the Afghan leaders to form a unity government.[373]

---

[368] Anas, *To The Mountains*.

[369] The Salih, whose name is in parentheses next to two of the names on the list, could be Salih al-Dhayf, who was head of the Saudi Relief Committee in Peshawar in the mid-1980s; see Hegghammer, *The Caravan*, p. 196.

[370] See Hegghammer, *The Caravan*, and the section on Wa'il Julaydan in this report.

[371] https://www.un.org/press/en/2013/sc10884.doc.htm.

[372] https://www.coastaldigest.com/world/50234-my-ties-with-bin-laden-started-in-jeddah-adel-batterjee.

[373] These meetings are described by 'Abdullah Anas, *To the Mountains*, p. 125. In addition to these three and Anas, the meetings also included Saudi journalist Jamal Khashoggi and Yemeni Islamist politician 'Abd al-Majid Zindani.

5.    The Relation between Al-Qa'ida and Wahhabism/Salafism as Religious Doctrines

Throughout Plaintiffs' reports they cast the MWL and IIRO as proponents of Saudi Arabia's Salafist and Wahhabist religious ideologies, which they claim al-Qa'ida also followed. For example, Winer writes, "Al Qaeda's interpretation of Islamic law…derived from a puritan Islamic reform movement called Salafism that was itself an offshoot of Saudi Wahhabism, an ultraconservative 18th century sect of Islam that during the 20th century became the state-sponsored religion of Saudi Arabia under the House of Saud."[374] While not explicitly stated, the underlying implication seems to be that by promoting these puritan versions of Islam, MWL and IIRO were indeed somehow promoting al-Qa'ida's interests.

This argument holds no weight as al-Qa'ida was neither a Wahhabi or Salafi organization, a fact attested to by an abundance of primary source evidence that Plaintiffs' experts either are unaware of or ignore. Since al-Qa'ida was never a Wahhabi or Salafi organization, but on the contrary, fiercely denounced the Saudi religious establishment and prominent charities, claims of propagation of Wahhabism or Salafism by MWL and IIRO are of no probative value in assessing any alleged connection between the organizations and al-Qa'ida.

Salafism and Wahhabism are contested and controversial terms, and not all historians or religious studies scholars agree on their definitions.[375] Generally however the term Salafism derives from *salaf*, "the predecessors," referring to the Prophet Muhammad and the first generations of Muslims, known as *al-salaf al-salih*, "the pious predecessors" or forefathers. In modern terms, Salafism is a movement within Islam that emphasizes religious purity, a scripturalist and literalist approach to theology and law, and a rejection of the classical schools of theology and law that developed in Islam's medieval period, especially the Shafi'I, Maliki, and Hanafi schools of law. Wahhabism refers to the reformist movement founded by Muhammad ibn 'Abd al-Wahhab (1703-1792) in the Arabian Peninsula that was also of a Salafi purist character, and which characterized the faith and religious practice of the founders and leaders of modern Saudi Arabia. Wahhabism is an outsiders' term and is not a term Saudi Salafi Muslims use to describe themselves.

However one defines Salafism or Wahhabism, the primary sources are abundantly clear: al-Qa'ida is not a Salafi organization. This is attested by senior members of the organization itself. Al-Qa'ida's *shari'a* committee was led by a Maliki. Its confidential secretary and leader of operations in East Africa was a Shafi'i. When in Afghanistan under the Taliban, in order to quell disputes between Salafi members and the Taliban over matters of religious practice, Bin Ladin directed his followers to pray in the Hanafi manner of their Afghan hosts. Bin Ladin sought a non-sectarian approach to al-Qa'ida's conflict with the US "occupiers" of the Arabian Peninsula by appealing to a pan-Islamic solidarity, what one scholar has called a "meta-religious ideology."[376]

---

[374] Winer, expert report, p. 15.

[375] On the variety of definitions and controversies in the literature, see Christina Hellmich, "Creating the Ideology of Al Qaeda: From Hypocrites to Salafi-Jihadis," *Studies in Conflict and Terrorism* 31:2 (2008), pp. 111-124; and Lauziere, *The Making of Salafism*, Introduction.

[376] Lahoud, *Beware of Imitators* (2012), p. 47.

One of the earliest eyewitnesses to al-Qa'ida, Abu Ja'far al-Qandahari, who trained in an al-Qa'ida camp in the summer of 1988 and knew and worked with al-Qa'ida members for the following two years of his stay in Afghanistan during the Soviet conflict, recalls in his memoir that, early on:

> I thought that al-Qa'ida was of a strict Salafi tendency, but I realized after about a year and through my dealings with a number of their members that this impression was incorrect.[377]

This is borne out by the fact that the leader of al-Qa'ida's *shari'a* committee, Abu Hafs al-Muritani, was himself not a Salafi. In addition to being al-Qa'ida's resident authority on Islamic law, Muritani also led and taught at al-Qa'ida's religious studies institute, established in Kandahar in 1997. As Mustafa Hamid notes, "Abu Hafs al-Muritani was not a Salafi and this weakened his position among the Arabs [in Afghanistan] because most of them were Salafis. Abu Hafs was *Maliki*, like the people of North Africa who mostly follow this *madhhab* [school of Islamic law]."[378] One can no more be a Maliki Salafi than one can be a Baptist Catholic – these are contradictions in terms. As already noted in section 4 of the Affirmative Report, al-Muritani issued a lengthy *shari'a* decision to Bin Ladin before the 9/11 attacks declaring the latter a violation of Islamic law, after which he resigned from the organization and fled to Iran.

One of the documents captured in the Abbottabad raid also has an al-Qa'ida representative specifically rejecting the Salafi nature of the organization. The 2009 letter responds to a variety of criticisms of al-Qa'ida leveled against it by Mustafa Hamid in the latter's writings. At one point, the letter refers to Mustafa Hamid's "amazing accusation against al-Qa'ida that it is striving to impose a Saudi jihad in the world, even though you certainly know that the dispute with the Saudi regime and its religious scholars is one of the more prominent ones that characterizes al-Qa'ida in its political and intellectual speeches."[379] In this vein, the author rejects the notion that al-Qa'ida held or promoted a Salafi sectarian ideology, which would have precluded allowing the practice, much less teaching, of Islam according to a traditional school of jurisprudence. (The Taliban and most Afghans follow the traditional Hanafi school of Islamic law, which is rejected by Salafis). The letter states:

> You know that al-Qa'ida did not promote a specific school of Islamic jurisprudence. Rather, it called upon it and others to respect the Hanafi school that is prevalent in the country [Afghanistan] and to not stir doctrinal disputes. The legal institute in Qandahar that many of the Taliban would not only frequent but also studied there is testament to that. It was felt that if there were to be a departure from some of the customary practices during the prayers and other things, this would stir divisions and disharmony among the Muslims.[380]

Another document from the Abbottabad raid that provides guidance to Arabs coming into Afghanistan explicitly acknowledges the legitimacy of the Afghans' religious practices according to the Hanafi school of jurisprudence and asks that newcomers follow the Afghans' lead in these

---

[377] Qandahari, *Dhikriyyat*, p. 36.

[378] Hamid and Farrall, *Arabs at War in Afghanistan*, p. 235.

[379] Letter by Ahmad Hasan Abu'l-Khayr, 22 August 2009, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Professor%20Mustafa%20Hamid.pdf, p. 14.

[380] Ibid., p. 15.

practices, even if it means abandoning stricter or more Salafi practices they may have been accustomed to. The 2010 letter is signed Abu Yahya, probably Abu Yahya al-Libi, a senior al-Qa'ida leader who was killed in 2012 in the tribal areas on the Afghan-Pakistan border. In the letter, Abu Yahya refers to some of the differences in religious practices and counsels that Arab mujahidin coming to Afghanistan should follow the ways of the Hanafi Afghans, guidance that would be anathema to Salafis. He writes:

> This is an issue that needs to be taken care of also with the Afghani Mujahidin who are ruled by the Hanafi doctrine – which is one of the four doctrines of the Sunni people – that every Mujahid go forth on the premise of harmony and consensus and not upon petty issues that lead to discord and differences, even if it means abandoning some habitual practices and likes out of fear of alienating their hearts with the immigrants and exchanging words with them. There isn't anything legitimately embarrassing enough to abandon raising the hands before kneeling and after it, or movement of the forefinger during al-Tashahhud, or giving the Ta'min publicly, or prostration by kneeling on the rugs instead of on the hands or things like this.[381] Leaving that which God intends us to leave is rewarded by harmonization of hearts and defense against disagreements.[382]

No al-Qa'ida-associated source has written more about al-Qa'ida's non-Salafi nature than 'Abdullah Muhammad Fazul, al-Qa'ida's confidential secretary. Fazul identifies himself explicitly as a follower of the traditional Shafi'I school of Islamic law and writes that "I am neither a Salafi nor a Wahhabi."[383] Fazul discusses Salafism dozens of times in his memoir, and in nearly all cases it is to underline what he sees as the hypocrisy, arrogance, and self-righteousness of Salafis as they figure in his narrative. Early in his memoir, in a passage describing his first entry to the Peshawar environment and the various guest houses for foreign Muslim volunteers there, Fazul writes:

> And there was the guest house of Shaykh Jamil al-Rahman, for the Salafi brothers who attacked and declared infidel the other Afghan leaders because of their differences with Shaykh Jamil al-Rahman (RIP). Among the strangest things about these new Salafis is that today they disavow (from *bara'*, disassociate) the mujahidin in the TV channels and claim that they alone went to jihad for the sake of monotheism. […] And how about those Gulf youth who followed this divisive thinking and believed, by the devil's deceit, that they alone were among the saved (*al-firqa al-najiyya*), while the rest of the billion Muslims were polytheists? Truly these people sinned more than the *takfiris*, for they appointed themselves the trustees of the Ummah (the Muslim nation) and held that any who did not act as they acted was not a Salafi, not a Sunni, and did not love the Prophet.[384]

---

[381] These all refer to minor but noticeable differences in the Hanafi practice of the five-times-a-day Muslim prayer versus the practice of Salafis and other schools of Islamic law.

[382] https://www.dni.gov/files/documents/ubl2016/english/Recommendations%20for%20the%20Mujahidin%20Entering%20Afghanistan.pdf, p. 1f.

[383] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 105.

[384] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 56.

In a later passage describing the different Afghan mujahidin parties, Fazul writes:

> Among the differences and problems between the Afghans was the bloody conflict between Shaykh Jamil al-Rahman and the Hizb-I Islami of Hekmatyar in Kunar Province. These events affected the ranks of the Arabs, and the Gulf Salafi youth sided with Shaykh Jamil (RIP), and hated the other Afghan leaders, considering them polytheists. In fact there were external hands fomenting these differences, and the Peshawar scene was rife with gossip. There were many Arab Islamic groups, guesthouses and funds, as well as strange ideologies like that of takfir and muhakkima[385], strict Salafism, the Brotherhood, as well as traditionalists. I do not belong to anything except Islam, and any who says "there is no God but God" sincerely, and performs their prayers and turns their face to our Qibla [the Ka'ba in Mecca], then he is a Muslim with glad tidings of paradise, without any doubt. […] There were deadly takfiri ideas spreading in this environment [in Peshawar], and takfir was the talk of the hour, as though we were created for the purpose of declaring men infidels and passing down judgement upon them. There appeared on the scene men like Ahmad al-Jaza'iri and some of the leaders of the Egyptian groups that sanctified the idea of takfir to the youth. There were strange stories of some of the Islamic groups boycotting Shaykh 'Abdullah 'Azzam and refusing to pray behind him. This is an extremely dangerous matter, and the ideas of takfir began to gain strength due to these actions. These men came from Egypt and its prisons and carried dangerous takfiri ideologies with them.[386]

Fazul writes critically of Salafi Arab groups in Afghanistan in the late 1990s who denounced the Taliban for their religious practice according to the Hanafi school of Islamic law which, like all traditional Sunni schools of Islamic jurisprudence, Salafis reject. He says that Salafi dissident writers in London and Spain were creating problems for the Arabs in Afghanistan with their essays denouncing the religious "deviations" of the Taliban, and that some of the Salafi youth in al-Qa'ida criticized the Hanafi practices of the Afghan people. Remarkably, Fazul writes that Bin Ladin directed his followers to observe Hanafi practices in order to quell these disputes.

> Even Shaykh Usama bin Ladin was tired of this matter. Some of the Salafi youth were displeased with the Hanafi jurisprudence, so the Shaykh [Bin Ladin] issued a decree to behave in accordance with Hanafi jurisprudence in matters of worship in order to put an end to the dispute.[387]

Writing of a Yemeni Salafi shaykh who brought Bin Ladin one of their newsletters critical of the East Africa attacks, Fazul notes that "we know that these Salafi brothers stab us in the back day and night as though we were the enemies who occupied Palestine or the traitors who opened the

---

[385] A reference to the Kharijites, an early Islamic sect of extremists who rejected the authority of the fourth Caliph and declared all other Muslims infidels.

[386] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 73.

[387] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 366.

homeland of Muhammad to the Zionists."[388] Fazul writes in several places about the atrocities committed by the GIA in Algeria "in the name of Salafism," and bitterly condemns the GIA's declaration that all Algerians were infidels to justify the GIA's indiscriminate killings of Algerian civilians.[389]

There is no question that there were Salafis amongst the ranks of al-Qa'ida, as reflected in a passage in which Fazul describes the organization, but al-Qa'ida also included people with Sunni religious orientations that Salafis typically oppose:

> Al-Qa'ida is concerned solely with the aid of Muslims. So the Gulf Arab, the Egyptian, the Yemeni, the Pakistani, the Libyan, the Algerian, the Palestinian, the Somali, the Bengali, the Mauritanian, the Moroccan, the Lebanese [members of al-Qa'ida] – all are working under one roof and one approach (*manhaj*), under one administration, and with diverse ideological affiliations, such as Salafi, Muslim Brotherhood, and traditional Deobandi, all in one row from many nationalities.[390]

Nelly Lahoud's study of Fazul's memoir – in which she refers to Fazul by his first name, Harun – also concludes that al-Qa'ida did not have a Salafi orientation. To quote her study at length:

> The term "salafi" or "salafi-jihadi" is often described in secondary sources as if it is a cornerstone of al-Qa`ida's ideology and that of other jihadi groups, often implying that it is a defined doctrinal current within Islam that al-Qa`ida has adopted and adapted to advance its agenda. Nowhere does Harun consider al-Qa`ida as subscribing to a "salafi" creed. As noted earlier, he repeatedly displays a deep frustration with respect to the various labels to which al-Qa`ida is purported to adhere: "'we are simply and solely Muslims," he insists. He reminds fellow believers that "It is incumbent upon Muslims to think well of all Muslim groups that work sincerely [to advance] God's religion," no doubt echoing a hadith—a report attributed to the Prophet—which preached that "reviling [fellow] Muslims is immoral and fighting them amounts to unbelief [kufr]." Time and again, Harun is keen to emphasize that the various labels that are used by outsiders to describe al-Qa`ida's ideology are distortions which follow typologies devised by the West. He rejects all labels, such as "Wahhabis," "salafi-jihadis," and most of all "takfiris." The latter preoccupies him most; it is "the biggest calamity (musiba) befalling Muslims, be they groups or states."[391]

Fazul's concerns over rigid sectarianism and the Salafi propensity to declare other Muslims infidels were also shared by Bin Ladin, as is clear from the Abbottabad documents. In a letter to Bin Ladin from a Shaykh Yunis, the latter urged the al-Qa'ida leader to issue guidance about sectarian rigidity, takfirism, and the dangers posed by the spread of the notion that al-Qa'ida

---

[388] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 413.

[389] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 233.

[390] Fazul, *al-Harb 'ala'l-Islam*, vol. 1, p. 95.

[391] Lahoud, *Beware of Imitators*, p. 41.

represents "Salafi jihadism." The letter echoes many of the themes from Fazul's memoir, including reference to the dangerous and destructive tendencies of Salafism in Peshawar in the 1980s and Algeria in the 1990s. Yunis writes:

> We have to make our position unequivocally clear on the issue of inflexibility and takfir without Shar'ia controls; and must have concise, written instructions published for all of the awakening youths to know our stand. The benefits are undeniable on having a guideline to abide by, for ourselves as well as our friends, and to rid ourselves of the accusation of inflexibility and narrow-mindedness, and it will also broaden the horizons of our brethren. We are approaching a stage where narrow-mindedness is a killer, and ignorance of Shari'ah is damning. Lately, the term -Salafi-jihadi approach [*manhaj al-salafiyya al-jihadiyya*]- is spreading on the Internet, accusing individuals of not following the approach. It is a very dangerous situation, especially because it is attributed to us and the rise of new groups advocating for a stringent form of the faith. […] You have experienced it in Peshawar and have seen its outcome in Algeria. If this concept gains footing, it will put the individuals in a situation where they refrain from speaking the truth for the fear of typifying (TN: religious stereotyping). Therefore, it is a must to eliminate it while in its infancy, and expand peoples' horizons, guiding them gently to the truth. We are not monopolizing the Salafi way or any other doctrine, but we are members of the entire nation, reciting the words of its scholars on righteousness, and we do not hold any grudges or are unreachable by the followers of any dogma. […] We must avoid the stigma of being a one-dimensional sect, opposed to all others. We are Muslims following the teachings of Islam and we are not the owners of the Salafi way and must avoid typifying (TN: religious stereotyping) each other. It is important to have a memorandum issued from Shaykh Abu-Yahya and Shaykh Mahmud clarifying the issues of takfir, atonement, and the virtue of patience; refraining from accusing and judging without being qualified to judge; in addition to expanding the awareness of the followers in the arenas of politics and Shari'ah, which I believe publishing a letter in the form of questions and answers well help greatly.[392]

We know that Bin Ladin agreed with these concerns in that he refers to Yunis' letter in a subsequent communication in which he did in fact direct that guidance along the lines called for by Yunis in his letter be issued. Bin Ladin wrote:

> Shaykh Yunis wrote to me about the importance of preparing a memorandum indicating our stance on the Takfir issue without the Shari'ah criteria. I wrote to him and told him I would send him what you had sent. I had attached it in the last letter, and asked him to follow up on sending his comments to you so you could write it

---

[392] SOCOM-2012-0000019, government translation, with some modifications where the word "takfir" (literally "declaring someone an infidel") was translated as "narrow-mindedness" or "penitence". The Arabic original is at: https://www.ctc.usma.edu/wp-content/uploads/2013/10/Letter-from-UBL-to-Atiyatullah-Al-Libi-4-Original.pdf. The TN translator's notes are by the government translator.

in your style, in light of the fact that the foes know his true personality through the prisoners who also recognize his style when they peruse his articles on the internet.[393]

As the foregoing has shown, al-Qa'ida was not a Salafi or Wahhabi organization. Many of its leading members, including its religious leader, were avowedly non-Salafi followers of traditional schools of Islamic law. Al-Qa'ida strenuously avoided being a sectarian organization and repeatedly emphasized a goal of pan-Islamic unity against US involvement in the Muslim world. Bin Ladin understood the dangers in being labelled a "salafi jihadi" organization and took steps to correct the record on this score. The notion that Saudi charities' promotion of Salafi or Wahhabi religious teachings could somehow benefit al-Qa'ida is therefore false.

6.    Wa'il Julaydan's Alleged Ties to al-Qa'ida

Plaintiffs' experts allege that Wa'il Julaydan, an individual active in the milieu of the 1980s anti-Soviet Afghanistan struggle, was an important figure in al Qa'ida's terrorist financing and activities. Winer describes Julaydan as "a close associate of bin Ladin" and a "major terrorist financier for Al-Qa'ida" who received contributions to al-Qa'ida through his position at the Muslim World League and Rabita Trust.[394] Winer also writes that Julaydan "misdirect[ed] IIRO resources" to support "al Qaeda, and terrorism."[395] Winer, in addition to Plaintiffs' experts Kohlmann and Levitt, repeatedly cite to the United States Department of the Treasury's designation of Julaydan in 2002 to support the assertion that Julaydan was a key figure in the founding and development of al-Qa'ida.

Wa'il Julaydan (also spelled Wa'el Jelaidan) was never a member, much less a founder, of al-Qa'ida. Plaintiffs' expert reports allege that Julaydan was a founder of al-Qa'ida and helped direct funds to the organization, basing these allegations on a 2002 designation of Julaydan by the Department of the Treasury. That designation puts forth no credible evidence to support the allegations, and the primary sources show no indication of any relationship between Julaydan and al-Qa'ida. Based on my review of the primary sources, including the nearly five hundred thousand Abbottabad documents, Wa'il Julaydan had no relationship, including no fundraising relationship, with al-Qa'ida.[396]

In 2002, the US Department of the Treasury designated Julaydan "an associate of Usama bin Laden and a supporter of al-Qa'ida terror."[397] The designation provides only two "facts" as the basis for

---

[393] Ibid.

[394] Winer, expert report, pp. 71-74.

[395] Ibid., p. 77.

[396] Jamal al-Fadl, an informant that Plaintiffs' experts rely on for many of their allegations, himself stated in an interview with the FBI that Julaydan was not a member of al-Qa'ida. Exhibit 141, Transcript Excerpts from Videotaped Interviews with Jamal al Fadl. Julaydan's name does not appear on either of the two internal lists of al-Qa'ida members from the late 1990s.

[397] "Treasury Department Statement on the Designation of Wa'el Hamza Julaidan," https://www.treasury.gov/press-center/press-releases/Pages/po3397.aspx.

the designation: that it had credible information that Julaydan "was an associate of Usama bin Laden and several of bin Laden's top lieutenants," and that Julaydan "directed organizations that have provided financial and logistical support to al-Qa'ida." The first statement is misleading: Julaydan was a prominent figure in the US-supported anti-Soviet war in Afghanistan in the 1980s, during which he worked with 'Abdullah 'Azzam's Services Bureau – as did, for a time, Bin Ladin and other people who would go on to hold leadership positions in al-Qa'ida. As discussed in section 1 of the affirmative report, membership in the Services Bureau does not indicate membership in al-Qa'ida, which was born from a break with the Services Bureau. The second statement, that he directed organizations that supported al-Qa'ida, is an example of circular reasoning typical of OFAC and Treasury designations. The Julaydan designation says he was director of the Rabita Trust: this is the only organization listed that he is called the director of, so this must be the organization alleged to have provided "financial and logistical support to al-Qa'ida." Yet, in the Treasury's designation of the Rabita Trust, the only reason listed for its designation is that it was led by Julaydan, called there "a close associate of Usama bin Laden."[398] In other words, the Treasury designated Julaydan for heading an organization that supported al-Qa'ida, which in turn was designated for supporting al-Qa'ida *because* it was headed by Julaydan.

Both the Julaydan and the Rabita Trust designations refer to a 1999 al-Jazeera interview of Bin Ladin. The former designation press release states:

> Bin Laden himself acknowledged his close ties to Julaidan during a 1999 interview with al-Jazeera TV. When referring to the assassination of al-Qa'ida co-founder Abdullah Azzam, bin Ladin stated that "We were all in one boat, as is known to you, including our brother, Wa'el Julaidan."[399]

It is important to note that the Department of the Treasury erroneously refers to 'Azzam as an "al-Qa'ida co-founder." As discussed in section 1 of the affirmative report, this is incorrect. Furthermore, a transcript of this al-Jazeera interview is among the documents captured in the raid of Bin Ladin's Abbottabad compound, and it provides context missing from Treasury's selective quotation.[400] In the interview, Bin Ladin is asked about rumors having to do with who was responsible for 'Azzam's assassination in Peshawar in 1989, and to discuss the nature of his relationship with 'Azzam at the time of the latter's death. In his answer, after offering praise for 'Azzam's efforts on behalf of the Afghan jihad, Bin Ladin says that he, 'Azzam, and Julaydan were all in one boat in the sense that they all faced plots of assassination against them at that time and had to take serious precautions, precautions which Bin Ladin says he frequently warned

---

[398]https://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-p.aspx.

[399] "Treasury Department Statement on the Designation of Wa'el Hamza Julidan," https://www.treasury.gov/press-center/press-releases/Pages/po3397.aspx.

[400] https://www.cia.gov/library/abbottabad-compound/86/864E269E7B3AEA4F4D0E6D78EFAB3AD7_%D8%AD%D9%88%D8%A7%D8%B1_%D9%85%D8%B9_%D8%A8%D9%86_%D9%84%D8%A7%D8%AF%D9%86.doc.pdf

'Azzam to take.[401] Julaydan reportedly received death threats in 1989 prior to 'Azzam's assassination.[402]

In the "background" section of the Treasury designation, it says that "bin Ladin lieutenant, Abu Zubaida, claimed that he accompanied Julaidan from Pakistan to Kandahar, Afghanistan in the summer of 2000. Zubaida claimed that Julaidan met with bin Ladin and senior bin Ladin lieutenant Mohammed Atef soon after arriving in Kandahar."[403] Abu Zubaydah was never a member, much less a lieutenant, of al-Qa'ida. He was a leader of a separate training camp in Afghanistan in the 1990s and kept an extensive diary, which has been declassified and published in translation.[404] His diary describes his decision at various times to not join al-Qa'ida and to maintain his camp as a separate group, and after his name was associated with al-Qa'ida in the media following 9/11, he frequently laments in the text that this is untrue. His diary describes his travels in Pakistan and Afghanistan in 2000 in much detail, and while he does write that he visited Kandahar in July of 2000, he did not meet Bin Ladin there and there is no mention in the text of Wa'il Julaydan. Instead, he met Bin Ladin twice later in the year, once in November near Jalalabad and once toward the end of the year in Kabul.

Abu Zubaydah was captured in Pakistan in 2002 and kept in CIA "black sites" until being transferred to Guantanamo Bay in 2006. He was the first US prisoner to be subjected by the CIA to so-called "enhanced interrogation techniques," including enforced nudity, extreme temperatures, being locked inside a coffin, forced stress positions, and water boarding. An FBI agent who witnessed some of the initial CIA interrogation called it "borderline torture."[405] That same FBI agent, Ali Soufan, has written at length in his memoirs regarding the Abu Zubaydah interrogation. There he notes that the FBI knew a great deal about Abu Zubaydah before he was captured, including the fact that Abu Zubaydah "was not a member of al-Qaeda."[406] Soufan objected at the time to the CIA's treatment of the detainee but to no avail. Soufan writes that the fact that Abu Zubaydah was not a member of al-Qa'ida was communicated in cables to CIA headquarters, and that it was thus "very surprising to see him publicly described by Bush administration officials as being a senior al-Qaeda member, and even the terrorist group's number three or four in command. … None of this was true; nor should it have ever been believed."[407] Referring to information derived from Abu Zubaydah after he was subjected to "enhanced interrogation techniques," former FBI agent and al-Qa'ida expert Dan Coleman said "I don't have confidence in anything he says, because once you go down that road [of torturing a detainee],

---

[401] Ibid., p. 19.

[402] Hegghammer, *The Caravan*, p. 437.

[403] "Treasury Department Statement on the Designation of Wa'el Hamza Julaidan," https://www.treasury.gov/press-center/press-releases/Pages/po3397.aspx.

[404] http://america.aljazeera.com/articles/2013/11/5/notebook-one-thesecretdiariesofabuzubaydah.html.

[405] "A Review of the FBI's Involvement and Observations of Detainee Interrogations in Guantanamo Bay, Afghanistan, and Iraq," Department of Justice, Office of the Inspector General, May 2008, p. 68.

[406] Soufan, *The Black Banners* (2011), p. 373.

[407] Ibid., p. 380f.

everything you say is tainted. He was talking before they did that to him, but they didn't believe him. The problem is they didn't realize he didn't know all that much."[408]

Wa'il Julaydan was a prominent figure in the 1980s in the Services Bureau supporting the Afghan mujahidin. In that work, he was indeed an "associate" of Usama bin Ladin, but there is no evidence that he supported or had any relationship with al-Qa'ida. Julaydan remained a prominent figure in the Services Bureau after Bin Ladin broke with 'Azzam to set up his own training program, which formed the nascent al-Qa'ida organization.[409] Julaydan told the Arab newspaper *al-Sharq al-Awsat* after he was designated by the Department of the Treasury that he had "rejected Bin Ladin's plan to establish an Arab organization in Afghanistan" in the late 1980s and "separated" from him.[410] Another prominent member of the Services Bureau in the 1980s, 'Abdullah Anas, echoes this statement in his memoirs. Anas writes that Julaydan had "opposed them [al-Qa'ida] from the very beginning," and that "Julaidan always believed that al-Qaeda had destroyed Afghanistan and it was the people of Afghanistan who were paying the price for their actions."[411]

In 2014 the UN Security Council removed Wa'il Julaydan from the Al-Qa'ida Sanctions List, lifting a UN-imposed asset freeze and travel ban.[412]

7.    The IIRO Indonesia/Philippines Offices and 'Abd al-Hamid Al-Mu'jil's Alleged Ties to al-Qa'ida

The designations of IIRO's Indonesia and Philippines branch offices, as well as former Executive Director of the IIRO Eastern Province branch office, Abd al-Hamid Sulayman al Mu'jil, are frequently cited by Plaintiffs to support their allegations of connections between the charity and al-Qa'ida. Citing to the U.S. Department of the Treasury, Plaintiffs' experts claim that Al-Mu'jil was known as "the million dollar man," a nickname which Levitt, for example, interprets to be "a nod to his extensive funding of Islamist groups."[413] Levitt also claims that al-Mu'jil's "ties to Osama bin Laden, Abdallah Azzam, and Khaled Sheikh Mohammad made him a prime financier of al Qaeda operations."[414] With respect to the two designated IIRO branch offices, Winer argues that they were designated for "facilitating fundraising for al Qaida and affiliated terrorist groups."[415] In support of these allegations and across their reports, Plaintiffs' experts do little more

---

[408] "FBI, CIA Debate Significance of Terror Suspect," *The Washington Post*, 27 January 2012.

[409] On Julaydan's continuing roles in 'Azzam's Services Bureau after 1988, see Hegghammer, *The Caravan*, *passim*.

[410] "Wa'il Julaydan upset over adding of his name to list of terror financiers" (in Arabic), 8 September 2002, https://archive.aawsat.com/details.asp?article=123390&issueno=8685#.Xt1SIWhKjIU

[411] Anas and Hussein, *To The Mountains*, pp. 144 and 257. Anas makes clear in the text that he and Julaydan remained friends after the Afghan-Soviet war, and he visited Julaydan in Saudi Arabia in 2007.

[412] "Security Council Al-Qaida Sanctions Committee Deletes Wa'el Hamza Abd al-Fatah Julaidan from Its Sanctions List," 26 August 2014, https://www.un.org/press/en/2014/sc11534.doc.htm.

[413] Levitt, expert report, p. 35.

[414] Ibid.

[415] Winer, expert report, p. 80.

than cite to the United States Department of the Treasury's designation of al-Mu'jil and the two offices.

Based on my review of the primary sources, there was no relationship of any kind between the IIRO Indonesia and Philippines branch offices or 'Abd al-Hamid al-Mu'jil with al-Qa'ida. The Department of the Treasury designation of IIRO Indonesia, IIRO Philippines, and Mu'jil does not point to or suggest any specific evidence underlying the designation.[416]

Mu'jil had no relationship with al-Qa'ida and there is no evidence to suggest otherwise. In searching the available primary sources, including more than 500,000 documents captured in the raid on Bin Ladin's compound in Abbottabad, I found no reference to or mention of Mu'jil. Mu'jil is not named in either of the existing internal lists of al-Qa'ida members from the late 1990s. None of these sources provide any evidence of funding coming to al-Qa'ida by way of Islamic charities, including the IIRO. A comprehensive search of the names of IIRO and MWL in their Arabic names, as well as popular short-hand Arabic versions of their names, turned up no significant hits beyond mentions of these organizations in general publications or newspaper items found in Bin Ladin's compound. There is also no mention in the primary sources of a "million dollar man." The Treasury designation also alleges that Mu'jil personally knew "al Qaida co-founder Abdallah Azzam." This is not evidence of a connection to al-Qa'ida, for as detailed elsewhere in this report (Affirmative Report Section 1), Azzam was never a member or co-founder of al-Qa'ida.

The designation of IIRO Philippines is predicated on the false allegations that Muhammad Jamal Khalifa was an al-Qa'ida member and that the Abu Sayyaf Group was affiliated with al-Qa'ida (see the discussion of these issues in the Affirmative Report Section3 above). The designation of IIRO Indonesia rests on the allegation that "IIRO-IDN allegedly financed the establishment of training facilities for use by al Qaida associates," a claim for which there is no existing evidence.

8.    The Probative Value of Department of the Treasury OFAC Designations

Plaintiffs' expert reports rely heavily upon, and almost exclusively at times, designations to asset-blocking lists by the US Treasury Department's Office of Foreign Assets Control (OFAC), as evidence to support their claims regarding various Islamic charities' links to al-Qa'ida. Winer states that the purpose of these designations was to "block property and prohibit transactions" with persons suspected of supporting terrorism in the wake of the 9/11 attacks.[417] He then goes into depth about the accuracy and intricacy of OFAC's designations, inflating the fact-finding efficacy of the Treasury Department's processes to support the allegation that IIRO's branch offices provided material support to terrorism.[418] Kohlmann and Levitt also rely heavily upon OFAC designations as evidence in their opinions.

It is my expert opinion as an historian of politically violent groups and a counterterrorism professional with years of experience working with and training law enforcement that these

---

[416] "Treasury designates director, branches of charity bankrolling Al Qaida network," https://www.treasury.gov/press-center/press-releases/Pages/hp45.aspx.

[417] Winer, expert report, p. 122.

[418] Ibid., p. 83.

designations hold no probative value as to whether a given individual or entity was actually involved or associated with a terrorist organization. An OFAC designation rather only documents the fact of a US government suspicion of such an association and does not itself constitute evidence of such an association, nor does it prove the existence of any such evidence.

After the 9/11 attacks the Treasury department and OFAC in particular were given vastly expanded powers to seize and freeze assets without any evidence of criminal activity by an Executive Order signed by President George W. Bush. Signed on 24 September 2001, E.O. 13224 allows OFAC to block the assets of and prohibit business dealings with individuals and entities who are suspected of providing any sort of assistance to an original list of 29 terrorist groups and individuals. It also allows the designation of individuals and entities which "otherwise associated with certain individuals or entities designated in or under this Order."[419] Nowhere in the Executive Order is "otherwise associated" defined, nor are there standards or evidence or proof stipulated. The list of terrorist groups and individuals has grown since 2001 by many thousands of names.[420] The alleged terrorist groups and individuals do not have to have committed any crime against the US to be listed.

Juan Zarate, the first assistant secretary of the Treasury for terrorist financing under this new executive order, sheds further light on the breadth of the powers it gave to OFAC. Zarate writes of E.O. 13224:

> Importantly, under the criteria of the executive order, the government did not have to demonstrate that designated individuals and entities actually intended to support terrorism or even knew that their money or activities were being used to support terrorism. This was not a criminal indictment or a civil forfeiture action. Instead, it was an emergency administrative power intended to arrest the assets of suspected support networks preventively. In this regard, this line of executive orders did not require prior notice or due process before someone was designated nor did it provide for the usual rules attached to criminal processes, such as the right to confront witnesses.[421]

Zarate also writes that in a meeting shortly after the executive order was signed, he was told by Treasury Secretary Paul O'Neill that "we're applying the 80/20 rule" with respect to reasonable suspicion.[422] According to Zarate, "this meant that we needed to have 80 percent surety that our targets were legitimate. O'Neill was willing to live with some uncertainty and imperfection in the early days after 9/11 to ensure the effective and aggressive use of the powers the president had delegated to him."[423] Expanding on the implications of the 80/20 rule, Zarate explains how OFAC cast a wide net with a low evidentiary standard:

---

[419] https://www.state.gov/executive-order-13224/

[420] Lists of OFAC designees can be accessed at https://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx.

[421] Zarate, *Treasury's War* (PublicAffairs, 2013), p. 27f.

[422] Ibid., p. 35.

[423] Ibid.

> The challenge inherent in this financial tool was that we were applying an emergency administrative power against terrorist financing like a net. This net was being placed over targets to stop flows of funds, but proving every node or member of these targeted groups was criminally culpable would be impossible. As Secretary O'Neill had dictated, we were operating under the 80/20 rule. Our European partners and conventional law enforcement agencies relied on a standard of proof beyond a reasonable doubt, whereas we were relying on a "reasonable basis to believe" standard.[424]

The OFAC designations are made entirely within the executive branch of the federal government and are not subject to any sort of independent review. Zarate assures his reader that "whole tribes of lawyers" would review any designation proposal, but as he has himself admitted, these lawyers only needed to assure the executive branch departments of "reasonable basis to believe" that an individual or entity materially supported, wittingly or not, or "otherwise associated" with a listed terrorist entity. Zarate is clear about the purpose of the breadth of this order: it was not necessary to be certain, nor to base the designations on concrete evidence. The point was to prevent funds from reaching terrorists by casting as wide a net of designations as possible. And, again according to Zarate himself, it immediately made significant mistakes.

Zarate writes of the case of the designation in November 2001 of the Al Barakaat remittance network based out of Somalia. On the basis of suspicions within the intelligence community – not, it should be emphasized, based on any specific evidence adduced to a court – that an individual associated with Al Barakaat sent money to al-Qa'ida, the whole Al Barakaat network was designated and its assets frozen. European officials objected – in Zarate's words, they "were uncomfortable with the noncriminal standard."[425] Eight people originally covered by the designation challenged it in US federal court and won. In August, 2002 the US delisted these people after they successfully demonstrated their innocence. The important point here is that OFAC could designate them in the first place without having to demonstrate their guilt.

In addition, OFAC designations are sometimes accompanied by demonstrably false statements of "facts" in support of their designations. As already discussed, the designation of Wa'il Julaydan included the false assertions that 'Azzam was a co-founder of al-Qa'ida and that Abu Zubaydah was a senior al-Qa'ida lieutenant. Abu Zubaydah is frequently cited in OFAC designations wherein he is routinely referred to as a senior figure in al-Qa'ida, despite the fact that US federal law enforcement and intelligence agencies knew since 2002 that he had never been a member of the group, as attested by former FBI agent Ali Soufan. Abu Zubaydah is mentioned in an OFAC designation as an "al Qaida senior official" as late as 2009.[426]

OFAC designations are also subject to the whims of politics, further undercutting their utility as evidence. An example of this is the designation of the Mujahedin-e Khalq (MEK), a sometimes-

---

[424] Ibid., p. 37.

[425] Ibid., p. 38.

[426] "Treasury Targets Al Qaida Operatives in Iran," 16 January 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx.

violent opposition group within Iran that had a large encampment in Iraq. MEK was listed as a terrorist organization in 1997 under the Clinton administration in a move that was widely reported at the time as a goodwill gesture toward Iran, where President Khatami had just been elected and was seen as a moderate, in the hopes of opening dialogue with the Iranian regime by taking a step against one of its largest domestic opponents.[427] The MEK was designated under E.O. 13224 in October of 2001. Anti-Iran hawks in the US government long argued for the delisting of MEK, given its opposition to the Iranian regime. MEK's sophisticated lobbying in Washington D.C. won it the support of many foreign policy hawks in Congress, and in September of 2012, OFAC removed them from the designations list. It was and remains a fiercely debated issue, often along partisan lines.[428] There is little question, however, that the initial designation, as well as the subsequent de-listing by OFAC, were driven by political considerations and not on the merits of evidence of the MEK's involvement in terrorism.

9. The Probative Value of Indictments, Prosecutorial Documents, and the JTF-GTMO Threat Matrix

In addition to the OFAC designations, Plaintiffs' experts cite to a host of other unreliable sources of information to support their allegations against MWL and IIRO, such as government proffers, indictments, and other prosecutorial documents, and, more notably in the case of IIRO and MWL, the Department of Defense Joint Task Force-Guantanamo Bay (JTF-GTMO) Matrix of Threat Indicators for Enemy Combatants. For example, Kohlmann cites to the JTF-GTMO Matrix to categorize MWL as one of al-Qa'ida's "associated forces," defined as organizations or groups through which [Guantanamo detainees] may have provided support to al-Qaida or the Taliban, or engaged in hostilities against U.S. or Coalition forces."[429]

The use by Plaintiffs' experts of these materials is in violation of basic norms of academic methodologies, ignores contextual factors undermining the probative or truth value of the documents and specific claims therein that they reference, and credulously assumes prosecutorial allegation as evidence of wrongdoing. As with Treasury OFAC designations, prosecutorial allegations are just that – allegations. It must be supported by evidence and adjudicated by a court and often a jury. The use of allegations and suspicion as elements of fact upon which to make an argument such as is done by Plaintiffs' experts is a stark departure from the basics of social scientific methodology and is more properly characteristic of tabloids.

An example of this lack of methodological rigor is the use of the JTF-GTMO Matrix of Threat Indicators for detainees at Guantanamo Bay.[430] Both Winer and Kohlmann cite these documents numerous times, treating them as evidentiary support for claims of wrongdoing by Defendants. The Threat Matrix is a long list of indicators, many of them derived themselves from other sources that allege, but do not provide evidence to support, connection in some way to al-Qa'ida. The Threat Matrix document itself underscores that these indicators are not evidence of guilt: "the indicators are designed to point to the threat a detainee would pose if he were released from

---

[427] See the many US news reports to this effect collected at https://www.delistmek.com/fto/mek-designation/.

[428] "The Long March of the Yellow Jackets: How a One-Time Terrorist Group Prevailed on Capitol Hill," *The Intercept*, 26 February 2015, https://theintercept.com/2015/02/26/long-march-yellow/.

[429] Kohlmann, expert report, paragraph 28.

[430] ASH 029021-029037.

custody, and the intelligence that the detainee potentially possesses, **not as evidence to prove a** *detainee's* **guilt or innocence."**[431]

As an expert in the history of al-Qa'ida, I find many of these indicators extremely dubious as tools for an assessment of some al-Qa'ida-related threat (and, again, not an assessment of guilt or proof of association with al-Qa'ida). For example, it includes in its list of assessment indicators association with "al-Qaida network leaders, network operatives, or key members." It then provides a list of such key al-Qa'ida leaders and members, several of which are not and never were members of al-Qa'ida.[432] It also includes overly vague and broad indicators, such as "captured while attempting to cross the border or at a checkpoint" and "captured while awaiting receipt of travel documentation." The vast majority of Guantanamo detainees were "captured" by Afghan and Pakistani forces who were paid bounties for the detainees; the vast majority of them were also released without any charges.[433] That the mere fact of being "captured" by a foreign force at a border or while awaiting travel documents was included as an indicator of future threat underscores the dubiousness of the entire Threat Matrix.

MWL and IIRO appear in the Threat Matrix in a long list of militant organizations, charities, and some governmental agencies labelled "associated forces" of al-Qa'ida. The sources drawn upon for this list include OFAC designations, on which see above (Rebuttal Opinion Section 9). The list includes militant organizations for which there is no evidence of any relationship with al-Qa'ida, such as Hamas and Hezbollah. It also includes the Islamist political organization the Muslim Brotherhood, a group with millions of supporters throughout the Middle East and North Africa which participates in elections and had no organizational ties to al-Qa'ida, and Jama'at al-Tabligh, a non-violent Islamic missionary organization with millions of members that operates legally in over 150 counties. Furthermore, it includes Pakistani, Iranian, and Yemeni intelligence agencies as "associated forces," despite the fact that Pakistani intelligence was not only the principal conduit for US support to the Afghans fighting the Soviet invasion in the 1980s, but was also an ally and partner in the "Global War on Terror" after 9/11. MWL and IIRO are but two of more than a dozen NGOs listed in this section. No narrative or supporting evidence is adduced explaining the appearance of these NGOs on this list. Their appearance here suggests the existence of a suspicion by some US government agency at some time of a relationship or link to al-Qa'ida: that is all. This list does not purport to be evidence of anything and explicitly states that on the first page of the document. That Plaintiffs' experts cite it as evidence betrays a lack of serious methodological treatment of source materials.

---

[431] ASH 029021 (bold emphasis and italics in original).

[432] ASH 029027. Non-members of al-Qa'ida appearing on this list include Abu Zubaydah and Ibn al-Shaykh al-Libi, leaders of the independent Khaldan camp; Abu Mus'ab al-Suri, a vehement critic of al-Qa'ida and operator of an independent camp; Abu Qatada, a Jordanian Salafi cleric acquitted of terrorism related charges in 2014; and Shaykh Muqbil al-Wadi'I, a Yemeni Salafi cleric who was extremely critical of Bin Ladin and al-Qa'ida.

[433] Mark Denbeaux et al., "Report on Guantanamo Detainees: A Profile of 517 Detainees Through Analysis of Department of Defence Data," *Seton Hall Public Law Research Paper no. 46*, 21 February 2006.

10.    The Probative Value of the 1996 So-Called "CIA" Document

Plaintiffs' experts repeatedly cite a document that they alternately describe as an "unclassified 1996 CIA document,"[434] a "January 1996 CIA Report on 'International Islamic NGOs',"[435] and a "Central Intelligence Agency Report on NGOs With Terror Links, 1996."[436]  Their reports rely heavily on this document to support key allegations such as the charities' support for terrorism before 9/11, as well as important background information about the Services Bureau and its alleged connection to al-Qa'ida, and alleged precursors to 9/11 including the Bojinka Plot.[437]  Plaintiffs' experts also mischaracterize statements from the document, inserting the term "al-Qaida" for "militant," to support their allegations.[438]

This document, which is of unknown provenance and cites no evidence, lacks any probative value. It does not provide any evidence of the existence of ties between Islamic charities and extremist groups or individuals. It is a document lacking any context, authorial attribution, date, or supporting evidence, and relays suppositions, conjectures, and vaguely characterized information from "foreign government services."[439] It appears that Plaintiffs' experts seek to add weight to the suppositions and unsupported claims in the document by claiming they come from the CIA. There is no evidence to support this, neither in the document itself or from any other corroborating evidence. Even if it originated from the CIA, the document still offers nothing to substantiate any of the posited links between Islamic charities and extremists.

The document itself is of mysterious origin. The Wall Street Journal reported in 2003 that they had obtained a copy from Ronald Motley (d. 2013), who at the time was a lead attorney for Plaintiffs' in this case. The Journal reported that Motley "said he obtained the report from a foreign source, but that it was composed by the CIA."[440] While the Journal article stated that "U.S. officials didn't dispute this assertion," it did not provide any other evidence of where or when the document originated, nor has any US government agency claimed to have produced the document. In all versions of the document that I have seen, including one in my possession since 2003, the document is a photocopy of a fourteen-page typed "report" in all capital letters, with the handwritten notations "Jan. '98" and "(US)" in the upper right corner of the first page. Each page also has a handwritten page number on the bottom left. Unlike typical products of US intelligence

---

[434] Levitt, expert report, p. 12n30.

[435] Kohlmann, expert report, p. 8n9.

[436] Winer, expert report, p. 23n28.

[437] Levitt, expert report, pp. 23-31.

[438] Ibid., p. 36.

[439] The document has no title, author, or date. It can be found online as Exhibit J in Case 1:03-md-01570-GBD-SN Document 3826-6   Filed 12/01/17   Page 37 of 99, https://www.docketbird.com/court-documents/In-Re-Terrorist-Attacks-On-September-11-2001/ExhibitEX1JT4B1/nysd-1:2003-md-01570-03826-006.   I   will   identify   page references here with reference to the above, as Exhibit J, with pagination referring to the handwritten page numbers at the bottom left of each page of the photocopied text. The first reference to a "foreign government service" is at Exhibit J, p. 5.  This document was also produced by Plaintiffs in this litigation (PEC-KSA000965-978).

[440] "U.S. Officials Knew of Ties Between Terror, Charities," *Wall Street Journal* 9 May 2003.

agencies, it has no classification noted anywhere on the document; one would expect to see some variation of "SECRET" or other classification as a header at the top of each page.[441] Some of the Plaintiffs' experts refer to the document as "declassified." This is untrue. The document was, according to the late Ronald Motley, obtained from a foreign source, not via declassification from a US government agency. It does not appear among any declassified CIA reports from the 1990s related to terrorism investigations. It was not cited in the 9/11 Commission Report, which was tasked with undertaking a comprehensive review of government documents relating to Bin Ladin and al-Qa'ida. It is not cited in any of the books by Michael Scheuer, who was the chief of the CIA's Bin Laden unit from 1996 to 1999.

The document begins with a few demonstrably false assertions. The first two sentences of the document read: "Of the 250 local and foreign-based nongovernmental charitable organizations (NGOs) that operate worldwide, over 50 are international Islamic NGOs conducting humanitarian work. Available information indicates that approximately one third of these Islamic NGOs support terrorist groups or employ individuals who are suspected of having terrorist connections."[442] While it is unclear what is meant by "local and foreign-based," this accounting of the numbers of international NGOs is wildly inaccurate. According to the State Department, over 1.5 million NGOs operate in the US.[443] The Union of International Associations counts 38,395 active international NGOs.[444] A study of Muslim aid organizations in 2011 counted "around 400 transnational Muslim NGOs."[445] These numbers are contemporary, and the document is purportedly from the late 1990s; nonetheless, the number of international NGOs in the 1990s far exceeded a couple hundred. The CIA produces the annual World Factbook; such a basic error is highly uncharacteristic of an intelligence agency tasked with annually producing comprehensive summaries of basic facts for every country in the world.

The bulk of the document consists of "profiles of NGOs with extremist ties in Bosnia."[446] The document names fifteen organizations but does not provide "profiles" of these organizations at all. Rather, it simply names the organization, provides a transliteration of its name in Arabic if there is one, states an "extremist connection," and then lists, under "support to extremist/terrorist activities," conjectured illicit activities, often in terms of possibility ("may," "possibly") or with reference to unnamed foreign government or media sources. The document contains no citations, references to evidence or other documents or reports, nor does it specify a single "foreign government service" or press outlet.

---

[441] Examples of CIA reports from 1996 can be seen here: https://nsarchive2.gwu.edu/NSAEBB/NSAEBB381/. In all cases a classification is indicated as a header of each page of these documents.

[442] Exhibit J, p. 1.

[443] https://www.state.gov/non-governmental-organizations-ngos-in-the-united-states/.

[444] https://uia.org/.

[445] Marie Juul Petersen, "Islamizing Aid," *International Journal of Voluntary and Nonprofit Organizations,* 23 March 2011.

[446] Exhibit J, p. 4.

Most of the charities listed have never been otherwise accused, much less blacklisted or prosecuted, for any connection to terrorism. In some instances, statements stemming from this document have led to embarrassed retractions by international media outlets. Human Appeal International is one of the groups listed in the document, of which it states, "this organization probably acts as a fund-raiser for HAMAS, according to a foreign government source." In 2012, the Jewish Chronicle published the following:

> In articles published in February 2012 in the Jewish Chronicle and on thejc.com, we suggested that Human Appeal International, a British charity, had been designated as a terrorist organisation by the US government and had diverted donations to fund terror and to support the families of suicide bombers. We now accept that these allegations are untrue and apologise unreservedly to Human Appeal International and to those individuals who are involved in its operation. We have paid sums in damages to Dr Othman Moqbel (the CEO of Human Appeal International) and to Dr Hussein Nagi and Mr Mohamad Yousef (both trustees of Human Appeal International) as an indication of our regret.[447]

Another charity listed in the document is the Canada-based NGO Human Concern International (HCI), alleged in the document to have links to the Egyptian Islamic Group and "Algerian groups."[448] In 2004 the Canadian newspaper, The National Post, published the following apology:

> The National Post has no reason to believe that there is evidence of any misuse of HCI funds to support terrorism. HCI itself has never been accused of terrorism or of supporting terrorism. The Post has no reason to believe that any of its other volunteers or staff have been accused of terrorism or of supporting terrorism. Incorrect information appeared in an editorial in the National Post of March 6. The National Post apologizes to HCI, its board of directors, volunteers and donors for any harm or embarrassment its errors may have caused.[449]

In its "profile" of IIRO, the document gives a list of alleged "extremist connections," again with no evidence. Under "support for extremist/terrorist activity" it also provides no evidence, beyond stating that a foreign government service had stated that an IIRO accountant was detained by Croatian authorities; that the Macedonian government closed an IIRO office for aiding Albanian political parties; and that Muhammad Jamal Khalifa was Bin Ladin's brother-in-law. Citing a "clandestine source," the document alleges that IIRO "helps fund six militant training camps in Afghanistan." There is no evidence that IIRO funded or supported any al-Qa'ida training activities at any time, in Afghanistan or elsewhere.

This document that Plaintiffs' experts purport to be a "1996 CIA report" is of no historical value. It makes unsubstantiated claims about links to terrorism on the part of charities that have never

---

[447] https://www.thejc.com/news/uk-news/human-appeal-international-an-apology-1.45385.

[448] Exhibit j, p. 5f.

[449] "National Post Apologizes to Human Concern International," *The National Post*, 26 April 2004.

otherwise been accused of such links. It appeared in 2003 from Plaintiffs' lead counsel with no context, no authorship, no evidence, and ultimately no probative value.

8/7/20

\_\_\_\_\_Date

Vahid Brown

99

# EXHIBIT A

## CV

# JACOB VAHID BROWN

PHONE 503-880-4227 • E-MAIL VAHID.BROWN@GMAIL.COM

PROFESSIONAL EXPERIENCE

2010-2013        Combating Terrorism Center
*Senior Instructor*
- During these years I continued to work on a contract basis as a Senior Instructor for the CTC's Counterrorism Training Collaborative, helping design and deliver a broad curriculum on Islamism and Islamist political violence to Department of Homeland Security audiences.

2005-2010        Combating Terrorism Center at West Point
*Senior Instructor and Harmony Fellow*
- In my first year at the CTC I did research and analysis for the *Militant Ideology Atlas* and authored brief profiles of more than fourteen hundred cited individuals in the course of that project. From 2006 to the 2010 I worked as a Harmony Fellow, analyzing documents declassified for the CTC from the DoD's Harmony Database and providing overall editing and style guidance for the CTC's Harmony-related products. In addition to editing the second Harmony report and authoring portions thereof, I was the sole author of the CTC's third Harmony report, *Cracks in the Foundation: Leadership Schisms in al-Qa'ida 1989-2006*, released in September of 2007.  I am one of the co-authors of the fifth Harmony report, *Bombers, Bank Accounts and Bleedout: Al-Qa'ida's Road in and out of Iraq*, published in July, 2008.  I was also the senior instructor for the CTC-FBI Counterterrorism Training Collaborative, teaching a broad range of classes on Islam, Islamism and political violence, at both Joint Terrorism Task Force education sessions at FBI field offices and for New Agent Training at the FBI Academy at Quantico, Virginia.

2005-2006        Prof. Kambiz GhaneaBassiri, Reed College    Portland, OR
*Research Assistant*
- My duties as research assistant involved acquiring, analyzing and synthesizing primary source materials in Middle Eastern and European languages, editing article and book manuscripts and proofing translations from Middle Eastern languages into English.

2004-2006        Prof. Steven M. Wasserstrom, Moe and Izetta Tonkon Professor of Judaic Studies and Humanities, Reed College        Portland, OR
*Research and Instructional Assistant*
- As research assistant, I worked with sources in Middle Eastern and European languages and edited numerous articles and two book manuscripts for Prof. Wasserstrom.  I aslo worked as an instructional assistant in the Department of Religion under the direction of Prof.

Wasserstrom during the 2004-'05 school year, preparing syllabi, helping to plan and deliver the curriculum for the required junior seminar, and holding office hours to work with students on research projects. I also helped to organize an international academic conference at Reed College during this academic year, entitled "New Approaches to the Study of Hermeticism," at which I also delivered a paper.

## EDUCATION

2010-present    Princeton University                          Princeton, NJ
*Near Eastern Studies*

- I am currently a PhD candidate in the Department of Near Eastern Studies, having completed all required coursework and general examinations (MA awarded in 2013), and am working on a dissertation exploring the history of the Afghan Arab community in Afghanistan from 1979-2001.

2002-2006    Reed College                                    Portland, OR
*Religious Studies*

- During five semesters at Reed College I maintained an all-A grade record and was selected by the faculty for all three academic years to receive a Commendation for Excellence for academic achievement, the only form of such recognition offered by the College, which does not have a Latin honors system. My thesis, submitted at the end of summer, 2006, was given the highest possible grade. A BA degree in Religious Studies was awarded in 2006.

2002    Portland State University                            Portland, OR
*Religious Studies*

- Over two terms at Portland State University I maintained a 4.0 GPA and continued my formal training in Arabic and Persian.

2001-2002    Indiana University                              Bloomington, IN
*Near Eastern Languages and Cultures*

- In the course of three semesters at Indiana University I maintained a 4.0 GPA, won first prize in the undergraduate essay contest for the 2001-'02 school year, was awarded the Bibiyah Istrabadi Memorial Scholarship for outstanding achievement in the study of Arabic, and was awarded a Certificate of Excellence in Arabic from the Near Eastern Languages and Cultures department.

## PUBLICATIONS

"The Salafi Emirate of Kunar between South Asia and the Arabian Peninsula," in Christophe Jaffrelot and Laurence Louer, eds., *Pan-Islamic Connections: Transnational Networks Between South Asia and the Gulf* (Oxford

and New York: Oxford University Press, 2017).

*The Fountainhead of Jihad: The Haqqani Nexus, 1973-2012*. With Don Rassler, London: Hurst Publishers, 2012.

"Secrects Concealed by Secrets: *Taqiyya* as Arcanization in the Autobibliographies of the Bab," in Todd Lawson and Omid Ghaemmaghami, eds., *A Most Noble Pattern: Collected Essays on the Writings of the Bab, 'Ali Muhammad Shirazi (1819-1850)* (Oxford: George Ronald, 2012).

"The Haqqani Nexus and the Evolution of al-Qa'ida," with Don Rassler, West Point, NY: Combating Terrorism Center at West Point, 2011.

"On the Global Margins: al-Qa'ida's Aggregation Efforts," in Assaf Moghadam and Brian Fishman, eds., *Fault Lines in Global Jihad: Organizational, Strategic, and Ideological Fissures* (London: Routledge, 2011).

"Façade of Allegiance: Bin Ladin's Dubious Pledge to Mullah Omar," in *CTC Sentinel* 3:1 (January, 2010): 1-6.

"Foreign Fighters in Historical Perspective: The Case of Afghanistan," in *Bombers, Bank Accounts and Bleedout: Al-Qa'ida's Road in and out of Iraq*, Harmony Project, West Point, NY: Combating Terrorism Center at West Point, 2008, pp. 16-31.

"Islamist Terrorism in South Asia: An Overview," in *Terrorism & Political Islam: Origins, Ideologies, and Methods*, 2nd ed., West Point, NY: Combating Terrorism Center at West Point, 2008, pp. 147-79.

"Abu'l-Walid al-Masri," *Harmony Profiles*, Harmony Project, West Point, NY: Combating Terrorism Center at West Point, 2007, published online at http://www.ctc.usma.edu/harmony/profile_pdf/Abu'l-Walid.pdf.

*Cracks in the Foundation: Leadership Schisms in al-Qa'ida from 1989-2006*. Harmony Project monograph. West Point, NY: Combating Terrorism Center at West Point, 2007.

"Abdullah Muhammad Fazul," in *Al-Qa'ida's (Mis)Adventures in the Horn of Africa*, Harmony Project, West Point, NY: Combating Terrorism Center at West Point, 2007, pp. 89-111.

"Saif al-Adel," in *Al-Qa'ida's (Mis)Adventures in the Horn of Africa*, Harmony Project, West Point, NY: Combating Terrorism Center at West Point, 2007, pp. 119-129.

"Andalusi Mysticism: A Recontextualization." *Journal of Islamic Philosophy* 2 (2006).

"Andalusi Theosophy: A Recontextualization." *Lights of `Irfan: Papers Presented at the `Irfan Colloquia*, vol. 7, ed. Iraj Ayman (Haj Mehdi Arjmand Memorial Fund, 2006): 1-27.

"Autobibliography in the Writings of the Bab." *Lights of `Irfan: Papers Presented at the `Irfan Colloquia*, vol. 6, ed. Iraj Ayman (Haj Mehdi Arjmand Memorial Fund, 2006): 47-68.

"Textual Resurrection: Book, Imam and Cosmos in the Qur'an

Commentaries of the Bab." *Baha'i Studies Review* 13 (2005): 59-73.

"Textual Resurrection: Book, Imam and Cosmos in the Qur'an Commentaries of the Bab." *Lights of `Irfan: Papers Presented at the `Irfan Colloquia*, vol. 5, ed. Iraj Ayman (Haj Mehdi Arjmand Memorial Fund, 2004): 41-58.

"The Beginning that hath no Beginning: Baha'i Cosmogony." *Lights of `Irfan: Papers Presented at the `Irfan Colloquia*, vol. 3, ed. Jonah Winters (Haj Mehdi Arjmand Memorial Fund, 2002): 21-40.

"A Counter-History of Islam: Ibn al-`Arabi within the Spiritual Topography of Henry Corbin." *Journal of the Muhyiddin Ibn `Arabi Society* 32 (2002): 45-65.

## CONFERENCE PRESENTATIONS

"Multinational Mujahidin: The Haqqani Network and the Salafi Emirate of Kunar between South Asia and the Arabian Peninsula. Paper presented at conference entitled "Islam between the Gulf and South Asia, Le Centre de recherches internationals, Sciences Po, Paris, France, 7-6 December 2015.

"Where Do We Go From Here: Adapting Our Understanding of Capability and Threat." Presentation to conference entitled "Countering Transnational Threats in a Time of Disruptive Change," sponsored by the National Intelligence Council. Arlington, Virginia, 22 October 2015.

"The Evolution of the Haqqani Network." Presentation to Academic Outreach conference on Afghan regional security, Canadian Security Intelligence Service, Ottawa, Canada, 29 April 2014.

"The Evolution of al-Qa'ida's Camps." Paper presented to conference entitled "Understanding Jihadism: Origins, Evolution and Future Perspectives," Norwegian Defense Research Establishment, Oslo, Norway, 19-21 March 2009.

"Al-Qa'ida in Iraq." Presentation to conference entitled "The Jihadist Phenomenon: A Social Sciences Perspective," Sciences Po, Menton, France, 26-28 October 2007.

"Alchemy in the Baha'i Writings: An Introduction." Paper presented at the `Irfan Colloquium, Sixty-seventh session, Bosch Baha'i School. Santa Cruz, California, 25-29 May 2006.

"Archeological Revelations: The History of an Hermetic Motif from the *Book of the Dead* to the *Book of Mormon*." Paper presented at conference entitled *New Approaches to the Study of Hermeticism*, Reed College. Portland, Oregon, 6 March 2005.

"Autobibliography in the Writings of the Bab: An Analysis of the Sources and their Theological Significance." Paper presented at the `Irfan Colloquium, Fifty-eighth session, Louhelen Baha'i School. Davison, Michigan, 8-11 October 2004.

"Textual Resurrection: Book, Imam and Cosmos in the Qur'an

Commentaries of the Bab." Paper presented at the `Irfan Colloquium, Fifty-third session, Bosch Baha'i School. Santa Cruz, California, 27-30 May 2004.

"Strong Readers of Sacred Texts: Babi-Baha'i Semiotics." Paper presented at the `Irfan Colloquium, Fifty-first session, Louhelen Baha'i School. Davison, Michigan, 10-13 October 2003.

"The *Qayyum al-Asma'* as Mytho-Historical Symbol in the Writings of Shoghi Effendi." Paper presented at the `Irfan Colloquium, Forty-third session, Louhelen Baha'i School. Davison, Michigan, 11-14 October 2002.

"The Quaternities of the Writings of the Bab: A Study in Babi and Baha'i Symbolism." Paper presented at the `Irfan Colloquium, Forty-third session, Louhelen Baha'i School. Davison, Michigan, 11-14 October 2002.

"Cosmos and Chaos: Myth, Creation and the Baha'i Administrative Order." Paper presented at the `Irfan Colloquium, Thirty-eighth session, Louhelen Baha'i School. Davison, Michigan, October 2001.

## LANGUAGES

I have advanced reading ability in Arabic and Persian, and basic reading ability in French and Spanish.

## REFERENCES

Prof. Steven M. Wasserstrom, Moe and Izetta Tonkon Professor of Judaic Studies and Humanities at Reed College. 3203 SE Woodstock Blvd., Portland, Oregon 97202. 503-771-1112 x7324

Prof. Kambiz GhaneaBassiri, Assistant Professor of Religion and Humanities, Reed College. 3203 SE Woodstock Blvd., Portland, Oregon 97202. 503-517-7435.

Dr. William F. McCants, Senior Adviser to the U.S. State Department. 56 Ft. Williams Pkwy, Alexandria, Virginia 22304. 302-994-0464.

# EXHIBIT B


# DOCUMENTS CONSIDERED BY EXPERT

**Documents Considered by Expert**

| |
|---|
| "Tareekh Osama" (or "Osama's History") - "Golden Chain". Image reference, https://oneway2day.files.wordpress.com/2016/04/bin-laden-golden-chain-al-qaeda-list-arabic.jpg |
| `Abd al-Quddūs, Muḥammad. "Ma`a al-Mujāhidīn fī Qalb Afghānistān." Cairo: Dār al-Tawzī` wa'l-Nashr al-Islāmīya, 1987. |
| `Abd al-Raḥmān, Yūsuf. "al-Qaḍīya al-Afghānīya." Kuwait City: Jarīdat al-Anbā', 1989. |
| `Umar, Muḥammad Ziyan. "Iḥtilal Afghanistan." Cairo: al-Hay'at al-Miṣriya al-`Amma li'l-Kitab, 1986. |
| 'Ali, 'Abd al-Rahim, "Hilf al-Irhab: Tanzim al-Qa'ida min 'Abdallah 'Azzam ila Ayman al-Zawahiri," 1979-2003 1 (Cairo: Mahrusa, 2004). |
| 'Azzam, 'Abdullah, "The Defense of Muslim Territories Constitutes the First Individual Duty," trans. Thomas Hegghammer, in Gilles Kepel and Jean-Pierre Milelli (eds), Al Qaeda in its Own Words, Cambridge, MA: Belknap/Harvard, 2008. |
| 'Azzam, 'Abdullah, Ayat al-Rahman fi Jihad al-Afghanistan, Iskandaria: Dar al-Da'wa, 1985 (1984). |
| 'Golden Chain' Google search, FBI 302 dated 8/9/2002 https://www.google.com/search?as_q=&as_epq=%D8%A7%D9%84%D8%B3%D9%84%D8%B3%D9%84%D8%A9+%D8%A7%D9%84%D8%B0%D9%87%D8%A8%D9%8A%D8%A9&as_oq=&as_eq=&as_nlo=&as_nhi=&lr=&cr=&as_qdr=all&as_sitesearch=cia.gov&as_occt=any&safe=images&as_filetype=&as_rights= |
| 'Isam Diraz (also spelled Essam Deraz), Usama b. Ladin yarwi ma`arik Masadat al-Ansar al-'Arab biAfghanistan (Cairo: al-Manar al-Jadid, 1991). |
| 'Umar al-Hadushi, Abu'l-Fadl, "Nubdha mukhtasara 'an hayat mujaddid al-jihad al-shaykh alimam 'Abdallah 'Azzam," posted to the al-Tahadi webforum; http://www.archive.org/details/alt7dii |
| "A Review of the FBI's Involvement and Observations of Detainee Interrogations in Guantanamo Bay, Afghanistan, and Iraq," Department of Justice, Office of the Inspector General, May 2008. |
| "Afghanistan: Taliban Agree to Visits of Militant Training Camps, Admit Bin Ladin is their Guest," Cable from American Consulate in Peshawar to SecState, Jan. 1997, p. 2. Available online at http://www.gwu.edu/~nsarchiv/NSAEBB/NSAEBB295/doc06.pdf |
| "Al Adl Letter," available online at: https://ctc.usma.edu/harmony-program/al-adl-letter-original-language-2/ |
| "Al-Qa'ida's Closer Ties with Pasdarans," Intelligence Online, July 19, 2007. |
| "Al-Qaeda's Fatwa," PBS NewsHour. |
| "Atef, Muhammed, MIPT Terrorism Knowledge Database, January 16, 2007, http://www.tkb.org/KeyLeader.jsp?memID=5823 |
| "Awraq sirr al-Zawahiri," al-Sharq al-Awsat, 18 December 2002; Zayat, The Road to al-Qaeda. |
| "Bin Laden's Bookshelf," https://www.dni.gov/index.php/features/bin-laden-s-bookshelf?start=1 |
| "Bin Ladin's Press Secretary Interrogated in Egypt," Al-Ahram, December 14, 2002, OSC trans. GMP20021217000116 |
| "Combined report of interviews with Mohammad Rashed Daoud al-'Owhali," 9 September 1998, submitted as defendant's exhibit 767, US v Moussaoui, Cr. 01-455-A. |
| "Detained Al-Qa'ida Leader Sayf al-Adl Chronicles Al-Zarqawi's Rise in Organization," al-Quds al- 'Arabi, May 21-22, 2005, FBIS trans. GMP20050606637100 |

**Documents Considered by Expert**

| |
|---|
| "Egyptian Lawyer Cited in Detention of al-Qa'ida 'Media Official'," OSC translation GMP20021215000105 |
| "Ethnic Rifts Tearing at al-Qaida, May Have Led to al-Libbi Capture," The Associated Press, May 11, 2005. |
| "FBI, CIA Debate Significance of Terror Suspect," The Washington Post, 27 January 2012. |
| "In the Hearts of Green Birds," https://ebooks.worldofislam.info/ebooks/Jihad/heartsgreenbirds.pdf |
| "Jamal, Arif," Shadow War: The Untold Story of Jihad in Kashmir, Brooklyn, NY: Melville House, 2009. |
| "Letter from Fazul" dated August 1997, found on the computer of Wadih al-Hage in Nairobi by the FBI that same month, www.pbs.org/wgbh/pages/frontline/shows/binladen/upclose/computer.html |
| "Maqtal Abu'l-Bara'," Al-Jazeera 27 May 2007. |
| "Messages to the World", Lawrence, March 1997 interview with CNN. |
| "MILF denies JI terror ties," The Philippine Star, 26 September 2004; "Al-Qaeda and the separatists," The Economist, 26 February 2004. |
| "National Post Apologizes to Human Concern International," *The National Post*, 26 April 2004. |
| "National Post Apologizes to Human Concern International," *The National Post*, 26 April 2004. |
| "On the Trail of Man Wanted for Bomb Blast" *The Nation* (Nairobi), May 13, 2006 |
| "OPAPP 'exceeded' target in decommissioning MILF," Philippine News Agency 17 January 2020. |
| "Overview of the Enemy" 9/11 Commission Staff Statement no. 15 (https://govinfo.library.unt.edu/911/staff_statements/staff_statement_15.pdf) |
| "Pakistan: Geo News Discussion on Army Operations in Tribal Areas, New Red Mosque," Karachi, Geo News TV, 1 August 2007. |
| "Profile: Abu Hafs al-Masri." https://ctc.usma.edu/app/uploads/2011/06/Abu_Hafs.pdf |
| "Radicalisation and Recruitment to Terror Networks," Forsvarets Forskningsinstitutt (FFI) Seminar, Oslo, Norway, 2006. |
| "Saif al-Islam's Report on the Jihad-Wal Camp," AFGP-2002-600108 al-Zayidi, Mashari. "Jordanian Papers on Fundamentalism and Politics," part 4, al-Sharq al-Awsat, October 13, 2005, OSC trans. GMP20051013711005 |
| "Security Council Al-Qaida Sanctions Committee Deletes Wa'el Hamza Abd al-Fatah Julaidan from Its Sanctions List," 26 August 2014, https://www.un.org/press/en/2014/sc11534.doc.html |
| "Senior Abu Sayyaf leader swears oath to ISIS," The Rappler, 4 August 2014, https://web.archive.org/web/20200607193142/http://www.rappler.com/nation/65199-abu-sayyaf-leader-oath-isis |
| "Spotlight on Terror" Vol. 3, No. 2 (2005) |
| "The al-Qaeda-Taliban Nexus," Council on Foreign Relations, November 25, 2009. |
| "The Long March of the Yellow Jackets: How a One-Time Terrorist Group Prevailed on Capitol Hill," The Intercept, 26 February 2015, https://theintercept.com/2015/02/26/long-march-yellow/ |
| "The Philippines: Extremism and Counter-Extremism," Counter Extremism Project, 15 June 2020, https://www.counterextremism.com/countries/philippines |
| "The Road to Jerusalem Passes through Cairo" (originally published in *al-Mujahidun,* April 1995), http://www.tawhed.ws/dl?i=4wwr6wa8 |
| "The Solution," video transcript, 7 September 2007; available online |

**Documents Considered by Expert**

| |
|---|
| at http://abcnews.go.com/images/Politics/transcript2.pdf |
| "Treasury Department Statement on the Designation of Wa'el Hamza Julaidan," https://www.treasury.gov/press-center/press-releases/Pages/po3397.aspx |
| "Treasury designates director, branches of charity bankrolling Al Qaida network," https://www.treasury.gov/press-center/press-releases/Pages/hp45.aspx |
| "Treasury Targets Al Qaida Operatives in Iran," 16 January 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx |
| "U.S. Officials Knew of Ties Between Terror, Charities," Wall Street Journal 9 May 2003. |
| "U.S. Officials Knew of Ties Between Terror, Charities," *Wall Street Journal* 9 May 2003. |
| "What Turns a Boy into a Terrorist?" Prod. Martin Smith. PBS video report, n.d. <http://www.pbs.org/wgbh/pages/frontline/shows/binladen/upclose/> |
| "Zarqawi Letter", Coalition Provisional Authority in 2004, available online here: http://www.cpa-iraq.org/transcripts/20040212_zarqawi_full.html |
| "Zawahiri's Letter to Zarqawi," https://ctc.usma.edu/harmony-program/zawahiris-letter-to-zarqawi-original-language-2/ |
| 2007 letter from an uncertain author to one Shaykh Yunis from Bin Ladin's Abbottabad compound https://www.cia.gov/library/abbottabad-compound/15/1501FCDB8F9E8B08C225B473901DE327_%D8%A7%D9%84%D8%B1%D8%B3%D8%A7%D9%84%D8%A9_%D8%A7%D9%84%D8%AB%D8%A7%D9%84%D8%AB%D8%A9_%D8%A5%D9%84%D9%89_%D8%A7%D9%84%D8%B4%D9%8A%D8%AE_%D9%8A%D9%88%D9%86%D8%B3.pdf |
| Abbottabad Documents, CIA Database. |
| Abdallah, Shadi. "German Bundeskriminalamt Interrogation Report," October 31, 2002. |
| Abedin, Maha. "From Mujahid to Activist: an Interview with a Libyan Veteran of the Afghan Jihad," Jamestown Foundation "Spotlight on Terror" Vol. 3, No. 2 (2005). |
| Abu Qatada response: http://www.geocities.com/abokatada/books/joena/joena.html |
| Abu Qudama and Salih al-Hami, Fursan al-farida al-ghayba (posted to jihadi internet forums, 2007). |
| Abū Rummān, Bashīr, and `Abdullah al-Sa`id. "al-`Ālim wa'l-Mujāhid wa'l-Shahīd: al-Shaykh `Abdullah `Azzām." `Ammān, Jordan: Dār al-Bashīr li'l-Nashr wa'l-Tawzī`, 1990. |
| Abu Zubaydah diary, http://america.aljazeera.com/articles/2013/11/5/notebook-one-thesecretdiariesofabuzubaydah.html |
| Abu'l-Walid al-Masri, "al-Qadim wa'l-jadid fi 'ilaqa Taliban wa'l-Qa'ida," https://web.archive.org/web/20120122141551/www.mafa.maktoobblog.com/749972/mustafa-hamed-taliban-and-al-qaeda |
| Abu'l-Walid. "The Story of the Afghan Arabs from the Time of the Arrival in Afghanistan until their Departure with the Taliban," part 1, *al-Sharq al-Awsat*, December 8, 2004. |
| Advice and Reform Committee statement 2, 12 April 1994, in AFGP-2002-003345 |
| Advice and Reform Committee statement 3 and 4, 7 June 1994 |
| Advice and Reform Committee statement 5, 19 July 1994 |
| AFGP-2002-000078 |
| AFGP-2002-000079 |
| AFGP-2002-000080 |
| AFGP-2002-000103 |
| AFGP-2002-000489 |

3

**Documents Considered by Expert**

| |
|---|
| AFGP-2002-001111 |
| AFGP-2002-002869 |
| AFGP-2002-003345 (ARC statements) |
| AFGP-2002-003345 "Letters from bin Laden." |
| AFGP-2002-003677 |
| AFGP-2002-003705 |
| AFGP-2002-008575-47-48 |
| AFGP-2002-008576 |
| AFGP-2002-008578 |
| AFGP-2002-008582 |
| AFGP-2002-008583 |
| AFGP-2002-008587 |
| AFGP-2002-008588 |
| AFGP-2002-008612 |
| AFGP-2002-008624 |
| AFGP-2002-008629 |
| AFGP-2002-008681 |
| AFGP-2002-03251, Letter from Abu Hudhayfa to Abu 'Abdullah, 20 June 2000. |
| AFGP-2002-600029 |
| AFGP-2002-600045 |
| AFGP-2002-600046 |
| AFGP-2002-600053 |
| AFGP-2002-600053 |
| AFGP-2002-600080 "Lessons Learned from the Jihad Ordeal in Syria." |
| AFGP-2002-600086 |
| AFGP-2002-600087 |
| AFGP-2002-600088 |
| AFGP-2002-600090 |
| AFGP-2002-600092 |
| AFGP-2002-600093 |
| AFGP-2002-600096 |
| AFGP-2002-600099 |
| AFGP-2002-600104 |
| AFGP-2002-600106 |
| AFGP-2002-600108 |
| AFGP-2002-600110 |
| AFGP-2002-600111 |
| AFGP-2002-600113 |
| AFGP-2002-600114 |
| AFGP-2002-600175 |
| AFGP-2002-600177, "The total names of al-Qa'ida" (asma' tamam al-qa'ida). |
| AFGP-2002-600178, Al-Qa`ida's Structure and Bylaws https://ctc.usma.edu/harmony-program/al-qaidas-structure-and-bylaws-original-language-2/ |
| AFGP-2002-600321 |
| AFGP-2002-600970 |

4

**Documents Considered by Expert**

| |
|---|
| AFGP-2002-601402 |
| AFGP-2002-601693 |
| AFGP-2002-602181 |
| AFGP-2002-602383 |
| AFGP-2002-800080 |
| AFGP-2002-800081 |
| AFGP-2002-800083 |
| AFGP-2002-800084 |
| AFGP-2002-800086 |
| AFGP-2002-800087 |
| AFGP-2002-800088 |
| AFGP-2002-800089 |
| AFGP-2002-800517 |
| AFGP-2002-800573 |
| AFGP-2002-800581 |
| AFGP-2002-800597 |
| AFGP-2002-800600 |
| AFGP-2002-800611 |
| AFGP-2002-800621 |
| AFGP-2002-800639 |
| AFGP-2002-800640 |
| AFGP-2002-800641 |
| AFGP-2002-800775 |
| AFGP-2002-800928 |
| AFGP-2002-801138 |
| AFGP-2003-001293H |
| AFGP-2004-0011048 |
| AFGP-2004-011048 |
| AFGP-2005-0003302 |
| AHIF 000914 |
| AHIF 001120 |
| AHIF 001486 - 001499 |
| AHIF 001624 |
| AHIF 001650 - 001652 |
| AHIF 001667 - 001669 |
| AHIF 001825 - 001828 |
| AHIF 00596-00639 |
| AHIF response to interrogatories (04.26.2004) |
| al-Bahri, Nasir. Interview, *al-Quds al-'Arabi*, 4 April 2005. |
| Al-Bahri, Nasser, Dans l'ombre de Ben Laden, Paris: Editions Michel Lafon, 2010 Barfield, Thomas, Afghanistan: A Cultural and Political History, Princeton, NJ: Princeton University Press, 2010. |
| al-Dhaydi, Mishari, "Matbakh bishawar wa tabkha ghranata," Al-Sharq al-Awsat, 15 May 2003. |
| al-Fadl, Jamal. U.S. v. Usama Bin Laden et al., S(7) 98 Cr. 1023, S.D.N.Y., February 7, 2001. |
| al-Hammadi, Khalid. "Former Bin Ladin 'Bodyguard' Discusses 'Jihad' in Bosnia, Somalia, |

**Documents Considered by Expert**

| |
|---|
| Later Stage," *Al-Quds al-'Arabi*, 19 March 2005. |
| Ali, 'Abd al-Rahim. "Hilf al-Irhab: Tanzim al-Qa'ida min 'Abdallah 'Azzam ila Ayman al-Zawahiri*," 1979-2003* 1 (Cairo: Mahrusa, 2004). |
| Ali, Salamat, "Cause and Effect," Far Eastern Economic Review (23 May 1991). |
| al-Jāsir, Jāsir. "Qiṣṣat al-Afghān al-sa'ūdīyūn," al-Majalla 847 (1996). |
| Al-Jazeera Interview taken from Abbottabad materials, https://www.cia.gov/library/abbottabad-compound/86/864E269E7B3AEA4F4D0E6D78EFAB3AD7_%D8%AD%D9%88%D8%A7%D8%B1_%D9%85%D8%B9_%D8%A8%D9%86_%D9%84%D8%A7%D8%AF%D9%86.doc.pdf |
| al-Jazeera Talk forum, posting dated 8 November 2007, http://www.aljazeeratalk.net/forum/archive/index.php/t-61676.html |
| Al-Jihad. Magazine of the Services Bureau, Peshawar, Pakistan,1985-1992. |
| al-Masri, Abu'l-Walid. "Ma'arik al-bawwaba al-sakhriyya*"* (n.p.: 1995). |
| Al-Mutawa, Badr. "Wa'il Julaydan upset over adding of his name to list of terror financiers" Middle East Newspaper (in Arabic), 8 September 2002, https://archive.aawsat.com/details.asp?article=123390&issueno=8685#.Xt1SIWhKjIU |
| al-Najjar, Muhammad. "The Estrangement Between al-Zarqawi and al-Maqdisi," Amman al-Sabil, July 19, 2005, OCS trans. GMP20050719547001. |
| al-Qandahari, Abu Ja'far. "Dhikriyyat 'Arab Afghan". |
| Al-Quds al-'Arabi, 21-22 May 2005 https://pdf.alquds.co.uk/wp-content/uploads/2017/04/Alquds-2005-05-21-22.pdf |
| Al-Quds al-'Arabi, 27 November 1996 . |
| al-Rasheed, Madawi. "A History of Saudi Arabia*"* (Cambridge and New York: Cambridge University Press, 2002). |
| al-Rasheed, Madawi. "Contesting the Saudi State: Islamic Voices from a New Generation*"* (Cambridge and New York: Cambridge University Press, 2007) |
| al-Rasheed, Madawi. "Pakistan on the Brink: The Future of America, Pakistan and Afghanistan," New York: Viking, 2012. |
| al-Rasheed, Madawi. "Taliban: Islam, Oil and the New Great Game in Central Asia," London: I.B. Tauris, 2001. |
| al-Rasheed, Madawi. "The Minaret and the Palace: Obedience at Home and Rebellion Abroad," in al-Rasheed, ed., *Kingdom without Borders.* |
| al-Shafi'i, "al-Awraq al-Zawahiri al-sirriyya" 7 parts, al-Sharq al-Awsat, 13-19 December 2002. |
| al-Suri, 'Abd al-Hamid, "Secret American documents," al-Sharq al-Awsat, November 17, 2006. http://www.ctc.usma.edu/harmony_docs.asp |
| al-Suri, Abu Mus'ab. "Afghānistān wa'l-Ṭālibān wa ma`ārik al-islām al-yawm." Kabul: al-Ghuraba Center for Islamic Studies, 1998. |
| al-Suri, Abu Mus'ab. "Da'wa al-muqawwama al-islamiyya al-'alamiyya," n.p., n.d. |
| al-Suri, Abu Mus'ab. "Mukhtasar shahadati" 'ala'l-jihad al-Jaza'ir (n.p.: 2004). |
| al-Wadi'I, Muqbil, al-mujib, Tuhfat "'ala as'ilat al-hadir wa'l-gharib" http://www.muqbel.net/files.php?file_id=5&item_index=15 |
| al-Zawahiri, Ayman. "*al-Hisad al-murr: al-Ikhwan al-Muslimin fi sittin 'aman* ("Jihad Group Editions," n.d.), http://www.ilmway.com/site/maqdis/MS_25064.html |
| al-Zawahiri, Ayman. "The Road to Jerusalem Passes through Cairo" (originally published in al-Mujahidun, April 1995), http://www.tawhed.ws/dl?i=4wwr6wa8 |

**Documents Considered by Expert**

| |
|---|
| al-Zawahiri, Ayman. Exoneration, no date, https://fas.org/irp/dni/osc/exoneration.pdf |
| al-Zawahiri, Ayman. *Fursan taht al-rayah al-nabi* ("Knights Under the Prophet's Banner") (n.p., 2001), ch. 6 ("Afghanistan: Emigration and Preparation"). |
| al-Zayyat, Montasser. "The Road to Al-Qaeda," trans. Ahmed Fekry (London: Pluto Press, 2004). |
| Ana al-Muslim forum, posting dated 22 November 2006, http://www.muslm.net/vb/archive/index.php/t-176265.html |
| Anas, 'Abdallah. "Wiladat al-afghan al-'arab*"* (London: Saqi, 2002). |
| Anas, 'Abdullah. "al-Tarbiyya al-Jihadiyya," Peshawar: Shahid 'Azzam Media Center, 1992. |
| Anas, 'Abdullah. "Wiladat al-Afghan al-'Arab," London: Dar al-Saqi, 2002 . |
| Anas, Abdullah and Tam Hussein, "To The Mountains: My Life in Jihad, from Algeria to Afghanistan." London: Hurst & Company, 2019. |
| *Anatomy of a Terrorist Attack: An In-Depth Investigation Into the 1998 Bombings of the U.S. Embassies in Kenya and Tanzania.* Matthew B. Ridgway Center for Security Studies, University of Pittsburgh, 2005. |
| Annual Report 2001-2002 (IIRO) |
| ARC statement 10, 15 October 1994 |
| ARC statement 11, 29 December 1994 |
| ARC statement 13, 12 February 1995 |
| ARC statement 16, 11 July 1995 |
| ARC statement 18, 11 August 1995 |
| ARC statement 6, 12 September 1994 |
| ARC statement 7, 16 September 1994 |
| ARC statement, 5 August 1995 |
| ASH 029021-029037 |
| ASH 039425 |
| ASH03769 |
| Ashour, Omar. "The De-Radicalization of Jihadists: Transforming Armed Islamist Movements" (London and New York: Routledge, 2009). |
| Atiyah letter to Zarqawi, https://ctc.usma.edu/harmony-program/atiyahs-letter-to-zarqawi-original-language-2/ |
| Atwan, Abdel Bari. "The Secret History of al Qaeda" |
| Aymen Zawahiri's September 28, 2009 eulogy for Baitullah Mehsud, an English translation of which is available online at www.nefafoundation.org |
| Badi, Mustafa (Abu Ibrahim al-Logari), Afghanistan: Ihtilal al-dhakira, Sana'a: 2003; http://www.zaidiah.com/content/%D8%A3%D9%81%D8%BA%D8%A7%D9%86%D8%B3%D8%AA%D8%A7%D9%86-%D8%A7%D8%AD%D8%AA%D9%84%D8%A7%D9%84-%D8%A7%D9%84%D8%B0%D8%A7%D9%83%D8%B1%D8%A9-%D9%85%D8%B5%D8%B7%D9%81%D9%89-%D8%A8%D8%A7%D8%AF%D9%8A-%D8%A3%D8%A8%D9%88-%D8%A5%D8%A8%D8%B1%D8%A7%D9%87%D9%8A%D9%85-%D8%A7%D9%84%D9%84%D9%88%D8%AC%D8%B1%D9%8A |
| Bahri interview, al-Quds al-Arabi 19 March 2005 https://pdf.alquds.co.uk/wp-content/uploads/2017/04/Alquds-2005-03-19-20.pdf |
| Bahri interview, al-Quds al-Arabi, 28 March 2005 https://pdf.alquds.co.uk/wp- |

**Documents Considered by Expert**

| |
|---|
| content/uploads/2017/04/Alquds-2005-03-28.pdf |
| Batterjee, Adel. "My ties with Bin Laden started in Jeddah," Saudi Gazette https://www.coastaldigest.com/world/50234-my-ties-with-bin-laden-started-in-jeddah-adel-batterjee |
| Bearden, Milt and James Risen. "The Main Enemy," New York: Random House, 2003. |
| Bell, J. Bowyer, "Aspects of the Dragonworld: Covert Communications and the Rebel Ecosystem," *International Journal of Intelligence and Counterintelligence* 3:1 (Spring 1989). |
| Bell, Kevin. "Yunis Khalis: The Tension between the Historiography and the Primary Sources," unpublished MA thesis: Princeton University, 2012. |
| Bergen, Peter and Paul Cruickshank. "The Unraveling: The Jihadist Revolt against bin Laden," *New Republic* (11 June 2008). |
| Bergen, Peter.  "Holy War, Inc.: Inside the Secret World of Osama Bin Laden," New York: Touchstone, 2001. |
| Bergen, Peter. "The Battle for Tora Bora," The New Republic, 240, 23/24 (30 Dec. 2009). |
| Bergen, Peter. "The Front: The Taliban-Al Qaeda Merger," The New Republic, October 19, 2009. |
| Bergen, Peter. "The Osama bin Laden I Know*: An Oral History of al Qaeda's Leader "* (New York: Free Press, 2006). |
| Berger, J.M., Beatings and Bureaucracy: The Founding Memos of al Qaeda, Intelpress 2012. |
| Berger, J.M., Mohammed Jamal Khalifa: A sourcebook http://news.intelwire.com/2007/04/mohammed-jamal-khalifa-sourcebook-vol-1.html |
| Bernsten, Gary and Ralph Pezzullo, "Jawbreaker: the Attack on Bin Laden and al-Qaeda—a Personal Account by the CIA's Field Commander," New York: Crown Publishers, 2005. |
| Bin Laden refers to his split from the Services Office in a letter found in the Abbottabad raid; "Letter on Shura," https://www.dni.gov/files/documents/ubl2017/english/Letter%20on%20Shura.pdf |
| Bin Laden, "al-Jihad wa tahdi 'aqabat," n.p., Nukhba al-'Ilam al-Jihadi, 1991, retrieved from http://www.tawhed.ws/dl?i=2110131a, accessed 3 May 2015. |
| Bin Laden, Najwa, Omar bin Laden, and Jean Sasson, "Growing Up bin Laden," New York: St. Martin's Press, 2009. |
| Binnie, Jeremy and Joanna Nathan, "The Evolving Role of Uzbek-led Fighters in Afghanistan and Pakistan," CTC Sentinel, 2, 8 (Aug. 2009). |
| Bloom, Mia M., *Dying to Kill: The Allure of Suicide Terror*, (New York: Columbia University Press, 2005). |
| Bonnefoy, Laurent. "Salafism in Yemen: A 'Saudisation'?," in al-Rasheed, ed., Kingdom without Border. |
| Bonner, Raymond. "Public Face of Terror Suspect: Low-Key Family Man." *The New York Times*, September 27, 1998 |
| Borham, Maneshka and Anurangi Singh. "Rohan Gunaratna debunked?", Sunday Observer (Sri Lanka), 26 May 2019 http://www.sundayobserver.lk/2019/05/26/news-features/rohan-gunaratna-debunked |
| Bradsher, Henry. "Afghan Communism and Soviet Intervention," Oxford and London: Oxford University Press, 1999. |
| Bradsher, Henry. "Afghanistan and the Soviet Union," Durham, NC: Duke University Press, 1985. |

8

**Documents Considered by Expert**

| |
|---|
| Brahmanyar, Mir, Afghanistan Cave Complexes 1979–2004: Mountain strongholds of the Mujahideen, Taliban & Al Qaeda, Oxford: Osprey Publishing, 2004. |
| Breininger, Eric. Mein Weg nach Jannah. May 2010, http://www.scribd.com/doc/31071994/Schaheed-Abdul-Ghaffar-al-Almani-Mein-Weg-Nach-Jannah |
| Brooke, Steven. "The Near and Far Enemy Debate," in *Fault Lines in Global Jihad.* |
| Brown, Vahid. "A First Look at the LIFG Revisions," http://www.jihadica.com/a-first-look-at-the-lifg-revisions (last accessed 22 October 2010). |
| Brown, Vahid. "Abu Ghaith and al-Qa'ida's Dissident Faction in Iran," www.jihadica.com/abu-ghaith-and-al-qaidas-dissident-faction-in-iran/ |
| Brown, Vahid. "Abu'l Walid al-Masri: A Biographical Sketch," Combating Terrorism Center, 1 Jan. 2008; http://www.ctc.usma.edu/posts/a-profile-of-abu%E2%80%99l-walid-al-masri |
| Brown, Vahid. "Abu'l-Walid is Back…with the Taliban (and not al-Qa'ida)," Jihadica.com Leah Farrall blog, www.allthingsct.wordpress.com |
| Brown, Vahid. "Al-Qa'ida and the Afghan Taliban: Diametrically Opposed?" October 21, http://www.jihadica.com/al-qa%E2%80%99ida-and-the-afghan-taliban-%E2%80%9Cdiametrically-opposed%E2%80%9D/2009 |
| Brown, Vahid. "Classical and Global Jihad: Al-Qa'ida's Franchising Frustrations," in Assaf Moghadam and Brian Fishman (eds), Fault Lines in Global Jihad: Organizational, Strategic, and Ideological Fissures, New York: Routledge, 2011. |
| Brown, Vahid. "Cracks in the Foundation: Leadership Schisms in al-Qa'ida from 1989-2006." |
| Brown, Vahid. "Foreign Fighters in Historical Perspective: The Case of Afghanistan," in Brian Fishman, ed., Bombers, Bank Accounts, and Bleedout: Al-Qa'ida's Road In and Out of Iraq (West Point, NY: Combating Terrorism Center, 2008). |
| Brown, Vahid. "The Façade of Allegiance: Bin Ladin's Dubious Pledge to Mullah Omar," CTC Sentinel, Vol. 3, No. 1 (2010) |
| Brown, Vahid. "The Salafi Emirate of Kunar between South Asia and the Arabian Peninsula." |
| Bruce, James. "Arab Veterans of the Afghan War," Jane's Intelligence Review 7:4 (1995). |
| Buddenberg, Doris and William A. Byrd (eds). "Afghanistan's Drug Industry: Structure, Functioning, Dynamics and Implications for Counter-Narcotics Policy," United Nations Office on Drugs and Crime, Nov. 2006. |
| Burgat, François and Muhammad Sbitli. "Les Salafis au Yémen . . . la Modernisation malgré tout," Chroniques Yéménites 10 (2002). http://cy.revues.org/document137.html |
| Burke, Jason. "Al Qaeda: Casting a Shadow of Terror," London: I.B. Tauris, 2003. |
| Burke, Jason. "Al-Qaeda: The True Story of Radical Islam" (London, I.B. Tauris, 2003). |
| Burke, Jason. "The 9/11 Wars," New York: Allen Lane, 2011. |
| BUR-PEC-005188 - 005191 |
| BUR-PEC-022964 - 022999 |
| BUR-PEC-033898 |
| BUR-PEC-042898 - 042903 |
| BUR-PEC-067161 - 067737 |
| BUR-PEC-084276 - 084378 |
| Burr, J. Millard and Robert O. Collins. "Revolutionary Sudan : Hasan al-Turabi and the Islamist state, 1989-2000," (Leiden: Brill, 2003). |
| Butler, Desmond. "5-Year Hunt Fails to Net Qaeda Suspect in Africa." *The New York* |

**Documents Considered by Expert**

| |
|---|
| *Times*, June 14, 2003 |
| Calvert, John, "Sayyid Qutb and the Origins of Radical Islamism," New York: Columbia University Press, 2010. |
| Carson, Johnnie, "Kenya: The Struggle Against Terrorism," in Robert Rotberg, ed., *Battling Terrorism in the Horn of Africa* (Washington, D.C.: Brookings Institution Press, 2005), 173-192. |
| Coll, Steve. "Ghost Wars: The Secret History of the CIA, Afghanistan, and Bin Laden, from the Soviet Invasion to September 10, 2001" (New York: Penguin Press, 2004). |
| Coll, Steve. "The Bin Ladens: An Arabian Family in the American Century," New York: Penguin, 2008. |
| Collins, Aukai. "My Jihad: The True Story of An American Mujahid's Amazing Journey from Usama Bin Laden's Training Camps to Counterterrorism with the FBI and CIA." Guilford, CT: Lyons Press, 2002. |
| Combating Terrorism Center, al-Qa'ida's (Mis)Adventures in the Horn of Africa, Appendix B II, available online at http://ctc.usma.edu/aq/pdf/Abu_Hafs.pdf |
| Combating Terrorism Center, *Harmony and Disharmony: Exploiting Al-Qa'ida's Organizational Vulnerabilities* (West Point, NY: Combating Terrorism Center, 2006) . |
| Combating Terrorism Center. "Militant Ideology Atlas," ed. William McCants, available online here: http://www.ctc.usma.edu/atlas/AtlasExecutiveReport.pdf |
| Conboy, Ken. "The Second Front: Inside Asia's Most Dangerous Terrorist Network*"* (Jakarta: Equinox Publishing, 2006). |
| Cragin, Kim. "Early History of al-Qa`ida." Historical Journal 51:4 (2008): 1047-1067. |
| Crile, George. "Charlie Wilson's War," New York: Grove Press, 2003. |
| Cronin, Audrey Kurth. "How Terrorism Ends: Understanding the Decline and Demise of Terrorist Campaigns*"* (Princeton, NJ: Princeton University Press, 2009). |
| CTC's Harmony reports; www.ctc.usma.edu |
| Cullison, Alan and Andrew Higgins, "Strained Alliance: Al Qaeda's Sour Days in Afghanistant," The Wall Street Jounal, August 2, 2002. |
| Cullison, Alan. "Inside Al-Qaeda's Hard Drive," The Atlantic Monthly, September, 2004, available online at: http://www.theatlantic.com/doc/200409/cullison |
| Dakhīl, Turkī 'Abdullah `Abd al-`Azīz. Kuntu fī Afghānistān: mushāhadāt wa yawmīyāt min bilād al-jihād wa'l-irhāb. Riyadh: al-`Ubaykān, 2008. |
| Davies, Hugh. "Saudis Detain Member of anti-American Terror Group." *Daily Telegraph* (UK), August 2, 1997. http://www.telegraph.co.uk/htmlContent.jhtml?html=/archive/1997/08/02/wsaud02.html |
| Davis, Anthony, "Foreign Combatants in Afghanistan," Jane's Intelligence Review 5:7 (1993). |
| Davis, Anthony. "Foreign Fighters step up activity in Afghan civil war," Jane's Intelligence Review FOCUS, 26 July 2001. |
| Davis, Anthony. "How the Taliban became a Military Force," in William Maley (ed.), Fundamentalism Reborn? Afghanistan and the Taliban, New York: NYU Press, 1998. |
| Davis, Anthony. "Pakistan's war by proxy in Afghanistan loses its deniability," Jane's Intelligence Review, 1 Oct. 1999. |
| Dawoud, Khaled. "Mohammed Atef," *The Guardian*, November 19, 2001, http://www.guardian.co.uk/waronterror/story/0,,597355,00.html |
| December 2000 "Strategy for Eliminating the Threat from the Jihadist Networks of al-Qida [sic]: Status and Prospects" https://nsarchive2.gwu.edu//NSAEBB/NSAEBB147/clarke%20attachment.pdf |

10

**Documents Considered by Expert**

| |
|---|
| Declaration of Abdulazia H. al Fahad |
| Declaration of Abdulrahman Al-Suwailem |
| Declaration of Abdulrahman Al-Suwailem - Exhibit A |
| Declaration of Mutaz Salch Abu Unuq |
| della Porta, Donatella. "Social Movements, Political Violence, and the State: A Comparative Analysis of Italy and Germany" (Cambridge: Cambridge Univesity Press, 1995). |
| Denbeaux, Mark et al., "Report on Guantanamo Detainees: A Profile of 517 Detainees Through Analysis of Department of Defence Data," *Seton Hall Public Law Research Paper no. 46*, 21 February 2006. |
| Deposition of Al-Harbi (03.26.2019) |
| Deposition of Al-Harbi (03.27.2019) |
| Deposition of Al-Harbi Errata |
| Deposition of Al-Harbi Exhibits 160 – 177 |
| Deposition of Al-Shorman (06.20.2019) |
| Deposition of Al-Shorman (06.21.2019) |
| Deposition of Al-Shorman Errata |
| Deposition of Al-Shorman Exhibits 212 – 234 |
| Deposition of Al-Turki (9.14, 2018) |
| Deposition of Al-Turki (9.15.2018) |
| Deposition of Al-Turki Errata |
| Deposition of Al-Turki Exhibits 39 – 54 |
| Deposition of Basha  (2.20.2019) |
| Deposition of Basha (2.21.2019) |
| Deposition of Basha Errata |
| Deposition of Basha Exhibits 131 – 159 |
| Deposition of Daguit (06.27.2019) |
| Deposition of Daguit Errata |
| Deposition of Daguit Exhibits 235 – 247 |
| Deposition of Gari (07.21.2019) |
| Deposition of Gari Deposition Exhibits 248 – 250 |
| Deposition of Obaid (9.17.2018) |
| Deposition of Obaid (9.18.2018) |
| Deposition of Obaid Errata |
| Deposition of Obaid Exhibits 54 - 71 |
| Deposition of Obaidi (01.21.2019) |
| Deposition of Obaidi Exhibits  74 – 84 |
| Devine, Jack and Vernon Loeb. "Good Hunting: An American Spymaster's Story" (New York: Sarah Crichton Books, 2014). |
| Devji, Faisal. "Landscapes of the Jihad: Militancy, Morality, Modernity." Ithaca, NY: Cornell University Press, 2005. |
| Devji, Faisal. "The 'Arab' in Global Militancy," in al-Rasheed, ed., Kingdom without Borders. |
| DeYoung, Karen. "Letter Gives Glimpse of al-Qaeda's Leadership", The Washington Post, October 2, 2006. |
| Diraz, 'Isam. "al-'A'idun min Afghanistan," Cairo: al-Dar al-Misriyya li'l-Nashr wa'l-I'lam, 1993. |

11

**Documents Considered by Expert**

| |
|---|
| Diraz, ʻIsam. "al-Mujāhidūn al-Afghān wa'l-Intiṣār al-Mustaḥīl." Cairo: al-Manār al-Jadīd, 1992. |
| Diraz, ʻIsam. "al-Qissat al-Damiyyah li'l-Ghazw al-Sufiyiti li-Afghanistan," Cairo: Dar al-ʻItisam, 1988. |
| Diraz, ʻIsam. "Ma'sāt al-Insān fī Afghānistān." Cairo: al-Manār al-Jadīd, 1991. |
| Diraz, ʻIsam. "Malhamat al-Mujahidin al-ʻArab fi Afghanistan," Cairo, 1989. |
| Diraz, ʻIsam. "Usama bin Ladin yarwi ma'arik Ma'sada al-Ansar al-ʻArab bi-Afghanistan," Cairo: al-Manar al-Jadid, 1991. |
| Document cited in Kohlmann  Affidavit at Footnote 10 |
| Document cited in Kohlmann Affidavit at Footnote 11 |
| Document cited in Kohlmann Affidavit at Footnote 17 |
| Document cited in Kohlmann Affidavit at Footnote 19 |
| Document cited in Kohlmann Affidavit at Footnote 31 |
| Document cited in Kohlmann Affidavit at Footnote 5 |
| Document cited in Kohlmann Affidavit at Footnote 7 |
| Document cited in Kohlmann Affidavit at Footnote 8 |
| Duhul, Salad. "Top al-Qaida Suspect Killed as US strikes Continue, say Somali Official and Witness." *Associated Press*, January 10, 2007 |
| Dyk, Jere Van. "In Afghanistan: An American Odyssey," New York: Coward-McCann, 1983. |
| Edwards, David B. "Before Taliban: Genealogies of the Afghan Jihad," Berkeley, CA: University of California Press, 2002. |
| Edwards, David B. "Heroes of the Age: Moral Fault Lines on the Afghan Frontier," Berkeley, CA: University of California Press, 1996. |
| Entitled in "A declaration of jihad against the Americans occupying the Land of the Two Holy Sanctuaries [Saudi Arabia]" full version as found in Bin Ladin's Abbottabad complex and released by the CIA, at https://www.cia.gov/library/abbottabad-compound/A4/A44A01C05D097BC6F34D6F072701C232_%D9%83%D8%AA%D8%A7%D8%A8_%D8%A7%D8%B9%D9%84%D8%A7%D9%86_%D8%A7%D9%84%D8%AC%D9%87%D8%A7%D8%AF%D8%B9%D9%84%D9%89_%D8%A7%D9%84%D8%A3%D9%85%D8%B1%D9%8A%D9%83%D9%8A%D9%8A%D9%86_%D8%A7%D9%84%D9%85%D8%AD%D8%AA%D9%84%D9%8A%D9%86_%D9%84%D8%A8%D9%84%D8%A7%D8%AF_%D8%A7%D9%84%D8%AD%D8%B1%D9%85%D9%8A%D9%86.pdf. An English translation of the complete version can be found at https://is.muni.cz/el/1423/jaro2010/MVZ203/OBL___AQ__Fatwa_1996.pdf |
| Examples of CIA reports from 1996 can be seen here: https://nsarchive2.gwu.edu/NSAEBB/NSAEBB381/ |
| Exhibit J in Case 1:03-md-01570-GBD-SN   Document 3826-6   Filed 12/01/17  Page 37 of 99, https://www.docketbird.com/court-documents/In-Re-Terrorist-Attacks-On-September-11-2001/ExhibitEX1JT4B1/nysd-1:2003-md-01570-03826-006 |
| Exhibit J in Case 1:03-md-01570-GBD-SN   Document 3826-6   Filed 12/01/17  Page 37 of 99, https://www.docketbird.com/court-documents/In-Re-Terrorist-Attacks-On-September-11-2001/ExhibitEX1JT4B1/nysd-1:2003-md-01570-03826-006 |
| Expert Report of Brian  Jenkins |
| Expert Report of Evan Kohlmann |
| Expert Report of Jonathan Winer |
| Expert Report of Matthew Levitt |

**Documents Considered by Expert**

| |
|---|
| Fandy, Mamoun. "Saudi Arabia and the Politics of Dissent*"* (New York: Palgrave, 2001). |
| Farah, "Report Says Africans Harbored Al Qaeda Terror Assets Hidden in Gem-Buying Scheme." *The Washington Post*, December 29, 2002 |
| Farah, Douglas. "Al Qaeda Cash Tied to Diamond Trade." *The Washington Post*, November 2, 2001 |
| Faraj, Ayman Sabri (Abu Ja'far al-Qandahari), "Dhikriyyat 'Arab Afghan Abu Ja'far al-Masri alQandahari," Cairo: Dar al-Shuruq, 2002. |
| Faraj, Ayman Sabri. "Dhikriyyat 'Arab Afghan Abu Ja'far al-Masri al-Qandahari*"* (Cairo: Dar al-Shuruq, 2002). |
| Fazul, 'Abdullah Muhammad, al-Harb ala'l-Islam, 2 vols. (posted to a jihadi internet forum, February 2009) . |
| FBI 302 dated 10/3/2001 |
| FBI 302 dated 11/10/96 |
| FBI 302 dated 11/10/96, of interviews conducted on 11/4 and 11/5/96 |
| FBI 302 dated 4/22/98 |
| FBI 302 dated 5/15/98 |
| FBI 302 dated 8/9/2002 |
| FED-PEC0261863 |
| Feifer, Gregory. "The Great Gamble: The Soviet War in Afghanistan," New York: HarperCollins, 2009. |
| Fenner, Lorry M., Mark E. Stout, Jessica L. Goldings, eds. "9/11, Ten years later : insights on al-Qaeda's past & future through captured records". |
| Filiu, Jean-Pierre. "Could al-Qaeda turn African in the Sahel?," *Carnegie Papers, Middle East Program*, paper no. 112 (June 2010). |
| Filiu, Jean-Pierre. "The Local and the Global Jihad of al-Qa'ida in the Islamic Maghrib," Middle East Journal, Vol. 63, No. 2 (Spring 2009). |
| Finn, Peter. "Al Qaeda Deputies Harbored by Iran," The Washington Post, August 28, 2002. |
| Firestone, Reuven. "Jihad". |
| Fishman, Brian. "The Imaginary Emir: Al-Qa'ida in Iraq's Strategic Mistake," Combating Terrorism Center at West Point, 18 July 2007, available online at https://www.hsdl.org/?view&did=479975 |
| Gannon, Kathy. "I is for Infidel," New York: Public Affairs, 2005. |
| Gerges, Fawaz. "The Far Enemy: Why Jihad Went Global" (Cambridge and New York: Cambridge University Press, 2005). |
| Ghani, Ashraf. "Afghanistan: Islam and Counterrevolutionary Movements," in John Esposito (ed.), Islam in Asia: Religion, Politics, Society, New York and Oxford: Oxford University Press, 1987. |
| Giustozzi, Antonio (ed.). "Decoding the New Taliban: Insights from the Afghan Field," New York: Columbia University Press, 2009. |
| Giustozzi, Antonio and Christoph Reuter. "The Insurgents of the Afghan North," Afghanistan Analysts Network, Apr. 2011. |
| Giustozzi, Antonio. "Koran, Kalashnikov, and Laptop: The Neo-Taliban Insurgency in Afghanistan, New York: Columbia University Press, 2008." |
| Giustozzi, Antonio. "One or Many? The Issue of the Taliban's Unity and Disunity," Pakistan Security Research Unit, Brief Number 48, 23 Apr. 2009. |

**Documents Considered by Expert**

| |
|---|
| Grau, Lester W. and Ali Ahmad Jalali. "The Campaign for the Caves: the Battles for Zhawar in the Soviet-Afghan War," Journal of Slavic Military Studies, 14, 3 (2001); http://www.globalsecurity.org/military/library/report/2001/010900-zhawar.html |
| Gul, Imtiaz. "The Most Dangerous Place: Pakistan's Lawless Frontier," New York: Viking, 2010. |
| Gutman, Roy. "How We Missed the Story" (Washington, D.C.: U.S. Institute of Peace, 2008). |
| Hafez, Mohammed. "*Jihad* after Iraq: Lessons from the Arab Afghans," *Studies in Conflict and Terrorism* 32 (2009). |
| Hafez, Mohammed. "Why Muslims Rebel*"* (Boulder, CO: Lynne Rienner Publishers, 2003). |
| Hahn, Gordon. "Russia's Islamic Threat" (New Haven, CT: Yale University Press, 2007). |
| Hamid, Mustafa (Abu'l-Walid al-Masri), "Jihad ma bayn nahrayn: Mashru' Tajikistan," n.p., 2007. |
| Hamid, Mustafa and Abu'l-Walid al-Masri. "Tharthara fawq saqf al-'alam" 6 (Salib fi sama' Qandahar) (distributed online, 2007-2009). |
| Hamid, Mustafa and Leah Farrall. "Arabs at War in Afghanistan." London: Hurst & Co., 2015. |
| Hamid, Mustafa. "Abu'l-Walid's Dialogue with Egyptian Researcher Leah Farral," http://allthingscounterterrorism.com/my-dialogue-with-abu-walid-al-masri/arabic-and-english-versions-of-abu-walids-answers-to-my-questions/english-trans-abu-walids-fifth-reponse/ |
| Hamid, Mustafa. "fi sama' Qandahar". |
| Hamid, Mustafa. "Jalaluddin Haqqani: Astura fi tarikh jihad Afghanistan (1)," al-Sumud, 45 (Feb.–Mar. 2010). |
| Hamid, Mustafa. "Ma'arik al-bawwaba al-sakhriyya, 'al-Faruq Camp, Paktia: 1995. |
| Hamid, Mustafa. "Qissat al-bay'at al-'arabiya li-amir al-mu'minin Mullah Muhammad 'Umar," no date, posted to various jihadi internet forums on 19 and 20 July 2007. |
| Hamzawy, Amr. "Between Government and Opposition: The Case of the Yemeni Congregation for Reform," *Carnegie Papers* 18 (2009). |
| Haqqani, Husain. "Pakistan: Between Mosque and Military," Washington, DC: Carnegie Endowment for International Peace, 2005. |
| Harmony Project Database. |
| Haroon, Sana. "Frontier of Faith: Islam in the Indo-Afghan Borderland," New York: Columbia University Press, 2007. |
| Hayes, Tom. "Terror chief's followers quit over plans to kill civilians, court told," Associated Press, Febraury 21, 2001. |
| Hegghammer, Thomas. "Abdallah Azzam, the Imam of Jihad," in Gilles Kepel and Jean-Pierre Milelli, eds, *Al Qaeda in its Own Words* (Cambridge, MA: Harvard University Press, 2008). |
| Hegghammer, Thomas. "Deconstructing the Myth about al-Qa'ida and Khobar". |
| Hegghammer, Thomas. "Islamist Violence and Regime Stability in Saudi Arabia," *International Affairs*, Vol. 84, No. 4 (2008). |
| Hegghammer, Thomas. "Jihad in Saudi Arabia: Violence and Pan-Islamism Since 1979" (Cambridge, UK: Cambridge University Press, 2010). |
| Hegghammer, Thomas. "Jihad, Yes, But Not Revolution: Explaining the Extraversion of Islamist Violence in Saudi Arabia," *British Journal of Middle East Studies*, Vol. 36, No. 3 (2009). |
| Hegghammer, Thomas. "Jihadi-Salafis or Revolutionaries? On Religion and Politics in the Study of Militant Islamism," in Meijer, ed., *Global Salafism.* |
| Hegghammer, Thomas. "The Caravan: Abdallah Azzam and the Rise of Global Jihad." |

14

**Documents Considered by Expert**

| |
|---|
| Cambridge and New York: Cambridge University Press, 2020. |
| Hegghammer, Thomas. "The Failure of Jihad in Saudi Arabia," Occasional Paper (West Point, NY: Combating Terrorism Center at West Point, 25 February 2010). |
| Hegghammer, Thomas. "The Ideological Hybridization of Jihadi Groups," *Current Trends in Islamist Ideology*, Vol. 9 (November 2009). |
| Hegghammer, Thomas. "The Origins of the Muslim Foreign Fighter Phenomenon". |
| Hegghammer, Thomas. "The Rise of Muslim Foreign Fighters: Islam and the Globalization of Jihad," International Security, 35, 3 (2010–11). |
| Hellmich, Christina. "Creating the Ideology of Al Qaeda: From Hypocrites to Salafi-Jihadis," Studies in Conflict and Terrorism 31:2 (2008). |
| Hijazi, Akram. "Substantial issues in Salafi jihadi thought," https://www.cia.gov/library/abbottabad-compound/50/5045629CA4185F359F7E02327B744AF9_%D9%85%D8%B3%D8%A7%D8%A6%D9%84_%D8%AC%D9%88%D9%87%D8%B1%D9%8A%D8%A9_%D9%81%D9%8A_%D9%81%D9%83%D8%B1_%D8%A7%D9%84%D8%B3%D9%84%D9%81%D9%8A%D8%A9_%D8%A7%D9%84%D8%AC%D9%87%D8%A7%D8%AF%D9%8A%D8%A9_-_%D8%AF._%D8%A3%D9%83%D8%B1%D9%85_%D8%AD%D8%AC%D8%A7%D8%B2%D9%8A.pdf |
| Hindukūshī, Abū'l-Shaqrā'. "Mudhakkarāti min Kābul ilā Baghdād." n.p., n.d., online at http://archive.org/details/fromcaboltobagdad. |
| Hirschkorn, Phil. "Elusive Al Qaeda Operative was 'Real Deal'." *CBS News*, January 10, 2007. http://www.cbsnews.com/stories/2007/01/10/world/main2347258.shtml |
| Hoare, Marko. "How Bosnia Armed*"* (London: Saqi Books, 2004). |
| Hoare, Marko. "Three Books on al-Qaeda in Bosnia," Demokratiya 13 (2008). |
| Hoare, Marko. Review article, "Three Books on al-Qaeda in Bosnia," *Demokratiya* 13 (2008). |
| http://www.dni.gov/files/documents/ubl2016/english/Respected%20Brother,%20kind%20Shaykh,%20Zamrai,%20Sahib.pdf |
| https://uia.org/. |
| https://www.thejc.com/news/uk-news/human-appeal-international-an-apology-1.45385 |
| Huband, Mark. "Warriors of the Prophet: The Struggle for Islam." Boulder, CO: Westview Press, 1999. |
| Hudhayfa 'Azzam, interview with Saad Silawi, "Liqa' Khass," *al-Arabiya*, 26 July 2005, online at https://web.archive.org/web/20070516065953/http://www.alarabiya.net/programs/2005/07/28/15351.html |
| Hughes, James. "Chechnya: From Nationalism to Jihad" (Philadelphia: University of Pennsylvania Press, 2007). |
| Human Appeal International: an apology, https://www.thejc.com/news/uk-news/human-appeal-international-an-apology-1.45385 |
| Husayn, Fu'ad, al-Zarqawi: al-jil al-thani li'l-Qa'ida (Beirut: Dar al-Khayyal, 2005) |
| Hussein, Rizwan. "Pakistan and the Emergence of Islamic Militancy in Afghanistan," Aldershot, UK: Ashgate, 2005. |
| Hyman, Anthony. "Arab Involvement in the Afghan War," Beirut Review, 7 (1994). |
| IIRO 000199 |
| IIRO 026491 – 026506 |
| IIRO 0338581, 338582, 338583, 338585, 338586, 338587, 338588 |

**Documents Considered by Expert**

| |
|---|
| IIRO 096075 |
| IIRO 096076 |
| IIRO 096108 |
| IIRO 096108 |
| IIRO 096114 |
| IIRO 111814-111815 |
| IIRO 112079 |
| IIRO 120169 |
| IIRO 129743 - 129744 |
| IIRO 14955 - 14957 |
| IIRO 149557 – 149568 |
| IIRO 168392 – 168398 |
| IIRO 26468 – 26490 |
| IIRO 277332 - 277333 |
| IIRO 277336 |
| IIRO 277786 |
| IIRO 277786 - 277787 |
| IIRO 278760 |
| IIRO 280045 |
| IIRO 280172 - 280178 |
| IIRO 280436 |
| IIRO 280442 |
| IIRO 280522 |
| IIRO 280607 - 280611 |
| IIRO 283369 |
| IIRO 283387 |
| IIRO 284220- 284223 |
| IIRO 284660 |
| IIRO 284663 |
| IIRO 284778 |
| IIRO 284811 |
| IIRO 285013 |
| IIRO 285033 |
| IIRO 287198 |
| IIRO 287341 |
| IIRO 287370 |
| IIRO 287458 - IIRO 287463 |
| IIRO 287527 - IIRO 287536 |
| IIRO 288031 |
| IIRO 35077 – IIRO 35081 |
| IIRO120164 |
| IIRO280435 |
| IIRO's Amended Answer to 1st Amended Complaint |
| International Crisis Group, "The Philippines: Running in Place in Mindanao," 16 February 2009. |
| International Crisis Group, *Counter-Terrorism in Somalia: Losing Hearts and Minds?*, Africa |

**Documents Considered by Expert**

| |
|---|
| Report No. 95 (Nairobi and Brussels: International Crisis Group, 2005). |
| International Crisis Group, *Somalia: The Tough Part is Ahead*, Africa Briefing No. 45 (Nairobi and Brussels: International Crisis Group, 2007). |
| International Crisis Group, *Somalia's Islamists*, Africa Report No. 100 (Nairobi and Brussels: International Crisis Group, 2005). |
| Interview with Robert Fisk, The Independent, 10 July 1996 https://www.independent.co.uk/30yearsoftheindependent/face-to-face-with-bin-laden-a7349176.html |
| Ismail, Sharif. "Unification in Yemen: Dynamics of Political Integration," 1978-2000 (MPhil thesis, University of Oxford, 2007). |
| Jacob N. Shapiro and David A. Siegel, "Underfunding in Terrorist Organizations," *International Studies Quarterly* 51 (2007). |
| Jacquard, Roland. *In the Name of Osama bin Laden: Global Terrorism & the Bin Laden Brotherhood*. Trans. George Holoch. Durham, N.C.: Duke University Press, 2002 |
| Jaffrelot, Christophe and Laurence Louer, eds. "Pan-Islamic Connections: Transnational Networks between South Asia and the Gulf" (Oxford and New York: Oxford University Press, 2017). |
| Jalali, Ali Ahmad and Lester W. Grau. "Afghan Guerrilla Warfare," St.Paul, MN: MBI Publishing, 2001. |
| Jenkins Expert Report |
| Jonathan Winer, Expert Report |
| JT- MWL 00482 |
| JT- MWL 00616 |
| JT-MWL 00127 |
| JT-MWL 00530 |
| JT-MWL 00645 |
| JT-MWL 00753 |
| JT-MWL 00753 |
| JT-MWL 04514 |
| JT-MWL 04515 |
| JT-MWL 04556 - 04557 |
| JT-MWL 04822 |
| JT-MWL 04833 |
| Kepel, Gilles, Jean-Pierre Milelli, eds., "Al Qaeda in its Own Words". |
| Kepel, Gilles. "Jihad: The Trail of Political Islam," trans. Anthony Roberts (Cambridge, MA: Harvard University Press, 2002). |
| Kepel, Gilles. "Muslim Extremism in Egypt: The Prophet and Pharaoh" https://www.investigativeproject.org/profile/128/gamaa-al-islamiyya-ig |
| Khan, Azmat Hayat. "Afghan Resistance and National Leadership," Central Asia (Peshawar), (1981). |
| Khan, Azmat Hayat. "Factional Organization of the Afghan Mujahideens in Peshawar," Central Asia (University of Peshawar), 14 (1984). |
| Kherchtou, L'Houssaine. (U.S. v. Usama bin Laden et al. S(7) 98 Cr. 1023, S.D.N.Y., February 22, 2001, pp. 1281-82). |
| Kohlmann Affidavit ( 2017) |

17

**Documents Considered by Expert**

| |
|---|
| Kohlmann Expert Report |
| Kohlmann, Evan. "Al-Qaida's Jihad in Europe: The Afghan-Bosnian Network" (Oxford and New York: Berg, 2004). |
| Kux, Dennis. "The United States and Pakistan, 1947–2000: Disenchanted Allies," Washington, DC: Woodrow Wilson Center Press, 2001. |
| Lacroix, Stéphane. "Awakening Islam: The Politics of Religious Dissent in Contemporary Saudi Arabia." Cambridge, MA: Harvard University Press, 2011. |
| Lahoud, Nelly. "Beware of Imitators: al-Qa`ida through the Lens of its Confidential Secretary." West Point, NY: Combating Terrorism Center at West Point, 2012. |
| Laurence R. Iannaccone and Eli Berman, "Religious extremism: The good, the bad, and the deadly," *Public Choice* 128 (2006): 109-129. |
| Lauzière, Henri. "The Making of Salafism: Islamic Reform in the Twentieth." |
| Lawrence, Bruce, ed. "Messages to the World: The Statements of Osama Bin Laden" (London: Verso, 2005). |
| Lefevre, Raphael. "Ashes of Hama: The Muslim Brotherhood in Syria" (Oxford University Press, 2013). |
| Letter by Ahmad Hasan Abu'l-Khayr, 22 August 2009, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Professor%20Mustafa%20Hamid.pdf |
| Letter dated 1 December 2003 from the Chairman of the Security Council Committee established pursuant to resolution 1267 (1999) concerning Al-Qaida and the Taliban and associated individuals and entities addressed to the President of the Security Council |
| Letter from Brother 'Atiyah to Shaykh Abi al-Zubayr https://www.dni.gov/files/documents/ubl2016/arabic/Arabic%20Letter%20from%20Brother%20'Atiyah%20to%20Shaykh%20Abi%20al-Zubayr.pdf |
| Letter from Foreign Minister to Chief of Royal Court |
| Letter from Foreign Minister to Chief of Royal Court-EN |
| Letter from Saudi Foreign Minister to MWL Secretary General |
| Letter from Saudi Foreign Minister to MWL Secretary General-EN |
| Levitt expert report |
| Li, Darryl. "Afghan Arabs, Real and Imagined." Middle East Report (2011), online at http://www.merip.org/mer/mer260/afghan-arabs-real-imagined |
| Li, Darryl. "The Universal Enemy: Jihad, Empire, and the Challenge of Solidarity." Stanford, CA: Stanford University Press, 2020. |
| Lia, Brynjar. "Architect of Global Jihad: The Life of al-Qaida Strategist Abu Mus'ab al-Suri" (New York: Columbia University Press, 2008). |
| Lia, Brynjar. "Jihadi Web Media Production: Characteristics, Trends, and Future Implications," paper presented at "Check the Web" Conference on "Monitoring, Research and Analysis of Jihadist Activities on the Internet—Ways to Deal With the Issue" in Berlin on 26 and 27 Feb 2007. |
| Linschoten, Alex Strick van and Felix Kuehn. "An Enemy We Created: The Myth of the Taliban-Al Qaeda Merger in Afghanistan." Oxford and New York: Oxford University Press, 2012. |
| Linschoten, Alex Strick van and Felix Kuehn. "Separating the Taliban from al-Qaeda: The Core of Success in Afghanistan," Center on International Cooperation, Feb. 2011. |
| Majdhūb, Muḥammad. Dhikrayāt lā tunsā ma`a al-Mujāhidīn wa'l-muhājirīn fī bākistān. |

**Documents Considered by Expert**

| |
|---|
| Medina: Nādī al-Madīna al-Munawwara al-Adabī, 1984. |
| Malet, David. "Foreign Fighters: Transnational Identity in Civil Conflicts." PhD dissertation, George Washington University, 2009. |
| Marquardt, Erich. "Al-Qaeda's Threat to Ethiopia." *Terrorism Monitor*, 3:3 (2005). |
| Martinez, Luis. "The Algerian Civil War: 1990-1998" (Paris: Editions Karthala, 1998). |
| Matinuddin, Kamal. The Taliban Phenomenon: Afghanistan 1994–1997," Karachi: Oxford University Press, 1999. |
| Mayer, Jane, "Junior: The clandestine life of America's top Al Qaeda source," *The New Yorker* (September 11, 2006). |
| McCants, Will. "Insider Analysis of Nuke Tape," https://www.jihadica.com/tag/akram-hijazi/ |
| McCants, William, et al., The Militant Ideology Atlas (West Point, NY: U.S. Military Academy, 2006). |
| McCormick, Gordon H., "Terrorist Decision Making," *Annual Review of Political Science* 6 (2003): 473-507. |
| Meijer, Roel. "Yusuf al-Uyairi and the Transnationalisation of Saudi Jihadism," in Madawi al-Rasheed, ed., *Kingdom Without Borders: Saudi Arabia's Political, Religious, and Media Frontiers* (New York: Columbia University Press, 2008). |
| Menkhaus, Ken, Somalia: State Collapse and the Threat of Terrorism (Routedge, 2004). |
| Middle East Media Research Institute dispatch no. 1785 (14 December 2007). |
| Miller, Flagg. "Al-Qa'ida as a 'pragmatic base': Contributions of area studies to sociolinguistics," Language and Communication 28 (2008). |
| Miller, Flagg. "Insights from Bin Ladin's Audiocassette Library in Kandahar," CTC Sentinel (Oct. 2011). |
| Miller, Flagg. "The Audacious Ascetic: What the Bin Laden Tapes Reveal about Al-Qa'ida," Oxford and New York: Oxford University Press, 2015. |
| Moghadam, Assaf. "Fault Lines in Global Jihad: Organizational, Strategic, and Ideological Fissures," New York: Routledge, 2011. |
| Mozhdeh,Vahid. "Afghanistan va panj sal-i sultah-i Taliban" (Tehran, 2003). |
| Mudabish, Arafat. "al-Fadli li'l-'Sharq al-Awsat': Lastu min 'al-Qa'ida," *Al-Sharq al-Awsat*, 5 February 2010. |
| Muhammad, Basil. "al-Ansar al-'Arab" (Riyadh: Lajnat al-birr al-Islamiyya, 1992). |
| Muhammad, Fazul Abdullah. "al-Harb 'ala'l-Islam," vol. 1 (2009). |
| Muhammed Salah, "Egypt Supplies United States with Information About 'Abu-Hafs,'" *Al-Hayah* , December 6, 1998; |
| Mullah Omar's message of September 19, 2009, available online at www.jihadica.com |
| Muqaddam, Muhammad, al-Afghan al-Jaza'iriyun: min al-jama'a ila'l-qa'ida (Rouiba: Mu'assasa al-wataniyya li'l-itisal wa'l-nashr wa'l-ishhar, 2002) . |
| MWL 023251 |
| MWL 023251 |
| MWL 039323 |
| MWL 039324 |
| MWL 051264 |
| MWL 051310 |
| MWL 051331 |
| MWL 051339 |

**Documents Considered by Expert**

| |
|---|
| MWL 05138 |
| MWL 051436 |
| MWL 051698 |
| MWL 052287 |
| MWL 052523 |
| MWL 052935 |
| MWL 05346-05347 |
| MWL 05350-05351 |
| MWL 05354-05355 |
| MWL 05364-05366 |
| MWL 056784 |
| MWL 058614 |
| MWL 058868 |
| MWL 059172 |
| MWL 059236 |
| MWL 059241 |
| MWL 059276 |
| MWL 059354 |
| MWL 069959-69960 |
| MWL 069961 |
| MWL 069962 |
| MWL 069963 |
| MWL 069970 |
| MWL 069984 |
| MWL 069986 |
| MWL 15878 |
| MWL007033 |
| MWLIIRO 16233-16237 |
| MWLIIRO 16243-16246 |
| MWL's Answer to First Amended Complaint and Cross Claims |
| Naji, Abu Bakr, *The Management of Savagery*, Trans. William McCants (West Point, N.Y.: Combating Terrorism Center, 2006). |
| Napoleoni, Loretta. "Insurgent Iraq: Al Zarqawi and the New Generation" (New York: Seven Stories Press, 2005). |
| Naqqāshī, Amīna, and Ḥusayn `Abd al-Rāziq. "Afghānistān al-Thawra wa'l-Muṣālaḥa." Cairo: Maktabat Madbūlī, 1988. |
| Nasiri, Omar. "Inside the Jihad." New York: Basic Books, 2006. |
| Nathan, Joanna. "Reading the Taliban," in Antonio Giustozzi (ed.), Decoding the New Taliban: Insights from the Afghan Field, New York: Columbia University Press, 2009. |
| Neighbour, Sally. "The Mother of Mohammed: An Australian Woman's Extraordinary Journey into Jihad," Melbourne: Melbourne University Press, 2009. |
| Nesser, Petter. "Chronology of Jihadism in Western Europe 1994-2007: Planned, Prepared, and Executed Terrorist Attacks," Studies in Conflict and Terrorism 31:10 (2008). |
| Nesser, Petter. "Islamist Terrorism in Europe: A History, "http://sites.google.com/site/jihadismstudiesnet/publications |

20

**Documents Considered by Expert**

| |
|---|
| Nojumi, Neamatollah, "The Rise of the Taliban in Afghanistan: Mass Mobilization, Civil War, and the Future of the Region," New York: Palgrave, 2002. |
| Non-Governmental Organizations (NGOs) in the United States FACT SHEET, https://www.state.gov/non-governmental-organizations-ngos-in-the-united-states/ |
| Non-Governmental Organizations (NGOs) in the United States.  January 20, 2017.  https://www.state.gov/non-governmental-organizations-ngos-in-the-united-states/. |
| Notin, Jean-Christophe. "La Guerre de l'ombre des Francais en Afghanistan: 1979-2011" (Paris: Fayard, 2011). |
| OBL's will, https://www.dni.gov/files/documents/ubl2016/english/In%20regard%20to%20the%20money%20that%20is%20in%20Sudan.pdf |
| Pargeter, Alison. "The New Frontiers of Jihad: Radical Islam in Europe" (Philadelphia: University of Pennsylvania Press, 2008). |
| PEC-AHIF001563 (Public-AR0258-0269) |
| PEC-KSA000965  -  000978 |
| PEC-KSA001471 - 001474 |
| PEC-KSA001475  - 001478 |
| PEC-KSA001479 - 001483 |
| PEC-KSA001558 - 001665 |
| PEC-KSA001568 - 001665 |
| PEC-KSA001646 - 001656 |
| PEC-KSA001646 - 001656 |
| PEC-KSA001750 - 001751 |
| PEC-KSA001752 - 001770 |
| PEC-KSA001779 - 001790 |
| PEC-KSA001873 -  001883 |
| PEC-KSA001884 - 001886 |
| PEC-KSA002014 - 002114 |
| PEC-KSA002115 - 002131 |
| PEC-KSA002133 – 002134 |
| PEC-KSA002144 – 002145 |
| PEC-KSA002557 - 002565 |
| PEC-KSA002652 - 002653 |
| PEC-KSA002697 - 002698 |
| PEC-KSA002701 - 002731 |
| PEC-KSA002765 – 002767 |
| PEC-KSA002768 - 002772 |
| PEC-KSA002774 - 002791 |
| PEC-KSA002996 - 003000 |
| PEC-KSA003001 - 003034 |
| PEC-KSA003057 - 003091 |
| PEC-KSA003488  - 003494 |
| PEC-KSA003495 - 003500 |
| PEC-KSA003849 - 003852 |
| PEC-WAMY015030 - 015614 |

**Documents Considered by Expert**

| |
|---|
| Peters, Gretchen. "Seeds of Terror How Heroin Is Bankrolling the Taliban and Al Qaeda," (St. Martin's Press 2009). |
| Petersen, Marie Juul. "Islamizing Aid," International Journal of Voluntary and Nonprofit Organizations, 23 March 2011. |
| Petersen, Marie Juul. "Islamizing Aid," *International Journal of Voluntary and Nonprofit Organizations,* 23 March 2011. |
| Pew Global Attitudes Project report, "Islamic Extremism: Common Concern for Muslim and Western Publics," released July 14, 2005, online at: http://pewglobal.org/reports/display.php?ReportID=248 |
| Phillips, James, "Somalia and al-Qaeda: Implications for the War on Terrorism," *Backgrounder* no. 1526 (Washington, D.C.: The Heritage Foundation, 2002) |
| Protecting Charitable Organizations, https://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-p.aspx |
| Ra'anan, Uri ed., "Hydra of Carnage: International Linkages of Terrorism*"* (Lexington, MA: Lexington Books, 1986). |
| Rahimullah Yusufzai, "An Insider's Guide to bin Laden's Shadowy Cabinet," *The Sunday Times*, September 30, 2001 |
| Raman, B., "An Analysis of United States Bombing of Terrorist Camps in Afghanistan," 4 Nov. 1998; http://www.subcontinent.com/research/sapra_documents/tr_1998_11_001_s.html |
| Rana, Mohammad Amir. "Gateway to Terrorism," London: New Millennium, 2003. |
| Rana, Mohammad Amir. "Jihad and Jihadi," Lahore: Mashal Books, 2003. |
| Rana, Muhammad Amir, and Mubasher Bukhari. "Arabs in Afghan Jihad." Lahore: Pakistan Institute for Peace Studies, 2007. |
| Rashid, Ahmed. "Slide into Anarchy," Globe and Mail, February 28, 2009. |
| Rashid, Ahmed. Taliban: Militant Islam, Oil and Fundamentalism in Central Asia (New Haven and London: Yale University Press, 2001). |
| Rassler, Don and Vahid Brown. "Fountainhead of Jihad: The Haqqani Nexus," 1973-2012. |
| Recommendations for the Mujahidin Entering Afghanistan, https://www.dni.gov/files/documents/ubl2016/english/Recommendations%20for%20the%20Mujahidin%20Entering%20Afghanistan.pdf |
| Ressa, Maria. "Seeds of Terror: An Eyewitness Account of Al-Qaeda's Newest Center of Operations in Southeast Asia" (New York: Free Press, 2003). |
| Rogan, Hanna. "Abu Reuter and the E-Jihad: Virtual Battlefronts from Iraq to the Horn of Africa," Georgetown Journal of International Affairs (Summer/Fall 2007). |
| Rogan, Hanna. "Al-Qaeda's online media strategies: From Abu Reuter to Irhabi 007," Norwegian Research Defense Establishment, 2007. |
| Rogan, Hanna. "Violent Trends in Algeria since 9/11," *CTC* Sentinel, Vol. 1, No. 12 (November 2008). |
| Rosenau, William, "Al Qa'ida Recruitment Trends in Kenya and Tanzania," *Studies in Conflict & Terrorism* 28 (2005): 1-20. |
| Rougier, Bernard. "Everyday Jihad: The Rise of Militant Islam among Palestinians in Lebanon." (Cambridge, MA: Harvard University Press, 2007). |
| Rougier, Bernard. "Le jihad en Afghanistan et l'emergence du salafisme-jihadisme," in Rougier, ed., Qu'est-ce que le Salafisme? (Paris: Presses Universitaires de France, 2008). |
| Rougier, Bernard. "Yémen 1990-94: La logique du pacte politique mise en échec," in Le Yémen contemporain, ed. R. Leveau, et al. (Paris: Karthala, 1999). |

22

**Documents Considered by Expert**

| |
|---|
| Roy, Olivier. "Islam and Resistance in Afghanistan," 2nd ed., Cambridge and New York: Cambridge University Press, 1990. |
| Rubin, Barnett. "The Fragmentation of Afghanistan," 2nd ed., New Haven and London: Yale University Press, 2002. |
| Rubin, Barry and Judith Colp Rubin, ed. *Anti-American Terrorism and the Middle East*. New York, NY: Oxford University Press, 2002 |
| Ruttig, Thomas. "Islamists, Leftists—and a Void in the Center: Afghanistan's Political Parties and where they came from (1902–2006)," n.p.: Konrad Adenauer Stiftung, 2006. |
| Ruttig, Thomas. "Loya Paktia's Insurgency," in Antonio Giustozzi (ed.), Decoding the New Taliban: Insights from the Afghan Field, New York: Columbia University Press, 2009. |
| Ruttig, Thomas. "The Haqqani Network as an Autonomous Entity," in Antonio Giustozzi (ed.), Decoding the New Taliban: Insights from the Afghan Field, New York: Columbia University Press, 2009. |
| Sageman, Marc, *Understanding Terror Networks* (Philadelphia: University of Pennsylvania Press, 2004). |
| Sahab Salafi Network, posting dated 6 July 2009, http://www.sahab.net/forums/showthread.php?t=369675 |
| Ṣalāḥ, Muḥammad. "Waqā'i` Sanawāt al-Jihād: Riḥlat al-Afghān al-`Arab." Cairo: Khulūd li'l-Nashr, 2001. |
| Scheuer, Michael. "Osama bin Laden." Oxford and New York: Oxford University Press, 2011. |
| Scheuer, Michael. "Through Our Enemies Eyes," rev. ed., Dulles, VA: Potomac Books, 2007. |
| Schwedler, Jillian. "The Islah Party in Yemen: Political Opportunities and Coalition Building in a Transnational Party," in Quintan Wiktorowicz, ed., *Islamic Activism: A Social Movement Theory Approach*, (Bloomington, IN: Indiana University Press, 2004). |
| Shapiro, Jacob N., "Organizing Terror," manuscript, Stanford University, 2006. |
| Shapiro, Jacob N., "Terrorist Organizations' Vulnerabilities and Inefficiencies: A Rational Choice Perspective" in Harold A. Trinkunas and Jeanne K. Giraldo, eds. Terrorist Financing and State Responses: A Comparative Perspective (Stanford, CA: Stanford University Press, 2007). |
| Shapiro, Jacob N., "The Terrorist's Challenge: Security, Efficiency, Control," Manuscript, Stanford University, 2006. |
| Sharaf al-Din, Nabil. "Bin Ladin, Taliban, al-Afghan al-'arab wa'l-umamiyya al-usuliyya" (Cairo: Maktabat Madbuli, 2002). |
| Shinn, David H., "Fighting Terrorism in East Africa and the Horn," *Foreign Service Journal* (September 2004). |
| Sifaoui, Mohamed, *Inside Al-Qa'ida: How I Infiltrated the World's Deadliest Terrorist Organization* (New York: Thunder's Mouth Press, 2003). |
| Silber, Mitchell D. and Arvin Bhatt, "Radicalization in the West: The Homegrown Threat," New York City Police Department Intelligence Division, 2007. |
| Sinno, Abdulkader. "Organizations at War in Afghanistan and Beyond". |
| Sixth Amended Complaint |
| SOCOM-2012-0000019, government translation. The Arabic original is at: https://www.ctc.usma.edu/wp-content/uploads/2013/10/Letter-from-UBL-to-Atiyatullah-Al-Libi-4-Original.pdf |
| Soufan, Ali. "The Black Banners: The Inside Story of 9/11 and the War Against al-Qaeda," New York: Norton, 2011. |
| Stenersen, Anne. "Al-Qaida in Afghanistan." Cambridge and New York: Cambridge University |

23

**Documents Considered by Expert**

| |
|---|
| Press, 2017. |
| Stenersen, Anne. "Blood Brothers or a Marriage of Convenience? The ideological relationship between al-Qa'ida and the Taliban," paper presented at International Studies Association convention, New York, 15-18 February 2009. |
| Sunan Abu Da'ud, kitab al-adab, no. 4992 |
| Tarrow, Sidney. "The New Transnational Activism*"* (Cambridge and New York: Cambridge University Press, 2005). |
| Tawil, Camille. "Brothers In Arms: The Story of al-Qa'ida and the Arab Jihadists" (London: Saqi, 2007). |
| Terrorist Designations Under Amended Executive Order To Modernize Sanctions To Combat Terrorism, https://www.state.gov/executive-order-13224/ |
| The Central Intelligence Agency's 9/11 File.  June 19, 2012.  https://nsarchive2.gwu.edu/NSAEBB/NSAEBB381/ |
| The FTO Designation of MEK: A "Good Will Gesture" toward Iran, https://www.delistmek.com/fto/mek-designation/ |
| The Quran |
| The Union of International Associations counts 38,395 active international NGOs, https://uia.org/ |
| Tomsen, Peter, The Wars of Afghanistan, New York: Public Affairs, 2011. |
| Tony Rizzo, "KC man linked to early al-Qaida," Kansas City Star 9 September 2006. |
| Transcript of the September 20, 2001 State of the Union Address is available at https://www.washingtonpost.com/wp-srv/nation/specials/attacked/transcripts/bushaddress_092001.html |
| Tufail, Mazhar. "Mullah Omar Orders Halt to Attacks on Pak Troops," The News, February 24, 2009. |
| Two most senior members of al-Qa'ida's military committee, were also opposed to the 9/11 plan, Al-Jazeera,  https://www.aljazeera.net/programs/today-interview/2012/10/20/%d8%a3%d8%a8%d9%88-%d8%ad%d9%81%d8%b5-%d8%a7%d9%84%d9%85%d9%88%d8%b1%d9%8a%d8%aa%d8%a7%d9%86%d9%8a-%d9%87%d8%ac%d9%85%d8%a7%d8%aa-11-%d8%b3%d8%a8%d8%aa%d9%85%d8%a8%d8%b1-%d8%ac1 |
| U.S.A. v. Enaam M. Arnaout, 02 CR 892, N.D. Ill., Government's Evidentiary Proffer Supporting the Admissibility of Coconspirator Statements, January 2003. |
| U.S.A. v. Usama Bin Laden, et al., S(7) 98 Cr. 1023 (SDNY), trial transcripts. |
| *United States* v *Bin Laden* Trial Transcript (February 22, 2001) |
| *United States v. Bin Laden, 1*16 F. Supp. 2d 489 (S.D.N.Y. 2000) |
| *United States v. Harun A Hausa*, Order 02.10.2017  (Daubert Hearing for Evan Kohlmann) |
| US v UBL, 13 February 2001 Testimony of Jamal Ahmad Muhammad al-Fadl |
| US v UBL, 20 February 2001 Testimony of Jamal Ahmad Muhammad al-Fadl |
| US v UBL, 6 February 2001 Testimony of Jamal Ahmad Muhammad al-Fadl |
| US v UBL, 7 February 2001 Testimony of Jamal Ahmad Muhammad al-Fadl |
| Vick, Karl "FBI Trails Embassy Bombing Suspect," *The Washington Post*, September 17, 1998 |
| Vick, Karl. "Assault on a U.S. Embassy: A Plot both Wide and Deep." *The Washington Post*, November 23, 1998 |
| Vidino, Lorenzo. "Al Qaeda in Europe: The New Battleground of International Jihad" (Amherst, |

**Documents Considered by Expert**

| |
|---|
| NY: Prometheus, 2006). |
| Vidino, Lorenzo. "Homegrown Jihadist Terrorism in the United States: A New and Occasional Phenomenon?" Studies in Conflict and Terrorism 32:1 (2009). |
| Wagemakers, Joas. A Quietist Jihadi: The Ideology and Influence of Abu Muhammad al-Maqdisi. Cambridge and New York: Cambridge University Press, 2012. |
| Walter Enders and Todd, "Patterns of Transnational Terrorism, 1970-1999: Alternative Time-Series Estimates" *International Studies Quarterly* 46 (2002): 145-65. |
| WAMYSA 02444 |
| WAMYSA2973 |
| Watts, Clint, Jacob Shapiro, and Vahid Brown. "Al-Qaeda's (Mis)Adventures in the Horn of Africa," https://ctc.usma.edu/al-qaidas-misadventures-in-the-horn-of-africa/ |
| Watts, Clinton, "Jihadi Seeking Challenging Martyrdom Opportunity; Will Travel," (Working Paper, Combating Terrorism Center, May 2007). |
| Weiser, Benjamin. "U.S. Charges Ex-Solider," *The New York Times*, May 20, 1999 |
| Whitlock, Craig. "The New AlQaeda Central," The Washington Post, September 9, 2007, available online at http://www.washingtonpost.com/wp-dyn/content/article/2007/09/08/AR2007090801845.html |
| Wiktorowicz, Quintan. "Framing Jihad: Intramovement Framing Contests and al-Qaeda's Struggle for Sacred Authority," *International Review of Social History*, Vol. 49 (2004). |
| Wright, Lawrence. "The Looming Tower*"* (New York: Alfred A. Knopf, 2006). |
| Yousaf, Mohammad and Mark Adkin. "The Bear Trap: Afghanistan's Untold Story," London: Leo Cooper, 1992. |
| Yusuf al-'Uyayri on Connection or relation between al-Qa'ida and ASG https://www.cia.gov/library/abbottabad-compound/23/23D830D679F77554FF01A4CA3D0B8C70_3adel.pdf |
| Zaeef, Abdul Salam, My Life with the Taliban, New York: Columbia University Press, 2010. |
| Zarate, Juan. Treasury's War: The Unleashing of a New Era of Financial Warfare." New York: PublicAffairs, 2013. |
| Zawahiri letter to Abu Mus'ab al-Zarqawi, dated 9 July 2005, available online at http://www.globalsecurity.org/security/library/report/2005/zawahiri-zarqawi-letter_9jul2005.html (last accessed 22 October 2010) |
| Zaydan, Ahmad. "The "Afghan Arabs" Media at Jihad, Islamabad: PFI, 1999. |
| Zaydan, Ahmad. "Usama 'Bin Ladin bi-la qina'' (Beirut: al-Sharaka al-'alamiyya li'l-kitab, 2003). |
| Zaynah, Abduh. "Muhammed Atif, Defendant Accused of Planning the 11 September Attacks and Al-Qa`ida Organization's Military Official," *Al-Sharq al-Awsat*, October 8, 2001. |