# EXHIBIT 19

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-----------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-----------------------------------x

August 5, 2021

9:09 a.m.


Videotaped Deposition via Zoom

of EVAN KOHLMANN, pursuant to Notice,

before Jineen Pavesi, a Registered

Professional Reporter, Registered Merit

Reporter, Certified Realtime Reporter and

Notary Public of the State of New York.

Page 2

A P P E A R A N C E S :

COZEN O'CONNOR PC
1650 Market Street, Suite 2800
One Liberty Place
Philadelphia, Pennsylvania 19103
    Attorneys for Plaintiffs
  BY:  J. SCOTT TARBUTTON, ESQ.
    scarter@cozen.com

ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
    Attorneys for Plaintiff O'Neill and
    Plaintiffs' Executive Committee
BY:  BRUCE STRONG, ESQ.
    bstrong@andersonkill.com

MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29465
    Attorneys for Attorneys for
    Plaintiffs in Burnett Case and
    Plaintiffs' Executive Committee for
    Personal Injury and Death Claims
  BY:  ROBERT T. HAEFELE, ESQ.
    rhaefele@motleyrice.com
    C. ROSS HEYL, ESQ.
    rheyl@motleyrice.com
    JODI FLOWERS, ESQ.
    jflowers@motleyrice.com
    RICHARD CASHON, ESQ.

KREINDLER & KREINDLER, LLP
750 Third Avenue
New York, New York 10017
    Attorneys for Plaintiffs' Executive
    Committee
  BY:  ANDREW J. MALONEY, III, ESQ.
    amaloney@kreindler.com

Page 3

A P P E A R A N C E S (continued):

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Avenue NW, Suite 1000
Washington, DC 20005
    Attorneys for Muslim World League and
    International Islamic Relief
    Organization, Dr. Abdullah Al Turki,
    Dr. Adnan Basha, Dr. Abdullah Al
    Obaid and Dr. Abdullah Naseef
BY:  ERIC LEWIS, ESQ.
    eric.lewis@lbkmlaw.com
    AISHA BEMBRY, ESQ.
    aisha.bembry@lbkmlaw.com
    NOUR SOUBANI, ESQ.
    nour.soubani@lbkmlaw.com
    SUMAYYA KHATIB, ESQ.
    sumayya.khatib@lbkmlaw.com
    WALEED NASSAR, ESQ.
    waleed.nassar@lbkmlaw.com

BERNABEI & KABAT PLLC
1400 16th Street NW, Suite 500
Washington, DC 20009
    Attorneys for Dr. Abdullah Al Turki,
    Dr. Adnan Basha, Dr. Abdullah Al
    Obaid and Dr. Abdullah Naseef
BY:  ALAN KABAT, ESQ.
    kabat@bernabeipllc.com

JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
    Attorneys for Dubai Islamic Bank
BY:  STEVEN T. COTTREAU, ESQ.
    scottreau@jonesday.com
    GABRIELLE PRITSKER, ESQ.
    gpritsker@jonesday.com
    AUDREY BECK, ESQ.
    abeck@jonesday.com
    ERIC SNYDER, ESQ.
    esnyder@jonesday.com

Page 4

A P P E A R A N C E S (continued):

OMAR T. MOHAMMEDI LLC
233 Broadway, Suite 820
New York, New York 10279-0815
    Attorneys for World Assembly of
    Muslim Youth
  BY:  OMAR T. MOHAMMEDI, ESQ.
    omohammedi@otmlaw.com
    JILL MANDELL, ESQ.
    jmandell@otmlaw.com

GOETZ & ECKLAND
615 First Avenue NE, Suite 425
Minneapolis, Minnesota 55413
    Attorneys for WAMY - World Assembly
    of Muslim Youth
BY:  FREDERICK GOETZ, ESQ.
    fgoetz@goetzeckland.com

SALERNO & ROTHSTEIN
221 Schultz Hill Road
Pine Plains, New York 12567
    Attorneys for Yassin Kadi
BY:  AMY ROTHSTEIN, ESQ.
    amyrothsteinlaw@gmail.com
    PETER SALERNO, ESQ.
    peter.salerno.law@gmail.com

ALSO PRESENT:
TOM DEVINE, The Video Technician
MICHAEL TOTH, Veritext Concierge Tech

Page 5

S T I P U L A T I O N S

    IT IS HEREBY STIPULATED AND AGREED by and between the Attorneys for the respective parties hereto that filing and sealing be and the same are hereby waived.

    IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question, shall be reserved to the time of the trial.

    IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed and sworn to before any notary public with the same force and effect as though signed and sworn to before this Court.

2 (Pages 2 - 5)

Page 382

KOHLMANN

other places where I've investigated the same group, you know, that's the whole point of Bayesian analysis, why would you bother continuing to hammer the nail head if you already have enough evidence to clearly point to the direction, right.

I could do that, I could do that, but I don't know that that would change my conclusion.

Again, once there is already evidence of something, what is that other stuff going to show me, I already found multiple instances where this has occurred.

Even if it is only four out of 13, that's not good, that's not good.

Again, to your point, this is not a small organization, this is not an organization that doesn't have money or doesn't have people working or doesn't have, you know, government support, this is a Saudi-backed organization, they don't have any -- they don't have that excuse.

So, like, the idea that they

Page 383

KOHLMANN

don't know what's going on, it's a big mystery, that doesn't -- that might occur in a small charity where, you know, they don't have any oversight and they have no government connection and dot dot dot, but in something like this, that doesn't make any sense to me.

Q.    But if you're in 50 countries, that's a hell of a lot of oversight you need to do, isn't it?

MR. HAEFELE:  Object to form.

A.    IIRO is one of the largest charities in the world that has tons of people working for it, it has sharp oversight, it talks about the -- Saudi Arabia talks about how much oversight it has.

Obviously there is something there that there is a disconnect, someone is not telling the truth, right.

Q.    Or someone is stealing or someone is not doing a good job, right?

MR. HAEFELE:  Objection to form.

Page 384

KOHLMANN

A.    At that scale, no, no.

At a lesser scale -- it is like election fraud, if you're going to tell me there is a certain level of election fraud, okay, okay, possible, you're telling me it is enough to change the entire nature of the election, that doesn't make any sense.

Same thing in this case.

Q.    Do you have any evidence that the fraud that was carried on by the head of the Pakistan office and chief accountant was done in order to funnel money for terrorism?

A.    That particular incident I don't.

However, I am aware of the fact that the U.S. government and U.S. Treasury Department has multiple times said that the entire IIRO network was used to fund Al Qaeda's organization.

And based on that inference, I have to say that either it was graph or it was terrorist funding, I don't know which

Page 385

KOHLMANN

one it was, but clearly it was illicit.

Q.    You talk about IIRO being Saudi-supported.

Am I correct that the IIRO would be supportive of the policies of the Kingdom of Saudi Arabia?

A.    Well, it depends what those policies are.

Q.    You are aware, are you not, that in the early-to-mid 1990s, Osama bin Laden was -- had his citizenship removed and that he had his assets in Saudi Arabia frozen, correct?

MR. HAEFELE:  Object to form.

A.    May of 1993, yes.

Q.    And in 1995 -- Osama bin Laden for his part called the Al-Saud regime an apostate regime, right?

A.    He called certain people in charge, yes, he did.

Q.    Senior officials of the Saudi government who were members of the al-Saud family?

A.    He did reference to some of

97 (Pages 382 - 385)

Page 434

KOHLMANN

killing other people, carrying out assassinations in foreign country, training people to go back and carry out assassinations in foreign country.

A lot of what they did had nothing to do with the Afghan Jihad.

Q. The Afghans were fighting each other too, the Afghan groups, that was a big problem as well?

A. Afterwards, afterwards, yes.

Q. Well, in the 1980s as well, there were seven groups and they were at each other's throats, correct?

A. True, that's a fact, that's true, yes.

Q. I would like to direct your attention to paragraph 71 in your report and which appears on page 23 of the report.

Do you have that, Mr. Kohlmann?

A. I'm looking at page 71, right.

Q. You say "Fayez Ahmad al-Shehri, one of the September 11th airline hijackers, reportedly told his father he

Page 435

KOHLMANN

was going to go to work for the IIRO and never saw his family again," and then you quote an article, note 86, "Another Saudi hijacker turns up in Tunis."

Fayez Ahmad al-Shehri was not one of the September 11th hijackers, you know that, don't you?

A. I believe so, I would have to check on the name, I have to check the source on this one, I am not sure offhand.

Q. It is a pretty serious matter to call someone a 9/11 hijacker, why don't I show you the article.

A. I have to check.

MR. LEWIS: This is document 33, which will be -- 33-A, Exhibit 1020.

( Exhibit 1020, Arab News 9/18/01, was marked for identification, as of this date.)

A. Sorry, I'm trying to --

Q. Take your time.

I will direct your attention to the last full paragraph --

A. Can you go to the next page.

Page 436

KOHLMANN

(Pause.)

(Witness perusing document.)

A. Sorry, this is supposed to be Waleed al-Shehri, it's a typo, it's supposed to be Walled al-Shehri.

Q. Well --

A. He says here, he says, "My other son, Waleed, was 21 years old and also studying at The Teacher's College. Both of al-Shehri's sons disappeared in December of last year and have not been heard from since. According to sources close to the family, both sons became very religious," dot dot dot, this, that and the other.

That's what I was referring to here, sorry, I screwed up his name.

Q. Going down to the penultimate paragraph of the article, "It's claimed that Fayez Ahmad is the son of Muhammad Fayez al-Shehri, a school principal. Muhammad al Shehri said that two years ago his son told him he was going to join the International Islamic Relief Organization.

Page 437

KOHLMANN

Since that time the only contact the family has had with him is one phone call received by his mother after Eid Al-Adha."

A. It is a mistake, it is a typo.

I put two things together here by accident, that's just a mistake, I will remove it from the report if you want.

Again --

Q. Well, you've identified someone as a September 11th hijacker who worked for IIRO and that's not true.

The September 11th hijackers, two al-Shehri brothers had no connection to IIRO, correct, that's --

A. I don't know, I don't know.

In this case, sorry, yeah, I mixed up these two paragraphs.

But, again, I don't know, he might have worked for IIRO, I have no idea.

Q. Well, this article says some other guy completely who is the son of some other guy completely worked for IIRO.

So now you're saying maybe the

110 (Pages 434 - 437)

Page 438

KOHLMANN

hijackers did, maybe they didn't, oops?

A.    Well, I'm saying I don't know --

MR. HAEFELE:  Objection, argumentative.

I am going to ask you to watch your tone just a little bit.

MR. LEWIS:  Sorry, late in the day, I apologize.

MR. HAEFELE:  Thank you.

A.    I would just repeat again what I just said; I just combined two paragraphs together, right.

Obviously I was talking about Waleed al-Shehri.

There is also a note here about someone that was working for the IIRO and then basically disappeared.

So, again, I think the reality here is that I can't confirm whether or not Waleed al-Shehri was working at IIRO and I'd be glad to say so.

But obviously someone else here, looks like the son of -- this is

Page 439

KOHLMANN

Fayez al-Shehri, this is the individual who went to join the IIRO and disappeared.

Q.    He is not a 9/11 hijacker, correct?

A.    Apparently not, that's a mistake.

Q.    You have no basis for suggesting that Waleed al-Shehri had anything to do with IIRO, pure speculation?

A.    I'd have to look into that, this was an error in my report, I'd have to remove this and then go through and figure out why.

Q.    Let's take a look at paragraph 74, "U.S. State Department cable produced as evidence in the present litigation alleging that some elements of the International Muslim Relief Organization have been exploited by terrorists and their financiers as a means of transferring assets providing organizational cover or otherwise supporting extremist operations."

Page 440

KOHLMANN

The cable itself, let's take a look at that, document 33-C, which we will mark as 1021.

( Exhibit 1021, Bates number beginning with PEC-KSA001464, was marked for identification, as of this date.)

Q.    I would like to direct, you can look at that, it is not that long, I would like to direct your attentio to paragraph 4, I will read it to you.

"While IRRO distributes millions of dollars in aid to support humanitarian efforts, there is also some evidence that parts of the organization have been exploited by Al Qaeda and other terrorist organizations."

You don't state in that paragraph that there is some evidence; what standard is some evidence, is that a legal standard, did you think that that level of some evidence is something that you should have put in your report to show the level of confidence?

MR. HAEFELE:  Objection to the

Page 441

KOHLMANN

form.

Go ahead and answer.

A.    If it was that in isolation, I might say that, but there is I believe like three different cables that refer to IIRO support of Al Qaeda and several of those cables go much farther, one of them suggests that basically all of IIRO's network was used by Al Qaeda.

There is also the cable regarding the 2006 designation of the IIRO's offices in Saudi Arabia and the comments from U.S. officials at that time explaining the facts that they've known for a long time that the organization has been up to this, not small parts of it, large parts of it.

So, you know, if you're talking about an organization as a whole as being used by Al Qaeda, you know, that doesn't sound -- that's -- this is a repeated theme throughout different U.S. government cables, the repeated theme, over years, over years.

111 (Pages 438 - 441)