# EXHIBIT 20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-------------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-------------------------------------x

April 8, 2021

9:10 a.m.


Continued Videotaped Deposition

via Zoom of MATTHEW A. LEVITT, pursuant to

Adjournment, before Jineen Pavesi, a

Registered Professional Reporter,

Registered Merit Reporter, Certified

Realtime Reporter and Notary Public of the

State of New York.

Page 188

APPEARANCES:

COZEN O'CONNOR PC
1650 Market Street, Suite 2800
One Liberty Place
Philadelphia, Pennsylvania 19103
    Attorneys for Plaintiffs
BY: J. SCOTT TARBUTTON, ESQ.
    scarter@cozen.com

COZEN O'CONNOR PC
1055 Franklin Avenue
Garden City, New York 11530-2903
    Attorneys for Plaintiffs
BY: SEAN CARTER, ESQ.
    scarter1@cozen.com

ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
    Attorneys for Plaintiff O'Neill and
    Plaintiffs' Executive Committee
BY: JERRY S. GOLDMAN, ESQ.
    jgoldman@andersonkill.com
    BRUCE STRONG, ESQ.
    bstrong@andersonkill.com

MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29465
    Attorneys for Attorneys for
    Plaintiffs in Burnett Case and
    Plaintiffs' Executive Committee for
    Personal Injury and Death Claims
    Witness
BY: ROBERT T. HAEFELE, ESQ.
    rhaefele@motleyrice.com
    C. ROSS HEYL, ESQ.
    rheyl@motleyrice.com
    JODI FLOWERS, ESQ.
    jflowers@motleyrice.com

Page 189

APPEARANCES (Continued):

KREINDLER & KREINDLER, LLP
750 Third Avenue
New York, New York 10017
    Attorneys for Plaintiffs' Executive
    Committee
BY: ANDREW J. MALONEY, III, ESQ.
    amaloney@kreindler.com

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Avenue NW, Suite 1000
Washington, DC 20005
    Attorneys for Muslim World League and
    International Islamic Relief
    Organization, Dr. Abdullah Al Turki,
    Dr. Adnan Basha, Dr. Abdullah Al
    Obaid and Dr. Abdullah Naseef
BY: ERIC LEWIS, ESQ.
    eric.lewis@lbkmlaw.com
    AISHA BEMBRY, ESQ.
    aisha.bembry@lbkmlaw.com
    KELLYANN McBRIDE, ESQ.
    kellyann.mcbride@lewisbaach.com
    NOUR SOUBANI, ESQ.
    nour.soubani@lbkmlaw.com
    SUMAYYA KHATIB, ESQ.
    sumayya.khatib@lbkmlaw.com
    WALEED NASSAR, ESQ.
    waleed.nassar@lbkmlaw.com
BERNABEI & KABAT PLLC
1400 16th Street NW, Suite 500
Washington, DC 20009
    Attorneys for Dr. Abdullah Al Turki,
    Dr. Adnan Basha, Dr. Abdullah Al
    Obaid and Dr. Abdullah Naseef
BY: ALAN KABAT, ESQ.
    kabat@bernabeipllc.com

Page 190

APPEARANCES (Continued):
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
    Attorneys for Dubai Islamic Bank
BY: STEVEN T. COTTREAU, ESQ.
    scotttreau@jonesday.com
    GABRIELLE PRITSKER, ESQ.
    gpritsker@jonesday.com
    SAHIL PATEL, ESQ.
    sahilpatel@jonesday.com
    ERIC SNYDER, ESQ.
    esnyder@jonesday.com
OMAR T. MOHAMMEDI LLC
233 Broadway, Suite 820
New York, New York 10279-0815
    Attorneys for World Assembly of
    Muslim Youth
BY: OMAR T. MOHAMMEDI, ESQ.
    omohammedi@otmlaw.com
    JOSHUA MORRISON, ESQ.
    jmorrison@otmlaw.com
GOETZ & ECKLAND
615 First Avenue NE, Suite 425
Minneapolis, Minnesota 55413
    Attorneys for WAMY - World Assembly
    of Muslim Youth
BY: FREDERICK GOETZ, ESQ.
    fgoetz@goetzeckland.com
SALERNO & ROTHSTEIN
221 Schultz Hill Road
Pine Plains, New York 12567
    Attorneys for Yassin Kadi
BY: AMY ROTHSTEIN, ESQ.
    amyrothsteinlaw@gmail.com
    PETER SALERNO, ESQ.
    peter.salerno.law@gmail.com

ALSO PRESENT:
KEN WILLIAMSON, The Video Technician
MICHAEL TOTH, Veritext Concierge Tech

Page 191

THE VIDEO TECHNICIAN: We are on the record.

The time is 9:10 Eastern Daylight Time on April 8th, 2021.

We are about to begin the -- this is media unit 1 of the video recorded deposition of Dr. Matthew A. Levitt in the matter of Terrorist Attacks on September 11, 2001, filed in the United States District Court, Southern District of New York, Index No. 03-MDL-1570 (GBD) (SN).

This is being held via Zoom conference.

My name is Ken Williamson for Veritext New York, I am the videographer; Jineen Pavesi is the court reporter, also with Veritext New York; Michael Toth is our concierge with Veritext New York.

Dr. Levitt, please be reminded that you are under oath from yesterday and at this time, counsel, you may proceed.

MATTHEW A. LEVITT, having been previously duly sworn, testified further as follows:

2 (Pages 188 - 191)

Page 424

LEVITT

But without the opportunity to take a look at this new information, all I can tell you is that I know that subsequent information has come out and I cannot therefore state under oath that the statement in the 9/11 Commission Report is the latest and most therefore accurate description of whether or not any Saudi or Saudi official funding may have gone to 9/11.

Q.    Okay, I get it; let's move on.
Your report does not include any opinion, nor does your expert rebuttal report, include any opinion that any of the 9/11 hijackers, those 19 people, ever attended any WAMY program, such opinion is not in either report, is it?

A.    Such information is not in my report.

Q.    Neither your report nor your rebuttal report include any opinion that any of the 9/11 hijackers ever attended any WAMY camp or school, would you agree with that?

Page 425

LEVITT

A.    Such information is not in my report.

Q.    Nor is there any opinion in either your report or your rebuttal report that any 9/11 hijacker ever work for WAMY anywhere at any time?

A.    Such information is not in my report.

Q.    Neither your report nor your rebuttal report include any opinion that any of the 9/11 attackers received any material support from WAMY at any time, would you agree?

MR. HAEFELE:  Objection to form.

A.    My report does not include any material about the specific financing of the 9/11 hijackers themselves, as I recall.

Q.    Similarly, there is no opinion, you don't state any opinion in your report that there is a money trail --

A.    Excuse me, let me mute that, my apologies.

Page 426

LEVITT

Q.    I will start the question again.
Neither your report nor your rebuttal report include any opinion that there is a money trail between WAMY and the terrorist attacks of 9/11, would you agree?

A.    There is nothing in my report that says that either way, it is not covered in my report.

Q.    Let's jump to your expert report at page 10, please.

A.    The initial report?

Q.    Yes.

A.    Page 10, okay, I have that.
In the third and last paragraph of that report, you reference --

A.    Sorry, are we still on page 10?

Q.    Yes.

MR. HAEFELE:  You said third and last paragraph of the report or third and last paragraph of the page?

MR. GOETZ:  I'm sorry, the page.

Page 427

LEVITT

Q.    Page 10, third and last paragraph of that page.

A.    "Consider the CIA's assessment"?

Q.    Yes.
"Indeed, in another report the CIA noted how some Al Qaeda foreign fighters went home while others traveled to other battlefronts.  'Militants who received training in Afghanistan were sent to fight Jihads, Kashmir, Chechnya, or Bosnia'."
Did that include any of the 9/11 attackers, in your view?

A.    I don't recall the specific histories of the 9/11 hijackers, which I did not include in the report.
Maybe in the 9/11 Commission Report, but this is a quote, we ended in the middle of it, but this is a quote from the CIA report.
I don't think this report, from 2004 it looks like, I don't recall if that report specifically mentioned if this

61 (Pages 424 - 427)