# EXHIBIT 22

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-   -   -

In Re:                     : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON       :
SEPTEMBER 11, 2001         :


-   -   -

September 14, 2018

-   -   -

*This Transcript Contains Confidential Material*

Videotape deposition of

DR. ABDULLAH AL TURKI, taken pursuant to

notice, was held at Dispute Resolution

Centre, 70 Fleet Street, London, EC4Y

1EU, beginning at 8:32 a.m., on the above

date, before Amanda Dee Maslynsky-Miller,

a Certified Realtime Reporter.


-   -   -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 66

be some sort of requests which requires the council, the Supreme Council, to be considered.

Q. Your affidavit reflects that you were appointed secretary general of the Muslim World League in 2000; is that correct?

A. I think towards the end of the year 2000.

Q. How long did you serve in that role?

A. Between 15 to 16 years.

Q. What is the Muslim World League?

MR. LEWIS: Object to the form of the question.

THE WITNESS: Muslim World League, it's an Islamic social international organization. As a matter of fact, it's affiliated -- it has a membership with a few United Nation organizations. For instance, you know, the financial committee and the social

Page 67

committee. And it participates in all international -- in international events, UNESCO, et cetera.

MR. SHEN: Objection to the translation. The government said it was -- the witness said it was a non-government organization.

THE INTERPRETER: Yes.

BY MR. CARTER:

Q. Is the Muslim World League a Dawah organization?

A. No, it is not a Dawah organization. It's more concerned to unify the Muslim educations or word, and in particular, to educate them about the correct Islam and how to deal among each other.

That's why more concerned to be -- or to be concerned about their mosques, centers, et cetera, and to handle their own religious affairs.

Q. In service of those objectives, does the Muslim World League

Page 68

fund or build mosques outside of Saudi Arabia?

A. Yes, we participate.

Q. In service of its objectives, does the Muslim World League deploy preachers and propagators outside of Saudi Arabia?

MR. LEWIS: Object to the form of the question.

THE WITNESS: Send them to where?

BY MR. CARTER:

Q. Does the Muslim World League pay preachers to work in Islamic centers or mosques outside of Saudi Arabia?

A. If that center, mosque, obviously, it has an agreement or is affiliated to The World League, then, yes, of course, we do pay their salaries.

MR. NASSAR: I'm going to object to the translation.

The interpreter asked the witness whether the Muslim World League pays preachers or employees

Page 69

to work in its Islamic centers or mosques instead of just does The World League pay preachers to work in Islamic centers or mosques. So the question was just preachers, not or employees.

MR. CARTER: I'll just ask the translator to re-ask the question, specifying just preachers.

THE WITNESS: Obviously, its work -- it carries out its work actually outside the Kingdom. And, therefore, those preachers affiliated to The World League, Muslim World League, then of course we pay their salaries.

But specifically we actually, when we say "preachers," we are talking about those who they educate others about Islam.

BY MR. CARTER:

Q. I've marked as Turki Exhibit-35 an English language

18 (Pages 66 to 69)

This Transcript Contains Confidential Material

Page 195

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - -

In Re:                          : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON      :
SEPTEMBER 11, 2001        :


- - -

September 15, 2018
VOLUME II

- - -

*This Transcript Contains Confidential Material*

Videotape deposition of

DR. ABDULLAH AL TURKI, taken pursuant to

notice, was held at Dispute Resolution

Centre, 70 Fleet Street, London, EC4Y 1EU

beginning at 8:38 a.m., on the above

date, before Amanda Dee Maslynsky-Miller,

a Certified Realtime Reporter.


- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 280

Indonesian branch offices of the Saudi-based International Islamic Relief Organization --

THE INTERPRETER: Which, country, sorry, the other one?

MR. CARTER: Indonesia.

BY MR. CARTER:

Q. -- for facilitating fundraising for Al Qaeda and affiliated terrorist groups. Treasury additionally designated Abd Al Hamid Sulaiman Al Mujil, the executive director of the Eastern Province branch of IRO in the Kingdom of Saudi Arabia.

Dr. Al Turki, were you serving as the chairman of the board of the International Islamic Relief Organization in August of 2006?

A. Yes. 2006, yes.

Q. Do you recall the board being notified of this action by the United States government directed at branch offices of the International Islamic Relief Organization?

Page 281

A. In Philippine and Indonesia and the Eastern District?

Q. Correct.

A. I do recall, obviously, those matters did occur and were produced. And the Relief Organization did carry out its own investigations with regard to that. And it followed with the concerned authorities in more than one place.

And then both offices were cleared. And I believe the treasury itself had cleared both offices from any wrongdoing.

MR. NASSAR: I'm going to object, real quick, to the translation. I think every instance of "obviously" that's been stated is not from the witness.

Also, there are a lot of "first of all" and "second of all" that are being added to the record that are also not from the

Page 282

witness.

So if the translator can just translate what the witness is saying, please.

THE INTERPRETER: Is it not correct?

BY MR. CARTER:

Q. Dr. Al Turki, I want to break down your response a bit and ask some specific questions.

You indicated that you do recall those matters did occur and were produced.

Do I understand that to mean that you do recall this government action being brought to the attention of the board of directors?

A. What government? Which government?

Q. Sorry. We're referring to the action by the United States government directed at the offices of the International Islamic Relief Organization in the Philippines and Indonesia.

Page 283

A. This is, obviously, concerns their -- the United States and its own investigations with regard to the offices. However, after that investigation has taken place, both offices were cleared from anything.

MR. NASSAR: Objection to the translation again. There was no "obviously" stated by the witness.

MR. CARTER: That's fine.

BY MR. CARTER:

Q. That was not my question, Dr. Al Turki. And I'm trying to get answers to the questions I'm asking.

You indicated in response to an earlier question that you recall, obviously, this event.

How did you learn about the decision by the United States Treasury Department to designate the Philippine and Indonesian branches of the International Islamic Relief Organization?

23 (Pages 280 to 283)

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:  DR. ABDULLAH AL TURKI

Dep. Date: September 14 & 15, 2018

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 11:4 | Obviously | | Interpreter Commentary Added |
| 11:7-8 | So, therefore  obviously, the accusation | the allegation | Interpreter Commentary Added |
| 17:15-16 | this document, as a matter of fact? | | Interpreter Commentary Added |
| 19:14-16 | That is in the district of Al Majma'ah, or in the province of Al Majma'ah, and Al-Majma'ah belongs to the region of  Riyadh, the capital of Saudi Arabia | That is in the province of Al Majma'ah, and Al-Majma'ah belongs to the region of Riyadh. | Interpreter Commentary Added |
| 20:3-5 | that's 8 years | 81 years, except two months | Interpreter Mistranslation |
| 20:9-10 | I would say I was born in in 1940 | Around 1940 | Interpreter Mistranslation |
| 20:19 | issues | studies | Interpreter Mistranslation |
| 20:22-24 | Then I studied in the higher education college, Judicial Higher, Education College at Riyadh | Then I studied in the Higher Judicial Institute in Riyadh, | Interpreter Mistranslation |
| 21:1-7 | Master's from that college.  And then I completed my Ph.D. at Riyadh .  And although I graduated from Al Azhar University buy my supervisor was residing in Riyadh. Then, so I completed by Ph.D. at Riyadh for Al Azhar University. | The Master's.  And I studied my Ph.D. when I was in Riyadh because my professor was present in Riyadh but the Ph.D. is from Al Azhar University.  I didn't reside in Egypt, buy my supervising professor was a professor at Al-Azhar University who was residing in Riyadh. | Interpreter Omission; Interpreter Mistranslation |

1

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 61:20-22 | It could be in writing from the secretary general, or verbally. But usually in writing. | Of course, it would come to the office and be presented to me. This is normal. | Interpreter Mistranslation |
| 62:12-16 | I might have, obviously, you know. But all the correspondence regarding the Supreme Council of Islamic affairs in a separate file because it has nothing to do with The World League. | Of course, the papers concerning the Council may have been put in a special file since it had nothing to do with the MWL, meaning it was separate. | Interpreter Mistranslation; Interpreter Commentary Added |
| 62:19-24 | I don't actually recall, you know, generally, you know, the way it was handled; but most likely in the Muslim World League. Whatever actually is there is routinely, you know, invitations for the meetings. | I mean I don't completely remember the situation, but it is most likely in the MWL Office, most likely. All that's in it are just invitations, routine aspects. | Interpreter Mistranslation; Interpreter Commentary Added |
| 63:3-7 | Obviously, the minutes will be taken and will be written after the meeting. And members might have to sign it, but it is not necessarily for the members to retain a copy for themselves. | Of course the minutes are prepared a while after the meeting and the members may sign, but the members do not necessarily keep a copy of it. | Interpreter Mistranslation; Interpreter Commentary Added |
| 64:10-13 | I don't actually recall the matter specifically. But I do recall that there was actually an organization called Al Haramain presently there. | I don't recall the matter when I was. But what I do recall is that there was an independent organization called Al Haramain. | Interpreter Mistranslation; Interpreter Commentary Added |
| 65:22-66:3 | No. I don't recall there was specific, actually, amounts or, you know, specific figures. But there might be some sort of requests which requires the council, the Supreme Council, to be considered. | No. No I don't recall there were specific amounts but there could be specific requests so the Council considers them. | Interpreter Mistranslation; Interpreter Commentary Added |
| 66:8 | I think towards the end of | Most probably, maybe at | Interpreter Mistranslation |
| 66:12 | Between | Maybe between | Interpreter Omission |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 281:4-14 | I do recall, obviously, those matters did occur and were produced. And the Relief Organization did carry out its own investigations with regard to that. And it followed with the concerned authorities in more than one place. And then both offices were cleared. And I believe the treasury itself had cleared both offices from any wrongdoing. | Yes, I remember that these matters occurred and were presented and IIRO carried out the necessary related investigations. It followed-up with the concerned authorities in more than one place and finally, the innocence of the two offices was confirmed and a declaration of innocence was issued by the same American Treasury | Interpreter Mistranslation; Interpreter Commentary Added; Interpreter Omission |
| 283:1-6 | This is, obviously, concerns their -- the United States and its own investigations with regard to the offices. However, after that investigation has taken place, both offices were cleared from anything. | This is the US Government's affair and it has the right to take its procedures but when the investigations were later conducted, the innocence of the two offices was confirmed. | Interpreter Mistranslation; Interpreter Commentary Added; Interpreter Omission |
| 284:1-6 | When those two offices were ceased, then we had followed up and we had been in contact with our own branches in those countries, and the Relief Organization has been in contact with some branches | When the offices were closed, of course IIRO follows-up on its offices and knows why they were closed because it is in contact with the countries in which the offices are located. | Interpreter Mistranslation; Interpreter Commentary Added; Interpreter Omission |
| 284:18-21 | In general, the board of directors were notified, however, the details of such action with the Relief Organization. | What I remember, in a general sense, is that matter, of course, as a general report was notified to the board of directors but IIRO has the details | Interpreter Mistranslation; Interpreter Commentary Added; Interpreter Omission |
| 284:24-285:2 | The Relief Organization in contact with some branches, they would know why those offices were ceased | The Organization, the Relief Organization, is in contact with the countries in which the office is located and it finds out from that country why it was closed. | Interpreter Mistranslation; Interpreter Commentary Added; |

39

I, Waleed Nassar, declare under penalty of perjury that the following statement is true as a matter of my personal knowledge:

I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC and co-counsel for Defendant: Dr. Abdullah Al Turki in this action. This firm has taken the lead on preparing the foregoing errata sheet, which was done under my direct supervision. With the assistance of an Arabic-speaking associate and two Arabic-speaking analysts, we reviewed the video and listened to the audio and compared the testimony to the transcript of Dr. Abdullah Al Turki's deposition. All of the foregoing corrections are based on the review process described herein.

Executed on November 8, 2018

Waleed Nassar

63