# EXHIBIT 23

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-  -  -

In Re:                    : 03-MDL-1570 (GBD)(SN)
TERRORIST ATTACKS ON      :
SEPTEMBER 11, 2001        :


-  -  -

September 18, 2018
Volume II

-  -  -

*This Transcript Contains Confidential Material*

Continued videotape

deposition of DR. ABDULLAH AL OBAID, taken

pursuant to notice, was held at Dispute

Resolution Centre, 70 Fleet Street,

London, EC4Y 1EU, beginning at 8:31 a.m.,

on the above date, before Amanda Dee

Maslynsky-Miller, a Certified Realtime

Reporter.


-  -  -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 268

of assistance to the Mujahideen you were referring to?

A.   I think the best way of assisting the Mujahideen was to get them all together trying to reach peace agreement and not to fight among each other.

But, obviously, there is no arms or any such a thing to be given to them.

MR. NASSAR:  We object to the translation.  He also said "or money."

Is that correct?

MR. LEWIS:  Arms or money?

THE INTERPRETER:  Arms or money.

MR. NASSAR:  Arms or money.

BY MR. CARTER:

Q.   It then says that in the incident of Bosnia/Herzegovina, the MWL did the same.

Was the Muslim World League engaged on some level with Mujahideen in

Page 269

Bosnia?

MR. LEWIS:  Object to the form of the question.  Lacks foundation.

THE WITNESS:  The effort of the Muslim World League is to unify -- to unify their statements in one, Muslims, Jewish, Christians.  And that's why I went for and that's what I have met up with them for.

BY MR. CARTER:

Q.   Do you know whether there were foreign fighters who traveled to Bosnia/Herzegovina to fight during the time when you were secretary general of the Muslim World League?

A.   I used to hear that.  And also I've heard that the Bosnian president or the Bosnian official, I've heard that he had banned the Arabs from entering Bosnia to participate in the fighting.  That's what I've heard.

Q.   Again, if you know, do you

Page 270

know whether the Muslim World League or the International Islamic Relief Organization had any contacts with the Arabs who went to fight in Bosnia?

A.   Muslim World League did not do anything as much.  And I rule out the IIRO did so, and I don't know anything.

MR. CARTER:  We've marked as Obaid Exhibit-68 a document that was Bates stamped MWL58734.

- - -

(Whereupon, Exhibit Obaid-68, MWL58734, was marked for identification.)

- - -

BY MR. CARTER:

Q.   And I'll give you a second, Dr. Al Obaid, to look at that.

Dr. Al Obaid, have you had a chance to read that document?

A.   Yes.

Q.   Do you recognize it?

A.   I recognize the document. But I don't know whether it was me who

Page 271

signed it, or someone else.

MR. NASSAR:  We object to the English translation.  What's written in brackets after Mujahideen where "fighters" is written in brackets in the English, it's not in the original Arabic.

THE INTERPRETER:  Can I just --

COURT REPORTER:  We need to go off the record.

- - -

(Whereupon, a brief recess was taken.)

- - -

VIDEO TECHNICIAN:  The time is now 12:41.  Back on the record.

MR. LEWIS:  Counsel, before you proceed, you had asked us to look to see whether there was anything else, other than visas and stamps, and we have done that. And we have -- there is some

29 (Pages 268 to 271)

This Transcript Contains Confidential Material

Page 308

that organization? We have nothing to do, none soever with the general policies of the state.

BY MR. LEWIS:

Q. General politics of the states?

A. Politics of the state.

MR. HAEFELE: Objection to form.

BY MR. LEWIS:

Q. And so with that understanding that you've just described to us, is that sentence in your declaration correct today, in your view?

A. That was misunderstood yesterday with a different way. What I meant by it is what I've said today.

MR. NASSAR: Objection to the translation. He first said yes, and then he said that was misunderstood.

Correct?

THE WITNESS: I agreed with you in what you have proposed.

Page 309

And if it was misunderstood yesterday, then that was corrected today in what you have proposed.

MR. HAEFELE: I object to the form of the question.

MR. MALONEY: I join.

BY MR. LEWIS:

Q. I'd like to direct your attention to Page 4 of the declaration that has been marked as Obaid Exhibit-55.

And I'd like to direct your attention to the last sentence of the incomplete paragraph on the top of the page, which is the continuation of Paragraph 12 from the previous page.

It states, Although the IIRO is a subsidiary of the Muslim World League.

Sir, what is your understanding of the meaning of subsidiary, as you used it in your declaration in Paragraph 12?

A. I didn't understand the terminology. But I'm talking about

Page 310

something to do with history. And when you refer to history, then that won't change any matter of the facts.

So when the IIRO started, formed, initiated, it was a directorate of the Muslim World League. But when the IIRO developed, the Muslim World League wrote to the state, when we initiated or mentioned that we wanted to start an organization, international organization, relief organization, at that stage, they started its own system, and they moved out from the premises of the League to Jeddah and continued to work as an international organization.

Q. To your knowledge, is there a distinction in Arabic between subsidiary and affiliate?

MR. NASSAR: Sorry. We have an objection to the translation. The witness said "as an independent international organization," not just "as an international organization."

Page 311

Is that correct?

BY MR. LEWIS:

Q. Are subsidiary and affiliate referred to by the same term in Arabic?

MR. HAEFELE: Objection. Form and foundation.

THE WITNESS: You know, if it refers to as being a membership, then that is obviously history, that's how it started.

And if it was affiliated, then that means it is an independent financially and administration, but under the umbrella of the Muslim World League.

BY MR. LEWIS:

Q. Did the Muslim World League have ownership or control over the International Islamic Relief Organization during the time that you were secretary general of the Muslim World League?

MR. HAEFELE: Object to the form.

39 (Pages 308 to 311)

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 312

THE WITNESS: The League doesn't have control. Other directorates of the League doesn't have control also.

But the general secretary, because of his job, then he's the -- the general secretary of the League, due to his job, he will be their chairperson of the board of directors.

BY MR. LEWIS:

Q. Dr. Al Obaid, I'd like to come back briefly to the issue of the issuance of passports.

Doctor, to the best of your recollection, how long is a Saudi passport issued for?

A. It depends. Sometimes for five years and sometimes for ten years.

However, currently, what I know is that the passport is valid for ten years. The diplomatic passport is valid, I think, for four or five years.

Q. Now, Doctor, when a passport

Page 313

expires, you need to apply for a new one, correct?

A. Yes.

Q. If a passport runs out of pages because the pages are filled with visas or stamps, do you need to apply for a new passport?

MR. SHEN: Objection to form.

THE WITNESS: If I was in need of to travel, yes.

BY MR. LEWIS:

Q. When you apply for a new passport, do you submit the old passport?

A. Yes, I need to submit that to them. But they will cancel it.

Q. Cancel "it" being the old passport?

A. They will cancel it, and they will return it to me. And if there were any visas in it, I need them, then I will keep that.

Q. But by which you mean visas that are still valid?

Page 314

A. Yes.

Q. And if there are no -- and if there are no valid visas in the old -- in the cancelled passport, did you have a practice as to what you would do with that passport?

A. Then in that case, I don't need it, I'll destroy it. Because I don't keep something I'm not in need of.

Q. When you received back the cancelled passport with the newly issued passport, were there markings on the passport which would indicate that the old passport was no longer valid?

MR. HAEFELE: Objection to form.

THE WITNESS: Yeah, they make holes in the passport to indicate -- that's what I know.

BY MR. LEWIS:

Q. Did there come a time when you were asked to look for cancelled passports at your home or office by counsel in this case?

Page 315

MR. HAEFELE: Objection to form.

THE INTERPRETER: Sorry, say that again.

BY MR. LEWIS:

Q. Did there come a time when you were asked by your lawyers to look for any cancelled passports that you had in your possession?

MR. HAEFELE: Same objection.

THE WITNESS: Yes.

BY MR. LEWIS:

Q. And did you conduct a search of your home and office to determine whether you had any of those passports, cancelled passports, in your possession?

MR. HAEFELE: Objection to form.

THE WITNESS: I don't need to search, because I don't keep them. That is not my responsibility.

BY MR. LEWIS:

40 (Pages 312 to 315)

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:  DR. ABDULLAH AL OBAID
Dep. Date:  September 17 & 18, 2018

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| Page 8/24 | Abudlaziz | Abdulaziz | | Transcription Correction |
| 13/11-12 | Abdullah Al Obaid | Abdullah bin Saleh Bin Obaid Al Obaid | | Interpreter Omission |
| 16/22-24 | | | "And were the Master's courses and doctorate courses you took in English?" Translated as: "in addition to the masters and ph d courses, you also took trainings in the English language?" | Interpreter Mistranslation |
| 17/4-8 | Obviously, although I studied English, but, again, that was in the very late, my age.  So I'll do -- although I read, but it's for my studies, not for anything else. | I studied the language but I am weak because it was in the very late years of my age.  Although I read, it's for my studies, not for other information. | | Interpreter Mistranslation & Omission |
| 19/2-3 | In general, yes.  But there are some terms, words, et cetera. | In general, yes.  But if there are some terms, I may not. | | Interpreter Omission; Commentary Added |
| 23/7-14 | It's the same information,  as a matter of fact, that I have stated and mentioned in the previous document.  And the first one mentioned the presidency for the two holy mosques.  And over here it's specified, giving details  about the type of agency I was working  for. | It's the same duration that I worked in and mentioned in the previous information, document.  However, the first one mentioned that it was in the presidency for the two holy mosques. And over here it's specified, giving details that it is… | | Interpreter Omission; Commentary Added |
| 23/22 | I was in the capacity of the | I worked in Makkah in the capacity of the | | Interpreter Omission |

1

| Page/Line | Change Transcript from: | Change Transcript to: | Other Issue: | Reason for Change/Other Issue |
|---|---|---|---|---|
| 265/19-24 | | | "And my question is, do I understand that in this interview you were indicating that the Muslim World League had provided all forms of assistance to the Mujahideen in Afghanistan during the Soviet period?" not translated | Interpreter Omission |
| 266/4 | interjection | introduction | | Transcription Correction |
| 266/11 | everything | has written | | Transcription Correction |
| 266/15 | to | for | | Interpreter Mistranslation |
| 267/10 | Where is "all"?  To provide | Where is "all"?  The phrase is to provide | | Interpreter Omission |
| 268/9 | arms or any such a thing to be given to | arms or money to be given to | | Interpreter Mistranslation |
| 268/24 | | | "engaged on some level" translated as "a role" | Interpreter Mistranslation |
| 269/7-8 | unify their statement in one | unify | | Clarification |
| 269/20-21 | president or the Bosnian official, I've heard that he had banned the Arabs from | president or the Bosnian official, I don't remember his name right now, banned the Arabs from | | Interpreter Omission |
| 270/7 | and I don't know anything | and I don't know about that | | Interpreter Mistranslation |
| 272/24 | sent being | being sent | | Transcription Correction |
| 273/2 | What I see in front of me, | That's what I see in front of me, | | Interpreter Omission |
| 274/6-8 | Furthermore, they haven't attached the request requiring such things with this letter. | Furthermore, they haven't attached the letter of the party that sent this request. | | Interpreter Mistranslation |
| 275/8-10 | but it's chock full of -- the document doesn't carry any signature. | but it's short of a signature and authentication | | Interpreter Omission; Transcription Correction |
| 277/17-18 | finances and administration | financial and administrative affairs | | Interpreter Omission |

I, Waleed Nassar, declare under penalty of perjury that the following statement is true as a matter of my personal knowledge:

I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC and co-counsel for Defendant: Dr. Abdullah Al Obaid in this action. This firm has taken the lead on preparing the foregoing errata sheet, which was done under my direct supervision. With the assistance of an Arabic-speaking associate and two Arabic-speaking analysts, we reviewed the video and listened to the audio and compared the testimony to the transcript of Dr. Abdullah Al Obaid's deposition. All of the foregoing corrections are based on the review process described herein.

Executed on November 8, 2018          _____

Waleed Nassar