# EXHIBIT 24

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ) 03-MDL-1570 (GBD) (SN)

ON SEPTEMBER 11, 2001 )

)

—— —— ——

Thursday, June 27, 2019

—— —— ——

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

—— —— ——

Videotaped Deposition of ABDULHADI T. DAGUIT, held at 1 Raffles Drive, Makati Avenue, Makati City, Manila, Philippines, commencing at 6:01 p.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

—— —— ——

GOLKOW LITIGATION SERVICES

877.370.DEPS | fax 917.591.5672

deps@golkow.com

Page 6

name is Sean Carter. And I am a lawyer for plaintiffs in a lawsuit involving the terrorist attacks of September 11, 2001. We are here today to take your sworn testimony in relation to those lawsuits. Two of the defendants in those lawsuits are the Muslim World League and the International Islamic Relief Organization, and we will be discussing those entities over the course of today.

Before we begin, have you ever given a deposition before?

A. Yeah, I signed a document stating therein that there is a deposition.

Q. Have you ever given testimony in a setting like this with an attorney asking you questions?

A. No. This is the first time.

Q. Let me go over a few procedures before we begin.

The court reporter sitting near you will be taking down both my questions and your answers. And to help her do that, it's very important that you wait until I finish

Page 7

asking my question before you begin to answer and then I wait until you complete your answer before I begin asking another question.

In addition, it will be helpful for her if we both speak clearly and enunciate our words so she can take everything down.

If at any point over the course of today you feel that you need a break, please just let us know and we will accommodate you. Before we begin, do you have any questions about the procedure?

A. No. No.

Q. Can you please tell me your full name?

A. Abdulhadi Daguit.

Q. And Mr. Daguit, what is your date of birth?

A. April 15, 1964.

Q. And where were you born?

A. I born in Maguindanao, one of the provinces in the southern Philippines.

Q. And are you presently a citizen

Page 8

of the Philippines?

A. Yes.

Q. Are you a citizen of any other country?

A. No.

Q. Have you ever been a citizen of any other country?

A. Never.

Q. Have you lived in the Philippines your entire life?

A. Yes.

Q. Have you ever lived outside of the Philippines?

A. For quite sometime when my studies -- when -- during my studies.

Q. And during your studies, where outside of the Philippines did you live?

A. In Riyadh, Saudi Arabia.

Q. And how long did you live in Riyadh while you were studying?

A. More than three months.

Q. Was it less than a year?

A. I cannot recall the year, because it -- I cannot recall the year.

Page 9

Q. And other than the time that you lived in Riyadh during your studies, have you ever lived anywhere else outside of the Philippines?

A. No.

Q. And, Mr. Daguit, what is your current profession?

A. I am now an employee under the office of the commission of the Philippines.

Q. I'm sorry, can you repeat? The office of the...

A. I am a commissioner in National Commission on Muslim Filipinos.

Q. Is that a governmental commission?

A. Yes.

Q. And was that formed by the government of the Philippines?

A. Yes. It is under the Office of the Republic of the President of the Republic of the Philippines.

Q. And what is the role of the commission?

A. This commission is mandated to

Page 10

oversee the welfare of the Muslims in the Philippines.

Q. When were you appointed to the commission?

A. Last March 2016.

Q. Do you know when the commission was established?

A. Pardon?

Q. Do you know in what year the commission was created?

A. I cannot recall.

Q. Does the commission produce reports?

A. Yes, to the office of the president.

Q. And are those reports public documents?

A. Yes.

MR. CARTER: Ask the court reporter to mark as Daguit 235 a copy of your resumé that you provided, and that is in tab 61 in the materials we provided to the court reporter.

(Daguit Deposition Exhibit 235,

Page 11

Resume of Professor Abdulhadi T. Daguit, was marked for identification.)

Q. (BY MR. CARTER) Mr. Daguit, is that a copy of your resumé?

A. Yes.

Q. And did you prepare that resumé yourself?

A. Yes.

Q. I'd like to ask you just a few questions.

Within the section on your Educational Attainment, there is a reference to a diploma in Arabic teaching for non-Arabic teachers from King Saud University. Do you see that?

A. Yes. Yes.

Q. And do I understand from that that in 1983 you were involved in studies at King Saud in Riyadh?

A. Yes. That is the time I stayed in Riyadh, Saudi Arabia.

Q. How did it come to be that you went to study in Saudi Arabia at that time?

Page 12

A. Pardon?

Q. How did it come about that you went to Saudi Arabia to study in the early 1980s?

A. I applied for a scholarship grant to the university.

Q. And did they in fact give you the scholarship?

A. Yeah, they granted me for a three-month scholarship.

Q. And do you know who provided the funds for that scholarship?

A. I don't know.

Q. Prior to that, had you pursued any studies in Arabic language?

A. Yes.

Q. And the studies in Saudi Arabia, were they focused solely on Arabic?

A. Yeah, on the teaching Arabic language to the non-speakers of Arabic.

Q. So was this a course of study to enable you to teach Arabic to non-Arabic speakers?

Page 13

A. Yes.

Q. Did you in fact pursue that course and teach Arabic to non Arabic speakers later in your life?

A. Yes.

Q. During what time period?

A. I cannot recall.

Q. During the time that you were studying in Saudi Arabia, were you familiar with the conflict that was ongoing in Afghanistan involving the Russian occupation?

A. No.

Q. Do you recall hearing anyone speak about the conflict in Afghanistan while you were at the university in Saudi Arabia?

A. In newspapers I read some, yes. In the newspapers.

Q. What about within the student population? Did you hear students speaking about it?

A. No.

Q. In the newspapers or elsewhere, did you see any information about Muslims from outside of Afghanistan traveling to

This Transcript Contains Confidential Material

Page 22

A. Pardon?

Q. You met Mohammed Jamal Khalifa -- let me just try to get it clear.

A. Yes.

Q. You met Mohammed Jamal Khalifa for the first time after you were hired; correct?

A. Yes.

Q. And the first time you met him was in the offices of the International Islamic Relief Organization; correct?

A. Yes, in Manila.

Q. And during that time period, was Mohammed Jamal Khalifa living in the Philippines?

A. As far as I know, yes.

Q. And do you recall whether he left the Philippines at some point in time?

A. I cannot recall when he left the Philippines.

Q. But are you aware that he did in fact leave the Philippines at some point?

A. Yes. As far as I know, he leaves in the Philippines.

Page 23

Q. During the period between 1993 and 1995, did you have dealings with Mohammed Jamal Khalifa in relation to your work for the International Islamic Relief Organization?

A. In 1993, yes, but after 1993, no.

Q. And why did you no longer have dealings with Mohammed Jamal Khalifa after 1993?

A. Because he's no longer coming to the office.

Q. During the period of 19 -- in 1993 when you had dealings with him, did you discuss with him his background at all?

A. Pardon?

Q. Did you ever discuss Mohammed Jamal Khalifa's background with him?

A. No.

Q. Did he ever share with you that he had participated in the fighting against the Russians in Afghanistan?

A. No.

Q. Did he ever share with you that

Page 24

he was related by marriage to Osama bin Laden?

A. No.

Q. Were you aware that Mohammed Jamal Khalifa was a Saudi?

A. Pardon?

Q. Were you aware that Mohammed Jamal Khalifa was a Saudi?

A. Yes.

Q. And when you spoke with him, did you typically speak with him in Arabic?

A. Yes.

Q. Did you ever have any conversations with him about his education?

A. No.

Q. Did you ever have any conversations with him about any foreign conflicts in the Philippines?

A. No.

Q. We're going to be speaking today about events and activities occurring in the Philippines. And I think it would be helpful just to touch on a few geographical points.

Page 25

As I understand it, the Philippines is an archipelago or a collection of several islands; is that correct?

A. Yes, yes.

Q. And is the capital of the Philippines Manila?

A. Yes.

Q. And is Manila located in one of the northern islands of the Philippines?

A. Yes. It is located in the Luzon group of islands.

Q. And that's in the north of the Philippines; correct?

A. Yes, yes.

Q. And throughout the time that you worked for the International Islamic Relief Organization, was the office that you worked in located in Manila?

A. Yes.

Q. And did you ever work in any IIRO office located anywhere else in the Philippines?

A. Sometimes in Cotabato City, because -- yeah, in Cotabato City.

Page 26

Q.   During the time period that you worked for the International Islamic Relief Organization, where did it have offices in the Philippines?

A.   They have offices in Cotabato City, satellite office in Zamboanga City, Marawi City and Davao cities.

Q.   You mentioned Zamboanga City. Is that located in the Mindanao Island area?

A.   Yes, yes, in the southern Philippines.

Q.   And is there an island in the south called Tawi-Tawi?

A.   Yes, it is part of the Zamboanga archipelago.

Q.   And did the International Islamic Relief Organization have an office in Tawi-Tawi?

A.   Our office is in Zamboanga City, but, of course, Tawi-Tawi is part of the archipelago.  The office in Zamboanga City supervising the programs of the office in Tawi-Tawi.

Q.   Was there a physical office in

Page 27

Tawi-Tawi?

A.   No.

Q.   But there were International Islamic Relief Organization activities in Tawi-Tawi; correct?

A.   Yes, yes.

Q.   And those were supervised from the IIRO office in Zamboanga; correct?

A.   Pardon?

Q.   The activities in Tawi-Tawi were supervised by the office in Zamboanga?

A.   Yes.

Q.   And did the office in Manila have the responsibility for supervising all of the activities in the Philippines?

A.   Yes.  Those offices are satellite offices, under the Philippine office of the IIRO.

Q.   And as the chief of the social services and orphanage division of the IIRO, were you responsible for overseeing the social services and orphanage programs of the IIRO throughout the Philippines?

A.   Yes.

Page 28

Q.   And you held that position throughout the period of 1993 through 2006; correct?

A.   Yes.

Q.   When Mohammed Jamal Khalifa stopped coming to the IIRO office after 1993, did he remain involved in the IIRO's activities in the Philippines?

A.   In the Philippines, as far as I know, no.  He -- he is not involved.

Q.   You said in the Philippines. Was he involved in the IIRO's activities somewhere else after 1993?

A.   I don't know.

Q.   When Mohammed Jamal Khalifa left, who took over the director role of the IIRO's office in the Philippines?

A.   I cannot recall the names.

Q.   When is the last time you recall having any communication with Mohammed Jamal Khalifa?

A.   I cannot recall.

Q.   Do you recall Mohammed Jamal Khalifa ever advocating that Muslims in the

Page 29

Philippines should engage in armed jihad?

A.   No.

Q.   Do you recall Mohammed Jamal Khalifa ever discussing issues relating to armed jihad during the time you knew him?

A.   No.

Q.   Do you know any of the details concerning how the IIRO office in the Philippines was established?

A.   I cannot -- I cannot recall.

Q.   Do you know approximately when the office was opened?

A.   It was opened in 1980s, but I cannot recall the exact year and date.

Q.   Do you know who opened that office?

A.   I don't know.

Q.   Do you know whether Mohammed Jamal Khalifa was the first director of the office?

A.   Yes, I know.  As far as I know, yes, he is the first director of the office.

Q.   At any point have you received information that Muslims in the Philippines

This Transcript Contains Confidential Material

Page 30

had traveled to Afghanistan to fight against the Russian occupation in the 1980s?

A.    I read some of it in the newspapers, but I don't have -- only in the newspapers.

Q.    You've never met any Filipino Muslims who went to Afghanistan for that purpose?

A.    Yes.

Q.    You've never traveled to Afghanistan, have you?

A.    Yes.  Never.

Q.    What about Pakistan?

A.    Partial.  I travel only Saudi Arabia.

Q.    So am I correct that you're unaware of any role Mohammed Jamal Khalifa had in recruiting Filipino Muslims to come to Afghanistan to fight against the Russians in the '80s?

A.    Yes, I am not aware.

Q.    Just in very general terms, can you describe for me the types of activities the International Islamic Relief Organization

Page 31

carried out in the Philippines during the period from 1993 to 2001?

A.    In the Philippines, the IIRO has different programs.  They have social services.  They have health services.  They have educational services and relief services.

Q.    And as part of its activities in the Philippines did the IIRO support orphanages?

A.    I don't know.  I cannot recall.

Q.    You were the head of the orphanage division of the IIRO for 13 years; correct?

A.    Yes.

Q.    And despite holding that title for 13 years, you don't know whether or not the IIRO supported any orphanages in the Philippines?

A.    I cannot recall.

Q.    Well, do you recall whether or not the IIRO provided financial support to orphans during that time period?

A.    Orphans, yes.  That is part of

Page 32

the programs under the Social Services Division.

Q.    Did the program supporting orphans in the Philippines fall under your supervision?

A.    For the orphans, yes.

Q.    You also mentioned that the IIRO carried out educational activities.  What kind of educational activities did it conduct in the Philippines?

A.    By granting many, many scholarships, scholarship grants to the Filipino deserving students.

Q.    Did the IIRO operate any educational facilities in the Philippines?

A.    Yes.  I remember one.

Q.    What was the one you remember?

A.    This is Islamic Institute of the Philippines.  Located in Zamboanga City.

Q.    So that was located in the south?

A.    Yeah, this is in Zamboanga City.  Actually, the IIRO is not the -- the one building it, but the IIRO

Page 33

providing assistance by form of the salaries of the teachers, because the schools is under the -- the schools is registered under the government of the Philippines, Department of Education of the Philippines.

Q.    And when was that school established?

A.    I cannot recall.

Q.    Do you know who provided the funding to establish that school?

A.    I can -- I don't know.

Q.    What group of students does it service in terms of their level of education?

A.    The level of education in the institute?

Q.    Yes.

A.    High school.

Q.    And if I understand your testimony, the IIRO supported salaries of instructors at the institute?

A.    Pardon?

Q.    Did the IIRO provide funding for the salaries of teachers at the institute?

This Transcript Contains Confidential Material

Page 46

But the control of the IIRO to this school is, as I said, providing salaries to the teachers.

Q. And in the next paragraph it talks about the field of social services and says that the IIRO adopted orphans and started the construction of orphanages.

Do you see that?

A. Yes.

Q. Now, do you -- we spoke earlier and you indicated you were not sure whether the IIRO operated orphanages in the Philippines. Do you know what this text is referring to when it discusses the construction of orphanages?

A. These orphanages is found in the Cotabato City; Sultan Kudarat, Maguindanao; and one in Zamboanga City.

Q. What was the IIRO's relationship to those orphanages you just mentioned?

A. It is not the IIRO who established this -- who built this orphanages. It is the people in the area.

Page 47

But as far as I know, IIRO extends some financial assistances to complete the building of the -- to complete the building, because the people exhausted their efforts to finish the building, but they cannot.

Q. If you can, turn your attention to pages 8443 and 8444.

And on 8443, it says that the Social Services Division is maintaining three orphanage centers.

A. Yes.

Q. Do you see that?

A. Yes. Yes.

Q. And the three orphanages referred to are Dar Al Khansa Lil Yateemah'At, Dar Jabir Bin Abdullah, and Dar Al Imam Al Safi'e; correct?

A. Yes.

Q. And is it your recollection that the IIRO was maintaining those three orphanages during this time period?

A. Maintaining by means of giving them support for the education of the orphans that reside at -- residing in these

Page 48

orphanages.

Q. And as the director of Social Services, did you visit each of those three facilities?

A. Yes.

Q. How frequently would you visit those orphanages during the time that you were the director of Social Services?

A. Pardon?

Q. Were all three of those operating throughout the time that you were director of Social Services?

A. Yes.

Q. And, you know, in general, how frequently would you visit each of them in your role as director of Social Services?

A. Every three months.

Q. And when you visited them, would you generate any kind of report relating to your visit?

A. Yes.

Q. And where would you send that report?

A. The report -- the report to be

Page 49

sent to our headquarter in Jeddah, Saudi Arabia.

Q. And did the Philippine office send regular reports to the headquarter in Saudi Arabia?

A. Reports to -- reports for these orphanages, yes, every three months. Every three months, yes.

Q. And would that have been true throughout the period from 1993 through 2001?

A. Pardon?

Q. And would that have been true throughout the period from 1993 through 2001?

A. Yes.

Q. And did the office in the Philippines send any other regular reports to the headquarters in Saudi Arabia that you know of?

A. I don't know the other divisions; but for my division, for the social services, I can say yes.

Q. And what information would be contained in the reports you sent every three months?

Page 50

A.    About the situations in the orphanage centers, the whereabouts of the orphans, their health, their education, and condition.

Q.    Did the office in Saudi Arabia meet to approve funding requests for the orphanages?

A.    The funding came from them. That's why we are sending reports, because of the -- I don't -- of the funds that will be given from them.

Q.    So the money to support the programs in the Philippines would be sent from Saudi Arabia; correct?

A.    Pardon?

Q.    The money to support the programs in the Philippines would be sent from IIRO in Saudi Arabia; correct?

A.    Yes, from the head office of the IIRO in Saudi Arabia.

Q.    And was the amount of money that was requested and approved based on the information you provided concerning the needs?

Page 51

A.    Yes.

Q.    And so, for example, would you include information concerning to -- concerning the number of orphans who were being supported in support of a request for funding?

A.    Of course.  Yes.

Q.    And based on the information you provided concerning the number of orphans, the head office would then send the funding to you?

A.    Will send the funding, yes, from the head office to the account of the -- not directly to the account of the office in the Philippines.  To the bank account of the office in the Philippines.

Q.    And then the funds would be distributed locally in the Philippines by the IIRO office --

A.    Yes.

Q.    -- correct?

A.    Yes.  Yes.

Q.    And in terms of supporting orphans, would the orphans receive cash to

Page 52

support their livelihood?

A.    No.  Those are -- those orphanages do not receive cash, because the office is providing them foods, providing them clothes, and providing them educational support; sending them to the schools nearby the center.

Q.    So the IIRO would use the money sent from the headquarters to buy clothes and food and then distribute those items to the orphans?

A.    Pardon?

Q.    As I understand what you just said, the IIRO in Saudi Arabia would send money for the orphans that the IIRO in the Philippines would use to buy food, clothes, and other material needs for the orphans; correct?

A.    Yes.  Yes.

Q.    And there was no sort of monetary cash allocation made to orphans or their representatives?

A.    For the orphans in the centers, no monetary cash except for those money that

Page 53

will be given to them before they go to school.  For example, we give them ten pisos for their snacks when they are in the schools.

Q.    Was the IIRO supporting orphans who were not resident in the orphanages?

A.    We have orphans and their families.

Q.    And would any financial support be given to those orphans or their families in cash?

A.    Yes, we are giving them assistances to support their studies.

Q.    Was the Social Services Division also responsible for any sort of special disaster relief?

A.    Pardon?

Q.    Did the IIRO in the Philippines also at times provide disaster relief?

A.    Relief services?

Q.    Yes.  Disaster relief.  For instance, if there were an earthquake or some natural event, did the IIRO -- it did provide disaster relief?

This Transcript Contains Confidential Material

Page 54

A.   Yes.  Yes.

Q.   And did that activity fall under your supervision?

A.   The distributor of the relief, sometimes -- the distribution of relief, yes, I am supervising it.  By composing a committee to distribute the relief to the victims of any calamities.

Q.   And so in the event that there were a calamity, was the system essentially the same, that you'd gather information locally, provide it to the IIRO in Saudi Arabia with a funding request, and they would then send funds for you to provide disaster relief?

A.   When the -- when the calamity struck in the Philippines -- yeah, in the Philippines, we initially go to the place, get some reports on the damages, the extent of the damages of that calamity.  Then we will send the report to our head office in Saudi Arabia, asking from them funding for our relief -- for assistance, relief assistances to be given to those victims.

Page 55

Q.   And then the distribution of that relief would be handled by the IIRO-Philippines; correct?

A.   Yeah.  IIRO-Philippines is part of the committee to distribute the relief goods.

Q.   Turning back to the document, and in particular page 8444, and the section that discusses Dar Al Imam Al Safi'e?

A.   Yes.

Q.   I understand from your earlier testimony that you did in fact visit that facility; correct?

A.   Yeah.  Dar Al Imam Al Safi'e, yes.

Q.   And am I correct you would have visited that about every three months throughout the time you were serving as the director of Social Services?

A.   Yes.

Q.   And it was located in Zamboanga City in Mindanao; correct?

A.   Yes, it is located in Zamboanga City.

Page 56

Q.   And in terms of the facility itself, was there a physical orphanage to house orphans at that site?

A.   In the orphanages, yes.  They are housed in the center.

Q.   And did that center have an educational building?

A.   The educational building is -- they don't have specific educational building because it is a -- it is a house for the orphans; but for the education of the orphans, the money they -- the center send them to the schools nearby the center.

Q.   Do you know whether there was a school for Muslim men also called Dar Al Imam Al Safi'e?

A.   Pardon?

Q.   Do you know whether there was a school for adult men, an Islamic school, also named Dar Al Imam Al Safi'e?

A.   In Zamboanga, as far as I know, there is none.

Q.   What about somewhere else?

A.   I -- because schools are --

Page 57

almost scattered in the, especially in the Muslim areas.  So there are so many schools, madrassas, madrassa, called that name, Imam Safi'e, and other names.

Q.   The -- you referred to Imam Safi'e.  Is that someone of historical significance?

A.   Imam Safi'e here is the orphanage center in Zamboanga City.

Q.   Yeah, but I'm asking you, is the orphanage center named after a person, Imam Safi'e?

A.   Yeah.  There is an imam in the -- in that area.  His name is Safi'e.  So when he died, they called the center after his name.  They call him Imam Safi'e.

Q.   Do you know whether Mohammed Jamal Khalifa established a school in the Philippines for adult men called Dar Al Imam Al Safi'e?

A.   I cannot recall.

Q.   Did you ever encounter an individual named Noor Umog?

A.   Pardon?

This Transcript Contains Confidential Material

Page 58

Q.    Did you ever encounter an individual named Noor Umog?

A.    Noor Umog? I cannot recall.

Q.    Was there a particular office in Saudi Arabia other than the headquarters that supported IIRO activities in the Philippines?

A.    I don't know.

Pardon?

Pardon?

Q.    Was there an office -- was there an IIRO office in Saudi Arabia other than the headquarters that had a role in supporting IIRO activities in the Philippines?

A.    As far as I know, in Saudi Arabia there are so many regional offices for the IIRO, for the IIRO in Jeddah so they have divisional office in Jeddah. And Jeddah -- in Jeddah, in Riyadh, in other regional territorial region of the Saudi government -- of the Saudi -- the Saudi Arabia.

Q.    Were you aware that there were

Page 59

IIRO offices in the Eastern Province of Saudi Arabia?

A.    Yes.

Q.    And during the time that you worked for the IIRO, did you have any direct dealings with people in the Eastern Province offices?

A.    I cannot recall.

MR. CARTER:  I would like the court reporter to show you a document that was previously marked as Basha 133, and it is at tab 21.

Q.    (BY MR. CARTER)  Mr. Daguit --

MR. NASSAR:  One second, John.

MR. CARTER:  I've just had the --

Oh, go ahead.

Q.    (BY MR. CARTER)  Mr. Daguit, I'd just like you to look at --

So first of all, do you recognize this document?

A.    Yes.

Q.    And what is it?

A.    It is a logo of the -- it is an

Page 60

annual report, 1998.

Q.    Okay.  And during the period 1997, 1998, you were serving as the director of Social Services for the IIRO in the Philippines; correct?

A.    Yes.

Q.    Okay. Just ask you to turn your attention to page 37 of the report, which is at IIRO 204, and in particular to the section under the heading The Philippines.

Let me know when you've found that.

A.    Yes.

Q.    And is that a summary of the IIRO's activities in the Philippines for the relevant time period?

A.    I don't know if this is a summary, but it seems that this report was prepared in Jeddah.  So I don't have any details of those reports sent to them.  But according to this paper, this is the summary of the Philippine office.

Q.    Okay.  So it's your

Page 61

understanding that this report would have been prepared in Jeddah based on information available to the people in Jeddah; correct?

A.    Yeah.  This is Jeddah. IIRO-Saudi Arabia.

Q.    But as a general matter, the IIRO in Saudi Arabia did receive reports from you relating to the social service programs in the Philippines; correct?

A.    Yes.

From the Philippine office, yes.

Q.    And at bullet point No. 1, it says that among the IIRO's activities in the Philippines was running the Jabir Bin Abdullah orphanage, with sponsors of 120 male and female orphans and sponsoring 122 male and female orphans living with relatives.

Do you see that?

A.    Yes.

Q.    And was the IIRO in the Philippines running the Jabir Bin Abdullah orphanage during that time period?

A.    Yes.  As I said a while ago,

This Transcript Contains Confidential Material

Page 62

that running the orphans, meaning giving them -- providing them foods, clothes, and educational materials.

Q.    Okay.  So that's your understanding of what this report means when it says running the orphanage?

A.    Yes, that is our -- that is my understanding.

Q.    And from this, I gather that about half of the orphans the IIRO was supporting in this time period were living with relatives; correct?

A.    Yes.  With their families.

MR. CARTER:  I'd like the court reporter to show you a document that's previously marked Basha 134 and is at tab 22.

And again, it's a long document but I'm going to turn your attention to a few specific places.

Q.    (BY MR. CARTER)  Dr. Daguit, can you identify this document for me?

A.    Yes.

Q.    What is it?

Page 63

A.    This is an old report of the IIRO activities in Saudi Arabia.

Q.    Okay.  And is this covering the years 1999 to 2000?

A.    As written, yes.

Q.    And again, is it your understanding that this report was also produced by the IIRO in Saudi Arabia?

A.    Yes.

Q.    And if you can, turn to page 16, which corresponds to Bates stamp IIRO 226.

And under the heading (9), it discusses the branch offices of the IIRO in the eastern region.  Do you see that?

A.    Yes.  Yes.

Q.    And at the very bottom of that section it says that the beneficiaries of the IIRO eastern region office included the Philippines.  Do you see that?

A.    Yes.

Q.    And do you recall whether the Philippine branch of the IIRO was a beneficiary of the eastern region's

Page 64

activities during that year?

A.    We are beneficiaries of their activities, but not directly -- directly from them.  Our protocol in the office is from the Eastern Province region, the -- any assistance to the Philippines must be sent through the office in Jeddah.

Q.    So the protocol within the IIRO would have required -- assuming it was being followed -- the eastern region to send any funds it wanted to distribute to the Philippines to the headquarters in Jeddah; correct?

A.    Yes.

Q.    And do you see at the end of the first paragraph, it says that the branch offices in the eastern region are supervised by His Highness Prince Turki bin Fahad bin Jelawi Al-Saud.  Do you see that?

A.    Yes.

Q.    Did you ever have any dealings with Prince Turki bin Fahad bin Jelawi Al-Saud?

A.    Pardon?

Page 65

Q.    Did you ever have any dealings or communications with Prince Turki bin Fahad bin Jelawi Al-Saud?

A.    I cannot recall.

Q.    Do you recall whether he ever visited the Philippines?

A.    As far as I know, he did not visit the Philippines.

Q.    Do you recall whether any officials from the offices in the eastern region ever visited the Philippines?

A.    Yes.

Q.    Who do you recall visited?

A.    I cannot recall the names.

Q.    Do you know an individual named Abdul Al-Hamid Sulaiman Al-Mujil?

A.    Hamid Al-Mujil?  Yes.

Q.    Al-Mujil?

A.    Yes.

Q.    And how do you know him?

A.    He visited in the Philippines as far as I can recall two times.

Q.    Do you recall approximately when he visited the Philippines?

This Transcript Contains Confidential Material

Page 158

in the Philippines frozen as a result of the designation?

A.    As far as I know, the bank account of the IIRO was frozen, but I asked the bank why it is frozen.  The answer is they don't know.  So I don't know that the -- I didn't know that the cause of this -- of the -- the cause of the account was frozen is because of the designation.

Q.    Did you conduct any inquiries to find out why the accounts had been frozen?

A.    No.

Q.    Do you know if anyone else at the IIRO in the Philippines office conducted inquiries to find out why the accounts were frozen?

A.    I don't know any person.  I don't know.

Q.    Did the IIRO stop conducting its operations as a result of this designation and the freezing of its bank accounts?

A.    Pardon?

Q.    Did the IIRO suspend its

Page 159

operations in the Philippines for a time period after this designation?

A.    As I said, the designation, I did not know the designation.  But the IIRO was close in the -- the -- IIRO operation in the Philippines was stopped due to lack of budget.  But I don't know -- I didn't know that the cause of the closure is because of this designation.

Because nobody informed me about that.

Q.    Did the IIRO close its operations at about the same time as this designation?

A.    As an IIRO employee, I did -- it did not come to me -- it did not come, or it -- I am not informed about the closure.  That's why, for how many years I'm waiting for any communication from head office, because as far as I know, I am still the -- I am still the employee of the office, because I did not receive any letter saying or indicating that the office was closed.  That the operations of the office was stopped.

Page 160

Q.    So the operations just stopped and you had no idea why?

A.    Yeah.  I am just waiting, even my salary until now I'm waiting for my salaries, but there is no information about why it was stopped or -- yes.

Q.    Did you ask anyone?

A.    No.

Q.    So the organization you worked for stopped operating and you stopped receiving your salary, but you didn't ask anyone why that happened?

A.    Yes, I did not ask anyone.  But I am just waiting for an instruction.  Because normally, in any office, if you close your office, or if you tell me at any employee, you have to send an office a letter to him, informing him what was happen, or this because of that -- or what is the cause of what is happening.  But in my case, I did not receive any single sentence for that matter.

Q.    And are you still waiting for some instruction and the payment of your

Page 161

salary?

A.    Yeah, I'm waiting.  I'm -- yeah, I'm waiting for the instruction, whatever it is, and I'm waiting also for the payment of my salaries.

Q.    During the early years you were employed with the IIRO, did the IIRO have another employee named Abdul Osmad?

A.    Abdul?  Who's the name?

Q.    Abdul Osmad.  Abdul Osmad.

A.    I don't -- I don't know that person, and I don't -- I cannot recall that name.

Q.    There's a reference in the Treasury Department press release indicating that the IIRO Philippines had employed an Abu Sayyaf intelligence officer as the director of the IIRO Philippine offices in the Tawi-Tawi region until he was killed in 1994.

Do you recall an IIRO employee being killed in 1994?

A.    I cannot recall -- I cannot recall that.  And as I said, we don't -- the IIRO has no office in Tawi-Tawi.

This Transcript Contains Confidential Material

Page 162

Q.    Well, I didn't say an office. I said operations. The IIRO did have operations in Tawi-Tawi; correct?

A.    Yes. We have some programs there in Tawi-Tawi, but it is --

Q.    But you don't recall any --

Sorry.

You don't recall any IIRO employee being killed?

A.    I cannot recall.

Q.    Do you recall whether the IIRO had individuals employed as Da'wah instructors that were preachers in the 1990s?

A.    In the 1990s, what I recall is that the IIRO employed -- not employed, assisted some Arabic teachers in the '90s, but I don't know when -- when it begin and when it end.

Q.    Did you ever receive information that Mohammed Jamal Khalifa had listed members of Abu Sayyaf group as preachers on behalf of the IIRO, was paying them a salary?

A.    I don't know.

Page 163

Q.    The document issued by the Treasury Department indicates that the IIRO Philippines director at the time, Abdulhadi Daguit, referring to you, is a trusted associate of Mohammed Jamal Khalifa. Were you aware that the Treasury Department had identified you as a trusted associate of Mohammed Jamal Khalifa?

A.    I am not aware of that. It is the first time I know that information.

Q.    Do you know why the Treasury Department would describe you as a trusted associate of Mohammed Jamal Khalifa?

A.    I don't know.

MR. CARTER:  Waleed, let's just take a couple of minutes and I'll let you know if we're wrapped. Okay?

MR. NASSAR:  Okay.

THE VIDEOGRAPHER:  We are now going off the record, and the time is 10:59 p.m.

(Recess taken, 11:00 p.m. to 11:06 p.m.)

THE VIDEOGRAPHER:  We are now

Page 164

going back on the record and the time is 11:06 p.m.

Q.    (BY MR. CARTER)  Mr. Daguit, I just have a few more questions for you.

A.    Yeah.

Q.    Have you ever heard of a man named Khalid Sheikh Mohammed who has been described of the mastermind of the September 11th attacks?

A.    Yeah, I read that name in the newspapers. But yes. I don't know him personally.

Q.    But were you aware that Khalid Sheikh Mohammed was present in the Philippines in the 1990s?

A.    Yeah, based on the reports I read in the newspapers, that he's in the Philippines during those days.

Q.    And were you aware from those reports that Khalid Sheikh Mohammed's nephew Ramzi Yousef was also in the Philippines?

A.    Yes. Same thing, I know they are in the Philippines through the newspapers.

Page 165

Q.    And from the newspapers, did you see information indicating that they had been involved in developing a group of terrorist plots while they were in the Philippines in the 1990s that included a plan to simultaneously bomb multiple airliners?

A.    Yeah, as I recall, yes, I read that report that a plot to bomb airlines was made, but just reports in the news.

Q.    Did you at any point see reports alleging that the IIRO office in the Philippines was supporting the terrorist cell that included Khalid Sheikh Mohammed and Ramzi Yousef?

A.    Yeah, through the -- part of the news items I read is that item. But in the Philippines, reports coming in the media, we looked -- I will not take serious, those reports coming from -- in the newspapers, because many things that they are talking about, the Muslims, they are fabricating stories about the Muslims.

Q.    Okay. So do you recall when you first saw the reports about the failed

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent: Abdulhadi Daguit
Dep. Date: June 27, 2019

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 9:9 | Commission | President | Transcription correction |
| 16:10 | Leaders | Letters | Transcription correction |
| 22:24 | Leaves | Lives | Transcription correction |
| 30:14 | Partial | Also | Transcription correction |
| 32:11 | Many, many | Minimal | Transcription correction |
| 32:24 | Building | Operating | Transcription correction |
| 36:8 | Writing | Hiring | Transcription correction |
| 37:5 | Muslim world, think | Muslim World League | Transcription correction |
| 38:2 | Like | Love | Transcription correction |
| 42:23 | So it was | Served as | Transcription correction |
| 53:7 | And | In | Transcription correction |
| 56:12 | The money they | The manager of | Transcription correction |
| 58:19 | Divisional | Regional | Transcription correction |
| 78:4 | Sometimes after this letter | Sometime similar to this letter | Transcription correction |
| 79:19 | To send | As an | Transcription correction |
| 87:3 | And then | Until | Transcription correction |
| 88:13 | Muslim Islamic | Moro Islamic | Correction |
| 102:5 | 13 | 12 | Transcription correction |
| 108:20 | Attachi | Attaché | Transcription correction |



1

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 108:21 | Attachi | Attaché | Transcription correction |
| 108:24 | Attachi | Attaché | Transcription correction |
| 112:3 | Directors | Letters | Transcription correction |
| 122:21 | Living | Leaving | Transcription correction |
| 124:9 | Meeting | Waiting | Transcription correction |
| 124:11 | Conduct | Contact | Transcription correction |
| 124:14 | Meet | Gather | Transcription correction |
| 125:16 | Asked | Punished | Transcription correction |
| 127:4 | Peoples | Papers | Transcription correction |
| 127:23 | Childbirth | Certain | Transcription correction |
| 128:1 | Through | True | Transcription correction |
| 130:4 | Not person dealing with | Not present during the | Transcription correction |
| 133:17 | Preparing | Referring | Transcription correction |
| 133:22 | Specific probation | Physical supervision | Transcription correction |
| 145:11 | We | They | Transcription correction |
| 153:4 | Want | Bother | Transcription correction |
| 160:16 | Tell me at | Terminate | Transcription correction |
| 166:14 | Part | Fact | Transcription correction |
| 167:16 | Bombing | Funding | Transcription correction |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2019

Abdulhadi Daguit

2