# EXHIBIT 27

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST      :

ATTACKS ON            :      03-MDL-1570

SEPTEMBER 11, 2001  :      (GBD)(SN)

------------------------------------------

- - -

Tuesday, March 26, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL INFORMATION

- - -

Day 1 of the videotaped deposition of
FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to
notice, was held at the InterContinental Hotel
Madrid, Paseo de la Castellana, 49, 28046
Madrid, Spain, beginning at 9:55 a.m., on the
above date, before Lisa V. Feissner, RDR, CRR,
Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 46

MR. HAEFELE: That's not entirely fair. She was here last time and you said you wanted her --

MR. NASSAR: It's not our job -- right. And our job is to try to assist. But again, you don't have an Arabic speaker with you. You would have caught it on the first one.

I think your questions -- again, I think she's trying her best, but I think in the interpretation process, what the witness understood was "knowledge" and not "general understanding."

MR. HAEFELE: To be fair, I'm pretty sure, Waleed, you don't know what he understood because you haven't spoken to him about what he understood. And it would be inappropriate for you to do so. But -- I mean, you're not inside the guy's head. You don't know what he understood and what he didn't understand.

Q. Mr. Harbi, the distinction that you just were given about what -- between what you

Page 47

know and what you know generally, does it change any of your answers with regard to any of the questions about your awareness concerning IIRO's Indonesia office and IIRO's Philippines office?

INTERPRETER: I will translate again because --

MR. HAEFELE: You know what? Let me just move on.

Q. And I may be repeating because I'm not quite sure what I asked you before. We've gotten lost here.

Do you have a general awareness that the United States government found that sufficient evidence exists to designate IIRO's Indonesian office as a terrorist organization?

A. I'm not aware of this evidence. So we hear of such things, but where are the evidence?

Q. So do you know that the United States government's designated the Indonesian office?

A. Yes, I know.

Q. Do you know that the United States

Page 48

government found that the Indonesian office of IIRO provided financing and training to Al Qaida-linked terrorist organization Jemaah Islamiyah?

A. I hear of such thing, but I do not know about it.

Q. Are you aware that the U.S. government found that the IIRO's Indonesian office provided support to Osama bin Laden?

INTERPRETER: I have a question.

MR. HAEFELE: Yes.

INTERPRETER: I really have difficulty in Arabic to convey what's the awareness concept in this case, like is it synonym to, "do you know that"?

Q. Do you have general knowledge about whether or not -- strike that.

Do you have general knowledge that the U.S. government found that the IIRO's Indonesian office provided support to Osama bin Laden?

A. I hear of such thing.

Q. What information do you have a general knowledge of or specific knowledge of,

Page 49

if any, that Al-Mujil -- I'm sorry if I'm butchering the name -- was not provided funds -- or has not provided funds or other support to Al Qaida?

INTERPRETER: He did not understand. I will repeat the question. (Rendering interpretation.)

A. I don't know.

Q. What information at all do you have, if any, that Al-Mujil has not provided funds or other support to the Abu Sayyaf group?

A. I don't have. I don't know.

Q. Do you have any information at all about whether or not IIRO's Philippines office has not provided support to Abu Sayyaf or Osama bin Laden?

A. I don't know.

Q. What information do you have that IIRO's Indonesian office has not provided support to Jemaah Islamiyah or Osama bin Laden?

A. I do not think that the IIRO Indonesian office has provided financial support or other kind of support to Jemaah Islamiyah or Osama bin Laden.

13 (Pages 46 to 49)

This Transcript Contains Confidential Material

Page 228

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST        :

ATTACKS ON              :      03-MDL-1570

SEPTEMBER 11, 2001  :      (GBD)(SN)

-------------------------------------------

- - -

Wednesday, March 27, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL INFORMATION

- - -

Day 2 of the videotaped deposition of

FAHD MOHAMMAD SANAD ALHARBI, taken pursuant to

notice, was held at the InterContinental Hotel

Madrid, Paseo de la Castellana, 49, 28046

Madrid, Spain, beginning at 9:41 a.m., on the

above date, before Lisa V. Feissner, RDR, CRR,

Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph │ 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

Page 317

A. I do not remember, but even if the reports were sent, that would be a normal thing.

Q. What does that mean? Why would that be normal?

A. It was our job -- it was our job to send reports about the propagators, what they have done, their meetings, their work in their regions.

Q. It would be normal for you to send those reports to Mr. Mujil in the Eastern Province?

A. I do not recall having sent reports to Mr. Mujil. I recall having sent reports to the General Secretariat.

Q. Did Mr. Mujil or any delegation from the Eastern Province travel to visit the Indonesia office while you were in the Indonesia office?

A. No.

(Exhibit Harbi-172 marked for identification and attached to the transcript.)

BY MR. HAEFELE:

Page 318

Q. Mr. Harbi, I'm showing you a document that has been marked Harbi-172 for identification. It's a document produced to us by IIRO with Bates numbers 36875. And it's in English, and the original Arabic is with it.

This is a document that's dated the 11th month, the 5th day of the Hijri year 1425, which we have corresponding to June 29th of 2004. It appears to be a letter from Mansour Mohamed Fattani as manager of the offices services department and addressed to the manager of the IIRO Indonesia office.

In this letter, the offices service department was advising you that it was sending someone to audit the IIRO Indonesia office, right?

A. Yes. (Speaking Arabic.)

Q. Did you have an understanding why?

A. This is normal.

Q. Why is it normal?

A. So the IIRO sends accountants, people who would do auditing for the accounts, in order to make sure things are going the right way.

Page 319

Q. How many times did you have offices service department send a delegation to your office to audit you -- or audit the office?

A. To audit the office, as far as I can remember, three times.

Q. Three times? On this occasion, the letter indicates that an accountant, Omer Bashir Khalid, a Sudanese-national, is coming to audit the office. Did Mr. Khalid come to audit the office?

A. Yes.

Q. Did you see a report that resulted from the audit?

A. He verifies the accounts and then go to the headquarters.

Q. Did you see a resulting report?

A. No.

Q. Did you ever become aware that a report had concluded that the IIRO Indonesian office failed to use sound accounting practices?

A. No, I don't -- I do not know.

Q. Were you ever made aware that the auditor had concluded that supporting

Page 320

documentation for IIRO Indonesia office expenditures were missing?

A. I don't know.

Q. Did you ever become aware that the auditor had concluded that payments to the office could not be reconciled?

INTERPRETER: "Reconciled," you mean done or reimbursed?

MR. HAEFELE: By "reconciled," matched one for one, I guess, maybe?

INTERPRETER: Yes, I hear you, okay.

MR. HAEFELE: It's an accounting term.

INTERPRETER: Yeah, yeah, yeah.

MR. HAEFELE: Coming into agreement with one another, "reconciling."

INTERPRETER: Yeah, yeah, yeah, I just --

A. I don't know.

MR. HAEFELE: I think there's a da'wah joke there somewhere, too. Never mind.

A. So that was the first time -- the

24 (Pages 317 to 320)

This Transcript Contains Confidential Material

Page 353

MR. HAEFELE: Not you, Aya, but him, yes.

Q. Mr. Harbi, were you questioned by anybody about the designation?

A. No.

Q. So nobody from IIRO asked you any information about -- related to the designation? Let me rephrase that. Let me rephrase that.

Did anybody within IIRO, as part of the investigation related to the designation, question you?

A. Questioned me about what?

Q. Facts related to the designation. As part of an investigation concerning the designation, did they question you about anything?

A. They came to the office. We spoke about this subject, why the designation was made, yes.

Q. Why was the designation made?

MR. NASSAR: Objection, foundation.

A. I do not know.

MR. HAEFELE: He just said they

Page 354

spoke about it.

Q. Why was the designation made?

A. I do not know.

Q. What did they tell you about why the designation was made?

A. What I remember is that they put the IIRO's name on the list. That's what I remember.

Q. Well, after they put IIRO on the list, was there an investigation by IIRO?

MR. NASSAR: Objection. I think that's been asked and answered.

You can answer.

A. Yes.

Q. What was the result of the investigation?

A. I do not know. I was not with the investigating team.

Q. Well, you were the head of IIRO Indonesia that was designated. Did anybody tell you the results of the investigation related to the designation of your office?

A. They said the IIRO office was one of the -- listed by the UN. (Speaking Arabic.)

Page 355

Q. So let me understand -- they had an invest --

A. And they told us they removed it.

Q. They removed what?

A. Yes, they deleted it from the terrorist list, the office.

Q. The office was closed.

A. Oh. So the office was again removed from the terrorist organizations list.

Q. After it was closed.

A. (In English.) After, yeah, yeah.

(Through interpreter.) Yes.

Q. Yes. So the result of the investigation -- strike that.

What happened is, IIRO gets designated. IIRO then investigates. And then IIRO, as a result of the investigation, reports to you, or you learn from that that IIRO had been designated.

MR. NASSAR: Objection to form.

A. So the objective, the purpose of the investigation was to ensure 100 percent that the IIRO have done nothing but good.

Q. But the result of the circumstances

Page 356

was, the office was closed, correct?

A. So the office was closed because the MOU was over.

Q. Between the time the office was designated in 2006 and the office was closed in 2013 or '14, whenever it closed, was anybody at IIRO disciplined as a result of the investigation from the designation?

MR. NASSAR: Objection, foundation.

A. I do not know.

Q. Well, was anybody in the Indonesia office fired?

A. No.

Q. Was anybody in the Indonesia office otherwise disciplined?

A. No.

Q. Did the individuals that came to do the investigation review IIRO records?

A. Yes.

Q. Did they follow up on the missing information from the 2004 audit?

A. (In English.) I don't know. I don't remember.

(Through interpreter.) I don't

33 (Pages 353 to 356)

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:  Fahd AlHarbi
Dep. Date: March 26-27, 2019

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 15:23 | Maybe the IIRO. I do not know. | Perhaps the MWL or IIRO. I do not know. | Interpreter Omission |
| 29:13 | Okay. | Yes. | Interpreter Mistranslation; |
| 32:23 | Yes. | Yes. Five years. | Interpreter Omission |
| 35:2 | Terrorist. | It is terrorist. | Interpreter Omission |
| 37:7-8 | I don't remember. I remember his name. | I don't remember. I only remember his name. | Interpreter Omission |
| 39:17-22 | Are you aware that the Saudi government has acknowledged that in response to the UN's designation of Mujil as a terrorist, the Saudi government froze Mr. Mujil's financial accounts and placed travel restrictions on him? | | Interpreter Mistranslation;<br><br>"aware" translated as "know" and "acknowledged" translated as "confessed" |
| 40:8-9 | Are you aware the Saudi government froze Mr. Mujil's financial accounts? | | Interpreter Mistranslation;<br><br>"aware" translated as "know" |

1

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 304:6 | mandate | tenure | Interpreter mistranslation |
| 314:7-9 | The compensations for the propagators they're sponsoring was from the Eastern Province, yes. | The sponsorships for the preachers were from the Eastern province. Their compensations were from the Eastern Province, yes. | Interpreter omission |
| 318:21-24 | So the IIRO sends accountants, people who would do auditing for the accounts, in order to make sure things are going the right way. | The IIRO sends accountants and auditors to make sure that work at the office is going the way it should. | Interpreter Mistranslation; Commentary Added |
| 319:14-15 | He verifies the accounts and then go to the headquarters. | No, he reviews the accounts and goes to the head office. | Interpreter Omission; Mistranslation |
| 321:6-7 | So I'm not concerned by this audit -- by what the auditor's talking about. | So it doesn't relate to me. | Interpreter Mistranslation; Commentary Added |
| 326:15-16 | So it's an administrative audit in the IIRO that we have in the IIRO. | This is an administrative inspection within IIRO. | Interpreter Mistranslation |
| 331:5-8 | The auditor and the accountant would review the documents. That was not part of the operation. | Him and the accountant. He and the office's accountant sit together. I don't understand the financial matters nor do I interfere in them. | Interpreter Commentary Added; Interpreter omission |
| 336:12-19 | So I am -- I do not know. These are financial technical issues. The auditor would – (The witness and interpreter conferred in Arabic.) So I, as a director, would encourage him to fix the problems found -- | I think that these are financial matters that I don't understand, so I sat…I mean, he would prepare the response. This auditor audited the financial matters so he…So I, in my capacity as the director, I encourage him to fix the things, the errors, | Interpreter Commentary added |

15

I, Waleed Nassar, declare under penalty of perjury that the following statement is true as a matter of my personal knowledge:

I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC and counsel for Defendants the International Islamic Relief Organization and the Muslim World League in this action.  This firm has taken the lead on preparing the foregoing errata sheet, which was done under my direct supervision.  With the assistance of an Arabic-speaking Associate and an Arabic-speaking Analyst, we reviewed the video and listened to the audio and compared the testimony to the transcript of Mr. Fahd Alharbi's deposition.  All of the foregoing corrections are based on the review process described herein.

Executed on June 7, 2019

_____
Waleed Nassar

17