# EXHIBIT 28

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST   :

ATTACKS ON        :   03-MDL-1570

SEPTEMBER 11, 2001  :   (GBD)(SN)

----------------------------------------

- - -

Sunday, July 21, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Videotaped deposition of RAHMATULLAH NAZIR KHAN GARI, taken pursuant to notice, was held at the InterContinental Hotel Madrid, Paseo de la Castellana, 49, 28046 Madrid, Spain, beginning at 9:31 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Page 2

APPEARANCES:
COZEN O'CONNOR P.C.
BY: SEAN P. CARTER, ESQUIRE
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, Pennsylvania 19103
(215) 665-2000
scarter1@cozen.com
    and
MOTLEY RICE LLC
BY: ROBERT T. HAEFELE, ESQUIRE
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
rhaefele@motleyrice.com
-- Representing the Plaintiffs'
   Executive Committee

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
BY: WALEED NASSAR, ESQUIRE
BY: SUMAYYA KHATIB, ESQUIRE
1101 New York Avenue, NW
Suite 1000
Washington, D.C. 20005
(202) 833-8900
waleed.nassar@lbkmlaw.com
sumayya.khatib@lbkmlaw.com
-- Representing the Muslim World League,
   International Islamic Relief
   Organization, and the Witness
JONES DAY
BY: STEPHEN DEGENARO, ESQUIRE
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
sdegenaro@jonesday.com

-- Representing Dubai Islamic Bank

Page 3

APPEARANCES:  (Continued)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, PLLC
BY: ANDREW C. SHEN, ESQUIRE
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7922
ashen@kellogghansen.com
   and
ZIAD A. AL. SUDAIRY LAW
BY: ZIAD A. AL. SUDAIRY, ESQUIRE
P.O. Box 10071
Riyadh 11433 Saudi Arabia
+966-01-217-4825
zsudairy@zaaslaw.com
-- Representing the Kingdom of
   Saudi Arabia

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
BY: ALLY HACK, ESQUIRE
233 Broadway, Suite 820
Woolworth Building
New York, New York 10279
(212) 725-3846
info@otmlaw.com

-- Representing the World Assembly
   of Muslim Youth

ALSO PRESENT:
THOMAS K. FEISSNER, CLVS, Videographer
AYA ELDIKA, Interpreter

Page 4

- - -

I N D E X

- - -

Testimony of:

RAHMATULLAH NAZIR KHAN GARI             PAGE

By Mr. Carter              8, 158
By Ms. Khatib              149

- - -

E X H I B I T S

- - -

GARI

EXHIBIT NO.    DESCRIPTION             PAGE
248   Urgent Fax to Dr. Basha            64
      from Rahmatullah Nazir Khan
      dated 13/01/1422 AH
      IIRO031160 - IIRO031166
      (Original Arabic and
      English translation)

249   Letter to Director of            84
      Financial Department
      from Dr. Basha
      dated 02/09/1423 AH
      IIRO 111020
      (Original Arabic and
      English translation)

250   Application for the Registration   152
      of Criminal Case
      from Rahmatullah Nazir Khan
      dated 10-2-2001
      IIRO 106951

Page 17

Q. And was the trip to Pakistan --

(The witness and interpreter conferred in Arabic.)

INTERPRETER: He asked for the date so he could recall it.

Q. And was the trip to Pakistan for the IIRO that we just discussed before you were appointed manager of the Muslim World League office in Uzbekistan?

A. Yes.

Q. Prior to your appointment as the manager of the Muslim World League office in Uzbekistan, were you previously employed for the Muslim World League?

A. No. But I was voluntary.

Q. So as I understand it, the trip you took for the IIRO to Pakistan prior to being manager of the Muslim World League office in Uzbekistan was in the capacity as a volunteer, correct?

A. Yes.

Q. What was the purpose of that trip?

MR. NASSAR: You have to break it up. But you can go ahead and just jump

Page 18

in when you feel like you need to.

(The witness and interpreter conferred in Arabic.)

A. So I was a volunteer in the orphans department, affairs. So Pakistan office back then would send the pictures of orphans that were under the kafala system. So the IIRO sent us on this trip in order to guarantee or to verify the identity of these orphans and to make sure that the pictures were -- actually belonged to the orphans in question.

Q. How long did you -- I'm sorry. At that time were you a volunteer for the Muslim World League or the International Islamic Relief Organization?

A. For the IIRO.

Q. And for how many years did you serve as a volunteer for the IIRO?

A. Eight years.

Q. And would those be the eight years leading up to your appointment as the manager of the Muslim World League office in Uzbekistan?

A. No.

Page 19

Q. Do you recall approximately the date range of your eight-year service as a volunteer for the IIRO?

INTERPRETER: So he asked...

A. 1993, the other appointment? Yes. So eight years before that.

Q. Okay. So --

MR. NASSAR: There was some confusion with the translation. I think the way it was interpreted was, "did your volunteering lead to your appointment?"

MR. CARTER: I see.

INTERPRETER: Yes. I translated like that. Maybe -- so maybe he misunderstood me.

MR. NASSAR: That's okay. I think it was clarified.

Q. Let me clarify. During the eight years immediately before you were appointed the manager of the Muslim World League office in Uzbekistan, you were working as a volunteer for the IIRO, correct?

A. Yes.

Page 20

Q. During the time that you were a volunteer for the IIRO, were you still teaching, or were you retired from teaching?

A. I was teaching because the volunteer work was two hours per day, four days a week.

Q. When you traveled to Pakistan as a volunteer for the IIRO, was the conflict in Afghanistan with the Soviet Union still ongoing?

A. I think that was after the conflict was over by a certain period of time.

Q. During that trip, did you visit any refugee camps?

A. No. We didn't work with refugees back then. We only were concerned with orphans.

Q. So did you visit any orphanages?

A. Yes.

Q. Where were the orphanages located, if you recall?

A. In Pakistan in Islamabad, in a region called Mansehra.

Q. During the time you served as a

This Transcript Contains Confidential Material

Page 125

that during Butairi's term as manager, the hospital was providing medical care to Al Qaida members who were injured at the camps?

A. No.

Q. Did you ever receive information that during Butairi's term as manager, family members of fighters in the Al Qaida camps were included on the hospital's salary rolls?

A. No.

Q. Did you ever receive information that during Butairi's term as manager, the hospital was ordering hydrogen peroxide and providing it to Al Qaida members for bomb-making purposes?

A. Impossible.

Q. Why do you say impossible?

A. Because we at the IIRO, we have certain ideology. The ideology of Al Qaida is very different from ours.

Q. I'm asking you about during Butairi's term and whether or not you ever received any information of this nature.

A. I did not receive such information.

Q. Did the IIRO Pakistan have

Page 126

involvement with an orphanage named the Omar bin Khattab Orphanage?

A. Yes.

Q. Do you recall reporting to the IIRO headquarters in September of 2001 that Pakistani intelligence had visited that orphanage?

A. Yes.

Q. And in that same time period, did Pakistani intelligence also visit the IIRO office?

A. Yes, but there's a reason.

Q. And before we get to the reason, did you yourself have any interaction with the Pakistani intelligence officials who visited?

A. Yes.

Q. And do you have an understanding based on that interaction why they visited?

A. Yes.

Q. Why did they visit?

A. First of all, our relationship with the Pakistani government, with the Pakistani intelligence services, and with all the government entities was an excellent

Page 127

relationship. There were refugees coming to Peshawar, and they were willing to establish a camp there. So the commissioner asked us to build a camp for them. So they said that -- we said that we don't mind that, but they told us that this process should go through the intelligence services.

So the intelligence service came in order to verify whether we were capable of building the camp, whether we had the capacities of sustaining or maintaining the camp and not build it and -- for one or two weeks and then close it afterwards.

Q. Given that purpose, why did the intelligence officials visit both the office and the orphanage?

A. Normally, that's the normal procedure, they visit. Any time a camp or any project is meant to be built, the Pakistani government visits it. They would communicate with us, sit with us, et cetera.

Q. Did any official organization conduct any investigation of the Pakistan office during your time for possible criminal

Page 128

activity?

A. No, and thanks God, no.

Q. During the time that you were manager of the Pakistan office, did you have any direct dealings with the IIRO's branch office in the Eastern Province in Saudi Arabia?

A. Once or twice.

Q. Do you recall on those one or two occasions who you dealt with?

A. I did not deal with persons. I deal with a management, with the department.

Q. At any time during your role as manager of the Pakistan office, did you have any dealings with an official in the Eastern Province named Abdul-Hamid Sulaiman Al-Mujil?

A. Yes, during the earthquake.

Q. Is that the only occasion you had dealings with Al-Mujil?

A. Yes, because they said they needed tents, and in the Eastern Province, there was a fabric of tents -- yes.

MR. SUDAIRY: "Manufacturer."

INTERPRETER: "Factory."

Q. Other than with respect to those