# EXHIBIT 31

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST        )
ATTACKS ON              )  03-MDL-1570
SEPTEMBER 11, 2001      )  (GBD)(SN)
_____ )

MONDAY, JANUARY 21, 2019

HIGHLY CONFIDENTIAL – SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of Saad Al-Obaidi, held at the offices of Intercontinental Madrid, Paseo de la Castellana, 49 Madrid, commencing at 9:33 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 46

punished?

A. No.

Q. Were you ever accused of doing something wrong during your time with Al-Haramain?

A. No.

Q. Have you at any time held a diplomatic passport?

A. No.

Q. Have you at any time held diplomatic credentials?

A. No.

Q. When you were working for the Saudi High Commission, did you have access to a vehicle?

A. Yes, a car.

Q. Did the car belong to the Saudi High Commission?

A. Yes.

Q. Did the car have diplomatic license plates?

A. No.

Q. Have you ever used a nickname or an alias?

A. Ab l Malik. My son is Malik,

Page 47

so I'm ab l Malik, the father of Malik.

Q. But no other nicknames?

A. No.

Q. Going to return to your work for the IIRO in Kosovo.

(Al-Obaidi Exhibit 75 marked for identification.)

QUESTIONS BY MR. CARTER:

Q. And I'm marking as Al-Obaidi 75 a document that was produced by the IIRO at Bates number IIRO 38553 through 38573, along with an English translation.

MS. OREN: I'm sorry, can you repeat the exhibit number, the Bates number?

MR. CARTER: It's 38553 through 38573.

MS. OREN: Thank you.

MR. CARTER: Greg, I'm giving a -- I'm a little short on copies only because that one somehow is missing the first page, but you have everything else.

MR. RAPAWY: Okay.

MR. CARTER: It was printed

Page 48

here, and one of them didn't have the first page, so...

MR. RAPAWY: Okay. I'll just look on to the first page for the next question.

MR. CARTER: Thank you.

MR. RAPAWY: If you guys don't mind.

MR. NASSAR: The first page?

MR. RAPAWY: To the extent he asks about it, I'll just look at your copy, if that's all right.

QUESTIONS BY MR. CARTER:

Q. Mr. Al-Obaidi, have you had a chance to look at the document?

A. All of it?

Q. Just generally.

A. Complete.

Q. Do you recognize what the document is?

A. So according to what is written, annual reports.

Q. Does it indicate that it's an annual report for the IIRO's Kosovo office from July 2000 through July 2001?

Page 49

A. According to what is written.

Okay. What is the question?

Q. Were you involved in the preparation of this document?

A. No.

Q. Were you the general manager of the IIRO's Kosovo office between July of 2000 and July of 2001?

A. I don't remember the exact date. I was in --

MR. NASSAR: Mitrovica.

THE WITNESS: -- Mitrovica.

QUESTIONS BY MR. CARTER:

Q. So as I understand it, at some point in 2000 you transferred from the warehouse job in Mitrovica to the general manager job in Pristina, correct?

A. Yes.

Q. So for at least during the period of 2001, you were the general manager of the IIRO office in Pristina, correct?

A. Yes.

Q. And so as a result of that, are you familiar with the projects the IIRO Kosovo office was running during that time

13 (Pages 46 to 49)

Highly Confidential - Subject to Further Confidentiality Review

Page 50

period?

A. So different projects. So construction projects, building project, humanitarian relief projects, urgent relief, emergency, health care, sanitary supplies, reconstruction of schools, coordinating with the NATO. Different projects. Training. So IT training centers, language training centers.

Q. On the first page of this document, it indicates that the IIRO Kosovo office's activities were divided between seasonal programs and ongoing programs.

Is that consistent with your understanding?

A. Yes.

Q. Okay. And in the section describing the IIRO's ongoing programs in Kosovo, it lists advocacy and education, social care and orphans, reconstruction and relief.

Is that consistent with your understanding of the IIRO's ongoing activities during that time period?

INTERPRETER: Advocacy?

Page 51

MR. CARTER: Advocacy.

INTERPRETER: Yes, in the sense of to whom?

MR. CARTER: Advocacy and preachers.

INTERPRETER: As in -- in religious?

MR. CARTER: It would be religious advocacy.

THE WITNESS: Yes. According to the reports, yes.

QUESTIONS BY MR. CARTER:

Q. Well, separate from the reports, based on your own experience, is that in fact the work that IIRO was doing?

A. Yes.

Q. Do you recall what the Kosovo office's approximate annual budget was during the time that you were the general manager?

A. During my services?

Q. Yes.

INTERPRETER: May I repeat the question to him?

MR. CARTER: Yes.

THE WITNESS: So approximately

Page 52

2 million, 3 million riyals, approximately.

QUESTIONS BY MR. CARTER:

Q. Can you look at the last page of the document?

A. The last page?

Q. The last page.

It indicates that it is a summary of the projects performed by the IIRO office in Kosovo between July 2000 and July 2001.

Based on your experience as the general manager for at least part of that time, does this appear to be an accurate summary of the office's work?

A. May I -- may I have comments?

Q. Yes.

A. So it is written Mark in Arabic. Mark.

Q. Deutsche Mark?

For the moment, just focusing on the description of the projects?

A. Yes.

Q. Okay. And does this accurately, to your recollection, describe

Page 53

the projects the IIRO was carrying out during this time period?

A. Approximately, yes.

Q. Do you see reference in this chart to a project involving the distribution of booklets and cassette tapes?

A. In this table?

Q. Yes.

A. Yes, it's written.

Q. Do you recall that project?

A. No, I don't.

Q. Do you know who provided the pamphlets and cassette tapes to the IIRO?

A. No.

Q. During the time you were working as general manager for the IIRO Kosovo office, did the Saudi government ever provide religious materials for distribution?

A. No.

Q. No, you don't remember, or, no, it did not?

A. No, I don't remember.

Q. Moving down the chart, there's a reference to social care and orphans.

Do you see that entry?

14 (Pages 50 to 53)

Highly Confidential - Subject to Further Confidentiality Review

Page 70

Q.    And did the IIRO and Saudi Joint Relief Committee share common expenses such as electricity?

A.    According to the contract, yes.

Q.    And did they share any common areas?

A.    In the office?

Q.    Yes.

A.    No, each had its own office.

Q.    Were there separate entrances?

A.    Yes.

(Al-Obaidi Exhibit 77 marked for identification.)

QUESTIONS BY MR. CARTER:

Q.    I'm marking as Al-Obaidi 77 a one-page document produced at IIRO 40370, along with an English translation.

A.    Yes.

Q.    Have you had a chance to read the document?

A.    Yes.

Q.    It discusses a distribution of work zones for foundations in Kosovo.

Do you see that?

A.    Yes.

Page 71

Q.    And the document, as I understand it, states that the Saudi Joint Relief Committee has geographically divided the Province of Kosovo and distributed the work zones among member foundations.

Do you recall that the work in Kosovo was divided among member foundations of the Saudi Joint Relief Committee?

INTERPRETER:  Can I ask you exactly what you mean by "member foundations"?

MR. CARTER:  I'm going to ask him after, but...

INTERPRETER:  Okay.  So I can translate?

MR. CARTER:  Yeah.

INTERPRETER:  He wants me to repeat because --

QUESTIONS BY MR. CARTER:

Q.    During the time that you were the general manager of the IIRO, was the work in Kosovo divided among member organizations of the Saudi Joint Relief Committee?

A.    Yes.

Q.    And do you recall the names of

Page 72

the other member organizations?

A.    Yes, I do recall.

Q.    Okay.  What were they?

A.    So the IIRO, Al-Haramain Islamic Foundation, the World Youth Forum -- network.

MR. NASSAR:  Well, Assembly of Muslim Youth.

THE WITNESS:  Assembly.  The word Assembly of Muslim Youth, and Al Waqf Al-Islami, yes.

QUESTIONS BY MR. CARTER:

Q.    And that distribution of work by region was in place when you were the general manager?

A.    It was already distributed.

Q.    But did the distribution remain in place when you were general manager?

A.    Yes.

Q.    And was the work distributed based on a decision of the Saudi Joint Relief Committee?

A.    The coordination?

So the coordination was done by the Joint Relief Committee to the other -- to

Page 73

the other commissions.

Q.    But was the Saudi Joint Relief Committee responsible for making the decision about how to divide the work?

MR. NASSAR:  Objection. Foundation.

And I would ask to translate the objections as well, too.

THE WITNESS:  No.

QUESTIONS BY MR. CARTER:

Q.    Do you know how the decision to divide the work was arrived at?

A.    It was proposed by the committee, yes.  And according to the damages occurred in each region, the work was distributed.  And it was proposed to each foundation to take responsibility of the relative regions in order to coordinate the other works.  And each committee, each organization, would work in its location until the work is accomplished.

Q.    And were there meetings among the member organizations to coordinate the work when you were general manager?

A.    If there is some joint work,

Golkow Litigation Services - 1.877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

Page 82

A.   No, I don't know.

Q.   At any point did you have any dealings with an IIRO official in the Philippines named Mohammed Jamal Khalifa?

A.   I haven't -- I haven't had dealings with anyone.  I don't know him.

INTERPRETER:  Sorry, the name again was Mohammed --

QUESTIONS BY MR. CARTER:

Q.   Mohammed Jamal Khalifa.

A.   I don't know.

Q.   During the time you were the general manager of the IIRO Kosovo office, did the IIRO maintain a safe within its office?

A.   I don't recall.  I don't know -- I don't recall.

Maybe they had an accountant; maybe the accountant had safe.  But in my office, no.  During my work, no.

Q.   Do you recall whether the IIRO, during the time that you were general manager, maintained cash in the office?

A.   No.  During my work, no.

Q.   No, it did not, or, no, you

Page 83

don't remember?

A.   During my work?

No, there is no...

Q.   During the time you served as the general manager of the Kosovo office, were there regular audits conducted by outside auditors?

INTERPRETER:  By outside --

MR. CARTER:  Auditors.

INTERPRETER:  -- auditors?

MR. CARTER:  Accountants.

THE WITNESS:  So we have our own accountant.  He would audit.  I don't remember.

QUESTIONS BY MR. CARTER:

Q.   Did the office have an accountant throughout the time you were general manager?

A.   Yes.

Q.   Okay.  And do you recall whether the office contracted with any outside accounting firm to audit the accounts while you were general manager?

A.   I don't recall such thing.  Maybe, but I don't recall.  So we would send

Page 84

all our reports to our accountant and to --

MR. NASSAR:  It's an acronym, so U-N-M-I-K.

THE WITNESS:  UNMIK.  UNMIK.

QUESTIONS BY MR. CARTER:

Q.   While you were general manager, did you send regular reports back to Saudi Arabia?

A.   Yes, we would send reports.

Q.   How frequently?

A.   So on the regular basis, at the accomplishment of each project.

Q.   Was there any systematic monthly reporting?

A.   Monthly report at our office for us.

Q.   Were they sent to the headquarters in Saudi Arabia?

A.   I don't remember, but I suppose they were sent.  So that's the competence of the other department.

Q.   During the time you were working for the IIRO in Kosovo, either as the warehouse manager or the general manager, did the police or UN forces ever visit the IIRO's

Page 85

facilities?

A.   They had -- we had cooperation with them.  They had regular visits.  At the warehouses they would -- they would carry out visits.  They would visit us in the office in Pristina, K-For --

MR. NASSAR:  It's another acronym, K-F-O-R.

THE WITNESS:  So K-For and the United Nations.  So we had a cooperation and coordination with them.  They would be acquainted to our work.

QUESTIONS BY MR. CARTER:

Q.   Did the authorities ever conduct searches of the IIRO office?

INTERPRETER:  Did the authorities?

QUESTIONS BY MR. CARTER:

Q.   Ever conduct searches?

A.   When?

Q.   At any point that you're aware of.

A.   There were -- we had cooperation with them.  How would they

22 (Pages 82 to 85)

Golkow Litigation Services - 1.877.370.DEPS