# EXHIBIT 32

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS    )   03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001       )
                            )

— — —

Tuesday, July 20, 2021
— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

— — —

Remote video-recorded deposition of JONATHAN
BENTHALL, held at the location of the witness,
commencing at 12:03 p.m., on the above date, before
Debra A. Dibble, Certified Court Reporter,
Registered Diplomate Reporter, Certified Realtime
Captioner, Certified Realtime Reporter and Notary
Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

This Transcript Contains Confidential Material

Page 258

A.    This, I believe, is disputed by scholars today.  The 9/11 Commission deserves enormous credit for doing their job; but there's been quite a bit of scholars since, and I believe that this would be disputed by some scholars today.

Q.    (BY MR. CARTER)  Do you believe that past involvement of a charitable organization in supporting mujahidin fighters inspired by jihad is relevant in assessing the intent of the organization in relation to future support of terrorism?

MR. NASSAR:  Objection to form.

A.    That's a very complicated question.  You mean the fact that certain things were done in the 1980s should be held against people in 2001?

Q.    (BY MR. CARTER)  Well, you also say that the IIRO is involved, in one of your papers, in the Bosnian conflict in providing military support to combatants; correct?

MR. NASSAR:  Objection, mischaracterizes his publication.

A.    I'd like to see the reference, because I think there might have been a

Page 259

nuance.

MR. CARTER:  Okay.  Well, let's look at -- let's mark as the next exhibit your article The Charitable Crescent.

(Benthall Deposition Exhibit 958, The Charitable Crescent, was marked for identification.)

Q.    (BY MR. CARTER)  It's number 9 in the file.  And in particular, on page 131 to 132 in the publication, which we've included in this exhibit, you discuss the IIRO's participation in the conflict in Bosnia.

Is that a fair characterization?

A.    Not at all, because this chapter was written by my coauthor, Jerome Bellion-Jourdan.

Q.    Okay.  Do you disagree with the content of your coauthor's chapter?

MR. NASSAR:  Objection to form.

A.    That's much too wide a question.  This was written in 2003, which is quite a long time ago, and a lot of research

Page 260

has been done in the meantime.

And for one, I don't take responsibility for everything he wrote; and two, does Bin Laden change in the meantime?

But if you want me to look at the sentence in particular, can you draw my attention to the sentence you're referring to?  Because I'm not sure what you're --

Q.    (BY MR. CARTER)  Well, in the second paragraph on 132, this states that the Saudi regime:  Made use of a tried-and-tested strategy -- referring to Bosnia.  The International Islamic Relief Organization, an agency created by the World Muslim League, embarked, under the local name of Igasa, on sizable humanitarian programs aimed at the Bosnian Muslims who had taken refuge in Croatia and Slovenia.

In September 1992, a second structure was set up, directed (as in the Afghan conflict) by Prince Salman ben Abd al-Aziz, the Saudi High Committee for Aid to Bosnian-Herzegovina.  These so-called NGOs were, in fact, para-statal structures corresponding to the Saudi strategy in

Page 261

Bosnia, which was to control the territory so that Bosnian refugees and foreign combatants would not become client groups or states hostile to the Saudi regime.

Do you agree or disagree with that statement?

A.    That's a complicated paragraph with a lot of -- if you want to take them one by one, I can give you my reaction.

Q.    Well, I think the -- if we turn further to --

A.    You're wanting me to respond to that paragraph?

Q.    No, let's go to page 136 and ask the more specific question I had raised before.

There it says:  It would appear that certain Islamic NGOs took part in providing arms as well as humanitarian aid to the Bosnian Army and groups of mujahidin.

And then further down it says that:  IIRO and Al-Haramain were accused of making common cause with the mujahidin.

Do you know whether or not -- do you have an opinion one way or another

66 (Pages 258 to 261)

This Transcript Contains Confidential Material

Page 262

whether the IRO was engaged in making common cause for the mujahidin in Bosnia?

A. Well, for one thing, it says they were accused of making common cause with the mujahidin, so my colleague doesn't want to state it as a fact. He's stating it as an allegation. But the wider point is this was a war in which the Muslim world felt solidarity with the Bosnian Muslims. And this sympathy was felt by -- as well, by many in the West. And eventually the U.S. Congress decided to support the Bosnian Muslims. And after that, the data records the end of the war.

But this was not a -- in any way a continuation of the Afghan -- the Soviet-Afghan war. But an analogy can be made that this was -- the plight of the Muslims, the Bosnian Muslims had been desperate. There were sieges going on for months or, in some cases, for many months. A great deal of mortality, and the -- it was in a way -- the parallel can be drawn in retrospect with the situation in the Soviet-Afghan war.

Page 263

Q. Mr. Benthall, did you take into consideration evidence that the IIRO had supported mujahidin fighters in Afghanistan, Bosnia, and Chechnya in forming your opinions about the ideological orientation of the IIRO and its possible sympathies for al-Qaeda?

MR. NASSAR: Objection to form.

A. I didn't see any connection between what was to support the mujahidin and the Bosnian Muslims and al-Qaeda, which was a global attack on America, basically. There was -- I don't see anything in common really.

Q. (BY MR. CARTER) So you don't see any connection between the mujahidin fighters who participated in Afghanistan, Bosnia and Chechnya and al-Qaeda?

MR. NASSAR: Objection to form.

A. I've already said that I think there were some people in association with al-Qaeda, but they didn't have a presence, as far as I'm aware, as an entity in Bosnia.

Q. (BY MR. CARTER) And you testified earlier that you're not an expert on al-Qaeda; correct?

A. That's correct.

Page 264

MR. NASSAR: Object.

Q. (BY MR. CARTER) Okay. And, in fact, you testified earlier that prior to 1996, al-Qaeda was, in your view, a less repulsive organization; correct?

A. Prior to 1992 --

Q. Yes.

A. Well, there wasn't -- it was in 1996 that Bin Laden declared war against America. And before then, you can certainly say he was very anti-American. He had a big quarrel with the Saudis because of the American forces on the Saudi land.

Q. But you described it earlier as a less repulsive organization prior to 1996. That's correct?

MR. NASSAR: Objection, mischaracterizes his testimony.

A. That is a -- I forget exactly what I said, which was on the basis of information I had available. It was not -- it was quite a small organization during the early '90s, and it began to become sort of notorious by 1996.

Q. (BY MR. MALONEY) Do you know

Page 265

when Bin Laden began advocating that al-Qaeda should strike against the American interests?

MR. NASSAR: Objection to scope.

A. I can't remember. I've already said I'm not -- I don't have special expertise on the history of al-Qaeda. I have a general interest over it but not a lot about it.

Q. (BY MR. CARTER) And you're also not an expert on how al-Qaeda was funded; correct?

A. On what?

Q. On how al-Qaeda was funded.

A. No, but I am -- I haven't seen evidence that al-Qaeda had a corporate presence in Bosnia at the time.

Q. There are extensive discussions in your report about the history of Islamic charity.

Are you familiar with that?

MR. NASSAR: Objection to form.

A. Did you say am I familiar with that?

Q. (BY MR. CARTER) Yeah. Are you

67 (Pages 262 to 265)