# EXHIBIT 33

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS     : 03-MDL-1570

ON SEPTEMBER 11, 2001        : (GBD)(SN)

- - -

MAY 25, 2021

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Remote Videotaped
Deposition, taken via Zoom, of JACOB
VAHID BROWN, commencing at 9:03 a.m.
Pacific Time, on the above date, before
Amanda Maslynsky-Miller, Certified
Realtime Reporter and Notary Public in
and for the Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

This Transcript contains Confidential Material

Page 250

wrote this letter?

A. Who is Abu Hudhayfa who wrote this letter?

I -- there's no (foreign language spoken). It just says Abu Hudhayfa, it does not provide a (foreign language spoken), so I'm not sure.

From my own citation and the context, I think the author is simply named in the letter as Abu Hudhayfa and not otherwise specified as to the identity of the author.

But from the reading of the text, Abu Hudhayfa is a member of al-Qaeda, writing to its Emir.

Q. I guess the question I'm getting at is, is there some belief that this individual who wrote the letter had some sway over bin Laden?

MR. NASSAR: Objection to form.

THE WITNESS: I -- I don't know that it's, you know, necessary -- I mean, to my

Page 251

reading, it's not necessarily relevant whether Abu Hudhayfa had sway.

I think that the nature of the document is that the numbered list are of sought goals -- presumably sought goals of the al-Qaeda organization. And the document itself is not something that sort of exists in a vacuum, right. There's -- it's an illustrative text that is cited at length because it's illustrative of a body of literature that speaks to al-Qaeda's strategic thinking and objectives, both from within the organization that sort of characterizes the nature of its debates and thinking about strategy, as well as from, kind of, fellow travelers, like Dr. Hamed, who write, often, critically and in opposition to strategic objectives of the

Page 252

al-Qaeda organization.

But I think this is a fair reflection of a larger literature that speaks to al-Qaeda's strategic thinking at the time.

BY MR. EUBANKS:

Q. I'd like to go back to Page 32, because what I want to understand is, what is the opinion that you're espousing here that -- what was the strategic -- strategic objective of the embassy bombings and the Cole attack?

A. My understanding of the primary sources and the associated literature, with respect to the embassy bombings and the Cole attack, the strategic objective was to instigate, or in bin Laden's mind, force a withdrawal of American forces from the Saudi -- from the Arabian Peninsula.

So the tactical objective in the near term, I think, that was imagined -- I mean, the attacks carried on in the embassies, the communiques that

Page 253

were issued by al-Qaeda operatives in the immediate aftermath of those attacks, took credit in the name of the Islamic Army for the liberation of the land of the Two Holy Places.

So in the name of the -- of the sort of the (foreign language spoken) or -- to use the German word -- the cover name they used for the claim of responsibility issued immediately after the attacks was sort of pointing to the strategic objective of the attacks, the liberation of the Two -- the land of the Two Holy Places, meaning the Arabian Peninsula.

Bin Laden speaks about this at great length in interviews with Western -- Western journalists and in some of his own statements reflecting his -- I mean, what is, in hindsight, often sort of almost -- I mean, I don't want to say anything like laughably, but it's a rather unsophisticated view of the world.

This Transcript Contains Confidential Material

Page 254

But he points to the barracks bombing in Beirut and the fact that that led to the withdrawal of U.S. involvement in the Lebanese Civil War and that subsequently that opened space for strategic objectives being pursued by Islamic activists in Lebanon.

He also refers to the Black Hawk Down incident and its relationship to withdrawal of Somalia -- of U.S. forces from Somalia.

And kind of in his mind and his sort of strategic outlook with respect to the embassy bombings and the Cole bombing -- I mean -- and he says this in -- sort of directly, you'll note, if you hit the U.S. and make it hurt, it will go away and it will leave; look what happened in Lebanon, look what happened in Somalia.

So these were -- these were hits, these were bin Laden's efforts to strike and force this withdrawal that, according to these other documents and,

Page 255

you know, mapping of sort of items in the historical record that speak to al-Qaeda's strategic thinking, would open the space for a Saudi Arabia free of American military direct kind of cover, which would then allow for the subsequent sort of more successful engagement of the Saudi regime in a revolutionary Islamist struggle towards the goal of overthrowing the Saudi government.

Q. So is it your opinion that the Islamic Army for the liberation of the Holy Places, that the Liberation was not just to get rid of the Americans but to open up the Saudis to being able to be attacked without the Americans present?

A. Yes, I think that's -- that's a fair reading of that -- of that goal of liberation.

You know, the -- I mean, (foreign language spoken) and liberation used there, I mean, it's sort of -- it's (foreign language spoken), right. It's tyranny that's exercised. So the

Page 256

goal is the liberation of the people of the holiest sites of Islam from the tyranny of this infidel regime, quote/unquote.

Q. And just to be clear, it is not your opinion that the liberation was solely to remove the American presence from Saudi Arabia?

A. I think that was the -- that was among the strategic objectives. I think that was the tactical objective, right. As I described, bin Ladin's view of the world was that this would almost automatically cause the United States to run away. That would then create the space for what this other document describes as this kind of war, the war with the Saudi regime.

I think, you know, bin Laden's statements, in the -- even before the attacks of the late 1990s, the statements in the ARC documents are quite explicit that his -- with the Saudi regime isn't simply the presence of

Page 257

American forces, it isn't even the number one issue that he harps on, it's the (foreign language spoken) of the Saudi Royal Family. It's the abandonment of, as he says, you know, ruling or legislating according to divine law and its oppression or repression of Sahwa scholars.

So there is -- throughout this period, there's a clear, ultimate enemy, you might say, for bin Laden, which is the infidelity of the regime, of the Saudi regime.

Q. I want to turn to a different topic, and this topic is al-Qaeda's involvement in Bosnia.

And on Page 37 of your report, you state, As for Bosnia, the primary sources agree, al-Qaeda did not participate.

And am I correct that that is the opinion that you're espousing as an expert in this case, that al-Qaeda was not -- did not participate in the jihad

Page 258

in Bosnia?

A. Yes. Al-Qaeda, per se, did not -- did not participate in the jihad in Bosnia.

Q. What do you mean by "per se"?

A. I mean the organization didn't have any involvement. They had no direct involvement in the conflict. There wasn't an al-Qaeda program of providing sort of support to the -- direct support to the conflict in the form of its cadre or its material.

I mean, I think that, you know, bin Laden involved himself rhetorically, in statements and around this time, in offering his denunciations of the Serbian attacks on the Bosnian Muslims and so forth. So it figures rhetorically in some ways in bin Laden's statements around the period.

But as a historical matter, the al-Qaeda organization itself was not physically, militarily involved in the

Page 259

conflict.

Q. And, again, going back to the opinion you espoused earlier, al-Qaeda was not utilizing the resources of Islamic charities or NGOs in Bosnia to aid in the jihad?

A. No.

MR. EUBANKS: I'm marking Exhibit-647.

- - -

(Whereupon, Exhibit Brown-647, PEC-KSA003501-3519, Declaration of Ali Ahmad Ali Hamad, was marked for identification.)

- - -

BY MR. EUBANKS:

Q. This is a declaration of an individual who purported to have been a member of al-Qaeda from 1991 to 1997.

I'll give you some time to review this, because I did not see this document on your -- on your documents that you looked at. So I just want to

Page 260

give you a chance to read over it.

Let me know when you've had a chance to look through it.

A. Thank you. I'm looking through it now. I think --

Q. Sure.

A. And then it repeats in Arabic. Okay.

Q. Let me know when you're ready to proceed.

A. Thank you. I was just reviewing the Arabic.

Q. Yeah, I assumed as much.

A. Almost through.

Q. You're fine.

A. Okay. I have given that a once-over.

Q. Have you ever seen this document before?

A. I have seen this document before.

Q. In what context have you seen this document?

A. I've seen this document in

Page 261

the context of communications with counsel.

Q. Was it -- was it a document that you reviewed in advance of preparing your report?

A. It was not.

Q. Does it alter your view of al-Qaeda's involvement in Bosnia to any extent?

A. No, it does not.

Q. And why is that?

A. Well, the document itself here does not strike me as a credible source, for a lot of reasons.

Q. And what are those reasons?

A. There are no specifics cited here about anything with respect to al-Qaeda or its members, people that he knew or worked with, other than Osama bin Laden.

There's some odd things in Arabic. He says that, you know, he calls the (foreign language spoken) mujahideen, the (foreign language spoken) mujahideen,

Page 310

they use -- utilize to carry out individual attacks.

Do you agree?

A. Yeah, I mean, I think it's the same distinction -- I would -- I'm not trying to be pedantic.

I think it's -- one could say that the costs of -- the overall costs of the terrorist organization that are expended on their -- all of their activities are associated costs with outputs -- any of the outputs of the organization; or, you could make that distinction and say there's an associated budget of the organization that is -- that is one thing, and then there's the attack, which we could, you know, place clear bright lines around the salaries, if there were, for the attackers, the costs of planning that specific attack, the cost of logistics for the travel, the cost of materials for a bomb, if that were made, and then that would be delineated as the costs of the attack.

Page 311

And in that case, yes, I would say that there's costs associated with the bright-line activity and there's costs that precede or are outside of it.

Q. Well, I'm more thinking of an operational budget or an annual operational budget of operating a terrorist organization, paying salaries and things of that nature.

Is it your testimony that the only thing that is of any importance for this case is that the attacks cost less than $1 million between the three largest ones carried out by al-Qaeda?

MR. NASSAR: Objection. Mischaracterizes the report. Mischaracterizes the witness's prior testimony.

THE WITNESS: Yeah, I have not said that in the report, nor in any testimony.

BY MR. EUBANKS:

Q. Are you familiar with the concept of the fungibility of money?

Page 312

A. Yes.

Q. And that money provided to a terrorist organization for aid or for salaries for their members frees up money to carry out attacks; do you understand that concept of the fungibility of money?

A. Yes.

Q. Okay. And I guess what I am trying to understand is, within the context of your report, the only expenditures that you discuss as being expenditures related to this case are those less than $1 million and stating that bin Laden could handle those expenses all on his own.

And I'm trying to understand if your perspective is that the regular -- the other operational budget of the organization is immaterial?

MR. NASSAR: Objection. That's not -- that's not what he says in his report. If you want to point him to what you're talking about, but you're

Page 313

characterizing it in a manner that does not appear on the pages of his report.

MR. EUBANKS: I actually just read exactly what his report says to him.

MR. NASSAR: In the lead-up to the last question, you characterized. The only expend -- the realtime is messing up, but you characterized it in a way that is not stated in his report.

BY MR. EUBANKS:

Q. Okay. On the page that's on the screen right now --

A. Yes.

Q. -- The total cost associated with the three major terror attacks up to and including the 9/11 attacks did not reach $1 million. The resources at bin Laden's disposal throughout the 1987 through 2001 period far exceeded those costs.

And then the last sentence,

This Transcript Contains Confidential Material

Page 314

There is no evidence that al-Qaeda made use of religious charities to fund its activities.

Is your implication or your opinion in this case that because the expenses were so low, there was no need for charitable expenditures?

MR. GOETZ:  Objection. Form.

MR. NASSAR:  Objection to form.

THE WITNESS:  I mean, I don't -- I don't think that's the argument that I'm making here.  I think that the statement, as you've said, is my claim or my opinion, that the attacks themselves were within the costs, you know, that I've stated here.  That's relying on the 9/11 Commission Reports as to the costs associated with the 9/11 attacks, first of all.

And then other primary

Page 315

sources related to the attacks of the Cole, the USS Cole and the U.S. embassies in Africa.  And that those costs were within the resources available to bin Laden according to the primary source evidenced in the historical record.

Whether any other costs are material or immaterial, whether I think something matters or doesn't matter isn't stated in my report, and I don't -- I think that my -- that paragraph, I think, and its sense is clear.

BY MR. EUBANKS:

Q.   I agree it's clear.

The implication is exactly what I said it was, that there is no other expenditure that was implicated and bin Laden could foot this bill?

MR. NASSAR:  Objection. Argumentative.

BY MR. EUBANKS:

Page 316

Q.   But what I want to direct your attention to is -- I believe I've marked it now.

- - -

(Whereupon, Exhibit Brown-653, No Bates, The 9/11 Commission Report, was marked for identification.)

- - -

BY MR. EUBANKS:

Q.   Exhibit-653 is the 9/11 Commission Report.  And I want to draw your attention to Page 171 of the report.

It's the next-to-last paragraph on Page 171.  The paragraph beginning, Before 9/11.

A.   Yep, I see the paragraph.

Q.   Before 9/11 al-Qaeda spent funds as quickly as it received them. Actual terrorist operations represented a relatively small part of al-Qaeda's estimated $30 million annual budget.

Have you ever seen that figure publicized of a $30 million annual

Page 317

budget?

A.   Yes.

Q.   Is that cited anywhere in your report?

A.   Yes.

Q.   It is?

That it was a $30 million annual operating budget?

A.   Yeah.  On Page 60, I refer to plaintiffs' expert Winer's report that refers to this -- this number, the $30 million annual operating costs.

Q.   You cite Mr. Winer for that proposition and then completely disregard that information; is that correct?

MR. NASSAR:  Objection.

THE WITNESS:  I cite Mr. Winer for that information.  I don't know that I have said anything in the report that is -- that is to be -- with the intention of disregarding.

I have subsequent paragraphs that present argumentation based

This Transcript Contains Confidential Material

Page 318

on my review of the historical record with respect to what we can, on the basis of the primary source evidence in the historical record, understand about al-Qaeda's costs and so forth.

BY MR. EUBANKS:

Q.   Have you ever investigated the financial resources of al-Qaeda?

A.   The -- yeah, the primary sources have -- yes.  The financial resources of al-Qaeda, its -- its expenses, its expense reports, its budgets related to activities, how it would move money or would receive funds, these are all topics that are within the historical record and the primary source base for my analysis of the historian of al-Qaeda.

Q.   After you mention Mr. Winer's report, the next words that you write, In reality -- you're a smart person.

The "in reality" on Page 60

Page 319

of your report is a statement that says, I disagree; is it not?

MR. NASSAR:  Objection.

THE WITNESS:  I do disagree with Winer.

BY MR. EUBANKS:

Q.   And with the findings of the 9/11 Commission?

MR. NASSAR:  Objection.

THE WITNESS:  I mean, I think you've asked this before.  I don't -- I wouldn't say that I disagree with the findings, broadly speaking, of the 9/11 Commission Report.

BY MR. EUBANKS:

Q.   On specifically this point where the 9/11 Commission says that al-Qaeda's estimated $30 million -- $30 million annual operating budget, which tracks with what Mr. Winer says.

So if you're disagreeing with Mr. Winer, you're disagreeing with the 9/11 Commission --

Page 320

MR. NASSAR:  Objection.

BY MR. EUBANKS:

Q.   -- on this particular topic?

A.   I mean, on the -- on the topic of al-Qaeda's resources and what the -- you know, the primary sources say about that, I have, you know, presented statements and affirmative statements about my opinion with regard to that in the report.

Q.   On Page 64 of your report, you again state, in different words, Estimates of the costs of al-Qaeda's major operations vary but they do not exceed the amount of money available to bin Laden from his personal wealth.

Again, is it your opinion in this case that the overall operating expenses of al-Qaeda as an organization are immaterial?

MR. NASSAR:  Objection.  Asked and answered.  Objection to form.

I think somebody -- we're

Page 321

hearing background.  I don't know if somebody hasn't -- is not muted who is not speaking other than you, John, but if they could mute their microphone, please.

THE WITNESS:  Yeah, I mean, I think I have answered that question.  And I have -- I have said I'm not stating that operational costs incurred by the organization are immaterial.

BY MR. EUBANKS:

Q.   But you're saying that they are not approaching $30 million a year?

A.   I do address that in particular points.  I think that the report does sort of take that number, with respect to the Taliban support, directly in reviewing the evidence about the relationship between al-Qaeda and the Taliban and estimates of the -- of the amount of money that al-Qaeda allegedly provided to the Taliban.

Q.   And, again, just not trying

This Transcript Contains Confidential Material

Page 322

to beat a dead horse, but on Page 65, you state again that, Regardless of whether he -- bin Laden -- in fact, recovered amounts of money from his time in Sudan or not, it is well settled that the 9/11 attacks cost relatively little and the notion that al-Qaeda needed the support of charities is unfounded.

Am I incorrect that you are tying those two concepts together, that charity financing was unnecessary because bin Laden was wealthy enough to cover the cost?

A. I mean, I think that there's a -- you know, there's -- there are two clauses in the sentence. I think that the notion that al-Qaeda needed the support of charities is unfounded. And I -- as I say in my report in numerous places, I am aware of no primary source evidence to the contrary.

That is -- that is -- with respect to it is well settled that the 9/11 attacks cost relatively little, I

Page 323

think that is -- we've already kind of covered that. The cost of the 9/11 operations were within bin Laden's own personal resources, as we -- as available to him at the time due to the recovery of assets in Sudan that would be indicated by the document from the Abbottabad raid.

As to whether bin Laden's personal resources would be adequate to the coverage of all of al-Qaeda's operating expenses over all of its history, I'm not making a statement here about that.

Q. One second.

Now, with regard to the alleged Golden Chain Document, is it your testimony that, if anything, the Golden Chain was a list of people who were aiding -- providing aid to the Afghan jihad?

A. That it is -- a potential reading of the document, there's, as I -- I mean, as you know, it's a document that doesn't have a lot of surrounding

Page 324

context. It doesn't obviously relate to preceding or subsequent documents in the files in which it was discovered in the computer of Enaam Arnaout. It's a handwritten list of names, of two columns on a scrap of paper, with a Quranic statement heading it, underneath a (foreign language spoken) that is a quote from the Quran about charitable giving.

That's the only contextual clue in the document is the Quranic quote. Otherwise, it's a list of names. One side has the list of people and institutions, and the other side has the list of people. I think there's three names that are legibly -- at least in the legibly -- you know, you can determine who those are. I think there's a fourth name on the margin that's kind of -- as the handwriting is bent around, it's -- I'm unable to make it out.

Q. We talked about the Sahwa Movement a little while ago in Saudi Arabia.

Page 325

Was the -- were the leaders of the Sahwa Movement, and I'll use al-Ouda and al-Hawali as the sort of two leaders of the Sahwa Movement, were they considered Salafists?

MR. NASSAR: Objection to scope.

THE WITNESS: Were Ouda and Hawali considered Salafists?

BY MR. EUBANKS:

Q. Correct.

MR. NASSAR: Objection to foundation as well.

THE WITNESS: I think, I think that that's -- I mean, I would think that was -- that would be a view. I mean, certainly they were Saudi Ulema, Sunnis. I think that that is a -- I mean, I don't know that that's -- I would say that would be a controversial assessment, that Ouda and Hawali might be considered by other Muslims as Salafis, given where