# EXHIBIT 34

This Transcript Contains Confidential Material

Page 1

          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
                    -   -   -


    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
    ON SEPTEMBER 11, 2001       : (GBD)(SN)




                    -   -   -
              APRIL 20, 2021
          THIS TRANSCRIPT CONTAINS
           CONFIDENTIAL MATERIAL
                    -   -   -



              Remote Videotaped

    Deposition, taken via Zoom, of OLIVIER

    ROY, commencing at 7:04 a.m., on the

    above date, before Amanda

    Maslynsky-Miller, Certified Realtime

    Reporter and Notary Public in and for the

    Commonwealth of Pennsylvania.



                    -   -   -


          GOLKOW LITIGATION SERVICES
       877.370.3377 ph| 917.591.5672 fax
              deps@golkow.com

This Transcript Contains Confidential Material

Page 142

a rich man is enough to think that he didn't need any money.

As I said, you know, this kind of financing, it was -- with $100,000 you used to do a lot in Peshawar in 1986 or '87.

BY MR. EUBANKS:

Q. So is it your expert opinion that when al-Qaeda was founded, it did not get any funds from personal donations and Islamic charities?

A. For good reasons, because al-Qaeda didn't really exist.

As I said in the beginning, al-Qaeda was a network of friends around bin Laden. So donors had no idea that there was an organization called al-Qaeda which was looking for funding.

Q. Are you familiar with the name of an individual by the name of Wa'el Julaidan?

A. I have heard the name.

Q. Do you know anything about him?

Page 143

A. No, not specifically. I'm not sure he was a member of al-Qaeda. I never -- he was in Peshawar. He was part of the, you know, Italian -- the NGOs.

Q. I believe he was the head of the Peshawar office of the Muslim World League during this time period.

A. Okay.

Q. And would it surprise you that he was one of the original founders of al-Qaeda?

MR. NASSAR: Objection.

THE WITNESS: I don't think that he was -- I had what I could read about the foundation of al-Qaeda, information from the leader.

But, no, I have no evidence that he was there.

BY MR. EUBANKS:

Q. And have you ever read any of the documents in which he has been designated by both the UN 1267 committee and also by the United States as a

Page 144

terrorist?

MR. NASSAR: Objection. Scope.

THE WITNESS: It doesn't prove anything. You have a lot of so-called classified, confidential documents that are based on hearsay.

BY MR. EUBANKS:

Q. Have you ever read any of the internal al-Qaeda documents about the foundation of al-Qaeda written by al-Qaeda members that discuss Wa'el Julaidan's involvement in the foundation of the organization?

MR. NASSAR: Objection. Scope. Mischaracterizes the documents. Argumentative.

MR. EUBANKS: You can answer if you can.

I mean, if you don't --

THE WITNESS: I haven't found a document proving that Julaidan was a part of the

Page 145

founding of al-Qaeda.

I know the debate about that. But I didn't find anything convincing.

BY MR. EUBANKS:

Q. But you never personally met Mr. Julaidan in Peshawar?

A. No, no.

Q. And you never met him in his capacity as the head of the Rabita Trust either; is that correct?

A. No. No. I had no contact with the World League, Muslim World League.

MR. EUBANKS: In Mr. Winer's report, if we can go to Section 7.2.1. Unfortunately, I don't have the page number.

BY MR. EUBANKS:

Q. Now, this paragraph in Mr. Winer's report is dealing with the -- what it refers to as the first phase -- the first Afghanistan period for bin Laden from 1979 to 1989.

37 (Pages 142 to 145)

This Transcript Contains Confidential Material

Page 166

fighters who were involved in the Afghan jihad at the end of 1980s who used to go to Bosnia. But to Hamid's first, there was no office of Maktab al-Khidamat which de facto stopped to exist in Bosnia.

And the people who went to Bosnia at the time were in the same parting of different jihad. The militants -- the Islamic militants who used to go to Bosnia were on the same side as the Western troops. So it's not the case of global jihad. That is not the case of global jihad.

Q. Are you familiar with a CIA report that was issued in 1996 released and reported on activities of Islamic NGOs in Bosnia?

MR. NASSAR: Objection. Scope.

THE WITNESS: That's not my -- I didn't work on that.

BY MR. EUBANKS:

Q. But you've opined that no office was opened under the Maktab

Page 167

al-Khidamat name in Bosnia and that al-Qaeda was not involved in the -- in the war in Bosnia, correct?

A. Yeah.

Q. Okay.

MR. EUBANKS: We can put up Document Number 5. And I believe this will be Exhibit-590.

- - -

(Whereupon, Exhibit Roy-590, FED-PEC0104843-4856, CIA Report, was marked for identification.)

- - -

BY MR. EUBANKS:

Q. And the first question is, does this document look like something you've seen before?

A. Yeah. That's a description of Islamic charities, yeah.

Q. And just to be clear, does this look like something you've seen before, seen previously?

A. Sorry, sorry. No. No, I didn't see this report.

Page 168

Q. This document purports to be a CIA report from 1996. And it has been given that imprimatur by organizations from the UN to our State Department.

But on the tenth page of this document, where it's going through various organizations operating in Bosnia, the first organization listed on this tenth page is Maktab al-Khidamat, a/k/a Human Services Organization/Office (HSO) or al-Kifah?

A. I never heard of Maktab al-Khidamat office in Sarajevo. And then, you know, the name wasn't -- the name was free. Anybody could call himself a Maktab al-Khidamat representative for al-Kifah maybe, I don't know. I don't know. I didn't work in Bosnia.

Q. What is al-Kifah, do you know?

A. al-Kifah is an organization which has been established in New York, Brooklyn, I think. I'm not sure.

Page 169

Q. And, to your knowledge, was the al-Kifah refugee center associated with Maktab al-Khidamat?

A. Not in terms of institution. It was a separate organization.

But they were probably in contact with Maktab al-Khidamat, because once you decide to support the Afghan mujahideen, you go through Maktab al-Khidamat.

Q. So you wouldn't see al-Kifah and Maktab al-Khidamat as being synonymous?

A. No. It's not the same organization.

Once again, people -- some people of al-Kifah might have organized meetings to publicize, popularize the Afghan jihad in the U.S., it's possible. But it's not the same organization.

MR. EUBANKS: Can we go to the eighth page of this document. So two pages up. Actually, go up one more page to the seventh page.

43 (Pages 166 to 169)

**In re Terrorist Attacks on September 11, 2001, MDL No. 03-1570 (GBD)**

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:  Dr. Olivier Roy
Dep. Date: April 20, 2021

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 11:6 | Florencia | Firenze | Transcription error |
| 17:20-21 | Because Arabic is strong in France and the national language | Because Arabic has a strong influence on the Persian language | Transcription error |
| 19:24 | Several | Other | Transcription error |
| 20:11 | Sumayya | Sumayya Khatib | Missing word |
| 26:10 | As was a consortium | Under the sponsorship | Transcription error |
| 31:3 | Three | Two | Transcription error |
| 32:3 | Oriental languages | Oriental languages of the Persian language and civilization | Missing words |
| 32:14 | Process | Courses | Transcription error |
| 32:15 | International | Oriental | Transcription error |
| 32:17-18 | High up | Higher | Transcription error |
| 32:24 | It is | Elitist | Transcription error |
| 33:18 | Several | Certain | Transcription error |
| 33:20 | Strategy on a political | Sociological or anthropological | Transcription error |
| 34:4 | Political | Anthropological | Transcription error |
| 35:16 | Which everybody was supposed | Which brings together everybody who is supposed | Transcription error |
| 36:12 | Which is the school | Which is the elite school | Transcription error |
| 36:17 | In France | License | Transcription error |
| 37:3 | In… | In Dreux | Missing word |
| 39:16 | French -- main | French -- three main | Missing word |
| 40:22 | Some types of people | Some Arabs or people | Transcription error |
| 41:5 | The learned | Did learn | Transcription error |
| 42:24 | Country | Conflict | Transcription error |
| 42:16 | Italian | Humanitarian | Transcription error |
| 43:7 | Medical International | Aide Medicale Internationale | Transcription error |
| 43:8 | IMI | AMI | Transcription error |
| 44:16 | Hiking Europe | Writing a book | Transcription error |

1

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 45:9 | The countries by Afghanistan | The countries interested by Afghanistan | Missing word |
| 51:11 | With | As | Transcription error |
| 52:3 | Was before | Was formed before | Missing word |
| 53:1 | The, again, resistance | The Afghan resistance | Transcription error |
| 53:14 | Guide | Guy | Transcription error |
| 55:1 | Of political | Of humanitarian or political | Missing words |
| 55:2 | Under | On the | Transcription error |
| 55:3 | The Afghan | On the Afghan | Missing word |
| 55:11 | Path | Part | Transcription error |
| 56:14 | Mother | Model | Transcription error |
| 58:10 | Cabal | In Kabul | Transcription error |
| 58:12 | Recall | Record | Transcription error |
| 58:13 | Hidden | Written | Transcription error |
| 59:8 | Hidden | Written | Transcription error |
| 59:16 | Works | Books | Transcription error |
| 60:9 | Volunteers | Foreign volunteers | Transcription error |
| 60:13 | Free core | Trickle | Transcription error |
| 60:19 | From | Form | Transcription error |
| 63:5 | It says | I say | Transcription error |
| 64:2-3 | I refer to Pakistan | I refer to, in Pakistan, | Missing word |
| 66:14 | Academic leader Harshaw, you know, on | Academic literature on | Transcription error |
| 66:15 | The most important for us | Muslim Brothers | Transcription error |
| 66:20 | Of mujahideen | Of foreign mujahideen | Missing word |
| 68:14 | You know | In the mountains | Transcription error |
| 68:15 | Tank against -- | Tank in mountains | Transcription error Missing word |
| 68:16-17 | I was not telling no one | I was not the only one | Transcription error |
| 68:17 | Telling no one | Alone | Transcription error |
| 68:20 | speak to me without clearance | speak to me with or without clearance | Missing words |
| 69:24 | Have | Read | Transcription error |
| 70:6 | Read | Conclude | Transcription error |
| 71:22 | Muslim | Most of the | Transcription error |
| 74:16 | Theologist | Religious | Transcription error |
| 74:17 | Theologist | Religious | Transcription error |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 74:19 | What views they do of theology | What use they do of theology [clarification: "how they use theology"] | Transcription error Witness clarification |
| 75:9 | Call, the jihad, | Call, the struggle, the jihad | Missing words |
| 76:23 | Our | Arab | Transcription error |
| 77:11 | General | Regional | Transcription error |
| 78:6 | Context | Pretext | Transcription error |
| 78:7 | Context | Pretext | Transcription error |
| 79:24 | In Fransure | Influential | Transcription error |
| 80:3 | Ascending | Sending | Transcription error |
| 80:3 | Find fighters | Foreign fighters | Transcription error |
| 80:17 | Fake names | "kunya" fake names | Missing word |
| 80:18 | Abdu | Abu | Transcription error |
| 81:13 | Have an | Arab | Transcription error |
| 81:19 | Consult | Translate | Transcription error |
| 82:2 | Will | Word | Transcription error |
| 82:13 | A call | The most radical | Transcription error |
| 82:18 | Of fight | Was there | Transcription error |
| 82:22 | That uniting the community is more | That uniting, unity, is more | Transcription error |
| 83:21 | Forcing | Foreseeing | Transcription error |
| 84:3 | Factions | Pashtuns | Transcription error |
| 84:5 | -- there is -- | -- there is an interconnection | Missing words |
| 84:8 | Political | Radical | Transcription error |
| 84:9 | State based on the ethnicity in | State based on the Pashtun ethnicity on | Missing word, Transcription error |
| 84:10-11 | What we saw as the | What we saw, the Afghan observers, as the | Missing words |
| 85:9 | -- | Phenomena | Transcription error |
| 85:20 | Secular nationalists | Secular or nationalists | Missing word |
| 87:7 | Tours | Tales | Transcription error |
| 87:8 | Complete | Concrete | Transcription error |
| 87:10 | Practicing | Participating | Transcription error |
| 87:16 | That | Every | Transcription error |
| 87:17 | Tolls | Tales | Transcription error |
| 87:18 | Actions | Narratives | Transcription error |
| 87:19 | -- | Real | Transcription error |

3

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 88:16 | Pressured | Pushed | Transcription error |
| 89:15 | This | Death | Transcription error |
| 90:7 | Most | More | Transcription error |
| 90:7 | Jamiat-e Islami | Jamiat or Hizb-e-Islami | Missing words |
| 90:8 | The -- | Literature | Transcription error |
| 91:20 | Message | Muslims | Transcription error |
| 91:23 | For -- | For legitimacy | Missing word |
| 92:12 | Heightened and believed | Rewritten and embellished | Transcription error |
| 94:8 | Or a -- | Or an office | Missing words |
| 95:24 | Nuances | Nuanced | Transcription error |
| 96:4 | Stuff | Things | Transcription error |
| 96:7 | Holding back the soviet interferences | Rolling back the soviet influence | Transcription error |
| 96:15 | -- | Ethiopia | Missing word |
| 96:20 | Interference | Influence | Transcription error |
| 97:1 | Pressure | Push | Transcription error |
| 98:8 | Interpreters | Interlocutors | Transcription error |
| 100:3 | Volunteers | Foreign volunteers | Missing word |
| 100:6 | Always front line | Always on the front line | Missing words |
| 100:9 | Have disappeared, you know | Disappeared, you know | Transcription error |
| 101:17 | Which was known was Maktab al-Khidamat | Which was known was Maktab al-Khidamat, but Maktab al-Khidamat was based in Peshawar | Missing words |
| 104:8 | War | Role | Transcription error |
| 105:19 | Taliban | Khaldan | Transcription error |
| 105:20-21 | Not everybody in the Taliban was under the control of bin | Not everybody agrees that Khaldan was under the control of bin | Transcription error |
| 106:10 | So it was | So usually it was | Missing word |
| 107:13 | The -- | The party | Missing word |
| 109:16 | -- | Gulbuddin Hekmetyar | Missing words |
| 110:2 | Holds | Rose | Transcription error |
| 111:3 | And | Or | Transcription error |
| 112:21 | Difference | Defense | Transcription error |
| 112:22 | Ideations | Aggressions | Transcription error |
| 112:23 | An | The | Transcription error |
| 113:1 | Fightings | Rivalries, fightings | Transcription error |

4

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 113:17 | Military issue part | Military support | Transcription error |
| 113:18 | Government | Governments | Transcription error |
| 113:20 | The NGO | The origin | Transcription error |
| 114:9 | Donors are wanted | Donors wanted | Transcription error |
| 114:11 | Identify | Deliver | Transcription error |
| 114:16 | Citizens | Civilians | Transcription error |
| 115:2 | Local commanders, again, mujahideen | Local commanders, Afghan mujahideen | Transcription error |
| 115:6 | Hiding | Raising | Transcription error |
| 115:7 | From one side, you know, to bargain with | From one side in order to bargain with | Transcription error |
| 115:11 | These are the -- | Either as a mediator or a translator | Transcription error |
| 116:3 | Obviously | If you send | Transcription error |
| 116:4 | US | Western | Transcription error |
| 116:6 | The -- you know, if -- found | The – you know, if Medecins Sans Frontieres found | Transcription error |
| 116:23 | Military | Humanitarian | Transcription error |
| 117:3 | Similarly | Secondly | Transcription error |
| 118:6 | Political | Heretical | Transcription error |
| 118:14 | Egyptian political term, terrorist aside, | Egyptian radical, turned to terrorist, Farag | Transcription error Missing words |
| 118:17 | Obligation for Muslims | Religious obligation for Muslims | Missing word |
| 118:19-20 | The Shah | Sheikh | Transcription error |
| 118:20 | Political | Heretical | Transcription error |
| 118:21 | Elemental | Adamant | Transcription error |
| 120:17 | -- | Attitude | Transcription error |
| 120:23 | Baz will try to help this idea | Baz will reiterate this idea | Transcription error |
| 122:14 | -- | Power | Transcription error |
| 122:18 | they | I | Transcription error |
| 122:19 | I | They | Transcription error |
| 123:19 | The | The gray | Missing word |
| 123:22 | People like -- | People like Richard Pearl, Elie Krakowski | Missing words |
| 123:23 | And part of it was the time | And Paul Wolfowitz at that time was | Transcription error |
| 123:24 | Uldaman | Edelman | Transcription error |

5

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 124:2 | At the | Or at the | Transcription error |
| 125:23 | So, to be clear, defensive | So, Afghanistan was typically a defensive | Transcription error |
| 126:5 | Affairs | Faith | Transcription error |
| 128:22 | Jihads was | Arabs were | Transcription error |
| 128:24 | War | Brawl | Transcription error |
| 129:2 | There was | Our | Transcription error |
| 129:3 | High means | I mean | Transcription error |
| 130:11 | Of | Of rivalries | Missing word |
| 130:21 | As I | Azzam | Transcription error |
| 130:23 | People that brought it up to me, | People that reported it to me, | Transcription error |
| 131:6 | It well, about 20 points | Twelve or 20 points | Transcription error |
| 131:8 | And the instruction was, | And among the instruction was, | Missing word |
| 131:9 | General | Internal | Transcription error |
| 133:2 | In -- Palestinians were | He blamed Palestinians who were | Transcription error Missing words |
| 133:19 | With just | Obviously | Transcription error |
| 136:2 | -- | Engineer Ishaac | Missing words |
| 136:18 | Had | Read | Transcription error |
| 138:5 | -- | Narrative | Missing word |
| 138:7 | The -- age | The dominant image | Transcription error Missing words |
| 140:11-12 | That's neither here nor there. | That I don't know. | Transcription error |
| 141:21 | To begin | At the beginning | Transcription error |
| 143:4 | You know, Italian – the NGOs. | Humanitarian, the Arab NGOs | Transcription error Missing word |
| 143:14 | Had | Read | Transcription error |
| 143:16-17 | Information from the leader | So-called foundation of Al-Qaeda | Transcription error |
| 145:1 | Founding | Founders | Transcription error |
| 147:3 | The -- | The time relations | Transcription error |
| 152:19 | Islam | Either | Transcription error |
| 154:17 | -- | Hegghammer | Missing Word |
| 155:14 | Ammunition. | Ammunition and Kalashnikovs. | Transcription error |
| 158:19 | The fatwah | The city | Transcription error |
| 161:24 | Kabul | Tribal | Transcription error |

| PAGE/LINE | CHANGE TRANSCRIPT FROM: | CHANGE TRANSCRIPT TO: | REASON FOR CHANGE/OTHER ISSUE |
|---|---|---|---|
| 162:3 | -- | corruption | Missing word |
| 162:6 | For | In terms of | Transcription error |
| 163:23 | Theories of | Terrorist or | Transcription error |
| 164:6 | Extremists | Elements | Transcription error |
| 164:9 | International | Real operational | Transcription error |
| 165:20 | No | As such, no. | Missing words |
| 166:3 | Hamid's | Remark | Transcription error |
| 166:5 | Bosnia | Peshawar | Witness Misstatement |
| 166:8 | Parting of different jihad | Paradigm of defensive jihad | Transcription error |
| 166:12 | That | Bosnia | Transcription error |
| 171:16 | Yes | Yes, but it's not in Afghanistan. | Missing words |
| 178:14-15 | The guy is whistling unjustly | The guy is boasting obviously | Transcription error |
| 181:8 | New | Whole | Transcription error |
| 184:12 | Just because | I just see that | Transcription error |
| 186:22 | Political | Radical | Transcription error |
| 200:11 | Taliban | Terrorism | Transcription error |
| 205:2 | Politicalized | Radicalized | Transcription error |
| 205:18-19 | They were consulting these masterminds | I was concentrating on these masterminds | Transcription error |
| 209:4-5 | Where I had them | Others I read them | Transcription error |
| 209:20 | Have | Read | Transcription error |
| 214:6 | Hegemeyer | Hegghammer | Transcription error |
| 214:7 | Instruction | Research | Transcription error |
| 214:8 | Sinal | Sana'a | Transcription error |
| 214:10 | Sinal | Sana'a | Transcription error |
| 216:6 | In jihad at all | In global jihad at all | Transcription error |
| 216:7 | Yemen history | A Yemeni story | Transcription error |
| 218:16 | IIRO activities, no | Alleged activities, no. | Transcription error |
| 221:7 | Categorization | Radicalization | Transcription error |

7