# EXHIBIT 36

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

------------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

------------------------------------x

April 12, 2021

10:30 a.m.

Videotaped Deposition via Zoom
of BRIAN M. JENKINS, pursuant to Notice,
before Jineen Pavesi, a Registered
Professional Reporter, Registered Merit
Reporter, Certified Realtime Reporter and
Notary Public of the State of New York.

Page 74

JENKINS

as well.

He is currently being held at Guantanamo.

MR. COTTREAU:  If I can ask the assistant to turn ahead to what's page 488 of the 9/11 Commission Report at FED PEC 00076072, these are the footnotes to Chapter 5, Mr. Jenkins.

And if you could highlight footnote 1 on that page.

Mr. Jenkins, I am going to show you what's been marked as part of Exhibit 2026, page FED PEC 76072, it is footnote 1 to Chapter 5 of the 9/11 Commission Report, and ask you to read aloud that footnote.

A.    "Though KSM and bin Ladin knew each other from the anti-Soviet campaign of 1980s, KSM apparently did not begin working with Al Qaeda until after the 1998 East Africa Embassy bombings. Intelligence reports interrogations of KSM, November 21, 2003; January 9, 2004; February 19, 2004."

Page 75

JENKINS

Q.    And do you agree with footnote 1 to Chapter 5 of the 9/11 Commission Report as published on FED PEC 0076072 of Exhibit 2026?

A.    They begin working with -- begin working with, I am going to talk about that phrase there.

KSM we know, and this is also from the 9/11 Report, spoke with bin Ladin in 1996 and pitched the idea of some type of operation involving airplanes.

Bin Ladin did not  -- bin Ladin invited Khalid Sheikh Mohammed to join Al Qaeda at that time, but Khalid Sheikh Mohammed did not and so this would be referred to, you know, really in a sense a more formalization of a relationship.

But Khalid Sheikh Mohammed remained committed to this operation and was anxious for bin Ladin's support for it, but at the same time Khalid Sheikh Mohammed really valued his independent status and did not want to formally join Al Qaeda and so this represents more of a

Page 76

JENKINS

formalization of the relationship.

Q.    When you say this represents more of a formalization of the relationship, you mean when KSM began working more closely with Osama bin Ladin in 1998 or 1999?

A.    Yes.

MR. COTTREAU: If I could have the assistant please turn to the next page and highlight for me footnote 10 on the next page.

Q.    Mr. Jenkins, I am going to have you take a look at footnote 10 to Chapter 5 of the 9/11 Commission Report, which is at FED PEC 0076073 of Exhibit 2026, and if you could please read that aloud for me.

A.    "Intelligence report, interrogation of KSM, January 9, 2004.  In another interrogation report, however, KSM downplays the significance of his relationship to Yousef in enabling him to meet with bin Ladin.  Specifically, KSM notes that Yousef was not a member of Al Qaeda and that Yousef never met bin Ladin.

Page 77

JENKINS

Intelligence report, interrogation of KSM, February 19th, 2004."

MR. EUBANKS:  Objection, rule of completion or rule of completeness.

Q.    Do you agree that Ramzi Yousef was not a member of Al Qaeda and that Ramzi Yousef never met Osama bin Ladin?

A.    I don't know; again, I don't know independently whether Yousef had met bin Ladin.

Insofar as not being a member of Al Qaeda, here you have to understand, in my view, that when we talk about Al Qaeda, we in the west want to impose wiring diagrams and formal memberships on what is really a network.

There was an Al Qaeda constellation, Al Qaeda orbit, that included individuals who were members, who were affiliates, who were innocent subcontractors, and there were individual entrepreneurs, at times they collaborated with Al Qaeda, so it was much of a network.

20 (Pages 74 - 77)

Page 90

JENKINS

completeness.

A.    Again, I haven't done any independent looking at the financial issues and so all I can say here is that this is what the 9/11 Commission wrote in its report.

MR. COTTREAU:  Mike, if you can take that down, we're done with that, thank you.

Q.    If it makes sense, maybe now would be a good time for a bathroom break, Mr. Jenkins.

A.    All right.

Q.    It would be on our end.

A.    Okay.

MR. COTTREAU:  Off the record.

THE VIDEO TECHNICIAN: Time is 12:57, we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: We are on the record, the time is 1:12 p.m..

Please continue.

BY MR. COTTREAU:

MR. COTTREAU:  Mike, if you can

Page 91

JENKINS

load document I as Exhibit 2028.

(Defendants' Exhibit 2028, transcript of witness's testimony presented before the House Armed Services Committee, Subcommittee on Emerging Threats and Capabilities, on or about June 22, 2011, was marked for identification, as of this date.)

Q.    Mr. Jenkins, I am going to show you what's been marked as Exhibit 2028 and ask you whether you recognize this as a transcript of your testimony presented before the House Armed Services Committee, Subcommittee on Emerging Threats and Capabilities, on or about June 22, 2011, and if you need to have the court reporter scroll, the court assistant scroll, that's fine.

(Witness perusing document.)

MR. COTTREAU:  Maybe, Michael, you can scroll to the next page and if you can zoom in on his name and the text after his name.

(Witness perusing document.)

Page 92

JENKINS

Q.    I will just ask my question again.

Mr. Jenkins, do you recognize Exhibit 2028 as a copy of your testimony before a subcommittee of the House Armed Services Committee on June 22, 2011?

A.    Yes.

Q.    I am going to have you take a look at page 3, numbered on the bottom of Exhibit 2028, and look at the second-to-the-last paragraph on page 3 of Exhibit 2028.

The second-to-the-last sentence in your testimony says, "Before that, in 1995, a small group of terrorists, then still outside of Al Qaeda's orbit, plotted to bring down 12 airliners flying across the Pacific."

Do you recall making that statement in your testimony that's part of Exhibit 2028?

A.    Can you do me a favor, because I appreciate this, can you just take that off so I can read -- I can just

Page 93

JENKINS

familiarize myself with the page of where we are in this.

Q.    Please take the time that you need.

(Witness perusing document.)

A.    Okay.

Q.    Do you recall in 2011, as part of your testimony, at Exhibit 2028, numbered page 3, second-to-the-last paragraph, stating that, "Before that, in 1995, a small group of terrorists, then still outside of Al Qaeda's orbit, plotted to bring down 12 airliners flying across the Pacific."

A.    Yes, that was my testimony.

Q.    Does that sentence that I just read refer to the Bojinka plot?

A.    Yes.

Q.    And do you still believe that, as you've stated in Exhibit 2028, second-to-the-last paragraph of numbered page 3, "Before that, in 1995, a small group of terrorists, then still outside of Al Qaeda's orbit, plotted to bring down 12

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

Page 94

JENKINS

airliners flying across the Pacific"?
    A.    Yes, but I would add to that again, we've had this discussion before, you know, as I say, it was not -- Bojinka was not an Al Qaeda operation, it was carried out by individuals who were part of this broader constellation and who had previously, in some case, had previously had connections with Al Qaeda or subsequently had connections with Al Qaeda.
        But the specific operation was not an Al Qaeda operation.
        So, yes, I agree with this statement, but with that additional statement.
    Q.    Thank you.
        MR. COTTREAU:  Michael, you can take the exhibit down.
    Q.    Mr. Jenkins, do you believe that Islam is a religion of peace?
        MR. EUBANKS:  Object to form, outside the scope.
    A.    You know, do I believe --

Page 95

JENKINS

        MR. MALONEY:  Are you asking for a personal opinion or expert opinion?
    A.    Are we talking about my personal philosophical positions or are we talking about -- you've got to ask something -- that's a philosophical statement.
    Q.    Okay.
        Well, I just thought you had written this before and so I just asked the question to see what you believed today.
        But maybe we can start again, Mr. Jenkins, and maybe this is a yes/no question, but you tell me.
        Do you have a different expert opinion versus a personal opinion as to whether Islam is a religion of peace?
        MR. EUBANKS:  Objection to form, outside the scope.
    A.    I would say that, you know, look, let me give you a straight answer to that question and I'll tell you.
        A religion is a set of beliefs

Page 96

JENKINS

and whether we're talking about Islam or Christianity or Bhuddism, there is nothing inherent in a belief in god in mainstream religions that commands violence.
        But religion is regularly exploited to support violent acts, that's not exclusive to Islam, that is a matter of all belief systems.
        So do I believe that Islam is itself the religion, what is written in the Quran, is inherently violent, probably no more so than the Old Testament of the Bible, of the Christian Bible.
        Are the religious beliefs regularly deployed, not just Islam, but any religion, deployed to support on occasion slaughter, killings, the answer is yes, historically they have been used for that.
        And the reason I have opined on Islam is that there is, let's put this in context, there is I think a bias in the world that Islam itself, for one to be a Muslim, is inherently to accept a religion

Page 97

JENKINS

of aggression, of violence; I reject that, I do reject that.
        Is, is the faith utilized as other faiths are, to support acts of violence, murder, large scale slaughter, the answer is, unfortunately, historically, yes.
    Q.    Do you believe that Al Qaeda distorted Islam to commit terrorist attacks?
        MR. EUBANKS:  Objection to form, outside the scope.
    A.    It is outside what I've written about, I am not a theologian.
        However, clearly what Al Qaeda did in its ideology was to elevate the concept of Jihad, which can mean either a spiritual struggle or making war, it elevated it to in a sense the primary, the paramount issue, which was to not the spiritual quest, but to make war, to be intolerant, to define religion very, very -- Islam -- very, very narrowly so that others could be identified, even fellow

25 (Pages 94 - 97)

Page 214

JENKINS

(Recess taken.)

THE VIDEO TECHNICIAN: We are on the record, the time is 5:21 p.m.

Please continue.

BY MR. COTTREAU:

Q. Mr. Jenkins, just some clean-up questions so I can make sure I understand your report.

If you could take a look at the section beginning on page 7 of your report, let me know when you're there.

Are you on page 7?

A. Yes, I am, sorry, I thought you heard me.

Q. Pages 7 through 9 of your report, you have a section titled "Terrorists Make Commercial Aviation Part of the Battlefield."

Do any of the attacks in that section involve Al Qaeda?

MR. EUBANKS: Take your time reading through the section.

(Witness perusing document.)

A. No.

Page 215

JENKINS

Q. If you could turn to page 9 of your report and let me know when you're there.

(Witness complying.)

Q. From pages 9 to 11 of your report, you have a section titled "A Coordinated Multi-Part Attack."

Do any of the plans or plots in that section involve Al Qaeda, besides 9/11?

(Witness perusing document.)

A. I'm just going through them.

(Witness perusing document.)

A. No.

Q. If you could turn to page 11 of your report, you have a section entitled "The Plot to Bring Down 12 Jumbo Jets."

Is that the so-called Bojinka plot?

A. Yes.

Q. You say at the first sentence of the section entitled "The Plot to Bring Down 12 Jumbo Jets" on page 11 of your report, that "Ramzi Yousef had become an

Page 216

JENKINS

international recruiter for the nascent Al Qaeda group."

Do you see that?

A. Yes.

Q. Do you believe that Ramzi Yousef had become an international recruiter for the nascent Al Qaeda group?

A. Well, here again, we're talking about Afghanistan in the early Nineties and his exact relationship, and that is unclear, I don't know if he actually ever swore bayat to bin Ladin.

Bin Ladin certainly knew him, he had in fact served in the Mujahideen, so he was acquainted -- bin Ladin knew of him and he knew of bin Ladin to be sure, and there was --

Again, he was part of this constellation, I keep on going back to this, he was part of this constellation of actors that are in this broader orbit and so in terms of the -- in terms of Al Qaeda formally, no, and I think the operative word there would be, you know,

Page 217

JENKINS

the part of the structures that ultimately coalesced into something under more or less the constellation supervised or overseen by Osama bin Ladin.

So the answer is, yes, I think he was a recruiter, he moved around and was part of this broader network.

At what point or to what degree, whether he swore bayat, was part of the inner group, less certain here because bin Ladin did not move back to Afghanistan until 1996 and by that time Ramzi Yousef was already in jail and so he would be part of this broader network.

Q. Mr. Jenkins, it's okay if you need to revise your opinions or if you use language that you don't think accurately reflects your opinions, I just want to know that today and I am going to want to understand the methodology arriving at your opinions.

But maybe we can start here; when you say in this first full sentence in the first section, "the plot to bring

55 (Pages 214 - 217)

Page 226

JENKINS

and I will reask my question.

A. Got it, got it, got it.

Q. The last sentence of the second full paragraph on page 11 of your report reads, "The operation was reportedly financed in part by bin Ladin and other Islamist extremists."

What does "the operation" mean?

A. It would refer to Bojinka.

Q. Can you make a list for me of each and every piece of evidence that supports the conclusion that the Bojinka plot was reportedly financed in part by bin Ladin.

A. Again, that would take time to do, but I could.

I don't want to have us spend time and if you want me to submit something or my lawyers agree for me to submit something following to do that, but I don't have all of my material here.

I have deliberately not had anything on my desk here to refer to and so it will take some time to do it.

Page 227

JENKINS

Q. Why do you deliberately not have anything on your desk to refer to?

A. I don't want anything on my desk and I'll tell you why.

I've been through this experience once long ago and when I was testifying for the very first time as an expert witness in 1984 on a case before the international Chamber of Commerce, Court of Arbitration, in Paris, I had actually prepared a little, smaller than a 3 by 5 index card to keep in my palm because I had observed, I had observed, the barrister, a particularly nasty type, on the other side, and that card said three things, it said listen carefully, he will try to put words in your mouth, it said ask him in every case, ask him to cite the specific sentence he is talking about, and the third thing was, keep smiling, he's going to try to make you mad.

Now, I had that on the stand in my hand, the barrister noticed it and said

Page 228

JENKINS

are you referring to notes that have not been admitted into evidence and I said, no, these are just some personal comments to myself, and he asked that that be shown to the court and the judge, a former Supreme Court Justice of the United States, who then asked me to hand it to him, I did, and he read it a loud and I was mortified --

Q. I think we're getting a little far afield, if we could focus back on your historical --

A. No.

I have learned in a deposition, on a court stand, not to have anything in front of me --

Q. Well, Mr. Jenkins, I think that's poor advice, but I am going to move on, okay?

A. Okay.

Q. If we can go back on the sentence, "The operation was reportedly financed in part by bin Ladin and other Islamic extremists," page 11 of your

Page 229

JENKINS

report, I'm curious why you used the phrase "reportedly."

Does that mean that you're not endorsing the view that the Bojinka plot was financed in part by bin Ladin and you're just reporting what other people have said or does it mean something else?

A. No, the "reportedly" means, it means that there is a report indicating that, but I don't have other independent confirmations of that report, so I am citing it as a reportedly, but not making a personal judgment on it.

Q. Do you have an opinion one way or another as to whether bin Ladin or Al Qaeda financed the Bojinka operation?

A. I do not, I was not asked to investigate that and I haven't.

Q. If we could move on then and if you could take a look at page 12 of your expert report, let me know when you're there.

A. Hang on.

(Pause.)

58 (Pages 226 - 229)

Page 230

JENKINS

A.    I'm there.

Q.    On the second full paragraph on page 12 of your expert report, which starts "in addition to the World Trade Center," could you let me know if any of those attacks or plans or plots involved Al Qaeda in that paragraph.

(Witness perusing document.)

A.    Yes, the answer is yes, some of them do.

Q.    Let me ask you this question. Of all the plots, plans, and attacks in the second full paragraph on page 12 of your report, which ones do you believe involve Al Qaeda?

A.    Certainly the attack on the -- the planned attack, the plot, which as referred to here, they plotted, on the Brooklyn Bridge; the U.S. Bank Tower in Los Angeles was considered by Al Qaeda as part of the second wave of attacks, Pacific Coast attacks, that would occur.

(Witness perusing document.)

A.    Questionable as to the direct

Page 231

JENKINS

link, but I think the fellow who was involved in the reconnaissance of the Citibank in midtown Manhattan was connected, but I'm not going to say that with any degree of confidence.

But U.S. Bank Tower in Los Angeles definitely, and Brooklyn Bridge definitely, that was an operation that involved -- I think that involved Iman Farris, if I'm not mistaken, so the answer is, yes, some of them.

Q.    Have you listed all the ones that you believe involved Al Qaeda?

A.    No.

Also the plot, there was a plot to attack the CIA, that was part of Bojinka, but that never got beyond a plot.

There was also an attack at the headquarters, outside the headquarters of CIA, that got to the point of an attack.

Q.    Any others?

A.    The Pentagon clearly was attacked on 9/11 and World Trade Center.

So we have World Trade Center,

Page 232

JENKINS

Pentagon, plot for the CIA, plot for the Brooklyn Bridge, plot for U.S. Bank Tower in Los Angeles.

Q.    I just want to clarify one thing with you because I understood you to say something different.

With respect to the Bojinka idea, that it was an idea that was never accepted by Osama bin Ladin in 1996 and that was the consideration of Bojinka as far as Al Qaeda was concerned, do I have that wrong or do I have that right?

A.    No, the initial plot to crash a plane into CIA headquarters was part of Bojinka.

Q.    The only question I have for you, Mr. Jenkins, is, is there any evidence, maybe I'll make another list of the evidence, but is there any evidence that Al Qaeda was involved in the Bojinka plot?

A.    As I said, the reported financing, and with the operative word being reported, and the answer beyond

Page 233

JENKINS

that, not that I know of or that I have included in this report.

Q.    Could I have you take a look at page 14 of your report, the first full paragraph there begins "immediately upon arrival."

(Witness perusing document.)

A.    Yes.

Q.    On page 14 of your expert report, first full paragraph, at the end of that paragraph you use the phrase "a group of local volunteers who would participate in the plot to bomb the World Trade Center," in 1993; my question is, do you have any evidence that suggests that that group of local volunteers were members of Al Qaeda or affiliated with Al Qaeda?

A.    No.

Q.    If I could have you turn to page 15 of your report.

A.    Okay.

Q.    Very last sentence on page 15 of your report relates to the failed World

59 (Pages 230 - 233)

Page 234

JENKINS

Trade Center bombing plot in 1993 and I think you write there, "What he needed was the support of a larger organization."

Is that to suggest that in 1993 Ramzi Yousef lacked the support of Al Qaeda in connection with the 1993 World Trade Center bombing?

A.    No, I don't -- that's an inference, but that's not what I'm implying here.

Q.    Is it a fair inference?

A.    Is it a fair inference, it's a fair inference.

Q.    If I could have you turn to page 16 of your expert report, at the end of the first full paragraph you make a reference in a sentence that says, "In 1996 he traveled to Afghanistan to meet with Osama bin Ladin."

Is the he in that sentence Khalid Sheikh Mohammed?

A.    Yes.

Q.    Do you know what month in 1996 Khalid Sheikh Mohammed traveled to

Page 235

JENKINS

Afghanistan to meet with Osama bin Ladin?

A.    I don't recall the month, I don't know in fact if I know the month, but I certainly don't recall it.

It would have been after -- it would have to be after -- sometime after -- in the late summer or after the summer, because bin Ladin himself arrived during that time.

During this time Khalid Sheikh Mohammed was living in, as I recall, living in Pakistan.

And so it would be sometime I'm guessing in the summer of 1996, late summer of 1996.

Q.    Can I have you turn to page 17 of your report.

A.    Yes.

Q.    On page 17 of your report, you have a section that continues for several pages entitled "Al Qaeda's Worldview."

In that section you use the term Islamists and the term Salafists and the term Jihadists.

Page 236

JENKINS

I am just trying to figure out if there is a difference in how you're using those three terms or do they all mean the same thing?

A.    They do not mean the same thing.

Islamists believe strongly in -- carry their beliefs strongly into the political realm, in other words, not really deemed part of a religion but rather is a political expression in terms of wanting government to be organized along the lines that are consistent with the teaching of the prophet.

Salafists really refers to within Islam a more purist sense, it doesn't necessarily mean that they were Islamist, it is not synonymous, but that they believe that the only true Islam, legitimate Islam, is that reflected in Islam during the first successors of the prophet and that therefore a return to these traditional beliefs of this very early period is a pure form of Islam.

Page 237

JENKINS

In terms of Jihadist, Jihadists elevate the issue of violent actions, it's not the Jihad of merely a spiritual quest, it's not political activism, but this is violent action, and what they have done is they have elevated this in terms of, as I say, almost a level of the five commands of the prophet beyond accepting the -- accepting the prophet beyond zakat or charity, beyond making the (illegible), all of that, they elevate Jihad itself, and again, this is a violent Jihad, as a personal duty of all true Muslims.

So they are different, these three terms.

Q.    Thank you.

In connection with forming your opinions in this case, did you review any documents that you believe may not have been authentic or may have been fraudulent?

A.    Fraudulent documents, no, I don't think I included anything that I thought were out-and-out fraudulent.

60 (Pages 234 - 237)