# EXHIBIT 37

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST ATTACKS    : 03-MDL-1570

ON SEPTEMBER 11, 2001       : (GBD)(SN)

- - -

JULY 2, 2021

VOLUME II

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Remote Videotaped
Deposition, taken via Zoom, of MARC
SAGEMAN, M.D., Ph.D., commencing at 9:10
a.m., on the above date, before Amanda
Maslynsky-Miller, Certified Realtime
Reporter and Notary Public in and for the
Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

This Transcript Contains Confidential Material

major Afghan participant in the global Salafi, or the global neojihad that you knew of, right?

A.    Yes.

Q.    And who is Wali Khan Amin Shah, other than a personal friend of Osama bin Laden, apparently?

A.    Well, he was actually born in Saudi Arabia.  But he's of Uzbek decent, I think, his family comes from Mazar-I-Sharif, Northern Afghanistan.  I think he grew up with Osama bin Laden.

And during the Soviet/Afghan war, he came to Pakistan and assumed the name Osama Azmurai.  He was part of the battle, I think, of Eid al Fitr 1987.  He spent a lot of time at Masada.

But then right before or around the Battle of Jalalabad, in March of 1989, he broke away from bin Laden and went by himself.

He had his own camp.  And then kind of drifted, at some point, to Karachi, where he met Abdul Basit, who is