# EXHIBIT 38

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-----------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-----------------------------------x

July 7, 2021

9:06 a.m.


Videotaped Deposition via Zoom

of JIMMY GURULE, pursuant to Notice,

before Jineen Pavesi, a Registered

Professional Reporter, Registered Merit

Reporter, Certified Realtime Reporter and

Notary Public of the State of New York.

Page 82

GURULE

Q. And you determined that you did not need them in order to form the opinions that you are offering in this case, is that correct?

A. I don't know that I consciously made that determination at all.

I just was asked to opine on three issues and these are the materials that I relied upon in expressing the opinions on what I had been asked to render an expert opinion on.

Q. And you weren't given any documents produced by the defendants in this case, is that right?

A. Documents, no.

Q. And you didn't ask for any in terms of forming your opinions in this case, is that right?

A. That's correct.

Q. Did you consider -- strike that.

In forming the opinions that you offer in your report dated February 1st, 2021, and marked as Exhibit 2032, you

Page 83

GURULE

did not consider any underlying evidence pertaining to any specific SDGT designation made pursuant to Executive Order 13224, is that correct?

A. Yes.

Q. In forming your opinions that are offered in your expert opinion dated February 1st, 2021, and marked as Exhibit 2032, you did not consider any underlying evidence pertaining to any specific designation made pursuant to U.N. Resolution 1267, is that correct?

A. Yes.

Q. You have your report in front of you.

MS. BEMBRY: We can take down Exhibit 2033.

Q. You note on page 6 of your report that designation as an SDGT is an administrative rather than a criminal action, is that right?

A. Yes.

Q. And that means that it's not an adjudication process of the guilt or

Page 84

GURULE

innocence of any individual or entity, is that right?

A. Yes.

Q. It's not a criminal or a civil action?

A. That's correct.

Q. There is no requirement that the government establish the existence of evidence that an actual act of terrorism was committed by any individual or entity that is being considered for designation pursuant to Executive Order 13224?

A. Yes.

Q. And there is no requirement that the government have to demonstrate that an individual that's being considered for designation under Executive Order 13224 actually intended to support terrorism in any way, is that correct?

A. That's correct.

I mean, the designation again falls within the scope of Executive Order 13224.

Q. And that's a fairly broad

Page 85

GURULE

order, is that right?

A. That's right, yes.

Q. And the idea of it, the ultimate goal, is one that is preventative, that is, to prevent the use of funds to fuel or further terrorist attacks, is that right?

A. Yes.

Q. And it is to save lives?

A. Yes.

Q. And an individual can be designated if there is reason to believe that that entity poses a significant risk for committing acts of terrorism, is that right?

A. That's one basis for designation.

Q. And there is no requirement of evidence that the individual actually committed an act of terrorism, right, it's the posing a significant risk, do I have that correct?

A. Well, you can be designated if you actually, if the individual has

22 (Pages 82 - 85)

Page 86

GURULE

actually committed an act of terrorism, but the individual could also be designated if he or she poses a threat of committing acts of terrorism that threaten national security.

Q. You note in your report, and I refer you to page 4 if you want to look at it, at page 4 you note that, second full paragraph, towards the end of that second full paragraph, "Publicly designating individuals and organizations for asset freeze 'notifies the U.S. public and the world that these parties are either actively engaged in or supporting terrorism or that they are being used by terrorists and their organizations'."

Did I read that correctly?

A. Yes.

Q. What did you mean by being used by terrorists and their organizations, what did you mean by that?

MR. EUBANKS: Objection to form, mischaracterization.

A. First of all, it is a quote, it

Page 87

GURULE

is a quote from the Terrorist Assets Report, 18th annual report to Congress on the assets, on assets in the United States of terrorist countries, international terrorists, terrorist program designees, 2008, 2009, and so I'm quoting from the Treasury Department report.

And so for me it could be that these individuals are providing, either knowingly or unknowingly, financial assistance or other support to terrorist or terrorist organizations.

Q. So your understanding is that an individual who may be unknowingly providing or financing terrorist activity could be subject to designation under Executive Order 13224, is that right?

A. Yes.

Q. And by the same token, an individual who may be unwittingly financing terrorism activity could be subject to designation under Executive Order 13224, is that fair to say?

A. Yes; so it's both, someone

Page 88

GURULE

could be doing it intentionally, knowingly, willfully, or inadvertently, unknowingly.

Q. And the idea is that Executive Order seeks to cast a wide net so as to disrupt the channels of terrorist financing to save lives, is that fair to say?

A. Yes.

Q. You state on page 6, and this is under the section SDGT Designation Process, this is the third sentence under that section, "First, OFAC collects evidence to support the SDGT designation."

Did I read that correctly?

A. Yes.

Q. Do you mean by that to say that the first step in the process is to look for evidence or, rather, collect evidence, I'm trying to distinguish that between identifying an individual who might be subject to Executive Order 13224 and so I would like to understand, in making this statement, are you saying that the first

Page 89

GURULE

step is not the identification of an individual?

A. No, I think it would be the identification of an individual, but then the question is, I mean, we need to move beyond or OFAC would need to move beyond a suspicion, suspicion that someone is providing financial assistance or financial support to a terrorist, to whether there's a reasonable basis for believing that that individual falls within the scope of Executive Order 13224 for designation.

And so the starting point of determining whether or not there is sufficient basis, reasonable basis, involves the collection of information.

So we move from suspicion to reasonable basis and we get to reasonable basis based upon the collection of additional evidence.

Q. Where does that standard come from, you said reasonable basis, what's the basis of that phrase, reasonable

23 (Pages 86 - 89)

Page 90

GURULE

basis?

A.    So neither IEEPA or the Executive Order articulates a specific legal standard for designation and so the IEEPA statutes are silent on the matter, the Executive Order is silent on the matter.

And so I think Congress intended, I don't know if this was intentional or not, but could be that Congress intended to keep this kind of broad and provide flexibility to the executive branch, to the Treasury Department, in making the designation.

We know a couple of things, as you stated; we know that it's not a criminal determination, you know, so it's not a finding of criminal guilt and so therefore the standard of beyond a reasonable doubt would not be applicable.

And it's not a civil determination, a civil judgment, you know, finding of liability, and so therefore the preponderance of the evidence standard

Page 91

GURULE

would not apply, it is an administrative determination.

And so it's someplace in between; so the standard that was used was reasonable basis.

Q.    When you say someplace in between, in between what?

A.    Well, in between the heightened standard, we have this very high standard in the criminal context of beyond a reasonable doubt, and we have a lower standard in the civil context, in civil litigation, of preponderance of the evidence, and the administrative designation under the Executive Order is neither criminal nor civil, it is administrative and so a different standard is applicable.

And reasonable basis tries to capture that different standard that is required.

Q.    Is it fair to say that a reasonable basis is a standard lower than the preponderance of the evidence?

Page 92

GURULE

A.    Yeah, it's difficult, you know, it's difficult to quantify it, to quantify it, but I would say this; reasonable, you know, the use of the word reasonable suggests an objective basis, so it's not just subjectively, a subjective determination, that someone falls within the scope of Executive Order 13224.

Instead there has to be objective criteria and objective reason for concluding that, you know, that the person falls within the scope of the Executive Order, so it's objective, it is an objective standard, not a subjective standard, and reasonable basis, you know, captures that objective nature of the standard.

Q.    And what's your basis for saying that it is an objective reasonable standard?

A.    The use of the word reasonable.

You know, whenever you see reasonable, you know, in a legal standard, reasonable, you know, suggests, implies,

Page 93

GURULE

an objective determination.

So it's a distinction between, you know, subjective, you know, subjective belief versus a reasonable belief.

So subjective belief is just I believe it, but my belief may not be reasonable, there may not be some objective reason to support my personal belief, and if that's the case, that's a subjective belief, that's not Executive Order 13224.

Executive Order 13224 does not implicate a subjective, purely subjective, determination or a subjective belief, there must be some objective reason, objective criteria, objective basis, for determining that the individual or entity falls within the scope of the Executive Order.

Q.    And is that basis, the objective basis that you're talking about, is that identified and defined in Executive Order 13224?

A.    No, it's not, nor in IEEPA,

24 (Pages 90 - 93)

Page 94

GURULE

it's not in IEEPA.

Q. They're both silent on the issue, is that right?

A. Correct.

Q. And there is no other guidance provided in the statute about this standard, if you will?

A. Not that I'm aware of.

Q. And so what is your basis for the opinions that you are offering that it is in fact an objective standard?

A. Just what I told you.

And so, again, I think -- it's not the criminal law standard, it's not the civil law standard for civil judgment, and so it's something less than that, it's less than that, it's different from that, it's less than that.

And our best effort to try to capture that, because, again, it's not articulated in the statute, not articulated in the Executive Order, is to -- is the reasonable basis, the reasonable basis standard.

Page 95

GURULE

And the importance of that is to note that it's not purely subjective, so the basis for designation can't simply be what somebody subjectively believes, it has to be more than that, there has to be some objective criteria, some objective reason that you can point to, that you can articulate, for the designation.

Q. Can you have an objectively reasonable basis to believe something, but it still be lower than the preponderance of the evidence standard that you articulated would be applied in civil litigation?

A. I think so, I think so, because the preponderance standard is more quantitative, you know, it's more likely than not.

And so one could have a basis for believing that, a reasonable basis for believing an individual is providing financial support to a terrorist organization even though it may not satisfy this quantitative 51/49, you know,

Page 96

GURULE

percent standard preponderance.

Q. You explain on page 6 and also page 7 of your report the types of evidence that may be used as part of the basis for a designation, is that right, it's at the bottom of 6 and top of 7?

A. Yes.

Q. And you agree with me that that information, the types of evidence that can be considered, is rather broad?

A. Yes.

Q. And it would include material that would not be permitted and have evidentiary weight in, say, a civil proceeding, would you agree with me on that?

A. Yeah, there could be, there could be a situation.

Q. And it might include hearsay statements from an article or the Internet, is that right?

A. Could be, possible.

Q. And would you also agree that it could include and often does include

Page 97

GURULE

classified information?

A. I am not sure that I would say often; I mean, certainly I am aware of designations based upon classified information.

I don't know how I would characterize it -- I don't know that I would characterize it as often or not, but I do know that the designations are based on -- some designations are based on classified information, correct.

Q. And if a designation is based on classified information, is it correct that that information would never be disclosed to the individual or entity that is designated?

A. It is highly unlikely that it would be.

Q. Can you think of an instance where something that's classified and that forms the basis of a designation would nonetheless be provided to an entity or individual after its designation?

A. No, I would strain, I would

25 (Pages 94 - 97)

Page 118

GURULE

Professor Gurule, that there are -- that challenging a designation, an individual who seeks to challenge a designation, or an entity, that it requires resources to do so, would you agree with me there?

A. Yes.

Q. That might require funds to, you know, initiate a lawsuit, is that right?

A. Yes.

Q. Hiring a lawyer?

A. Yes.

Q. And the individual would have to be aware of the fact of the designation in order to challenge it, you would agree with me on that, right, they would have to have knowledge of it?

A. Yes.

Q. When is an individual notified, what notice is provided to an entity or individual either prior to its designation or after the designation is made, can you explain to me what, if any, notice is provided to an individual or entity that's

Page 119

GURULE

designated pursuant to Executive Order 13224.

A. Yes, notice is provided post designation and the notice takes several forms.

And so the notice of the designation is published in the Federal Register, the notice of the designation is published on OFAC's website, and in some instances the designation will actually be the subject of a Treasury Department or State Department press release discussing the designation and the reasons for the designation.

Q. You said that there is no predesignation notice, is that right?

A. That's correct.

Q. It is not required under Executive Order 13224?

A. That's correct, for good reason.

Q. Is the individual or entity who is the potential target, is that individual or entity afforded the

Page 120

GURULE

opportunity to participate in any way in the designation process predesignate?

A. No, and it would be -- if that was permitted, it would jeopardize the entire process and the value of the process.

Q. They're not permitted to review any materials that might be the basis of the designation predesignation?

A. That's correct.

Q. They're not asked to submit any evidence of any kind in terms of a basis for or against the designation predesignation, is that right?

A. That's correct, and for good reason.

Q. And that individual is not, or entity, would not be interviewed, is that right?

A. I don't know if the person would be interviewed or not; highly unlikely, it is possible, possible, but I would say highly unlikely.

Q. Can you think of an instance

Page 121

GURULE

during your time in the 300 or so instances where you oversaw or were involved in the designation process, can you think of any instance --

A. No.

Q. -- where an individual or entity that was the target of a designation was interviewed?

MR. EUBANKS: Objection, beyond the scope.

A. Not that I was involved.

Q. What was your answer, I want to make sure --

A. Not that I was involved in, not that I had personal knowledge, that I had personal knowledge or was personally involved in.

Q. Is it fair to say that everyone that's reviewing the materials that is the basis for a designation, is it fair to say that all of those individuals have a security clearance?

MR. EUBANKS: Object to form.

A. They have a security clearance;

31 (Pages 118 - 121)