# EXHIBIT 39

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG
THE KINGDOM OF SAUDI ARABIA



Sub.:    الموضوع    No :    الرقم

Date :    التاريخ

# International Islamic Relief Organization of Saudi Arabia

# The Constitution

## Chapter One: Terms:

### Article One:

Whenever they appear, each of the following expressions would refer to the term on the opposite side:

1-1    – Constituent Council   =   The Constituent Council Of the Muslim World League

1-2    – The League    =    The Muslim World League

1-3    – The 'Organization'   =   International Islamic Relief Organization of Saudi Arabia

1-4    – General Assembly   =   General Assembly of the I.I.R.O. of Saudi Arabia

1-5    – The President    =    The Secretary General of the Muslim World League (president of both the general Assembly and the board of directors)

1-6    – The Board    =   Board of Directors of the I.I.R.O. of Saudi Arabia

1-7    – Secretariat General    =    The Secretariat General of the I.I.R.O., its welfare and programs

1-8    – Secretary General    =    The Secretary General of the I.I.R.O. of Saudi Arabia

1-9    – Offices and branches  =    I.I.R.O. offices inside and outside the host country



Address  P.O.Box 14843 Jeddah 21434  Tel: 6512333 - 6519411 - Fax 6518491  Tlx: 606754 IGATHA SJ
E-mail: relief.com@osa.org

IIRO-000024

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
The KINGDOM OF SAUDI ARABIA



Sub. :    الموضوع    No :    الرقم

Date :    التاريخ :

## Chapter Two

### Article: 2

International Islamic Relief Organization of Saudi Arabia is a charity organization emanating from the Muslim World League and functioning internationally. In cooperation with philanthropists, the 'Organization', which was founded following a decision adopted at the 20th session of the Constituent Council of the Muslim World League in the year 1398 (1978), and a royal approval in 1399 (1979), helps in alleviating the suffering of distressed and needy people world-wide. It has a legal personality and an administrative and financial entity of its own, within the framework of its constitution and bylaws.

### Headquarters

### Article 3:

The headquarters of the international Islamic Relief Organization of Saudi Arabia shall be in the City of Makkah. However, its functions shall be carried out from its administrative center in Jeddah. It is entitled to set up offices and branches inside and outside the host country.

Address: P O Box 14843 Jeddah ..... Tel P+12,00-651541  Fax 651849  Tlx 600763 IGATHS J
E mail: irieforg@murad.org

IIRO-000025

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



علية رابطة العالم الإسلامي العالمية
بالمملكة العربية السعودية

Sub. :                    الموضوع                    No :                    الرقم

Date :                    التاريخ

## General Policies

### Article 4:

4 – 1   The 'Organization' shall pursue its goals and carry out its functions in accordance with the provisions of its constitution.

4 – 2   The 'Organization' is an indivisible entity, totally committed to its mission, policies, objectives, methods, regulations, bylaws and procedure.

4 – 3   The 'Organization' shall implement its programs through its own means whenever possible.

4 – 4   The 'Organization' shall insist on highest performance quality

4 – 5   The 'Organization' shall employ all its resources to strengthen relations between various societies

4 – 6   The 'Organization' shall never interfere in the affairs of other countries and organizations

4 – 7   The 'Organization' shall take keen interest in developing such means that could increase its income and protect its revenues against fluctuations.

Address . P.O.Box 14843 Jeddah . 21434   Tel. 6032933 - 6515411   Fax 6518491   Tlx 600754 IGATHA SJ
E-mail: relief@irousa.org

IIRO-000026

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG
THE KINGDOM OF SAUDI ARABIA



الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

Sub. :    الموضوع

No :    الرقـم

Date :    التاريخ

## Objectives

### Article five:

The Organization shall strive to achieve the following objectives:

5 –1- Extending assistance to disaster victims, refugees and people suffering from famine all over the globe.

5 – 2 - Contributing effectively to the educational, health, and social development of the various aspects of the society.

5 – 3- Maintaining good relations with donors and other supportive circles

5 – 4   Maintaining strong relations with the influencing sections of the society

5 – 5   Taking care of persons with special needs

5 - 6   Encouraging volunteer spirit and self reliance

5 – 7   Cooperating and coordinating with societies, institutions and organizations with similar objectives inside and outside the host country

IIRO-000027

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



| Sub. : | الموضوع | No : | الرقـم . |
|---|---|---|---|
| | | Date : | التاريخ . |

# Means

## Article 6

The 'Organization' shall adopt every lawful means achieve its goals especially:

6 – 1- Fund raising through donations by philanthropists, government officials, businessmen and ordinary citizens, and urging people to volunteer and donate funds

6 – 2- Extending assistance to the needy and the poor, and providing victims of disasters and calamities with relief items and facilities

6 – 3  Building, running and developing hospitals and dispensaries where needed

6 – 4  Orphan sponsorship, and setting up and running social centers

6 – 5  Carrying out projects and programs that could help the organization enhance its resources and further it goals

# Chapter Three

## The Organization's Apparatus

## Article 7

The Organization's apparatus consists of the following:

7 – 1  General Assembly

7 – 2  Board of Directors

7 – 3  Secretariat General



Address  P.O. Box 14843 Jeddah 21434  Tel. 6512333  6515111  Fax 6510491  Tlx 606754 IGATHA SJ
Email: relief@iirosa.org

IIRO-000028

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



Sub. :                    الموضوع                    No :                    الرقم :

Date :                    التاريخ :

## (1st)  - General Assembly

### Article 8

The General Assembly consists of one hundred and eighty eight members as follows:

8 – A- 1    Twenty five (25) members are appointed by the 'Constituent Council' following a proposal by the President as follows:

8 – A- 1-1    Six (6) intellectuals

8 – A- 1-2    Ten prominent founding members and supporters of the Organization's programs

8 – A- 1-3    Heads of nine (9) supportive relief organizations

8 – A- 2    Hundred and twenty five (125) members appointed by the President upon proposal by the Secretary General as follows:

8 – A-2-1    Twenty five (25) supportive personalities of the Organization, nominated by the Secretariat General

8 – A-2-2    One hundred notable persons nominated by the domestic offices

8 – A-3    The Secretary General, the Assistant Secretaries General, heads of the main departments, directors of the major domestic offices and some directors of sub offices at home and abroad.

8 – A-4    Duration of membership is four (4) years (renewable)

Address: P O Box 14843 Kodarof 14654  Tel. 6612333  6515411  Fax 6518491 - Tlx 606754 IGATHA SJ
E-mail: relief@iiroso.org

IIRO-000029

MUSLIM WORLD LEAGUE,
INT'L. ISLAMIC RELIEF ORG,
THE KINGDOM OF SAUDI ARABIA



Suh. :                    الموضوع                    No :                    الرقـم

:                    Date :                    التاريخ

## (B)- Jurisdictions of the General Assembly

| | |
|---|---|
| 8 – B-1 | Endorsing the Organization's strategies, policies and objectives |
| 8 – B-2 | Proposing the Organization's constitution and its amendment by a vote of three quarters (¾) of the members |
| 8 – B-3 | Nominating members of the Board of Directors |
| 8 – B-4 | Recommending the dissolution of the organization, either for having served its purpose, or for failure to pursue its functions for reasons beyond its control, and upon a proposal by the Board of Directors. |

Address : P.O Box 14843 Jeddah 21434  Tc  6512033  6013411 - Fax 6512444 · Tlx 605754 IGATHA SJ  E-mail: relief@rh004.org

IIRO-000030

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG
THE KINGDOM OF SAUDI ARABIA



هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

| Sub. : | الموضوع : | No : | الرقــم : |
|---|---|---|---|
| | | Date : | التاريخ : |

## (C)- Presiding over the Meetings of the General Assembly and voting

| | |
|---|---|
| 8 – C-1 | The Secretary General of the 'League' presides over the meetings of the 'General Assembly' |
| 8 – C-2 | Meetings are considered valid when majority of the members are in attendance. When there is no quorum, the meeting shall be postponed for one (1) hour, following which the meeting is held by the members present, provided the President or the vice President is among those present. Decisions are taken by majority, and in case of equal votes, the president's vote shall decide. |
| 8 – C-3 | Deputation is permitted for no more than one vote per member |
| 8 – C-4 | Minutes and decisions of 'General Assembly' meetings shall be recorded and signed by the President, the Secretary General and the Rapporteur |
| 8 – C-5 | The General Assembly meets periodically, once every two years at the invitation of the President |
| 8 – C-6 | The decisions of the General Assembly are binding upon both the Board and the various apparatus of the Organization |

Address: P.O Box 14843 Jeddah 21434  Tel: 6512233 - 6515411 - Fax 6516491   Tlx: 606754 IGASHA SJ

IIRO-000031

MUSLIM WORLD LEAGUE

INTL. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



Sub. :    الموضوع

No :    الرقــم

Date :    التاريخ

**8 – C-7**    Membership to the General Assembly is voluntary. Members do not receive fees or remuneration

**8 – C-8**    Membership to the General Assembly is terminated either by resignation or by absence from the meetings on two consecutive occasions without an acceptable excuse, or by demise or by belonging to a party which have objectives that are in conflict with those of the Organization, or if membership is not renewed after expiration.

IIRO-000032

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



Sub. :　　　　　　الموضوع

No .　　　　　الرقم

Date :　　　　التاريخ

# The Competence of the President

## Article 9

| | |
|---|---|
| 9 – 1 - | General supervision of the functions of the Organization, and heading the meetings of both the General Assembly and the Board of Directors |
| 9 – 2 | Accepting material or monetary gifts, or endowments or grants and wills; although he may delegate this power to the executive wing of the Organization, or to its domestic branches and offices abroad |
| 9 – 3 | Appointing and dismissing the Secretary General |
| 9 – 4 | Nominating the consultative committee |
| 9 – 5 | Appointing and dismissing the Organization's internal auditor |

## The Board of Directors: Composition, Meetings and Competence

### Article 10

| | |
|---|---|
| 10 – 1 | The Board of Directors consists of twenty four (24) members. It is the administrative and financial terms of reference of the Organization, and its decisions are binding |

Address P O Box 11501 & Jeddah 21635 Tel: 6512103  6515111  Fax 6510591 - Tlx 606704 XGATHA SJ
Email: relief@irosa.org

IIRO-000033

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



Sub. :    الموضوع

No :    الرقم

Date :    التاريخ

upon the Secretariat General as well as on its various apparatus, branches and external offices. It is headed by the President of the General Assembly with membership as follows:

10 – 1-A    Permanent ex-officio members from both the 'League' and the 'Organization' as follows:

10 – 1-A-1    Secretary General of the 'Organization'

10 – 1-A-2    The 'League's' Assistant Secretary

10 –1- A-3    Trustee of the 'League's' legal Council

10 – 1-B    Eight (8) domestic office supervisors nominated by the President

10 – 1-C    Twelve (12) members appointed by the General Assembly upon the President's nomination

10 – 1-D    Every member of the 'Board' must have good reputation and be supportive of the 'Organization'. He must not subscribe to any party or organization whose objectives contradicts those of the 'Organization'

10 – 2    Membership runs for two (2) years, and is renewable

10 – 3    'Board' membership is voluntary. Members do not receive fees or any other remuneration

10 – 4    The 'Board' meets biannually, upon written invitation of the President

Address  P O Box 14843 Jeddah 21434 - Tel: 6512333  6515411  Fax 6518491  Tlx: 601704 IGATHA SJ

Email: relief@iirosa.org

IIRO-000034

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

Sub. :　　　الموضوع :

No .　　　الرقم

Date :　　　التاريخ

**10 – 5**　　Meetings are considered valid when attended by two-thirds 2/3 of the members. In case there was no quorum, the 'Board' shall be invited to meet again in a week at the most. In this instance, the meeting shall be considered valid with the presence of twelve (12) members, provided the President and four members from outside the 'Organization' are present

**10 – 6**　　The 'Board's' decisions are taken by majority of votes. In case of equal votes, the president's side prevails

**1 – 7**　　Minutes of the 'Board's' meetings are written and recorded by the Rapporteur, and signed by the President, the Secretary General and the Rapporteur

**10 – 8**　　Assistant Secretaries General and Directors of the executive departments are entitled to attend and partake in the discussions at the 'Board' meetings, but are not entitled to vote

**10 – 9**　　Members indicated to in paragraphs (10 – 1-A and 10 – 1-B of article 10) forfeit their membership by giving up their posts. However, members mentioned in paragraph (10–1-C of the same article) forfeit their membership in any of the following cases:

Address  P.O. Box 14045 Jeddah 21434  Tel: 6312623 - 6519411 - Fax 6519491  Tlx 606704 (GATHA SJ
E-mail: relief@mwl.org.sa

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



هيئة الاغاثة الاسلامية العالمية

بالمملكة العربية السعودية

| Sub. : | الموضوع | No : | الرقم |
|---|---|---|---|
| | | Date : | التاريخ |

10 – 9-1    Written resignation accepted by the President

10 – 9-2    The 'Board's decision to dismiss a member who commits an act resulting in material or moral damage to the 'Organization', or a member who uses his membership for personal gains

10 – 9-3    Expiration of membership duration without renewal

10 – 9-4    Absence from two consecutive 'Board' meetings without an acceptable excuse

10 – 9-5    Demise or lost of legal competence

of Jurisdictions    10– 10    the Board of Directors:

10 – 10-1    Endorsing project and program plans submitted by the Secretariat General

10 – 10-2    Evaluating the performance of the Secretariat General, its apparatus, branches and offices inside and outside the host country

10 – 10-3    Forming ad-hoc committees, and determining their tasks and responsibilities within the framework of the 'Organization's strategies and means

10 – 10-4    Making recommendation for the amendment of the constitution

Address . P.O Box 14843 Jeddah 21434  Tel  6512333   6515111   Fax 6518491   Tlx 605264 PGATHA SJ
E-mail, relief@iiroksa.org

IIRO-000036

INT L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



| Sub.: | الموضوع | No : | الرقم |
|---|---|---|---|
| | | Date : | التاريخ |

10 – 10-5    Proposing the dissolution of the 'Organization' when it has exhausted its purposes, or when it becomes unable to function for reasons beyond its control

10 – 10-6    Endorsing the auditors report concerning the budget and the closing account (financial lists) of the just ended fiscal year, and making remarks and submitting the 'Board's' report to the General Assembly at its first meeting

10 – 10-7    Discussing the Secretary General's report on the 'Organization's' activities during the past fiscal year, as well as his plans for the ensuing fiscal year

10 – 10-8    Endorsing the estimated annual budget

10 – 10-9    Appointing the external auditor upon nomination by the president

10- 10-10    Issuing the financial and administrative regulations of the 'Organization'

10 – 10 –11    Endorsing required plans and policies for enhancing, good use, investing and observation of the 'Organization's' resources.

10 – 10-12    Realizing the 'Organization's' dues, fulfilling its obligations and issuing the necessary decrees in this regard

10 – 10-13    Endorsing policies and plans pertaining to investing the 'Organization's' funds, and

Address  P O Box ... Jeddah ...  Tel ... Fax ...  Tlx ...
E-mail: relief-hirosa.org



MUSLIM WORLD LEAGUE

**INT'L. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

| Sub. : | الموضوع | No : | الرقم |
|---|---|---|---|
| | | Date : | التاريخ |

evaluating the adequacy, abilities and accomplishment of the agencies responsible for its administration and issuing decrees guaranteeing the safety and growth of funds.

10 – 10-14    Setting up branches and offices found to be both feasible and significant in realizing the aims of the Organization; and merging or closing down such branches and offices.

10 – 10-15    Endorsing the organizational structure of the 'Organization', as well as its apparatus, branches and offices inside and outside the host country.

10 –10-16    The 'Board' is entitled to interpret this 'constitution' and to subsequently submit the interpretation to the General Assembly.

### The Executive Committee:

### Composition, Meetings and Competence

### Article 11

11 – A-1    An executive committee emanating from the 'Board' shall be set up, and headed by the 'President'. Other members shall be:

1 – The 'Secretary General'

2– 'Assistant Secretaries General'

3 Six (6) members of the 'Board' who are not employees of the 'Organization', to be



١٥

Address  P.O.Box  14843  Jeddah 21434  Tel: 6512333  6515411 · Fax: 6518491 · Tlx. 601450 IGATHA SJ
E-mail: relief@mwl.org

IIRO-000038

MUSLIM WORLD LEAGUE

INT'L ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



عصبة العالم الإسلامي : الهيئة العالمية

بالمملكة العربية السعودية

| Sub. : | الموضوع | No : | الرقم |
|---|---|---|---|
| | | Date : | التاريخ |

appointed by the 'Board' upon nomination by its president.

4 – Directors of the 'Organization's' offices in Makkah, Madina, Riyadh, Jeddah, Eastern region, Assir region and Al-Qasim.

11 – A-2     The term of membership is two (2) years, renewable by the 'Board's' decision and upon the 'President's' recommendation.

11 – A-3     Membership of the executive committee is voluntary. Members are neither paid nor remunerated.

11 – A-4     The 'Executive Committee' meets periodically once every month; but the 'President' may summon it to an extraordinary meeting when the need arises

11 – A-5     The 'Committee's' meetings are valid if attended by nine (9) members, provided four (4) of them are not employees of the 'Organization'

11 – A-6     The 'Committee's' decisions are taken by majority of votes of the members present. In case of equal votes, the 'Presidents' vote overweighs.

11 – A-7     Members of the 'Committee' shall attend its meetings in person. Deputation is not acceptable; and the meetings are held upon a written invitation by the 'President' hand or mail - delivered to the members or

Address : P O Box 14813 Jeddah 21434 Tel. 6512333  6515111  Fax 6516101 - Tlx 606794 IGATHA SJ

IIRO-000039

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

Sub. :   الموضوع :

No :   الرقم

Date :   التاريخ

through Facsimile or any other recognized means of delivery.

11 – A-8    The 'Committee' may-if necessary- and upon unanimous agreement of its members, adopt an urgent decision by way of passing it to the 'President' and the members.

11 – A-9    Minutes and decisions of the 'Committee' shall be kept in a special record signed by the 'President', the Secretary General, and the 'Committee's' secretary. The minutes and the decisions adopted shall be prepared and kept by the 'Committee's' secretary.

11 – A-10    Members of the 'Committee' who are mentioned in paragraphs (11–A-1-2) may forfeit their membership by leaving their posts, while members who are appointed may forfeit their membership in the following instances:

1– If membership is not renewed

2– Committing an act that may cause material or moral damage to the 'Organization', or exploiting membership for personal gains

3– Failing to attend three meetings consecutively without acceptable excuse

4 – Demise or lost of legal competence

Address . P.O.Box 14843 Jeddah 21434  T. 6512333  6515111  Fax 6518491  Tlx 601674 IGATHA SJ
E-mail relief-mwl@sol.org

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



Sub. :                 الموضوع                              No :                    الرقـم
                                                            Date :                  التاريخ

**11 – B**           **Jurisdictions of the Executive Committee**

**11 – B-1**     Considering urgent issues and topics and taking relevant decisions

**11 – B-2**     Implementing the 'Committee's' decisions through:

A)- Following up and supervising the implementation of the 'Organization's' programs

B)- Endorsing the rules and procedure adopted by the executive department; and taking the general policies approved by the 'Board' into consideration.

C)- Approving new and urgent non budgeted programs emerging during the fiscal year.

D)- Making proposals concerning the setting up, merger or closure of certain domestic branches or external offices when the need arise

**11 – B-3**     Reviewing the estimated budget, and the closing accounts, and submitting necessary recommendations to the 'Board'.

Address : P.O.Box 14843 Jeddah 21434  T. 6672933  6515411  Fax 6516491  Tr. 605754 IGATHA SJ
E-mail: relief@iirosa.org

IIRO-000041

MUSLIM WORLD LEAGUE

**INT'L. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA



هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

| Sub. : | الموضوع : | No : | الرقم |
| --- | --- | --- | --- |
| | | Date : | التاريخ |

11 – B-4    Discharging such duties that may be assigned to it by either the 'Board' or its 'President'

## The Secretariat General

### Article 12

12 – A    Upon the decision of the 'President', a Secretary General shall be appointed to head the executive machinery of the 'Organization'. The Secretary General shall be accountable before the 'President' and a full –timer

12 – B    **Competence of the Secretary General**

12 – B-1    Managing the executive machinery at the headquarters of the 'Organization', and supervising its domestic as well as external branches and offices

12 - B-2    Supervising the preparation of the 'Organization's' strategies, policies and goals, as well as its one-year and five year plans and other various programs

12 – B-3    Appointing the 'Organization's' employees domestically and externally, and terminating their contracts in accordance with rulers and regulations

12 – B-4    Preparing the annual report for the 'Board', showing the goals achieved by the

Address : P O Box 14843 1·185/21430 · T.f 6512339  6515411   Fax 6518491   Tlx 606754 IGAIHA SJ

Email relief@iirosa.org ·

IIRO-000042

MUSLIM WORLD LEAGUE

**INT'L. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA





| Sub. : | الموضوع | | No : | الرقم |
|---|---|---|---|---|
| | | | Date : | التاريخ |

'Organization' and the administrative as well as financial position.

**12 – B-5**    Supervising the preparation of the closing account and submitting it to the 'Board'.

**12 – B-6**    Supervising the preparation of the draft estimated Annual budget and presenting it to the 'Board'.

**12 – B-7**    Representing the 'Organization' before government agencies and judicial departments in the host country. However, he may deputize another person to represent the 'Organization'.

## The Consultative Committee

### Article 13

The 'President' may choose a consultative committee consisting of three (3) members or more to examine issues and problems referred to it by either the 'President' or the 'Secretary General.'

Address: P.O.Box 11599 Jeddah 21414   Tel: 6512323  6515411   Fax: 6518491   Tlx. 606764 IGATHA SJ

Email: relief@arab.net.sa

IIRO-000043



MUSLIM WORLD LEAGUE

**INT'L. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية

المملكة العربية السعودية

Sub. :               الموضوع :                          No                الرقم

:                          Date :             التاريخ

### (Ist) – The Competence of the Internal Auditor

### Article 14

14 – A-1    The internal auditor may attend the meetings of the 'General Assembly' the 'Board' and committees emanating from the two, and express his opinion. But he is not entitled to vote.

14 – A-2    The internal auditor is directly linked to the 'President' of the 'Board'. His reports are submitted to both the 'President' and the 'Secretary General'.

14 – A-3    The internal auditor is furnished with copies of all the decisions adopted by the 'General Assembly', the 'Board', the committees emanating from both, the 'Executive Committee', the 'Secretariat General' and its offices and branches, as well as all financial reports.

### (B)- Competence of the Internal Auditor

14 – B-1    Examining the voucher cycle, the registry system, internal control, ledgers and accounting records, in order to asses their adequacy and effectiveness and reporting any negligence or any observation he may have to both the 'President' and the 'Secretary General' including his proposals.

14 – B-2    Verifying the accuracy of financial, accounting and statistical statements and any other information in this regard derived from the 'Organization's' ledgers, records and vouchers, and submitting a report to both the 'President' and 'Secretary General'.



Address : P.O Box 14843 Jeddah 21434  Tel. 6512333  6515411  Fax 6518493  Tlx 606794 IGATHA SJ

Email: relief@irosa.org

IIRO-000044

MUSLIM WORLD

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي . الهيئة

المملكة العربية السعودية

| Sub. : | الموضوع | No : | الرقم |
|---|---|---|---|
| | | Date : | التاريخ . |

**14 – B-3**   Checking up financial procedure pertaining to expenditure and revenue, and the validity of accounting books and records and the process of entry into these books and records.

**14 – B-4**   Checking up validity and sufficiency of vouchers supporting the process of entries in the books according to the 'Organization's' rules, regulations and procedure including employees' competence and responsibilities.

**14- B-5**   Verifying the validity of procedure and the methods of protecting the 'Organization's' assets.

**14 – B-6**   Comparing actual accounting statements with estimated budgets, and reporting any discrepancy between the two, to both the 'President' and the 'Secretary General'.

**14 – B-7**   Submitting a quarterly report to both the 'President' and the 'Secretary General' about the 'Organization's' revenue and expenditure showing whether they are in compliance with the estimated budget approved by the 'Board' or not

**14 – B-8**   Studying the 'Organization's' plans and policies, as well as its rules and regulations and procedure and reporting to both the 'President' and the 'Secretary General'.

IIRO-000045

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



الرقـم
التاريخ

No
Date :

Sub. :    الموضوع

# Chapter Four – Fiscal Year

## Article 15

15 – 1    The 'Organization's' fiscal year commences on the 1st of Rajab (the 7th month of the Arabic Hijra lunar calendar), until the end of Jumada Al-Akhira (the 6th month of the Arabic lunar calendar) of the following year. A chartered auditor appointed by the 'Board' audits the closing accounts.

15 – 2    Should there be a delay in approving the new estimated budget despite the beginning of the new fiscal year, expenditure shall be made at the rates of the previous year, pending the approval of the estimated budget for the new fiscal year.

IIRO-000046



MUSLIM WORLD LEAGUE

INT'L ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

Sub. :          الموضوع :          No :          الرقم

Date :          التاريخ

## Chapter Five

### Article 16

The 'Organization' is entitled to own property, stocks and companies, and to hold shares in other firms' capital.

### Revenue:

The 'Organization's' revenue consists of the following:

16 – 1      Zakat (poor due), Sadaqat (alms), donations, grants, deeds of gift, bequest and endowments not in contradiction with the objectives of the 'Organization'.

16 – 2      dividends accruing from the 'Organization's' financial investment, or from its immovable and movable properties, or from profits made either by firms established by the 'Organization' or by firms in which the 'Organization' is a shareholder.

16 – 3      Proceeds of fund raising campaigns

16 – 4      Contributions by international institutions and government agencies

16 – 5      Proceeds from programs and projects initiated by the 'Organization'.

16 – 6      Any other revenues approved by the 'Board'

## Chapter Six

### Rules pertaining to Expenditure:

Expenses are made according to the following rules:

IIRO-000047

MUSLIM WORLD LEAGUE

## INT'L. ISLAMIC RELIEF ORG

### THE KINGDOM OF SAUDI ARABIA



هيئة الإغاثة الإسلامية العالمية

رابطة العالم الإسلامي

المملكة العربية السعودية

| Sub. : | الموضوع | No : | الرقــم : |
|---|---|---|---|
| | | Date : | التاريخ : |

17 – 1    Funds shall not be used except for purposes furthering the 'Organization's' goals determined in this constitution, and according to the relevant resolutions and regulations.

17 – 2    The 'Organization's' funds shall be sent only in accordance with rules governing the budget, and on the basis of decrees and regulations.

17 – 3    No official, either at the executive apparatus or at one of its branches or offices is entitled to take a decision that may entail financial liabilities on the 'Organization', or to make commitment to any project or program before the necessary financial allocation for its implementation has been made.

17 – 4    In accordance with the 'President's' decree of competence, the 'Secretary General' may sanction transfer in the budget, from one item to another, and from one section to another, when demanded by necessity and public interest.

17 – 5    According to both the powers vested by the 'President' and the prevailing financial regulations, two signatures are required for all payments.

17 – 6    The expenditure of the domestic and external offices shall be within the Limits of the approved budget and in accordance with both the financial rules and regulations as well as the powers vested.

### Chapter Seven

### Amending the Constitution

The 'Constitution' may be amended through the following procedure

IIRO-000048

INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



هيئة الاغاثة الاسلامية العالمية
المملكة العربية السعودية

Sub. :                الموضوع :                        No :                        الرقم

Date                التاريخ

18 – 1    The 'President' may propose amendment of one or more articles stating his reasons and justifications for making the proposal. Should three thirds (3/3rd) of the members second the 'President's' motion, the proposal shall then be referred to the 'General Assembly'.

18 – 2    The proposal for amendment shall be discussed and put forward for voting with the presence of three thirds of the members of the 'General Assembly'.

18 – 3    Getting the approval of the 'Constituent Council'

## Chapter Eight: Dissolution of the 'Organization'

### Article 19

The 'Organization' may be dissolved when it has served its purposes, or when it becomes unable to discharge its duties for reasons beyond its control. However, upon a proposal by the 'Board', and a recommendation by the 'General Assembly' the issue shall be placed before the 'Constituent Council' for a final decision. Thereafter, the 'Organization's' assets shall be transferred to the 'League' for disbursement on designated items.

## Chapter Nine

### Article 20

This constitution came into effect following the approval of the 'Constituent Council' during its thirty seventh (37th) session held between 27 – 28 Muharram 1423 Hijra corresponding to 10 – 11 April 2002.





IIRO-000049

MUSLIM WORLD LEAGUE

**INT'L ISLAMIC RELIEF ORG.**

**THE KINGDOM OF SAUDI ARABIA**



رابطة العالم الإسلامي

الهيئة العالمية الإسلامية للإغاثة

بالمملكــة العربيــة السعوديــة

| | | |
|---|---|---|
| Sub. : | الموضوع | No : الرقــم |
| | | Date : التاريخ |

# The Constitution
# Of the
# International Islamic Relief Organization of Saudi
# Arabia



Address : P O Box 14843 Jeddah 21434   Tel. 6512333  6515411   Fax 6518491   Tlx. 601034 QATHA S.I
E-mail: relief@irniso.org