# EXHIBIT 41



# Annual Report
# Rapport Annuel
## 2001 - 2002

**MUSLIM WORLD LEAGUE**
### INTL. ISLAMIC RELIEF ORG.
**THE KINGDOM OF SAUDI ARABIA**

IIRO 004511







# INDEX







| | |
|---|---|
| Foreword | 3 |
| Introduction | |
| | |
| IIROSA's Domestic Office Branches | 7 |
| Les Bureaux locaux | |
| | |
| Achievements of the programs and projects sector | 15 |
| Réalisations de la Direction des Programmes et des Projets | |
| | |
| Social Welfare | 21 |
| Programme de la Protection Sociale | |
| | |
| Emergency Relief | 27 |
| Direction des Secours d'Urgence | |
| | |
| Engineering Department (social & urban centers) | 33 |
| Direction du Génie Civil (centres sociaux, puits...) | |
| | |
| Health Care Program | 41 |
| Programme de la Protection Sanitaire | |
| | |
| Educational Welfare Program | 49 |
| Programme d'Enseignement | |
| | |
| Instructors Program | 61 |
| Le Programme de l'Education et des Educateurs | |
| | |
| Dissemination of Culture | 67 |
| Programme de Lecture | |
| | |
| Seasonal Program | 73 |
| Les Projets Saisonniers | |
| | |
| Human Sustainable Development Program | 77 |
| Programme de la Promotion Humaine | |
| | |
| Personal Assistance | 83 |
| les Assistances Individuelles | |
| | |
| External Relations | 87 |
| and coordination with other international organizations | |
| Relations Extérieures | |
| et coordination avec les organisations islamiques et internationales | |
| | |
| Achievements in the various continents | 97 |
| Réalisations de l'OIIS à l'étranger | |

IIRO 004512

## FOREWORD

The International Islamic Relief Organization, Saudi Arabia (IIROSA) receives wholehearted support and encouragement from the people of Saudi Arabia, above all, King Fahd, the Custodian of the Two Holy Mosques, HRH Crown Prince, Prince Abdullah, the Deputy Premier and Commander of the National Guard, HRH Prince Sultan, the Second Deputy Premier and Minister of Defense and Aviation, the entire royal family, academicians, businessmen and philanthropists.

It is largely due to this generous support of people of Saudi Arabia that the IIROSA is able to carry out its humanitarian mission i.e. to supply food to the hungry, clothes to unclothed, medical care for the sick, shelter for thousands of orphans, the homeless and tens of thousands of refugees worldwide.

## INTRODUCTION

L'Organisation Internationale Islamique de Secours (OIIS) d'Arabie Saudite bénéficie d'un soutien sincére et des encouragements de la part du peuple saudien, et surtout du Gardien des deux Saintes Mosquées, Roi Fahd Bin Abdoul Aziz, de Son Altesse Royale, Prince Abdallah, Prince Héritier, lé Vice Président du Conseil des Ministres, Commamdant de la Garde Nationale, de son Altesse Royale, Prince Soultan Bin Abdoul Aziz, 2é Vice Président du Conseil des Ministres et Ministre de la Défense et de l'Aviation, de la totalité de la famille Royale, des académiciens, des hommes d'affaires et des philanthropes.

C'est grâce, en grande partie, au soutien du peuple saudien que l'OIIS soit capable de mener à bien sa mission humanitaire, c'est à dire donner à manger à l'affamé, donner des habits à l'indigent qui en manque, apporter des soins médicaux au malade, prendre en charge des milliers d'orphelins, des sans-abris et des dizaines de milliers de refugiés de par le monde.

3

IIRO 004513

## Emergence:

The IIROSA is an offshoot of the Muslim World League. It came into existence following a decision adopted at the 20th session of the Constituent Council of the MWL, which was held in Makkah between 17 – 29 October, 1979. A royal decree ref. No. 4734 issued on 29 January 1979 approved the decision.

The IIROSA enjoys a legal personality and has its own organizational, administrative and financial existence according to its basic laws (constitution) and regulations.

The amended Statute (constitution) of the IIROSA was approved during the 37th session of the Constituent Council of the Muslim world League held in Makkah between 10 - 11 April 2002. The statute contains the following general policies, objectives and means;

## General Policies:

1. The IIROSA pursues its goals in accordance with the provisions of its statutes and bylaws.
2. The oganization is an indivisible entity and its secretariat general, domestic and external branch offices are guided by the designated mission, policies, aims, regulations and rules.
3. The organization depends as much as possible on the principle of self-reliance.
4. The organization maintains the highest standards of performance.
5. The organization uses its potentials to promote harmony in the various human societies.
6. The organization does not interfere in the internal affairs of other nations or organizations.
7. The organization endeavors to improve its income and protect its revenue against fluctuations.

## Objectives:

The organization strives to further the following objectives:

1. Providing relief materials to the victims of natural disasters, famine and flood.
2. Helping to develop educational and social life in the various societies.
3. Maintaining the confidence of the donors.
4. Maintaining strong ties with most influential peoples of the various societies.
5. Catering for the requirements of persons with special needs.
6. Promoting the spirit of volunteering and self-reliance in the underprivileged societies.
7. Cooperating and coordinating with other organizations and institutions with similar objectives within the host country and elsewhere.

## Means:

The means of achieving the objectives of the IIROSA include the following:

1. Collects funds from donors and urges young people for volunteer.
2. Provides all kinds of relief items and all forms of assistance to victims of disasters and other clamaties.
3. Setting up and running hospitals and other dispensaries where the need arises.
4. Sponsors orphans and building of orphanages as well as manages social centers to cater for their needs.
5. Carries out projects and programs ensuring income growth and furthering the objectives.

## The Financial System:

The Financial System consists of the following two types of supervision.

## Création :

L'Organisation Internationale Islamique de Secours est une organisation islamique de bienfaisance, issue de la Ligue islamique mondiale. De portée internationale, l'Organisation coopère avec des bienfaiteurs en vue de faire parvenir leurs dons à leurs frères nécessiteux et autres sinistrés dans le monde pour les secourir, apaiser leurs difficultés et développer leur société.

L'OIIS a été créée en vertu d'une décision du Conseil constitutif de la Ligue Islamique Mondiale lors de sa 20ème session en 1398 de Hégire (mille trois cent quatre vingt dix-huit) et conformément à l'approbation royale No 4734 du 30/2/1399 correspondant au 29/1/1979. Elle jouit d'une personnalité morale et est dotée d'un statut réglementaire, administratif et financier autonome dans le cadre des dispositions et des clauses de son Statut. Le Conseil constitutif de la Ligue Islamique Mondiale lors de sa 37ème session tenue à la Mecque du 10 au 11 avril 2002 a adopté le Statut amendé de l'OIIS portant sur les politiques générales, les objectifs et les moyens suivants:

## Politiques générales:

1- L'Organisation réalise ses objectifs et exerce ses activités conformément à la doctrine "d'Ahl Assuna Wal Jamaa".
2- L'Organisation est une seule entité indivisible, son Secrétariat général et ses Bureaux locaux et de l'étranger s'engagent à respecter la mission, les politiques, les objectifs, les moyens, les statuts, les règlements et les dispositions qui sont les siens et qui le régissent.
3- L'Organisation réalise, tant que possible, ses projets par ses propres moyens.
4- L'Organisation s'attelle à réaliser les meilleurs niveaux possibles de qualité dans ses prestations.
5- L'Organisation emploie ses potentialités pour renforcer les relations avec les autres sociétés.
6- L'Organisation ne s'ingère pas dans les affaires internes des Etats ou des organisations.
7- L'Organisation fait tout pour se doter des moyens nécessaires pour être à même de fructifier ses revenus pour épargner à ses recettes les turbulences et la stagnation.

## Objectifs:

L'Organisation s'attelle à la réalisation des objectifs suivants:

1- Aider les réfugiés et les sinistrés frappés par les catastrophes et les famines et leur apporter les secours nécessaires ; et ce à travers les différentes régions du monde.
2- Contribuer au développement des sociétés humaines sur les plans de l'enseignement, de la santé, de l'éducation, des services sociaux et autres .
3- Gagner la confiance des donateurs / bienfaiteurs et les pourvoyeurs de soutien.
4- Entourer de sollicitude l'élite influente dans les sociétés humaines.
5- S'occuper des nécessiteux notamment en matière d'enseignement et de formation professionnelle.
6- Cultiver l'esprit du volontariat et celui de compter sur soi dans les sociétés humaines.
7- Oeuvrer pour la coopération et la coordination avec les associations, les institutions et organisations poursuivant les mêmes objectifs aussi bien à l'intérieur du pays du siège qu'à l'étranger.

## Moyens:

L'Organisation met en oeuvre tous les moyens nécessaires à la réalisation de ses objectifs pourvu que ces moyens ne soient pas incompatible avec ses règlements. Parmi lesdits moyens on peut citer:

1- Collecter les donations des bienfaiteurs parmi les gouvernants, les hommes d'affaires, les citoyens et les hommes aux coeurs charitables ; et inciter les hommes à s'engager dans des actions de volontariat par l'effort personnel et les contributions financières.
2- Apporter des secours et des assistances aux nécessiteux et aux victimes de catastrophes et d'autres sinistres à tous les

4

IIRO 004514

## I: Before Disbursement:

This process aims at the following:

•Supervising the expenditure by following -up the implementation of the approved budget through auditing all the expenditure vouchers and making sure that they are connected to the specific items allocated in the budget before disbursement. It is also designed to ascertain that no disbursement connection is made concerning items which no funds have been allocated for, or for funds in excess of the approved allocation, before the necessary transfer is made through the approval of the competent official.

•Financial as well as administrative supervision by ascertaining that all pre-disbursement formalities that places liabilities on the organization are in accordance with the by-laws, regulations and instructions.

•Finalizing the financial procedure necessitating expenditure and rectifying the track of maturity according to the provisions of the financial regulation and accounting system.

•Making sure that the organization's financial and administrative rules and regulations are complied with.

•Studying the financial plans, policies and regulations in force, and evaluating the process of their implementation, as well as making proposals for enhancing those processes, or amending and adding certain items with the aim of insuring better performance and strengthening supervision.

•Reviewing new contracts before they are signed in order to ensure that the rights of the organization are protected.

## II: After Disbursement:

This department is directly under the Chairman of the Board of Directors. It is designed by the organization's constitution to achieve the following objectives:

•Examine and evaluate the adequacy and effectiveness of the voucher cycle, the systems of supervision, internal control and account books and records, and submit reports and proposals to both the board chairman and the secretary -general.

•Verify the accuracy of financial, mathematical and statistical statements and other relevant information extracted from the organization's books, records and documents.

•Verify the formalities of expenditure and payment and the accuracy of the accounting books and the entries therein.

•Verify the validity and sufficiency of documents relating to the processes of entries in accordance with the organization's by-laws, regulations and formalities.

•Verify the accuracy and adequacy of formalities and means of protecting the organization's properties.

•Compare actual statements of account with the estimated budget and report any discrepancies between the two after investigating the nature as well as the causes of the discrepancy and how to avoid it in the future.

•Submit quarterly reports of the organization's income and expenditure and whether they tally with the organization's estimated budget approved by the board of directors.

### III. Chartered Auditor

The chartered auditor is assigned by the board of directors to supervise the financial performance of the organization, and to present an independent and

---

niveaux de secours, humanitaires, services sociaux et sanitaires et programmes de développement , telle construction d'écoles.

3-Construire des hôpitaux, des cliniques et en assurer la gestion et le développement.

4-Prendre en charge des orphelins, construire et gérer des orphelinats et des centres sociaux.

5-Lancer des projets et des programmes pouvant aider l'Organisation à développer ses ressources et à réaliser ses objectifs. Le système financier de l'Organisation :

### 1- Le contrôle financier avant-décaissement,dont la visée est de :

- Contrôler les dépenses par le suivi de la mise en oeuvre du budget multiforme à travers la révision de tous les documents portant ordre de paiement tout en s'assurant ( avant le décaissement) qu'ils sont conformes aux chapitres qui leurs sont spécifiés dans le budget et non pas à des chapitres dépourvus de crédits ou de fonds supplémentaires aux crédits prévus, avant que les dispositions de leur transfert ne soient prises par l'autorité compétente .

- Procéder au contrôle financier et administratif en vue de s'assurer que les dispositions d'avant paiement, et celles qui engagent la responsabilité vis à vis aux autres, sont effectivement suivies conformément aux lois, aux règlements et aux instructions en vigueur.

- Compléter toutes les procédures financières impliquant le paiement et corriger les échéances conformément aux dispositions de la loi de finance et des règlements de comptabilité.

- Suivre les lois et les règlements de finance et d'administration en vigueur au sein de l'Organisation pour s'assurer de leur mise en application.

- Etudier les plans, les politiques et les dispositions financières en vigueur,corriger les procédures de leur mise en oeuvre , formuler des suggestions à l'administration pour les améliorer et soumettre des propositions pour en amender certains articles ou en ajouter d'autres pour améliorer le rendement et parfaire davantage le contrôle.

- Réviser les nouveaux contrats avant de les signer pour s'assurer qu'ils comportent les clauses garantissant les intérêts et droits de l'Organisation.

### 2- Le contrôle intérieur après décaissement :

relevant du Président du Conseil d'Administration. Les Statuts de l'Organisation préconisent la mise en place d'un tel Système de contrôle financier dans le but de réaliser les objectifs suivants:

-Examiner les rapports financiers périodiques, les règlements d'enregistrement et de contrôle intérieur, les cahiers et les registres de la comptabilité de l'Organisation et les évaluer quant à leur efficacité et faisabilité et présenter des rapports là-dessus ; ainsi que de faire des propositions au Président et au Secrétaire général de l'Organisation.

- S'assurer de l'authenticité des documents financiers, des états de comptabilités et de statistiques et de toutes informations y afférentes puisées dans les livres, les registres et les documents de l'Organisation.

- S'assurer des procédures relatives aux dépenses et aux encaissements ,de la bonne tenue des livres et des registres de comptabilité et des opérations d'enregistrements.

- S'assurer de l'authenticité et de la disponibilité du nombre requis de documents nécessaires aux enregistrements dans les livres de comptes conformément aux statuts, aux règlements et aux procédures d'usage de l'Organisation.

-S'assurer du respect des procédures et des moyens de protection des biens de l'Organisation.

- Comparer entre les états des comptes réels et les budgets prévisionnels en vue de présenter des rapports sur toutes les différences enregistrées, soit à la baisse ou à la hausse, et analyser leur nature et leurs causes afin de trouver les moyens de les éviter.

- Rédiger un rapport trimestriel sur les revenus et les dépenses de l'Organisation et sur leur concordance avec le budget prévisionnel adopté par le Conseil.

### 3- Le Réviseur légiste des comptes :

Il est désigné par le Conseil d'Administration pour vérifier la gestion financière de l'Organisation, et a pour objectifs de:

- Donner un avis technique neutre sur la justesse et la précision des données de comptabilité contenues dans les livres et les registres de l'Organisation,sur la concordance des renseignements donnés sur les états des finances avec ce qui est réellement prouvé dans les livres et les registres de l'Organisation,et sur

---

5

IIRO 004515

technical opinion concerning the validity and accuracy of the statements entered into the Organization's accounts books and records, and the extent to which the statements presented in the financial lists tally with the actual entries in those books and records as well as the extent of the accuracy with which those lists express the outcome of the organization's activities within the fiscal year, as well as its financial position at the end of the period in question.

The chartered auditor further may take the following measures:

a) Review and cross-check all the accounts books, records and vouchers to ascertain that they are both correct and adequate, and to seek statements and information as well as explanation he may deem necessary for his task.

b) Prevent or minimize the rate of errors in accounting.

c) Uncover mistakes made with regard to entries into the accounts books within the limits of what he discovers from his careful auditing of records and statements of account, and from the information he may receive from the financial department of the organization.

d) Review and verify the organization's assets as well as its liabilities.

e) Compare both the actions carried out and the financial actions taken, with the designated actions, and the accredited regulations, and show any violations.

f) Examine the closing account and prepare an analytical report of its contents, especially, in as much as expenditure, income, credits and trusts are concerned.

g) Submit periodical reports about the financial and accounting performance.

**The Board of Directors:** The Board of Directors of IIROSA is headed by Dr. Abdullah bin Abdul Mohsin Al-Turki, Secretary General of the Muslim World League. The IIROSA serves as the Leagues arm in matters relating to humanitarian activities such as relief, development, health care, education, and social welfare throughout the Muslim world and among the minority communities.

**The Secretariat -General:** The Secretariat General of IIROSA which serves as the executive wing of the Organization, is currently headed by the Secretary General, Dr. Adnan Khalil Basha, who submits periodical progress reports to the Constituent Council of the Muslim World League.

In order to get to the distressed persons, especially refugees and displaced people in the jungles, mountain tops and desert areas. The IIROSA is always prepared to encounter all kinds of hardships and obstacles. But, in view of the fact that fixed programs are directly affected by emergency relief programs that devour large parts of funds and consumes the sources of funding as well as the energy and efforts of the implementing personnel, there remains the difficult equation of how and when to transform emergency relief work into sustainable development program.

Nevertheless, IIROSA has always insisted on extending health care, emergency relief and social welfare assistance to people from all walks of life, regardless of race or creed. In fact the IIROSA has been acclaimed internationally, for not using creed or race as a basis of discriminating between people in need.

degré d'exactitude desdites états pour exprimer les résultats réels que l'Organisation a réalisés durant l'exercice écoulé et sur la situation financière de l'Organisation à la clôture de cette période.

Il lui appartient aussi de prendre les mesures suivantes :

a- Examiner tous les livres, registres et reçus, les analyser avec soin, s'assurer de leur authenticité et de leur nombre, réclamer de plus amples informations et explications qu'il jugera nécessaires et s'assurer quant à leur disponibilité ; et veiller à ce que les dites informations et explications soient authentifiées par l'autorité compétente.

b- Eliminer ou réduire les erreurs de comptabilité.

c- Relever les erreurs d'enregistrements à la lumière de la révision minutieuse des registres et des états de comptabilité ainsi que sur la base des renseignements qui lui parviennent de l'appareil financier de l'Organisation.

d- S'informer sur les avoirs de l'Organisation et s'assurer de ses engagements envers les autres.

e- Comparer les opérations réalisées et les comportements financiers d'une part avec les prévisions et les mesures prises en montrant les différences le cas échéant.

f- Etudier le compte final et rédiger un rapport comportant une analyse sur son contenu notamment en ce qui concerne les dépenses, les recettes, les crédits, les dépôts et les consignations.

g- Rédiger des rapports périodiques sur l'état des finances et de la comptabilité de l'Organisation.

Dr.Abdallah ben Abd Al-Muhsin Atturki, Secrétaire général de la Ligue islamique mondiale est le Président du Conseil d'Administration de l'OIIS( L'Organisation Internationale Islamique de Secours qui est considéré comme étant le bras droit de la Ligue dans les domaines de l'éducation, du secours, du développement dans les secteurs de la santé, de l'enseignement et du développement socio-économique. Le Secrétariat général est l'appareil exécutif de l'Organisation, il est présidé par Dr. Adnan Ben Khalil Basha.

L'Organisation affronte tous les obstacles dans le but d'atteindre les région sinistrées à travers le monde pour secourir les nécessiteux dont notamment, les réfugiés et les égarés en brousses, dans les jungles, sur les sommets de montagnes ou en plein désert parmi ceux qui dorment à même le sol et n'ont d'autre couverture que le ciel, n'ayant pas de quoi s'habiller, n'ayant pas de refuge pour s'y abriter ni de médicaments pour se soigner. A tous ceux là, l'Organisation offre des tentes, des médicaments et de la nourriture afin de faire revenir le sourire aux visages tristes, et l'espoir aux âmes épuisées.

Mais l'équation difficile à résoudre qui hante l'OIIS et les autres organisations caritatives de secours reste comment en quant pourra-t- on convertire des actions de secours d'urgence à des actions de développement durable? Cependant, le devoir religieux et humanitaire nous interpelle à secourir le nécessiteux, à sauver le noyé, à assister le malade et à nourrir l'affamé. L'OIIS s'attelle à aider et à assister tous les humains sans tenir compte de leurs différences de confessions, de couleurs ou d'idéologies que ce soit dans les domaines de la santé, du social, du secours d'urgence ou d'autres. Ses contributions dans les différentes manifestations internationales témoignent que l'OIIS ne différencie pas, dans ses actions, entre les humains sur des paramètres liés à la religion ou d'appartenance ethnique ; et ce conformément à une Hdith du prophète de l'Islam (Paix et Bénédiction sur lui) qui a dit " Il y a rétribution dans l'aide de toute créature vivante"

Toutefois, il y a lieu de souligner que les dépenses dans le domaine du secours humanitaire sont fabuleuses et les efforts considérables mais les problèmes des nécessiteux et leurs besoins demeurent sans limites.

6

IIRO 004516



# IIROSA's Domestic Office Branches

# Les Bureaux locaux

IIRO 004517

During the fiscal year 2001-2002, the IIROSA spent more than SR.124,000,000. This marvallous achievement was made possible by the creation of 18 domestic branches in the various parts of the Kingdom, which in their turn created many branch offices in the cities and towns to present the opportunity to more and more local peoples to contribute in funding the various projects and programs of the IIROSA worldwide.

## Al-Baha branch office:

Under the supervision and directives of HRH Prince Muhammed bin Saud, Governor of Al-Baha region and the patronage of his Deputy, HRH Prince Faisal bin Muhammad, the Al-Baha branch office which is managed by Mr. Ibrahim Saeed Hamdan, was able to raise the sum of SR.4,655,308.80, in the year 2001-2002 and implement the following programs of IIROSA:

- Subsidizing Social welfare programs providing emergency relief, health and educational care. It also digs wells in nine countriesincluidng Uganda, Occupied, Palestine, Bosnia–Herzegovina, Chechnya, Kosovo, Kurdistan, Azad Kashmir, Sri Lanka and Macedonia.
- Organizing an educational camp at Rawakh center in Al-Baha.
- Organizing a summer camp for 150 students.

Supervising two courses in Uganda.

## Gizan Office:

Through the constant instructions of HRH Prince Muhammed bin Nasir, Governor of the Gizan region, IIROSA offices in Gizan, Sabia, Abu Arish, Daarb and Beish, which are supervised by Sheikh Muhammed bin Hassan Al-Hazmi, collected SR.6,600,000 during the fiscal year 2001-2002 for the following programs:

- Social welfare, emergency relief, health care, educational welfare, free meals, meals for the pilgrims, human sustainable development, construction of social center and well digging in many countries.
- Holding an exhibition in Gizan and a charity bazzar in Sabia.
- Participation of the women's committee in a number of exhibitions.

## Al-Jouf Office:

Under the supervision and patronage of HRH Prince Abdul Ilah , Governor of Al-Jouf region, the IIROSA office, which is directed by Fakhri bin Hammad Al-Shallal, raised SR.1,374,644 during the fiscal year 2001 - 2002 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, meals for the pilgrims, human sustainable development, construction of social centers and well digging in many countries.
  - Three trucks loads of new and used clothes, textile materi-

Durant l'exercice 2001/2002, L'OIIS a dépensé plus de 124.000.000 RS. Cette merveilleuse réalisation a pu être possible grâce la création de 18 bureaux locaux dans différentes parties du Royaume. A noter que lesdits bureaux locaux ont créé à leur tour beaucoup d'autres branches dans différentes villes et faubourgs, en vue de donner de la chance a plus de personnes a contribuer au financement des différents projets et programmes de L'OIIS.

### 1-Bureau de Bahha :

Sous les directives et l'encadrement du prince Mohamed Ben Saoud ben Abd Al Aziz, gouverneur de la région de Bahha et sous le patronage de son adjoint le prince Faissal ben Mohamed ben Saoud le Bureau de Bahha a pu sous la direction de M. Ibrahim Saïd Hamdane collecter, en l'an 2001\2002, le montant de 4 655308,80 riyals. Parmi les réalisations de ce Bureau, ce qui suit:
* Contribution au soutien des programmes de la protection sociale,des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits, dont ont bénéficié 9 pays, à savoir: Ouganda, Palestine Bosnie-Herzégovine, Tchétchénie, Kosovo, Kurdistan,Cachemire,Sri Lanka et Macédoine.
* Organisation d'un camp pédagogique au centre de Rouakh dans la région de Bahha.
* Organisation d'un centre de vacances d'été regroupant 50 étudiants.
* Encadrement de deux stages de formation en Ouganda.

### 2- Bureau de Jazan:

Sous les directives du prince Mohamed Ben Nasser ben Abd Al Aziz, gouverneur de la région de Jazan, les Bureaux de l'OIMS à Jazan, Sabiya, Abu Arich, Addarb et Bich, dirigés par Cheikh Mohamed ben Hassan Al Hazimi ont pu collecter, en l'an 2001\2002, le montant de 6 600 000 riyals. Parmi les réalisations de ces Bureaux ce qui suit:
* Contribution au soutien des programmes de la protection sociale, des secours d'urgence, de la protection sanitaire, des programmes culturels, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs, distribution du mouton de l'Aïd, de la distribution de repas aux pèlerins, de la promotion humaine, de construction de centres sociaux et de forage de puits dans plusieurs pays.
* Organisation de la Foire de Jazan et d'un marché caritatif à Sabiya.
* Participation de la commission des femmes à plusieurs expositions de la région.

### 3- Bureau d'El Jouf:

Sous la supervision et le patronage du prince Abdel Ilah ben Abd Al Aziz,gouverneur de la région d'El Jouf, le Bureau dirigé par M. Fakhri ben Hamad Ash Shallal a réussi à collecter, en l'an 2001\2002,le montant de 1 374 644 riyals . Parmi les réalisations de ce Bureau ce qui suit:
* Contribution au soutien des programmes de la protection sociale, des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits, des dons et des aumônes générales, des programmes "Epis du Bien", de la distribution du mouton de l'Aïd et de la distribution de repas aux pèlerins.
* Acheminement de donations en nature d'un poids de 3 camions lourds chargés de vêtements neufs et usés, de linges et de dattes dont ont bénéficié plusieurs pays dont notamment: la Jordanie, la Palestine, l'Afghanistan, le Kosovo et la Tchétchénie.

### 4-Bureau de Riyadh:

Sous le patronage du prince Salman ben Abd Al Aziz, gouverneur de la région de Riyadh et grâce au suivi de

IIRO 004518

al, mattresses and palm dates were sent to several countries including Jordan, Palestine; Afghanistan, Kosovo and Chechnya.

## Riyadh Office:

Under the generous patronage of HRH Prince Salman bin Abdul Aziz, Governor of Riyadh region and his Deputy, Prince Satam bin Abdul Aziz, the Riyadh office of the IIROSA, supervised by Mr. Ali bin Abdullah Al-Jurais raised SR.27,456,663 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, meals for the pilgrims, human sustainable development, construction of social centers and well digging and agricultural programs.
- Distribution of such items as rice, clothes, shoes, blankets, tents, medicine and medical materials worth SR.2,325,510 in Bangladesh, Pakistan, Afghanistan, Azad Kashmir, Chechnya, Lebanon, Azerbaijan, Central Asian Islamic Republics and Kosovo.
- Fifty nine advertisements, four billboards and ten media reports.
- Holding or taking part in 14 exhibitions.
- Visits to Pakistan, Bangladesh and Afghanistan.

## IIROSA offices in the Eastern Region:

Under the patronage of HRH Prince Muhammed bin Fahd, Governor of the Eastern region, and his Deputy HRH Prince Saud bin Naif , and through the management of HH Prince Turki bin Jelewi Al-Saud, the IIROSA offices in the Eastern region collected SR 4,382,000 in the year 2001-2002 to implement the following programs in eight countries:

- Social welfare, health care, educational, free meals, human sustainable development. The eight countries are: Kosovo, Sudan, Chechnya, Indonesia, India, Thailand, Philippines, and Ethiopia.
- Supervising tours of Indonesia, Jordan, India, Ethiopia, and Sudan.
- A refresher course was held in Bihar, India, and a caravan carrying relief items was arranged in Ogaden-Ethiopia.

## IIRO offices in the Asir region:

Thanks to continuous advices of HRH Prince Khalid Al-Faisal, Governor of the Asir region, and the efforts of the director Mr. Muhammed bin Hamidi Al-Sarhani, the twelve IIROSA offices in the Asir region collected SR16,293,386 in 2001-2002 for the following programs:

- Social welfare, emergency relief, health care, educational, free meals, well digging.
- Five countries including Kosovo, Chechnya, Iraqi-Kurdistan, Nigeria and Chad received material assistance worth

son adjoint le prince Sattam ben Abd Al Aziz,le Bureau de Riyadh, dirigé par M. Ali ben Abd-Allah al Jariss a réussi à collecter, en l'an 2001\2002, le montant de 27 456 663 riyals qui a contribué à soutenir plusieurs programmes de protection sociale,de secours d'urgence, de construction de centres sociaux, de protection sanitaire, de programmes d'éducation, de programmes culturels, de cours de lecture, de distributions de repas aux jeûneurs, de distribution de repas aux pèlerins, d'immolation de moutons de l'Aïd,de forage de puits, de promotion humaine et de réalisation de projets agricoles.

* Le Bureau a contribué aussi par des donations diverses englobant (riz, vêtements, chaussures, couvertures, draps, tentes, médicaments,outils médicaux et autres) d'un montant de 2 325 510 riyals.

*9 pays ont bénéficié de ces donations dont: Bangladesh, Pakistan, Cachemire, Tchétchénie, Liban, Azerbaïdjan, les républiques d'Asie centrale et Kosovo.

* Le Bureau a publié 59 annonces de presse, 4 pancartes publicitaires et 10 rapports de presse.

* Le Bureau a organisé et participé à 14 expositions, organisé la foire du livre de l'étudiant de trois établissements scolaires.

* Les délégués du Bureau ont effectué des visites de travail dans 3 pays: Bangladesh, Pakistan et Afghanistan.

## 5- Bureaux de la région de l'Est:

Sous le patronage du prince Mohamed ben Fahd ben Abd Al Aziz, gouverneur de la région de l'Est, et grâce au suivi du prince Saoud ben Nayef ben Abd Al Aziz, les Bureaux de l'OIMS de cette région dirigés par le prince Turki ben Jalwi Al Saoud ont réussi à collecter en l'an 2001\2002 le montant de 4 382 000 riyals.

* Le Bureau régional de l'OIMS dans la ville de Dammam comprend 6 branches à savoir; les Bureaux des villes suivantes; Ahsa, Jubail, Havre al batan, Ras Tanoura, Khafji et Baquet.

* 8 pays ont bénéficié des activités de ces Bureaux, à savoir; Kosovo, Tchétchénie, Indonésie, Inde,Thaïlande, Philippines, Soudan et Ethiopie, à travers des programmes de soutien dans les domaines de la protection sociale, de secours d'urgence, de la protection sanitaire, des programmes d'éducation, des cours de lecture, des distributions de repas aux jeûneurs, de promotion humaine, de pris en en charge des pauvres de l'intérieur et des Awqafs.

* Les délégués de ce Bureau ont effectué des visites de travail dans 5 pays ; Indonésie, Jordanie, Inde, Ethiopie et Soudan pour encadrer la distribution des allocations aux orphelins et inspecter les projets de l'OIMS.

* Le Bureau a organisé un stage de formation dans la province de Bihar-Jar Ganj en Inde et a acheminé une campagne de secours d'urgence dans la région d'Ogaden en Ethiopie.

* Le Bureau a fait don de matériels de la Protection civile offerts par la société nationale du Fer et de la Fonte de Jubaïl à la Direction de la Protection civile du Soudan.

## 6- Bureaux de la région de Assire:

Sous les directives continues du prince Khaled Al Faissal ben Abd Al Aziz, gouverneur de la région de Assire, les Bureaux de l'OIMS dans cette région ont réussi sous la direction exécutive de M. Mohamed ben Houmaidi Sarhani à collecter, en l'an 2001\2002, le montant de 16 293 386 riyals.

Les Bureaux de l'OIMS au nombre de 14 Bureaux se trouvent dans les villes suivantes; Abha, Khamis Mouchaït, la ville militaire, Bisha, Namas, El Moujarada, Balqarn, Dhahran al Janoub, Mouhaïl,Wadaïn, Assarh,Bellasmar, Chaabaïn et Bariq.

* Les Bureaux de la région de Assire ont contribué au soutien des programmes de la protection sociale,des secours d'urgence, de la construction de centres sociaux, de la protection sanitaire, des programmes d'éducation, des programmes culturels, des cours de lecture, des distributions de repas aux jeûneurs et de forage de puits.

* Les dons en espèces ont atteint le montant de 2 000 000 riyals

9

IIRO 004519

SR.2000,000.
- Participation in summer exhibitions and tourism promotion program in Asir.
- Representatives of IIROSA's Asir office took delivery of a hospital donated by Kaduna state of Nigeria and fully equipped it and received 64,000 square meters land donated by Kaduna state to build an urban center.

## Al-Qasim area:

Continued patronage by HRH Prince Faisal bin Bandar, Governor of Al-Qasim region helped IIROSA offices in the area to collect SR.4,230,222 during the fiscal year 2001-2002. IIROSA other branch offices in the area are located in Al-Asyah, Bikeria, Rass, Riyadh, Al-Khabra, Maznaab and Uyoon Al-Jawa. These offices are supervised by Dr. Sulaiman H. Al-Saqri. Programs implemented included:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development programs in Kosovo, Chechnya, Ethiopia, Somalia, Eritrea, Bosnia–Herzegovina, Occupied Palestine, Afghanistan, Sri Lanka, Azad Kashmir, Indonesia, Sudan, Bangladesh, Tajikistan, Albania and Nepal.
- Officials from IIROSA office in Al-Qasim visited Sri Lanka three times, four teims to Ethiopia and Nepal.
- IIROSA's Al-Qasim office took part in a mobile exhibition in Occupied Palestine, Chechnya and Afghanistan.

### Unaiza office:

IIROSA office in Unaiza enjoys wholehearted support of HRH Prince Faisal bin Bandar, Governor of Al-Qasim region. The Unaiza office, which is under the supervision of Sheikh Abdullah bin Hamad Al-Jabr collected SR1,534,752 during the fiscal year 2001-2002. The amount was spent on the following programs:
- Social welfare, emergency relief, health care, educational, free meals and well digging.
- Three trucks loads of relief items were shipped to Afghan refugees.
- Free meal was provided in Kenya.
- Other programs were implemented in Sudan, Kosovo and Chechnya.

## Madina office:

Through the guidance of HRH Prince Miqrin bin Abdul Aziz, Governor of Madinah region, the IIROSA office which is under the supervision of Dr. Hamza bin Zuhair Hafiz collected SR.12,654,191 during the fiscal year 2001-2002. The amount was spent to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development in 20 countries including Chechnya, Kosovo, Bosnia-Herzegovina, Occupied Palestine Azad Kashmir, Ethiopiaa, Mozambique, Pakistan, Turkistan, Senegal, Saudi Arabia, Mauritania, Yemen, Benin, Cote d' Ivoir, Gambia,

dont ont bénéficié 5 pays, à savoir ; Kosovo,Tchétchénie, Kurdistan ; Nigeria et Tchad.
* Les Bureaux ont participé dans les foires d'été et les programmes de promotion du tourisme à Assire.
* Des délégués de ces Bureaux ont visité le Nigeria pour la réception de l'hôpital cédé par la province de Kaduna à l'OIMS pour être complètement équipé par le Bureau de Assire.
* Les bureaux de Assire ont bénéficié d'une parcelle de terrain cédée par la province de Kaduna d'une superficie de 64 000 m2 sur laquelle sera implanté un centre culturel en reconnaissance des activités de l'OIMS.

## Région d'El Qassim:

### 7) Le Bureau de Buraïda :

Sous le patronage permanent du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim, le Bureau de l'OIMS de Buraïda auquel sont affiliés les Bureaux annexes de: Assiah, Bakiria, Arrass, Riyadh Khabra, Madhnab et Ouyoun Jawa, sous la direction du Dr. Souleymane ben Hamed Saqri, a pu collecter, en l'an 2001\2002, le montant de 4 230 222 riyals.
* 16 pays ont bénéficié des programmes de ce Bureau, à savoir; Kosovo, Ethiopie, Somalie, Erythrée, Bosnie-Herzégovine, Palestine, Afghanistan Sri Lanka, Cachemire,Indonésie, Soudan, Tadjikistan, Albanie et Népal. Les programmes et les prestations offerts par ce Bureau aux musulmans de ces pays furent divers et multiples et ont englobé ; la protection sociale, les secours d'urgence, la construction de centres sociaux, la protection sanitaire, les programmes d'enseignement, l'éducation, les cours de lecture, les distributions de repas aux jeûneurs, le forage de puits et la promotion humaine.
* Les délégués de ce Bureau ont visité trois fois le Sri Lanka et quatre fois l'Ethiopie pour y organiser des stages de formation. De même qu'ils ont visité le Népal pour suivre les activités des éducateurs.
* Le Bureau a participé à plusieurs expositions itinérantes sur la Palestine, la Tchétchénie et l'Afghanistan.

### 7) Le Bureau de Ounaïza:

Le patronage du prince Faissal ben Bandar ben Abd Al Aziz, gouverneur de la région d'El Qassim s'est étendu jusqu'au Bureau de Ounaïza, dirigé par M. Abd-Allah ben Hamed Al Jabr. Ce Bureau a pu collecter en l'an 2001\2002, le montant de 1 534 752 riyals dont l'utilisation a contribué aux activités suivantes:
* Soutien aux programmes: de la protection sociale, des secours d'urgence, de construction de centres sociaux,de l'enseignement, des cours de lecture, de distribution de repas aux jeûneurs, de distribution de mouton de l'Aïd et de forage de puits.
* Acheminement de produits de secours d'un poids de trois camions lourds chargés de vêtements, de dattes et de couvertures aux réfugiés d'Afghanistan.
* Mise en oeuvre d'un programme de distributions de repas aux jeûneurs et organisation d'un stage formation au Kenya.
4 pays ont bénéficié de ces programmes, à savoir : Kenya, Soudan Kosovo et Tchétchénie.

## Région de Médine el Mounawwara

### 9. Bureau de Médine el Mounawwara

Sous les directives et le haut patronage du prince Maqrin ben Abd Al Aziz, gouverneur de la région de Médine el Mounawwara, le Bureaux de l'OIMS à Médine dirigé par le Dr. Hamza ben Zuhair Hafedh a pu collecter, en l'an 2001\2002,le montant de 12 654 191 riyals pour soutenir les programmes suivants :
* la protection sociale, les secours d'urgence, la construction de 3 centres

IIRO 004520

Guinea, Central African Republic and Malawi.
- Participation in a camp during spring.
- Computer literacy courses organized by the women's committee.
- Inspection tour of West African countries.

## Yanbu office:

The patronage of HRH Prince Miqrin bin Abdul Aziz, Governor of Madinah region extends to the Yanbu office of the IIROSA, which is directed by Engineer Abdullah bin Ibrahim Al-Sherif. During the fiscal year 2001-2002, the Yanbu office was collected SR 4,175,782 to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.

## Makkah area:

Under the constant supervision of HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, IIROSA office in Makkah and its director Dr. Ahmed bin Nafea Al-Mawraei collected SR110,077,378 during the fiscal year 2001-2002. The amount was spent on the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Participation in 14 exhibitions and organizing of four charity weeks.
- Field tour of Albania.

In all, the efforts of the IIROSA in this regard covered the following 24 countries:

Macedonia, Albania, Turkey, Thailand, Bosnia-Herzegovina, India, Afghanistan, Burma, Sri Lanka, Indonesia, Philippines, Occupied Palestine, Pakistan, Yemen, Iraqi-Kurdistan, Somalia, Eritrea, Ethiopia, Bangladesh, Chechnya, Azad Kashmir, Sudan, Djibouti and Kosovo.

## Jeddah office:

HRH Prince Abdul Majeed bin Abdul Aziz, Governor of Makkah region, extends his kind patronage to the IIROSA in Jeddah. Indeed through the keen interest of HRH Prince Mish'al bin Majid, Governor of Jeddah, and under the supervision of its director Mr. Saleh Baboud, IIROSA's Jeddah office collected SR. 29,708,981 for the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Providing the poor and the needy around the world with five containers and 215 medium trucks loads of

sociaux respectivement au Burkina Faso, au Niger et en Gambie.
* Le forage de 10 puits en Guinée et d'un puits au Niger.
* La participation au camp du commandement du bien et à l'exposition de soutien à l'Intifadha d'El Aqsa.
* La commission des femmes a organisé des stages de formations en informatique et en langue anglaise.
* Les délégués de ce Bureau ont visité certains pays d'Afrique à deux reprises pour distribuer des dons destinés aux orphelins et inspecter des projets de l'OIMS.
20 pays ont bénéficié des programmes de ce Bureau, à savoir : Tchétchénie, Kosovo, les pays des Balkans, Bosnie-Herzégovine, Palestine, Cachemire, Ethiopie, Mozambique, Pakistan, Turkestan, Sénégal, Arabie Saoudite, Mauritanie, Yémen, Bénin, Côte d'Ivoire, Gambie, Guinée, Centre Afrique et Malawi.

## 10-Bureau de Yanbou:

Le patronage du prince Maqrin ben Abd Al Aziz, gouverneur de la région de Médine el Mounawwara s'étend jusqu'au Bureau de Yanbou, dirigé par l'ingénieur Abd-Allah Ibrahim Sharif, qui pu collecter, en l'an 2001\2002, le montant de 4 175 782 822 riyals.
Ce Bureau a contribué au soutien des programmes suivants; la protection sociale, les secours d'urgence, la protection sanitaire, les programmes d'enseignement, les programmes d'éducation et des éducateurs, les cours de lecture, les distributions de repas aux jeûneurs, le programme du mouton de l'Aïd, la construction de centres sociaux, le forage de puits et les programmes de la promotion humaine.

## Région de La Mecque:

### 11- Bureau de La Mecque

Sous l'encadrement et le suivi du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah, le Bureau de l'OIMS de La Mecque, dirigé par le Dr. Ahmed ben Nafa'a al Mouryi a pu collecter, en l'an 2001\2002, le montant de 10 077 378 riyals. Ce montant a contribué au soutien des programmes suivants :
* La protection sociale, le secours d'urgence, la construction de centres sociaux, la protection sanitaire, l'enseignement, l'éducation, les cours de lecture, les distributions de repas aux jeûneurs et le forage de puits.
* Des dons ont été collectés englobant; des draps, des oreillers, des tapis, des couvertures, des butanes à gaz, des congélateurs, des vêtements, des tentes et des chaussures d'un poids de trois camions lourds (Mercedes) et de deux véhicules land Rover ( Dyna ).
* Le Bureau a participé à 14 expositions et a organisé 4 semaines d'actions caritatives.
* Les délégués de ce Bureau ont visité l'Albanie pour inspecter des projets et distribuer des dons aux orphelins.
* 19 pays ont bénéficié des programmes de ce Bureau, à savoir : Kosovo, Cachemire, Tchétchénie, Bangladesh, Ethiopie, Erythrée, Somalie, Soudan, Djibouti, Yemen, Kurdistan, Yemen, Pakistan, Palestine, Philippines, Indonésie, Sri Lanka, Myanmar (Birmanie), Afghanistan, Inde, Bosnie-Herzégovine, Thaïlande, Turquie, Albanie et Macédoine.

## 12- Bureau de Djeddah :

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah, le Bureau de l'OIMS à Djeddah, dirigé par M. Saleh Ahmed Baaboud, a pu sous le suivi et l'attention du prince Mash'al ben Majed ben Abd Al Aziz, gouverneur de Djeddah, collecter, en l'an 2001\2002, le montant de 29 708 981 riyals.
* Ce montant a contribué au soutien des programmes suivants : protection sociale, secours d'urgence, construction de centres sociaux, protection sanitaire, enseignement, éducation, cours de lecture, distributions de repas aux jeûneurs, forage de puits et promotion humaine.
* Les dons en nature ont atteint le chargement de 5 conteneurs de 40 pieds et le chargement de 215 véhicules (Dyna) contenant des vêtements prêt à porter neufs, des

11

IIRO 004521

readymade garments, used clothes, material and blankets.
- A permanent exhibition hall was set up at the premises of IIROSA's Jeddah office.
- An exhibition of teaching aids was organized at the premises.
- IIROSA's Jeddah office partipated in 25 exhibitions and festivals.

Countries covered by the programs including Kosovo, Pakistan, Egypt, Palestine, Yemen, Chechnya, Sudan, Chad, Somalia, Djibouti, Uganda, Azad Kashmir, Eritrea, Yugoslavia, Turkey, Albania, Afghanistan, Philippines, Burma, Bangladesh, Sri Lanka, Russia, Kurdistan, the Tuaregs in Algeria, Ethiopia, Mozambique, Indonesia, Nigeria, Thailand and Mauritania.

## Taif office:

IIROSA's office in Taif also enjoys the support of both HRH Prince Abdul Majeed bin Abndul Aziz, Governor of Makkah, and Honorable Mayor of Taif, Mr. Fahad A. A. Moamar. The IIROSA's Taif office directed by Dr. Talal O. Zafar collected SR5,997,296 for the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging and human sustainable development.
- Bazaars organized by the women's committee.

Summer camps.
- Community service programs including computer literacy courses.

The Women's Committee:
The IIROSA takes keen interest in women's participation in its efforts. Hence, the formation of the Women's Committees in Jeddah and elsewhere in the Kingdom.

During the fiscal year 2001-2002, the Women's Committee in Jeddah helped implement in the following programs:
- Orphan sponsorship (526 orphans).
- Construction of nine social centers.
- Digging seven surface and two artesian wells.
- Social welfare, emergency relief, health care, educational, free meals, well digging, pilgrim's meal and human sustainable development.
- Distribution of 22 cartons of clothes, 595 cartons of foodstuf to needy families in Jeddah.
- Shipping quantities of rice to Afghanistan, and clothes to Occupied Palestine.

## Najran office:

Thanks to the kind patronage of HRH Prince Mish'al bin Saud, Governor of Najran region, and the efforts of its Director, Sheikh Khalid Saud Faris, the IIROSA office collected SR.1,652,114 during the fiscal year 2001-2002 to implement the following programs:
- Social welfare, emergency relief, health care, educational, free meals, well digging, pilgrims meal, Zakat distribution, school bags to the poor, seasonal present for orphans, free Eid clothes and human sustainable development in these six countries: Palestine, Afghanistan, Yemen, Chechnya, Azad Kashmir,

tissus, des vêtements usés, des couvertures et autres.
* 32 pays ont bénéficié de ces programmes, à savoir : Kosovo,Pakistan,Egypte,Palestine,Yémen,Tchétchénie,Soudan,Tchad,Somalie,Djibouti,Ouganda,Cachemire,Erythrée,Yougoslavie,Turquie,Albanie,Afghanistan, Philippines, Birmanie, Bangladesh, Sri Lanka, Russie, Ethiopie, Mozambique, Inde, Indonésie, Nigeria, Thailande, Mauritanie, Kurdistan, Cachemire, Algérie ( région des Touaregs ) et dans certaines régions des Balkans.
* Organisation d'une exposition permanente au Bureau pour recevoir les visiteurs.
* Le Bureau a organisé la 2ème exposition sur les moyens de l'éducation en coordination avec la direction d'Information et des Relations publiques.
* Le Bureau a participé à 25 expositions et festivals dans les écoles, les Universités et les marchés publiques.

## 13- Bureau de Taïf :

Sous le haut patronage du prince Abd Al Madjid ben Abd Al Aziz, gouverneur de la région de La Mecque el Moukarramah,le Bureau de l'OIMS à Taïf a pu, sous le suivi du gouverneur de Taïf, M.Fahd Ben Abd Al Aziz ben Moammar et la direction de M. Talal ben Obeid Dhafr, collecter,en l'an 2001\2002, le montant de 5 997 296 riyals.
* La Commission des femmes de Taïf relevant de ce Bureau a organisé 5 marchés caritatifs dans les villes de loisirs.
* Le Bureau a participé au camps de vacance du Comité "commandement du bien et interdiction du mal ".
* Le Bureau a mis en oeuvre plusieurs programmes au service de la population de Taïf dont des stages de formation en Informatique.
* Les activités réalisées concernent les programmes suivants : protection sociale, secours d'urgence, construction de centres sociaux, protection sanitaire, enseignement, éducation, cours de lecture et distributions de repas aux jeûneurs.

## 14-La Commission des femmes de Djeddah :

L'OIMS a tenu à faire participer les femmes dans ses efforts de la manière suivante:
* Participation au financement des programmes suivants : prise en charge de 526 orphelins, construction de 9 centres sociaux, forage de 7 puits de surface et de 2 puits artésiens, réalisation de 10 projets sanitaires, appui aux projets de la protection sociale, de secours d'urgence, de l'enseignement, des cours de lecture, de distribution de repas aux jeûneurs, du mouton de l'Aïd et de distribution de repas aux pèlerins.
* Distribution de 22 cartons de vêtements et de 595 cartons de produits alimentaires aux familles pauvres de Djeddah.
* Participation à l'envoi de quantités de riz en Afghanistan et des vêtements et de tissus en Palestine.

## 10-Bureau de Najran:

Sous les orientations du prince Mashaal ben Saoud ben Abd Al Aziz, gouverneur de la région de Najran, le Bureau de l'OIMS à Najran, dirigé par Cheikh Khaled Saoud Al Fares, a pu collecter,en l'an 2001\2002, le montant de 1 652 114 riyals.
* Ce montant a contribué au soutien des programmes suivants: protection sociale, secours d'urgence, protection sanitaire, immolation de moutons au Yémen, distribution de repas aux pèlerins, distribution de repas aux jeûneurs, distribution de la Zakate d'El Fitr à l'intérieur de la région de Najran, forage de puits, cours de lecture, construction de centres sociaux, distribution de cartables scolaires aux enfants pauvres, dons aux orphelins le jour de l'Aïd et distribution de vêtements de l'Aïd aux familles nécessiteuses à l'intérieur de la région de Najran, distribution de livres et de cassettes aux cen-

IIRO 004522

12

Macedonia and some African countries.
- Distribution of certificates of recognition to leading contributors.
- The new three offices were opened in the following localities:
- Tabuk, Haïl and Northern Frontiers.

tres sociaux, aux départements gouvernementaux et aux particuliers, distribution des dons et des aumônes, et mise en oeuvre des programmes "Epis du Bien".

* 6 pays ont bénéficié des dons de ce Bureau, à savoir; Palestine, Afghanistan, Yémen, Tchétchénie, Cachemire, Macédoine et certains pays d'Afrique.

* Le Bureau a participé à deux campagnes du Serviteur des deux Saintes Mosquée destinées à venir en aide aux peuples de la Palestine et de l'Afghanistan.

* Le prince Mashaal ben Saoud ben Abd Al Aziz a donné ses directives pour l'aménagement d'un terrain pour servir de siège permanent à l'Organisme.

* Le Prince a aussi inauguré l'ouverture du siège de l'Organisme et de son exposition permanente à Najran.

* Le Prince a également approuvé la composition des membres du Conseil consultatif du Bureau sous la présidence du Cheikh Shafaq ben Abd Al Aziz Al Shafaq, juge au tribunal de grande instance dans la région de Najran.

* Le Bureau a organisé une réception en l'honneur des grands donateurs auxquels ont été remis des certificats de reconnaissance par le prince Mashaal ben Saoud ben Abd Al Aziz.

## Ouverture prochaine de 3 nouveaux Bureaux de l'OIIS pour l'exercice 2001\2002, à savoir:

* Bureau de Tabouk sous le patronage du Prince Bandar ben Sultan, gouverneur de la région.

* Bureau de Haïl sous le patronage du Prince Saoud ben Abd Al Muhsin, gouverneur de la région.

* Bureau des frontières du Nord sous le patronage du Prince Abd-Allah ben Abd Al Aziz ben Messa'ad, gouverneur de la région.

13

IIRO 004523



# Achievements in the various continents

# Réalisations de l'OIIS à l'étranger

IIRO 004603

# I -Asia

### 1. Azerbaijan:

During the fiscal year 2001-2002 'IIROSA' office in Baku, Azerbaijan spent SR.4,232,559 to implement the following programs:

- Sponsoring 658 orphans (SR 673,367)
- Distribution of 576 kilograms of relief items and operating three refugee camps sheltering about 9,300 persons at the cost of SR.1,190,386.
- Building five Social centers patronized by 1,377 persons at a cost of SR.459,170.
- Building an orphanage for 250 orphans in Sheki at a cost of SR.633,837.
- Building an urban center at Abcheron, patronized by about 8,000 persons at a cost of SR.511,875.
- Initiating an agro-investment project at Kordasir for about 1,300 refugees at a cost of SR.225,000.
- Operating three clinics and a maternity home at a cost of SR.148,629.
- Sponsoring ten students and two at a cost of SR.71,545.
- Providing 7,000 persons with free meal at a cost of SR.50,000.

### 2. Jordan:

During the fiscal year 2001 - 2002, the Jordan branch office of the IIROSA spent about SR. 5,415,164 on the following programs:

- Sponsoring 3600 orphans at a cost of SR.5,294,470.
- Sponsoring 13 students at a cost of SR.48,611.
- Patronizing 11 cultural centers at a cost of SR.1,283 (2664 participants).
- Providing 1,700 persons with free meals at a cost of SR 60,000.
- Taking charge of a tailoring center in the An-Nazla district at a cost of SR. 24,800.

### 3. Afghanistan:

During the fiscal year 2001-2002 IIIROSA spent about SR.4,203,704 on the following programs in Afghanistan:

- Operating Al-Bukhari orphanage in Jalalabad at a cost of SR.537,264. (500 orphans)
- Relief item shipped in 11 containers and launching of emergency relief campaigns at a cost of SR.2,589,813.
- Building four social centers for 450 persons at a cost of SR.144,000.
- Digging 23 surface wells for 46,000 persons at a cost of SR.72,500.
- Operating the Jalalabad hospital, in addition to nine clinics in Ligman, Kunnar, Nangahar, and carried out two anti-malaria and tuberculosis programs for 200,208 patients at a cost of SR. 313,523.
- Sponsoring 300 students at a cost of SR.194,445.
- Patronizing 50 cultural centers at a cost of SR.202,159. (1500 participants + 50 teachers and supervisors)
- Free meals distribution for 100,000 people.

# I ) Asie :

### 1- Bureau d'Azerbaïdjan :

Le Bureau d'Azerbaïdjan a dépensé,pour l'exercice 2001\2002, la somme de (4 232 559 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 658 orphelins (filles et garçons confondus) pour un montant de 673 367 riyals.
- Distribution d'un chargement de 576 kgs de dons en nature;ainsi que la gestion de 3 camps de réfugiés azerbaïdjanais d'une capacité de 9300 réfugiés pour un montant de 1 190 386 riyals.
- Construction de cinq centres sociaux pour un montant de 459 170 riyals dont ont bénéficié 1377 personnes.
- Construction d'un orphelinat dans la province de Shiki pour un montant de 633 837 riyals dont ont bénéficié 250 orphelins (filles et garçons confondus).
- Construction d'un centre urbain dans la province de Ibchrone - Bakou pour un montant de 511 875 riyals dont ont bénéficié 8000 personnes.
- Réalisation d'un projet agricole dans la province de Kurdasire pour un montant de 225 000 riyals dont ont bénéficié 1300 réfugiés(homes et femmes).
- Gestion de 3 cliniques et d'un centre d'accouchement pour un montant de 148 629 riyals dont ont bénéficié 26 064 patients (homes et femmes).
- Prise en charge de 10 étudiants et de 2 enseignants pour un montant de 71 545 riyals.
- Distribution de repas aux jeûneurs pour un montant de 50 000 riyals dont ont bénéficié 7000 jeûneurs et jeûneuses.

### 2- Bureau de Jordanie :

Le Bureau de la Jordanie a dépensé, pour l'exercice 2001\2002, la somme de (5 415 164 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 3600 orphelins (filles et garçons confodus) pour un montant de 5 294 470 riyals.
- Prise en charge de 13 étudiants pour un montant de 48 611 riyals.
- Gestion de 11 centres de lecture d'une capacité de 2664 élèves entre filles et garçons pour un montant de 12 083 riyals.
- Distribution de repas aux jeûneurs pour un montant de 60 000 riyals dont ont bénéficié 1700 jeûneurs (homes et femmes).
- Recéption d'un centre de formation de couture dans le quartier de Nazal à Amman en fin d'année (une assistance de 24 800 riyals lui a été allouée; une somme tirée du budget de 2001\2002)

### 3- Afghanistan :

L'OIIS a dépensé pour l'Afghanista pour l'exercice 2001\2002, la somme de (4 203 704 riyals) pour la réalisation des programmes suivants :

- Gestion de l'orphelinat "Imam Bukhari" à Jalalabad d'une capacité de 500 orphelins (filles et garcons confondus) pour un montant de 537 264 riyals.
- Distribution d'un chargement de 11 conteneurs de produits de secours en nature en plus des sommes d'argent en espèces pour lencement des campagnes de secours d'urgence pour un montant de 2 58 813 riyals.
- Construction de 4 centres sociaux pour un montant de 144 000 riyals dont ont bénéficié 450 personnes.
- Forage de 23 puits de surface pour un montant de 72 500 riyals dont ont bénéficié 46 000 personnes.
- Gestion de l'hôpital de Jalalabad et de 9 cliniques dans les villes de Lughman, Konr et Nanjarhar et la mise en place de 2 programmes de vaccination et de lutte contre la Malaria et autres épidémies pour un montant de 313 523 riyals dont ont bénéficié 200 208 patients.
- Prise en charge de 300 étudiants pour un montant de 194 445 riyals.

IIRO 004604

## 4. Indonesia:

During the fiscal year 2001 - 2002, Indonesia branch office of IIROSA spent about SR.3,725,350 to implement the following programs:

- Sponsoring 406 orphans at a cost of SR.715,656.
- Distribution of 125 kg. of emergency relief items at cost a cost of SR.534,226.
- Building 55 social centers for 9,928 persons at a cost of SR.1,985,600.
- Digging 80 artesian and surface wells at a cost of SR. 252,850.
- Operating a dispensary at a cost of SR.15,462.
- Sponsoring 29 instructors and arranged seven refresher courses for 264 participants at SR. 86,556.
- Operating Al-Furqan Institute at a cost of SR.116,667. (163 students)
- Subsidizing 33 cultural centers at a cost of SR. 18,333. (1650 participants and 34 instructors)

## 5. Pakistan:

During the fiscal year 2001 - 2002, the Pakistan branch office of IIROSA spent the sum of SR. 46,296,171 to implement the following programs:

Operating the following orphanages at a cost of SR.856,800.

1. Omar bin Khattab orphanage, Peshawar.
2. Al-Baraem orphanage, Mansahar.
3. Sumaiyah orphanage, Guilgit.
4. Amar bin Yasir orphanage, Calicut.

(Total strength of orphans 840)

- Distribution of 45 containers loads of relief items and emergency relief operations at a cost of SR 2,936,964.
- Building 13 social centers at a cost of SR.862,466. (2,587 participants)
- Digging 130 wells at a cost of SR.442,147. (about 27,800 beneficiaries)
- Building an orphanage in Islamabad for 600 orphans at a cost of SR.350,000.
- Operating two hospitals and two clinics at a cost of SR.109,542. (75,393 patients)
- Sponsoring eight teachers at a cost of SR.4,800.
- Operating the Athariah University at a cost of SR.198,400. (768 students)
- Sponsoring 2 instructors and arranged a refresher course for 75 instructors at a cost of SR. 99,528.
- Subsidizing 56 cultural centers at a cost of SR.144,524. (1,230 participants + 57 teachers and supervisors)
- Free meals distributin for 80,000 persons at a cost of SR.120,000.
- Setting up a computer literacy center at a cost of SR.71,000.

## 6. Bangladesh:

The total amount of allocated for humanitarian programs by IIROSA in n Bangladesh during the fiscal year 2001 - 2002 was SR 7,726,242.

- Prise en charge de 3665 orphelins (filles et garçons).
- Encadrement de 50 cercles de lecture d'une capacité de 1500 élèves entre filles et garçons pour un montant de 202 159 riyals et de 51 enseignants et autres cadres.
- Distribution de repas aux jeûneurs pour un montant de 150 000 riyals dont ont bénéficié 100 000 jeûneurs et jeûneuses.

## 4-Bureau d'Indonésie :

Le Bureau d'Indonésie a dépensé, pour l'exercice 2001\2002, la somme de (3 725 350 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 406 orphelins(filles et garçons) pour un montant de 715 656 riyals.
- Distribution de 120 kgs de produits de secours en nature en plus de l'organisation de campagnes de secours d'urgence pour un montant de 534 226 riyals.
- Construction de 55 centres sociaux pour un montant de 1 985 600 riyals dont ont bénéficié 9928 personnes.
- Forage de 80 puits artésiens et puits de surface pour un montant de 252 850 riyals dont ont bénéficié 66 400 personnes.
- Gestion d'un dispensaire pour un montant de 15 462 riyals.
- Prise en charge de 29 éducateurs et l'organisation de 7 stages de recyclage pour les éducateurs, dont ont bénéficié 264 éducateurs pour un montant de 86 556 riyals.
- Gestion de l'Institut " Al Furqane" pour un montant de 116 667 riyals, d'une capacité de 163 élèves entre filles et garçons.
- Encadrement de 33 cercles de lecture d'une capacité de 1650 élèves entre filles et garçons et de 34 enseignants et enseignantes et autres cadres pour un montant de 18 333 riyals.

## 5- Bureau du Pakistan :

Le Bureau du Pakistan a dépensé pour l'exercice 2001\2002, la somme de (6 296 171 riyals) pour la réalisation des programmes suivants :

- Gestion de 4 orphelinats d'une capacité de 840 orphelins(filles et garçons), pour un montant de 856 800 riyals. Les orphalinats concernés sont les suivants. :

1-orphelinat " Omar Ben Al Khattab"à Peshawer.
2- orphelinat "Al Barayim" à Mansahrah.
3-orphelinat " Sumayya" à Galgut.
4- orphelinat "Omar Ben Yasser" à Calcut

- Distribution de chargement de 45 conteneurs de produits de secours en nature en plus d'unesomme de 2 936 964 riyals pour l'organisation de campagnes de secours d'urgence.
- Construction de 13 centres sociaux pour un montant de 862 466 riyals dont ont bénéficié 2587 personnes.
- Forage de 130 puits de surface pour un montant de 442 147 riyals dont ont bénéficié 27 800 personnes.
- Création d'un orphelinat à Islamabad pour un montant de 250 000 riyals dont ont bénéficié 600 orphelins.
- Gestion de deux hôpitaux et de deux cliniques pour un montant de 109 542 riyals dont ont bénéficié 75 393 patients( homes et femmes).
- Prise en charge de 8 enseignants pour un montant de 4 800 riyals.
- Gestion de l'université d'Archéologie.d'une capacité de 768 étudiants( filles et garçons confondus) pour un montant de 198 400 riyals
- Prise en charge de 28 éducateurs et l'organisation d'un stage de recyclage pour les éducateurs pour un montant de 99 528 riyals dont ont bénéficié 75 éducateurs.
- Encadrement de 56 centres de lecture d'une capacité de 1230 élèves entre filles et garçons et de 57 enseignants et autres cadres pour un montant de 144 524 riyals.
- Distribution de repas aux jeûneurs pour un montant de 120 000 riyals dont ont bénéficié 80 000 jeûneurs et jeûneuses.
- Immolation de moutons de l'Aïd pour un montant de 200 000 riyals dont ont bénéficié

99

IIRO 004605

The following programs were implemented:

- Sponsoring 792 orphans living with relatives and operating the following five orphanages with a total strength of 566 orphans at SR. 1,313,445.

1. Fatma Zahra'a orphanage at Batilla village.
2. Abu Bakr Siddique orphanage at Rumkaba village.
3. Abdullah bin Mubarak orphanage in Dhaka.
4. Asma bint Abu Bakar orphanage in Dhaka.

- Distribution of nine containers loads of relief items and carrying out emergency relief operations at a cost of SR.859,355.
- Building 64 social centers which accommodates more than 10,998 persons at SR.2,932,900.
- Digging 79 artesian and surface wells at SR.243,000. (35,600 beneficiaries)
- Setting up Ahmed Jehan orphanage and another at Jewels center in Dhaka at SR.1000,000. (138 orphans)
- Operating six dispensaries, two clinics, a medical diagnosis center and a surgical camp for ophthalmologists at a cost of SR. 551,102. (42,477 patients)
- Sponsoring five teachers at a cost of SR.105,234.
- Sponsoring 61 instructors and organizing of a refreshger course of 115 instructors at a cost of SR.323,200.
- Sponsoring 30 cultural centers at a cost of SR.131,100. (1800 participants + 31 instructors)
- Free food distribution to more than 60,000 persons at SR 95,000.
- Subsidizng Asma bint Abu Bakr tailoring center in Dhaka at a cost of SR.21,806.

### 7. Burmese community in Saudi Arabia:

During the fiscal year 2001-2002, IIROSA spent more than SR.197,100 to sponsor 13 instructors and 11 students.

### 8. Thailand:

During the fiscal year 2001-2002, IIROSA branch office in Thailand spent about SR.1,050,116 to implement the following programs:

- Sponsoring 34 orphans living with their relatives and operating the Nafissah orphanage in Bangkok at a cost of SR.216,315. (112 orphans)
- Digging 35 artesian and surface wells at a cost of SR 97,000. (10,600 beneficiaries)
- Operating a clinic at a cost of SR.14,583.
- Sponsoring 75 students at a cost of SR.520,961.
- Sponsoring 39 instructors at a cost of SR.186,528.
- Subsidizing thirty 30 cultural centers at a cost of SR.24,729. (2100 students + 31 instructors)

### 9. Turkmenistan:

During the fiscal year 2001 - 2002, IIROSA sponsored five students from Turkmenistan at a cost of SR.9,615.

### 10. Daghistan:

During the fiscal year 2001 - 2002 IIROSA offered scholarships to 24 students from Daghistan at a cost of SR.46,152.

### 11. Sri Lanka:

50 000 personnes.
- Création d'un centre de formation en Informatique pour un montant de 71 000 riyals.

### 6- Bureau du Bangladesh :

l'Organisation a consacré à son Bureau au Bangladesh, pour l'exercice 2001\2002, la somme de (7 726 242 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 792 orphelins (filles et garçons confondus)vivant avec leur famille et gestion de 5 orphelinats d'une capacité de 566 orphelins pour un montant de 1 313 445 riyals, il s'agit de :
1- orphelinat "Fatma zahra" au village de Patila.
2- orphelinat "Abubakr Assadiq" au village de Rum Kaha.
3- orphelinat "Abd-Allah ben Mubarak" à Dacca.
4- orphelinat "Asma bint Abubakr" à Dacca.

- Distribution du chargement de 9 conteneurs de produits de secours en nature en plus de l'organisation de campagnes de secours d'urgence pour un montant de 859 355 riyals.
- Construction de 64 centres sociaux pour un montant de 2 932 900 riyals dont ont bénéficié 10 998 personnes.
- Forage de 79 puits artésiens et puits de surface pour un montant de 243 000 riyals dont ont bénéficié 35 600 personnes.
- Construction de l'orphelinat "Ahmed Jihan" et de l'orphelinat "la maison des bijoux et des pierres précieuses" à Dahka; d'une capacité de 138 orphelins pour un montant de 1 000 000 riyals.
- Gestion de 6 dispensaires, de 2 cliniques, d'un centre de contrôle médical et d'un camp de chirurgie ophtalmologique pour un montant de 551 102 riyals dont ont bénéficié 42 477 patients(hontés et femmes).
- Prise en charge de 5 enseignants pour un montant de 105 234 riyals.
- Encadrement de 61 éducateurs et organisation d'un stage de recyclage pour les éducateurs pour un montant de 232 200 riyals dont ont bénéficié 115 éducateurs
- Encadrement de 30 cercles de lecture pour un montant de 131 100 riyals d'une capacité de 1800 élèves entre filles et garçons et de 31 enseignant(e)s et autres cadres.
- Distribution de repas aux jeûneurs pour un montant de 90 000 riyals dont ont bénéficié 60 000 jeûneurs(es)
- Immolation de moutons de l'Aid pour un montant de 150 000 riyals dont ont bénéficié 20 000 personnes.
- Encadrement du centre de "Asma bint Abubakr" de formation en couture et broderie de Dahka d'une capacité de 130 filles pour un montant de 21 806 riyals.

### 7- Myanmar :

L'Organisation a distribué,pour l'exercie 2001\2002, la somme de 197 100 riyals à la communauté birmane résidant en Arabie Saudite pour la prise en charge de 13 éducateurs et de 11 étudiants.

### 8- Bureau de Thaïlande :

L'Organisation a accordé à son Bureau en Thaïlande,pour l'exercice 2001\2002, la somme de 1 050 116 riyals pour la réalisation des programmes suivants :

- Prise en charge de 34 orphelins(es) vivant avec leur famille; ainsi la gestion de l'orphelinat "Sayida Nafissa" à Bangkok d'une capacité de 112 orphelins(es) pour un montant de 216 315 riyals.
- Forage de 35 puits artésiens et de surface pour un montant de 97 000 riyals dont ont bénéficié 10 600 personnes.
- Gestion d'une clinique pour un montant de 14 583 riyals.
- Prise en charge de 75 étudiants pour un montant de 520 961 riyals.
- Encadrement de 39 éducateurs pour un montant de 186 528 riyals.
- Encadrement de 30 cercles de lecture d'une capacité de 2100 élèves entre filles et garçons et de 31 enseignants(es) et autres cadres pour un montant de 24 729 riyals.

100

IIRO 004606

IIROSA allocated SR.1,430,998 for the following programs in Sri Lanka during the fiscal year 2001 - 2002

- Sponsoringt 80 orphans at a cost of SR.123,367.

- Launching an emergency relief operation at a cost of SR.112,500.

- Building 16 social centers at a cost of SR 854,701. (3663 patronizers)

- Digging seven surface wells at a cost of SR 66,135. (1400 beneficiaries)

- Sponsoring 30 instructors at a cost of SR.72,600.

- Subsidizing 15 cultural centers at a cost of SR.31,395. (350 patronizers)

- Free meal distribution to the needy and poor people at a cost of SR.60,000.

- Establishing two computer centers at Putlam and Maonela at a cost of SR72,300.

### 12. Syria :

- During the fiscal year 2001 – 2002, IIROSA sponsored 11 Syrian orphans at a cost of SR. 10,157.

### 13. Saudi Arabia:

During the fiscal year 2001–2002, IIROSA spent about SR.515,538 to implement the following programs:

-Operateninbg four African community schools at a cost of SR.93,239.

- Sponsoring three students at a cost of SR 4,161.

- Providing Al-Mansoor welfare clinics in Makkah with 134 cartons of medicine, weighing 1,850 kg and worth SR.61,300.

- Supplying Makkah charity society with 119 cartons of medicine weighing about 2,020 kg at a cost of SR.56,500.

- Supplying Jeddah charity society with 100 cartons of medicine weighing about 1,200 kgs and worth SR.45,000.

- Provioding a local welfare society with 2,10,468 kgs of food stuff and clothes worth SR. 255,338 for distribution among poor families.

### 14. Siberia:

In the year 2001-2002 IIROSA, spent about SR.20,000 to provide about 2,000 persons with free meals in Siberia.

### 15. Chechnya:

During the fiscal year 2001-2002, IIROSA allocated SR.297,019 for the following programs:

- Providing Chechnyan refugees in Azerbaijan with relief items worth SR 221,250.

- Sponsoring three students at a cost of SR.5,769.

- Providing 9,000 persons with free meals at a cost of SR.70,000.

### 16. China:

IIROSA sponsored 75 students in 2001-2002 at cost of SR.204,751.

### 17. Tajikstan:

- In the year 2001-2002, IIROSA spent about SR.59,133 for the following programs:

- Sponsoring 21 students at a cost of SR.40,383.

- Providing 4,000 persons with free meals at a cost opf

### 9- Turkménistan:
L'Organisation a pris en charge 5 étudiants du Turkménistan,pour l'exercice 2001\2002, pour un montant de 9615 riyals.

### 10-Daghestan :
L'Organisation a pris en charge 24 étudiants du Daghestan, pour l'exercice 2001\2002, pour un montant de 46 152 riyals.

### 11- Sri-Lanka:
L'Organisation a dépensé à travers sa représentation au Sri Lanka, pour l'exercice 2001\2002, la somme de (1 430 998 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 80 orphelins(es)

- Organisation d'une campagne de secours d'urgence pour un montant de 112 500 riyals.

- Construction de 16 centres sociaux pour un montant global de 854 701 riyals dont ont bénéficié 3663 personnes.

- Forage de 7 puits de surface pour un montant global de 66 135 riyals dont ont bénéficié 1400 personnes.

- Encadrement de 30 éducateurs pour un montant de 72 600 riyals.

- Encadrement de 15 cercles de lecture d'une capacité de 350 élèves entre filles et garçons pour un montant de 31 395 riyals.

- Distribution de repas aux jeûneurs pour un montant de 60 000 riyals dont ont bénéficié
35 000 jeûneurs et jeûneuses.

-Création de 2 centres de formation en informatique dans les ville de Putlam et Mawnilla pour un montant de 72 300 riyals.

### 12- La Syrie :
L'Organisation a pris en charge 11 orphelins(es) en Syrie, pour l'exercice 2001\2002, pour un montant de (10 157 riyals)

### 13- Royaume d'Arabie Saoudite :
L'Organisation a dépensé pour le besoin de activités à l'intérieur du royaume d'Arabie Saoudite, pour l'exercice 2001\2002, la somme de (515 538 riyals ) pour la réalisation des programmes suivants :

- Gestion de 4 écoles de la commumauté africaine pour un montant de 93 239 riyals.

- Prise en charge de 3 étudiants pour un montant de 4161 riyals.

- Fourniture aux cliniques caritatives " Al Mansour " à La Mecque de 134 cartons de médicaments divers d'un poids de 1850 kgs d'une valeurs de 56 500 riyals.

- Fourniture à l'Associations caritative "Al Birr" ( La Bienfaisance ) de La Mecque de 119 cartons de médicaments divers d'un poids de 2020 kgs d'une valeur de 56 500 riyals.

- Fourniture à l'Associations caritative "Al Birr" ( La Bienfaisance ) de Djeddah de 100 cartons de médicaments divers d'un poids de 1200 kgs d'une valeur de 45 000 riyals.

- Distribution de 21 468 kgs de produits alimentaires et effets vestimentaires aux familles pauvres à travers les associations caritatives locales d'une valeur de 255 338 riyals.

### 14- Sibérie :
L'OIIS a mis en place un programme de distribution de repas aux jeûneurs en Sibérie, pour l'exercice 2001\2002,pour un montant de (20 000 riyals ) dont ont bénéficié 2000 jeûneurs et jeûneuses.

### 15- Tchétchénie:
L'OIIS a consenti pour l'exercice 2001\2002, la somme de (297 019 riyals) pour la réalisation des programmes suivants :

- Organisation de campagnes de secours d'urgence en faveur des réfugiés tchétchènes au Daghestan pour un montant de 221 250 riyals.

- Prise en charge de 3 étudiants pour un montant de 5769 riyals.

- Distribution de repas aux jeûneurs pour un montant de 70 000 riyals dont ont bénéficié 9000 jeûneurs et jeûneuses.

### 16- Chine:
L'OIIS a pris en charge,pour l'exercice 2001\2002, 75 étudiants(es) chinois pour un montant de (204 751 riyals)

### 17- Tadjikistan :

IIRO 004607

SR.18,750.

### 18. Iraqi-Kurdistan :

- IIROSA branch office in Iraqi-Kurdistan received the sum of SR.13,050,240 in 2001-2002 to implement the following programs:

- Sponsoring about 5,377 orphans, a coordinator and three supervisors at a cost of SR.5,946,171.

- Building 150 social centers at a cost of SR.5,515,900. (27,580 patronizers)

- Digging a surface well at a cost of SR.15,370.

- Opening a dispensary at Baidar in the Dahuk Province at a cost of SR.90,000. (1000 patients)

- Opening a civic center at Sirwan in the Halabcha area at a cost of SR.280,000. (7000 patients)

-Operating welfare clinics and health care centers as well as two central laboratories at a cost of SR.438,822. (290,600 patients)

- Sponsoring 15 teachers and 50 students at a cost of SR. 65,139.

- Sponsoring 245 instructors at a cost of SR.441,000.

- Subsidizing 100 cultural centers at a cost of SR.57,838. (1221 patronizers + 103 instructors)

- Providing 75,000) persons with free meals at a cost of SR.150,000.

### 19. Kirghizia:

In the year 2001-2002, IIROSA sponsored six students from Kirghizia at a cost of SR.11,538.

### 20. Occupied Palestine:

During the fiscal year 2001-2002, IIROSA spent about SR.13,606,345 to implement a number of relief programs in Occupied Palestine as follows:

- Sponsoring 2,663 orphans at a cost of SR2,554,703 and a further SR.175,000 worth of clothes and Eid presents.

- Extending emergency relief to victims of aggression.

- Subsidizing societies undertaking the supervision of camps, villages and dispensaries at a cost of SR.1,875,000.

- Supplying hospitals and dispensaries with mediccine at a cost of SR.1,875,000.

- Operating 3 hospitals, a dispensary and a medical center at a cost of SR.764,415.

- Distribution of five containers loads of such relief items as blankets, clothes, medicine and literature, in addition to proividing the Palestinian community in Jordan with four ambulances at a total cost of SR.1,240,711.

- Paying tuition fees for university students and subsidizing laid off workers inside the Green Line at a cost of SR.1,878,889.

- Supplying winter provisions at a cost of SR.100,000.

- Donated five ambulances to five hospitals at a cost of SR.296,390.

- Subsidizing 40 cultural centers at cost of SR.322,916, (900 patronizers)

- Providing 70,000 persons with free meals at a cost of

L'OIIS a dépensé au Tadjikistan, 2001\2002, la somme de (59 133 riyals )pour la réalisation des programmes suivants :

- Prise en charge de 21 étudiants(es) pour un montant de (40 383 riyals )

- Distribution de repas aux jeûneurs pour un montant de (18 750 riyals ) dont ont bénéficié 4000 jeûneurs et jeûneuses.

### 18- Bureau du Kurdistan (Iraq):

L'OIIS a accordé à son Bureau du Kurdistan (Iraq), 2001\2002, la somme de (13 050 240 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 5377 orphelins(es), de 3 encadreurs d'orphelins et d'un coordinateur pour un montant de (5 946 171 riyals )

- Construction de 150 centres sociaux pour un montant de (5 515 900 riyals ) dont ont bénéficié 27580 personnes.

- Forage d'un puits de surface pour un montant de (15 370 riyals) dont ont bénéficié 200 personnes.

- Création du dispensaire "Arrahma" dans la région de Bidar, province de Dahok pour un montant de (90 000 riyals ) dont ont bénéficié 1000 personnes.

- Création d'un centre urbain dans la ville de Sarwan, province de Halabja pour un montant de ( 280 000 riyals) dont ont bénéficié 7000 personnes.

- Gestion de cliniques caritatives de 3 centres médicaux et de 2 boulangeries centrales pour un montant de (438 822 riyals) dont ont bénéficié 290 600 personnes.

- Prise en charge de 15 enseignants(es) et de 50 étudiants(es) pour un montant de ( 65 139 riyals)

- Encadrement de 100 cercles de lecture d'une capacité de 1221 élèves entre filles et garçons et de 103 enseignants(es) pour un montant de (57 838 riyals )

- Distribution de repas aux jeûneurs pour un montant de (150 000 riyals) dont ont bénéficié 75 000 jeûneurs(es).

### 19- Kirghizistan :

L'OIIS a pris en charge, pour l'exercice 2001\2002, 6 étudiants du Kirghizistan pour un montant de (11 538 riyals)

### 20- Palestine:

Lorsque éclata l'Intifadha, en l'an 2000, l'OIIS s'est empressée de suivre de près les conditions déplorables qui existaient en Palestine suite aux agressions israéliennes contre le peuple palestinien et ce qu'elles ont engendré comme personnes tuées ou blessées et provoqué comme dégats matériels. L'OIIS entama alors grâce à l'aide de Dieu d'abord ensuite à la coopération de ses Bureaux locaux, à son comité central et à la participation des bienfaiteurs parmi les habitants de ce pays béni, la mise en place de plusieurs programmes de secours pour venir en aide aux nécessiteux. Dans ce cadre, l'OIIS a dépensé, pour l'exercice 2001\2002, la somme de (13 606 345 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 2663 orphelins(es) pour un montant de (2 554 703 riyals) en plus d'une somme de (175 000 riyals ) sous forme de vêtements et assistances de l'Aïd pour les orphelins.

- Organisation de campagnes de secours d'urgence à l'intention des victimes de l'Intifadha pour un montant de (1 238 321 riyals )

- Appuis aux associations encadrant certains camps et villages palestiniens et aux dispensaires gérés par celles-ci pour un montant de (1 875 000 riyals)

- Appuis aux hôpitaux et aux dispensaires en medicaments et appareils médicaux pour un montant de (1 875 000 riyals)

- Gestion de 3 hôpitaux, d'un dispensaire et d'un centre médical, à savoir : (l'hôpital " Al Ahli" à Hebron, l'hôpital " Maqassid al Kaïr" à Jérusalem, l'hôpital " Arrazi" à Jénine, un centre médical à Ghaza et le dispensaire "Attadhamom" à Naplouse) pour un montant de ( 764 415 riyals)

- Distribution du chargement de 5 contenurs de produits de secours

IIRO 004608

SR.785,000.

## 21. Philippines:

- The IIROSA branch office in the Philippines spent more than SR.349,835 in the year 2001-2002 to implement the following programs:

- Operating J. Abdullah orphanage at Cotabatu City for 120 orphans at a cost of SR.140,400.

- Digging eight surface wells at a cost of SR.48,000. (1600 beneficiaries)

- operating two dispensaries and a clinic at a cost of SR.59,294.

- Subsidiazing 40 cultural centers at a cost of SR 4,700. (950 patronizers + 41 instructors)

- Providing 20,000 persons with free meals at a cost of SR.50,000.

- Subsidizing a maternity home in Manila at a cost of SR.15,167.

## 22. Azad Kashmir:

In Azad Kashmir, IIROSA spent about SR.499,900 in 2001-2002 to implement these programs:

- Sponsoring (77) orphans at a cvost of SR. 42,400.

- Emergency relief operation in the Azad Kashmiri refugee camps in Pakistan at a cost of SR. 56,250.

- Building two civic centers at a cost of SR.200,000. (600 patronizers).

- Digging six surface wells at a cost of SR.19,500. (1,200 beneficiaries).

- Purchasing of land to build an urban center at a cost of SR.131,750.

- Providing 20,000 persons with free meals at a cost of SR.50,000.

## 23. Kazakhistan:

IIROSA spent SR.40,383 in Kazakhistan to sponsor 21 students in 2001-2002.

## 24 . Cambodia:

In 2001-2002, IIROSA spent SR.21,733 to subsidize cultural centers and operate medical caravans in Cambodia.

## 25. Lebanon:

IIROSA spent SR.2,030,990 in 2001-2002 to implement the following porgrams:

- Sponsor 833 orphans at a cost of SR.1,380,452.

- Operate three medical complexes and a dispensary at a cost of SR.17,500. (49,544 patients)

- Sponsor s two students at a cost of SR.5,833.

- Sponsor s 29 instructors at a cost of SR203,040.

- Subsidize four cultural centers at a cost of SR.347,665. (400 patronizers)

- Providing 10,000 persons with free meals at a cost of SR.50,000.

## 26. Malaysia:

IIROSA sponsored two students at a cost of SR.3,500 in 2001-2002.

## 27 . Nepal:

In 2001-2002, IIROSA spent SR.203,379 to implement these

---

comprenant des; couvertures, vêtements, tissus, médicaments et livres en plus de 4 ambulances pour les réfugiés palestiniens en Jordanie, pour un montant total de (1 240 711 riyals)

- Paiement des frais de scolarité pour certains étudiants universitaires et leur encadrement, assistances aux ouvriers en chômage à l'intérieur de la ligne verte, pour un montant de ( 1 878 889 riyals)

- Assistance d'hiver pour un montant de (100 000 riyals)

- Fourniture de 5 ambulances à des hôpitaux en Palestine, à savoir ; (l'hôpital " Al Ahli" à Hébron, l'hôpital "Arrazi" à Jénine, l'hôpital "Assalam" à Khan Younes, le centre médical à Tulkarm et le croissant rouge palestinien, d'une valeur de (296 390 riyals )

- Encadrement de 40 cercles de lecture d'une capacité de 900 élèves entre filles et garçons pour un montant de (322 916 riyals )

- Distribution de repas aux jeûneurs pour un montant de (785 000 riyals ) dont ont bénéficié 70 000 jeûneurs et jeûneuses.

## 21- Bureau des Philippines :

Le Bureau de l'OIIS aux Philippines a dépensé, pour l'exercice 2001\2002, la somme de ( 349 835 riyals) pour la réalisation des programmes suivants :

- Gestion de l'orphelinat "Jaber ben Abd-Allah " à Kutabato d'une capacité de 120 orphelins(es) et prise en charge d'un coordinateur d'orphelins pour un montant de ( 140 400 riyals)

- Forage de 8 puits de surface pour un montant global de (48 000 riyals) dont ont bénéficié 1600 personnes.

- Gestion de 2 dispensaires et d'une clinique pour un montant de ( 59 294 riyals)

- Encadrement de 40 cercles de lecture d'une capacité de 950 élèves entre filles et garçons et de 41 enseignants(es) pour un montant de (4 700 riyals )

- Distribution de repas aux jeûneurs pour un montant de ( 50 000 riyals ) dont ont bénéficié 20 000 jeûneurs(es).

- Encadrement d'une maternité d'une capacité de 60 enfants à Manilles pour un montant de (15 167 riyals)

## 22- Azad Cachemire :

L'OIIS a dépensé en Azad Cachemire, pour l'exercice 2001\2002, la somme de (499 900 riyals) pour la réalisation des programmes suivants :

- Prise en charge de 77 orphelins(es) pour un montant de ( 42 400 riyals)

- Organisation de campagnes de secours à l'intention des réfugiés cachemiris au Pakistan pour un montant de ( 56 250 riyals)

- Construction de 3 centres sociaux pour un montant de (200 000 riyals) dont ont bénéficié 600 personnes.

- Forage de 6 puits de surface pour un montant de (19 500 riyals) dont ont bénéficié 1200 personnes.

- Achat d'une parcelle de terrain pour la construction d'un centre urbain pour un montant de (131 750 riyals)

- Distribution de repas aux jeûneurs pour un montant de (50 000 riyals ) dont ont bénéficié 20 000 jeûneurs(es).

## 23- Kazakhstan:

L'OIIS a pris en charge pour l'exercice 2001\2002, 21 étudiants(es) du Kazakhstan pour un montant de (40 383 riyals)

## 24-Cambodge:

L'OIIS a dépensé pour l'exercice 2001\2002 la somme de (21 733 riyals) pour soutenir des cercles de lecture et mener des campagnes médicales au Cambodge.

## 25-Liban :

L'OIIS a accordé au Liban, 2001\2002,une assistance de (2 030 990 riyals ) pour la réalisation des programmes suivants :

- Prise en charge de 833 orphelins(es) pour un montant de (1 380 452 riyals).

- Gestion de 3 groupes de cliniques et d'un dispensaire pour un montant de ( 17 500riyals)

dont ont bénéficié 49 544 patients(es).

IIRO 004609