# EXHIBIT 45

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
**In Saudi Arabia**
*Internal-Auditor*

## Report Contents

Page no.

| | | | |
|---|---|---|---|
| First | : | Introduction | 2 |
| Second | : | Goals of the Field Audit | 2 |
| Third | : | Comments on the Field Audit | 2 |
| Fourth | : | Summary | 10 |
| Fifth | : | Opinion | 10 |
| Sixth | : | General Recommendations | 11 |

[letter]

[English]

IIRO 151720

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

## First: Introduction:

The Indonesia Office's audit comes within the framework of the internal auditor's work plan for the 1424/1425 AH fiscal year. Furthermore, the office was opened in 1989 and its work was directed in turn by a number of directors, the most recent of who was Mr. Fahad bin Mohammed Sanad al-Harbi, the current director. It is worth mentioning that the office's main activity is the Engineering department which was assigned to build mosques and dig wells in the country of Indonesia. This is followed by the social welfare department's programs which supervise the orphan sponsorships in Indonesia. It also keeps the office informed on limited activities in the field of daawah and missionaries. This is in addition to the seasonal projects carried out by the office such as Iftar and the Eid lamb.

## Second: Goals of the Audit:

1- Verifying the accuracy of the amounts recorded as advances to the Indonesia Office's checking account in the financial department's record books at the head office in Jeddah.
2- Verifying the accuracy of the disbursement procedures followed at the head office and its compliance with IIRO's financial rules and regulations.
3- Ensuring that the disbursements of funds for the programs and departments are in accordance with regulations and standards n set by each department or program.
4- Verifying that the disbursements are made in the manner and on the purposes specified by IIRO.
5- Ensuring the effectiveness of the internal auditing procedures applied by the financial department.

## Third: Scope of the Audit:

The documentary audit was carried out for checking account number (3701724) in the financial department's record books for the period 01/07/1423 AH to 30/06/1424 AH up to entry number (2413) dated 30/06/1424 AH. It is worth mentioning that the audit's time range was agreed upon by the internal auditor and IIRO's executive department according to letter number 95/116/24 dated 10/09/1424 AH from his Excellency IIRO's secretary general.

The aforementioned documents were subjected to the audit and examination process in accordance with the recognized auditing standards and within IIRO's rules and regulations to the extent that allowed us to express [our] opinions and recommendations concerning the office's financial and accounting processes. The office also underwent a field audit.

## Fourth: Comments on the Documentary Audit:

1- On auditing entry number (248) dated 30/08/1423 AH for the amount of 215,186 riyals, it was found to consist of confirmation of the transfer of the second installment for the building of a mosque in Indonesia as an advance to the IIRO-Indonesia Office amounting to 107,593 riyals. This is according to disbursement report number 228/2000 on 13/07/1423 AH. **(Attachment number 1)**
   **Comments:**
   A- The funds transferred to the Indonesia Office [amounted to] 77,843.02 riyals, while the [amount] recorded as being an advance to the office is 107,593 riyals, in other words, an extra amount of 29,749.98 riyals.
   B- There is the amount of 81,600 riyals that was returned by means of the donors according to disbursement report number 159/99 dated 25/06/1420 AH. We could not find the method by which the accounting treatment was made?
   C- There is the amount of 22,950 riyals under the name of Doner/Siraj Ismail al-Khanani. It was transferred to Kurdistan according to disbursement report number 159/99 dated 25/06/1420 AH. The accounting treatment was not explained.
   **Recommendation**:

[letter]                                                                 [English]

IIRO 151721

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

- Making the necessary adjustment to reduce the amount of 29,749.98 riyals from the Indonesia Office's advance and holding the beneficiary party responsible for it.
- Explaining the method by which the donations returned by the donors, as well as the funds transferred to Kurdistan were treated.

2- On examining and auditing entry number (147) dated 25/09/1423 AH for the amount of 2,626.69 riyals, it was found to consist of confirmation of a repayment of part of the Indonesia Office's advance for the administrative and operational expenditures according to what was spent to furnish the new office with carpets, installations, air conditioners and…..etc. **(Attachment number 2)**

**Comments:**

A- The document that supports (sic) the exchange rate of dollars to Indonesian rupees was not attached.

B- Check number (240607) dated 03/05/2002 AD for the amount of 50,000,000 rupees was signed only by the accountant and was not signed by the office's director!

C- The invoices and documents are written in the local language and were not translated into Arabic.

D- The invoices were not directed to the IIRO-Indonesia Office, not signed as being received, and not certified by the office's officer-in-charge.

**Recommendation:**

- Attaching the document that supports the dollar into rupees exchange rate.
- Writing the invoice contents on them in Arabic, signing to indicate the receipt of these contents, and getting this certified by the office's officer-in-charge.

3- On auditing entry number (491) dated 24/11/1423 AH which consists of the repayment of the amount of 12,626.88 riyals from the Indonesia Office's advance for urgent relief according to the disbursement documents concerned with the people afflicted by the volcano explosion in the Jaroud Jawa Barat Region in Indonesia.                (Attachment number 3)

Comments:

A- The document supporting the dollar into Indonesian rupee exchange rate was not attached.

B- None of the invoices and documents had their contents clarified in Arabic on them.

C- None of the invoices were signed to indicate the receipt of their contents and they were not certified by the officer-in-charge of the field committee which made the purchase.

Recommendation:

- Making sure to attach the document supporting the dollar into Indonesian rupee exchange rate.
- Adhering to invoice and document regulations with regards to directing it in the office's name, writing their contents in Arabic, signing to indicate receipt of their contents, and certifying them.

4- On auditing entry number (1122) dated 28/02/1424 AH for the amount of 4,150 riyals, it was found to include a repayment for the amount of 2,418 riyals from the Indonesian Office's advance for administrative and operational expenses according to the documents representing the employees' salaries for the month of August 2001 AD.                **(Attachment number 4)**

**Comments:**

A- The salaries received by the employees in accordance to the attached statement [amounted to] 4,150 riyals, while the [amount] repaid from the office's administrative expenditures was only 2,418 riyals and the rest (1,732 riyals) was repaid for the MWL's advance. The reason for this was not clear.

[letter]                                                                                    [English]

IIRO 151722

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

B- The attached payroll, which was signed to indicate receipt, was prepared in Saudi riyals, although the check withdrawn from the bank for the salaries' amounts was in USD (1,200 USD). It was transferred into Indonesian rupees (10,632,000 rupees) at the same bank according to a currency sale voucher dated 31/08/2001 AD.

C- Disbursement voucher number (4018) dated 31/08/2001 AD shows the amount in USD (1,200 USD).

**Recommendation:**

- Making sure to clarify the relationship between the Indonesia checking account and the MWL's advance account in Indonesia.
- Making sure to prepare the payroll in the currency which is actually received by the employees and not in riyals or dollars and then attaching the document supporting the dollar into local currency exchange rate.

5- On auditing entry number (1161) dated 05/03/1424 AH for the amount of 30,062.63 riyals, it was found to consist of a confirmation of repayment of an Indonesia Office advance for the cost of digging (27) artesian wells according to the documents attached to the entry.          **(Attachment number 5)**

**Comments:**

A- All of the documents attached to the checks and disbursement vouchers were prepared in USD and the check copies were signed by the contractors [indicating] receipt. We could not tell if the contracts made with the contractors stipulate payment in USD?

B- None of the checks whose copies are attached in the entry have dates on them.

C- None of the check disbursement vouchers were signed by the recipient.

**Recommendation:**

- Attaching copies of the contracts made with the contractors to find out if they stipulate the payment method and currency type.
- Making sure to write the dates on all checks issued by the office as a deduction from its various bank accounts.
- Making sure to sign the check disbursement vouchers prior to receipt.

6- On auditing entry number (1166) dated 06/03/1424 AH for the amount of 257,925 riyals, it was found to include a repayment of the amount of 130,682 riyals from the Indonesia Office's advance for mosques and wells according to the documents attached to the entry.          **(Attachment number 6)**

**Comments:**

A- The entry's documents include disbursement voucher number (51038) dated 01/04/2004 AD for the amount of 4,869 USD for an installment for the administrative and operational expenses. The relationship between this disbursement and the mosque/well advance was not found!

B- There is a receipt voucher from Eng. Adham Ghazali for the receipt of the amount of 2,000 USD as a first installment for the implementation of (6) wells in the Ashtebyouk Region, West Java. A copy of the check or transfer documents by means of which payment was made were not attached.

C- There is a receipt voucher from Contractor Salama Youssef al-Qadri for the amount of 1,900 USD as a repayment for the entitlements of the mosques in the Pontianak Region, West Kalimantan. A copy of the check or transfer documents by means of which payment was made were not attached.

[letter]                                                                                    [English]

IIRO 151723

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

**Recommendation:**
- Clarifying the relation between disbursement voucher number (51038) dated 01/04/2002 AD and the office's advance for mosques and wells.
- Making sure to attach copies of the checks or transfer documents for the two amounts mentioned in (B) and (C).

7- On auditing entry number (1167) dated 06/03/1424 AH for the amount of 429,329.40 riyals, it was found to consist of a repayment for the amount of 184,649.40 riyals from the Indonesia Office's advance for mosques and wells according to the documents attached to the entry. **(Attachment number 7)**

**Comments:**

A- The office issued check number (240605) dated 03/04/2002 AD for the amount of 100,000,000 rupees, and check number (240608) dated 22/05/2002 AD for the amount of 54,250,000 rupees to Contractor Ismail BaWazir. The document supporting the exchange rate was not attached.

B- [For] the following amounts paid to a number of contractors, copies of the checks or transfer documents by means of which the payments were made to them were not attached:

2000 USD paid to Contractor Ismail Ba Wazir.

5000 USD paid to Contractor al-Haj Mohammed Ezz.

4600 USD paid to Contractor Mustafa  Hassan.

2000 USD paid to Contractor Antouri Dasenhan.

5000 USD paid to Contractor Ahmed Noufal Abdel Latif.

**Recommendation:**
- Making sure to attach the document supporting the USD to local currency exchange rate.
- Making sure to attach copies of the checks or transfer documents by means of which the payments were made to the contractors.

8- On examining and auditing entry number (1331) dated 27/03/1424 AH for the amount of 677,392.43 riyals, it was found to consist of a repayment for part of the Indonesia Office's advance for the social welfare department according to the documents attached to the entry.        **(Attachment number 8)**

**Comments:**

A- The amount of 395.76 USD was repaid in excess for the Rawdat al-Oloum Foundation's orphans as follows:

| | | |
|---|---|---|
| What was repaid: | 26,252.27 | USD |
| Actual value of the documents: | 25,856.51 | USD |
| What was repaid in excess: | 395.76 | USD |

In riyals, this equals: 395.76 X 3.75 = 1,484.10 riyals.

B- According to the records of al-Najah al-Islami Foundation's orphans, the funds actually spent amounted to 1,172,679,966 rupees, while the amount transferred from the office's account number (1-060100141) at Bank (1F1) on 11/03/2003 AD was 131,246.26 USD to al-Najah Foundation's account number (001-000016506-076) at (BNI) Bank amounted to 1,158,248,244.50 rupees. This was done at the day's exchange rate of 8,825 rupees per dollar.

[letter]                                                                              [English]

IIRO 151724

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

This means that there is an increase in the total amount delivered to the orphans, according to the records, which amounted to 14,431,721.50 rupees resulting from the exchange rate according to which it was calculated, which was 8,935 rupees per dollar, whereas the actual exchange rate on the transfer date according to the attached bank document was 8,825 rupees per dollar. Note that there was an agreement report made on 07/03/2003 AD between the IIRO delegation which supervised over the delivery of the entitlements and the IIRO-Indonesia Office delegates, headed by his Excellency the office's director.

The agreement [stipulates that] the disbursement of the orphans' entitlements is to be disbursed according to the USD exchange rate of the day on which the entitlements are disbursed. Since the exchange rate for the amount transferred (131,246.26 USD) to al-Najah Foundation was 8,825 rupees per dollar, the actual entitlements disbursed, according to the records, must be calculated based on an exchange rate of 8,825 rupees per dollar.

C- The same thing happened with al-Najah Foundation as Rawdet al-Oloum Foundation; the value of the entitlements, according to the documents, amounted to 231,026,230 rupees, whereas the amount transferred to the office's account number (1-060100141) at Bank (1F1) on 11/03/2003 AD to Rawdet al-Oloum Foundation's account at (BNI) Bank was 25,856.51 USD, at the same aforementioned exchange rate of 8,825 rupees per dollar, the exchange amounted to 228,183,700.75 rupees. Hence, based on the records, the higher disbursed [amount] of 2,842,529.25 rupees was calculated based on the exchange rate of 8,935 rupees per dollar.

Note that the Indonesia Office director's letter number (1186) dated 19/01/1424 AH, which was directed to his Excellency the social welfare department's supervisor, states in its third paragraph that the exchange rate for both foundations was 8,825 rupees per dollar.

**Recommendation:**
- Making the necessary corrective entries to make the repayments in accordance with the disbursement supporting documents.
- [Using] the exchange rate recorded in the bank document for al-Najah al-Islami and Rawdet al-Oloum Foundations.

9- On auditing entry number (1479) dated 19/04/1424 AH for the amount of 3,427.95 riyals, it was found to consist of a repayment for part of the Indonesia Office's advance for the social welfare department according to the operational expenditure documents for the orphan sponsorships for the period from 01/03/1422 to 30/06/1423.  **(Attachment number 9)**

**Comments:**

A- The document for the expenses for the visit of the officer responsible for the orphan [program], is attached to the office's letter number (12970) dated 14/08/1423 AH received by the secretariat general, for the amount of 90.34 USD. Note that the closest exchange rate mentioned in the transaction is 9,145 rupees per dollar so the [amount] disbursed according to this equals 813,100 ÷ 9,145 = 88.91 USD rather than 90.34 USD, as mentioned in the letter.

B- The document for the expenses for the visit of the officer responsible for the orphans [program], is attached to the office's letter number (9865) dated 23/06/1423 AH received by the secretariat general, for the amount of 153.15 USD. Note that the closest exchange rate mentioned in the transaction is 9,145 rupees per dollar so the [amount] disbursed according to this equals 1,312,500 ÷ 9,145 = 143.52 USD, rather than 153.15 USD, as mentioned in the letter.

| [letter] | [English] |
|---|---|

IIRO 151725

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

**Recommendation:**

- Making sure to attach the document supporting the dollar to rupee exchange rate in light of the huge impact this has on the accuracy of the calculations.

**10-** On examining and auditing entry number (1482) dated 19/04/1424 AH for the amount of 12,945 riyals, it was found to consist of a repayment of part of the Indonesia Office's advance for mosques and wells according to Contactor Quraish Eidrous Shehab's receipt voucher.  (**Attachment number 10)**

**Comments:**

A- A copy of the check or transfer document by means of which the payment was made to Contractor Eidrous was not attached. It is not sufficient for him to sign the receipt voucher indicating he received such and such amount…..

B- The Indonesia Office's letter number (5640) dated 26/03/1424 AH, which was received by the secretariat general, did not specify the amount needed to be written off, whether in total or in detail.

C- Attached to the transaction, is disbursement voucher number (51272) dated 24,04,1423 AH for the amount of 10,000 USD according to the copy of check number (104258), no date. The relationship between the disbursement voucher and the amount written off from the advance, using this entry being commented on, was not found.

**Recommendation:**

- Attaching a copy of the check or transfer document according to which the amount of 3,452 USD was paid to Contractor Eidrous.
- Explaining the relationship between the disbursement voucher and check mentioned in the transaction (10,000 USD) and the [amount] written off  from the advance (12,945 riyals).

**11-** On auditing entry number (1707) dated 20/05/1424 AH for the amount of 50,000.02 riyals, it was found to consist of a repayment for the Indonesia Office's advance for the Eid lamb program for the year 1423 AH according to the documents attached to the office's letter number (3621) dated 25/02/1424 AH, which was received by the secretariat general.    **(Attachment number 11)**

**Comments:**

A- In the human development program's letter number (3621/24 dated 08/05/1424 AH which was directed to his Excellency the director of the financial department, nothing was mentioned to indicate that the program received the photo report on the implementation of the Eid lamb program in Indonesia.

B- The Indonesia Office did not attach a list [including] details of the entities that implemented the Eid lamb program and it only attached the receipt vouchers which were written in the local language and which cannot be verified.

C- In the aforementioned office's letter, it was mentioned that the procurement was made by means of committees made up of three IIRO-affiliated persons. However, no supporting committee minutes to validate their work  were  attached.

**Recommendation:**

- The human development [program's] letter to the financial [department] must disclose that it audited the documents and that they technically meet the standards they have set. [It should] also mention that they received the photo report on the project's implementation.
- A statement from the Indonesia Office  clarifying the entities that have benefitted from the implementation of the Eid lamb project must be included.
- The minutes from the field committees that were formed to purchase the sacrificial animals from the various locations must be attached.

[letter]                                                                                            [English]

IIRO 151726

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal-Auditor* |
|---|---|---|

**12-** On examining and auditing entry number (2133) dated 30/06/1424 AH for the amount of 21,611.25 riyals, it was found to consist of a repayment of part of the Indonesia office's advance for mosques and wells, according to the documents attached to the entry. (**Attachment number 12**)

**Comments:**

A- There is a discrepancy between the receipt voucher signed by Contractor Mustafa  Hassan indicating the receipt of 2,763 USD,  the original disbursement voucher number (51355) dated 21/07/2001 AD and check number (104344) for the amount of 4,507 USD, the original of which was received by Contractor Mustafa Hassan as indicated by his signature on the copy of the check indicating his receipt. Hence, we could not find the relationship between the aforementioned receipt invoice and the receipt of the check mentioned afterwards.

B- The aforementioned check, number (104344), was not dated and was only signed once by the office's director. Additionally, the bank account statement that confirms the deduction of the amount in the check from the account was not attached.

C- The amount of 10,748 USD was transferred from the Indonesia Office's account number (1-0601100141) at (1F1) Bank to Contractor Ahmed Fetani's account, number (901-013004321034) at (BNI) Bank, whereas the amount mentioned within the repayment is 3,000USD.

D- Nothing indicating the receipt of the two aforementioned amounts of 3,000 USD and 10,748 USD by Contractor Ahmed Fetani was attached to the entry.

E- The Indonesia Office's letter number (11353) dated 06/07/1423 AH, which was received by the secretariat general, did not clarify the value of the documents requested to be written off from its advance, whether in total or in detail.

**Recommendation:**

- The office's letter, which is received by the secretariat general, must include the total amount requested to be written off and its details.
- The check's recipient must sign the disbursement voucher which is prepared by the designated person. This is to be done in the designated space for the recipient.
- Clarifying the reasons for the discrepancy between the amounts received by the contractor Mustafa Hassan, and the disbursement voucher and the receipt voucher.
- The receipt method must be clearly stated on the receipt voucher, whether it is by check, wire cable, or in cash.
- Making sure to attach all of the documents supporting the disbursement of any funds for which a check or wire cable was issued without dividing the repayment over more than one transaction to avoid the necessity of attaching document copies.

**13-** On auditing entry number (2151) dated 30/06/1424 AH for the amount of 12,484.02 riyals, it was found that the entry includes the repayment of the amount of 10,340.01 riyals from the Indonesia Office's advance for mosques and wells, according to the operational expenditure vouchers attached to the entry. **(Attachment number 13)**

**Comments:**

A- The document supporting the exchange rate of dollars into Indonesian rupees was not attached.

B- There is a statement with the power and phone bills totaling the amount of 14,320,379 rupees from which the amount of 3,276,312 rupees was excluded as being personal phone and power consumption uses. The phone and power consumption details were not attached, nor was the basis upon which the distribution was made.

C- The office made disbursements for its operational expenditures from the mosque and well allocations without approval.

**Recommendation:**

[letter]                                                                                    [English]

IIRO 151727

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

- Refraining from making disbursements from the program and department allocations for the office's operational and administrative expenditures without approval from the authorized person.
- Attaching the phone and power bill details to determine personal and official payment.
- It is essential to attach the document supporting the exchange rate from dollar to rupees..

14- On examining and auditing entry number (2152) dated 30/06/1424 AH for the amount of 16,828.01 riyals, it was found to include a repayment of 16,669.37 riyals of the Indonesia office's advance for mosques and wells, according to the office's administrative and operational expenditure documents. (**Attachment number 14**)

**Comments:**

A- The documents attached to the entry represent the Indonesia Office's administrative and operational expenditures which amount to 16,828.01 riyals, while part of it (158.64 riyals) was repaid for the benefit of the MWL-Indonesia's advance account. We did not find the relationship between it and the office's advance. Note that all of the documents were for the office's expenditures and they did not specify anything to be repaid for the benefit of the MWL's advance.

B- The office distributed the expenditures attached to the entry to the various departments and it did not pass them onto the office's operational expenditures' item (advance). The financial department also repaid the entire office expenditures' amount (16,669.37 riyals) for the benefit of the mosque and well advance.

C- All of the bills and documents are in the local language. The office did not translate them or at least write the contents of the bill in Arabic, such as writing (stationary, maintenance, electrical materials…..etc.) on the bill as the bills cannot be audited or verified in this way.

D- The [license plate] numbers of the cars that consumed the gas or oil were not written on the gas bills.

E- The spare parts / maintenance bills and other bills were not directed in the IIRO office's name, instead they were vague, in addition to the fact that they were in the local language as previously mentioned.

F- There is an amount of 1,426.48 USD, which equals 5,349.30 riyals, that has no documents supporting disbursement.

**Recommendation:**

- Refraining from using program/department allocations to pay for the office's administrative/operational expenses without written approval from the authorized person.
- Making sure to write the cars' [license plate] numbers on the gas bills and getting the bills approved by the person in charge.
- Directing the procurement bills in the IIRO office's name. This is in addition to completing necessary things to keep the bill regulatory, such as writing the date, the seller's signature, signing to indicate receipt of the bill's contents, and obtaining approval for it from the person in charge.
- Making sure to write the bill's or document's contents in Arabic on the bill or document.
- Only making repayments or dropping advances using regulatory documents.

15- On auditing entry number (2154) dated 30/06/1424 AH for the amount of 60,166 riyals, it was found to include a repayment of the amount of 31,133.16 riyals of the Indonesia office's advance for mosques and wells, according to the office director's and employees' salary disbursement documents. (**Attachment number 15**)

**Comments:**

A- Receipt vouchers from the Indonesia Office's director for the amount of 14,937.60 USD were attached. [This was] his salary for the months of (April, May, June, July and August) for the year 2002 AD, and September 2001 AD.

[letter]                                                                                   [English]

IIRO 151728

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

The number of the check was not clarified on the receipt voucher, nor was the method by which [the money] was received. A copy of the check or transfer document, by means of which the payment was made, was not attached either.

    B- A payroll for the office's employees for the month of September 2001 AD was attached. It was prepared in Saudi riyals and it was signed by the employees indicating receipt. The payroll was not prepared in the local currency according to which the [money] was actually received.

    C- The Indonesia Office's letters explained that the director's salary was paid from its available currency [exchange rate] differences, while the entry under review paid the amount of 31,133.16 riyals of these expenses to the mosques and wells fund. The rest, which amounts to 29,032.84 riyals, was paid to the MWL's advance at the Indonesia Office. We could not find the relationship between these expenses and the MWL's advance.

**Recommendation:**

- Making sure to attach copies of the checks or transfer documents or the method by which the office director's salary was paid.
- Preparing the salary payrolls in the local currency in which [the salary] is received, whether in rupees or dollars.
- The office must clarify the sources it used to finance its administrative and operational expenses.

16- On examining and auditing entry number (2155) dated 30/06/1424 AH for the amount of 17,899.55 riyals, it was found to consist of a repayment of part of the Indonesia office's advance for mosques and wells, according to the office's administrative and operational expenditure documents that were attached to the entry. **(Attachment number 17)**

**Comments:**

    A- All of the bills are [written] in the local language and the contents of each document or bill were not clarified in Arabic. This made it impossible to audit them.

    B- All of the phone bills are collective and it is impossible to recognize personal from official [calls].

    C- There are phone bills for number (81-181-9027) in the name of Mr. Fawzi Hassan Mohammed Jamal, the office's director, for the amount of 13,928,820 rupees, which equals 523.11 USD, i.e. (1,961.66 riyals). It was unclear to us why these bills were paid at the expense of the IIRO office.

**Recommendation:**

- Making sure to write the contents of the bills and documents on them in Arabic and to get it approved by the person in charge.
- Making sure to attach the details of the phone bills and to specify the personal and official [phone calls].
- Explaining the reasons for paying Mr. Fawzi Jamal's phone bills at the expense of the office.

17- On examining and auditing entry number (2156) dated 30/06/1424 AH for the amount of 11,839.13 riyals, it was found to be a repayment of part of the Indonesia office's advance for mosques and wells, according to the office's operational expenditure documents that were attached to the entry. **(Attachment number 16)**

**Comments:**

    A- Details of the phone calls were not attached to any of the phone bills. This made it impossible to audit them as [we] could not tell the personal calls from the official ones.

[letter]                                                  [English]

IIRO 151729

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

B-  The entry's documents included two bills for mobile phone number (81-181-9027) under the name of Mr. Fawzi Hassan Mohammed Jamal, the office's director, for the amount of 5,408,142 rupees, which equals 605.28 USD, i.e. (2,269.80 riyals), that were paid at the office's expense and the reason for this was not clear to us.

**Recommendation:**

- Attaching the phone bill details and clarifying which calls were personal and which were official.
- Clarifying the reasons why Mr. Fawzi Jamal's personal phone bills were passed onto the office's expenses.

18- On examining and auditing entry number (2183) dated 30/06/1424 AH for the amount of 16,556.97 riyals, it was found to consist of a repayment of part of the Indonesia office's advance for mosques and wells, according to the office's administrative and operational expenditure documents that were attached to the entry. **(Attachment number 18)**

**Comments:**

A-  All of the phone bills are collective and have no phone call details. This made it impossible to audit and verify them.

B-  The bill for mobile phone number (81-181-9027), under the name of Mr. Fawzi Jamal, was passed onto the office's expenses without clarifying the reasons. This was for the amount of 6,722,562 rupees, which equals 756.96 USD, i.e. (2,838.60 riyals).

**Recommendation:**

- Making sure to attach the phone details so that the personal and official phone calls are made clear.
- Explaining the reasons for passing Mr. Fawzi Jamal's personal mobile phone bill onto the office's expenses.

## Fifth: Comments on the Field Audit:

1- **The accounting protocol:** On examining the accounting protocol existing at the IIRO-Indonesia Office and its set of journals, we found the following:

   A-  The accountant does not use the double entry theory when recording financial events of the office's transactions. Instead, he only uses single entry –known as the rough book. This, of course, has several disadvantages, the most important of which is a weakening internal control, complicating the extraction of trial balances, making it harder to discover recording errors and……..etc.

   B-  The office did not use serialized accounting entries that begin at number (1) at the start of the fiscal year on recording the opening entry and end with the inventory adjustment entries at the end of the year. Of course, the accountant did not use the journal entry vouchers mentioned in the accounting guide for offices abroad which was approved by IIRO's secretariat general.

   C-  The office uses the following journals:

      -Analysis journal for surveillance of the departments' disbursements in dollars.

       -Analysis journal for surveillance of the departments' disbursements in local currency (rupees).

        -Journal for surveillance of the bank accounts' movements.

**Recommendation:**

- Using the double entry theory to record financial events as entries.

[letter]                                                                                    [English]

IIRO 151730

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
| --- | --- | --- |

- Using journal entry vouchers in accordance to the example mentioned in the accounting guide for offices abroad. The office can request journal entry voucher booklets from the financial department at the head office in Jeddah as they are printed centrally and distributed to the domestic offices and offices abroad when requested.
- Making sure to use a general American journal (16) columns with the account items in its columns as follows:

| | | |
| --- | --- | --- |
| -Treasury. | -Banks. | -Administrative Affairs. |
| -Social Welfare Department. | -Health Department. | -Engineering Department. |
| -Holy Quran and Daawah Program. | - Educational Department. | Seasonal Projects. |
| Advances and Trusts. | -Bank Interest. | -Bank Fees and Taxes. |
| Exchange rate differences. | Activity Costs (Intermediary account for monitoring the department and program installments). | |

  -The Ledger allocates a  column  for accounts whose classification was not mentioned above and which are not repeated.
- Using sub ledgers to analyze the main accounts or collecting more than one account in one journal, such as the departments for example, at the discretion of the accountant doing the work. This includes:

| | |
| --- | --- |
| - Subsidiary journal for banks. | -Analysis journal for administrative expenses. |
| -Journal for the departments and programs. | -Journal for the head office's checking [account]. |

The following shows examples of accounting entries to clarify the process of recording the installments sent by the secretariat general to implement the programs' and departments' budgets, as well as the installments for implementing the administrative and operational expenditures' budget to manage the office. This is represented by the advance and reimbursements made during the fiscal year for expenditures.

This is in addition to clarifying the head office's checking account in the office's accounting books and the method of closing it in the newly created account we called the activity account, which was meant for following the movement of all installments sent by the secretariat general to the various departments and to administrative affairs.

This is in addition to closing all disbursement documents sent by the office to the secretariat general with the [purpose] of dropping the departments' advances and to repay the administrative expenditures' advance, as well as the reimbursements. In the following, we address examples of these entries:

- On arrival of an installment sent by the secretariat general to the social welfare department and adding it to the office's bank account after deducting the banking fees. For example, the transferred amount is 1000 USD and the bank deducted 30 USD, the confirmation entry is as follows:
  - From those mentioned:

| | | |
| --- | --- | --- |
| 1000 | Bank Account. | |
| | 970 | Account number (060100411) at Ivy Bank<br>The net amount transferred to the social welfare department |
| | 30 | (The social welfare department's) banking fees |
| 1000 | Activity Account | (The entire amount transferred to the social [welfare department] |

To those mentioned:

| | |
| --- | --- |
| 1000 | The head office's checking account. |
| 1000 | The social welfare department's account. |

IIRO 151731

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

(Confirming the social welfare department's right and holding it responsible for the banking fees, as well as confirming the head office's credit for the entire amount and confirming it in the intermediary-activity-account).

- o <u>When the department makes a disbursement from its balance, the entry is to be made as follows</u>:
  - 970     From the social welfare department's account
  - 970   To bank account number (060100411).

(Confirming the withdrawal from the bank to make a disbursement to the social welfare department using check number…………….)

- o <u>Confirming that the department was held responsible for the banking fees as follows</u>:
  - 30   From the social welfare department's account
  - 30    To the bank account (banking fees).
- o <u>On sending the disbursement documents to the secretariat general to drop the social welfare department's advance, the journal entry is as follows</u>:
  - 1000   From the head office's checking account
  - 1000    To the (social welfare department's) activity account

(Sending the social welfare department's disbursement documents using letter number …….dated……..).

<u>The transfer processes to the subsidiary journals</u>:

**Bank account number (060100411)**

| | | | |
|---|---|---|---|
| 1000 | To the social welfare department's account | 970 | From the social welfare department's account (check no…….) |
| | 970 account number (060100411) | 30 | From the social welfare department's account (banking fees) |
| | 30 Banking fees | | |
| <u>1000</u> | | <u>1000</u> | |

**The head office's checking account**

| | | | |
|---|---|---|---|
| <u>1000</u> | To the (social) [welfare department's] activity account | <u>1000</u> | From the (social) [welfare department's] activity account |
| | Sending the disbursement documents to the secretariat general | | The funding received from the secretariat general |
| <u>1000</u> | | <u>1000</u> | |

**The social welfare department's account**

| | | | |
|---|---|---|---|
| 970 | To the bank account | 1000 | From the bank account |
| 30 | To the bank account (banking fees) | | |
| <u>1000</u> | | <u>1000</u> | |

**Activity account**

| | | | |
|---|---|---|---|
| <u>1000</u> | To the head office's account | <u>1000</u> | From the head office's account (Documents sent to the secretariat general) |
| <u>1000</u> | | <u>1000</u> | |

- • If a transfer sent by the secretariat general is received for the office's administrative and operational expenditures (advance), using the same previous example, the entry is to be as follows:
- o <u>From those mentioned</u>:
  - 1000   Bank Account.
  - 970            Account number (060100411) at Ivy Bank
  - The net amount transferred.
  - 30             (The administrative affairs') banking fees
  - 1000   Activity Account    (The entire amount transferred to the administrative affairs)
  - <u>To those mentioned</u>:
  - 1000              The head office's checking account.
  - 1000              The administrative affairs account.

[letter]                                    [English]

IIRO 151732

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

(Confirming the administrative affairs' right to withhold the banking fees, as well as confirming the head office's credit for the entire amount and confirming it in the activity account to follow-up on its repayment).

- When the administrative affairs makes a disbursement from its balance, the entry is to be made as follows:

  970  From the administrative affairs' account
  970    To bank account number (060100411).

(Confirming the withdrawal for the benefit of the administrative affairs using check number…………….)

- Confirming that the administrative affairs was held responsible for the banking fees as follows:

  30 From the social welfare department's account
  30    To the bank account (banking fees).

- On sending the disbursement documents to the secretariat general to drop the administrative affairs' advance, the journal entry is as follows:

  1000 From the head office's checking account
  1000    To the (administrative [affair's]) activity account

(Sending the administrative and operational expenditure's disbursement documents using letter number …….dated……..).

The transfer processes to the subsidiary journals:

**Bank account number (060100411)**

| 1000 | To the administrative affairs' account | 970 | From the administrative affairs' account (check no…….) |
|---|---|---|---|
| | 970 account number (060100411) | 30 | From the administrative affairs' account (banking fees) |
| | 30 Banking fees | | |
| 1000 | | 1000 | |

**The head office's checking account**

| 1000 | To the (administrative'[affairs']) activity account | 1000 | From the activity account (the transfer received by administrative [affairs]) |
|---|---|---|---|
| | Sending the disbursement documents to the secretariat general | | |
| 1000 | | 1000 | |

**The administrative affairs' account**

| 970 | To the bank account, check no….. | 1000 | 970 From the bank account, account no……. |
|---|---|---|---|
| 30 | To the bank account (banking fees) | | 30 (banking fees) |
| 1000 | | 1000 | |

**Activity account**

| 1000 | To the head office's account | 1000 | From the head office's account |
|---|---|---|---|
| | The funds transferred from the secretariat general (sic) to the administrative [affairs'] | | The administrative [affairs'] sent documents |
| 1000 | | 1000 | |

This is considered to be a general framework which allows the accountant to adjust his accounts and tighten control over them with regards to the incoming and outgoing funds and to that which concerns each program and department. [It also] makes it possible to make comparisons with the head office at any time. According to the situation, the accountant can increase or decrease the set of subsidiary journals. Furthermore, the account is always in the USD equivalent of the local currency in accordance with the regulations mentioned in the guide for offices abroad which was approved by the secretariat general.

2-We were unable to compare the balance of the Indonesia Office's checking account, number (3701724), which is in debt in the financial department's record books and which amounted to 3,277,546.85 riyals on 30/06/1424 AH. This is due to the absence of a checking account for the head office in the Indonesia Office's

[letter]                                                                 [English]

IIRO 151733

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal-Auditor* |
|---|---|---|

accounting record books, not to mention the absence of an accounting protocol which allows any type of comparison to be made, except for comparing the installments sent to the office from the head office during the audit period (01/07/1423 – 30/06/1424) as their receipt by the office was verified by comparing with the office's bank account, number (060100411), at Ivy Bank.

**Recommendation:**

- Making sure to compare the last period, which begins from the date Mr. Fawzi bin Mohammed Jamal took over. The basis should be the hand over/receipt report that was prepared on the occasion of his taking over the office. The balances that were carried over from the previous period are to be treated within the framework of the financial department's repayment plan for advances.

3-On analyzing the Indonesia Office's checking account, number (3701724), in the financial records, and the cost account number (724), we found that the funds transferred to the office from the secretariat general and the approvals for making disbursements from the currency [exchange rate] differences during the audit period (01/07/1423-30/06/1424) were distributed according to the departments and programs as follows:

Table number (1)

| Serial no. | Statement | Funds transferred from the secretariat general | Approvals to make disbursements from the currency [exchange rate] difference | Total |
|---|---|---|---|---|
| 1 | The office's administrative and operational expenditures | *112,934.00 | 47,971.00 | 160,905 |
| 2 | Mosques and wells | 2,460,263.08 | - | 2,460,263.08 |
| 3 | Daawah and missionaries | 120,368.06 | - | 120,368.06 |
| 4 | Social welfare department | 1,012,032.12 | - | 1,012,032.12 |
| 5 | Holy Quran lessons | - | - | - |
| 6 | Urgent relief | - | - | - |
| 7 | Iftar | 100,000.01 | 50,000.00 | 150,000.01 |
| 8 | Eid lamb | 50,000.02 | - | 50,000.02 |
| Total | | 3,855,597.29 | 97,971 | 3,953,568.29 |

*The amount includes 101,324 riyals for reimbursements during the period, which includes 2,372 riyals which was transferred on 05/06/2003 and was not recorded in the Indonesia Office's cost center number (724) in the financial record books.

**Comments:**

On reviewing the trial balance prepared by the Indonesia Office's accountant for the period from (01/07/1423 to 30/06/1424), noting that the balance is in dollars, the following comments became evident:

A- The office's administrative affairs account balance shows an excess disbursement amounting to 29,345.41 USD, which equals 110,045.29 riyals. Where was this disbursement funded from?

B- We find that during the administrative affairs' trial period, the credit movement amounted to 40,084.90 USD, which equals 150,318.37 riyals, whereas the funds transferred to the administrative affairs from the secretariat general, plus the approvals, amounted to 160,905 riyals. How do [you] explain this discrepancy?

C- If we add the engineering department with the mosques and wells, we find an excess disbursement amounting to 772.48 USD, which equals 2,896.80 riyals. This is by adding the mosques and wells' credit balance (254,914.37) USD and the engineering department's debit balance (1,440) USD to each other for their credit balance to become (253,474.37) USD, as well as adding the credit movement to each other:

664,987.67 + 9,461.37 = 674,449.04 USD, whereas the debit movement equals:

918,541.16 + 10,154.73 = 928,695.89 USD. Hence, the excess is as follows:

[letter]                                                                 [English]

IIRO 151734

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal-Auditor* |
|---|---|---|

| | | | |
|---|---|---|---|
| 01/07/1423's credit balance | : | 253,474.37 | USD |
| The credit movement during the period | : | <u>674,449.04</u> | USD |
| | : | 927,923.41 | USD |
| The debit movement during the period | : | <u>928,695.89</u> | USD |
| The excess disbursement | : | <u>(772.48)</u> | USD which equals 2,896.80 riyals |

D- The funds transferred to the mosques and wells and engineering [department] from the secretariat general during the period [amounted to] 2,460,263.08 riyals, whereas the credit movement during the same period, according to the trial balance, [was] 674,449.04 USD, which equals 2,529,183.90 riyals. So what is the source of this excess?

E- The funds transferred from the secretariat general to the social welfare department during the period amounted to 1,012,032.12 riyals, whereas the credit movement during the same period, according to the trial balance, [was] 408,520.32 USD, which equals 1,531,951.20 riyals. So where did this huge excess amounting to 519,919.08 riyals come from?

F- From the trial balance, we discovered that the credit movement of the lessons and Quran institutions program's account amounted to 9,411.74 USD, which equals 35,294.02 riyals. Note that the secretariat general did not transfer any funds to this program during the period at the end of which the trial balance was prepared, so where did the funding come from? Or what is the explanation for this credit movement?

G- According to the trial balance, the amount of 10,588 USD, which equals 39,705 riyals, appeared in the urgent relief program's credit movement. Note that the secretariat general did not transfer any funds to the program during the audited period. So what is the explanation of this credit movement during this period?

H- From the trial balance, it was discovered that the credit movement of the Iftar and Eid lamb programs amounted to 40,000.01 USD, which equals 150,000.03 riyals, whereas the funds transferred by the secretariat general, plus the approval to make a disbursement from the currency [exchange rate] differences totaled 200,000.02 riyals. So why wasn't the total amount recorded on the credit and debit movement sides if the amount was disbursed on the complete implementation of the programs or else what is the explanation?

I- The disbursement that appeared in the balance from the currency [exchange rate] differences' account amounted to 33,024 USD, which equals 123,840 riyals, whereas the total approvals for making disbursements from the currency [exchange rate] differences' account was 97,971 riyals during the period (Table number 1) above. So what are the details of the extra disbursement and its approval?

**Recommendation:**

Responding to all of the previously mentioned inquiries in detail, supported by the evidential papers.

4- On auditing the Indonesia Office's USD account number (060100411) at Ivy Bank, we found that there were funds transferred to this account from IIRO's domestic office in the Eastern [Province] during the period from (01/07/1423 to 30/06/1424) which amounted to 383,663.76 USD, which equals 1,438,739.10 riyals for the implementation of the mosques and wells' projects and for the orphans of charity foundations and institutions in Indonesia. Details of its incoming and outgoing funds are in the following table:

Table number (2)

Funds received by the Indonesia Office's account from the Eastern [Province]'s Office and its outgoing [funds] in (USD) during the period from (01/07/1423 – 30/06/1424)

[letter]                                                    [English]

IIRO 151735

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal-Auditor*

| Serial no. | Months | Amounts in USD | | Remaining balance |
|---|---|---|---|---|
| | | Incoming | Outgoing | |
| 1 | October 2002 | 145.76 | 2,343.76 | (2,198) |
| 2 | December 2002 | 3,370.00 | - | 3,370 |
| 3 | February 2003 | 45,304.00 | *45,303.98 | 0.02 |
| 4 | March 2003 | 37,081.00 | - | 37,081 |
| 5 | April 2003 | 60,303.00 | 66.153.14 | (5,850.14) |
| 6 | May 2003 | 158,769.00 | 101,342.50 | 57,426.5 |
| 7 | June 2003 | 51,904.00 | 110,374.10 | (058,470.1) |
| 8 | July 2003 | 26,787.00 | 32,527.90 | (05,740.9) |
| 9 | August 2003 | - | *15,253.00 | (15,253) |
| | Total | 383,663.76 | 373,298.38 | 10,365.38 |

*Includes outgoing funds from Ivy Bank (the rupees account).

**Comments:**

A- From the above Table (2) it is found that the Eastern [Province] Office's account balance on 30/06/1424 was 10,365.38 USD, while the balance appearing in the [trial] balance is 4,364.17 USD. So what is the reason for the discrepancy and what is its explanation? Support this with papers confirming this.

B- From the [trial] balance, the Ivy Bank's (USD) account balance [is] 4,830.51 USD, while the Eastern [Province] Office's remaining balance in the same account [is] 10,365.38 USD according to Table (2) above.

**Recommendation:**

- Making sure to clarify the reasons for the discrepancy in these balances, supported by papers confirming this.
- Making sure to implement all of IIRO's projects in Indonesia via IIRO's offices to ensure control and to guarantee that the standards are applied.

5- On extrapolation of the trial balance in question, we found that on 30/06/1424 AH the bank balances in all accounts, whether in rupees or USD, at all banks totaled 33,807.36 USD, while the credit accounts amounted to 66,042.24 USD.  As mentioned in the [trial] balance, their details are as follows:

| | | | |
|---|---|---|---|
| -Mosques and Wells | : | 1,360.88 | USD |
| -Holy Quran Program | : | 329.59 | USD |
| -Social Welfare Department | : | 31,731.72 | USD |
| -Eastern [Province] Office | : | 4,364.17 | USD |
| -USD Interest Account | : | 26,499.34 | USD |
| -Rupees Interest Account | : | 1,722.98 | USD |
| -Currency [Exchange Rate] Differences' Account | : | 33.56 | USD |
| Total | : | 66,042.24 | USD |

It is clear that the bank accounts' balance deficit is the difference between the departments' total entitlements clarified above and the bank balances appearing in the [trial] balance. It is as follows:

| | | | |
|---|---|---|---|
| -The Departments' Credit Balances | : | 66,042.24 | USD |
| -The Bank Balances | : | 33,807.36 | USD |
| The Deficit | : | (32,234.88) | USD |

[letter]                                                                 [English]

IIRO 151736

| | | |
|---|---|---|
| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

This equals the total [amount of] excesses mentioned in the [trial] balance. **(Attachment number 1)**

**Recommendation:**
- Clarifying the method by which the departments' and programs' entitlements, which amount to 66,042.24 USD, will be secured.

6- On auditing the Indonesia Office's bank account number (060100411) USD at Ivy Bank, we found that the funds transferred from the secretariat general during the report period amounted to 3,855,597.28 riyals.

**(Attachment number 2)**

**Comments:**
A- The bank deducted the amount of 1,579.98 USD, which equals 5,924.92 riyals as banking fees and it added the net amount after deducting these fees to the office's account.
B- The office's accountant did not treat the amounts deducted as banking fees. All he did was record the net amount for the office. This large difference makes the office's advance incapable of being repaid in full.

**Recommendation:**
- Preparing an adjustment equaling the amount of 1,509.98 USD in the expenses' bank account.
- Making sure to record all fees deducted by the bank during the periods prior to and after the audit.

7- On comparing the installments transferred by the secretariat general to the office, we discovered the existence of the amount of 631.69 USD, which equals 2,372 riyals, that was added to the office's bank account number (060100411) USD at Ivy Bank. **(Attachment number 3)**

**Comment:**
A- The financial department did not record the amount [as being the responsibility of] the Indonesia Office in its cost center account number (724). Instead, it was recorded in IIRO's general account using entry number (2442) dated 10/04/1424 AH.

**Recommendation:**
- Preparing a correction entry at the financial department to pass the amount onto the Indonesia Office's cost center.

## Sixth: Summary:

The results of the documentary audit and examination for the IIRO-Indonesia Office's checking account number (3701724) in the financial department's record books at the head office point to the existence of a (debit) balance on 30/06/1424 AH amounting to 3,277,546.85 riyals. The audit results also point to the presence of comments on the office's financial performance, the most important of which are:

1- The office made disbursements on its administrative and operational expenditures from the 3% allocated for the engineering and social [departments] without approval from the person in charge.
2- The office passed the mobile phone bills under Office Director Mr. Fawzi Jamal's name onto the office's operational expenses.
3- All of the office's disbursement supporting documents are in the local language and the office did not clarify the contents of each invoice or document on it in Arabic, not even generally. This makes it impossible to audit or to verify them.

[letter]                                                                                         [English]

IIRO 151737

| | | |
|---|---|---|
| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

4-  All of the phone bills are collective without details of the calls. This makes it impossible to determine which calls were personal and which were official.

5-  The office did not link the disbursement with the installments in its letter which it sends with the disbursement documents to facilitate the process of linking the repayments with the installments on dropping the advance.

Furthermore, the contents of the report include more details on the comments we pointed out, in addition to the field audit comments.

## Seventh: Opinion:

In addition to the comments resulting from the audit and examination process, we discovered that the accounting department at the office does not follow the financial controls and procedures related to organizing the documents, copying [their information] into records and presenting their contents in Arabic which facilitates the review and audit processes. This is in addition to the office director's violation of his authority by spending the departments' allocations and using them to pay the office's administrative and operational expenses.

[letter]                                            [English]

IIRO 151738

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
THE KINGDOM OF SAUDI ARABIA
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal-Auditor*

## Eighth: General Recommendations:

In reference to our previously mentioned recommendations alongside each of the comments in the report, we found it necessary to summarize the most important of these recommendations in the following points:

(1)     Making sure that the office's administration acts within its authorizations in relation to the allocations of the departments and programs.

(2)     Stressing that the Indonesia Office's administration must organize the documents, categorize them, write their contents in Arabic and copy them into analysis records.

(3)     Making sure to attach the phone details and to determine which calls are private and which are official.

(4)     Refraining from passing the power and phone bills onto the office's expenses.

(5)     Returning any personal funds that were paid using the office's money to pay for personal bills, whether power or phone.

(6)     Making sure to write the date and name of the beneficiary on the checks issued by the office as a deduction from its bank accounts.

(7)     Providing us with copies of the contracts for building mosques and digging wells still under construction [to] allow them to be compared with the installments.

(8)     Making sure to prepare the payrolls of the office's employees in the currency their salaries are paid to them in and not in Saudi riyals as we saw in the comments.

(9)     Making sure to deliver the checks by means of the serialized disbursement voucher and for the recipient to sign in the place reserved for this on the disbursement voucher.

(10)     Making sure to attach the document supporting the USD to local currency exchange rate with all disbursement vouchers sent by the office to the head office in Jeddah.

(11)     Making sure to prepare an accounting protocol based on that used at the financial department at IIRO's secretariat general and its domestic offices/offices abroad.

(12)     Using the American general Journal and its set of subsidiary analysis journals.

(13)     Making sure to open a checking account for the head office in the office's accounting books to facilitate the continuous comparison processes.

(14)     Making sure to correct the discrepancies appearing in the trial balance and clarifying their reasons, as well as providing us with indication of this.

(15)     Making sure to record all banking fees deducted by the bank from the transferred funds.

(16)     Making sure to promptly inform the secretariat general about any funds transferred to the office from IIRO's domestic office in the Eastern [Province] or any other party.

(17)     Recording any funds transferred to the office, from any party other than the head office, in the safety deposit account so they can be dealt with independent of the office's accounts.

(18)     Making sure to record the accounts in the local currency so it corresponds with the evidentiary documents which are always in the country's local currency.

(19)     Making sure to refrain from making disbursements from the currency [exchange rate] differences' and bank interest accounts without approval from his Excellency IIRO's secretary general.

(20)     Treating this apparent deficit in the Eastern [Province] Office's account balance that was mentioned in the trial balance and providing us of proof of this.

[letter]                                    [English]

IIRO 151739

The Muslim World League
## Intl. Islamic Relief Org.
In Saudi Arabia
*Internal Auditor*



رابطـة العالـم الإسلامـي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

<div dir="rtl">

## محتويـات التقـريــر

| الصفحة | | |
|---|---|---|
| 2 | أولاً : المقدمة . | |
| 2 | ثـانيـاً : أهداف المراجعة | |
| 2 | ثـالثـاً : نطاق المراجعة . | |
| 2 | رابعـاً : ملاحظات المراجعة المستندية . | |
| 11 | خامسـاً : ملاحظات المراجعة الميدانية . | |
| 19 | سادسـاً : الخلاصة . | |
| 19 | سـابعـاً : الـرأي . | |
| 20 | ثـامنـاً : التوصيات العامة . | |

</div>

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151720

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

أولاً : المقدمة :

تأتي مراجعة مكتب الهيئة في إندونيسيا في إطار خطة عمل جهاز المراجع الداخلي للعام المالي 1425/1424هـ . هذا وقد كانت بداية افتتاح المكتب في 1989م ، وتعاقب على إدارته عدة مدراء آخرهم الأستاذ / فهد بن محمد سند الحربي المدير الحالي . ومما يجدر ذكره أن أكبر أنشطة المكتب الإدارة الهندسية المنوط بها بناء المساجد وحفر الآبار في دولة إندونيسيا ، ويليها برنامج الرعاية الاجتماعية الذي يشرف على كفالة الأيتام في إندونيسيا ، كما يطلع المكتب بنشاطات محددة في مجال الدعوة والدعاة إضافة إلى ما يقوم المكتب بتنفيذه من مشاريع موسمية كإفطار صائم وكبش العيد .

ثانياً : أهداف المراجعة :

1- التحقق من صحة المبالغ المسجلة عهدة على الحساب الجاري لمكتب إندونيسيا بسجلات الإدارة المالية بالمركز الرئيسي بجدة .

2- التحقق من سلامة إجراءات الصرف المتبعة في المركز الرئيسي وموافقتها لأنظمة ولوائح الهيئة المالية .

3- التأكد من أن إجراءات الصرف على البرامج والرعايات تتم وفقاً للضوابط والمعايير الموضوعة من قبل كل رعاية أو برنامج .

4- التحقق من أن الصرف يتم على الأوجه والأغراض المحددة من قبل الهيئة .

5- التأكد من فعالية إجراءات الرقابة الداخلية المطبقة بواسطة الإدارة المالية .

ثالثاً : نطاق المراجعة :

تمت المراجعة المستندية للحساب الجاري رقم (3701724) بسجلات الإدارة المالية عن الفترة 1423/07/01هـ حتى 1424/06/30هـ حتى القيد رقم (2413) وتاريخ 1424/06/30هـ . والجدير بالذكر أن النطاق الزمني للمراجعة تم الاتفاق عليه من قبل المراجع الداخلي والإدارة التنفيذية للهيئة ، وذلك بموجب خطاب سعادة أمين عام الهيئة رقم 24/116/95 وتاريخ 1424/09/10هـ .

وقد تم إخضاع المستندات المشار إليها لعمليات المراجعة والفحص وفقاً لمعايير المراجعة المتعارف عليها وفي ضوء أنظمة الهيئة ولوائحها إلى المدى الذي مكننا من إبداء الرأي والتوصيات حول عمليات المكتب المالية والمحاسبية كما تمت مراجعة المكتب ميدانياً .

رابعاً : ملاحظات المراجعة المستندية :

1- بمراجعة القيد رقم (248) وتاريخ 1423/08/30هـ بمبلغ 215,186 ريال ، تبيّن أنه عبارة عن إثبات عملية تحويل الدفعة الثانية لبناء مساجد في إندونيسيا كعهدة على مكتب الهيئة في إندونيسيا بمبلغ 107,593 ريال ، وذلك بموجب محضر الصرف رقم 2000/228 في 1423/07/13هـ . **(مرفق رقم 1)**

الملاحظات :

أ - المبلغ المحوّل إلى مكتب إندونيسيا 77,843.02 ريال بينما المسجل عهدة على المكتب 107,593 ريال ، أي بزيادة مبلغ 29,749.98 ريال .

ب - هناك مبلغ 81,600 ريال تم استردادها بواسطة المتبرعين بموجب محضر الصرف رقم 99/159 وتاريخ 1420/06/25هـ ، ولم يتضح لنا كيف تمت المعالجة المحاسبية ؟

جـ - هناك مبلغ 22,950 ريال باسم المتبرع / سراج إسماعيل الخناني حولت لكردستان بموجب محضر الصرف رقم 99/159 وتاريخ 1420/06/25هـ ، ولم توضح المعالجة المحاسبية .

التوصية :

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151721

| |  | |
|---|---|---|
| The Muslim World League **Intl. Islamic Relief Org.** In Saudi Arabia *Internal Auditor* | | رابطة العالم الإسلامي هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية جهاز المراجع الداخلي |

- إجراء التسوية اللازمة لإنزال مبلغ 29,749.98 ريال من عهدة مكتب إندونيسيا وتحميله على الجهة المستفيدة .

- إيضاح الكيفية التي تمت بها معالجة التبرعات المستردة من قبل المتبرعين ، وكذلك المبلغ المحول إلى كردستان .

2- بفحص ومراجعة القيد رقم (147) وتاريخ 1423/09/25هـ بمبلغ 2,626.69 ريال ، اتضح أنه عبارة عن إثبات سداد من عهدة مكتب إندونيسيا للمصروفات الإدارية والتشغيلية وذلك بموجب ما تم صرفه لتجهيز المكتب الجديد من سجادة وتركيب ومكيفات و ...... إلخ .
**(مرفق رقم 2)**

الملاحظات :

أ - لم يرفق المستند الذي يؤد سعر صرف الدولار مقابل الروبية الإندونيسية .
ب - الشيك رقم (240607) وتاريخ 2002/05/03م بمبلغ 50,000,000 روبية موقع من قبل المحاسب فقط ولم يوقع عليه مدير المكتب !
جـ - الفواتير والمستندات مكتوبة باللغة المحلية ولم تترجم محتوياتها باللغة العربية .
د - لم توجه الفواتير لمكتب الهيئة في إندونيسيا وغير موقع عليها بالاستلام وغير معتمدة من قبل المسؤول بالمكتب .

التوصية :

- إرفاق المستند الذي يؤيد سعر صرف الدولار مقابل الروبية .
- كتابة محتويات الفواتير عليها باللغة العربية والتوقيع بما يفيد استلام هذه المحتويات واعتماد ذلك من قبل مسؤول المكتب .

3- بمراجعة القيد رقم (491) وتاريخ 1423/11/24هـ عبارة عن سداد مبلغ 12,626.88 ريال من عهدة مكتب إندونيسيا للإغاثة العاجلة بموجب مستندات الصرف الخاص بمتضرري انفجار بركان منطقة جارود جاوا بارات بإندونيسيا .
**(مرفق رقم 3)**

الملاحظات :

أ - لم يرفق المستند الذي يؤيد سعر صرف الدولار مقابل الروبية الإندونيسية .
ب - كل الفواتير والمستندات لم توضح عليها محتوياتها باللغة العربية .
جـ - كل الفواتير غير موقع عليها بما يفيد استلام محتوياتها ، ولم تعتمد من قبل مسؤول اللجنة الميدانية التي قامت بعملية الشراء .

التوصية :

- ضرورة إرفاق المستند الذي يؤيد سعر صرف الدولار مقابل الروبية الإندونيسية .
- الالتزام بنظامية الفواتير والمستندات من حيث توجيهها باسم المكتب وكتابة محتوياتها باللغة العربية والتوقيع بما يفيد استلام محتوياتها واعتمادها .

4- بمراجعة القيد رقم (1122) وتاريخ 1424/02/28هـ بمبلغ 4,150 ريال ، تبيّن أن من ضمنه تسديد مبلغ 2,418 ريال من عهدة مكتب إندونيسيا للمصروفات الإدارية والتشغيلية بموجب المستندات التي تمثل رواتب العاملين لشهر أغسطس 2001م .
**(مرفق رقم 4)**

الملاحظات :

أ - الرواتب المستلمة بواسطة الموظفين بموجب البيان المرفق 4,150 ريال بينما المسدد من عهدة المكتب للمصروفات الإدارة 2,418 ريال فقط ، وسدد الباقي (1,732 ريال) لصالح عهدة رابطة العالم الإسلامي ولم يتضح السبب .

(3)                                          هـ

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151722



| | | |
|---|---|---|
| The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal Auditor* | | رابطة العالم الإسلامي<br>هيئة الإغاثة الإسلامية العالمية<br>بالمملكة العربية السعودية<br>جهاز المراجع الداخلي |

ب ‑ بيان الرواتب المرفق والموقع عليه بالاستلام أعد بالريال السعودي ، علماً بأن الشيك المسحوب من البنك بمبلغ الرواتب بالدولار (1,200 دولار) ، وتم تحويله إلى الروبية الإندونيسية (10,632,000 روبية) في نفس البنك بموجب سند بيع عملة في 2001/08/31م .

جـ ‑ سند الصرف رقم (4018) وتاريخ 2001/08/31م مبيّن فيه المبلغ بالدولار (1,200 دولار) .

التوصية :

• ضرورة توضيح العلاقة بين حساب جاري إندونيسيا وحساب عهدة رابطة العالم الإسلامي بإندونيسيا .

• ضرورة إعداد مسير الرواتب بالعملة التي يستلم بها الموظفين فعلاً لا بالريال أو الدولار ، ومن ثم إرفاق المستند الذي يؤيد سعر صرف الدولار مقابل العملة المحلية .

5‑ بمراجعة القيد رقم (1161) وتاريخ 1424/03/05هـ بمبلغ 30,062.63 ريال ، اتضح أنه عبارة عن عملية إثبات سداد من عهدة مكتب إندونيسيا من تكلفة حفر عدد (27) بئراً ارتوازياً ، وذلك بموجب المستندات المرفقة بالقيد .

**(مرفق رقم 5)**

الملاحظات :

أ ‑ كل المستندات المرفقة من شيكات وسندات صرف معدة بالدولار وموقع على صور الشيكات من قبل المقاولين بالاستلام ، ولم يتضح لنا ما إذا كانت العقود المبرمة مع المقاولين تنص على الدفع بالدولار ؟ .

ب ‑ جميع الشيكات المرفق صورها بالقيد ليس عليها تاريخ .

جـ ‑ جميع سندات صرف الشيكات غير موقع عليها من قبل المستلم .

التوصية :

• إرفاق صور من العقود المبرمة مع المقاولين لمعرفة ما إذا كانت تنص على طريقة الدفع ونوع العملة .

• ضرورة كتابة التاريخ على كل الشيكات الصادرة من المكتب خصماً على حساباته البنكية المختلفة .

• ضرورة التوقيع على سند صرف الشيكات من قبل المستلم .

6‑ بمراجعة القيد رقم (1166) وتاريخ 1424/03/06هـ بمبلغ 257,925 ريال ، تبيّن أن من ضمنه سداد مبلغ 130,682 ريال من عهدة مكتب إندونيسيا للمساجد والآبار بموجب المستندات المرفقة بالقيد .

**(مرفق رقم 6)**

الملاحظات :

أ ‑ ضمن مستندات القيد يوجد سند الصرف رقم (51038) وتاريخ 2004/04/01م بمبلغ 4,869 دولار لقاء دفعة للمصروفات الإدارية والتشغيلية ولم يتضح علاقة هذا الصرف بعهدة المساجد والآبار ! .

ب ‑ يوجد سند استلام من المهندس / أدهام غزالي باستلام مبلغ 2,000 دولار كدفعة أولى لتنفيذ حفر عدد (6) آبار في منطقة أشتبيوك جاوا الغربية ، ولم ترفق صورة الشيك أو مستند التحويل الذي تم بموجبه الدفع .

جـ ‑ يوجد سند استلام من المقاول سلامة يوسف القدري بمبلغ 1,900 دولار وذلك سداداً لمستحقات المساجد بمنطقة بوتيانك كلمنتان الغربية ، ولم ترفق صورة الشيك أو مستند التحويل الذي تم بموجبه الدفع .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151723



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

التوصية :

- إيضاح علاقة سند الصرف رقم (51038) وتاريخ 2002/04/01م بعهدة المكتب للمساجد والآبار .

- ضرورة إرفاق صـور الشيكات أو مستندات التحويل للمبلغين المشـار إليهمـا في (ب) و (جـ) .

7- بمراجعـة القيـد رقـم (1167) وتـاريخ 1424/03/06هـ بمبلـغ 429,329.40 ريـال ، تبـيّن أنـه تضـمن سـداد مبلـغ 184,649.40 ريـال مـن عهـدة مكتـب إندونيسيا للمسـاجد والآبـار ، وذلـك بموجب المستندات المرفقة بالقيد .

**(مرفق رقم 7)**

الملاحظات :

أ - صدر من المكتب شيك رقم (240605) وتاريخ 2002/04/03م بمبلغ 100,000,000 روبية ، وشيك رقم (240608) وتاريخ 2002/05/22م بمبلغ 54,250,000 روبية للمقاول / إسماعيل باوزير ، ولم يرفق المستند الذي يؤيد سعر الصرف .

ب - المبالغ التالية المدفوعة لعدد من المقاولين لم ترفق صور الشيكات أو مستندات التحويل التي تم بموجبها الدفع لهم :

2,000 دولار مدفوع للمقاول / إسماعيل باوزير .

5,000 دولار مدفوع للمقاول / الحاج محمد عز .

4,600 دولار مدفوع للمقاول / مصطفى حسن .

2,000 دولار مدفوع للمقاول / أنتوري داسنهان .

5,000 دولار مدفوع للمقاول / أحمد نوفل عبداللطيف .

التوصية :

- ضرورة إرفاق المستند الذي يؤيد سعر صرف الدولار مقابل العملة المحلية .

- ضرورة إرفاق صور الشيكات أو مستندات التحويل التي تم بموجبها الدفع للمقاولين .

8- بفحـص ومراجعـة القيـد رقـم (1331) وتـاريخ 1424/03/27هـ بمبلـغ 677,392.43 ريـال ، اتضح أنـه عبـارة عن سداد من عهـدة مكتـب إندونيسيا للرعايـة الاجتماعيـة بموجب المستندات المرفقة بالقيد .

**(مرفق رقم 8)**

الملاحظات :

أ - تم تسديد مبلغ 395.76 دولار بالزيادة بالنسبة لأيتام مؤسسة روضة العلوم ، كما يلي :

| | | |
|---|---|---|
| دولار | 26,252.27 | ما تم تسديده |
| دولار | 25,856.51 | قيمة المستندات الفعلية |
| دولار | 395.76 | ما سدد بالزيادة |

ويعادل بالريال : $395.76 \times 3.75 = 1,484.10$ ريال .

ب - المبالغ المصروفة فعلاً من واقع كشوف أيتام مؤسسة النجاح الإسلامي بلغت 1,172,679,966 روبية بينما المبلغ الذي حوّل من حساب المكتب رقم (1 - 060100141) في بنك (1F1) يوم 2003/03/11م كان 131,246.26 دولار إلى حساب مؤسسة النجاح رقم (001 - 000016506 - 076) في بنك (BNI) بلغ 1,158,248,244.50 روبية وذلك بسعر يوم التحويل البالغ 8,825 روبية للدولار

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151724



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

الواحد . بمعنى أن هناك زيادة في إجمالي المبالغ المسلمة للأيتام من واقع الكشوف بلغت 14,431,721.50 روبية ناتجة عن سعر الصرف الذي احتسبت على ضوئه وهو 8,935 روبية للدولار ، بينما السعر الفعلي في تاريخ التحويل من واقع مستند البنك المرفق كان 8,825 روبية للدولار الواحد ، علماً بأن هناك محضر اتفاق أبرم يوم 2003/03/07م بين وفد الهيئة الذي قام بالإشراف على تسليم المخصصات وبين منسوبي مكتب الهيئة في إندونيسيا وعلى رأسهم سعادة مدير المكتب ، وفحوى الاتفاق أن يتم صرف مستحقات الأيتام حسب سعر الدولار لليوم الذي يتم فيه صرف المستحقات . ولما كان سعر الصرف بالنسبة للمبلغ الذي حول (131,246.26 دولار) لمؤسسة النجاح كان 8,825 روبية للدولار الواحد فلابد من احتساب المخصصات الفعلية التي صرفت من واقع الكشوف على أساس سعر صرف التحويل 8,825 روبية للدولار .

جـ ـ  وحدث بالنسبة لمؤسسة روضة العلوم ما حدث لمؤسسة النجاح ، حيث بلغت قيمة المخصصات من واقع المستندات 231,026,230 روبية ، بينما المبلغ الذي حوّل من حساب المكتب رقم (1 - 060100141) في بنك (1F1) يوم 2003/03/11م إلى حساب مؤسسة روضة العلوم في بنك (BNI) كان 25,856.51 دولار بنفس سعر الصرف المشار إليه آنفاً 8,825 روبية للدولار الواحد ، حيث بلغ المقابل 228,183,700.75 روبية ، بمعنى أن المصروف من واقع الكشوف يزيد بمبلغ 2,842,529.25 روبية بسبب احتساب سعر الصرف 8,935 روبية للدولار ، علماً بأن خطاب مدير مكتب إندونيسيا رقم (1186) وتاريخ 1424/01/19هـ الموجه إلى سعادة مشرف الرعاية الاجتماعية يقرر في فقرته الثالثة بأن سعر الصرف لكلا المؤسستين كان 8,825 روبية للدولار الواحد .

التوصية :

•  إجراء القيود التصحيحية اللازمة للتسديد وفقاً للمستندات المؤيدة للصرف .
•  احتساب سعر الصرف الموثق بمستند البنك بالنسبة لمؤسستي النجاح الإسلامي وروضـة العلوم .

9-  بمراجعة القيد رقم (1479) وتاريخ 1424/04/19هـ بمبلغ 3,427.95 ريال ، تبيّن أنه عبارة عن سداد من عهدة مكتب إندونيسيا للرعاية الاجتماعية بموجب مستندات المصروفات التشغيلية لكفالات الأيتام عن الفترة من 1422/03/01هـ حتى 1423/06/30هـ .

**(مرفق رقم 9)**

الملاحظات :

أ ـ  تكاليف زيارة مسؤول الأيتام المرفقة مستنداتها بخطاب المكتب الوارد للأمانة العامة برقم (12970) وتاريخ 1423/08/14هـ والبالغة 90.34 دولار لم يرفق المستند المؤيد لسعر الصرف ، علماً بأن أقرب سعر صرف وارد بالمعاملة هو 9,145 روبية للدولار الواحد ، والذي يعادل المصروف على ضوئه 813,100 ÷ 9,145 = 88.91 دولار بدلاً من 90.34 دولار الواردة بالخطاب .

ب ـ  تكاليف زيارة مسؤول الأيتام المرفقة مستنداتها بخطاب المكتب الوارد للأمانة العامة برقم (9865) وتاريخ 1423/06/23هـ والبالغة 153.15 دولار لم يرفق معها المستند المؤيد لسعر الصرف ، علماً بأن أقرب سعر صرف وارد بالمعاملة هو 9,145 روبية للدولار الواحد ، والذي يعادل المصروف على ضوئه 1,312,500 ÷ 9,145 = 143,52 دولار بدلاً من 153.15 دولار الواردة بالخطاب .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151725

| | | |
|---|---|---|
| The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal Auditor* |  | رابطة العالم الإسلامي<br>هيئة الإغاثة الإسلامية العالمية<br>بالمملكة العربية السعودية<br>جهاز المراجع الداخلي |

التوصية :

• ضرورة إرفاق المستند الذي يؤيد سعر صرف الدولار مقابل الروبية ، لما لذلك من أثر بـالغ على دقة الحسابات .

10- بفحص ومراجعة القيد رقم (1482) وتاريخ 1424/04/19هـ بمبلغ 12,945 ريال ، اتضـح أنـه عبارة عن تسديد من عهدة مكتب إندونيسيا للمساجد والآبار بموجب سند استلام المقاول / قريش عيدروس شهاب .

**(مرفق رقم 10)**

الملاحظات :

أ - لم ترفق صورة الشيك أو مستند التحويل الذي تم بموجبه الدفع للمقاول عيدروس ، حيث لا يكفي أن يوقع على سند استلام بأنه استلم مبلغ كذا ..... .

ب - لم يحدد خطاب مكتب إندونيسيا الوارد للأمانة العامة برقم (5640) وتاريخ 1424/03/26هـ المبلغ المطلوب إسقاطه ، لا إجمالاً ولا تفصيلاً .

جـ - مرفق بالمعاملة سند صرف رقم (51272) وتاريخ 1423/04/24هـ بمبلغ 10,000 دولار بموجب صورة الشيك رقم (104258) بدون تاريخ ، ولم تتضح العلاقة بين سند الصرف والمبلغ الذي تم إسقاطه من العهدة بموجب هذا القيد محل الملاحظة .

التوصية :

• إرفاق صـورة الشيك أو مستند التحويل الذي تم بموجبه دفع مبلـغ 3,452 دولار للمقاول عيدروس .

• إيضاح علاقة سند الصرف والشيك الواردين بالمعاملة (10,000 دولار) بما تم إسقاطه من العهدة (12,945 ريال) .

11- بمراجعة القيد رقم (1707) وتاريخ 1424/05/20هـ بمبلغ 50,000.02 ريال ، تبيّن أنه عبـارة عن سداد لعهدة مكتب إندونيسيا لبرنامج كبش العيد لعام 1423هـ بموجب المستندات المرفقة بخطاب المكتب الوارد للأمانة العامة برقم (3621) وتاريخ 1424/02/25هـ .

**(مرفق رقم 11)**

الملاحظات :

أ - لم يرد في خطاب برنامج التنمية البشرية رقم (24/3621) وتاريخ 1424/05/08هـ الموجه إلى سعادة مدير الإدارة المالية ما يفيد بأن البرنامج قد استلم التقرير المصوّر لتنفيذ برنامج كبش العيد في إندونيسيا .

ب - لم يرفق مكتب إندونيسيا قائمة بتفاصيل الجهات التي نفذت برنامج كبش العيد ، واكتفى بإرفاق سندات استلام محررة باللغة المحلية وغير قابلة للتحقق .

جـ - ذكر في خطاب المكتب المشار إليه بعاليه بأن الشراء تم بواسطة لجان مكونة من ثلاثة أشخاص تابعين للهيئة ، ولكن لم ترفق محاضر تلك اللجان التي تؤيد صحة ما قاموا به .

التوصية :

• ضـرورة الإفصـاح في خطـاب التنميـة البشـرية إلـى الماليـة بمـا يفيد أنهـا قامـت بتـدقيق المستندات وأنها من الناحية الفنية مطابقة للمعايير الموضوعة من قبلهم ، وكذلك الإشـارة إلى أنهم تسلموا التقرير المصوّر لتنفيذ المشروع .

• ضرورة إرفاق كشـف من قبل مكتب إندونيسيا يوضـح الجهـات التي استفادت مـن تنفيذ مشروع كبش العيد .

• ضرورة إرفاق محاضر اللجان الميدانية المكونة لشراء الأضاحي في المواقع المختلفة .

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc                هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151726



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

**12-** بفحص ومراجعة القيد رقم (2133) وتاريخ 1424/06/30هـ بمبلغ 21,611.25 ريال ، اتضح أنه عبارة عن سداد من عهدة مكتب إندونيسيا للمساجد والآبار بموجب المستندات المرفقة بالقيد .   **(مرفق رقم 12)**

الملاحظات :

أ -   يوجد اختلاف بين سند الاستلام الموقع عليه من قبل المقاول / مصطفى حسن باستلام مبلغ 2,763 دولار وبين أصل سند الصرف رقم (51355) وتاريخ 2001/07/21م والشيك رقم (104344) بمبلغ 4,507 دولار المستلم أصله بواسطة المقاول / مصطفى حسن كما يظهر ذلك من توقيعه على صورة الشيك بما يفيد الاستلام . وعليه لم يتضح لنا العلاقة بين إيصال الاستلام المشار إليه بعاليه واستلام الشيك المذكور بعده .

ب -   الشيك رقم (104344) المشار إليه ليس عليه تاريخ وموقع من قبل مدير المكتب توقيع واحد فقط ، ولم يرفق كشف الحساب البنكي الذي يؤكد خصم مبلغ الشيك من الحساب .

جـ -   تم تحويل مبلغ 10,748 دولار من حساب مكتب إندونيسيا رقم (1 - 0601100141) ببنك (1F1) إلى حساب المقاول / أحمد فطاني رقم (901 - 013004321034) ببنك (BNI) ، بينما المبلغ الوارد ضمن السداد 3,000 دولار .

د -   لم يرفق بالقيد ما يفيد استلام المقاول / أحمد فطاني لكلا المبلغين 3,000 دولار و 10,748 دولار المشار إليهما بعاليه .

هـ -   خطاب مكتب إندونيسيا الوارد للأمانة العامة برقم (11353) وتاريخ 1423/07/06هـ لم توضح فيه قيمة المستندات المطلوب إسقاطه من عهدته لا إجمالاً ولا تفصيلاً .

التوصية :

•   ضرورة أن يشمل خطاب المكتب الوارد للأمانة العامة على جملة المبلغ المطلوب إسقاطه وتفصيله .

•   ضرورة توقيع مستلم الشيك على سند الصرف الذي يعده المختص وذلك في المكان المخصص للمستلم .

•   إيضاح أسباب الاختلاف في المبالغ المستلمة من قبل المقاول / مصطفى حسن بين سند الصرف وسند الاستلام .

•   ضرورة توضيح وسيلة الاستلام على سند الاستلام ، سواءً كانت بشيك أو بحوّالة أو نقداً .

•   ضرورة إرفاق كل المستندات التي تؤيد صرف أي مبلغ صدر به شيك أو حوّالة دون تجزئة السداد في أكثر من معاملة ، حتى لا تدعو الضرورة إلى إرفاق صور مستندات .

**13-** بمراجعة القيد رقم (2151) وتاريخ 1424/06/30هـ بمبلغ 12,484.02 ريال ، تبيّن أن القيد يتضمن سداد مبلغ 10,340.01 ريال من عهدة مكتب إندونيسيا للمساجد والآبار بموجب مستندات المصروفات التشغيلية المرفقة بالقيد .

**(مرفق رقم 13)**

الملاحظات :

أ -   لم يرفق المستند المؤيد لسعر صرف الدولار مقابل الروبية الإندونيسية .

ب -   يوجد بيان بفواتير الكهرباء والهاتف بإجمالي مبلغ 14,320,379 روبية استبعد منه مبلغ 3,276,312 روبية على أنها استخدامات خاصة للهاتف واستهلاك الكهرباء ، ولم ترفق تفاصيل الاستهلاك في الهاتف أو الكهرباء ولا الأساس الذي تم على ضوئه التوزيع .

جـ -   قام المكتب بالصرف على مصروفاته التشغيلية من مخصصات المساجد والآبار بدون تعميد .

التوصية :

CONFIDENTIAL:  This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151727



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

- عـدم الصـرف مـن مخصصـات البـرامج والرعايـات علـى مصـروفات المكتـب التشـغيلية والإدارية إلا بتعميد من صاحب الصلاحية .
- إرفاق تفاصيل فواتير الهاتف والكهرباء لتحديد الصرف الخاص والرسمي .
- ضرورة إرفاق المستند الذي يؤيد سعر صرف الدولار مقابل الروبية .

14- بفحص ومراجعة القيد رقم (2152) وتاريخ 1424/06/30هـ بمبلغ 16,828.01 ريال ، تبيّن أن من ضمنه سداد مبلغ 16,669.37 ريال من عهدة مكتب إندونيسيا للمساجد والآبار بموجب مستندات المصاريف الإدارية والتشغيلية للمكتب .

**(مرفق رقم 14)**

الملاحظات :

أ - المستندات المرفقة بالقيد تمثل مصروفات إدارية وتشغيلية لمكتب إندونيسيا ومبلغها 16,828.01 ريال بينما سدد جزء منها (158.64 ريال) لصالح حساب عهدة رابطة العالم الإسلامي بإندونيسيا ولم يتضح لنا العلاقة بينها وبين عهدة المكتب ، علماً بأن كل المستندات كانت لمصروفات المكتب ولم يحدد منها شيء ليسدد لصالح عهدة الرابطة .

ب - قام المكتب بتوزيع المصروفات المرفقة بالقيد على الرعايات المختلفة ولم يحملها على بند المصروفات التشغيلية الخاصة بالمكتب (السلفة المستديمة) ، كما قامت الإدارة المالية بتسديد كامل المبلغ الخاص بمصروفات المكتب (16,669.37 ريال) لصالح عهدة المساجد والآبار .

جـ - كل الفواتير والمستندات باللغة المحلية ولم يقم المكتب بترجمتها أو على الأقل كتابة محتويات الفاتورة باللغة العربية ، كأن يكتب على الفاتورة (أدوات مكتبية ، صيانة ، مواد كهربائية .... إلخ) . حيث أن الفواتير بهذه الكيفية غير قابلة للمراجعة والتحقق .

د - لم يكتب على فواتير المحروقات أرقام السيارات التي استهلكت الوقود أو الزيوت .

هـ - لم توجه فواتير قطع الغيار والصيانة والفواتير الأخرى باسم مكتب الهيئة ، بل جاءت مبهمة إضافة إلى أنها باللغة المحلية كما أسلفنا .

و - يوجد مبلغ 1,426.48 دولار أي ما يعادل 5,349.30 ريال بدون مستندات تؤيد الصرف .

التوصية :

- عـدم التصـرف فـي مخصصـات البـرامج والرعايـات للصـرف علـى مصـروفات المكتـب الإدارية والتشغيلية إلا بموافقة صاحب الصلاحية كتابة .
- ضرورة كتابة أرقام السيارات على فواتير المحروقات واعتماد الفواتير من قبل المسؤول .
- توجيه فواتير المشتريات باسم مكتب الهيئة بالإضافة إلى اكتمال العناصر اللازمة لنظامية الفاتورة من كتابة التاريخ وتوقيع البائع والتوقيع باستلام محتويات الفاتورة واعتمادها من قبل المسؤول .
- ضرورة كتابة محتويات الفاتورة أو المستند باللغة العربية على الفاتورة أو المستند .
- عدم التسديد وإسقاط العهد إلا بموجب مستندات نظامية .

15- بمراجعـة القيد رقم (2154) وتـاريخ 1424/06/30هـ بمبلـغ 60,166 ريال ، تبيّن أنـه يتضـمن سداد مبلـغ 31,133.16 ريال مـن عهدة مكتب إندونيسيا للمسـاجد والآبـار بموجب مستندات صرف رواتب مدير المكتب والعاملين .

**(مرفق رقم 15)**

الملاحظات :

أ - أرفقت سندات استلام من مدير مكتب إندونيسيا بمبلغ 14,937.60 دولار رواتبه للشهور (أبريل ، مايو ، يونيو ، يوليو ، وأغسطس ) لعام 2002م وسبتمبر لعام 2001م ، ولم

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc                هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151728

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي



يوضح بسند الاستلام رقم الشيك أو الوسيلة التي تم بموجبها الاستلام ، كما لم ترفق صورة الشيك أو مستند التحويل التي تم بموجبها الدفع .

ب - أرفق مسير لرواتب العاملين بالمكتب لشهر سبتمبر 2001م معد بالريال السعودي وموقع عليه من قبل العاملين بالاستلام ولم يعد المسير بالعملة المحلية التي تم الاستلام بموجبها فعلاً .

جـ - أوضحت خطابات مكتب إندونيسيا أن رواتب المدير دفعت من فروقات العملة المتوفرة لديهم ، بينما القيد محل الملاحظة سدد مبلغ 31,133.16 ريال من هذه المصروفات لصالح عهدة المساجد والآبار ، وسدد الباقي وقدره 29,032.84 ريال لصالح عهدة رابطة العالم الإسلامي بمكتب إندونيسيا ، ولم يتضح لنا العلاقة بين هذه المصروفات وعهدة رابطة العالم الإسلامي .

التوصية :

• ضرورة إرفاق صور الشيكات أو مستند التحويل أو الوسيلة التي تم بموجبها دفع رواتب مدير المكتب .

• إعداد مسيرات الرواتب بالعملة المحلية التي يتم التسليم بموجبها روبية أو دولار .

• على المكتب إيضاح المصادر التي موّل منها مصروفاته الإدارية والتشغيلية .

16- بفحص ومراجعة القيد رقم (2155) وتاريخ 1424/06/30هـ بمبلغ 17,899.55 ريال ، تبيّن أنه عبارة عن سداد من عهدة مكتب إندونيسيا للمساجد والآبار بموجب مستندات المصروفات الإدارية والتشغيلية للمكتب والمرفقة مع القيد .

**(مرفق رقم 17)**

الملاحظات :

أ - كافة الفواتير باللغة المحلية ولم توضح محتويات كل مستند وفاتورة بالغة العربية ، الأمر الذي يجعلها غير قابلة للمراجعة .

ب - كل فواتير الهاتف إجمالية ولا يمكن معرفة المكالمات الخاصة منها والرسمية .

جـ - توجد فواتير للهاتف رقم (811819027) باسم الأستاذ / فوزي حسن محمد جمال مدير المكتب بمبلغ 13,928,820 روبية ما يعادل 523.11 دولار أي (1,961.66 ريال) ، ولم يتضح لماذا سددت هذه الفواتير على حساب مكتب الهيئة .

التوصية :

• ضرورة كتابة محتويات الفواتير والمستندات عليها باللغة العربية واعتماد ذلك من قبل المسؤول .

• ضرورة إرفاق تفاصيل فواتير الهاتف وتحديد الخاص منها والرسمي .

• إيضاح أسباب تسديد فواتير هاتف السيد / فوزي جمال على حساب المكتب .

17- بفحص ومراجعة القيد رقم (2156) وتاريخ 1424/06/30هـ بمبلغ 11,839.13 ريال ، تبيّن أنه سداد من عهدة مكتب إندونيسيا للمساجد والآبار بموجب مستندات المصروفات التشغيلية للمكتب والمرفقة مع القيد . **(مرفــق رقم 16)**

الملاحظات :

أ - كل فواتير الهاتف لم ترفق بها تفاصيل المكالمات ، الأمر الذي يجعل مراجعتها غير ممكنة لعدم وضوح المكالمات الخاصة منها والرسمية .

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc

هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151729

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

ب - توجد ضمن مستندات القيد فاتورتين للهاتف رقم (811819027) الجوّال باسم السيد / فوزي حسن محمد جمال مدير المكتب بمبلغ 5,408,142 روبية ما يعادل 605.28 دولار أي (2,269.80 ريال) سددتا على حساب المكتب ولم يتضح لنا السبب .

التوصية :

• إرفاق تفاصيل فواتير الهاتف وتوضيح المكالمات الخاصة منها والرسمية .

• توضيح أسباب تحميـل فواتير الهـاتف الخـاص بالسـيد / فـوزي جمـال علـى مصـروفات المكتب .

18- بفحص ومراجعة القيد رقم (2183) وتاريخ 1424/06/30هـ بمبلغ 16,556.97 ريال ، اتضـح أنه عبارة عن سداد من عهدة مكتب إندونيسيا للمساجد والآبار بموجب مستندات المصـروفات الإدارية والتشغيلية للمكتب والمرفقة مع القيد .

**(مرفق رقم 18)**

الملاحظات :

أ - كل فواتير الهاتف إجمالية وليس بها تفاصيل للمكالمات ، الأمر الذي يجعل مراجعتها والتحقق منها غير ممكن .

ب - تم تحميل فاتورة الهاتف الجوال رقم (811819027) باسم السيد / فوزي جمال على مصروفات المكتب دون توضيح الأسباب ، وذلك بمبلغ 6,722,562 روبية ما يعادل 756.96 دولار أي (2,838.60 ريال) .

التوصية :

• ضرورة إرفاق تفاصيل الهاتف لتتضح المكالمات الخاصة منها والرسمية .

• إيضاح أسباب تحميل فاتورة الهاتف الجوال الخاص بالسيد / فوزي جمـال علـى مصـروفات المكتب .

خامساً : ملاحظات المراجعة الميدانية :

1- **النظام المحاسبي :** بفحص النظام المحاسبي القائم في مكتب الهيئة بإندونيسيا ومجموعته الدفترية تبيّن لنا الآتي :

أ - لا يستخدم المحاسب نظرية القيد المزدوج في إثبات الأحداث المالية لعمليات المكتب ، بل يقوم فقط باستخدام القيد المفرد ـ ما يتعارف عليه باليومية الزفرة ـ وهذا بالطبع له سلبيات كثيرة من أهمها إضعاف الرقابة الداخلية وتعقيد استخراج موازين المراجعة وصعوبة اكتشاف أخطاء التسجيل و ....... إلخ .

ب - لم يستخدم المكتب القيود المحاسبية التسلسلية التي تبدأ من رقم (1) في بداية العام المالي عند إثبات القيد الافتتاحي وتنتهي بقيود التسويات الجردية نهاية العام . وبالطبع لم يستخدم المحاسب سندات قيود اليومية الواردة بالدليل المحاسبي للمكاتب الخارجية المعتمد من قبل الأمانة العامة للهيئة .

جـ - يستخدم المكتب الدفاتر الآتي :

- دفتر تحليلي لمتابعة صرف الرعايات بالدولار .
- دفتر تحليلي لمتابعة صرف الرعايات بالعملة المحلية (الروبية) .
- دفتر لمتابعة حركة الحسابات البنكية .

التوصية :

• استخدام نظرية القيد المزدوج في إثبات الأحداث المالية قيدياً .

---

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc
(11) هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151730

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

- استخدام سندات قيود اليومية وفقاً للنموذج الوارد في الدليل المحاسبي للمكاتب الخارجية ، ويمكن للمكتب طلب دفاتر سندات قيود اليومية من الإدارة المالية بالأمانة العامة بجدة ، حيث تطبع مركزياً وتوزع على المكاتب المحلية والخارجية حسب الطلب .

- ضرورة استخدام دفتر يومية عامة أمريكية (16) خانة تكون عناصر الحسابات على خاناته كالآتي :

  - الصندوق .                    - البنوك .              - الشؤون الإدارية .
  - الرعاية الاجتماعية .         - الرعاية الصحية .      - الرعاية الهندسية .
  - برنامج القرآن الكريم والدعوة .  -              الرعاية التعليمية .  -
                                    المشاريع الموسمية .
  - عهد وأمانات .               - الفوائد البنكية .     - الرسوم البنكية والضرائب .
  - فروقات العملة .             - تكلفة النشاط (حـ/وسيط لمراقبة دفعات الرعايات والبرامج)
  - الأستاذ العام ويخصص هذه الخانة للحسابات التي لم يرد تصنيفها فيما سبق والغير متكررة .

- استخدام دفاتر أستاذ مساعدة لتحليل الحسابات الرئيسية أو جمع أكثر من حساب في دفتر واحد كالرعايات مثلاً وبحسب تقدير المحاسب القائم بالعمل ومنها :

  - دفتر مساعد البنوك .         - دفتر تحليل المصروفات الإدارية .
  - دفتر الرعايات والبرامج .     - دفتر جاري المركز الرئيسي .

وفيما يلي نماذج من القيود المحاسبية لتوضيح عمليات إثبات الدفعات المرسلة من الأمانة العامة لتنفيذ ميزانيات البرامج والرعايات ، وكذلك دفعات تنفيذ ميزانية المصروفات الإدارية والتشغيلية لإدارة المكتب والمتمثلة في السلفة المستديمة والاستعاضات التي تتم خلال السنة المالية للمصروفات ، وكذلك توضيح حساب المركز الرئيسي الجاري لدى سجلات المكتب المحاسبية وكيفية إقفاله في الحساب المستحدث الذي سميناه حساب النشاط والذي قصدنا منه متابعة حركة كل الدفعات المرسلة من الأمانة العامة للرعايات المختلفة والشؤون الإدارية ، وكذلك إقفال كل مستندات الصرف التي ترسل من المكتب للأمانة العامة لإسقاط عهد الرعايات وسداد سلفة المصروفات الإدارية وكذلك الاستعاضات ، وفيما يلي نتناول نماذج من هذه القيود :

- عند وصول دفعة مرسلة من الأمانة العامة للرعاية الاجتماعية وإضافتها إلى حساب المكتب البنكي بعد خصم الرسوم البنكية ، فمثلاً المبلغ المحوّل 1000 دولار وقام البنك بخصم 30 دولار يكون قيد الإثبات كالتالي :

  - من مذكورين :
  1000   حـ/البنك .
  970    الحساب رقم (060100411) ببنك إيفي
          صافي المبلغ المحوّل لصالح الرعاية الاجتماعية .
  30     الرسوم البنكية (الخاصة بالرعاية الاجتماعية)
  1000   حـ/النشاط (كامل المبلغ المحوّل لصالح الاجتماعية)
          إلى مذكورين :
  1000   حـ/جاري المركز الرئيسي .

  1000   حـ/الرعاية الاجتماعية .

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151731

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

(إثبات حق الرعاية الاجتماعية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في الحساب الوسيط ـ النشاط ـ ) .

○ عندما تقوم الرعاية بالصرف من رصيدها يكون القيد كالتالي :

970    من حـ/الرعاية الاجتماعية .
970    إلى حـ/البنك رقم (060100411) .

(إثبات السحب من البنك للصرف على الرعاية الاجتماعية بالشيك رقم .......... )

○ إثبات تحميل الرعاية برسوم البنك كالتالي :

30    من حـ/الرعاية الاجتماعية .
30    إلى حـ/البنك (رسوم بنكية) .

○ عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الرعاية الاجتماعية يكون قيد اليومية كالآتي :

1000    من حـ/جاري المركز الرئيسي
1000    إلى حـ/النشاط (خاص بالرعاية الاجتماعية) .

(إرسال مستندات صرف خاصة بالرعاية الاجتماعية بموجب الخطاب رقم ..... وتاريخ ...... ) .

عمليات الترحيل إلى الدفاتر المساعدة :

حـ/البنك رقم (060100411)

| | | | | |
|---|---|---|---|---|
| من حـ/الرعاية الاجتماعية (شيك رقم .....) | 970 | | إلى حـ/الرعاية الاجتماعية | 1000 |
| من حـ/الرعاية الاجتماعية (م. بنكية) | 30 | | 970 حـ/رقم (060100411) | |
| | | | 30 رسوم بنكية | |
| | 1000 | | | 1000 |

حـ/جاري المركز الرئيسي

| | | | | |
|---|---|---|---|---|
| من حـ/النشاط (اجتماعية) | 1000 | | إلى حـ/النشاط (اجتماعية) | 1000 |
| التمويل الوارد من الأمانة العامة | | | إرسال مستندات الصرف إلى الأمانة العامة | |
| | 1000 | | | 1000 |

حـ/الرعاية الاجتماعية

| | | | | |
|---|---|---|---|---|
| من حـ/البنك | 1000 | | إلى حـ/البنك | 970 |
| | | | إلى حـ/البنك (م. بنكية) | 30 |
| | 1000 | | | 1000 |

حـ/النشاط

| | | | | |
|---|---|---|---|---|
| من حـ/المركز الرئيسي | 1000 | | إلى حـ/المركز الرئيسي | 1000 |
| (المستندات المرسلة للأمانة العامة) | | | | |
| | 1000 | | | 1000 |

◆ في حالة وصول تحويل مرسل من الأمانة العامة لصالح المصروفات الإدارية والتشغيلية للمكتب (السلفة المستديمة) وبنفس المثال السابق يكون القيد كالآتي :

○ من مذكورين :

1000    حـ/البنك .
970    الحساب رقم (060100411) ببنك إيفي
صافي المبلغ المحوّل .
30    الرسوم البنكية (الخاصة بالشؤون الإدارية)
1000    حـ/النشاط (كامل المبلغ المحوّل للشؤون الإدارية)

إلى مذكورين :

1000    حـ/جاري المركز الرئيسي .
1000    حـ/الشؤون الإدارية .

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc    هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151732



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

(إثبات حق الشؤون الإدارية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في حـ/النشاط لمتابعة تسديده ) .

○ عندما تقوم الشؤون الإدارية بالصرف من رصيدها يكون القيد كالتالي :
970    من حـ/الشؤون الإدارية .
970    إلى حـ/البنك رقم (060100411) .
(إثبات السحب لصالح الشؤون الإدارية بالشيك رقم .......... )

○ إثبات تحميل الشؤون الإدارية بالرسوم البنكية كالتالي :
30    من حـ/الرعاية الاجتماعية .
30    إلى حـ/البنك (رسوم بنكية) .

○ عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الشؤون الإدارية يكون قيد اليومية كالآتي :
1000    من حـ/جاري المركز الرئيسي
1000    إلى حـ/النشاط (خاص بالإدارية)
(إرسال مستندات صرف المصروفات الإدارية والتشغيلية بموجب الخطاب رقم ........... وتاريخ ......... ) .

عمليات الترحيل إلى الدفاتر المساعدة :

حـ/البنك رقم (060100411)

| من حـ/الشؤون الإدارية (شيك رقم .....) | 970 | إلى حـ/الشؤون الإدارية | 1000 |
| من حـ/الشؤون الإدارية (م. بنكية) | 30 | 970 حـ/رقم (060100411) | |
| | | تحويل من الأمانة العامة | |
| | | 30 رسوم بنكية | |
| | 1000 | | 1000 |

حـ/جاري المركز الرئيسي

| من حـ/النشاط (التحويل الوارد للإدارية) | 1000 | إلى حـ/النشاط (الإدارية) | 1000 |
| | | أرسال المستندات للأمانة العامة | |
| | 1000 | | 1000 |

حـ/الشؤون الإدارية

| 970 من حـ/البنك حـ/رقم ..... | 1000 | إلى حـ/البنك شيك رقم ... | 970 |
| 30 (الرسوم البنكية) | | إلى حـ/البنك (م. بنكية) | 30 |
| | 1000 | | 1000 |

حـ/النشاط

| الخاصة المستندات المرسلة بالإدارية | من حـ/المركز الرئيسي | 1000 | إلى حـ/المركز الرئيسي | 1000 |
| | | | المبلغ المحول من الأمانة العام للإدارية | |
| | | 1000 | | 1000 |

ويعتبر هذا إطاراً عاماً لنظام يمكّن المحاسب من ضبط حساباته وإحكام الرقابة عليها من حيث المبالغ الواردة والمنصرفة وما يخص كل برنامج ورعاية ، وإمكانية المطابقة مع المركز الرئيسي في أي وقت . ويمكن للمحاسب بحسب الحال أن يزيد أو ينقص من المجموعة الدفترية المساعدة . كما أن الحساب دائماً يكون بالمعادل للدولار من العملة المحلية متبعاً في ذلك الضوابط الواردة في دليل المكاتب الخارجية المعتمد من قبل الأمانة العامة .

2- لم نتمكن من مطابقة رصيد حساب مكتب إندونيسيا الجاري رقم (3701724) المدين بسجلات الإدارة المالية والبالغ 3,277,546.85 ريال في 1424/06/30هـ ، وذلك لعدم وجود حساب جاري للمركز الرئيسي بسجلات مكتب إندونيسيا المحاسبية فضلاً عن عدم وجود نظام محاسبي يمكّن من إجراء أي نوع من المطابقة اللهم إلا مطابقة الدفعات التي أرسلت للمكتب من المركز

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151733

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

الرئيسي خلال فترة المراجعة (1423/07/01هـ - 1424/06/30هـ) فهذه تم التحقق من وصولها للمكتب عبر المطابقة مع حساب المكتب البنكي رقم (060100411) ببنك إيفي .

التوصية :

◆ ضرورة مطابقة الفترة الأخيرة التي تبدأ من تاريخ استلام الأستاذ / فوزي بن محمد جمال ويكون الأساس محضر التسليم والاستلام الذي أعد بمناسبة استلامه للمكتب وتعالج الأرصدة المرحلة من الفترة السابقة في إطار خطة الإدارة المالية لتسوية العهد .

3- بتحليل حساب مكتب إندونيسيا الجاري بسجلات المالية رقم (3701724) وحساب التكلفة رقم (724) تبيّن لنا أن المبالغ المحوّلة للمكتب من الأمانة العامة والتعميدات بالصرف من فروق العملة خلال فترة المراجعة (1423/07/01هـ 1424/06/30هـ) موزعة حسب الرعايات والبرامج كانت كالتالي :

جدول رقم (1)

| الإجمالي | التعميدات بالصرف من فروق العملة | المبالغ المحوّلة من الأمانة العامة | البيـــان | م |
|---|---|---|---|---|
| 160,905 | 47,971.00 | 112,934.00 * | مصاريف المكتب الإدارية والتشغيلية | 1 |
| 2,460,263.08 | – | 2,460,263.08 | المساجد والآبار | 2 |
| 120,368.06 | – | 120,368.06 | الدعوة والدعاة | 3 |
| 1,012,032.12 | – | 1,012,032.12 | الرعاية الاجتماعية | 4 |
| – | – | – | حلقات القرآن الكريم | 5 |
| – | – | – | الإغاثة العاجلة | 6 |
| 150,000.01 | 50,000.00 | 100,000.01 | إفطار صائم | 7 |
| 50,000.02 | – | 50,000.02 | كبش العيد | 8 |
| 3,953,568.29 | 97,971 | 3,855,597.29 | الإجـــمــــالـــي | |

* المبلغ يتضمن 101,324 ريال استعاضات خلال الفترة منها مبلغ 2,372 ريال حولت في 2003/06/05م ولم تسجل في مركز التكلفة الخاص بمكتب إندونيسيا رقم (724) بسجلات المالية .

الملاحظات :

باستعراض ميزان المراجعة المعد من قبل محاسب مكتب إندونيسيا عن الفترة من (1423/07/01هـ حتى 1424/06/30هـ) علماً بأن الميزان بالدولار تبيّنت لنا الملاحظات التالية :

أ - يوضح رصيد حساب الشؤون الإدارية بالمكتب تجاوزاً في الصرف بمبلغ 29,345.41 دولار أي ما يعادل 110,045.29 ريال ، فمن أين تم تمويل هذا الصرف .

ب - نجد أن مبلغ الحركة الدائنة خلال فترة الميزان للشؤون الإدارية 40,084.90 دولار أي ما يعادل 150,318.37 ريال بينما المبالغ المحوّلة للشؤون الإدارية من الأمانة العامة زائداً التعميدات بلغت 160,905 ريال فما هو تفسير الفرق ؟ .

جـ - إذا أضفنا الرعاية الهندسية مع المساجد والآبار لوجدنا أن هناك تجاوزاً في الصرف مبلغ 772.48 دولار أي ما يعادل 2,896.80 ريال ، وذلك بضم رصيد الميزان للمساجد والآبار الدائن (254,914.37) دولار ، ورصيد الرعاية الهندسية المدين (1,440) دولار إلى بعضهما ليصبح رصيدهما دائن بمبلغ (253,474.37) دولار ، وكذلك ضم الحركة الدائنة إلى بعضهما :

664,987.67 + 9,461.37 = 674,449.04 دولار ، بينما الحركة المدينة تساوي :

(15)

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc

هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151734



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

918,541.16 + 10,154.73 = 928,695.89 دولار وبذلك يكون التجاوز على النحو التالي :

| | | |
|---|---|---|
| رصيد 1423/07/01هـ الدائن | : | 253,474.37 دولار |
| الحركة الدائنة خلال الفترة | : | 674,449.04 دولار |
| | | 927,923.41 دولار |
| الحركة المدينة خلال الفترة | : | 928,695.89 دولار |
| التجاوز في الصرف | : | (772.48) دولار ويعادل 2,896.80 ريال |

د - المبالغ المحوّلة للمساجد والآبار والهندسية من الأمانة العامة خلال الفترة 2,460,263.08 ريإل ، بينما الحركة الدائنة خلال نفس الفترة من واقع ميزان المراجعة 674,449.04 دولار أي ما يعادل 2,529,183.90 ريإل ، فما هو مصدر هذه الزيادة ؟ .

هـ - المبالغ المحوّلة من الأمانة العامة للرعاية الاجتماعية خلال الفترة بلغت 1,012,032.12 ريإل ، بينما بلغت الحركة الدائنة خلال نفس الفترة من واقع الميزان 408,520.32 دولار أي ما يعادل 1,531,951.20 ريإل ، فمن أين هذه الزيادة الكبيرة التي بلغت 519,919.08 ريإل ؟

و - تبيّن لنا من ميزان المراجعة أن برنامج حلقات وخلاويٍ قد بلغت حركة حسابه الدائنة 9,411.74 دولار أي ما يعادل 35,294.02 ريال ، علماً بأن الأمانة العامة لم تحوّل أي مبالغ لهذا البرنامج خلال الفترة المعد في نهايتها ميزان المراجعة ، فمن أين تم التمويل ؟ أو ما تفسير هذه الحركة الدائنة ؟

ز - ظهر في الحركة الدائنة لبرنامج الإغاثة العاجلة من خلال ميزان المراجعة مبلغ 10,588 دولار أي ما يعادل 39,705 ريإل ، علماً بأن الأمانة العامة لم تحوّل لصالح البرنامج أي مبالغ خلال الفترة محل المراجعة ، فما تفسير هذه الحركة الدائنة خلال هذه الفترة ؟

حـ - ظهر من خلال ميزان المراجعة أن الحركة الدائنة لبرنامجي إفطار صائم وكبش العيد قد بلغت 40,000.01 دولار أي ما يعادل 150,000.03 ريإل ، بينما المبالغ المحوّلة من ألأمانة العامة زائداً التعميد بالصرف من فروق العملة بلغ إجماليه 200,000.02 ريإل ، فلماذا لم يسجل المبلغ بالكامل في جانبي الحركة الدائنة والمدينة ، إذا كان المبلغ قد صرف على تنفيذ المشاريع بالكامل ، وإلا فما هو التفسير ؟ .

ط - الصرف الذي ظهر من حساب فروق العملة بالميزان بلغ 33,024 دولار أي ما يعادل 123,840 ريإل بينما كان إجمالي التعميدات بالصرف من حساب فروق العملة كان 97,971 ريإل خلال الفترة (الجدول رقم 1) أعلاه ، فما هي تفاصيل الزيادة في الصرف والتعميد بذلك ؟

التوصية :

♦ الإجابة على جميع الاستفسارات الواردة مسبقاً بالتفصيل مدعماً بالأوراق الثبوتية .

4- بمراجعة حساب مكتب إندونيسيا رقم (060100411) بالدولار في بنك إيفي تبيّن لنا أن هناك مبالغ محوّلة على هذا الحساب من مكتب الهيئة المحلي بالشرقية خلال الفترة من (1423/07/01هـ حتى 1424/06/30هـ) بلغت 383,663.76 دولار أي ما يعادل 1,438,739.10 ريإل لصالح تنفيذ مشاريع مساجد وآبار وأيتام جمعيات ومؤسسات خيرية بإندونيسيا ، وتفاصيل المبالغ الواردة والمنصرف منها بالجدول التالي :

جدول رقم (2)

المبالغ الواردة لحساب مكتب إندونيسيا من مكتب الشرقية

والمنصرف منها (بالدولار) خلال الفترة من (1423/07/01هـ - 1424/06/30هـ)

| الرصيد المتبقي | المبالغ بالدولار | | الشهور | م |
|---|---|---|---|---|
| | المنصرفة | الواردة | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151735

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

| الرصيد المتبقي | المبالغ بالدولار | | الشهور | م |
|---|---|---|---|---|
| | المنصرفة | الواردة | | |
| (2,198) | 2,343.76 | 145.76 | أكتوبر 2002م | 1 |
| 3,370 | – | 3,370.00 | ديسمبر 2002م | 2 |
| 0.02 | * 45,303.98 | 45,304.00 | فبراير 2003م | 3 |
| 37,081 | – | 37,081.00 | مارس 2003م | 4 |
| (5,850.14) | 66,153.14 | 60,303.00 | إبريل 2003م | 5 |
| 57,426.5 | 101,342.50 | 158,769.00 | مايو 2003م | 6 |
| (058,470.1) | 110,374.10 | 51,904.00 | يونيو 2003م | 7 |
| (05,740.9) | 32,527.90 | 26,787.00 | يوليو 2003م | 8 |
| (15,253) | * 15,253.00 | – | أغسطس 2003م | 9 |
| 10,365.38 | 373,298.38 | 383,663.76 | **الإجمـــــالـــي** | |

* من ضمنها مبالغ منصرفة من بنك إيفي (حساب الروبية) .

الملاحظات :

أ -  من الجدول (2) أعلاه يتضح أن رصيد حساب مكتب الشرقية المتبقي في 1424/06/30هـ 10,365.38 دولار ، بينما الرصيد الظاهر في الميزان 4,364.17 دولار ، فما سبب الاختلاف وما تفسيره ؟ مدعماً بالأوراق الثبوتية .

ب -  رصيد حساب بنك إيفي (دولار) من خلال الميزان 4,830.51 دولار بينما الرصيد المتبقي لمكتب الشرقية في نفس الحساب 10,365.38 دولار من خلال الجدول (2) أعلاه .

التوصية :

♦  ضرورة إيضاح أسباب اختلاف هذه الأرصدة مدعماً بالأوراق الثبوتية .
♦  ضرورة تنفيذ كل مشاريع الهيئة في إندونيسيا عبر مكتب الهيئة لضمان الرقابة والتأكد من تطبيق المعايير .

5-  باستقراء ميزان المراجعة محل الدراسة تبيّن لنا أن مجموع الأرصدة البنكية في كل الحسابات روبية كانت أم دولار وفي كل البنوك في 1424/06/30هـ بلغت 33,807.36 دولار بينما الحسابات الدائنة بلغت 66,042.24 دولار ، تفاصيلها كما وردت في الميزان كالآتي :

- المساجد والابار           :    1,360.88    دولار
- برنامج القران الكريم     :      329.59     دولار
- الرعاية الاجتماعية        :   31,731.72   دولار
- مكتب الشرقية             :    4,364.17    دولار
- حساب الفوائد بالدولار     :   26,499.34   دولار
- حساب الفوائد بالروبية     :    1,722.98    دولار
- حساب فروق العملة         :       33.56     دولار
- الإجمـــــالـــي           :   66,042.24   دولار

وواضح أن عجز رصيد الحسابات البنكية هو الفرق بين إجمالي مستحقات الرعايات الموضحة بعاليه والأرصدة البنكية الظاهرة بالميزان وهو كالآتي :

- الأرصدة الدائنة للرعايات   :   66,042.24   دولار
- الأرصدة البنكية            :   33,807.36   دولار
- العـــــجـــــز            :  (32,234.88)   دولار

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc                              هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151736



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

(المرفق

وهو يساوي إجمالي التجاوزات الواردة بالميزان .

رقم **1**)

التوصية :

◆ إيضاح الكيفية التي ستؤمن بها استحقاقات الرعايات والبرامج البالغة 66,042.24 دولار .

6- بمراجعة حساب مكتب إندونيسيا البنكي رقم (060100411) دولار ببنك إيفي تبيّن لنا أن المبالغ المحوّلة من الأمانة العامة خلال فترة التقرير بلغت 3,855,597.28 ريال .

(المرفق رقم **2**)

الملاحظات :

أ - قام البنك بخصم مبلغ 1,579.98 دولار أي ما يعادل 5,924.92 ريال كرسوم بنكية وأضاف إلى حساب المكتب الصافي بعد خصم هذه الرسوم .

ب - لم يعالج محاسب المكتب المبالغ المخصومة كرسوم بنكية بل اكتفى بتسجيل الصافي لصالح المكتب ، وهذا الفرق كبير يجعل عهدة المكتب غير قابلة للتسديد بالكامل .

التوصية :

◆ إعداد تسوية بما يعادل مبلغ 1,509.98 دولار في حساب المصروفات البنكية .

◆ مراعاة تسجيل كافة الرسوم التي يخصمها البنك خلال الفترات السابقة واللاحقة على فترة المراجعة .

7- تبيّن لنا أثناء مطابقة الدفعات المحوّلة من الأمانة العامة للمكتب وجود مبلغ 631.69 دولار وتعادل 2,372 ريال مضافة إلى حساب المكتب البنكي رقم (060100411) دولار في بنك إيفي .

(المرفق رقم **3**)

الملاحظة :

أ - المبلغ لم تسجله الإدارة المالية على مكتب إندونيسيا في حساب مركز التكلفة الخاص بها رقم (724) بل سجل على حساب عام الهيئة بالقيد رقم (2442) وتاريخ 1424/04/10هـ .

التوصية :

◆ إعداد قيد تصحيحي بالإدارة المالية لتحميل المبلغ على مركز التكلفة الخاص بمكتب إندونيسيا .

سادساً : الخلاصة :

تشير نتائج المراجعة والفحص المستندي للحساب الجاري رقم (3701724) لمكتب الهيئة في إندونيسيا بسجلات الإدارة المالية بالمركز الرئيسي إلى وجود رصيد (مدين) في 1424/06/30هـ بلغ 3,277,546.85 ريال . كما تشير نتائج المراجعة إلى وجود ملاحظات على الأداء المالي للمكتب من أهمها :

1- قيام المكتب بالصرف على مصروفاته الإدارية والتشغيلية من نسبة الـ 3% المخصصة للهندسية والاجتماعية بدون تعميد من صاحب الصلاحية .

2- قيام المكتب بتحميل فواتير الهاتف الجوال باسم السيد / فوزي جمال مدير المكتب على مصروفات المكتب التشغيلية .

3- كل مستندات المكتب المؤيدة للصرف باللغة المحلية ولم يقم المكتب بإيضاح محتويات كل فاتورة أو مستند باللغة العربية عليها حتى ولو إجمالاً ، الأمر الذي يجعل مراجعتها والتحقق منها غير ممكن .

---

(18)

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc                                                هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151737

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

- 4    كل فواتير الهاتف جاءت إجمالية بدون تفاصيل للمكالمات ، الأمر الذي يستحيل معه تحديد المكالمات الخاصة منها والرسمية .

- 5    لم يقم المكتب بربط الصرف بالدفعات في خطاباته التي يرسلها رفق مستندات الصرف حتى تسهل عملية ربط السداد بالدفعات عند إسقاط العهدة .

هذا وفي ثنايا التقرير المزيد من التفاصيل حول ما أشرنا إليه من ملاحظات ، إضافة إلى ملاحظات المراجعة الميدانية .

<u>سابعاً : الرأي :</u>

بالإضافة إلى ما أسفرت عنه عمليات المراجعة والفحص من ملاحظات ، فإنه تبيّن لنا أن إدارة المحاسبة في المكتب غير ملتزمة بالضوابط والإجراءات المالية المتعلقة بتنظيم المستندات وتفريغها في كشوف وبيان محتوياتها باللغة العربية ، الأمر الذي تسهل معه عمليات المراجعة والتدقيق ، يضاف إلى ذلك تجاوز مدير المكتب لصلاحياته بالتصرف في مخصصات الرعايات والصرف منها على مصروفات المكتب الإدارية والتشغيلية .

\\modfs\client\14224\0001\20_Preflight\Bank Statements\12688USB\12691REQUEST_BAT002\Bank Statements\Internal Auditing Department\20.doc          هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151738



| | |
|---|---|
| The Muslim World League | رابطة العالم الإسلامي |
| **Intl. Islamic Relief Org.** | هيئة الإغاثة الإسلامية العالمية |
| In Saudi Arabia | بالمملكة العربية السعودية |
| *Internal Auditor* | جهاز المراجع الداخلي |

ثامناً : التوصيات العامة :

وإشارةً إلى ما سبق وأن أوردناه من توصيات قرين كل ملاحظة من ملاحظات التقرير ، رأينا ضرورة تلخيص أهم هذه التوصيات في النقاط التالية :

(1) ضرورة التزام إدارة المكتب التصرف في حدود الصلاحيات فيما يتعلق بمخصصات الرعايات والبرامج .

(2) التأكيد على إدارة مكتب إندونيسيا بترتيب المستندات وتصنيفها وكتابة محتوياتها باللغة العربية وإفراغها في كشوف تحليلية .

(3) ضرورة إرفاق تفاصيل الهاتف وتحديد المكالمات الخاصة والرسمية منها .

(4) عدم تحميل الفواتير الخاصة من كهرباء وهاتف على مصروفات المكتب .

(5) استعادة أي مبالغ خاصة دُفعت من أموال المكتب سداداً لفواتير خاصة ، سواءً كانت كهرباء أو هاتف .

(6) ضرورة كتابة التاريخ واسم المستفيد على الشيكات الصادرة من المكتب خصماً على حساباته البنكية .

(7) موافاتنا بصور من عقود إنشاءات المساجد وحفر الآبار التي ما زالت تحت الإنشاء ، إمكان مطابقتها بالدفعات .

(8) ضرورة إعداد مسيرات رواتب العاملين بالمكتب بالعملة التي يتقاضون بها هذه الرواتب ، وليس بالريال السعودي كما رأينا في الملاحظات .

(9) ضرورة تسليم الشيكات بموجب سند الصرف المسلسل وتوقيع المستلم في المكان المخصص لذلك بسند الصرف .

(10) ضرورة إرفاق المستند المؤيد لسعر صرف الدولار مقابل العملة المحلية مع كل مستندات صرف ترسل من المكتب إلى المركز الرئيسي بجدة .

(11) ضرورة إعداد نظام محاسبي وفقاً لما هو معمول به في الإدارة المالية بالأمانة العامة للهيئة ومكاتبها المحلية والخارجية .

(12) استخدام اليومية العامة الأمريكية ومجموعتها المساعدة من الدفاتر التحليلية .

(13) الالتزام بفتح حساب جاري للمركز الرئيسي بسجلات المكتب المحاسبية حتى تسهل عمليات المطابقة المستمرة .

(14) ضرورة تصحيح الاختلافات الظاهرة في ميزان المراجعة وإيضاح أسبابها وموافاتنا بما يفيد ذلك .

(15) ضرورة تسجيل كافة الرسوم البنكية التي يخصمها البنك من المبالغ المحوّلة .

(16) ضرورة إبلاغ الأمانة العامة بأي مبالغ تحوّل للمكتب من مكتب الهيئة المحلي بالشرقية أو أي جهة أخرى أولً بأول .

(17) تسجيل أي مبالغ تحوّل للمكتب من أي جهة غير المركز الرئيسي في حساب الأمانات حتى يمكن التعامل معها بمعزل عن حسابات المكتب .

(18) ضرورة تسجيل الحسابات بالعملة المحلية ليتوافق ذلك مع المستندات الثبوتية التي تكون دائماً بعملة البلد المحلية .

(19) ضرورة الالتزام بعدم الصرف من حسابات فروق العملة والفوائد البنكية إلا بتعميد من سعادة أمين عام الهيئة .

(20) معالجة العجز الظاهر برصيد حساب مكتب الشرقية الوارد بميزان المراجعة وموافاتنا بما يفيد ذلك .

(20)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 151739

**Beyond Words**

Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO 151720 – IIRO 151739

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us