# EXHIBIT 48

**International Islamic Relief Organization**

**The Kingdom of Saudi Arabia**

**REPORT OF THE GENERAL SECRETARIAT OF IIRO
FOR THE FISCAL YEAR 1421H / 1422H**

Submitted to
The Board of Directors of IIRO
In its new formation
During its first session

Date: 9/4/1423 AH (corresponding to 20/6/2002 AD)

by
The Secretary-General of IIRO
Dr. Adnan bin Khalil Basha

1421/1422 AH

IIRO 340871



IIRO 340872

## Table of Contents
### Report on the Operations and Activities of the Organization During the Fiscal Year 1421/1422 AH

| Page | Subject |
|---|---|
| 3 | **Introduction:** |
|  | **Chapter One:**          **Programs and Projects Sector** |
| 5 | Summary of achievements of projects and programs |
|  |  |
| 13 | **Part One**: Social Care |
| 24 | **Part Two**: Emergency Relief |
| 50 | **Part Three**: Engineering management (Mosques & Wells & centers) |
| 59 | **Part Four:** Health Care |
| 76 | **Part Five**: Educational Care |
| 88 | **Part Six**: Da'wah and Missionairies |
| 94 | **Part Seven:** Quran Memorization Programs |
| 101 | **Part Eight:** Seasonal Programs (Iftar in fasting period, Eid Sacrifice) |
| 114 | **Part Nine:** Human development  Program |
| 119 | **Part Ten:**  Individual Aids |
|  |  |
|  | **Chapter Two**:          **Internal and External Offices** |
| 122 | **Part One:** Local Offices |

| | |
|---|---|
| 129 | **Part Two:** External Offices |
| | **Chapter Three:**          **Services Sector** |
| 138 | **Part One:** Legal Affairs |
| 139 | **Part Two:** Regulations, systems, controls, and work mechanisms |
| 163 | **Part Three**: Research and information department |
| 169 | **Part Four** : Media and Public Relations |
| 175 | **Part Five:** Resource Development and Donations |
| 177 | **Part Six**: Financial management |
| 182 | **Part Seven:** Budget management |
| 184 | **Part Eight:** Financial and Administrative Follow-up Department |
| 186 | **Part Nine:** Personnel Affairs department |
| 188 | **Part Ten:** Administrative Services department |
| | |
| | **Chapter Four:  Foreign relations and coordination with Islamic and international bodies** |
| 201 | **Part One**: Trips of the Secretary-General |
| 203 | **Part Two:** The Secretary General's receptions of IIRO's guests from inside and outside the Kingdom |

**Table of Contents**
**Report on IIRO's Works and Activities during the Fiscal Year 1421/1422 AH**

| Page | Subject |
|---|---|
| 206 | **Part Three:** Membership in global and regional voluntary bodies and organizations |
| 208 | **Part Four:** Cooperation and coordination with Islamic and international organizations |
| 211 | **Part Five:** Activities of the General Relief Committee and coordination efforts between organizations |
| 212 | **Part Six:** Conferences, research, and working papers |
| 214 | **Part Seven**: Letters [or speeches] of appreciation |
| | |
| | **Chapter Five:**　　　　　　　**Investment Sector** |
| 218 | **Part One:** Investments managed directly by IIRO |
| 225 | **Part Two:** Investments of Sanabel Al-Khair Company |
| | |
| 226 | **Closing word** |

　　　　　　　IIRO 340874

**Muslim World League**
**International Islamic Relief Organization in the Kingdom of Saudi Arabia**       **Report of the General Secretariat of IIRO**
**for the year 1421/1422 AH**


**Statement evaluating the status of overseas offices for the year 1421/1422 AH**

**Continent of Asia:**

| | Current Status of IIRO's offices | | | | | | Offices Budgets 1421/1422 AH in Riyal | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | Country | Official | Nationality | Position | Year Established | Legal Status | Salaries & Wages | Operating Expenses | Programs & Projects Expenses | Total | |
| 1 | Indonesia * | Fawzi Hassan Jamal | Saudi | Director | 1989 AD | Office registered | 57,750 | 10,208 | 557,084 | 5,647,042 | |
| 2 | Bangladesh | Fahd Al-Harbi | Saudi | Director | 1991 AD | Office registered | 209,535 | 500,50 | 6,799,657 | 7,095,642 | |
| 3 | Thailand | Ibrahim Al-Abed | Saudi | Deputy Director | 1992 AD | Office registered | 79,532 | 21,388 | 2,924,517 | 3,025,437 | |
| 4 | Sri Lanka | Sadiq Li | Sri Lankan | Representative | 1412 AH | Office registered | 32,667 | 19,280 | 710,492 | 762,439 | |

Page 135                                                    IIRO 341007

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | China ** | | | | 1994 AD | Office registered | 43,750 | 97,750 | 229,751 | 327,501 | Looking for a Saudi director |
| 6 | Philippines* | Hassan Sanadi | Saudi | Designated Director | 1988 AD | Under the umbrella of MWL | 140,408 | 23,333 | 1,327,720 | 1,491,461 | |
| 7 | Azerbaijan | Mohammed Al-Abd | Saudi | Director | 1992 AD | Office registered | 129,372 | 136,937 | 6,141,847 | 6,408,156 | |
| 8 | Jordan * | Abdul Karim Al-Moussa | Saudi | Director | | Office registered | 43131 | 34611 | 5855546 | 5,933,288 | |
| 9 | Pakistan – Afghanistan * | Rahmatullah Nazir Khan | Saudi | Director | 1407 AH | Office registered | 228,654 | 22,290 | 4,577,212 674,5388 | 4,828,156 | Director of IIRO's office in Islamabad * |
| 10 | Kurdistan | Jamal Mohammed Taher | Iraqi | Director | 1989 AD | No permit exists *** | 69,591 | 25,326 | 10,821,256 | 10,916,173 | |
| 11 | India | Fadel Saif Al-Din | Saudi | Endowment Director | 1999 AD | Endowment is registered | 130,504 | 47,518 | 3,724,681 | 3,902,703 | |

*Offices merged with the offices of the Muslim World League.

Page 135                                           IIRO 341007 (Continued 1)

** The office is closed in the field and the amount was included in the estimated budget for the year 1421/1422 AH in anticipation of any financial obligations arising for the office, such as rent, telephone, electricity and gas expenses etc. given that the office had a secretary working under the supervision of His Excellency the Ambassador of the Custodian of the Two Holy Mosques in China and then  stopped.

*** The non-registration of the Kurdistan office (Northern Iraq) is due to the political situation in Iraq.

**Muslim World League**
**International Islamic Relief Organization in the Kingdom of Saudi Arabia**       **Report of the General Secretariat of IIRO**
**for the year 1421/1422 AH**

**Statement evaluating the status of overseas offices for the year 1421/1422 AH**

**Continent of Africa:**

| | | Current Status of IIRO's offices | | | | | Offices Budgets 1421/1422 AH in Riyal | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **M** | **Country** | **Official** | **Nationality** | **Position** | **Year Established** | **Legal Status** | **Salaries & Wages** | **Operating Expenses** | **Programs & Projects Expenses** | **Total** | |
| 1 | Ethiopia * | Saeed Al-Sabagh | Saudi | Director | — | Registered Office | 123,888 | 15,165 | 4,564,935 | 4,703,988 | |
| 2 | Uganda | Youssef Issa Bikuaso | Ugandan | Delegate director | 1408 AH | Registered Office | 44,246 | 32,083 | 3,076,632 | 3,152,961 | |

Page 136                                        IIRO 341008

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Tanzania* | Hassan Minjija | Tanzanian | Chairman of the Administrative Committee | 1989 AD | Registered Office | 46,841 | 23,334 | 450,306 | 520,481 | |
| 4 | Djibouti* | Karam Mohamed Karam | Sudanese | Coordinator | 1991 AD | Registered Office | 71,354 | 46,321 | 198,353 | 316,028 | Offices merged due to current circumstances in Somal |
| 5 | Somalia | Karam Mohamed Karam | Sudanese | — | 1988 AD | Registered Office | 188,155 | 32,526 | 5,223,164 | 5,443,845 | |
| 6 | Sudan | Salah Al-Qazlan | Saudi | Director | 1408 AH | Registered Office | 92,319 | 72,721 | 4,585,693 | 4,750,733 | |
| 7 | Kenya* | Ahmed Mohamed Muslim | Kenyan | Head of Committee | 1989 AD | Registered Office | 116,959 | 36,166 | 994,390 | 1,147,515 | Director of the MWL office in Nairobi |
| 8 | Egypt | Ahmed Fekri | Egyptian | Director | — | Not registered** | 50,750 | 7,290 | 2,354,592 | 2,412,632 | |
| 9 | Chad | Ajal Ali Bakr | Chadian | Director | 1407 AH | Registered Office | 57,225 | 18,180 | 2,123,158 | 2,198,563 | |

Page 136    IIRO 341008    (Continued 1)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Senegal | Manghoum Mokhtar Sissi | Gambian | Deputy Director | 1988 AD | Under Registration *** | 127,749 | 20,415 | 1,438,208 | 1,586,372 | |
| 11 | Mali | Omar Al-Hassan So | Mauritanian | Director | 1994 AD | Registered Office | 57,750 | 26,771 | 304,654 | 389,175 | |
| 12 | Mauritania | Mohamed Sidia Al-Mukhtar | Mauritanian | Assistant Deputy Director | 1987 AD | Registered Office | 64,167 | 29,846 | 1,973,605 | 2,067,618 | |
| 13 | Nigeria | Ahmed Mohamed Othman | Sudanese | Head of Committee | 1990 AD | Registered Office | 87,735 | 33,892 | 2,413,960 | 2,535,587 | Looking for a Saudi director |

\* Offices merged with MWL offices.

\** Operates under the umbrella of the International Islamic Council for Da'wah and Relief.

\*** Operates under the umbrella of MWL

**Muslim World League**

**International Islamic Relief Organization in the Kingdom of Saudi Arabia**

### REPORT OF THE GENERAL SECRETARIAT OF IIRO FOR THE YEAR 1421 AH / 1422 H

**Statement showing the status of the foreign offices for the year 1421/1422H**

European Continent:

| M | Country | Official | Nationality | Position | Year Established | Legal Status | Salaries & Wages | Operating Expenses | Programs & Projects | Total | Notes |
|---|---------|----------|-------------|----------|------------------|--------------|------------------|--------------------|--------------------|-------|-------|
| 1 | Albania | Yousef [Ghanem] El Ghanem | Saudi | Director | — | Under establishment | 173,261 | 35,973 | 1,406,095 | 1,615,329 | In charge of managing the Albania office and also manages the [illegible] office in Kosovo. |
| 2 | Croatia | Zaydan bou Khalfa | Algerian | Director | 1992 AD | Office registered | 24,547 | 24,792 | — | 49,339 | |
| 3 | Bosnia | Abdulraouf al-Shorman | Jordanian | Head of the Office Management Committee | 1992 AD | Office registered | 126,467 | 88,859 | 3,121,660 | 3,361,533 | Representative of IIRO in Slovenia is annexed to him |
| 4 | Austria | Dr Farid Khoutani | Saudi | Volunteer Director | — | Stopped* | — | 39,375 | 20,000 | 59,375 | |

• Activities are carried out from within the Islamic Cultural Center in Vienna, which is managed by the Muslim World League in Vienna.



# تقرير

# الأمانة العامة للهيئة

## عن العام المالي ١٤٢٢/١٤٢١هـ

مقدم إلى
### مجلس إدارة الهيئة
بتشكيله الجديد

في دورة إنعقاده الأولى

بتاريخ ١٤٢٣/٤/٩هـ الموافق ٢٠٠٢/٦/٢٠م

من
الأمين العام للهيئة

الدكتور عـدنان بن خـليل باشـا

١٤٢٢/١٤٢١هـ



IIRO 340871



IIRO 340872

# فهرست

تقرير أعمال وأنشطة الهيئة خلال العام المالي ١٤٢١/١٤٢٢هـ

| الصفحة | البيان | | |
|---|---|---|---|
| ٣ | | : | المقدمة |
| | قطاع البرامج والمشاريع | : | الباب الأول |
| ٥ | ملخص إنجازات المشاريع والبرامج | | |
| ١٣ | الرعاية الاجتماعية | الفصل الأول | |
| ٢٤ | الإغاثة العاجلة | الفصل الثاني | |
| ٥٠ | الإدارة الهندسية (المساجد والآبار والمراكز) | الفصل الثالث | |
| ٥٩ | الرعاية الصحية | الفصل الرابع | |
| ٧٦ | الرعاية التعليمية | الفصل الخامس | |
| ٨٨ | برنامج الدعوة والدعاة | الفصل السادس | |
| ٩٤ | برنامج تحفيظ القرآن الكريم | الفصل السابع | |
| ١٠١ | البرامج الموسمية (إفطار صائم وكبش العيد) | الفصل الثامن | |
| ١١٤ | برنامج التنمية البشرية | الفصل التاسع | |
| ١١٩ | المساعدات الفردية | الفصل العاشر | |
| | قطاع المكاتب المحلية والخارجية | : | الباب الثاني |
| ١٢٢ | المكاتب المحلية | الفصل الأول | |
| ١٢٩ | المكاتب الخارجية | الفصل الثاني | |
| | قطاع الخدمات | : | الباب الثالث |
| ١٣٨ | الشؤون القانونية | الفصل الأول | |
| ١٣٩ | النظم واللوائح والضوابط وآليات العمل | الفصل الثاني | |
| ١٦٣ | إدارة الأبحاث والمعلوماتية | الفصل الثالث | |
| ١٦٩ | الإعلام والعلاقات العامة | الفصل الرابع | |
| ١٧٥ | إدارة تنمية الموارد والتبرعات | الفصل الخامس | |
| ١٧٧ | الإدارة المالية | الفصل السادس | |
| ١٨٢ | إدارة الميزانية | الفصل السابع | |
| ١٨٤ | إدارة المتابعة المالية والإدارية | الفصل الثامن | |
| ١٨٦ | إدارة شؤون الموظفين | الفصل التاسع | |
| ١٨٨ | إدارة الخدمات الإدارية | الفصل العاشر | |
| | العلاقات الخارجية والتنسيق مع الهيئات الإسلامية والدولية | : | الباب الرابع |
| ٢٠١ | رحلات الأمين العام | الفصل الأول | |
| ٢٠٣ | استقبالات الأمين العام لضيوف الهيئة من داخل وخارج المملكة | الفصل الثاني | |

١

IIRO 340873

## فهرست

تقرير أعمال وأنشطة الهيئة خلال العام المالي ١٤٢١/١٤٢٢هـ

| الصفحة | البيــــــان | |
|---|---|---|
| ٢٠٦ | العضوية في الهيئات والمنظمات الطوعية العالمية والإقليمية ... | الفصل الثالث |
| ٢٠٨ | التعاون والتنسيق مع الهيئات الإسلامية والدولية | الفصل الرابع |
| ٢١١ | نشاطات لجنة الإغاثة العامة وجهود التنسيق بين المنظمات ... | الفصل الخامس |
| ٢١٢ | المؤتمرات والبحوث وأوراق العمل | الفصل السادس |
| ٢١٤ | خطابات الشكر | الفصل السابع |
| | قطاع الاستثمار | الباب الخامس    : |
| ٢١٨ | الاستثمارات المدارة عن طريق الهيئة مباشرة | الفصل الأول |
| ٢٢٥ | استثمارات شركة سنابل الخير | الفصل الثاني |
| ٢٢٦ | | كلمة الختام |

٢

IIRO 340874

رابطة العالم الأسلامي

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية — تقرير الأمانة العامة للهيئة لعام ١٤٢١/ ١٤٢٢هـ

IIRO 341007

## بيان تقييم أوضاع المكاتب الخارجية لعام ١٤٢١ / ١٤٢٢ هـ

قارة آسيا :

| م | الدولة | المسئول | جنسيته | وضعه | التأسيس | الوضع القانوني | الرواتب والأجور | المصروفات التشغيلية | مصروفات البرامج والمشاريع | الإجمالي | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | الوضع الحالي لمكاتب الهيئة | | | | ميزانيات المكاتب ١٤٢١/١٤٢٢هـ بالريال | | | | |
| ١ | * إندونيسيا | فوزي حسن جمال | سعودي | مدير | ١٩٨٩م | المكتب مسجل | ٥٧٧٥٠ | ١٠٢٠٨ | ٥٥٧٩٠٨٤ | ٥٦٤٧٠٤٢ | |
| ٢ | بنجلاديش | فهد الحربي | سعودي | مدير | ١٩٩١م | المكتب مسجل | ٢٠٩٥٣٥ | ٥٠٠٥٠ | ٦٧٩٩٦٥٧ | ٧٠٠٩٢٤٢ | |
| ٣ | تايلاند | إبراهيم العابد | سعودي | مدير بالنيابة | ١٩٩٢٠م | المكتب مسجل | ٧٩٠٣٢ | ٢١٣٨٨ | ٢٩٢٤٥١٧ | ٣٠٢٥٤٣٧ | |
| ٤ | سري لانكا | صديق لبي | سريلانكي | مندوب | ١٤١٢هـ | المكتب مسجل | ٣٢٦٦٧ | ١٩٢٨٠ | ٧١٠٢٩٢ | ٧٦٢٢٣٩ | |
| ٥ | ** الصين | | | | ١٩٩٤م | المكتب مسجل | ٤٣٧٥٠ | ٩٧٧٥٠ | ٢٢٩٧٥١ | ٣٢٧٥٠١ | يبحث عن مدير سعودي |
| ٦ | * الفلبين | حسان سندي | سعودي | مدير مكلف | ١٩٨٨م | تحت مظلة الرابطة | ١٤٤٠٨ | ٢٣٣٣٣ | ١٣٢٧٧٢٠ | ١٤٩١٢٦١ | |
| ٧ | أذربيجان | محمد العبد | سعودي | مدير | ١٩٩٢م | المكتب مسجل | ١٢٩٣٧٢ | ١٣٦٩٣٧ | ٦١٤١٨٢٧ | ٦٤٠٨١٥٦ | |
| ٨ | * الأردن | عبد الكريم الموسى | سعودي | مدير | | المكتب مسجل | ٤٣١٣١ | ٣٢٦١١ | ٥٨٠٠٥٤٦ | ٥٩٣٣٢٨٨ | |
| ٩ | * باكستان – أفغانستان | رحمة الله نذيرخان | سعودي | مدير | ١٤٠٧هـ | المكتب مسجل | ٢٢٨٢٥٤ | ٢٢٢٩٠ | ٤٥٧٧٢١٢ ٦٧٤٥٢٨٨ | ٤٨٢٨١٥٦ | مدير مكتب الهيئة في إسلام آباد |
| ١٠ | كردستان | جمال محمد طاهر | عراقي | مدير | ١٩٨٩م | لا يوجد تصريح *** | ٦٩٠٩١ | ٢٥٣٢٦ | ١٠٨٢١٢٥٦ | ١٠٩١٦١٧٣ | |
| ١١ | الهند | فاضل سيف الدين | سعودي | مدير الوقف | ١٩٩٩م | الوقف مسجل | ١٣٠٥٠٤ | ٤٧٥١٨ | ٣٧٢٤٦٨١ | ٣٩٠٢٧٠٣ | |

* مكاتب دمجت مع مكاتب الرابطة

** المكتب مغلق ميدانياً وتم إدراج المبلغ في الميزانية التقديرية للعام ١٤٢١/١٤٢٢هـ تحسباً لأي استحقاقات مالية تنشأ على المكتب كالإيجار ومصاريف الهاتف والكهرباء والغاز .. الخ لوجود سكرتير للمكتب يعمل تحت إشراف سعادة سفير خادم الحرمين الشريفين في الصين ثم توقف.

*** عدم تسجيل مكتب كردستان (شمال العراق) يعود إلى الوضع السياسي في العراق.

١٣٥

IIRO 341008

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية | تقرير الأمانة العامة للهيئة لعام ١٤٢١/١٤٢٢هـ

قارة إفريقيا : بيان تقييم أوضاع المكاتب الخارجية لعام ١٤٢١ / ١٤٢٢ هـ

| م | الدولة | المسؤول | | وضعه | التأسيس | الوضع القانوني | الرواتب والأجور | المصروفات التشغيلية | مصروفات البرامج والمشاريع | الإجمالي | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | الوضع الحالي لمكاتب الهيئة | | ميزانيات المكاتب ١٤٢١/١٤٢٢هـ بالريال | | |
| ١ | إريتريا* | سعيد الصباغ | سعودي | مدير | | المكتب مسجل | ١٢٣٨٨٨ | ١٠١٦٥ | ٤٠٦٤٩٣٥ | ٤٧٠٣٩٨٨ | |
| ٢ | أوغندا | يوسف عيسى بيكواسو | أوغندي | مدير بالنيابة | ١٤٠٨هـ | المكتب مسجل | ٤٤٢٢٦ | ٣٢٠٨٣ | ٣٠٧٦٦٣٢ | ٢١٥٢٩٦١ | |
| ٣ | تنزانيا* | حسن منجيحا | تنزاني | رئيس اللجنة الإدارية | ١٩٨٩م | المكتب مسجل | ٤٦٨٢١ | ٢٣٣٣٤ | ٤٥٠٣٠٦ | ٥٢٠٢٨١ | |
| ٤ | جيبوتي* | كرم محمد كرم | سوداني | منسق | ١٩٩١م | المكتب مسجل | ٧١٣٥٤ | ٤٦٣٢١ | ١٩٨٣٥٣ | ٣١٦٠٢٨ | المكتبان مدمجان نظراً لظروف الصومال الحالية |
| ٥ | الصومال | كرم محمد كرم | سوداني | – | ١٩٨٨م | المكتب مسجل | ١٨٨١٥٥ | ٣٢٠٢٦ | ٥٢٢٣١٦٤ | ٥٤٤٣٨٤٥ | |
| ٦ | السودان | صالح الغزلان | سعودي | مدير | ١٤٠٨هـ | المكتب مسجل | ٩٢٣١٩ | ٧٢٧٢١ | ٤٠٨٥٦٩٣ | ٤٧٠٧٣٣ | |
| ٧ | كينيا* | أحمد محمد مسلم | كيني | رئيس لجنة | ١٩٨٩م | المكتب مسجل | ١١٦٩٥٩ | ٣٦١٦٦ | ٩٩٤٣٩٠ | ١١٤٧٥١٥ | مدير مكتب الرابطة في نيروبي |
| ٨ | مصر | أحمد فكري | مصري | مدير | | غير مسجل** | ٥٠٧٥٠ | ٧٢٩٠ | ٢٣٥٤٠٩٢ | ٢٤١٢٦٣٢ | |
| ٩ | تشاد | عجال علي بكر | تشادي | مدير | ١٤٠٧هـ | المكتب مسجل | ٥٧٢٢٥ | ١٨١٨٠ | ٢١٢٣١٥٨ | ٢١٩٨٠٦٣ | |
| ١٠ | السنغال | منغوم مختار سيسي | جامبي | مدير بالنيابة | ١٩٨٨م | تحت التسجيل*** | ١٢٧٧٤٩ | ٢٠٤١٥ | ١٤٣٨٢٠٨ | ١٥٨٦٣٧٢ | |
| ١١ | مالي | عمر الحسن صو | موريتاني | مدير | ١٩٩٤م | المكتب مسجل | ٥٧٧٥٠ | ٢٦٧٧١ | ٣٠٤٦٥٤ | ٢٨٩١٧٥ | |
| ١٢ | موريتانيا | محمد سيديا المختار | موريتاني | مساعد مدير بالنيابة | ١٩٨٧م | المكتب مسجل | ٦٤١٦٧ | ٢٩٨٢٦ | ١٩٧٣٦٠٥ | ٢٠٦٧٦١٨ | |
| ١٣ | نيجيريا | أحمد محمد عثمان | سوداني | رئيس لجنة | ١٩٩٠م | المكتب مسجل | ٨٧٧٣٥ | ٣٣٨٩٢ | ٢٤١٣٩٦٠ | ٢٥٢٥٠٨٧ | يبحث عن مدير سعودي |

* مكاتب دمجت مع مكاتب الرابطة

** يعمل تحت مظلة المجلس الإسلامي العالمي للدعوة والاغاثة

*** يعمل تحت مظلة الرابطة

رابطة العالم الإسلامي

IIRO 341009

| هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية | تقرير الأمانة العامة للهيئة لعام ١٤٢٢/١٤٢١هـ |
|---|---|

## بيان تقييم أوضاع المكاتب الخارجية لعام ١٤٢١ / ١٤٢٢هـ

قارة أوروبا :

| ملاحظات | ميزانيات المكاتب ١٤٢٢/١٤٢١هـ بالريال | | | | الوضع الحالي لمكاتب الهيئة | | | | | | م |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | الإجمالي | مصروفات البرامج والمشاريع | المصروفات التشغيلية | الرواتب والأجور | الوضع القانوني | التأسيس | وضعه | جنسيته | المسؤول | الدولة | |
| مكلف بإدارة مكتب ألبانيـا وبقـر بإدارة مكتب سربرينتسا في كوسوفا | ١٦١٥٣٢٩ | ١٤٠٦٠٩٥ | ٣٥٩٧٣ | ١٧٣٢٦١ | جاري تسجيله | | مدير | سعودي | يوسف غانم الغنام | ألبانيا | ١ |
| | ٤٩٣٣٩ | — | ٢٤٧٩٢ | ٢٤٥٤٧ | المكتب مسجل | ١٩٩٢م | مدير | جزائري | زيدان بوخلافة | كرواتيا | ٢ |
| يتبع له ممثل الهيئة في سلوفينيا | ٣٣٦١٠٣٣ | ٣١٢١٦٦٠ | ٨٨٨٠٩ | ١٢٦٤٦٧ | المكتب مسجل | ١٩٩٢م | رئيس لجنة إدارة المكتب | أردني | عبدالرؤوف الشرمان | البوسنة | ٣ |
| | ٥٩٣٧٥ | ٢٠,٠٠٠ | ٣٩٣٧٥ | — | متوقف * | — | مدير متطوع | سعودي | د/ فريد خوتاني | النمسا | ٤ |

* يسير أعماله من داخل المركز الإسلامي في فيينا الذي تديره رابطة العالم الإسلامي في فيينا .

## DAOU TRANSLATION AND SERVICES
ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 340871 – IIRO 341009

**Source language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                **Date:** 11 April 2026