# EXHIBIT 49

رابطة العالم الإسلامي

# هَيئَة الإغَاثَة الإسلاميَّة العَالَميَّة

# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

نشـرة خـاصـة عن انجـازات العـام الثاني لمكتب الـهيئة في الفلبين



جامعة المخدوم ـ قسم الطالبات

**Al-Makhdum University**
**Female Student's Section**

عيادة المخدوم الاسلامية

**Al-Makhdum Islamic Clinic**

أحد طلبة حلقات القرآن الكريم

**Halaqatul Qur'an Student**

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

MWL 008434

# موضـــوع الغــلاف

ان مـن ابرز مايعاني منــه مسلمي الفلبين وباقرار من الاحصائيات الرسمية الحكومية هـو الفقـر والتخلف العلمي والصحي وصورة بيتمسلم ترى فيها وبدون شـرح طويـــل حالـة البؤس الذى تعيشــه الاسرة المسلمة فـي هــذه البلــدة ، وذاك الطفل الذى ترك بهـذه الحالـة لفقـر الابويـن المادى والتربوى .

وهيئة الاغاثـة اذ تسـاهم في علاج ذلك بتربيـــة الاطفال على منهج كتاب الله في المساجد فيفخر الطفل المسلم برفع المصحف وهو في احلـى منظر وصروح العلــم التى تشييد لتسـاهم في ايجاد تعليم اسلامي ينافـس ما بناه الغير مـن مدارس وجامعات والعيادات الطبيــة التيبدأت في الانتشـار في مناطق المسلمين لتنقذهـم مـن المرض الذى فتك بهـم وقتل الآف .

# OUR COVER

Some of the most vital aspects the Filipino Muslims suffer from, as certified by the Official Population Statistics, are: poverty, low education, and lack of health guidance. Studying the photograph found at the center that presents the interior of an ordinary Muslim home shows a neglected if not abandoned child due to poverty and ignorance.

The IIRO is sharing to remedy the situation by offering quality education to children, following the path of the Holy Qur´an in mosques. Making them proud with smile, and best shapes, they raise up the Qur´an.

This program provides the Muslim children an Islamic education through the building of schools, universities, and providing health clinics which started to spread in the Muslim areas with the purpose to minimize the spread of sickness and epidemics that killed thousands of them

# الفهـرس

| المــوضـــوع | صفحـــة |
|---|---|
| رســالـــة | ١ |
| المسلمون فـي الفلبيــن | ٢ |
| هيئة الاغاثة الاسلامية العالمية في الفلبين | ٤ |
| حلقــات الــقرآن الكـريـــم | ٦ |
| الـرعايــة الاجتماعيــة | ٨ |
| مســاعـدات مساجـــد | ١٠ |
| خـدمات انسـانيـة اخـرى | ١١ |
| الـرعايــة التعليميــة | ١٢ |
| الـرعايــة الصحيـــة | ١٤ |
| رسـم بيانـي للميزانيات و المشاريع | ١٦ |
| رسـم بيانـي للحلقــات و طلبـة المنح | ١٧ |

# TABLE OF CONTENTS

| TITLE | PAGE |
|---|---|
| Message | 1 |
| Muslims in the Philippines | 2 |
| IIRO in the Philippines | 4 |
| Halaqatul Qur'an | 6 |
| Social Services | 8 |
| Assistance to Mosques | 10 |
| Other Humanitarian Services | 11 |
| Educational Services | 12 |
| Health Services | 14 |
| Projects & Budgets Bar charts | 16 |
| Scholars & Halaqat Pie charts | 17 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008435





. الحمــــد لله حمـــدا يـــوافـــي نعمـــه ، والصـــلاة و الســـلام علـــى رسـولـه محمـــد سـيد المرسـلين و خاتـم النبيـين ،، وبعـــد :

فانـه مـن نعـم اللـه علـى العبـاد ، ان مَّن علـى البشرية بهـذا الديـن الـذى حث اتباعـه لان يكـونوا جسـدا واحدا اذا اشـتكى منـه عضو تداعـى لـه سـائر الجسـد بالسـهر والحمـى ، وكـم يعانـى كثيـر مـن مسـلمى العالـم مـن الفقـر واليتـم والجهـل والمرض، فتجدهـم يتلهـفون لاى مسـاعدة تأتـي مـن اى جهـة ٠وفي خضـم هـذه الاحتياجـات يسـتغل اصحاب الاطماع الوضـع ليقدمـوا المسـاعدة المبطنـة بأهدافهم فيقبلهـا أصحـاب القلـوب المريضـة والـذين ترغمهـم الحاجـة لقبولهـا وتتجلى عزة تلـك النفوس التـى تصـر علـى البقـاء علـى عقيدتهـا برفض أى خدمة تقدم لهـا تحس أنهـا تؤثـر علـى دينهـا ٠ ولكـن ذلك لايمكـن أن يسـتمر طويـلا أمـام الحاجـة ٠

ان مسـلمي الفلبيـن هـم مـن الـذين رفضـوا الكفـر وأصروا علـى عقيدتهم رغم الحاجـة ورغـم القهـر ، فكان لزاما علـى هيئـة الاغاثـة الاسـلاميـة العالميـة ان تتشرف بتقديـم اليـد التـي تعيـن علـى الحفاظ علـى عقيدة هؤلاء الاخـوة بتقديـم ما نسـتطيع مـن جهـد في المجالات المختلفـة ، الطبيـة ، والتعليمية ، والاجتماعيـة ، وتتعـدى بعـض هـذه الخدمات الـى غـير المسـلمين لتبرز ايجابيات هذا الديـن وتأليـف القلـوب ٠

واللـه نسـأل أن يجعـل كل هـذه الاعمال خالصا لوجهـه الكريـم ،،،

مدير مكتب الفلبين
محمـــد جمـال خليفـة

1

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008436

# MUSLIMS IN THE PHILIPPINES

the Philippines, an archipelago of over 7,100 islands, is located 800 km. (500 mi) off the coast of Southeast Asia. It is divided into three major islands: Luzon, north; the Visayan Islands, middle; and Mindanao, south.

Islam entered the Philippines through the works of missionaries who were trading goods for living. They married and merged with the people who welcomed Islam in the seventh century of Hijjri.

The Filipino Muslims resisted the diabolic attacks of the Western colonizers. LAPULAPU, a distinguished Muslim leader who killed Magellan in Cebu City, prevented the first entry of colonization.

The foreign aggressors were able to occupy the Philippines except the south region (Mindanao) which was defended by Muslim inhabitants who protected their Islamic identity, belief, and homeland. The colonizers were not able to rule in the Muslim areas even though they

المسلمون
في
الفلبــين

تقع الفلبين في جنوب شــرق آسيا على خط طول وخـط عرض وهي مقسمة الـــى ثلاث جزر رئيسية وهي ، لـــوزون في الشمال ، وبيسايـاس في الوسـط ومنداناو في الجنوب ، ومكونـة مــن ١٠٠ ر ٧ جزيــرة .

دخل الاسلام الى الفلبين عـــن طريق الدعاة ، والذين اتخــــذوا التجارة كوسـيلة للمعيشـة وتزوجـوا واندمجوا مع هذا الشعب الذى اقبـل على الاسلام في القرن السـابـع للهجرى .

وقد قاوم الشعب المسـلم فـي الفلبـين أشرش الهجمــــات الاستعمارية والتنصيرية ، وقـد قـام القائد المسلم ( لابولابو ) بصـرع ماجيلان المنصر الاسباني في مدينة سـيبو ، مانعـة بذلك الحــــملات التنصيريـة ان تدخـل جزر المسلمين .

وقد استطاع المستعمرون احتلال كلّ الفلبين ماعدا منطقة الجنـوب ( منداناو ) والتي دافـع عنهـا شـعبها المسلم مـن عقيدة صلبـة ، فما استطاع المستعمـرون ان يستقروا في مناطق المسلمين مـع احتلالهم أجزاء بسيطة من الجزيرة .



المسـجد الذهـبي ـ مانيـلا

طالبات جامعة المخدوم الاسلاميـة

نمـوذج من أكواخ المسلمين

نهـر مدينـة مراوى

نمـوذج من المواصلات في هولو

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008437

occupied small parts of their island.

With this, it is just for Muslims to be triumphant for defending all waves of foreign aggression.

Muslims in the Philippines are divided into tribes. For instance, the Meranao in Lanao, Maguindanaon in Kotawato, Tausug in the Sulu Province, Yakan in Basilan, Samal in Tawi-Tawi, Calagan in Davao. Each has its own language. There are approximately 76 different local languages. Despite similarities, some are unfavored such as: (1) _TRIBAL DISCRIMINATION_; which affects their unity and integrity. (2) _HIGH PRICED DOWRIES_; it causes Muslim men to marry from others. Thus, increasing the number of unmarried Muslim females. (3) _LOW EDUCATION, EXPERTISE, PROFESSIONS_; strengthening the superiority of unbelievers over Muslims in many fields. This is believed to be caused by fanatic Muslims to protect and maintain their tradition. Thus, focused on learning the Shari´ah teachings and Arabic language. They considered studying modern sciences in non-Islamic schools as an astray or going wrath. However, some who deviated from such rules have had chosen to study the modern sciences that enabled them to hold different degrees in various fields. This created a gap between those who studied Shari´ah and those who studied modern sciences!

All negativity could be eliminated through hard work to promote the Islamic awareness as a faith and a way of life and building a wholesome Islamic educational program with an Islamic-scientific foundation that goes parallel with today´s modern technology to uplift this forgotten race. Thus, by Allah´s will, we would have educated Muslim society that succeed in all fields over the unbelievers.

One of the delightful phenomena one can notice is that many are reverting to Islam – the natural religion. These reverted Muslims take it enthusiastically to carry it to their families, villages, provinces, people and the like, and to open their eyes for the unshakable truth which is supported by solid evidences and proofs. By the greatest support of Allah and concerned people, the good will prevail and the falsehood or bad will vanish, and altogether we could return to Islam – the natural religion.



وبهـذا يكفي المسلمين فخرا أنهـم صمدوا بعقيدتهـم امام تلك التيارات .

ويتركز المسلمون في مناطق معينة منقسمين الـى عشـائر وقبائل حسب المناطق التى يعيشون بهـا فتجـد منهـم المرناو في منطقة لاناو ، والماجنداناو فـي منطقـة كوتاباتـو والتاوسغ في جزيرة سـولو والياكـان في جزر باسيلان والسامال في تاوى تاوى والكالاجان فـي مناطق داقاو وغيرهـم ، كلّ لـه لغتـه الخاصة ، حيـث يوجـد في الفلبين مالا يقل عن ٧٦ لغـة محليـة مختلفـة عن بعضها بعض ، بجانب الايجابيات المتعـددة عند المسلمين إلّا انه يوجد عند الاغلبية سلبيـات منها : ١ـ التعصب القبلي ـ مما يؤثر على وحـدة المسلمين وعلو شـأنهم . ٢ـ غلاء المهور والـذى يسـبب عنوسة الفتيات المسلمات وتوجـه الشباب المسلم الى الزواج مـن النصرانيات . ٣ـ تدني مسـتـوى التعليم بينهـم والكفاءات المهنيـة الماهرة والذى أدى الـى تفوق النصارى في كثير من المجالات ، وذلـك بسـبب حرص المسـلمين على الحفاظ على دينهـم ودين ابناءهـم فركزوا على العلوم الشرعية واللغـة العربيـة واعتبروا دراسة العلوم العصرية فـي مـدارس النصارى خروج عن الدين ، شذ عن هذه القاعدة بعـض المسلمين الذين درسوا العلوم العصرية و اصبحـوا يحملـون مؤهلات علمية مختلفة وهنا ظهرت فجـوة بين متعلمي العلم الشرعي والعلم العصرى .

ان جميع السلبيات تُزال بالعمل الجاد على نشر الوعي الاسـلامي الصحيح عقيدة ومنهج حياة و وضع برنامـج تعليمي سليم يقوم على اساس اسلامي عملي يواكب ركـب الحضارة و يرفع من مستوى هذا الشعب المنسي من كـل تلك الاهتمـامات ، و بهـذا يكـون لـدينا شعـب مسلـم متعلم يتفوق باذن الله على كل مهارات و قوى الكـفر.

و من الظواهـر الطيبـة الملحوظة هو العـدد المتزايد من النصارى و الذين يعودون الى الاسلام من جـديـد فيمتلئون حماسا لهـذا الـدين و ينطلقون الى اهلهـم و ابناء عشـيرتهم ليدعوهـم الى الاسلام و فـي يدهم الحجـة و البرهـان علـى صدق مـا يعتقـدون ، و قليل من الـدعـم و الاهتمـام يـزيد مـن هـذا الخـير و نعيـد القـوم الـى ديـن آبائـهـم ديـن الاسلام .

3

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008438

# INTERNATIONAL ISLAMIC RELIEF ORGANIZATION IN THE PHILIPPINES

هيئـــة الاغاثـــة الاسلامية العـالمية فــي الفلبيـــن

ALLAH S.W. said: "Seest thou not how Allah set forth a parable? a goodly word like a goodly tree, whose root is firmly fixed, and its branches (reach) to the heavens. It brings forth its fruit at all times, by the leave of its Lord so Allah set forth parables for men, in order that they may receive admonition" S.14 A.24-25. Such goodly tree with its roots ingrained in the blessed prophethood land, and was established by the handiwork of noble men who fulfilled what they contracted with Allah. Among those, the educated, university professors, and the religious leaders. The branches of such tree covers the world, and its fruit is to be harvested by those who kept their Islamic identity among the Filipino Muslims against the naked aggression.

The IIRO Office was initiated in 1988 to complement the Islamic activities and relief services. It was started 3 years prior to that by remarkable individual efforts. As soon as the INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO) was inaugurated, mosques were targeted as an excellent place and tool to produce a Qur´anic generation, so was to gather Muslims to religiously educate and help them memorizing and understanding the Holy Qur´an.

The implementation of the educational plans that were put to reform the Islamic education was induced. To meet this objective, a complete educational

قال الله تعالى : ( ألـم تـركيف ضـرب الله مثـلا كلمة طيبـة كشجرة طيبـة أصلهـا ثابـت وفـرعهـا فـي السـماء، تـؤتي أكلهـا كل حـين بـاذن ربهـا، ويضـرب اللـه الامثـال للنـاس لعلهـم يتذكـرون ) .

فتلك الشـجرة الطيبـة التـــى أصلـت جذورهـا فـي ارض النبـــوة المبـاركة ، وأسـست علــى ايـــدى رجـال صدقوا ما عاهـــدوا اللـــه عليــه ــ نجسـببهم كـذلك ولا تـزكـي عـــى اللـــه أحـــدا ــ مـــن المثقفـــين مـن أسـاتذة الجامعـات والاخـوة الافاضـل ففـروع تـــلك الشـجرة عمــت ثمـارها أنحـاء العـالم ، فكـان لـزاما علــى هـذه الثمـار ان تتسـاقط علــى الـذين حافظـوا علـى هـويتهـم الاسـلامية مـن المسلمين الفلبيـنيين امـام الهجمـات التنمـيرية المختلفـة .

لقـد كـان لتأسـيس مكــتب الهيئـة اكمـالا للمسـيرة فـي مجـال العمـل الاسـلامي و النشاط الاغـاثي سـبق ذلك بثـلاث سـنوات بجهـود فـردية ومـا أن ابتـدأ عمـل الهيئـة عام ١٩٨٨م حـتى بـدء ببـيوت اللـه لتضـم ابنـاء المسـلمين تعلمهـم وتحفظهـم كتاب ربهـــم ليكـونوا جيـــلا قـرآنيـــا بـاذن اللـه .

4

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008439

system was blueprinted. The plan involves the writing of variety of textbooks that ranges from science and math to religion and education. The plan on Islamizing the educational system for Muslims was mobilized when the IIRO adopted and took control of Almakhdoom University to make it as a pattern of implementation of the mentioned plan. Furthermore, the Office offers a scholarship program to produce well educated Muslims.

In the field of Social Services, IIRO adopted orphans, where the loss of their parents was intolerable. The Office started the construction of orphanages for the offspring of our brothers who gave their souls in the path of ALLAH (SWT) were being taken care of.

Yet, the IIRO office have never forgotten Muslim widows. Special fund was allocated to constructed centers in which they would learn profession that suits their social situation and to upgrade them toward better motherhood.

In Health Services, clinics were established in different areas in order to uplift the heath status of Muslims.

All of that and yet, relief services were extended to areas used to be struck by natural calamities.

The goodly path is still open and generous for Muslims to go forward hand in hand toward a better future in this country for Muslims and others.

ـ و في نفس الوقت بــــدأ، تنفيذ ما خطط له من قبل في اعادة تنظيم التعليم الاسلامي للمسلمين بوضع نظام تعليمي كامل و تأليف مناهج تجمع بين العلوم الشرعية و العصرية و تدرب المعلم على أسلمة التعليم ، وتدعيما لمثل هذا المخطط تبنت الهيئة جامعة المخدوم لتجعل منها نموذجا لتنفيذ هذا البرنامج و كذلك اعطاء منح طلابية لتكوين كوادر علمية مسلمة.

أما المجال الاجتماعي فقد كفلت الهيئة عددا من الايتام، ثم قامت ببناء دور للايتام في مناطق مختلفة ترعى فيها أبناء الشهداء من الذين قدموا أرواحهم في سبيل الله.

ولم تغفل الارامل و نساء المسلمين من فتح مركز مهني لهن لتعليمهن حرفة تتناسب وظروفهن و تربية تجعل منهن أمهات صالحات.

ثم ابتدء بتأسيس عيادات طبية في مناطق مختلفة اسهاما في رفع المستوى الصحي لابناء المسلمين ، هذا بالاضافة الى تقديم الخدمات الاغاثية أوقات الكوارث و تقديم المساعدات اثناء المناسبات الدينية ، وطريق الخير مازال سالكا و معطاءا منيرا فيدا بيد و الى الامام الى مستقبل اسلامي أفضل في هذه البلاد.

عن أبي موسى رضي الله عنه قال : قال رسول الله صلى الله عليه وسلم : « المؤمن للمؤمن كالبنيان يشدُّ بعضه بعضاً » وشبّك بين أصابعه . متفق عليه .

5

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008440

# HALAQATUL QUR'AN

The Holy Qur'an is the Muslims' constitution, anywhere and anytime. As a law, way and path it must be followed by Muslims to guide them in their faith, prayer, social, and behavioral activities. Thus, a Muslim must consider it as a guide to save humanity from going astray.

The "*Halaqatul-Qur'an*" division in the International Islamic Relief Organization - Manila Office - is a division that considers the nurturing of children on the path of the Holy Qur'an and the Sunnah.

The goal is to teach children to properly read, pronounce, memorize, and implement the Holy Qur'an. With this, the original rule of a mosque as a center of learning can be revived, subsequently strengthening the bond between mosques and people. Yet, it is a tool for the children to spend leisure time usefully in learning the Holy Qur'an.

The methodology used dictates that the pronunciation rules has to be mastered by the



# حلقـــات القـــرآن

القرآن الكريم هو دستور المسلمين في كل زمان ومكان ، وهو الصـــراط المستقيم الذى يجب ان يسلكه المسلم في عقيدته وعبادتـه وأخلاقه ومعاملاتـه ولذا يجب على المسلم ان يسترشـــد بمبادئه العامة التي جاءت لانقـــاذ البشرية من ويلاتها وضلالتها ٠

ان قسم حلقات تحفيظ القرآن الكريم في هيئة الاغاثة الاسلامية العالميـــة بمكتب مانيلا ، يعتبر من الاقسام المهمة حيث انه يعتنى بتربيـــة الاطفال على كتاب الله عزّ وجل وسنة رسولـه صلى الله عليه وســـلم ٠

لقد كان الهدف من هذا المشـــروع هو تعليم كتاب الله عزوجل تــــلاوة وحفظا وتطبيقا واعادة دور المســـجد كمدرسة لتربية المسلمين وربـــط الجيل بكتاب الله عزوجل وبيته ، وكذلك اشغال أوقات الفراغ لدى الاطفال فـــي تعلم كتاب الله ٠

اما في المنهج المتبع فيقوم الطالــب باتقان القاعدة البغدادية أولا ثم يبـدأ بحفظ القرآن الكريم مبتدأ من جزء (عمّ) وذلك لمدة ساعة يوميا بين المغـرب والعشاء في المسجد ٠

كما يقوم المكتب بصرف رواتب شهرية للمدرسين واعطاء هدايا تشجيعيـــة للطلبة المنتظمين وهدايا قيمة حيـــن اتمام حفظ جزء من الاجزاء وكـــذلك مكافأة لاستاذه ٠



6

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008441

student in order for him/her to properly read the verses of the Holy Qur'an. Then, a student starts the memorization of verses of part 30 beginning with sura 114. The *halaqat* are conducted between Magrib and Isha' prayers, approximately more or less one hour.

The Office releases monthly salaries to its teachers. Moreover, it gives incentives to students and teachers when the former completes the memorization of one or more parts.

To improve the educational level of the teachers, the Office schedules seminars. Lecturers are usually invited from the main Office in Jeddah. The minimum criterion for our teachers is to memorize two parts.

Each student costs 14 Saudi riyal a month, and each Halaqah costs 322 Saudi riyal in a similar period. Considering the stability of the program, we recommend the granting of more three years program to students with the cost of 504 Saudi riyal per pupil.

Praise be to ALLAH that we have 206 halaqah located strategically in 13 cities and provinces with an estimated 6500 students.

The progress of all students is monitored by a computer system that is designed for that purpose. The data is updated monthly through the teachers' reports. The Office also assigned representatives and supervisors to make reports regarding teachers' activities.

Soon, the construction of Qur'an Memorization Centers that includes residence for its students within it's campus will be done. In these centers, memorizing Qur'an would be concentrated as the sole purpose. A Student is scheduled to memorize the entire Qur'an in two years to make thim qualified Imam and teacher.

May Allah make us the best of people who learn Qur'an and teach it.

كما و يتم اقامة دورات منتظمة لرفع مستوى المدرسين بين فترة وأخرى وذلك باحضار مدرسين قراء وحفظة عن طريق لجنة القرآن الكريم بمكتب الهيئة بجدة لاعطاء دورات في التجويد و علوم القرآن الكريم وطرق التدريس . كما ويلزم المدرس بحفظ جزئين من القرآن الكريم على الاقل مبدئيا لندرة وجود حفاظ في هذا البلد .

اما عن تكلفة الطالب في الشهر فهو يكلف ١٤ريال فتكون تكلفة الحلقة ٣٢٢ريال شهريا .

ونفضل ان يكفل الطالب لمدة ثلاث سنوات و ذلك لضمان سير المشروع دون خلل ان شاء الله تعالى حيث تكون كفالة الطالب لمدة ثلاث سنوات ٥٠٠ريال

والحمد لله رب العالمين لقد أصبح عدد الحلقات في الفلبين ٢٠٦ حلقة موزعة على ١٣ ثلاثة عشر منطقة حيث يقدر عدد الطلبة و الطالبات اكثر من ٦٥٠٠ ستة الآف وخمسمائة .

كل أولئك الطلاب متابعون عن طريق الكمبيوتر الذى يستقبل تقارير المدرسين والمشرفين الشهرية بالاضافة الى نظام المتابعة المستمرة للمدرسين عن طريق المشرفين و مندوبي المناطق .

وقريبا باذن الله سيتم انشاء مراكز لتحفيظ كتاب الله يسكن فيها الطلاب سكنا داخليا و يركز معهم على الحفظ حتى يتخرج بعد سنتين و هو حافظ لكتاب الله تعالى مع تربية اسلامية تؤهله ان يكون اماما و معلما .

اللهم نسأل ان يجعلنا من خير الناس الذين يتعلمون القرآن ويعلمونه أو يساهمون في مثل هذا الخير انه سميع مجيب .

---

روى مسلم عن عمر بن الخطاب رضي الله عنه أن النبي صلى الله عليه وسلم قال :
« إن الله يرفع بهذا الكتاب أقواماً ويضع به آخرين » .

7

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008442

# SOCIAL SERVICES

The SOCIAL SERVICES DIVISION is one of the most important Divisions in International Islamic Relief Organization Manila Office. Its function and responsibilities are vast. It covers both social and economic aspects of life. The improvement of the social conditions of the Muslims in the Philippines is one of its primary concerns. To achieve this noble objective, this Division has established the following projects:

1. ORPHANS: the primary purpose and functions of this Project are not only to take care of the orphans but to educate and train them in order to become excellent cadres and preachers of Islam and the MUSLIM UMMAH.

At present , this Division is maintaining Three Orphanage Centers:-

1.1 DAR AL KHANSA LIL YATEEMA'AT= 50 orphan girls are accommodated in this Center. This is located at Marawi City.

1.2 DAR JABIR BIN ABDULLAH - This is located at Crossing Sim-uay, Sultan Kuda. ment 4 rat, Maguindanao. This Center has 100 orphans. 50 boys and 50 girls placed in two separate buildings.

<div dir="rtl">

الرعاية الاجتماعية

## الـرعايـة الاجتماعيـة

وهـي من اقسـام مكتــب **هيئة الاغاثة الاسـلاميــة الـعالميـة** بمانيـلا ، ويختص هذا القسم بمتابعة المشاريـع الاجتماعية و الاقتصاديــة لرفع مستوى المسلمين فـي الفلبين ، ففـي الـوقـــت الحاضـر يقوم القســـم بمتابعة المشاريع التالية :ـ

١ ـ **دور الايتـام** ـ و الهـدف من هذا المشـروع تربيـة الايتام عقيديا ، فكريــا ، و رياضيا ليكونوا قــادة و دعـاة في المستـقبل .

ففي الوقت الحاضر يسيّر المكتب ثلاثة دور للايتـام و هـي كـا لـتالـي :ـ

ا ـ **دار الخنساء لليتيمـات** ـ هذه الدار متواجـدة فـــي مدينة مـراوى و بهـا ٥٠ يتيمــة .

ب ـ **دار جابر بن عبد اللـه** رضي الله عنـه ـ المتواجـدة في كروسينج سيمـــواى، سلطان قدارات ، ماجنـداناو، و بها ٥٠ يتيـم و ٥٠ يتيمـة في مبانـي منفصلة .

ج ـ **دار الامام الشافعـي** رحمـه الله ـالتي تقـع فـي تالون تالـون ، مـدينـة

</div>

8



<div dir="rtl">
دار الخنساء لرعاية اليتيمات

صورة يتيمــة

دار جابر بن عبد الله للايتام

دار الامام الشافعي للايتـام

دار الامومة و الطفـولـة ـ
</div>



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008443

Hence, uni-sex education is not possible.

**1.3 DAR AL IMAM AL SAFI´E**- 100 Orphans are well taken care of in this Center, 50 boys and 50 girls.Two separate buildings have been constructed for the accommodation, safety and comfort of the orphans. This is located at Talon Talon, Zamboanga City.

For the best education and training of the orphans this Division introduces a curriculum where both theoretical and practical aspects are being taught.

Memorization or recitation of the Holy Quran and the Tradition of the Prophet Mohammad ( S.A.W.) is but only among the teaching methodologies being adopted for Islamizing the attitudes and the environment of learners.      English and Filipino Literatures are also taught.

2. **DARU UMUMATI WAT TUFULAH**- the main objective of this project is to train Muslim widows and other poor Muslim ladies of the different kind of simple but honorable skills and handicrafts. Dress making, embroidery and the like are among the skills being taught to these Muslim ladies.

The economic progress or development of the Muslim communities is of paramount importance and consideration. As already mentioned, this Division has also some economic and livelihood programs intended for the Muslim communities such as :

The Slaughtering of Goats (ADAHI) Program during Kid´l Adha feast, for distribution to the needy Muslims, and Iftar Sa´im program(distribution of goods to needy Muslim areas during the Holy Month of Ramadhan ).

Relief Services - distribution of Relief goods to the victims of both natural and man made calamities is also among the functions of this Division.

زمبوانجغــا ، وبهــا ٥٠ يتيـم و ٥٠ يتيمة فــي مبانـي منفصــلة ايضــا •

و يتم تـربيـة الايتــام فـي هـذه الــدور مــن خلال المنـاهـج التاليــة :-

١- تعليمهـــم اللغــة العربيــة و ثقافتهــا •

٢- حفــظ ما امكنهــم مــن القـران الكـريــم و الاحـاديث النبويــة و التاريـخ الاسلامـي •

٣- تعليمهـــم المنـهـــج الحكـــومـي بعـد اسلمتــه • بالاضافـة الـى بعـض المهـن و الحـرف اليدويــة لمساعدتهـم علـى كسب لقمـة العيـش بعـد ان يتخـرجـوا من الــدار •

**دار الامـومـة و الطـفـولـة** - و يهـدف هــذا المشـروع الـى تعليـم الارامـل و المحتاجـــات من نسـاء المسلمين بعـض المهـن التـي تمكنهـن مـن كسـب لقمـة العيـش ، مثـل : الخياطـــة ، التطـريـز ، و غيرهـا من الحـرف اليدويـة ، اضافة الـى توعيتهـن اسـلاميـا ، اجتماعيـا ، و صحيـا •

و لقـد انشـات **هيئة الاغاثة الاسلاميـة العالميـة** دار الامومة و الطفولـة التـي تقـع فـي كامفـو مسلم ، مدينة كوتاباتو ، و لقـد تم تخـريج اكـثـر مـن ٣٠٠ متدربـة خـلال ثلاث سنوات الماضية من تلك الدار •

كما يقوم القسم بالمشاريع الاخـرى ، مثـل : افطـار صائـم ، يتمثل بتوزيـع المواد الغذائيـة الـى معظم مناطق المسلمين في ربوع الفلبيـن •

مشروع اضاحـي ، يتمثـل بتوزيـع الاضاحـي الـى معظم مناطـق المسلمين فـي الفلبيـن •

عمليات اغاثيـة اثناء الكوارث مثل الزلازل ، و انفجار البراكيـن و غيـرهـا من الكـوارث الطبيعيــة و الكوارث البشـرية ، و يتمثل بتوزيع المواد الغذائية الـى هـذه المناطـق •

عن سهل بن سعد رضي الله عنه قال :
قال رسول الله صلى الله عليـه وسلم : « أنا وكافل اليتيم في الجنـة هكذا » وأشار بالسبابة والوسطى وفرّج بينهما • رواه البخاري • و « كافل اليتيم » القائم بأموره •

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008444

# ASSISTANCE TO MOSQUES

# المساعدات للمساجد

Believing in the importance of mosques in building a Muslim generation and protecting their faith, the IIRO join hands in building some and renovating others in areas where they are needed. The IIRO renovated CAMPO-MUSLIM Mosque, Zambaonga city; ISLAMIC CENTER, Manila; SANGA-SANGA, Tawi-Tawi and many more. Furthermore, IIRO built some other mosques smaller in size like in Tawi-Tawi, Jolo, Zambaonga, Cotabato and many more. Aside from that, the IIRO concern is to assign the suitable Imam and Islamic missionary in each mosque to obtain its main objective to establish a knowledge based Islamic Halaqat.

ايمانا بدور المساجد و اهميتها في بناء الجيل المسلم المحافظ على عقيدته ، تقوم هيئة الاغاثة الاسلامية العالمية بالمساهمة ببناء المساجد في الاماكن التي تتطلب وجود مسجد فيها .

فقامت ببناء مساجد صغيرة في كل من تاوى تاوى ، هولو ، زمبوانجفا ، كوتاباتو و غيرها .

كما وتساهم الهيئة بترميم المساجد التي تحتاج لذلك . فقد قامت بترميم مسجد كامبو مسلم في مدينة زمبوانجفا و مسجد المركز الاسلامي في العاصمة مانيلا ، ومسجد سانجا سانجا في تاوى تاوى و بعض المساجد الاخرى .

وبالاضافة ،تهتم الهيئة بتعيين الامام و الداعية المناسب في كل مسجد في ان يكون مركزا للحلقات الاسلامية و التربوية .

قال تعالى :
إِنَّمَا يَعْمُرُ مَسَٰجِدَ ٱللَّهِ مَنْ ءَامَنَ بِٱللَّهِ وَٱلْيَوْمِ ٱلْأَخِرِ وَأَقَامَ ٱلصَّلَوٰةَ وَءَاتَى ٱلزَّكَوٰةَ وَلَمْ يَخْشَ إِلَّا ٱللَّهَ فَعَسَىٰ أُوْلَٰٓئِكَ أَن يَكُونُوا۟ مِنَ ٱلْمُهْتَدِينَ ﴿١٨﴾

10

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008445

# OTHER HUMANITARIAN SERVICES

The Philippines is considered to be one of the countries that suffers many natural disasters. Thus, the International Islamic Relief Organization has been an active part in helping disasters' victims. The Office has extended its functions to help the earthquake victims at the North when the region was struck on July 17, 1990. Also, it had helped the victims having been miserably affected by the unexpected eruption of Pinatubo Volcano as well as other victims of typhoons and hurricanes that used to strike the southern areas from time to time. It likewise helped in the excavation of water deep wells in areas that lack adequate water supply.

Corollary to the above, special fund was set up to share the Muslims the happiness and joy of both Eid celebrations by distributing goats and Iftar Sa'im to Muslims in different areas.



خدمات انسانية
اخـــــــرى

الاغاثـة الـعاجلـة والمساعدات
الـعينيّــة :

تعتبر الفلبيــن مـن المناطــق التى تكثر فيها الكوارث الطبيعية ولهـذا فان هيئة الاغاثـــة الاسـلامية الـعالميـة شاركــت بدور حيوى فـي المساهمــــة بمسـاعدة ضحايـا تلك الكـوارث مـن المسلمين .

فقـد سـاهمت الهيئة بمساعدة المسـلمين فـي الزلزال الـــذى ضرب منطقـة الشمال ، كـــذلك المسلمين المتضرريـن بســـبب البركان الذى انفجر في منطقـة بناتوبو والذى تمّ ترحيل بـعضهم الى جزيـرة منداناو او الاماكـــن الآمنة .

كما وتقوم الهيئة بمساعـدة متضررى الاعاصيـر التى تضــرب اماكـن الجنوب بين الفينة والاخرى.

بالاضافـة الى حملات الاغاثـــة الـعاجلـــة ، تقـوم الهيئة بحفـر آبار المياه فـي المناطق التـــى لا يتوفـر فيها ميـاه عـــذب كما وتشـارك فرحـة المســـلمين بأعيادهــم فتقـوم بتوزيـــــع الاضاحـي وافطـار صائم علـــي المســـلمين .



مساعدات البـركـان –

مساعدات البركان بالتعاون مع سفارة خادم الحرمين الشريفين

نموذج من مشروع حفـر الابار

مشـروع الافـاحـي –

مشروع افطار صائم –

مساعدات خلال كارثة الزلزال

11

# EDUCATIONAL SERVICES

The IIRO has adopted an educational program in the Philippines by creating the Education Division to uplift man spiritually, morally, physically, socially and economically.

To obtain the envisioned goals, the IIRO, thru this division, has sponsored several conferences for the improvement of the educational system in different Muslim areas. The division has several programs such as:

EDUCATION REFORM: Series of seminars and conferences were organized to integrate "madaris" syllabi into the public school system of education. Both international and national scholars/experts were invited to lecture on the new approaches and methodologies, including its legality and constitutionality toward education reform.

These conferences have finalized a plan for an educational reform, particularly the writing of textbooks and teacher's trainings, focusing mainly on Islamic,scientific, and educational. The plan includes a total educational program which is being carried out successfully, Praise be to Allah (SWT).

الرعايـــة
التعليمية

الرعايـة التعليمية

قامت هيئة الاغاثة الاســـلامية العالمية بتبنى برنامج التعليم نظرا للحاجة الماسة التى نزلت بمسـلمى هذه البلــدة .

فأنشـات قسم الرعايـة التعليمية التى رأت من خلالـه ان تقوم بتطويـر الانسـان ايمانيا وجسميا واجتماعيـا واقتصاديا . ولتحقيق الاهـــداف المذكورة قامت الهيئة من خــلال هذا القسـم بعقد العديد مـــــن المؤتمـرات والاجتماعات التى تعمـل على اسلمة المناهج التعليمية فـى مناطـق المسلمين المختلفــة .

وللقسـم العديـد من البرنامـج الطيبة منهـا :

١ = الاصلاح التعليمي :

العديـد من الاجتماعــــات والمؤتمـرات عقدت من أجل اسلمة المناهـج التعليميـة فـى المـدارس والمعاهد العامة . وشارك فيهــا العديد من العلماء والخبـــــراء المحليين والعالميين وذلك لتوضيـح المنهـج الجديـد المقترح من قبـل الهيئة الذى يسـاهم فى الاصــلاح التعليمى على المستويين القانونـــى والشرعى والتربوى ، كما وضعت خطة لاعادة تنظيم التعليـم الاسـلامى فـى الفلبين شـملت اسـلمت وتطويـــر المناهـج وتأليف المقررات الدراسيـة وتدريب المعلمين ورفـع مســـــتواهم الاسلامي والعلمي والتربوي .

كما شـملت وضع سياسة تعليمية متكاملـة والعمل بسير بخطى طيبـة لتنفيـذ تلك الخطة والحمـد لله .

12



جامعة المخدوم ـ قسم الاولاد

من اجتماعات مشروع اعادة تنظيم التعليـم .

من نشاطات الدعاة

من خريجات جامعة المخدوم



طلبة المنح في زامبوانجـا

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008447

## ADMINISTRATION OF AL-MAKHDUM UNIVERSITY:

Al-Makhdum University is one of the rare Universities in Southern Philippines. It was constructed by the Mindanao Islamic Foundation in Zamboanga City and later, the IIRO assumed ownership and sole administration thereof on.

Under the IIRO, the leadership and management thereon is continuously improving. It has built an exclusive building for the female students located in the heart city of Zamboanga for the sole purpose of separating the female from male students. The female Muslim students therein are very proud of their Hijab (Islamic attire for girls).

It has also established a laboratory and a library for the daily inquiries and experimentation of both students and researchers.

The University's administration conducts several lectures, meetings and picnics to strengthen the faith of students and widen their knowledge.

SCHOLARSHIP PROGRAM: The scholarship program was established to extend more avenues of educational opportunities for the deserving Muslim-students. It also maintained its representatives in different strategic areas to supervise the students for the maximum observance of the Islamic way of life. Finally, the grantees-students are observing daily prayer.

PREACHERS (DU'AH): The IIRO has also maintained a number of preachers assigned to different fields, such as "Aquida", "Fiqh", "Hadith", Qur'an, and the like to spread out the good message of the creation. So the followers of Islam will become more aware of the Islamic way of life.

OTHER ACTIVITIES: Ma'ahad Manila Al-Islami is likewise under the sole administration of IIRO. This Arabic Institution consists of four major divisions which are the Kindergarten, Primary, Elementary, and High School. It is also observing the syllabi of the Islamic University in Madina, and finally, it has been planned to be and Arabic-English Institution in the future. It observes regular classes from Monday thru Friday.



13

٢ = ادارة جامعة المخدوم الاسلامية :-

تعتبر جامعة المخدوم واحدة من اندر الجامعات فى جنوب الفلبين بعد أن قامت هيئة الاغاثة بتوقيع عقد على ادارة الجامعة وملكيتها ،تنعـــــم ادارة الجامعة الان بعد تسلم الهيئة لها بالعديد من الامتيازات والاصلاحات ، حيث تم بناء مبنى خاص للبنات فى قلب مدينة زامبوانجا ،مماسهل وعمل على حل مشكلة الاختلاط والتى كانت سائدة فــى المدينة •

وتشعر الفتاة المسلمة فى زامبوانجا بسعادة غامرة واعتزاز بحجابها الاسلامى الذى يميزها عن غيرها من بنات جنسها • بالاضافة لذلك أست اقسام خاصة من مكتبات ومختبرات لتطوير الناحية العلمية والعملية للطالب المسلم •وكما تقوم ادارة الجامعة باقامة العديد من المحاضرات والاجتماعات والرحلات العلمية الهادفة التى تقوى الوازع الاسلامى لدى الطلبة ويزيد مـــن كفاءاتهم التعليمية •

٣ = المنح الطلابية : -

قامت الهيئة بتبنى هذاالبرنامج الذى يقوم بتبنى العديد من ابناء المسلمين ويوفر لهم فرص اكبـــر للدراسة وتكوين الكوادر العلمية وقد وضع برنامجا تربويا لهؤلاء الطلبة يشرف عليه مندوبينا فــى المناطق ولقد حققت ثمار ملحوظة فى تمسك الطلبة بكثير من الاخلاق الاسلامية والالتزام بحدود الشرع ،والحمد لله رب العالمين •

٤=الدعاة : -

على الصعيد الاخر نقوم بالاشراف على العديد مــن الدعاة العاملين والموزعين على مناطق المسلمين ،حيث يقوم كل داعية من دعاتنا بمقام امام وخطيب وداعيـــة ويقومون باعطاء دروس دورية فى العقيدة القرآن والحديث والفقه وذلك للعودة بالمسلمين الى القدوة الاول نبينامحمد عليه الصلاة والسلام حسب منهج موضوع •

٥ = نشاطات اخرى :

تم توقيع عقد ملكية ادارة للمعهد الوحيد فــى مانيلا المسمى بمعهدمانيلا الاسلامى وذلك مـــن اجل رفع مستوى الطلبة المسلمين فى العاصمة مانيلا وتنقسم مراحل المعهدالى اربعة مراحل من رياض الاطفال والابتدائى والمتوسط والثانوى ،وهم يتبعون فى مناهجهم المنهج المعتمد مــن قبل الجامعة الاسلامية فى المدينة المنورة ويخطط لان ــ يكون المعهد مستقبلا فى اللغة الانكلزية ايضا، وتكون ايام الدراسة من يوم الاثنين حتى يوم الجمعة •والله الموفق •

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008448

# HEALTH SERVICES

الرعايــة الصحيــة

## Variety of contagious diseases spreads strategically in the Philippines, particularly in the southern area, where Muslims reside. The main reasons are poverty, environmental carelessness, and ignorance. Realizing the importance of general health care, the IIRO offered health and educational services to the following:

1. Al-Makhdum Islamic Clinic : located in the heart of Zamboanga City where the majority of the population are Muslims. It offers free medical check-up and medication to Al-Makhdum students, the orphans at Darul Imam Al-Shafi'e, and the Muslim community with no cost.

2. Taibah Islamic Clinic : located in Cotabato City. It offers free medical check-up and medication for the Muslim populace in the city and its neighboring towns. It also services the orphans of Dar Jaher bin Abdullah (PBUH).

3. Laboratories : Contagious diseases that are widespread throughout the Philippines requires costly labo-



الرعايـــة الصحيـــة :

تنتشر الامراض الساريــة والمعدية المختلفة في الفابيين بشكل عام وبمناطق الجنوب بشكل خاص حيث تتواجــد الاغلبية المسلمة ، ومن الاسباب الاساسية لهذه الامراض الفقـر وعدم العناية بالبيئة المحيطة، وقلة الثقافة العامة .

انطلاقا من أهمية العنايـة بالصحة العامة ، فقـد قامت الهيئة بتقديم الخدمات الصحية والثقافية التاليـة :

١- عيادة المخدوم الاسلاميــة تقع هذه العيادة في مدينــة زامبوانجــا التي يسكنها غالبية مسلمة . حيث تقوم الهيئـة بتقديم الكشف المجاني و الدواء المجاني . كما وتشمل هذه العنايـة الصحية لطلبة جامعة المخــدوم الاسلامية وايتام دار الامـــام الشافعي وكافة موظفي الهيئة .

٢- عيادة طيبة الاسلامية: تقع في مدينة كوتباتو، وتوفــر الخدمات الطبيـــة للمجتمعات المسلمة في المدينة و الاماكــن المجاورة ، وكذلك تقوم بالعنايـة بايتام دار جابر بن عبد الله رضي الله عنه ، بالاضافة الى ما توفره من دواء للمحتاجين .



عيادة طيبة الاسلامية

حملة طب اسنان في كوتاباتو

مختبر عيادة طيبـة

عيادة المخدوم الاسلاميـة

14

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008449

ratory tests, which most Muslims can not afford. Thus, the IIRO established and equipped laboratories for urinalysis, fecalysis, blood test, pregnancy test, and the like. Two laboratories were opened in Zamboanga City as an extension of Al Makhdoom Islamic Clinic and Taibah Islamic Clinic. Minimal fees are, however, charged for extreme medical cases.

4. Floating Clinic : The dispersed location of the islands within the archipelago makes communication extremely difficult. Thus, IIRO ordered the construction of a floating clinic that travels back and forth from Tawi-Tawi to Jolo where most of the populace are Muslims.

5. Drug Stores : Expensive medicines are often unaffordable for most Muslims. In response to this need, the IIRO opened two pharmacies in the cities of Zamboanga and Cotabato. Operations are expected to start in the near future. The pharmacies will acquire 0% profit from poor families and 5-7% for those who can afford.

6. Dental Missions : Arab dentists who graduated from the Philippines have organized missionary trips to check and give necessary dental treatments. Dental problems are common among Muslims.

7. Primary Health Care : A medical team from the Kingdom of Saudi Arabia, consisting of Dr. Zuhir Al Suba'e, Dr. Hassan Bella, and Dr. Marwan Bacraman visited the Muslim areas in the Philippines. They proposed the launching of a Primary Health Care program that considers a clinic not only for curative purposes but also for preventive and promotion measures to enhance the social and economical development of the Muslim society. The implementation of this program is under study.

٣- المختبرات : نتيجة لكثرة الامراض السارية و المعدية في الفلبين و التي تحتاج الى مختبرات للتحاليل الطبية و كذلك ارتفاع تكلفة المختبرات بشكل لايمكّن المسلمين من متابعة امراضهم والعناية بها ، فقد تبنت الهيئة مشروع فتح المختبرات ، حيث جُهّزت بالمعـــدات و الادوات الطبيّة اللازمة للقيام بالتحاليل الاساسية مـــن فحص بول و براز و دم و فحوص للحوامل و غيرها ، وقـــد قامت بفتح مختبرين احداهما في مدينة زمبوانجغا و الآخـر في مدينة كوتاباتو ، و لاستمرارية المشروع يطلب مـــن المريض دفع اجرة تكلفة التحليل الا في الحـــالات المعدومة •

٤ - العيادة المائية : بما ان الفلبين تتشكل من جــزر وبالاخص في منطقة المسلمين ( منداناو ) و التي يصعــب وصول انخدمات الطبية لها ، فقد قامت الهيئة بتبني مشروع انشاء قارب كعيادة مائية متنقلة بين جزيرتي تاوى تـاوى و هولو و التي يقطنها اغلبية مسلمة ، و العمل بانشاء القارب تحت التنفيـــذ •

٥ - صيدليات : من الملحوظ ارتفاع اسعار الادوية بشكــل واضح و عدم تمكن الفقراء و هم الطبقة الاغلبيــة مـن المسلمين من شراء الدواء لمعالجة امراضهم ، فقد تبنــت الهيئة فتح صيدلية واحدة في مدينة زمبوانجغا و الاخرى في مدينة كوتاباتو ، و سوف يبدأ العمل بهما في فترة و جيزة ان شاء الله ، و سيكون الدواء بسعر التكلفة للعوائل الفقيرة امّا العوائل الميسورة فستكون نسبة الزيادة على سعر التكلفة ضئيلة ( ٥ - ٧ ٪ ) •

٦ - حملات طب الاسنان : يقوم اطبّاء من طلبة العــرب الذين تخرجوا من الفلبين للقيام بجولات تنظيف و معالجة اسنان المسلمين مع العلم ان امراض الاسنان في الفلبين منتشرة بشكل ملحوظ •

٧ - الرعاية الصحية الاولية : قام فريق طبّي من المملكــة العربية السعودية مكوّن من سعادة الدكتور زهير السباعــي والدكتور حسن بله و الدكتور مروان باكرمان بزيارة لاماكــن المسلمين في الفلبين ، و قد طرحوا فكرة تبني مشـــروع الرعاية الصحية الاولية والذى يعتبر العيادات الطبية ليست لمعالجة الامراض فقط ، بل مركزا للوقاية من الامراض للارتقاء بالوضع الاجتماعي و الاقتصادى و الصحــي للمجتمعات الاسلامية ، و بُدء فعليّا بتطبيق هذا المشروع •



15

CONFIDENTIAL:  This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008450





تودع التبرعات في حسابات الهيئة (الجارية) التالية، في شركة الراجحي المصرفية للاستثمار:

حـ/ سنابل الخير ١٦١-٤٦٠٠       حـ/ الزكاة ١٦١-٤٦٤٠       حـ/ الأيتام ١٦١-٤٦٦٠

حـ/ تبرعات عامة وصدقات ١٦١-٤٦٥٠       حـ/ المهاجرين واللاجئين ١٦١-٤٦٧٠

ص.ب ١٢٨٥ جدة ٢١٤٣١-ت: ٦٥١٥٤١١-فاكس: ٦٥١٨٤٩١-تلكس: ٦٠٦٧٥٤ إغاثة إس.جي

16

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008451



# IIRO - INT'L ISLAMIC RELIEF ORG'N
## DISTRIBUTION OF HALQATUL QUR'AN

- ZAMBOANGA (12.1%)
- BASILAN (7.3%)
- COTABATO (9.7%)
- TAWI-TAWI (8.3%)
- DAVAO (7.3%)
- JOLO (7.3%)
- G. SANTOS (5.8%)
- PALAWAN (2.9%)
- MALABANG (4.4%)
- MATI (2.9%)
- PAGADIAN (4.9%)
- (8.7%) MANILA
- LANAO (MARAWI) (18.4%)



# IIRO - INT'L ISLAMIC RELIEF ORG'N

## DISTRIBUTION OF SCHOLARS

- Jolo (2.8%)
- Cebu (1.4%)
- Cotabato (6.9%)
- Zamboanga (14.5%)
- Cotabato - Hi school (6.9%)
- Tawi-Tawi (2.1%)
- Davao (1.4%)
- Ozamis (11.0%)
- Marawi (13.8%)
- Iloilo (0.7%)
- Pagadian (0.7%)
- (37.9%) MANILA

تودع التبرعات في حسابات الهيئة (الجارية) التالية ، في شركة الراجحي المصرفية للاستثمار:
حـ/ سنابل الخير ١٦١-٤٦٠٠      حـ/ الزكاة ١٦١-٤٦٤٠      حـ/ الأيتام ١٦١-٤٦٦٠
حـ/ تبرعات عامة وصدقات ١٦١-٤٦٥٠      حـ/ المهاجرين واللاجئين ١٦١-٤٦٧٠
ص . ب ١٢٨٥ جدة ٢١٤٣١ ـ ت: ١١٥٤١٥٦ ـ فاكس: ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس . جي

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

MWL 008452



خارطة الفلبين موضح عليها مواقع
المشاريع الحالية للهيئة

# PHILIPPINE MAP SHOWING THE LOCATIONS
## OF SOME OF THE IIRO EXISTING PROJECTS

ADDRESS:

UNIT 201 & 101 HEART TOWER BLDG.
VALERO ST., SALCEDO VILLAGE, MAKATI
METRO MANILA, PHILIPPINES    TEL. & FAX 87-25-76
TEL.: 8191652

عنوان هيئة الاغاثة الاسلامية
العالمية ـ في الفلبيـــن .

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (RCC), United
States District Court for the Southern District of New York.

MWL 008453