# EXHIBIT 50

IIRO- INDONESIA
REVIEW REPORT
PERIOD FROM 1ST MAY 2005 TO 31ST JULY 2006.

Prepared by:

M. Said & Co.
Chartered Certified Accountants
349 c High Road
London N22 8JA
020 8888 0650

IIRO 004057

INDEX

| | |
|---|---|
| 1: INFORMATION | 1 |
| 2:INTRODUCTION   AND DISCLAIMER | 2 |
| 3:INDONESIA BRANCH | 3 |
| 4:BRANCH ACTIVITIES | 4 |
| 5:BOOKS AND RECORDS | 5 |
| 6: EMPLOYEES | 6 |
| 7:DA-IYA | 7 |
| 9:CONTROL AND SUPERVISION | 8&9 |
| 10:ASSETS | 10 |
| 11: CONCLUSION | 11 |

IIRO O04058

## INFORMATION

### INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

HEAD OFFICE
PO Box 14843
Jeddah
Saudi Arabia

INDONESIAN OFFICE
Jl Raya Cipinang Jaya No.90.
Jakarta –Timur
Tel: (021) 85911 532
Fax :(021) 859 11025


EXTERNAL ACCOUNTANT AND AUDITORS
MUCHARAM & AMRON
Registered Public Accountants
J l Tanah Merdeka Kav.Rambutan
Block E
No. 124-125-Ciracas-Jakarta 12830
Tel : (021) 841 1395
Fax: (021) 841 1395

BANKERS:
Bank Mandiri
Gedung Bumi Dayn Plaza
J I .Imam Banjol No.61
Jakarta Pusat

Bank IFI
Jedung Bapindo Plaza
J I Sudirman  Kcv.54
Jakarta  Selatan


INDEPENDENT EXAMINER:
M. Said & Co.
Chartered Certified Accountants
349 c High Road
London N22 8JA

++44 (0)20 8888 0650
++44(0) 20 8888 3535

IIRO 004059

**INTRODUCTION:**

My name is Mahmud Said. I am a Fellow of the Association of Chartered Certified Accountants and a member of the Institute of Chartered Management Accountants both of which Accountancy bodies are based in the UK.

I have worked for a number of accountancy firms in London and amassed a wealth of experience in the fields of accountancy and audit over a period exceeding twenty five years and currently run my general accountancy practice as a Chartered Certified Accountant.

I understand that charges been leveled against IIRO Indonesia that it is an organization which supports and finances extremist organizations.

IIROSA have asked me to review their Indonesian Branch accounting books and records for the period from May 2005 to 31ˢᵗ July 2006 and to report whether there are any suspicious transactions supporting the above allegations.

This review does not include the preparation of Annual Financial Statements nor auditing them and is not as comprehensive in its scope as a normal audit.


**DISCLAIMER:**

This Report was prepared for the sole use of IIROSA and should be used only in its entirety and no part should be used separately. No other party should use this report without the written permission of the author.

M. Said & Co. will not accept any responsibility whatsoever for any loss financial or otherwise incurred as a result of reliance on this report.

2

IIRO 004060

## INDONESIA BRANCH

International Islamic Relief Organization –Indonesia adopt the same objectives as the Head Office.

- IIRO Indonesia Branch was established in 1992 to extend the hand of help to Muslims but not to the exclusions of non –Muslims.
- Among its activities are the sponsorship of orphans, well digging, masjid building as well as health, education and emergency relief programs.
- In 2002 a Memorandum of Understanding between the Ministry of Religious Affairs in Indonesia and IIRO  was signed to promote cooperation in the fields of education, social and religious activities.(see appendix).
- All activities in Indonesia are financed by grants from the Head –Office.
- No fund raising is conducted by Indonesia branch.
- IIRO works closely with the Indonesian government represented by the Ministry of Religious Affairs and have regular meetings with its representatives to ensure the smooth running of the Activities of the organization.

-IIRO supports a large number of local charities in Indonesia whose objectives are similar to those of IIRO. Among these organizations are the following:

1: Dar Al Arfan
2: Al Ikwaniya.
3: Al Najah Al Aslamiyah.
4: Nour Al Hakim
5: Dar Al Rahme.
6: Rawdet Al Ouloom
7: Nisaa Al Irshad.
8: Al Irshad Al Islami.
9:Al Nour Al Islami.
10: Al Taifa Al Mansoura
11:Al Huda Al Islamiya
12:Al Dawa Al Islamiya
13:Al Safwa Al Islamiya
14:Al Wahda Al Islamiya
15:Nidaa Al Fitra

3

IIRO 004061

## BRANCH ACTIVITIES

I have reviewed the Annual Financial Statements for the year ended 30th June 2006 , which have been audited in accordance with the local accounting standards by a local firm of registered public accountants Messrs Mucharam & Amron., and have extracted the following table :

| ACTIVITY | PERCENTAGE OF TOTAL FUNDS EXPENDED |
|---|---|
| -Engineering Projects: Mosque building and well digging | 59% |
| -Social Care : Sponsoring orphans | 9.6% |
| -Human Programs      :Ramadan Breakfast and                              Eid sacrifices. | 6.4% |
| -Educational Programs: Arabic and Qur'an teaching | 4.18% |
| - Emergency Relief  : Providing help for  victims of    floods,  volcanoes ,earthquakes and Tsunami. | 11.20% |
| - Administration | 9.62% |
| | 100% |

The table shows the importance IIRO- Indonesia places over the provision of humanitarian assistance to the needy in Indonesia.

**We have seen letters of praise and appreciation of the work of IIRO Indonesia by both the Minister of Religious Affairs and the Head of Shura Parliament.**

4

IIRO 004062

## BOOKS AND RECORDS

The following books are kept manually. Records are kept in Arabic and all writing is in ink. Currencies used are Saudi Riyal , US Dollar and Indonesian Rupiah. The books satisfy the host country's requirement for record keeping and are adequate for the purpose of preparing Annual Financials Statements:

1: Cash Book: The cash book records all bank payments and receipts. Four bank accounts were held during the period. One US$ account and one Indonesian Rupiah account were held at each the Mandiri Bank and the IFI bank i.e a total of four bank accounts.

2: Nominal ledger: where payments and deposits were posted for the purpose of preparation of the annual accounts.

There were no purchase ledger (accounts payable) nor accounts receivable .

No petty cash book was kept and we found no material petty cash payments during the period.

All invoices were filed in order of payment and were also kept in files for the different cost centres.

Our checks of transactions were designed to see if payments were:

1: Properly authorized by the Head Office and Branch Manager.
2:Supported by proper invoices.
3: Supported by signature of recipient.
4:Properly analysed in the books and posted to the correct expense centre.

**Results of these tests were satisfactory.**

In addition we made visits to mosques in Jakarta picked randomly. The sample was small as there were practical limitations imposed by time and geographical constraints.

**Results of these tests were satisfactory.**
**Conclusion: all payments checked were properly authorised and were expended on charitable activities.**

We also checked deposits in all four bank accounts and had to make a visit to Jeddah in Saudi Arabia to establish the source of cash deposits and to reconcile them with payments made by the Head Office.

We checked a sample Head Office payments made to IIRO Indonesia .All payments checked were properly supported by legitimate expenses of the branch and were all received by the branch except one payment of SR 3,703,282 ( US$ 987,541 **) which was frozen by the Saudi Hollandi bank and remains frozen up-to to-days date.

** Translated at the rate of exchange ruling on the date of the Report.

5

IIRO 004063

## EMPLOYEES

There are currently ten employees hired by IIRO in addition to the manager Mr Fahd Al Harby.

The decision to hire and fire employees is made by the Head –Office in Jeddah.
Similarly employee remuneration package is determined by the Head –Office. The manager plays an advisory role to the Head –Office, in matters relating to promotion, discipline, and determining staff salary level.

A file is maintained for each employee, which includes the following permanent information:
1: Job application form.
2: CV.
3: Employment contract.
4: Copy of ID.
5: Academic qualifications.
6: Experience certificate.
7: References.
8: Declaration by employee that he does not belong to a political party.
9: Confirmation by employee that he read IIRO rules.
10: No criminal record certificate.
All employees have Indonesian nationality except the manager and accountant who have Saudi and Egyptian nationalities respectively.


Below is a list of current employees together with their job title and salary:

|  | Job Title | Salary |
| --- | --- | --- |
| Mr Fahd A Harby | Manager | |
| Mr Yasser Mohamed Anwar Rabie | Accountant | 3000 SR |
| Mr Faiz Wardy | Secretary | 800 SR |
| Hamdoun Muhsin Ben Abdel Rahman | Secretary | 1200 SR |
| Hamdoun Sharif Hidayet | Clerk –Social care | 800 SR |
| Aidarous Rafik | Supervisor - Social care | 1200 SR |
| Kuswanto Abdul Rahman | Supervisor-Engineering | 750,000 I Rupiah |
| Fahmi Abu Bakr Bin Sinker | Clerk – Engineering | 800 SR |
| Munawar Hayan Bin Marcos | Porter | 400 SR |
| Muhsin Ali Al Bahri | Driver | 350 SR |

Wages are paid monthly and a receipt signed by the employee is kept.
**Results: Satisfactory.**
**Conclusion: There was an effective procedure for screening and supervising employees.**

6

IIRO 004064

**DA-IYA ( PREACHERS):**
We found 117 files for Da-iya. These include files of those who worked as Da-iya since activities in Indonesia started.

**Services of all Da-iyas have been dispensed with recently, except the service of Dr Salah Eldin Al Nadawi, because of delays in getting salaries remitted from the Head Office resulting from restrictions imposed on transfers by the Head Office.**

Each Daiya file contains the following documents:
1: Job Application.
2: Passport size photograph.
3: Copy of ID.
4: Academic qualifications.
5: Experience certificates
6: References .
7: Contract of cooperation with IIRO.
8: Declaration that employee does not belong to a political party.
9: Signed declaration of adhering to terms of resolution No. 25/5 on 28-2-1425 H. Preventing dealing with terrorism.

---

7

IIRO 004065

**CONTROL AND SUPERVISION:**

The Head Office imposes the following controls in respect of Masjid building and Well digging:
1: Requests for masjid building and well digging are checked by branch committee.
2: An initial visit is made by branch engineer to assess the viability of the request.
3: A list is prepared and sent to Head Office.
4: Head office makes further checks and invite donors to make donation.
5: Funds are sent to branch in three instalments.
6: Branch acknowledges receipt.
7: Branch makes allocation to relevant masjids after deducting administration fee.
8:Costs of masjids are already fixed in accordance with local economy thus ensuring contractor does not get more than a reasonable fee.
9: For each area normally one contractor is used.
10: Payments are made to contractors in three stages and the final payment s made only after project is complete.
11: Each receipt of funds whether by cheque or by bank transfer is aknowledged by the recipient contractor.
12: Photos showing the project at different stages and on completion are sent to the Head office.
13: At various stages of the project , the engineer make frequent visits to the project.
14: Head office informs donors of completion of project and issue a report about it for their information.

**And the following controls over orphan funds:**

1: All applications have orphans photo ,orphan's birth certificate ,father's birth and death certificates, as well as a reference from area registrar or equivalent. A copy of the file is sent to Head Office.
2:Orphan and guardian are interviewed personally by branch or institute official,
3: Branch manager scrutinizes list of orphans to ensure their details are correct and to notify any changes.
4. Remittance from Head Office is acknowledged by manager in writing .
5: At least three officials supervise the handing of donations to orphans.
6: Orphans sign or thumb print acknowledging receipt.
7: Committee in " 5 above" as well as accountant and manager sign "Handing grants report".
8: Orphans are paid within six weeks from the date of receipt of remittance.
9: Completion of orphans conditions report in within six weeks from the date of receiving the remittance.
10: Preparing a report of orphans not receiving their allowance giving total and explaining reasons for non-payment.
11: Orphans monies not handed out are not spent on any other category without written confirmation from the Head Office .
12: The process of handing grants to orphans is video-taped with date, place of handing as well as flag of the Kingdom of Saudi Arabia and the Logo of IIRO appear in the video.

8

IIRO 004066

**Other controls imposed by the Head Office:**
1) Monthly bank reconciliation together with bank statements are sent on a monthly basis to the Head Office.
2) Monthly Trial Balance is sent to Head Office showing incoming and outgoing resources..
3) All payments are supported by invoices/payment vouchers signed by at least the accountant and the manager.
4) All payments are supported by a receipt signed by the recipient.
5) Surprise visits by officials from Head-Office.
7) No employee or da-iya service is hired without prior approval by Head – Office.
6) Contractors have to be approved by Head Office.
8) Cheques to be signed by two signatories.
9) All cheques to be photocopied and filed .
10) Where cheques are sent by post , registered post is used and a note of the date and reference number are kept.
11) Cheque books are kept in the safe.
12) No bank account is opened without Head Office approval.

**Results of tests of controls were satisfactory.**
**Conclusion: There was adequate control by the Head Office over IIRO-Indonesia.**

9

IIRO 004067

**ASSETS:**

Cash and bank balances represent 97.1% of total assets in the Balance Sheet as at 30th June 2006 audited by Messrs Mucharam & Amron. We have not sought confirmation of these balances with banks as our task was not to verify assets and liabilities.

The only fixed assets owned by the branch are two motor vehicles and offices fixtures and fittings. The net book value of these at 30th June 2006 were 2.90% of the total assets.

We have not conducted any tests to verify ownership nor disclosure in the accounts.

10

IIRO 004068

REVIEW REPORT BY THE INDEPENDENT EXAMINER TO IIRO-INDONESIA
TO THE BOARD OF TRUSTEES -IIROSA

In accordance with your instructions we have reviewed the records of IIRO-Indonesia
for the period from 1st May 2005 to 31st July 2006.

Our work involved sample testing of transactions and controls as well as making
inquiries of management responsible for the financial records.

In our opinion the Head Office had adequate supervision over Indonesia branch, its
employees and its activities and that funds of IIRO Indonesia were properly applied to
Masjid building, well digging, orphan support and other charitable activities as well as
financing administration costs of running the charity.

During our examination of remittances by the Head Office to Indonesia we came across
the unusual practice of payments issued by the Head Office in the name of the manager
of IIRO Indonesia who cashed the payments in Saudi Arabia and banked them in IIRO's
Indonesian bank accounts.

One such payment of SR 3,703,282 ( US$ 987,541) did not reach the branch in Indonesia as
it was frozen by the bank in Saudi Arabia where the account of IIRO Indonesia manager
is held.

**The scope of our report covers only remittances which were banked in IIRO's
Indonesian bank accounts as we are uncertain as to the completeness of all the
payments issued by the Head Office to IIRO –Indonesia.**

**In our opinion, subject to the above, all remittances received from the Head Office
and banked in IIRO's Indonesian bank accounts were properly applied to
charitable activities and we found no evidence to support the accusation that IIRO
Indonesia supported extremist organizations or International Terrorism.**

Signed:

M. Said & Co.
**Chartered Certified Accountants**
**349 c High Road**
**London N22 8JA**

**Date:** 14 . 03 _ 2008

End of Report.

11

IIRO 004069