# EXHIBIT 51

| MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Office of the Secretary General** | [Logo] | MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**IN THE SAUDI ARABIA** |
|---|---|---|

Ref: <u>1729</u>                                        Subject: _____

Date: <u>27/11/1419 AH</u>                        : _____

## Circular
## For the Directors of Offices Abroad

IIRO's secretary general offers his best greetings to the brother directors of offices abroad and wishes to remind [you] of the protocols, instructions, regulations and rules that must be observed by the director of IIRO's office abroad, the office's affiliates, and the IIRO-affiliated programs and projects.

I hope you will review and circulate these regulations to each individual affiliated with IIRO and have them sign [declaring that] they will work and abide by [these regulations] effective immediately, [then] inform us of what happens:

1- The secretary general is the direct authority for the director of the office abroad.

2- Complete adherence the financial and administrative protocols, as well as the regulations issued by the secretariat general. [This is in addition to sending] a written report on the protocols and regulations enforced in the host country that do not comply with the protocols enforced at IIRO and waiting for the written instructions in this regard.

3- Refraining from leaving the office for a domestic or international trip without prior written approval from IIRO's secretary general.

4- Refraining from interfering with the host country's internal affairs, favoring any group, giving any statements, or spreading information via media portals.

5- Establishing tight relations with local foundations that are trusted [in terms of] the soundness of their founders' and members' beliefs and inclinations and the uprightness of their relief and humanitarian activities. [This is] in addition to [establishing relations] with related international organizations after receiving separate written approval from the secretariat general for each foundation or organization.

6- Refraining from committing to any promise, financial support, or assistance to anyone whomever.

7- Refraining from making any written or verbal recommendations to any organization, individual or foundation. Furthermore, on receiving written requests for aid, the office director must send it to the secretariat general, along with his recommendations, without giving a copy of it to the person presenting it.

8- Informing the secretariat general about the local and international donations the office receives and depositing them in the office's bank accounts, as well as obtaining the directive on what to do with [these donations].

9- Refraining from abdicating, renting, gifting or disposing of IIRO's fixed or movable property.

10- Refraining from the withdrawal of the office's money or balances for any reason whatsoever without obtaining prior written approval from IIRO's secretary general.

11- Refraining from borrowing IIRO money for himself or for any person inside or outside of the office for any reason from any item or balance.

*[Signature] 26/11/19*                                                                      1/5

IIRO 130281

| MUSLIM WORLD LEAGUE **INT'L ISLAMIC RELIEF ORG.** **THE KINGDOM OF SAUDI ARABIA** **Office of the Secretary General** | [Logo] | MUSLIM WORLD LEAGUE **INT'L ISLAMIC RELIEF ORG.** **IN THE SAUDI ARABIA** |
|---|---|---|

No.: _____      Subject: _____

Date: _____      : _____

12- Refraining from communicating with any entities outside of the country in which the office is located for any reason whatsoever without obtaining prior written approval from the secretariat general.

13- Refraining from welcoming any delegations or offering any facilitation to them without obtaining prior written approval from the secretariat general.

14- Paying attention to documenting the historical, scientific and communication aspects  of the office's activities, projects and programs.

15- Providing monthly reports on the performance of the office, programs and projects and their staff.

16-  Maintaining the arrival and departure record books for every employee in every office and all projects.

17- Adhering to Islamic appearance and character in both word and action and encouraging all of the employees working with him to observe this.

18- Focusing on the daily workflow of the office, programs, projects and those working in them thorough complete attention and care, which will improve his performance as well as that of all of the employees.

19- Focusing on and maintaining his and the employees' personal and collective safety, as well as the security of the documents, property, programs and projects.

20- Recommending the appointment, dismissal, or transfer of office, program and project staff without making a new position or adding one to the staffing structure that has been approved by the head office, by  sending the following documents when making employment requests:-

20-1- A copy of the educational qualifications.

20-2- A copy of his passport and verifying his religion.

20-3- A recommendation letter from an IIRO approved Islamic foundation.

20-4- A health fitness certificate issued by an officially certified medical facility.

20-5- The absence of any criminal ruling in matters involving moral turpitude or honesty.

20-6- Not belonging to any political entity, organization or party.

21- If an employee submits his resignation, it is to be sent to the secretariat general, along with all of the employee's information and the work he does. This is to be accompanied with the office's opinion on whether or not to accept his resignation.

22- Informing the secretariat general,  before anyone affiliated with the office  reaches the age of 60, at least six months in advance.

23- Establishing strong ties, as well as cooperation and coordination with the Saudi Embassy.

24- Preparing an annual work plan for the office and for the programs and projects.

*[Signature] 26/11/19*

2/5

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 130282

| MUSLIM WORLD LEAGUE | | MUSLIM WORLD LEAGUE |
|---|---|---|
| **INT'L ISLAMIC RELIEF ORG.** | [Logo] | **INT'L ISLAMIC RELIEF ORG.** |
| **THE KINGDOM OF SAUDI ARABIA** | | **IN THE SAUDI ARABIA** |
| **Office of the Secretary General** | | |

No.: _____

Date: _____

Subject: _____

: _____

25- Granting annual vacations to the employees after setting up a shift-covering schedule to avoid causing any work interruptions.

26- Refraining from opening any bank accounts without prior approval from the secretary general.

27- Refraining from entering into any investment or commercial projects.

28- Refraining from combining work at IIRO with employment in another position.

29- Refraining from requesting or accepting any donations, tips, gifts or personal fees from any party in his capacity as an employee.

30- Refraining from keeping the original or a copy of any official work-related documents for himself.

31- Submitting to the secretariat general's HR a copy of the passport annually.

32- Refraining from participating in any conference, course or activity without obtaining prior written approval from the secretary general and must prepare written report on the [conference, course or activity] approved to attend.

33- Preparing annual employee performance reports and sending them to the secretariat general.

34- Providing the secretariat general's HR with comprehensive data and up-to-date information on all of the employees at the start of each new year, especially in cases of resignation or appointment requests.

35- Preparing an annual statement at the end of each year that is signed by all of office employees and personnel confirming that they have received all of their salary entitlements.

36- Following up on requests for advancing any approvals, verbal or by phone, directive issued by IIRO's secretary general with a written order within one week.

37- The secretariat general is the only entity authorized to issue decisions on the appointment, transfer, deputation, termination of service, and annual vacation decisions for the office's affiliates and its related projects and programs.

38- Preparing the office's annual estimated budget for each program.

39- Refraining from making any contracts or agreements that entail financial or moral commitments from IIRO without prior written approval from the secretary general.

40- Refraining from making transfers from one item to the other and only disbursing funds on the purpose for which they were allocated.

41- Committing to repaying advances and loans transferred to the office or program in accordance to the rules and provisions of IIRO's financial protocol and the instructions and orders received from the secretariat general's financial department.

42- Making sure to refrain from making any disbursements from the revenues of the self-sufficient projects and programs without prior written approval from the secretary general after clarifying the disbursement's route and numbers.

*[Signature] 26/11/19*

3/5

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 130283

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Office of the Secretary General**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**IN THE SAUDI ARABIA**

No.: _____

Date: _____

Subject: _____

: _____

43- Committing to successive field visits for the programs and projects found outside of the office's location and inside the country of its location only in direct coordination with the departments and the secretariat general's department of offices. [This is to be done] after specifying the goal of the visit and its duration. A report on [the visit] is to be presented.

44- Providing IIRO affiliates officially dispatched to the office to perform a task or inspect the office's activity with all of the facilitations that would allow them to perform their task with ease.

45- Refraining from exposing work secrets or copying transactions or letters.

46- In cases of embezzlement and theft-God forbid:-

46-1- Inform the police station nearest to the office.

46-2-Prepare a report signed by the office's director and the chief financial officer specifying the amount of stolen or embezzled funds, as well as from which allocation or program [it was stolen], and the embezzler and his job description. The documents and bank statements proving the incident are to be attached.

46-3-Informing the secretariat general with a copy of the statement and a copy of the translated police report along with the original report signed by the office's director supported by the documents.

46-4- Following-up with the police station and informing the secretariat general of the latest results that it receives in relation to search and findings.

47- In cases of a raid or lack of security-God forbid:-

47-1-Prepare a report on the damaged and stolen items at the location. [The report is to be] signed by the office's director and all of the people in charge.

47-2- Communicate with the Saudi Embassy in the country of location and bring the incident-related report.

47-3- Informing the secretariat general about the incident.

47-4- Wait for the secretariat general's and embassy's directives and instructions.

48- In cases of fire-God forbid:-

48-1- Obtain a report from the fire-fighting [department] and translate it into Arabic.

48-2- Prepare an internal report on the damages and lost items at the location. [The report] is to be signed by the office's director and those in charge of it.

48-3- Determining the cause of the fire.

48-4- Informing the secretariat general within hours of the fire's occurrence.

*[Signature] 26/11/19*

4/5

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 130284

| MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Office of the Secretary General** | [Logo] | MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**IN THE SAUDI ARABIA** |
|---|---|---|

No.: _____

Subject: _____

Date: _____

: _____

49- In cases of office closure:-

    49-1-Inform the secretariat general of the host government's instructions to close the office.

    49-2- Inform the nearest embassy of the government of KSA.

    49-3- Prepare inventory reports on the assets and cash found at the bank and in the office's cashbox.

    49-4- Prepare a report on the advances and loans to the employees and attempt to clear them, if possible.

    49-5- Prepare a list of the office's entitlements or its funds that are with others.

    49-6-List the documents and send them by fax to the secretariat general. Also put them in boxes in preparation for sending them to the secretariat general.

    49-7-Request from the secretariat general to contact the banks and cancel the signatures authorized to make withdrawals. Also, freeze the funds until further notice from the secretary general to withdraw the balance and transfer it to the secretariat general. [This is in addition to] obtaining bank statements and a closure certificate for the open accounts.

50- For cases and circumstances not dealt with in these instructions, the director of the office abroad must inform the secretariat general in writing and he must obtain written instructions concerning them.

We hope you will fully commit to these rules and that you will pay attention to accuracy on implementing them.

[Signature]                May God grant you success.

                                    **IIRO's Secretary General in KSA**

                                     [Signature] 26/11/1419

                                     **Dr. Adnan bin Khalil Basha**

                [Stamp]

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 130285

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطــة العـالم الاسـلامـى
هَيئة الاغاثة الاِسـلامِيَّة العَالمِيَّة
بالملكة العَرِبيَّة السُعودِيَّة

مكتب الأمين العام

الرقــم : ــــ ١١٧٥٩

التاريخ : ـ ٤٢٧/١١/١١

الموضوع : ـــــــــــ

# تعميم
## لمديري المكاتب الخارجيـة

يهدي الأمين العام للهيئة أطيب تحياته للأخوة مديري المكاتب الخارجية – ورغبة في التذكير بالنظم والتعليمات والقواعد الواجب الإلتزام بها من قبل مدير مكتــب الهيئـة الخارجي ومنسوبي المكتب والبرامج والمشاريع التابعة للهيئة آمل الاطلاع وتعميم هـذه التعليمات على كـل فرد مـن منسوبي الهيئة وتوقيعهم بالعمل والتقيد به اعتباراً من تاريخه والإفادة. مما يتم : -

١- الأمين العام هو المرجع المباشر لمدير المكتب الخارجي.

٢- الإلتزام التام باللوائح المالية والإدارية والتعليمات الصادرة من الأمانة العامة والإبلاغ خطياً عن النظم والتعليمات المعمول بها في الدولة المضيفة التي لا تتفق مع اللوائح المعمول بها في الهيئة وانتظار التعليمات الخطية بشأنها.

٣- عدم مغادرة المكتب لرحلة داخليـة أو خارجيـة إلا بإذن خطي مسبق مـن الأمين العـام للهيئة.

٤- عدم التدخل في الشؤون الداخلية للدولة المضيفة أو التحيز لأي فئة أو الإدلاء بأي تصريح أو نشر معلومات عبر وسائل الإعلام.

٥- إقامة علاقات وثيقة مع الجمعيات المحلية الموثوق بسلامة معتقد وميول مؤسسها وأعضائها ونظافة نشاطها الإغاثي والإنساني وكذلك المنظمات الدولية ذات العلاقـة بعـد الحصـول على الموافقة الخطية من الأمانة العامة لكل جمعية أو منظمة على حدة.

٦- عدم الإلتزام بأي وعد أو نفقة أو مساعدة لأي كان.

٧- عدم التوصية خطياً أو شـفهياً لأي منظمـة أو فـرد أو جمعية وعنـد تلقـي طلبـات خطيـة للمساعدة يلتزم مدير المكتــب بإرسـالها للأمانة العامـة مرفقـة بتوصياتـه، ودون أن تسلّم لمقدمها صورة منها.

٨- اخطار الأمانة العامة عن التبرعات المحلية والخارجية التي يتلقاها المكتب وإيداعها بحسابات المكتب البنكية والحصول على التوجيه عن كيفية التصرف فيها.

٩- عدم التنازل أو التأجير أو الوهب أو التصرف في ممتلكات الهيئة الثابتة أو المنقولة.

١٠- عدم السحب من أموال وأرصدة المكتب لأي سبب كان دون الحصـول علـى إذن خطي مسبق من الأمين العام للهيئة.

١١- عدم الإقتراض من أموال الهيئة له أو لأي شخص من داخل المكتب أو خارجه لأي سبب ومن أي بند أو رصيد.

١/٥

العنوان : ص. ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 130281

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطــة العــالم الاسلامــى
هيئة الاغــاثة الاسلاميّة العَالميّة
بالمملكة العَربيّة السّعوديّة

مكتب الأمين العام

الرقــم : _____

التاريخ : _____

الموضوع : _____

: _____

١٢ – عدم مخاطبة أي جهات خارج دولة مقر المكتب لأي سبب كان دون الحصول على موافقة خطية مسبقة من الأمين العام.

١٣ – عدم استقبال أي وفود أو تقديم أي تسهيلات لها ما لم يحصل على موافقة خطية مسبقة من الأمين العام.

١٤ – الإهتمام بجانب التوثيق التاريخي والعلمي والإعلامي لأنشطة المكتب ومشاريعه وبرامجه.

١٥ – تقديم تقارير شهرية عن الأداء للمكتب والبرامج والمشاريع والعاملين بها.

١٦ – الإلتزام بدفاتر تسجيل الدوام والخروج لكل العاملين في كل المكتب والمشاريع.

١٧ – الإهتمام بالمظهر والخلق الإسلامي في القول والعمل وحث كافة العاملين معه على الإلتزام بذلك.

١٨ – الإهتمام والحرص الكاملين بسير العمل اليومي للمكتب والبرامج والمشاريع والعاملين بها وتجويد الأداء له ولكل العاملين.

١٩ – الإهتمام والمحافظة على الأمن الشخصي والجماعي له وللعاملين والوثائق وللممتلكات والبرامج والمشاريع.

٢٠ – اقتراح تعيين أو فصل أو نقل العاملين بالمكتب والبرامج والمشاريع مع عدم إحداث أو إضافة وظيفة جديدة على الهيكل الوظيفي المعتمد من المقر الرئيسي مع إرسال المستندات التالية عند طلب التعيين : –

٢٠ – ١ – صورة المؤهلات التعليمية.

٢٠ – ٢ – صورة جواز سفره والتأكد من ديانته.

٢٠ – ٣ – شهادة تزكية من جمعية إسلامية معتمدة لدى الهيئة.

٢٠ – ٤ – شهادة اللياقة الصحية صادرة من جهة طبية معتمدة رسمياً.

٢٠ – ٥ – عدم وجود حكم جنائي في أمور مخلة بالشرف أو الأمانة.

٢٠ – ٦ – عدم الإنتماء لجهة أو منظمة أو حزب سياسي.

٢١ – في حالة تقديم أحد الموظفين استقالته يرفع عنها للأمانة العامة مع بيانات كاملة عن الموظف والعمل الذي يقوم به مشفوعاً برأي المكتب في قبول الاستقالة من عدمه.

٢٢ – إبلاغ الأمانة العامة قبل بلوغ أحد من منسوبي المكتب سن الستين قبل ذلك بستة أشهر على الأقل.

٢٣ – إقامة علاقات وثيقة وتعاون وتنسيق مع السفارة السعودية.

٢٤ – إعداد خطة عمل سنوية للمكتب والبرامج والمشاريع.

٢/٥

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ – ت : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 130282

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطــة العـالم الاسلامي
هَيئة الاغاثة الإسلامِيَّة العَالمِيَّة
بالملكة العربيّة السّعوديّة

مكتب الأمين العام

الرقــم : ـــــــــــ

التاريخ : ـــــــــــ

الموضوع : ـــــــــــ

٢٥- منح الأجازات السنوية للعاملين بعد تحديد جدول مناوبة بحيث لا يتعطل العمل بسببه.

٢٦- عدم فتح أي حساب بنكي إلا بموافقة مسبقة من الأمين العام.

٢٧- عدم الدخول في أي مشاريع استثمارية أو تجارية.

٢٨- عدم الجمع بين العمل بالهيئة وممارسة مهنة أخرى.

٢٩- عدم طلب أو قبول أي تبرع أو إكرامية أو هدية أو قيمة أتعاب لشخصه بصفته الوظيفية من أية جهة.

٣٠- عدم الإحتفاظ لنفسه بأصل أو صورة لأية وثيقة رسمية تتعلق بالعمل.

٣١- تقديم صورة من جواز السفر سنوياً لشؤون الموظفين بالأمانة العامة.

٣٢- عدم المشاركة في أي مؤتمر أو دورة أو نشاط مالم يحصل على موافقة خطية مسبقة من الأمين العام مع الإلتزام بتقديم تقرير خطي عند حصوله على موافقة بالحضور.

٣٣- إعداد تقارير أداء للعاملين سنوياً وإرسالها للأمانة العامة.

٣٤- تزويد شؤون الموظفين بالأمانة العامة بيانات ومعلومات حديثة كاملة لجميع العاملين مع كل عام جديد وخاصة في حالة الاستقالة أو طلب التعيين.

٣٥- عمل بيان سنوي في نهاية كل سنة يوقع عليه جميع الموظفين والمستخدمين بالمكتب باستلامهم لجميع مستحقاتهم من رواتب.

٣٦- متابعة طلب تعزيز أية موافقة أو أمر شفهي أو هاتفي صادر من الأمين العام للهيئة بأمر كتابي خلال أسبوع.

٣٧- الأمانة العامة هي الجهة الوحيدة المخولة بإصدار قرارات التعيين والنقل والإنتداب وإنهاء الخدمة والأجازة السنوية لمنسوبي المكتب وما يتبعه من مشاريع وبرامج.

٣٨- إعداد الميزانية التقديرية السنوية للمكتب لكل برنامج.

٣٩- عدم إبرام عقود أو إتفاقيات يترتب عليها إلتزام مادي أو معنوي تجاه الهيئة إلا بموافقة خطية مسبقة من الأمين العام.

٤٠- عدم المناقلة من بند لبند والتقيد بالصرف لكل مبلغ حسب الغرض المخصص له.

٤١- الإلتزام بتسوية العهد والسلف المخولة للمكتب أو البرامج وفق قواعد ونصوص اللائحة المالية للهيئة وما يبلغ به من تعليمات وأوامر من الإدارة المالية بالأمانة العامة.

٤٢- الإلتزام بعدم الصرف من دخول المشاريع والبرامج المكتفية ذاتياً إلا بإذن خطي مسبق من الأمين العام بعد إيضاح أوجه الصرف وأرقامه.

٣/٥
العنوان : ص . ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 130283

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطـــة العــالم الاسلامــى
هيئة الاغاثة الاسلاميّة العالميّة
بالمملكة العربيّة السّعوديّة

مكتب الأمين العام

الرقـــم : ــــــــــــــ
التاريخ : ـــــــــــــ

الموضوع : ــــــــــــــ

٤٣ - الإلتزام بالزيارات الميدانية المتوالية لبرامج والمشاريع الموجودة خارج مقر المكتب وداخل دولة المقر فقط بالتنسيق المباشر مع الرعايات وإدارة المكــاتب بالأمانة العامة بعــد تحديد الهدف من الزيارة ومدتها وتقديم تقرير عنها.

٤٤ - تقديـم كافة التسهيلات لمنسوبي الهيئة الذين يوفـدون رسميـاً للمكتب لأداء مهمـة أو الاطلاع على نشاط المكتب بما يمكنهم من أداء مهمتهم بسهولة ويسر.

٤٥ - عدم البوح بأسرار العمل أو تصوير المعاملات أو الخطابات.

٤٦ - في حالة الإختلاس والسرقة لا قدر الله تعالى : -

٤٦-١ - إبلاغ أقرب مركز بوليس من المكتب.

٤٦-٢ - إعداد محضر موقع من قبل مدير المكتب والمسؤول المالي بتحديد المبلغ المسروق أو المختلس ومن أي مختص أو برنامج والشخص المختلس وتوصيفه الوظيفـي وإرفاق الوثائق والكشوف البنكية التي تدل على الواقعة.

٤٦-٣ - إحاطة الأمانة العامة بصورة من البلاغ وصورة من محضر البوليـس مترجمـاً مـع إرفاق أصل المحضر الموقع من قبل مدير المكتب مؤيداً بالمستندات.

٤٦-٤- متابعة مركز البوليس وإحاطة الأمانة العامة بآخر النتـائج الـتي توصل إليها البحث والتقصي.

٤٧ - في حالة المداهمة أو فقدان الأمن لا قدر الله تعالى : -

٤٧-١ - إعداد محضر بالتلفيات والمسروقات في الموقع موقع من قبل مدير المكتب وحمين المسؤولين.

٤٧-٢ - الإتصال بالسفارة السعودية بدولة المقر، مصطحباً محضر الواقعة.

٤٧-٣ - احاطة الأمانة العامة بالواقعة.

٤٧-٤ - انتظار التوجيهات والتعليمات من الأمانة العامة والسفارة.

٤٨ - في حالة الحرائق لا قدر الله تعالى : -

٤٨-١ - الحصول على محضر من مكافحة الحريق وترجمته إلى العربية.

٤٨-٢ - عمل محضر داخلي بالتلفيات والمفقودات بالموقع موقع مـن قبل مدير المكتب والمسؤولين به.

٤٨-٣ - تحديد أسباب الحريق.

٤٨-٤ - إشعار الأمانة العامة خلال الساعات الأولى لحدوث الحريق.

٤/٥

العنوان : ص. ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA-Su

IIRO 130284

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطــة العالـم الاسلامـى
هَيئة الاغاثة الاسلاميّة العالميّة
بالملكة العربيّة السعوديّة

مكتب الأمين العام

الرقــم : _____        الموضوع : _____

التاريخ : _____        ـــــــــ :

٤٩ - في حالة إغلاق المكتب : -

٤٩-١- إحاطة الأمانة العامة بتعليمات الحكومة المضيفة بإغلاق المكتب.

٤٩-٢- إبلاغ أقرب سفارة لحكومة المملكة العربية السعودية.

٤٩-٣- عمل محاضر جرد للأصول والنقدية الموجودة بالبنك وصندوق المكتب.

٤٩-٤- عمل محضر للعهد والسلف المسجلة على الموظفين ومحاولة تصفيتها إن أمكن.

٤٩-٥- اعداد قائمة بالمستحقات على المكتب أو ماله لدى الغير.

٤٩-٦- حصر المستندات في قوائم وإرسالها بالفاكس للأمانة العامة ووضعها في كرتين توطئة لإرسالها للأمانة العامة.

٤٩-٧- الطلب من الأمانة العامة مخاطبة البنوك وإلغاء التوقيع المخول ضما بالسحب وتجميد الأموال حتى إشعار آخر من قبل الأمين العام بسحب الرصيد وتحويلـه إلى الأمانة العامة والحصول على كشوف بنكية وشهادة تتفيل الحسابات المفتوحة.

٥٠ - في الأحوال والظروف التي لم تعالجها هذه التعليمات على مدير المكتب الخارجي إبلاغ الأمانة العامة بها خطيا والحصول على تعليمات خطية بشأنها.

نأمل الإلتزام التام بهذه القواعد ومراعاة الدقة في تنفيذها.

وا لله يوفقكم،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية
بالملكة العربية السعودية



د. عدنان بن خليل باشا

العنوان : ص.ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address : P.O.Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Tlx. : 606754 IGATHA-Sj

IIRO 130285

Beyond Words
Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO 130281 – IIRO 130285

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us