# EXHIBIT 52

The Muslim World League
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN SAUDI ARABIA**
**Office of Secretary General**

[Logo]

The Muslim World League
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN SAUDI ARABIA**

No.: *100/971/103*_____

Subject: _____

Date: *1/6/1419 AH*_____

: _____

## Circular

**Honorable Supervisors and Directors of the Offices Aboard, May God protect them**

May the Peace, Mercy, and Blessings of God be upon you

In reference of the projects that is being carried out under the supervision of your offices and that collects symbolic fees, whether these projects are partially or fully funded from the General Secretariat of [International Islamic Relief Organization] IIRO or completely relies on its own income, we are requesting that you provide the finance department of the Secretariat General with a list of those projects and their locations along with a report on the nature of its activities and size. If there are bank accounts for any of them, it is important to consider the following:

1. The office has the right to supervise, monitor and evaluate every project, which is related to the following:
    a. The office prepares an estimated budget for each project, including revenue and expenses, for a financial year starting the first of the month of Rajab and ending on the thirtieth of the month of Jamad al-Akhir for every Hijri year, and this budget is submitted to the Secretariat General at the latest by the thirtieth of the month of Rabia al thani to be reviewed and approved so that it can be implemented at the beginning of the new fiscal year of 1/7 of every year.
    The fiscal year starting on 1/7/1419 AH and end on 30/6/1420 AH is exempt from these dates. It is requested that you expedite the preparation of an estimated budget for each project and submit it to the General Secretariat as soon as possible upon completion, ensuring it reaches the General Secretariat no later than 10/6/1419 AH.
    b. The project must adhere to the allocations included in its estimated budget as approved by the Secretariat General.
    c. A final account for each project and submitted to the Secretariat General within two months of the end of the fiscal year.
    d. After the end of the fiscal year, the office will compare the actual budget to the estimated budget for the project, both revenue and expenditures, to identify any differences whether overspending or underspending and its causes. Recommendations to avoid future deviations and preparing reports to submit to the Secretariat General within two months.

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 280804

The Muslim World League
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN SAUDI ARABIA
Office of Secretary General**

[Logo]

The Muslim World League
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
IN SAUDI ARABIA**

No.: _____

Subject: _____

Date: _____

: _____

2. The accountant in your office opens an accounting journal for each project in which they record the revenues and expenses of the project each time.

3. Each project must deposit all of its revenues to your office bank account in the local currency on regular basis. Each office must inform the Secretariat General every month of the project's bank balance with confirmation from the bank.

4. The office must recommend controls over the spending of those revenues and send them to the Secretariat General wherein the Secretariat General will compile the recommendations from all of the offices regarding this issues and issuing spending control for those projects that will be sent to all of the offices so that it can be disseminated to be followed and adhered to accordingly.

5. Your office account will be responsible for reviewing, auditing the revenues and expenses of each project and preparing reports of the financial status of the project, including the trial balances and the revenue receipts, invoices, the documents and the expenditure memos to the Secretariat General every three months.

6. The office must provide the budget office in the Secretariat General a list of donations that the project has received or any project in the office that was not included in the estimated budget. This is to determine the amount of funding that is available to the projects and programs so that the Secretariat General to make the necessary steps for determining how the funds should be distributed to the relevant projects and programs.

And God is the One who grants success

**The Secretary General**
[Signature] 29/5/1419 AH
**Dr. Adnan Bin Khalil Basha**

[seal]

*[Handwritten:]*
*For Administrative Services/ For distribution*
*[Signature] 2/6*

-copy with greetings to Honorable supervisors of the aid and programs in the Secretariat General
-copy with greetings to the Honorable Internal supervisor    *[Signature] 2/6*
-copy with greetings with Director of the Finance Department    *[Signature] 2/6*
-copy with greetings to the Financial Controller    *[Signature] 2/6*
-copy with greetings to the Acting Financial Controller before disbursement    *[Signature] 2/6/19 AH*

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO 280805

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA *

رابطــة العَالم الاسلامى
هَيئة الاغاثة الاسْلاميَّة العَالميَّة
بالمملكة العَربيَّة السُّعوديَّة

مكتب الأمين العام

الرقم : ١٠٣/١٧٩/١......

التاريخ : ١/٦/١٤١٩......

تعميم

أصحاب السعادة مشرفي ومديري المكاتب الخارجية      حفظهم الله.

السلام عليكم ورحمة الله وبركاته

نود الإشارة إلى المشاريع القائمة تحت إشراف مكتبكم ، والتي تقوم بتحصيل عوائد رمزية، سواء كانت تلك المشاريع مدعومة جزئياً أو كلياً من الأمانة العامة للهيئة أو معتمدة على دخولــها الذاتية بالكامل ، ويرجى تفضلاً تزويد الإدارة المالية بالأمانة العامة بحصر تلك المشاريع ومواقعها مع بيان طبيعة نشاطها وحجمه ، وما إذا كانت هناك حسابات بنكية مفتوحة لكل منها مع ضرورة مراعاة ما يلي :-

١- يكون للمكتب حق الإشراف والمتابعة والتقييم لكل مشروع وله في هذا الشأن ما يلي :-

أ  - يعد المكتب ميزانية تقديرية لكل مشروع إيراداً ومصروفاً عن سنة مالية تبــدأ فـي أول شهر رجب وتنتهي في الثلاثين من شهر جمادى الآخرة من كل عام هجري تال، وتبلـــغ هذه الميزانية للأمانة العامة في موعد أقصاه الثلاثين من شهر ربيــع الثــاني لدراستهـا وإقرارها، للعمل بها في أول العام المالي الجديد في ٧/١ من كل عام .

ويستثنى من تلك المواعيد العام المالي الــذي يبــدأ مــن ١٤١٩/٧/١هـــ وينتهـي في ١٤٢٠/٦/٣٠هـ حيث يطلب منكم سرعة إعداد ميزانية تقديريــة لكل مشــروع وإرسالها للأمانة العامة فور الإنتهاء من إعدادها في أقرب وقت على أن تصل للأمانــة العامة في موعد أقصاه ١٤١٩/٦/١٠هـ .

ب - على المشروع الالتزام بعدم تجاوز الاعتمادات المدرجة بالميزانية التقديرية الخاصة بـه المعتمدة من الأمانة العامة .

ج - يتم إعداد حساب ختامي لكل مشروع ويبلغ للأمانة العامة خلال شـــهرين مــن انتهـاء السنة المالية .

د - يقوم المكتب بعد انتهاء السنة المالية بمقارنة الميزانية الفعلية بالميزانية التقديرية للمشروع إيراداً ومصروفاً وتحديد الانحرافات بالزيادة أو النقص وأسبابها ، ووضــع المقترحـات لتلافي الانحرافات السلبية مستقبلاً وإعداد تقرير بذلك يرسل للأمانة العامة في موعــد لا يتجاوز شهرين اثنين .

bug-١٩/let     العنوان : ص.ب ١٤٨٤٣ جــدة : ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي     K٢٥Ap(١)
Address : P.O. Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 280804



INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

مكتب الأمين العام

الرقم :  .............  الموضوع  ..............

التاريخ :  ...............  ...............

٢- يقوم محاسب المكتب لديكم بفتح حساب دفتري خاص لكــل مشروع يسجل بــه إيـرادات ومصروفات المشروع أولاً بأول .

٣- يتوجب على كل مشروع توريد جميع إيراداته المتحصلة إلى الحساب البنكـي للمكتب لديكـم بالعملة المحلية أولاً بأول ، وعلى المكتب يبلاغ الأمانة العامة شهرياً برصيد المشروع بــالبنك موثقاً من البنك .

٤- على المكتب اقتراح ضوابط الصرف من تلك الإيرادات ، وإرسالها للأمانة العامة ، حيث تقوم الأمانة العامة بتجميع مقترحات جميع المكاتب في هذا الشأن ودراستها وإقرار ضوابط صــرف لتلك المشاريع ترسل لجميع المكاتب في صورة تعميم للالتزام بها والتمشي بموجبها .

٥- يكلف محاسب المكتب لديكم بمراجعة وتدقيق إيرادات ومصروفات كل مشروع وإعداد تقـارير بالموقف المالي للمشروع شاملة ميزان المراجعة وكذلك إيصالات استلام الإيرادات والفواتــير والمستندات ومذكرات الصرف للأمانة العامة كل ثلاثة أشهر .

٦- يقوم المكتب بموافاة إدارة الميزانية بالأمانة العامة ببيان بالتبرعات التي يتلقاهـــا المشــروع أو أي برنامج بالمكتب ولم تتضمنها الميزانية التقديرية ، للوقوف علــى حجـم التمويـل المتـاح للمشروع أو البرنامج ، لتقوم الأمانة العامة باتخاذ ما يلزم حيالها من إجراءات وتحديـد أوجـه إنفاقها بالمشروع أو البرنامج المختص .

والله ولي التوفيق .

الأمين العام



د . عدنان بن خليل باشا

- صورة مع التحية لأصحاب السعادة مشرفي الرعايات والبرامج بالأمانة العامة .
- صورة مع التحية لسعادة المراقب الداخلي .
- صورة مع التحية لسعادة مدير إدارة الميزانية .
- صورة مع التحية لسعادة المشرف المالي .
- صورة مع التحية لسعادة المراقب المالي قبل الصرف بالنيابة .

bug-١٩/int    العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي    K٢٥Ap (٢)
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 280805



**Beyond Words**
Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us