# EXHIBIT 57

**The Kingdom of Saudi Arabia**
**International Islamic Relief**
**Organization**

[Logo]

**The Kingdom of Saudi Arabia**
**International Islamic Relief**
**Organization**

Number:_____

Date: *25/7/1415 Hijri*                                    Subject:_____

[Handwritten:]
Your Excellency the Secretary General, may God protect him,

Peace and blessings of God be upon you. As such,

I would like to inform your Excellency that there is a similarity between the name of one of the [International Islamic Relief] Organization's projects and the name of one of Brother Mohammed Jamal Khalifa's personal projects, as both of the projects carry the name Dar al-Imam al-Shafeii. Here are the details about them for you:

1- Dar al-Imam al-Shafeii for Orphans
   It is one of the [International Islamic] Relief Organization's projects and it is located in Zamboanga City in the south of the Philippines. It accommodates 100 male and female orphans. It was built through funding from the [International Islamic Relief] Organization on land affiliated with the Ahl al-Hadith Association in accordance with an agreement and contract made between the [International Islamic Relief] Organization and the Association.

2- Dar al-Imam al-Shafeii for the Graduation of Missionaries
   It is a private project, and it is affiliated with Brother Mohammed Jamal Khalifa. According to the information I heard in the Philippines, is that the Dar was established around four years ago. The students are accepted in it in the form of courses. It selects around fifty or sixty male youths from the various Muslim regions and from the new Muslims in order to eliminate racism amongst them. They train for two years or for one and a half years, then they graduate and become missionaries to their regions. The training focuses on the Arabic language and on Sharia.

Address: P.O Box 14843 Jeddah 21434 – Tel.: 6512333 -6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-001954

**The Kingdom of Saudi Arabia International Islamic Relief Organization**

[Logo]

**The Kingdom of Saudi Arabia International Islamic Relief Organization**

Number: _____

Date: _____

Subject: _____

[Handwritten:]

It is worth noting that one of the Arab teachers that teaches at this Dar is from Jordan and is named Abdullah al-Hashaika. A disagreement had occurred a while back that resulted in the termination of al-Hashaika's services and his return to Jordan.

Brother Khalifa appears to have an interest in matters related to education, moral values and proselytizing. This is also apparent in the type of the [International Islamic Relief] Organization's projects that took place during the time of his administration at the office, as over two thirds of the office's budget fall under these items.

Additionally, he has his own missionary center called The International Center for Relations and Information. The activities of this center -which is located in Manila- are focused on Da'wah of non-Muslims in an indirect manner by means of Arabic language, computer and comparative religion courses. This center is officially registered by the Philippines Government, and it is exempt from paying taxes. The office conducts a number of joint activities with the Philippines Government, such as the campaign warning against drugs and STDs and others.

This is some information that I thought might be appropriate to clarify some of the confusion concerning in the naming of projects.

     May God protect you,

                 Head of the Philippines Office
                        [Signature]
                 Zuhair Saleh Usailan

Address: P.O Box 14843 Jeddah 21434 – Tel.: 6512333 -6515411 – Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-001955

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



الملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم : _____

الموضوع : _____    التاريخ : ٥٥/٧/١٥/١٤١٨

: _____

سعادة المشرف العام    حفظه الله

السلام عليكم ورحمة الله وبركاته    وبعد

أفيد سعادتكم أنه يوجد تشابه بين اسم أحد مشاريع الهيئة واسم
أحد مشاريع الشيخ محمد جمال خليفة خاصة حيث أن كلا المشروعين يحمل اسم
دار الأيتام لبنان نفسه وإليكم التفصيل منهما .

١ - دار الأيتام لبنان مع صيام

هذا أحد مشاريع القادر لجمعية لبنان وتقع مدينة رأس ميرنا جنوب لبنان
وسعة ١٠٠ يتيم وتتيم وبعضهن من نفقة الهيئة مع أن مشابه
لجمعية أحد الحديث مع حب إتمامه وكفلتهم بين الهيئة والجمعية .

٢ - دار الأيتام لبنان لتعزيز الدعاة

هذا مشروع خاص درجنج للشيخ محمد جمال خليفة وهب المعلومات التي حصلت
في لبنان وهذا الدار من مسمى في أربع سنوات تقريبا وتتم يبذل
لطلاب فيه مع شكل دورات ومحاضر ومعديها لتحسين أو للسفير شبابي
من مناطق المسلمين المختلفة وصد المسلمين لجود هذا تنزل لعشرة مهم
مجموعها أفراد للتشير أو لسنة وبعض ثم يتفرقوا ويعودوا دعاة إلى بلادهم
وتشمل الدراسات عن بعض العلوم العربية ( علوم الشرعية .

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-001954



Saudi Arabia
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

المملكة العربيّة السعوديّة
هيئة الإغاثة الإسلاميّة العالميّة

الرقم : ـــــــــــــــــ

التاريخ : ـــــــــــــــــ

الموضوع : ـــــــــــــــــ

: ـــــــــــــــــ

ويذكر أن أحد المدرسين العرب ينميم يدرسون في هذا الدار جد منه يؤددون واحده
عبدالله حسن كبير وقد حصل خلاف قبل فترة نتج عنها إنهاء وخدمات المشايخه وعودته
إلى بلاد وما.

ومسجد إمام بن حنبل عليم بالأعداد للتعليمية والتربوية والدعوية غير نظهر ذلك في
نوعيه مشاريع لطيفه والتي كما تمت في فترة إدارة لمكتب هيئة إدارة المشرفي
ميزانيه لطلبت تقع تحت هذه لبنود.

كما أسله قرار دعوى حاضره لسمي لمركز العالمى للمعلومات والمجتمعات ويتركز نشاطات
هذا المركز الذى يضع ما ينبد بدعوة غير المسلمين للطريقه عبر مباشر، مستخدمه دورات بلغه
العربيه واللبيرته وشاركه مؤدياه. وهذا المركز مسجل رسميا لدى الكمرمه المملكه
وهدف مهم من دنع لرسوم الحركه ويتم المركز بعض من لمات مستذكره مع
حكمه المملكه شهد حمد التقدير من المحدرات وبراحه ويمنيه ويطرح

هدف منه للمعلمات التى رأست أنوا ذكرها وما أن، ولاصلح
من برنامج ستن المجمع
بلدي وبنات من

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-001955



Beyond Words

Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO 001954 – IIRO 001955

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us