# EXHIBIT 58

In the name of God, the Most Gracious, the Most Merciful

| | | |
|---|---|---|
| MUSLIM WORLD LEAGUE<br>**MAKKAH AL MUKARRAMAH**<br>INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION | [Logo] | MUSLIM WORLD LEAGUE<br>**MAKKAH AL MUKARRAMAH**<br>INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION |

No.: *200/357/2/[letters]*
Date: *27/8/1412 Hijri*

Subject: …………………………………….
: …………………………………….

***His Excellency Dr. Ahmad Mohammed Ali,        May God protect him***
***Secretary General of the Muslim World League***
***Head of the Founding Council of the Organization***

May the Peace, Mercy, and Blessings of God be upon you,

Based on the request of your Excellency to report to you the following concerning Mohammed Jamal Khalifa, who it appears some foreign entities are trying to, through him, defame not only his person but also the Kingdom of Saudi Arabia, its institutions, its organizations, and the Islamic organizations that it houses, I would like to confirm that – based on my close acquaintance with Mr. Mohammed Jamal Khalifa, he is the last person to whom accusations like those levied against him in one of the Muslim countries could [conceivably] be directed.

- The Name:        Mohammed Jamal Ibn Al-Sayyid Ahmad Mustafa Khalifa
- Place of birth:        Medinah in the year 1376 Hijri
- Nationality:        Saudi
- Education level: Bachelor of Science from the College of Sciences – King Abdulaziz University in Jeddah in the year 1400 Hijri
- He worked as a volunteer with the Organization, after which he became the regional director for the countries of Southeast Asia in Manila on the date 3/12/1408 Hijri
- He worked as an associate supervisor at the office of the Organization on 5/3/1413 Hijri, and also as director of the office of the Muslim World League in the Philippines.
- His relationship with the Organization ended on 9/3/1414 Hijri. What is known about him is his interest in education and his refusal of Jihadist activities, due to his conviction that Muslims require knowledge, and that an ignorant Muslim or an ignorant fighter [for the cause of God] harms Islam more than he benefits it (**attached for you is a report that confirms that this is the truth about Mr. Mohammed Jamal Khalifa. This report appeared in the journal Al-Wasat, issue 156 published on 23/1/1995**).

1

Address: P.O. Box: 14843  Jeddah 21434 Tel.: 6512333 – 6515411 – Fax: 6518491 [illegible]

IIRO-003014

In the name of God, the Most Gracious, the Most Merciful

| MUSLIM WORLD LEAGUE **MAKKAH AL MUKARRAMAH** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** | [Logo] | MUSLIM WORLD LEAGUE **MAKKAH AL MUKARRAMAH** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** |
|---|---|---|

No.: …………………………………………….                     Subject: ………………………….

Date: ………………………………………….                         : ………………………….

- Concerning that which circulated in the media, there is some information requiring clarification. It was mentioned that one of the accused worked at the Al-Shafi'i Institute, and that this institute is affiliated with the Relief Organization, and that Mr. Mohammed Jamal Khalifa appointed the accused as part of the program of the Organization and for his interest in missionary work. I wish to report that this information is untrue, and perhaps appeared through pressure on Mr. Khalifa. **And for clarification, I attach for Your Excellency the following:**

1 - The statement of the former deputy director of the office of the Organization in the Philippines, Mr. Zakariya Al-Shaykh

2 - The statement of the current director of the office of the Organization, Mr. Zuhayr Usailan

3 - The investigation of the journal Al-Wasat.

Based on the two statements, Mr. Mohammed Jamal Khalifa has a private institute concerned with missionary work called the International Relation and Information Center. In his capacity as director of this center and not in his capacity as director of the office of the Organization, he recruited Mr. Abdullah Al-Hashayika to work as a missionary at the Imam Al-Shafi'i Institute to graduate the missionaries affiliated with the International Relation and Information Center. He does not have any relation to the Imam Al-Shafi'i Home for Orphans affiliated to the Organization. However, some confusion can occur because of the similarity in names.

**[illegible] my regards,,**

[stamp]

**The Supervisor General**
**[signature]**
**Dr. Farid Yassin Qurashi**

Address: P.O. Box: 14843  Jeddah 21434 Tel.: 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ.

IIRO-003015

| SAUDI ARABIA INTERNATIONAL ISLAMIC RELIEF ORGANIZATION | [Logo] | SAUDI ARABIA INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |
|---|---|---|

No.: …………………………………………….

Date: 25/7/1415 Hijri

Subject: …………………………….

: ……………………………

*[All the text in handwritten]*

His Excellency the Supervisor General.          May God protect him

May the Peace, Mercy, and Blessings of God be upon you,

I inform Your Excellency that there is a similarity between the name of one of the projects of the Organization and the name of one of the personal projects of brother Mohammed Jamal Khalifa. Specifically, both of the projects carry the name Imam Al-Shafi'i Home [Dar Al-Imam Al-Shafi'i]. Here are the details about them:-

1 - Imam Al-Shafi'i Home for Orphans [Dar Al-Imam Al-Shafi'i lil-Aytam]

This is one of the projects affiliated with the Relief Organization. It is located in the city of Zamboanga in the south of the Philippines. It comprises 100 male and female orphans. It [the orphanage] was built at the expense of the Organization on the land of the Ahl Al-Hadith Association, in accordance with an agreement and contract concluded between the Organization and the Association.

2 - Imam Al-Shafi'i Home for Graduating Missionaries [Dar Al-Imam Al-Shafi'i li Takhreej Al-Dua']

This is a private project of brother Mohammed Jamal Khalifa. According to the information that I heard in the Philippines, it is a home established approximately four years ago, and students are admitted there on a cohort-by-cohort basis. Approximately fifty or sixty young men are selected from the different Muslim regions, as well as from among new Muslims in order to eliminate discrimination among them. They study for two years or a year and a half. After that, they graduate and return as missionaries to their regions. The studies focus on the Arabic language and Islamic sciences.

Address: P.O. Box: 14843  Jeddah 21434 Tel.: 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ.

IIRO-003016

| **SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |
|---|---|---|

No.: ……………………………………………….

Date: ……………………………………………….

Subject: …………………………….

: …………………………………

And it is mentioned that one of the Arab teachers who teach at this home is from Jordan and his name is Abdullah Al-Hashayika. Some time ago, there was a disagreement that resulted in the termination of Al-Hashayika's services and his return to Jordan.

It appears that the interest of brother Khalifa in educational, teaching, and missionary matters also appears in the type of projects that the Organization pursued during the period of his administration of the office. Specifically, more than one third of the budget of the office was allocated to these items.

Furthermore, he has a center for missionary work belonging to him called the International Relation and Information Center. The activities of this center, which is located in Manila, focus on inviting non-Muslims [to become Muslims] in an indirect way via Arabic language, computer, and comparative religion courses. This center is officially registered with the Philippine government and is exempt from customs duties. The center performs some joint activities with the Philippine government, including warning campaigns against drugs, sexually transmitted diseases, and the like.

These are some pieces of information that I thought could be appropriate to clarify some confusion regarding the naming of the projects.

May God protect you.

Director of the Philippines Office
[signature]
Zuhayr Saleh Usailan

Address: P.O. Box: 14843  Jeddah 21434 Tel.: 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGATHA SJ.

IIRO-003017

MUSLIM WORLD LEAGUE
MAKKAH·AL·MUKARRA...

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH

RNATIONAL ISLAMIC RELIEF
ORGANIZATION



رابطة العالم الإسلامي
مكة المكرمة
هَيئة الإغاثة الإسلامِية العَالمِية

الرقم : ...../........./......../........
التاريخ : ............../٨/٢٧ ١٤٢٦م

الموضوع : ................

: ................

معالي الدكتور أحمد محمد علي
الأمين العام لرابطة العالم الإسلامي
رئيس المجلس التأسيسي للهيئة

حفظه الله

السلام عليكم ورحمة الله وبركاته ،،

حسب طلب معاليكم أفيدكم بما يلى فيما يخص السيد محمد جمال خليفه والذى يبدو أن بعض الجهات الأجنبية تحاول من خلاله الاساءة ليست فقط لشخصه وأنما للمملكة العربية السعودية وكياناتها وهيئاتها والهيئات الإسلامية التى تحتضنها ، وبودى التأكيد على أنه من خلال معرفتى عن كثب بالسيد محمد جمال خليفه فهو آخر من يمكن أن توجه إليه إتهامات كتلك التى كيلت له فى احدى الدول الإسلامية .

- الاسم :   محمد جمال ابن السيد أحمد مصطفى خليفه
- مكان الميلاد : المدينة المنورة فى ١٣٧٦هـ
- الجنسية :   سعودى
- المؤهل :بكالوريوس علوم من كلية العلوم – جامعة الملك عبدالعزيز بجدة عام ١٤٠٠هـ
- عمل متطوعاً مع الهيئة ثم أصبح المدير الاقليمى لدول جنوب شرق آسيا فى مانيلا بتاريخ ١٤٠٨/١٢/٣هـ .
- عمل كمشرف متعاون على مكتب الهيئة بتاريخ ١٤١٣/٢/٥هـ وأيضاً مديراً لمكتب رابطة العالم الإسلامى فى الفلبين .
- أنتهت علاقته بالهيئة اعتباراً من ١٤١٤/٢/٩هـ ومعروف عنه إهتمامه بالتربية والتعليم ويرفض الأعمال الجهادية لقناعته بأن المسلمين يحتاجون إلى العلم وأن مسلم جاهل أو مجاهد جاهل يضر بالاسلام أكثر مما يفيده (مرفق لكم افادة تؤكد هذه الحقيقة عن السيد محمد جمال خليفه وقد وردت هذه الإفادة فى مجلة الوسط العدد ١٥٦ الصادر فى ١٩٩٥/١/٢٣م)

١

O.E

العنوان : ص . ب : ١٤٨٤٣ جدة ٢١٤٣٤ ............ - ٦٥١٢٣٣٣ - ٦٥١٠٤١١ - فاكس ٦٥١٨٤٩١ Fax 6518491 - Telex: 606754 IGATHA SJ.

IIRO-003014



MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

رابطة العالم الاسلامي
مكة المكرمة
هيئة الإغاثة الإسلاميّة العَالميّة

الموضوع : ..................................

: ..................................

الرقم : ..................................

التاريخ : ..................................

- بخصوص ما تردد فى وسائل الاعلام هناك بعض المعلومات تحتاج الى توضيح ، حيث ذكر أن أحد المتهمين عمل فى معهد الشافعى وأن هذا المعهد تابع لهيئة الإغاثة وأن المتهم عينه السيد محمد جمال خليفه ضمن برنامج الهيئة وأهتمامه بالدعوة . ويرى الإفادة أن هذه المعلومات غير صحيحة وربما وردت عن طريق الضغط على السيد خليفه وللتوضيح ارفق لمعاليكم ما يلى ، :

١ – إفادة نائب مدير مكتب الهيئة سابقاً فى الفلبين الاستاذ زكريا الشيخ

٢ – إفادة المدير الحالى لمكتب الهيئة الاستاذ زهير عسيلان

٣ – تحقيق مجلة الوسط .

وبموجب الافادتين فإن الاستاذ محمد جمال خليفه لديه معهد خاص مهتم بالدعوة ويسمى المركز العالمى للعلاقات والمعلومات وانه بصفته مديراً لهذا المركز وليس بصفته مديراً لمكتب الهيئة استعان بالسيد عبدالله الحشايكه للعمل كداعية فى معهد الامام الشافعى لتخريج الدعاة التابع للمركز العالمى للعلاقات والمعلومات وهو ليس له أى علاقة بدار الامام الشافعى للأيتام التابع للهيئة ولكن نتيجة لتشابه الاسماء فقد يحدث بعض اللبس .

،، تقبلوا بقبول وافر تحياتى ،،

المشرف العام

د. فريد ياسين قرشى



٢

Address: P O Box: 14843 Jeddah 21434- Tel. 6512333 - 6515411 - Fax:6518491 - Telex: 606754 IGATHA SJ.

IIRO-003015

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربيّة السعوديّة
هيئة الإغاثة الإسلاميّة العالميّة

الموضوع : ــــــــــــ
: ــــــــــــ

الرقم : ــــــــــــ
التاريخ : ــــــــــــ ١٧ / ٥ه / ٦١٤١هـ

سعادة المشرف العام حفظه الله

السلام عليكم ورحمة الله وبركاته   وبعد

أفيد سعادتكم أنه يوجد تشابه بين الاسم أحد مشاريع هيئة و اسم
أحد مشاريع الشيخ محمد جبل خليفة جناحه حيث أن كلا المشروعين يحمل اسم
دار يتام لبنان نفسه و إليكم التفصيل عنهما :

١ ـ دار أيتام لبنان نفسه سلا تيام
هو أحد مشاريع التكافل لهيئة إدناتم ويقع مدينة زراعيرنا جنوب لبنان
ويضم ١٠٠ يتيم ويتيمة ويصرف من تفقه الهيئة مع أرحا تابعه
لجميعه أصول حديث مبوجب إتقامه وكفدشم بين الهيئة والجمعيه .

٢ ـ دار يتام لبنان لتفريخ دعاة
هو مشروع خاص وبنتيج للشيخ محمد جبل خليفة وحسب المعلومات التي سمعت
عن لبنان هو بدار أثناء مسن فين أربع سنوات تقريبا وبتم يتبرل
لطلاب منه مع شكل دورات ويختار عددياناب لتحسيم او لشيد شابا
من مناطق المسلمين المختلفه ومن المسلمين لجرد حتى تنزل لعصريه لدنيهم
ويدرسوا خلال السنتين أو لسنه والبعض ثم يخرجوا ويعودرا دعاة إلى بلادهم
وتنزل لدراسه مع اللغة العربية والعلوم الشرعية .

العنوان : ص . ب ١٤٨٤٣ جـــــدة ٢١٤٣٤ ـ ت : ٦٥١٢٣٣٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-003016



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربيّة السعوديّة
هيئة الإغاثة الإسلاميّة العالميّة

الرقم : _____
الموضوع : _____
التاريخ : _____

ويذكر أن أحد المهندسين العرب الذين يعملون معهم في هذا الأمر قد قدم لأوردرا بجمعه عبدالله ..... وقد حصل خلاف فيما بينه ، نتج عنها إنهاء وخدمات المشاركة ومودرة إلى أوردس.

وبعد إقامة برنامج مليء بالأمور التعليمية والتربوية والدعوية أيضاً يظهر ذلك في نوعيه مشاريع الجمعية والتى كما تمت في ذكره ، وأرى للمكتب حيث أن أكبر من ثلثي ميزانيته لمطلب تقع تحت هذه البنود.

كما أرسله مركز دعوى خاص به ، يسمى المركز العالمي للمعلومات ، الجمعية وتركز نشاطات هذا المركز الذي يعمل بما نيلا بدعوة غير المسلمين لطريقه غير مباشر ، عملهم دورات بحثه الصرية والكبيرة ومقارنة الأديان. وهذا المركز مسجل رسمياً لدى حكومة الفلبين وهدفه معنا من دفع لرسوم الجمركية ويقوم المركز ببعض نشاطات متشره مع حكومة الفلبين مثل حملة التحذير من المخدرات والأمراض الجنسية وغيرها.

هذه بعض المعلومات التي رأيت أنها قد تكون مناسبة ، والإيضاح بعثت بها نظراً في تشبيه المشاريع.

والله يحفظكم

مدير تربية التعليم

مر ضير صالح ......

العنوان : ص . ب ١٤٨٤٣ جـــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-003017



**Beyond Words**

Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us