# EXHIBIT 59

|  **KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____          Subject: _____

Date: *[handwritten: 24/7/15 Hijri]*          : _____

*[All the text in handwritten:]*
His Excellency the Supervisor General of the International Islamic Relief Organization, May God protect him
Dr. Farid Yassin Qurashi

May the Peace, Mercy, and Blessings of God be upon you

With reference to the inquiry of Your Excellency regarding the Organization's office in the Philippines and the connection of Mr. Mohammed Jamal Khalifa to that which was published in Al Hayat Newspaper on Sunday, 24/7/15 Hijri, I inform Your Excellency that all of the events that the newspaper mentioned occurred after the termination of the services of Mr. Mohammed Jamal Khalifa at the office of the Organization in the Philippines and after my departure from the Philippines to direct the office of the Organization in Tanzania. In addition, I inform you that all of the Jordanians against whom a ruling has been issued, (as reported in the newspapers), do not have a connection to the Organization, and I do not know a single one of them. Furthermore, the Relief Organization in the Philippines does not have any ties to the project that Mr. Mohammed Jamal Khalifa was directing in his personal capacity, called the Imam Al-Shafi'i Home for Education [Dar Al-Imam Al-Shafi'i lil-Tarbia] and in which the first accused in the case, the plaintiff *[sic: defendant]* Abdullah Al-Hashayika, was working, as the newspapers mentioned.

As for the inquiry of Your Excellency about the Imam Al-Shafi'i Home for Orphan Care [Dar Al-Imam Al-Shafi'i li Ri'ayat Al-Aytam] affiliated with the Organization, this is an institution completely different from the Imam Al-Shafi'i Home for Education of Mohammed Jamal Khalifa. The Imam Al-Shafi'i Home for Education is located in the city of Marawi, while the Imam Al-Shafi'i Home for Orphan Care is located in the city of Zamboanga. The second institution belonging to Mr. Mohammed Jamal Khalifa is called the International Relation and Information Center (Ma'lam).

This is what I know, in terms of information about the inquiry of Your Excellency.

And may God bless and keep you.

[Signature]
Zakariya Mohammed Al-Shaykh
Director of the Tanzania Office

Address: P.O. Box: 14843, Jeddah 21434 – Tel.: 6512333 – 6515411 – Fax: 6518491 – Tlx.: 606754 IGATHA SJ

IIRO-002997

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



الملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقــم : _____

الموضوع : _____

التاريخ : ٤٤/٧/١٥ـ٥م

حفظه الله

سعادة المشرف العام على هيئة الإغاثة الإسلامية العالمية
د. عدنان باسيني من يحيى ،

السلام عليكم ورحمة الله وبركاته ،

بالإشارة لاستفسار سعادتكم شأن مكتب الهيئة بالفلبين وعلاقته بالأستاذ محمد جمال
خليفة بما نشر في جريدة لحياه يوم الأحد ٢٢/٧/١٥م ، فإنه يسعدنا بما به جميع الوحدات
التي ذكرها الصحفي ودقعت بعد الاستفسار عن خدمات الأستاذ محمد جمال خليفة من مكتب
الهيئة بالفلبين وبعد خروجي من الفلبين لإداره مكتب الهيئة تنزانيا ، كما أنه جميع الأشخاص
الإندونيسيين الذين تم اجراء الحكم منهم (كما ورد بالصحف) لايوجد لهم علاقة بالهيئة
ولا اعرف احدا" منهم ، وكذلك لا يوجد لهيئة الإغاثة من الفلبين اي جمله بالمشروع
الذي كان يديره الأستاذ محمد جمال خليفة صبنه الخفيه ، وأمس دار الإمام الشافعي
للتربيه ، والذي عمل به ، المهم ، لأول بالقضيه ، ويلقى عبده محتشا لكم كما ذكرة الصحفي .

اما شأن الاستفسار سعادتكم عن دار الإمام الشافعي لرعايه الأيتام والتابيه
للهيئة ، فإنها مؤسسه مختلفه تماما "عن دار الإمام الشافعي للتربيه ، وإنها محمد جمال
خليفة حيث تقع دار الإمام الشافعي للتربيه من مدينة ولاوى أطا دار الإمام الشافعي
لرعايه الأيتام فتقع من مدينة زامبوجا ، ورئيسه التابيه بلدمه د. صبحان فلبين
حتما المركز العالمي للسنه ت . ملعومات ذمحلم)

هذا لما لدي من معلومات من الاستفسار سعادتكم .

وبه تحفظنكم وبرعاكم

دكتور محمد الشيخ
مدير مكتب تنزانيا

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-002997

**Beyond Words**
Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO-002997

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us