# EXHIBIT 60

[Logo]

]There is something written in another language]

To whom it may concern

Dr./Hajj Mohammed Hedayet Nour Wahid, head of the Popular Shura Council in the Republic of Indonesia, confirms that the International Islamic Relief Organization (IIRO)-Jakarta Office is one of the largest non-governmental charity organizations working in the Republic of Indonesia since 1992. During this period of its operation, IIRO carried out humanitarian aid  and relief work [characterized by] a high degree of honesty and transparency. It also provided its services to the Indonesian people without discrimination on account of religion, race or creed.

After dealing with this office since its establishment, we can confirm that this office respects all laws and regulations without political, religious or creed-related biases. Furthermore, the work of this organization is not [association with] the funding, support or call for terrorism. In fact, it truly represents the bright side of peaceful charity work. One of its most significant actions was the humanitarian and relief aid [it provided] during the Tsunami disaster in Aceh. As far as I know, the Indonesian State has no negative comments about it; in fact, it is an example of discipline, commitment and cooperation.

In witness whereof, the document was signed.

**Head of the Popular Shura Council in the Republic of Indonesia**
[signature]
*9/1/2007 [handwritten]*
**Dr. Mohammed Hedayet Nour Wahid**

IIRO 35575



KETUA

MAJELIS PERMUSYAWARATAN RAKYAT

REPUBLIK INDONESIA

إلى من يهمه الأمر

إن الدكتور الحاج/ محمد هداية نور وحيد رئيس بجلس الشورى الشعبى بجمهورية إندونيسيا، يفيد أن مكتب هيئة الإغاثة الإسلامية العالمية في جاكرتا أحد أكبر المنظمات الخيرية غير حكومية العاملة في جمهورية إندونيسيا منذ ١٩٩٢ م وخلال فترة عمل هذه الهيئة كانت تقوم بالمساعدات الإنسانية وأعمال إغاثية بدرجة عالية من الأمانة والشفافية وقدمت خدمتها للشعب الإندونيسي دون أي تفرقة في الدين أو العرق أو المذهب .

ومن واقع التعامل مع هذا المكتب منذ نشأته يمكن التأكيد على احترام هذا المكتب لكافة قوانين وأنظمة بعيدا عن الإنحياز السياسي أو الديني أو المذهبي. كما أن هذه المنظمة بعيدة في أعمالها تماما عن تمويل أو تشجيع الإرهاب أو الدعوة إليه بل هي تمثل بحق الوجه المشرق للعمل الخيري السلمي. ومن أكبر الأعمال التي قامت بها مساعداتها الإنسانية والإغاثية أثناء كارثة تسونامي بأتشية. وحسب علمي ليس للدولة الإندونيسية أي ملاحظات سلبية عليها حيث أنها مثال على الانضباط والالتزام والتعاون .

وعليه جرى التوقيع.

رئيس بجلس الشورى الشعبي

بجمهورية إندونيسيا

د. محمد هداية نور وحيد

IIRO 35575

**Beyond Words**

Translation | Interpretation | Consulting

Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number:

　　1. IIRO 35575

Ghada Attieh, CEO of Beyond Words, LLC, Signature:　*Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us