# EXHIBIT 61

MUSLIM WORLD LEAGUE

**International Islamic Relief Organization**
**The Kingdom of Saudi Arabia**
**Department of Employment Matters**
Number: _____

<div align="center">Subject: _____</div>
<div align="center">**Administrative Decision nr. 214 dated 17/7/1423 AH**</div>

The Secretary General of the International Islamic Relief Organization in the Kingdom of Saudi Arabia:

- Based on the authorities vested in him by regulations.

-And with reference to the administrative decision nr 124 and dated 19/3/1414AH which includes delegating Mr. Moayad Bin Abd Al Wahed Al Butairi to work as (director of IIRO's office in Jordan).

And the administrative decision nr. 186 and dated 17/8/1415 AH which includes transferring his work services at IIRO's Pakistan office.

- And based on the letter nr. 100/2531/309 and dated 16/11/1422AH which includes the approval of transferring his services at Jeddah's office starting 1/11/1422AH.

-And with reference to the letter of his honorable supervisor of IIRO's Jeddah office dated 421/903/23 and dated 21/4/1423AH which includes the cessation of the aforementioned person from his work starting 5/4/1423AH without acceptable justification or prior approval.

-And based on the offer memo presented by the legal department nr 211/1423 and dated 29/4/1423AH.

-And after presenting the matter to the Administrative Committee in its fifteenth meeting and which was held on Tuesday 25/6/1423AH and it recommended to terminate his services with IIRO and not to settle end of service entitlements except after finishing all matters relating to IIRO's Pakistan office.

-And based on article 75 of the Employees Regulations.

-And pursuant to what IIRO's work interests require.

<div align="center">It is decided as follows</div>

**First:** To terminate the services of Mr. Mr. Moayad Bin Abd Al Wahed Al Butairi, Saudi national, as of 18/4/1423AH.

**Second:** His legal entitlements shall not be settled until all matters related to IIRO's office in Pakistan are completed and all financial and physical assets in his custody are handed over in accordance with the regulations.

**Third:** All concerned departments are instructed to implement this decision accordingly.

<div align="right">IIRO 031136</div>

<div align="center">*[Footer includes contact details in Arabic and English]*</div>

May God grant success
*[signed]*
Secretary General
International Islamic Relief Organization
In the Kingdom of Saudi Arabia
*[signed] [handwritten illegible date]*
Dr. Adnan Bin Khalil Basha

IIRO 031136 (Continued)

*[Footer includes contact details in Arabic and English]*

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

رابطـة العالـم الإسـلامي

هيئة الاغاثة الإسلامية العالمية
بالمملكـة العربيـة السعودية

إدارة شؤون الموظفين

| Sub. : | الموضـوع | No : | الرقــم |
|---|---|---|---|
| | | Date : | التاريخ |

<div dir="rtl">

## (قرار اداري رقم ( ٦١٤ ) بتاريخ ١٧/٨/ ١٤٢٧ هـ

إن الأمين العام هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية .

– بناء على الصلاحيات المخولة له نظاما .

– واشــارة الى القــرار الاداري رقــم ( ١٢٤ ) وتــاريخ ١٤١٤/٣/١٩ هـ والمتضمـن تكليــف الأستاذ/ مؤيد بن عبدالواحد البتيري للعمل بوظيفة (مدير مكتب الهيئة بالأردن ) . والقرار الإداري رقم ( ١٨٦ ) وتاريخ ١٤١٥/٨/١٧ هـ والمتضمن نقـل خدماته للعمـل بمكتب الهيئة بباكستان .

– وبناء على الخطاب رقم ( ٣٠٩/٢٥٣١/١٠٠ ) وتاريخ ١٤٢٢/١١/١٦ هـ والمتضمن الموافقة على نقل خدماته بمكتب جدة إعتبارا من ١٤٢٢/١١/١ هـ .

– وإشارة لخطاب سعادة المشرف على مكتب الهيئة بجـدة رقـم ( ٢٣/٩٠٣/٤٢١ ) وتـاريخ ١٤٢٣/٤/٢١ هـ والمتضمن انقطاع المذكور عن العمل اعتبارا مـن ١٤٢٣/٤/٥ هـ دون عـذر مقبول أو إذن مسبق .

– وبنـاء علـى مذكـرة العـرض المقدمـة مـن الإدارة القانونيـة رقـم ( ١٤٢٣/٢١١ ) وتـاريخ ١٤٢٣/٤/٢٩ هـ .

– وبعد عرض الموضوع على اللجنة الإدارية في اجتماعها الخامس عشر المنعقد في يـوم الثلاثاء الموافق ١٤٢٣/٦/٢٥ هـ وأوصت بإنهاء خدماته من الهيئة وعدم صرف مستحقات نهاية خدمته إلا بعد الانتهاء من كافة الأمور المتعلقة بمكتب الهيئة بباكستان .

– واستنادا للمادة ( ٧٥ ) من نظام الموظفين .

– وبناء على ما اقتضته مصلحة العمل بالهيئة .

### نقرر مايلي

أولا : إنهاء خدمات الأستاذ/ مؤيد بن عبدالواحد البتيري ، سعودي الجنسية ، اعتبارا مـن ١٤٢٣/٤/١٨ هـ .

ثانيا : لا يتم تصفية مستحقاته النظامية إلا بعد الانتهـاء مـن كافة الأمور المتعلقة بمكتب الهيئة بباكستان وتسليم ما عليه من عهد مالية وعينية حسب النظام .

ثالثا : على الإدارات ذات العلاقة تنفيذ هذا القرار والتمشي بموجبه .

والله الموفق،،

الأمين العـام
هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية

د. عدنان بن خليل باشا

</div>

Please quote above ref. No. and date when replying    Post reporoter, Prière de citer la date et la reference sus  alces    الرجا ـ عند الرد الإشاره الى رقم و با رج حدد الرسالة

العنوان ـ ص ب ١٤٨٤٣ جدة ٢١٤٣٤ لمعون ٦٥١٢٣٣٣ ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ ـ تلكس ٦٠٦٧٥٤ اغاثة اس حي
Address  P.O.Box 14843 Jeddah 21434 - Tel : 6512333 - 6515411 - Fax  6518491  Tlx  606754 IGATHA SJ
Email: relief@iirosa.org  البريد الالكتروني

IIRO031136

# DAOU TRANSLATION AND SERVICES

# ضو للترجمة والخدمات

Tahwitat Furn El Chebbek – St. Nohra street – Ghawi Building – Baabda – Mount Lebanon – Ground floor

**MOF#: 2859768 – Telephone No.: +961 1 284 725 – Gsm: +961 70 953 809 – Email: daouservices@gmail.com**

## CERTIFICATE OF TRANSLATION

**Title of Source Document:** IIRO 031136

**Source language:** Arabic                **Translated to:** English

**TRANSLATOR STATEMENT**

I, Joyce Hani DAOU, am competent to translate from Arabic into English, and certify under penalty of perjury that the translation of the foregoing document is true and accurate to the best of my abilities.

**Translator qualifications:**

15 years translation experience (Arabic-English and English-Arabic)

Sworn translator before the Lebanese courts as per oath taking report issued by the Ministry of Justice in Lebanon under No. 291 dated 26/02/2011

**Signature of translator:**                **Date:** 11 April 2026

