# EXHIBIT 62

Muslim World League

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

In Saudi Arabia
Pakistan Office
Islamabad



رابطة العالم الا سلامي

هيئة الا غاثة الا سلامية ا لعالمية

بالمملكة العربية السعودية

مكتب باكستان

اسلام آباد

الموضوع : ————————————

Ref : ................................

Date : ................................

الرقم : ................

التاريخ : ................

# Office Order

**To.**

## Mr. Amir Jasim Muhammad

Since allegations of criminal breach of trust and misappropriation of heavy amount of I.I.R.O Funds stand established against you during departmental enquiry and a criminal case has been registered against you, it has therefore been decided by the competent authority of the I.I.R.O head office to terminate your services with effect from 10-2-2001.

Any further action against you including intra alia the recovery of misappropriated amount is deferred till the final decision of the court of competent jurisdiction.

Address: H-8/1 - Pitrus Bukhari Road - Opp. Shifa International Hospital Islamabad - Pakistan
P. O. Box: (18 50) Tel : (92 - 51) 4449347 - 4435113 - 4 - 4446856, Fax : (92-51) 4449241
E-mail : islamic@isb.paknet.com.pk.

العنوان: اتش ٨. ١ شارع بطرس بخاری - مقابل مستشفی الشفاء انترناشونال

ص.ب: ( ١٨٥٠ ) اسلام آباد - باكستان

هاتف : ٤٤٤٩٣٤٧ - ٤٤٣٥١١٣،٤ - ٤٤٤٦٨٥٦. فاكس : ( ٤٤٤٩٢٤١ ) ( ٥١. ٩٢)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 131368