# EXHIBIT 64

**Muslim World League**
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
Office of the Secretary General

[Logo]

**Muslim World League**
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.: _____

Subject: _____

Date: _____

: _____

### Administrative Decision number (58) on 28/4/1424 AH

**The Secretary General of the International Islamic Relief Organization – Kingdom of Saudi Arabia:**
- In accordance with the powers vested in him,
- And in reviewing the letter from His Excellency the MWL's Secretary General and Chairman of IIRO's Board of Directors number 210/[letters] dated 9/6/1409 AH,
- And in reviewing letter, number 210/250/24 dated 26/4/1424 AH, from His Highness the Supervisor over the IIRO-Eastern Province Offices requesting that His Highness be discharged of his responsibility to supervise the IIRO-Eastern Province Offices and from his membership in IIRO's Board of Directors and Executive Board due to his transfer to Taif Governorate,
- and in reviewing the  His Highness' two letters, number 210/249/24 on 26/4/1424 AH and number 210/251/24 on 26/4/1424 AH,
- and based on the best interest of the IIRO's work,

### The following has been decided:

First: The request presented by His Highness Prince Turki bin Fahad bin Mashari bin Jalawi to be discharged of his responsibility to supervise the IIRO-Eastern Province Offices is accepted.
Second: His Excellency Dr. Abdel Hamid bin Sulaiman al-Mujil is to be assigned as the Executive Director to manage work at the regional office and its affiliated branch offices until further notice.
Third: The Department of Financial and Administrative Management is to carry out the transition process in accordance to hand over and receipt procedure process for the certified offices, number 913/100 on 25/8/1423 AH.
Fourth: This decision is in effect from the date it is issued and the relevant  parties must implement it and adhere to its contents.

### God is the arbitrator of success.

**Secretary General**
[Signature] 28/4/1424
**Dr. Adnan bin Khalil Basha**

[Illegible Footer]

*[Handwritten:] Exemption decision of the Overseer of the Eastern Offices - Decisions 24*

IIRO 287391



MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA

رابطـة العـالم الإسـلامي

هيئة الإغـاثة الاسلامية العـالمية

بالمملكـة العـربيـة السعوديـة

مكتب الأمين العام

Sub. : المـوضوع :     No :     الرقـم :

Date :     التاريخ :

<u>قرار إداري رقم ( ٨ ٥ ) وتاريخ ٢٨/ ٦ /١٤٢٤هـ</u>

إن الأمين العام لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية :

- بناء على الصلاحيات المخولة له نظاماً .

- وبالإطلاع على خطاب معالي أمين عام رابطة العالم الإسلامي ورئيس مجلس إدارة الهيئة رقــم ٢١٥/م/م/ك وتاريخ ١٤٠٩/٦/٩هـ

- وبالإطلاع على خطاب سمو المشرف على مكاتب الهيئة بالمنطقة الشرقية رقــم ٢١٠/٢٥٠/٢٤ وتــاريخ ١٤٢٤/٤/٢٦هــ بطلب إعفاء سموه من الإشراف على مكاتب الهيئة بالمنطقة الشرقية وعضوية مجلس إدارة الهيئة واللجنة التنفيذية لانتقال عمله إلى محافظة الطائف.

- وبالإطلاع على خطابي سموه رقم ٢١٠/٢٤٩/٢٤ وتاريخ ١٤٢٤/٤/٢٦هــ ورقــم ٢١٠/٢٥١/٢٤ وتاريخ ١٤٢٤/٤/٢٦هــ.

– وبناء على ما تقتضيه مصلحة العمل بالهيئة.

<u>يقرر ما يلي :</u>

أولاً :    قبول طلب الإعفاء المقدم من سمو الأمير/ تركي بن فهد بن مشاري بن جلوي من عمله مشرفاً علــى مكاتب الهيئة بالمنطقة الشرقية.

ثانياً :    يكلف سعادة الدكتور/ عبدالحميد بن سليمان المعجل المدير التنفيذي بتسيير أعمال المكتــب الإقليمـي والمكاتب الفرعية التابعة له حتى إشعار آخر.

ثالثاً:    على إدارة المتابعة المالية والإدارية إجراء عملية التسليم والاستلام وفق آلية إجراءات التســليم والاســتلام للمكاتب المعتمدة برقم ١٠٠/٩١٣ وتاريخ ١٤٢٣/٨/٢٥هــ.

رابعاً:    يسري هذا القرار اعتباراً من تاريخ صدوره وعلى الجهات المعنية تنفيذه والالتزام بما ورد به.

والله ولي التوفيق ،،،

الأمين العام



د. عدنان بن خليل باشا

الرياض ص.ب ... المملكة العربية السعودية ...
Telex: H.O dex 14640 dwalite 21495 ... P.O.BOX: 6076 Jeddah Fax: 6615494   Tlx 609754 IGATHA SJ   رلد
قرار بإعفاء سمو المشرف على مكاتب المنطقة الشرقية-قرار إداري.٤.٢ در

IIRO 287391



Translation | Interpretation | Consulting
Connecting Cultures Through Language

## CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number:

1. IIRO 287391

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us