# EXHIBIT 65

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

## Report Contents

|  |  |  | Page no. |
|---|---|---|---|
| First | : | Introduction | 2 |
| Second | : | Goals of the Field Audit | 2 |
| Third | : | Comments on the Field Audit | 2 |
| Fourth | : | Summary | 10 |
| Fifth | : | Opinion | 10 |
| Sixth | : | General Recommendations | 11 |

[letter]                                                    [English]

IIRO 158082

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

## First: Introduction:

The Indonesia Office's field audit comes as a continuation of the documentary audit carried out within the framework of the internal auditor's work plan for the 1424/1425 AH fiscal year. It is worth mentioning that the office was opened in 1989 and it had a number of successive directors, the most recent of who was Mr. Fahad bin Mohammed Sanad al-Harbi, who took over the office from Mr. Fawzi bin Hassan Mohammed Jamal by means of the hand-over/receipt report prepared on 21/07/1425 AH.  The office is responsible for implementing IIRO's projects in the country of Indonesia that focus on mosques, digging wells, and sponsoring orphans (orphans affiliated with charity foundations and institutions). In the field of daawah, there are118 missionaries, whereas, we found no health department, educational department or Holy Quran activity. However, there are memorization lessons via a number of institutions funded by the Holy Quran International Organization. The office has an employee hired by the Holy Quran International Organization who supervises those lessons.

Furthermore, there are (8) employees working at the office, all of whom work in accordance to cooperation contracts, with the exception of the accountant who has an employment contract.

The building occupied by the office is rented by the MWL and Mr. Fahad al-Harbi manages the MWL and IIRO Offices.

## Second: Goals of the Field Audit:

The Indonesia Office's field audit aims to:

- Examine the accounting protocol and evaluate it.
- Examine the internal control protocol and verify its procedures.
- Examination of the entries and auditing samples from the items in the main accounts.
- Verifying the existence of the assets and the office's ownership of them.
- Comparing the installments sent by the head office to the office, confirming that they have been received and  added the office's bank account.

Furthermore, a comprehensive auditing program was prepared which included questionnaires to test and analyze the protocols, accurately evaluate them, and specify the points of weakness and strength in them. It also prepared lists to confirm the actual existence of assets and holdings and the office's ownership of them.

## Third: Comments on the Field Audit:

1- **The accounting protocol:** On examining the accounting protocol existing at the IIRO-Indonesia Office and its set of journals, we found the following:

   A- The accountant does not use the double entry theory when recording financial events of the office's transactions. Instead, he only uses single entry –known as the rough book. This, of course, has several disadvantages, the most important of which is a weakened  internal control, complicating the extraction of trial balances, making it harder to discover recording errors and……..etc.

   B- The office did not use serialized accounting entries that begin at number (1) at the start of the fiscal year on recording the opening entry and end with the inventory adjustment entries at the end of the year. Of course, the accountant did not use the journal entry vouchers mentioned in the accounting guide for offices abroad which was approved by IIRO's secretariat general.

   C- The office uses the following journals:
   -Analysis journal for surveillance of the departments' disbursements in dollars.
     -Analysis journal for surveillance of the departments' disbursements in local currency (rupees).

(2)

[letter]                                                                                          [English]

IIRO 158083

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
**In Saudi Arabia**
*Internal-Auditor*

-Journal for surveillance of the bank accounts' movements.

## Recommendation:

- Using the double entry theory to record financial events as entries.
- Using journal entry vouchers in accordance to the example mentioned in the accounting guide for offices abroad. The office can request journal entry voucher booklets from the financial department at the head office in Jeddah as they are printed centrally and distributed to the domestic offices and offices abroad when requested.
- Making sure to use a general American journal (16) columns with the account items in its columns as follows:

| | | |
|---|---|---|
| -Treasury. | -Banks. | -Administrative Affairs. |
| -Social Welfare Department. | -Health Department. | -Engineering Department. |
| -Holy Quran and Daawah Program. | - Educational Department. | Seasonal Projects. |
| Advances and Trusts. | -Bank Interest. | -Bank Fees and Taxes. |
| Exchange rate differences. | Activity Costs (Intermediary account for monitoring the department and program installments). | |

  -The Ledger allocates a  column  for accounts whose classification was not mentioned above and which are not repeated.
- Using sub ledgers to analyze the main accounts or collecting more than one account in one journal, such as the departments for example, at the discretion of the accountant doing the work. This includes:

  | | |
  |---|---|
  | - Subsidiary journal for banks. | -Analysis journal for administrative expenses. |
  | -Journal for the departments and programs. | -Journal for the head office's checking [account]. |

  The following shows examples of accounting entries to clarify the process of recording the installments sent by the secretariat general to implement the programs' and departments' budgets, as well as the installments for implementing the administrative and operational expenditures' budget to manage the office. This is represented by the advance and reimbursements made during the fiscal year for expenditures.

  This is in addition to clarifying the head office's checking account in the office's accounting books and the method of closing it in the newly created account we called the activity account, which was meant for following the movement of all installments sent by the secretariat general to the various departments and to administrative affairs.

  This is in addition to closing all disbursement documents sent by the office to the secretariat general with the [purpose] of dropping the departments' advances and to repay the administrative expenditures' advance, as well as the reimbursements. In the following, we address examples of these entries:
- On arrival of an installment sent by the secretariat general to the social welfare department and adding it to the office's bank account after deducting the banking fees. For example, the transferred amount is 1000 USD and the bank deducted 30 USD, the confirmation entry is as follows:
  - From those mentioned:

| | | |
|---|---|---|
| 1000 | Bank Account. | |
| | 970 | Account number (060100411) at Ivy Bank |
| | | The net amount transferred to the social welfare department |
| | 30 | (The social welfare department's) banking fees |
| 1000 | Activity Account | (The entire amount transferred to the social [welfare department] |

  To those mentioned:

---

[letter]                                                                              [English]

IIRO 158084

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

1000          The head office's checking account.

(3)

---

[letter]                                                    [English]

IIRO 158085

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal-Auditor* |
|---|---|---|

1000                     The social welfare department's account.

(Confirming the social welfare department's right and holding it responsible for the banking fees, as well as confirming the head office's credit for the entire amount and confirming it in the intermediary-activity-account).

- o When the department makes a disbursement from its balance, the entry is to be made as follows:

  970        From the social welfare department's account
  970    To bank account number (060100411).

(Confirming the withdrawal from the bank to make a disbursement to the social welfare department using check number…………….)

- o Confirming that the department was held responsible for the banking fees as follows:

  30  From the social welfare department's account
  30    To the bank account (banking fees).

- o On sending the disbursement documents to the secretariat general to drop the social welfare department's advance, the journal entry is as follows:

  1000  From the head office's checking account
  1000    To the (social welfare department's) activity account

(Sending the social welfare department's disbursement documents using letter number …….dated……..).

The transfer processes to the subsidiary journals:

**Bank account number (060100411)**

| 1000 | To the social welfare department's account | 970 | From the social welfare department's account (check no…….) |
|---|---|---|---|
|  | 970 account number (060100411) | 30 | From the social welfare department's account (banking fees) |
|  | 30 Banking fees |  |  |
| 1000 |  | 1000 |  |

**The head office's checking account**

| 1000 | To the (social) [welfare department's] activity account | 1000 | From the (social) [welfare department's] activity account |
|---|---|---|---|
|  | Sending the disbursement documents to the secretariat general |  | The funding received from the secretariat general |
| 1000 |  | 1000 |  |

**The social welfare department's account**

| 970 | To the bank account | 1000 | From the bank account |
|---|---|---|---|
| 30 | To the bank account (banking fees) |  |  |
| 1000 |  | 1000 |  |

**Activity account**

| 1000 | To the head office's account | 1000 | From the head office's account (Documents sent to the secretariat general) |
|---|---|---|---|
| 1000 |  | 1000 |  |

- • If a transfer sent by the secretariat general is received for the office's administrative and operational expenditures (advance), using the same previous example, the entry is to be as follows:
- o From those mentioned:

  1000    Bank Account.
  970                          Account number (060100411) at Ivy Bank
                               The net amount transferred.
  30                           (The administrative affairs') banking fees
  1000    Activity Account    (The entire amount transferred to the administrative affairs)
          To those mentioned:
          1000                 The head office's checking account.

IIRO 158086

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal-Auditor* |
|---|---|---|

1000          The administrative affairs account.

(Confirming the administrative affairs' right to withhold the banking fees, as well as confirming the head office's credit for the entire amount and confirming it in the activity account to follow-up on its repayment).

- When the administrative affairs makes a disbursement from its balance, the entry is to be made as follows:

  970  From the administrative affairs' account

  970    To bank account number (060100411).

(Confirming the withdrawal for the benefit of the administrative affairs using check number…………….)

- Confirming that the administrative affairs was held responsible for the banking fees as follows:

  30 From the social welfare department's account

  30    To the bank account (banking fees).


- On sending the disbursement documents to the secretariat general to drop the administrative affairs' advance, the journal entry is as follows:

  1000 From the head office's checking account

  1000    To the (administrative [affair's]) activity account

(Sending the administrative and operational expenditure's disbursement documents using letter number …….dated……..).

The transfer processes to the subsidiary journals:

**Bank account number (060100411)**

| 1000 | To the administrative affairs' account | 970 | From the administrative affairs' account (check no…….) |
|---|---|---|---|
| | 970 account number (060100411) | 30 | From the administrative affairs' account (banking fees) |
| | 30 Banking fees | | |
| 1000 | | 1000 | |

**The head office's checking account**

| 1000 | To the (administrative'[affairs']) activity account | 1000 | From the activity account (the transfer received by administrative [affairs]) |
|---|---|---|---|
| | Sending the disbursement documents to the secretariat general | | |
| 1000 | | 1000 | |

**The administrative affairs' account**

| 970 | To the bank account, check no….. | 1000 | 970 From the bank account, account no……. |
|---|---|---|---|
| 30 | To the bank account (banking fees) | | 30 (banking fees) |
| 1000 | | 1000 | |

**Activity account**

| 1000 | To the head office's account | 1000 | From the head office's account |
|---|---|---|---|
| | The funds transferred from the secretariat general (sic) to the administrative [affairs'] | | The administrative [affairs'] sent documents |
| 1000 | | 1000 | |

This is considered to be a general framework which allows the accountant to adjust his accounts and tighten control over them with regards to the incoming and outgoing funds and to that which concerns each program and department. [It also] makes it possible to make comparisons with the head office at any time. According to the situation, the accountant can increase or decrease the set of subsidiary journals. Furthermore, the

[letter]                                    (5)                              [English]

IIRO 158087

| MUSLIM WORLD LEAGUE **INT'L. ISLAMIC RELIEF ORG.** **THE KINGDOM OF SAUDI ARABIA** **Internal Auditor** | [Logo] | The Muslim World League **Intl. Islamic Relief Org.** In Saudi Arabia *Internal-Auditor* |

account is always in the USD equivalent of the local currency in accordance with the regulations mentioned in the guide for offices abroad which was approved by the secretariat general.

2-We were unable to compare the balance of the Indonesia Office's checking account, number (3701724), which is in debt in the financial department's record books and which amounted to 3,277,546.85 riyals on 30/06/1424 AH. This is due to the absence of a checking account for the head office in the Indonesia Office's accounting record books, not to mention the absence of an accounting protocol which allows any type of comparison to be made, except for comparing the installments sent to the office from the head office during the audit period (01/07/1423 – 30/06/1424) as their receipt by the office was verified by comparing with the office's bank account, number (060100411), at Ivy Bank.

**Recommendation:**

- Making sure to compare the last period, which begins from the date Mr. Fawzi bin Mohammed Jamal took over. The basis should be the hand over/receipt report that was prepared on the occasion of his taking over the office. The balances that were carried over from the previous period are to be treated within the framework of the financial department's repayment plan for advances.

3-On analyzing the Indonesia Office's checking account, number (3701724), in the financial records, and the cost account number (724), we found that the funds transferred to the office from the secretariat general and the approvals for making disbursements from the currency [exchange rate] differences during the audit period (01/07/1423-30/06/1424) were distributed according to the departments and programs as follows:

Table number (1)

| Serial no. | Statement | Funds transferred from the secretariat general | Approvals to make disbursements from the currency [exchange rate] difference | Total |
|---|---|---|---|---|
| 1 | The office's administrative and operational expenditures | *112,934.00 | 47,971.00 | 160,905 |
| 2 | Mosques and wells | 2,460,263.08 | - | 2,460,263.08 |
| 3 | Daawah and missionaries | 120,368.06 | - | 120,368.06 |
| 4 | Social welfare department | 1,012,032.12 | - | 1,012,032.12 |
| 5 | Holy Quran lessons | - | - | - |
| 6 | Urgent relief | - | - | - |
| 7 | Iftar | 100,000.01 | 50,000.00 | 150,000.01 |
| 8 | Eid lamb | 50,000.02 | - | 50,000.02 |
| Total | | 3,855,597.29 | 97,971 | 3,953,568.29 |

*The amount includes 101,324 riyals for reimbursements during the period, which includes 2,372 riyals which was transferred on 05/06/2003 and was not recorded in the Indonesia Office's cost center number (724) in the financial record books.

**Comments:**

On reviewing the trial balance prepared by the Indonesia Office's accountant for the period from (01/07/1423 to 30/06/1424), noting that the balance is in dollars, the following comments became evident:

A- The office's administrative affairs account balance shows an excess disbursement amounting to 29,345.41 USD, which equals 110,045.29 riyals. Where was this disbursement funded from?

B- We find that during the administrative affairs' trial period, the credit movement amounted to 40,084.90 USD, which equals 150,318.37 riyals, whereas the funds transferred to the administrative affairs from the secretariat general, plus the approvals, amounted to 160,905 riyals. How do [you] explain this discrepancy?

C- If we add the engineering department with the mosques and wells, we find an excess disbursement amounting to 772.48 USD, which equals 2,896.80 riyals. This is by adding the mosques and wells' credit

[letter]　　　　　　　　　　　(6)　　　　　　　　　　　[English]

IIRO 158088

| MUSLIM WORLD LEAGUE **INT'L. ISLAMIC RELIEF ORG.** **THE KINGDOM OF SAUDI ARABIA** **Internal Auditor** | [Logo] | The Muslim World League **Intl. Islamic Relief Org.** In Saudi Arabia *Internal-Auditor* |
|---|---|---|

balance (254,914.37) USD and the engineering department's debit balance (1,440) USD to each other for their credit balance to become (253,474.37) USD, as well as adding the credit movement to each other:

664,987.67 + 9,461.37 = 674,449.04 USD, whereas the debit movement equals:

918,541.16 + 10,154.73 = 928,695.89 USD. Hence, the excess is as follows:

| | | | |
|---|---|---|---|
| 01/07/1423's credit balance | : | 253,474.37 | USD |
| The credit movement during the period | : | 674,449.04 | USD |
| | : | 927,923.41 | USD |
| The debit movement during the period | : | 928,695.89 | USD |
| The excess disbursement | : | (772.48) | USD which equals 2,896.80 riyals |

D- The funds transferred to the mosques and wells and engineering [department] from the secretariat general during the period [amounted to] 2,460,263.08 riyals, whereas the credit movement during the same period, according to the trial balance, [was] 674,449.04 USD, which equals 2,529,183.90 riyals. So what is the source of this excess?

E- The funds transferred from the secretariat general to the social welfare department during the period amounted to 1,012,032.12 riyals, whereas the credit movement during the same period, according to the trial balance, [was] 408,520.32 USD, which equals 1,531,951.20 riyals. So where did this huge excess amounting to 519,919.08 riyals come from?

F- From the trial balance, we discovered that the credit movement of the lessons and Quran institutions program's account amounted to 9,411.74 USD, which equals 35,294.02 riyals. Note that the secretariat general did not transfer any funds to this program during the period at the end of which the trial balance was prepared, so where did the funding come from? Or what is the explanation for this credit movement?

G- According to the trial balance, the amount of 10,588 USD, which equals 39,705 riyals, appeared in the urgent relief program's credit movement. Note that the secretariat general did not transfer any funds to the program during the audited period. So what is the explanation of this credit movement during this period?

H- From the trial balance, it was discovered that the credit movement of the Iftar and Eid lamb programs amounted to 40,000.01 USD, which equals 150,000.03 riyals, whereas the funds transferred by the secretariat general, plus the approval to make a disbursement from the currency [exchange rate] differences totaled 200,000.02 riyals. So why wasn't the total amount recorded on the credit and debit movement sides if the amount was disbursed on the complete implementation of the programs or else what is the explanation?

I- The disbursement that appeared in the balance from the currency [exchange rate] differences' account amounted to 33,024 USD, which equals 123,840 riyals, whereas the total approvals for making disbursements from the currency [exchange rate] differences' account was 97,971 riyals during the period (Table number 1) above. So what are the details of the extra disbursement and its approval?

**Recommendation:**

Responding to all of the previously mentioned inquiries in detail, supported by the evidential papers.

4- On auditing the Indonesia Office's USD account number (060100411) at Ivy Bank, we found that there were funds transferred to this account from IIRO's domestic office in the Eastern [Province] during the period from (01/07/1423 to 30/06/1424) which amounted to 383,663.76 USD, which equals 1,438,739.10 riyals for the implementation of the mosques and wells' projects and for the orphans of charity foundations and institutions in Indonesia. Details of its incoming and outgoing funds are in the following table:

Table number (2)

(7)

| [letter] | [English] |
|---|---|

IIRO 158089

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>In Saudi Arabia<br>*Internal-Auditor* |

Funds received by the Indonesia Office's account from the Eastern [Province]'s Office and its outgoing [funds] in (USD) during the period from (01/07/1423 – 30/06/1424)

| Serial no. | Months | Amounts in USD | | Remaining balance |
|---|---|---|---|---|
| | | Incoming | Outgoing | |
| 1 | October 2002 | 145.76 | 2,343.76 | (2,198) |
| 2 | December 2002 | 3,370.00 | - | 3,370 |
| 3 | February 2003 | 45,304.00 | *45,303.98 | 0.02 |
| 4 | March 2003 | 37,081.00 | - | 37,081 |
| 5 | April 2003 | 60,303.00 | 66.153.14 | (5,850.14) |
| 6 | May 2003 | 158,769.00 | 101,342.50 | 57,426.5 |
| 7 | June 2003 | 51,904.00 | 110,374.10 | (058,470.1) |
| 8 | July 2003 | 26,787.00 | 32,527.90 | (05,740.9) |
| 9 | August 2003 | - | *15,253.00 | (15,253) |
| | Total | 383,663.76 | 373,298.38 | 10,365.38 |

*Includes outgoing funds from Ivy Bank (the rupees account).

**Comments:**

A- From the above Table (2) it is found that the Eastern [Province] Office's account balance on 30/06/1424 was 10,365.38 USD, while the balance appearing in the [trial] balance is 4,364.17 USD. So what is the reason for the discrepancy and what is its explanation? Support this with papers confirming this.

B- From the [trial] balance, the Ivy Bank's (USD) account balance [is] 4,830.51 USD, while the Eastern [Province] Office's remaining balance in the same account [is] 10,365.38 USD according to Table (2) above.

**Recommendation:**

- Making sure to clarify the reasons for the discrepancy in these balances, supported by papers confirming this.
- Making sure to implement all of IIRO's projects in Indonesia via IIRO's offices to ensure control and to guarantee that the standards are applied.

5- On extrapolation of the trial balance in question, we found that on 30/06/1424 AH the bank balances in all accounts, whether in rupees or USD, at all banks totaled 33,807.36 USD, while the credit accounts amounted to 66,042.24 USD. As mentioned in the [trial] balance, their details are as follows:

| | | | |
|---|---|---|---|
| -Mosques and Wells | : | 1,360.88 | USD |
| -Holy Quran Program | : | 329.59 | USD |
| -Social Welfare Department | : | 31,731.72 | USD |
| -Eastern [Province] Office | : | 4,364.17 | USD |
| -USD Interest Account | : | 26,499.34 | USD |
| -Rupees Interest Account | : | 1,722.98 | USD |
| -Currency [Exchange Rate] Differences' Account | : | 33.56 | USD |
| Total | : | 66,042.24 | USD |

It is clear that the bank accounts' balance deficit is the difference between the departments' total entitlements clarified above and the bank balances appearing in the [trial] balance. It is as follows:

| | | | |
|---|---|---|---|
| -The Departments' Credit Balances | : | 66,042.24 | USD |
| -The Bank Balances | : | 33,807.36 | USD |
| The Deficit | : | (32,234.88) | USD |

[letter]                                                                                    [English]

IIRO 158090

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

This equals the total [amount of] excesses mentioned in the [trial] balance. **(Attachment number 1)**

**Recommendation:**
- Clarifying the method by which the departments' and programs' entitlements, which amount to 66,042.24 USD, will be secured.

6- On auditing the Indonesia Office's bank account number (060100411) USD at Ivy Bank, we found that the funds transferred from the secretariat general during the report period amounted to 3,855,597.28 riyals.

**(Attachment number 2)**

**Comments:**
A- The bank deducted the amount of 1,579.98 USD, which equals 5,924.92 riyals as banking fees and it added the net amount after deducting these fees to the office's account.
B- The office's accountant did not treat the amounts deducted as banking fees. All he did was record the net amount for the office. This large difference makes the office's advance incapable of being repaid in full.

**Recommendation:**
- Preparing an adjustment equaling the amount of 1,509.98 USD in the expenses' bank account.
- Making sure to record all fees deducted by the bank during the periods prior to and after the audit.

7- On comparing the installments transferred by the secretariat general to the office, we discovered the existence of the amount of 631.69 USD, which equals 2,372 riyals, that was added to the office's bank account number (060100411) USD at Ivy Bank. **(Attachment number 3)**

**Comment:**
A- The financial department did not record the amount [as being the responsibility of] the Indonesia Office in its cost center account number (724). Instead, it was recorded in IIRO's general account using entry number (2442) dated 10/04/1424 AH.

**Recommendation:**
- Preparing a correction entry at the financial department to pass the amount onto the Indonesia Office's cost center.

## Fourth: Summary:

The results of the field audit for the IIRO-Indonesia Office point to the existence of comments related to the accounting protocol and others to the matching of balances, as well as many other comments of which we mention for example:

1- The office does not use the regulatory accounting entries that focus on the double entry theory; instead it uses single entry.
2- The documentary set that fulfills the needs of an effective accounting system is not found.
3- The office records the installments received from the secretariat general in USD instead of recording them in the local currency.
4- The office did not record any currency [exchange rate] differences during the report period (01/07/1423 – 30/06/1424).
5- The office records the installments transferred to it from the secretariat general as the net amount without recording the amounts deducted by the bank as banking fees.

[letter]                    (9)                    [English]

IIRO 158091

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

6- We were unable to match the office's debit balance with [the] 3,277,546.85 riyals in the financial department's record books at the head office as the office has no checking account for the head office.

7- The office received the amount of 1,438,739.10 riyals which were transferred by IIRO's domestic Eastern [Province] Office in its account number (06010411) USD at Ivy Bank in Jakarta.

8- The administrative affairs' excess disbursements during the report period amounted to 110,045.29 riyals for the benefit of the departments and other programs.

9- The office disbursed the amount of 25,869 riyals from the currency [exchange rate] differences without approval from the authorized person.

10- There is a deficit amounting to 6,001.21 USD in the Eastern [Province] Office's account appearing in the trial balance.

11- The office has no record book for the assets it organizes, categorizes and numbers.

## Fifth: Opinion:

The results of the field audit point to the absence of an accounting protocol and [to the fact] that the entries are made using single entry which is only used in small individual work. Therefore, the office needs to design an accounting protocol that suits its activity and for which a documentary set fulfilling its work needs is prepared.

## Sixth: General Recommendations:

In addition to our previously mentioned recommendations alongside each of the comments, in the following points, we sum up the most important of these recommendations so they can be used as a guide to improve and regulate performance and tighten its control:

(1) Making sure to prepare an accounting protocol that complies with that used at the financial department at IIRO's secretariat general and its domestic offices/offices abroad.

(2) Using the American general ledger and its set of analysis sub ledgers.

(3) Committing to opening a checking account at the head office in the office's accounting record books to facilitate the continuous matching processes.

(4) Making sure to correct the discrepancies appearing in the trial balance, clarifying the reasons for them and informing us of this.

(5) Making sure to record all of the banking fees deducted by the bank from the transferred funds.

(6) Making sure to promptly inform the secretariat general of any funds transferred to the office from IIRO's domestic office in the Eastern [Province] or any other party.

(7) Recording any funds transferred to the office from any party other than the head office in the safety deposit account so they can be dealt with independently from the office's accounts.

(8) Making sure to record the accounts in the local currency so that this complies with the evidential documents which are always in the country's local currency.

(9) Making sure to refrain from making disbursements from the currency [exchange rate] differences and bank interest accounts without approval from IIRO's secretary general.

(10) Treating the deficit appearing in the balance of the Eastern [Province] Office's account mentioned in the trial balance and providing us with proof of this.

(11) Responding to the draft of this report within the deadline so we can send it on time.

[letter]                    (10)                    [English]

IIRO 158092

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

<div dir="rtl">

محتويـات التقـريـــر

| | الصفحة |
|---|---|
| أولاً   :  المقدمة . | 2 |
| ثانياً   :  أهداف المراجعة الميدانية . | 2 |
| ثالثاً   :  ملاحظات المراجعة الميدانية . | 2 |
| رابعـ   :  الخلاصة .<br>أ | 10 |
| خامسـ  :  الرأي .<br>أ | 10 |
| سـاد   :  التوصيات العامة .<br>سأ | 11 |

</div>

IIRO 158082



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

أولاً : المقدمة :

تأتي المراجعة الميدانية لمكتب الهيئة في إندونيسيا استكمالاً للمراجعة المستندية التي تمت في إطار خطة عمل جهاز المراجع الداخلي للعام المالي 1425/24هـ .

ومما يجدر ذكره أن المكتب افتتح في عام 1989م وتعاقب عليه عدة مدراء آخرهم الأستاذ / فهد بن محمد سند الحربي الذي استلم المكتب من الأستاذ / فوزي بن حسن محمد جمال بموجب محضر الاستلام والتسليم المعد في 1425/07/21هـ . ويطلع المكتب بتنفيذ مشاريع الهيئة في دولة إندونيسيا في مجال المساجد وحفر الأبار وكفالة الأيتام (أيتام يتبعون لجمعيات ومؤسسات خيرية) ، أما في مجال الدعوة فإن عدد الدعاة (118) داعية ، بينما لم نجد نشاطاً للرعاية الصحية ولا الرعاية التعليمية ولا القرآن الكريم ، إلا أنه توجد حلقات تحفيظ عبر بعض المعاهد تمول من قبل الهيئة العالمية للقرآن الكريم . ويوجد بالمكتب موظف معين من قبل الهيئة العالمية للقرآن الكريم يشرف على تلك الحلقات .

هذا ويعمل بالمكتب عدد (8) موظفين جميعهم يعملون بموجب عقود تعاون ما عدا المحاسب فيعمل بموجب عقد عمل .

والمبنى الذي يشغله المكتب مؤجر من قبل الرابطة ، ويقوم الأستاذ / فهد الحربي بإدارة مكتبي الرابطة والهيئة .

ثانياً : أهداف المراجعة الميدانية :

تهدف المراجعة الميدانية لمكتب الهيئة في إندونيسيات إلى :

- فحص النظام المحاسبي وتقييمه .
- فحص نظام الرقابة الداخلية والتحقق من إجراءاتها .
- الفحص القيدي ومراجعة عينات من عناصر الحسابات الرئيسية .
- التحقق من وجود الأصول وملكيتها للمكتب .
- مطابقة الدفعات المرسلة من المركز الرئيسي إلى المكتب والتأكد من وصولها وإضافتها إلى حساب المكتب البنكي .

هذا وقد أعد برنامجاً متكاملاً للمراجعة اشتمل على قوائم استقصاء لاختبار وتحليل الأنظمة وتقييمها بدقة وتحديد مواطن الضعف والقوة فيها ، كما أعدت قوائم للتحقق من الوجود الفعلي للأصول والمقتنيات وملكيتها للمكتب .

ثالثاً : ملاحظات المراجعة الميدانية :

1- **النظام المحاسبي :** بفحص النظام المحاسبي القائم في مكتب الهيئة بإندونيسيا ومجموعته الدفترية تبيّن لنا الآتي :

أ - لا يستخدم المحاسب نظرية القيد المزدوج في إثبات الأحداث المالية لعمليات المكتب ، بل يقوم فقط باستخدام القيد المفرد ـ ما يتعارف عليه باليومية الزفرة ـ وهذا بالطبع له سلبيات كثيرة من أهمها إضعاف الرقابة الداخلية وتعقيد استخراج موازين المراجعة وصعوبة اكتشاف أخطاء التسجيل و ....... إلخ .

ب - لم يستخدم المكتب القيود المحاسبية التسلسلية التي تبدأ من رقم (1) في بداية العام المالي عند إثبات القيد الافتتاحي وتنتهي بقيود التسويات الجردية نهاية العام . وبالطبع لم يستخدم المحاسب سندات قيود اليومية الواردة بالدليل المحاسبي للمكاتب الخارجية المعتمد من قبل الأمانة العامة للهيئة .

جـ - يستخدم المكتب الدفاتر الآتي :

- دفتر تحليلي لمتابعة صرف الرعايات بالدولار .
- دفتر تحليلي لمتابعة صرف الرعايات بالعملة المحلية (الروبية) .

(2)

هـ

IIRO 158083

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

- دفتر لمتابعة حركة الحسابات البنكية .

التوصية :

• استخدام نظرية القيد المزدوج في إثبات الأحداث المالية قيدياً .
• استخدام سندات قيود اليومية وفقاً للنموذج الوارد في الدليل المحاسبي للمكاتب الخارجية ، ويمكن للمكتب طلب دفاتر سندات قيود اليومية من الإدارة المالية بالأمانة العامة بجدة ، حيث تطبع مركزياً وتوزع على المكاتب المحلية والخارجية حسب الطلب .
• ضرورة استخدام دفتر يومية عامة أمريكية (16) خانة تكون عناصر الحسابات على خاناته كالآتي :

- الصندوق .          - البنوك .          - الشؤون الإدارية .
- الرعاية الاجتماعية .     - الرعاية الصحية .     - الرعاية الهندسية .
- برنامج القرآن الكريم والدعوة .  - الرعاية التعليمية .    -
                                   المشاريع الموسمية .
- عهد وأمانات .        - الفوائد البنكية .    - الرسوم البنكية والضرائب .
- فروقات العملة .      - تكلفة النشاط (ح/وسيط لمراقبة دفعات الرعايات والبرامج) .
- الأستاذ العام ويخصص هذه الخانة للحسابات التي لم يرد تصنيفها فيما سبق والغير متكررة .

• استخدام دفاتر أستاذ مساعدة لتحليل الحسابات الرئيسية أو جمع أكثر من حساب في دفتر واحد كالرعايات مثلاً وبحسب تقدير المحاسب القائم بالعمل ومنها :

- دفتر مساعد البنوك .     - دفتر تحليل المصروفات الإدارية .
- دفتر الرعايات والبرامج .   - دفتر جاري المركز الرئيسي .

وفيما يلي نماذج من القيود المحاسبية لتوضيح عمليات إثبات الدفعات المرسلة من الأمانة العامة لتنفيذ ميزانيات البرامج والرعايات ، وكذلك دفعات تنفيذ ميزانية المصروفات الإدارية والتشغيلية لإدارة المكتب والمتمثلة في السلفة المستديمة والاستعاضات التي تتم خلال السنة المالية للمصروفات ، وكذلك توضيح حساب المركز الرئيسي الجاري لدى سجلات المكتب المحاسبية وكيفية إقفاله في الحساب المستحدث الذي سميناه حساب النشاط والذي قصدنا منه متابعة حركة كل الدفعات المرسلة من الأمانة العامة للرعايات المختلفة والشؤون الإدارية ، وكذلك إقفال كل مستندات الصرف التي ترسل من المكتب للأمانة العامة لإسقاط عهد الرعايات وسداد سلفة المصروفات الإدارية وكذلك الاستعاضات ، وفيما يلي نتناول نماذج من هذه القيود :

• عند وصول دفعة مرسلة من الأمانة العامة للرعاية الاجتماعية وإضافتها إلى حساب المكتب البنكي بعد خصم الرسوم البنكية ، فمثلاً المبلغ المحوّل 1000 دولار وقام البنك بخصم 30 دولار يكون قيد الإثبات كالتالي :

○ من مذكورين :

1000    ح/البنك .
970     الحساب رقم (060100411) ببنك إيفي صافي المبلغ المحوّل لصالح الرعاية الاجتماعية .
30      الرسوم البنكية (الخاصة بالرعاية الاجتماعية)
1000    ح/النشاط (كامل المبلغ المحوّل لصالح الاجتماعية)

إلى مذكورين :

1000    ح/جاري المركز الرئيسي .

IIRO 158084



| The Muslim World League **Intl. Islamic Relief Org.** In Saudi Arabia *Internal Auditor* | | رابطة العالم الإسلامي هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية جهاز المراجع الداخلي |

1000      حـ/الرعاية الاجتماعية .

(إثبات حق الرعاية الاجتماعية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في الحساب الوسيط ـ النشاط ـ ) .

- عندما تقوم الرعاية بالصرف من رصيدها يكون القيد كالتالي :

970      من حـ/الرعاية الاجتماعية .

970      إلى حـ/البنك رقم (060100411) .

(إثبات السحب من البنك للصرف على الرعاية الاجتماعية بالشيك رقم .......... )

- إثبات تحميل الرعاية برسوم البنك كالتالي :

30      من حـ/الرعاية الاجتماعية .

30      إلى حـ/البنك (رسوم بنكية) .

- عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الرعاية الاجتماعية يكون قيد اليومية كالآتي :

1000      من حـ/جاري المركز الرئيسي

1000      إلى حـ/النشاط (خاص بالرعاية الاجتماعية) .

(إرسال مستندات صرف خاصة بالرعاية الاجتماعية بموجب الخطاب رقم ..... وتاريخ ...... ) .

عمليات الترحيل إلى الدفاتر المساعدة :

حـ/البنك رقم (060100411)

| | | | | |
|---|---|---|---|---|
| من حـ/الرعاية الاجتماعية (شيك رقم .....) | 970 | إلى حـ/الرعاية الاجتماعية | 1000 |
| من حـ/الرعاية الاجتماعية (م. بنكية) | 30 | 970 حـ/رقم (060100411) | |
| | | 30 رسوم بنكية | |
| | 1000 | | 1000 |

حـ/جاري المركز الرئيسي

| | | | |
|---|---|---|---|
| من حـ/النشاط (اجتماعية) التمويل الوارد من الأمانة العامة | 1000 | إلى حـ/النشاط (اجتماعية) إرسال مستندات الصرف إلى الأمانة العامة | 1000 |
| | 1000 | | 1000 |

حـ/الرعاية الاجتماعية

| | | | |
|---|---|---|---|
| من حـ/البنك | 1000 | إلى حـ/البنك إلى حـ/البنك (م. بنكية) | 970 30 |
| | 1000 | | 1000 |

حـ/النشاط

| | | | |
|---|---|---|---|
| من حـ/المركز الرئيسي (المستندات المرسلة للأمانة العامة) | 1000 | إلى حـ/المركز الرئيسي | 1000 |
| | 1000 | | 1000 |

- في حالة وصول مرسل تحويل من الأمانة العامة لصالح المصروفات الإدارية والتشغيلية للمكتب (السلفة المستديمة) وبنفس المثال السابق يكون القيد كالآتي :

- من مذكورين :

1000      حـ/البنك .

970      الحساب رقم (060100411) ببنك إيفي صافي المبلغ المحوّل .

30      الرسوم البنكية (الخاصة بالشؤون الإدارية)

1000      حـ/النشاط (كامل المبلغ المحوّل للشؤون الإدارية)

إلى مذكورين :

1000      حـ/جاري المركز الرئيسي .

IIRO 158085

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

١٠٠٠    حـ/الشؤون الإدارية .

(إثبات حق الشؤون الإدارية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في حـ/النشاط لمتابعة تسديده ) .

○ عندما تقوم الشؤون الإدارية بالصرف من رصيدها يكون القيد كالتالي :

٩٧٠    من حـ/الشؤون الإدارية .
٩٧٠    إلى حـ/البنك رقم (٠٦٠١٠٠٤١١) .

(إثبات السحب لصالح الشؤون الإدارية بالشيك رقم .......... )

○ إثبات تحميل الشؤون الإدارية بالرسوم البنكية كالتالي :

٣٠    من حـ/الرعاية الاجتماعية .
٣٠    إلى حـ/البنك (رسوم بنكية) .

○ عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الشؤون الإدارية يكون قيد اليومية كالآتي :

١٠٠٠    من حـ/جاري المركز الرئيسي
١٠٠٠    إلى حـ/النشاط (خاص بالإدارية)

(إرسال مستندات صرف المصروفات الإدارية والتشغيلية بموجب الخطاب رقم .......... وتاريخ ........ ) .

عمليات الترحيل إلى الدفاتر المساعدة :

**حـ/البنك رقم (٠٦٠١٠٠٤١١)**

| من حـ/الشؤون الإدارية (شيك رقم .....) | ٩٧٠ | إلى حـ/الشؤون الإدارية | ١٠٠٠ |
| من حـ/الشؤون الإدارية (م. بنكية) | ٣٠ | ٩٧٠ حـ/رقم (٠٦٠١٠٠٤١١) تحويل من الأمانة العامة ٣٠ رسوم بنكية | |
| | ١٠٠٠ | | ١٠٠٠ |

**حـ/جاري المركز الرئيسي**

| من حـ/النشاط (التحويل الوارد للإدارية) | ١٠٠٠ | إلى حـ/النشاط (الإدارية) إرسال المستندات للأمانة العامة | ١٠٠٠ |
| | ١٠٠٠ | | ١٠٠٠ |

**حـ/الشؤون الإدارية**

| ٩٧٠ من حـ/البنك حـ/رقم ..... | ١٠٠٠ | إلى حـ/البنك شيك رقم ... | ٩٧٠ |
| ٣٠ (الرسوم البنكية) | | إلى حـ/البنك (م. بنكية) | ٣٠ |
| | ١٠٠٠ | | ١٠٠٠ |

**حـ/النشاط**

| من حـ/المركز الرئيسي المستندات المرسلة الخاصة بالإدارية | ١٠٠٠ | إلى حـ/المركز الرئيسي المبلغ المحول من الأمانة العام للإدارية | ١٠٠٠ |
| | ١٠٠٠ | | ١٠٠٠ |

ويعتبر هذا إطاراً عاماً لنظام يمكّن المحاسب من ضبط حساباته وإحكام الرقابة عليها من حيث المبالغ الواردة والمنصرفة وما يخص كل برنامج ورعاية ، وإمكانية المطابقة مع المركز الرئيسي في أي وقت . ويمكن للمحاسب بحسب الحال أن يزيد أو ينقص من المجموعة الدفترية المساعدة . كما أن الحساب دائماً يكون بالمعادل للدولار من العملة المحلية متبعاً في ذلك الضوابط الواردة في دليل المكاتب الخارجية المعتمد من قبل الأمانة العامة .

٢- لم نتمكن من مطابقة رصيد حساب مكتب إندونيسيا الجاري رقم (٣٧٠١٧٢٤) المدين بسجلات الإدارة المالية والبالغ ٣,٢٧٧,٥٤٦.٨٥ ريال في ١٤٢٤/٠٦/٣٠هـ ، وذلك لعدم وجود حساب جاري للمركز الرئيسي بسجلات مكتب إندونيسيا المحاسبية فضلاً عن عدم وجود نظام محاسبي

\\modfs\client\14224\0001\20_Preflight\IIRO-MWL Documents\13456EMAIL\13462REQUEST_BAT011\Internal Auditing Department\20-1.doc                هـ

IIRO 158086



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

يمكّن من إجراء أي نوع من المطابقة اللهم إلا مطابقة الدفعات التي أرسلت للمكتب من المركز الرئيسي خلال فترة المراجعة (1423/07/01هـ - 1424/06/30هـ) فهذه تم التحقق من وصولها للمكتب عبر المطابقة مع حساب المكتب البنكي رقم (060100411) ببنك إيفي .

التوصية :

♦ ضرورة مطابقة الفترة الأخيرة التي تبدأ من تاريخ استلام الأستاذ / فوزي بن محمد جمال ويكون الأساس محضر التسليم والاستلام الذي أعد بمناسبة استلامه للمكتب وتعالج الأرصدة المرحلة من الفترة السابقة في إطار خطة الإدارة المالية لتسوية العهد .

3- بتحليل حساب مكتب إندونيسيا الجاري بسجلات المالية رقم (3701724) وحساب التكلفة رقم (724) تبيّن لنا أن المبالغ المحوّلة للمكتب من الأمانة العامة والتعميدات بالصرف من فروق العملة خلال فترة المراجعة (1423/07/01هـ 1424/06/30هـ) موزعة حسب الرعايات والبرامج كانت كالتالي :

جدول رقم (1)

| م | البيــان | المبالغ المحوّلة من الأمانة العامة | التعميدات بالصرف من فروق العملة | الإجمالي |
|---|---|---|---|---|
| 1 | مصاريف المكتب الإدارية والتشغيلية | 112,934.00 * | 47,971.00 | 160,905 |
| 2 | المساجد والآبار | 2,460,263.08 | – | 2,460,263.08 |
| 3 | الدعوة والدعاة | 120,368.06 | – | 120,368.06 |
| 4 | الرعاية الاجتماعية | 1,012,032.12 | – | 1,012,032.12 |
| 5 | حلقات القرآن الكريم | – | – | – |
| 6 | الإغاثة العاجلة | – | – | – |
| 7 | إفطار صائم | 100,000.01 | 50,000.00 | 150,000.01 |
| 8 | كبش العيد | 50,000.02 | – | 50,000.02 |
| | الإجـــمـــالـــي | 3,855,597.29 | 97,971 | 3,953,568.29 |

* المبلغ يتضمن 101,324 ريال استعاضات خلال الفترة منها مبلغ 2,372 ريال حولت في 2003/06/05م ولم تسجل في مركز التكلفة الخاص بمكتب إندونيسيا رقم (724) بسجلات المالية .

الملاحظات :

باستعراض ميزان المراجعة المعد من قبل محاسب مكتب إندونيسيا عن الفترة من (1423/07/01هـ حتى 1424/06/30هـ) علماً بأن الميزان بالدولار تبيّنت لنا الملاحظات التالية :

أ - يوضح رصيد حساب الشؤون الإدارية بالمكتب تجاوزاً في الصرف بمبلغ 29,345.41 دولار أي ما يعادل 110,045.29 ريال ، فمن أين تم تمويل هذا الصرف .

ب - نجد أن مبلغ الحركة الدائنة خلال فترة الميزان للشؤون الإدارية 40,084.90 دولار أي ما يعادل 150,318.37 ريال بينما المبالغ المحوّلة للشؤون الإدارية من الأمانة العامة زائداً التعميدات بلغت 160,905 ريال فما هو تفسير الفرق ؟ .

جـ - إذا أضفنا الرعاية الهندسية مع المساجد والآبار لوجدنا أن هناك تجاوزاً في الصرف مبلغ 772.48 دولار أي ما يعادل 2,896.80 ريال ، وذلك بضم رصيد الميزان للمساجد والآبار الدائن (254,914.37) دولار ، ورصيد الرعاية الهندسية المدين (1,440) دولار إلى

IIRO 158087

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

بعضهما ليصبح رصيدهما دائن بمبلغ (253,474.37) دولار ، وكذلك ضم الحركة الدائنة إلى بعضهما :

664,987.67 + 9,461.37 = 674,449.04 دولار ، بينما الحركة المدينة تساوي :
918,541.16 + 10,154.73 = 928,695.89 دولار وبذلك يكون التجاوز على النحو التالي :

| دولار | 253,474.37 | : | رصيد 1423/07/01هـ الدائن |
|---|---|---|---|
| دولار | 674,449.04 | : | الحركة الدائنة خلال الفترة |
| دولار | 927,923.41 | | |
| دولار | 928,695.89 | : | الحركة المدينة خلال الفترة |
| دولار ويعادل 2,896.80 ريال | (772.48) | : | التجاوز في الصرف |

د ـ المبالغ المحوّلة للمساجد والآبار والهندسية من الأمانة العامة خلال الفترة 2,460,263.08 ريال ، بينما الحركة الدائنة خلال نفس الفترة من واقع ميزان المراجعة 674,449.04 دولار أي ما يعادل 2,529,183.90 ريال ، فما هو مصدر هذه الزيادة ؟ .

هـ ـ المبالغ المحوّلة من الأمانة العامة للرعاية الاجتماعية خلال الفترة بلغت 1,012,032.12 ريال ، بينما بلغت الحركة الدائنة خلال نفس الفترة من واقع الميزان 408,520.32 دولار أي ما يعادل 1,531,951.20 ريال ، فمن أين هذه الزيادة الكبيرة التي بلغت 519,919.08 ريال ؟

و ـ تبيّن لنا من ميزان المراجعة أن برنامج حلقات وخلاوي قد بلغت حركة حسابه الدائنة 9,411.74 دولار أي ما يعادل 35,294.02 ريال ، علماً بأن الأمانة العامة لم تحوّل أي مبالغ لهذا البرنامج خلال الفترة المعد في نهايتها ميزان المراجعة ، فمن أين تم التمويل ؟ أو ما تفسير هذه الحركة الدائنة ؟

ز ـ ظهر في الحركة الدائنة لبرنامج الإغاثة العاجلة من خلال ميزان المراجعة مبلغ 10,588 دولار أي ما يعادل 39,705 ريال ، علماً بأن الأمانة العامة لم تحوّل لصالح البرنامج أي مبالغ خلال الفترة محل المراجعة ، فما تفسير هذه الحركة الدائنة خلال هذه الفترة ؟

حـ ـ ظهر من خلال ميزان المراجعة أن الحركة الدائنة لبرنامجي إفطار صائم وكبش العيد قد بلغت 40,000.01 دولار أي ما يعادل 150,000.03 ريال ، بينما المبالغ المحوّلة من الأمانة العامة زائداً التعميد بالصرف من فروق العملة بلغ إجماليه 200,000.02 ريال ، فلماذا لم يسجل المبلغ بالكامل في جانبي الحركة الدائنة والمدينة ، إذا كان المبلغ قد صرف على تنفيذ المشاريع بالكامل ، وإلا فما هو التفسير ؟ .

ط ـ الصرف الذي ظهر من حساب فروق العملة بالميزان بلغ 33,024 دولار أي ما يعادل 123,840 ريال بينما كان إجمالي التعميدات بالصرف من حساب فروق العملة كان 97,971 ريال خلال الفترة (الجدول رقم 1) أعلاه ، فما هي تفاصيل الزيادة في الصرف والتعميد بذلك ؟

التوصية :

• الإجابة على جميع الاستفسارات الواردة مسبقاً بالتفصيل مدعماً بالأوراق الثبوتية .

4- بمراجعة حساب مكتب إندونيسيا رقم (060100411) بالدولار في بنك إيفي تبيّن لنا أن هناك مبالغ محوّلة على هذا الحساب من مكتب الهيئة المحلي بالشرقية خلال الفترة من (1423/07/01هـ حتى 1424/06/30هـ) بلغت 383,663.76 دولار أي ما يعادل 1,438,739.10 ريال لصالح تنفيذ مشاريع مساجد وآبار وأيتام جمعيات ومؤسسات خيرية بإندونيسيا ، وتفاصيل المبالغ الواردة والمنصرف منها بالجدول التالي :

جدول رقم (2)

IIRO 158088



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

المبالغ الواردة لحساب مكتب إندونيسيا من مكتب الشرقية
والمنصرف منها (بالدولار) خلال الفترة من (1423/07/01هـ - 1424/06/30هـ)

| الرصيد المتبقي | المبالغ بالدولار | | الشهور | م |
| --- | --- | --- | --- | --- |
| | المنصرفة | الواردة | | |
| (2,198) | 2,343.76 | 145.76 | أكتوبر 2002م | 1 |
| 3,370 | – | 3,370.00 | ديسمبر 2002م | 2 |
| 0.02 | * 45,303.98 | 45,304.00 | فبراير 2003م | 3 |
| 37,081 | – | 37,081.00 | مارس 2003م | 4 |
| (5,850.14) | 66,153.14 | 60,303.00 | إبريل 2003م | 5 |
| 57,426.5 | 101,342.50 | 158,769.00 | مايو 2003م | 6 |
| (058,470.1) | 110,374.10 | 51,904.00 | يونيو 2003م | 7 |
| (05,740.9) | 32,527.90 | 26,787.00 | يوليو 2003م | 8 |
| (15,253) | * 15,253.00 | – | أغسطس 2003م | 9 |
| 10,365.38 | 373,298.38 | 383,663.76 | الإجـمـــالـي | |

* من ضمنها مبالغ منصرفة من بنك إيفي (حساب الروبية) .

الملاحظات :

أ - من الجدول (2) أعلاه يتضح أن رصيد حساب مكتب الشرقية المتبقي في 1424/06/30هـ 10,365.38 دولار ، بينما الرصيد الظاهر في الميزان 4,364.17 دولار ، فما سبب الاختلاف وما تفسيره ؟ مدعماً بالأوراق الثبوتية .

ب - رصيد حساب بنك إيفي (دولار) من خلال الميزان 4,830.51 دولار بينما الرصيد المتبقي لمكتب الشرقية في نفس الحساب 10,365.38 دولار من خلال الجدول (2) أعلاه .

التوصية :

• ضرورة إيضاح أسباب اختلاف هذه الأرصدة مدعماً بالأوراق الثبوتية .

• ضرورة تنفيذ كل مشاريع الهيئة في إندونيسيا عبر مكتب الهيئة لضمان الرقابة والتأكد من تطبيق المعايير .

5- باستقراء ميزان المراجعة محل الدراسة تبيّن لنا أن مجموع الأرصدة البنكية في كل الحسابات روبية كانت أم دولار وفي كل البنوك بلغت في 1424/06/30هـ 33,807.36 دولار بينما الحسابات الدائنة بلغت 66,042.24 دولار ، تفاصيلها كما وردت في الميزان كالآتي :

| | | |
| --- | --- | --- |
| المساجد والابار – | : | 1,360.88 دولار |
| برنامج القران الكريم – | : | 329.59 دولار |
| الرعاية الاجتماعية – | : | 31,731.72 دولار |
| مكتب الشرقية – | : | 4,364.17 دولار |
| حساب الفوائد بالدولار – | : | 26,499.34 دولار |
| حساب الفوائد بالروبية – | : | 1,722.98 دولار |
| حساب فروق العملة – | : | 33.56 دولار |
| الإجـمـــالـي | : | 66,042.24 دولار |

وواضح أن عجز رصيد الحسابات البنكية هو الفرق بين إجمالي مستحقات الرعايات الموضحة بعاليه والأرصدة البنكية الظاهرة بالميزان وهو كالآتي :

| | | |
| --- | --- | --- |
| الأرصدة الدائنة للرعايات – | : | 66,042.24 دولار |
| الأرصدة البنكية – | : | 33,807.36 دولار |
| العجـــــز | : | (32,234.88) دولار |

\\modfs\client\14224\0001\20_Preflight\IIRO-MWL Documents\13456EMAIL\13462REQUEST_BAT011\Internal Auditing Department\20-1.doc

هـ

(8)

IIRO 158089

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

(المرفق                                    وهو يساوي إجمالي التجاوزات الواردة بالميزان .

رقم **1**)

التوصية :

♦ إيضاح الكيفية التي ستؤمن بها استحقاقات الرعايات والبرامج البالغة 66,042.24 دولار .

6- بمراجعة حساب مكتب إندونيسيا البنكي رقم (060100411) دولار ببنك إيفي تبيّن لنا أن المبالغ المحوّلة من الأمانة العامة خلال فترة التقرير بلغت 3,855,597.28 ريال .

(المرفق رقم **2**)

الملاحظات :

أ – قام البنك بخصم مبلغ 1,579.98 دولار أي ما يعادل 5,924.92 ريال كرسوم بنكية وأضاف إلى حساب المكتب الصافي بعد خصم هذه الرسوم .

ب – لم يعالج محاسب المكتب المبالغ المخصومة كرسوم بنكية بل اكتفى بتسجيل الصافي لصالح المكتب ، وهذا الفرق كبير يجعل عهدة المكتب غير قابلة للتسديد بالكامل .

التوصية :

♦ إعداد تسوية بما يعادل مبلغ 1,509.98 دولار في حساب المصروفات البنكية .

♦ مراعاة تسجيل كافة الرسوم التي يخصمها البنك خلال الفترات السابقة واللاحقة على فترة المراجعة .

7- تبيّن لنا أثناء مطابقة الدفعات المحوّلة من الأمانة العامة للمكتب وجود مبلغ 631.69 دولار وتعادل 2,372 ريال مضافة إلى حساب المكتب البنكي رقم (060100411) دولار في بنك إيفي .

(المرفق رقم **3**)

الملاحظة :

أ – المبلغ لم تسجله الإدارة المالية على مكتب إندونيسيا في حساب مركز التكلفة الخاص بها رقم (724) بل سجل على حساب عام الهيئة بالقيد رقم (2442) وتاريخ 1424/04/10هـ .

التوصية :

♦ إعداد قيد تصحيحي بالإدارة المالية لتحميل المبلغ على مركز التكلفة الخاص بمكتب إندونيسيا .

<u>رابعاً : الخلاصة :</u>

تشير نتائج المراجعة الميدانية لمكتب الهيئة في دولة إندونيسيا إلى وجود ملاحظات تتعلق بالنظام المحاسبي وأخرى بمطابقة الأرصدة وملاحظات أخرى مختلفة نذكر منها على سبيل المثال :

1- لا يستخدم المكتب القيود المحاسبية النظامية التي ترتكز على نظرية القيد المزدوج ، بل يستخدم التسجيل المفرد .

2- لا توجد المجموعة الدفترية التي تلبي حاجة النظام المحاسبي الفعّال .

3- يقوم المكتب بتسجيل الدفعات المستلمة من الأمانة العامة بالدولار بدلاً من تسجيلها بالعملة المحلية .

4- لم يقم المكتب بتسجيل أي فروقات أسعار عملة خلال فترة التقرير (1423/07/01هـ - 1424/06/30هـ) .

5- يسجل المكتب الدفعات المحوّلة له من الأمانة العامة بالصافي دون أن يسجل المبالغ التي يخصمها البنك لقاء الرسوم البنكية .

IIRO 158090



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

6- لم نتمكن من مطابقة رصيد المكتب المدين بـ 3,277,546.85 ريال في سجلات الإدارة المالية بالمركز الرئيسي لعدم وجود حساب جاري بالمكتب للمركز الرئيسي .

7- قام المكتب باستلام مبلغ 1,438,739.10 ريال محوّلة من مكتب الهيئة المحلي بالشرقية على حسابه رقم (06010411) دولار ببنك إيفي بجاكرتا .

8- بلغت التجاوزات في الصرف على الشؤون الإدارية خلال فترة التقرير 110,045.29 ريال على حساب الرعايات والبرامج الأخرى .

9- قام المكتب بصرف مبلغ 25,869 ريال من فروقات العملة بدون تعميد من صاحب الصلاحية .

10- يوجد عجز مقداره 6,001.21 دولار في حساب مكتب الشرقية الظاهر بميزان المراجعة .

11- لا يوجد بالمكتب سجل للأصول ينظمها ويصنفها ويرقمها .

خامساً : الرأي :

نتائج المراجعة الميدانية تشير إلى عدم وجود نظام محاسبي وأن القيد يتم بطريقة القيد المفرد الذي لا يستخدم إلا في الأعمال الفردية الصغيرة ، لذلك يحتاج المكتب إلى تصميم نظام محاسبي يتناسب مع نشاطه وتُعد له مجموعة دفترية تفي بمتطلبات العمل .

سادساً : التوصيات العامة :

إضافة إلى ما أوردناه من توصيات قرين كل ملاحظة نجمل ذلك تلخيصاً لأهم التوصيات كي يتم الاسترشاد بها في تطوير الأداء وضبطه وإحكام الرقابة عليه في النقاط التالية :

(1) ضرورة إعداد نظام محاسبي وفقاً لما هو معمول به في الإدارة المالية بالأمانة العامة للهيئة ومكاتبها المحلية والخارجية .

(2) استخدام اليومية العامة الأمريكية ومجموعتها المساعدة من الدفاتر التحليلية .

(3) الالتزام بفتح حساب جاري للمركز الرئيسي بسجلات المكتب المحاسبية حتى تسهل عمليات المطابقة المستمرة .

(4) ضرورة تصحيح الاختلافات الظاهرة في ميزان المراجعة وإيضاح أسبابها وموافاتنا بما يفيد ذلك .

(5) ضرورة تسجيل كافة الرسوم البنكية التي يخصمها البنك من المبالغ المحوّلة .

(6) ضرورة إبلاغ الأمانة العامة بأي مبالغ تحوّل للمكتب من مكتب الهيئة المحلي بالشرقية أو أي جهة أخرى أول بأول .

(7) تسجيل أي مبالغ تحوّل للمكتب من أي جهة غير المركز الرئيسي في حساب الأمانات حتى يمكن التعامل معها بمعزل عن حسابات المكتب .

(8) ضرورة تسجيل الحسابات بالعملة المحلية ليتوافق ذلك مع المستندات الثبوتية التي تكون دائماً بعملة البلد المحلية .

(9) ضرورة الالتزام بعدم الصرف من حسابات فروق العملة والفوائد البنكية إلا بتعميد من سعادة أمين عام الهيئة .

(10) معالجة العجز الظاهر برصيد حساب مكتب الشرقية الوارد بميزان المراجعة وموافاتنا بما يفيد ذلك .

(11) الرد على مسودة هذا التقرير في غضون الفترة المحددة حتى يتسنى لنا الرفع في الموعد المحدد .

IIRO 158091

**Beyond Words**
Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

    1.  IIRO 158082 – IIRO 158091

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us