# EXHIBIT 66

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI<br>ARABIA**<br>**Internal Auditor** | [Logo] | MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** |

No: _116/8208/25_                           Subject: _____

Date: _18/9/1425 AH_                        : _____

**Dear Mr. Fahd Bin Mohammad Sanad Al Harbi,  May God protect him<br>    IIRO Office Director in Indonesia**

May God's peace and mercy be upon you
### Subject: Draft of field audit report for IIRO office in Indonesia

This is in reference to the field audit carried out by our representative for your office during the period from 15/08/1425 AH to 26/08/1425 AH. Enclosed you will find the draft of the preliminary report and the results of field audit and inspection.

Kindly check and provide your feedback on the preliminary report  within thirty days from this date so we could prepare the final report and submit it on time.

Thank you for your kind cooperation

Best Regards,

**Internal Auditor**
*18/9/1425*[Signature]
**Mr. Ismail Bin Hassan Mandora**

[IIRO Stamp]

Copy for IIRO Secretary General

> *Mr. Yasir,*
> *Respond to the comments on the report*
>                     [Signature]

[Indonesia office stamp]
No.: 735/25
Date: 1/11/1425
[Illegible] (1)

---

Please quote above ref. No. and date when replying

Address: P.O. Box 14843 Jeddah 21434 – Tel.: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

IIRO 34989

May the Peace, Mercy, and Blessings of God be upon you

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
**In Saudi Arabia**
*Internal-Auditor*

# Confidential

# Internal Auditor's Report for field audit of IIRO office in Indonesia

# During the period

# From

# 15/08/1425 AH to 26/08/1425 AH

[Logo]

31/10/2004

IIRO 34990

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

## Report Contents

|  |  |  | Page no. |
|---|---|---|---|
| First | : | Introduction | 2 |
| Second | : | Goals of the Field Audit | 2 |
| Third | : | Comments on the Field Audit | 2 |
| Fourth | : | Summary | 10 |
| Fifth | : | Opinion | 10 |
| Sixth | : | General Recommendations | 11 |

---

17/5/1425 AH

(1)

[Illegible]

IIRO 34991

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

## First: Introduction:

The Indonesia Office's field audit comes as a continuation of the documentary audit carried out within the framework of the internal auditor's work plan for the 1424/1425 AH fiscal year. It is worth mentioning that the office was opened in 1989 and it had a number of successive directors, the most recent of who was Mr. Fahad bin Mohammed Sanad al-Harbi, who took over the office from Mr. Fawzi bin Hassan Mohammed Jamal by means of the hand-over/receipt report prepared on 21/07/1425 AH.  The office is responsible for implementing IIRO's projects in the country of Indonesia that focus on mosques, digging wells, and sponsoring orphans (orphans affiliated with charity foundations and institutions). In the field of daawah, there are 118 missionaries, whereas, we found no health department, educational department or Holy Quran activity. However, there are memorization lessons via a number of institutions funded by the Holy Quran International Organization. The office has an employee hired by the Holy Quran International Organization who supervises those lessons.

Furthermore, there are (8) employees working at the office, all of whom work in accordance to cooperation contracts, with the exception of the accountant who has an employment contract.

The building occupied by the office is rented by the MWL and Mr. Fahad al-Harbi manages the MWL and IIRO Offices.

## Second: Goals of the Field Audit:

The Indonesia Office's field audit aims to:

- -Examine the accounting protocol and evaluate it.
- -Examine the internal control protocol and verify its procedures.
- -Examination of the entries and auditing samples from the items in the main accounts.
- -Verifying the existence of the assets and the office's ownership of them.
- -Comparing the installments sent by the head office to the office, confirming that they have been received and  added the office's bank account.

Furthermore, a comprehensive auditing program was prepared which included questionnaires to test and analyze the protocols, accurately evaluate them, and specify the points of weakness and strength in them. It also prepared lists to confirm the actual existence of assets and holdings and the office's ownership of them.

## Third: Comments on the Field Audit:

1- **The accounting protocol:** On examining the accounting protocol existing at the IIRO-Indonesia Office and its set of journals, we found the following:
   A- The accountant does not use the double entry theory when recording financial events of the office's transactions. Instead, he only uses single entry –known as the rough book. This, of course, has several disadvantages, the most important of which is a weakened  internal control, complicating the extraction of trial balances, making it harder to discover recording errors and……..etc.
   B- The office did not use serialized accounting entries that begin at number (1) at the start of the fiscal year on recording the opening entry and end with the inventory adjustment entries at the end of the year. Of course, the accountant did not use the journal entry vouchers mentioned in the accounting guide for offices abroad which was approved by IIRO's secretariat general.
   C- The office uses the following journals:
   -Analysis journal for surveillance of the departments' disbursements in dollars.

---

17/5/1425 AH                                     (2)                                     [Illegible]

IIRO 34992

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

-Analysis journal for surveillance of the departments' disbursements in local currency (rupees).
-Journal for surveillance of the bank accounts' movements.

## Recommendation:

- Using the double entry theory to record financial events as entries.
- Using journal entry vouchers in accordance to the example mentioned in the accounting guide for offices abroad. The office can request journal entry voucher booklets from the financial department at the head office in Jeddah as they are printed centrally and distributed to the domestic offices and offices abroad when requested.
- Making sure to use a general American journal (16) columns with the account items in its columns as follows:

| | | |
|---|---|---|
| -Treasury. | -Banks. | -Administrative Affairs. |
| -Social Welfare Department. | -Health Department. | -Engineering Department. |
| -Holy Quran and Daawah Program. | - Educational Department. | Seasonal Projects. |
| Advances and Trusts. | -Bank Interest. | -Bank Fees and Taxes. |
| Exchange rate differences. | Activity Costs (Intermediary account for monitoring the department and program installments). | |

  -The Ledger allocates a  column  for accounts whose classification was not mentioned above and which are not repeated.
- Using sub ledgers to analyze the main accounts or collecting more than one account in one journal, such as the departments for example, at the discretion of the accountant doing the work. This includes:

  | | |
  |---|---|
  | - Subsidiary journal for banks. | -Analysis journal for administrative expenses. |
  | -Journal for the departments and programs. | -Journal for the head office's checking [account]. |

  The following shows examples of accounting entries to clarify the process of recording the installments sent by the secretariat general to implement the programs' and departments' budgets, as well as the installments for implementing the administrative and operational expenditures' budget to manage the office. This is represented by the advance and reimbursements made during the fiscal year for expenditures.

  This is in addition to clarifying the head office's checking account in the office's accounting books and the method of closing it in the newly created account we called the activity account, which was meant for following the movement of all installments sent by the secretariat general to the various departments and to administrative affairs.

  This is in addition to closing all disbursement documents sent by the office to the secretariat general with the [purpose] of dropping the departments' advances and to repay the administrative expenditures' advance, as well as the reimbursements. In the following, we address examples of these entries:
- On arrival of an installment sent by the secretariat general to the social welfare department and adding it to the office's bank account after deducting the banking fees. For example, the transferred amount is 1000 USD and the bank deducted 30 USD, the confirmation entry is as follows:
  - From those mentioned:

| 1000 | Bank Account. | |
|---|---|---|
| | 970 | Account number (060100411) at Ivy Bank<br>The net amount transferred to the social welfare department |
| | 30 | (The social welfare department's) banking fees |
| 1000 | Activity Account | (The entire amount transferred to the social [welfare department] |

17/5/1425 AH

(3)

[Illegible]

IIRO 34993

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

<u>To those mentioned</u>:

| 1000 | The head office's checking account. |
|---|---|
| 1000 | The social welfare department's account. |

(Confirming the social welfare department's right and holding it responsible for the banking fees, as well as confirming the head office's credit for the entire amount and confirming it in the intermediary-activity-account).

- o <u>When the department makes a disbursement from its balance, the entry is to be made as follows:</u>

    970      From the social welfare department's account
      970    To bank account number (060100411).

(Confirming the withdrawal from the bank to make a disbursement to the social welfare department using check number…………….)

- o <u>Confirming that the department was held responsible for the banking fees as follows:</u>

    30  From the social welfare department's account
      30    To the bank account (banking fees).

- o <u>On sending the disbursement documents to the secretariat general to drop the social welfare department's advance, the journal entry is as follows:</u>

    1000  From the head office's checking account
      1000    To the (social welfare department's) activity account

(Sending the social welfare department's disbursement documents using letter number …….dated……..).

<u>The transfer processes to the subsidiary journals:</u>

Bank account number (060100411)

| 1000 | To the social welfare department's account | 970 | From the social welfare department's account (check no…….) |
|---|---|---|---|
| | 970 account number (060100411) | 30 | From the social welfare department's account (banking fees) |
| | 30 Banking fees | | |
| <u>1000</u> | | <u>1000</u> | |

The head office's checking account

| 1000 | To the (social) [welfare department's] activity account<br>Sending the disbursement documents to the secretariat general | 1000 | From the (social) [welfare department's] activity account<br>The funding received from the secretariat general |
|---|---|---|---|
| <u>1000</u> | | <u>1000</u> | |

The social welfare department's account

| 970 | To the bank account | 1000 | From the bank account |
|---|---|---|---|
| 30 | To the bank account (banking fees) | | |
| <u>1000</u> | | <u>1000</u> | |

Activity account

| 1000 | To the head office's account | 1000 | From the head office's account<br>(Documents sent to the secretariat general) |
|---|---|---|---|
| <u>1000</u> | | <u>1000</u> | |

- • If a transfer sent by the secretariat general is received for the office's administrative and operational expenditures (advance), using the same previous example, the entry is to be as follows:

---

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

- o  <u>From those mentioned</u>:
  - 1000    Bank Account.
  - 970    Account number (060100411) at Ivy Bank
    The net amount transferred.
  - 30    (The administrative affairs') banking fees
  - 1000    Activity Account    (The entire amount transferred to the administrative affairs)
    <u>To those mentioned:</u>
  - 1000    The head office's checking account.
  - 1000    The administrative affairs account.

(Confirming the administrative affairs' right to withhold the banking fees, as well as confirming the head office's credit for the entire amount and confirming it in the activity account to follow-up on its repayment).

- o  <u>When the administrative affairs makes a disbursement from its balance, the entry is to be made as follows</u>:
  - 970  From the administrative affairs' account
  - 970    To bank account number (060100411).

(Confirming the withdrawal for the benefit of the administrative affairs using check number…………….)

- o  <u>Confirming that the administrative affairs was held responsible for the banking fees as follows</u>:
  - 30 From the social welfare department's account
  - 30    To the bank account (banking fees).

- o  <u>On sending the disbursement documents to the secretariat general to drop the administrative affairs' advance, the journal entry is as follows</u>:
  - 1000 From the head office's checking account
  - 1000    To the (administrative [affair's]) activity account

(Sending the administrative and operational expenditure's disbursement documents using letter number …….dated……..).

<u>The transfer processes to the subsidiary journals</u>:

Bank account number (060100411)

| 1000 | To the administrative affairs'  account | 970 | From the administrative affairs' account (check no…….) |
| | 970 account number (060100411) | 30 | From the administrative affairs' account (banking fees) |
| | 30 Banking fees | | |
| <u>1000</u> | | <u>1000</u> | |

The head office's checking account

| <u>1000</u> | To the (administrative'[affairs']) activity account | <u>1000</u> | From the activity account (the transfer received by administrative [affairs]) |
| | Sending the disbursement documents to the secretariat general | | |
| <u>1000</u> | | <u>1000</u> | |

IIRO 34995

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

The administrative affairs' account

| 970 | To the bank account, check no….. | 1000 | 970 From the bank account, account no……. |
| 30 | To the bank account (banking fees) | | 30 (banking fees) |
| 1000 | | 1000 | |

Activity account

| 1000 | To the head office's account | 1000 | From the head office's account |
| | The funds transferred from the secretariat general (sic) to the administrative [affairs'] | | The administrative [affairs'] sent documents |
| 1000 | | 1000 | |

This is considered to be a general framework which allows the accountant to adjust his accounts and tighten control over them with regards to the incoming and outgoing funds and to that which concerns each program and department. [It also] makes it possible to make comparisons with the head office at any time. According to the situation, the accountant can increase or decrease the set of subsidiary journals. Furthermore, the account is always in the USD equivalent of the local currency in accordance with the regulations mentioned in the guide for offices abroad which was approved by the secretariat general.

2-We were unable to compare the balance of the Indonesia Office's checking account, number (3701724), which is in debt in the financial department's record books and which amounted to 3,277,546.85 riyals on 30/06/1424 AH. This is due to the absence of a checking account for the head office in the Indonesia Office's accounting record books, not to mention the absence of an accounting protocol which allows any type of comparison to be made, except for comparing the installments sent to the office from the head office during the audit period (01/07/1423 – 30/06/1424) as their receipt by the office was verified by comparing with the office's bank account, number (060100411), at Ivy Bank.

**Recommendation:**

- Making sure to compare the last period, which begins from the date Mr. Fawzi bin Mohammed Jamal took over. The basis should be the hand over/receipt report that was prepared on the occasion of his taking over the office. The balances that were carried over from the previous period are to be treated within the framework of the financial department's repayment plan for advances.

3-On analyzing the Indonesia Office's checking account, number (3701724), in the financial records, and the cost account number (724), we found that the funds transferred to the office from the secretariat general and the approvals for making disbursements from the currency [exchange rate] differences during the audit period (01/07/1423-30/06/1424) were distributed according to the departments and programs as follows:

Table number (1)

| Serial no. | Statement | Funds transferred from the secretariat general | Approvals to make disbursements from the currency [exchange rate] difference | Total |
|---|---|---|---|---|
| 1 | The office's administrative and operational expenditures | *112,934.00 | 47,971.00 | 160,905 |
| 2 | Mosques and wells | 2,460,263.08 | - | 2,460,263.08 |
| 3 | Daawah and missionaries | 120,368.06 | - | 120,368.06 |
| 4 | Social welfare department | 1,012,032.12 | - | 1,012,032.12 |
| 5 | Holy Quran lessons | - | - | - |
| 6 | Urgent relief | - | - | - |
| 7 | Iftar | 100,000.01 | 50,000.00 | 150,000.01 |
| 8 | Eid lamb | 50,000.02 | - | 50,000.02 |
| Total | | 3,855,597.29 | 97,971 | 3,953,568.29 |

17/5/1425 AH

(6)

[Illegible]

IIRO 34996

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

\*The amount includes 101,324 riyals for reimbursements during the period, which includes 2,372 riyals which was transferred on 05/06/2003 and was not recorded in the Indonesia Office's cost center number (724) in the financial record books.

**Comments:**

On reviewing the trial balance prepared by the Indonesia Office's accountant for the period from (01/07/1423 to 30/06/1424), noting that the balance is in dollars, the following comments became evident:

A- The office's administrative affairs account balance shows an excess disbursement amounting to 29,345.41 USD, which equals 110,045.29 riyals. Where was this disbursement funded from?

B- We find that during the administrative affairs' trial period, the credit movement amounted to 40,084.90 USD, which equals 150,318.37 riyals, whereas the funds transferred to the administrative affairs from the secretariat general, plus the approvals, amounted to 160,905 riyals. How do [you] explain this discrepancy?

C- If we add the engineering department with the mosques and wells, we find an excess disbursement amounting to 772.48 USD, which equals 2,896.80 riyals. This is by adding the mosques and wells' credit balance (254,914.37) USD and the engineering department's debit balance (1,440) USD to each other for their credit balance to become (253,474.37) USD, as well as adding the credit movement to each other:

664,987.67 + 9,461.37 = 674,449.04 USD, whereas the debit movement equals:

918,541.16 + 10,154.73 = 928,695.89 USD. Hence, the excess is as follows:

| | | | |
|---|---|---|---|
| 01/07/1423's credit balance | : | 253,474.37 | USD |
| The credit movement during the period | : | 674,449.04 | USD |
| | : | 927,923.41 | USD |
| The debit movement during the period | : | 928,695.89 | USD |
| The excess disbursement | : | (772.48) | USD which equals 2,896.80 riyals |

D- The funds transferred to the mosques and wells and engineering [department] from the secretariat general during the period [amounted to] 2,460,263.08 riyals, whereas the credit movement during the same period, according to the trial balance, [was] 674,449.04 USD, which equals 2,529,183.90 riyals. So what is the source of this excess?

E- The funds transferred from the secretariat general to the social welfare department during the period amounted to 1,012,032.12 riyals, whereas the credit movement during the same period, according to the trial balance, [was] 408,520.32 USD, which equals 1,531,951.20 riyals. So where did this huge excess amounting to 519,919.08 riyals come from?

F- From the trial balance, we discovered that the credit movement of the lessons and Quran institutions program's account amounted to 9,411.74 USD, which equals 35,294.02 riyals. Note that the secretariat general did not transfer any funds to this program during the period at the end of which the trial balance was prepared, so where did the funding come from? Or what is the explanation for this credit movement?

G- According to the trial balance, the amount of 10,588 USD, which equals 39,705 riyals, appeared in the urgent relief program's credit movement. Note that the secretariat general did not transfer any funds to the program during the audited period. So what is the explanation of this credit movement during this period?

---

17/5/1425 AH                                    (7)                                    [Illegible]

IIRO 34997

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

H- From the trial balance, it was discovered that the credit movement of the Iftar and Eid lamb programs amounted to 40,000.01 USD, which equals 150,000.03 riyals, whereas the funds transferred by the secretariat general, plus the approval to make a disbursement from the currency [exchange rate] differences totaled 200,000.02 riyals. So why wasn't the total amount recorded on the credit and debit movement sides if the amount was disbursed on the complete implementation of the programs or else what is the explanation?

I- The disbursement that appeared in the balance from the currency [exchange rate] differences' account amounted to 33,024 USD, which equals 123,840 riyals, whereas the total approvals for making disbursements from the currency [exchange rate] differences' account was 97,971 riyals during the period (Table number 1) above. So what are the details of the extra disbursement and its approval?

**Recommendation:**

Responding to all of the previously mentioned inquiries in detail, supported by the evidential papers.

4- On auditing the Indonesia Office's USD account number (060100411) at Ivy Bank, we found that there were funds transferred to this account from IIRO's domestic office in the Eastern [Province] during the period from (01/07/1423 to 30/06/1424) which amounted to 383,663.76 USD, which equals 1,438,739.10 riyals for the implementation of the mosques and wells' projects and for the orphans of charity foundations and institutions in Indonesia. Details of its incoming and outgoing funds are in the following table:

Table number (2)

Funds received by the Indonesia Office's account from the Eastern [Province]'s Office and its outgoing [funds] in (USD) during the period from (01/07/1423 – 30/06/1424)

| Serial no. | Months | Amounts in USD | | Remaining balance |
|---|---|---|---|---|
| | | Incoming | Outgoing | |
| 1 | October 2002 | 145.76 | 2,343.76 | (2,198) |
| 2 | December 2002 | 3,370.00 | - | 3,370 |
| 3 | February 2003 | 45,304.00 | *45,303.98 | 0.02 |
| 4 | March 2003 | 37,081.00 | - | 37,081 |
| 5 | April 2003 | 60,303.00 | 66.153.14 | (5,850.14) |
| 6 | May 2003 | 158,769.00 | 101,342.50 | 57,426.5 |
| 7 | June 2003 | 51,904.00 | 110,374.10 | (058,470.1) |
| 8 | July 2003 | 26,787.00 | 32,527.90 | (05,740.9) |
| 9 | August 2003 | - | *15,253.00 | (15,253) |
| | Total | 383,663.76 | 373,298.38 | 10,365.38 |

*Includes outgoing funds from Ivy Bank (the rupees account).

**Comments:**

A- From the above Table (2) it is found that the Eastern [Province] Office's account balance on 30/06/1424 was 10,365.38 USD, while the balance appearing in the [trial] balance is 4,364.17 USD. So what is the reason for the discrepancy and what is its explanation? Support this with papers confirming this.

17/5/1425 AH                    (8)                    [Illegible]

IIRO 34998

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
**In Saudi Arabia**
*Internal-Auditor*

B-  From the [trial] balance, the Ivy Bank's (USD) account balance [is] 4,830.51 USD, while the Eastern [Province] Office's remaining balance in the same account [is] 10,365.38 USD according to Table (2) above.

**Recommendation:**
- Making sure to clarify the reasons for the discrepancy in these balances, supported by papers confirming this.
- Making sure to implement all of IIRO's projects in Indonesia via IIRO's offices to ensure control and to guarantee that the standards are applied.

5- On extrapolation of the trial balance in question, we found that on 30/06/1424 AH the bank balances in all accounts, whether in rupees or USD, at all banks totaled 33,807.36 USD, while the credit accounts amounted to 66,042.24 USD.  As mentioned in the [trial] balance, their details are as follows:

| | | | |
|---|---|---|---|
| -Mosques and Wells | : | 1,360.88 | USD |
| -Holy Quran Program | : | 329.59 | USD |
| -Social Welfare Department | : | 31,731.72 | USD |
| -Eastern [Province] Office | : | 4,364.17 | USD |
| -USD Interest Account | : | 26,499.34 | USD |
| -Rupees Interest Account | : | 1,722.98 | USD |
| -Currency [Exchange Rate] Differences' Account | : | 33.56 | USD |
| Total | : | 66,042.24 | USD |

It is clear that the bank accounts' balance deficit is the difference between the departments' total entitlements clarified above and the bank balances appearing in the [trial] balance. It is as follows:

| | | | |
|---|---|---|---|
| -The Departments' Credit Balances | : | 66,042.24 | USD |
| -The Bank Balances | : | 33,807.36 | USD |
| The Deficit | : | (32,234.88) | USD |

This equals the total [amount of] excesses mentioned in the [trial] balance. **(Attachment number 1)**

**Recommendation:**
- Clarifying the method by which the departments' and programs' entitlements, which amount to 66,042.24 USD, will be secured.

6- On auditing the Indonesia Office's bank account number (060100411) USD at Ivy Bank, we found that the funds transferred from the secretariat general during the report period amounted to 3,855,597.28 riyals.
**(Attachment number 2)**

**Comments:**
A-  The bank deducted the amount of 1,579.98 USD, which equals 5,924.92 riyals as banking fees and it added the net amount after deducting these fees to the office's account.
B-  The office's accountant did not treat the amounts deducted as banking fees. All he did was record the net amount for the office. This large difference makes the office's advance incapable of being repaid in full.

**Recommendation:**
- Preparing an adjustment equaling the amount of 1,509.98 USD in the expenses' bank account.
- Making sure to record all fees deducted by the bank during the periods prior to and after the audit.

17/5/1425 AH

(9)

[Illegible]

IIRO 34999

| | | |
|---|---|---|
| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |

7- On comparing the installments transferred by the secretariat general to the office, we discovered the existence of the amount of 631.69 USD, which equals 2,372 riyals, that was added to the office's bank account number (060100411) USD at Ivy Bank. **(Attachment number 3)**

**Comment:**

A- The financial department did not record the amount [as being the responsibility of] the Indonesia Office in its cost center account number (724). Instead, it was recorded in IIRO's general account using entry number (2442) dated 10/04/1424 AH.

**Recommendation:**

- Preparing a correction entry at the financial department to pass the amount onto the Indonesia Office's cost center.

## Fourth: Summary:

The results of the field audit for the IIRO-Indonesia Office point to the existence of comments related to the accounting protocol and others to the matching of balances, as well as many other comments of which we mention for example:

1- The office does not use the regulatory accounting entries that focus on the double entry theory; instead it uses single entry.

2- The documentary set that fulfills the needs of an effective accounting system is not found.

3- The office records the installments received from the secretariat general in USD instead of recording them in the local currency.

4- The office did not record any currency [exchange rate] differences during the report period (01/07/1423 – 30/06/1424).

5- The office records the installments transferred to it from the secretariat general as the net amount without recording the amounts deducted by the bank as banking fees.

6- We were unable to match the office's debit balance with [the] 3,277,546.85 riyals in the financial department's record books at the head office as the office has no checking account for the head office.

7- The office received the amount of 1,438,739.10 riyals which were transferred by IIRO's domestic Eastern [Province] Office in its account number (06010411) USD at Ivy Bank in Jakarta.

8- The administrative affairs' excess disbursements during the report period amounted to 110,045.29 riyals for the benefit of the departments and other programs.

9- The office disbursed the amount of 25,869 riyals from the currency [exchange rate] differences without approval from the authorized person.

10- There is a deficit amounting to 6,001.21 USD in the Eastern [Province] Office's account appearing in the trial balance.

11- The office has no record book for the assets it organizes, categorizes and numbers.

## Fifth: Opinion:

The results of the field audit point to the absence of an accounting protocol and [to the fact] that the entries are made using single entry which is only used in small individual work. Therefore, the office needs to design an accounting protocol that suits its activity and for which a documentary set fulfilling its work needs is prepared.

---

17/5/1425 AH                              (10)                              [Illegible]

IIRO 35000

MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
**In Saudi Arabia**
*Internal-Auditor*

## Sixth: General Recommendations:

In addition to our previously mentioned recommendations alongside each of the comments, in the following points, we sum up the most important of these recommendations so they can be used as a guide to improve and regulate performance and tighten its control:

(1)    Making sure to prepare an accounting protocol that complies with that used at the financial department at IIRO's secretariat general and its domestic offices/offices abroad.

(2)    Using the American general ledger and its set of analysis sub ledgers.

(3)    Committing to opening a checking account at the head office in the office's accounting record books to facilitate the continuous matching processes.

(4)    Making sure to correct the discrepancies appearing in the trial balance, clarifying the reasons for them and informing us of this.

(5)    Making sure to record all of the banking fees deducted by the bank from the transferred funds.

(6)    Making sure to promptly inform the secretariat general of any funds transferred to the office from IIRO's domestic office in the Eastern [Province] or any other party.

(7)    Recording any funds transferred to the office from any party other than the head office in the safety deposit account so they can be dealt with independently from the office's accounts.

(8)    Making sure to record the accounts in the local currency so that this complies with the evidential documents which are always in the country's local currency.

(9)    Making sure to refrain from making disbursements from the currency [exchange rate] differences and bank interest accounts without approval from IIRO's secretary general.

(10)    Treating the deficit appearing in the balance of the Eastern [Province] Office's account mentioned in the trial balance and providing us with proof of this.

(11)    Responding to the draft of this report within the deadline so we can send it on time.

Attachment No (1)

No. of pages *1*

## Auditing Balance for the period from 1/7/1423 AH to 30/6/1424 AH

(Corresponding to 8/9/2002 – 29/9/2003)

| Description | Balance 1/7/23 AH (8/9/2002) | | | | Annual Transaction | | | | Closing Balance 30/6/1424 AH | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor | | Debtor | | Creditor | | Debtor | | Creditor | | Debtor | |
| **General Secretariat** | | | | | | | | | | | | |
| Administration | 82 | 10,800 | | | 49 | 58,629 | 90 | 40,084 | 41 | 29,345 | | |
| Mosques and Wells | | | 37 | 254,914 | 16 | 918,541 | 67 | 664,987 | | | 88 | 1,360 |
| Engineering | 0 | 1,440 | | | 73 | 10,154 | 37 | 9,461 | 36 | 2,133 | | |
| Quran & Daawa Programs | | | 34 | 590 | 53 | 32,255 | 78 | 31,994 | | | 59 | 329 |
| Social Welfare | | | 69 | 603 | 29 | 377,392 | 32 | 408,520 | | | 72 | 31,731 |
| Study Circles | | | 87 | 19,737 | 72 | 29,905 | 74 | 9,411 | 11 | 756 | | |
| Urgent relief | | | 29 | 3,367 | 29 | 13,955 | 0 | 10,588 | | | | |
| Iftar and Eid Sacrifice | | | | | 1 | 40,000 | 1 | 40,000 | | | | |
| Total Balance of General Secretariat | 82 | 12,240 | 56 | 279,213 | 22 | 1,480,834 | 79 | 1,215,048 | 88 | 32,234 | 19 | 33,422 |
| **Eastern Province in Dammam** | | | | | 62 | 402,092 | 79 | 406,456 | | | 17 | 4,364 |
| **Total Balance of Eastern Province** | | | | | 62 | 402,092 | 79 | 406,456 | | | 17 | 4,364 |
| **Miscellaneous Accounts** | | | | | | | | | | | | |
| Interest Account in Dollars | | | 48 | 22,257 | 97 | 1,728 | 83 | 5,970 | | | 34 | 26,499 |
| Interest Account in Rupees | | | 91 | 1,138 | 58 | 228 | 65 | 812 | | | 98 | 1,722 |
| Exchange Difference Account | | | 56 | 33,057 | 0 | 33,024 | | | | | 56 | 33 |
| **Total of Miscellaneous Accounts** | | | 95 | 56,453 | 55 | 34,981 | 48 | 6,783 | | | 88 | 28,255 |
| **Bank Accounts** | | | | | | | | | | | | |
| Bank Mandiri in dollars | 74 | 23 | | | 7 | 0 | 81 | 23 | | | | |
| *Exchange Rate* Bank Mandiri in Rupees | 33 | 326 *?* | | | | 0 | 13 | 31 | 20 | 295 *?* | | |
| Evi Bank in dollars | 51 | 322,286 | | | 1 | 1,450,610 | 1 | 1,768,066 | 51 | 4,830 | | |
| *Exchange Rate?* Evi Bank in Rupees | 11 | 790 *?* | | | 31 | 307,717 | 34 | 286,284 | 8 | 22,223 *?* | | |
| Treasury Account | | | | | 80 | 24,491 | 23 | 18,038 | 57 | 6,458 | | |
| **Total Bank Accounts** | 69 | 323,426 | | | 19 | 1,782,824 | 52 | 2,072,443 | 36 | 33,807 | | |
| | 51 | 335,667 | 51 | 335,667 | 58 | 3,700,732 | 58 | 3,700,732 | 24 | 66,042 | 24 | 66,042 |

*8860*

*8565*

*8,712.5 average*

IIRO 35002

Attachment No (2)

No. of pages *2*

INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA
**Internal Auditor**

[Logo]

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal-Auditor*

## Amounts Transferred to Indonesia Office during the period from 1/7/1423 AH to 30/6/1424 AH

| Description | Transfer Date | Amount | | Bank Fees | Net | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Riyals | Dollars | | Dollars | Riyals |
| Final payment for construction of 3 mosques | 30/9/2002 | 34,000.01 | 9,066.67 | 30 | 9,036.67 | 33,887.51 |
| Full payment to drill 27 artesian wells | 30/9/2002 | 123,675.00 | 23,980.00 | 36 | 23,944.00 | 123,540.00 |
| Full payment to drill 15 artesian wells and 53 surface wells | 1/10/2002 | 112,455.00 | 29,988.00 | 36 | 29,952.00 | 112,320.00 |
| Second payment for construction of 27 mosques | 8/10/2002 | 132,660.00 | 35,375.00 | 36 | 35,340.00 | 132,525.00 |
| Another payment for construction of mosques | 11/10/2002 | 77,843.02 | 20,758.14 | 30 | 20,728.14 | 77,830.52 |
| Final payment for construction of 9 mosques | 11/10/2002 | 34,152.00 | 9,107.20 | 30 | 9,077.20 | 34,039.00 |
| Net payment for construction of 51 mosques | 11/10/2002 | 35,700.00 | 9,520.00 | 30 | 9,490.00 | 35,587.50 |
| Iftar for year 1423 AH | 28/10/2002 | 100,000.01 | 26,666.67 | 36 | 26,630.67 | 99,865.01 |
| 60% for construction of 35 mosques | 8/11/2002 | 495,344.02 | 132,091.74 | 36 | 132,055.74 | 495,209.02 |
| Salary of Orphan Supervisor 1/2 – 7/9/2002 | 14/11/2002 | 8,680.01 | 2,314.67 | 30 | 2,284.67 | 8,567.01 |
| 60% for construction of 11 mosques | 27/11/2002 | 168,299.99 | 44,789.99 | 124.74 | 44,755.25 | 167,832.18 |
| Aid for Dawa supervisor (3/3 – 7/9/2002) | 24/12/2002 | 6,358.01 | 1,695.47 | 30 | 1,665.47 | 6,245.01 |
| Substitution of September and October Salaries 2002 | 9/1/2003 | 7,950.00 | 2,120.00 | 30 | 2,090.00 | 7,837.50 |
| Dedicated to Eid ram programs in 1423 AH | 27/1/2003 | 50,000.02 | 13,333.34 | 30 | 13,303.34 | 49,884.52 |
| Substitution of November Salaries 2002 | 27/1/2003 | 4,500.00 | 1,200.00 | 25 | 1,1750.00 | 4,406.25 |
| Substitution of December Salaries 2002 | 27/1/2003 | 4,500.00 | 1,200.00 | 25 | 1,1750.00 | 4,406.25 |
| Substitution of M.T. for 11/2002 | 28/1/2003 | 441.00 | 117.60 | 23 | 94.60 | 354.75 |
| Substitution of M.T. for 10 and 11/2002 | 28/1/2003 | 2,428.01 | 647.47 | 25 | 622.47 | 2,334.26 |
| Substitution of M.T. for November 2002 | 29/1/2003 | 2,460.00 | 656.00 | 30 | 626.00 | 2,647.50 |
| Salary of Orphan Supervisor 8/9 – 31/12/2002 | 3/2/2003 | 4,520.02 | 1,205.34 | 25 | 1,180.34 | 4,426.27 |
| Foster care of orphans 1/3/22 – 30/6/22 (24/5/01 – 19/9/01) | 3/2/2003 | 48,104.02 | 12,827.74 | 30 | 12,797.74 | 47,991.52 |
| Eid gift for 17 orphans from previous years | 4/2/2003 | 3,227.02 | 860.54 | 35 | 825.54 | 3,095.77 |
| Final payment for foster care of orphans 22/23 | 4/2/2003 | 215,181.00 | 57,381.60 | 36 | 57,345.60 | 215,046.00 |
| Another payment for foster care of orphans 1/11 – 30/2/23 | 4/2/2003 | 288,485.02 | 76,929.34 | 36 | 76,893.34 | 288,350.02 |
| Foster care of orphans 1/10 – 30/10/22 | 4/2/2003 | 434,822.02 | 115,952.54 | 36 | 115,916.54 | 434,687.02 |
| Aid for SalahAl-Din Al Nadawy 8/9 – 31/12/2002 | 28/2/2003 | 18,362.02 | 4,896.54 | 30 | 4,866.54 | 18,249.52 |
| Aid for SalahAl-Din Al Nadawy 1/4 – 7/9/2002 | 28/2/2003 | 25,513.01 | 6,803.47 | 30 | 6,773.47 | 25,400.51 |
| Aid for advocates and advocates' supervisor | 5/3/2003 | 70,135.01 | 18,702.67 | 43.37 | 18,659.30 | 69,972.37 |
| Salary of orphans' bookkeeper | 6/3/2003 | 3,013.01 | 803.47 | 42.87 | 760.60 | 2,852.25 |
| Substitution of January Salaries 2003 | 12/3/2003 | 4,500.00 | 1,200.00 | 30 | 1,170.00 | 4,387.50 |
| Engineer Kiswanto Salary | 8/4/2003 | 9,434.03 | 2,515.74 | 30 | 2,485.74 | 9,321.52 |
| Salaries of orphans' supervisor and bookkeeper | 5/5/2003 | 6,000.00 | 1,600.00 | 42 | 1,558.00 | 5,842.50 |

04/09/1425 AH                                                                 [Illegible]

IIRO 35003

| MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Internal Auditor** | [Logo] | The Muslim World League<br>**Intl. Islamic Relief Org.**<br>**In Saudi Arabia**<br>*Internal-Auditor* |
|---|---|---|

| Description | Transfer Date | Amount | | Bank Fees | Net | |
|---|---|---|---|---|---|---|
| | | Riyals | Dollars | | Dollars | Riyals |
| | | 2,532,742.28 | 675,397.95 | 1,118.98 | 674,278.97 | 2,528,543.06 |
| Substitution of March Salaries 2003 | 7/5/2003 | 13,836.00 | 3,689.60 | 30 | 3,659.60 | 13,723.50 |
| Substitution of Director's salaries (Fawzy) | 7/5/2003 | 44,500.99 | 11,866.93 | 30 | 11,836.93 | 44,388.49 |
| 30% construction of 35 mosques | 7/5/2003 | 240,840.00 | 64,224.00 | 30 | 64,193.00 | 240,727.50 |
| 30% construction of 35 mosques | 9/5/2003 | 240,840.00 | 64,224.00 | 30 | 64,193.00 | 240,727.50 |
| 30% construction of 16 mosques | 13/5/2003 | 115,200.00 | 30,667.20 | 30 | 30,637.20 | 114,889.50 |
| Drilling of 37 surface wells | 20/5/2003 | 24,718.01 | 6,591.47 | 30 | 6,561.47 | 24,605.51 |
| Travel tickets for Director (Fawzy) | 20/5/2003 | 11,610.00 | 3,096.00 | 30 | 3,066.00 | 11,497.50 |
| Final Payment to drill 9 wells | 20/5/2003 | 16,320.00 | 4,352.00 | 30 | 4,322.00 | 16,207.50 |
| Another payment for construction of 6 mosques | 20/5/2003 | 43,304.01 | 11,281.07 | 30 | 11,251.07 | 42,191.51 |
| Another payment for 3 mosques and final payment for 17 mosques | 20/5/2003 | 204,153.00 | 54,440.80 | 30 | 54,410.80 | 204,040.50 |
| Another payment for 3 mosques and final payment for 17 mosques | 20/5/2003 | 107,460.00 | 28,656.00 | 30 | 28,626.00 | 107,347.50 |
| Another payment for construction of 14 mosques | 23/5/2003 | 196,102.99 | 52,294.13 | 36 | 52,258.13 | 195,967.99 |
| Substitution of April Salaries 2003 | 3/6/2003 | 13,836.00 | 3,689.60 | 30 | 3,659.60 | 13,723.50 |
| Payment for construction of 3 mosques | 27/6/2003 | 48,960.00 | 13,056.00 | 30 | 13,026.00 | 48,848.50 |
| Substitution of salaries from 1/2 – 28/3/2003 | 10/6/2003 | 2,372.00 | 631.69 | 35 | 596.69 | 2,240.57 |
| | | 3,855,597.28 | 1,028,158.44 | 1,579.98 | 1,026,578.46 | 3,849,669.13 |

*Bank fees of the two amounts referred to were recorded.

04/09/1425 AH                                                                [Illegible]

IIRO 35004

| | |
|---|---|
| **MUSLIM WORLD LEAGUE**<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Financial Department** | **MUSLIM WORLD LEAGUE**<br>**INT'L. ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA** |

Attachment No (3)

No. of pages *3*

[Logo]

No: *105/3095/24*                             Subject: _____

Date: *9/4/1424*                              : _____

**Dear *IIRO office director in Indonesia*            May God protect him**

**May the Peace, Mercy, and Blessings of God be upon you**

Enclosed *transaction* no. *1* dated *6/6/2003* for an amount of *631.69* (only *six hundred thirty one USD and sixty nine cents*) equivalent to *2,372* Saudi Riyals.

This is a payment of part of the amount *related to the administrative and operational expenses for years 23/24 AH (corresponding to 02/03) regarding total expenses (salaries and wages) for the period between 1/2/2003 to 28/3/2003.*

Kindly notify us through our fax no. 6512885 once you receive the amount backed by the receipt registered in your records and send the statements proving the expenditure.

Thank you and we appreciate your kind cooperation

Best Regards,

**Director of Financial Department**
[Signature] 7/4/1424 AH
**Saleh Bin Abdullah Al Saikhan**

[IIRO stamps]

[Indonesia office stamp]

No.: *174/24*
Date: *11/4/1424*
[Illegible] *(12)*

[Illegible]

IIRO 35005

[A bank transfer page in English]

IIRO 35006

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION      Printed on 3/9/25
THE KINGDOM OF SAUDI ARABIA      Page   1
Financial Department

## A print of daily entries
*********************
(Payments in type)

| Registry No: 2442/2   Check No: Transaction   Date: 10/4/24 (corresponding to 11/6/03) | | | | | |
|---|---|---|---|---|---|
| No. | Creditor | Debtor | Country | Code | Account No & Name |
| 1 | 2372.00 | 0.00 | None | None | 6001001 IIRO |
| 2 | 0.00 | 2372.00 | None | None | 2203005 Al Rajhi |
| | 2372.00 | 2372.00 | Total | | |
| Registry Description: The remaining part from the replacement amount of Indonesia office and that was previously registered under no. 2282 on 6/6/2003 | | | | | |

IIRO 35007

MUSLIM WORLD LEAGUE

**INT'L. ISLAMIC RELIEF ORG.**

THE KINGDOM OF SAUDI ARABIA

*Internal Auditor*



رابطة العالم الإسلامي

هيئة الإغـاثة الإسلامية العالميـة

بالمملـكـة الـعـربـيـة الـسـعـوديـة

جهـاز المراجع الداخلي

Sub. : ................................ : الموضوع

............................................... :

الرقـم : ٦٦١٢ / ٤٢٤٢ / No. ٠٠١

Date : ١٤٢٥/٩/١٨ التاريخ

سعادة الأستاذ / فهد بن محمد سند الجربي          حفظه الله

مدير مكتب الهيئة في إندونيسيا

السلام عليكم ورحمة الله وبركاته ،،،

الموضوع : مسودة تقرير المراجعة الميدانية لمكتب الهيئة بإندونيسيا

إشارة إلى المراجعة الميدانية التي قام بها مندوبنا لمكتبكم خلال الفترة من ١٤٢٥/٠٨/١٥هـ إلى

١٤٢٥/٠٨/٢٦هـ ، تجدون برفقه مسودة التقرير الأولية لما أسفرت عنه نتائج المراجعة والفحص الميداني .

نأمل الإطلاع وإبداء مرئياتكم حول ما جاء في مسودة التقرير من ملاحظات ، وذلك خلال ثلاثين يوماً

من تاريخه ، لكي يتسنى لنا الدراسة وإعداد التقرير النهائي ورفعه في الوقت المحدد .

شاكرين لكم كريم تعاونكم ،،،

وتقبلوا خالص تحياتي وتقديري ،،،

المراقب الداخلي



أ. إسماعيل بن حسن مندورة

صورة مع التحية لسعادة أمين عام الهيئة .



Please qoute above ref. No. and date when replying.          Pour répondre, Prière de citer la date et la référence sus - citées          الرجا - عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ

D:\MYWORK\1420\AUDITORS\MANAGER\MESS\MESS_OUT_OFF_01.DOC          Email: relief@iirosa.org : البريد الالكتروني

٢٠٠٤/١١/٠١

IIRO 34989



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية
جهاز المراجع الداخلي

# ســـــري

# تقرير جهاز المراجع الداخلي عن المراجعة الميدانية لمكتب الهيئة في إندونيسيا

## خلال الفترة
## من ١٤٢٥/٠٨/١٥هـ إلى ١٤٢٥/٠٨/٢٦هـ



IIRO 34990

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية
جهاز المراجع الداخلي

# محتويــــــــــات التقـــــريــــــر

الصفحة

| | | |
|---|---|---|
| أولاً | : المقدمة . | ٢ |
| ثـانيـاً | : أهداف المراجعة الميدانية . | ٢ |
| ثالثـاً | : ملاحظات المراجعة الميدانية . | ٢ |
| رابعـاً | : الخلاصة . | ١٠ |
| خامساً | : الرأي . | ١٠ |
| سـادساً | : التوصيات العامة . | ١١ |

IIRO 34991



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

## أولاً: المقدمة :

تأتي المراجعة الميدانية لمكتب الهيئة في إندونيسيا استكمالاً للمراجعة المستندية التي تمت في إطار خطة عمل جهاز المراجع الداخلي للعام المالي ١٤٢٥/٢٤هـ .

ومما يجدر ذكره أن المكتب افتتح في عام ١٩٨٩م وتعاقب عليه عدة مدراء آخرهم الأستاذ / فهد بن محمد سند الحربي الذي استلم المكتب من الأستاذ / فوزي بن حسن محمد جمال .بموجب محضر الاستلام والتسليم المعد في ١٤٢٥/٠٧/٢١هـ . ويطلع المكتب بتنفيذ مشاريع الهيئة في دولة إندونيسيا في مجال المساجد وحفر الآبار وكفالة الأيتام (أيتام يتبعون لجمعيات ومؤسسات خيرية) ، أما في مجال الدعوة فإن عدد الدعاة (١١٨) داعية ، بينما لم نجد نشاطاً للرعاية الصحية ولا الرعاية التعليمية ولا القرآن الكريم ، إلا أنه توجد حلقات تحفيظ عبر بعض المعاهد تمول من قبل الهيئة العالمية للقرآن الكريم . ويوجد بالمكتب موظف معين من قبل الهيئة العالمية للقرآن الكريم يشرف على تلك الحلقات .

هذا ويعمل بالمكتب عدد (٨) موظفين جميعهم يعملون .بموجب عقود تعاون ما عدا المحاسب فيعمل .بموجب عقد عمل .

والمبنى الذي يشغله المكتب مؤجر من قبل الرابطة ، ويقوم الأستاذ / فهد الحربي بإدارة مكتبي الرابطة والهيئة .

## ثانياً : أهداف المراجعة الميدانية :

تهدف المراجعة الميدانية لمكتب الهيئة في إندونيسيات إلى :

– فحص النظام المحاسبي وتقييمه .

– فحص نظام الرقابة الداخلية والتحقق من إجراءاتها .

– الفحص القيدي ومراجعة عينات من عناصر الحسابات الرئيسية .

– التحقق من وجود الأصول وملكيتها للمكتب .

– مطابقة الدفعات المرسلة من المركز الرئيسي إلى المكتب والتأكد من وصولها وإضافتها إلى حساب المكتب البنكي .

هذا وقد أُعد برنامجاً متكاملاً للمراجعة اشتمل على قوائم استقصاء لاختبار وتحليل الأنظمة وتقييمها بدقة وتحديد مواطن الضعف والقوة فيها ، كما أعدت قوائم للتحقق من الوجود الفعلي للأصول والمقتنيات وملكيتها للمكتب .

## ثالثاً : ملاحظات المراجعة الميدانية :

١– النظام المحاسبي : بفحص النظام المحاسبي القائم في مكتب الهيئة بإندونيسيا ومجموعته الدفترية تبيّن لنا الآتي :

أ – لا يستخدم المحاسب نظرية القيد المزدوج في إثبات الأحداث المالية لعمليات المكتب ، بل يقوم فقط باستخدام القيد المفرد – ما يتعارف عليه باليومية الزفرة – وهذا بالطبع له سلبيات كثيرة من أهمها إضعاف الرقابة الداخلية وتعقيد استخراج موازين المراجعة وصعوبة اكتشاف أخطاء التسجيل و ........ إلخ .

ب – لم يستخدم المكتب القيود المحاسبية التسلسلية التي تبدأ من رقم (١) في بداية العام المالي عند إثبات القيد الافتتاحي وتنتهي بقيود التسويات الجردية نهاية العام . وبالطبع لم يستخدم المحاسب سندات قيود اليومية الواردة بالدليل المحاسبي للمكاتب الخارجية المعتمد من قبل الأمانة العامة للهيئة .

جـ – يستخدم المكتب الدفاتر الآتي :

– دفتر تحليلي لمتابعة صرف الرعايات بالدولار .

IIRO 34992



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية

جهاز المراجع الداخلي

– دفتر تحليلي لمتابعة صرف الرعايات بالعملة المحلية (الروبية) .

– دفتر لمتابعة حركة الحسابات البنكية .

## التوصية :

♦ استخدام نظرية القيد المزدوج في إثبات الأحداث المالية قيدياً .

♦ استخدام سندات قيود اليومية وفقاً للنموذج الوارد في الدليل المحاسبي للمكاتب الخارجية ، ويمكن للمكتب طلب دفاتر سندات قيود اليومية من الإدارة المالية بالأمانة العامة بجدة ، حيث تطبع مركزياً وتوزع على المكاتب المحلية والخارجية حسب الطلب .

♦ ضرورة استخدام دفتر يومية عامة أمريكية (١٦) خانة تكون عناصر الحسابات على خاناته كالآتي :

| – الصندوق . | – البنوك . | – الشؤون الإدارية . |
| – الرعاية الاجتماعية . | – الرعاية الصحية . | – الرعاية الهندسية . |
| – برنامج القرآن الكريم والدعوة . | – الرعاية التعليمية . | – المشاريع الموسمية . |
| – عهد وأمانات . | – الفوائد البنكية . | – الرسوم البنكية والضرائب . |
| – فروقات العملة . | – تكلفة النشاط (ح/وسيط لمراقبة دفعات الرعايات والبرامج) . |

– الأستاذ العام ويخصص هذه الخانة للحسابات التي لم يرد تصنيفها فيما سبق والغير متكررة .

♦ استخدام دفاتر أستاذ مساعدة لتحليل الحسابات الرئيسية أو جمع أكثر من حساب في دفتر واحد كالرعايات مثلاً وبحسب تقدير المحاسب القائم بالعمل ومنها :

| – دفتر مساعد البنوك . | – دفتر تحليل المصروفات الإدارية . |
| – دفتر الرعايات والبرامج . | – دفتر جاري المركز الرئيسي . |

وفيما يلي نماذج من القيود المحاسبية لتوضيح عمليات إثبات الدفعات المرسلة من الأمانة العامة لتنفيذ ميزانيات البرامج والرعايات ، وكذلك دفعات تنفيذ ميزانية المصروفات الإدارية والتشغيلية لإدارة المكتب والمتمثلة في السلفة المستديمة والاستعاضات التي تتم خلال السنة المالية للمصروفات ، وكذلك توضيح حساب المركز الرئيسي الجاري لدى سجلات المكتب المحاسبية وكيفية إقفاله في الحساب المستحدث الذي سميناه حساب النشاط والذي قصدنا منه متابعة حركة كل الدفعات المرسلة من الأمانة العامة للرعايات المختلفة والشؤون الإدارية ، وكذلك إقفال كل مستندات الصرف التي ترسل من المكتب للأمانة العامة لإسقاط عهد الرعايات وسداد سلفة المصروفات الإدارية وكذلك الاستعاضات ، وفيما يلي نتناول نماذج من هذه القيود :

♦ عند وصول دفعة مرسلة من الأمانة العامة للرعاية الاجتماعية وإضافتها إلى حساب المكتب البنكي بعد خصم الرسوم البنكية ، فمثلاً المبلغ المحوّل ١٠٠٠ دولار وقام البنك بخصم ٣٠ دولار يكون قيد الإثبات كالتالي :

o من مذكورين :

١٠٠٠    ح/البنك .

٩٧٠    الحساب رقم (٠٦٠١٠٠٤١١) ببنك إيفي
صافي المبلغ المحوّل لصالح الرعاية الاجتماعية .

٣٠    الرسوم البنكية (الخاصة بالرعاية الاجتماعية)

١٠٠٠    ح/النشاط (كامل المبلغ المحوّل لصالح الاجتماعية)

IIRO 34993

The Muslim World League

**Intl. Islamic Relief Org.**

In Saudi Arabia

*Internal Auditor*



رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

جهاز المراجع الداخلي

إلى مذكورين :

١٠٠٠    ح/جاري المركز الرئيسي .

١٠٠٠    ح/الرعاية الاجتماعية .

(إثبات حق الرعاية الاجتماعية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ،

وكذلك إثباته في الحساب الوسيط – النشاط – ) .

○    عندما تقوم الرعاية بالصرف من رصيدها يكون القيد كالتالي :

٩٧٠    من ح/الرعاية الاجتماعية .

٩٧٠    إلى ح/البنك رقم (٠٦٠١٠٠٤١١) .

(إثبات السحب من البنك للصرف على الرعاية الاجتماعية بالشيك رقم .......... )

○    إثبات تحميل الرعاية برسوم البنك كالتالي :

٣٠    من ح/الرعاية الاجتماعية .

٣٠    إلى ح/البنك (رسوم بنكية) .

○    عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الرعاية الاجتماعية يكون قيد اليومية

كالآتي :

١٠٠٠    من ح/جاري المركز الرئيسي

١٠٠٠    إلى ح/النشاط (خاص بالرعاية الاجتماعية) .

(إرسال مستندات صرف خاصة بالرعاية الاجتماعية.بموجب الخطاب رقم ..... وتاريخ ...... ) .

عمليات الترحيل إلى الدفاتر المساعدة :

ح/البنك رقم (٠٦٠١٠٠٤١١)

| | | |
|---|---|---|
| ٩٧٠ من ح/الرعاية الاجتماعية (شيك رقم .....) | ١٠٠٠ إلى ح/الرعاية الاجتماعية | |
| ٣٠ من ح/الرعاية الاجتماعية (م. بنكية) | ٩٧٠ ح/رقم (٠٦٠١٠٠٤١١) | |
| | ٣٠ رسوم بنكية | |
| ١٠٠٠ | ١٠٠٠ | |

ح/جاري المركز الرئيسي

| | |
|---|---|
| ١٠٠٠ من ح/النشاط (اجتماعية) | ١٠٠٠ إلى ح/النشاط (اجتماعية) |
| التمويل الوارد من الأمانة العامة | إرسال مستندات الصرف إلى الأمانة العامة |
| ١٠٠٠ | ١٠٠٠ |

ح/الرعاية الاجتماعية

| | |
|---|---|
| ١٠٠٠ من ح/البنك | ٩٧٠ إلى ح/البنك |
| | ٣٠ إلى ح/البنك (م. بنكية) |
| ١٠٠٠ | ١٠٠٠ |

ح/النشاط

| | |
|---|---|
| ١٠٠٠ من ح/المركز الرئيسي | ١٠٠٠ إلى ح/المركز الرئيسي |
| (المستندات المرسلة للأمانة العامة) | |
| ١٠٠٠ | ١٠٠٠ |

●    في حالة وصول تحويل مرسل من الأمانة العامة لصالح المصروفات الإدارية والتشغيلية للمكتب (السلفة

المستديمة) وبنفس المثال السابق يكون القيد كالآتي :

IIRO 34994



| The Muslim World League | رابطة العالم الإسلامي |
|---|---|
| **Intl. Islamic Relief Org.** | هيئة الإغاثة الإسلامية العالمية |
| In Saudi Arabia | بالمملكة العربية السعودية |
| *Internal Auditor* | جهاز المراجع الداخلي |

o من مذكورين :

١٠٠٠ ح/البنك .

٩٧٠ الحساب رقم (٠٦٠١٠٠٤١١) ببنك إيفي

صافي المبلغ المحوّل .

٣٠ الرسوم البنكية (الخاصة بالشؤون الإدارية)

١٠٠٠ ح/النشاط (كامل المبلغ المحوّل للشؤون الإدارية)

إلى مذكورين :

١٠٠٠ ح/جاري المركز الرئيسي .

١٠٠٠ ح/الشؤون الإدارية .

(إثبات حق الشؤون الإدارية وتحميلها بالرسوم البنكية وإثبات دائنية المركز الرئيسي بكامل المبلغ ، وكذلك إثباته في ح/النشاط لمتابعة تسديده ) .

o عندما تقوم الشؤون الإدارية بالصرف من رصيدها يكون القيد كالتالي :

٩٧٠ من ح/الشؤون الإدارية .

٩٧٠ إلى ح/البنك رقم (٠٦٠١٠٠٤١١) .

(إثبات السحب لصالح الشؤون الإدارية بالشيك رقم .......... )

o إثبات تحميل الشؤون الإدارية بالرسوم البنكية كالتالي :

٣٠ من ح/الرعاية الاجتماعية .

٣٠ إلى ح/البنك (رسوم بنكية) .

o عند إرسال مستندات الصرف للأمانة العامة لإسقاط عهدة الشؤون الإدارية يكون قيد اليومية كالآتي :

١٠٠٠ من ح/جاري المركز الرئيسي

١٠٠٠ إلى ح/النشاط (خاص بالإدارية)

(إرسال مستندات صرف المصروفات الإدارية والتشغيلية بموجب الخطاب رقم .......... وتاريخ ........ ) .

عمليات الترحيل إلى الدفاتر المساعدة :

ح/البنك رقم (٠٦٠١٠٠٤١١)

| من ح/الشؤون الإدارية (شيك رقم .....) | ٩٧٠ | إلى ح/الشؤون الإدارية | ١٠٠٠ |
|---|---|---|---|
| من ح/الشؤون الإدارية (م. بنكية) | ٣٠ | ٩٧٠ ح/رقم (٠٦٠١٠٠٤١١) تحويل من الأمانة العامة | |
| | | ٣٠ رسوم بنكية | |
| | ١٠٠٠ | | ١٠٠٠ |

ح/جاري المركز الرئيسي

| من ح/النشاط (التحويل الوارد للإدارية) | ١٠٠٠ | إلى ح/النشاط (الإدارية) إرسال المستندات للأمانة العامة | ١٠٠٠ |
|---|---|---|---|
| | ١٠٠٠ | | ١٠٠٠ |

IIRO 34995

The Muslim World League
## Intl. Islamic Relief Org.
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
## هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي



حـ/الشؤون الإدارية

| ٩٧٠ | ١٠٠٠ | ٩٧٠ من حـ/البنك حـ/رقم ..... | إلى حـ/البنك شيك رقم ... | ٩٧٠ |
| | | ٣٠ (الرسوم البنكية) | إلى حـ/البنك (م. بنكية) | ٣٠ |
| | ١٠٠٠ | | | ١٠٠٠ |

حـ/النشاط

| | ١٠٠٠ | من حـ/المركز الرئيسي | إلى حـ/المركز الرئيسي | ١٠٠٠ |
| | | المستندات المرسلة الخاصة بالإدارية | المبلغ المحول من الأمانة العام للإدارية | |
| | ١٠٠٠ | | | ١٠٠٠ |

ويعتبر هذا إطاراً عاماً لنظام يمكّن المحاسب من ضبط حساباته وإحكام الرقابة عليها من حيث المبالغ الواردة والمنصرفة وما يخص كل برنامج ورعاية ، وإمكانية المطابقة مع المركز الرئيسي في أي وقت . ويمكن للمحاسب بحسب الحال أن يزيد أو ينقص من المجموعة الدفترية المساعدة . كما أن الحساب دائماً يكون بالمعادل للدولار من العملة المحلية متبعاً في ذلك الضوابط الواردة في دليل المكاتب الخارجية المعتمد من قبل الأمانة العامة .

٢- لم نتمكن من مطابقة رصيد حساب مكتب إندونيسيا الجاري رقم (٣٧٠١٧٢٤) المدين بسجلات الإدارة المالية والبالغ ٣٬٢٧٧٬٥٤٦٫٨٥ ريال في ١٤٢٤/٠٦/٣٠هـ ، وذلك لعدم وجود حساب جاري للمركز الرئيسي بسجلات مكتب إندونيسيا المحاسبية فضلاً عن عدم وجود نظام محاسبي يمكّن من إجراء أي نوع من المطابقة اللهم إلا مطابقة الدفعات التي أرسلت للمكتب من المركز الرئيسي خلال فترة المراجعة (١٤٢٣/٠٧/٠١هـ – ١٤٢٤/٠٦/٣٠هـ) فهذه تم التحقق من وصولها للمكتب عبر المطابقة مع حساب المكتب البنكي رقم (٠٦٠١٠٠٤١١) ببنك إيفي .

## التوصية :

♦ ضرورة مطابقة الفترة الأخيرة التي تبدأ من تاريخ استلام الأستاذ / فوزي بن محمد جمال ويكون الأساس محضر التسليم والاستلام الذي أعد بمناسبة استلامه للمكتب وتعالج الأرصدة المرحلة من الفترة السابقة في إطار خطة الإدارة المالية لتسوية العهد .

٣- بتحليل حساب مكتب إندونيسيا الجاري بسجلات المالية رقم (٣٧٠١٧٢٤) وحساب التكلفة رقم (٧٢٤) تبيّن لنا أن المبالغ المحوّلة للمكتب من الأمانة العامة والتعميدات بالصرف من فروق العملة خلال فترة المراجعة (١٤٢٣/٠٧/٠١هـ – ١٤٢٤/٠٦/٣٠هـ) موزعة حسب الرعايات والبرامج كانت كالتالي :

جدول رقم (١)

| الإجمالي | التعميدات بالصرف من فروق العملة | المبالغ المحوّلة من الأمانة العامة | البيان | # |
|---|---|---|---|---|
| ١٦٠٬٩٠٥ | ٤٧٬٩٧١٫٠٠ | ١١٢٬٩٣٤٫٠٠ * | مصاريف المكتب الإدارية والتشغيلية | ١ |
| ٢٬٤٦٠٬٢٦٣٫٠٨ | – | ٢٬٤٦٠٬٢٦٣٫٠٨ | المساجد والآبار | ٢ |
| ١٢٠٬٣٦٨٫٠٦ | – | ١٢٠٬٣٦٨٫٠٦ | الدعوة والدعاة | ٣ |
| ١٠٬٠١٢٬٠٣٢٫١٢ | – | ١٠٬٠١٢٬٠٣٢٫١٢ | الرعاية الاجتماعية | ٤ |
| – | – | – | حلقات القرآن الكريم | ٥ |
| – | – | – | الإغاثة العاجلة | ٦ |
| ١٥٠٬٠٠٠٫٠١ | ٥٠٬٠٠٠٫٠٠ | ١٠٠٬٠٠٠٫٠١ | إفطار صائم | ٧ |
| ٥٠٬٠٠٠٫٠٢ | – | ٥٠٬٠٠٠٫٠٢ | كبش العيد | ٨ |
| ٣٬٩٥٣٬٠٦٨٫٢٩ | ٩٧٬٩٧١ | ٣٬٨٥٥٬٠٩٧٫٢٩ | الإجمالي | |

IIRO 34996



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

جهاز المراجع الداخلي

* المبلغ يتضمن ١٠١،٣٢٤ ريال استعاضات خلال الفترة منها مبلغ ٢،٣٧٢ ريال حولت في ٢٠٠٣/٠٦/٠٥م ولم تسجل في مركز التكلفة الخاص بمكتب إندونيسيا رقم (٧٢٤) بسجلات المالية .

## الملاحظاتـ :

باستعراض ميزان المراجعة المعد من قبل محاسب مكتب إندونيسيا عن الفترة من (١٤٢٣/٠٧/٠١هـ حتى ١٤٢٤/٠٦/٣٠هـ) علماً بأن الميزان بالدولار تبيّنت لنا الملاحظات التالية :

أ – يوضح رصيد حساب الشؤون الإدارية بالمكتب تجاوزاً في الصرف بمبلغ ٢٩،٣٤٥,٤١ دولار أي ما يعادل ١١٠،٠٤٥,٢٩ ريال ، فمن أين تم تمويل هذا الصرف .

ب – نجد أن مبلغ الحركة الدائنة خلال فترة الميزان للشؤون الإدارية ٤٠،٠٨٤,٩٠ دولار أي ما يعادل ١٥٠،٣١٨,٣٧ ريال بينما المبالغ المحوّلة للشؤون الإدارية من الأمانة العامة زائداً التعميدات بلغت ١٦٠،٩٠٥ ريال فما هو تفسير الفرق ؟ .

جـ – إذا أضفنا الرعاية الهندسية مع المساجد والآبار لوجدنا أن هناك تجاوزاً في الصرف مبلغ ٧٧٢,٤٨ دولار أي ما يعادل ٢،٨٩٦,٨٠ ريال ، وذلك بضم رصيد الميزان للمساجد والآبار الدائن (٢٥٤,٩١٤,٣٧) دولار ، ورصيد الرعاية الهندسية المدين (١،٤٤٠) دولار إلى بعضهما ليصبح رصيدهما دائن بمبلغ (٢٥٣،٤٧٤,٣٧) دولار ، وكذلك ضم الحركة الدائنة إلى بعضهما :

٦٦٤،٩٨٧,٦٧ + ٩،٤٦١,٣٧ = ٦٧٤،٤٤٩,٠٤ دولار ، بينما الحركة المدينة تساوي :

٩١٨،٥٤١,١٦ + ١٠،١٥٤,٧٣ = ٩٢٨،٦٩٥,٨٩ دولار وبذلك يكون التجاوز على النحو التالي :

| | | |
|---|---|---|
| رصيد ١٤٢٣/٠٧/٠١هـ الدائن : | ٢٥٣،٤٧٤,٣٧ | دولار |
| الحركة الدائنة خلال الفترة : | ٦٧٤،٤٤٩,٠٤ | دولار |
| | ٩٢٧،٩٢٣,٤١ | دولار |
| الحركة المدينة خلال الفترة : | ٩٢٨،٦٩٥,٨٩ | دولار |
| التجاوز في الصرف : | (٧٧٢,٤٨) | دولار ويعادل ٢،٨٩٦,٨٠ ريال |

د – المبالغ المحوّلة للمساجد والآبار والهندسية من الأمانة العامة خلال الفترة ٢،٤٦٠،٢٦٣,٠٨ ريال ، بينما الحركة الدائنة خلال نفس الفترة من واقع ميزان المراجعة ٦٧٤،٤٤٩,٠٤ دولار أي ما يعادل ٢،٥٢٩،١٨٣,٩٠ ريال ، فما هو مصدر هذه الزيادة ؟ .

هـ – المبالغ المحوّلة من الأمانة العامة للرعاية الاجتماعية خلال الفترة بلغت ١،٠١٢،٠٣٢,١٢ ريال ، بينما بلغت الحركة الدائنة خلال نفس الفترة من واقع الميزان ٤٠٨،٥٢٠,٣٢ دولار أي ما يعادل ١،٥٣١،٩٥١,٢٠ ريال ، فمن أين هذه الزيادة الكبيرة التي بلغت ٥١٩،٩١٩,٠٨ ريال ؟

و – تبيّن لنا من ميزان المراجعة أن برنامج حلقات وخلاوي قد بلغت حركة حسابه الدائنة ٩،٤١١,٧٤ دولار أي ما يعادل ٣٥،٢٩٤,٠٢ ريال ، علماً بأن الأمانة العامة لم تحوّل أي مبالغ لهذا البرنامج خلال الفترة المعد في نهايتها ميزان المراجعة ، فمن أين تم التمويل ؟ أو ما تفسير هذه الحركة الدائنة ؟

ز – ظهر في الحركة الدائنة لبرنامج الإغاثة العاجلة من خلال ميزان المراجعة مبلغ ١٠،٥٨٨ دولار أي ما يعادل ٣٩،٧٠٥ ريال ، علماً بأن الأمانة العامة لم تحوّل لصالح البرنامج أي مبالغ خلال الفترة محل المراجعة ، فما تفسير هذه الحركة الدائنة خلال هذه الفترة ؟

IIRO 34997



| The Muslim World League | | رابطة العالم الإسلامي |
| --- | --- | --- |
| **Intl. Islamic Relief Org.** | | هيئة الإغاثة الإسلامية العالمية |
| In Saudi Arabia | | بالمملكة العربية السعودية |
| *Internal Auditor* | | جهاز المراجع الداخلي |

ح – ظهر من خلال ميزان المراجعة أن الحركة الدائنة لبرنامجي إفطار صائم وكبش العيد قد بلغت ٤٠،٠٠٠،٠١ دولار أي ما يعادل ١٥٠،٠٠٠،٠٣ ريال ، بينما المبالغ المحوّلة من ألأمانة العامة زائداً التعميد بالصرف من فروق العملة بلغ إجمالي ٢٠٠،٠٠٠،٠٢ ريال ، فلماذا لم يسجل المبلغ بالكامل في جانبي الحركة الدائنة والمدينة ، إذا كان المبلغ قد صرف على تنفيذ المشاريع بالكامل ، وإلا فما هو التفسير ؟ .

ط – الصرف الذي ظهر من حساب فروق العملة بالميزان بلغ ٣٣،٠٢٤ دولار أي ما يعادل ١٢٣،٨٤٠ ريال بينما كان إجمالي التعميدات بالصرف من حساب فروق العملة كان ٩٧،٩٧١ ريال خلال الفترة (الجدول رقم ١) أعلاه ، فما هي تفاصيل الزيادة في الصرف والتعميد بذلك ؟

## التوصية :

♦ الإجابة على جميع الاستفسارات الواردة مسبقاً بالتفصيل مدعماً بالأوراق الثبوتية .

٤ – بمراجعة حساب مكتب إندونيسيا رقم (٠٦٠١٠٠٤١١) بالدولار في بنك إيفي تبيّن لنا أن هناك مبالغ محوّلة على هذا الحساب من مكتب الهيئة المحلي بالشرقية خلال الفترة من (١٤٢٣/٠٧/٠١هـ حتى ١٤٢٤/٠٦/٣٠هـ) بلغت ٣٨٣،٦٦٣,٧٦ دولار أي ما يعادل ١،٤٣٨،٧٣٩,١٠ ريال لصالح تنفيذ مشاريع مساجد وآبار وأيتام جمعيات ومؤسسات خيرية بإندونيسيا ، وتفاصيل المبالغ الواردة والمنصرف منها بالجدول التالي :

## جدول رقم (٢)

المبالغ الواردة لحساب مكتب إندونيسيا من مكتب الشرقية
والمنصرف منها (بالدولار) خلال الفترة من (١٤٢٣/٠٧/٠١هـ – ١٤٢٤/٠٦/٣٠هـ)

| الرصيد المتبقي | المبالغ بالدولار | | الشهور | م |
| --- | --- | --- | --- | --- |
| | المنصرفة | الواردة | | |
| (٢،١٩٨) | ٢،٣٤٣,٧٦ | ١٤٥,٧٦ | أكتوبر ٢٠٠٢م | ١ |
| ٣،٣٧٠ | – | ٣،٣٧٠,٠٠ | ديسمبر ٢٠٠٢م | ٢ |
| ٠,٠٢ | * ٤٥،٣٠٣,٩٨ | ٤٥،٣٠٤,٠٠ | فبراير ٢٠٠٣م | ٣ |
| ٣٧،٠٨١ | – | ٣٧،٠٨١,٠٠ | مارس ٢٠٠٣م | ٤ |
| (٥،٨٥٠,١٤) | ٦٦،١٥٣,١٤ | ٦٠،٣٠٣,٠٠ | إبريل ٢٠٠٣م | ٥ |
| ٥٧،٤٢٦,٥ | ١٠١،٣٤٢,٥٠ | ١٥٨،٧٦٩,٠٠ | مايو ٢٠٠٣م | ٦ |
| (٥٨،٤٧٠,١٠) | ١١٠،٣٧٤,١٠ | ٥١،٩٠٤,٠٠ | يونيو ٢٠٠٣م | ٧ |
| (٥،٧٤٠,٩٠) | ٣٢،٥٢٧,٩٠ | ٢٦،٧٨٧,٠٠ | يوليو ٢٠٠٣م | ٨ |
| (١٥،٢٥٣) | * ١٥،٢٥٣,٠٠ | – | أغسطس ٢٠٠٣م | ٩ |
| ١٠،٣٦٥,٣٨ | ٣٧٣،٢٩٨,٣٨ | ٣٨٣،٦٦٣,٧٦ | الإجمالي | |

* من ضمنها مبالغ منصرفة من بنك إيفي (حساب الروبية) .

## الملاحظات :

أ – من الجدول (٢) أعلاه يتضح أن رصيد حساب مكتب الشرقية المتبقي في ١٤٢٤/٠٦/٣٠هـ ١٠،٣٦٥,٣٨ دولار ، بينما الرصيد الظاهر في الميزان ٤،٣٦٤,١٧ دولار ، فما سبب الاختلاف وما تفسيره ؟ مدعماً بالأوراق الثبوتية .

IIRO 34998

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

ب – رصيد حساب بنك إيفي (دولار) من خلال الميزان ٤،٨٣٠,٥١ دولار بينما الرصيد المتبقي لمكتب الشرقية في نفس الحساب ١٠،٣٦٥,٣٨ دولار من خلال الجدول (٢) أعلاه .

## التوصية :

- ضرورة إيضاح أسباب اختلاف هذه الأرصدة مدعماً بالأوراق الثبوتية .
- ضرورة تنفيذ كل مشاريع الهيئة في إندونيسيا عبر مكتب الهيئة لضمان الرقابة والتأكد من تطبيق المعايير .

٥- باستقراء ميزان المراجعة محل الدراسة تبيّن لنا أن مجموع الأرصدة البنكية في كل الحسابات روبية كانت أم دولار وفي كل البنوك بلغت في ١٤٢٤/٠٦/٣٠هـ ٣٣،٨٠٧,٣٦ دولار بينما الحسابات الدائنة بلغت ٦٦،٠٤٢,٢٤ دولار ، تفاصيلها كما وردت في الميزان كالآتي :

| | | |
|---|---|---|
| – المساجد والآبار | : ١،٣٦٠,٨٨ | دولار |
| – برنامج القرآن الكريم | : ٣٢٩,٥٩ | دولار |
| – الرعاية الاجتماعية | : ٣١،٧٣١,٧٢ | دولار |
| – مكتب الشرقية | : ٤،٣٦٤,١٧ | دولار |
| – حساب الفوائد بالدولار | : ٢٦،٤٩٩,٣٤ | دولار |
| – حساب الفوائد بالروبية | : ١،٧٢٢,٩٨ | دولار |
| – حساب فروق العملة | : ٣٣,٥٦ | دولار |
| الإجمـــــالــــي | : ٦٦،٠٤٢,٢٤ | دولار |

وواضح أن عجز رصيد الحسابات البنكية هو الفرق بين إجمالي مستحقات الرعايات الموضحة بعاليه والأرصدة البنكية الظاهرة بالميزان وهو كالآتي :

| | | |
|---|---|---|
| – الأرصدة الدائنة للرعايات | : ٦٦،٠٤٢,٢٤ | دولار |
| – الأرصدة البنكية | : ٣٣،٨٠٧,٣٦ | دولار |
| العـــجـــــز | : (٣٢،٢٣٤,٨٨) | دولار |

وهو يساوي إجمالي التجاوزات الواردة بالميزان .          (المرفق رقم ١)

## التوصية :

- إيضاح الكيفية التي ستؤمن بها استحقاقات الرعايات والبرامج البالغة ٦٦،٠٤٢,٢٤ دولار .

٦- بمراجعة حساب مكتب إندونيسيا البنكي رقم (٠٦١٠٠٤١١) دولار ببنك إيفي تبيّن لنا أن المبالغ المحوّلة من الأمانة العامة خلال فترة التقرير بلغت ٣،٨٥٥،٥٩٧,٢٨ ريال .          (المرفق رقم ٢)

## الملاحظات :

أ – قام البنك بخصم مبلغ ١،٥٧٩,٩٨ دولار أي ما يعادل ٥،٩٢٤,٩٢ ريال كرسوم بنكية وأضاف إلى حساب المكتب الصافي بعد خصم هذه الرسوم .

ب – لم يعالج محاسب المكتب المبالغ المخصومة كرسوم بنكية بل اكتفى بتسجيل الصافي لصالح المكتب ، وهذا الفرق كبير يجعل عهدة المكتب غير قابلة للتسديد بالكامل .

## التوصية :

- إعداد تسوية بما يعادل مبلغ ١،٥٠٩,٩٨ دولار في حساب المصروفات البنكية .
- مراعاة تسجيل كافة الرسوم التي يخصمها البنك خلال الفترات السابقة واللاحقة على فترة المراجعة .

IIRO 34999

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

٧- تبيّن لنا أثناء مطابقة الدفعات المحوّلة من الأمانة العامة للمكتب وجود مبلغ ٦٣١,٦٩ دولار وتعادل ٢,٣٧٢ ريال مضافة إلى حساب المكتب البنكي رقم (٠٦٠١٠٠٤١١) دولار في بنك إيفي . (المرفق رقم ٣)

**الملاحظة :**

أ – المبلغ لم تسجله الإدارة المالية على مكتب إندونيسيا في حساب مركز التكلفة الخاص بها رقم (٧٢٤) بل سجل على حساب عام الهيئة بالقيد رقم (٢٤٤٢) وتاريخ ١٤٢٤/٠٤/١٠هـ .

**التوصية :**

♦ إعداد قيد تصحيحي بالإدارة المالية لتحميل المبلغ على مركز التكلفة الخاص بمكتب إندونيسيا .

---

**رابعاً : الخلاصة :**

تشير نتائج المراجعة الميدانية لمكتب الهيئة في دولة إندونيسيا إلى وجود ملاحظات تتعلق بالنظام المحاسبي وأخرى بمطابقة الأرصدة وملاحظات أخرى مختلفة نذكر منها على سبيل المثال :

١- لا يستخدم المكتب القيود المحاسبية النظامية التي ترتكز على نظرية القيد المزدوج ، بل يستخدم التسجيل المفرد .

٢- لا توجد المجموعة الدفترية التي تلبي حاجة النظام المحاسبي الفعّال .

٣- يقوم المكتب بتسجيل الدفعات المستلمة من الأمانة العامة بالدولار بدلاً من تسجيلها بالعملة المحلية .

٤- لم يقم المكتب بتسجيل أي فروقات أسعار عملة خلال فترة التقرير (١٤٢٣/٠٧/٠١هـ – ١٤٢٤/٠٦/٣٠هـ) .

٥- يسجل المكتب الدفعات المحوّلة له من الأمانة العامة بالصافي دون أن يسجل المبالغ التي يخصمها البنك لقاء الرسوم البنكية .

٦- لم نتمكن من مطابقة رصيد المكتب المدين بـ ٣,٢٧٧,٥٤٦,٨٥ ريال في سجلات الإدارة المالية بالمركز الرئيسي لعدم وجود حساب جاري بالمكتب للمركز الرئيسي .

٧- قام المكتب باستلام مبلغ ١,٤٣٨,٧٣٩,١٠ ريال محوّلة من مكتب الهيئة المحلي بالشرقية على حسابه رقم (٠٦٠١٠٤١١) دولار ببنك إيفي بجاكرتا .

٨- بلغت التجاوزات في الصرف على الشؤون الإدارية خلال فترة التقرير ١١٠,٠٤٥,٢٩ ريال على حساب الرعايات والبرامج الأخرى .

٩- قام المكتب بصرف مبلغ ٢٥,٨٦٩ ريال من فروقات العملة بدون تعميد من صاحب الصلاحية .

١٠- يوجد عجز مقداره ٦,٠٠١,٢١ دولار في حساب مكتب الشرقية الظاهر بميزان المراجعة .

١١- لا يوجد بالمكتب سجل للأصول ينظمها ويصنفها ويرقمها .

---

**خامساً : الرأي :**

نتائج المراجعة الميدانية تشير إلى عدم وجود نظام محاسبي وأن القيد يتم بطريقة القيد المفرد الذي لا يستخدم إلا في الأعمال الفردية الصغيرة ، لذلك يحتاج المكتب إلى تصميم نظام محاسبي يتناسب مع نشاطه وتُعد له بمجموعة دفترية تفي بمتطلبات العمل .

---

IIRO 35000

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية
جهاز المراجع الداخلي

## سادساً : التوصيات العامة :

إضافة إلى ما أوردناه من توصيات قرين كل ملاحظة نجمل ذلك تلخيصاً لأهم التوصيات كي يتم الاسترشاد بها في تطوير الأداء وضبطه وإحكام الرقابة عليه في النقاط التالية :

(١)   ضرورة إعداد نظام محاسبي وفقاً لما هو معمول به في الإدارة المالية بالأمانة العامة للهيئة ومكاتبها المحلية والخارجية .

(٢)   استخدام اليومية العامة الأمريكية ومجموعتها المساعدة من الدفاتر التحليلية .

(٣)   الالتزام بفتح حساب جاري للمركز الرئيسي بسجلات المكتب المحاسبية حتى تسهل عمليات المطابقة المستمرة .

(٤)   ضرورة تصحيح الاختلافات الظاهرة في ميزان المراجعة وإيضاح أسبابها وموافاتنا بما يفيد ذلك .

(٥)   ضرورة تسجيل كافة الرسوم البنكية التي يخصصها البنك من المبالغ المحوّلة .

(٦)   ضرورة إبلاغ الأمانة العامة بأي مبالغ تحوّل للمكتب من مكتب الهيئة المحلي بالشرقية أو أي جهة أخرى أول بأول .

(٧)   تسجيل أي مبالغ تحوّل للمكتب من أي جهة غير المركز الرئيسي في حساب الأمانات حتى يمكن التعامل معها بمعزل عن حسابات المكتب .

(٨)   ضرورة تسجيل الحسابات بالعملة المحلية ليتوافق ذلك مع المستندات الثبوتية التي تكون دائماً بعملة البلد المحلية .

(٩)   ضرورة الالتزام بعدم الصرف من حسابات فروق العملة والفوائد البنكية إلا بتعميد من سعادة أمين عام الهيئة .

(١٠)  معالجة العجز الظاهر برصيد حساب مكتب الشرقية الوارد بميزان المراجعة وموافاتنا بما يفيد ذلك .

(١١)  الرد على مسودة هذا التقرير في غضون الفترة المحددة حتى يتسنى لنا الرفع في الموعد المحدد .

IIRO 35001

IIRO 35002

مرفق رقم ( ١ )

عدد الصفحات ١

## ميزان المراجعة عن الفترة من ١٤٢٣/٧/١هـ وحتي ١٤٢٤/٦/٣٠هـ

| البيـان | رصيد ٢٣/٧/١هـ | | | | الحركة السنوية | | | | الرصيد الختامي ٢٤/٦/٣٠هـ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | مدين | | دائن | | مدين | | دائن | | مدين | | دائن | |
| **الأمانة العامة** | | | | | | | | | | | | |
| شئون إدارية | ١٠,٨٠٠ | ٨٢ | | | ٥٨,٦٢٩ | ٤٩ | ٤٠,٠٨٤ | ٩٠ | ٢٩,٣٤٥ | ٤١ | | |
| مساجد وآبار | | | ٢٥٤,٩١٤ | ٣٧ | ٩١٨,٠٤١ | ١٦ | ٦٦٤,٩٨٧ | ٦٧ | | | ١,٣٦٠ | ٨٨ |
| رعاية هندسية | ١,٤٤٠ | ٠٠ | | | ١٠,١٥٤ | ٧٣ | ٩,٤٦١ | ٣٧ | ٢١٣٣ | ٣٦ | | |
| برنامج القرآن الكريم والدعوة | | | ٥٩٠ | ٣٤ | ٣٢,٢٥٥ | ٥٣ | ٣١,٩٩٤ | ٧٨ | | | ٣٢٩ | ٥٩ |
| رعاية إجتماعية | | | ٦٠٣ | ٦٩ | ٣٧٧,٣٩٢ | ٢٩ | ٤٠٨,٥٢٠ | ٣٢ | | | ٣١,٧٣١ | ٧٢ |
| حلقات وخلاوي | | | ١٩,٧٣٧ | ٨٧ | ٢٩,٩٠٥ | ٧٢ | ٩,٤١١ | ٧٤ | | | ٧٥٦ | ١١ |
| إغاثة عاجلة | | | ٣,٣٦٧ | ٢٩ | ١٣,٩٥٥ | ٢٩ | ١٠,٥٨٨ | ٠٠ | | | | |
| إفطار صائم وكبش العيد | | | | | ٤٠,٠٠٠ | ٠١ | ٤٠,٠٠٠ | ٠١ | | | | |
| **إجمالي حساب الأمانة العامة** | ١٢,٢٤٠ | ٨٢ | ٢٧٩,٢١٣ | ٥٦ | ١,٤٨٠,٨٣٤ | ٢٢ | ١,٢١٥,٠٤٨ | ٧٩ | ٣٢,٢٣٤ | ٨٨ | ٣٣,٤٢٢ | ١٩ |
| **المنطقة الشرقية بالدمام** | | | | | ٤٠٢,٠٩٢ | ٦٢ | ٤٠٦,٤٥٦ | ٧٩ | | | ٤,٣٦٤ | ١٧ |
| **إجمالي حساب المنطقة الشرقية** | | | | | ٤٠٢,٠٩٢ | ٦٢ | ٤٠٦,٤٥٦ | ٧٩ | | | ٤,٣٦٤ | ١٧ |
| **حسابات فرعية** | | | | | | | | | | | | |
| حساب الفوائد بالدولار | | | ٢٢,٢٥٧ | ٤٨ | ١,٧٢٨ | ٩٧ | ٥,٩٧٠ | ٨٣ | | | ٢٦,٤٩٩ | ٣٤ |
| حساب الفوائد بالروبية | | | ١,١٣٨ | ٩١ | ٢٢٨ | ٥٨ | ٨١٢ | ٦٥ | | | ١,٧٢٢ | ٩٨ |
| حساب فروق العملة | | | ٣٣,٠٥٧ | ٥٦ | ٣٣,٠٢٤ | ٠٠ | | | | | ٣٣ | ٥٦ |
| **إجمالي الحسابات الفرعية** | | | ٥٦,٤٥٣ | ٩٥ | ٣٤,٩٨١ | ٥٥ | ٦,٧٨٣ | ٤٨ | | | ٢٨,٢٥٥ | ٨٨ |
| **حسابات البنوك** | | | | | | | | | | | | |
| بنك مانديري دولار | ٢٣ | ٧٤ | | | ٠٠ | ٠٧ | ٢٣ | ٨١ | | | | |
| بنك ماندري روبية | ٣٢٦ | ٣٣ | | | ٠٠ | | ٣١ | ١٣ | ٢٩٥ | ٢٠ | | |
| بنك إيفي دولار | ٣٢٢,٢٨٦ | ٥١ | | | ١,٤٥٠,٦١٠ | ٠١ | ١,٧٦٨,٠٦٦ | ٠١ | ٤,٨٣٠ | ٥١ | | |
| بنك إيفي روبية | ٧٩٠ | ١١ | | | ٣٠٧,٧١٧ | ٣١ | ٢٨٦,٢٨٤ | ٣٤ | ٢٢,٢٢٣ | ٠٨ | | |
| حساب الخزينة | | | | | ٢٤,٤٩٦ | ٨٠ | ١٨,٠٣٨ | ٢٣ | ٦,٤٥٨ | ٥٧ | | |
| **إجمالي حسابات البنوك** | ٣٢٣,٤٢٦ | ٦٩ | | | ١,٧٨٢,٨٢٤ | ١٩ | ٢,٠٧٢,٤٤٣ | ٥٢ | ٣٣,٨٠٧ | ٣٦ | | |
| | ٣٣٥,٦٦٧ | ٥١ | ٣٣٥,٦٦٧ | ٥١ | ٣,٧٠٠,٧٣٢ | ٥٨ | ٣,٧٠٠,٧٣٢ | ٥٨ | ٦٦,٠٤٢ | ٢٤ | ٦٦,٠٤٢ | ٢٤ |



The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*

مرفق رقم (٨)
عدد الصفحات ............
العالم الإسلامي
إسلامية العالمية
بالمملكة العربية السعودية
جهاز المراجع الداخلي

## المبالغ المحولة لمكتب إندونيسيا خلال الفترة
## من ١٤٢٣/٠٧/٠١هـ إلى ١٤٢٤/٠٦/٣٠هـ

| الصافي | | الرسوم البنكية | المبلغ | | تاريخ التحويل | البيان |
|---|---|---|---|---|---|---|
| ريال | دولار | | بالدولار | بالريال | | |
| ٣٣٬٨٨٧٬٠١ | ٩٠٬٠٣٦٬٦٧ | ٣٠ | ٩٠٬٠٦٦٬٦٧ | ٣٤٠٬٠٠٠٬٠١ | ٢٠٠٢/٠٩/٣٠ | دفعة نهائية لبناء (٣) مساجد |
| ١٢٣٬٥٤٠٬٠٠ | ٣٢٬٩٤٤٬٠٠ | ٣٦ | ٣٢٬٩٨٠٬٠٠ | ١٢٣٬٦٧٥٬٠٠ | ٢٠٠٢/٠٩/٣٠ | الدفعة الكاملة لحفر (٢٧) بئر ارتوازي |
| ١١٢٬٣٢٠٬٠٠ | ٢٩٬٩٥٢٬٠٠ | ٣٦ | ٢٩٬٩٨٨٬٠٠ | ١١٢٬٤٥٠٬٠٠ | ٢٠٠٢/١٠/٠١ | دفعة كاملة لحفر (١٥) بئر ارتوازي و (٥٣) سطحي |
| ١٣٢٬٠٢٥٬٠٠ | ٣٥٬٣٤٠٬٠٠ | ٣٦ | ٣٥٬٣٧٦٬٠٠ | ١٣٢٬٦٦٠٬٠٠ | ٢٠٠٢/١٠/٠٨ | الدفعة الثانية لبناء (٢٧) مسجد |
| ٧٧٬٧٣٠٬٥٢ | ٢٠٬٧٢٨٬١٤ | ٣٠ | ٢٠٬٧٥٨٬١٤ | ٧٧٬٨٤٣٬٠٢ | ٢٠٠٢/١٠/١١ | دفعة ثانية لبناء مساجد |
| ٣٤٬٠٣٩٬٥٠ | ٩٠٬٠٧٧٬٢٠ | ٣٠ | ٩٠١٠٧٬٢٠ | ٣٤٬٥٢٥٬٠٠ | ٢٠٠٢/١٠/١١ | الدفعة النهائية لبناء (٩) مساجد |
| ٣٥٬٥٨٧٬٥٠ | ٩٠٬٤٩٠٬٠٠ | ٣٠ | ٩٠٥٢٠٬٠٠ | ٣٥٬٧٠٠٬٠٠ | ٢٠٠٢/١٠/١١ | صافي دفعة لبناء (٥١) مسجد |
| ٩٩٬٨٦٥٬٠١ | ٢٦٬٦٣٠٬٦٧ | ٣٦ | ٢٦٬٦٦٦٬٦٧ | ١٠٠٬٠٠٠٬٠١ | ٢٠٠٢/١٠/٢٨ | مخصص إفطار صائم لسر(١٤٢٣هـ)نة |
| ٤٩٥٬٢٠٩٬٠٢ | ١٣٢٬٠٠٠٬٧٤ | ٣٦ | ١٣٢٬٠٩١٬٧٤ | ٤٩٥٬٣٤٤٬٠٢ | ٢٠٠٢/١١/٠٨ | ٦٠٪ من بناء عدد (٣٥) مسجد |
| ٨٬٠٦٧٬٠١ | ٢٬٢٨٤٬٦٧ | ٣٠ | ٢٬٣١٤٬٦٧ | ٨٬٦٨٠٬٠١ | ٢٠٠٢/١١/١٤ | راتب مشرف الأيتام (٠٢/٠١ - ٢٠٠٢/٠٩/٠٧) |
| ١٦٧٬٨٣٢٬١٨ | ٤٤٬٧٥٥٬٢٥ | ١٢٤٬٧٤ | ٤٤٬٨٧٩٬٩٩ | ١٦٨٬٢٩٩٬٩٩ | ٢٠٠٢/١١/٢٧ | ٦٠٪ من تكاليف بناء (١١) مسجد |
| ٦٬٢٤٥٬٠١ | ١٬٦٦٠٬٤٧ | ٣٠ | ١٬٦٩٠٬٤٧ | ٦٬٣٥٨٬٠١ | ٢٠٠٢/١٢/٢٤ | كفالة مشرف الدعاة (٠٣/٠٣ - ٢٠٠٢/٠٩/٠٧م) |
| ٧٬٨٣٧٬٥٠ | ٢٬٠٩٠٬٠٠ | ٣٠ | ٢٬١٢٠٬٠٠ | ٧٬٩٥٠٬٠٠ | ٢٠٠٣/٠١/٠٩ | استعاضة رواتب سبتمبر وأكتوبر ٢٠٠٢م |
| ٤٩٬٨٨٤٬٥٢ | ١٣٬٣٠٣٬٣٤ | ٣٠ | ١٣٬٣٣٣٬٣٤ | ٥٠٬٠٠٠٬٠٢ | ٢٠٠٣/٠١/٢٧ | مخصص تنفيذ برنامج كبش العيد لسر(١٤٢٣هـ)نة |
| ٤٬٤٠٦٬٢٥ | ١٬١٧٥٬٠٠ | ٢٥ | ١٬٢٠٠٬٠٠ | ٤٬٥٠٠٬٠٠ | ٢٠٠٣/٠١/٢٧ | استعاضة رواتب نوفمبر ٢٠٠٢م |
| ٤٬٤٠٦٬٢٥ | ١٬١٧٥٬٠٠ | ٢٥ | ١٬٢٠٠٬٠٠ | ٤٬٥٠٠٬٠٠ | ٢٠٠٣/٠١/٢٧ | استعاضة رواتب ديسمبر ٢٠٠٢م |
| ٣٥٤٬٧٥ | ٩٤٬٦٠ | ٢٣ | ١١٧٬٦٠ | ٤٤١٬٠٠ | ٢٠٠٣/٠١/٢٨ | استعاضة م. ت. لشهر ٢٠٠٢/١١م |
| ٢٬٣٣٤٬٢٦ | ٦٢٢٬٤٧ | ٢٥ | ٦٤٧٬٤٧ | ٢٬٤٢٨٬٠١ | ٢٠٠٣/٠١/٢٨ | استعاضة م. ت. لشهري ١٠ و ٢٠٠٢/١١م |
| ٢٬٣٤٧٬٥٠ | ٦٢٦٬٠٠ | ٣٠ | ٦٥٦٬٠٠ | ٢٬٤٦٠٬٠٠ | ٢٠٠٣/٠١/٢٩ | استعاضة م. ت. في نوفمبر ٢٠٠٢م |
| ٤٬٤٢٦٬٢٧ | ١٬١٨٠٬٣٤ | ٢٥ | ١٬٢٠٥٬٣٤ | ٤٬٥٢٠٬٠٢ | ٢٠٠٣/٠٢/٠٣ | راتب مشرف الأيتام من ٠٩/٠٨ - ٢٠٠٢/١٢/٣١م |
| ٤٧٬٩٩١٬٥٢ | ١٢٬٧٩٧٬٧٤ | ٣٠ | ١٢٬٨٢٧٬٧٤ | ٤٨٬١٠٤٬٠٢ | ٢٠٠٣/٠٢/٠٣ | كفالة أيتام من ٢٢/٠٣/٠١ - ٢٢/٠٦/٣٠ |
| ٣٬٠٩٥٬٧٧ | ٨٢٥٬٥٤ | ٣٥ | ٨٦٠٬٥٤ | ٣٬٢٢٧٬٠٢ | ٢٠٠٣/٠٢/٠٤ | عيدية عدد (١٧) يتيم لسنوات سابقة |
| ٢١٠٬٠٤٦٬٠٠ | ٥٧٬٣٤٥٬٦٠ | ٣٦ | ٥٧٬٣٨١٬٦٠ | ٢١٠٬١٨١٬٠٠ | ٢٠٠٣/٠٢/٠٤ | دفعة أخيرة لكفالة أيتام ٢٣/٢٢ |
| ٢٨٨٬٣٥٠٬٠٢ | ٧٦٬٨٩٣٬٣٤ | ٣٦ | ٧٦٬٩٢٩٬٣٤ | ٢٨٨٬٤٨٥٬٠٢ | ٢٠٠٣/٠٢/٠٤ | دفعة ثانية لكفالة أيتام ١١/٠١ - ٢٣/٠٢/٣٠ |
| ٤٣٤٬٦٨٧٬٠٢ | ١١٥٬٩١٦٬٥٤ | ٣٦ | ١١٥٬٩٥٢٬٥٤ | ٤٣٤٬٨٢٢٬٠٢ | ٢٠٠٣/٠٢/٠٤ | كفالة أيتام من ١٠/٠١ - ٢٢/١٠/٣٠ |
| ١٨٬٢٤٩٬٥٢ | ٤٬٨٦٦٬٥٤ | ٣٠ | ٤٬٨٩٦٬٥٤ | ١٨٬٣٦٢٬٠٢ | ٢٠٠٣/٠٢/٢٨ | كفالة الداعية صلاح الدين النبوي ٠٩/٠٨ - ٢٠٠٢/١٢/٣١م |
| ٢٠٬٤٠٠٬٠١ | ٦٬٧٧٣٬٤٧ | ٣٠ | ٦٬٨٠٣٬٤٧ | ٢٠٬٥١٣٬٠١ | ٢٠٠٣/٠٢/٢٨ | كفالة الداعية صلاح الدين النبوي ٠٤/٠١ - ٢٠٠٢/٠٩/٠٧م |
| ٦٩٬٩٧٢٬٣٧ | ١٨٬٦٥٩٬٣٠ | ٤٣٬٣٧ | ١٨٬٧٠٢٬٦٧ | ٧٠٬١٣٥٬٠١ | ٢٠٠٣/٠٣/٠٥ | كفالة دعاة ومشرف دعاة |
| ٢٬٨٥٢٬٢٥ | ٧٦٠٬٦٠ | ٤٢٬٨٧ | ٨٠٣٬٤٧ | ٣٬٠١٣٬٠١ | ٢٠٠٣/٠٣/٠٦ | راتب كاتب حسابات الأيتام |
| ٤٬٣٨٧٬٥٠ | ١٬١٧٠٬٠٠ | ٣٠ | ١٬٢٠٠٬٠٠ | ٤٬٥٠٠٬٠٠ | ٢٠٠٣/٠٣/١٢ | استعاضة رواتب يناير ٢٠٠٣م |
| ٩٬٣٢١٬٥٢ | ٢٬٤٨٥٬٧٤ | ٣٠ | ٢٬٥١٥٬٧٤ | ٩٬٤٣٤٬٠٣ | ٢٠٠٣/٠٤/٠٨ | راتب المهندس كسوانتو |
| ٥٬٨٤٢٬٥٠ | ١٬٥٥٨٬٠٠ | ٤٢ | ١٬٦٠٠٬٠٠ | ٦٬٠٠٠٬٠٠ | ٢٠٠٣/٠٥/٠٥ | رواتب مشرف الأيتام وكاتب الحسابات |
| ٢٬٠٢٨٬٠٢٣٬٣ | ٦٧٤٬٢٧٨٬٩٧ | ١٬١١٨٬٩٨ | ٦٧٥٬٣٩٧٬٩٥ | ٢٬٠٣٢٬٧٤١٬٢٨ | | |

١٤٢٥/٠٩/٠٤هـ

IIRO 35003

The Muslim World League
**Intl. Islamic Relief Org.**
In Saudi Arabia
*Internal Auditor*



رابطة العالم الإسلامي
**هيئة الإغاثة الإسلامية العالمية**
بالمملكة العربية السعودية
جهاز المراجع الداخلي

| الصافي | | الرسوم البنكية | المبلغ | | تاريخ التحويل | البيـــــــان |
|---|---|---|---|---|---|---|
| ريال | دولار | | بالدولار | بالريال | | |
| ٢٠٥٢٨٠٤٣،٠٦ | ٦٧٤٦٢٧٨،٩٧ | ١،١١٨،٩٨ | ٦٧٥٣٩٧،٩٥ | ٢٠٥٣٢٢٧٤٢،٢٨ | | منها قبيلته |
| ١٣٦٧٢٣،٥٠ | ٣٦٦٠٩،٦٠ | ٣٠ | ٣٦٦٨٩،٦٠ | ١٣٤٨٣٦،٠٠ | ٢٠٠٣/٠٥/٠٧ | استعاضة رواتب مارس ٢٠٠٣م |
| ٤٤٣٨٨،٤٩ | ١١٨٣٦،٩٣ | ٣٠ | ١١٨٦٦،٩٣ | ٤٤٥٠٠،٩٩ | ٢٠٠٣/٠٥/٠٧ | استعاضة رواتب المدير (فوزي) |
| ٢٤٠٧٢٧،٥٠ | ٦٤١٩٤،٠٠ | ٣٠ | ٦٤٢٢٤،٠٠ | ٢٤٠٨٤٠،٠٠ | ٢٠٠٣/٠٥/٠٧ | ٣٠٪ من تكاليف بناء (٣٥) مسجد |
| ٢٤٠٧٢٧،٥٠ | ٦٤١٩٤،٠٠ | ٣٠ | ٦٤٢٢٤،٠٠ | ٢٤٠٨٤٠،٠٠ | ٢٠٠٣/٠٥/٠٩ | ٣٠٪ من تكاليف بناء (٣٥) مسجد |
| ١١٤٨٨٩،٥٠ | ٣٠٦٣٧،٢٠ | ٣٠ | ٣٠٦٦٧،٢٠ | ١١٥٠٠٢،٠٠ | ٢٠٠٣/٠٥/١٣ | ٣٠٪ من تكاليف بناء (١٦) مسجد |
| ٢٤٦٠٥،٥١ | ٦٠٦١،٤٧ | ٣٠ | ٦٠٩١،٤٧ | ٢٤٧١٨،٠١ | ٢٠٠٣/٠٥/٢٠ | تكاليف حفر (٣٧) بئر سطحي |
| ١١٤٩٧،٥٠ | ٣٠٦٦،٠٠ | ٣٠ | ٣٠٩٦،٠٠ | ١١٦١٠،٠٠ | ٢٠٠٣/٠٥/٢٠ | تذاكر سفر للمدير (فوزي) |
| ١٦٢٠٧،٥٠ | ٤٣٢٢،٠٠ | ٣٠ | ٤٣٥٢،٠٠ | ١٦٣٢٠،٠٠ | ٢٠٠٣/٠٥/٢٠ | دفعة نهائية لحفر عدد (٩) آبار |
| ٤٢٦١٩١،٥١ | ١١٢٥١،٠٧ | ١٣٠ | ١١٢٨١،٠٧ | ٤٢٦٣٠٤،٠١ | ٢٠٠٣/٠٥/٢٠ | دفعة ثانية من تكاليف بناء (٦) مساجد |
| ٢٠٤٠٤٠،٥٠ | ٥٤٤١٠،٨٠ | ٣٠ | ٥٤٤٤٠،٨٠ | ٢٠٤١٥٣،٠٠ | ٢٠٠٣/٠٥/٢٠ | دفعة ثانية من تكاليف (٣) مساجد ونهائية (١٧) مسجد |
| ١٠٧٦٣٤٧،٥٠ | ٢٨٦٢٦،٠٠ | ٣٠ | ٢٨٦٥٦،٠٠ | ١٠٧٤٦٠،٠٠ | ٢٠٠٣/٠٥/٢٠ | دفعة ثانية من تكاليف (٣) مساجد ونهائية (١٧) مسجد |
| ١٩٥٦٩٧،٩٩ | ٥٢٢٥٨،١٣ | ٣٦ | ٥٢٢٩٤،١٣ | ١٩٦١٠٢،٩٩ | ٢٠٠٣/٠٥/٢٣ | دفعة ثانية من تكاليف بناء (١٤) مسجد |
| ١٣٦٧٢٣،٥٠ | ٣٦٦٠٩،٦٠ | ٣٠ | ٣٦٦٨٩،٦٠ | ١٣٤٨٣٦،٠٠ | ٢٠٠٣/٠٦/٠٣ | استعاضة رواتب إبريل ٢٠٠٣م |
| ٤٨٦٨٤٧،٥٠ | ١٣٠٠٢٦،٠٠ | ٣٠ | ١٣٠٠٥٦،٠٠ | ٤٨٦٩٦٠،٠٠ | ٢٠٠٣/٠٦/٢٧ | دفعة من تكلفة بناء (٣) مساجد |
| ٢٦٢٤٠،٥٧ | ٥٩٦،٦٩ | ٣٥ | ٦٣١،٦٩ | ٢٦٣٧٢،٠٠ | ٢٠٠٣/٠٦/١٠ | استعاضة رواتب من ٠٢/٠١ – ٢٠٠٣/٠٣/٢٨م |
| ٣٨٤٩٦٧٦٩،١٣ | ١٠٢٢٦٥٧٨،٤٦ | ١٥٧٩،٩٨ | ١٠٢٨٤٥٠٨،٤٤ | ٣٨٥٠٥٠٩٧،٢٨ | | |

\* الرسوم البنكية بالنسبة للمبلغين المشار إليهما تم تسجيلهما .

D:\Mywork\1420\AUDITORS\STAFF\REPORT\OMAR\Indoneda_Table.Doc

١٤٢٥/٠٩/٠٤هـ

IIRO 35004



مرفق رقم
عدد الصفحات .......... ٣

MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الاسلامية العالمية
بالمملكة العربية السعودية
الإدارة المالية

الرقم : ١٠٥ / ٢٠٥ / ٤٢
التاريخ : ٩ / ٤ / ١٤٢٤ هـ

الموضوع :

بمعالجة / مدير مكتب الصين

حفظه الله

السلام عليكم ورحمة الله وبركاته ،،

مرفق طيه ـ حوالة ـ رقم ـ بتاريخ ٦ / ٦ / ٢ ٠ ٢ م
بمبلغ ٦٩،٦٣١ (فقط ....
بما يعادل مبلغ ـ بالريال السعودي .
وذلك عبارة عن ....

نأمل التكرم بإشعارنا بالفاكس رقم ٦٥١٢٨٨٥ عن وصول المبلغ نور إستلامكم له ، مؤيداً بسند القبض الدال على تسجيله في سجلاتكم ، وإرسال المستندات الثبوتيه الداله على الصرف .
شاكرين ومقدرين حسين تعاونكم معنا ،،
وتقبلوا فائق التحيات ،،،

مدير الادارة المالية
صالح بن عبدالله الصيخان





IIRO 35005

TOTAL P.02

اتعار العميل لعملية/عمليات مصرفية
CUSTOMER ADVISE FOR BANKING TRANSACTIONS

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

| Cash 6 | | 05/06/03 | 15 |

## Electronic Transfer

**Remitter Data**

| | |
|---|---|
| Membership: | 78561 |
| Short English: | INTL ISLAMIC RELIEF ORGANISATION |
| Short Arabic: | هيئة الاغاثة بالجبيل المصروفات الاد |
| Current Account: | 20600-001-0006080085381 |
| Phone: | 6512333 |

**Beneficiary Data**

| | |
|---|---|
| Benef. Sequence: | 57 |
| Short Name: | INTERNATIONAL ISLAMIC RELIEF ORGANI |
| Current Account: | 060 100141 1 |
| Address1: | INDONESIA |
| Address2: | |
| City: | |
| Phone: | |
| Bank: | BANK IFI |
| Branch: | PLAZA BAPINDO TOWER 11 GROUND FL JL |
| Address/City: | JEND SUDIRMAN KAVS4-55 JAKARTA12190 |
| Bank Country: | indonesia |

**Order Data**

| | | |
|---|---|---|
| Amount: | | 631.69 USD - United States Dollar |
| Sara Fee: | | |
| Transfer Fee: | | |
| Equivalent: | | 2,372.00 SAR - Saudi Riyal |
| Exchange Rate: | 3.754999 | Value date: 06/06/03 |
| Remitter to | OTHERS | |
| Beneficiary: | | |

Your unique reference number for this payment is: PON/1440560120b
Please quote this number for any Correspondence related to your Payment.

SEQ:    000290000606

We confirm the accuracy of the details quoted on this form. I/We exempt Al Rajhi Banking&Investment Corp. from any losses incurred as a result of machine and/or transmission line failure and from any errors and/or misunderstanding by the third party. I approve deduction of any amounts from the transfer value (as commissions or charges or others) due to any party in relation to this transfer. The Corp. reserves the right to cancel the transfer if customer declines to respond to the corp. after ten days since the first inquiry. Further, customer shall incur all costs.

Remitter Signature.

......................................................

توقيع الصراف

TELLER'S SIGNITURE

ختم الفرع

BRANCH STAMP

IIROR O

10-JUN-2003 07:57

IIRO 35006

هـة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الإدارة المالية

طبع في ٢٠/٠٩/٢٥
صفحــة : ١

طبــع القيــود اليومية
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
(مدفوعــــات بنوعيـــه )

| تاريخ :٠/٣٠/٣٢ | :حوالة | رقم الشيك | ٢ / ٢٤٤٢ : | رقم القيــد |
|---|---|---|---|---|

| رقـم & اسـم الحسـاب | الكـــــــود | الدولــة | مديـــن | دائـــن | م . |
|---|---|---|---|---|---|
| (١٠٠-٦٠٠) عام الهيئة | بدون | بدون | ٠٠ | ٠٠.٢٧٣٢ | ١ |
| ٢٢٠٠٣٠٥ الراجحي الرويس صدقا | بدون | بدون | ٢٧٣٢.٠٠ | ٠.٠٠ | ٢ |

| اجمـــالــي القيـــد | ٢٧٣٢.٠٠ | ٢٧٣٢.٠٠ |
|---|---|---|

شـــرح القيـــد :صرف الجزء المتبقي من قيمة استعاضة مكتب اندونسيا

:والتي سبق قيدها بالقيد رقم ٢٨٢٢ ج:٦/١/٢٠٠٣م

10-JUN-2003  07:56        IIRO.O        966 2 6512997    P.01

IIRO 35007

**Beyond Words**

Translation | Interpretation | Consulting

Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO 34989 – IIRO 35007

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us