# EXHIBIT 67

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____          Subject: _____

Date: _____          : _____

*[handwritten:  His Excellency al Sheikh Abdullah al Musleh]*

## Minutes of the 4th Committee for Domestic offices Meeting
## Thursday 6/11/1415 AH corresponding to 6/4/1995 AD

Through the grace of God, the 4th meeting of the Committee for Domestic offices was held on Thursday 6/11/1415 AH corresponding to 6/4/1995 AD at 11 am at IIRO's head office. The meeting was headed by His Excellency IIRO's secretary general Dr. Farid Yassin Qurashi and was attended by the following members:

| 2 | Dr. Ghazi Mahfouz Falmban | Assistant Secretary General for finance | Member |
|---|---|---|---|
| 3 | His Royal Highness Prince Turki bin Fahad bin Jalawi | Regional Supervisor for the Eastern Province | Member |
| 4 | Dr. Hamza Zuhair Hafez | Supervisor of the Office of Madina al-Munawarrah | Member |
| 5 | Mr. Ali Abdullah al-Jerais | Director of the Riyadh Office | Member |
| 6 | Dr. Sulaiman bin Hamad al-Saqri | Regional Supervisor for al-Qaseem Province | Member |
| 7 | Dr. Ahmed bin Nafei al-Morai | Director of the IIRO-Makkah al-Mukarramah Office | Member |
| 8 | Dr. Talal Obaid Zufr | Supervisor of the  IIRO-Taif Office | Member |
| 9 | Dr. Abdullah Abdel Qader Nassir | Supervisor of the projects division | Member |
| 10 | Mr. Ibrahim Mohammed al-Zahar | Director of the department of offices abroad | Member |
| 11 | Eng. Bahjat Yahia Zarei | Director of the department of the domestic offices | Member |
| 12 | Mr. Khalil Ibrahim al-Ibrahim | Secretary of the committee for domestic offices | |

The following did not attend:

| 1 | Dr. Osama Mohammed Rais | Assistant secretary general for programs |
|---|---|---|
| 2 | Dr. Abdullah Abdel Aziz al-Musleh | Regional director for the Southern Province |

The meeting opened with a recitation from the Holy Quran after which the President of the Committee presented the agenda which was approved as follows:
[Signature]

1

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000209

**Kingdom of Saudi Arabia International Islamic Relief Organization**
　　　　　[logo]
**Kingdom of Saudi Arabia International Islamic Relief Organization**

Number: _____

Subject: _____

Date: _____

: _____

Passed as follows:

## Agenda

1- Remarks by His Excellency IIRO's Secretary General, the council's president.
   - Donation collection boxes
   - Sacrificial animal coupons
   - Importance of organizational status for the employees
   - External challenges
   - High education
2- Donations and means of increasing them.
3- The issue of advances and disbursement of installments
4- Transfer between budget items
5- Procedural relationship between the head office, domestic offices and offices abroad in supervising the implementation of programs and projects.
6- The issue of supporting organizations
7- Other matters
   1-Teacher's salaries
   2-The planning and budget department memo Item

## One: His Excellency the Secretary General's Remarks

His Excellency IIRO's secretary general Dr. Farid Yassin Qurashi welcomed the attendees and personally thanked them on behalf of IIRO's Constituent Council of the directors and supervisors of domestic offices. He also praised their continuous efforts in relation to donation collection and in following-up on the implementation of programs and projects. He prayed for everyone's efforts to be accepted by God.

[Signature]

2

IIRO - 000210

| Kingdom of Saudi Arabia International Islamic Relief Organization | [logo] | Kingdom of Saudi Arabia International Islamic Relief Organization |
|---|---|---|

Number: _____    Subject: _____

Date: _____    : _____

His Excellency then moved on to the following points:

**1- Donation Collection Boxes:**

His Excellency mentioned that instructions had been issued banning donation collection boxes from mosques and shops and that the ban was general. He said he had the honor of meeting His Royal Highness Prince Soltan bin Abdel Aziz and that he explained the situation to him and asked for IIRO to be exempted from the ban but that the result [of this meeting] is yet to be known. He pointed out that as a result of the inappropriate practices of some foundations and individuals, the state began to set many controls on donation collection that may affect IIRO's donations and that we must respect these controls and measures. His Excellency asked the domestic office supervisors to explain this matter to the brothers located in the provinces and for donations collection to be done quietly and sensibly. He said the mosque imams should not be asked to talk about IIRO with high emotion even if this encourages the mosque attendees to donate more.

**2- Sacrificial animal coupons:**

The meeting attendees listened to the secretary general's report on this year's sacrificial animals' project. He said the relevant authorities banned the distribution of sacrificial animal coupons in the Makkah al-Mukarramah region, and as a measure of precaution, we think al-Madinah al-Munawarrah should be included. Therefore, the coupons will be distributed to the other offices outside of the Makaah al-Mukarramah and Madinah al-Munawarrah regions and this will decrease this year's sacrificial animals' revenue. Hence, His Excellency, suggested that the sacrificial animals' budget be decreased to 50%.

He also asked the province's supervisors to hold meetings with the agents to stress that they should not bring any coupons with them to the Holy places. His Excellency warned that some people might commit violations that could be attributed to IIRO. He pointed out that focus will be placed on our mistakes more than our achievements.

After deliberations, the attendees came to the following decisions:

**The Decision:**

1- The committee decided to adhere to the controls and instructions related to donations in the Kingdom and to practice good sense when collecting donations.
2- The committee decided to reduce the sacrificial animals' budget to 50% in response to the special marketing circumstances for the 1415 AH sacrificial animals' project.

[Signature]

3

---

IIRO - 000211

**Kingdom of Saudi Arabia**        [logo]        **Kingdom of Saudi Arabia**
**International Islamic Relief**                  **International Islamic Relief**
**Organization**                                 **Organization**

Number: _____        Subject: _____

Date: _____        : _____


3- The committee decided not to distribute sacrificial animal coupons in the Makkah al-Mukarramah region (Makkah al-Mukarramah, the holy places, Jeddah and al-Taif) and in al-Madinah al-Munawarrah in accordance with the instructions issued by the authorities in this regard.

4- The committee stresses the importance of informing the volunteers and partners to avoid bringing any coupons to the holy places;  written pledges should be obtained from them regarding this and the absolute commitment to adhere to it.


**1-  The importance of Employee Job Structure:**

The attendees discussed the issue of IIRO's employee job structure. The secretary general said that IIRO will be held responsible for mistakes and violations just like any other organization and that it must therefore strictly adhere to the regulations. He asked the domestic office supervisors to focus on providing employment opportunities for Saudi youth who wish to work. As for individuals not sponsored by IIRO but whose services are greatly needed, their names should be sent and a request should be made for their sponsorship to be transferred. His Excellency promised to send a letter to the domestic offices in this regard.

One of the members requested that first priority to jobs be given to KSA born employees who are sponsored by their fathers since they will face a problem if they are completely terminated as their families are in the Kingdom. The matter was handed over to a committee headed by Dr. Ghazi Falmban for consideration.


**The Decision:**

1- The committee decided to give Saudi youth first priority to job opportunities in the host country.

2- The committee decided to encourage the domestic offices to send the names of employees who are not sponsored by IIRO and whose sponsorships must be transferred promptly. The names should be sent to the Supportive Services Division Supervisor Dr. Abdel Hamid Ahmed Diyab.

3- The committee decided to form a committee headed by Dr. Ghazi Falmban. Members of this committee will include Dr. Abdel Hamid Diyab and Dr. Talal Zufr. The committee will study the circumstances of KSA born employees who are sponsored


[Signature]


4

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000212

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____          Subject: _____

Date: _____          : _____

by their fathers in that they are not harmed in order to avoid any harm from coming to them if their services are terminated.

## 4-  **External Challenges**

The meeting attendees discussed the issue of external challenges facing Islamic relief work. His Excellency the Secretary General said these external challenges are represented in the fierce and biased attack against Islamic charity and relief organizations and in the attempt to incriminate them and their employees and discredit their work. He pointed out the attempts being made to associate some workers in the field with matters that have nothing to do with them in an attempt to put an end to this humanitarian charity work and tarnish its reputation.

He also mentioned their policy of drying up the sources of Islamic relief organizations by filing cases against them, asking for compensation, and stealing relief materials etc. His Excellency stressed that at the current stage [focus is to be put on] the protection of IIRO with priority given to security considerations. He asked all offices to keep a number of matters in mind, such as:

1-  No employees, collaborators or volunteers should be hired before consulting with the head office to ensure the soundness of the candidate's employment status. The matter should also be presented to the employment committee.
2-  All security and safety precautions should be taken to safeguard IIRO funds and warehouses both locally and abroad.
3-  Any external assistance has to be in cooperation and coordination with the director of the IIRO office abroad while adhering to IIRO's projects.
4-  A report  of all accounts opened abroad in IIRO's name or under any name with the purpose of holding IIRO funds, as well as on any newly opened accounts, should be presented. The report is to be sent to IIRO's secretary general personally to avoid any future responsibility.

[Signature]

5

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000213

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____          Subject: _____

Date: _____          : _____

**The Decision:**

1-The members were informed of what IIRO's secretary general said about external challenges, the security aspects, and the importance of protecting IIRO by blocking any opportunity for parties to exploit actions that could be detrimental to IIRO. They expressed their understanding and their commitment to implement the related decisions.

2- To take all security and safety precautions needed to safeguard IIRO's funds and warehouses both locally and abroad.

3-To present a report of all accounts opened abroad in IIRO's name or in any name with the purpose of holding IIRO's funds, including  newly opened accounts. The report is to be sent personally to IIRO's secretary general to avoid any future responsibility.

**5-  Higher Education:**

The attendees discussed the issue of IIRO-affiliated universities and colleges and how IIRO made significant  contributions in support of higher education in response to requests made by a number of Islamic foundations in the Kingdom and the wishes of a number of benefactors during the past years. For many considerations and our own best benefit, His Excellency suggested that IIRO supervised higher education projects be handed over to the Muslim World League (MWL) which would also stress the importance of work specialization for Islamic charity organizations and allow the organization to focus on its humanitarian relief projects.

He also suggested that donations earmarked for universities and colleges be handed over to the MWL.

The attendees agreed under the condition that a memo of understanding (MOU) is signed with the MWL to ensure the continuance of these projects and that their allocated funds are not used for other matters.

**The Decision:**

1- The committee decided to handover the higher education projects supervised by IIRO to the MWL and to write a letter to the MWL's Secretary General in this regard.

2- To prepare a MOU with the MWL indicating IIRO's commitment to send the donations earmarked for support of higher education projects to the MWL.

[Signature]

6

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000214

| Kingdom of Saudi Arabia International Islamic Relief Organization | [logo] | Kingdom of Saudi Arabia International Islamic Relief Organization |
|---|---|---|

Number: _____     Subject: _____

Date: _____     : _____

The committee believes it is necessary to include IIRO in the MWL's University Supporting Committees to ensure the donations are not used in ways other than those intended by the donors.

3- If an education-related project that was handed over by IIRO to the MWL ends or is stopped, IIRO's commitment towards this project will end.

### Item Two: Donations and Means of Increasing Them

The attendees discussed the issue of donations and means of increasing them. His Excellency the Secretary General said that this year's donations were less than last year's and that in spite of the circumstances, IIRO was able to take care of most of its commitments. However, he said, we are facing a bad situation. His Excellency instructed a reduction in administrative expenses and to stick only to IIRO's projects and programs. He added that we should adhere to the Committee of Domestic offices' former decision to stop supporting foundations and organizations. The secretary general called upon the domestic office directors to think of ways in which to increase donations.

Mr. Ali al-Jerais then spoke and suggested that donations collected via public accounts be added to the donation balance of the related province's domestic offices since they were collected as a result of the domestic offices' efforts. He also pointed out the importance of auditing the public donation accounts to ensure the soundness of procedures. He suggested collection and careful consideration of observations sent by the domestic offices to find the most suitable means to deal with them. He added that the Al-Rajihi Bank's system is too outdated especially with regards to registration of public donation accounts.

Dr. Hamza Zuhair Hafez said that the Madinah al-Muawarrah Office sent a letter to the head office requesting a fatwa concerned with opening accounts in other banks that offer better services. IIRO's secretary general and the assistant secretary general for finance said that communications are currently being made and measures are being taken with Al-Rajihi Corporation to ensure the accuracy of accounts. After deliberations, the attendees made their decision:

[Signature]

7

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000215

**Kingdom of Saudi Arabia**
**International Islamic Relief**
**Organization**

[logo]

**Kingdom of Saudi Arabia**
**International Islamic Relief**
**Organization**

Number: _____

Subject: _____

Date: _____

: _____

**The Decision:**

1- The Al-Rajihi Bank matter is to be studied and a letter is to be sent to the Shariah Committee for the Islamic view on opening accounts in other banks providing better services.

2- Domestic offices are to be asked to perform regular audits on their public donations accounts to ensure the soundness of procedure. They should also write down their observations to the head office's assistant secretary general for finance so they can be studied and a solution found.

### Item Three: The Issue of Advances and Disbursement of Installments

The attendees discussed the issue of advances and disbursement of installments. The assistant secretary general for finance Dr. Ghazi Falmban explained that the Constituent Council agreed to disburse the budget's final installment in two parts as long as the last two months are reserved to allow repayment of outstanding advances by the end of Muharram 1416 HA. He pointed out that the council instructed a head office review of domestic office accounts which are supposedly for revenues and operational [expenses].

Mr. Ali al-Jerais explained that there is a third account for projects being implemented via domestic offices. His Excellency the Secretary General suggested that only the revenues and operational expenses accounts be kept and that all funds be sent to the head office. After this, the domestic offices will transfer the funds for implemented projects to offices abroad. Funds will be kept in a special account for which the domestic offices would be authorized to sign.

He also suggested a committee be formed to consider the two suggestions. The committee would be headed by the secretary general and would include the following members: Dr. Ghazi Flimban, Mr. Ali al-Jerais, His Royal Highness Prince Turki bin Jalawi, Mr. Ibrahim al-Zahar, Eng. Bahjat Zarei.

**The Decision:**

1-The committee discussed the matter of some domestic offices opening accounts for projects being implemented through them and the head office's wish for there to be only two accounts (revenues and operational expenses), as well as for all funds to be sent to the head office with the possibility of opening an external account for projects for which the domestic offices would be authorized to sign.

[Signature]

8

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000216

| Kingdom of Saudi Arabia International Islamic Relief Organization | [logo] | Kingdom of Saudi Arabia International Islamic Relief Organization |
|---|---|---|

Number: _____

Date: _____

Subject: _____

: _____

The committee decided to delay this issue so that it can be considered along with the matter related to the relationship procedure between the head office and external office regarding the oversight of the implementation of projects and programs.

## Item Four: Utilizing budget items and the right to transfer between budget items

Based on the request of al-Qaseem Province Regional Director, Dr. Sulaiman Hamad al-Saqri's, to grant the domestic office the right to benefit from budget items and to shift between budget items, Mr. Jeeda Simman, director of the planning and budget department, explained in accordance to regulations, the right to transfer [between budget item] is one of the secretary general's authorities .His Excellency provided two suggestions, the first of which is to give the domestic office's director the authority to transfer between budget items within the limits of the budget's ceiling. The second suggestion is to allocate an amount of money in the annual budget for the domestic office's expenses. This amount would be a percentage determined according to the office's total expected revenues and the office would have the right to shift between budget items with no need to delegate authority. In either case, an amendment must be made to the regulations and the council must grant its approval.

## The Decision:

1- The committee will consider the request made by a number of domestic offices to be granted the authority to benefit from and shift between budget items. They decided to form a committee headed by Dr. Ghazi Falmban that would include two domestic office directors who approve of the idea for consideration of the matter. A memo would then be sent to IIRO's secretary general to obtain approval from the council on amending the regulation if need be.

## Item Five: Studying the relationship procedure between the head office, domestic offices and offices abroad in relation to implementation of programs and projects

It is worth noting that in the past, a memo determining the procedure of domestic office supervision over

[Signature]

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000217

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____          Subject: _____

Date: _____          : _____

programs and projects was prepared and approved. On evaluating the experience, it was found that the procedure needed to be reconsidered. Dr. Ghazi Falmban mentioned that there was no qualitative or regional specialization and that this had caused a delay in implementing the procedure.

His Excellency explained that he has a vision for this procedure and he suggested the following:

1- Field supervision or financial supervision (with qualitative or regional specialization) by the domestic office over the external office.
2- Choosing a portion of offices abroad to be subject to direct supervision from the domestic offices.
3- The domestic office will not supervise a region whose budget is higher than its revenues.

Mr. Ali al-Jerais also mentioned that all three parties experienced problems because the procedure is not fully developed. His Excellency suggested the formation of a committee to study and improve the procedure while taking the following into consideration:

1- Reconsidering the geographical distribution of sectors in order to prevent interferences between offices located in the same geographical area.
2- Domestic offices should not work in more than one continent and the proximity between parts of a geographical sector should be considered in order to save expenses and also to take into account the environmental, demographic and historical similarities.
3- Preparing plans and strategies for each geographical sector that achieve a form of balance between the various services and programs provided by IIRO.
4- Examining the previous suggestion regarding the separation of the head office from the Jeddah Office to allow the head office to devote itself to planning, monitoring and establishing IIRO's general strategies.
5- Putting in place the necessary precautions to guarantee the progress of work and to clarify the powers of each domestic and external office.
6- Studying the matters of centralization of funds, opening external accounts, and fund transfer methods.

His Royal Highness Prince Turki bin Jalawi also spoke about the matter of separating the head office from the Jeddah Office. He explained that policy oversight is handled by head office and that there should be a financial and administrative link

[Signature]

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000218

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____    Subject: _____

Date: _____    : _____

between the domestic and external offices with the domestic office having full responsibility over the external office located in its geographical domain.

IIRO's secretary general replied by saying this would be impossible under the security conditions he had explained to the members and in light of the continuous and fast-paced global changes. He added that from a responsibility standpoint, the external offices must be directly linked with the head office but that he supports any measures that would regulate the relationship with the domestic and  offices if this would lead to ease of workflow and achievement of goals.

His Excellency said it is beneficial for the  Saudi volunteer cadres who are available to actively participate at the domestic offices that are monitoring the implementation of programs and projects, sending installments, signing on the accounts, delivering aid, and preparing  reports and documents. This will highlight the fact that Saudi youth are goodwill ambassadors and more interested in respecting  regulations and promoting stability and peace in the communities in which they work. Such participation would also grant a great deal of safety and security to IIRO. He added that he personally encourages such an approach.

His Royal Highness Turki bin Jalawi stressed that they work to serve IIRO and that his eagerness comes with the intention of improving matters and relationships between the offices in order to attain better service. His Royal Highness suggested that each office should present a paper outlining their vision for the necessary procedure.

**The Decision:**

1- The regional domestic office supervisors and directors are requested to present a paper outlining their vision for the procedural relationship  between the head, domestic and external offices in relation to the implementation of programs and projects. They should keep in mind the political and security conditions in which IIRO must work. The suggestions are to be sent to His Excellency the Director of the Department of Domestic Offices by 20/11/1415 AH. God willing, the committee is to meet to discuss the visions after Hajj.

[Signature]

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000219

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____          Subject: _____

Date: _____          : _____

### Item Six: The issue of funding organizations:

His Excellency the Secretary General presented the memo that was submitted by the Islamic center in Shooter Hills, London in the amount of 25,000 GBP, which the outstanding balance for the purchase of the building. He also presented the matter of supporting Islamic schools in the US.

His Excellency the Assistant Secretary General for Finance suggested that 10,000 USD be provided in support. He asked the committee to consider whether to donate the requested amount or part of it, or to decline altogether. He reminded the attendees that their esteemed committee had made a previous decision to end support for foundations and for IIRO to focus on the implementation of its projects directly through its offices. The majority of members were of the opinion that the decision should be upheld and that the door should not be open for exceptions.

### The Decision:
    1-The committee reviewed the two memos related to the Islamic center in Shooter Hills, London and the matter of lending support to Islamic schools in the USA. They decided to decline the two requests in adherence to their previous decision to end support for organizations.

### Item Seven: Other matters

**(1)Delayed teachers' salaries:**
Dr. Hamza Zuhair Hafez raised the subject of delayed transfer of teachers' salaries. His Excellency said that the teachers in West Africa had not been paid their salaries over 10 months and has called for a solution to this matter.
His Excellency Dr. Ghazi Falmban said the teachers are the responsibility of Dr. Abdullah al-Musleh; he is in charge of requesting reports and dispensing the payment. He also added that the Executive Committee of the Constituent Council had previously made the decision not to disburse funds to offices that have outstanding obligations .

  [Signature]

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000220

| **Kingdom of Saudi Arabia International Islamic Relief Organization** | [logo] | **Kingdom of Saudi Arabia International Islamic Relief Organization** |
|---|---|---|

Number: _____          Subject: _____

Date: _____          : _____

### The Decision:

1- His Excellency IIRO's Secretary General has requested that a memo be sent to the Council's Executive Committee on behalf of the domestic office requesting that they approve the payment teachers' salaries without tying it to the settlement of the offices' debt.

### (2)  The planning and budget department memo:

The Director of the Planning and Budget Department Mr. Jeeda Semman presented a memo in which he requested the cooperation of the domestic office with the Planning and Budget Department and the Committee's Property, Real Estate and Assets Department regarding the data requested from them and  the implementation of regulations and procedures.  The memo included a call for reducing expenditure  and increasing resources (memo attached). The members were made aware of this and they promised to cooperate with the administration.

With this, the meeting ended at exactly 4 pm.

[Prayers]

| | **Name** | **Member Signatures** |
|---|---|---|
| 1 | Dr. Farid Yassin Qurashi | [Signature] |
| 2 | Dr. Ghazi Mahfouz Falmban | [Signature] |
| 3 | His Royal Highness Prince Turki bin Fahad bin Jalawi | |
| 4 | Dr. Hamza Zuhair Hafez | |
| 5 | Mr. Ali Abdullah al-Jerais | |
| 6 | Dr. Sulaiman bin Hamad al-Saqari | |
| 7 | Dr. Ahmed bin Nafei al-Morai | |
| 8 | Dr. Talal Obaid Zufr | |
| 9 | Dr. Abdullah Abdel Qader Nusair | [Signature] |
| 10 | Mr. Ibrahim Mohammed al-Zahar | [Signature] |
| 11 | Eng. Bahjat Yahia Zarei | [Signature] |
| 12 | Mr. Khalil Ibrahim | |

[Signature]

13

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000221

In the name of God, the Most Gracious, the Most Merciful

| **Muslim World League**<br>**Makkah al-Mukarramah**<br>**International Islamic Relief**<br>**Organization** | [logo] | **Muslim World League**<br>**Makkah al-Mukarramah**<br>**International Islamic Relief**<br>**Organization** |
|---|---|---|

*[handwritten Very Important and Urgent]*

Number: _____417/270_____        Subject: _____

Date: _____9/6/1414 AH_____        : _____

Greetings to His Excellency the Assistant General Supervisor for Finance,      May God protect him,

May the Peace, Mercy, and Blessings of God be upon you

In respect to your instructions concerning the importance of linking between IIRO's regional, domestic and head offices, as well as the administration's goals to provide information from the primary sources and  train the executive cadres, who are working in the regional and external offices, to become proper sources of up-to-date information and head offices' requests:

The administration presents you the plan for field visit for the year 1414 AH, which is as follows:

**A- Goals:**

1- Linking the regional and domestic offices with the headquarters by explaining and simplifying the flow of information between them.

2- Establishing the concept of a projected budget and the means of dealing with the special forms, copies of which are attached.

3- Settlement of advances in light of the decentralization of the domestic and regional office accounts.

4- Implementing any auditing work that can be assigned to assist in the management of the monitoring.

5- Implementing any other work assigned to the sender.

6- Explaining to the honorable managers of the domestic office the importance of linking their accounts and transferring all of their revenues to the head office.

[Signature]                                    [Signature]
*[handwritten: 15/6 Illegible]*                *[handwritten: 9/6]*

---

Address: P.O. Box 18483 Jeddah 21434 – Tel: 6512333 – 6515411 – Fax 6518491 – Tlx: 606754  IGATHA SJ

IIRO - 000222

In the name of God, the Most Gracious, the Most Merciful

| **Muslim World League** <br> **Makkah al-Mukarramah** <br> **International Islamic Relief** <br> **Organization** | [logo] | **Muslim World League** <br> **Makkah al-Mukarramah** <br> **International Islamic Relief** <br> **Organization** |
|---|---|---|

No.: _____  Subject: _____

Date: _____  : _____

### B- <u>Work Plan:</u>

1- The [assigned??] individual is to be provided with all of the information available at the headquarters on the branch that will be visited.

2- The individual familiarizes himself and evaluates the branch's activities through the information available at the headquarters.

3- The individual is provided with the decision makers' recommended solutions for the problems sent by the branch which is intended to be visited.

4- Coordination with the branch prior to travel.

5- Starting with offices with large budgets or those work needs to be organized..

6- There should be no more than 20 trips per year.

7- The results of each trip are to be evaluated.

8- Starting with domestic offices that have large budgets and whose financial and administrative work needs to be organized..

Therefore, we hope that Your Excellencies will review and approve the plan for domestic and external office visits in accordance with  a program prepared by the Director of the Planning and Budget department which he will send you for approval.

[Prayers]

**Director of the Planning and**
**Budget Department**
*9/6* [Signature]
**Jeeda Ahmed Semman**

[Illegible]

IIRO - 000223

**Internal Field Visit Program**

## 1-Basic data on the office

Country:------------------        Capitol:------------------------

Address of the IIRO office:----------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

--------P.O. Box-------------------------------------------------------

Telephone Number:-----------------------------------Fax Number:--------------------------------------------

Name of the director in charge:---------------------------------------------------------

Date on which the office was established:-------------------------------------------

## 2-General Information on the country in which the office is located:

-Geographical location:-------------------------------------------------------------------------

-Population:-------------------------------------------------------------------------------------

-Religions:------------------------%  ------------------------%  -------------------%

-Currency used:----------------------------- exchange rate----------------------------

Travel means:----------------------------------------------------------

Address of the country's embassy (consulate) in Jeddah:---------------------------

Address of the Saudi Embassy (Consulate) in the country:-------------------------------------------------------
--------------P.O. Box----------------------------------Tel:----------------------------

## 3-IIRO's activities in the country:

A comprehensive report covering the following activities is to be prepared prior to the visit:

☐ -Religious educational activities              Breakdown of the aspects and costs of the activity according to the latest projected  budget

☐ -Quran related activities                          Breakdown of the aspects and costs of the activity according to the latest projected budget

☐ -Building, renovating, and running of mosques, and digging wells              Breakdown of the aspects and costs of the activity according to the latest projected budget

☐ -Caring for orphans                                 Number of sponsored orphans and  amount of sponsorships

☐ -Orphanages                                           Breakdown of the amount and financial cost

☐ -Vocational training centers                    Breakdown of the amount and financial cost

☐ -Other community projects                      Breakdown of the amount and financial cost

☐ -Educational activities                            Breakdown of (locations, amounts, costs…etc.)

☐ -Health related activities                        Breakdown of (locations, amounts, costs…etc.)

☐ -Activities related to development           Breakdown of (locations, amounts, costs…etc.)

IIRO - 000224

**Internal Field Visit Program**

## 4-Goals of the Visit:

First: Obtaining historical information on the office's activities in past years:

    a- Taking inventory of fixed assets, the source and date of their acquisition, and their historical and current value.

    b- Information on the office's expenditures, the types and costs of its activities, such as education, healthcare, and social etc., and the administrative expenses for at least the past three years.

    c- A list of the names of employees, working at the office or at the various departments, for which IIRO is committed to regularly paying salaries in accordance to the budget. The list should include their qualifications, date of commencement, monthly salary, position, and the administrative decision issued in this regard, etc. according to the forms prepared for this purpose.

Second: Holding discussions with the office administrators about the annual draft budget and how its items are estimated and  explaining the forms that must be filled-in for this purpose and the principles and rules that must be followed during the estimation [process].

Third: Studying the accounting system used at the office and its ability to tightly control the office's expenditures, bank accounts and fund, and  explaining the simplified accounting method suggested for use in offices abroad in application of the concept of centralizing these office's accounts.

Fourth: Obtaining the information and data that is necessary for the various departments at IIRO's headquarters.

    - Topics concerned with regional affairs.

    - Topics concerned with the financial department.

    - Topics concerned with the various committees and departments (religious education, Quran, mosques and wells, social welfare department, department of education, health department, vocational and handicraft training, seasonal projects, and technical and engineering advice).

    - Obtaining photographs of the country's IIRO-sponsored projects in order to identify these projects and the services they offer.

    - Identifying the problems the office faces and [obtaining] the office directors opinions on how to solve these problems.

    - Prior to the visit, a report on what is required from each department must be obtained and it must be signed by the department's officials.

Fifth: [Comparing] the approved budget with the actual implementation and identifying projects for which actual disbursements are made and whether or not they are consistent with the approved budget, as well as detecting the reasons for the discrepancy and examining them with the office directors.

## 5-Results of the Visit:

    - Preparing a summary report on what was accomplished and what was agreed upon with the office directors, as well as the problems and issues that were not solved, in addition to suggestions on how to solve them, and the office administrator's opinions on these suggestions.

IIRO - 000225

**Internal Field Visit Program**

**1-Basic office information**
Country:_____Region:_____
Address of the IIRO office:_____ Tel:_____
                                         Fax:_____

_____
_____
Name of the responsible director:_____
Date on which the office was established:_____

**2-Revenues attained by the office in past years (actual):**

Year  14                              Year  14
Amount_____ Riyal          Amount_____ Riyal
Year  14                              Year  14
Amount_____ Riyal          Amount_____ Riyal

Office expenditures in past years (actualities):
Year  14                              Year  14
Amount_____ Riyal          Amount_____ Riyal

Year  14                              Year  14
Amount_____ Riyal          Amount_____ Riyal

**Goals of the visit:**
1- Obtaining historical information on the office's activities in past years:
a- Taking inventory of fixed assets, identifying their source of funding and date of acquisition, as well as their historical and current value.
b- A report on the actual revenues and expenditures in past years.
c- A list of the names of current employees. The list should include their qualifications, date of employment, positions they fill, current salaries for both full-time and part-time employee, copies of the administrative decisions issued in this regard in accordance with the forms previously prepared for this purpose.
2.Holding discussions with the office administrators about the annual draft budget and how it is estimated, as well as explaining the forms prepared for this purpose and how to fill them in and the principles and rules that must be followed during the estimation [process].
3-Coming to an agreement on a method that will link expenditures with revenues and determining the ratio  of expenditures to revenues. It should be increased when revenues increase to a certain limit.

Page Number 1

IIRO - 000226

**Internal Field Visit Program**

4-Coming to an agreement to send all revenues to IIRO while making sure to include the projects implemented by the office abroad in IIRO's budget.

5- Reviewing the accounting system used at the office and the revenues and expenditures monitoring method and explaining the simplified accounting method suggested for use at domestic offices so that the concept of decentralizing the domestic office accounts can be applied.

6-Obtaining information and data necessary for the various departments at IIRO's headquarters.

**A-Matters related to financial accounts:**

-Sending the office's the expenditure reconciliation ledgers and loans owed by the office or its staff to the  financial department.

-Sending a breakdown of the revenues and expenses to allow preparation of the accounting records.

**B-Matters related to the management of the domestic offices:**

-

-

-

**C. Matters related to the management of donor's affairs:**

-Papers of monetary value (requests to be written in detail).

**-**

-

-

-Marketing products (write the orders in detail)

-

-

-

A report on what is required for each department must be obtained and it must be signed by the department's officials.

## Results of the visit:

-Draft  a summary report on what was accomplished during the visit and what was agreed upon, as well as the problems and issues that were not solved, in addition to suggestions on how to solve them, and the office official's opinions on these suggestions.

IIRO - 000227

| THE KINGDOM OF SAUDI ARABIA<br>**INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION** | [Logo] | Saudi Arabia<br>**INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION** |
|---|---|---|

No.: <u>640/104</u>                                    Subject: _____

Date: <u>26/2/1415 AH</u>                           : _____

## To the Director of the General Supervisor's Office,  May God protect him

## May the Peace, Mercy, and Blessings of God be upon you

**The department of domestic offices sends you its greetings and prays to God Almighty to help us and you all to put more effort so that we can continue our work that is pleasing to God and that He accepts from us and you the good deeds.**

**We are pleased to attach the following to this letter of ours:**

**First: Minutes of the first Domestic Office Committee meeting.**

**Second: Administrative decisions 22 to 31 which include the distribution of domestic office supervision over the established and approved programs and projects.**

**Third: The procedure of domestic office supervision over projects.**

**Fourth: The procedure of domestic office supervision over programs.**

**Fifth: An descriptive report on the projects and programs supervised by the domestic offices in cooperation with the head office.**

## Thank you for your generous cooperation, [prayers].

[signature]

**Deputy Director of the Department of
Domestic Offices**

*[handwritten – The Foreign*                            [signature]
*Offices File*                                               **Eng. Bahjat Yahia Zarei**

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000228

| THE KINGDOM OF SAUDI ARABIA INTERNATIONAL ISLAMIC RELIEF ORGANIZATION | [Logo] | Saudi Arabia INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |
|---|---|---|

No.: _____     Subject: _____

Date: _____     : _____

## Meeting Minutes

By the grace of God, members of the Domestic Office Committee, headed by His Excellency IIRO's General Supervisor Dr. Farid Yassin Qurashi, held their first meeting on Thursday, 7/1/1415 AH. His Excellency the General Supervisor began the meeting by thanking all of the committee members for attending the first meeting. The meeting ended with the attendees' agreeing on the following points:

1-IIRO will not provide financial support to organizations and foundations in the Islamic World. Support will be limited to the implementation of projects for these foundations. These projects will be implemented via IIRO's establishments and there will be no cooperation with foundations whose goals or policies do not align with IIRO's goals and policies or if there are issues with the [people] running these foundations.

2-The offices' supervisory procedure over programs and the offices' supervisory procedure over projects are to be used until the committee assigned by His Excellency the General Supervisor completes its amendments to IIRO's internal and external administrative and financial system and then presents it to the Constituent Council for approval.

3-Ammending paragraph number (13) of the supervisory procedure over projects which will be worded as follows:

(Checks are to be sent to the domestic office so it can implement, via the office abroad, the agreed upon projects which are specified within the framework of (wells, mosques, seasonal projects only). (The post-amendment procedure is attached).  The domestic offices must not take any cash with them to work areas.

4-Ammending paragraph number (15) of the supervisory procedure over programs which will be worded as follows:

(After checks are issued for programs, the relevant department is to send letters instructing the method by which the installment is to be disbursed to the office abroad. A copy of the letter is to be sent to the relevant domestic office). (The post-amendment procedure is attached).

5-All domestic offices must send all donations to the head office, including donations earmarked for the agreed upon projects and programs.

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000229

| THE KINGDOM OF SAUDI ARABIA **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** | [Logo] | **Saudi Arabia** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** |
|---|---|---|

No.: _____

Date: _____

Subject: _____

: _____

6- Formation of a committee that will be responsible for suggesting the administrative and financial system amendments for domestic offices. Its members from the following regional offices:

1-The Eastern Province. 2-The Central Province. 3-The Southern Province. 4-The Madinah al-Munawarrah Province.

In addition to two members who were nominated by His Excellency the General Supervisor, wherein the committee's work is completed within a period of two weeks from the date on which these meeting minutes are approved.

7-The  second meeting is to be held one week before the 1415 AH school year begins, God Willing.

[Glory be to You, O God, and praise be to You. We bear witness that there is no God other than You. We seek your forgiveness and repent to You]

IIRO's General Supervisor His Excellency Dr. Farid bin Yassin Qurashi [Signature]

Assistant General Supervisor for Finance and Investment His Excellency Dr. Ghazi Felemban [Signature]

Deputy Assistant General Supervisor for Programs His Excellency Dr. Osama al-Rais

Supervisor of  the Offices in the Eastern Province His Royal Highness Prince Turki bin Fahad bin Jalawi al-Saoud

Supervisor of the Office in the Madina al-Munawarrah Office His Excellency Dr. Hamza Hafez

Regional Supervisor for al-Qaseem Province His Excellency Dr. Sulaiman al-Saqri

Director of the IIRO -Makkah al-Mukarramah Office His Excellency Dr. Ahmed al-Morai

Director of the Riyadh Office His Excellency Mr. Ali al-Jerais

Director of the IIRO-Onaiza Office His Excellency Mr. Abdullah al-Jabr

Director of the IIRO-Abha Office His Excellency Shaikh Saqr al-Mudaraa

Director of Offices Abroad His Excellency Mr. Saleh Baaboud [Signature]

Acting Director of the Department of Domestic Offices His Excellency Eng. Youssef al-Hamdan [Signature]

Deputy Director of the Department of Domestic Offices His Excellency Eng. Bahjat Zarei [Signature]

Secretary of the Domestic Offices' Committee His Excellency Mr. Khalil Ibrahim Ibrahim

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000230

| THE KINGDOM OF SAUDI ARABIA<br>**INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION** | [Logo] | Saudi Arabia<br>**INTERNATIONAL ISLAMIC RELIEF<br>ORGANIZATION** |
|---|---|---|

No.: _____         Subject: _____

Date: _____         : _____

## Administrative Decision No. (22) on (12/2/1415 AH)

**The General Supervisor,**
**Based on the authority granted to him by law.**
**Based on the best interest of work at IIRO and in order to achieve higher participation of IIRO-KSA's domestic offices in relation to the supervision and implementation of a number of programs and projects around the world, the following has been decided:**
**First: Domestic offices in the Kingdom of Saudi Arabia will be responsible for the supervision and implementation of their allocated projects and programs in coordination with His Excellency the Deputy General Supervisor for Programs and His Excellency the Supervisor over the Projects Division in the countries mentioned in the attached explanatory report which was approved by His Excellency the General Supervisor on 10/2/1415 AH.**
**Second: The regional offices must commit to implementing the two procedures for programs and projects which were approved by the General Supervisor.**
**Third: The implementing offices must consider and fully observe IIRO's policies during implementation.**
**Fourth: This decision applies from the date it was issued and until the end of 1415 AH unless it is amended due to necessity and after approval from the members of the Domestic Offices' Committee. This decision supersedes any previous decisions or agreements that conflict with these two agreed upon procedures.**
**All offices abroad must cooperate in order to implement and proceed in accordance with this decision].**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Division Supervisors
A copy with greetings to the Supervisors of Domestic offices
A copy with greetings to the Director of the Department of Offices abroad
A copy with greetings to the Director of the Department of Domestic offices
A copy with greetings to the Secretary of the Domestic Offices' committee
A copy with greetings to the Director of [the department of] Planning and Budget
A copy with greetings to the Director of the Department of Financial Control
[Signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000231

| | | |
|---|---|---|
| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____       Subject: _____

Date: _____       : _____

## Administrative Decision No. (23) on (12/2/1415 AH)

**The General Supervisor,**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Buraidah Office is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**
**Kashmir, Nepal, Sri Lanka (China in coordination with the relevant advisor at the head office).**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000232

| | | |
|---|---|---|
| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____

Date: _____

Subject: _____

: _____

## Administrative Decision No. (24) on (12/2/1415 AH)

**The General Supervisor,**

**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Onaiza Office is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**

**Kenya, the Eritrean refugees in Sudan, Ethiopia.**

**The domestic office must adhere to (the two approved procedures).**

**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000233

| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |
|---|---|---|

No.: _____       Subject: _____

Date: _____       : _____

### Administrative Decision No. (25) on (12/2/1415 AH)

**The General Supervisor,**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Riyadh Office is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**
**The Islamic Republics, Cambodia, Vietnam, Jordan (in coordination with the Eastern Province Office), Lebanon, Afghanistan, Bangladesh (in coordination with the Eastern Province and al-Baha).**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000234

| | | |
|---|---|---|
| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____          Subject: _____

Date: _____          : _____

## Administrative Decision No. (26) on (12/2/1415 AH)

**The General Supervisor,**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Eastern Province is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**
**Indonesia (in coordination with the Southern Province Office), India, Afghanistan (in coordination with the Baha Office), Bangladesh, Sri Lanka, Burma, the Philippines, Thailand, Cambodia, the Palestinian refugees in Jordan, Jordan (in coordination with the Riyadh Office), Sudan (in coordination with the relevant advisor at the head office).**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**


A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000235

| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____          Subject: _____

Date: _____          : _____

### Administrative Decision No. (28) on (12/2/1415 AH)

**The General Supervisor,**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Madinah al-Munawarrah**
**Office is responsible for the supervision and implementation of the selected and agreed upon**
**programs and projects in the countries mentioned in the attached list as follows:**
**West Africa, Mauritania, and Chad.**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000236

| **THE KINGDOM OF SAUDI ARABIA** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** | [Logo] | **Saudi Arabia** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** |
|---|---|---|

No.: _____      Subject: _____

Date: _____      : _____

### Administrative Decision No. (29) on (12/2/1415 AH)

**The General Supervisor,**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Baha Office is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**
**Pakistan, Afghanistan and India (in coordination with the Eastern Province Office), and the advisors responsible for Afghanistan and India at the head office.**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000237

| THE KINGDOM OF SAUDI ARABIA **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** | [Logo] | Saudi Arabia **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** |
|---|---|---|

No.: _____

Date: _____

Subject: _____

: _____

## Administrative Decision No. (30) on (12/2/1415 AH)

**The General Supervisor**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Taif Office is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**
**Burma, Bangladesh (in coordination with the Eastern Province Office), the Comoros, Mozambique, and Burundi.**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000238

| | | |
|---|---|---|
| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____         Subject: _____

Date: _____         : _____

### Administrative Decision No. (31) on (12/2/1415 AH)

**The General Supervisor,**
**Based on Administrative Decision No. (22) on (12/2/1415 AH), the Taif Office is responsible for the supervision and implementation of the selected and agreed upon programs and projects in the countries mentioned in the attached list as follows:**
**Indonesia (in coordination with the Eastern Province Office), Turkey, Nigeria, Greece, Cyprus, Kurdistan (in coordination with the emergency department).**
**The domestic office must adhere to (the two approved procedures).**
**Therefore, we hope the relevant office abroad will cooperate with the domestic office.**

A copy with greetings to the Assistant General Supervisor
A copy with greetings to the Divisional Supervisors
A copy with greetings to the Director of Offices Abroad
A copy with greetings to the Director of Domestic Offices
A copy with greetings to the Secretary of the Domestic Offices' Committee
 [signature]

**General Supervisor**
[signature]
**Dr. Farid Yassin Qurashi**

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000239

| THE KINGDOM OF SAUDI ARABIA **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** | [Logo] | **Saudi Arabia** **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** |

No.: _____

Date: _____

Subject: _____

: _____

## **Supervisory Procedure for Domestic Office Programs\***

1- The domestic office must send a list of the regions in which it will implement a number of programs. The list should include all [related] data in order to obtain the opinions and recommendations of the relevant departments' supervisors, as well as the preliminary approval of the assistant supervisor for programs after which final approval is obtained from the general supervisor.

2- The programs are to be approved in the subsequent year's estimated budget.

3- A meeting is held between the domestic office's representative and the department to determine the coming year's work plan for the related program (visit date, visit plan…etc.)

4- The program must be promoted at the domestic office and a commitment must be made to fund it.

5- The funds are to be transferred to the head office.

6- The domestic office's representative is to be assigned to conduct a field visit to the program once a year, or more if necessary, according to the distribution of supervised regions and the amount of donations.

7- Prior to the visit, the domestic office should call the department to determine its goals, duration, time, and visit plan to evaluate the program in accordance to the forms approved by the department.

8- During the visit, the domestic office's representative must commit to performing his program-related duties and he must convey to the department any observations or suggestions for new programs that were made by the office director. The representative has no right to make promises to implement or fund [any new programs] and he must insist that approval on any program is the sole responsibility of the department. He must also refrain from making any changes to his project's work plan before returning to his department.

9- After the visit, the domestic office's representative (or the visitor) must call the department to present his comprehensive report on the visit and the new suggestions.

10- An agreement must be made with the department in relation to improving or changing work within the program and progressing accordingly in the future.

**\*[The word] program refers to (the projects selected from programs affiliated with the assistant general supervisor for programs which include healthcare, educational and social programs).**

[Signature]

IIRO - 000240

| | | |
|---|---|---|
| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____          Subject: _____

Date: _____          : _____

11- Following-up on the program's work is done by mail and when necessary by phone or via fax according to the system followed at the relevant department. Regular reports and communications are sent to the department of offices abroad which in turn sends them to the domestic office affiliated with the program. A copy is sent to the department so it can give its observations to the domestic office assigned to the program.

12- The regular report is reviewed by the domestic office which writes its observations on it after coordinating with the relevant department at the head office. It is then sent to the department of offices abroad so it can send it to the office abroad and a copy of it is sent to the department.

13- Since the domestic offices collect the necessary budget and supervise their assigned programs, they must send their observations to the relevant department concerning programs for which they think installments should be stopped. This should be done in accordance to the department committee's system and recommendations within a period of two weeks from this date.

14- The department sends all of the program projects, for which it and the domestic office agreed to stop the installments, to the relevant committee, that is composed of (the general supervisor/assistant general supervisor for programs/assistant general supervisor for finance/director of offices abroad) for consideration within a period of two weeks from this date.

15- After the program-related checks are issued, the relevant department is sent letters instructing it on how to disburse the installment to the office abroad. A copy is sent to the relevant domestic office.

16- In case of a breach by the domestic office to the aforementioned work procedure, a warning based on a letter from the relevant department's supervisor is sent by the assistant general supervisor for programs or the supervisor over the projects division to the domestic office director or the executive director depending on which of them is connected to the programs. If work is not organized within a month after [receipt] of the letter, the office director is summoned for a discussion to give his explanation to the head office.

[Signature]

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000241

| THE KINGDOM OF SAUDI ARABIA **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** | [Logo] | Saudi Arabia **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION** |
|---|---|---|

No.: _____                    Subject: _____

Date: _____                    : _____

17- If work of any program is not organized within a period of six months, the program is withdrawn from the domestic office and supervision over it is reassigned to the head office.

18- If there is a breach in the work procedure by any of the relevant departments at the head office, His Excellency the General Supervisor is to send the department a warning letter on the importance of adhering to this procedure.

By the grace of God, the meeting ended at exactly 12:15.

Based on this, the document was signed:

| **Secretary of the Domestic Office Committee** | **Director of the Department of Domestic Offices** |
|---|---|
| | [Signature] |
| **Mr. Khalil Ibrahim Ibrahim** | **Eng. Youssef al-Hamdan** |

| **Director of the Department of Offices Abroad** | **Assistant Supervisor General for Programs** |
|---|---|
| [Signature] | [Signature] |
| **Mr. Saleh Baaboud** | **Dr. Osama Rais** |

[Signature]

*[Handwritten: Approved]*
[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000242

| THE KINGDOM OF SAUDI ARABIA INTERNATIONAL ISLAMIC RELIEF ORGANIZATION | [Logo] | Saudi Arabia INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |
|---|---|---|

No.: _____

Date: _____

Subject: _____

: _____

## Supervisory Procedure for Domestic Office Projects*

1- The domestic office must send a list of the projects proposed for implementation. The list should include all [related] data in order to obtain the opinions and instructions of the relevant project supervisor as well as the approval of the supervisor over the projects' division after which final approval is received from the general supervisor.

2- A meeting is held between the domestic office's representative and the relevant entity to determine the work plan according to the list sent by the domestic office.

3- Transferring the funds to the head office.

4- The domestic office's representative is to be assigned to conduct a regular field visit to the project as needed and in accordance to the distribution of supervised regions and the amount of donations.

5- Prior to the visit, the office should call the relevant entity to determine its goals, duration, time, and visit plan to evaluate the project in accordance to the approved forms.

6- During the visit, the domestic office's representative must commit to performing his project-related duties and he must convey any observations or suggestions for a new project that were made by the office director. The representative has no right to make promises to implement or fund [any new projects] and he must insist that approval on any program is the sole responsibility of the head office. He must also refrain from making any changes to his project's work plan before returning to the relevant entity.

7- After the visit, the domestic office's representative (or the visitor) must call the relevant entity to present his comprehensive report on the visit and the new suggestions.

8- An agreement must be made with the relevant entity in relation to improving or changing work within the project and progressing accordingly in the future.

9- Following-up on the projects' work is done by mail and when necessary by phone or via fax according to the system followed at the relevant entity. Regular reports and communications are sent to the department of offices abroad which in turn sends them to the domestic office affiliated with the project. A copy is sent to the relevant entity so it can give its observations to the domestic office assigned to the project.

**\*[The word] project refers to all projects specified by the projects' division which is affiliated with the assistant general supervisor for projects (mosques, wells, agricultural projects, environmental projects, and investment projects).**

[Signature]

---

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000243

**THE KINGDOM OF SAUDI ARABIA**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

[Logo]

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

No.: _____

Subject: _____

Date: _____

: _____

10- The regular report is reviewed by the domestic office which writes its observations on it after coordinating with the relevant entity at the head office. It is then sent to the department of offices abroad for it to be sent to the office abroad and a copy is sent to the relevant entity.

11- Since the domestic offices collect the necessary budget and supervise over their assigned programs, they must send their observations to the relevant entity concerning projects for which they think installments should be stopped.

12- The relevant entity sends all of the projects for which it and the domestic office agreed to stop installments to the relevant committee which is composed of (the general supervisor/ supervisor over the projects division/assistant general supervisor for finance/director of offices abroad) for consideration within a period of one week from this date.

13- Checks are sent to the domestic office so it can implement, via the office abroad, the agreed upon and specified projects such as (wells, mosques, and seasonal projects only).

14- In case of a breach by the domestic office to the aforementioned work procedure, a warning based on a letter from the relevant department's supervisor is sent by the assistant general supervisor for programs or the supervisor over the projects division to the domestic office director or the executive director depending on which of them is connected to the projects. If work is not organized within a month after [receipt] of the letter, the office director is summoned for a discussion to give his explanation to the head office.

15- No domestic or external office has the right, under any circumstances, to cancel any project. However, they have the right to send such instructions to the supervisor over the projects' division.

16- If work at any project is not organized within a period of six months, the project is withdrawn from the domestic office and supervision over it is reassigned to the head office.

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000244

| | | |
|---|---|---|
| **THE KINGDOM OF SAUDI ARABIA**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** | [Logo] | **Saudi Arabia**<br>**INTERNATIONAL ISLAMIC RELIEF**<br>**ORGANIZATION** |

No.: _____

Subject: _____

Date: _____

: _____

17- If there is a breach in the work procedure by any of the relevant departments at the head office, His Excellency the General Supervisor is to send the department a warning letter on the importance of adhering to this procedure.

By the grace of God, the meeting ended at exactly 12:15.

Based on this, the document was signed:

| | |
|---|---|
| **Secretary of the Domestic Office Committee** | **Director of the Department of Domestic Offices**<br>[Signature] |
| **Mr. Khalil Ibrahim Ibrahim** | **Eng. Youssef al-Hamdan** |
| | |
| **Director of the Department of Offices Abroad**<br>[Signature] | **Supervisor over the Projects' Division**<br>[Signature] |
| **Mr. Saleh Baaboud** | **Dr. Abdullah Nusair**<br>*[Handwritten: Because of his travel abroad* |

*[Handwritten: Approved]*
[Signature]

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO - 000245

May the Peace, Mercy, and Blessings of God be upon you

| MUSLIM WORLD LEAGUE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION THE KINGDOM OF SAUDI ARABIA | [Logo] | MUSLIM WORLD LEAGUE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION |

### Report showing the projects and programs supervised by the domestic offices in cooperation with the head office

| Office Name | Programs of the various departments, wells and mosques projects, and seasonal projects in the country of: |
|---|---|
| Head Office and Buraidah | Kashmir, Nepal, Sri Lanka (China in coordination with the relevant advisor at the head office). |
| Head Office and Onaiza | Ethiopia and Kenya, and Eritrean refugees in Sudan |
| Head Office and Riyadh | The Islamic Republics, Cambodia, Vietnam, Jordan (in coordination with the Eastern [Province] Office), Lebanon, Afghanistan, and Bangladesh (in coordination with the Eastern [Province] and al-Baha). |
| Head Office and the Eastern province | Indonesia (in coordination with the Southern Province Office), India, Afghanistan (in coordination with al-Baha Office), Bangladesh, Sri Lanka, Burma, the Philippines, Thailand, Cambodia, the Palestinian refugees in Jordan, Jordan (in coordination with the Riyadh Office), and Sudan (in coordination with the relevant advisor at the head office). |
| Head Office and Makkah al-Mukarramah | Eastern Europe (in coordination with the relevant advisor at the head office), and Latin America (in coordination with the relevant advisor at the head office). |
| Head Office and al-Madinah al-Munawarrah | West Africa, Mauritania and Chad. |
| Head Office and al-Baha | Pakistan, Afghanistan, and India (in coordination with the Eastern Province) and the advisors affiliated with Afghanistan and India at the head office. |
| Head Office and al-Taif | Burma and Bangladesh (in coordination with the Eastern Province), Comoros, Mozambique, and Burundi. |
| Head Office and the Southern Province | Indonesia (in coordination with the Eastern Province), Turkey, Nigeria, Greece, Cyprus, and Kurdistan (in coordination with the emergency department). |

[2 Signatures]                    [Signature]  *[Handwritten: Approved]*

IIRO - 000246

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**
**THE KINGDOM OF SAUDI ARABIA**
**INTERNAL MEMO**

[Logo]

**Application No.** *1222/104*

**Date:** *5/12/1415* AH

---

Sender: [Handwritten] Domestic Offices ………………………………. Country: ………………………
Subject Summary: *[Handwritten] A copy of the minutes of the 4th meeting of the Domestic Offices Committee.* ……………………………………………………………………………………

---

**Forward to:** *His Excellency the Director of the Budget Department*   **May God protect him**

- O No objection
- O For understanding
- ⊗ For awareness
- O To save
- O For review and guidance
- O For studying and informing
- O To prepare a reply
- O To complete what is necessary
- O For approval
- O For follow-up

Issue number: 651
Date 21/12/1415 AH

**Name:** Eng. Bahjat Yahia Zarei      **Signature:** [Signature]

---

**Forward to:**                                    **May God protect him**

- O No objection
- O For understanding
- O For awareness
- O To save
- O For review and guidance
- O For studying and informing
- O To prepare a reply
- O To complete what is necessary
- O For approval
- O For follow-up

*[Handwritten]*
*The Administration*
*[illegible]*
*[signature] 21/13*

**Name:**                                    **Signature:**

---

**Forward to:**                                    **May God protect him**

- O No objection
- O For understanding
- O For awareness
- O To save
- O For review and guidance
- O For studying and informing
- O To prepare a reply
- O To complete what is necessary
- O For approval
- O For follow-up
- O For apology

**Name:**                                    **Signature:**

IIRO - 000247

Saudi Arabia
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقـم : ـــــــــــــــ

التاريخ : ـــــــــــــــ

الموضوع : ـــــــــــــــ

الموضوع : ـــــــــــــــ

## محضر الاجتماع الرابع للجنة المكاتب المحلية
## الخميس ١٤١٥/١١/٦هـ الموافق ١٩٩٥/٤/٦م

تم بفضل الله عقد الاجتماع الرابع للجنة المكاتب المحلية يوم الخميس ١٤١٥/١١/٦هـ الموافق ١٩٩٥/٤/٦م الساعة الحادية عشره صباحاً بمقر الهيئة برئاسة سعادة الأمين العام للهيئة الدكتور فريد ياسين قرشى ويحضر الأعضاء الآتية اسماؤهم :

(٢) الدكتور غازى محفوظ فلمبان          مساعد الأمين العام للمالية          عضواً

(٣) صاحب السمو الأمير تركى بن فهد بن جلوى    المشرف الاقليمى للمنطقة الشرقيه    عضواً

(٤) الدكتور حمزه زهير حافظ          المشرف على مكتب المدينة المنورة    عضواً

(٥) الاستاذ على عبدالله الجريس          مدير مكتب الرياض          عضواً

(٦) الدكتور سليمان بن حمد الصقرى      المشرف الاقليمى لمنطقة القصيم    عضواً

(٧) الدكتور أحمد بن نافع المورعى        مدير مكتب الهيئة بمكة المكرمة      عضواً

(٨) الدكتور طلال عبيد ظفر          المشرف على مكتب الهيئة بالطائف    عضواً

(٩) الدكتور عبدالله عبدالقادر نصير        مشرف قطاع المشاريع          عضواً

(١٠) الاستاذ ابراهيم محمد الظهار        مدير إدارة المكاتب الخارجية        عضواً

(١١) المهندس بهجت يحيى زارع        مدير إدارة المكاتب المحلية        عضواً

(١٢) الاستاذ خليل ابراهيم البراهيم        سكرتير لجنة المكاتب المحلية

واعتذر عن حضور الاجتماع كل من :

(١) الدكتور اسامه محمد ريس        مساعد الأمين العام للبرامج

(٢) الدكتور عبد الله عبد العزيز المنلح    المشرف الإقليمى للمنطقة الجنوبية

افتتح الاجتماع بآى من الذكر الحكيم ، ثم استعرض سعادة رئيس اللجنة جدول الاعمال وتم

١

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx : 606754 IGATHA SJ



IIRO-000209



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربيّة السّعوديّة
هيئة الإغاثة الإسلاميّة العالميّة

الرقم : ــــــــ
الموضوع : ــــــــ
التاريخ : ــــــــ

اقراره حسب الآتى :

### جدول الاعمال

(١) كلمة سعادة الأمين العام للهيئة رئيس اللجنة .

– صناديق التبرعات

– كرتونات الاضاحى

– أهمية الوضع النظامى للموظفين

– التحديات الخارجية

– التعليم العالى

(٢) التبرعات وطرق تنميتها

(٣) موضوع العهد وصرف الدفعات

(٤) المناقلة بين بنود الميزانية

(٥) آلية العلاقة بين المركز الرئيسى والمكاتب المحلية والمكاتب الخارجية فى الاشراف على تنفيذ البرامج والمشاريع .

(٦) موضوع دعم المؤسسات

(٧) ما يستجد من أعمال .

١ – رواتب المعلمين

٢ – مذكرة ادارة التخطيط والميزانية .

### البند الأول ، كلمة سعادة الأمين العام ،

رحب سعادة الأمين العام للهيئة الدكتور فريد ياسين قرشى بالأعضاء الحاضرين وشكر باسمه شخصياً وباسم المجلس التأسيسى للهيئة الإخوة مشرفى ومديرى المكاتب المحلية وأشاد بما يبذلونه دائماً من جهد سواء فى جمع التبرعات أو متابعة تنفيذ البرامج والمشاريع . ودعى الله أن يتقبل من

٢



العنوان : ص.ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000210

**Saudi Arabia
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION**



المملكة العَرَبيّة السّعوديّة
هَيئة الإغَاثَة الإسلاميّة العَالميّة

المرضوع : ................    الرقم : ................

التاريخ : ................

الجميع جهودهم . ثم تناول سعادته النقاط التالية :

**(١)  صناديق التبرعات :**

ذكر سعادته أنه صدرت تعليمات بمنع صناديق التبرعات في المساجد والمحلات وأن المنع كان عاماً . وذكر سعادته أنه تشرف بمقابلة صاحب السمو الملكي الأمير سلطان بن عبدالعزيز وشرح له الوضع وطلب استثناء الهيئة من هذا المنع ولم تعرف النتيجة بعد . وأشار سعادته إلى أن الدولة نتيجة للممارسات الخاطئة لبعض المؤسسات والأفراد بدأت في وضع ضوابط كثيرة على جمع التبرعات قد تؤثر على تبرعات الهيئة ومن واجبنا أن نحترم هذه الضوابط والاجراءات . وطلب سعادته من مشرفي المكاتب المحلية توضيح هذا الأمر للإخوة في المناطق وأن يكون جمع التبرعات بحكمه وهدوء مع مراعاة عدم إثارة أئمة المساجد للتحدث عن الهيئة بإنفعال حتى ولو كان ذلك يؤدي إلى تشجيع المصلين للتبرع أكثر .

**(٢)  كوبونات الاضاحي :**

استمع المجتمعون لتقرير سعادة الأمين العام عن مشروع الاضاحي هذا العام حيث ذكر أن السلطات المختصة منعت توزيع كوبونات الأضاحي في منطقة مكة المكرمة واحتياطاً نرى أن تكون المدينة المنورة من ضمنها . وعليه فسيتم توزيع الكوبونات في المكاتب الاخرى خارج منطقة مكة المكرمة والمدينة المنورة وهذا سيقلل من ايرادات الاضاحي لهذا العام لذا يقترح سعادته أن تخفض ميزانية الاضاحي الي ٥٠٪ وطلب من مشرفي المناطق عقد إجتماعات مع الإخوة المتعاونين والتأكيد عليهم بعدم اصطحاب كوبونات معهم الى منطقة المشاعر وحذر سعادته من احتمال قيام بعض الناس بأعمال مخالفة تنسب للهيئة وأشار بأننا سنحاسب على أخطائنا أكثر مما نحاسب على إنجازاتنا  وبعد أن تداول المجتمعون الآراء إتخذوا القرار التالي :

**القرار :**

١ –  قررت اللجنة الالتزم بالضوابط والتعليمات الخاصة بالتبرعات في المملكة والتحلى بالحكمة عند جمع التبرعات .

٢ –  قررت اللجنة تخفيض ميزانية الاضاحي إلى ٥٠٪ تمشياً مع الظروف الخاصة بتسويق

٣

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ – ت : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address ; P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000211



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المَملكة العَربيّة السّعوديّة
هَيئة الاغاثَة الإسلاميّة العَالميّة

الــرقــم : _____ /
الـموضـوع : _____
الـتاريـخ : _____

مشروع الاضاحى لهذا العام ١٤١٥هـ .

٣ – قررت اللجنة عدم توزيع كوبونات الاضاحى فى كل من منطقة مكة المكرمة ( مكة المكرمة والمشاعر وجدة والطائف ) والمدينة المنورة تنفيذاً للتوجيهات الصادرة من الجهات الرسميه بهذا الخصوص .

٤ – تؤكد اللجنة على ضرورة إبلاغ الإخوة المتطوعين والمتعاونين بعدم إصطحاب أى كوبونات لمنطقة المشاعر المقدسة مع أخذ تعهدات خطيه منهم بذلك والالتزام التام بهذا الأمر .

## (٢) أهمية الوضع النظامى للموظفين :

ناقش المجتمعون موضوع الوضع النظامى للعاملين فى الهيئة وقد افاد الأمين العام أن الهيئة ستحاسب على الخطأ والمخالفة مثل غيرها من الجهات فينبغى الالتزام التام بالانظمة . وطلب من مشرفى المكاتب المحلية التركيز على إتاحة الفرصة لتوظيف الشباب السعوديين الراغبين فى العمل . أما الافراد الذين ليسوا على كفالة الهيئة وهناك ضرورة ماسة لخدماتهم ترفع اسماؤهم ويطلب نقل كفالتهم . ووعد سعادته بتوجيه خطاب للمكاتب المحلية بهذا الخصوص .

طلب أحد الاعضاء مراعاة وضع الموظفين الذين هم من مواليد المملكة وكانوا على كفالة آبائهم أن يعطوا الاولوية فى الخدمة لأنهم إذا اخرجوا بشكل نهائى سيواجهون مشكلة نظراً لوجود أسرهم فى المملكة وتمت إحالة الموضوع الى لجنة برئاسة سعادة الدكتور غازى قلمبان لدراسته .

## القرار :

١ – قررت اللجنة إعطاء الاولوية وإتاحة الفرصة للشباب السعودى بالنسبة لفرص العمل فى دولة المقر .

٢ – قررت اللجنة حث المكاتب المحلية على استعجال تقديم اسماء الموظفين الذين ليسوا على كفالة الهيئة وتدعو الحاجة لنقل كفالتهم وترسل الى سعادة مشرف قطاع الخدمات المساندة الدكتور عبدالحميد أحمد دياب .

٣ – قررت اللجنة تشكيل لجنة برئاسة سعادة الدكتور غازى قلمبان وعضوية كل من الدكتور عبدالحميد دياب والدكتور طلال ظفر لدراسة أوضاع الموظفين الذين هم من مواليد

٤

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000212

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العَرِبيّة السّعوديّة
هَيئة الإغَاثَة الإسلاميّة العَالميّة

الرقـم : ـــــــــــ
التاريخ : ـــــــــــ

الموضوع : ـــــــــــ
: ـــــــــــ

المملكة العربية السعودية وكانوا على كفالة آبائهم بحيث لاينفضرون فى حالة الاستغناء

عن خدماتهم . ·

**(٤) التحديات الخارجية :**

تناول المجتمعون بالرأى موضوع التحديات الخارجية للعمل الإغاثى الإسلامى وقد ذكر سعادة

الأمين العام أن هناك تحديات خارجية تتمثل فى الهجمة الشرسة والمغرضة على الهيئات الخيرية

والإغاثية الإسلامية ومحاولة الصاق التهم بها وبرجالها والتشكيك فى أعمالها وأشار سعادته الى

محاولات الزج ببعض الإخوة العاملين فى الميدان فى مسائل لادخل لهم بها بقصد اجهاض هذا

العمل الإنسانى الخيرى وتشويه سمعته وكذلك إتباع سياسة تجفيف موارد الهيئات الإغاثية

الإسلامية برفع الدعاوى ضدها والمطالبة بتعويضات ونهب مواد الإغاثة إلى أخره وأكد سعادته

أن المرحلة الحالية هى مرحلة حماية الهيئة والاولوية فيها للإعتبارات الامنية . وطلب

سعادته من جميع المكاتب مراعاة بعض الأمور منها :

١ – عدم توظيف أى موظف أو متعاون أو متطوع إلا بعد التشاور مع المركز الرئيسى للتأكد

من سلامة وضع المرشح الوظيفى وبعد عرض الأمر على لجنة التوظيف .

٢ – أخذ كل إحتياطات الأمن والسلامة لحماية أموال ومستودعات الهيئة فى الداخل

والخارج.

٣ – أى مساعدات خارجية يجب أن تتم بالتعاون والتنسيق مع مدير مكتب الهيئة فى الخارج

والتقيد بمشاريع الهيئة .

٤ – تقديم تقرير بجميع الحسابات التى فتحت فى الخارج باسم الهيئة أو تحت أى

مسمى بغرض حفظ أموال الهيئة . وأى حسابات تفتح جديدة . ويرسل التقرير للأمين

العام للهيئة شخصياً إخلاءً للمسئولية المستقبلية .

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ – ت : ٦٥١٢٣٣٣ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جى .
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 KGATHA SJ

IIRO-000213

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العَرَبية السُّعودية
هَيئة الإغَاثة الإسلامِيَّة العَالَمية

المرضوع :　　　　　　　الرقم :

　　　　　　　　　　التاريخ :

## القرار :

١ – احيط الأعضاء علماً بما ذكره سعادة الأمين العام للهيئة عن التحديات الخارجية والنواحى الأمنية وضرورة حماية الهيئة عن طريق الحرص على عدم إتاحة الفرصة لأى جهة كانت فى استغلال أى تصرف قد يسئ إلى الهيئة ، وأبدوا تفهمهم والتزامهم بتنفيذ ما جاء في هذا الخصوص .

٢ – أخذ كل إحتياطات الأمن والسلامة لحماية أموال ومستودعات الهيئة فى الداخل والخارج .

٣ – تقديم تقرير بجميع الحسابات التى فتحت فى الخارج باسم الهيئة أو تحت أى مسمى بغرض حفظ أموال الهيئة . وأى حسابات تفتح جديدة . ويرسل التقرير لأمين عام الهيئة شخصياً إخلاءً للمسئولية المستقبلية .

## (٥) التعليم العالى :

تناول المجتمعون موضوع الجامعات والكليات التابعة للهيئة وكيف أن الهيئة ساهمت مساهمة كبيرة فى دعم التعليم العالى إستجابة لطلب بعض المؤسسات الإسلامية بالمملكة ولرغبة بعض المحسنين خلال السنوات الماضية . ونظراً لإعتبارات كثيرة ربما تقتضيه المصلحة ولتأكيد أهمية تخصص المؤسسات الخيرية الإسلامية فى أعمالها بحيث تتاح الفرصة للهيئة للتركيز على مشاريعها الإنسانية الإغاثية ، اقترح سعادته إحالة مشاريع التعليم العالى  التى تشرف عليها الهيئة إلى رابطة العالم الإسلامى مع  تحويل التبرعات المخصصة  للجامعات والكليات الى الرابطة وقد وافق المجتمعون شريطة توقيع مذكرة تفاهم مع الرابطة لضمان استمرارية المشاريع وعدم ترجيه مخصصاتها لأوجه أخرى .

## القرار :

١ – قررت اللجنة نقل مشاريع التعليم العالى التى تشرف عليها الهيئة الى رابطة العالم الإسلامى والكتابة الى معالى الأمين العام للرابطة بذلك .

٢ – إعداد مذكرة تفاهم مع رابطة العالم الإسلامى تبين التزام الهيئة  بإرسال التبرعات

٦

IIRO-000214

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقـم : ــــــــ

الموضوع : ــــــــ

التاريخ : ــــــــ

الخاصة بدعم مشاريع التعليم العالى الى الرابطة ، و ترى اللجنة ضرورة إشراك الهيئة فى لجان الرابطة الخاصة بدعم الجامعات . لضمان عدم توجيه التبرعات خلافاً لرغبة المتبرعين .

٣ – فى حالة إنتهاء أو توقف أى مشروع تعليمى تم نقله من الهيئة الى الرابطة ينتهى التزام الهيئة نحوه .

### البند الثانى ، التبرعات وطرق تنميتها

تناول الحاضرين موضوع التبرعات وطرق تنميتها وقد ذكر سعادة الأمين العام أن التبرعات كانت أقل من العام الماضى . ورغم الظروف أوفت الهيئة الى حد كبير بالتزاماتها إلا أننا فى وضع لانحسد عليه . ووجه سعادته بتقليل النفقات الإدارية والإلتزام بمشاريع وبرامج الهيئة فقط والالتزام بقرار لجنة المكاتب المحلية السابق بإيقاف دعم المؤسسات والجمعيات ووجه الأمين العام النداء لأصحاب السعادة مدراء المكاتب المحلية للتفكير فى طرق لتنمية التبرعات .

ثم تحدث الاستاذ على الجريس واقترح أن تضاف التبرعات المحصلة عن طريق الحسابات العامة إلى رصيد تبرعات المكاتب المحليه فى المنطقة لأنها ثمرة جهود المكاتب المحلية . كما أشار سعادته إلى أهمية مراجعة حسابات التبرعات العامة للتأكد من سلامة الاجراءات ، وتجميع الملاحظات الواردة من المكاتب المحلية ودراستها بعناية لإيجاد الاسلوب الامثل لمعالجتها . وذكر بأن نظام بنك الراجحى غير مطور بدرجة كافية خاصة فى تسجيل حسابات التبرعات العامة .

كما افاد سعادة الدكتور حمزه زهير حافظ بأن مكتب المدينة المنورة رفع خطاباً للمركز الرئيسى يطلب فيه فتوى شرعية بفتح حسابات فى بنوك أخرى تتوفر لديها خدمات أفضل وقد افاد الأمين العام للهيئة ومساعد الأمين العام للمالية بأن هناك إجراءات وإتصالات حالياً مع شركة الراجحى لضمان دقة الحسابات . ويعد تداول الآراء المختلفة أتخذ المجتمعون قرارهم :

– ٧ –

العنوان : ص . ب ١٤٨٤٣ جـــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000215

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العَربيّة السّعوديّة
هَيئة الإغَاثة الإسلاميّة العَالميّة

| | |
|---|---|
| الموضوع : ـــــــــــ | الرقـم : ـــــــــــ |
| | التاريخ : ـــــــــــ |

## القرار :

١ – يدرس موضوع بنك الراجحى ويكتب للجنة الشرعية لمعرفة الرأى الشرعى فى فتح حسابات فى بنوك أخرى تقدم خدمات أفضل .

٢ – يطلب من المكاتب المحلية عمل مراجعة دورية لحسابات التبرعات العامة للتأكد من سلامة الإجراءات وتدوين أى ملاحظات ترفع لسعادة مساعد الأمين العام للمالية بالمركز الرئيسى من أجل دراستها وإيجاد الحلول لها .

## البند الثالث : موضوع العهد وصرف الدفعات

ناقش المجتمعون موضوع العهد وصرف الدفعات وذكر سعادة مساعد الأمين العام للمالية الدكتور غازى قلمبان وأوضح أن المجلس التأسيسى وافق على صرف الدفعة الأخيرة من الميزانية على دفعتين بشرط حجز الشهرين الاخيرين حتى تتم تسوية العهد المعلقة وفى موعد اقصاه نهاية شهر محرم ١٤١٦هـ . كما أشار سعادته أن هناك توجيه من المجلس بأن يطلع المركز الرئيسى على حسابات المكاتب المحلية والتى يفترض أن تكون إيرادات وتشغيل .

وأوضح سعادة الاستاذ على الجريس أن هناك حساب ثالث خاص بمشاريع تنفذ عن طريق المكتب المحلى . وأقترح سعادة الأمين العام الاكتفاء بحسابى الايرادات والتشغيل وارسال جميع المبالغ للمركز الرئيسى ثم تحال أموال المشاريع المنفذة عن طريق المكاتب المحلية إلى المكاتب الخارجية فى حساب خاص يكون حق التوقيع فيه للمكاتب المحلية . أو تشكيل لجنة برئاسة سعادته وعضوية د. غازى قلمبان والاستاذ على الجريس وسمو الأمير تركى بن جلوى والاستاذ ابراهيم الظهار والمهندس بهجت زارع لدراسة البديلين .

## القرار :

١ – ناقشت اللجنة موضوع قيام بعض المكاتب المحلية بفتح حساب خاص للمشاريع المنفذة عن طريقهم ورغبة المركز الرئيسى فى أن يكون هناك حسابان فقط (ايرادات وتشغيل ) والالتزام بإرسال جميع المبالغ للمركز الرئيسى مع إمكانية فتح حساب خارجى للمشاريع

٨

العنوان : ص . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ : تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000216

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المَملَكَة العَرَبيَّة السُعوديَّة
هيئة الإغاثة الإسلاميَّة العَالميَّة

الـرقــم : _____

الموضوع : _____

التاريخ : _____

يكون حق التوقيع فيه للمكاتب المحلية . وقررت اللجنة تأجيل هذا الموضوع لدراسته ضمن موضوع آلية العلاقة بين المركز الرئيسى والمكاتب الخارجية فى الأشراف على تنفيذ البرامج والمشاريع .

**البند الرابع ، للاستفادة من بنود الميزانية وحق المناقلة من بند إلى بند :**

بناء على طلب من سعادة الدكتور سليمان حمد الصقرى المشرف الإقليمى على منطقة القصيم باعطاء الصلاحية للمكتب المحلى للإستفادة من بنود الميزانية والمناقلة من بند إلى بند . أوضح الاستاذ جيده سمان – مدير إدارة التخطيط والميزانية – أن حق المناقلة من صلاحيات الأمين العام حسب اللائحة . وقدم سعادته اقتراحين الأول أن يعطى مدير المكتب المحلى صلاحية المناقلة بين البنود فى حدود سقف الميزانية والثانى أن يتم إدراج مبلغ واحد لمصروفات المكتب المحلى فى الميزانية السنوية يحدد بنسبة من مجموع إيراداته التقديرية المتوقعة ويكون له حق المناقلة بين البنود دون الحاجة الى تفويض صلاحية . وفى كلا الحالتين يتطلب الأمر إجراء تعديل فى اللائحة وموافقة المجلس عليه .

**القرار :**

١ – دراسة اللجنة موضوع رغبة بعض المكاتب المحلية منحها صلاحية حق الاستفادة من بنود الميزانية وإجراء المناقلة من بند الى بند وقررت تشكيل لجنة برئاسة سعادة الدكتور غازى فلمبان وعضوية أثنين من مدراء المكاتب المحلية المقتنعين بالفكرة لدراسة الموضوع ورفع مذكرة إلى سعادة الأمين العام للهيئة لأخذ موافقة المجلس على تعديل اللائحة اذا اقتضى الأمر ذلك .

**البند الخامس ، دراسة آلية العلاقة بين المركز الرئيسى والمكاتب المحلية والخارجية فى تنفيذ البرامج والمشاريع :**

تجدر الإشارة إلى أن هناك مذكرة تم إعدادها فى السابق وتمت الموافقة عليها تحدد آلية

٩

العنوان : ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ – ت : ٦٥١٢٣٣٢ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000217



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم :

التاريخ :

الموضوع :

اشراف المكاتب المحلية على البرامج والمشاريع ، وبتقييم التجربة أتضح أن هناك حاجة لإعادة دراسة هذه الآلية حيث ذكر سعادة الدكتور غازى فلميان عدم وجود تخصص نوعى أو أقليمى مما أخر تطبيق الآلية . وأوضح سعادته أن لديه تصور لهذه الآلية وقدم المقترحات الآتية :

١ – المكتب المحلى يشرف على المكتب الخارجى اشراف ميدانى . أو أن يكون له اشراف مالى مع تخصص أما نوعى أو أقليمى .

٢ – تحدد شريحة من المكاتب الخارجية تخضع للإشراف المباشر من المكاتب المحلية .

٣ – لايشرف المكتب المحلى على منطقة تزيد ميزانيتها عن حجم ايراداتها .

كما ذكر سعادة الاستاذ على الجريس أنه نتيجة لعدم نضوج الآلية نجم عن ذلك إجتهادات وإشكالات من قبل الاطراف الثلاثه . واقترح سعادته تشكيل لجنة لدراسة وانضاج هذه الآلية تأخذ بعين الاعتبار ما يلى :

١ – إعادة النظر فى توزيع القطاعات الجغرافية بصورة تعالج التداخل بين مكتبين فى نطاق جغرافى واحد .

٢ – ألا يعمل المكتب المحلى فى أكثر من قارة ويراعى قرب المسافة بين أجزاء القطاع الجغرافى توفيراً للنفقات ومراعاة للتشابه البيئى والسكانى والتاريخى .

٣ – وضع خطط واستراتيجيات لكل قطاع جغرافى تحقق نوع من التوازن بين مختلف الخدمات والبرامج التى تقدمها الهيئة .

٤ – دراسة الاقتراح السابق بشأن فصل المركز الرئيسى عن مكتب جدة حتى يتفرغ المكتب الرئيسى لمهام التخطيط والمتابعة واعداد الاستراتيجيات العامة للهيئة .

٥ – وضع المحاذير اللازمة لضمان حسن سير العمل وبيان حدود صلاحيات كل من المكتب المحلى والمكتب الخارجى .

٦ – دراسة موضوع مركزية المبالغ وفتح الحسابات الخارجية وطريقة تحويل الدفعات .

كما تحدث سمو الأمير تُركى بن جلوى وأمّن على موضوع فصل المركز الرئيسى عن مكتب جدة وأوضح سموه أن الاشراف السياسى يترك للمركز الرئيسى ويكون هناك إرتباط مالى وإدارى

١٠.



العنوان : ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ ت : ٦٥١٢٣٣٢ – ٦٥١٥٤١١ – فاكس : ٦٥١٨٤٩١ – تلكس : ١٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000218



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم : _____ /

التاريخ : _____ :

الموضوع : _____

بين المكتب المحلى والمكتب الخارجى بحيث يكون المكتب المحلى مسئولاً تماماً عن المكتب الخارجى الواقع فى نطاقه الجغرافى .

وعقب سعادة الأمين العام للهيئة بقوله أن ذلك مستحيل فى ظل الظروف الأمنية التى شرحها للأعضاء وفى ظل المتغيرات العالمية المستمرة والسريعة وأنه من موقع المسئولية لابد من ارتباط المكاتب الخارجية مباشرة بالمركز الرئيسى ، ولكنه يزيد أى إجراءات لضبط العلاقة مع المكاتب المحلية والخارجية تؤدى إلى سهولة انسياب العمل وتحقيق الأهداف .

وأضاف سعادته أنه من المصلحة أن تشارك الكوادر السعودية المتطوعة والمتفرغة بالمكاتب المحلية مشاركة فعالة فى متابعة تنفيذ البرامج والمشاريع وإرسال الدفعات والتوقيع على الحسابات وإيصال المساعدات وإحضار التقارير والمستندات لإبراز حقيقة أن شباب المملكة هم سفراء خير وأكثر حرصاً على احترام الأنظمة وإفشاء الاستقرار والسلام فى المجتمعات التى يعملون بها . ولأن هذه المشاركة ستوفر على الهيئة جانب كبير من الأمن والأمانة وأنه شخصياً يشجع هذا الاتجاه .

أكد سمو الأمير تركى بن جلوى أنهم يعملون لخدمة هذه الهيئة وأن حرص سموه بقصد ضبط الأمور والعلاقات بين المكاتب من أجل الوصول إلى خدمة أفضل . وأقترح سموه أن يقدم كل مكتب ورقة تصور للآلية المطلوبة .

القرار :

١ – يطلب من مشرفى ومديرى المكاتب الإقليمية المحلية تقديم ورقة تصور عن آلية العلاقة بين المركز الرئيسى والمكاتب المحلية والمكاتب الخارجية فى تنفيذ البرامج والمشاريع آخذين بعين الاعتبار الظروف السياسية والأمنية التى تحيط بعمل الهيئة وترسل المقترحات إلى سعادة مدير إدارة المكاتب المحلية فى موعد اقصاه ١٤١٥/١١/٢٠هـ على أن تجتمع اللجنة لمناقشة التصورات بعد الحج بإذن الله .



١١

العنوان : ص . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tix. : 606754 IGATHA SJ

IIRO-000219



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العَربيّة السّعوديّة
هَيئة الإغَاثَة الإسلاميّة العَالميّة

الرقـم : ـــــــــــــــــــ

التاريخ : ـــــــــــــــــــ

الموضوع : ـــــــــــــــــــ

ـــــــــــــــــــ

<u>البند السادس ، موضوع دعم المؤسسات</u>

استعرض سعادة الأمين العام المذكرة المقدمة بشأن حاجة المركز الإسلامى فى شوتر هلز بلندن إلى مبلغ ٢٥٠٠٠ جنيه استرلينى المتبقى من قيمة شراء المبنى ، كما استعرض موضوع دعم احدى المدارس الإسلامية فى الولايات المتحدة واقترح سعادة مساعد الأمين العام للمالية تقديم دعم مقداره ١٠٠٠٠ دولار وطلب سعادة الأمين العام من اللجنة النظر فى التبرع بالمبالغ المطلوبة أو جزء منها أو الاعتذار عنها ، مذكراً الحاضرين بأن هناك قرار من لجنتهم الموقرة بالتوقف عن دعم المؤسسات ، وتركيز الهيئة على تنفيذ مشاريعها عن طريق مكاتبها مباشرة ، وقد رأى غالبية الاعضاء التمسك بروح القرار وعدم فتح الباب للاستثناءات .

<u>القرار :</u>

١ – أطلعت اللجنة على المذكرتين الدعم للمركز الإسلامى فى شوتر هلز فى لندن وموضوع دعم لمدرسة الإسلامية فى الولايات المتحدة الامريكية وقررت الاعتذار عن الطلبين تمسكاً بقرارها السابق بالتوقف عن دعم المؤسسات .

<u>البند السابع ، ما يستجد من أعمال</u>

(١) <u>تأخير رواتب المعلمين :</u>

طرح سعادة الدكتور حمزه زهير حافظ موضوع تأخر إرسال رواتب المعلمين وذكر سعادته أن المعلمين فى غرب افريقيا لم يصرفوا رواتبهم منذ عشرة أشهر وطالب سعادته بضرورة إيجاد حل لهذه القضية

افاد سعادة الدكتور غازى فلمبان أن المعلمين يتبعون فضيلة الدكتور عبدالله المصلح وهو الذى يطلب التقارير ويوجه بالصرف ، كما أن هناك قرار من اللجنة التنفيذية للمجلس التأسيسى بعدم الصرف للمكاتب التى عليها عهد .



– ١٢ –

العنوان : ص.ب ١٤٨٤٣ جـــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx : 606754 IGATHA SJ

IIRO-000220

Saudi Arabia
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

المرقم : ــــــــــــــــــ      الموضوع : ــــــــــــــــــ

التاريخ : ــــــــــــــــــ      /

## القرار :

١ - يطلب من سعادة الأمين العام للهيئة رفع مذكرة باسم المكاتب المحلية إلى اللجنة التنفيذية للمجلس بطلب الموافقة على دفع رواتب المعلمين وعدم ربطها بتسوية عهد المكاتب .

## (٢)  مذكرة من إدارة التخطيط والميزانية :

قدم سعادة مدير إدارة التخطيط والميزانية الاستاذ جيده سمان مذكرة يطلب فيها تعاون المكاتب المحلية مع إدارة التخطيط والميزانية وإدارة أملاك وعقارات وأصول الهيئة فيما يطلب منهم من بيانات وتنفيذ اللوائح والإجراءات  كما تضمنت المذكرة الدعوة لترشيد الانفاق وتنمية الموارد (المذكرة مرفقه ) وقد أحيط الأعضاء علما بذلك ووعدوا بالتعاون مع الإدارة .

وبهذا انتهى الاجتماع في تمام الساعة الرابعة عصراً
وبالله التوفيق ،،

| الاسم | تواقيع الأعضاء |
|---|---|
| (١) الدكتور فريد ياسين قرشى | |
| (٢) الدكتور غازى محفوظ قلمبان | |
| (٣) صاحب السمو الأمير تركى بن فهد بن جلوى | |
| (٤) الدكتور حمزه زهير حافظ | |
| (٥) الاستاذ على عبدالله الجريس | |
| (٦) الدكتور سليمان بن حمد الصقرى | |
| (٧) الدكتور أحمد بن نافع المورعى | |
| (٨) الدكتور طلال عبيد ظفر | |
| (٩) الدكتور عبدالله عبدالقادر نصير | |
| (١٠) الاستاذ ابراهيم محمد الظهار | |
| (١١) المهندس بهجت يحيى زارع | |
| (١٢) الاستاذ خليل البراهيم | |

١٣

العنوان : ص . ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١١١٠٤ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O. Box 14843 Jeddah 21434 - Tel : 5512333 - 6515411 - Fax : 6518491 - Tlx : 606754 IGATHA SJ

IIRO-000221



MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم : ٤١٧/٢٧٠

التاريخ : ٩/٦/١٤١٤هـ

مع التحية الطيبة لسعادة مساعد المشرف العام للمالية    حفظه الله

السلام عليكم ورحمة الله وبركاته

من منطلق توجيهاتكم فى ضرورة الربط بين المكاتب الاقليمية والمكاتب الداخلية والمقر الرئيسى للهيئة ، ومن منطلق اهداف الادارة فى توفير البيانات من مصادرها الاولية مع تدريب الكوادر التنفيذية العاملة بالاقاليم والمكاتب الخارجية لتكون عنصر صحيح لتوفير البيانات المتجددة ومتطلبات المقر الرئيسى .

فان الادارة تتقدم لسعادتكم بخطة الزيارات الميدانية لعام ١٤١٤ هـ وعلى النحو التالى : ـ

١ ـ اهدافها : ـ

١ ـ ربط المكاتب الاقليمية والمكاتب الداخلية بالمقر عن طريق شرح وتبسيط انسياب البيانات بينهما .

٢ ـ تعميق مفهوم الميزانية التقديرية وكيفية التعامل مع النماذج الخاصة والمرفق صورها .

٣ ـ تسوية العهد فى ظل لامركزية لحسابات المكاتب المحلية والاقليمية

٤ ـ تنفيذ اية اعمال مراجعة يمكن التكليف بها كمساعدة لادارة الرقابة .

٥ ـ تنفيذ اية اعمال اخرى يكلف بها المرسل .

٦ ـ الشرح لسعادة مدراء المكاتب الداخلية بضرورة ربط حساباتهم بالمركز الرئيسى وتحويل كافة المبالغ الايرادية للمركز الرئيسى

٧١٠٢

عبدالله ...

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ ـ ت ٦٥١٢٣٣٣ ـ ٦٥١٥٤١١ ـ فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ اغاثة اس جى
Address : P. O. Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax 6518491 - Telex 606754 IGATHA SJ.

IIRO-000222

بسم الله الرحمن الرحيم

**MUSLIM WORLD LEAGUE**
**MAKKAH AL MUKARRAMAH**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

رابطة العالم الإسلامي
مكة المكرمة
هَيئة الإغَاثَة الإِسلامِيَّة العَالمِيّة

الموضوع : ....................................................

.......................................................... :

الرقــم : ..............................................

التاريخ : ..............................................

بـ ــ خطــة العمـــل ـت :

١ ـ يـزود الشخص المرسل بكافة البيانات المتوفرة بالمقر عن الفرـ
   الذى سيتم زيارته .

٢ ـ يتعرف الشخص عن اوجه نشاط الفرع وتقييمه من خلال البيانات
   المتوفرة بالمقر .

٣ ـ يـزود الشخص بالحلول المقترحة من اصحاب القرار للمشاكل
   المرفوعة من الفرع المُراد زيارته .

٤ ـ يتم التنسيق مع الفرع قبل السفر .

٥ ـ يتم البدء بالمكاتب ذات الميزنيات الكبيرة ١ او التى تحتاج الى
   تنظيم اعمالها .

٦ ـ لاتزيد عدد السفريات عن ٢٠ سفرية فى السنة .

٧ ـ يتم تقييم نتائج كل سفرية .

٨ ـ يتم البدء بالمكاتب الداخلية ذات الميزانية الكبيرة التى تحتاج
   الى تنظيم اعمالها ماليا واداريا .

لذا نـأمل من سعادتكم ٢الاطلاع والموافقة على خطة زيارات المكاتب المحلية
والخارجيــة مــن خلال برنامج يضعه مدير ادارة التخطيط والميزانية ويرفعه
لسعادتكم للموافقة عليها .

والله الموفـق ،،،

مدير ادارة التخطيط والميزانية

جيــدة احمــد سمــــان

IIRO-000223



١- بيانات أساسية عن المكتب

إسم البلد : ------------    العاصــــــــمة : ----------------------

عُنوان مكتب للهيئة : ----------------------------------------------

------------------------------------------------------------------

ص . ب : -----------------------------

تليفــــون رقم : ------------    فاكس رقم : -----------------

إسم المدير المسئول : -------------------------------------

تاريخ إنشاء المكتب : -----------------------------------

٢- معلومات عامة عن الدولة الواقع بها المكتب :-

ـ المَوقع الجغرافي :- -------------------------------------

ـ عدد السكان :- -----------------------------------------

ـ الديانات: ------------ ، % ----------- ، % ------- %

ـ العملة المتداولة :- -------------- ـ سعر العملة :- --------------------

ـ طريقة السفر :- ------------------------------------

ـ عنوان سفارة ( قنصلية ) البلد بجدة :- ------------------

ـ عنوان السفارة السعودية ( القنصلية ) داخل البلد :-

---------------------------  ص . ب ------------    ت : ----------------

٣- الأنشطة التي تمارسها الهيئة في الدولة :-

يعد تقرير شامل عنها قبل الزيارة يغطي أوجه النشاط الآتية :-

| | |
|---|---|
| نشاط تعليمي ديني | تفصيل لأوجه النشاط و تكاليفها طبقا لآخر ميزانية تقديرية |
| تنشئة القرآن الكريم | تفصيل لأوجه النشاط و تكاليفها طبقا لآخر ميزانية تقديرية |
| بناء و ترميم و تسيير المساجد و حفر الآبار | تفصيل لأوجه النشاط و تكاليفها طبقا لآخر ميزانية تقديرية |
| رعاية الأيتام | عدد الأيتام المكفولين و قيمة الكفالات |
| ملاجئ الأيتام | تفاصيل بالكمية و التكلفة المالية |
| مراكز التدريب المهني | تفاصيل بالكمية و التكلفة المالية |
| مشروعات إجتماعية أخرى | تفاصيل بالكمية و التكلفة المالية |
| النشاط التعليمي | بالتفصيل (المواقع و الكميات و التكاليف ... الخ ) |
| النشاط الصحي | بالتفصيل ( المواقع و الكميات و التكاليف ... الخ ) |
| النشاط التنموي | بالتفصيل ( المواقع و الكميات و التكاليف ... الخ ) |

صفحة رقم ١

IIRO-000224

٤- أهداف الزيارة :-

أولا : الحصول على المعلومات التاريخية عن نشاط المكتب في السنوات الماضية :-

أ- جرد الأصول الثابتة ومصادر الحصول عليها و تاريخ إقتناءها و قيمتها التاريخية و الحالية .

ب- بيانات بمصروفات المكتب و أوجه النشاط فيه و تكاليف هذه الأنشطة من تعليم و صحة و إجتماعية ...، الخ بما فيها المصروفات الإدارية لثلاث سنوات ماضية على الأقل .

جـ. بيان بأسماء العاملين بالمكتب أو بالرعايات المختلفة و تلتزم الهيئة برواتبهم بصفة دورية طبقا للميزانية مع توضيح المؤهل و تاريخ الإلتحاق بالعمل و الراتب الشهري و الوظيفة و القرارات الإدارية الصادرة بذلك، ... الخ حسب النماذج المعدة لهذا الغرض .

ثانيا : مناقشة المسئولين بالمكتب في مشروع الميزانية السنوية وطريقة تقدير بنودها و شرح النماذج المطلوب إستيفائها لهذا الغرض و الأسس و القواعد الواجب إتباعها عند التقدير .

ثالثا : دراسة النظام المحاسبي المتبع بالمكتب و مدى قدرته على إحكام الرقابة على مصروفات المكتب و حسابات البنوك والصندوق و شرح الأسلوب المحاسبي المبسط المقترح العمل به في المكاتب الخارجية تطبيقا لنظرية مركزية الحسابات بالنسبة لهذه المكاتب .

رابعا : الحصول على المعلومات و البيانات المطلوبة للإدارات المختلفة بمقر الهيئة .

- موضوعات متعلقة بشئون الأقاليم .
- موضوعات متعلقة بالإدارة المالية .
- موضوعات متعلقة باللجان و الرعايات المختلفة ( التعليم الديني – القرآن الكريم – المساجد والآبار .
- الرعاية الإجتماعية . الرعاية التعليمية – الرعاية الصحية – التدريب المهني و الصناعات التقليدية و المشاريع الموسمية – الإستشارات الفنية و الهندسية ) .
- الحصول على صور فوتوغرافية للمشروعات التي ترعاها الهيئة داخل البلاد بغرض التعريف بهذه المشروعات و ملتقنه من خدمات .
- التعرف على المشاكل التي تواجه المكتب و رأي مدير المكتب في حل هذه المشاكل .
- و يجب الحصول على بيان بالمطلوب من كل إدارة موقعا من المسئولين فيها قبل بدء الرحلة .

خامسا : - مراجعة الميزانية المعتمدة مع الواقع المنفذ و تحديد المشروعات التي يصرف عليها فعلا  ومدى تمشيها مع الميزانية المعتمدة و معرفة الفروق و بحث أسبابها و دراستها مع مدراء.المكاتب .

# ٥- نتائج الزيارة :-

- وضع تقرير مختصر بما تم إنجازه و ماتم الإتفاق عليه مع المسئولين بالمكتب و ما يوجد من مشاكل أو موضوعات لم تحل و إقتراحات حلها – و رأي المسئولين بالمكتب في شأن هذه الإقتراحات .

IIRO-000225

IIRO-000226

٤- الإتفاق على توريد جميع الإيرادات للهيئة مع مراعاة إدراج المشروعات التي يقوم بها المكتب خارجيا ضمن ميزانية الهيئة .

٥- دراسة النظام المحاسبي المتبع في المكتب و أسلوب الرقابة على الإيرادات و المصروفات و شرح للأسلوب المحاسبي المبسط المقترح العمل به في المكاتب المحلية لإمكان تطبيق نظرية لامركزية الحسابات بالنسبة للمكاتب المحلية .

٦- الحصول على المعلومات و البيانات المطلوبة للإدارات المختلفة بمقر الهيئة .

### أ- موضوعات متعلقة بالحسابات المالية :-

- إرسال مستندات تسوية للمصروفات و السلف التي على المكتب أو منسوبيه للإدارة المالية .

- إرسال تحليل الإيرادات و المصروفات بالشكل اللازم لعمل القيود المحاسبية .

### ب- موضوعات متعلقة بإدارة المكاتب المحلية :-

-

-

-

### ج- موضوعات متعلقة بإدارة شئون المتبرعين :-

- الأوراق ذات القيمة ( نكتب الطلبات بالتفصيل ) .

-

-

-

- السلع التسويقية ( نكتب الطلبات بالتفصيل ) .

-

-

-

و يجب الحصول على بيان بالمطلوب لكل إدارة موقعا من المسئولين فيها .

## نتائج الزيارة :-

نتائج الزيارة يكتب عنها تقرير ملخص بما تم إنجازه و متم الإتفاق عليه و مايوجد من مشاكل أو أمور لم تحل و إقتراحات الحل . و رأي المسئولين بالمكتب في شأنها .

صفحة رقم ٢

IIRO-000227

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الموضوع: _____    رقم: _____

_____ :    التاريخ: _____

سعادة / مدير مكتب المشرف العام        سلمه الله

السلام عليكم ورحمة الله وبركاته

تهديكم ادارة المكاتب المحلية أطيب تحية وتدعو الله العلي القدير أن يعيننا ويعينكم جميعا على بذل المزيد من الجهد حتى نصل بعملنا هذا الى مايرضي الله عز وجل وأن يتقبل منا ومنكم صالح الاعمال ،،آمين ويسرنا ارفاق طي خطابنا هذا الاتي :

أولا /محضر الاجتماع الاول للجنة المكاتب المحلية.

ثانيا /قرارات ادارية من ٢٢ الى ٣١ والمتضمنة توزيع اشراف المكاتب المحلية على البرامج والمشاريع المعتمدة والمتفق عليها .

ثالثا/آلية اشراف المكاتب المحلية على المشاريع .

رابعا /آلية اشراف المكاتب المحلية على البرامج .

خامسا/بيان توضيحي للمشاريع والبرامج التي تشرف عليها المكاتب المحلية بالتعاون مع المركز الرئيسي .

شاكرين لسعادتكم حسن تعاونكم ......والله ولي التوفيق

نائب مدير ادارة المكاتب المحلية

مهندس / بهجت يحي زارع

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14643 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000228

Saudi Arabia
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



المملكة العربيّة السّعوديّة
هيئة الإغاثة الإسلاميّة العالميّة

الرقم : _____

التاريخ : _____

الموضوع : _____

: _____

# محضر اجتماع

تم بحمد الله وتوفيقه الإجتماع الأول لأعضاء لجنة المكاتب المحلية برئاسة سعادة المشرف العام على الهيئة د . فريد ياسين قرشي يوم الخميس بتاريخ ١٤١٥/١/٧هـ افتتح سعادة المشرف العام الإجتماع بالثناء والشكر لأعضاء اللجنة جميعهم لحضورهم الإجتماع الأول وانتهى الإجتماع بموافقة المجتمعين على النقاط التالية :

١ . تعتذر الهيئة عن تقديم الدعم المالي للمؤسسات والجمعيات في العالم الإسلامي ويقتصر الدعم فقط على تنفيذ مشاريع لهذه الجمعيات وتقوم بها الهيئة وتنفذ عن طريق أجهزتها ، على ألا يتم التعاون مع جمعيات لا تتفق أهدافها أو سياساتها مع اهداف وسياسات الهيئة أو هناك ملاحظات على القائمين عليها.

٢ . يعمل بآلية إشراف المكاتب على البرامج وآلية إشراف المكاتب على المشاريع إلى حين انتهاء اللجنة المكلفة من قبل سعادة المشرف العام بتعديل النظام الإداري والمالي للهيئة بالداخل والخارج ومن ثم عرضه للمجلس التأسيسي لإعتماده .

٣ . تعديل الفقرة رقم (١٣) من آلية الإشراف على المشاريع وتكون صيغتها كالتالي : ( ترسل الشبكات إلى المكتب المحلي ليقوم بالتنفيذ من خلال المكتب الخارجي للمشاريع المتفق عليها والمحددة في اطار(الآبار- المساجد - المشاريع الموسمية فقط ) ( الآلية مرفقة بعد التعديل ) . وتلتزم المكاتب المحلية بعدم أخذ مبالغ نقدية معها في مناطق العمل .

٤ . تعديل الفقرة رقم (١٥) من آلية الإشراف على البرامج وتكون صيغتها كالتالي : ( بعد صدور الشبكات للبرامج ترسل الرعاية المعنية خطابات التوجيه لطريقة صرف الدفعة إلى المكتب الخارجي مع إرسال صورة منها للمكتب المحلي المعني ) ( الآلية مرفقة بعد التعديل ) .

٥- التزام كافة المكاتب المحلية بارسال جميع التبرعات الى المركز الرئيسي بما في ذلك التبرعات المخصصة للمشاريع والبرامج المتفق عليه .

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000229

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقــم : ــــــــــــــــ

التاريخ : ــــــــــــــ

الموضوع : ــــــــــــ

٦ ـ تشكيل لجنة تقوم باقتراح تعديل النظام الإداري والمالي للمكاتب المحلية وأعضاؤها من المكاتب الإقليمية التالية :

١ ـ المنطقة الشرقية ٢ ـ المنطقة الوسطى ٣ ـ المنطقة الجنوبية ٤ ـ منطقة المدينة المنورة .

بالإضافة إلى عضوين يتم ترشيحهم من قبل سعادة المشرف العام بحيث تنتهي أعمالها خلال اسبوعين من تاريخ اعتماد هذا المحضر .

٧ ـ يكون موعد الإجتماع الثاني قبل بداية الدراسة باسبوع من سنة ١٤١٥هـ إن شاء الله .

وسبحانك اللهم وبحمدك نشهد أن لاإله إلاأنت نستغفرك ونتوب إليك .

المشرف العام على هيئة الإغاثة الإسلامية العالمية سعادة الدكتور / فريد بن ياسين قرشي

مساعد المشرف العام للمالية سعادة الدكتور / غازي فلمبان

نائب مساعد المشرف العام للبرامج سعادة الدكتور / أسامة الريس

المشرف على مكاتب الهيئة بالمنطقة الشرقية الأمير / تركي بن فهد بن جلوي آل سعود

المشرف على مكتب الهيئة بالمدينة المنورة سعادة الدكتور / حمزة حافظ

المشرف الإقليمي بالقصيم سعادة الدكتور / سليمان الصقري

مدير مكتب الهيئة بمكة المكرمة سعادة الدكتور / احمد المورعي

مدير مكتب الهيئة بالرياض سعادة الأستاذ / علي الجريس

مدير مكتب الهيئة بعنيزة سعادة الأستاذ / عبدالله الجبر

مدير مكتب الهيئة بابها سعادة الشيخ / صقر المدرع

مدير المكاتب الخارجية سعادة الأستاذ / صالح باعبود

مدير إدارة المكاتب المحلية بالنيابة سعادة المهندس / يوسف الحمدان

نائب مدير إدارة المكاتب المحلية سعادة المهندس / بهجت زارع

سكرتير لجنة المكاتب المحلية سعادة الأستاذ / خليل إبراهيم البراهيم

العنوان : ص . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٢ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000230



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

الملكة العَرَبيَّة السُّعوديَّة
هَيئة الإغاثَة الإسلاميَّة العَالميَّة

الرقم :

التاريخ :

الموضوع:

قرار اداري رقم( ٢٢ ) وتاريخ (٢٢ / ٢ /١٤١٥هـ)

إن المشرف العام

- بناء على الصلاحيات المخوله له نظاما .

- وبناء على ما تقتضيه مصلحة العمل بالهيئة ولتحقيق مشاركة اكبر للمكاتب المحليه
للهيئة بالمملكة في الاشراف والتنفيذ لعدد من البرامج والمشاريع في العالم يقرر ما يلي:

أولاً : تقوم المكاتب المحليه بالمملكة العربية السعوديه بالاشراف والتنفيذ للمشاريع
والبرامج المخصصة لها بالتنسيق مع سعادة نائب المشرف العام للبرامج وسعادة مشرف
قطاع المشاريع في الدول المذكورة في البيان التوضيحي المرفق والمعتمد من قبل سعادة
المشرف العام بتاريخ ١٤١٥/٢/١٠هـ.

ثانيا : على المكاتب الاقليمية الالتزام بتنفيذ الآليتين للبرامج والمشاريع المعتمدة من قبل
المشرف العام .

ثالثا : تلتزم المكاتب المنفذه بمراعاة سياسات الهيئة والالتزام التام بها عند التنفيذ .

رابعا : يسري هذا القرار من تاريخ صدوره وحتى نهاية عام ١٤١٥هـ ما لم يتم إجراء
تعديل عليه تفرضه الضروره وبالإ تفاق مع اعضاء لجنة المكاتب المحلية ويلغي هذا القرار
اي قرارت او اتفاقات سابقه تخالف الآليتين المتفق عليها .

وعلى جميع المكاتب الخارجيه التعاون لانفاذه والتمشي بموجبه .

من/ مع التحيه لمساعدي المشرف العام

من/ مع التحيه لمشرفي القطاعات

من/ مع التحيه لمشرفي المكاتب المحليه

من / مع التحيه لمدير ادارة المكاتب الخارجيه

من/ مع التحيه لمدير ادارة المكاتب المحليه

من/ مع التحيه لسكرتير لجنة المكاتب المحليه

من/ مع التحيه لمدير التخطيط والميزانيه

من/ مع التحيه لمدير ادارة الرقابه المالية

المشرف العام



د. فريد ياسين قرشي



العنوان : ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٢٣٢ - ٦٥١٤٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

IIRO-000231

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هَيئة الإغاثة الإسلامية العالمَية

المَوضوع : _____    رقم : _____

: _____    التاريخ : _____

قرار ادارى رقم (٢٣)   وتاريخ   (١٤١٥/٧/١٢هـ)

ان المشرف العام

بناء على القرار الاداري رقم (٢٢) وتـاريخ (١٤١٥/٢/١٢هـ) يتولى مكتب بريدة الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في الدول المذكورة في الجدول المرفق وهي كالتالي :

كشمير، نيبـال ، سيرلانكا ( الصين بالتنسـيق مـع المستشـار المختـص بالمقر الرئيسي ).

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .

لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

صن/ مع التحية لمساعدي المشرف العام

صن/ مع التحية لمشرفي القطاعات

صن/ مع التحية لمدير المكاتب الخارجية

صن/ مع التحية لمدير المكاتب المحلية

صن/ مع التحية لسكرتير لجنة المكاتب المحلية

المشرف العام

د/ فريد ياسين قرشي

العنوان : ص. ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx : 606754 IGATHA SJ

IIRO-000232

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

لرقم : ـــــــــــ

التاريخ : ـــــــــــ

الموضوع : ـــــــــــ

: ـــــــــــ

قرار اداري رقم (٢٤)    وتاريخ    ( ١٤١٥/٢/١٢هـ)

أن المشرف العام

بناء على القرار الاداري رقم (٢٢) وتاريخ (١٤١٥/٢/١٢هـ) يتولى مكتب

عنيزة الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في

الدول المذكورة في الجدول المرفق وهي كالتالي :

كينيا، اللاجئين الارتريين في السودان ، أثيوبيا .

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .

لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

من/ مع التحية لمساعدي المشرف العام

من/ مع التحية لمشرفي القطاعات

من/ مع التحية لمدير المكاتب الخارجية

من/ مع التحية لمدير المكاتب المحلية

من/ مع التحية لسكرتير لجنة المكاتب المحلية

المشرف العام

د/ فريد ياسين قرشي

العنوان : ص . ب ١١٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٢٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

IIRO-000233



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

الملكة العربية السعودية
هَيئة الإغاثة الإسلامية العَالميّة

الرقم : _____

التاريخ : _____

الموضوع : _____

_____ :

قرار إداري رقم (٢٥)    وتاريخ    (١٤١٥/٢/١٢هـ)

ان المشرف العام

بناء على القرار الاداري رقم (٢٢) وتاريخ (١٤١٥/٢/١٢هـ) يتولى مكتب
الرياض الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في
الدول المذكورة في الجدول المرفق وهي كالتالي :
الجمهوريات الإسلامية، كمبوديا، فيتنام، الاردن ( بالتنسيق مع مكتب الشرقية)
لبنان ، أفغانستان ، بنجلاديش ( بالتنسيق مع الشرقية والباحة ).
مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .
لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

من / مع التحية لمساعدي المشرف العام
من / مع التحية لمشرفي القطاعات
من / مع التحية لمدير المكاتب الخارجية
من / مع التحية لمدير المكاتب المحلية

المشرف العام

من / مع التحية لسكرتير لجنة المكاتب المحلية

د / فريد ياسين قرشي

العنوان : ص . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٥٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 605754 IGATHA SJ

IIRO-000234

**Şaudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هَيئة الإغاثة الإسلامية العَالمية

الرقم : ــــــــــــــــــــ

التاريخ : ــــــــــــــــــ

المرضوع : ــــــــــــــ

: ــــــــــــــــــــ

قرار اداري رقم (٢٦) وتاريخ (٨١٤١٥/٢/١٢هـ)

ان المشرف العام

بنــاء علــى القـرار الاداري رقـم (٢٢) وتــاريخ (٨١٤١٥/٢/١٢هـ) تتولــى
المنطقة الشرقية الاشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق
عليها في الدول المذكورة في الجدول المرفق وهي كالتالي :

أندونيسيا ( بالتنسيق مـع مكتب المنطقـة الجنوبيـة ) الهنـد ، أفغانسـتان (
بالتنسيق مع مكتب الباحة ) بنجلاديش ، سيرلانكا ، بورمــا ، الفلبين ، تـايلاند ،
كمبوديــا، اللاجئيـن الفلسـطينيين فـي الاردن ،الاردن ( بالتنسيق مـع مكتـب
الرياض ) والسودان ( بالتنسيق مع المستشار المختص بالمقر الرئيسي ) .

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين )

لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

ص/ مع التحيه لمساعدي المشرف العام

ص/مع التحيه لمشرفي القطاعات

من/ مع التحيه لمدير المكاتب الخارجيه

من/مع التحيه لمدير المكاتب المحليه

من/مع التحيه لسكرتير لجنة المكاتب المحلية

المشرف العام

د/فريد ياسين قرشي

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 KIATHA SJ

IIRO-000235

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم : ـــــــــــــ

الموضوع : ـــــــــــ

التاريخ : ـــــــــ

قرار اداري رقم (٢٨)    وتاريخ    (١٤١٥/٢/١٢هـ)

ان المشرف العام

بناء على القرار الاداري رقم (٢٢) وتاريخ (١٤١٥/٢/١٢هـ) يتولى مكتب المدينة المنورة الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في الدول المذكورة في الجدول المرفق وهي كالتالي :

غرب افريقيا وموريتانيا ونشاد .

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .

لذا نآمل من المكتب المعني الخارجي للتعاون مع المكتب المحلي .

من/ مع التحية لمساعدي المشرف العام

من/ مع التحية لمشرفي القطاعات

من/ مع التحية لمدير المكاتب الخارجية

من/ مع التحية لمدير المكاتب المحلية

من/ مع التحية لسكرتير لجنة المكاتب المحلية

المشرف العام

د/ فريد ياسين قرشي

العنوان : ص.ب ١٤٨١٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٢٢٢ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14813 Jeddah 21434 - Tel : 6512333 - 6515411 - Fax : 6518491 - Tlx : 606754 IGATHA SJ

IIRO-000236

**Saudi Arabia**
**INTERNATIONAL·ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربيّة السّعوديّة
هَيئَة الإغاثَة الإسلاميّة العَالميّة

الرقم : ــــــــــــــــــــ

التاريخ : ــــــــــــــــــــ

الموضوع : ــــــــــــــــــــ

: ــــــــــــــــــــ

قرار اداري رقم (٢٩)      وتاريخ (٤١٥/٢/١٢) هـ

ان المشرف العام

بناء على القرار الاداري رقم (٢٢) وتاريخ (٤١٥/٢/١٢هـ) يتولى مكتب الباحة الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في الدول المذكورة في الجدول المرفق وهي كالتالي :

باكستان وأفغانستان والهند ( بالتنسيق مع مكتب المنطقة الشرقية ) والمستشارين الخاصين بأفغانستان والهند بالمقر الرئيسي .

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .

لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

من/ مع التحية لمساعدي المشرف العام

من/ مع التحية لمشرفي القطاعات

من/ مع التحية لمدير المكاتب الخارجية

من/ مع التحية لمدير المكاتب المحلية

من/ مع التحية لسكرتير لجنة المكاتب المحلية

المشرف العام

د/ فريد ياسين قرشي

العنوان : ص . ب ١٤٨٤٣ جــدة ٢١٤٣٤ ـ ت : ٦٥١٢٣٣٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000237

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



الملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الموضوع : ـــــــــــــ

الرقم : ـــــــــــــ

: ـــــــــــــ

التاريخ : ـــــــــــــ

قرار إداري رقم (٣٠)      وتاريخ      (١٤١٥/٢/١٢هـ)

ان المشرف العام

بناء على القرار الاداري رقم (٢٢) وتاريخ (١٤١٥/٢/١٢هـ) يتولى مكتب الطائف الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في الدول المذكورة في الجدول المرفق وهي كالتالي :

بورما وبنجلاديش ( بالتنسيق مع مكتب المنطقة الشرقية )، جزر القمر ، موزمبيق،بوروندي .

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .

لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

ص/ مع التحية لمساعدي المشرف العام
ص/ مع التحية لمشرفي القطاعات
ص/ مع التحية لمدير المكاتب الخارجية
ص/ مع التحية لمدير المكاتب المحلية

ص/ مع التحية لسكرتير لجنة المكاتب المحلية

المشرف العام

د/ فريد ياسين قرشي

المعنون له : ص.ب ١٤٨٤٢ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٢٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إير حـ .

IIRO-000238

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هَيئة الإغاثة الإسلامية العالمية

الرقم : ـــــــــــ    الموضوع : ـــــــــــ
التاريخ: ـــــــــــ    : ـــــــــــ

قرار اداري رقم (٢١)    وتاريخ    (١٤١٥/٢/١٢هـ)

ان المشرف العام

بناء على القرار الاداري رقم (٢٢) وتاريخ (١٤١٥/٢/١٢هـ) يتولى مكتب المنطقة الجنوبية الإشراف والتنفيذ على البرامج والمشاريع المختارة والمتفق عليها في الدول المذكورة في الجدول المرفق وهي كالتالي :

اندونيسيا ( بالتنسيق مع مكتب المنطقة الشرقية ) تركيا ، نيجيريا ، اليونان ، قبرص ، كردستان ( بالتنسيق مع ادارة الطوارئ ).

مع إلتزام المكتب المحلي ( بالآليتين المعتمدتين ) .

لذا نأمل من المكتب المعني الخارجي التعاون مع المكتب المحلي .

من/ مع التحية لمساعدي المشرف العام
من/ مع التحية لمشرفي القطاعات
من/ مع التحية لمدير المكاتب الخارجية
من/ مع التحية لمدير المكاتب المحلية
من/ مع التحية لسكرتير لجنة المكاتب المحلية

المشرف العام

د/ فريد ياسين قرشي

العنوان : ص.ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel : 6512333 - 6515411 - Fax : 6515491 - Tlx. : 602754 IGATHA SJ

IIRO-000239

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



الملكة العربية السعودية
هَيئة الإغاثة الإسلامية العالمية

الرقم : ـــــــــــ

التاريخ : ـــــــــــ

الموضوع : ـــــــــــ

: ـــــــــــ

## رآلية اشراف المكاتب المحلية على البرامج•

١- يرسل المكتب المحلي قائمة بالمناطق التي سيتم تنفيذ بعض البرامج فيها شاملة جميع البيانات لاخذ رأي وتوصية مشرفي الرعايات ذات العلاقه والموافقة المبدئية من مساعد المشرف على البرامج ومن ثم لاعتمادها النهائي من المشرف العام

٢- اعتماد البرنامج في الميزانية التقديريه للعام المقبل .

٣ ـ اجتماع بين ممثل المكتب المحلي والرعاية لتحديد خطة العمل للعام القادم للبرنامج المعني ( موعد الزيارة ـ خطة الزيارة ... الخ ) .

٤ ـ تمويق البرنامج في المكتب المحلي والالتزام بتمويله .

٥ ـ تحويل المبلغ الى المكتب الرئيسي•

٦ ـ يكلف ممثل المكتب المحلي بزيارة ميدانية سنوية للبرنامج او اكثر اذا لزم الامرحسب مناطق توزيع مناطق الاشراف وحجم التبرعات .

٧ ـ قبل الزيارة يتصل المكتب المحلي بالرعاية لتحديد اهدافها ـ فترتها ـ وقتها ـ خطة الزيارة لتقييم البرامج ـ حسب النماذج المعتمدة من الرعاية .

٨ ـ يلتزم ممثل المكتب المحلي اثناء الزيارة باداء واجباته تجاه البرنامج و ينقل للرعاية اى ملاحظات من مدير المكتب وكذلك اى برنامج جديد مقترح وليس له الحق في اعطاء اى وعود بتنفيذ او تمويل ذلك والتأكيد على ان اعتماد اى برنامج هي من مسئولية الرعاية فقط وكذلك عدم احداث اى تغيير في خطة عمل مشروعه الا بعد الرجوع للرعاية •

٩ ـ بعد الزيارة يتم اتصال ممثل المكتب المحلي (او. الزائر) بالرعاية لتقديم تقريره الكامل عن الزيارة والمقترحات الجديدة •

١٠ ـ الاتفاق مع الرعاية لتطوير او تغيير العمل في داخل البرنامج والتمشي بموجبه مستقبلا•

• يقصد بالبرامج ( المشاريع المختارة من البرامج التابعه لمساعد المشرف العام للبرامج وهي البرامج الصحيه و التعليميه و الاجتماعيه ) .

العنوان : ص . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ ـ ت : ٦٥١٢٣٣٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000240



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربية السعودية
هيئة الإغاثة الإسلامية العَالميّة

الرقم : _____
التاريخ : _____

الموضوع: _____
: _____

١١ ـ متابعة الاعمال في البرامج بريديا وعند الضروره هاتفيا او عن طريق الفـاكس يتم حسب نظام الرعاية المعنية المتبع وتصـل التقـارير الدوريـة والمراسلات الـى ادارة المكاتب الخارجية والتي ترسلها بدورها الى المكتب المحلي المعني بالبرنامج وترسل صورة منها الى الرعاية لابداء ملاحظاتها للمكتب المحلي المكلف بالبرنامج .

١٢ ـ تتم دراسة التقرير الدورى من المكتب المحلي ويكتب ملاحظاتـه عليه بعدالتنسيق مع الادارة المختصة بـالمركز الرئيسي ويرسلها لادارة المكاتب الخارجية لتقوم بارسالها الـى المكتب الخارجي مع ارسال صورة منها للرعاية .

١٣ ـ حيث ان المكاتب المحلية هي التي تجمع الميزانية اللازمة وتشرف على البرامج المخصصة لها فعليها ارسال ملاحظاتها للرعاية المعنية على البرامج التي ترى ايقاف دفعتها وذلك حسب نظام وتوصيات لجنة الرعايه خلال اسبوعين من تاريخه

١٤. ترفع الرعاية جميع مشاريع البرامج التي اتفقت مع المكاتب المحلية على ايقاف دفعاتها الى اللجنة المتخصصة والمكونة من (المشرف العام / مساعد المشرف العام للبرامج/ مساعد المشرف العام للمالية / مدير المكاتب الخارجية) للنظر فيها خلال اسـبوع من تاريخه .

١٥ ـ بعد صدور الشيكات للبرامج ترسل الرعاية المعنية خطابات التوجيه لطريقة صرف الدفعه الى المكتب الخارجي مع ارسال صوره منها للمكتب المحلي المعني .

١٦ ـ في حالة اخلال المكتب المحلي بآلية العمل المذكورة فيوجه لمدير المكتب المحلي او المدير التنفيذى ايهما ترتبط به البرامج تنبيه بذلك من مساعد المشرف العام للـبرامج اوالمشرف على قطاع المشاريع بناء على خطاب من مشرف الادارة المعنية .وفي حالة عدم انتظام العمل خلال شهر بعد الخطاب يستدعى مدير المكتب للمفاهمه مع المكتب الرئيسي لتوضيح ذلك .



العنوان : ص.ب ١٤٨٤٣ جــــدة ٢١٤٣٤ ـ ت : ٦٥١٢٣٢٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس جي

IIRO-000241

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم : _____

المرضوع : _____                                           التاريخ : _____

_____ :

١٧. وفي حالة عدم انتظام العمل في اى برنامج لفترة اقصاها ستة اشهر فيسحب ذلك البرنامج من المكتب المحلي ويعاد الإشراف عليه من المركز الرئيسي .

١٨. وفي حالة اخلال اى ادارة من الادارات المعنية في المركز الرئيسي بآلية العمل فيوجه سعادة المشرف العام خطاب تنبيه لها بضرورة الالتزام بهذه الالية .

وقد انتهى الاجتماع بحمدالله وتوفيقه في تمام الساعة الثانية عشر والربع .

وعلى هذا جرى التوقيع :

سكرتير لجنة المكاتب المحلية                          مدير ادارة المكاتب المحلية

أ / خليل ابراهيم البراهيم                          م / يوسف الكعبان

مدير ادارة المكاتب الخارجية                          م.م. المشرف العام للبرامج

أ / صالح باعبـــود                          د . اسامه ريس

العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000242

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**



المملكة العربية السعودية
هَيئة الإغَاثَة الإسْلاميّة العَالَمِيّة

الرقم : ـــــــــــــــــ

التاريخ : ـــــــــــــــــ

الموضوع : ـــــــــــــــــ

: ـــــــــــــــــ

## آلية اشراف المكاتب المحلية على المشاريع*

١ ـ يرسل المكتب المحلي قائمة بالمشاريع المقترح تنفيذها شامله لجميع البيانات لأخذ راي وتوجيه مشرف المشاريع ذات العلاقة والموافقة من المشرف على قطاع المشاريع ومن ثم لاعتمادها النهائي من المشرف العام .

٢ ـ اجتماع بين ممثل المكتب المحلي والجهه المختصه لتحديد خطة العمل حسب القائمه المرسله من المكتب المحلي .

٣ ـ تحويل المبلغ الى المكتب الرئيسي .

٤ ـ يكلف ممثل المكتب المحلي بزيارة ميدانية دورية للمشروع حسب ماتقتضيه المصلحه وبموجب توزيع مناطق الاشراف وحجم التبرعات.

٥ ـ قبل الزيارة يتصل المكتب بالجهه المختصه لتحديد اهدافها ـ فترتها ـ وقتها ـ خطة الزيارة لتقييم المشاريع ـ حسب النماذج المعتمدة .

٦ ـ يلتزم ممثل المكتب المحلي اثناء الزيارة باداء واجباته تجاه المشروع وينقل اى ملاحظات من مدير المكتب وكذلك اى مشروع جديد مقترح وليس له الحق في اعطاء اى وعود بتنفيذ او تمويل ذلك والتأكيد على ان اعتماد اى مشروع هي من مسئولية المقر الرئيسي فقط ـ وكذلك عدم احداث اى تغيير في خطة عمل مشروعه الا بعد الرجوع للجهه المختصه .

٧ ـ بعد الزيارة يتم اتصال ممثل المكتب المحلي (او الزائر) بالجهه المختصه لتقديم تقريره الكامل عن الزيارة والمقترحات الجديدة .

٨ ـ الاتفاق مع الجهه المختصه لتطوير او تغيير العمل في داخل المشروع والتمشي بموجبه مستقبلا .

٩ ـ متابعة الاعمال في المشاريع بريديا اوعند الضرورة هاتفيا او عن طريق الفاكس يتم حسب نظام الجهه المعنية المتبع وتصل التقارير الدورية والمراسلات الى ادارة المكاتب الخارجية والتي ترسلها بدورها الى المكتب المحلي المعني بالمشروع وترسل صورة منها الى الجهه المختصه لابداء ملاحظاتها للمكتب المحلي المكلف بالمشروع .

*يقصد بالمشاريع هي جميع المشاريع المحددة من قطاع المشاريع التابع لمساعدالمشرف العام للمشاريع ( مساجد وآبار ومشاريع زراعيه ومشاريع بنيه ومشاريع استثماريه).

العنوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ ـ ت : ٦٥١٢٣٣٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000243



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقــم : ــــــــــــــــــــ
التاريخ : ــــــــــــــــــــ

الموضوع : ــــــــــــــــــــ
ـــــــــــــــــ :

١٠ ـ تتم دراسة التقرير الدوري من المكتب المحلي ويكتب ملاحظاته عليه بعد التنسيق مع الجهة المختصة بـالمركز الرئيسي ويرسلها لادارة المكاتب الخارجية لتقوم بارسالها الى المكتب الخارجي مع ارسال صورة منها للجهة المختصه .

١١ ـ حيث ان المكاتب المحلية هي التي تجمع الميزانية اللازمة وتشرف على المشاريع المخصصة لها فعليها ارسال ملاحظاتها للجهه المعنية على المشاريع التي ترى ايقاف دفعتها.

١٢ ـ ترفع الجهه المختصه جميع المشاريع التي اتفقت مع المكاتب المحلية على ايقاف دفعاتها الى اللجنة المتخصصة والمكونة من (المشرف العام / مشرف قطاع المشاريع / مساعد المشرف العام للمالية / مدير المكاتب الخارجية) للنظر فيها خلال اسبوع من تاريخه .

١٣ ـ ترسل الشيكات الى المكتب المحلي ليقوم بالتنفيذ من خلال المكتب الخارجي للمشاريع المتفق عليها والمحددة في اطار مثل ( الابار ـ المساجد ـ المشاريع الموسميه فقط ) .

١٤ ـ في حالة اخلال المكتب المحلي بآلية العمل المذكورة فيوجه لمدير المكتب المحلي او المدير التنفيذي ايهما ترتبط به المشاريع التنبيه بذلك من مساعد المشرف العام للبرامج او المشرف على قطاع المشاريع بناء على خطاب من مشرف الجهه المعنية .وفي حالة عدم انتظام العمل خلال شهر بعد الخطاب يستدعى مدير المكتب للمفاهمه مع المكتب الرئيسي للتوضيح .

١٥ - في كل الاحوال لايحق لاي مكتب خارجي او داخلي الغاء أي مشروع ولكن له الحق في التوجيه بذلك للمشرف على قطاع المشاريع .

١٦ ـ وفي حالة عدم انتظام العمل في اي مشروع لفترة اقصاها ستة اشهر فيسحب ذلك المشروع من المكتب المحلي ويعاد الاشراف عليه من المركز الرئيسي.



العنوان : ص . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000244



**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**

المملكة العربية السعودية
هيئة الاغاثة الإسلامية العالميّة

الرقم : _____

الموضوع : _____

التاريخ : _____

١٧ ـ وفي حالة اخلال اى ادارة من الادارات المعنية في المركز الرئيسي بالية العمل فيوجه
سعادة المشرف العام خطاب تنبيه لها بضرورة الالتزام بهذه الالية .

وقد انتهى الاجتماع بحمدالله وتوفيقه في تمام الساعة الثانية عشر والربع .

وعلى هذا جرى التوقيع :

<table>
<tr><td>مدير ادارة المكاتب المحليه</td><td>سكرتير لجنة المكاتب المحليه</td></tr>
<tr><td>م/ يوسف الحمدان</td><td>أ / خليل ابراهيم البراهيم</td></tr>
<tr><td>المشرف على قطاع المشاريع</td><td>مدير ادارة المكاتب الخارجيه</td></tr>
<tr><td>د/ عبد الله نصير</td><td>أ / صالح باعبود</td></tr>
</table>



العنوان : ص.ب ١٤٨٤٣ جـــدة ٢١٤٣٤ ـ ت : ٦٥١٢٢٣٣ ـ ٦٥١٥٤١١ ـ فاكس : ٦٥١٨٤٩١ ـ تلكس : ٦٠٦٧٥٤ إغاثة إس جي

IIRO-000245

بسم الله الرحمن الرحيم.



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

## بيان توضيحي للمشاريع والبرامج
## التي تشرف عليها المكاتب المحلية
## بالتعاون مع المكتب الرئيسي

| برامج الرعايات المختلفة ومشاريع الابار والمساجد والمشاريع الموسمية في دولة : | اسم المكتب |
|---|---|
| كشمير ، نيبال ، سيرلانكا ( الصين بالتنسيق مع المستشار المختص بالمقر الرئيسي ) . | المركز الرئيسي وبريدة |
| أثيوبيا وكينيا ، اللاجئين الارتريين في السودان . | المركز الرئيسي وعنيزة |
| الجمهوريات الإسلامية ، كمبوديا ، فيتنام ، الاردن (بالتنسيق مع مكتب الشرقية ) ، لبنان ، أفغانستان ، بنجلاديش ( بالتنسيق مع الشرقية والباحة ) . | المركز الرئيسي والرياض |
| أندونيسيا ( بالتنسيق مع مكتب المنطقة الجنوبية ) الهند ، أفغانستان ( بالتنسيق مع مكتب الباحة ) بنجلاديش ، سيرلانكا ، بورما ، الفلين ، تايلاند ، كمبوديا ، اللاجئين الفلسطينين في الاردن ، الاردن ( بالتنسيق مع مكتب الرياض ) والسودان ( بالتنسيق مع المستشار المختص بالمقر الرئيسي ) . | المركز الرئيسي والمنطقة الشرقية |
| أوربا الشرقية ( بالتنسيق مع المستشار المختص بالمقر الرئيسي ) أمريكا اللاتينية ( بالتنسيق مع المستشار المختص بالمقر الرئيسي ) | المركز الرئيسي ومكة المكرمة |
| غرب افريقيا وموريتانيا وتشاد | المركز الرئيسي والمدينة المنورة |
| باكستان و أفغانستان والهند ( بالتنسيق مع مكتب المنطقة الشرقية )والمستشارين الخاصين بأفغانستان والهند بالمقر الرئيسي . | المركز الرئيسي والباحة |
| بورما وبنجلاديش ( بالتنسيق مع مكتب المنطقة الشرقية) ، جزر القمر ، موزمبيق ، بوروندي | المركز الرئيسي والطائف |
| اندونيسيا ( بالتنسيق مع مكتب المنطقة الشرقية ) تركيا ، نيجيريا ، اليونان ، قبرص ، كردستان ( بالتنسيق مع إدارة الطوارئ ) | المركز الرئيسي والمنطقة الجنوبية |

IIRO-000246

| رقم المعاملة :- ١٤٤٤٤ / ١٤ | | هيئة الاغاثة الاسلامية العالمية |
|---|---|---|
| التاريخ : ٥ / ٤ /١٤١١هـ | | بالمملكة العربية السعودية |
| | | مذكرة داخلية |

الجهة المرسلة : م . ا المحلي

الدولة : .................... ملخص الموضوع / صورة محضر الاجتماع الرابع مع لجنة المكاتب المحلي

---

**إحالة الى /** سعادة مدير مدير مدير عام إدارة المير ؟؟؟

| | | | حفظه الله |
|---|---|---|---|
| ⊙ لامانع | ⊙ للإعتماد | | وارد برقم ٦٥١ |
| ⊙ للمفاهمة | ⊙ للمتابعة | | بتاريخ ٢١/١٤/١٤٩١و |
| ⊙ للإحاطة | ⊙ للإعتذار | | |
| ⊙ للحفظ | | | |
| ⊙ للاطلاع والتوجيه | | | |
| ⊙ للدراسة والإفادة | | | |
| ⊙ لإعداد الرد | | | |
| ⊙ لإكمال اللازم | | الاسم : م . الاجتماع يحيى زارح التوقيع ؟؟؟ | |

---

**إحالة الى /**

| | | | حفظه الله |
|---|---|---|---|
| ⊙ لامانع | ⊙ للإعتماد | | ؟؟؟ |
| ⊙ للمفاهمة | ⊙ للمتابعة | | |
| ⊙ للإحاطة | ⊙ للإعتذار | | |
| ⊙ للحفظ | | | ١٤ / ٤١ |
| ⊙ للاطلاع والتوجيه | | | |
| ⊙ للدراسة والإفادة | | | |
| ⊙ لإعداد الرد | | | |
| ⊙ لإكمال اللازم | | الاسم : .......... التوقيع : ..... | |

---

**إحالة الى /**

| | | | حفظه الله |
|---|---|---|---|
| ⊙ لامانع | ⊙ للإعتماد | | |
| ⊙ للمفاهمة | ⊙ للمتابعة | | |
| ⊙ للإحاطة | ⊙ للإعتذار | | |
| ⊙ للحفظ | | | |
| ⊙ للاطلاع والتوجيه | | | |
| ⊙ للدراسة والإفادة | | | |
| ⊙ لإعداد الرد | | | |
| ⊙ لإكمال اللازم | | الاسم : .......... التوقيع : ..... | |

IIRO-000247



Beyond Words
Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation referenced herein and attached hereto is a true and accurate translation of the Arabic-language document which has the following Bates number(s):

1. IIRO 000209 – IIRO 000247

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us