# EXHIBIT 68

# International Islamic Relief Organization,

# Saudi Arabia (IIROSA)

# Financial &Accounting Guide for IIROSA's

# Foreign  Offices

# 1998

IIRO 130659

# Contents

| Chapter | Title | Page |
|---|---|---|
| Introduction | | 4 |
| Preamble | | 6 |
| Chapter One | | 7 |
| | Terminology | 8 |
| Chapter Two | | 12 |
| | Instructions | 13 |
| | Revenues From Secretariat General (Head Office) | 13 |
| | Revenues From Outside Secretariat General (Head Office) | 13 |
| | Bank Accounts | 14 |
| | Payment Regulations | 15 |
| | Foreign Offices Classification | 18 |
| | Relation Between Secretariat General and Regional Offices | 20 |
| | Settlement of Advanced Payments of Regional Offices that do not keep their own accounts. | 20 |
| | Treasury Inventory | 21 |
| | Arranging Purchasing & Storage Operations | 21 |
| | General Guidelines | 25 |
| | Supervision Visits to Foreign Offices | 26 |
| | Settlement & Bank Reconciliation of Accounts of the External Office Visited by the Field Visiting Team | 27 |
| Chapter Three | | 28 |
| | Designing of Accounting & Information Transfer System | 28 |
| | Accounting Manual | 29 |
| | Documentary Cycle (General) | 31 |
| | Documentary Cycle (Dispensaries & Hospitals) | 33 |
| | Documentary Cycle (Animal Investment) | 37 |
| | Documentary Cycle ( Sewing Works Products) | 45 |
| | Entries of the Daily Journal (General) | 47 |
| | Accounting Books& Records | 55 |
| | Periodical Financial Report | 57 |
| | Responsibilities & Duties of Accountants of Branch Offices Functioning under the Supervision of the Regional Office | 58 |
| | Evaluation of Financial Performance Via Settlement & Feedback Information | 59 |
| Chapter Four | | 62 |
| | Mechanism of Financial Transactions in Emergency Cases | 63 |
| | Mechanism of Dispensing of IIROSA' Property | 64 |
| | Mechanism of Settling Advance Payment of Transferred or Resigning Directors | 65 |
| | Mechanism of Reporting Disappearance of an Official | 67 |
| | Mechanism for Governing Contracts signed by the Foreign Offices with International Institutions or Organizations | 68 |

IIRO 130660

|  |  | Mechanism of Accounting Transfer among Expenditure Items the of Budget | 70 |
|  |  | Mechanism for Settlement of Advance Payments of Programs and Projects of Foreign Offices | 72 |
|  |  | Mechanism of Cash Keeping at the Foreign Office's Safe | 74 |
| Chapter Five |  |  | 75 |
|  |  | Forms & Annexes | 75 |

2

IIRO 130661



IIRO 130662

## Introduction

International Islamic Relief Organization-Saudi Arabia (IIROSA) develops annually many ambitious strategies to achieve the Organization's objectives emanating from its constitution for serving Muslim peoples spreading all over the world and who live difficult circumstances. Such service is represented in the implementation of various projects in the fields of social, educational, economic and health welfare as well as urgent relief for natural disasters and war, together with Holy Qur'an memorization, teaching of Islamic principles, construction of mosques, digging of wells and implementation of seasonal projects such as Ramadan Free Meal and Eid Sacrificial Meat.

Furthermore, as a matter of fact suitable budgets are usually set for those projects, programs and activities. The implementation and up-following of these projects, programs and activities, necessitates the presence of a highly competent and capable financial and administrative apparatus that can effectively run financial matters. This apparatus is committed to the following:
1- Protect IIROSA's property and other assets at the External Office.
2- Enhance compliance with the rule, regulations, directions and instructions of IIROSA

Based upon this, IIROSA draws the required framework which is guided by the current financial and administrative regulations adopted at the Secretariat General (Headquarters) and seek to ensure their application at all Foreign Offices of IIROSA. These offices are also required to retain at their files vouchers in an organized manner that facilitates the audit operations performed by the auditing teams dispatched by the Secretariat General for such purpose.

Furthermore, it must be known that financial procedures at IIROSA are based on specific governing principles that are mentioned as part of the Financial Regulations.

Therefore, this Accounting and Financial Guide of the Foreign Offices of IIROSA is specifically designed to organize accounting and financial transactions of these offices which basically contribute to the support of IIROSA's projects and programs. Moreover, this guide is considered a complementary and explaining instrument for the financial rules and regulations; it is in fact a sincere effort for which special thanks must go to whoever prepared, reviewed or drafted it or made technical and practical remarks on it. However, this guide will be applied for a six-month experimental period that will make possible the expurgation of its contents with a view to reaching a final balanced version or formula.

4

IIRO 130663

To complete the whole process, the Financial Department of IIROSA will be charged with the responsibility of training accountants and those in charge of accounting activities at the Foreign Offices so as to help them understand and apply the guide, as well as to coordinate and follow up with appropriate bodies in order to obtain the feedback information resulting from such application of the Guide.

Dr. Fareed Ysin Qurashi
Secretary General, International Islamic Organization-Saudi Arabia (IIROSA)

5

IIRO 130664

## Preamble

IIROSA Foreign Offices have a prominent role to play in organizing the payment operations of the various activities of IIROSA which we supplicate Allah Almighty to make them blessed and maximize the volume of this charitable investment.

The promotion of this role necessitates the laying down of clear and definite controlling principles of the financial regulations that facilitate their correct course so as to achieve the objectives. This is in fact the axis of the Financial and Accounting Guide of IIROSA's Foreign Offices.

Those in charge of financial affairs at the Foreign Offices may need interpretation or clarification for certain articles of this Guide. When such need arises, these must not hesitate to contact the Secretariat General in this connection.

Furthermore, we reaffirm the field remarks that appear to us when we apply this Guide as any amendment according to such remarks (if any) will strongly support the notion that the Guide is both practical and methodical.

In conclusion, I find myself obliged to thank profoundly H.E. Mr. Abdul Aziz Bishawri, Assistant Financial Supervisor for the Local and Foreign Offices and Personal Advances, who took the initiative of compiling this Guide with the kind assistance of Mr. Mahmoud Baqais. Thanks also go to whoever contributed an effort or idea for developing the articles of this guide and turning it into a tangible material.

Allah is the Grantor of success.

**Dr. Ghazi Mahfouz Felemban**
**Assistant to Secretary General for Finance & Investment**

IIRO 130665

# Chapter One

# Terminology

7

IIRO 130666

# Terms Used in Guide

### 1/1: Director of a Foreign Office of IIROSA

He is the one represents the secretary General of IIROSA, who delegates some of his authorities to the said director for running the affairs of any Office of IIROSA outside the Kingdom of Saudi Arabia, in a manner that suits IIROSA's projects and programs, in addition to other tasks. The said director performs his functions within the framework of the following job description:

- Secretary General of IIROSA determines the financial authorities granted to the director of foreign office as per a special resolution issued per article (4) of the Financial Regulations of IIROSA.

- The Director of the Foreign Office undertakes the task of managing and running the affairs of Office and is held responsible before the Secretary General of IIROSA for the application of this guide, in addition to resolutions and financial instructions issued to him from time to time, in compliance with the authorities vested upon him as per Article (4) of the Financial Regulations of IIROSA and on the light of the latest interpretation of the articles of the said regulations.

- The director shall preserve IIROSA's property and other invested assets or funds under his management.

- The director shall safeguard the interests of IIROSA with notable sincerity and utmost care, keeping away from achieving any personal interest at the expense and reputation of IIROSA in exploitation of his occupational status. However, the director shall take into account that he should refer to the Secretary General of IIROSA in exceptional cases for getting the necessary approval before taking any decision that affects in any manner objectives and policies of IIROSA.

### 1/2: Administrative Unit

This is one of the divisions of the Organizational Chart which is depicted as per the geographical classification, whose performance is characterized by decentralization in managing its activities. This will assist in taking immediate resolution with coordination of various operations in a single site as this will facilitate the completion of the supervision process.

### 1/3: Financial Accounting:

This is the accounting field that is concerned with the preparation of the reports on the results of the operations and programs as well as preparation of the balance sheet of the Administrative Unit according to the generally accepted accounting principles.

8

IIRO 130667

### 1/4: Accounting System:

This system explains the usage of accounting forms, records, book as well as the procedure of utilizing the accounting guide, extracting results and preparation of financial reports with the employment of communication systems and information transfer.

### 1/5: Accounting Cycle

It is the process of serializing the accounting procedures implemented during a particular period of time and comprises the following procedures:

Recording accounting entries in the journal –posting them in the ledger- closing of accounts -preparation of the general and monthly trial balances- extracting balance sheets and their addendums, which must be dully endorsed by the auditors' report on the closing accounts or the periodical report.

### 1/6: Accounting Cash Base:

Entry at accounting books depends on following the cash base principle i.e. recording of only cash transactions that took place whether cash receipt or actual payment during the financial year; but no revenues due and not received may not be recorded in the said books. However, recording of bought assets during the financial year in statistical books must be taken into account, provided that such assets must be subject to the process of periodical inventory taking at the end of the year in compliance with Article (100), Chapter Eight ( Warehouses –General Provisions) of the Financial Regulations. Furthermore, the Financial Department must be furnished with a copy.

### 1/7: Journal Voucher:

These are the original documents for recording transactions in books   (receipt voucher, payment voucher/ entry voucher) and the counterfoils of these documents are retained in files as per serial numbers and dates after they have been approved and stamped by either (paid) or (Cancelled) stamp, as the case may be.

### 1/8: General Trial Balance:

It is a table which comprises three columns; the titles of the accounts found in the ledger are recorded in the first; the total of debtors and creditors in the second and debit and credit balances in the third.

### 1/9: Periodic Cycle:

It is the period for which accounts of the External Office are prepared; and it is usually four months as the year is divided into three periodical cycles with four months for each period.

9

IIRO 130668

### 1/10: Documentary Sanctioning:

The director of Office must sanction all aspects of payment and receipt, bank settlements and trial balances representing the general accounts in the books; provided that payment justification must supported by the signature of either the supervisors of welfare departments or emergency coordinator (If any).

### 1/11: Verifying Vouchers:

These documents or vouchers are represented in receipts, entry memorandums, financial summaries and minutes as well as bills through which payments and receipts at the Foreign Office are recorded. The following are examples:

**-In the case of salaries payment:**

The following documents must be present.

Approved payrolls accompanied by required authorization documents as well as copy's of appointment resolutions, vacations, commencement dates of work, termination of services, deductions and dully signed authorizations for receipt of other people's salaries, with signatures of those who receive such sums.

**-In the case of purchasing:**

Purchase order- Invitation for Price Quotation-

Inspection Minutes &collection of purchase bill-payment receipt

**-In the case of contracting activities:**

Quotation from contractors – Envelope Opening Minutes (Invited Tenders)-
Minutes of Decision Committee- Operation Order & Contracting Activities Contract

Quantity table – Payment orders from the contractor

Partial Payment (Summary)

Cash payment orders or checks

Minutes of the delivery taking operation

**In the case of selling in-kind donations**

- In case of selling in-kind donation items (Jewelries)

  Report on the evaluation of jewelries. This must be accompanied by three purchase offers with the statement of the jewelries' weight together with their classification as per quality.

**In the case of ordinary payment:**

Payment order, to which an original or standard bill is attached.

Receipt proving settlement

Signature on the payment order by the first beneficiary or any one authorized in writing to receive the sum.

### 1/12: Internal Control (Audit):

This is a precautionary measure to prevent the occurrence of financial or accounting errors through distribution of different works among officials. This

10

IIRO 130669

also helps to rely on accounting data and verify that every activity has fully complied with the policies and instructions set for each activity in the Office circle of work and serves as an augment for the preservation of IIROSA' rights and property.

## 1/13: Deposits:

This is a deposit that is paid as insurance in exchange for enjoying insurance services, provided that such deposit is refunded when such service was dispensed with such as telephone deposit, electricity deposit. Similarly, there may be other deposits that can be paid for the good and safe employment of owner's equipment, provided that it is returned to its owner after usage such as deposit paid by contractors and temporary deposits required to be paid in the participation in the advertized tenders advertized on newspapers for demanding a service or particular contracting activity. However, such deposits must immediately be recorded at the account for trusts demanded by others in the concerned book, provided that such deposits and guarantees are subject to constant supervision and that their validity dates or periods are closely followed.

## 1/14: Periodical stocktaking (inventory):

This is a process for counting assets units - whether moveable or fixed - and it usually takes place at the end of the accounting period. It is done as per authorization of the Office Director and it be done surprisingly as per circumstances, provided that a report is submitted to the said director indicating the actual status of assets and that the Financial Department at the Secretariat General must be provided with a copy of the inventory report in compliance with the provision of Article (100) of chapter eight titled (Warehouses- General Provisions) of the Financial Regulations.

IIRO 130670

# International Islamic Relief Organization

## Chapter Two

## Instructions & Guidance

12

IIRO 130671

## Financial Instructions & Guidance for (IIRO) Branch Offices

### 2/1 Fiscal Year:

The fiscal year for (IIRO) branch office commences on the 1st day of Muharram and ends at the end of Dhul Hijjah of each Hijeri year (nless there is modification from the Head Office). The general office budget is prepared for that period by the financial official approved by the office manager and then sent to the Financial Department in the Head Office by the end of Muharram of the following year.

### 2/2 Revenue Received from the Head Office:

Endorsement of a budget for departments, programs and activities in the (IIRO) branch office by the Head Office.

- Departments in the Head Office shall notify the financial department to send the due installment to the (IIRO) branch office.
- The Financial Department shall send the remittances (or checks) to the account of the (IIRO) branch office in the bank.
- The specific welfare shall prepare a note attached to the remittance, explaining the ways of spending it.
- (IIRO) branch office shall issue a receipt voucher of an original and three copies. The original shall be sent to the Head Office as indication of receipt of the installments of the budget. The first copy shall be used for recording in the account book while the second copy shall remain at the book butt.
- (IIRO) branch office is obliged to carry out the payments from the amounts transferred to the items assigned to them only.

### 2/3 Receiving Revenues from outside the budget for the Head Office:

(IIRO) branch office might have some revenue sources outside the main office such as:

Revenues from social and health investments, exchange rate differences, revenues of programs, cash contributions from the same office country , cash contributions from another country or in kind contributions either from the same country or a foreign country.

A special account must be opened for the cash revenues and shall also be provided with a different registration record and pages according to the persons who have contributed and the donating parties.

- The head office must be notified (competent department) of these revenues via a letter with a copy to the Financial Department accompanied by a copy of the receipt.

13

IIRO 130672

- The Financial Department in the Head Office shall register those revenues as advanced payment on the account of (IIRO) branch office.
- To withdraw from these revenues a written permission must be obtained from the competent authority under the following conditions:
  - As far as the ear-marked contributions are concerned, permission must be given by the competent welfare after coordinating with the Budget Department and the Financial Department.
  - Concerning the price differences, an approval must be obtained from the Secretary – General.
  - Concerning the projects and programs revenues, an approval must be obtained for withdrawing by coordinating with welfare supervisor, the Budget Department and the Financial Department.
  - The Bank revenues which are not approved by the Legal Committee may be the deposited in the current accounts which are not subjected to such revenues.

## 2/4 Bank Accounts:

- Bank accounts must be opened in the name of the International Islamic Relief Organization, Kingdom of Saudi Arabia (IIRO).
- Checks must be considered the basis for dealing and spending money ( not cash from the treasury) unless there is a circumstance which requires the contrary.
- Two bank accounts will be opened, the first in (US$) whereby the received and the transferred money from the Head Office will be deposited in while the withdrawal shall be through checks to be exchanged into the local currency so as to deposit it in the other account (local currency account) for spending on operation and other departments expenditures.
- It is preferable to deposit IIRO funds in a current account which is not subject to bank interests.
- The Financial Department in the Head Office of (IIRO) must be notified of the account number, bank name and address.
- The power of drawing from the account should bear double signatures ( two from three)or ( two from four) whereas the classification of the signatures into two categories will be completed in the (IIRO) branch office into two categories, as follows:

Category (A) High authority in the (IIRO) branch office.

14

IIRO 130673

Category (B) Financial Department in (IIRO) branch office.

Checks must be signed by one from category (A) and one from category (B).

- The Financial Department shall be provided with the models of the authorized signatures for withdrawal and the Financial Department has the right to object to such signatures.
- Deposits from outside the budget ( revenue accruing from the programs and investment projects as well as the contributions received by the office) must be recorded into their relevant accounts as soon as they are received and the office management has no right to draw from this account except after referring to the authorized person in the Head Office.
- Monthly bank statements must be obtained from the bank, reviewed and matched with the bookkeeping and a copy shall be kept in the (IIRO) branch office after sending the original copies to the Head Office with all its attachments such as copies of withdrawn checks and monthly bank reconciliation.
- Bank account statement should be sent to the financial department in the Head Office at the end of each period ( four months )along with the dispatched instruments attached to the monthly reconciliation.
- All cancelled checks by (IIRO) Branch Office Director and the authorized financial officer should be approbated and stamped by the cancelling stamp.
- The Financial Department in the Head Office must be informed about any changes that may occur in the authorized signatures to withdraw from the bank accounts in the bank.
- The Financial Department in the Head Office must be informed in appropriate time regarding withdrawing the authorized signatures with the bank with explanation of the reasons for such decision as well as completion of the regular procedures for disclaim and a quittance (in case of resignation and dismissal), which will both be sent to the personnel office and the Financial Department of (IIRO).

## 2/5 Payment Regulations:

- A payment must be carried out according to a payment voucher (cash/checks), bearing serial numbers and showing the following:

15

IIRO 130674

Beneficiary name, the paid amount in figures and words, date of payment, reason for payment, name and signature of the receiver (1st beneficiary) and title of the relevant item in the record.

- All vouchers attachments must be stamped with (PAID) stamp.
- Payment Voucher must be approved by both the financial officer and (IIRO) Branch Office Director.
- In case (IIRO) Office Director authorizes someone else to approve the payment vouchers that must be in writing with a copy sent to the Financial Department in the Head Office for acknowledgment.
- The cashier is not entitled to pay out any amount of money except to the owner or with his approval, which should be endorsed by the financial officer in charge.
- No advance payment or loan shall be paid for a certain purpose except to the staff of the (IIRO) branch office or to one of the MWL Office staff, provided that all such loans and advance payments are settled immediately within one week of fulfilling the intended purpose.
- The Director of the office shall bear in very narrow limits the liability in approving withdrawal on an item which has no allocation, provided that the Head Office (Financial, Planning and Budget Departments) is informed. Also, this must be supported by general audit balance which shows the deficit and the surplus for such accounts.
- Withdrawal must be by checks with the exception of small advance payment.

## 2/6 Disbursement of wages and salaries:

The office accountant will prepare detailed lists of payroll for the office staff in the last week of every month showing due amounts deductions and the balance to be disbursed to the employee.

- Payroll lists and journal entry for salaries must be approved by the Office Director and the financial officer before payment and the office accountant will provide prior journal entry.
- The cashier will hand over the net salaries to the employees after they sign against their names on the list.
- For personal loans deducted from monthly salary in the payroll, the accountant will deduct the loans taken by the employee from his salary

16

IIRO 130675

according to the entry in the salary list. Payment of the full salary without deducting the installments through a receipt voucher is prohibited. The deducted amount is deposited by a separate voucher.

## 2/7 Observing the rules and principles of accounting:

The financial official shall be obliged to organize the accounts of (IIRO) branch office in accordance with the conventional accounting rules and principles. He should also abide by the documentary and bookkeeping cycle according to the directives issued by Financial Department in the Head Office provided that the following must be observed:

- Not to leave blanks or writings in the margins or scratches, or delete or squeeze in writing whether in (documents or records) , taking into account accuracy , care, cleanness and coordination.
- Usage of blue ink in writing provided that the numbers are clear and visible.
- Taking care to record and relay entries of the financial operations in the central daily journal and subsidiary journals immediately.
- When transferring one of the components of an entry that is consisting of more than one account to the subsidiary ledger, it is not enough to mention the word (mentioned) but all accounts forming this component in the subsidiary ledger should be mentioned.
- Writing in the records and accounting books must be from the real journal entries approved by the office director and the financial officer (receipt voucher- payment voucher – journal entry) which are supported by the necessary documents.
- Writing of the records and accounting books must be according to the historical and serial number of the vouchers.
- Daily operations must be recorded in the daily journal (American System) according to a receipt voucher attached with receipt or payment vouchers.
- Accounting matching must be carried out by monthly audit balances which represents movement and balances between daily American accumulation and the general ledger, as well as the general ledger accounts and the subsidiary records.
- Preparation of a memorandum of monthly settlement of office accounts at the bank approved by the Office Director and the Chief Financial Officer in the Head Office once every four months; attached with it the original bank statements of the office along with copies of the withdrawn checks.

17

IIRO 130676

- Trial general auditing balance shall be prepared periodically in both the movement and balances (every four months), including all allocations sent from the Head Office and the expenses made during that period to be approved by the office director and chief financial officer and sent to the Finance Department at the Head Office no later than the 15th of the following month.

- Keeping a statistical record of fixed assets indicating – the name of the asset, date of purchase, source of purchase, cost of purchase, place of purchase where it was- standard rate of depreciation of each asset provided that each asset is with a code number established and recorded in the register of the assets in order to facilitate inventory and follow-up. These assets are subject to the policies and rules of the Head Office, in case of scrapping and disposal.

### 2/8 (IIRO) Foreign Offices are classified into two classes:

- The First Class: Offices with annual budget less than three million riyals:

This is treated as advance cash while the offices are expected to send documented vouchers attached with approvals for the same period, analyzed according to their various departments in the analysis vouchers sent to the Head Office, each period, provided that dispatching of documents should not be more than one month from the end of the financial cycle.

Payment documents, analysis statements and vouchers that show the payment along with advance payment reconciliation shall be attached with a note signed by the Office Director showing the amount received for this dispatch and the exchange rate supported by bank notification and the amount paid out and if there is a remaining amount from the check value of this dispatch besides the reference to the period of these payments. Bank accounts reconciliation shall also be attached according to the attached Bank statement with copies of withdrawn checks, the financial situation and the trial balance for the same period.

- **The Second Class: Offices with the budget of three million dollars or more:**

These offices shall be dealt with by decentralized system or independent budgets where it keeps the records and accounting books as well as the payment documents and provide the Financial Department with trial balances and expenses analytic statements sorted according to the departments budget terms

18

IIRO 130677

and shall also provide the Financial Department with bank statements as well as copies of checks and withdrawn remittance of the same account and memos of bank accounts reconciliation and reconciliation of advance cash statements. This enables the Financial Department to pay accordingly, in addition to sending periodical report in a period not exceeding the following month after a period of one-third of the year, provided that financial control after disbursement is assigned to the financial official who's authority and responsibilities are determined in the following:

- The chief financial official in the regional office is assigned by virtue of his responsibility to audit the documents after the payment and to ensure their eligibility.
- The Regional Director shall depend on the signature of the financial official after auditing the expenses confirming them and attaching all the documents with the payment voucher under which registration in the books and records are made. Accordingly they shall be jointly responsible for what had been spent.
- The financial official is entitled to know and follow-up the income and expenditure and to discuss relevant issues with Directors of the Offices to be able to write the financial report accordingly.
- The financial official is entitled to give comments on the estimated and actual budgets and to discuss with the directors of the offices ( other departments under his supervision ) before submission to the Regional Director.

He is also responsible for answering any remarks from the Head Office, besides that he shall carry out the following:

- To review the financial movement of the Regional Office regarding the income and expenditure.
- To follow-up the financial movement of the Regional Office regarding the income and expenditure.
- To take the directors responsible for each financial movement.
- To prepare the general trial balance.
- To prepare the financial report.
- To coordinate and work with the accounts auditor appointed by the Head Office.

19

IIRO 130678

## 9/2 Determination of the relationship between the Head Office and the Regional Offices:

### (Offices that hold payment documents)

The Regional Offices which pursue decentralization in the accounts shall hold a complete group of bookkeeping, for recording their operations, and extract at periodical periods and at the end of the year, trial balance and financial statements that summarize the activity results. The office shall send to the Head Office , a summary of data at periodic intervals. During the year, the Head Office shall open an account on its books as a current account for recording the exchanged operations between itself and the branch office which shall hold in its books a current account in the name of the Head Office for recording the same operations.

The Head Office will integrate the branch office's budget into the Head Office's budget on one list that combines elements of assets and liabilities of both Head Office and the Branch Office classified line by line with the exclusion of current account balance for both the Branch Office and the Head Office, which make clearance with each other.

The Head Office account in the Branch Office account books corresponds with the office account in the Head Office books where it makes entries on its books by the office group books corresponding to those made by the Branch Office in its bookkeeping group.

The trial balance of the Head Office for this reason includes a current account balance of the Branch Office which is usually in debt while the trial balance of the Office includes the Head Office's balance which is always a creditor in such a case. Therefore, due to the matching of these two accounts, they do not appear in the consolidated balance sheet (Unified) of the Head Office as clearing occurs between them.

## 2/10 Settlement of advance payment for the offices which do not handle their own accounts by themselves:
### (Offices which send all their payment documents to the Head Office).

All amounts sent to the Branch Office are recorded as advance payment in the records of the Head Office after completion of the  transfer amount by the Financial Department of (IIRO) according to the program/ the department memorandum explaining the ways of spending this transferred amount and should be recorded in the Branch Office in favor of the account of the Head Office as per the bank provided that the Financial Department in the Head Office is notified about that by a receipt voucher, the origin of which is sent to it. The entries are conducted as described in page (50), provided that the Branch Office is committed to send its documents with respect to this analyzed advance cash on lists arranged according to the payment documents to the Financial

20

IIRO 130679

Department in the Head Office a long with a letter of consignment containing the check No. and installment for auditing and then the adoption of what is acceptable, in order to deduct the amount on the advance cash. Each Regional Office dealing in the circle of his geographical supervision should commit to this principle when dealing with its subsidiary offices when paying advance cash of the monthly expenses provided that the branch offices shall submit their documents for receiving advance cash in a period not exceeding ten days after the end of the month and that advance cash shall be settled in the Regional Office based on the documents which are collected, analyzed and sent to the Financial Department in Jeddah to deduct it from the current account.

### 2/11 Treasury Inventory:

- The Director of the Office shall form a committee to make an inventory on the contents of the treasury in the presence of the Cashier at least once a month.
- The financial official is entitled to make an accidental Treasury inventory, if necessary.

### 2/12 Arranging Purchasing and Storage Operations:

- Purchasing shall be according to a purchase order, submitted and approved by the requesting party.
- Purchasing is conducted through purchase orders with serial numbers (issued by the procurement official, if any) and approved by the Office Director of the Office and the Financial Officer.
- Orders of purchasing requests are reinforced by the receipt documents and original bills signed by the authorized persons and reports of inspection and entry.
- Purchasing, and implementation of works and services are executed via one of the following ways:
- **Direct Purchase:** Where three or more quotations are submitted for choosing the most appropriate without neglecting the technical issues and quality).
- **Limited competition:** Where not less than three competitors are invited to get the most appropriate price from them. Exemption from the requirement to obtain three quotations is to secure the necessary purchases that do not exceed the amount of SR 10,000 (ten thousand riyals) or its equivalent in a foreign currency.

21

IIRO 130680

- **Public Competition:** This is done by publishing in the newspapers where quotations are received, reviewed and compared by a **Committee** to be formed in the office for this purpose, taking into account the use of the special forms already mentioned in Chapter I (supporting documents) in the selection and award procedures and the payment of due amounts the practice in the Technical and Engineering consultancy pursuant to (IIRO).
- **Urgent Relief Programs:**
- (IIRO) provides relief activities in the areas of where IIRO offices are found as well as all over the world in areas where offices of (IIRO) are not even found.

- **The First Case: the implementation of emergency relief in a region where IIRO office exists:**
  Implementation in a region where there are an IIRO office and a relief sector coordinator:
  - In this case, a tripartite committee is formed of the Director of the office in the region, the coordinator of the relief sector in the region and the office financial officer. The committee shall be assigned all responsibilities of implementing relief work including purchasing, receiving, storing, and distributing goods.
  - In this case, emergency relief funds are transferred to IIRO office account in the region.

- **The Second Case: the implementation of emergency relief in a region where there is a relief sector coordinator but there is no office:**
  - In this case, a tripartite committee is formed headed by a representative of the sector appointed by the Head Office. The committee members will include the sector coordinator in the region and MWL's representative in the region or an Islamic or charity figure in the absence of a MWL representative.
  - In this case, emergency relief funds are transferred by the Head Office to the nearest office that has a relief sector coordinator or - if there is no such office - to the nearest office to the region.

- **The Third Case: the implementation of emergency relief in a region where there is no IIRO office nor relief sector coordinator:**
  - In this case, a delegate from emergency relief sector travels to the region and a tripartite committee is formed headed by the delegate and including MWL's representative in the region, and a representative from the Saudi Embassy or an Islamic charity figure.

IIRO 130681

– In this case, a check with the amount of the relief is issued and submitted to the sector's delegate, appointed to implement relief work in the region, if the amount is less than SR 50,000. If the amount is more than that the check is submitted to a committee composed of the sector's delegate and a delegate from the Finance Department.

### 2/13  Proposed Financial Mechanism for the Implementation of Liquidation of Emergency Relief Accounts Receivable

– After completing the process of budget distribution by emergency relief sector, the distribution of payments is approved in accordance with the need of the region where the project is implemented by emergency relief committee.

– Special relief payments are sent to each region in its due time without delay and without any requests ordered by the implementing office, particularly in regions where semi-permanent projects are implemented such as camps since a budget is adopted to that region based on an actual need and existing projects.

– When any remittance is made from the budget of emergency relief, the Finance Department shall send a copy of this remittance to the emergency relief sector to follow up on receipt of payments on their due time and to know the amount deducted from the budget.

– Due to the nature of emergency relief work and the importance of the arrival of emergency relief in a timely manner in addition to the amount and reserves allocated for emergency relief and emergency disasters in Islamic World, a committee headed by emergency relief supervisor or his representative and including the supervisor's assistant of Financial affairs in the region which is in need  and the sector's accountant in order to determine the relief amount needed from the reserves, to draft the minutes of emergency relief and to complete the required statutory procedures.

– The payment is made based on a request sent by the Emergency Relief Sector to the Finance Department ordering the payment of the specified amount of money for the implementation of emergency relief in the affected area. A copy of relief minutes of the state concerned shall be attached to the request, however, if the value of the payment equals the value of the record, the whole record shall be sent.

– Then, the check or remittance of the amount is made by the Finance Department and sent to the office or it shall be handed over to the relief delegate responsible for supervising the implementation of the campaign

23

IIRO 130682

who, in turn, shall hand over the check to the director of the implementing office in the affected region. The sector's delegate is only responsible for submitting the check, supervising the relief work, and registering accounts receivable on the account of the implementing office, whereas the liquidation shall be made and the receipt of the amount of the check shall be submitted to the delegate by the implementing office. The receipt voucher shall be submitted to the Finance Department.

— Checks are handed over to emergency relief sector's delegate when undelayable disaster strikes. In this case, relief payment amount is made and submitted to the sector's delegate whom, in turn, shall submit the amount to the Director of IIRO's implementing office in the affected region.

— The liquidation of relief accounts receivable shall be made by the Finance Department together with the implementing offices.

— Emergency relief budget is distributed in accordance with justified plan that leads to the implementation of different emergency relief work every four months all over the world and shall be referred to the Emergency Relief Committee to get the final approval on distribution and payment.

— Emergency relief allocations are transferred between different regions by a committee composed of the supervisor or his representative, his financial affairs assistant, his continent's assistant in which the region in need locates, and the sector's accountant provided that the allocations do not exceed 15% of the budget of one-third of the fiscal year. Department of Planning and Budget shall be informed about the transfer decision.

## 2/14 Organization of Warehouse Tasks:

— The finance officer is responsible for organizing warehouse in accordance with proper scientific and accounting base to achieve safety and control.

— Warehouseman shall issue receipts and payment vouchers of the warehouse incoming and outgoing materials and shall be responsible for taking signatures.

— Withdrawal of goods from the warehouse is made in accordance with payment vouchers that bear serial numbers and indicate:
Name of the beneficiary, type of ordered materials, quantity, unit, order date, reason of order, recipient name and signature —or a statement that indicates

24

IIRO 130683

material's name and quantity- and then it shall be attached to minutes if the quantities are ordered for relief.

— Warehouseman should enhance payment vouchers by attaching the order approved by the office director.

— Warehouseman shall be responsible for maintaining inventory cards for all material kept in the warehouse, registering all incoming and ordered materials and extracting the balance of all items in the warehouse.

— At the end of the fiscal year, the office director shall form a committee to perform warehouse inventory with the presence of warehouseman. This procedure can also be done whenever necessary.

— The formed inventory committee shall be responsible for providing a comprehensive report that clarifies materials stored in the warehouse, period of validity, and positive and negative deviations (if any).

— In the case of writing down any quantity of stored materials, a special committee must be formed for this purpose including the finance officer, one of the welfare officers and warehouseman. Minutes shall be sent to the Head Office Finance Department after being approved by the Director of the overseas office.

— In the case of the arrival of food or clothing unfit for consumption, the office Director must form a committee to study these consignments and draft minutes to be sent urgently to the Secretary General and another copy to the Assistant Secretary General Finance explaining all costs paid for shipping, refining, transferring, and shipping them back to Jeddah.

## 2/15 Guidelines:

All overseas offices must take into account the following:

— The Office Director must avoid making any decision that involves financial obligations that are not approved in the annual budget, except under a written consent from the Secretary General.

— The Office Director is not entitled to transfer funds from one welfare item to another. Every office must explain and justify the positive and negative deviations in the end of every periodical time (four months).

— Budget appropriations may not be used for purposes other than those defined.

— Funds transferred to the overseas office (other than budget appropriations) shall be deposited in a separate bank account and may not be used for purposes other than defined. Funds documents shall be

25

IIRO 130684

separated from the overseas office expenses documents when being sent to the Finance Department at the Head Office.

— Any oral authorization made by IIRO Secretary General to the Director of the overseas office to make specified payment must later be supported by written authorization in order to approve the payment.

— Any revenues received by the overseas office other than funds transmitted by IIRO within the budget shall be deposited in a separate account. The Finance Department at the Head Office shall be informed about the revenues illustrating the source from which the funds were received.

— The director of the overseas office, the finance officer, and the accountant shall be responsible for any violations of these instructions.

— In the case of dismissal/resignation of one of the office staff, the Office Director must use the clearance form in order to document the receipt by office of any long-lived and used assets held by the resigned employee. When settling the employee's legitimate entitlements, the dismissed/resigned employee shall sign the acknowledgment form concerning the receipt of his entitlements in order for the office to avoid being sued by the employee.

## 2/16 Supervising Visits to the Foreign Offices:

Supervision ranges according to the regulator as follows:

### ❖ Finance Department and Field Audit:

The Finance Department schedules supervisory visits to the overseas offices based on the volume of observations made on the periodical reports and documentary audit of the offices that do not send their documents to the Head Office or the offices that are described as decentralized in their financial performance. These visits are made within a two-year auditing cycle that completes comprehensive coverage of all offices that maintain its documents and sends trial balance and periodical reports to the Head Office (Finance Department) ..

### ❖ Unscheduled Supervisory Visits:

Some IIRO officials are assigned to make official supervisory visits to the overseas offices and submit the visit reports to the Secretary General or the Assistant Secretary General Finance.

### ❖ Supervisory Visits of the Internal Auditor:

Scheduled according to his own visits program.

26

IIRO 130685

❖ **Return Supervisory Visit:**

The Finance Officer in the overseas office is assigned to visit the Welfares and the Finance Department in IIRO's headquarters in order to finalize pending financial matters. This visit has to be previously coordinated by the Overseas Office Department and other concerned departments.

## 2/17 Settlement & Bank Reconciliation of Accounts of the External office Visited by the Field Visiting Team:

After reviewing and auditing the office accounts and completing the matching between the Head Office records and the office records under review, the supervisory team shall issue a clearance certificate for the overseas office or draft minutes that define deficiencies found in reviewing documents in order to be completed before the following visit of the office. In both cases, the periodical time assigned for reviewing these documents shall be mentioned.

The team shall also clarify the period required to keep the revised documents in accordance with regulations followed in the Head Office. However, the office that keeps its documents must send all documents that are kept for five years to the Head Office in Jeddah in order to be kept or destroyed according to regulations and policies followed by IIRO.

27

IIRO 130686

# Chapter Three

# Designing of the Accounting

# &

# Information Transfer System

28

IIRO 130687

## Preamble

This chapter explains accounting information system that is proposed to be applied in the overseas offices. The system tackles financial resources control and payment aspects in implementing projects and programs.

The system includes the following:

3/1 Accounting Manual.

3/2 Accounting Documents.

3/3 Documentary Cycle of Accounting Entry in Books.

3/4 Journal Entries.

3/5 Accounting Books and Records.

3/6 Financial Report.

## 3/1 Accounting Manual

The Accounts guide is list of master and sub-accounts used in IIRO's Financial Accounts and converted into computer based numerical language. For example, the accounting manual uses one number in referring to master accounts, two numbers in referring to the general accounts, three numbers in referring to the sub accounts and four numbers in referring to analytical accounting.

- **Master Accounts**: Welfares, Programs and Projects' names.

- **General Accounts**: Welfares, Programs and Projects' items.

- **Sub Accounts**: detailed explanation of the essence of Welfares, Programs and Projects' items.

- **Analytical Accounting**: more detailed analysis of the essence of Welfares, Programs and Projects' items.

Every overseas office shall select its need from this manual and the Finance Office shall be responsible for directing accounting entries on journal vouchers in accordance with the Accounting Manual.

The Head Office Accounting Manual was prepared by the IT Department in IIRO where Master Accounts is divided into operations, programs, and Welfare accounts and General Accounts into sub accounts. As the accounts have particular serial numbers, the Accounting Manual applied in the Head Office must be followed by the overseas offices in order to have consolidated financial statements while the Finance Supervisor shall inform all local and overseas offices with any update.

## 3/2 Accounting Documents:

When implementing programs and projects by overseas offices, there must be cash transactions, bank transactions, inventory transactions, and non-cash and non-bank transactions. These transactions are controlled with the following:

29

IIRO 130688

— Cash Transactions:

Overseas office's cash transactions are originally made through bank transactions except petty cash or other extraordinary expenses made due to the region's nature and working conditions. To control office financial matters, the following documents must be issued:

❖ **Receipt Voucher:** drawn up in an original +3 copies (the original to the payer, one copy attached to the documents, one copy to the cashier and one to be kept in the stub book).

❖ **Payment Voucher:** drawn up in an original +2 copies (the original attached to the documents, one copy to the cashier, one copy in the stub book). The payment is made according to a check in the name of the beneficiary and stamped with the word (the check is only made to the first beneficiary)

❖ **Cash Flow Statement:** drawn up in an original + 2 copies (the original in the Finance Department, one copy of (petty cash) to the cashier, one copy in the stub book).

— **Bank Transactions:** to manage the transactions, a check payment voucher is to be issued, drawn up in an original + one copy (the original attached to the payment documents and the copy in the stub book).

— **Inventory Transactions:** to manage inventory matters, the following documents are to be issued:

❖ **Item Receipt Voucher:** drawn up in an original +2 copies (the original attached to the documents, one copy to warehouseman, the other to be kept in the stub book).

❖ **Item Order Voucher:** drawn up in original + 2 copies (the original attached to the documents, one copy to warehouseman, one copy in the stub book).

❖ **Inventory Card Cycle:** used by the warehouseman to validate the deposits and withdrawals and know the balance right away.

❖ **Other transaction:** Journal entry Voucher is issued by accounting settlements from an original attached to documents related to settlement and the approval of the authorized person.

IIRO 130689

## 3/3 Documentary Cycle for Recording in Books
### General Documentary Cycle
### (Office)
- **Receipt Transactions**

- The individual who wants to provide office with cash must submit (a cash provision application) directed to the financial official, seeking his approval for providing Office with a certain sum.
- The financial official approves the application and directs it to the cashier after making necessary accounting directions on the application.
- The cashier receives cash as per the cash provision application, issues a four copy's receipt; an original and three copies; the original is handed over to the sum payer, the first copy is given to the accountant, the second to be retained by him as attached to the receipt and the third to be kept at the counterfoil of the book.
- Sums given to cashier must be given by issuance of a receipt at the end of the day and that all receipts in any single day must be covered by an accounting entry document for the same day (in the same date).
- The accountant collects receipts every day so as to match the actual cash movement with what is written in the books and that an entry document at the journal is issued so as to be recorded at daily American journal at the cash section (debit Side) and that the same sum is recorded at donation side (credit Side) based upon the double entry theory (donations). Moreover, all these donations are analyzed as per their allocations in revenue analysis book but the responsibility of auditing and verification of the sums of receipts must be shouldered by the accountant who performs the matching process with the cash book and explains donations and revenues (outside the budget provisions), if any.
- The cashier must immediately deposit the daily revenues he receives at the bank account, and obtain a receipt note from the bank for such deposit which he submits to the accountant for issuing a three copy's cash payment receipt (an original and two copies) and that the deposit note must be attached to the original payment voucher; the first copy is given to the cashier so that he record the sum at the payment side of the cash book and the second copy is retained at the counterfoil of the receipt book. Accordingly, the accountant prepares a journal entry document for recording the payment voucher at the bank account in the debit side and the same amount is recorded at the credit side of the cash book.

31

IIRO 130690

- **Payment transactions:**

This covers the following:

- The individual, who demands payment, submits to the financial official (a payment application) accompanied by fully authorized documents.
- The financial official approves the payment application and refers it to the accountant after performing the required accounting directions.
- The accountant issues a three copy's payment voucher (an original and two copies); the original is attached to the application, the first copy is given to the applicant and the second is retained at the counterfoil of the payment book.
- The applicant goes to the safe and hands over the payment voucher to the treasurer (cashier) who pays him the due sum.
- In payment of cash (Exceptionally), the treasurer records the cash payment voucher at the payment side of the statement of safe (cash) movement.
- The accountant records the payment voucher at the American daily journal and then posts it to the concerned accounts of the subsidiary books.

- **Settlements as per entry vouchers:**

An entry voucher is issued in cases in which no cash transaction is involved or in cases of making certain amendments, complementary or correcting entries, in addition to the fact that the said entry voucher is considered in principle a directing accounting document.

- **In the case of submitting documents for settling advanced payments:**

- The applicant submits to the financial official (substitution application) supported by fully authorized documents.
- The financial official approves the application and refers it to the accountant after giving the required accounting directions.
- The accountant issues a three copy's entry document (an original and two copies); the original is attached to the application and documents, recorded at the daily American journal and transferred to the concerned accounts at the subsidiary books. The first copy is given to the applicant to retain it as a document proving settlement of the advanced payment and the second is kept at the counterfoil of payment book.

- **Other cases:**

These include the following:

- Amendment of mistakenly made journal entries.
- Recording of bank expenses which were not recorded before.
- Settlement of certain accounts whether by increase or decrease.

IIRO 130691

Moreover, it is essential that counterfoil books of these accounting documents (receipt. Payment and entry) as well as check counterfoils and check cashing documents are retained after usage, at special archives of the Financial Department at the Secretariat General, in a manner that can easily be accessed, reviewed and verified later. Additionally, there are other groups of forms and formulas that can be employed when need arises or with a view to facilitating the accounting transactions.

- **Accounting Documentary Cycle for Hospitals and Clinics:**
- **Revenues**
- **Daily Revenues of Treatment Fees:**

Treatment and clinical examination (medical consultation) fees are received by the reception section at the hospital/clinic. This section issues a five copy's receipt (an original and four copies). The original is given to the patient and three copies are attached to the patient's medical record which is referred to a particular out-patient department; and treating doctor or physician retains a copy for the necessary matching with the treasurer at the end of the day. The medical record is returned after that to the Accounting Section for recording based upon the remaining two copy's (the second and third), the third copy is kept at the medical record and the fourth is kept as receipt book counterfoil. The second copy is attached to the list of the visitors of hospital/clinic, which is sent with the cash received to the general treasurer (cashier) of the hospital/clinic. The receipt books are registered as trust under the custody of the receptionist at the Reception Section, but they must be subject to sudden stocktaking (inventory), as well as handing-in and handing-over processes when the respective receptionist enjoys his annual vacation or is dismissed from service.

- **Fees of Laboratory Analysis and Radiology:**

Fees of laboratory analysis and radiology are received by the Reception Section at the hospital/clinic as per receipt order to which is attached the analysis service request, which is prepared by the respective internal sections of the hospital. Furthermore, in the case of cash receipt, it is stipulated that a five copy's receipt (an original and four copies) is issued .The original copy is given to the money payer (the patient) and three copies are attached to the patient's analysis service request which is returned to the department that sent it; and the department retains a copy for the necessary matching with the treasurer at the end of the day. The second copy remains in the record, attached to the special statement on the type of service (laboratory analysis, radiology...) and third copy is sent with the record to the Accounting Section for registration, while the fourth copy remains at the analysis receipt book counterfoil .

IIRO 130692

- **Drugs Sales from Pharmacy:**

When a prescription is dispensed after the patient hands it over to the pharmacist who issues a cash receipt permit to the patient who takes it to the reception section for receipt of the sum, the receptionist issues a five copy's receipt (an original and four copies). The original is given to the patient, the first copy is returned to the pharmacist who hands over medicines to the patient as per the said copy, the pharmacist retains the said copy for matching with the treasurer at the end of the day, the second copy is sent to the accounting section for registration and the third copy is attached to the file while the fourth copy is kept at the drug receipt book counterfoil. However, it is stipulated that – after due matching by the treasurer with relevant sections- he must deposit in the same day or in the morning of the next day at most the revenues to the bank account specified by the Regional Office. The bank's deposit slip must be attached to the monthly revenue statement which is sent to the Regional Director as part of the performance report.

**Supervision of Drug Warehouse**

Certain offices of IIROSA allocate a warehouse for the office, which receives and stores medicines as well as dispenses them among health units working under the supervision of the office such as hospitals/ clinics/peripheral dispensaries. In this case, the Office accountant must keep an assistant record controlling the supply movement, based upon a receipt and expenditure memo as per the payment order, provided that the balances transferred from a month to another match the balances appearing in the warehouse report, which shows the movement of the items cards at the warehouse, whose system is kept with the store keeper. The record should include the amount and the quantity.

Medications should be received and dispensed according to special forms designed for this purpose, provided that surprise stocktaking be one by the Office, as well as continuous inventorying by the warehouse keeper at the end of each period, followed by preparation of a list showing movement of each item and the running balance accordingly.

The Office accountant should finalize the accounting procedures with regard to entering the values of the revenues and expenditure on the payment and receipt vouchers and those sent back to be recorded in the Office performance record, provided that the warehouse keeper stamps all payment memos with the payment stamp (issued) and the receipt memos with (received).

- **Cases Exempted from fees payment 1/4**

This is represented in the cases referred by Social Welfare to its staff or director of the office for those recommended to be provided with medical treatment, provided that there must be a form to be used in such cases.

34

IIRO 130693

- **Expenditure:**

**Expenditure Aspects:**

The regional office must agree with the existing units working under its supervision such as hospitals & clinics) on determination of the magnitude of the standing advanced payment required for meeting the operational expenses of these units, provided that such determination is based on the monthly average for the financial period (third of a year), together with adding a specific percentage in compensation for the increase in the service price. However, this advanced payment is subject to supervision and follow-up by the Regional Director and payment from this advanced payment is made by using a special receipt form when the treasurer receives the sum transferred to him from the Regional Director and that when we spend a portion from this sum a payment voucher form prepared by the accountant of hospital/clinic is used. The general treasurer uses these two forms for making entries in the subsidiary books.

- **Salaries**

The personnel section at hospital/clinic prepares payroll of staff, but this payroll must be reviewed and audited by the accountant of the hospital/clinic who should prepare after this payment document for the net salary. Salaries are paid after, due review and approval by the director of the hospital/clinic through checks or through bringing from the bank the salaries amount in the same payment date for distribution among the beneficiaries (in exceptional cases) after each one signs on the space provided against his name on payroll.

- **Expenditure**

The expenditure that exceeds in its amounts the petty expenditure are expended through the bank account in which are deposited the sums pertaining to the running the hospital by the Regional Office. The expenditure represents the following:

- Drugs purchases. These must be done as per purchase request, which must be signed by the individual responsible for the pharmacy, provided that this request is approved by the director of hospital/clinic. However, if the drug of the type that can be stored and has storage card, a copy of its statement is to be attached to display the balance at the warehouse.
- However, if the request for a new drug, a report signed by the physician proposing the drug, director of hospital/clinic and supervisor of Health Welfare, must be attached to this request. In this request, the minimum level of this drug kind, point of re-request and safety limit must be specified.
- The purchase request must be handed over to the purchase official, who must arrange to demand three quotations from the interested parties. However, the administrative official at the hospital/clinic must shoulder

35

IIRO 130694

the responsibility of the implementation of the financial and administrative regulations, especially in verifying whether the prices are economic, provided that the director of hospital/clinic approves the price outweighed by the administrative official in the light of the quotations and selection of the most appropriate one, in addition to what proves receipt of drugs or service .After that, a payment document is prepared for the payment of the competitive sum accordingly.

### • Payment of service contract value

Any contract must be made on the principle of competition according to the economic prices prevalent in the community where the hospital renders its health care services. Internal procedures at the hospital that prove the need for such contract must be followed. Furthermore, justifying request documents, signed by the circles demanding contract, must be attached. However, the responsibility of selecting the most suitable prices lies with a committee set up by the hospital/clinic, which submits its recommendations to the director of the hospital/clinic so that he approves the price outweighed by the said committee as per a report prepared for that purpose and authenticated by the supervisor of the Health Care Program.

### • Petty cash

Petty cash is made through a special fund in which certain sum is allocated to meet petty expenses decided by the director of hospital/clinic, provided that payment from this fund on all petty expenditure are based on documents indicating expenditure. Furthermore, the individual who is in charge of such trust must prepare compensation statement for what was expended at the end of the day according to a form titled (statement of expended petty cash) to which are attached justifying documents (original bills), in addition to a form of petty expenditure used by hospitals in cases in which it become impossible to obtain original bills from buyers or service providers. This statement must be signed by the individual in charge of the petty fund and who reviews and audits all bills presented to him and stamps them by the stamp titled (PAID) before submitting them to the hospital/clinic accountant for the necessary action.

The hospital/clinic accountant reviews and counts the documents attached to the statement submitted by the petty cash treasurer and then after that he prepares a payment document for compensation of the sum defrayed with a total amount of the audited statement.

### The Replenishment of Constant Advanced Payments

To perform the replenishment of constant advanced payments, a letter, signed by both the hospital director and health welfare coordinator, is to be prepared and sent to the regional office director, demanding due replenishing of constant

36

IIRO 130695

advanced payment for the hospital/clinic, attached to the statement on the expended sum as documented by the necessary justifying documents (original bills) when the level of cash reached the limit requiring such replenishment. However, such statement and attached documents must be reviewed, audited and approved by the accountant, financial official/hospital director.

### Remark:

It is to be observed that the treasurer and individual in charge of the petty cash expenditure must keep subsidiary books.

### Accounting Documentary Cycle for the Animal Projects:

The office deals in accounting terms with animal projects as a type of investment through allocating a column in the general American journal and ledger for registration of the daily accounting movement. Based on this, a subsidiary ledger is specified for analyzing these accounts covered by this investment. Moreover, the supervising body of this investment must be assigned a constant advanced payment to cover current expenditure, provided that such payment is to be compensated periodically as per instructions regulating this payment, in addition to   taking into account that this investment must be supervised as per value standards and indicators.

The accounting process of this type of investment does not differ from the rest of other investment aspects, whether commercial or industrial, only save to certain aspects arising from its very nature and which are embodied in the following points:

- Animal assets need a special care which is not required by other assets. In fact, the care they need includes nutrition, treatment and accommodation at an adequate level that allows their preservation for achieving the purpose of their acquisition.
- Contrary to other types of assets, animal assets are exposed to continuous quantitative and qualitative change, in addition to the fact their number either increases or decreases through reproduction or dying. Likewise, they are also exposed to fluctuations in their market value in subjugation to the law of life which affects any living animal, especially in terms of its birth, maturity, aging and death.
- Unlike other assets, which have many methods for calculation of depreciation, such as direct installment method, diminishing installment method, depreciation of animal assets is calculated by using re-evaluation method.
- Animal assets need accounting method and supervising techniques which are different from the normally used methods in dealing with the remaining types of assets. Specifically speaking, the accounting and supervising framework pertaining to the accounting of these assets depends on the following principles:

37

IIRO 130696

- Keeping statistical and explanatory records that indicate the date of acquiring an animal asset and changes associated with such animal.

- Retaining detailed books on the cost of caring for theses animal assets such as provision of adequate housing, nutrition and veterinary treatment. In this case, theses assets are considered cost centers which can be assigned with their direct cost factors, in addition to charging them with a share of indirect cost factors.

- Keeping detailed books on the production and reproduction of these animal assets.

Since we should take into consideration what we mentioned above regarding the difference in the types of animal assets and the purposes of their acquisition, it is preferable that a special account is opened for every type of acquired animal asset, in addition to a number of accounts to be classified into the following groups:

- Accounts of animal assets acquired for reproduction.
- Accounts of animal assets acquired for their production.

Accounts of animal assets acquired for re-selling.

- **Documentary Set:**

This set of documents comprises the following:

- **Internal documents:**

These are in themselves have supervising nature and are intended to specify responsibility, evaluate performance and investment and include the following:

- **Item dispensing permit:**

This is intended to dispense forage, chemical materials and equipment used in cleaning stockades, in addition to the medicines that are used in fighting diseases of animals. It must be signed by the individual using these materials.

- **Permit of Handing over Animals for Sales**

The individual in charge of animals is parallel in responsibility to the treasurer of cash and warehouse keeper that he is authorized by other persons responsible for the process of animal dispensing. This process is applied in order to secure the smooth running of internal supervision and keeping away as far as possible from combining two different responsibilities in a single individual as by this way he becomes fully responsible for the number of animals under his control. This permit is prepared by the supervisor of stockades when he receives instructions for whole or retail selling some of the animals in the stockades.

**Receipt permit**

This is issued on receipt of materials that are stored for meeting daily consumption.

38

IIRO 130697

**Monthly stocktaking (inventory)**

This is a statement with particulars pertaining to type, number and category of assets whether current or fixed (warehouses/ investment). The stocktaking is undertaken by the supervisor of these stockades; and that all animals are weighed, their weights are labeled to them and the weight of each kilo is fixed. This is all intended to complete the supervision over quantity, number and value.

**Cost statement**

This statement reflexes the direct and indirect cost elements, according to which what remains at the end of each period is evaluated

**Foreign documents:**

What was mentioned above applies to the accounting procedures of the various welfares and the Office running expenditure, in addition to certain documents as per the nature of the activity, including the following:

**Report on auction selling:**

The product of these blockades is sold in auction as per a report to be authenticated by the official responsible for this auction, in addition to a representative from the office and blockade official (supervisor).

**Cash selling bill**

This bill is issued by the supervisor of the blockades after due completion of the whole or partial auction transactions. Furthermore, he must record all information pertaining to the animal transactions, especially the type, number and weight of animals, price received, name of the purchaser and auction date. The bill must be stamped by the office stamp and authenticated by the purchaser who must sign for accepting the animals. In this case, the bill must include cash receipt in exchange for a permit receipt issued by the supervisor, provided that the purchaser signs the receipt permit at receiving the animals.

**Monthly sales statement**

This statement includes the value of the basic sold product of the project, in addition to by-products or subsidiary products ( milk-cheese -manure).

**Accounts and book entries**

These accounts are opened pursuant to the desired objective as follows:

**Accounts of animal assets selected for their products:**

This set of accounts comprises the following:

- Reproduction animals' account.
- Expenditure and revenue of reproduction animals' account.
- Production account.

39

IIRO 130698

- Reproduction animals profit & loss account.

Below are details of each account separately:
- **Reproduction animals' account:**

It is preferred to have two columns for this account; one for value and the other for quantity- the number of animal heads- so as to have due supervision over them. This account deals with reproduction animals as fixed assets.

The debit side of this account displays the following:
- Balance at the beginning of the period.
- Cash and credit purchases of reproduction animals.
- Number transferred from reproduction animals' account (such as females).
- Cost of off springs till they reach maturity age.

However, the credit side of this account displays the following:
- Cash and credit sales of reproduction animals, evaluated per cost.
- The value of the dead animals, taken from the original type of asset as per the cost price.
- Depreciation rate of the original asset type.
- Number transferred from this type of animal assets to other assets such as transferring of certain reproduction animals to the group of working animals.
- Balance, which represents cost of the remaining portion of the original fixed asset at the end of the year.

This account appears as follows:

On the credit side of the transferred account from the production account to the fixed asset account (Reproduction animals), and sales of the product to others evaluated per cost price.

The entries at the reproduction animals' account are displayed as follows:

### Reproduction animals' Account

| Value | No. | | Value | No. | |
|---|---|---|---|---|---|
| | | - To Expenditure & Revenue A/C of reproduction animals (production cost) To reproduction animals Direct Expenditure A/C Forage rate To Indirect Expenses A/C | | | -From production sales A/C (transferred to production sales and expresses the cost of sold product) -From A/C reproduction animals A/C (transferred from reproduction animals A/C) |

40

IIRO 130699

| | | | | | -Balance represents the cost of remaining from reproduction animals at the end of the period |
|---|---|---|---|---|---|
| | | | | | |

The balance of the account represents an increase of the debit side over the credit side, which is the cost of the product; and that account balance is closed when it is posted to the debit side of the reproduction animals' account.

## Account of Expenditure & Revenues of Reproduction animals

| Value | No. | | Value | No. | |
|---|---|---|---|---|---|
| | | -To cash A/C<br>Rent of blockades<br>Forage<br>To General Expenditure A/C<br>Administrative<br>Share of reproduction animals.<br>To depreciation of reproduction animals A/C | | | -From cash A/C<br>Price of produced manure<br>Price of produced milk<br>Value of animal work to others<br>From production A/C (cost of production, which is A/C balance) |
| | | | | | |

## Production Account:

This account aims at specifying the cost of the remaining product at the end of the period. It is noticeable that the account is similar to the cost of the account of the complete product warehouses at the industrial projects which determine the cost of the stock at the end of the period.

On the debit side of the account is displayed the price of the cost of the product, which is the balance of the account of expenditure and revenues of the production animals and the direct expenditure concerning such cattle and which the farm expends on them till the time of their selling .

On the credit side of the account is displayed what was transferred from the reproduction animals to the fixed asset account (reproduction animals) to the others account as evaluated per cost price.

The entries at the reproduction animals' account are displayed as follows:

41

IIRO 130700

### Production's Sales Account

| Value | No. | | Value | No. | |
|---|---|---|---|---|---|
| | | To Expenditure & Revenue A/C of reproduction animals (production cost)<br>To Direct Expenditure A/C, regarding production – forage –rent<br>To Indirect Expenditure A/C | | | -From production sales (transferred to production sales and expresses cost of the sold product)<br>From reproduction animals A/C( transferred from the reproduction animals)<br>Balance represents the cost of the remaining from the product at the end of period). |
| | | | | | |

### Account of Production Sales:

It is like trading account but pertains to the produced animals as the total profits of the activity can be determined through this account.

On the debit side of the account is displayed the price of the cost of the produced animals transferred to this account from the production account, which is transferred to the expenditure of selling and distribution.

On the credit side of the account are displayed the revenues of cash and credit sales that are transferred to production account as well as the account balance which represents the total profits or losses as the case may be.

The entries at the production account are displayed as follows:

### Account of Production Sales:

| Value | No. | | Value | No. | |
|---|---|---|---|---|---|
| | | -to Product A/C (sales cost)<br>-to product (produced animals)<br>-to selling & distribution A/C expenditure –what pertains to A/C from selling)<br>To produced animals A/C (total profit) | | | From cash A/C (cash sales)<br>From customers (credit sales)<br>From produced animals (profit of product sales)<br>From produced animals A/C (total loss) |

42

IIRO 130701

These accounts include the same elements that are displayed at the previously mentioned accounts as follows:

**Accounts of animal assets acquired for the purpose of re-selling:**

These are considered animal assets. Their case is contrary to the two previous cases in which they were considered current assets which are bought for the purpose of retaining as fixed assets.

For tackling this type of animals in accounting terms, the following accounts are opened:

Animal fattening account.

Account of expenditure and revenue of animal fattening.

Animal fattening sales account.

Animal fattening profit & loss account.

**Fattened animals' account:**

This account is debited with the beginning balance, in addition to purchase and debit balance to the account of expenditure and revenues of fattened animals and the new-born animals. But, it is credited with the number of dead animals only and with the sales of fattened animals with the cost price and the balance is the value of fattened animals at the end of the period.

The entries at this account are displayed as follows:

On the debit side of this account you will find displayed: the veterinarian ------in addition to the share of produced animals and the general and administrative expenses of the farm as well as the depreciation of the asset.

However, on the credit side of this account, is recorded the value of the products and secondary revenues such as the price of manure, produced milk as well as anything generated by the work of animals in the farm or for others.

**Account of fattened animals:**

| Value | No. | | Value | No. | |
|---|---|---|---|---|---|
| | | • Beginning balance <br> • To cash (purchases) A/C <br> • New-born animals (in number only) <br> • To expenditure & revenue A/C of fattening cattle <br> • - balance | | | • Dead animals (in Number only) <br> • From sales A/C of fattened animals as per cost <br> • Balance at the end of period |

IIRO 130703

**Account of Expenditure and Revenues of Fattened Animals:**

On the debit side of this account are displayed all expenditure relating to fattening cattle, while on the credit side are displayed the different sources of revenues of these animals. Furthermore, the debit balance of this account, which represents the excess of expenditure over revenues, is posted to the debit side of the fattened animals account.

**Account of the Sales of the Fattened Animals:**

This account is debited with the price of the cost of fattening cattle and credited with the actual selling price and the credit balance of this account is posted to the credit side of the profit and loss account.

**Account of Expenditure & Revenues of Fattened Animals:**

| Value | No. | | Value | No. | |
|-------|-----|---|-------|-----|---|
| | | • Cash A/C<br>Rent<br>Wages<br>forage feeders<br>Forage<br>Expenditure A/C<br>General<br>Administrative<br>(Animals' share) | | | From A/C Cash ( price of produced cement milk )<br>From under-mentioned<br>Cattle work for plant or to favor of others<br>From A/C Fattening cattle (Balance of account transferred to A/C fattening cattle) |

**Accounting Documentary Cycle for the Products of the Sewing Works:**

The Office allocates a permanent investment advanced payment in sewing works. It is taken from the general sources whose status is not yet decided by IIROSA (Differences of exchange rate of currency/bank interests) as per the principles governing this type of investment. However, this advanced payment must be settled at the end of the year in the process of closing of accounts. Moreover, the individual responsible for this investment activity (Welfare Supervisor) keeps a subsidiary ledger at which he records the following from the actual cashed checks and information of petty cash advanced payment:

45

IIRO 130704

## Opening of Accounts:

- Advanced payment account (Received sums/ paid sums).
- Bank account
- Materials account
- Wages account
- Assets account (Sewing machines)
- Account of direct expenditure, which is represented in the following:
    - Threads
    - Clothes
    - Swing machines needles
    - Sewing machine fabricating oils
    - Others (miscellaneous/petty cash)
- Sales account:
- Account of profits and loss of the project

## Disbursement transactions:
Petty cash advanced payment:

A small sum is allocated to meet petty expenditure which is needed by the operator of the tailor's shop; and this sum which is considered an advanced payment is handed over to the tailor's shop supervisor. Furthermore, disbursement is made as per bills which must be signed as received by the materials requestor and that these bills are gathered as per a specific form (Statement on the sum disbursed on petty cash expenditure).

This statement, together with bills proving due right, is submitted for compensation of the sum expended. Consequently, welfare official issues a check to be withdrawn on the account of the permanent advanced payment he keeps for compensation of the sum expended. Furthermore, this check must be recorded in the bank account and that expenses are to be distributed and posted their relevant accounts as per what was mentioned above.

## Other payments:

Payments pertaining to expenditure and exceeding the sum of petty cash must be made per checks which must be registered at the bank account opened by the welfare supervisor in the said bank.

According to principles set, the operation account is settled and the results of the profit and loss account of the period of the financial session are extracted; and that the profits are allocated to the office and handed over to the treasure as per receipt, whose original copy is given to the money payer.

IIRO 130705

**Receipt transactions:**

- The supervisor of the welfare, who is the one responsible for this investment, receives from the office the sum of constant trust pertaining to the investment. He must deposit this sum to a special investment account in a bank; and that he withdraws from it as per his signature and under his sole responsibility but he must be committed to preserve checkbook, which must be given at the end of each year together with closing of this trust to the director of the office and attached to an evaluation report on the activity.

- All revenues of this activity, especially those from products selling are deposited to this account; and the person in charge of this account retains the deposit memorandum and no., which are registered at the account of the subsidiary book of the bank and sales.

- The products are sold as per standard form report of sales which must be signed at the same selling period by the welfare supervisor, supervisor of operator's work and the buyer.

**Entries of the General Journal:**

When the Secretariat General communicates to the office the budget of the financial year, the office should not do any entries on the accounting books, but instead it should register it on a book which is to be allocated to the association of the budget chapters.

-When the Secretary General sends a remit to a foreign office, the following entry takes place:

From the under-mentioned/
Bank Account
Bank expenditure
           To Current account Secretariat General
((Recording of ---installment of the budget as per bank advice dated -/-/-))

-When the office withdraws a sum from the bank for financing cash (petty cash fund), a payment document is issued in the name of the individual and following entry occurs:

From Debtors account (the individual name)
           To bank account
((Recording of cashing of a check no.—dated--- for financing office cash fund)).
-When an individual hands over a value of a check to the office safe (Petty cash expenditure fund), a cash receipt in the name of the bringing the check is issued and the following entry takes place:
    From cash A/C
           To debtors (name of the individual)
((Reduction of debt of Mr. ----------- value of check (check) no. ---- given to him per document dated ---/---/ -------))

47

IIRO 130706

_ When an official at the office takes from the safe a certain sum for exchanging it into local currency (currency of the country where the foreign office operates), a cash receipt in the name of the official is issued  and the following entry takes place in the journal :

> From a/c Debtors
>> To  Cash  A/C ( Foreign currency)

((Recording of exchanging a sum of ------ in foreign currency to Mr. ------- as per account of its conversion into local currency))

> From Cash A/C
>> To debtors (Individual name)

((Deposit for exchange of Dollars into local currency as per a report of a committee dated ---/---/----))

The office retains a foreign currency account at the bank at which it records all the amount of foreign currency.

When the bank receives cash installments in Dollars, and the converts them directly into local currency and adds them to the balance of office account, and in supposing that the exchange rate on the conversion date is 480 units for every single Dollar, the following entry takes place at the journal :

480 X from A/C Bank (Local currency)
> 480 to Current A/C Secretariat General (Headquarters)

((Recording of transfer of one Dollar  from Secretariat General and conversion of the bank for it into local currency))

*Evaluation of foreign currency taken from the safe and which was previously withdrawn from the bank

*If suppose that we withdraw foreign currency of 10 Dollars for financing safe, and supposing that the exchange rate is 480 X on that date (And supposing we dispense with the intermediary debtors account), the following is  entry taking place at the journal:

> 4800 from a/c Cash Dollar equivalence
>> 4800 to a/c bank Dollar equivalence

*If we suppose that we exchange foreign currency of 2 Dollars on a particular date, and supposing that the exchange rate is 482 X on that date, the following is entry taking place at the journal:

> 964 from a/c --------------
>> 964 to A/C cash Dollar equivalence

*Dealing with the exchange of foreign currency

When the bank receives cash installments in Dollars  for deposit at the Dollar account of the foreign office at the bank, they are valued as per the exchange rate of bank on the transfer date; and that a journal receipt is issued and to which is attached what indicate conversion rate and necessary entries at the journal takes place.

IIRO 130707

*When the bank exchanges any checks in Dollars, they are valued as per the exchange rate of bank on the exchange date; and that a journal receipt is issued and to which is attached what indicate conversion rate and necessary entries at the journal take place.

*When we withdraw any installment from the bank for financing safe (cash), they are valued on the base of the exchange rate on the withdrawal date; and that necessary entries at the journal take place.

*At the end of quarterly period, the balance of the foreign currency at the bank (or cash/safe) and its equivalent book sum in local currency are extracted. Then based on this, the average book Dollar rate is known as it can be compared with the exchange of the bank on that date. However, if there is a difference between the two rates, such difference of each Dollar is multiplied by the number of Dollars present; and that necessary settlement entries are made at the journal.

Examples:

When the Secretariat General transfers a sum of Dollars (for instance) to the foreign office account at the bank, the foreign currency is valued as per the exchange rate on the date in which the sum entered the account.

*If we suppose that the exchange at the bank for a Dollar is 480 X, the entries at the journal are displayed as follows:

480 from A/C Bank Dollar equivalence
       480 to A/C (current) Secretariat General

((Recording of a Dollar remitted from the Secretariat General to the Welfare account and its valuation as per today's rate))

If we suppose that we receive another installment after a certain period from the Secretariat General, and that the exchange rate at the bank was 490X, the entries at the journal are displayed as follows:

490 from a/c Bank Dollar equivalence
       490 to A/C (current) Secretariat General

((Recording of a Dollar remitted from the Secretariat General to the Welfare account and its valuation as per today's rate)).

*When we withdraw a check from the balance at the bank for financing the office fund/safe (cash), with the knowledge of a particular official, and in supposing the sum withdrawn is a Dollar and in supposing that the exchange rate on that was 482X, the following entries take place at the journal :

482 from A/C Debtors
       482 to A/C Bank Dollar equivalence

((Recording of a Dollar remitted from the Secretariat General to the Welfare account and its valuation as per today's rate)).

When the bank receives cash installments, converts them directly into local currency, adds them to the balance of the office account and supposing that the

49

IIRO 130708

exchange rate on the conversion date is 480X, the entries at the journal are as follows:

480 from A/C Bank- local currency

    480 to A/C (current) Secretariat General

((Recording of transfer of a Dollar from the Secretariat General and its conversion by the bank into local currency)).

Valuation of the foreign currency paid from safe after being withdrawn from the bank.

*If suppose that we withdraw foreign currency of 10 Dollars for financing safe, and supposing that the exchange rate is 480 X on that date (and supposing that we dispense with the intermediary debtors account), the following entry will take place at the journal:

    4800 from A/C Cash Dollar equivalence

        4800 to A/C bank  Dollar equivalence

*Suppose that we exchange 2 Dollars on a particular date and that the exchange rate on that date was 482 X, the entry at journal appears as follows:

    962 from A/C ----------

        964 to a/c safe (cash) Dollar equivalence

*Suppose that we exchange 5 Dollars on a particular date and that the exchange rate on that date was 485 X, the entry at journal appears as follows:

    2425 from a/c ----------

        2425 to a/c safe (cash) Dollar equivalence

The entries of the account at the journal appear as follows:

| Receipts $ | $ | Exchange rate | Payments | | |
|---|---|---|---|---|---|
| | | | $equivalence | $ No. | Exchange Rate |
| 4800 | 10 | 480 | 964 | 2 | 482 |
| | | | 2425 | 5 | 485 |
| 4800 | 10 | 480 | 3388 | 7 | 484 |
| | | | 1410 | 3 | 470 |

There must be at end of each period a settlement for current balance as per dominant rate of exchange in the same period. However, if this rate is higher than the average, the difference is recorded after due multiplication by the number of present Dollars and so the differences as follows:

    From A/C Cash

        To A/C Differences of exchange rate

However, if exchange rate is less than average at the end of the period, the record at the journal appears as follows:

    From A/C Differences of exchange rate

IIRO 130709

To A/C Cash

*When an advanced payment is handed over to a particular official for expending on a welfare (certain item), a payment document is issued and the entry at the journal appears as follows:

From A/C Advanced payment – ------------Welfare

To Cash

((Recording of payment of a sum of ------- to Mr. -------- as an advanced payment on credit))

*When an official settles the advanced payment, he submits the documents to the financial official (They must be in full in terms of authorization and documents), a receipt is issued and the entry at the journal appears as follows:

From A/C Expenditure (--------------Welfare)

To Advanced payment ( ---------------------Welfare)

((Reduction of an advanced payment received by Mr. -------- on what he expended on ----------------Welfare))


When the sends payment documents, the following entry appears at the journal.

From A/C (Current ) Secretariat General

To A/C Expenditure ( --------------Welfare)


((Sending of payment documents of -------------Welfare for the period of the budget ------))

When cash or in-kind assistance reach IIROSA such as (Drugs- food stuff-shelter materials) , it is valued in any way if it is not valued and then it is recorded in the book as follows:

((Recording of sources "cash" coming as donation from ------------- and then they are charged to ----------Welfare)) The entry appears as follows:

From A/C Stock

To A/C Secretariat General

(Other revenues)

From A/C (Social, Health or Educational) Welfare or Revenues

To A/C Stock

When sums are given for special work assignments, the following entry takes place

From/Advanced payment (Temporary advanced payment)

Tickets expense

Accommodation

To A/C Bank/Cash

-When documents proving disbursement are submitted, the following entry takes place:

From A/C (Expenditure) (Office)

Tickets expenditure

IIRO 130710

Accommodation expenditure
    To A/C Advanced payments (Temporary advanced payment)
-When an advanced payment is given so as to be deducted from one's salary, the entry appears as follows:
From A/C Advanced payments (Loans to officials)
        To a/c Bank
-When the official settles the advanced payment, the entry appears as follows:
From A/C Salary
        To the under-mentioned
            A/C/ Bank (Net salary)
            A/C Advanced payment


*When services required for the office are acquired and that value of the submitted bills are not paid, the entry appears as follows:

    From A/C office expenditure
            To A/C Creditors (Personal or legal name)
When bank expenditure is paid, the entry appears as follows:
        From A/C Welfare Expenditure (concerned welfare) or (Bank)
            A/C Bank


When the return of the programs' investment, the entry appears as follows:
        From A/C Bank
            A/C Revenue
This account is closed at the end of the period in A/C (current) Secretariat General, the entry appears as follows:
        From A/C Revenues
            A/C current (Secretariat General)
When completing entries of settlement accounts at the end of the financial year, the entry appears as follows:
Bank transfer account
        From A/C Conversions
            To difference of currency valuing
However, this account is to be closed as per the following entry:
From A/C Difference of currency valuing
-When the revenues of projects and programs are submitted as cash, the entry appears as follows:

        *From A/C Bank
                A/C Donors (Foreign revenues)
        *From A/C Donors
            To Welfare Expenditure
        *From A/C Welfare Expenditure

52

IIRO 130711

To Bank

-When revenues are given to IIROSA, , the entry appears as follows:

From AC/ Revenue

To A/C Secretariat General

*The revenues balance is closed in A/C (Current) of Secretariat General. But, nothing can be taken from this account before getting approval of the authorized individual (Secretariat General) in compliance with article 100 of the financial regulations.

*All balances of the accounts of expenses of welfares and programs as well as office running expense are to be closed in activity account as per the following entry:

From A/C office activity (Results Accounts)

To under-mentioned

(Balances of welfares and programs and office running)

All balances appearing on books at the end of the year (Budget Account) are to be closed as per the following closing entry:

From the under-mentioned

(Liabilities balances)

To under-mentioned

(Assets balances)

However, in the beginning of the subsequent financial period.

53

IIRO 130712

## Secretariat General Current A/C

| Sums paid and settled | Sums transferred from Secretariat General |
|---|---|
| Sums transferred | Other revenues |

## Welfare A/ C

| To bank A/C | From Expenditure A/C |
|---|---|
| Sums paid from the bank account | Sums paid and settled |

## Bank A/C

| Sums coming from Secretariat General | Withdrawal of sum for financing safe (cash) |
|---|---|
| | Sum expended on programs and projects (welfare) and operative expenses and salary at the office |

## Cash A/C

| Receipt of sum | Petty expenditure |
|---|---|

## General Budget

| Assets | Secretariat General Current A/C |
|---|---|
| Cash | Donors |
| Bank | |
| Trusts of Projects | Projects Balances |
| Advanced payments of employees | |
| Total | |

IIRO 130713

### Accounting books & Records
The books used by the Foreign Office comprise the following three types:
Main books set
Subsidiary books
Analytical record books

### Main books set:

### General American Journal
This is a daily journal and ledger in the same time; every page in it is divided into many columns; every column represents an account with two sides (Debit/Credit). For example, it can be divided into the following:
Cash-Account, local currency/ Cash Account, Dollar/ Bank Account, local currency/Main Center (Secretariat General) Current Account/ Social Welfare Account/ Health Care Account/ Educational Welfare Account / Fixed Assets Account/ Other Projects Account… etc

- The individual entries of these accounts are posted at the end of the day, provided that they are taken from the original entry documents- to the specified sites in the analytical and subsidiary ledgers.
- At the end of the month, the totals of debits and credits are posted from the daily American journal to the ledger.
- At the end of each financial period, a general trial balance for the totals and balances of accounts of the ledger is extracted.

### The Ledger:
- It is the main book with two sides (Debit/Credit), at which a page is opened for each account in the daily American journal.
- At the end of each month, the debit and credit totals of all accounts opened in the daily American journal are posted to the ledger.
- All accounts opened in the ledger are balanced monthly.
- A general trial balance for totals and balances is extracted at the end of each period.
- Conformity is made between accounts that appear at the general trial balance and those found in the subsidiary trial balances.

### Subsidiary Books Set:
This consists of the following three books:

- **Cash book:**
  This is an entry record book with two sides; one is debit and represents receivables and the other is credit and represents payables. Furthermore,

55

IIRO 130714

the balance of the cash account is extracted after each receipt of a sum or payment of a direct expenditure.

In case of necessity, a book may be kept in foreign currency as when pay Dollars from cash. Hence, two columns must be opened in each side of the cash book; one for Dollars and the other for its equivalent in local currency.

- **Bank Book:**

This is an entry record book with two sides; one is debit and represents bank receivables and the other is credit and represents bank payables checks withdrawn and bank charges). The two sides of the books are balanced after every direct transaction.

However, after the end of the month and after the arrival of the bank statement, reconciliation is made between the debit and credit movement of the bank account in the books and the movement of the office bank account in the books and bank statement.

The required entries of the daily journal are made according to bank settlement memorandum.

In case of necessity, a bank book in local currency may be kept (especially when need arises). It is to be observed that the following must be explained in the book:

(Serialization of the bank operations/ check no./ check date/ sum/ beneficiary name/ description of operation/ no. of check payment document).

- **Book of trusts and Advanced Payments**

This is an entry record book with two sides; one is debit and the other credit. A page in the book is opened for each trust pertaining to a particular project which is associated with certain individual. In the case of personal advanced payment, another page separate from the one of the project trust is opened.

## Analytical Record (Books) Set:

- Record for Analyzing items of revenues and stationary expenditure as well as expense of welfares and projects

This record comprises many (spaces/ boxes) columns and to which are posted expenses of welfares as taken from actual entry documents and in accordance to the approved items of the budget. Moreover, we enter in this record revenues obtained from hospitals and self – operating and income generating clinics. Monthly sub-trial balances of the totals of these accounts are made and matched with the total of the accounts sums that correspond with them in the daily American journal.

IIRO 130715

**\*Record of Analyzing Fixed Assets:**
This record explains the following:
Asset name/ purchasing date/ supplier name/ unit/ number/ unit cost/date of putting asset to operation/ Assets site/ name of individual in charge/ and that another column can be added in which it is indicated that whether the asset is stored

**\*Other records:**
The office may keep any other statistical records as per need, e.g. a record for stores of in-kind donations.

**Periodical Financial Report:**
Every office must prepare at the end of each month a financial activity report in which it considers trustworthiness, correctness of numbers and authenticity and that information must immediately be conveyed in time and comprising the following:

**Information summary:**
The Office sends this information in a summarized way in a period not exceeding the 5th day after the end of operations month (e.g. information of the month of Moharram  is sent in the first five days of the month of Safar – next month) .This information must include the following:

- Analysis of expenses for each welfare/program/operation expenses
- Statement of sums  which are obliged to be paid as per the following:
  - Contracts
  - Open bills
  - Purchase orders
- Amounts demanded to be available during next month for meeting current liabilities as per the following information:
  - Balance brought from last month
  - To be added to:
  - Sums received during the month from the Secretariat
  General and other circles
  - From which the following are subtracted:
  - Expenses on welfares, programs and office operations
  expenses.
  - Prepaid Trusts
  - Due & unpaid obligations
  - Cash balance at the end of the month
  - This is equal to:
  - The sums expected to be obtained in exchange for settling
  office obligations.

IIRO 130716

**Monthly Accounts:**

1) Based on its actual record in its books, the office has to copy at the end of each month the pages of daily journal that cover the following accounts:

- Petty cash account.
- Cash account.
- Bank account.
- Trusts account.

  After due copying of these pages, the office must sent them to the Secretariat General (Head Office) in Jeddah in a period not exceeding the fifteenth day of the next month from the date of the end of operations (For instance, pages of the month of Rajab are to be sent during the first 15 days of the month of Rabie Awal – next immediate month).
  These pages must be accompanied by the following documents:

- Bank statement of accounts opened in the name of the office.
- Monthly bank settlement statements.
- Bank exchange rate note for the conversion of the Dollar into local currency for every sum transferred from the Secretariat General    (Head Office) in Jeddah.

2) After closing the monthly accounts, the office is obliged to  copy all original documents (receipts/ payment documents/ bills) through which payment and record at the books take place, in preparation for sending the original copies to Secretariat General ( Head Office) in Jeddah  in a date not exceeding the fifteenth day (15) after the end of the month in which expenditure occurred, provided that theses copies are to be arranged and kept in files at the office so that the Director can refer to them whenever need arises or when the representatives of Secretariat General (Head Office) in Jeddah visit the office for any purpose.

**Responsibilities and duties of Accountants of the Branch Offices Functioning under the Supervision of the Regional Office:**

**Firstly: Responsibilities:**

These are composed of the following:

1- Make sure that the sum required to be expended is already budgeted for as per various budget's items.
2- Follow up implementation of estimated budget as per its various items and chapters and sums allocated in it as this process helps in knowing the sum remaining in each item.

58

IIRO 130717

**Secondly: Duties:**

These include the following:

1- Enter the estimated budget in computer according cost center (country) under the supervision of the regional office and according to welfares and programs of each center.
2- Prepare payment documents and entry documents and make sure that of the justifying papers (bills & statements) proving expenditure.
3- Record transactions in the American general journal and ledger as per entry documents at the end of each period.
4- Prepare the settlement of bank accounts after receipt of the monthly bank statements and sign as a second signatory on the withdrawn checks.
5- Participate in the stocktaking of assets, including property, at the end of the year together with conducting periodical stocktaking of cash as well as expenditure of trusts and officials' advanced payments.
6- Extract various financial statements in the shape of financial, statistical and explanatory reports.
7- Write a comprehensive report.
8- Prepare a trust statement and arrange sending of documents to the regional office.

**Required Certificates, Experience and Skills:**

| Statement | certificate | Experience | Skills |
|---|---|---|---|
| Financial Official | Bachelor of Accounting | 15 years | - Computer<br>- Arabic language reading / writing<br>- Writing reports and financial analysis<br>- Administrative leadership Training and guidance |
| Regional accountant | Bachelor of Accounting | 10 years | - Computer<br>- Arabic language reading / writing |
| Office Accountant | Bachelor of Accounting | 5 years | - Computer<br>- Arabic language reading / writing |

**Evaluation of Financial Performance Via settlement and feedback information:**

The Financial Department submits at the end of each period its report about the foreign offices and gives an approximate image to the higher administration about the financial performance and level of risks degree as per the information reflected by the documents coming to IIROSA on the settlement of the obligations of the concerned period as well as the information pertaining to financial remits and evaluation of financial position. Based upon the above mentioned, we have been guided to a thinking of developing a measure with degrees through which the Financial Department can give an approximate image

IIRO 130718

to the higher administration about the financial position and any subsequent bad performance that it may encounter and increase the degrees of risk. This necessitates that the higher administration adopts a resolution for holding responsible the main official responsible for the poor performance.

We supplicate Allah Almighty to guide us to follow the best speech we hear.

IIRO 130719

## Financial Performance Evaluation of Foreign Offices

| Financial Performance | | | | | | | | | | | | Risks | | | | | | Total degrees of risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget | | Expenditure | | Revenue | | Bank movement | | Trial Balances | | Risks of the financial impact (one hundred thousand riyals) | | Control risks | | Special Risks | | | |
| Statement | Degree | Statement | Degree | Statement | Degree | Statement | Degree | Statement | Degree | Statement | Degree | Statement | Degree | Statement | Degree | Total |
| lack of differences | 1 | There are no differences | 1 | Conforming | 1 | Conforming | 1 | Accurate figures | 1 | 1000000 or less | 1 | Acceptable governing principles | 1 | Cooperates Positively | 1 | 8 |
| Little differences | 2 | There are significant differences but are related to the current period | 2 | Conforming but with little differences | 2 | Conforming with the differences (royalties+ above mentioned various revenues | 2 | Simple differences | 2 | 100000 or more | 2 | Poor governing principles | 2 | Cooperates Negatively | 2 | 16 |
| Significant differences | 3 | There are significant differences but are related to the previous period | 3 | Not conforming | 3 | Not conforming and there is no due clarification | 3 | Figures are incorrect | 3 | 500000 ot more | 3 | Inadequate governing principles | 3 | Refuses to cooperate | 3 | 24 |

- When the level of risk reaches 24 degrees, a report is to be submitted to H.E. Secretary General for recalling the Director of the office.
- When the level of risk reaches 16 degrees, the attention of the Director of the Office must be drawn and financial transfers stopped.

IIRO 130720

# Chapter Four

# Accounting Mechanism

IIRO 130721

**Mechanism of Financial Transactions in Emergency Cases:**

**First Case:**

When the foreign region at which the office is located is exposed to an emergency case, those in charge of relief offices must take into the following principles:

- Prepare immediately reports of handing-in and handing-out reports, especially those pertaining to trusts sent by IIROSA and those received by it in cash.
- Immediately send all settlement documents.
- Avoid keeping any confidential documents in the Office at the host country.
- Avoid keeping any high value equipment in the Office, use cheap equipment.
- In case of stealing of money, tools or equipment, a report is immediately made and sent to IIROSA for taking the necessary action.
- Immediately informing the Foreign Offices Management with the deteriorating situation and taking quick action as per instructions of the Foreign Offices Management.

**Second Case:**

If the region of the Office is subjected to a disaster or war that may lead to emergency case or leaving the area, the Director or Emergency Coordinator should follow the following steps:

- Immediate recording of summary of the installments received and forwarded to the Head Office together with adding any new information.
- Preparing a list of the trusts, loans and employees data at the Office.
- Preparing a statement and report on the assets and equipment at the Office before leaving the location.
- Summarizing the amount of cash at the Office.
- Collecting the various documents of trusts settlements, bank statements and other bank instruments, including notices, unused check books and used check butts, for easy transfer to other places.
- Handing over the collected documents to the nearest Saudi embassy.
- In case of difficulty of transferring those documents outside IIROSA site, they should be kept in polyethylene bags stored in a secure place, provided that the Head Office is informed via a confidential letter.

IIRO 130722

- In case of inability to remain in the region, documents should be burnt before leaving the Office after making a report, describing such papers.
- Contacting the nearest IIROSA office after the escape.
- Informing the Head Office via a report detailing the case.
- After receiving the confidential report, the Director of the Foreign Offices Management should be informed.
- The Secretary General instructs the concerned department to take the necessary procedures with regard to the trusts, bank amount and settlement of the Office staff benefits.

for specifying the unusable sorts and which are intended to be disposed of in the following proposed methods:

- In the case of disposing of these assets through selling method, the following steps must be followed:

  - Evaluate a preliminarily value for the selling values of these assets.
  - Seek to obtain purchasing quotation from different circles.
  - Selling must take place in auction as per report to be signed by office officials.
  - Complete procedure of ownership transfer and amend statements of the office assets.
  - Make settlement entry for the sum received and arrange to record it as (revenues) in the office accounts.
  - Send all relevant documents and justifying papers to the Financial Department.
  - The Financial Department provides the Department of IIROSA's Properties with a copy of those documents when it        receives them.

*In case of disposing of these assets either through giving them as gift or sending them to any other office of IIROSA, the Office Director must take the following steps:

  - Prepare these assets
  - Write to the circle that the office agreed to grant the assets to as gifts, prepare the required statement and make required delivery, which is augmented by air waybills/transfer bills or take any other measure that confirms the receipt of the said circle for the assets given to it.

* In case of disposing of these assets through the destruction method, a report covering the required statement on these assets is to be prepared; and a committee destroys the assets.

**Mechanism of the Settlement of Advance Payment of Transferred or Resigning Directors:**

- When it is decided to terminate the employment period of the director of foreign office, the director of the Department of Foreign Offices coordinates with the Secretary General for specifying the date for handing-in and handing-out of the office items and the individual who receives such items, whether he is the new director or any one of the officials.

- The Department of Foreign Offices notifies the Financial Department as to this development and request it to provide it with both the bank statement of the office for the managerial period of the Office Director whose service is terminated and statement of

65

IIRO 130724

the personal or in-kind trusts that are debited to his account as trusts through the coordination with the Department of IIROSA's Properties.

- The concerned is requested to bring bank statements together with a bank certificate for the documentation of the balances with exchange rate notices of the sums remitted from the Secretariat General in Dollars for conversion into local currency.
- The Department of Foreign Offices demands the concerned director to conduct stocktaking (inventory) of all assets possessed by the offices which he runs before the process of handing-in and handing-out. After that, a statement on such assets is prepared and attached to the inventory report which must be signed by the concerned director; and that this report is considered one of the documents of handing-in and handing-out. .
- The office is authorized to monitor the accounts of programs and projects, specify trusts and advance payments, and record them in the special statement on the financial status of the programs and projects. The Office Director is jointly obliged with his financial official to submit an explanatory supplement for debit and credit trusts as well as advanced payments, which must be augmented with relevant required explanation as they represent either the rights of the office demanded from others or obligations of the office towards others.
- The process of handing-in and handing-out must be done in the presence of both the former and current directors after attaching with them the form of handing-in and handing-out for the period at which the director of office whose term ended worked, together with the exchange rate for each installment.
- If it becomes clear from the audit of the Financial Department that the trust sum is notably considerable, one of the internal auditors of IIROSA is dispatched to attend the handing-in and handing-out process and is requested to write an adequate report on his assignment.
- The transferred director must write a memorandum in which he undertakes to contact the Financial Department with a view to personally knowing the result of settling the trusts and submitting any required clarification that the Financial Department may need.
- The Financial Department settles the trusts of the current account for the working period of the transferred director during two weeks at least from the date of receipt of the report on handing-in and handing-out; and the concerned director signs the settlement report

IIRO 130725

prepared by the Financial Department at the Secretariat General (Head Office) in Jeddah.

- The Financial Department submits the settlement report to the Assistant Secretary General for Finance who in turns presents it to Secretary General.
- The Foreign Offices Department secures from the concerned department the new form for discharging the director of financial obligations and attaches it to the settlement report.
- The Secretary General issues the appropriate resolution for discharging the director of any financial obligations.
- If the concerned director fails to come to the site of the Financial Department at Secretariat General in Jeddah to complete personally the trusts settlement process, the Financial Department reports this matter to the Foreign Offices Department which must submit the matter to the Secretary General for taking the necessary action.
- It may be deemed appropriate to refer  papers of the concerned director to the legal consultant for studying, commenting and taking what he considers necessary as well as specify both the magnitude of responsibility (if any) and the appropriate method for recalling the said director and submitting a relevant report to the Secretary General.

**Mechanism of Reporting that an Employee has disappeared while he is in Possession of Cash or In-kind trusts:**

The director of the Office must daily check that all the office employees are present; and that he must attempt to know the reason for absence of any of them, especially those who are in charge of cash and trusts. Thus, when an official is absent from work for more than a week, the director of the office must take the following steps:

- Demand from the concerned file clerk at the office the file of the said official, which includes his detailed full address, residence address and a copy of his identity card.
- Review the personal guarantees given to the Office such as (financial sponsorship/ undertaking to personally bring a person when demanded) regarding treasurers.
- Report the absence case of the employee to the Secretariat General.
- Conduct immediate stocktaking (inventory) of the trusts held by the said employee who was absent from work without excuse to determine precisely his financial status and obligations towards the office.

IIRO 130726

- Take permission from the concerned department at the Secretariat General whether to report the case to official authorities in the host country.
- Prepare a report on the absence of the said employee together with indication of the cash and in-kind trusts under his possession.
- Send the said report to the director of the Department of Foreign Offices at Secretariat General for taking the necessary action.
- Ask the legal consultant, Financial Department and the Department of IIROSA's Properties to take action on the light of the decision adopted by the Foreign offices committee.

**Mechanism governing the Contracts Signed by Foreign Offices with International Institutions or Organizations:**

The circumstances may impose on certain Offices to enter in legal relations as a result of certain activities pertaining to urgent emergency or certain welfare. If such circumstances arise, the Office must follow the following principles:

1- The Office submits a memorandum to the concerned department explaining adequately the nature and essence of the proposed contract it intends to sign with the other party.

2- The concerned department presents an application to the Secretary General explaining the nature of this contract, parties involved in it and its purpose before obtaining authorization for due signature by the individual in charge.

3- The Office must obtain the written approval of the concerned department at the Secretariat General and which must submit the case to H. E. the Secretary General for obtaining his approval for authorizing the said department to sign the contract.

4- In the case of a contract in which the Office seeks services provided by others, it must note that all the required legal justifying documents must be attached and the Office must send a copy of the contract and all documents attached to it to the Financial Department after due signature.

5- In case of a contract in which the Office renders relief services, the Office must receive fees from the other party for rendering the service. However, the Office in this case must take the following steps:

    A- Open an account separate from that of IIROSA (with a special authorization for that purpose from the Secretary General) after due grant of authorization for signing the contract.

    B- Keep a book for recording all financial transactions; revenues and expenditure.

68

IIRO 130727

C- Conduct monthly settlement for this activity; prepare a balance sheet for conforming it with the bank balance as per bank statement.

D- Obtain monthly authentication from (the other party) on the correctness of the monthly statement extracted from the record of the said account.

E- The Office is strictly prohibited to mix up the fund of this contract with the sum of the Office or cover shortage in it or pay any relevant expenditure from the office's budgeted fund till it receives the subsequent installments given per this contract.

F- The Office must retain a copy of these documents of financial transactions arranged serially and historically in a file.

G- There is no objection for using financial documents pertaining to Office such as (receipt- payment document – records) so as to augment the legal relation in its official shape regarding receipts and payments.

6- After completing the contract procedures and commencing the implementation of the contract, the Office must provide- as per contract's articles- the Financial Department at the Secretariat General with a copy of the contract attached to the justifying documents according to which the contract was signed, in addition to the receipt or any other document that confirms the receipt by the Office for the contract sum in exchange for the service to be rendered by the Office. This will enable the Financial Department to register the said contract sum as an advanced payment on the part of the Office, which must be settled later as per document copies (true copies) proving payment; and that such copies must be accompanied by an authentication statement by the other party to the contract for every single unit separately, and that it must be taken into account the (15%) supervision rate for the Office which records its transactions in the accounting books for the benefit of the Secretariat General, as the percentage of the sum to be settled from the office advanced payment at Jeddah is to be divided as per ( 85% representing the contract and 15% representing Office expenditure).

7- The Office, on the completion of performing the service and obtaining the proving documents, must hand over, as per this contract, the original payment documents to the Establishment (Party ) with which the contract was signed dand that the Office is under obligation to make two sets of copies of the said document; the first set is to be sent to the Secretariat General so that the concerned department takes necessary action to deduct the documents' sum from the overall

69

IIRO 130728

Office' advanced payment and retain the remaining set at the Office for future review purposes.

8- The Office is held responsible for any difference that may occur between the net sum of the contract (after the deduction of legal percentage) and value of payment documents.

9- After arrival of the set of copies of the payment documents, the Financial Department carefully reviews and audits theses documents, writes down any observed remarks, and sends the marks to the Office to answer them by giving adequate explanation to the Financial Department, which has to decide eventually whether it is convinced with such explanation as the matter totally rests with it.

10- The Office is obliged at the end of each settlement pertaining to the implementation of any contract to document the movement of receipts and payments from the bank account as the Office must provide the Financial Department with the bank statements together with transfer exchange rates (if the contract currency is Dollar) and any other proceeds that the Office may gain from the balance of the currency deposited at the account.

11- The Office must provide the Financial Department at the Secretariat General with a copy of the final settlement supplied by the second party, hence discharging the first party of any financial obligation.

12- The Financial Department records this type of the contracts of the foreign offices at the account of receivables (intermediate) no. 7000100 with the following entry:

From trusts of Foreign Offices A/C 3701000
                    To Payables A/C no. 7000100
Registration of contract ------signed by the Office
From Payables A/C no. 7000100
                    To Trust of Foreign A/C no. 7000100
Deduction of value of payment documents recorded as responsibility of the Office----

**Mechanism for Accounting Transfers among Expenditure Items of the Budget:**

**Foreign Office:**
1- The Office must not take any action regarding the balances of the projects and programs (current cash at bank/ cash at safe) or their usage in covering the deficit of certain belated and approved items of the budget.
2- If the Office wants to commence new projects, it must write or a memorandum to the concerned welfare/department informing it as

70

IIRO 130729

to the presence of surplus sum in certain items in the budget and that it requires taking necessary procedure to cover the increase in approved expenditure in one of the items of the budget for the same program.

3- The Office must send to the said welfare/department a reminder memorandum if it does not receive a response from the said welfare/department.

4- The Office must then apply the transfer process as soon as it receives a memorandum from the said welfare/department on the approval of the said transfer.

5- The Office must attach a copy of the said memorandum it received from the welfare/department to payment documents pertaining to such transfer when it sends them to the Financial Department for the settlement of trust/advanced payment.

## Welfare/Department:

This department should do the following in the transfer process.

1- Study and evaluate the request for transfer.

2- To refer the request - after due study- to the Budget Department, expressing its views on requesting and demanding the said department to take the necessary action towards preparing its approval by H.E. Secretary General.

3- To inform the Office about the approval of H.E. the Secretary General for the required accounting transfer.

## Budget Department:

This department should do the following in the transfer process.

1- To express its views on the request of the Foreign Office regarding the required accounting transfer.

2- To perform necessary coordination with the Financial Department for the approval of the transfer.

## Financial Department:

This department must do the following:

1- To observe closely the actual expenditure of the Office through its comparing and conforming with the budget table, which includes expenditure's chapters and items, in addition to noting any subsequent change or amendment on such table, provided that it is approved by the Secretary General.

71

IIRO 130730

**Authorities Proposed to be Vested to Various Administrative Levels in Accounting Transfers:**

These comprise the following:

1- Transfer from one program to another, whether within the same country or from another country, is sole authority of the Secretary General.

2- Transfer, within the budget of the overall program from one country to another, is the authority of either the Assistant Secretary General or sector supervisor.

3- Transfer, within the budget of the same country from a project to a project in the same program, is the authority of the program supervisor.

4- Transfer within the items of the budget of the specific program in the country, is the authority of the program supervisor.

**Mechanism for the Settlement of the Financial Trusts of the Projects and Programs of Foreign Offices:**

**Works of Foreign Office:**

- The Foreign Office must abide by arranging the payment documents pertaining to program/welfare, running of office, recording the amounts of these documents in statement at which expenditure is classified as per the letter of Welfare/Department to which was attached a check covering the particular installment of the budget.

- The Foreign Office must abide by the principles of expending.

- The Foreign Office must not send any documents that exceed the sum covering the installment of the budget unless there is a clear authorization from an individual in charge for using other available funds for covering such expenditure which is governed by the said documents.

- The Foreign Office must prepare a memorandum which is directed to the financial supervisor and to which were attached payment documents, expenditure analysis statement and statement of (financial position) of the program/Welfare/Office running. This statement displays carry forward sums from previous periods and to which are added amounts received and from which is subtracted actual expenditure, at the balance of the end of period.

**Activities of Financial Department:**

These comprise the following:

- The Financial Department receives the documents on the settlement of the trusts of Foreign Offices through the Department of Foreign

72

IIRO 130731

Offices after it receives them from the Department of Administrative Communication.

- The Financial Department must make sure that there is a memorandum from the Foreign Office indicating the sum of the payment documents pertaining to covering the particular installment of the budget(together with reference to check no. and date) and which was attached to the (financial position).
- The Financial Department sorts out the documents it receives and classifies them as per program, welfare/ office running.
- The Financial Department sends the payments documents of the foreign offices after their sorting as per welfares and departments attached to a referring memorandum with no. and date for signature by the department to which the documents are referred in conformation with their receipt in order to review them as per the set standards and available information of the concerned welfare or department.
- The Financial Department follows via the referring memorandum the payment documents sent to welfares/departments through personal contacts and written memorandum when their receipt is belated.
- The Financial Department sends to a foreign office a letter regarding the sums of the payment documents that were approved for settlement and sums that are either excluded for settlement of the trusts or that on which remarks are indicated.

**Works of Welfare/Department:**
These consist of the following:

- The Welfare/Department receives the payment documents sent by the Financial Department, particularly those pertaining to the expenses of the foreign office that are relevant to the program or welfare.
- The Welfare/Department must abide by the review of these documents in a technical manner as per its set standards and available information; and must shoulder full responsibility in reviewing and verification of these documents; and that it has the right in writing any technical preservation on certain documents, whether to either set them aside or reject them altogether.
- The Welfare/Department must return within a week from the date of receipt these documents after due review and verification and stamp these reviewed documents by the stamp of the said welfare/department as (reviewed); and the concerned accountant must sign these documents as confirmation for the review process and for determination of responsibility.

73

IIRO 130732

## Mechanism for Keeping Cash at the Foreign Office Safe

This mechanism comprises the following:

1- The treasurer of the Foreign Office must retain at the Office safe a sum in local currency not exceeding the equivalence of one thousand Dollars (1000) as petty cash so as to meet petty expenditure.

2- The treasurer must not keep at the Office safe any currency other than the local one.

3- In the case of remitting any amount withdrawn from Dollar bank account for converting it into local currency to meet the payment of salaries or handing over of trusts of welfares outside the city of the Secretariat General of IIROSA (Headquarters), the following principles must be followed:

   A- There must be coordination between accountant and treasurer to secure the sum that is required to be deposited in the Office safe.

   B- The Office accountant must specify in advance the day and date for receiving the sum desired to be deposited at the safe.

   C- Procedures for withdrawing the sum from the bank and depositing it in the safe must take place during the official morning hours and before twelve o'clock noon (12:00).

   D- All precautionary and security measures must be taken in the payment day.

   E- All representatives of trusts and salaries receivers must be present at the Office for receiving the sum allocated to them.

   F- The treasurer must immediately hand over the amounts to beneficiaries at the specified date and time and that he should not leave at the safe sum that exceeds what was mentioned in (1) above.

   G- If a portion of the sum remains at the safe as a result of absence of certain representatives, the treasurer must deposit that portion at the bank in the same day.

IIRO 130733

Saudi Arabia
International Islamic Relief Organization
Hospital ....................................

## Statement on Sales of Drugs

Data:    /    /201

| No. | Amount | Receipt | | Remarks |
| --- | --- | --- | --- | --- |
| | | Data | NO. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

Receptionist

103

IIRO 130734

# Chapter Five

# Forms & Annexes

IIRO 130735



76

IIRO 130736



# I.I.R.O
## INTL. ISLAMIC . RELIEF.ORG

هيئة الاغاثة الاسلامية العالمية

بالمملكة العربية السعودية

المكتب الاقليمي

المكتب الفرعي

## سند صرف
## PAYMENT VOUCHER

| | | |
|---|---|---|
| REF . NO .................... | | الموضوع : |
| DATE  .................... | | # |
| AMOUNT IN FIGURES | ☐☐☐☐☐☐  ☐☐☐ | المبلغ بالارقام : |
| AMOUNT IN WORD | ..................... ............... | المبلغ بالتفقيط |
| BENEFICIARY | ................................. | المستفيـــــد |
| REPRESENTED FOR | ................................. | وذلك نظيــــر |
| | ................................. | |
| DEBIT ACCOUNT | ................................. | الحساب المدين |

| Accountant | Financial Director | Director |
|---|---|---|
| Sign | Sign | Sign |
| Name: | Name: | Name: |

---

Mode of payment    نقدا Cash [          ]    رقم الشيك Cheque No. [          ]

Date : تاريخ / /          / /

Singnture of Beneficiary                        توقيع المستلم (المستفيد)

li' payment made  in Office  ....................

if cheque sent by mail , quate No. and a date of letter

فضلا اذا استلزم الامر ارسال الشيك بالبريد ، فيحتاج لى ذكر رقم وتاريخ ايصال البريد المسجل .

*  يشار لى نوعية المصروف ( اداريه ، رعايات ، مشاريع ) .

- أصل + صورتين ( الامر، د فة، مع المستندات وصورة لامين الصندوق وصورة تحفظ بالدفتر ) .

IIRO 130737



## I.I.R.O
### INTL. ISLAMIC RELIEF.ORG

هيئة الاغاثة الاسلامية العالمية
بالمملكة العربية السعودية
المكتب الاقليمي
المكتب الفرعي

### RECEIPT VOUCHER
سلسة قبض

REF. NO. ...........
DATE ...........

Received ...in mr/ms ........................ : استلمت من السيد / السادة

Amount of ...................................... : فقط مبلغ وقدره

Cheque NO. [          ] شيك رقم    Cash [ ] نقدا

Represented for ........................ وذلك نظير

............................

Cashier    أمين الصندوق

Name    الاسم

Signature    التوقيع

٣٠٨

أصل + صورتين ( الاصل يرفق مع المستندات وصورة لامين الصندوق وصورة لحفظ بالدفتر )

IIRO 130738

**INTL. ISLAMIC. RELIEF. ORG**
**Regional Office**
**Branch Office**

| Journal Entry Voucher |
|---|

No. (          )

Date:                    /    /   14   H                        Enclosures:
Corresponds to      /      / 19   AD

| Debit | Credit | Analytic | Description | Journal Page No. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | **Total Only** |  |

**Accountant**                                **Financial**
**Officer**

_____

_____

#The above shown amounts are in local currency. Please check the exchange rate in dollar.
True copy + copy ( The original is to be attached to the documents and the copy is kept in the book).

79

IIRO 130739

**I.I.R.O**
**INTL. ISLAMIC. RELIEF. ORG**
Regional Office
Branch Office
Date:  /   / 19

|  | No. |
|---|---|
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
| **Cash Receipt Order** |  |

## To the cashier

Please receive from Sirs / Mr. an  amount of (          )
only.............................................
..........................................................................................
...........................................
Against
..........................................................................................
.............................

Credit  Account Title      ☐     Advance Paymen☐      Deposits

## Financial Officer

_____

| Please refer to the payment voucher No.    Date   /   /   | For the accountant use: Payment according to the transaction |
|---|---|

IIRO 130740

# I.I.R.O
# INTL. ISLAMIC. RELIEF. ORG
**Regional Office**
**Branch Office**

### PURCHASE ORDER
No.  (                                    )

Date:                                              Name of an importer:
                                                   Purchase request No.
                                                   Date of Purchase request

Corresponds to:

| s/n | Description | Unit | Quantity | Unit Price | Total Value |
|-----|-------------|------|----------|------------|-------------|
|     |             |      |          |            |             |
|     |             |      |          |            |             |
| **Total** | | | | | |

This is according to your quotation No. (                ) dated   /   /   and approved as per
                                                   your terms mentioned on it.

**Terms**

                                                                  **Special Terms:**
(1)                                                               Payment
............................. ...........( 3 ) Discount ..................................
(2)                                                               Receiving date
........................... ( 4 ) Total discount..............................

                                                                  **General Terms:**
                                        Please look to the back of this order

**The First Party**                                               **The Second Party**
         Name:                                                             Name:
         Signature:                                                        Signature:

Original + 3 copies ( The original with the first copy are to be handed to the importer
to sign the original and return it to be attached with the payment voucher. Second
copy for the requesting welfare/ department. Third copy is to be kept in the butt of the
book).

81

IIRO 130741

# I.I.R.O
# INTL. ISLAMIC. RELIEF. ORG
**Regional Office**
**Branch Office**

## PURCHASE REQUEST
No. (                    )

Date:                                                        Welfare:

Corresponds to:

| s/n | Description | Unit | Quantity | Remarks |
|-----|-------------|------|----------|---------|
|     |             |      |          |         |
|     |             |      |          |         |
|     |             |      |          |         |
|     |             |      |          |         |
|     |             |      |          |         |

Purpose of
purchase:...................................................................................................
Specifications:

..............................................................................................................................
.....................
..............................................................................................................................
....................

**Approval of Office Director**          **Requesting Authority**
Name:.....................................................................
Name:..................................................................
Signature: ...............................................................
Signature:..........................................................

# Original + 2 copies ( The original with other warrants attached to the payment voucher. First copy for the requesting welfare/ department. Other copies to be kept in the butt of the book).

82

IIRO 130742

# I.I.R.O
# INTL. ISLAMIC. RELIEF. ORG

Regional Office
Branch Office

| Commitment Form |
| --- |

Transaction No. : ...............................    Date:  /  / 14  H

In favor of:

...........................................................................................................................

C/O :

...........................................................................................................................

.....................

Account Title & No. :...................................................................................

Description:

...........................................................................................................................

....

...........................................................................................................................

.....

| | Total Approval | | Remaining part of approval | Required Amount | Balance until /  / 14  H |
| --- | --- | --- | --- | --- | --- |
| Budget | U-Relief | Specified donation | | | |
| S.Riyal | S.Riyal | S.Riyal | S.Riyal | S.Riyal | S.Riyal |
| | | | | | |

Amount approved : ....☐ .Riyal  Cheque    Cash

Amount in

words:...............................................................................................

| Accountant | Financial Officer | Office Director |
| --- | --- | --- |
| _____ | _____ | _____ |

# Original + 2 copies ( The original with other warrants attached to the payment voucher. First copy for the requesting welfare/ Department. The other copies are kept in the butt of the book).

83

IIRO 130743

# I.I.R.O

# INTL. ISLAMIC. RELIEF. ORG

Regional Office _____

Branch Office_____

## Paysheet

### Employees' Salaries for the Month of    14  H Corresponding to /  / 19

| Name | Date of commencing work | Position | Contracting authority | Basic salary | allowances | Total | Deductions | Net | Signature |
|------|------|------|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Prepared by:            Revised by:            Approved by:

Accountant         Chief  Financial Officer         Director

# Original and two copies (The original is attached to the payment voucher, the first copy is sent to the Human Resources at the Headquarters, the other copy is kept at the office.

IIRO 1307744

## I.I.R.O
## INTL. ISLAMIC. RELIEF. ORG

Regional Office _____

Branch Office _____

**Statement of Handing Over Cash Allowance of Orphans**
for the period  /  /  to /  /  14H  Corresponding to /  / 19 AD

| s/n | Compt. No. | Name | Amount | | Receiver | Type of Relation | Signature |
|---|---|---|---|---|---|---|---|
| | | | Local Currency | Dollar | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Official Stamp**    **Office or Association Director  Approval of Regional Director**

Name: ............................    Name: ....................

Signature: ........................    Signature: ..................

85

IIRO 130745

# I.I.R.O
# INTL. ISLAMIC. RELIEF. ORG
...............................Office

| Internal Memo |
|---|

No. ...............................     Subject:

...............................................

Date:     /  /

1st referral to H. E ...............................................

| | | |
|---|---|---|
| ☐ | To study and report | |
| ☐ | To complete the necessary | |
| ☐ | For auditing & Reviewing | |
| ☐ | For supplying cash | |
| ☐ | For paying out | |
| ☐ | For transfer | Department/ welfare official in charge of the administration |
| | | _____ |

2nd referral to

☐     Date  /  /     for checking & auditing

Name:
Signature:

3rd referral to

☐     Date  /  /  ☐     for payment          for transfer
☐                                              for check issuance

Name:
Signature:

86

IIRO 130746

**I.I.R.O**
**INTL. ISLAMIC. RELIEF. ORG**
**REGIONAL OFFICE**
**BRANCH OFFICE**

## Cash Receipt Voucher Form

Cash receipt voucher
No. ( )

Date: / / 14 H    Corresponding to : / / 19 AD

Amount in figures :

Received from Mr. ...................................................................................
An amount of .......................................................................................
Against..............................................................................................
...

Received by
---------------------------

Original and three copies ( The original is given to payer of cash, a copy to cashier,
a copy to the accountant and a copy is kept in the book).

IIRO 130747

## I.I.R.O

| A Statement of Treasury Movement Form |
|---|

| On ................dated  /    / 14   H   corresponding to   /   / 19  G |
|---|

### Receivables                                                                                    Payments

| Amount | Description | Receipt voucher No. | Amount | Description | Payment voucher No. |
|---|---|---|---|---|---|
| | Total of today's receipts<br><br>Previous balance<br><br>Total | | | Total of today's payments<br><br>Previous balance<br><br>Total | |

# Provided that one of the copies of receipt voucher and payment voucher is attached to this statement

**Cashier**

88

IIRO 130748

# I.I.R.O

| Statement of total cash amounts supplied to the office |
| :---: |
| From    /    / 14   H    to    /  / 14   H |
| Corresponding to    /   /19     AD   to   /  /  19    AD |

| s/n | Source | The equivalent amount in local currency | Amount in $ |
| :---: | --- | --- | --- |
| 1 | Cycling balance during the year | | |
| 2 | Head Office | | |
| 3 | Donations | | |
| 4 | Projects revenues | | |
| 5 | Bank profits | | |
| | Total | | |

89

IIRO 130749

## I.I.R.O

| Statement of total cash amounts supplied as donations to the office From outside the Head Office as from the period starting / / 14 H to / / 14 H Corresponding to / /19 AD to / / 19 AD |
|---|

| s/n | Description | The amount supplied in local currency | Equivalent in dollar |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| | Total | | |

90

IIRO 130750

I.I.R.O.S.A

## INTL. ISLAMIC. RELIEF. ORG
### Financial Department

### Treasury Inventory Report
### in 30/12/14 H

On........... dated  /    / 14   H  corresponding to    /    / 20   G    a
committee formed from the following persons met:

(1)                                                                    Mr.

................................. Financial Officer

(2)                                                                    Mr. ------------------

-----------

(3)                                                                    Mr.

..................................................

In the presence of cashier, Mr. -------------------------- the treasury was opened by his
knowledge and the following contents were found:

**First: The local currency:**

| Category | Number | Total amount | Remarks |
|----------|--------|--------------|---------|
|          |        |              |         |
|          |        |              |         |
|          |        |              |         |
| Total in local currency & equivalent in Dollars | | | |

By revising the books and the documents, the following was found:

* The last cash
  receipt voucher in ( local currency ) No. ......Dated / / 14 H
  with an amount of .................................. in name of
  .........................................

* The last cash
  payment voucher in ( local currency ) No. ......Dated / / 14 H
  with an amount of .................................. in name of ..........................
  Treasury cash balance statement on 30 /  /  14  H with an  amount of.......
  And found [    ]  non- conforming [    ]  conforming

91

IIRO 130751

**First: Foreign currency:**

| Category | Number | Total amount | Remarks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Total in local currency & equivalent in Dollars | | | |

By revising the books and the documents the following were found:

• The last cash receipt payment in ( foreign currency ) No. ......Dated / / 14 H with an amount of ................................. in name of ........................................................

• The last cash payment receipt in ( foreign currency ) No. ...Dated / / 14 H with an amount of ................................. in name of ...........................
Treasury cash balance statement on 30 / /14 H amount of ................
And found ☐ non- conforming ☐ conforming

• And by conforming the actual ☐ ce with cash balan ☐ he ledger, the following was found    non-conforming    conforming
The record was closed as shown above.

Contents of the treasury were returned once again to the cashier, Mr..........

**The Committee**

| Inventory Committee Chief | Member | Member |
|---|---|---|
| ------------------------------- | ..................... | ................... |

92

IIRO 130752

## I.I.R.O

| | | Statement of total expenditures of the office activities | |
|---|---|---|---|
| | | | From the period starting on |
| | | / / 14  H  to  / / 14  H | |
| | | Corresponding to  / /19  G  to  / / 19  G | |
| S/n | Project title | Expenditure in local currency | Equivalent in dollars |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| | Total | | |

IIRO 130753

Statement of income and expenditure of welfare departments, various items, deficit and increment for the period from  /  / 14  H until  /  / 14  H

| Welfare or item | Income | | | | | | Expenditure | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office expenses | Cash from Jeddah | In kind Donors | Cash Donors | Advance payment from Jeddah | Total | | In Cash | In kind | Loans &advance payment | Assets | Total | | Surplus | Excess expenditure |
| Health Care | | | | | | | | | | | | | | |
| Education Care | | | | | | | | | | | | | | |
| Teachers | | | | | | | | | | | | | | |
| Holy Qur'an Program | | | | | | | | | | | | | | |
| Wells & Mosques | | | | | | | | | | | | | | |
| Emergency & Relief | | | | | | | | | | | | | | |
| Travel | | | | | | | | | | | | | | |
| Sponsors | | | | | | | | | | | | | | |

IIRO 130754



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | | | | | | | | | | | | |
| Information | | | | | | | | | | | | |
| Social | | | | | | | | | | | | |
| Mashikha | | | | | | | | | | | | |
| Not Specified | | | | | | | | | | | | |
| Total | | | | | | | | | | | | |

IIRO 130755

# I.I.R.O

| Forms of the Financial Report |
| :---: |

| Statement of detailed expenditure analysis for ....................welfare |
| :---: |
| for the period from   /   /   14 H to  /  / 14 H |
| Corresponding to    /   / 19 G  to /  / 19 G |

| s/n | Expenditure country<br><br><br>Project Title | Salaries & Wages | Sponsorships | Operational Expenditure | Total | |
| :---: | :--- | :--- | :--- | :--- | :---: | :---: |
| | | | | | Local Currency | Equivalent in dollar |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

96

IIRO 130756

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |

**Note:**

Please take into account project titles and operational items titles according to their presence in the branch overseas office.

97

IIRO 130757

**I.I.R.O.S.A**

INTL. ISLAMIC. RELIEF. ORG
..........................Hospital

Statement of Treatment Fees Revenues

Date: / / 19 G

| s/n | Amount | Receipt Voucher | | Remarks |
|-----|--------|-----|------|---------|
|     |        | No. | Date |         |
|     |        |     |      |         |
| Total | | | | |

Receptionist in charge: _____

98

IIRO 130758

**I.I.R.O.S.A**

INTL. ISLAMIC. RELIEF. ORG
........................Hospital

Statement of Radiology  Fees Revenues

Date:  /  /  19  G

| s/n | Amount | Receipt Voucher | | Remarks |
|-----|--------|------|------|---------|
| | | No. | Date | |
| | | | | |
| | | | | Total |

Receptionist in charge:_____

99

IIRO 130759

## I.I.R.O.S.A

### INTL. ISLAMIC. RELIEF. ORG
### ...........................Hospital

### Statement of Lab. analyses fees revenues

Date:  /  /  19    G

| s/n | Amount | Receipt Voucher | | Remarks |
| --- | --- | --- | --- | --- |
| | | No. | Date | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Total |

Receptionist in charge: _____

100

IIRO 130760

I.I.R.O.S.A

INTL. ISLAMIC. RELIEF. ORG
..........................Hospital

Statement of inpatients fees revenues

Date:  /  / 19

I.I.R.O.S.A

INTL. ISLAMIC. RELIEF. ORG
..........................Hospital

## I.I.R.O

| Forms of Financial Report |
| --- |

Description of detailed expenditure analysis for ..................welfare

For the period from    /    / 14 H  to  /    / 14 H

Corresponding to    /    / 19 G  to /    / 19 G

| s/n | Exp. country Project. Title | Salaries & Wages | Spon sorsh ips | Operational Expenditure | Total | |
|---|---|---|---|---|---|---|
| | | | | | Local currency | Equivalent in dollar |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Note:

Please take into account project titles and operational items titles according to their presence in the branch overseas office.

102

IIRO 130762

Saudi Arabia
International Islamic Relief Organization
Hospital ....................................

## Statement on Sales of Drugs

Data:    /    /201

| No. | Amount | Receipt | | Remarks |
| --- | --- | --- | --- | --- |
| | | Data | NO. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

Receptionist

103

IIRO 130763

Saudi Arabia
International Islamic Relief Organization
Hospital ......................................

## Statement on Used up Substitution

| Data:  /   /201 | Date of Last substitution:   /    /201 |
|---|---|
| Period from: /    /201  to: /   /201 | Sum of last substitution:    /    /201 |
|  | Individual in charge of a trust: |

| S. N. | Amount | Particulars | Payment Document | |
|---|---|---|---|---|
|  |  |  | Data | NO. |
|  |  |  |  |  |
|  |  | Total |  |  |
|  |  | Cash balance |  |  |
|  |  | Sum of permanent advanced payment |  |  |

| General Treasurer (Cashier) | Financial Official | Director of Hospital |
|---|---|---|
| ................................. | ................................. | ................................. |

104

IIRO 130764

Saudi Arabia
International    Islamic    Relief
Organization

Regional Office
Branch Office

Data:  /   /

## Declaring an Individual as free from any obligations towards the Foreign Office

| ... | Signature: ... |
|---|---|
| ... | Management : ... |

, the undersigned, acknowledge that the above named individual is under no obligation towards IIROSA regarding any kind in-kind trust given to him under his custody ; and that IIROSA does not demand any thing from him.

| ...ilation Department : ... | Department Supervisor: ... | |
|---|---|---|
| ...me: ... | Signature: ... | Data:  /   / |
| ...g-lived Assets: | Receiver: ... | Signature: ... |
| ...sumable Assets: | Receiver: ... | Signature: ... |

| ...sonnel Department: ... | Head of Personnel Affairs: ... | |
|---|---|---|
| ...me: ... | Signature: ... | Data:  /   / |

| ...ctor of Shipment & Urgent Relief : ... | Sector Supervisor: ... | |
|---|---|---|
| ...me: ... | Signature: ... | Data:  /   / |

| ...ncial management: | ... |
|---|---|
| ...onal Trust and Advanced Payment: | ... |
| ...perty and Assets of IIROSA: | ... |
| ...ms with the financial value: | ... |

| ...ervisor of the financial: ... | Signature: ... | Data:  /   / |
|---|---|---|

| ...be Approved by Administrative Supervisor | This is considered a certificate indicating that the |
|---|---|
| ...me: ... | individual is under no obligation at all towards |
| ...nature: ... | IIROSA |

105

IIRO 130765

**International Islamic Relief Organization**
**Regional Office**
**Branch Office**

Data:  /  /14

---

## Branch Office

I,_____ the undersigned, want
to enjoy my annual vacation, for a period (            ) days , commencing
from (date)  /  /  14 H and ending on   /  /   14 H .
My address during vacation is : -----------------------------------------------------
-----------------------------------------------------------------------------------------
----

Tel:

Signature of the official

-----------------------------------------

Approval
Head of Section Director/
Administrative Supervisor

-----------------------------------------

Reviewed by
Personnel staff

-----------------------------------------

Approved by
Administrative Supervisor

-----------------------------------------

**Muslim World League**
Makkah Al-Mukarramah
**International Islamic Relief**
**Organization**
**Regional Office**
**Branch Office**

# Settlement of Financial Dues

Data: /   /143                                                    No. :

To His Excellency Financial Official :
Subject: Settlement of Financial Dues Mr.: ------------------------------ File No.: ------
For his service from / /  14H to   / /  14H, Length of service is: ---Days/---Months/-
--Years
Last salary: -------------------------- Reasons for Leaving job: ------------------------------
----------
Financial dues: ------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
--------------


Administrative
Supervisor                                        **Personnel Department**

_____                  _____

Signature
_____   Approved/Name: ------------------------------------------

○   Copy to / Payroll File / Employee's File / Original to Financial Department after completing the process
    of making sure that he is under no obligation towards IIROS and that his advanced payments have
    been deducted from his dues .

107

IIRO 130767

Saudi Arabia
International Islamic Relief Organization
School .......................................

## Form of Internal Bill

| Data:  /  / | No. : |
| --- | --- |

| No. | Statement | Unit | | Quantity | Amount |
| --- | --- | --- | --- | --- | --- |
| | | Type | Price | | |
| | | | | | |
| Total: | | | | | |

**Beneficiary**
Name:
Signature:

**Seller**
Name:
Signature:

**Approved by**
**Office Director**

108

Saudi Arabia
International Islamic Relief Organization
Office ....................................

## Category Card

| Category Name : | Category Number: |
|---|---|
| Supplier's Name: | Storage No: |
| Application's Return Point: | Quantity of Safety Limit: |

| Received Items | | | Disbursed | | | Returned | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| Quantity | History | Document No. | Quantity | History | Document No. | Quantity | History | Document No. | Quantity | History |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Warehouseman**

Name:

Signature:

**References**

Name:

Signature:

109

IIRO 130769

Saudi Arabia
International Islamic Relief Organization
..................................... Office

## Statement of Disbursed Petty Cash

Data: from   /   /201   to   /   /201

| No. | Amount | Statement | Supplier's Name | History |
|-----|--------|-----------|-----------------|---------|
|     |        |           |                 |         |
|     |        | Total     |                 |         |

Signature (Treasurer of Petty Cash)

110

IIRO 130770

Saudi Arabia
International Islamic Relief Organization
.................................... Office

## Memorandum of Drugs' Receipt

| Supplying Body: | Number: |
|---|---|
| Application No.: | Data : / /201 |
| Date of Purchase Order: / /201 A.D. | |

| No. | Statement | Quantity | Unit Type | Unit Price | Category Number | Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| To be Filled by warehouseman | Comment on the amount received: |
|---|---|

| Approved by warehouseman | Approved by: | Representative of the Supplier: |
|---|---|---|
| Name : | Name : | Name : |
| Signature : | Signature : | Signature : |

# This form is prepared in four pages ( original & three copies) (The original for Office Accountant / first copy for the drug's supplier / the second copy for health Coordinator/ the third copy for Drug' Book counterfoil )

111

IIRO 130771

Saudi Arabia
International Islamic Relief Organization
Office .......................................

## Memorandum for returning drugs to warehouse

| From the: |
|-----------|
|           |

| Dispensing Memorandum Number: | Data :  /  /201 |
|-------------------------------|-----------------|
| Date of note exchange:        | No. :           |

| No. | Statement | Item Number | Card number storage | Quantity | Unit Type | Unit Price | Value | Justification |
|-----|-----------|-------------|---------------------|----------|-----------|------------|-------|---------------|
|     |           |             |                     |          |           |            |       |               |
|     |           |             |                     |          |           |            |       |               |

| To be Filled by warehouseman | Comment on the acceptance of Returned Items: |
|------------------------------|----------------------------------------------|

| Approved by: | Approved by: | Drugs were handed over by: |
|--------------|--------------|----------------------------|
| Warehouseman: | Name : | Representative's Name: |
| Signature : | Signature : | Signature : |

# This form is prepared in four pages ( original & three copies) (The original for Office Accountant / first copy for the body that returned Medicines/ the second copy for Welfare Coordinator/ the third copy for Drug' Book counterfoil )

112

IIRO 130772

Saudi Arabia
International Islamic Relief Organization
Office .......................................

## Medicines Dispensing Memorandum

| Data :  /  /201 | | | | | | No. : | | |
|---|---|---|---|---|---|---|---|---|

| No. | Statement | Quantity | Unit | | | Category Number | Remarks |
|---|---|---|---|---|---|---|---|
| | | | Type | Price | Value | | |
| | | | | | | | |

| | Storage          Card number: | | Dispensed by: |
|---|---|---|---|
| This portion is filled by Warehouseman | Stock Balance after dispensing          this request: | | Name:<br>Signature: |

| Approved by: | Approved by: | Received by requesting party: |
|---|---|---|
| Name : | Name : | Name : |
| Signature : | Signature : | Signature : |

# This form is prepared in four pages ( original & three copies) (The original for Office Accountant / first copy for health coordinator / the second copy for warehouseman/ the third copy for Drug' Book counterfoil )

113

IIRO 130773

Saudi Arabia
International Islamic Relief Organization
Office ....................................

<table>
<tr><td colspan="9" style="text-align:center"><strong>Report<br>on Drug's Receipt & Dispensing<br>For the period from / /201 A.D. to / /201 A.D.</strong></td></tr>
</table>

Data :    /    /201                               No. :

| No. | Drug' name | Category Number | Quantity | | | | Category Number | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | Balance Carried Forward | Amount Received | Dispensed Quantity | Closing Quantity balance | | |
| | | | | | | | | |

| Approved by Office Director: | Approved by Office Accountant: | Approved by warehouseman: |
|---|---|---|
| Name : | Name : | Name : |
| Signature : | Signature : | Signature : |

# This form is prepared in four pages ( original & three copies) (The original for Office Accountant / first copy for Health Coordinator/ the second copy is to be retained warehouseman   provided that a report must be accompanied by memorandums on drug dispensing, receipt and references) .

114

IIRO 130774

Saudi Arabia
International Islamic Relief Organization
Office ......................................

## Patient's Referral Memorandum

| Data :  /  /201 | No. : |
|---|---|

| Name of hospital / clinic: | |
|---|---|

| Name : | |
|---|---|
| Sex: | O Male    O Female |
| Age : | |
| Associated Body: | |
| Case Description: | |

Please examine this patient and treat him at expense of:
O IIROSA
O After collection of fees from him

| Welfare  Coordinator / Office  Director |
|---|
| Name : |
| Signature : |

115

IIRO 130775

## Material used in Laboratory Analysis Card and dental clinic

| Material: | Name of material: | Unit: | Packing: |
|---|---|---|---|
| Dispensing / number of cases: | Time : | Canter name : | No. canter : |

| No. | Statement | Materials Received | Materials dispensed | Balance | Item | | | Orphan | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No. | Its kind | Data | No. | Name | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

116

IIRO 130776

I.I.R.O.
INTL. ISLAMIC. RELIEF. ORG
Regional Office
Branch Office

## Report on Currency Exchange

Data: / / 210                                                   No. :

**His Excellency  Chief Financial Official**
**Assalamu Alaikom Wa Rahmatullah**
O   Money Exchange Body            O Banking Bodies
Based on quotations obtained from the above mentioned bodies which are authorized
   by the government to practice this activity, we have selected the highest price for
               selling the Dollar as per the following information:
Sum required to be transferred:                O Check          O In cash
                                         Check No.         Date  /  /

O Dollar → (            )        O Currency → Dollar
O Riyal → (            )        O Riyal  → Dollar
O Other currencies →

| No. | Name of the money exchanger | Data | Time | Price | Notes |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

| Accountant 1 | | Accountant 2 | |
|---|---|---|---|
| | Name : | | Name : |
| | Signature : | | Signature : |

**H.E.  Office Director**
**Assalamu Alaikom Wa Rahmatullah**
Transfer of amount ............................ We have acquired the highest price ................
**Financial  Official**
--------------------------------

**Office Director**

| | Name : | O  I agree | O  I don't agree |
|---|---|---|---|
| | Signature : | | |

117

IIRO 130777

| Office: |
|---|
| Body : |
| Month : |

**Record of financial facts**
**(Visitors to the clinics)**

| Year : |
|---|

| Data | Receipt | Clinics | | | | | Total |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | Total |  |  |  |  |  |  |

This form is to be filled by receptionist.

118

IIRO 130778

| Office: | | Record of Financial facts | |
| Body : | | (laboratory) | |
| Month : | | | Yea |

| Data | Name of Patient | Receipt No. | Amount | Analysis | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | | | | | | |

119

IIRO 130779

| Office: | | Record of Financial | | |
| Body : | | facts | | |
| Month : | | (for visitors to the | Year : | |
| | | clinic) | | |

| Data | Name of Patient | Receipt No. | Amount | Notes |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | |

120

IIRO 130780

| Office: |
| --- |
| Body : |
| Month : |

**Record of financial facts**

**(X-Ray –CT - Radiology)**

| Year : |
| --- |

| Data | Name of Patient | Receipt No. | Amount | X-Ray | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |

121

IIRO 130781

| Office: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Body : | | **Record of financial facts (Clinical Admission)** | | | | Year : | | |
| Month : | | | | | | | | |

| Date | Name of Patient | Receipt No. | Amount | Admission | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Emergence | Surgery | Internal Medicine | Obstetrics/ Gynecology | Child |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | | | | | | |

122

IIRO 130782

| Office: | | Record of financial facts (Pharmacy) | | | |
| --- | --- | --- | --- | --- | --- |
| Body : | | | | | |
| Month : | | | | Year : | |

| Data | Name of Patient | Receipt No. | Amount | Name of medicine | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | | | | | | |

123

IIRO 130783

| Office: | | | Record of financial facts |
|---|---|---|---|
| Body : | | | (Reception) |
| Month : | | | Year : |

| Data | Name of Patient | Receipt No. | Amount | Admission | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Examination | Laboratory | X-Ray | Drug Dispensing | clinical admission |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | | | | | | |

124

IIRO 130784

## Category Card
## Animal Investment

| Type : | | Weight : | |

| | |
|---|---|
| Opening balance: | |
| Received from animal production: | |
| Sold : | |
| Dead : | |
| Ending balance: | |

| Site Supervisor: | Signature : |
|---|---|
| | |

No. of animals is divided according to their weights . Then cards are filled as per stockade , reviewed, corrected as a bill per a report (Cards are prepared from strong papers)

125

IIRO 130785

# Bill of Sale
# Animal Investment

Data :                                                No . :

Mr. /
Sir,

| No. | Statement | No. | Individual weight (kg) | Price | Value |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| | Total | | | | |

| Site Supervisor: | Delivery permission number: |
|---|---|
| Signature : | Data : |

It is made in four pages (an original and three copies); the original is handed over to the purchaser, second copy is sent to the Office as attached to the sales statement which is prepared by the supervisor

126

IIRO 130786

## Report on Auction Selling Animal Investment

Data : 

No : 

It was on the date    /  /  14 H   /  /201 A.D.

That  a number of ------ cattle heads were sold based on the permission for delivering animals for selling as per. No. ----- dated ----/---/----/14—H. The value of (-----)  was received in cash after deduction of auction fees amounting to (---------), and hence net value is (--------).Accordingly, I sign.

| Office Representative | Auction Conductor | Agricultural Coordinator |
|---|---|---|
| ----------------------- | ----------------------- | ----------------------- |

This  is prepared in four pages ( original and three copies ); original is sent to the Office, and the supervisor retains the first copy and the second copy is handed over to the agricultural coordinator and the third copy is kept at the animal purchase book counterfoll

127

IIRO 130787



> ### Sales Statement
> ### Animal Investments

| Period from | \ | \ | to | \ | \ |
|---|---|---|---|---|---|

| No. | Details | Receipt | | Amount |
|---|---|---|---|---|
| | | Number | Date | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| | Total | | | |

Receipt Voucher no.                         Date              \          \

Location's Supervisor                  Agricultural Coordinator

Signature:                                   Signature:

- Two copies of the original: The original along with the receipts to be sent to the office, the second copy to be kept by the controller and the first copy to be sent to the coordinator.

128

IIRO 130788



### Animals Delivery Note
### Animals Investment

**Date:**    \        \        **Number:**

**Barn Administrator,**

Please Deliver Mr. _____

 Number (                    )        Weight (                    kg)

Controller:                                    Consignee:

Signature: Signature:

---

- Three copies of the original: The original to be sent to the office, the first copy to the Ban Administrator, the second copy to the controller and the third copy attached to the stub book.

129

IIRO 130789



## Dead Animals Report
## Animals Investment

| Date: | \ | \ | | Number: | |

In the day of    \    \    corresponding to    \    \

The following animals were found dead:

| No. | Details | Number | Weight Class | Reasons |
|-----|---------|--------|--------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total |  |  |  |

Whereas the veterinarian was previously brought to examine them and he

prescribed antibiotics to them in the date of    \    \    .

Preparation                    Review

Approval

Barn's Administrator    Location's Advisor        Agricultural Coordinator

---

* Three copies of the original: The original to be sent to the office, the first copy to the controller, the second copy to the coordinator and the third copy attached to the stub book.

---

130

IIRO 130790

## PERIODIC INVENTORY STATEMENT
### Animals Investment

| Date: \ \ | | Type | Location: |
|---|---|---|---|
| | | Male\Female | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| | Total | | |

Barn's Administrator                                    Location's Supervisor

Signature:                                              Signature:

- This statement is made by Location's Supervisor

- Two copies of the original: The original to be sent to the office, the first copy to the Agricultural Coordinator, the second copy to the controller.

131

IIRO 130791

## Records of Selling Sewing Center Products

IIRO 130792

ite: \  \

Number:

In the day of \ \ corresponding to \
\ the products of the following sewing center were sold to
MR. , as per the following details:

| No. | Details | Number | Price | Value | Notes |
|-----|---------|--------|-------|-------|-------|
|     |         |        |       |       |       |
|     |         |        |       |       |       |
|     | Total   |        |       |       |       |

This buyer was selected in view of his best offer compared to all the
qualified offers as the following:

Name of the buyer            Offered Price

_____          (          )
_____          (          )
_____          (          )

The amount was received in cash (only                    )

Welfare's Supervisor        Sewing Center Supervisor        Buyer

132



$$\boxed{\text{Sample of the Financial Report}}$$

| From | \ | \ | to | \ | \ | corresponding to | \ | \ | to | \ | \ |

The Assistant Secretary General for Finance

It is our pleasure to send the office's Financial Report for the period above than includes the following:

1. The Trial Balance.
2. Cash Flow Statement.
3. Statement of the Office's Activities Expenses.
4. Analytical Statement of the Office's Activities Expenses.
5. Accounts Receivable.
6. Bank Statements and Transfer Notices for the Same Period.
7. Inventory Fund Record.
8. Statistical Statement of the Journal Voucher Used During the Period.
9. Statement of Positive and Negative Deviations of Activities.

Submitted for Consideration and Guidance,
Financial Official                                           Office Director
Name:                                                        Name:

133

IIRO 130793



## Details of Used Journal Voucher

Period of:        \        \        correspondent to:        \        \

| Details | Document's Name | | | | | |
|---|---|---|---|---|---|---|
| Used | Cashing | | Expenditure | | Entry | |
| | | | | | | |
| | | | | | | |
| Cancelled | | | | | | |
| | | | | | | |

Accountant                                    Financial Officer

_____                        _____

134

IIRO 130794

Office _____

## Monthly Financial Report

Period from _____ to _____

    1.  Analysis of Expenditures

Project Code_____

Currency_____

| | Variance | Expenditures | Budget |
|---|---|---|---|
| Accounting Groupings | _____ | _____ | _____ |
| Supplies | _____ | _____ | _____ |
| Transport and Storage | _____ | _____ | _____ |
| Capital Expenditures | _____ | _____ | _____ |
| Personnel | _____ | _____ | _____ |
| Travel and Communication | _____ | _____ | _____ |
| Rent | _____ | _____ | _____ |
| Administrative Expenses | _____ | _____ | _____ |
| Transfers to : | | | |
| National Societies | _____ | _____ | _____ |
| Total | _____ | _____ | _____ |

Explanations of major variances: _____

_____

_____

_____

_____

135

IIRO 130795

Office _____

## Monthly Financial Report

2. Commitments and Forecast Report

Project Code _____ Currency _____ Month _____

|  | Outstanding Commitments | Next Month Forecast |
|---|---|---|
| Supplies | _____ | _____ |
| Transport and Storage | _____ | _____ |
| Capital Expenditures | _____ | _____ |
| Personnel | _____ | _____ |
| Travel and Communication | _____ | _____ |
| Rent | _____ | _____ |
| Administrative Expenses Transfers | _____ | _____ |
| to : | | |
| National Societies | _____ | _____ |
| Total | _____ | _____ |

please give a short explanation in case the forecast varies substantially from the budget capital anticipated expenditure for the next fifteen days: _____

_____

_____

_____

_____

136

IIRO 130796

Office _____
Month_____

## Monthly Financial Report

3. Cash Request                                                    Currency

  1.  Balance at the opening of the month          _____
     Plus

  2.  Funds received for all
     projects from IIRO during the month        _____
                            Plus

  3.  Funds received for all projects from
     other sources                               _____
     Less

  4.  Funds spent during the month
for all projects                                      _____
                            Less

  5.  Expenses\advances reimbursable              _____
     Equals

  6.  Cash balance at end of the month            _____
     Less

  7.  Forecasted Expenses for next month
     for all projects                            _____
                          Equals

8.Forecasted cash balance at the end of                _____
next month

     Less

  9.  Anticipated Expenditure for the two
     weeks following the next month              _____

     Plus

10. Anticipated local income or transfers
    · from IIRO not yet received                  _____
     Equals

11. Cash Request                                        _____


    •  Details of cash balance at the end of the month

    •  Petty Cash                                 _____
    •  Bank accounts                              _____
    •  Outstanding working advances               _____
Total (as per, above)
Actual exchange rate _____

137

IIRO 130797

## Monthly Bank Reconciliation

Period from: \ \ to \ \
Corresponding to: \ \ to \ \

| In accordance with IIRO Records | In accordance with Bank's Records |
|---|---|
| Bank's Book Balance dated \ \ | Balance dated \ \ |
| Add | Deduct |
| Bank: | Account No. |
| attached. | ex ( ). |
| the bank statement. | |
| • Bank charges. | • Amounts registered by mistake (if any). |
| **Deduct** | **Add** |
| • Issued checks not yet presented to the bank as attached ( ). | • Deposited checks /not cashed as attached ( ). |
| **Total** | **Total** |

Only ...................................................................................................

............................................................................................................

| Approved by | Reviewed by | Prepared by |
|---|---|---|
| Office Director | Director of Finance | Accountant |

138

IIRO 130798



## Overseas Office Employee Clearance Form

Name: _____  Welfare: _____
Position: _____

Employee's Welfare: _____  Welfare's Supervisor: _____

Name: _____  Signature: _____  Date:

Long-lived assets: receiver: _____  Signature: _____

Used assets: receiver: _____  Signature: _____

Personnel: _____  Personnel Supervisor: _____
Name: _____  Signature: _____  Date:

Warehouse: _____  Warehouse Supervisor: _____
Name: _____  Signature: _____  Date:

Financial Affairs: _____  Financial Officer: _____

Name: _____  Signature: _____  Date:

| This is a clearance certificate | Approval Office Director |
|---|---|
| | Name: _____ |
| | Signature: _____ |
| | Date: _____ |

IIRO 130799



## Acknowledgment of Receiving All Legitimate Entitlements

I, the undersigned, confirm that:

Name:

Nationality:

ID Number:

ID Date:

ID Source:

I have received all legitimate entitlements for the period I worked for IIRO. I hereby pledge not to demand further entitlements from IIRO in future and this deems to be a final quittance.

Name:

Signature:

Date:         \            \

140

IIRO 130800

## Handover and Takeover Report

According to the letter of IIRO Assistant Secretary General for Finance number:
Dated:    \    \    corresponding to    \    \    concerning the
handover and takeover, on this day of    corresponding to    \    \
    the account receivable of the office of (    ) was handed over by Mr.
        (The Former Director) to Mr.    (New Director)    the
content is represented by the trial balance and the financial statements prepared on    \
    \    by the office financial officer in accordance with the attachments to this
report.

(as per Bank's Statement    Account no.    Annex no.    )
2. Banks Balance: _____ Local Currency
(as per Bank's Statement    Account no.    Annex no.
)
3. Balance with the Cashier: _____ Local Currency
(As per cash in inventory record    Account no.    Annex no.
)
4. Project's Accounts Receivable: _____ Local Currency
(as paid to agents as indicated in Annex no.    )
5. Projects' Net Balance: _____ Local Currency
(as per details in Annex no.    )

The balances are identical to the following records:
    a. Daily Record    b. Banks Record    c. cashier Record

    d. Project's Account Receivable Record
    e. Projects Record    f. Analytical Records of Projects and Trial
       Balance and Financial Statement in the day of receipt.

The last Cash Vouchers as shown in Records are:
    a. Receipt Voucher no.    Dated    \    \
    b. Payment Voucher no.    Dated    \    \
    c. Journal Voucher no.    Dated    \    \
    d. Numbers of last drown checks (Account no.    Local Currency).

Number

141

IIRO 130801

    e. Numbers of last drown checks (Account no.    Local Currency).

Number

    f. official exchange rate in the date of submission (US Dollars =    )

6.Received Checkbooks (Annex no.    ).

7.Project's Account Receivable and Net Balance outside the Budget (Annex no.    ).

8. List of unpaid receivables to date (Annex no.

**Second:** Inventory of furniture and assets belong to the office (Annex no.    )

**Third:** Inventory of Warehouse stationery of the office (Annex no.    )

**Fourth:** Inventory of the administrative files:

    a. Outgoing Records Number (    ) b. incoming Records Number

    C . Inventory of files existed in the office no.

    d. Seals (Annex no.    )

**Fifth:** Change of the authorized signatories of the bank accounts. Cancellation Letter of the previous and following signatures to be attached to the report along with samples of their signature.

**Committee Members**

Signatures

| Former Office Director | New Office Director |
|---|---|
| Name: | Name: |
| Signature: | Signature: |
| Date: | Date: |
| Office Financial Officer | Financial Control, Follow Up and Guidance |
| Name: | Name: |
| Signature: | Signature: |
| Date: | Date: |

**Note**

The Annexes of this report no. (    ) are integral part of the report. These documents are considered as preliminary clearance of the Former Director    Mr...................................................................unless documents or statements contrary to the committee's report are produced. The Financial Discharge must be made by the Finance Department (Head Office) after presenting this report and settling of the office current account and personal accounts receivable, if any.

142

IIRO 130802

**Cashier Inventory Record**
Inventory count on    \    \

| Class | Number | Amount | Notes |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total |  |  |  |

• **Local Currency**

**Committee Members**

Former Office Director | New Office Director
Name: | Name:
Signature: | Signature:
Date: | Date:
Office Financial Officer | Financial Control, Follow Up and
Guidance |
Name: | Name:
Signature: | Signature:
Date: | Date:

143

IIRO 130803

## Banks Inventory Record
### Inventory of Banks on    \        \

| No. | Account no. | Bank's Name | Balance in US Dollars | Balance | Notes |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| | Total | | | | |

- Local Currency

### Committee Members

Former Office Director
Name:
Signature:
Date:

New Office Director
Name:
Signature:
Date:

Office Financial Officer Guidance
Name:
Signature:
Date:

Financial Control, Follow Up and
Name:
Signature:
Date:

144

IIRO 130804

### Details of the Balances of the Office Projects

| No. | Project | Balance | Account Receivables | Net Balance | Notes | |
|---|---|---|---|---|---|---|
| 1 | Social Welfare | | | | | |
| 2 | Health Welfare | | | | | |
| 3 | Educational Welfare | | | | | |
| 4 | Mosques | | | | | |
| 5 | Administrative Expenses | | | | | |
| 6 | Emergency Relief | | | | | |
| 7 | General Assistance | | | | | |
| 8 | Kunduz | | | | | |
| 9 | Qur'an Courses | | | | | |
| 10 | Educational Center | | | | | |
| 11 | Other Projects | | | | | |
| 12 | Profits and donations | | | | | |
| 13 | Secretariats | | | | | |
| 14 | Cars Workshop | | | | | |
| 15 | Sustainable Account Receivable | | | | | |
| 16 | Casual Loans | | | | | |
| | Total | | | | Cash Balance with Cashier | |
| | | | | | Bank Balance | |
| | | | | | Total | |

* In local currency

145

IIRO 130805

## Resumption of Duty Notice

Name:..............................................    Department:
                                                    ................................

Leave Type:
- o  Normal Leave
- o  Sick Leave
- o  Urgent Leave
- o  Leave Without Pay

Starting Date:        \        \        End Date:        \            \
Date of Resumption of Duty:            \            \            Leave
Duration...........................
Employee Name:.....................................................
Signature: ............................................................

From:.....................................................................
To the Head of Personnel
- o  This is to inform you that the above said employee has resumed his duty on the specified date:        \            \
- o  This is to inform you that the above said employee has not resumed his duty on the specified date. An investigation in this respect was made – see attached report.

For your Information and Necessary Action,
Approval of the Official in Charge:
    Name: ....................................................................
    Signature: ...........................................................
    Administrative
    Supervisor:................................................................
    ...
    Signature: ...........................

146

IIRO 130806

## Leave Clearance

Date:                                                    Employee ID:

**The Director Finance Department:**

Subject: leave clearance of Mr. ...........................  Department

.....................

The above said employee started his annual leave on          \          \

 for ................................ days and resumed his duty on          \

 \

There is no any objection regarding paying the legitimate entitlements of the said employee

.........................................................................................................

......................................

.........................................................................................................

.........................................

.........................................................................................................

..................................................

.........................................................................................................

......................................

**Performance Officer**                                **Administrative**
**Advisor**

...............................................................

...............................................................

- • Original to the Finance Department.
- • A copy to the employee's file.

147

IIRO 130807

## Salary Disbursement

The\ Finance Officer

As Mr. ...................................................……., employee in Finance Department will proceed his annual leave        starting \        \

Kindly, authorize disbursement of his salary (        ) for the period from    \        \            to        \        \                , noting that his monthly salary is ( SR                ) and the amount due is (SR ).

Regards,

Administrative Supervisor,

148

IIRO 130808

## Disbursement of Leave Salary

The Finance Officer,

Kindly, authorize pay Mr. ...............................

File NO.                                    Employee in ...........................

Department

the value of his entitled leave starting from     \     \     to     \

\

based on the attached leave request and the given information.

- Requested days (          )
- Salary of the said employee (SR          )
- Amount Due (SR          )
- The value of loan installment (SR          )

Notes:

.....................................................................................................

....................

Regards,

Administrative Supervisor,

- The original to the Finance Department
- A copy to the employee's File

149

IIRO 130809



## Acknowledgment of Receiving All Legitimate Entitlements

I, the undersigned, confirm that:
Name:
Nationality:
ID Number:
ID Date:
ID Source:
I have received all legitimate entitlements for the period I worked for IIRO. I hereby pledge not to demand further entitlements from IIRO in future and this deems to be a final quittance.

Name:
Signature:
Date:            \            \

150

IIRO 130810



### Emergency Leave Request

Department: _____  Date: _____

Mr. _____
Due to unforeseen circumstances, kindly allow me to proceed on an emergency leave for (
) days starting from        \        \
and the reason is: _____
my address during the leave will be: _____
Name: _____  Signature: _____

The Administrative Supervisor,
As we do not have any objection regarding granting the above said employee a leave for
(      ) days, starting from        \        \
Kindly, take necessary action in this respect.
Name:_____  Position:_____  Signature: _____

| For official |

### Emergency Leave Resolution

| Balance | |
| --- | --- |
| Requested | |
| residual | |

Based on the authority conferred upon the Administrative Supervisor and after the approval of the employee's Direct Chief, the employee:
Mr. _____
Is granted an emergency leave for (        )days, starting from        \        \
Name:_____  Position:_____  Signature: _____

IIRO 130811



### Foreign Office Employee Clearance Form

Name: _____ Welfare: _____

Position: _____

---

Employee's Welfare: _____ Welfare's Supervisor: _____

Name: _____ Signature: _____ Date: _____

Long-lived assets: receiver: _____ Signature: _____

Used assets: receiver: _____ Signature: _____

---

Personnel: _____ Personnel Supervisor: _____

Name: _____ Signature: _____ Date: _____

---

Warehouse: _____ Warehouse Supervisor: _____

Name: _____ Signature: _____ Date: _____

---

Financial Affairs: _____ Financial Officer: _____

Name: _____ Signature: _____ Date: _____

---

| This is a clearance certificate | Approval |
| | Office Director |
| | Name: _____ |
| | Signature: _____ |
| | Date: _____ |

152

IIRO 130812

**Submission of Legitimate Entitlements**

Date        /        /                                                No.

Subject: Submission the legitimate entitlements of Mr. ......................

file no. ........

for the period of his service starting        /   /            to        /   /

Length of service: days /      months/        years /

Last salary ...................... reason for leaving .........................

Legitimate Entitlements:

..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................

Administrative supervisor                           Personnel

.........................................            ...................................

Approved by/ name: ..................    signature: ..........................

153

IIRO 130813

# Leave Request

I, ................................................. would like to request my annual leave

For the period of     /     /        to        /        /

My address during the leave is

.................................................................

.................................................................................

..................................................

Phone no:

Signature

Approval
Department Head / Department Supervisor

...................................

...................................

Review
Personnel

Approved by
Administrative supervisor

...................................

...................................

154

IIRO 130814