# EXHIBIT 70

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**
**Office of the Secretary General**

[Logo]

MUSLIM WORLD LEAGUE
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

No.: _____

Subject: _____

Date: _____

: _____

## Minutes of the 6th meeting of the Board of Directors of the Organization Wednesday, 22/6/1421 AH, corresponding to 20/9/2000 AD

By the grace of Allah, the 6th meeting of the Board of Directors of the Organization was held on Wednesday 22/6/1421 AH, corresponding to 20/9/2000 AD, at eleven o'clock in the morning at the Headquarters of the General Secretariat of the 0rganisation in Jeddah. As his Excellency, DR. Abdullah bin Saleh al –Obaid, the Secretary General and Chairman of the Board of Directors of the Muslim World League was outside the Kingdom, the meeting was chaired by his Excellency al – Sheikh Ibrahim Muhammad Afandi. The following members of the Board were present at the meeting. The meeting was attended by their Excellences, Eminencies, and Highness, members of the councils. The following are their names:

| | |
|---|---|
| 1. His Excellency, Dr. Adnan Khalil Basha | Secretary General of the Organization/ Board member. |
| 2. His Excellency al-Sheikh Abdul Rahman Abdul Qadi Faqih | Board Member. |
| 3. His Eminence al- Sheikh Hussein bin Ali Mirfaq | Founding Board Member of the Organization and Board Member. |
| 4. His Eminence, Dr. Abdul Rahman Habanka al –Maidani | Founding Board Member of the Organization and Board Member. |
| 5. His Excellency, Mr. Ibrahim bin Muhammad al–Jumeih | Board Member authorized on behalf of al– Sheikh Muhammad bin Abdullah al- Jumeih. |
| 6. His Excellency, Dr. Hasan bin Ali al– Ahdal | Director of Financial and Administrative Affairs of the Muslim World League and Board Member. |

7. His Excellency Engineer Mahmoud bin Abdullah Tibiyah authorized His Excellency al – Sheikh Ibrahim Muhammad Afandi to approve the decisions and recommendations reached.

8. His Excellency engineer Muhammad bin Abdullah al- Dibyan discussed the budget in the previous session and has no objection to it.

**Apologies for absence:**

| | |
|---|---|
| 1. His Excellency al – Sheikh Mustafa bin Muhammad Idris | Advisor at the Royal Court and Acting Head of the Special Committee at the Council of Ministers and Board Member. |
| 2. His Excellency, al – Sheikh Muhammad bin Nasir al-Abboudi | Assistant Secretary General of the Muslim World League and Board Member (due to travel). |

[Signature]          [Signature]          (1)          [Signature]

Please quote above ref. No. and date when replying

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

MWLIIRO-00016243

| MUSLIM WORLD LEAGUE | | MUSLIM WORLD LEAGUE |
|---|---|---|
| **INT'L ISLAMIC RELIEF ORG.** | [Logo] | **INT'L ISLAMIC RELIEF ORG.** |
| **THE KINGDOM OF SAUDI ARABIA** | | **THE KINGDOM OF SAUDI ARABIA** |
| **Office of the Secretary General** | | |

No.: _____        Subject: _____

Date: _____        : _____

**Unable to attend:**

1. His Excellency al–Sheikh Abdul Rahman Ya'qoob — Organization's Founding Council Member and Board Member.

2. His Excellency Mr. Khalid kiba — Organization's Founding Council Member and Board Member.

**Also present at the meeting:**

1. His Excellency Dr. Awad bin Salamah al–Rahili — internal auditor of the Organization.

2. His Excellency, Dr. Yusuf bin Abdullah Basudan — Organization Budget Director.

## Agenda:

The agenda was reviewed and approved as follows:

1. Discussion of the Organization's estimated budget for the fiscal year 1421/1422 AH.
2. Presentation of meeting minutes from the previous meeting for signature.
3. Presentation of the Executive Committee's recommendation regarding the. participation of the Organization's local offices in Board of Directors meetings.
4. Any other business.

[Signature]        [Signature]        (2)        [Signature]

Please quote above ref. No. and date when replying

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

MWLIIRO-00016244

| MUSLIM WORLD LEAGUE | | MUSLIM WORLD LEAGUE |
|---|---|---|
| **INT'L ISLAMIC RELIEF ORG.** | [Logo] | **INT'L ISLAMIC RELIEF ORG.** |
| **THE KINGDOM OF SAUDI ARABIA** | | **THE KINGDOM OF SAUDI ARABIA** |
| **Office of the Secretary General** | | |

No.: _____     Subject: _____

Date: _____     : _____

 At the beginning of the meeting, the members discussed whether this meeting should be for preparation, listening to an explanation of the budget, answering questions from their eminences and Excellences members of the Council regarding it, and calling for another meeting for its approval, or continuing the discussion and making a decision on it. It was clarified that his Excellency the Chairman of the council had approved the budget and signed the minutes of its approval in the Executive Committee. Furthermore, his Excellency Engineer Mahmoud Tibiya authorized his Excellency al – Sheikh Ibrahim Afandi, in writing, his approval of the decisions and recommendations reached. This provided the required number of 8 members to hold the second session after the session in which a quorum was not met. His Excellency, Engineer Muhammad al – Dibyan had no objection to the budget but had requested clarification on it, and a response was given.

The council began discussing the agenda, which was limited to discussing the estimated budget of the organization for the fiscal year 1421/1422 AH and postponing the rest of the agenda items to the next meeting.

## Discussion and approval of the Organization's estimated budget for the year 1421/22 AH.

The Council reviewed the Organization's estimated budget for the year 1421/22 AH.

Al – Sheikh Ibrahim Afandi commented, saying that he saw no cause for concern and that the financial control, coordination, and planning are now better compared to the past. This is due to the efforts of His Excellency Dr. Abdullah al – Ubaid and his Excellency Dr. Adnan Basha, may Allah reward them. I would like to emphasize that nothing will be spent from the budget estimates unless there is a donation, as the matter is contingent upon funds allocated to these items. I would also like to assure the council that a consultant tasked with reorganizing all the Organization's structures is about to complete his work and will submit his report to the council for review and approval of what he deems most beneficial for the Organization. Furthermore, the participation of two members from local offices in the Executive Committee and Board meetings will also have a positive impact. After deliberation and discussion, His Excellency Mr. Ibrahim al – Jumeih proposed approving the budget, and the council decided the following:

## Resolution No. 59/5/1/421

Approval of the Organization's estimated budget for the fiscal year 1421/1422 AH, according to its total items and attached detailed data amounting to (158,567,000) riyals, provided that the expenditure is restricted from the general reserve item and approved by the Executive Committee.

[Signature]              [Signature]           (3)           [Signature]

Please quote above ref. No. and date when replying

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

MWLIIRO-00016245

| MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA**<br>**Office of the Secretary General** | [Logo] | MUSLIM WORLD LEAGUE<br>**INT'L ISLAMIC RELIEF ORG.**<br>**THE KINGDOM OF SAUDI ARABIA** |

No.: _____          Subject: _____

Date: _____          : _____


## And with this, the meeting ended and the minutes were closed
## Members' Signatures

1. His Excellency Dr. Abdullah bin Saleh al –Ubaid                    _____ Chairman of the Council

2. His Excellency Engineer Mahmood bin Abdullah Tibia          _____ Council Member

3. His Excellency al–Sheikh Ibrahim Muhammad Afandi           [Signature]  Meeting Chairman

4. His Excellency Dr. Adnan bin Khalil Basha                           [Signature]  Council Member

5. His Excellency al–Sheikh Abdul Rahman Abdul Qadir Faqih   _____ Council Member

6. His Eminence al–Sheikh Husein bin Ali Mirfaq                      [Signature]  Council Member

7. His Eminence Dr. Abdul Rahman Habanka  al-midani              [Signature]  Council Member

8. His Excellency Mr. Ibrahim bin Muhammad al- Jumeih          [Signature]  Council Member

9. His Excellency Engr. Muhammad bin Abdullah al–Dibyan       _____ Council Member

10. His Excellency Dr. Hasan bin Ali al–Ahdal                           [Signature]  Council Member

(4)

Please quote above ref. No. and date when replying
Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

MWLIIRO-00016246

MUSLIM WORLD LEAGUE

INT'L. ISLAMIC RELIEF ORG.

THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي

هيئة الإغـاثة الاسلامية العالمية

بالمملكة العربية السعودية

مكتب الأمين العام

| | | | |
|---|---|---|---|
| Sub. : | الموضوع : | No : | الرقـم : |
| | : | Date : | التاريخ : |

<div dir="rtl">

محضر الاجتماع السادس لمجلس إدارة الهيئة

الأربعاء ٢٢/٦/١٤٢١هـ الموافق ٢٠/٩/٢٠٠٠م

تم بفضل الله عقد الاجتماع السادس لمجلس إدارة الهيئة يوم الأربعاء ٢٢/٦/١٤٢١هـ الموافق ٢٠/٩/٢٠٠٠م في الساعة الحادية عشرة صباحاً بمقر الأمانة العامة للهيئة بجدة، ونظراً لوجود معالي الأمين العام لرابطة العالم الإسلامي. ورئيس مجلس إدارة الهيئة الدكتور/ عبدالله بن صالح العبيد خارج المملكة فقد ترأس الجلسة سعادة الشيخ/ ابراهيم محمد أفندي . وقد حضر الاجتماع أصحاب المعالي والفضيلة والسعادة أعضاء المجلس الآتية أسماؤهم :

١- سعادة الدكتور/ عدنان بن خليل باشا        الأمين العام للهيئة وعضو المجلس .

٢- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه      عضو مجلس الإدارة .

٣- فضيلة الشيخ/ حسين بن علي مرفق       عضو المجلس التأسيسي للرابطة وعضو مجلس الإدارة .

٤- فضيلة الدكتور/ عبدالرحمن حينكة الميداني     عضو المجلس التأسيسي للرابطة عضو مجلس الإدارة .

٥- سعادة الأستاذ/ ابراهيم بن محمد الجحيح      عضو مجلس الإدارة المفوض نيابة عن الشيخ محمد بن عبدالله الجحيح .

٦- سعادة الدكتور/ حسن بن علي الأهدل       مدير الشؤون المالية والإدارية برابطة العالم الإسلامي وعضو مجلس الإدارة .

٧- وفوض معالي المهندس/ محمود بن عبدالله طيبة سعادة الشيخ ابراهيم محمد أفندي بالموافقة على ما بتم التوصل إليه من قرارات وتوصيات .

٨- ناقش سعادة المهندس/ محمد بن عبدالله الضبيان الميزانية في الجلسة الماضية وليس لديه اعتراض عليها .

واعتذر عن الحضور :

١- معالي الشيخ/ مصطفى بن محمد إدريس       المستشار بالديوان الملكي والقائم بأعمال اللجنة الخاصة بمجلس الوزراء . عضو مجلس الإدارة .

٢- معالي الشيخ / محمد بن ناصر العبودي       الأمين العام المساعد لرابطة العالم الإسلامي وعضو مجلس الإدارة لسفره .

( ١ )

</div>

Please quote above ref No, and date when replying    Pour répondre Prière de citer la date et la référence ci-dessus    الرجا ، عند الرد الإشارة الى رقم و تاريخ هذا الرسالة

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ - تلفون ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة إس جى
Address P.O.Box 14843 Jeddah 21434 - Tel : 6512333 - 6515411 - Fax 6518491 - Tlx 606754 IGATHA SJ
Email : relief@iirosa.org   البريد الالكتروني

MWLIIRO-00016243

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامى
هيئة الإغاثة الإسلامية العالمية
بالمملكـة العـربيـة السـعوديـة
مكتب الأمين العام

Sub. :     الموضوع

No :     الرقـم ·

Date :     التاريخ ·

ولم يتمكن من حضور الاجتماع :

١- سعادة الشيخ/ عبدالرحمن يعقوب     عضو المجلس التأسيسي للرابطة وعضو بجلس الإدارة

٢- سعادة الأستاذ/ خالد كيبا     عضو المجلس التأسيسي للرابطة وعضو بجلس الإدارة

كما حضر الاجتماع :

١- سعادة الدكتور/ عوض بن سلامه الرحيلي     المراقب الداخلي للهيئة .

٢- سعادة الدكتور/ يوسف بن عبدالله باسودان     مدير إدارة الميزانية بالهيئة .

جدول الأعمال :

تم استعراض جدول الأعمال وتم إقراره حسب التالي :

١- مناقشة إقرار الميزانية التقديرية للهيئة للعام المالي ١٤٢٢/١٤٢١هـ .

٢- عرض محضر الاجتماع السابق لاستكمال تواقيعه .

٣- عرض توصية اللجنة التنفيذية فيما يخص مشاركة المكاتب المحلية للهيئة في اجتماعات بحلس الإدارة .

٤- ما يستجد من أعمال .

( ٢ )

Please quote above ref. No. and date when replying    Pour repondre Priero de citer la date et la référence sus- dtées    يرجى - عند الرد الإشارة إلى الرقم وتاريخ هذه الرسالة

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤    تلفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١    فاكس : ٦٥١٨٤٩١    تلكس : ٦٠٦٧٥٤ إغاثة إس جى
Address : P.O.Box 14843 Jeddah 21434 - Tel.. 6512333 · 6515411    Fax  6518491    Tlx  606754 IGATHA SJ
Email  relief@irosa.org ·  البريد الإلكترونى

MWLIIRO-00016244

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. :            الموضوع :            No .            الرقـم :

:            Date :            التاريخ

تداول الأعضاء في بداية الاجتماع أن يكون هذا الاجتماع للتحضير والاستماع إلى شرح الميزانية والرد علــــى أسئلة أصحاب الفضيلة والسعادة أعضاء المجلس حولها والدعوة لاجتماع آخر لإجازتها ، أو الاســـتمرار في المناقشـة واتخاذ قرار بشأنها . وتم التوضيح بأن معالي رئيس المجلس موافق على إقرار الميزانية وموقع على محضر إجازتها في اللجنة التنفيذية ، كما أن معالي المهندس محمود طيبة فوض سعادة الشيخ ابراهيم أفندي خطياً بالموافقة على ما يتم التوصـــل إليه من قرارات وتوصيات وبهذا يتوفر العدد المطلوب ثمانية أعضاء لعقد الجلسة الثانية بعد الجلسة التي لم يتوفر فيــــها النصاب ، كما أن سعادة المهندس محمد الضبيبان ليس لديه اعتراض على الميزانية وإنما طلب إيضاحــات وتم الـــردا عليها .

وعليه بدأ المجلس مناقشة جدول الأعمال التي اقتصرت على الميزانية التقديرية للهيئة للعـــام المـــالي ١٤٢٢/١٤٢١هــ ، وتأجيل باقي بنود جدول الأعمال إلى الاجتماع القادم .

## مناقشة وإقرار الميزانية التقديرية للهيئة للعام ١٤٢٢/٢١هــ

استعرض المجلس الميزانية التقديرية للهيئة للعام ١٤٢٢/١٤٢١هــ .

وقد عقب الشيخ ابراهيم أفندي وقال أنه لا يرى ما يدعو للانزعاج وأن الضبط والربط والتخطيط المالي الموجـود الآن جيد بالمقارنة مع السابق ويرجع هذا إلى جهود معالي الدكتور عبدالله العبيد وسعادة الدكتور عدنان باشا حزاهـــم الله خيراً . وأحب أن أؤكد أن ما ورد من تقديرات في الميزانية لن يصرف منه شيء في حالة عدم وجود تبرع فالأمر كلـه مربوط بالتبرعات التي ترد لهذه البنود . كما أحب أن أطمئن المجلس بأن هناك استشاري مكلف بإعادة التنظيم لجميـع هياكل الهيئة أوشك على الانتهاء من مهمته وسيقدم تقريره للمجلس لدراسته وإجازة ما يراه أصلح للهيئة كمــا أن مشاركة المكاتب المحلية بعضوين في اللجنة التنفيذية وفي اجتماعات مجلس الإدارة سيكون لها أثر إيجابي أيضاً .

وبعد المداولة والنقاش اقترح سعادة الأستاذ/ ابراهيم الجميح إجازة الميزانية وقرر المجلس ما يلي :

## القرار رقم ٤٢١/١/٥/٥٩ :

الموافقة على الميزانية التقديرية للهيئة للعام المالي ١٤٢٢/١٤٢١هــ وفق بنودها الإجمالية وبياناتها التفصيلية المرفقـة والبالغة (١٥٨,٥٦٧,٠٠٠) ريال على أن يقيد الصرف من بند الاحتياطي العام بموافقة اللجنة التنفيذية .



( ٣ )

الرجاء - عند الرد - الإشارة إلى رقم وتاريخ هذه الرسالة    Please quote above ref No. and date when replying    Pour répondre Priére de dire le ref. et la date ci-dessus

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ فاكس ٦٥١٨٤٩١ تلكس ٦٠٦٧٥٤ إغاثة اس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel . 6512333  6515411  Fax 6518491 - Tlx: 606754 (GATHA SJ
البريد الإلكتروني    Email relief@ rosa.org

MWLIIRO-00016245

MUSLIM WORLD LEAGUE
INT'L. ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب الأمين العام

Sub. :                    الموضوع                    No :                    الرقم :

Date :                    التاريخ :

وبهذا انتهى الاجتماع وأقفل المحضر .

تواقيع الأعضاء

١- معالي الدكتور/ عبدالله بن صالح العبيد                    ............................ (رئيس المجلس) .

٢- معالي المهندس/ محمود بن عبدالله طيبة                    ........................ (عضو المجلس) .

٣- سعادة الشيخ/ ابراهيم محمد أفندي                    ..................... (رئيس الاجتماع) .

٤- سعادة الدكتور/ عدنان بن خليل باشا                    ..................... (عضو المجلس) .

٥- سعادة الشيخ/ عبدالرحمن عبدالقادر فقيه                    ......................... (عضو المجلس) .

٦- فضيلة الشيخ/ حسين بن علي مرفق                    ..................... (عضو المجلس) .

٧- فضيلة الدكتور/ عبدالرحمن حبنكة الميداني                    ...... (عضو المجلس) .

٨- سعادة الأستاذ/ ابراهيم بن محمد الجميح                    ......... (عضو المجلس) .

٩- سعادة المهندس/ محمد بن عبدالله الضبيبان                    ..................... (عضو المجلس) .

١٠- سعادة الدكتور/ حسن بن علي الأهدل                    ..................... (عضو المجلس) .

( ٤ )

الرجا . عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة        Pour repondre, Priere de citer la date et la référence sus- cités        Please quote above ref. No. and date when replying

العنوان : ص. ب ١٤٨٤٣ جدة ٢١٤٣٤    تلفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١    تلكس : ٦٧٥٤ ٦ إغاثة إس جي
Address . P.O.Box 14843 Jeddah 21434    Tel. 6512333 - 6515411 - Fax 6518491 - Tlx  606754 IGATHA SJ
البريد الالكتروني : Email: relief@irosa.org

MWLIIRO-00016246



Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us