# EXHIBIT 71

| | | |
|---|---|---|
| THE MUSLIM WORLD LEAGUE **INT'L. ISLAMIC RELIEF ORG. IN SAUDI ARABIA** | [Logo] | THE MUSLIM WORLD LEAGUE **INT'L. ISLAMIC RELIEF ORG. IN SAUDI ARABIA** |

No.: _____        Subject: _____

Date: _____        : _____

## The working mechanism between the General Secretariat and local offices

## First: Introduction and Definitions:

### A. Introduction:

This mechanism clarifies the coordination and cooperation between programs and sponsorships in the General secretariat and the local and overseas offices of the Organization, with the goal of improving performance and speed of completion.

### B. Definitions:

**Organization:**

The International Islamic Relief Organization in the kingdom of Saudi Arabia, referred to in this mechanism as (the Organization).

**General secretariat:**

The general secretariat is the headquarters of the Organizations executive body.

**Department:**

A department within the general secretariat that handles a specific task. Among these departments and sponsorships are the following:

Social Welfare Program

Health Care Program

Educational Care Program

Quran Memorization Program

Human Development Program

Engineering Department

Emergency Relief and Shipping

Financial Department

Budget Department

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000111

| THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.<br>IN SAUDI ARABIA** | [Logo] | THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.<br>IN SAUDI ARABIA** |
|---|---|---|
| No.: _____ | | Subject: _____ |
| Date: _____ | | : _____ |

**Local office:**

Every office affiliated to the International Islamic Relief Organization in Saudi Arabia within the kingdom of Saudi Arabia.

**Overseas office:**

Every office affiliated to the International Islamic Relief Organization in Saudi Arabia outside the kingdom of Saudi Arabia.

**Geographical scope:**

A country or group of countries linked by common factors like geographical proximity, language, or other shared designations.

**Project:**

One of the activities and events of the International Islamic Relief Organization in the kingdom of Saudi Arabia, which is implemented in the form of a facility such as mosques, schools, shelters, hospitals, and health centers, or in the form of a temporary or permanent activities such as providing Iftar meals for those fasting, and other permanent or temporary projects and programs.

**Department of Offices:**

It is an intermediary department between the General Secretariat and the local and overseas offices, monitoring the performance of these offices and completing the work and transactions related to the office within the General Secretariat.

## Second: Policies and Strategies:

A. The international Islamic relief Organization in the kingdom of Saudi Arabia was established by the founding council of the Muslim world league by a resolution of the council in its twentieth session in 1398 AH, and it is a legal entity with its own organizational, administrative, and financial structure. Its headquarters are in Makkah Almukarramah within the kingdom of Saudi Arabia, and has the power to establish branches and offices inside and outside the kingdom.

In an effort to highlight the activities of the international Islamic relief Organization and its commitment to its policies, it relies after Allah the Almighty, in managing its projects and programs, on its overseas offices or representatives.in the absence of an office for the Organization, where

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000112

THE MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**

[Logo]

THE MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**

No.: _____    Subject: _____

Date: _____    : _____

necessary to work through other institutions, a decision from the Secretary General of the Organization is required, in coordination with the local office.

C. The local office is an integral part of the International Islamic Relief Organization in the Kingdom of Saudi Arabia, acting on its behalf in collecting donations within its geographical area and in line with its objectives according to the regulatory frameworks of the Organization in setting and funding and reviewing the Organization's plans and programs, including its annual budget.

D. The Organization has a five-year plan, which is divided into annual plans that begin with each fiscal year.

E. The Organization's activity in each country has a comprehensive plan formulated to align with the Organization's general plan.

F. The projects committee, chaired by the secretary general of the Organization, or his designee, shall primarily develop the plan for each geographical region, with the participation of the following entities:

1. The overseas office

2. The local office concerned with projects in the geographical area.

3. Supervisors of related programs and censorships.

4. The Secretary General's advisor for the region

The plan should include the following things:

A. Identifying existing and proposed projects

B. Defining the role of both the program and the local office in terms of the following:

1. Technical studies.

2. Correspondence.

3. Financial reports.

4. Technical reports and their follow-up.

5. Securing the project budget.

6. Securing in-kind donations for the project.

7. Field visits

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000113

| THE MUSLIM WORLD LEAGUE | | THE MUSLIM WORLD LEAGUE |
|---|---|---|
| **INT'L. ISLAMIC RELIEF ORG.** | [Logo] | **INT'L. ISLAMIC RELIEF ORG.** |
| **IN SAUDI ARABIA** | | **IN SAUDI ARABIA** |

No.: _____          Subject: _____

Date: _____          : _____

G.  The implementation of the geographical area plan, and determining its adherence to and achievement of objectives is the supervisory task of local office, which is responsible for monitoring projects in the same geographical area, in coordination with the relevant departments in the general secretariat, according to the plan that includes the projects in each country, as explained in paragraph (f).

H.  This mechanism is operated, God willing, to achieve the Organization's objectives as set out in the bylaws, which are:

1. Providing relief to Muslims, both as peoples and groups, wherever they may be, when disasters befall their persons, property, faith, or freedom.

2. Providing what can protect Muslims, God willing, from the evil of disasters and raise their overall standard of living, with the intention of preserving their lives and existence, and warding off anything that may affect their Islamic faith.

3. Attending to Muslim minorities and developing their communities through education and other means.

4. Providing moral support and in-kind and monetary aid to poor and needy Muslims.

5. Providing comprehensive care for the poor, including widows, the elderly, children, and orphans, to the best of our ability.

I.  The local office participates in collecting donations, and if the overseas office receives a donation, it is responsible for:

1. If the donation serves projects or programs included in the budget of the same fiscal year in which it was collected, the General secretariat shall be notified of the donation amount and disbursement within the budget must subject to its approval. the general secretariat shall then deduct the amount from future payments according to the amount approved in the budget. Any amount exceeding the donation shall be carried over to the budget of the following fiscal year. The local office supervising project monitoring in the relevant geographical area shall also be notified.

If the project type is new and outside the approved budget for that fiscal year in which it was collected, it shall be transferred to the General Secretariat for inclusion in the budget of the following year for implementation. A copy of the correspondence shall be sent to the local office supervising project monitoring in the relevant geographical area. If it is not possible to send the amount to the General Secretariat, it shall be held in reserve and not disbursed until it is included in the budget of the fiscal year for implementation. Disbursement from this donation shall be authorized by the General Secretariat, provided that these authorized amounts are deducted from the payments due according to the

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000114

THE MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**

[Logo]

THE MUSLIM WORLD LEAGUE
**INT'L. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**

No.: _____

Subject: _____

Date: _____

: _____

budget in the records of the General Secretariat. The local office shall be notified of all procedures related to this matter, and in case of necessity, an amendment may be made in the program budget in the country for which the donation was collected stipulated that the new project be included in exchange for canceling a project included in the budget for which no donations were collected, in accordance with the regulations and rules governing budget amendments. The funds shall be disbursed through the overseas office with prior written authorization from the General Secretariat, with the Financial Department carrying out the required settlements in the records at the General Secretariat.

4. If the donation is for the general expenses of the Organization or for another geographical area, it shall be sent to the General Secretariat to complete the necessary procedures. If it is not possible to send it to the General Secretariat for acceptable reasons, it shall be used within the approved budget for that fiscal year in which it was collected, and its amounts shall be deducted from future payments. The Financial Department of the General Secretariat shall make the necessary financial settlement.

5. The overseas office must adhere to the mechanism for receiving donations collected from within its territory, which is attached to this mechanism.

## Third: The Administrative Mechanism:

A. The director of the local office or the concerned local regional office in the geographical area participates in nominating the director of the overseas office – according to the nomination procedure and appointment systems of the International Islamic Relief Organization in the kingdom of Saudi Arabia. His appointment requires the issuance of a decision by the Secretary General of the Organization after presentation to the committee of overseas office of the Organization.

B. The local office may submit a request to the Secretary General of the Organization to question the Director of the Overseas Office located within its geographical area. This requires submitting proof of the claim according to criteria specified in a separate list.

C. The director of the overseas office is directly connected with the Secretary General at the General secretariat's headquarters of the Organization.

D. The local office is committed not to fund any overseas project outside the five-year and annual plans, and to begin handing over the relevant sponsorships the existing projects currently linked to the local office, directly for its supervision according to this mechanism.

E. Correspondence between the local and overseas offices is conducted directly regarding their assigned tasks of studying new projects and monitoring existing projects according to the follow-up plan provided by the projects committee.  the General Secretariat shall be provided with a copy of all such correspondence.

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000115

| THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>IN SAUDI ARABIA | [Logo] | THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>IN SAUDI ARABIA |
|---|---|---|
| No.: _____ | | Subject: _____ |
| Date: _____ | | : _____ |

F.  The overseas office prepares the necessary studies for the proposed projects, including financial, technical, and feasibility studies, and sends them to the relevant sponsorship or the relevant program at the General Secretariat. It also sends a copy to the supervising local office.

G.  The relevant sponsorship reviews the study, including the local office's observations. If the relevant sponsorship and the local office agree on the project's feasibility, it is presented to the projects' committee with a proposal to include it in the following year's budget, taking the following into consideration:

1.  If a donation is allocated to the project, the General Secretariat refers it to the overseas office for disbursement according to the established procedure and approved budget installments for each project, notifying the relevant local office with a coy for follow-up.

2.  If no donations are allocated by type or region, the relevant local office in the geographical sector collects donations for the project.

3.  The relevant local office bears the operational budget for a period that ensures the project can subsequently finance its own administrative and operational expenses according to a plan not exceeding five years, including management and self-sufficiency items.

4.  The local office shall be provided with a copy of the operating budget of the overseas office within its geographical area.

## Fourth: Financial Mechanism:

A.  The local office shall collect donations, giving priority to its geographical sector, provided that donations are collected generally. It shall send a monthly analytical statement of its donations to the relevant sponsorship and a copy thereof to the Financial Department at the General Secretariat. The General Secretariat shall then prepare analytical statements of the actual monthly donations, which are recorded according to their sources (local offices) for the account balance of the geographical areas. The local office concerned with the geographical sector in addition to sponsorships are notified, each of what concerns them.

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000116

| THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>IN SAUDI ARABIA | [Logo] | THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.**<br>IN SAUDI ARABIA |
|---|---|---|
| No.: _____ | | Subject: _____ |
| Date: _____ | | : _____ |

B.  It is not permissible to send any funds directly from local offices to overseas offices or any other overseas entity for any project. If this occurs, the overseas office must immediately inform the General Secretariat and must not handle the funds except upon prior written instructions from the General Secretariat.

C.  It is not permissible to transfer donation funds from one geographical sector to another except with the approval of the donor and the General Secretariat of the Organization. It is permissible to transfer donation funds allocated by type within the same geographical sector for similar projects in care such as (general health and general education…. etc.)

D.  The local office shall transfer all donation funds, without deducting any percentage, to the General Secretariat on a regular basis, providing the Financial Department with a copy of the receipts.

E.  The Financial Department of the General Secretariat of the Organization shall send the installments for the project and the programs allocated to the geographical sector to the overseas office according to the approved estimated budget for the office and the project.

F.  The overseas office is responsible to the General Secretariat of the Organization for the financial advances disbursed to it, with the commitment to repay any outstanding advances monthly and to send relevant papers and documents to the Financial Department of the General Secretariat, and the budget payments are sent to the office based on its responsiveness in sending the advances documents, and the overseas office is held accountable according to the Organization's financial regulations.

G.  The Financial Department of the Organization's General Secretariat sends the local office a copy of the approved final accounts for each past year after their ratification and approval by the Board of Directors.

H.  The Financial Department of the Organization's General Secretariat sends the local offices a financial report (the offices current account statement) for the overseas office under its supervision in the geographical sector, along with a report on the settlement of the office's advance. Each sponsorship and department also sends the financial status for the past period for each project to the local office for the project it supervises.

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000117

| THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.<br>IN SAUDI ARABIA** | [Logo] | THE MUSLIM WORLD LEAGUE<br>**INT'L. ISLAMIC RELIEF ORG.<br>IN SAUDI ARABIA** |
|---|---|---|

No.: _____     Subject: _____

Date: _____     : _____

## Mechanism for Receiving Donations Locally
## at the Non-Revenue Overseas Office.

1. An independent revenue bank account is opened in the name of the International Islamic Relief Organization, into which donations and revenues collected by the office are deposited.

2. These revenues are received against receipt vouchers for collecting donations sent to the overseas office from the General Secretariat.

3. The amounts collected from revenues are deposited in full daily into its bank account and recorded in the cashbook against a receipt voucher. Amounts received by check are deposited in the bank and recorded under an intermediary account (checks under collection) until they are collected and then recorded in the bank account and deducted from this intermediary account.

4. The overseas office shall not print the receipts, as this falls under the General Secretariat's jurisdiction. It must request the required receipts well in advance of their expiry so that the General Secretariat can send them to it in a timely manner.

5. The receipts are recorded, analyzed, and a monthly report is written at the end of the month. This report is to be sent to the General Secretariat during the first week of the month following the month in which these and donations were received, accompanied by copies of the bank statement showing the types of revenues and their amounts collected during the last month so that the General Secretariat can determine the total balance for each type of donation.

6. The Secretary General of the Organization authorizes the overseas office to disburse all or part of the budget payments from the aforementioned bank account balance. The overseas office is not permitted to withdraw any amounts from the aforementioned account except by authorization from the General Secretary of the Organization.

7. The Financial Department of the General Secretariat makes the required settlements and entries by adding the authorized disbursements to the revenues and deducting the disbursed amounts from the relevant budget items for programs and projects, taking into account the allocated revenues collected by the overseas office. The calculation and settlement of the deducted percentage of the allocated donations must not be overlooked. The monthly bank statements for the aforementioned bank account will show the amounts withdrawn pursuant the authorization of the Secretary General of the Organization. Reconciliation and follow-up will be conducted on previously issued authorizations in this regard.

[Signature]

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000118

| THE MUSLIM WORLD LEAGUE INT'L. ISLAMIC RELIEF ORG. IN SAUDI ARABIA | [Logo] | THE MUSLIM WORLD LEAGUE INT'L. ISLAMIC RELIEF ORG. IN SAUDI ARABIA |
|---|---|---|

No.:  100/1464/[letters]                    Subject_____

Date: 9/7/1419 AH                         : _____

## **Circular**

**To your Excellences, Directors of Organization's Local Offices May God protect You May the Peace, Mercy, and Blessings of God be upon you**

With reference to circular No. 48/100 dated 20/1/1418 AH, concerning the adoption of the work mechanism between the General Secretariat and the local offices to supervise the Organization's projects abroad for a trial period of six months, starting from 1/1/1418 AH.

And with reference to Letter No. 488/100/18 dated 10/10/1418 AH which included a request for the views and suggestions of the local offices on the mechanism after the end of the trial period.

Based on the opinions received by the General Secretariat, the mechanism has been formulated in its new form attached.

Therefore, I hope that the new mechanism attached will be adopted starting from 1/7/1419 AH.

**And God is the Granter of Success**

[Stamp]

**Secretary General**
6/7/1419
[Signature]
**Dr. Adnan bin Khalil Basha**

Address: P.O. Box 14843 Jeddah 21434 - Tel: 6512333 - 6515411 - Fax: 6518491 – Tlx: 606754 IGATHA SJ

IIRO-000119

MUSLIM WORLD LEAGUE
NTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطـــة العالم الاسلامــي
هيئة الاغاثة الإسلامية العالميّة
المملكة العربية السعوديّة

الرقم :
التاريخ .

الموضوع :

أولاً : المقدمة والتعاريف:

أ- مقدمة :

يقصد بهذه الآلية إيضاح علاقات التنسيق والتعاون بين البرامج والرعايات في الأمانة العامـة والمكـاتب المحليـة والخارجية للهيئة بهدف تحسين الأداء وسرعة الإنجاز .

ب- تعريفات :

الهيئة :

هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية ويشار إليها في هذه الآلية بـ ( الهيئة ) .

الأمانة العامة :

وتمثل الأمانة العامة المقر الرئيس للجهاز التنفيذي للهيئة .

الإدارة :

هي جهاز داخل الأمانة العامة تعنى بمهمة محددة ومن تلك الإدارات والرعايات مايلي :-

برنامج الرعاية الاجتماعية

برنامج الرعاية الصحية

برنامج الرعاية التعليمية

برنامج تحفيظ القرآن الكريم

برنامج التنمية البشرية

الإدارة الهندسية

الإغاثة العاجلة والشحن

الإدارة المالية

إدارة الميزانية

العنوان : ص . ب ١٤٨٤٣ جـــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ و ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000111

MUSLIM WORLD LEAGUE

I.L. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

المكتب المحلي : -

كل مكتب تابع لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية داخل المملكة العربية السعودية .

المكتب الخارجي :

كل مكتب تابع لهيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية خارج المملكة العربية السعودية .

النطاق الجغرافي :

دولة أو مجموعة من الدول تربط بينها عوامل مشتركة مثل التقارب الجغرافي أو اللغة أو غــير ذلــك مــن المسميات المشتركة .

المشروع :

هو أحد أنشطة وفعاليات هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية والذي يقام على شــكل منشأة مثل المساجد والمدارس والملاجىء والمستشفيات والمراكز الصحية أو على شكل نشاط مؤقت أو دائـم مثل إفطار صائم وغير ذلك من المشاريع والبرامج الدائمة والمؤقتة .

إدارة المكاتب :

هي إدارة وسيطة بين الأمانة العامة والمكاتب المحلية والخارجية لمتابعة أداء هذه المكــاتب وإنجــاز مــا يتعلق بالمكاتب من أعمال ومعاملات في الأمانة العامة .

ثانياً : السياسات والاستراتيجيات :

أ- هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية أنشأها المجلس التأسيسي لرابطة العالم الإسلامي بقـرار اتخذه في دورته العشرين عام ١٣٩٨هـ وهي ذات شخصية اعتبارية ولها كيانها التنظيمي والإداري والمـالي الخاص بها ومقرها مكة المكرمة بالمملكة العربية السعودية ولها أن تنشىء فروعاً ومكــاتب داخـل المملكـة وخارجها .

ب- سعياً لإبراز نشاط هيئة الإغاثة الإسلامية العالمية وبرامجها بسياساتها فإنها تعتمد بعد الله عز وجل في إدارة مشاريعها وبرامجها على مكاتبها الخارجية أو ممثليها ؛ وفي حالة عدم وجود مكتب للهيئة ووجـود ضـرورة

العنوان : ص . ب ١٤٨٤٣ جـدة ٨٤٩١ - ت ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٨٤٩١ ت ٢١٤٣٤

Address P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 65:5411 - Fax : 6515491 - Tlx. : 606754 IGATHA SJ

IIRO-000112

MUSLIM WORLD LEAGUE

ITL. ISLAMIC RELIEF ORG.

IN SAUDI ARABIA

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

التاريخ :

الرقم :

الموضوع :

للعمل من خلال المؤسسات الأخرى فإنه يلزم صدور قرار من الأمين العام للهيئة بذلك بالتنسيق مع المكتب المحلي .

ج - يعتبر المكتب المحلي جزء لا يتجزأ من هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية ينوب عنها في جمع التبرعات في إطار منطقته الجغرافية ويتمشى مع أهدافها وفق الأطر النظامية للهيئة ويشارك في وضع وتمويل خطط وبرامج الهيئة والإطلاع عليها بما في ذلك ميزانيتها السنوية .

د- للهيئة خطة خمسية وتجزأ هذه الخطة إلى خطط سنوية تبدأ مع كل عام مالي .

هـ- لنشاط الهيئة في كل دولة خطة متكاملة تصاغ لتتواءم مع الخطة العامة للهيئة .

و- تتولى لجنة المشاريع برئاسة الأمين العام للهيئة أو من ينيبه وضع خطة كل منطقة جغرافية بصورة أساسية وبمشاركة الجهات التالية :

١- المكتب الخارجي .

٢- المكتب المحلي المعني بالمشاريع في المنطقة الجغرافية .

٣- مشرفي البرامج والرعايات ذات العلاقة .

٤- مستشار الأمين العام للمنطقة.

بحيث تتضمن الخطة النواحي التالية :

أ - تحديد المشاريع القائمة والمقترحة .

ب- تحديد دور كل من البرنامج والمكتب المحلي من حيث التالي:-

١- الدراسات الفنية .

٢- المراسلات .

٣- التقارير المالية .

٤- التقارير الفنية ومتابعتها.

٥- تأمين ميزانية المشروع .

٦- تأمين التبرعات العينية للمشروع .

٧- الزيارات الميدانية .

العنوان : ص . ب ١٤٨٤٣ جـدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address P.O. Box 14843 Jeddah 21434 - Tel. 6512233 - 6515411 · Fax 6518491 · Tlx : 606754 IGATHA SJ

IIRO-000113

MUSLIM WORLD LEAGUE
TL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطــة العالــم الإسلامــي
هَيئة الإغاثة الإسلاميّة العالميّة
بالمملكة العربيّة السعوديّة

الرقم . _____ _____ الموضوع _____ _____

التاريخ . _____ _____

ز- يشرف على متابعة تنفيذ خطة المنطقة الجغرافية ويحدد مدى انضباطها وتحقيقها للأهـــداف المكتــب المحلي المشرف على متابعة للمشاريع في نفس المنطقة الجغرافية بالتنسيق مع الإدارات ذات العلاقة في الأمانة العامـــة وفق الخطة المعتمدة لمشاريع الهيئة المعتمدة في كل دولة كما هو موضح في الفقرة (و).

ح- يعمل بموجب هذه الآلية بإذن الله تعالى لتحقيق أهداف الهيئة التي نص عليها النظام الأساسي وهي :

١- تقديم الغوث للمسلمين شعوباً وجماعات حيثما وجدوا حين تحل بهم الكوارث في أنفسهم أو ممتلكاتهم أو عقيدتهم أو حريتهم .

٢- تقديم مايمكن أن يقي المسلمين بإذن الله شر الكوارث ويرفع من مستواهم عموماً بقصد الحفـــاظ علــى كيانهم ووجودهم ودرءاً لكل ما قد يؤثر على عقيدتهم الإسلامية .

٣- الاهتمام بالأقليات الإسلامية وتنمية مجتمعاتهم بالتعليم وغيره .

٤- تقديم الدعم المعنوي والمعونات العينية والنقدية للفقراء والمعوزين من المسلمين .

٥- الرعاية الشاملة للفقراء من الأرامل والعجزة والأطفال والأيتام بقدر الإمكان .

ط- يشارك المكتب المحلي في جمع التبرعات وفي حالة حصول المكتب الخارجي على تبرع فعليه القيام بالتالي:-

١- إذا كان التبرع يخدم للمشاريع أو البرامج المعتمدة في ميزانية نفس العام المالي الذي تم فيه التحصيل فيتم إبـــلاغ الأمانة العامة بمقدار التبرع وأخذ موافقتها على الصرف ضمن الميزانية وتقوم الأمانة العامة بخصمه من الدفعات القادمة وفق المبلغ المعتمد بالميزانية ويرحل ما يزيد من مبلغ التبرع لميزانية العام المالي التالي و كذلك يبلغ المكتب المحلي المشرف على متابعة المشاريع في المنطقة الجغرافية المعنية.

٢- إذا كان التبرع لمشروع جديد خارج الميزانية المعتمدة لذلك العام المالي الذي تم فيه التحصيل فيتم توريــده إلى الأمانة العامة لإدراجه في ميزانية العام التالي للتنفيذ وترسل صورة المراسلات إلى المكتب المحلي المشرف علــى متابعة المشاريع في المنطقة الجغرافية المعنية ، وإذا تعذر إرسال المبلغ إلى الأمانة العامة فيتم تجنيبه وعدم الصـــرف منه لحين إدراجه في ميزانية العام المالي التالي للتنفيذ ، ويتم الصرف من هذا التبرع بتعميد من الأمانة العامـــة على أن تخصم تلك المبالغ المعمد بصرفها من الدفعات المستحقة طبقاً للميزانية في سجلات الأمانة العامـــة ، وتخطر المكتب المحلي بكافة الإجراءات التي تتخذ في هذا الشأن ، ويمكن في حالات الضرورة إجـــراء تعديـــل

العنوان : ص.ب ١٤٨٤٣ جــــــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥٤ إغاثة .سج
Address : P.O Box 14843 Jeddah 21434 - Tel. : 6512533 - 6515411 - Fax : 6518491 - Tlx : 606754 KGATHA SJ

IIRO-000114



THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم :

الموضوع :

التاريخ :

ميزانية البرنامج في الدولة التي جمع التبرع لها بأن يتم إدراج المشروع الجديد مقابل إلغاء مشروع مدرج بالميزانية و لم يتم جمع تبرعات له ، وفقا للضوابط والقواعد المنظمة لتعديلات الميزانية ، على أن يتم صرف المبالغ عن طريق المكتب الخارجي بتعميد خطي مسبق من الأمانة العامة ، مع قيام الإدارة المالية بإجراء التسويات المطلوبة في السجلات بالأمانة العامة .

٣- إذا كان التبرع عاما لمصاريف الهيئة أو لمنطقة جغرافية أخرى فيتم إرساله إلى الأمانة العامة لإكمال اللازم نحوه وإذا تعذر إرساله إلى الأمانة العامة لأسباب مقبولة فيستخدم ضمن الميزانية المعتمدة لذلك العام المالي الذي تم فيه التحصيل ويخصم مقداره من الدفعات القادمة وتقوم الإدارة المالية بالأمانة العامة بعمل التسوية المالية اللازمة .

٤- على المكتب الخارجي الالتزام بآلية استلام التبرعات الواردة له من داخل إقليمه والمرفقة بهذه الآلية .

## ثالثا : الآلية الإدارية :

أ- يشارك مدير المكتب المحلي أو المكتب الإقليمي المحلي المعني بالمنطقة الجغرافية في ترشيح مدير المكتب الخارجي وفق أسلوب الترشيح ونظم التعيين في هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية ويلزم لتعيينه صدور قرار من الأمين العام للهيئة بعد العرض على لجنة المكاتب الخارجية بالهيئة .

ب- يحق للمكتب المحلي التقدم للأمين العام للهيئة بطلب مساءلة مدير المكتب الخارجي الواقع في نطاقه الجغرافي ويلزم لذلك تقديم ما يثبت ادعاءه وفق أسس تحدد في قائمة مستقلة .

ج- يرتبط مدير المكتب الخارجي بالأمين العام مباشرة بمقر الأمانة العامة للهيئة .

د- يلتزم المكتب المحلي بعدم تمويل أي مشروع خارجي خارج الخطة الخمسية والسنوية والبدء بتسليم الرعايات المعنية للمشاريع القائمة حاليا والمرتبطة بالمكتب المحلي مباشرة للإشراف عليها وفق هذه الآلية .

هـ- تتم المراسلة بين المكتب المحلي والمكتب الخارجي مباشرة في الأعمال المناطة بهما من دراسات لمشاريع جديدة ومتابعة المشاريع القائمة حسب خطة المتابعة المعتمدة من لجنة المشاريع وتزود الأمانة العامة بصورة من جميع تلك المكاتبات .

العنوان : ح . ب ١٤٨٤٣ جــــدة ٢١٤٣٤ - ب . ٦٥١٢٢٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس ٦٠٦٧٥١ إغاثة ام
aaIgaM19
Address : P O Box 14843 Jeddah 21434 . Tel . 6512233 - 6515411 · Fax : 6518491 - Tix  606754 IGATHA SJ

IIRO-000115

IE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

يُرصع

و- يقوم المكتب الخارجي بإعداد الدراسات اللازمة للمشاريع المقترحة ويشمل ذلك الدراسات المالية والفنية ودراسة الجدوى ، ويقوم بإرسالها للرعاية المعنية أو البرنامج المختص بالأمانة العامة كما يرسل صورة منها إلى المكتب المحلي المشرف .

ز- تقوم الرعاية المعنية بتقييم الدراسة متضمنة ملاحظات المكتب المحلي وفي حالة الاتفاق على جدوى المشروع من قبل الرعاية المعنية والمكتب المحلي يعرض على لجنة المشاريع بمقترح إدراجه في ميزانية العام التالي مع مراعاة الآتي :

١- في حالة وجود تبرع مخصص للمشروع تقوم الأمانة العامة بإحالته للمكتب الخارجي للصرف على المشروع وفق النظم المتبعة ودفعات الميزانية المعتمدة لكل مشروع مع إشعار المكتب المحلي المعني بصورة للمتابعة .

٢- في حالة عدم وجود تبرعات مخصصة نوعاً أو إقليماً يحال للمكتب المحلي المعني بالقطاع الجغرافي لجمع تبرعات للمشروع .

٣- يتحمل المكتب المحلي المعني الميزانية التشغيلية لمدة زمنية تكفل قيام المشروع فيما بعد بتمويل مصاريفه الإدارية والتشغيلية وفق خطة لا تزيد عن خمسة أعوام تشمل التسيير وبنود الاكتفاء الذاتي .

٤- يزود المكتب المحلي بصورة من الميزانية التشغيلية للمكتب الخارجي الواقع في نطاقه الجغرافي .

## رابعاً : الآلية المالية :

أ- يقوم المكتب المحلي بجمع التبرعات ويعطي الأفضلية لقطاعه الجغرافي على أن يجمع التبرعات بشكل عام ويرسل كشفاً تحليلياً لتبرعاته شهرياً للرعاية المعنية وصورة منه للإدارة المالية بالأمانة العامة ثم تقسوم الأمانة العامة بإعداد كشوفات تحليلية للتبرعات الشهرية الفعلية والتي يتم تسجيلها بحسب مصادرها ( مكاتب محلية ) لحساب رصيد المناطق الجغرافية ويشعر بها المكتب المحلي المعني بالقطاع الجغرافي وكذلك الرعايات كلاً فيما يخصه .

العنوان : ص . ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة س ج
aalGat+I9
Address . P O Box 14843 Jeddah 21434 - Tel. 6512933 - 6515411 · Fax : 6518491 - Tlx : 606754 KGATHA SJ

IIRO-000116

E MUSLIM WORLD LEAGUE
TL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA



رابطــة العالــم الاسلامــي
هيئة الإغاثة الإسلاميّة العالميّة
بالمملكة العربيّة السعوديّة

الـى :

لموضــوع

التاريخ

ب- لا يجوز إرسال أي مبالغ مالية من المكاتب المحلية مباشرة إلى المكاتب الخارجية أو أي جهة خارجية أخـــرى لأي مشروع وإذا حدث ذلك فعلى المكتب الخارجي إبلاغ الأمانة العامة فوراً وعدم التصرف في المبلــغ إلا بتعليمات خطية مسبقة من الأمانة العامة .

ج- لا يجوز نقل أموال التبرعات من قطاع جغرافي لآخر إلا بموافقة المتبرع والأمانة العامة للهيئة ويجوز مقابلــة أموال التبرعات المخصصة نوعاً داخل القطاع الجغرافي الواحد في المشاريع المتماثلة في الرعاية مثـــل ( عـــام الصحية - عام التعليمية - ٠٠ الخ ) .

د- يقوم المكتب المحلي بتحويل جميع مبالغ التبرعات دون اقتطاع أي نسبة منها إلى الأمانة العامة أولاً بأول مـــع تزويد الإدارة المالية بصورة من إيصالات الاستلام .

هـ- تقوم الإدارة المالية بالأمانة العامة للهيئة بإرسال الدفعات الخاصة بالمشاريع والبرامج المخصصـــة بالقطـــاع الجغرافي إلى المكتب الخارجي وفق الميزانية التقديرية المعتمدة للمكتب والمشروع .

و- يعتبر المكتب الخارجي مسئولاً عن العهد المالية المصروفة له أمام الأمانة العامة للهيئة مع الالتزام بتسديد مـا عليه من هذه العهد شهرياً وإرسال الأوراق والمستندات الخاصة بما إلى الإدارة المالية بالأمانة العامة ويرتبـــط إرسال دفعات الميزانية للمكتب بمدى تجاوبه في إرسال مستندات العهد ويحاسب المكتب الخـــارجي حســـب الأنظمة المالية للهيئة .

ز- ترسل الإدارة المالية بالأمانة العامة للهيئة للمكتب المحلي صورةً من الحسابات الختامية المعتمدة عن كل ســـنة ماضية بعد تصديقها واعتمادها من مجلس الإدارة .

ح- ترسل الإدارة المالية بالأمانة العامة للهيئة للمكتب المحلي تقريراً مالياً ( كشف الحساب الجاري للمكتب ) عن المكتب الخارجي الذي يقع تحت إشرافه بالقطاع الجغرافي إلى جانب تقرير تسديد عهدة المكتب كذلك تقوم كل رعاية وإدارة بالوقف المالي عن الفترة الماضية لكل مشروع أو برنامج إلى المكتــب المحلـي عـــن المشاريع التي يقوم بالإشراف على تنفيذها .

aalfal419
تصوان : ص . ب ١٤٨٤٣ جـــدة ٢١٤٣٤ - ت ٦٥١٢٣٣٣ - ١٥١٥١١١ - فاكس : ١٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة س
Address  P O Box 14843 Jeddah 21434 · Tel. 65Y333  5515411 · Fax · 6518491 · Tlx. 606754 IGATHA SJ

IIRO-000117



HE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الرقم : ————— ————
التاريخ : ————

الموضوع : —————— —

## آلية استلام التبرعات محلياً بالمكتب الخارجي

## غير الإيرادي

١- يتم فتح حساب بنكي مستقل للإيرادات بإسم هيئة الإغاثة الإسلامية العالمية تودع فيه التبرعات والإيـرادات التي يتم تحصيلها بواسطة المكتب .

٢- يتم استلام هذه الإيرادات بموجب سندات القبض المخصصة لجمع التبرعات المرسلة للمكتب الخارجي مـــن الأمانة العامة .

٣- تودع المبالغ المحصلة من الإيرادات يومياً بالكامل في حسابها البنكي وتسجل في دفتر الصندوق بموجب سنـد صرف ، أما المبالغ المستلمة بموجب شيكات فتودع في البنك وتسجل تحت حساب وسيط ( شيكات تحـت التحصيل ) إلى أن يتم تحصيلها فتسجل في حساب البنك وتستنزل من هذا الحساب الوسيط .

٤- على المكتب الخارجي تجنب طباعة سندات القبض ، حيث أن ذلك يعتبر من اختصاصات الأمانة العامـــة ، وعليه طلب ما يحتاجه من تلك السندات قبل نفاذها بوقت كاف حتى تتمكن الأمانة العامة من إرسالها له في الوقت المناسب .

٥- يتم تسجيل المقبوضات وتحليلها وكتابة التقرير الشهري بعد انتهاء الشهر على أن يرسل التقرير إلى الأمانـــة العامة خلال الأسبوع الأول من الشهر التالي للشهر الذي حصلت فيه هذه الإيرادات والتبرعات ، مرفقاً بــه صور كشف البنك موضحاً به أنواع الإيرادات ومبالغها التي يتم تحصيلها خلال الشهر الأخير حتى تتمكـــن الأمانة العامة من الوقوف على الرصيد الإجمالي لكل نوع من أنواع التبرعات .

٦- يتم تعميد المكتب الخارجي بصرف كل أو جزء من دفعات الميزانية من رصيد الحساب البنكي المذكور مـن أمين عام الهيئة ، ولا يجوز للمكتب الخارجي سحب أية مبالغ من الحساب المذكور إلا بتعميد من أمين عـام الهيئة .

٧- تقوم الادارة المالية بالأمانة العامة بإجراء التسويات المطلوبة والقيود المترتبة على ذلك بإضافة ما عمد بصرفه إلى الإيرادات والخصم بالمبالغ المصروفة على البنود المختصة للبرامج والمشاريع بالميزانية مع مراعاة الإيـرادات المخصصة التي قام بتحصيلها المكتب الخارجي — وعدم إغفال حساب وتسوية النسـبة المستقطعة علـى التبرعات المخصصة ، وستظهر كشوف البنك الشهرية للحساب البنكي المذكور المبالغ المسحوبة بموجـب تعميد أمين عام الهيئة وتتم المطابقة والمتابعة على ما سبق منحه من تعميدات في هذا الشأن .

العنوان : ص . ب ١٤٨٤٣ جـــدة : ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس . ٦٠٦٧٥٤ إغاثة aalqaria
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000118

THE MUSLIM WORLD LEAGUE
NTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية

بالملكة العربية السعودية

الرقم : .............

التاريخ : .............

الوضوع : .............

تعميم

أصحاب السعادة مديري مكاتب الهيئة المحلية          حفظهم الله

السلام عليكم ورحمة الله وبركاته

إشارة إلى التعميم رقم ١٠٠/٤٨ وتاريخ ١٤١٨/٦/٢٠هـ الخاص باعتماد تطبيق آلية العمل بين الأمانة العامة والمكاتب المحلية للإشراف على مشاريع الهيئة في الخارج لمدة ستة أشهر تحت التجربة اعتباراً من ١٤١٨/٧/١هـ .

وإشارة إلى الخطاب رقم ١٨/١٠٠/٤٨٨ وتاريخ ١٤١٨/١٠/١٠هـ المتضمن طلب مرئيات ومقترحات المكاتب المحلية على الآلية بعد انتهاء الفترة التجريبية .

وبناء على ما ورد للأمانة العامة من آراء تمت إعادة صياغة الآلية في شكلها الجديد المرفق .

لذا آمل اعتماد العمل بالآلية الجديدة المرفقة اعتباراً من ١٤١٩/٧/١هـ .

والله ولي التوفيق ،،،

الأمين العام

د. عدنان بن خليل باشا

العنوان : ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٨٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

Address : P.O. Box 14843 Jeddah 21434 - Tel. : 8512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO-000119



Translation | Interpretation | Consulting
Connecting Cultures Through Language

CERTIFICATE OF TRANSLATION

We, Beyond Words, LLC, hereby certify, under penalty of perjury under the laws of the United States that (1) we are competent in Arabic and English to render and certify translations of Arabic-language documents and (2) the English-language translation attached above is a true and accurate translation of the Arabic-language document.

Ghada Attieh, CEO of Beyond Words, LLC, Signature: *Ghada Attieh*

Ghada Attieh, CEO of Beyond Words, LLC, Printed Name: Ghada Attieh

Beyond Words, LLC
910 17th Street NW
Suite 415
Washington, DC 20006
Telephone: (202) 419-1805
info@beyond-words.us
www.beyond-words.us