# EXHIBIT 72

MUSLIM WORLD LEAGUE

ISLAMIC RELIEF ORG.

KINGDOM OF SAUDI ARABIA

رابطة العالم الإسلامي

هيئة الإغاثة الاسلامية العالمية

بالمملكة العربية السعودية

ص.ب ١٤٨٤٣ - جــــدة ٢١٤٣٤ - تليــفون : ٦٥١٢٣٣٣ / ٦٥١٥٤١١ - فــاكــس : ٦٥١٨٤٩١

إغاثة إس جي - المملكة العربية السعودية

P.O.Box 14843, Jeddah 21434 - Tel. : 651 2333 / 651 5411 - Fax : 651 8491

IGATHA SJ. - Kingdom of Saudi Arabia

# KENYA PAPERS

IIRO 285553

Ref. No. 19/S-KH/849

Date: 27/8/1419


Hon. Dr. Adnan Khalil Basha

   Secretary General

International Islamic Relief Organization of Saudi Arabia


Sub: Allowing IIROSA office in Nairobi to resume its works

Assalam Alaikum Warahmatullah Wabarakatuh

I pray God that you are alright.

I am enclosing for your perusal, the letter we received from the Department of Non Governmental Organizations this Wednesday morning 27/8/1419 (16/12/1998), which states that IIROSA office has been allowed to resume its function.

May God protect and guard you.

Mahmood Khalif Moalim

Director –IIROSA – Kenya.

IIRO 285554

ISLAMIC RELIEF
ORGANIZATION
In Saudi Arabia
regional office for Eastern Africa
(Nairobi)

بالمملكة العربية السعودية

المكتب الإقليمي لشرق إفريقيا
(نيروبي)

الرقم ٨٨/ز.م.ج/٨٤٩ REF NO.

الــــــــاريخ. ٨٩/٨/٢٧ DATE

حفظه الله

سعادة الدكتور عـدنان خليل باشـــا

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته وبعد ،،،

الموضوع : السماح بمكتب هيئة الإغاثة الإسلامية العالمية في نيروبي باستئناف العمل.

أدعو المولى عز وجل أن تكونوا بخير ، أرفق لسعادتكم الخطاب الــــذي استلمناه صباح اليوم الأربعاء ١٤١٩/٨/٢٧هـ الموافق ٩٨/١٢/١٦م من دائرة المنظمات الغير حكومية ، والذي يفيد بأن مكتب هيئة الإغاثة الإسلامية العالمية في نيروبي قــد مـنـح لـه بـاسـتـئنـاف الـعـمـل. أرجـو من سعادتكم التكرم بالاطلاع والإحاطة .

والله يحفظكم ويرعاكم ،،،،

محمود خليف معلم

مكتب هيئة الإغاثة الإسلامية العالمية

كينيا

IIRO 285555



# NON-GOVERNMENTAL ORGANIZATIONS BUREAU

Telegraphic address: "NGO BUREAU".
Telephone: Nairobi 214044

**CONFIDENTIAL**

Fax No.
When replying please quote

Ref. No. OP.5/30A/8/Vol.II (192)

P.O. Box 44617
NAIROBI

15th December, 19 98.

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
P.O. BOX 18089
NAIROBI

Dear Sirs/Madams,

RE :  NOTIFICATION OF INTENDED CANCELLATION OF
REGISTRATION

The above subject refers.

Please be informed that the NGOs Co-ordination Board has resolved to **withdraw**
the Notices of INTENDED cancellation of your Registration earlier sent to you by the
Chairman of the Board.

You are now free to continue with your operations as a Registered NGO.

Yours faithfully,

I.N. LUKALO
EXECUTIVE DIRECTOR
NGOS CO-ORDINATION BUREAU

**CONFIDENTIAL**



IIRO 285556

Ref. No. 19/SKH/787

Date: 13/6/1419

Hon. Dr. Adnan Khalil Basha

   Secretary General

International Islamic Relief Organization

      Saudi Arabia

Sub: Closing Down Islamic organizations operating in Kenya - Latest Developments

Assalam Alaikum Warahmatullah Wabarakatuh

While praying to God that you are alright, I would like to provide you with information about efforts being made by the Muslims to stand by the Islamic organizations.

On 2/1/1998 (12/6/1419), a delegation comprising members of the Supreme Council of Kenyan Muslims, Muslim members of parliament and other Kenyan Muslim leaders met with the President of the Republic (Mr.) Daniel Arap Moi to discus the closure of Islamic organizations in the country. Following the discussion, His Excellency the President of the Republic announced he was going to form a committee to investigate Muslim grievances.

Moreover, demonstrations held by Muslims in the major cities of Mombassa, Garisa and Nakuru to protest against the decision to close down the organizations have been published in the front pages of the local newspapers. (See the enclosed clipping of the daily NATION).

               May God protect and Guard you.

               Mahmood Khalif

      President of the Management Committee of the Kenya office

IIRO 285557

# IIRO
## INT'L ISLAMIC RELIEF ORGANIZATION
### In Saudi Arabia
Regional office for Eastern Africa
(Nairobi)



هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

المكتب الإقليمي لشرق إفريقيا

(نيروبي)

REF NO ١٩/٢.٩٣/٧٨٧ الرقم

DATE التاريخ ٩٣/٦/١٦

سعادة الدكتور / عدنان خليل باشا

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

الموضوع : تطورات قضية إغلاق المنظمات الإسلامية في كينيا .

أدعو المولى عز وجل أن تكونوا بخير ، ونحيط سعادتكم علما ببعض الجهود التـــي يقوم بها المسلمون في سبيل الوقوف إلى جانب الهيئات الإسلامية ، فقد قام وفـد مـن المجلس الأعلى لمسلمي كينيا وأعضاء البرلمان المسلمين وبعض زعماء المسلمين فـي كينيا باللقاء مع رئيس الجمهورية دانـيل أرب موي بشأن إغلاق الهيئات الإسلامية فى البلاد وذلك بتاريخ ٩٨/١/٢م الموافق ١٤١٩/٦/١٢هـ وبعد مناقشة الموضوع أعلـن فخامة رئيس الجمهورية للوفد أنه سيقوم بإنشاء لجنة لبحث شكوى المسلمين .

كما قام المسلمون بمظاهرات ضد قرار إغلاق الهيئات في المدن الرئيســـية مثـل ممباسا ، وقاريسا ، ونكورو ، وقد نشرت الصحف المحلية هذه الأحداث في صفحاتها الأولى ( مرفق لسعادتكم ما نشرته جريدة NATION اليومية ) في هذا الصدد .

والله يحفظكم ويرعاكم ،،،،



محمود خليف

رئيس لجنة إدارة مكتب الهيئة بكينيا

IIRO 285558

Ref. No. K/M/1337/100

Date: 19/6/1423


Director – IIROSA office

 Nairobi – Kenya



Assalam Alaikum Warahmatullah Wabarakatuh

Kindly provide the IIROSA with the original letter sent by the Department of Non Governmental Organizations on 15/10/1998, allowing the IIROSA office to resume functioning.

Best regards.


Dr. Adnan Khalil Basha

Secretary General

International Islamic Relief Organization of Saudi Arabia

IIRO 285559



RELIEF ORG.
KINGDOM OF SAUDI ARABIA

هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

مكتب الأمين العام

الرقم : ٠٠١/٢٢٢٦/٢/ اس    No :

التاريخ : ١٩٩٧/٦/١٩    Date :

الموضوع :

X

حفظه الله

سعادة مدير مكتب الهيئة في كينيا

السلام عليكم ورحمة الله وبركاته

آمل موافاة الهيئة بأصل الخطاب الموجه إلى هيئة الإغاثة الإسلامية العالمية من قبل دائرة المنظمات الغــير حكومية في تاريخ ١٩٩٨/١٠/١٥م المتضمن السماح لمكتب الهيئة باستئناف العمل.

وتقبلوا عاطر تحياتي ،،،

الأمين العام

د. عدنان بن خليل باشا



الرجاء - عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة    Pour répondre, Prière de citer la date et la référence sus - citées    se qoute above ref. No. and date when replying.

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel · 6512333 - 6515411 - Fax 6518491 - Tlx 606754 IRA HS SJ

IIRO 285560

Ref. No. K/M/2053/100

Date: 3/9/1419

H.E. Mr. Muhammed bin Mirdass Al-Qahtani

Ambassador of the Custodian of the two Holy Mosques

Nairobi  -  Kenya.

Assalam Alaikum Warahmatullah Wabarakatuh

The International Islamic Relief Organization of Saudi Arabia would like to express its profound gratitude and appreciation for the efforts you have made and the good offices you have used to secure the resumption of its branch office's charity and humanitarian activities in Kenya.

I am also very glad to convey my heartiest congratulations to your Excellency on the advent of the month of the blessed month of Ramadan. We beseech God, praise be to His name for many happy returns to you and the Ummah, in abundant and sound health, progress and prosperity.

Accept my best regards and appreciation.

May God protect and guard you.

Dr. Adnan Khalil Basha

Secretary General

International Islamic Relief Organization of Saudi Arabia

IIRO 285561

رابطــة العالم الاسلامي

هيئة الاغاثة الإسلامية العالمية

بالملكة العربية السعودية

MUSLIM WORLD LEAGUE

INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

الرقم : سحا/٢٥٠٢/م/ك

التاريخ : ٣/٩/١٩١٥هـ

الموضوع :

سعادة السفير / محمد بن مرداس القحطاني          حفظه الله

سفير خادم الحرمين الشريفين في كينيا

السلام عليكم ورحمة الله وبركاته

تتقدم هيئة الإغاثة الإسلامية العالمية بالملكة العربية السعودية إلى سعادتكم بجزيل الشكر والتقدير لجهودكم ومساعيكم الحميدة التي أدت إلى التصريح لمكتبها بكينيا لاستئناف نشاطاته الخيرية والانسانية .

كما يسرني أن أبعث إلى سعادتكم بالتهنئة العطرة بحلول شهر رمضان المبارك سائلين المولى - جل ثناؤه - أن يعيدكم وإيانا إلى أمثال أمثاله متمتعين بموفور العافية والهناء عاملين في مرضاته وللأمة الإسلامية المزيد من الخير والتقدم والازدهار .

وتقبلوا عاطر تحياتي وتقديري . والله يحفظكم ويرعاكم ،،،

الأمين العام

د. عدنان بن خليل باشا

٢٧ ٩٧/١٩١٥

IIRO 285562

Ref. No. K/M/1295/100

Date: 27/6/1419

H.E. Mr. Muhammed Mirdas Al-Qahtani

Ambassador of the Custodian of the two Holy Mosques /Nairobi …Kenya

Assalam Alaikum Warahmatullah Wabarakatuh

The IIROSA hereby presents you with its best regard and profound gratitude for the kind cooperation you rendered the organization on various occasions.

I am enclosing herewith for your perusal a copy of fax message No. 19/S-KH/783 dated 9/6/1419, which was received from the committee assigned to temporarily manage the affairs of the Kenyan office. The Committee has expressed its desire to be provided with complete information concerning the closure of all IIROSA projects in Kenya, with the exception of the joint project with the World Food Program in Ulawak, and to grant the employees a leave of absence until further notice.

I am also enclosing a copy of the Committee's request ref. No. 19/S-KH/800 dated 22/6/1419 to allow the Kisumu Society, which is the owner of the Taiba Orphanage Center jointly run by the IIROSA and the said society, to provisionally assume the management of the Center for the reasons given in the said request.

Since the fate of the IIROSA office is yet to be decided, I thought it worthwhile to get your opinion about the Committee's request.

Thanks for your kind cooperation… May God protect and guard you.

Dr. Adnan Khalil Basha

Secretary General

International Islamic Relief Organization of Saudi Arabia

IIRO 285563

THE MUSLIM WORLD LEAGUE
NTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطــة العـالـم الاسلامـى
هَيئة الإغاثة الإسلاميّة العَالَميّة
بالمَلكة العَربيّةالسّعوديّة

الرقم : ١١٦٩٢١/خاص
التاريخ : ١٩١٦

سعادة السفير / محمد مرداس القحطاني          حفظه الله
سفير خادم الحرمين الشريفين بكينيا

السلام عليكم ورحمة الله وبركاته

تهديكم هيئة الإغاثة الإسلامية العالمية بالملكة العربية السعودية أطيب تحياتها وتتقدم لكم
بجزيل الشكر الكريم تعاونكم معها في مختلف المواقف والمناسبات .

أرفق لسعادتكم صورة الخطاب (فاكس) رقم ٧٨٣/ص.ح/١٩ بتاريخ ١٤١٩/٦/٩هـ الوارد
من اللجنة المكلفة بإدارة مكتب كينيا مؤقتاً والمتضمن رغبة اللجنة في توضيح كامل لأمر إغلاق
جميع مشاريع الهيئة بكينيا ما عدا المشروع المشترك مع برنامج الغذاء العالمي في علواك ومنح
جميع الموظفين إجازة حتى إشعار آخر .

كما أرفق طياً صورة من طلب اللجنة رقم ٨٠٠/ص خ/١٩ في ١٤١٩/٦/٢٢هـ بتولي جمعية
كيسومو المالكة لمركز طيبة للأيتام المشترك بين الهيئة والجمعية بناء على رغبة الجمعية تسيير المركز
بصفة مؤقتة للأسباب الموضحة في الطلب ذاته ، ولما كان وضع مكتب الهيئة لم يبت فيه حتى الآن ،
لذا أحببت الوقوف على مرئيات سعادتكم حيال ذلك .

شاكراً سلفاً تعاونكم الكريم . والله يحفظكم ويرعاكم ،،،

الأمين العام

د. عدنان بن خليل باشا

٢٩/٦٦٢٨

IIRO 285564

Ref. No. 19/KH-S/798

Date: 19/6/1419

Hon. Dr. Adnan Khalil Basha

 Secretary General

International Islamic Relief Organization of Saudi Arabia

 Assalam Alaikum Warahmatullah Wabarakatuh

I pray to God, Almighty that this finds you in good circumstances.

I would like to inform you that the five Islamic organizations have brought a lawsuit against the attorney general through a defense lawyer, and that hearing is scheduled on 11/11/1998.

 I would also like to inform you that the investigation committee appointed by President Daniel Arap Moi has contacted the five organizations to gather information about their activities and their organizational structures. The Committee is expected to meet the President on Monday 14/11/1998 and submit its findings. It is hoped that these efforts would result in reversing the government's decision to cancel the registration of the Islamic organizations.

Mahmood Khalif

President of the Committee Assigned to Manage Kenya office

IIRO 285565



**IIRO**
**INT'L ISLAMIC RELIEF
ORGANIZATION
In Saudi Arabia
Regional office for Eastern Africa
(Nairobi)**

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

المكتب الإقليمي لشرق إفريقيا

(نيروبي)

RFF NO ١٩/خ/ص٧٠٩٨

DATE ١٩٩٨/٦/٨

سعادة الدكتور / عدنان خليل باشا

الأمين العام لهيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته

أدعو المولى عز وجل أن تكونوا بخير ، أحيط سعادتكم علما بأن الهيئات الإسلامية الخمسة رفعت قضيتها ضد المدعى العام إلى المحكمة عن طريق محامي الدفاع ٩٨/١٠/٨م ، والمحكمة حددت موعد الاستماع القضية بتاريخ ١٩٩٨/١١/١١م ، كما نفيد سعادتكم بأن اللجنة التي كلفها الرئيس دانيال موي بتقصي الحقائق أجرت اتصالات مع الوزارات الإسلامية الخمسة كلها وجمعت عنها المعلومات التي تحتاج أليها في هذا الصدد والمتعلقة بأنشطة الهيئات وهياكليا التنظيمية ، ويتوقع أن تجتمع هذه اللجنة مع رئيس الجمهورية يوم الاثنين القادم ١٩٩٨/١١/١٤م لاطلاعه على نتائج التحقيق ، والأمل كبير في أن ينمخض هذا الجهد عن رجوع الحكومة الكينية عن قرارها بسحب التسجيل عن هذه الهيئات الإسلامية .

نأمل التكرم بالإحاطة بذلك  والله يحفظكم ويرعاكم ،،،،

محمود خالف

رئيس لجنة إدارة مكتب الهيئة بكينا

ـ صورة مع التحية لمكتب عنزة :

IIRO 285566

Ref. No. 19/KH-S/783

Date: 9/6/1419

Sub: Minutes prepared by the Committee assigned the management of IIROSA office in

Kenya.

On Monday 8/6/1419 brothers Mahmood Khalif, Mahmood Abdi Sheikh and Abdullah Ibrahim Boli held a meeting to discuss the administrative decision No.178 dated 4/6/1419, and accordingly:

1- Everybody present welcomed the Secretary General's decision and pledged to implement it thoroughly

2- Steps have been taken to cancel all signatures at the Bank of Nairobi according to the Secretary General's instructions and a letter to that effect has been sent to the bank.

3- The Committee noted that canceling the signatures at Mombassa and Kisumu would be somehow difficult and costly due to the distance of 500 kilometers that separates the two cities from the Nairobi office, and has therefore decided to send a letter advising its branch offices not to withdraw any amounts of money from IIROSA accounts without the explicit permission of the Secretary General.

4- The Committee also noted that despite the fact that the paragraph specifying its tasks and competence charges it with the task of following up the implementation of IIROSA programs and projects according to the Secretariat General's plan, the Director of the office has ordered the closing down of all the IIROSA projects before his departure, leaving only the joint IIROSA World Food Program project in Ulawak and granted the employees an open leave of absence. Full explanation is therefore required in this regard.

5- In view of the fact that, brother Mahmood Abdi Sheikh has not enjoyed leave of absence in the past three years, the committee suggests that he be granted three days leave every week for both physical and mental refreshment.

6- The Committee has decided to be provided with bank statements concerning the balance in the IIROSA accounts in Nairobi, Kisumu and Mombassa.

IIRO 285567

7- The Committee shall prepare a report regarding each IIROSA project and send it to the Secretariat General. The Committee is also taking stock of debts owed to the IIROSA.

8- The Committee has discovered an acute financial crisis, which may result in the disconnection of telephone and fax facilities. The rent has not been paid for the last five (5) months, and the security guard's salary has not been paid for the past three (3) months.

Signed\

Mahmood Khalif                Mahmood Abdi Sheikh      Abdullah Ibrahim Boli

Assistant Director                Accountant                    In-charge of Social Welfare

IIRO 285568

**IIRO**
L ISLAMIC RELIEF
ORGANIZATION
In Saudi Arabia
nal office for Eastern Africa
(Nairobi)

هيئة الاغاثة الإسلامية العالمية

بالمملكة العربية السعودية

المكتب الإقليمى لشرق إفريقيا
(نيروبى)

الرقم: REF NO ١٩/٢٤٥/٧٨٣.
التاريخ: ١٩٩٩/٦/٩ DATE

الموضوع: .................
الرقم: .................

<u>محضر اجتماع اللجنة المكلفة بإدارة مكتب الهيئة</u>

انه في يوم الاثنين ٨جمادى الآخرة ١٤١٩ تم عقد اجتماع بين الاخوة محمود خليف ، و محمود عبدي شيخ ، وعبد الله إبراهيم بولي ، حول القرار الإداري رق● ١٧٨ بتاريخ ١٤١٩/٦/٤ او قدتناول الاجتماع الأمور التالية:

١- رحب الجميع بقرار الأمين العام وتعاهد الكل بتنفيذ ما جاء في القرار بأحسن وجه .

٢- تم بدء الإجراءات لإلغاء جميع التواقيع الموجودة في بنـــك نــيروبى وفقــا لتوجيهات الأمين العام وقد تم تحرير خطاب لتغيير التواقيع إلى البنك .

٣- لاحظت اللجنة بأن إلغاء التواقيع في ممباسا و كيسومو يكون صعبا ومكلفا بسبب بعدهما عن مكتب نيروبى قرابة ٥٠٠ كيلومتر شرقا وغربا ولذلك ارتأت اللجنة أن تكتب خطابا إلى مكاتبها الفرعية بعدم صَرَف أو سحب من حساب الهيئة في كل من كيسومو و ممباسا إلا بإذن سعادة الأمين العام .

٤- كما لاحظت أن الفقرة الخاصة بمهام وصلاحيات اللجنة تدل علــى متابعـة أعمال الهيئة وبرامجها المختلفة وتنفيذ هاحسب الخطة المعتمدة من الأمانة العامـة علما بأن سعادة مدير المكتب أصدر أوامره قبيل مغادرته بإغلاق جميع مشـاريع الهيئة ماعدا المشروع المشترك مع برنامج الغذاء العالمي في علواك وملح جميـع الموظفين إجازة حتى إشعار آخر ، لذا ترجو اللجنة توضيحا كاملا في ذلك.

٥- نظرا لأن الأخ محمود عبدي شيخ لم يأخذ إجازة منذ سنوات تقتـرح اللجنة بأن يعطي ثلاثة أيام من كل أسبوع ليرتاح نفسيا وجسميا .

IIRO 285569



# IIRO
## T'L ISLAMIC RELIEF
## ORGANIZATION
### In Saudi Arabia
### egional office for Eastern Africa
### (Nairobi)

هيئة الاغاثة الإسلامية العالمية

بالمملكة العربية السعودية

المكتب الإقليمى لشرق إفريقيا

(نيروبى)

الرقم ........... REF NO ...............

الـ ـتاريخ ...... ..... .. DATE . .

الموضوع ....
............................

٦- قررت اللجنة أن تقوم بمعرفة الأرصدة الموجودة في نهاية تاريخ ١٤١٩/٦/٤هـ الموافق ١٩٩٨/٩/٢٤م في حسابات الهيئة في كل من نيروبي ، كيسومو ، ممباسا.

٧- سوف تقوم اللجنة بإعداد تقرير مفصل عن الحالة الراهنة لكل مشروع من مشاريع الهيئة وموافاة الأمانة العامة بتقرير عن ذلك ، كما تقوم أيضا بإحصاء جميع الديون المستحقة على الهيئة .

٨- تحققت اللجنة وجود أزمة مالية حادة مما يهدده بقطع التلفون والفاكس علمـــا بأنه لم يدفع إيجار المكتب لمدة خمسة أشهر وكذا الحراسة لمدة ثلاثة أشهر .

والله ولي التوفيق ......



عبد الله إبراهيم بولي
مسئول الرعاية الاجتماعية

محمود عبدي شيخ
محاسب المكتب

محمود خليف
مساعد المدير



IIRO 285570