# EXHIBIT 80

**ECOSOC Resolution 1996/31:**

### CONSULTATIVE RELATIONSHIP BETWEEN THE UNITED NATIONS AND NON-GOVERNMENTAL ORGANIZATIONS.

The Economic and Social Council,

Recalling Article 71 of the Charter of the United Nations,

Recalling also its resolution 1993/80 of 30 July 1993, in which it requested a general review of arrangements for consultation with non-governmental organizations, with a view to updating, if necessary, Council resolution 1296 (XLIV) of 23 May 1968, as well as introducing coherence in the rules governing the participation of non-governmental organizations in international conferences convened by the United Nations, and also an examination of ways and means of improving practical arrangements for the work of the Committee on Non-Governmental Organizations and the Non-Governmental Organizations Section of the Secretariat,

Recalling further its decision 1995/304 of 26 July 1995,

Confirming the need to take into account the full diversity of the non-governmental organizations at the national, regional and international levels,

Acknowledging the breadth of non-governmental organizations' expertise and the capacity of non-governmental organizations to support the work of the United Nations,

Taking into account the changes in the non-governmental sector, including the emergence of a large number of national and regional organizations,

Calling upon the governing bodies of the relevant organizations, bodies and specialized agencies of the United Nations system to examine the principles and practices relating to their consultations with non-governmental organizations and to take action, as appropriate, to promote coherence in the light of the provisions of the present resolution,

Approves the following update of the arrangements set out in its resolution 1296 (XLIV) of 23 May 1968:

**ECOSOC Resolution 1996/31**

 

**PART III**
**ESTABLISHMENT OF CONSULTATIVE RELATIONSHIPS**

21.- In establishing consultative relationships with each organization, regard shall be had to the nature and scope of its activities and to the assistance it may be expected to give to the Council or its subsidiary bodies in carrying out the functions set out in Chapters IX and X of the Charter of the United Nations.

22.- Organizations that are concerned with most of the activities of the Council and its subsidiary bodies and can demonstrate to the satisfaction of the Council that they have substantive and sustained contributions to make to the achievement of the objectives of the United Nations in fields set out in paragraph 1 above, and are closely involved with the economic and social life of the peoples of the areas they represent and whose membership, which should be considerable, is broadly representative of major segments of society in a large number of countries in different regions of the world shall be known as organizations in general consultative status.

23.- Organizations that have a special competence in, and are concerned specifically with, only a few of the fields of activity covered by the Council and its subsidiary bodies, and that are known within the fields for which they have or seek consultative status shall be known as organizations in special consultative status.

24.- Other organizations that do not have general or special consultative status but that the Council, or the Secretary-General of the United Nations in consultation with the Council or its Committee on Non-Governmental Organizations, considers can make occasional and useful contributions to the work of the Council or its subsidiary bodies or other United Nations bodies within their competence shall be included in a list (to be known as the Roster). This list may also include organizations in consultative status or a similar relationship with a specialized agency or a United Nations body. These organizations shall be available for consultation at the request of the Council or its subsidiary bodies. The fact that an organization is on the Roster shall not in itself be regarded as a qualification for general or special consultative status should an organization seek such status.

25.- Organizations to be accorded special consultative status because of their interest in the field of human rights should pursue the goals of promotion and protection of human rights in accordance with the spirit of the Charter of the United Nations, the Universal Declaration of Human Rights and the Vienna Declaration and Programme of Action.

26.- Major organizations one of whose primary purposes is to promote the aims, objectives and purposes of the United Nations and a furtherance of the understanding of its work may be accorded consultative status.

