# EXHIBIT 81

Case 1:03-md-01570-GBD-SN   Document 11992-81   Filed 04/15/26   Page 2 of 3

# Peace, dignity and equality
# on a healthy planet ()

---

**Chapter X: The Economic and Social Council (Articles 61-72)**

- UN Charter (/en/about-us/un-charter)
  - Preamble (/en/about-us/un-charter/preamble)
  - Chapter I: Purposes and Principles (Articles 1-2) (/en/about-us/un-charter/chapter-1)
  - Chapter II: Membership (Articles 3-6) (/en/about-us/un-charter/chapter-2)
  - Chapter III: Organs (Articles 7-8) (/en/about-us/un-charter/chapter-3)
  - Chapter IV: The General Assembly (Articles 9-22) (/en/about-us/un-charter/chapter-4)
  - Chapter V: The Security Council (Articles 23-32) (/en/about-us/un-charter/chapter-5)
  - Chapter VI: Pacific Settlement of Disputes (Articles 33-38) (/en/about-us/un-charter/chapter-6)
  - Chapter VII: Action with Respect to Threats to the Peace, Breaches of the Peace, and Acts of Aggression (Articles 39-51) (/en/about-us/un-charter/chapter-7)
  - Chapter VIII: Regional Arrangements (Articles 52-54) (/en/about-us/un-charter/chapter-8)
  - Chapter IX: International Economic and Social Cooperation (Articles 55-60) (/en/about-us/un-charter/chapter-9)
  - **Chapter X: The Economic and Social Council (Articles 61-72)**
  - Chapter XI: Declaration Regarding Non-Self-Governing Territories (Articles 73-74) (/en/about-us/un-charter/chapter-11)
  - Chapter XII: International Trusteeship System (Articles 75-85) (/en/about-us/un-charter/chapter-12)
  - Chapter XIII: The Trusteeship Council (Articles 86-91) (/en/about-us/un-charter/chapter-13)
  - Chapter XIV: The International Court of Justice (Articles 92-96) (/en/about-us/un-charter/chapter-14)
  - Chapter XV: The Secretariat (Articles 97-101) (/en/about-us/un-charter/chapter-15)
  - Chapter XVI: Miscellaneous Provisions (Articles 102-105) (/en/about-us/un-charter/chapter-16)
  - Chapter XVII: Transitional Security Arrangements (Articles 106-107) (/en/about-us/un-charter/chapter-17)
  - Chapter XVIII: Amendments (Articles 108-109) (/en/about-us/un-charter/chapter-18)
  - Chapter XIX: Ratification and Signature (Articles 110-111) (/en/about-us/un-charter/chapter-19)
  - Amendments to Articles 23, 27, 61, 109 (/en/about-us/un-charter/amendments)

# United Nations Charter, Chapter X:
# The Economic and Social Council

Case 1:03-md-01570-GBD-SN   Document 11992-81   Filed 04/15/26   Page 3 of 3

## COMPOSITION

## Article 61

1. The Economic and Social Council shall consist of fifty-four Members of the United Nations elected by the General Assembly.

2. Subject to the provisions of paragraph 3, eighteen members of the Economic and Social Council shall be elected each year for a term of three years. A retiring member shall be eligible for immediate re-election.

3. At the first election after the increase in the membership of the Economic and Social Council from twenty-seven to fifty-four members, in addition to the members elected in place of the nine members whose term of office expires at the end of that year, twenty-seven additional members shall be elected. Of these twenty-seven additional members, the term of office of nine members so elected shall expire at the end of one year, and of nine other members at the end of two years, in accordance with arrangements made by the General Assembly.

4. Each member of the Economic and Social Council shall have one representative.

## FUNCTIONS AND POWERS

## Article 62

1. The Economic and Social Council may make or initiate studies and reports with respect to international economic, social, cultural, educational, health, and related matters and may make recommendations with respect to any such matters to the General Assembly to the Members of the United Nations, and to the specialized agencies concerned.

2. It may make recommendations for the purpose of promoting respect for, and observance of, human rights and fundamental freedoms for all.

3. It may prepare draft conventions for submission to the General Assembly, with respect to matters falling within its competence.

4. It may call, in accordance with the rules prescribed by the United Nations, international conferences on matters falling within its competence.

## Article 63

1. The Economic and Social Council may enter into agreements with any of the agencies referred to in Article 57, defining the terms on which the agency concerned shall be brought into relationship with the United Nations. Such agreements shall be subject to approval by the General Assembly.

2. It may co-ordinate the activities of the specialized agencies through consultation with and recommendations to such agencies and through recommendations to the General Assembly and to the Members of the United