# EXHIBIT 89

RELEASED IN FULL

UNCLASSIFIED

Yemen Financial Networks Report



The research on financial networks of organizations operating in Yemen focused on four major specific terrorist entities and on the state of Yemen itself as a sponsor and recipient or illegal and/or terrorist financial flows. The Yemen Islamic Jihad, the Islamic Army of Aden, Al Qaeda, and various splinter cells operate within the borders of Yemen and reveal an interconnected web of financial ties. Funding for the Yemen Islamic Jihad and Al Qaeda is characterized by the presence of commercial enterprises and direct financing from the Osama bin Laden network. The Islamic Army of Aden maintains substantial financial support from the Supporters of Shariah group in England, led by the cleric Abu Hamzah al-Masri. Finally, splinter cells and the Yemeni state have an array of support from a multitude of actors, including the groups mentioned above, as well as being the sponsor of terrorist organizations and revolutionary groups.

**Yemen Islamic Jihad (YIJ)**

The Islamic Jihad group, founded in 1981, has been characterized by its membership of many former Afghan-Arabs who fought with the mujahdeen against the Soviets. The group had been funded directly by Osama bin Laden in the early years of its existence, continuing until 1994 when the Yemen Civil War erupted and the organization seemed to fulfill its purpose by overthrowing the Socialists. The group now requires mandatory subscription fees of its members, collecting a substantial portion of money from this practice. The Jihad faction also has been known to cooperate with the Islamic Army of Aden in kidnappings and other terrorist actions. There have been reports that the two groups have merged operations in Yemen.

**Islamic Army of Aden (IAA)**

The Islamic Army of Aden, reported to be an offshoot of Yemen Islamic Jihad, has indirect financial ties to the Supporters of Shariah (SOS) organization that operates in London, United Kingdom. Money from SOS bank accounts has been funneled from the UK using various methods, including couriers sent by Abu Hamzah al-Masri. The founder and leader of the SOS, al-Masri, is an active recruiter and financier of jihad volunteers. Based out of the North London Central Mosque (Finsbury Park), he has been arrested but never prosecuted for terrorist connections. The Hamzah-IAA link was revealed in 1998 when a group of eight British men were arrested in Yemen with former Islamic Army leader Abu Hassan. They were found to be in possession of explosives and weapons, with the intent to bomb targets in Yemen. Further interrogation revealed that Abu Hamzah had financed the group. In 2002, Hamzah formally declared that the Islamic Army of Aden had joined the ranks of Al Qaeda in purpose and operation. The IAA claimed responsibility for the bombing of the USS Cole in 2000 and a French oil tanker in 2001.

**Al Qaeda**

Al Qaeda has maintained an active presence in Yemen for more than a decade now. Along with receiving money from commercial enterprises in the state, foreign Al Qaeda cells have received shipments of weapons and resources from elements within Yemen. The accounts of several commercial businesses registered on the US OFAC list are being investigated by the Yemen Central Bank, including the Al-Hamati Sweets Bakeries, Al-Nur Honey Press Shops, and the Al-Shifa Honey Press for Industry and Commerce. The US believes these shops are fronts for moving arms and money for Osama bin Laden and al Qaeda. Al Qaeda has various training camps embedded throughout the country and continues to maintain a large presence of Afghan-Arab sleeper cells as well.

**Splinter Cells**

UPITT—Yemen

15 July 2003

UNCLASSIFIED

1

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: DONALD A JOHNSTON
DATE/CASE ID: 21 JUN 2004    200301298

BUR-PEC-078470

UNCLASSIFIED

A large number of cells operate within the borders of Yemen that have relatively loose affiliations with many different organizations, including those mentioned above.

1. For example, Al Islah party members have been active in recruiting volunteers for the war in Chechnya, and many of these recruits were sent to Islamic Army of Aden military bases for training. An extremist cell that broke from the Islah party was responsible for the assassination of three American doctors in 2002.
2. Egyptian Islamic Jihad maintains safe houses and training camps in Yemen. Egyptian IJ members, among others, are taught a variety of topics, including passport forgery, in these camps.
3. The Al Aqsa Charity Foundation has offices in Sanaa, and its members have met with Hamas representatives often in the past. The Yemen branch of the Foundation has made financial contributions to the Palestinian Islamic Jihad and Hamas movements in Israel. In addition, authorities in Germany arrested the head of the Al Aqsa branch in Yemen, Sheik Mohammed Ali Hasan al-Moayad, in 2003 on charges of providing support to terrorist organizations including Al Qaeda and Hamas.

## Yemen as a Sponsor

The Republic of Yemen and groups within its borders have been active in funding different terrorist organizations in the Middle East and Africa.

1. The ruling General Popular Conference has funded and trained three Eritrean groups: the Eritrean Liberation Front (ELF), the Eritrean Islamic Jihad Movement (EIJM), and the Eritrean Liberation Front - Revolution Council (ELF-RC). The actual routes of the money transfers to the Eritrean groups are at present unclear.
2. Subsequently, the government of Yemen pledged monetary and military support to Yasir Arafat and the Palestinian people in Jenin. The nongovernmental Supreme Committee for Supporting Intifadah raised YR 1.7 billion to be sent to Jenin. In addition, the government of Yemen encouraged Jordan and Syria to open a passage to the Yemeni army to fight with the Palestinian people against Israel.

## Yemen as Recipient

Organizations within Yemen have been the recipients of sizable monetary flows from various parts of the world.

1. For example, there have been reports that three Saudi intelligence officials have funded operations against Yemeni security forces in Ma'rib and Al-Khuf governorates. Furthermore, a group of men in Dearborn, MI, were arrested as part of Operation Green Quest for illegally sending $50 million annually to Yemen via hawalas. It is unclear whether the recipients of the funds were actual government officials or entities with no political affiliation.

## Concluding Remarks

The Yemeni factions, with the possible exception of Al Qaeda, are rarely the recipients of state-sponsored or charitable donations because many of their actions support a larger objective of regional militant Islamic governance while their goals align closer with secessionists. The Yemen Islamic Jihad and Islamic Army of Aden groups have promised support for the creation of Muslim states around the Middle East, and therefore have set up training camps for Muslim guerrillas to wage war in Chechnya, Yemen, and Afghanistan. The boundaries between terrorist organizations operating in Yemen are frequently blurred because of similar objectives and collusive relationships. It is more efficient in terms of cost, planning, and safety, for two entities to work together for a single operation, such as the bombing of the USS Cole involving both Al Qaeda elements and the IAA. Upon completion of these operations, the members can disperse throughout the region and continue to remain threats.

UPITT—Yemen                                                                                2
15 July 2003                              UNCLASSIFIED

BUR-PEC-078471