# EXHIBIT 90


EXHIBIT
908
J. Winer
7/13/2021
Debra A. Dibble, RDR, CRR, CRC

**Document Title: Letters From Bin Laden**

*ID: AFGP-2002-003345*

Date: 12 April 1994 to 7 May 1998

### Synopsis:

The following letters were written between 1994 and 1998, and cover a range of topics related to Saudi Arabia. The primary theme is the illegitimacy of the Saudi regime, and the allegation that they are supporting a Western plot to destroy the Muslim nation. Each letter addresses a current event, describing the event and providing the author's analysis of the context and implications of the regime's actions. Most statements end with a call to action on the part of the regime, the scholars, or the citizens of Saudi Arabia. The statements are coherently written and well-organized, and they are designed to motivate support through appeals to Muslim's better nature. Bin Laden's writing demonstrates an ability to communicate with multiple audiences, appealing to each group's pride and specific capabilities

### Key Themes:

Statement 7 (sic), pp. 001-003: Our invitation to Give Advice and Reform

To: King Fahd Bin 'Abd-al 'Aziz Al-Saud and the people of Saudi Arabian Peninsula

02-11-1414 (12 April 1994)

King Fahd has asked Osama Bin Laden to return to the country, however this is unlikely as Osama Bin Laden's money was frozen and his passport confiscated. Religious scholars have previously asked King Fahd to cease actions against God's law but he has not done so. A petition signed by 400 people was sent in 1411 (during the Gulf War), and another in 1413. The people's rights have been abrogated and corruption infests government agencies. The country's monetary and economic situation is worsening, taxes have been raised yet the government wastes money. The armed forces are in poor condition, and shari'a law has been suspended. Foreign policy works against the interests of Muslims in Gaza, Jericho, and Algeria while supporting infidels. Attempts to promote reform have triggered reprisals and the "waging of war against just people who are hunted at home and abroad." To fulfill advisory promises, "we would like to announce the arrival of our brothers and scholars into the country." Osama Bin Laden urges King Fahd to abide by the requests of the Committee. End quote: God will not change people unless they do so for themselves.

Statement 3, p. 007: Saudi Arabia Supports the Communists in Yemen

27-12-1414 (07 June 1994)

The Yemeni communists have enslaved the Yemeni people, spreading apostasy and corruption. Infidel forces and their agents in the region led a conspiracy to re-establish two Yemeni states to promote conflict between them, Prince Sultan led a special committee that funneled support to the Yemeni Socialist Party. King Fahd is known to have anti-Islamic policies such as opposing Islamic awakening that would expose the artificiality of his rule; supporting anti-Islamic regimes such as the USSR, Algeria, Syria, and Christian groups in Sudan. Furthermore, he supported United Nations resolutions that cost Muslim lives in Bosnia-Herzegovina, Lebanon, and Kashmir, and which support the Jews in Palestine,

Muslims now realize that the U.N. is an instrument in the hands of the Jews and Crusaders, Such behavior encourages divisions in the umma, leads to dispersal of wealth away from the Arabian Peninsula, supports socialists and communists who oppress the Yemeni people, is likely to provoke punishment from God, and allows for foreign intervention in the region. The letter ends with a call to the ulema to declare that these policies are dangerous and evil.

Statement 4, pp. 009-010: The Banishment of Communism from the Arabian Peninsula: The Episode and the Proof.

12-2-1415 (11 July 1994)

Jihad operations had been successful in eliminating socialist camps in Yemen, which is a lesson proving that all those who oppose the faith of the amah will fail. The Saudi regime, particularly Prince Sultan, supported the communist factions with money and weapons, which is a form of apostasy given that communists are atheists. Western powers were too smart to back the losing side, showing that Western powers will not "take the risk of intervening in order to protect or assist corrupt regimes that do not have the support or endorsement of their people." The defeat of the communists is a rejection of secular and atheist regimes across the region.

Statement 5, pp. 013-014: Quran Scholars in the Face of Despotism

11-2-1415 (19 July 1994)

Osama Bin Laden praises scholars who have bravely unveiled the truth about the Saudi government. The government has used witchcraft and the media to justify its stands against Islam, while supporting the unbelievers. Scholars have raised the head of the ummah high to face the despotism and injustices of the regime. In turn, the government has slandered these scholars, taking away their freedom and trampling their rights.

Statement 6, pp. 017-018: Saudi Arabia Unveils its War Against Islam and its Scholars

08-04-1415 (12 September 1994)

In accordance with instructions from the United States, Saudi intelligence agents are arresting prominent anti-government scholars and preachers, including Salman Al-'Awdah and Safar al-Hawali. Prince Bandar also publicly acknowledged a relationship with the Zionist entity. This confirms that the Saudi government is in a war against Islam and is no different from secular governments. The government has been unable to deal with criticism, and indicates that the King and his "gang" obey the mercenary intelligence agents of foreign governments, Christians, and Zionists, Osama Bin Laden calls for righteous scholars to be patient and steadfast, for Muslim people to stay committed and not be confused by government deception, for silent scholars to take a stand, for Muslims in government to remember that they are accomplices unless they act against the regime, and to the government to be advised that they are at war with God.

Statement 7, pp. 21-22: Urgent Letter to Security Officials

11-04-1415 (16 September 1994)

Security officers are reminded that they were trained to defend the interests of their people and to act as their representatives. They must be vigilant guardians, but the government has attempted to take this "great and honorable position" away from them and turn them against Islam by forcing them to participate in the arrest and detention of scholars. He lists crimes of the Saudi government before calling on the security services to refuse to arrest any more scholars. He reminds them that God will bear witness to the punishment of those who stand by a tyrant, and reminds them that "every Muslim's blood, wealth, and food are forbidden to other Muslims." To show other Muslims that they are slaves of God alone, they should repent evil, refuse to obey orders to commit aggression against ulema, urge others not to obey such orders, help the people remove tyranny, not trust the regime, and strive to have the arrested scholars released.

Statement 8, pp. 25-26: Important Telegram to Our Brothers in the Armed Forces

14-4-1415 (19 September 1994)

The Saudi government has exposed its hostility to Islam by arresting the best of the ulema. The regime also imported Christian women to defend it, thereby placing the army in the highest degree of shame, disgrace, and frustration. It allowed American army bases in the peninsula, supported communists in Yemen, and has not helped defeat the IDF. Prince Sultan received five billion dollars' worth of commissions on arms sales in one year at the same time that allowances and reimbursements for soldiers were stopped. He argues that the regime has lost its legitimacy as a result of its friendliness with enemies of Islam and because of its hostility to the feelings of the people in a time of need. He predicts that it's only a matter of time until the regime falls. He reminds the "extraordinary men" that they are guardians of the faith, and reminds them that "if a man kills a believer intentionally, his recompense is hell, to abide therein forever and wrath and curse of God are upon him," (Quran 4:93) and that "the most despicable to God is he who kills a Muslim man" (Hadith).

Statement 9, pp. 29: Do Not Have Vile Actions in Your Religion

11-04-1415 (16 September 1994)

Muslim youth are called to action. The time of listlessness and relaxation is over. The Saudi government committed a fatal mistake in arresting scholars, as this shows that they are enemies of Islam. This not a trial but a blessing, as it reveals the truth about the battle between the regime and the people and their ulema, The people, who are "exploding with anger" are urged to renew their pledge to God by giving as much as they can (to zakat), to be disciplined and avoid taking actions that will harm the interests of the whole, to reveal the reality of the struggle to everyone they know, and to continue to demand the release of the imprisoned scholars.

There is a genius way of writing as if his opinions are already accepted and as if it should all be intuitive.

Statement 10, pp. 31-32: Higher Committee for Harm!!

10-05-1415 (15 October 1994)

After conducting an "insane campaign" against the ulema and scholars in Saudi Arabia, the regime created the Higher Committee for Islamic Affairs. This entity is an attempt to polish the regime's image

by deceiving the people into believing that its purpose is to promote da'wah. Prince Sultan (Minister of Defense) and Prince Naif (Minister of Interior) are head of the council, which "leaves no room for doubt" about its intentions: "the destruction of true Islam and its da'wah, support for the religion of the king, and preparation for the history of the two black men filled with a malice for Islam." The duties and powers of the council are not defined, showing the arrogance of the regime.

The creation of this committee shows that the regime is not ready to listen to the good council of Sheikh 'Adb-al 'Aziz Bin Baz, who had tried to encourage reform. The committee has punished Sheikh Bin Baz by absorbing his powers. The strange thing is that the regime is able to find ulema that are still willing to back it.

Statement 11, pp. 35-38: Open Letter for Sheikh Bin Baz

27-07-1415 (29 December 1994)

Begins with praise and greetings, and a Hadith: "The best jihad is the word of truth in the presence of the unjust sultan." The ulema are heirs to the prophets and represent the good example and ideal model for the umma. The true ulema resist tyranny and speak the truth. Osama Bin Laden reminds the Sheikh of his great responsibility, and wonders at his silence during a time of liars and evil. Osama Bin Laden lists examples where the ulema have acted in error, about which Sheikh Bin Baz has not corrected the error.

1. Corruption has spread, and ulema have been complicit in sanctioning usury (charging interest for bank loans, which is considered haram by some Muslims). Osama Bin Laden states that the Sheikh has deceived the people by not making a distinction "between rulers who merely tolerate usury and rulers who legitimize and legalize usury." Those who legitimize usury are apostates and infidels, but Bin Baz continues to praise the regime. The current economic struggles are a punishment from God for allowing usury.

2. King Fahd wore a cross, and Bin Baz justified this action, although it is clearly apostasy. The king's poor health is clear indication that this was infidelity.

3. Bin Baz issued a fatwa permitting the Crusader-Jewish alliance that occupied the country in the name of liberating Kuwait. This was an abominable action that insulted the honor of the umma, sullied its dignity, and defiled the holy places.

4. Bin Baz kept silent when the Saudi regime aided the communists in Yemen, considering them to be fellow Muslims. Osama Bin Laden writes, "When were the communists ever Muslims? Aren't you the one who previously issued a fatwa on their apostasy and the necessity of killing them in Afghanistan? Or is there a difference between Yemeni communists and Afghan communists?"

5. Bin Baz wrote a fatwa allowing the "attacks and maltreatment" of the ulema that resulted in eh arrest and detention of Salman al-'Awdah and Safar al-Hawali.

More recently, Bin Baz supplied a fatwa sanctioning peace and normalization with the Jews, something that is painful for Muslims as it gives a veneer of legitimacy to the "surrender documents that the treacherous and cowardly Arab tyrants signed," opening Jerusalem to occupation.

Per Osama Bin Laden, the present Jewish enemy is "not dwelling in his original country," and therefore peace is not allowed (as it is with one who is warred on from outside). Jews have usurped sacred Muslim land, and they are an "attacking enemy" that corrupts religion. [The formulation that Jews are outside their original country allows any kind of warfare upon them.] Ibn Taymiyah is quoted as follows: The attacking enemy who corrupts the religion and the world must, in keeping with the faith, be repelled. There are no (limiting) conditions." Therefore, it is religiously required to defend Palestinian people and the "stone-throwing heroes."

Osama Bin Laden goes on to argue that even if it were permissible to make peace with the Jews, the Arab leaders are illegitimate, and are therefore not allowed to make peace on behalf of the umma. Such apostate rulers have neither legitimacy nor sovereignty over Muslims. Bin Baz' fatwa gave legitimacy to secular organizations [the United Nations] and deceived the umma with its disgraceful summary and misleading generalization.

Osama Bin Laden suggests that the opinions of people who have experience in jihad are more legitimate than those who have no experience. Quoting Ibn Taymiyah, "Obligation is to be considered in matters of jihad according to the opinion of upright men of religion who have experience in what people of this world of, rather than those who mainly look at a matter from the viewpoint of religion. Do not adopt their opinion – not the opinion of men or religion that have no experience in the world." [This is another key formulation that gives Osama Bin Laden's opinion equal weight to that of religious scholars, and gives him the authority to challenge more learned men]. Whoever issued Bin Baz' fatwas has a "lack of awareness of the true nature of the situation." Osama Bin Laden closes with several paragraphs urging bin Baz to keep his distance from the tyrants and wrongdoers.

Statement 12, pp. 47-50: The Second Letter to Sheikh 'Abd al'Aziz Bin Baz

29 January 1995

Sheikh Bin Baz' latest fatwas have "scared Muslims in general, as well as freedom fighters, and weaker men/women and children of Palestine." These fatwas give religious legitimacy to Arab leaders' political treason in that it allowed reconciliation with the [Jewish] enemy. The Advice and Reform Foundation had expected Sheikh Bin Baz to take a stand against this, but instead he confirmed his earlier fatwas on the same subject.

The current situation in Palestine cannot be considered a truce, because only the enemy's terms have been met. Additionally, the deal was created by a group of apostate Arab leaders. The agreement, which establishes diplomatic representation and economic cooperation, effectively indicates Jews' "eternal ownership of the land – thus permanently calling off jihad" [Entering into treaty commitments legitimizes Israel's existence]. Secularism amounts to atheism, and so this agreement is based on "invalidity," therefore it is invalid itself.

"This fatwa's claim of Muslim's weakness and inability to fight Jews is invalid, because...subject experts did not issue it...It does not make sense [that] more than a billion Muslims who own the largest natural resources in the world are unable to defeat 5 million Jews in Palestine." The ailment is not the military or financial, but rather the leaders' betrayal and the scholar's acceptance of the current situation.

Osama Bin Laden calls for a return to fatwas issued by those who have knowledge of both religion and current affairs, urges Bin Baz to distance himself from the regime or resign his position.

Statement 13, pp. 51-52: Prince Salman and Ramadan Alms

12 February 1995

The Saudi regime has dissolved charitable organizations that used to deliver donations directly to needy people inside and outside the country. These independent organizations have been replaced by new institutions that are subservient to Prince Salman, who "has never been known to be interested and care for Muslim affairs." In the past, the Saudi regime used popular donations to influence Afghan freedom fighters to conform to Western policy goals. It also gave donations to Christian organizations in Bosnia, to Yemeni communists, to the communist Dostum (Rachid Dostum, an Afghani warlord), and the Al-Kata'ib party in Lebanon. The Saudi regime supported the Algerian regime as it suppressed Muslims, and also provided money to the Soviets to repress Muslims in Chechnya.

The timing of this initiative supports the U.S. presidents' decision to freeze the assets of groups that oppose the [Middle East] peace process. Osama Bin Laden draws the brother's attention to the danger of depositing monies into UD banks, as it may be frozen. Muslims are encouraged to avoid giving funds to the government agencies, but rather give them directly to the needy, or those "trusted individuals who will deliver them."

Statement 14, pp. 55-58: Saudi Arabia Continues Its War Against Islam and Its Scholars

09 March 1995

After Eid a- Fitr, a second group of clerics was detained, including Muhammad bin Sa'id al-Qahtani, Dr. Sa'id bin Zu'ayr (Zuhayr) and Dr. Bashar al-Bashar. This confirms the aggression of the Saudi regime against Islam and is evidently a "strategy planned by international infidel countries." These Sheikhs, like Salman al-'Awdah and Safar al-Hawali, have been imprisoned for speaking the truth, calling for the application of Islamic laws, and calling for reform of the media and administration. [Text goes on to list same grievances previously mentioned in preceding letters regarding usury, the state of the military, etc]. Reiterates the regimes hostility to Islam and these scholars personally, and reminds umma to be wary of fatwas issued on behalf of the regime's interests.

Osama Bin Laden notes that these most recent arrests came after NATO's "call tot eh countries of the region to cooperate in order to eliminate the danger that threatens its interests and desires for hegemony [referring to ?]. In fact, the Saudi regime has done Muslims a favor by revealing its true objective and providing proof to those who still think positively about the regime. He urges fair trials for the detainees, who are praised for their courage and reminded that this is a trial from Allah to differentiate the righteous from the others.

Statement 15, pp. 59-68: Scholars are the Prophet's Successors

16 May 1995

Scholars are the successors of the prophet and the defenders of religion. Because of their importance, it is important to distinguish between those working to further the word of Allah, and those who prefer earthly things and materials. Sura and Hadith emphasizing importance of scholars. Underestimating scholars, or talking negatively about their knowledge is "associated with danger," yet no one should be impressed with the knowledge of one who memorizes the Quran but doesn't follow its teachings. Bad

scholars can be distinguished from good scholars in two ways: lack of acting on their knowledge, and changing what Allah said to interpret laws to their own benefit. "Disintegration of rulers is caused by scholar's dissolution, which is caused by love of money and material things," and standing up to bad scholars is a priority in defending Islam. Yet a majority of people believes that "obeying scholars had no limits" and this is a mistake, which is why religious laws warn against glorifying scholars. Quoting Sheikh Muhammad bin 'Abd-al Wahab in his book Al-Tawhid: those who obey scholars and rulers in forbidding that what Allah allows and vice versa, perceive them as gods. [Therefore, anyone who blindly follows any scholar in something contrary to Allah is an apostate.]

Several paragraphs about proper way to correct scholars follow, which show that a harsh response is legitimate when a scholar persists in a judgment or action after he is aware that he is "on the wrong side." Some exception is made for scholars who have good intentions but are taken advantage of by corrupt sultans. However, fatwas may not be issued by those who are not fully informed, and such fatwas are automatically null.

The requirements for a good scholar are listed. Scholars must be role models in knowledge and action, and must be sure of all the conditions of a fatwa. He must be aware of the possibility of being led into temptation, and have the courage to speak out. Salman al-'Awhad and Safar al-Hawali are examples of courageous scholars. Scholars must stay away from the "suspicious ways of rulers," and the Prophet is quoted as saying, "Whoever gets close to rulers will be infatuated, the closer a person gets to a ruler, the farther he gets away from Allah." Scholars who abide by these guidelines deserve respect and honor.

Statement 16. p. 69: Prince Sultan and the Air Aviation Commission

13-2-1415 (11 July 1995)

The Saudi regime has abandoned the requirements of monotheism and witnessing (there is no God but God, and Mohammad is his messenger), and therefore has lost its legitimacy. The economy is in terrible condition, due in part to the accumulation of interest debt and the plundering of public wealth by the regime. These debts have led to privatization of state assets such as the Saudi airline. Clearly, the regime intends to get new money "from the hands of the people." Privatization will get rid of the debts of the airline, but only after it purchases 7.5 billion dollars for 60 new American-made planes, which are not needed. The French made a much better offer, but royal family members (particularly Prince Sultan) made the deal in order to please the Americans. This will provide 20,000 jobs to U.S. airline manufacturers, which will keep it operational for five years.

The private sector will probably be forced to buy the Saudi national airline at an unfair price, and will have to assume the accumulated debt. As a result, privatization will cost many people their jobs, and it is unclear who will then pay for the air travel of the royal family.

Statement 17, pp. 71-79, 89: An Open Message to King Fahd On the Occasion of the Latest Ministerial Shuffle

5-3-1415 (3 August 1995)

This letter is an attempt to "pierce the veil with which [the king] has surrounded [himself] so that [he] does not have to listen to the truth." Osama Bin Laden hopes to break through the wall that [the king] has built around [himself] "that stops the truth from getting to" him.

The king and his princes have deceived the people, and have tried to "absorb their anger through marginal and deceptive reforms," which were "nothing more than temporary sedatives for the people's anger." The Advisory council was "born dead" and the recent ministerial shuffle will have minimal impact. The king curbed the rights of the religious scholars, and desecrated the nation's holy places while plundering its wealth. He led the nation into an economic decline. The basis for these problems is that the king and the regime "strayed from the requisites of monotheism and its obligations."

Anyone who legislates human laws that are contrary to the laws of Allah is an infidel [Quranic citations apparently follow, but these were not included in the translation]. The Saudi regime is therefore practicing the arbitration of infidel laws, which are "positive" [can be developed and elaborated upon by people]. Trade councils and banking laws that allow interest in transactions are one example of such laws. A second example is the Gulf Cooperation Council, which lists as its legal basis the laws of the council itself, the principles of international law, the world conventions, and the principles of Islamic shari'a. Osama Bin Laden calls this mockery to the religion and contempt to the shari'a, and continues, "You placed the scum of human positivist thoughts, the customs and traditions of the pre-Islamic epoch, and the laws of infidel judicial associations above the shari'a." Several Sheikhs are quoted to establish the authenticity of this argument.

On the subject of interest, Osama Bin Laden writes that, "the one that was aware that it was forbidden to accept interest and goes ahead and does it, he had committed one of the gravest sins, Allah protect us; however, the one who legislates the laws that allow interest is an infidel. The bank towers themselves rival the towers of the two holy mosques.

The true motive of the regime is to protect infidel interests. Although the regime sometimes supports Islamic causes, it never supports these causes when they conflict with Western interests. Somalia, Bosnia, and Palestine, "the mother of Islamic causes" are examples. He relates an incident in which President Clinton demanded that the king meet him at the American air base, not in Riyadh, as a humiliating example of American dominance, demonstrating that the kingdom is no more than an American protectorate subject to American laws.

The economic situation is dire. At the beginning of the king's reign, there was an estimated reserve of one hundred and forty billion dollars, with average daily oil revenue amounting to one hundred million dollars. In spite of this, the country is indebted by more than eighty percent of its national gross income, which makes it the most indebted nation in the world [?]. Average citizens suffer from high taxes and duties, and the rising cost of water, electricity, and food. Commodity prices are rising, and schools are suffering from over crowdedness. Hospitals are no being properly maintained or funded, and unemployment is rising. The government has urged people to conserve energy while the palaces are well lit, with the air conditioning running day and night. The king has built palaces all over the country, and in every major world capital and Western resort.

The causes of the crisis include falling oil prices, for which the king bears some responsibility as he allowed the oil reserves to be tapped in order to prevent price spikes. The king is subordinated to Western interests, as demonstrated by his decision to provide $25 billion to Saddam Hussein to keep the price of oil down during the Iran-Iraq war in order to hurt Iran. The king has not attempted to find

alternate sources of income, and spent sixty billion dollars to underwrite the cost of the Gulf war. After the war, the regime spent an additional forty billion dollars on American arms, and also purchased Tornado aircraft from the British.

The regime borrowed from local international banks with interest, and the king has "broken every statistical record in squandering" public funds. This puts him in a class with the Shah of Iran, Marcos of the Philippines, Ceausescu (SP?) of Romania.

The first economic crisis of Saudi Arabia was in 1964 and 1965, due to the mismanagement of King Sa'ud who was removed from the throne to resolve the crisis. There was a second crisis in 1986 due to collapse of oil prices.

On judgment day, Allah will not talk to an adulterous sheikh, a lying king, or an arrogant destitute (Hadith). The king has limited options, none of which will be politically popular. In a mocking tone, Osama Bin Laden asks the king if he will reduce the interest, devalue the riyal, raise taxes, or sell government properties (by which he means palace furnishings). Osama Bin Laden tells the king that his "staying will be the cause of your extinction, and your continuing on will be the cause of your end."

The military situation: The army has traditionally consumed one third of the national budget, which is much more than other countries (France, for example, spends one percent). In spite of this spending, the army is just a lot of equipment with no human resources to use it. It has been used as a source of income by influential princes. Examples of unnecessary spending include the seventy F-15 aircraft purchased "to support George in his election campaign after the war." There was a deal to expand the telephone system for the sake of Clinton, who "lost because of your support to his competitor George Bush" (sic).

During the Gulf war the air force "did not perform anything worth mentioning" while the navy didn't fire a single shot. In order to prepare one brigade of armored cars, the army had to bring in technicians from Pakistan. This demonstrates the failure of Prince Sultan as Minister of Defense.

In 1992 the citizens of the Arabian Peninsula spent more money on defense than Germany, Italy, Egypt, Romania, Poland, Spain, Ecuador, Uruguay, Ireland, and the United States combined (sic). Much of the money has gone to commissions and bribes, as princes seize between forty and sixty percent of the value of every arms deal. Most of the balance of money has been spent on bases and facilities that are too large for the national army, and were built to serve the American and Western forces. Why are the Americans still on these bases? Is Iraq still an imminent threat? Saudi Arabia has been delivered into "a condition of chronic military crippling in [an] effort to tolerate the Crusader and Jewish forces that are defiling the holy places."

The king and the defense minister are to blame, not the "members of the Army or the Guard, whose goodness, gallantry, and bravery have been witnessed by many." The King has always been afraid of allowing coordination between the forces, yet coordination is essential for successful military operation.

Summary: The regime has "committed sins against Islam that negate its guardianship in the eyes of Allah." These sins include corruption, subordination to the infidels and their laws, and failure in the areas of defense, economics and economics. These failures demonstrate the king's inability to run the nation, "even if he had not sinned against Islam." There is a deep struggle between two ideologies: a godly system that is whole and places all matters in the hands of Allah versus the regime itself. The

religious scholars, reformers, merchants and tribal sheikhs will all go against the regime. This will not be considered a prohibited abandonment of the rulers because the regime lacks legitimacy: "what does not exist legally, does not exist at all."

Osama Bin Laden urges the king to accept responsibility and resign.

Statement 18, pp. 91-92: The Bosnia Tragedy and the Deception of the Servant of the Two Mosques

15-3-1416 (11 August 1995)

The Saudi government closed charitable organizations that delivered contributions of benefactors to deserving recipients. These organizations have been replaced with associations that are supervised by members of the ruling family such as Prince Sultan and Prince Salman. This revealed a scheme to monopolize charitable contributions to prevent Islam and Muslims from reaping any benefit. It has been used to pressure mujahideen and influence their policies. These "scandals" have become public, but the regime ignores the growing level of awareness about this situation. The government's involvement is merely a show of support to "raise the value of its declining political stock."

By way of example, money donated to the Palestinian cause (the mother of all Islamic causes) was diverted to the "extortive Jews." Contributions that were meant for Bosnian Muslims were shared with Croats and Serbs. The Saudi regime sponsored a United Nations conference on Bosnia that was designed to ensure the destruction of Bosnian Muslims by denying them the means to defend themselves.

When individual citizens tried to intervene to help the Bosnians, the regime prohibited their travel in response to Western pressure, and then arrested these individuals when they returned to Saudi Arabia. The Bosnians know who their real supporters are, the "cream of youth who have slipped away from the grasp of the ruling regime."

The following lessons have been learned: Muslim regimes do not represent the will of their own people, human rights and equality are dead slogans of the west when it comes to Muslim matters, the United Nations is nothing but a tool to implement the Crusader's plan to kill the nation of Islam, and compliance with the United Nations constitutes conspiracy against Muslim causes.

Therefore, Muslims are urged to bypass the regime-sponsored charitable organizations and donate directly to trusted individuals who will ensure that the money is used for Muslim causes, not against them.

Statement 19, pp. 95-96: The Saudi Regime and the Repeated Tragedies of the Pilgrimage

8-12-1417 (16 April 1997)

Every year there are catastrophes and tragedies during that kill thousands of pilgrims. The Saudi regime has not taken the necessary precautions to prevent these tragedies. There are insufficient accommodations, which leads to crowdedness. The lack of security procedures, poor handling of events, and general negligence contribute to the problem. The number of pilgrims is increasing, yet little money is being spent on the problem. A little spending is all that's needed.

At the same time, the regime has made a big deal about the killing of a handful of American military personnel. "To satisfy the Americans, the regime offered the heads of a group of pure youth who are zealous about their belief , their country, and their nation….Since when are a handful of defiled Jewish souls and the conquering Americans more precious than thousands of guests of the most merciful and the pilgrims of his ancient house?" Adding insult to injury, the regime has kept some of the bodies of deceased pilgrims for autopsy materials.

Statement 20, pp. 97-98: (no title)

No date or signature

The recent arrest of scholars from Pakistan is one more example of the Saudi regime's "deep-rooted hate and animosity toward Islam." These guests were performing "the rituals of pilgrimage when they were arrested by Saudi intelligence services for the following charge: that some of them gave a fatwa in which they said that the Americans must be forced out of the land of the two holy mosques." These scholars were only doing their duty in honoring their covenant pledging to show the truth to the people. They mentioned nothing negative about the Saudi regime, which has demonstrated that it is not satisfied with that it is doing against its own people, but is seeking to generalize these rules of repression.

By its actions, the regime is actually strengthening the message of the scholars that have been persecuted. The scholars and influential people that have not condemned the regime's actions cannot be excused, as it is an obligation to help a brother Muslim.

Statement 21, pp. 103: Supporting the Fatwa by the Afghani Religious Scholars of Ejecting the American Forces Form the Land of the Two Holy Mosques

1-1-1419 (7 May 1998)

The united religious scholars of Afghanistan issued a fatwa that stresses the necessity of ejecting the American forces for the Arab peninsula and the land of the holy two mosques. The fatwa contained shari'a proofs that the entrance of these forces into this country is forbidden, and that their ejection is absolutely necessary. The responsibility of ejecting them and declaring jihad against the occupiers rests with the entire nation of Islam. This fatwa was originally issued eight years ago by Safar al-Hawali and Salman al-'Awdah, who willingly paid the price for their truthfulness. The prophet's last wish, may Allah's prayers and peace be upon him, was to drive the polytheists out of the peninsula, and he said that "the big countries are the cause of problems and instability in the region, and they are the ones that create incidents. They show up every time there is an incident under the pretense that they will improve the situation and eliminate the danger, yet they are the biggest danger of all. How can the fox be the shepherd for the sheep?"

PAGES 001 TO 103

**PAGE 1 - 3 (STATEMENT NO. 2)**

(TN:  WRITTEN ON FOLLOWING LETTERHEAD-ALL PAGES OF THIS DOCUMENT
ARE WRITTEN ON THE SAME LETTERHEAD)
IN THE NAME OF GOD THE MOST MERCIFUL AND MOST COMPASSIONATE

THE COMMITTEE FOR ADVICE AND REFORM
STATEMENT NUMBER 7
LONDON OFFICE

ADDRESS: BM BOX 7666, LONDON, WCIN 3XX, U.K
FAX:   ((00441713289651))
TELEPHONE:   ((00441716242462))

*12 April 1994*

*URL To King Fahd*

OUR INVITATION TO GIVE ADVICE AND REFORM

(TN:  THE AUTHOR OFFERS HIS SALUTATIONS AND MAKES A FEW
REFERENCES TO THE QURAN BEFORE BEGINNING THE STATEMENT).

TO KING FAHD BIN 'ABD-AL-'AZIZ AL-SA'UD, OF THE KINGDOM OF SAUDI
ARABIA, AND TO THE PEOPLE OF THE SAUDI ARABIAN PENINSULA - PEACE
BE WITH YOU AND GOD'S BLESSINGS AND MERCY,

ON SEVERAL OCCASIONS YOU HAVE ASKED US TO RETURN TO THE COUNTRY,
EXPRESSING THIS REQUEST WITH GREAT INSISTENCE.  YOU HAVE USED A
NUMBER OF METHODS AND WAYS TO GET THE MESSAGE ACROSS.

GOD ONLY KNOWS HOW MUCH WE MISS OUR HOMELAND, AND THERE IS NO

OTHER COUNTRY THAT WE LONG FOR.  HOW COULD THIS NOT BE TRUE, GIVEN THAT IT IS THE CRADLE OF ISLAM AND THE SOURCE OF THE WORD (TN:  OF THE PROPHET).  IT IS ALSO THE BIRTHPLACE OF THE PROPHET AND HIS CHILDHOOD HOME.

HOWEVER, THE PAST AND PRESENT SITUATION, ALONG WITH THE CONNECTED EVENTS, HAVE CONVINCED US THAT IT IS NECESSARY FOR US TO REMAIN IN EXILE, KNOWING FULL WELL WHAT IS BEHIND YOUR DESIRE.

WE DO NOT SAY THIS BECAUSE OF OUR SUSPICION OR BECAUSE WE THINK ILL OF YOUR INTENTIONS; HOWEVER, ACTIONS AND EVENTS HAVE FORCED US TO THINK HARD ABOUT RETURNING.  JUST TO LIST A FEW OF THE ACTIONS TO WHICH WE ARE REFERRING:  WE WERE PREVENTED FROM TRAVELING, OUR MONEY WAS FROZEN IN FOREIGN BANK ACCOUNTS, A DEFAMATION CAMPAIGN WAS WAGED AGAINST US IN THE LOCAL AND INTERNATIONAL PRESS, AND FINALLY, YOU ATTEMPTED TO CUT OUR TIES WITH THE HOMELAND BY CONFISCATING OUR PASSPORTS.  YOUR ACTIONS INDICATE TO US WHAT YOUR INTENTIONS ARE FOR US.

HOWEVER, ALL THESE MATTERS ARE OF LITTLE IMPORTANCE SINCE THEY ARE OF A PERSONAL NATURE, AND THE DISCORD BETWEEN US INVOLVES ISSUES OF CONCERN THAT ARE IMPORTANT AND INVOLVE THE WHOLE UMMAH (TN:  THE MUSLIM COMMUNITY OR NATION).

IN OUR FIRST STATEMENT, WE PROMISED THAT WE WOULD ADDRESS THIS SITUATION.  THE FULFILLMENT OF OUR PROMISE COMES IN THIS STATEMENT.  WE HAVE DONE JUSTICE TO THOSE WHO DESERVE IT AND HARM TO THOSE WHO HAVE DONE HARM.

WE WILL SUMMARIZE THE ISSUES BRIEFLY AND WITHOUT LONG-WINDED DETAILS, AND WE WILL EXPLAIN MATTERS IN MORE DETAILS IN SUBSEQUENT STATEMENTS, GOD WILLING.

FIRST, ON MORE THAN ONE OCCASION, OUR RELIGIOUS SCHOLARS HAVE ADVISED YOU TO LAY OFF THOSE ACTIONS THAT HAVE INVOLVED BREAKING RULES AND COMMITTING CRIMES THAT RUN AGAINST GOD'S LAW.

HOWEVER, ALL YOU HAVE DONE IN RESPONSE IS MOCK US, STONEWALL US, AND REFUSE TO TAKE APPROPRIATE ACTIONS TO REMEDY THE SITUATION. YOUR ACTIONS DID NOT END AT THAT - YOU HAVE COMMITTED GREATER TRANSGRESSIONS IN THE LAND OF GOD AND RELIGION.  HENCE IT IS NOT POSSIBLE TO REMAIN SILENT.

A GROUP OF ULEMA WHO HAVE HAD ENOUGH WITH CORRUPTION HAVE BEGUN CALLING FOR REFORM, AND THEY HAVE SUBMITTED NUMEROUS PETITIONS. INTELLECTUALS, ACADEMICS, BUSINESS PEOPLE, AND FORMER GOVERNMENT OFFICIALS HAVE JOINED THEM.  ALL OF THESE PEOPLE HAVE SUBMITTED A NUMBER OF APPEALS FOR REFORM.  IN THE YEAR 1411 - LUNAR CALENDAR - A PETITION WAS SUBMITTED, DURING THE GULF WAR, WHICH WAS SIGNED BY CLOSE TO 400 PEOPLE, CALLING FOR REFORM AND END TO INJUSTICE.

BUT YOU IGNORED THEIR ADVICE AND RIDICULED THEM, AND CONDITIONS CONTINUED TO DETERIORATE FURTHER.

BY 1413, THESE REFORMERS HAD NOT GIVEN UP. THEY CAME BACK AND SUBMITTED ADDITIONAL PETITIONS. ONE OF THE PETITIONS FORWARDED TO THE GOVERNMENT IDENTIFIED THE COUNTRY'S AILMENTS AND THE NECESSARY CURES. THE PETITION OUTLINED DEVIATIONS FROM THE SHARI'AH, THE FAILURES OF THE REGIME, THE MAJOR FLAWS OF THE GOVERNMENT, AND THE SUFFERING OF THE ULEMA, WHO HAVE BEEN MARGINALIZED AND PERSECUTED.

THE AFOREMENTIONED PETITION DISCUSSED THE FLAWS IN THE MEDIA, WHICH HAS BECOME A TOOL TO GLORIFY AND DEIFY INDIVIDUALS. THE MEDIA IS AN INSTRUMENT USED TO ALTER AND FALSIFY THE FACTS, TO ATTACK AND DEFAME GOOD PEOPLE, AND TO FALSELY DECRY INJUSTICE AGAINST THE UMMAH. ALL OF THIS IS DONE WITHOUT TAKING THE APPROPRIATE ACTIONS.

PEOPLE'S RIGHTS HAVE BEEN ABROGATED; THE ADMINISTRATION OF THE COUNTRY HAS CONTINUED TO DETERIORATE. AND CORRUPTION CONTINUES TO INFEST GOVERNMENTAL AGENCIES.

THE MONETARY AND ECONOMIC SITUATION CONTINUES TO WORSEN. THE FUTURE LOOKS BLEAK, IN LIGHT OF THE HUGE DEBTS THAT HAVE BURDENED THE COUNTRY. THESE DEBTS ARE THE RESULT OF THE PERSONAL WASTEFULNESS OF GOVERNMENT OFFICIALS. ALL OF THIS OCCURRING AT A TIME WHEN TAXES HAVE RISEN AND PEOPLE ARE BEING MORE FRUGAL IN ORDER TO DEAL WITH WHAT HAS TAKEN PLACE.

I HAVE DISCUSSED THE CONTEMPTIBLE SOCIAL SITUATION IN THE COUNTRY, WHICH HAS RECENTLY BECOME CRITICALLY DANGEROUS. I AM ESPECIALLY CONCERNED WITH THE WATER SERVICE, BECAUSE WATER IS THE MOST IMPORTANT ELEMENT OF LIFE.

I ALSO REVIEWED THE CONDITION OF THE ARMED FORCES. THE GULF CRISIS REVEALED THE LACK OF PREPAREDNESS, THE NEED FOR TROOPS, AND THE INEPTITUDE OF ITS LEADERSHIP. ALL OF THESE SHORTCOMINGS EXIST IN SPITE OF THE ASTRONOMICAL AMOUNTS THAT HAVE BEEN SPENT ON THE MILITARY.

THE PETITION ALSO DISCUSSED THE CONDITION OF THE JUDICIAL SYSTEM, WHERE SHARI'AH LAW HAS BEEN SUSPENDED; IT HAS BEEN REPLACED BY TEMPORARY LAWS.

AS FOR THE FOREIGN POLICY OF THE COUNTRY, THE PETITION HIGHLIGHTED THE DELINQUENCY AND CARELESSNESS WITH WHICH IT IS MANAGED. IN FACT, IT SAID THAT THE COUNTRY'S FOREIGN POLICY ACTUALLY WORKS AGAINST THE INTERESTS OF MUSLIMS, CITING AS EXAMPLES SUPPORT FOR THE GAZA AND JERICHO AGREEMENT, ALGERIA, AND MANY MORE.

IT IS KNOWN THAT THESE TEMPORARY LAWS OR POLICIES HAVE RESULTED IN SUPPORT FOR THE INFIDELS. ALSO, THIS BEHAVIOR IS AGAINST ISLAMIC LAW. THIS HAS BEEN STATED BY THE ULEMA, AMONG THEM THE LATE SHAYKH MUHAMMAD BIN ABD AL-WAHHAB - MAY GOD REST HIS SOUL.

THE AFOREMENTIONED PETITION RAISED THESE ISSUES IN A KIND, CLEAR AND HONEST FASHION. GIVING ADVICE TO THOSE WHO GOVERN IS A NECESSARY REQUIREMENT IN ISLAM, BUT THAT ALL OF THIS HAS NOT HELPED. THE PETITION RESULTED IN RIDICULE FOR THOSE WHO ENDORSED IT AND SYMPATHIZED WITH ITS CAUSE.

THOSE WHO WANTED REFORM HAVE CONTINUED THEIR EFFORTS. THEY FORMED THE "COMMITTEE FOR THE DEFENSE OF LEGITIMATE RIGHTS," WITH THE INTENT OF SUPPORTING JUSTICE. HOWEVER, THE COMMITTEE WAS RECEIVED IN AN EVEN WORSE FASHION.

ALL OF THIS HAS OCCURRED WITH THE BLESSING OF GOVERNMENT OFFICIALS. THESE OFFICIALS HAVE IMPLEMENTED POLICIES OF OBSCURANTISM AND OPPOSITION TO REFORM. AMONG THE ULEMA, THOSE WHO REFUSED TO BE CO-OPTED OR CORRUPTED HAVE BEEN ISOLATED. AS FOR THE COMMITTEES, THEY HAVE BEEN CO-OPTED OR INCORPORATED, AND THEY HAVE BECOME ARMS OF THE REGIME. THESE COMMITTEES HAVE ISSUED DECLARATIONS AND STATEMENTS SIMILAR IN CHARACTER TO THOSE ISSUED BY THE GOVERNMENT.

THESE COMMITTEES HAVE GIVEN THE PUBLIC EVERY REASON TO WITHHOLD THEIR TRUST FROM THEM. YET THESE COMMITTEES HAVE DARED TO ASK THE PUBLIC TO WITHHOLD THEIR TRUST FROM THOSE WHO DESERVE IT, SUCH AS SCHOLARS AND PREACHERS.

SECOND, THE CURRENT SITUATION IS CHARACTERIZED BY THE CORRUPTION OF THE SHARI'AH, THE SPREAD OF EVIL, THE RESTRICTION OF WORSHIP, AND THE WAGING OF WAR AGAINST JUST PEOPLE WHO ARE HUNTED AT HOME AND ABROAD. IN FULFILLMENT OF OUR PROMISES AND ADVISORY DUTIES, WE WOULD LIKE TO ANNOUNCE THE ARRIVAL OF OUR BROTHERS AND SCHOLARS INTO THE COUNTRY. THEY WILL OFFER KNOWLEDGEABLE ADVICE, AND THEY WILL BAN ALL PROHIBITED ACTIVITIES. WE ARE ALL A PART OF THE CALL TO ISLAM, AND WE WILL UNITE IN OUR EFFORTS TO ACHIEVE A COMMON GOAL.

AS A RESULT OF THE CURRENT STATE OF AFFAIRS IN THE COUNTRY, WE CONTINUE TO INSIST THAT YOU ABIDE BY THE REQUESTS OF THE COMMITTEE OF LEGITIMATE RIGHTS AND ALL OTHER LEGITIMATE REQUESTS.

IT IS NOT POSSIBLE FOR US TO WORK FROM WITHIN DUE TO THE TERRORISM AND PERVASIVE FEAR. FROM OUR POSITION HERE AND IN CONSULTATION WITH OUR BROTHERS IN THE ARABIAN PENINSULA, WE HAVE ESTABLISHED THE COMMITTEE FOR ADVICE AND REFORM.

FINALLY, WE ASK GOD THE ALMIGHTY TO BLESS THE UMMAH IN THIS RIGHTEOUS TASK.  MAY GOD STRENGTHEN ITS OBEDIENCE, BREAK ITS DISOBEDIENCE, INCREASE ITS KNOWLEDGE, AND KEEP IT FROM ALL THAT IS REPREHENSIBLE.  WE ALSO ASK GOD TO BRING US GOODNESS AND WARD OFF EVIL.

(TN:  THE AUTHOR ENDS WITH A QUOTE FROM THE QURAN, WHICH STATES "GOD WILL NOT CHANGE A PEOPLE UNLESS THEY DO SO FOR THEMSELVES."

THANKS BE TO GOD.

DATED:  2/11/1414 AH
CORRESPONDING TO 12 APRIL 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN ((LADIN))

**PAGE 4 - 6 (DUPLICATE COPY OF STATEMENT 2 ABOVE)**

**PAGE 7 (STATEMENT NO. 3)**

SAUDI ARABIA SUPPORTS THE COMMUNISTS IN YEMEN

AFTER FOUR YEARS OF UNITY IN YEMEN, THE YEMENI SOCIALIST PARTY (YSP) IS DISAPPOINTED THAT UNITY HAS NOT CLOSED THE CURTAIN ON ITS BLACK HISTORY OF CRIMINAL BEHAVIOR OVER THE PAST 25 YEARS. THE YSP HAS ENSLAVED THE YEMENI PEOPLE, AND IT HAS RULED WITH AN IRON FIST.  IT HAS KILLED ITS INNOCENT ULEMA AND SPREAD APOSTASY AND CORRUPTION.  THE YSP BELIEVED THAT ACHIEVING UNITY WOULD BUY IT SOME TIME AFTER THE COLLAPSE OF THE COMMUNIST CAMP AND THE FADE OF SOCIALIST IDEAS IN MOST PARTS OF THE WORLD.

UNITY CREATED AN OPPORTUNITY TO BREAK CHAINS THAT HAVE SHACKLED THE ISLAMIC AWAKENING, WHICH HAS SPREAD IN THE NORTH AND THE SOUTH, INCREASING THE NUMBER OF PEOPLE WHO BELIEVE IN GOD'S FAITH.  THIS FRUSTRATED THOSE WHO SUPPORT EVIL WITHIN AND OUTSIDE YEMEN.  IT LED INFIDEL FORCES IN THE WORLD, IN SUPPORT WITH ITS AGENTS IN THE REGION, TO COME UP WITH A CONSPIRACY TO UNDO YEMENI UNITY.  THE PURPOSE OF THE CONSPIRACY WAS TO RE-ESTABLISH THE TWO YEMENI STATES AND HAVE THEM FIGHT AND QUARREL WITH EACH OTHER. BY DIVIDING YEMEN, THE INFIDELS WOULD KEEP THE UMMAH WEAK, FORESTALL ISLAMIC UNITY, AND KEEP THE PEOPLE OF THE REGION COWERED, WHILE STRENGTHENING THE PRESENCE OF ENEMIES IN THE AREA.

FOR THE ABOVE STATED REASONS, THE YSP REVOLTED, WITH THE PROMISE OF MILITARY, POLITICAL, AND MONETARY SUPPORT FROM THE SAUDI GOVERNMENT, WHICH PROVIDED THE LION'S SHARE.  THIS AID CAME THROUGH THE WORK OF A SPECIAL COMMITTEE FOR YEMENI AFFAIRS, HEADED BY PRINCE SULTAN, WITH THE SUPPORT OF KING FAHD, WHO IS

KNOW FOR HIS ANTI-ISLAMIC POLICIES.  HE OPPOSES THE FOLLOWING:

1 - HE OPPOSES ANY ISLAMIC AWAKENING THAT RESTS ON THE CLEAR AND TOTAL UNDERSTANDING OF GOD'S HOLY BOOK AND THE SUNNAH.  SUCH AN UNDERSTANDING WOULD EXPOSE THE ARTIFICIALITY OF HIS RULE.  HE USES ISLAM AND SOME OF ITS TENETS TO COVER UP THE SECRET AND OVERT ANTI-ISLAMIC POLICIES HE PURSUES.

2 - HE RUSHES TO SUPPORT ANTI-ISLAMIC REGIMES AND PARTIES.  THIS IS PROVEN BY THE FACT THAT HE PROVIDED 4000 MILLION DOLLARS TO THE SOVIET UNION PRIOR TO ITS COLLAPSE AT THE HANDS OF THE MUJAHIDIN.  HE ALSO GAVE 1000 MILLION DOLLARS TO THE DICTATORIAL REGIME IN ALGERIA, WHICH USED TERROR AND VIOLENCE TO PREVENT ISLAMIC FORCES FROM COMING TO POWER.  HE PROVIDED MORE THAN 3000 MILLION DOLLARS TO THE "NUSAYRI" REGIME THAT KILLED THOUSANDS OF MUSLIMS.  MILLIONS MORE IN DOLLARS AND WEAPONS WENT TO THE CRUSADERS IN THE SOUTH OF THE SUDAN.

ENORMOUS CRIMES AND MASSACRES WERE COMMITTED AGAINST THE MUSLIM PEOPLE OF BOSNIA AND HERZEGOVINA.  DUE TO A GLOBAL CRUSADER CONSPIRACY THAT IS ANTI-MUSLIM, THEY WERE OBSTRUCTED FROM RECEIVING WEAPONS, WHICH PREVENTED THEM FROM DEFENDING THEMSELVES.  THIS ALL OCCURRED THROUGH THE SWORD OF THE UNITED NATIONS.  THE UN, WHICH HUMILIATED THE MUSLIMS OF SOMALIA, ALSO HAD A DEVIOUS ROLE IN HANDING PALESTINE TO THE JEWS.  IN ADDITION, THE UN SUPPORTED JEWISH ATTACKS IN LEBANON.  THE UN TURNED A BLIND EYE TO THE MASSACRES COMMITTED BY THE HINDUS AGAINST MUSLIMS IN INDIA AND KASHMIR.  MANY MORE CRIMES HAVE BEEN COMMITTED AGAINST OUR MUSLIM UMMAH.  A GENERATION HAS COME TO REALIZE THAT THE UN IS NOTHING BUT AN INSTRUMENT IN THE HANDS OF THE JEWS AND THE CRUSADERS TO EXTERMINATE AND ROB THE WEALTH OF MUSLIMS.

IN SPITE OF ALL OF THESE TRANSGRESSIONS, THE SAUDI RULER TURNED TO THESE OPPRESSORS (THE UN) TO MEDIATE.  THE SAUDI REGIME RUSHED TO THE SECURITY COUNCIL, CALLING UPON IT TO INTERFERE IN YEMEN, OPPOSING THE MEDIATION OF THE SHARI'AH.  THIS ACTION IS CONTRARY TO ISLAM, AS ASCERTAINED BY THE ULEMA.  THE SAUDI GOVERNMENT DID NOT STOP AT THAT BLIND LOYALTY TO THE ENEMIES OF ISLAM, BUT CALLED A MEETING OF THE GULF COOPERATION COUNCIL.  THEY ISSUED A FINAL RESOLUTION CLARIFYING THEIR STAND ON INTERFERENCE IN YEMENI AFFAIRS AND SUPPORTING THE YSP.  THE SAUDI GOVERNMENT WILL ASK FOR THE ASSISTANCE OF THE GLOBAL FORCES OF EVIL AND ITS OFFICIAL FRONTS IN SUPPORTING THE YSP.  QATAR OPPOSED THIS COMMUNIQUÉ, DECLARING THAT IT WOULD WIDEN THE CIRCLE OF CONFLICT.  AS USUAL, THE SAUDI REGIME WANTS TO PROP UP THE SOCIALISTS AND SAVE THEM FROM THEIR AWKWARD PREDICAMENT.  THE SAUDI GOVERNMENT HAS MADE A HABIT OF SUPPORTING THE ENEMIES OF ISLAM.

WE IN THE COMMITTEE OF ADVICE AND REFORM CONDEMN THIS BETRAYAL

AND THE CONSPIRACY AGAINST ISLAM AND ITS PEOPLE BY THE SAUDI GOVERNMENT.   WE BELIEVE THAT THIS UGLY BEHAVIOR HAS THE FOLLOWING CONSEQUENCES:

(1)   IT ENCOURAGES DIVISIONS WITHIN THE MUSLIM UMMAH, AND IT ADDS TO INTERNAL CONFLICTS, ESPECIALLY AMONG REGIONAL STATES.
(2)   IT LEADS TO THE DISPERSAL OF THE WEALTH OF THE ARABIAN PENINSULA, AT A TIME WHEN THE COUNTRY IS ALREADY SUNKEN IN HUGE DEBTS, CHOKED ECONOMICALLY, AND A BURDEN ON THE PEOPLE.
(3)   IT SUPPORTS SOCIALISTS AND COMMUNISTS WHO OPPRESS THE YEMENI PEOPLE.
(4)   SUCH SUPPORT FROM THE SAUDI REGIME AND ITS ALLIES WOULD HAVE NEGATIVE REPERCUSSIONS ON THE PEOPLE OF THE PENINSULA.   AS GOD SAYS, "EVIL WILL ONLY AFFLICT THOSE WHO COMMIT IT."
(5)   IT SETS OF THE STAGE FOR FOREIGN INTERVENTION IN THE REGION, WHICH WILL HARM THE MUSLIM PEOPLE.

WE ASK THE RIGHTEOUS ULEMA TO DECLARE THAT THIS REPRESENTS DANGER AND EVIL.   WE ASK THEM TO EXPOSE THIS CONSPIRACY.   WE ASK THESE ULEMA TO DECLARE THE ACTIONS OF THESE DICTATORS AS ILLEGITIMATE. WE ASK THEM TO PROCLAIM THE ILLEGITIMACY OF THESE ACTIONS AND OF SUPPORTING THE SOCIALISTS AND OTHER ENEMIES OF THE RELIGION.   WE ASK THE ULEMA TO PROCLAIM THIS TO THE UMMAH AND THE MUSLIM ARMIES.   THIS IS PART OF THEIR RESPONSIBILITY.

(TN:   THE AUTHOR PROVIDES A QUOTE FROM THE QURAN THAT DESCRIBES PEOPLE'S IGNORANCE OF GOD).

DATED:   27/12/1414 AH
CORRESPONDING TO 7 JUNE 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 8 (DUPLICATE COPY OF STATEMENT 3 ABOVE)**

**PAGE 9 - 10 (STATEMENT NO. 4)**

THE BANISHMENT OF COMMUNISM FROM THE ARABIAN PENINSULA: THE EPISODE AND THE PROOF

AFTER YEARS OF JIHAD OPERATIONS, IN WHICH YOUNG MUSLIM MEN TOPPLED THE HEADS OF SOCIALISTS IN YEMEN, THE LAST SOCIALIST CAMP IN YEMEN FELL.   THIS WAS AFTER TWO MONTHS OF TOTAL WAR BY THE MUSLIM YEMENI PEOPLE, LED BY THE ULEMA, IN WHICH THEY INSISTED ON DESTROYING SOCIALISM.   THE YEMENI MUSLIMS SOUGHT TO REGAIN THEIR POWER AND THEIR IDEOLOGICAL PRESENCE BY GETTING RID OF THE DECEIT OF THE SOCIALISTS.   THIS EVENT ENDED A GREAT EVIL AND AN ONUS THAT HAD WEIGHED HEAVILY ON THE CHESTS OF MUSLIMS.   THIS ENDED A

DARK AGE IN THE HISTORY OF YEMEN, A TIME IN WHICH PREACHERS AND ULEMA WERE KILLED.

THE END OF SOCIALIST RULE IN YEMEN PROVIDES A LESSON. IT IS PROOF THAT ALL THOSE WHO OPPOSE THE FAITH OF THE UMMAH WILL FACE THIS TYPE OF ENDING, IN SPITE OF THE FORCE THEY BRING TO BEAR AGAINST IT FROM WITHIN OR OUTSIDE.

FURTHERMORE, A LESSON CAN BE DRAWN FROM THE YEMENI CASE FOR THOSE WHO WANTED TO ESCALATE THE CONFLICT IN YEMEN BY SUPPORTING THE COMMUNISTS. THESE DETESTABLE SUPPORTERS OF COMMUNISM PROVIDED ALL KINDS OF MATERIAL AND MORAL BACKING, AND THEY FOUND THEMSELVES BANKED IN THEIR WAR ON A SIDE THAT DID NOT HAVE THE ESSENTIAL TOOLS TO CONTINUE OR THE NECESSARY MEANS TO WIN.

THE GOVERNING SAUDI REGIME WAS IN THE FOREFRONT OF SUPPORTING THE COMMUNIST YEMENIS. THEY PROVIDED HUNDREDS OF MILLIONS OF DOLLARS, ALONG WITH WEAPONS AND AMMUNITION, PLUS AN ARMY OF YEMENIS. KING FAISAL HAD PREPARED TO FIGHT THE COMMUNISTS IN THE PAST. HOWEVER, IT WAS THE CURRENT SAUDI REGIME WITH THE BACKING OF ITS DEFENSE MINISTER, PRINCE SULTAN, THAT CONDUCTED A DIPLOMATIC CAMPAIGN THAT ENDED ANY CHANCE THE SAUDI REGIME MAY HAVE HAD TO SAVE FACE AFTER ITS SUPPORT FOR THE COMMUNISTS.

IT IS NOT SURPRISING THAT THE SAUDI REGIME SUPPORTS THOSE WHO CALL FOR THE DIVISION OF THE UMMAH AND ARE THE FOES OF FAITH. THIS SUPPORT HAS BEEN EVIDENT FOR SOME TIME, GIVEN SAUDI COMMUNIQUÉS. HOWEVER, IT IS BOTH LAUGHABLE AND SAD THAT THE SAUDI REGIME HAD REACHED A POINT OF STUPIDITY IN WHICH IT BANKED ON BACKING THE COMMUNIST REGIME. THE REGIME ENDED UP LOSING EVERYTHING, AND IT PROBABLY WILL LOSE THE BATTLE THAT WILL DETERMINE THE FUTURE OF THIS (SAUDI) REGIME.

THE YEMENI WAR AND ITS RESULTS WERE EVIDENT EARLY ON TO ALL WHO LOOKED, INCLUDING THE WESTERN POWERS. THE WESTERN POWERS DID NOT GAMBLE ON BACKING THE LOSING SIDE, EVEN THOUGH THEY SHARE THE SAUDI REGIME'S DESIRE TO KEEP THE UMMAH DISUNITED AND TO SUPPORT ITS ENEMIES. IN SPITE OF THE FAILURES AND THE ACTUAL COLLAPSE OF THE COMMUNISTS IN YEMEN, THE SAUDI REGIME CONTINUES IN THIS FRUITLESS PATH, EVIDENCED BY THE PUBLICATION OF THE EMERGENCY MINISTERIAL COMMUNIQUÉ, ISSUED ON 29-1-1415 H.A., 8 JULY 1994. THE REGIME STILL TAKES THE SAME POSITION, DECLARING ITS SUPPORT AND ENDORSEMENT OF THE DICTATORIAL RESOLUTIONS OF THE UN SECURITY COUNCIL. THE SAUDI SUPPORTS GIVING REFUGE TO THE COMMUNIST YEMENI LEADERS, IGNORING THE PROPHET'S SAYING, "THOSE WHO SUPPORT AN APOSTATE, MAY GOD, THE ANGELS, AND ALL THE PEOPLE CURSE HIM. NOTHING WOULD BE ACCEPTED FROM HIM AT THE END OF TIME NOR IS JUSTICE EXPECTED FROM THEM."

THE EVENTS IN YEMEN NOT ONLY ENDED THE COMMUNIST REIGN IN YEMEN,

BUT THEY ALSO LED TO THE PEELING-OFF OF THE ARTIFICIAL MASKS OF THOSE WHO HAVE DECEIVED PEOPLE BY LYING TO THEM.  THE SAUDI POSITION AND ITS ROLE IN THE EVENTS HAS BEEN REVEALED.  WE HAVE SEEN THE FALSENESS OF ITS CLAIMS ABOUT ENDORSING THE CAUSES OF THE UMMAH, ITS CLAIMS ABOUT ITS OWN ADHERENCE TO ISLAMIC PRINCIPLES AND TENETS, AND ITS DECLARED POSITION OF NOT INTERFERING IN THE INTERNAL AFFAIRS OF OTHER COUNTRIES.

THE YEMENI EVENTS WERE A GOOD TEST FOR THE ULEMA OF THE QURAN AND THE ULEMA OF POWER.  SOME SIDED WITH THOSE IN POWER, WHILE A GOOD NUMBER EARNED THE GRATITUDE OF THE UMMAH.  THESE GOOD ULEMA REFLECT THEIR OWN DECENT CONSCIENCES, SHOWING THEIR SUPPORT FOR THE TRUTH, AND EARNING THE TRUST OF THE UMMAH.  THESE EVENTS HAVE PROVIDED THEM WITH A CHANCE TO SHOW THEIR CAPABILITIES.

ONE OF THE MAIN LESSONS FROM YEMEN, IS THAT THE WESTERN WORLD, MOST OF ALL THE UNITED STATES, WAS NOT WILLING TO TAKE THE RISK OF INTERVENTION IN ORDER TO PROTECT OR ASSIST CORRUPT REGIMES THAT DO NOT HAVE THE SUPPORT OR ENDORSEMENT OF THEIR PUBLICS.  SO THE LESSONS LEARNED BY THESE COUNTRIES (TN:  IT IS UNCLEAR IF THE AUTHOR MEANS WESTERN OR LOCAL COUNTRIES) FROM ITS EXPERIENCE WITH PEOPLE OF THE REGION WAS HARSH AND BITTER, BUT WAS FRUITFUL AND HELPFUL.

AS FOR THE RULERS OF OUR COUNTRIES, THEY ARE NOT AWARE OR COGNIZANT OF WHAT HAPPENED.  THEY CONTINUE TO BELIEVE THAT THE WESTERN COUNTRIES WOULD NOT INTERFERE AND WOULD ABANDON THEM IF THEY SEE THAT PROTECTING THEM (TN:  THE CORRUPT REGIONAL REGIMES) WOULD HARM THEIR INTERESTS.

IN THE COMMITTEE FOR ADVICE AND REFORM, WE SEE IN THE DEFEAT OF THE COMMUNISTS AND THE BANISHMENT OF THE COMMUNIST REGIME AS CLEAR EVIDENCE FOR A REJECTION OF ALL SECULAR AND ATHEIST REGIMES ACROSS THE REGION.  WE ENVISION A NEW BEGINNING IN THE IMPLEMENTATION OF THE PROPHET'S WILL OF EXPELLING ALL THE UNBELIEVERS FROM THE ARABIAN PENINSULA, NO MATTER WHAT COLOR OR SHAPE.

ON THIS OCCASION, WE CONGRATULATE THE MUSLIM UMMAH, THE PEOPLE OF THE REGION, AND ESPECIALLY THE YEMENI PEOPLE, ON THIS GREAT ACHIEVEMENT, WHICH MUST BE THE END OF ANY COMMUNIST PRESENCE IN THE REGION, NO MATTER WHAT THE PRETEXT.  "A BELIEVER SHALL NOT BE PUT IN A HOLE TWICE."

WE ALSO ASK, WILL THE SAUDI REGIME CONTINUE IN ITS SUICIDAL POLICY, SCORNFUL OF THE UMMAH AND WASTEFUL OF ITS ECONOMIC RESOURCES, WHICH ONLY BRINGS IT SHAME IN THIS WORLD AND TORTURE IN HELL?

"THOSE WHO DO NOT MAKE GOD AS THEIR LIGHT, THEY SHALL NOT HAVE

ANY LIGHT."

DATED:    12/2/1415 AH
CORRESPONDING TO 11 JULY 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 11 - 12 (DUPLICATE COPY OF STATEMENT 4 ABOVE)**

**PAGE 13 - 14 (STATEMENT NO. 5)**

QURAN SCHOLARS IN THE FACE OF DESPOTISM

THANKS BE TO GOD WHO RAISED THE PEOPLE OF KNOWLEDGE WHO CLEARLY
STATED THE TRUTH, AND PRAISED THE ONES WHO "CONVEY THE MESSAGE OF
GOD, FEAR HIM, AND DO NOT FEAR ANY ONE BUT GOD." PRAYERS AND
PEACE BE UPON OUR PROPHET WHO SAID: "HAMZAH BIN 'ABD-AL-MUTTALIB,
THE MASTER OF MARTYRS AND A MAN WHO WENT TO AN UNJUST IMAM, HE
ORDERED HIM, CAUTIONED HIM, THEN KILLED HIM." REPORTED BY
AL-HAKIM WHO IS HASAN.

THESE GREAT STANDS (TN:  "MUWAQIF," OFFICIAL OPINIONS OR
POSITIONS) CALMED THE CHESTS AND DELIGHTED THE SOULS, BOTH INSIDE
THE ARABIAN PENINSULA AND OUTSIDE. BY THESE STANDS, THE NATION'S
SCHOLARS AND ITS TRUTHFUL PREACHERS STATED THE TRUTH, AS A PART
OF THEIR DUTY TO INFORM AND BE WATCHFUL FOR THE NATION'S
INTERESTS. THE SCHOLARS USED PUBLIC SERMONS, STATEMENTS, AND
TAPES, WHICH HAD VERY LARGE DISTRIBUTION - THANKS TO THE SUCCESS
GRANTED BY GOD - NOT ONLY INSIDE THE ARABIAN PENINSULA, BUT IN
ALL OF THE ISLAMIC WORLD. THUS, THEY UNVEILED THE STANDS OF THE
SAUDI GOVERNMENT, WHICH HAD ATTEMPTED TO COVER THE TRUTH AND
ELIMINATE THE CONSCIENCE OF THE NATION. TO THAT END, THE SAUDI
GOVERNMENT HAS USED ALL THE WITCHCRAFT POWERS IT HAS AND THE FULL
DECEPTION POWERS OF THE MEDIA TO JUSTIFY ITS SHAMELESS STANDS
AGAINST ISLAM AND ITS PREACHERS, WHILE SUPPORTING THE UNBELIEVERS
AND THEIR GUARDIANS.

THE OPINIONS OF THE SCHOLARS AND PREACHERS HAVE RAISED THE HEAD
OF THE UMMAH HIGH TO FACE THE DESPOTISM OF THE RULERS AND THE
INJUSTICES OF THE GOVERNMENT. IN ADDITION TO THEIR PREVIOUS
STANDS IN THE GULF WAR AND WHAT THEY HAD PROCLAIMED IN THE
ADVISORY MEMO AND OTHERS, THE SCHOLARS AND PREACHERS TOOK ANOTHER
GREAT STAND ABOUT THE YEMENI ISSUE. THEY UNVEILED THE TRUTH,
WHICH THE GOVERNMENT HAD ATTEMPTED TO HIDE. THE GOVERNMENT TRIED
TO JUSTIFY ITS SUPPORT FOR THE APOSTATE COMMUNISTS AFTER ITS TRUE
POSITION WAS EXPOSED. WE EXPLAINED THESE FACTS IN OUR STATEMENT
NO. 4.

TO TELL THE TRUTH, WHAT THESE COURAGEOUS STANDS ACHIEVED IN A DEEP PUBLIC DIMENSION AND IN THE SCOPE OF LARGE POPULAR SUPPORT IS WORTHY OF PRAISE AND APPRECIATION. THEY ACTUALLY ANNOUNCE THE FAILURE OF ALL THE APPROACHES THAT THE GOVERNMENT USED AGAINST THIS SELECTED GROUP OF THE NATION'S CHILDREN. THE GOVERNMENT MADE DISTORTED, MISREPRESENTED, AND FABRICATED STATEMENTS, IN WHICH THE REGIME TOLD LIES AGAINST THEM (TN: THE INNOCENT, PERSECUTED PEOPLE). TO TIGHTEN THEIR CONDITIONS, THEY WERE DISMISSED FROM THEIR GOVERNMENT POSITIONS, THEIR FREEDOM WAS TAKEN AWAY, AND THEIR RIGHTS WERE TRAMPLED.

SIMILARLY, THESE TRUTHFUL STANDS CONFIRM THAT AMONG THE NATION'S SCHOLARS, THERE ARE STILL – THANK GOD – THOSE WHO TAKE STANDS LIKE THOSE TAKEN BY THE ANCESTOR'S SCHOLARS, AGAINST THE INEQUITABLE GOVERNMENT AND THE RULERS OF DEBAUCHERY. THESE ARE THE STANDS OF IMAM MALIK, IMAM AHMAD AND AFTER THEM, THE SHAYKH OF ISLAM: IBN TAYMIYYAH, AL-'IZZ IBN-'ABD-AL-SALAM, MAY GOD BLESS THEIR SOULS, AND OTHERS, WITH WHOSE STANDS GOD PRESERVED THE NATION'S RELIGION AND CREED.

MOREOVER, THE FACT THAT THE UMMAH ADOPTED THESE POSITIONS CONFIRMS THE EXTENT TO WHICH THE REFORMING CHANGE HAS SPREAD THROUGHOUT THE NATION. IN ADDITION, THE HOLDERS OF THESE STANDS ARE THE LEADERS OF THE REFORM. THEY WERE PREPARED FOR THIS TASK BY THE NATION, WHO PLACED ITS HOPES ON THEM – AFTER GOD – AND THEY DELIVERED.

ON THE OTHER HAND, THE NATION CONFIRMED – BY RALLYING AROUND THIS SELECT GROUP OF SCHOLARS AND PREACHERS – THAT THE DISAGREEMENT WITH THE GOVERNMENT IS NOT A TEMPORARY ONE, NOR IS IT WITH A SELECT GROUP THAT IS ISOLATED FROM SOCIETY. RATHER, IT IS A DEEPER AND MORE INCLUSIVE DISAGREEMENT, WHOSE SUBJECT IS THE CREED, THE SHARI'A, AND THE PARTIES AND SUPPORTERS OF THE REGIME. ON THE OTHER HAND, WE HAVE THE UMMAH, HEADED BY THE SCHOLARS AND REFORM PREACHERS, AND COMPOSED OF MERCHANTS, TRIBAL LEADERS, THE MILITARY, GUARDS, SECURITY, THE EDUCATED AND ELITE, AND THE REMAINDER OF THE POPULATION.

IF THIS SELECT GROUP (TN: OF SCHOLARS AND PREACHERS) IS THE ONE WHO HEADS THE RANKS TODAY, IT IS DUE TO THE TRUST THAT THE UMMAH PLACES IN THEIR SINCERITY AND COMPETENCE. IT IS ALSO DUE TO THE BELIEF OF THE SCHOLARS AND PREACHERS THAT THE UMMAH WILL NOT DISAPPOINT THEM AND WILL NOT ABANDON THEM AT ANY PRICE.

MOREOVER, IT WAS BY RETURNING TO THESE SCHOLARS AND PREACHERS AND ACCEPTING THEIR EDICTS THAT THE UMMAH ALLOWED THE SHARI'AH EDICTS TO BE ISSUED IN THE COUNTRY. THE UMMAH BECAME FREE OF ANY RULING GOVERNMENT CONSTRAINTS AND ESCAPED ITS AUTHORITY AND CONTROL. THIS HAPPENED AFTER THE LATTER LEFT THE RULE AND JURISPRUDENCE OF GOD.

WE HAVE NO CHOICE BUT TO PRAISE THESE GREAT STANDS WITH WHICH THE SCHOLARS CONFIRMED THE RISE OF THE PEOPLE, HOLDING TRUTH OVER THE DESPOTISM OF THE UNJUST, AND DESPISING THE POWER OF THE DESPOTS. THEY PREFER WHAT THE ALL MERCIFUL (TN: GOD) HAS OVER WHAT THE POWERFUL (TN: MAN) HAS, DEFYING THE OPPRESSION AND ITS WEAPONRY, WITH AN UNSHAKABLE FAITH AND FEARLESS CREED. THEN, YELL TO HIS FACE "NEVER SHALL WE REGARD YOU AS MORE THAN THE CLEAR SIGNS THAT HAVE COME TO US, OR THAN HIM WHO CREATED US! SO DECREE WHATEVER YOU DESIRE, FOR YOU CAN ONLY DECREE (TOUCHING) THE LIFE OF THIS WORLD." (TN: QURAN 20:72).

WHAT CAN HURT THESE STANDS, AFTER THAT? LET THE UNJUST CONTINUE TO STATE THEIR THREATS AND PROMISE PUNISHMENT. THESE DESPOTIC SHATTERED APPROACHES HAVE PROVEN THEIR LACK OF USEFULNESS IN EVERY BATTLE BETWEEN THE FAITH AND THE DESPOTISM.

OUR VENERATED SCHOLARS AND OUR RIGHTEOUS PREACHERS, WITH THESE STANDS, YOU HAVE FOLLOWED THE RIGHT PATH WHICH THE PROPHETS - PRAYERS AND PEACE BE UPON THEM - HAVE FOLLOWED BEFORE YOU AND THE VIRTUOUS AFTER THEM. GO THEN, WITH THE BLESSING OF GOD, AND LET THE SERVANT OF THE DINAR AND THE ONES WHO SOLD THEIR RELIGION FOR A LIFE OF POWER BE MISERABLE.

BY FOLLOWING THIS PATH, YOU HAVE ANSWERED EVERYONE WHO BROKE THE LAW, AND YOU CALLED UPON THOSE WHO WERE FORCED TO STAND DOWN, THOSE WHO WERE IMPRISONED BY EXCUSES, AND THOSE WHO ACCEPTED THE TRUTH WITHOUT PROOF. THIS ALSO INCLUDES ANYONE WHO HAS AS LITTLE AS AN ATOM OF PROTECTION FOR GOD'S SAKE, AND FERVOR FOR THE NATION, TO JOIN THE MARCH FOR CHANGE AND REFORM. ALL OF THIS, IN ORDER TO SUPPORT THE TRUTH AND THOSE CALLING FOR IT, AND PRESENT IT AS A SACRIFICE FOR THE RELIGION ALONG WITH MAKING IT AVAILABLE TO OTHERS. AT THAT TIME, THE ONES WHO PRACTICED INJUSTICE WILL KNOW WHAT WILL BECOME OF THEM.

DATED: 11/2/1415 AH
CORRESPONDING TO 19 JULY 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 15 - 16 (DUPLICATE COPY OF STATEMENT 5 ABOVE)**

**PAGE 17 - 18 (STATEMENT NO. 6)**

SAUDI ARABIA UNVEILS ITS WAR AGAINST ISLAM AND ITS SCHOLARS

AS A RESPONSE TO THE INSTRUCTIONS OF THE U.S. DELEGATION THAT VISITED SAUDI ARABIA RECENTLY, INTELLIGENCE AGENTS ARE CONDUCTING

ARRESTS OF PROMINENT SCHOLARS AND PREACHERS.  THIS HAS BEEN DONE IN SYNCHRONIZATION WITH THE COMPREHENSIVE JEWISH CAMPAIGN TO HUMILIATE THE COUNTRIES IN THE REGION AND THE MUSLIM PEOPLE, AND TO SURRENDER TO THE ENEMIES OF THE NATION.  IT ALSO COINCIDES WITH THE BEGINNING OF PUBLIC ACKNOWLEDGEMENT OF THE RELATIONSHIP OF THE (SAUDI) KINGDOM WITH THE ZIONIST ENTITY, WHICH IS CLASSIFIED AMONG THE FRIENDLY COUNTRIES, ACCORDING TO THE (SAUDI) AMBASSADOR IN THE US, BANDAR BIN-((SULTAN)).  IT IS ALSO IN KEEPING WITH THE REPEATED ACTIONS OF THE DESPOTS, DELIVERING ABORTIVE BLOWS TO THE MUSLIM SERENITY AND ITS LEADERSHIP SYMBOLS, IN ORDER TO HINDER ITS BLESSED PROGRESSION.  IT ALSO GOES ALONG WITH KING FAHD'S POLICY OF TURNING PEOPLE AWAY FROM THE PATH OF GOD.  AMONG THESE ARRESTS, THE WORST ONES ARE THOSE OF SHAYKH SALMAN AL-(('AWDAH)), AND THE SUMMONS OF SHAYKH SAFAR AL-((HAWALI)).  THESE TWO VENERABLE SHAYKHS ARE KNOWN FOR THEIR SESSIONS OF KNOWLEDGE AND FERVOR FOR THE RELIGION, THE DECLARATION OF THE TRUTH, THE DETERMINATION FOR THE NATION'S GOOD, AND THE DEFENSE OF THE PEOPLE'S RIGHTS.

WE IN THE COMMITTEE FOR ADVICE AND REFORM STRONGLY CONDEMN THIS EVIL CRIME.  WE SEE THAT IT HAS MANY INTERPRETATIONS, INCLUDING THE FOLLOWING:

1 - THE ANNOUNCEMENT BY THE KINGDOM'S GOVERNMENT, OF THE UNVEILED WAR AGAINST ISLAM AND ITS SCHOLARS.  THIS WAR IS EVIDENT IN THE ATTACKS AGAINST THE PREACHERS, THE HINDERING OF THE CALL, AND THE FORBIDDING OF THE CONVEYANCE OF THE RELIGION OF GOD.  THIS IS AN INFRINGEMENT ON THE LIMITS OF GOD, HIS BOOK AND THE DEEDS (TN: SUNNAH) OF HIS PROPHET, PRAYERS AND PEACE BE UPON HIM.  WITH THIS, IT WAS CONFIRMED THAT THE KINGDOM'S GOVERNMENT IS NO DIFFERENT FROM THE SECULAR GOVERNMENTS THAT PUBLICLY DECLARED WAR ON ISLAM.

2 - THIS ALSO ANNOUNCES THE BEGINNING OF THE REGIME'S PROGRESSIVELY COMPREHENSIVE PLAN TO CRASH THE MUSLIM CORDIALITY, AND ITS SCHOLARLY AS WELL PUBLIC LEADERSHIPS.  THESE ACTIONS ARE THE RESULT OF AN INCONTESTABLE DECEIT AND DEEP-ROOTED HATRED. THEY BELIEVE THAT THEY CAN DO THAT.  "THEIR INTENTION IS TO EXTINGUISH THE GOD'S LIGHT (BY BLOWING) WITH THEIR MOUTHS, BUT GOD WILL COMPLETE HIS LIGHT, EVEN THOUGH UNBELIEVERS MAY DETEST (IT)." (TN: QURAN 61:8).

3 - IT IS PROOF OF THE SAUDI GOVERNMENT'S FAILURE TO DEAL WITH THE PREACHERS WHO DECLARE THE TRUTH.  THE GOVERNMENT HAD BEEN FEELING REASSURED BY THE SILENCE OF SOME OF THE VOICES WHO ARE LEGALLY OBLIGATED TO DENOUNCE AND FORBID SUCH ATTACKS ON THE SHARI'AH, ON ITS SCHOLARS, AND ON ITS PREACHERS.

4 - IT IS AN INDICATION THAT THE SAUDI KING AND HIS GANG OBEY THE INSTRUCTION OF THE MERCENARY INTELLIGENCE AGENTS IMPORTED FROM

OVERSEAS.  THESE MERCENARIES HAD ALREADY SPILLED THE BLOOD OF PREACHERS, AND THEY HAVE CRASHED THE OPPRESSED AND THE INNOCENT.

5 - FINALLY, THERE IS A CLEAR ALIGNMENT BEHIND THE ENEMIES' PLANS.  THE ZIONISTS, THE CHRISTIANS, AND OTHERS ARE IMPLEMENTING THEIR CONSPIRACY AGAINST ISLAM AND THE MUSLIMS.  BY GOING ALONG WITH THIS PLAN, THE SAUDI REGIME IS SHOWING ITS ALLEGIANCE TO THE UNBELIEVERS, INSTEAD OF ITS LOYALTY TO THE PEOPLE OF THE FAITH, WHICH IS CLEARLY A DIVERGENCE FROM THE RIGHT PATH.

WITH THIS, WE IN THE COMMITTEE SEND OUT FOLLOWING CALLS FOR ADVICE AND REFORM:

1 - TO OUR VENERATED SCHOLARS AND OUR RIGHTEOUS PREACHERS! PEOPLE LIKE YOU ARE NOT UNAWARE THAT THIS EXPOSURE TO TESTS AND HARDSHIPS FOR THE SAKE OF THE RELIGION, THIS IS THE PATH OF THE PROPHETS, THE TRUTHFUL SCHOLARS, AND THE PREACHERS BEFORE YOU. THEREFORE, YOU HAVE TO BE PATIENT AND STEADFAST.  KNOW THAT VICTORY COMES WITH PATIENCE!  IN ADDITION, REMEMBER THE SAYING OF THE ALMIGHTY, "AND WE SHALL TRY YOU, UNTIL WE TEST THOSE AMONG YOU WHO STRIVE THEIR UTMOST AND PERSEVERE IN PATIENCE, AND WE SHALL PUT YOUR EXPERIENCE TO THE TEST."

2 - TO OUR MUSLIM PEOPLE AND OUR CONSCIENTIOUS YOUTH:  WE ADVISE YOU TO STAY COMMITTED TO THE TRUE RELIGION'S PRACTICES.  MAKE SURE THAT YOU ABSOLUTELY FOLLOW THE GUIDANCE OF OUR VENERATED SCHOLARS WHO PROCLAIM THE TRUTH, AND COMMIT YOURSELVES COMPLETELY TO LISTENING TO THEM AND OBEYING THEM.  IN ADDITION, DO NOT LET THE EVIL ACTIONS AND THE DECEPTION OF THE RULERS CONFUSE YOU, SO THAT YOU END UP MAKE DECISIONS FOLLOWING INTERPRETATIONS THAT DO NOT COME FROM THE LEGAL (SHARI'AH) LEADERSHIP.  "…NOR LET THOSE SHAKE YOUR FIRMNESS, WHO HAVE (THEMSELVES) NO CERTAINTY OF FAITH" (TN: PART OF QURAN VERSE 30:60)

3 - TO THE SCHOLARS, FROM WHOM THE AUTHORITY SUCCEEDED TO ELIMINATE THE TRUTH OR THE ONES WHO PREFERRED TO BE SILENT, ON PURPOSE OR BY PRESUMPTION.  WE WOULD LIKE TO REMIND YOU THAT GOD MADE YOU ANSWERABLE TO THE TRUST OF KNOWLEDGE AND RESPONSIBLE FOR SHOWING THE TRUTH.  MOREOVER, YOU ARE REQUIRED TO STAND WITH YOUR FIGHTING SCHOLAR BROTHERS IN THEIR DEFENSE.  THIS IMPLEMENTS WHAT THE PROPHET, PRAYERS AND PEACE BE UPON HIM, SAID, "THE MUSLIM IS THE BROTHER OF THE MUSLIM. HE DOES NOT OPPRESS HIM, DISAPPOINT HIM OR BETRAY HIM."  AGREED UPON (TN:  A SAYING OF THE PROPHET ACCEPTED AS AUTHENTIC).  OTHERWISE, IT IS A BETRAYAL OF TRUST, WHICH WILL BE VIEWED AS A DISGRACE AND REGRET (TN: BY THE BETRAYER) ON THE DAY OF JUDGMENT.

4 - TO THE MUSLIMS IN THE GOVERNMENT ORGANIZATIONS:  WE SALUTE THE LARGE MAJORITY THAT SYMPATHIZES WITH THE SCHOLARS.  WE WOULD LIKE TO REMIND THOSE WHO HAD A MISSTEP THAT THERE IS NO OBEDIENCE

IN DISOBEYING THE CREATOR. MOREOVER, YOU ARE LEGALLY FORBIDDEN (TN: BY THE SHARI'AH) TO OBEY THE ORDERS OF YOUR SUPERIORS, TO ARREST THE SCHOLARS, OR TO ATTACK THE PREACHERS. IF YOU DO SO, YOU BECOME AN ACCOMPLICE IN THE OFFENSE. "AND THE UNBELIEVERS SAY TO THOSE WHO BELIEVE: 'FOLLOW OUR PATH, AND WE WILL BEAR (THE CONSEQUENCES) OF OUR FAULTS. NEVER IN THE LEAST WILL THEY BEAR THEIR FAULTS: IN FACT THEY ARE LIARS'" (TN: QURAN 29:12). FURTHERMORE, KNOW THAT THIS IS A STRAY FROM THE PATH OF GOD! THE COMPULSION IS NOT TAKEN INTO CONSIDERATION IN THE CASE OF BLOOD CRIMES. REMEMBER HIS, PRAYERS AND PEACE BE UPON HIM, SERMON OF THE GOODBYE PILGRIMAGE (TN: TO MECCA), "ANY MUSLIM IS FORBIDDEN TO ANOTHER MUSLIM, IN HIS BLOOD, IN HIS MONEY AND IN HIS HONOR," REPORTED BY SHAYKH MUSLIM. KNOW THAT THE MORNING IS VERY NEAR! THE CRIMINALS WILL RUN AWAY, AS DID THE SHAH OF IRAN, 'ALI AL-BAYD. GLAD HE IS THE ONE WHO USED THESE CASES AS A LESSON.

5 - TO THE SAUDI GOVERNMENT, HEADED BY KING FAHD: THE PEOPLE OF THE PENINSULA ARE PROUD PEOPLE WHO WERE RAISED ON LOVE AND RESPECT FOR THE SCHOLARS. THEY ARE GUARDS OF THE PROPHETS' HEIRS. THEY HAVE PROMISED TO CONTINUE TO LOVE THEM, SUPPORT THEM, AND DEFEND THEM. IF YOU REFUSE ANYTHING SHORT OF FIGHTING THE SUPPORTERS OF GOD, THEN BE CHEERFULLY ADVISED OF A WAR WITH GOD. AS HE, PRAYERS AND PEACE BE UPON HIM, SAID, "GOD ALL BLESSING AND ALL MIGHTY SAID: HE WHO BECOMES THE ENEMY OF A SUPPORTER, I HAVE ALLOWED WAR AGAINST HIM." REPORTED BY SHAYKH BUHAYRI. MOREOVER, WITH SUCH EVENTS, YOU ADD MORE DISCLOSURE OF SHAME. "OR DO THOSE WHOSE HEARTS ARE DISEASED THINK THAT GOD WILL NOT BRING TO LIGHT ALL THEIR RANCOR." (TN: QURAN 47:29). THESE BLATANT ATTACKS AND IRRESPONSIBLE BEHAVIOR DO NOT LEAVE ANY PRETENSE FOR BEING A MUSLIM, THEY TAKE IT AWAY. THEY DO NOT LEAVE A FAKE MASK, INSTEAD THEY REMOVE IT. MOREOVER, YOUR ALLEGIANCE TO THE ENEMIES HAS REACHED ITS END AND YOUR WAR AGAINST ISLAM AND ITS FOLLOWERS HAS BECOME ACTIVATED FROM ONE END (TN: OF THE COUNTRY) TO THE OTHER. THEREFORE, YOU WILL BE RESPONSIBLE BEFORE GOD AND YOUR PEOPLE FOR ANYTHING THAT WILL RESULT FROM THESE EVENTS AND MATTERS. "MIGHTY INDEED WERE THE PLOTS THAT THEY MADE. BUT THEIR PLOTS WERE (WELL) WITHIN THE SIGHT OF GOD, EVEN THOUGH THEY WERE SUCH AS TO SHAKE THE HILLS. NEVER THINK GOD WOULD FAIL HIS MESSENGERS, IN HIS PROMISE: FOR GOD IS EXALTED IN POWER - THE LORD OF RETRIBUTION." (TN: QURAN: 14: 46 AND 47)

DATED: 8/4/1415 AH
CORRESPONDING TO 12 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

PAGE 19 - 20 (DUPLICATE COPY OF STATEMENT 6 ABOVE)

PAGE 21 - 22 (STATEMENT NO. 7)

URGENT LETTER TO SECURITY OFFICIALS

WE HAVE BEEN DEPRIVED OF SLEEP.  OUR NIGHTS WERE MADE SLEEPLESS BY THIS GRIEVOUS MISFORTUNE AND EVIL CRIME, WHEN THE SAUDI REGIME THREW INTO THE DEPTHS OF PRISON A GROUP OF THE BEST OF THE UMMAH (TN:  MUSLIM COMMUNITY), ITS MUJAHID ULEMA (TN:  MULLAHS), AND ACTIVE PREACHERS.  THIS IS PART OF THE SAUDI REGIME'S INSANE CAMPAIGN TO STRIKE AT THE ISLAMIC AWAKENING AND ITS SCHOLARLY AND POPULAR SYMBOLS.  IT IS TRULY DISGRACEFUL AND DISTRESSING THAT THE REGIME EMPLOYS A BAND OF MUSLIMS FROM OUR OPPRESSED PEOPLE AND MAKES THEM VULGAR REBELS (TN:  AGAINST ISLAM), BY WHICH IT STRIKES EVERY VOICE OF TRUTH AND EXTINGUISHES EVERY TRUE WORD THAT THE ULEMA AND THE PREACHERS, GUIDES OF THE UMMAH, CRY OUT. THIS COMPELS US, IN ACCORDANCE WITH THE SHARI'AH (TN:  RELIGIOUS LAW), TO REVEAL THE TRUTH TO THOSE MUSLIMS WHO GIVE ASSISTANCE TO THE OPPRESSORS, BUT ARE UNAWARE.  PERHAPS THEY WILL REPENT AT WHAT HAS TAKEN PLACE, AND AVOID WHAT IS TO COME.  THEY, GOD WILLING, WILL DO THIS.

OUR BROTHER MUSLIMS IN THE SECURITY APPARATUS, MAY GOD HELP YOU ALL DO HIS DESIRES AND PREVENT YOU FROM DISOBEYING HIM.  KNOW THAT YOU WERE TRAINED TO DEFEND THE INTERESTS OF YOUR PEOPLE AND PROTECT THEIR RIGHTS.  YOU ARE THEIR REPRESENTATIVES IN THIS GREAT MATTER, AS VIGILANT GUARDIANS INTENT ON PRESERVING THEIR RELIGION, AND THE LIVES AND PROPERTY OF INDIVIDUALS.  YOUR RULERS TODAY WANT TO TAKE THIS GREAT AND HONORABLE POSITION AWAY FROM YOU AND REDUCE YOU TO A LOW AND SUBMISSIVE RANK.  GOD WILL NOT ALLOW THIS TO BE DONE TO HIS MOST PREEMINENT WORSHIPERS AND HIS MOST HONORED FOLLOWERS OF ISLAM.  THEY WANT TO TURN YOU INTO SLAVES AS IF THEY HAD PURCHASED YOUR FREEDOM WITH THEIR MONEY. THEY WANT TO MAKE YOU SPEARS WITH WHICH THEY WILL PIERCE THE CHESTS OF THE ULEMA, AND BARRICADES WITH WHICH THEY WILL STOP THE SPREAD OF ISLAMIC DA'WAH (TN:  THE CALL OR SUMMONS, TO ISLAM OR FUNDAMENTALISM).  IN THIS WAY, YOU ARE DESTROYING THE NOBLE EDIFICE OF YOUR RELIGION, AND YOU ARE PIERCING YOURSELVES, YOUR BROTHERS AND YOUR COUSINS, AND INDEED YOUR ULEMA AND THE BEST OF YOU.

WHAT SIN HAVE THESE INNOCENT ULEMA COMMITTED?!  DID THEY ROB THE NATION OF ITS MONEY AND DISTRIBUTE IT TO THEIR FAMILIES?!  DID THEY CONFISCATE TRIBAL LAND AND GRANT IT TO THEIR RELATIVES?! DID THEY MONOPOLIZE TRADE OF EVERY KIND AMONG THEMSELVES AND SHUT OUT EVERYONE ELSE OUT?!  DID THEY BUILD PALACES WITH YOUR BLOOD AND MONEY, AND DWELL IN THEM ON THE BEST PLOTS OF LAND IN YOUR COUNTRY?!  DID THEY SQUANDER THE COUNTRY'S MONEY AND RESOURCES ON THEIR APPETITES UNTIL THE DANGERS OF NEED AND POVERTY KNOCKED UPON THE DOORS, AND SERVICES IN ALL OF LIFE'S CONVENIENCES (TN:

PUBLIC UTILITIES AND FACILITIES) DECLINED?!  HAVE THEY WAGED WAR UPON GOD, FILLING THE LAND OF THE PENINSULA WITH BANKS THAT CHARGE INTEREST, OR HAVE THE ULEMA SCATTERED CORRUPTION IN THE HOUSES OF THE HARAMAYN (TN:  TWO HOLY PLACES, MECCA AND MEDINA) AND RUINED THE WORLD AND THE RELIGION?!  HAVE THEY SEIZED THE PEOPLE'S MONEY AND SUBJUGATED THEM UNTIL THE PEOPLE BEGAN THINKING THAT THE ULEMA OWNED THE LAND, THE MONEY AND THE PEOPLE?!  WHENEVER THEY PERFORM A TENTH OF THEIR RELIGIOUS OBLIGATIONS, DO THEY ADD TO THE BLESSING AN INSULT AND CALL IT DONATIONS AND NOBLE DEEDS?!  HAVE THEY PLANNED FOR THE REST OF THE ARMY TO BE WEAK, DESPISING IT AND ITS ABILITIES, THEN INSULTED THE ARMY BY SEEKING THE HELP OF ENEMIES TO PROTECT THEIR THRONES?!  HAVE THEY DEGRADED THE MEDIA INTO MOUTHPIECES OF HYPOCRISY, CHEATS AND DECEIVERS, ONLY CARING TO GLORIFY AND PRAISE WITH LYING CLAIMS?!  THESE ARE THE ULEMA THEY ORDERED TO BE ATTACKED AND ARRESTED TO PREVENT THEM FROM SPEAKING OF THE RELIGION OF GOD.  THE ULEMA ARE THE ONES WHO REPROVE ALL THESE VIOLATIONS AND CRIMES AND DEMAND THAT ALL OF GOD'S LAW BE ENFORCED.  THE ULEMA CALL FOR DELIVERY OF THE COUNTRY FROM POLITICAL, ECONOMIC, SECURITY AND HEALTH ETC. DECLINE, AS IN THE ADVISORY MEMORANDUM (TN:  AND REFORMATION COMMITTEE).

ARISE, OUR BROTHERS! DO NOT CALL ON THE DAJJALS (TN:  THE MUSLIM ANTI-CHRIST) OF THE SA'UD FAMILY.  THEY WILL DRIVE YOU TO GOD'S WRATH AND PUNISHMENT.  YOU WILL DWELL IN SHAME IN THIS WORLD AND TORMENT IN THE NEXT.  THE BOOK OF GOD BEARS WITNESS TO THE PUNISHMENT OF THOSE WHO STAND BY THE TYRANT, HELPING HIM UNTIL THE COMMAND OF GOD ARRIVES, AT WHICH TIME HE WILL TAKE THE TYRANT AND HIS SOLDIERS, FALSITY WILL PERISH AND TRUTH AND ITS ADHERENTS WILL EMERGE VICTORIOUS.  YOU REMEMBER WHAT GOD DID WITH THE PHARAOH AND HOW HE TOOK HIM AND HIS SOLDIERS (FOR PHARAOH AND HAMAN AND THEIR HOSTS WERE WRONGDOERS). (TN:  QURAN 28:8) (SO WE SEIZED HIM AND HIS HOSTS, AND WE FLUNG THEM INTO THE SEA. NOW BEHOLD WHAT WAS THE END OF THOSE WHO DID WRONG).  (TN:  QURAN 28:40) OR ARE YOU SATISFIED THAT THE INFIDELS AND THE PEOPLE OF DEPRAVITY AND DEBAUCHERY ARE HONORED AND POWERFUL, WHILE OUR ULEMA ARE SHACKLED IN DARK PRISONS.  IT IS A GREAT WRONG TO SLANDER THE ULEMA, FOR THEY ARE THE HEIRS OF THE PROPHETS.  WHAT CAN BE SAID ABOUT THOSE WHO COMMIT AGGRESSION AGAINST THEM, OR HELP IN THIS?  WHERE DO YOU STAND WITH REGARDS TO HIS  (MAY GOD BLESS HIM AND GRANT HIS PEACE) WARNING?  (TN:  THIS EXPRESSION INDICATES THAT THE WORDS ARE THOSE OF THE PROPHET) "EVERY MUSLIM'S BLOOD, WEALTH AND FOOD ARE FORBIDDEN TO OTHER MUSLIMS." MUSLIM RELATED IT. (TN:  A REFERENCE TO THE HADITH, A COLLECTION OF THE SAYINGS OF MUHAMMAD.  IN THE TEXT EVERY SAYING OF THE PROPHET IS FOLLOWED BY SUCH A CITATION).  NOT ONE OF YOU CAN HAVE THE AUDACITY TO COMMIT SUCH AGGRESSION AND SAY, "I AM A SERVANT OF THE ONE IN CHARGE."  BY GOD, THIS IS A TERRIBLE THING TO SAY AND A DANGER TO THE ONE WHO SAYS IT.  IT CONTRADICTS THE ASSERTION OF ONENESS (TN:  THAT THERE IS NO GOD BUT GOD).  YOU

ARE SERVANTS OF GOD, YOU ARE NOT SERVANTS OF THE SAUDI RULERS. GOD'S COMMAND IS GREATER THAN THE COMMAND OF YOUR RULERS. THIS YOU CONFIRM WHEN YOU SAY "ALLAHU AKBAR" (TN: A COMMON MUSLIM EXPRESSION MEANING "GOD IS THE GREATEST.") BY WHICH YOU BEGIN YOUR PRAYERS. YOU ARE SERVANTS OF GOD, OBEDIENT TO HIM, AND COMPLIANT TO HIS COMMANDS. "YOU WE WORSHIP AND YOUR AID WE SEEK." (QURAN 1:5)

OUR BROTHERS, OH SONS OF OUR PEOPLE, OH THOSE POSSESSED OF DIGNITY AND HONOR, OH THOSE WHO DO NOT TURN THEIR FACES TO ANYONE BUT GOD - THE ULEMA, THE PREACHERS, THE REFORMERS, AND THEIR FOLLOWERS ONLY SEE YOU AS BROTHERS, THE BELOVED OF THE PEOPLE, THE MOST FAITHFUL SOLDIERS OF THE UMMAH, DEVOTED TO THE RELIGION OF ISLAM AND TO THE PROTECTION OF THE RIGHTS OF MUSLIMS. THE BELIEF AND SUPPOSITION OF THE TYRANNICAL SAUDI REGIME THAT YOU ARE ITS SERVANTS AND SLAVES WILL BE DISAPPOINTED. LET THE UMMAH SEE THAT YOU ARE SLAVES OF GOD ALONE. LET THE PEOPLE KNOW THAT YOU ARE THEIR BELOVED, THEIR GUARDS, AND THEIR HELPERS. LET THE ULEMA AND PREACHERS REJOICE THAT YOU HAVE PROMISED GOD TO TRAVEL THE ROAD TO HEAVEN, AND THAT YOU WILL NOT SELL YOUR RELIGION AND YOUR LIFE IN THE HEREAFTER FOR THE WORLD OF OTHERS. YOU SHOULD RESOLVE TO DO THE FOLLOWING:

1- TO REPENT EVIL, DESIRING THE FORGIVENESS OF GOD WHO SAID, "ONLY IF ONE REPENTS, BELIEVES, AND WORKS RIGHTEOUS DEEDS WILL GOD CHANGE THE EVIL OF SUCH PERSONS INTO GOOD, AND GOD IS FORGIVING AND MERCIFUL." (TN: QURAN: 25:70)

2 - TO NOT OBEY THE TYRANTS WHEN THEY COMMAND YOU TO COMMIT AGGRESSION AGAINST THE ULEMA AND YOUR MUSLIM PEOPLE. THESE ORDERS ARE AGAINST THE WAY OF GOD AND WAGE WAR ON THE RELIGION OF GOD, AND THEY ARE A GREAT DISOBEDIENCE OF HIS (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAYING, "THERE IS NO PIETY IN DISOBEDIENCE OF GOD." AGREED UPON.

3 - TO URGE THE REST OF YOUR BROTHERS WORKING WITH YOU TO NOT RESPOND TO THE COMMANDS OF THE TYRANTS, ACCORDING TO HIS (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAYING, "BY HIM WHO HOLDS MY SOUL IN HIS HAND, YOU MUST COMMAND GOOD AND FORBID EVIL, OR GOD WILL SEND A PUNISHMENT UPON YOU. THEN YOU WILL CALL ON HIM AND HE WILL NOT RESPOND." HASAN AS RELATED BY AL-TAMRIDHI.

4 - TO NOT DELAY IN HELPING YOUR PEOPLE AND REMOVING TYRANNY FROM THEM. THIS IS ACCORDING TO HIS (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAYING "THE MUSLIM IS BROTHER OF THE MUSLIM, HE DOES NOT WRONG HIM, NOR DECEIVE HIM, NOR FORSAKE HIM." AGREED UPON.

5 - TO WASH YOUR HANDS OF ALL CRIMES OF THE REGIME AND TO NOT TRUST THE REGIME. AS THE ALMIGHTY SAID, "AND INCLINE NOT TO THOSE WHO DO WRONG OR THE FIRE WILL TOUCH YOU." (QURAN: 11: 113)

FINALLY, WE IN (THE ADVICE AND REFORMATION COMMITTEE) CALL ON ALL SECURITY OFFICIALS TO DO PENANCE FOR ARRESTS OF SHAYKHS THAT THEY HAVE CARRIED OUT, AND TO STRIVE TO RELEASE THEM.  WE CALL ON OUR MUSLIM PEOPLE TO NOT REST UNTIL THEY SEE THE ULEMA LEAVE THE PRISONS OF THE TYRANTS.  "HELP YOU ONE ANOTHER IN RIGHTEOUSNESS AND PIETY, BUT HELP YOU NOT ONE ANOTHER IN SIN AND RANCOR." (QURAN 5:2)

DATED:  11/4/1415 AH
CORRESPONDING TO 16 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 23 - 24 (DUPLICATE COPY OF STATEMENT 7 ABOVE)**

**PAGE 25 - 26 (STATEMENT NO. 8)**

IMPORTANT TELEGRAM TO OUR BROTHERS IN THE ARMED FORCES

BROTHERS OF ISLAM AND GUARDIANS OF THE RELIGION AND THE FAITH.

OH, SUCCESSORS OF THOSE PIOUS ANCESTORS WHO BORE THE LIGHT OF RIGHT GUIDANCE AND SPREAD IT AMONG HUMANITY.  OH, OFFSPRING OF BIN ABI WIQAS AND MUTHANNA BIN HARITHA AL-SHAYBANI AND AL-QA'QA' BIN AMR AL-TAMIMI, AND THOSE OF THE BEST COMPANIONS (TN:  OF THE PROPHET) WHO WAGED JIHAD WITH THEM.  OH, MEN WHOM THE UMMAH HAS PRESERVED FOR A HATEFUL DAY, FOR SETTLING THE BREACH.

OH, DEFENDERS BY WHICH THE UMMAH - GOD WILLING - WARDS OFF THE TREACHERY OF THOSE ATTACKING HONOR AND THE RELIGION:  BEHOLD, AND SEE PLAINLY HOW THE SAUDI REGIME BARES ITS TEETH, AND REVEALS ITS HYPOCRISY AND TOADYING (TN:  TO THE WEST).  THE HOSTILITY TO ISLAM, DA'WAH AND PREACHERS, WHICH IT COVERED UP, HAS BEEN EXPOSED BY ITS PUTTING THE BEST OF THE ULEMA INTO THE DEPTHS OF PRISON AND SUBJECTING THEM TO TERRIBLE ABUSE.  ITS RAGING CAMPAIGN IS DEVOURING FERTILE AND BARREN LANDS IN AN ATTEMPT TO PREVENT THE BIRTH OF THE AWAKENING (TN:  OF ISLAM), TO DRY UP ITS SPRINGS AND MAKE IT GO BACKWARDS.  BY GOD, IT IS INDEED THE GREATEST OF CONSPIRACIES WHICH THE REGIME IS UNDERTAKING, DEMONSTRATING ITS LOYALTY TO THE ENEMIES OF ISLAM AND MUSLIMS, AND NOT PROTECTING IT IN ITS SUFFERING.  BUT WE HOPE TO GOD THAT SOMEONE WILL COME FROM AMONGST YOU TO PROTECT US IN OUR AFFLICTION, SOMEONE WHO, GOD WILLING, IS DOUBTLESS COMING.  BE THIS HOPE FOR IT.  (TN:  THAT IS, THE UMMAH)

THE FAILINGS OF THIS REGIME HAVE BEEN EXPOSED, ITS SUBSERVIENCE MADE PLAIN, AND ITS ENMITY OF THE RELIGION AND THE UMMAH

REVEALED:

- IS THIS NOT THE REGIME THAT IMPORTED WOMEN OF THE CHRISTIAN ARMIES TO DEFEND IT, PLACING THE ARMY IN THE HIGHEST DEGREE OF SHAME, DISGRACE AND, FRUSTRATION?

- IS THIS NOT THE REGIME THAT OPENED UP THE COUNTRY IN ALL ITS LENGTH AND BREADTH, AND FILLED IT WITH AMERICAN ARMY BASES?  IT IS OUT OF THE QUESTION FOR ANY OFFICER, NO MATTER HOW HIGH HIS RANK, TO CONTRADICT THE COMMAND THAT THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIM PEACE) MADE TO HIS UMMAH WHEN HE WAS ON THIS DEATH BED, "EXPEL THE POLYTHEISTS FROM THE ARABIAN PENINSULA." AL-BUHAYRI RELATES IT (TN:  AL-BUHAYRI WAS A COLLECTOR OF TRADITIONAL SAYINGS OF THE PROPHET).

- IS THIS NOT THE REGIME THAT THE PRIDE OF ISLAM AND THE MANLINESS OF THE ARABS COULD NOT SHAKE, EVEN WHEN IT MADE THE MUSLIM ARMY PARTICIPATE AS A COVER FOR THE AMERICAN ARMY'S OCCUPATION OF SOMALIA?!!

- IS THIS NOT THE REGIME THAT MADE USE OF THE ARMY AND THE COUNTRY TO HELP THE GANGS OF COMMUNISTS WHO OPPOSED GOD AND HIS MESSENGER IN YEMEN, IGNORING THE FATWA (TN:  FORMAL LEGAL OPINION, IN ISLAMIC LAW) OF THE TRUE ULEMA AND AVOIDING CONSULTATION WITH THE COMMANDERS OF THE ARMY?  GOD ALMIGHTY SAYS, "YOU WILL NOT FIND ANY PEOPLE WHO BELIEVE IN GOD AND THE LAST DAY LOVING THOSE WHO OPPOSED GOD AND HIS MESSENGER."

- IS THIS NOT THE REGIME THAT HAS STRIVEN AND CONTINUES TO STRIVE TO KEEP THE ARMY WEAK?  ONE EXAMPLE AND A COMPARISON BETWEEN THE PENINSULA AND THE ZIONIST ENTITY USURPING PALESTINE WILL SHOW THIS CLEARLY:

- THE AREA OF THE PENINSULA IS MORE THAN FOUR TIMES THAT OF OCCUPIED PALESTINE.  IT TAKES A BIG ARMY TO DEFEND THIS VAST AMOUNT OF LAND, BUT WE FIND THAT THE PENINSULA'S ARMY IS NOT EVEN A TENTH THE SIZE OF THE ARMY OF THE ZIONIST ENTITY, WITH A HUGE DIFFERENCE IN THE LEVEL OF ARMAMENT.

- THIS IS AT A TIME DURING WHICH THE ARMY'S BUDGET HAS REACHED HUGE NUMBERS, WHICH THE ARMIES OF THE REGION AS A WHOLE HAVE NOT ATTAINED.  WHERE DOES THIS MONEY GO?!  PERHAPS THE ANSWER WILL BECOME CLEAR WHEN WE REALIZE THAT PRINCE SULTAN, MINISTER OF DEFENSE, RECEIVED COMMISSIONS ON ARMS SALES WHICH IN ONE YEAR REACHED FIVE BILLION DOLLARS.  THIS WAS AT A TIME DURING WHICH THE REGIME STOPPED ALLOWANCES AND REIMBURSEMENTS FOR MEMBERS OF THE ARMED SERVICES DUE TO THE SHARP ECONOMIC DOWNTURN WHICH THE SONS OF THE PEOPLE TASTED, WHILE THE ALLOWANCES FOR THE BIG MEN OF THE RULING FAMILY WERE NOT TOUCHED.

- LET US THEN ASK THE REGIME:   WHAT PREPARATIONS HAVE BEEN MADE TO DEFEND TABUK AND KHAYBAR FROM THE AMBITIONS OF THE JEWS AS PROCLAIMED AND WRITTEN ON THE DOORS OF THE KNESSET AND STAMPED ON THEIR NEW COINAGE?   WHY DO YOU KEEP THE PEOPLE FROM TRAINING TO PREPARE FOR THE COMING DANGER?

- FINALLY, IS THIS NOT THE REGIME THAT DISDAINS AND IGNORES THE FEELINGS OF THE PEOPLE AND THE ARMED FORCES BY ARRESTING THEIR FAITHFUL ULEMA, WHILE ITS LEADERS SHOW SCORN, HATRED, AND INSOLENCE TOWARDS THESE FEELINGS, REVEALING THE REGIME'S HOSTILITY AND WARRING ON GOD, HIS MESSENGER, AND HIS WORTHY BELIEVERS?   THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIS PEACE) SAID, "GOD SAYS 'HE WHO IS HOSTILE TO A FRIEND OF MINE HAS CHALLENGED ME TO COMBAT.'"   AL-BUHAYRI RELATED IT.

IT IS THEREFORE CLEAR TO ANYONE WITH TWO EYES THAT THE REGIME HAS LOST ITS LEGITIMACY FOR THE FOLLOWING TWO REASONS:   FIRSTLY, BECAUSE OF ITS FRIENDLINESS AND HELP TO THE ENEMIES OF THE RELIGION.   SECONDLY, BECAUSE OF ITS HOSTILITY TO THE FEELINGS OF THE PEOPLE AT A TIME, IN WHICH EXPERTS ON THE CONDITIONS OF NATIONS AND FACTS OF HISTORY AGREE, THAT THE REGIME'S END AND COLLAPSE ARE NEAR.   TOMORROW THE REGIME WILL FALL.   IT IS JUST A MATTER OF TIME.

OH, MEN WHOM THE UMMAH AWAITS TO DEFEND THE CRADLE OF ISLAM SO THAT INFIDELITY WILL NOT SOIL IT. OH, MEN WHOSE SONS WILL JOIN THEM TO HELP THE TRUTH IN PALESTINE AND LIBERATE THE PLACE FROM WHICH THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIM PEACE) ASCENDED TO HEAVEN, FROM THE HANDS OF THE CRIMINAL JEWS.

OH, THOSE ZEALOUS FOLLOWERS OF THE RELIGION OF OUR PROPHET MUHAMMAD (MAY GOD BLESS HIM AND GRANT HIM PEACE).   OH, THOSE WHO CROWD TOGETHER, SHOULDER TO SHOULDER, IN THE FIRST RANKS TO WORSHIP YOUR MIGHTY LORD AND WHO FOLLOW THE PRACTICE OF HIS NOBLE MESSENGER (MAY GOD BLESS HIM AND GRANT HIM PEACE).

OH, EXTRAORDINARY MEN, WE REMIND YOU, "FOR REMINDING BENEFITS THE BELIEVERS" (QURAN 51:55) THAT YOU ARE THE GUARDIANS OF THE FAITH, THE RELIGION, AND LAND OF THE MUSLIMS.   WE PRAY THAT GOD WILL KEEP YOU.   WE BELIEVE THAT YOU WILL BE ABLE TO DEFEND YOURSELF WHEN THE REGIME ORDERS YOU TO SUBJUGATE AND KILL YOUR ULEMA, YOUR FATHERS, YOUR SONS, AND YOUR BROTHERS. GOD ALMIGHTY HAS SAID, "IF A MAN KILLS A BELIEVER INTENTIONALLY, HIS RECOMPENSE IS HELL, TO ABIDE THEREIN FOREVER AND WRATH AND CURSE OF GOD ARE UPON HIM, AND A DREADFUL CHASTISEMENT IS PREPARED FOR HIM."   (TN:   QURAN 4:93)   AND HE (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAID "UNTIL THE END OF THE WORLD, THE MOST DESPICABLE TO GOD IS HE WHO KILLS A MUSLIM MAN" SAHIH AL-JAMI' (TN:   A COLLECTION OF SAYINGS OF THE PROPHET)

THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIM PEACE) PROMISED THAT THE RIGHTFUL CALIPHATE IS DEFINITELY COMING AFTER RAPACIOUS AND TYRANNICAL KINGS, AND THAT THEY WILL BE GUIDED TO IT.

"AS FOR THOSE WHO TURN TO GOD, HIS MESSENGER AND THOSE WHO BELIEVE, THEY ARE THE PARTY OF GOD WHO WILL SURELY TRIUMPH." (TN:  QURAN 5:56)

DATED:  14/4/1415 AH
CORRESPONDING TO 19 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 27 - 28 (DUPLICATE COPY OF STATEMENT 8 ABOVE)**

**PAGE 29 (STATEMENT NO. 9)**

DO NOT HAVE VILE ACTIONS IN YOUR RELIGION

OH, MUSLIM YOUTH IN THE CRADLE OF ISLAM, THE TIME OF DILIGENCE AND ACTION HAS COME.  THE TIME OF LISTLESSNESS AND RELAXATION HAS GONE.  GIVE THIS MATTER THE IMPORTANCE IT DESERVES, AND PLEDGE YOURSELVES TO RESOLVE AND TRUST IN GOD ALMIGHTY.  BEHOLD THE REGIME THAT HAS COMMITTED VIOLATIONS OF THE WORD OF TAWHID (TN: UNITY OF GOD, A PRINCIPLE OF FUNDAMENTALIST ISLAM) IS STUMBLING. IT SET FORTH UPON ITS GREATEST BLUNDER, AND COMMITTED A FATAL HISTORICAL ERROR WHEN IT INCITED ITS SOLDIERS AND HELPERS TO CONFRONT DA'WAH AND PREACHERS, GOING LIKE THE SLANDERER TO HIS GRAVE WITH HIS CRIME.  BY GOD, IT IS THE BEGINNING OF THE STAGE OF SUPPORT AND CONSOLIDATION.  FOR IT IS THE CUSTOM OF GOD ALMIGHTY WHEN HE WANTS TO SHOW HIS RELIGION.  AS THE SHAYKH OF ISLAM IBN-TAYMIYAH (MAY GOD HAVE MERCY ON HIM) SAID (J. 57/28) "IT IS THE PRACTICE OF GOD WHEN HE WANTS TO REVEAL HIS RELIGION, HE RAISES UP SOMEONE TO OPPOSE IT.  HE MANIFESTS THE TRUTH WITH HIS WORDS, AND HURLS THE TRUTH AT THE LIE, STUNNING IT.  THEN IT DIES."

OH, GLORIOUS SONS OF THE PENINSULA.  THE CONFLICT BETWEEN TRUTH AND FALSEHOOD HAS FLARED UP.  THE PRACTICE OF GOD ALMIGHTY DOES NOT LAG BEHIND.  IT IS INEVITABLE THAT THE TRUTH WILL TRIUMPH AND FALSEHOOD WILL DIE, GOD WILLING.  WE HAVE ONLY TO REFLECT UPON THE PRACTICE OF GOD, CHANGE, AND EMPOWERMENT.  THE MOST IMPORTANT OF THESE PRACTICES IS THAT OF TRIAL AND TESTING.

THIS TRIAL, WHOSE OUTWARD ASPECT IS SEVERITY, IS IN REALITY A BLESSING, BECAUSE THROUGH IT THE TRUTH TELLER IS DISTINGUISHED FROM THE LIAR, AND THE WICKED FROM THE GOOD.  GOD ALMIGHTY SAID,

"DO MEN THINK THAT THEY WILL BE LEFT ALONE ON SAYING 'WE BELIEVE' AND THAT THEY WILL NOT BE TESTED? WE DID TEST THOSE BEFORE THEM, AND GOD WILL KNOW THOSE WHO ARE TRUE FROM THOSE WHO ARE FALSE." (TN: QURAN 29: 2-3) IT IS THEREFORE THE UNAVOIDABLE PRACTICE OF GOD, THROUGH WHICH THOSE BEFORE US HAVE BEEN TESTED. IMAM SHAFI'I WAS ASKED, "IS IT BETTER FOR A MAN TO HAVE POWER OR TO BE TESTED?" HE SAID, "HE HAS POWER UNTIL HE IS TESTED." THE MATTER IS SIMILAR TO THIS. PATIENCE IS A MUST. BE STEADFAST. BE STEADFAST. WHAT IS VICTORY BUT THE PATIENCE OF THE HOUR WHICH AFTERWARDS BECOMES EMPOWERMENT, GOD WILLING. SEE HOW THE INFIDELS ENDURE IN THEIR FALSEHOOD. WHAT WE NEED IS ENDURANCE IN THE TRUTH THAT IS OUR RELIGION.

THE BATTLE TAKING PLACE BETWEEN THE LACKEY REGIME ON ONE HAND, AND THE PEOPLE AND THE ULEMA ON THE OTHER HAND, IS NOT AN EPHEMERAL OR INCONSEQUENTIAL MISTAKE. RATHER, IT IS PART OF THE GREAT PLAN IN WHICH THE REGIME TRIES TO IMPLEMENT DOMINATION BY UPROOTING ISLAM FROM DEEP INSIDE THIS PEOPLE. THE REGIME WILL NOT ALLOW THE BEARER OF TRUTH AND RIGHT GUIDANCE TO DESTROY ITS FALSEHOOD, NO MATTER WHO THE BEARER OF TRUTH IS. DO NOT HAVE VILE DEEDS IN YOUR RELIGION FOR THE SAKE OF THIS WORLD AND A DEBASED LIFE. (TN: THE AUTHOR IS USING WORD PLAY. VILE DEEDS: DANIYYAH, RELIGION: DIN, WORLD: DUNYA). FOR IT IS THE PRACTICE OF GOD TO TEST WHOEVER SEEKS HEAVEN BY ADHERING TO GOD. THEY PROCLAIM THE TRUTH, AND THEY COME OUT OPENLY WITH IT. THEY WAGE JIHAD WITH THEIR TONGUES IN ANNOUNCING THE FALSITY OF THE REGIME UNTIL ALL MEN UNDERSTAND THE TRUTH OF THE WAY OF OUR RELIGION. IT IS THE TRUTH AND HE WHO IS WITHOUT IT IS A DYING LIAR.

THE SECOND OF THESE PRACTICES IS THE PRACTICE OF HELP AND EMPOWERMENT. WE MUST KNOW THAT HELP AND EMPOWERMENT ARE PRACTICES WHICH GOD MADE. THROUGH THIS PRACTICE, VICTORY COMES, AND VICTORY DOES NOT COME WITHOUT THIS PRACTICE. GOD INFORMED US OF THIS PRACTICE IN HIS PLAIN, GLORIOUS BOOK. IN IT, HIS APOSTLE (MAY GOD BLESS HIM AND GRANT HIM PEACE) WROTE THE MOST COMPLETE OF PROOFS. THE LAW DOES NOT EXCUSE SOMEONE WHO ENTERS HOUSES OTHER THAN THROUGH THE DOORS.

OH, MUSLIM PEOPLE, EXPLODING WITH ANGER AT THE SAUDI RULERS AND BURNING TO HELP THE NOBLE ULEMA OF THE UMMAH. MAY GOD BLESS YOUR ANGER FOR THE SAKE OF THE TRUTH. LET THIS ANGER BE NOT DIVERTED INTO CHANNELS OF THE PRACTICES OF CONSOLIDATION UNTIL IT BEARS FRUIT, EVEN IF IT IS SOME TIME LATER. ENDURE THE PRACTICES OF VICTORY AS YOU ENDURE THE PRACTICES OF TESTING, FOR BOTH OF THEM ARE FOR THE SAKE OF THE GOAL THAT YOU SEEK. THE PEOPLE OF THE TRUTH WILL NOT RETREAT FROM THEIR RELIGION. THEY WILL NOT STAND WITH THEIR HANDS FOLDED IN THE FACE OF THESE ACTIONS HOSTILE TO ISLAM. THEY WILL NOT CHEAPEN THAT FOR WHICH THEY HAVE OFFERED THEIR LIVES. TOMORROW IS NEAR FOR THE ONE WHO AWAITS IT.

OH, MUSLIM PEOPLE:

1. RENEW YOUR PURE INTENTION FOR GOD ALMIGHTY. PROMISE TO GOD THE EXALTED, AND PLEDGE AMONG YOURSELVES TO HELP THE RELIGION AND THE TRUTH, TO PERSEVERE IN THIS, AND TO DEDICATE WHAT YOU HAVE TO SPEND TO GIVING AND SACRIFICE. "YOU WILL NOT ATTAIN PIETY UNTIL YOU SPEND OUT OF WHAT YOU LOVE."

2. IT IS NECESSARY TO BE DISCIPLINED AND TO REFRAIN FROM BEHAVIOR AND DISTURBANCES WHICH HARM THE INTERESTS OF THE WHOLE.

3. REVEAL THE REALITY OF THE STRUGGLE WITH THE REGIME TO EVERY ONE YOU KNOW. THE REALITY OF THE STRUGGLE REVOLVES AROUND THE REQUIREMENTS OF 'THERE IS NO GOD BUT GOD.' - AS WE INDICATED IN OUR STATEMENT NUMBER 2. PREACHERS MUST GO FORTH AND REVEAL THE TRUTH. UNCOVER THE FACT OF THE CORRUPTION OF THE REGIME, ITS OPPOSITION TO ISLAMIC LAW, AND VIOLATIONS IT HAS COMMITTED AGAINST THE WORD OF UNITY "THERE IS NO GOD BUT GOD."

4. CONTINUE YOUR EFFORTS TO DEMAND THE RELEASE OF THE ARRESTED SHAYKHS AND TO RETURN THEM TO THEIR PULPITS, BUT BE AWARE THAT THIS IS NOT THE END IN ITSELF. WE ARE GOING TO OUR DESTINY, GOD WILLING, TAKING THE COMPREHENSIVENESS OF ISLAM UNTIL THE WORD OF GOD IS THE HIGHEST.

"GOD CONTROLS THE MATTER BUT MOST MEN KNOW IT NOT."

DATED: 11/4/1415 AH
CORRESPONDING TO 16 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 30 (DUPLICATE COPY OF STATEMENT 9 ABOVE)**

**PAGE 31 - 32 (STATEMENT NO. 10)**

HIGHER COMMITTEE FOR HARM!!

PRAISE BE TO GOD AND PRAYERS AND PEACE BE UPON THE APOSTLE OF GOD...

AFTER THE SAUDI REGIME CONDUCTED AN INSANE CAMPAIGN OVER THE LAST FEW WEEKS AIMED AT STRIKING AND DISTORTING DA'WAH, AND ARRESTING AND IMPRISONING PREACHERS AND SHAYKHS; AFTER THE FAILURE OF THE REGIME TO ATTAIN ITS DESIRE FOR LARGE SCALE SUPPORT FROM THE MAJOR ULEMA WHO STOOD BY THE SHAYKHS; AFTER THE REJECTION OF THE DRIFT BEHIND THE REGIME, AND OF SUPPORT FOR THE 'SAUDIZATION' OF EVERYTHING IN THE COUNTRY, EVEN ISLAM, ITS PEOPLE, AND ITS POINT

OF VIEW, WITH ALL OF THIS BEING THE PERSONAL PROPERTY OF THE
RULING FAMILY TO DO WITH AS IT PLEASES, DILIGENTLY SWINDLING THE
PEOPLE AND DECEIVING THE UMMAH; AFTER ALL OF THESE THINGS, THE
SAUDI REGIME RECENTLY FORMED A COMMITTEE OF HARM TO ACHIEVE THESE
ENDS.  IT IS CALLED THE HIGHER COMMITTEE FOR ISLAMIC AFFAIRS, SO
THAT IT WILL APPEAR TO PEOPLE THAT IT'S INTENT IS TO SPREAD THE
DA'WAH AND GUARD THE FAITH.

WHAT IS STRANGE HERE IS NOT THE REGIME'S ACTING IN THIS FASHION
TO TRY TO DECEIVE GOD AND THOSE WHO BELIEVE.  THESE ARE FAMILIAR
AND WELL KNOWN METHODS EMPLOYED BY TYRANNICAL REGIMES AT ALL
TIMES TO POLISH THEIR IMAGE, AN IMAGE THAT IS MARRED BY MUCH
TRICKING OF ISLAM AND CONSPIRING AGAINST ITS PREACHERS.

BUT THE EFFECT IS THAT THE METHOD USED TO PRODUCE THIS FARCE DOES
NOT FOOL ANYONE.  THE COUNCIL AND THE DUTIES ASSIGNED TO IT, AND
THE TIMING AND THE CONDITIONS OF ITS FORMATION, ALL PROVE THE
EXTENT OF THE CONFUSION THAT GOVERNS THE ACTIONS OF THE REGIME IN
ITS OVERT WAR AGAINST ISLAM AND ITS TRUE PREACHERS.  THE REGIME'S
HATRED OF ISLAM HAS BLINDED IT SO MUCH THAT IT IS NOT ABLE TO
FOOL EVEN A MINIMUM NUMBER OF THE PEOPLE.  IF IT MUST CONSPIRE
AGAINST ISLAM AND HARM ITS PREACHERS, THERE ARE MORE CLEVER AND
SOPHISTICATED WAYS THAN THIS OVERT WAY AND COARSE METHOD.

THE WAY THIS COMMITTEE WAS CREATED LEAVES NO ROOM FOR DOUBT ABOUT
THE INTENTION BEHIND IT AND THE PURPOSE OF ESTABLISHING IT.
INDEED THE PRESENCE OF PRINCE SULTAN, MINISTER OF DEFENSE, AND
PRINCE NAYIF, MINISTER OF THE INTERIOR, WITH THE PRINCE OF HIS
HENCHMEN AT THE HEAD OF THE COUNCIL, IN FACT PROCLAIMS ITS TRUE
MISSION.  THE MISSION IS THE DESTRUCTION OF TRUE ISLAM AND ITS
DA'WAH, SUPPORT FOR THE RELIGION OF THE KING, AND PREPARATION FOR
THE HISTORY OF THE TWO BLACK MEN FILLED WITH A MALICE FOR ISLAM
AND A HATRED OF ITS PREACHERS AND SHAYKHS.  THERE IS NO ROOM FOR
DOUBT OF THIS FACT.  HOW CAN A RATIONAL PERSON, AWARE OF THE FACT
THAT THIS GANG IS CORRUPTING THE EARTH AND WAGING WAR ON GOD AND
HIS APOSTLE, BELIEVE THAT THEY ARE GOING TO SERVE ISLAM AND
MUSLIMS?

HAS THE TRIAL OF ISLAM AND ITS PREACHERS IN THE PENINSULA AT
PRESENT BEEN OTHER THAN BY THESE MEN AND AT THEIR HANDS?  HOW CAN
A PARTY TO A SUIT BE AN ARBITER, A CRIMINAL, A JUDGE, A LION, A
SHEPHERD?

THE SHEPHERD OF THE FLOCK GUARDS THEM FROM THE WOLF.
WHAT ABOUT WHEN THE WOLVES ARE THE SHEPHERDS?!

IN ADDITION, THE DUTIES AND POWERS OF THE COUNCIL ARE UNDEFINED
(TN:  OR UNLIMITED), WHICH MAKES IT HOLD IN ITS HAND ALL THE
ROPES, AND COLLECT IN IT ALL IT CAN TO PROFIT IN SERVING ISLAM
AND THE CALL TO IT.  THIS PROVES THE DETERMINATION OF THE REGIME

TO BE ARROGANT WITHOUT REPEATING WHAT WAS SAID PREVIOUSLY IN EXPOSING SOME OF THE METHODS BY WHICH DA'WAH BENEFITS FROM IT AND BY WHICH PREACHERS EXPLOIT IT IN THE SERVICE OF ISLAM AND MUSLIMS.

SINCE WE KNOW THIS, IT IS EASY FOR US TO EXPLAIN WHAT IN THE POWERS OF THIS COUNCIL GOES BEYOND THE FIVE PART COMMITTEE AND THE GRAND MUFTI OF THE KINGDOM, WITH THE MOST IMPORTANT OF THEIR POWERS AND PREROGATIVES WITHDRAWN AND ATTACHED TO THE NEW COUNCIL OF HARM.

ON THE OTHER HAND, IN LIGHT OF THE CURRENT CRISIS, THE REGIME'S UNDERTAKING TO FORM THIS COUNCIL IN THIS WAY CONFIRMS ITS DETERMINATION TO PROCEED IN THE LINE OF ESCALATION AND THE WAY OF CAUSING CRISES.  IT ALSO SHOWS THAT THE REGIME IS NOT READY TO RESPOND TO THE GOOD WILL EFFORTS WHICH SHAYKH 'ABD-AL-'AZIZ ((BIN-BAZ)) AND SOME OF THE OTHER SHAYKHS HAVE UNDERTAKEN, AND WHICH THE REGIME HAS REJECTED.  THE REGIME WANTS THIS COUNCIL TO BE PART OF ITS EFFORTS TO CUT OFF ANY ATTEMPT AT REFORM OF THIS TYPE.  IN ABSORBING THE MOST IMPORTANT OF SHAYKH 'ABD-AL-'AZIZ BIN BAZ' POWERS, THE EMERGENCY COUNCIL IS PUNISHING HIM FOR HIS GOOD WILL EFFORTS AND FOR HIS POSITION ON THE IMPRISONED SHAYKHS. BIN BAZ CONTINUED PRAISING THE SHAYKHS, AND HE URGED THEM TO BE PATIENT, CONFIRMING THAT WHAT THE REGIME DID TO THEM WAS THE KIND OF TRIAL THAT FELL UPON THE MESSENGERS AND THOSE WHO FOLLOW THEM.

WE, IN THE ADVICE AND REFORMATION COMMITTEE, DO NOT WONDER AT THE BEHAVIOR OF THIS REGIME, WHICH IS OBDURATE IN ITS HATRED OF ISLAM AND TIRELESS IN PLOTTING AGAINST ITS PREACHERS.

BUT THE STRANGE THING IS THAT THIS REGIME CONTINUES TO FIND AMONG THE PEOPLE OF KNOWLEDGE (TN:  ULEMA) THOSE WHO GUARD ITS BACK AND HOLD FATE AT BAY DESPITE THE OVERT WAR AGAINST ISLAM AND ITS PREACHERS THAT THE REGIME IS CONDUCTING.  THIS REGIME OPENLY EXPRESSES ITS HOSTILE INTENTIONS WITH COMPLETE CLARITY AND ELOQUENCE.  WHAT ARE THE ORGANIZATIONS AND COUNCILS IT HAS ESTABLISHED FROM TIME TO TIME EXCEPT A PROOF OF THE REGIME'S DETERMINATION TO PUSH THE COUNTRY TO AN UNKNOWN DESTINY OF PUNISHMENTS THROUGH ITS PERSISTENCE IN SLAYING THE SHE-CAMEL OF DA'WAH AT THE HANDS OF THE BROTHERS OF THE AL-SA'UD, LIKE PRINCES SULTAN AND NAYIF. (TN:  THIS IS A REFERENCE TO THE EVIL MEN IN QURAN 7:77 "SO THEY SLEW THE SHE-CAMEL AND REVOLTED AGAINST THEIR LORD'S COMMANDMENT.")  ARE THE TRUE SUCCESSORS (TN:  OF THE PIOUS ANCESTORS) AWARE AND DO THEY PERCEIVE THE DANGER OF THE POSITION FOR THEM IN PERFORMING THEIR DUTY TO WORK FOR THIS RELIGION?  ARE YOU UNAWARE OF THE SACRIFICES AND THE KIND OF TRIALS TO WHICH IT WILL BE SUBJECTED TO CONFIRM THAT THEY TRULY ADHERE TO THIS RELIGION, AND THE PURITY OF THEIR ATTENTION TO GOD?  OR WILL PLEAS AND APOLOGIES HAMPER THEM, WITH THE TRAIL BEFALLING THEM, WHICH DOES NOT BEFALL THOSE WHO DO WRONG?

AS LONG SOME OF THE PEOPLE OF KNOWLEDGE WHOM GOD HAS MADE A PACT
WITH DO NOT HESITATE TO CONTINUALLY CARRY OUT THIS DUTY, IT IS
NOT STRANGE THAT PRINCE SULTAN AND HIS LIKE HAVE BEEN ASSIGNED TO
OVERSEE ISLAMIC AFFAIRS (TN:  THE WORD 'OVERSEE' IS ALSO USED FOR
TENDING SHEEP AND GOATS, AS A SHEPHERD).

HE WHO TENDS GOATS IN A LAND FULL OF LIONS,
IF HE SLEEPS, THE LION WILL TAKE OVER TENDING THEM.

IN CONCLUSION, WE AFFIRM THAT THE RELIGION OF GOD IS VICTORIOUS
AND ITS DA'WAH PROGRESSING, NO MATTER WHO OPPOSES IT.  "IF YOU
TURN YOUR BACK, HE WILL PUT IN YOUR PLACE A PEOPLE OTHER THAN YOU
THEN THEY WILL NOT BE LIKE YOU."  (TN:  QURAN 47:38)

DATED:  10/5/1415 AH
CORRESPONDING TO 15 OCTOBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 33 - 34 (DUPLICATE COPY OF STATEMENT 10 ABOVE)**

**PAGE 35 - 38 (STATEMENT NO. 11)**

OPEN LETTER FOR SHAYKH BIN BAZ
ON THE INVALIDITY OF HIS FATWA ON PEACE WITH THE JEWS

DEAR SHAYKH 'ABD-AL-'AZIZ BIN BAZ (MAY GOD HAVE MERCY ON HIM):

PEACE BE UPON YOU, AND GOD'S MERCY AND BLESSINGS.  WE PRAISE GOD
WHO SENT DOWN THE BOOK OF CLEAR VERSES, AND WHO RAISES UP THOSE
WHO BRING KNOWLEDGE.  GOD WHO MAKES WITH THEM A PACT TO EXECUTE
TRUTH AND ITS PROOF, AND WHO WARNS THEM AGAINST USING IT TO
DECEIVE OR CONCEALING IT.  PRAYERS AND PEACE BE UPON OUR MASTER
MUHAMMAD WHO SAID "THE BEST JIHAD IS THE WORD OF TRUTH IN THE
PRESENCE OF THE UNJUST SULTAN" (A SOUND HADITH WHICH IMAM AHMAD
AL-TABARANI, IBN MAJAH, AND RELATED BY AL-BAYHAQI).

IT IS WELL KNOWN TO YOU HOW GOD HAS GRANTED TO THE PEOPLE OF
KNOWLEDGE (TN:  ULEMA) A GREAT PLACE AND GIVEN THEM AN HONORABLE
POSITION.

IT IS NO WONDER THAT THE ULEMA ARE THE HEIRS OF THE PROPHETS AND
THAT THIS RELIGION HAS BEEN BEQUEATHED TO THEM.  THEY KEPT FROM
IT THE DISTORTION OF THE STUPID, THE PLAGIARISM OF THE LIARS, THE
INTERPRETATION OF THE IGNORANT, AND THE DILUTION OF THE
PROFLIGATE TYRANTS.  THEY REPRESENT THE GOOD EXAMPLE AND IDEAL
MODEL FOR THE UMMAH IN TAKING UP THE BURDEN OF VICTORY FOR TRUTH,

AND AROUSING IT TO HIGH STANDARDS.

THE TRUE ULEMA OF THE PIOUS ANCESTORS OF THIS UMMAH, AND THEIR
GOOD SUCCESSORS UNDERTOOK THIS MISSION.  WHAT WAS THE POSITION OF
SA'ID BIN JUBAYR IN THE FACE OF THE TYRANNY OF AL-HAJJAJ BUT TO
PROCLAIM THE TRUTH?  IMAM AHMAD BIN HANBAL CHALLENGED THE TYRANNY
OF THE RULERS AND THE SULTAN, AND HE ENDURED THE DISCORD (TN:
RESULTING FROM THE THEOLOGICAL DISPUTE) OVER THE CREATION OF THE
QURAN.  WAS NOT IBN TAYMIYAH AND HIS SUFFERING IN PRISON A
VICTORY FOR THE SUNNAH AND A MODEL FOR CARRYING OUT THE DUTY OF
HELPING THE TRUTH AND ITS PEOPLE.  THESE LEARNED IMAMS MADE TRUTH
TRIUMPH AND WERE ZEALOUS FOR THE RELIGION.  MAY GOD HAVE MERCY ON
ALL OF THEM.

DEAR SHAYKH:  WE WANT TO REITERATE OUR PREVIOUS ADMONISHMENTS
ABOUT YOUR DUTY TOWARDS THE RELIGION, REMINDING YOU OF YOUR GREAT
RESPONSIBILITY, FOR REMEMBRANCE BENEFITS BELIEVERS.  WE WANT TO
REMIND YOU AT THIS TIME IN WHICH THE LIAR STRUTS ABOUT, AND EVIL
PRATTLERS MAKE NOISE, AND THE TRUTH IS BURIED ALIVE, AND
PREACHERS IMPRISONED, AND REFORMERS SILENCED.  IT IS STRANGE THAT
YOU DO NOT KNOW OF THIS AND ARE SILENT, ESPECIALLY SINCE YOUR
FATWAS AND POSITIONS HAVE DEALT WITH THESE MATTERS.  WE REMIND
YOU, DEAR SHAYKH, OF SOME OF THESE FATWAS AND POSITIONS TO WHICH
YOU DO NOT PAY ATTENTION, ALTHOUGH THE UMMAH HAS PERSISTED FOR A
LONG TIME IN ERROR, IN ORDER THAT YOU PERCEIVE WITH US EVEN
PARTIALLY SOMETHING OF THE DANGER OF THIS MATTER AND THE BAD
EFFECTS RESULTING FROM IT.

SOME EXAMPLES FOR YOU:

1.  NO ONE CAN BE UNAWARE OF THE EXTENT TO WHICH TREMENDOUS
CORRUPTION HAS SPREAD, INCLUDING ALL ASPECTS OF LIFE, SO THAT
VARIOUS ABOMINATIONS OF WHICH LIKEWISE NO ONE CAN BE UNAWARE ARE
DIFFUSED EVERYWHERE.  THE ADVISORY NOTICE THAT THE ELITE ULEMA
AND THE PREACHERS OF REFORM PRESENTED GAVE DETAILS OF THIS.  THE
MOST DANGEROUS THING THEY REVEALED WAS THE ATTRIBUTION OF
PARTNERS TO GOD REPRESENTED IN LEGISLATION AND THE INTRODUCTION
OF POSITIVE LAWS THAT MAKE FORBIDDEN THINGS PERMISSIBLE.  AMONG
THEIR MOST ABOMINABLE ACTS IS ALLOWING THE PRACTICE OF USURY,
WHICH IS SPREADING THROUGHOUT THE LAND.  THIS IS DONE THROUGH
STATE INSTITUTIONS AND THEIR USURIOUS BANKS WHOSE TOWERS CROWD
OUT THE MINARETS OF THE TWO HOLY PLACES (TN:  MECCA AND MEDINA),
AND THE LENGTH AND BREADTH OF THE COUNTRY SWARMS WITH THEM.

IT MUST BE WELL-KNOWN THAT THE ORGANIZATIONS AND USURY LAWS UNDER
WHICH THESE BANKS AND INSTITUTIONS CONDUCT BUSINESS ARE
LEGITIMIZED BY THE RULING REGIME AND AUTHORIZED BY IT.  STILL,
ALL WE HAVE HEARD FROM YOU IS THAT USURY IS HARAM (TN:  FORBIDDEN
UNDER ISLAMIC LAW) AND NOT PERMITTED!!  YOU END UP DECEIVING THE
PEOPLE BY NOT MAKING A DISTINCTION BETWEEN RULERS WHO MERELY

TOLERATE USURY AND RULERS WHO LEGITIMIZE AND LEGALIZE USURY.

THE DISTINCTION BETWEEN THE TWO IS VERY CLEAR.  HE WHO TOLERATES USURY IS COMMITTING ONE OF GREATEST OF MORTAL SINS.  AS FOR ONE WHO LEGITIMIZES INTEREST, HE IS AN APOSTATE AND INFIDEL WHO THEREBY DEPARTS FROM THE RELIGION, BECAUSE HE MAKES HIMSELF AN EQUAL TO GOD AND A PARTNER WITH HIM IN ALLOWING AND DISALLOWING. WE GO INTO FURTHER DETAIL IN A FUTURE STUDY THAT WILL BE PUBLISHED SOON, IF GOD WILLS.

GOD AND HIS MESSENGER HAVE PROCLAIMED WAR AGAINST THE ONE WHO TOLERATES USURY WITHOUT PUTTING AN END TO IT "IF YOU DO IT NOT, TAKE NOTICE OF WAR FROM GOD AND HIS MESSENGER" (TN:  QURAN 2:279).  YET WE CONTINUE TO HEAR YOUR EXPRESSIONS OF PRAISE AND COMMENDATION FOR THIS REGIME WHICH IS NOT SATISFIED MERELY WITH TOLERATING USURY, BUT HAS LEGITIMIZED, LEGALIZED AND PERMITTED IT.  HE (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAID "USURY IS SEVENTY THREE DOORS THE LEAST OF WHICH IS LIKE A MAN MARRYING HIS MOTHER." SOUND, AL-HAKIM RELATED IT.  (TN:  THAT IS, USURY IS AT BEST AS BAD AS INCEST, ITSELF A GRAVE SIN).

IBN 'ABBAS – MAY GOD BE PLEASED WITH HIM – SAID "HE WHO LIVES UPON USURY, AND CONTINUES TO DO, IT IS THE DUTY OF THE IMAM OF THE MUSLIMS TO CALL HIM TO REPENTANCE.  IF HE CEASES, DO NOT BEHEAD HIM."  (RELATED FROM JARIR, GOING BACK TO IBN 'ABBAS). THIS APPLIES TO WHOEVER TOLERATES INTEREST.  WHAT CAN YOU SAY ABOUT SOMEONE WHO ALLOWS (TN.  LITERALLY MAKES 'HALAL', ALLOWED UNDER ISLAMIC LAW) AND LEGITIMIZES INTEREST?

THE COUNTRY IS STRUGGLING THROUGH ECONOMIC AND POLITICAL CRISES, AND CRIMES OF VARIOUS SORTS ARE INCREDIBLY WIDESPREAD.  THIS CAN ONLY BE A PUNISHMENT FROM GOD AND PART OF THE WAR HE (PRAISE HIM) HAS DECLARED UPON THOSE WHO WILL NOT END THEIR TOLERANCE OF USURY AND SIMILAR ABOMINATIONS, AND ELIMINATE IT, FOR HE HAS RULED AGAINST INTEREST.  "GOD WILL DEPRIVE BLESSINGS FOR USURY BUT WILL GIVE INCREASE FOR DEEDS OF BLESSING."  (TN:  QURAN 2;276)

2.  WHEN THE KING HUNG THE CROSS UPON HIS CHEST AND APPEARED WITH IT BEFORE THE WORLD, HAPPY AND SMILING, YOU JUSTIFIED HIS ACTION AND PERMITTED HIM HIS ABOMINATION, AND PERMITTED HIM ALTHOUGH THIS ACT IS CLEARLY INFIDELITY.  THIS IS PLAIN FROM THE CONDITION OF THE ONE WHO DID IT FREELY.

3.  WHEN THE ATTACKING CRUSADER AND THE JEWISH ALLIANCE– IN COLLUSION WITH THE REGIME – DECIDED IN THE GULF WAR TO OCCUPY THE COUNTRY IN THE NAME OF LIBERATING KUWAIT, YOU ALLOWED THIS WITH AN ARBITRARY FATWA WHICH JUSTIFIED THIS ABOMINABLE ACTION.  THIS INSULTED THE HONOR OF THE UMMAH, SULLIED ITS DIGNITY, AND DEFILED ITS HOLY PLACES, ON THE GROUNDS OF ASSISTING THE INFIDEL IN CASE OF NECESSITY, DISREGARDING THE RESTRICTIONS ON ASSISTANCE AND THE

RULES ON NECESSITY EXPRESSED IN ISLAMIC LAW.

4.  WHEN THE RULING SAUDI REGIME AIDED AND SUPPORTED THE CHIEFS
OF COMMUNIST, SOCIALIST APOSTASY IN YEMEN AGAINST THE MUSLIM
YEMENI PEOPLE IN THE RECENT WAR, YOU KEPT SILENT.  WHEN THESE
COMMUNISTS SUFFERED SETBACKS, YOU ISSUED - ON THE RECOMMENDATION
OF THIS REGIME - A WORD OF ADVICE!!  SUMMONING EVERYONE TO
RECONCILE AND SHAKE HANDS, CONSIDERING THEM ALL MUSLIMS!!  MAKING
PEOPLE THINK THAT THE COMMUNISTS ARE MUSLIMS MEANS SPARING THEIR
BLOOD.  WHEN WERE THE COMMUNISTS EVER MUSLIMS?  AREN'T YOU THE
ONE WHO PREVIOUSLY ISSUED A FATWA ON THEIR APOSTASY AND THE
NECESSITY OF KILLING THEM IN AFGHANISTAN?  OR IS THERE A
DIFFERENCE BETWEEN YEMENI COMMUNISTS AND AFGHAN COMMUNISTS?  ARE
THE CONCEPTS OF THE FAITH AND THE PRECEPTS OF UNITY (TN:  OF GOD)
LOST AND CONFUSED TO THIS EXTENT?

THE RULING REGIME CONTINUES TO LODGE THESE INFIDEL NATIONS IN
DIFFERENT CITIES OF THE COUNTRY.  WE HAVE NOT HEARD YOU
DISAPPROVING.  HE (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAID
"GOD CURSES THOSE WHO SHELTER AN INNOVATOR."  MUSLIM RELATES IT.

5.  WHEN THE REGIME DECIDED TO ATTACK SHAYKH SALMAN AL-(('AWDAH))
AND SHAYKH SAFAR AL-((HAWALI)) WHO PROCLAIMED THE TRUTH AND
SUFFERED FOR THE SAKE OF GOD, IT OBTAINED A FATWA FROM YOU
ALLOWING ALL - THE ATTACKS AND MALTREATMENT TO WHICH THE TWO
SHAYKHS AND THE PREACHER, SHAYKHS AND YOUTH OF THE UMMAH HAD BEEN
SUBJECTED.  MAY GOD RELEASE THEM AND SAVE FROM THEM THE WRONG OF
THE WRONGDOERS.

THERE ARE SOME OTHERS EXAMPLES THAT WE DID NOT INTEND TO OMIT,
BUT IT WOULD TAKE TOO MUCH SPACE TO MENTION THEM.  WE HAVE IN OUR
HANDS YOUR RECENT FATWA ABOUT SOMETHING CALLED SLANDERING PEACE
WITH THE JEWS.  THIS IS PAINFUL TO MUSLIMS, SINCE YOU RESPONDED
TO THE POLITICAL WISH OF THE REGIME WHICH DECIDED TO PRESENT TO
THE PUBLIC A COMEDY OF SURRENDER TO THE JEWS IT HAD PREVIOUSLY
ENTERED INTO.  THEREFORE, YOU ISSUED A FATWA ALLOWING PEACE
(BOTH) UNRESTRICTEDLY AND CONDITIONALLY WITH THE ENEMY.  WHO ARE
THE PRIME MINISTER OF THE ZIONIST ENEMY AND HIS PARLIAMENT THAT
THEY CAN BE DEALT WITH AND PRAISED, WHEN THE SAUDI REGIME
ANNOUNCED THE RESULT OF ITS INTENTION FOR FURTHER NORMALIZATION
WITH THE ENEMY?

IT IS AS IF YOU WERE NOT CONTENT TO OPEN UP THE LAND OF THE TWO
HOLY PLACES (TN:  MECCA AND MEDINA) TO THE JEWISH AND CRUSADER
OCCUPATION FORCES.  YOU ADDED A THIRD HOLY PLACE (TN:  JERUSALEM)
BY GIVING A VENEER OF LEGITIMACY TO THE SURRENDER DOCUMENTS THAT
THE TREACHEROUS AND COWARDLY ARAB TYRANTS SIGNED.

THESE WORDS ARE A GREAT DANGER.  AND A GENERAL CALAMITY IN THAT
THEY DECEIVE PEOPLE AND MISLEAD THE UMMAH IN A NUMBER OF WAYS,

INCLUDING:

(1) THE PRESENT JEWISH ENEMY IS NOT AN ENEMY DWELLING IN HIS ORIGINAL COUNTRY, WARRED ON FROM OUTSIDE SO THAT PEACE IS PERMITTED WITH HIM.  RATHER HE IS AN ENEMY DESECRATING HONOR AND USURPING SACRED MUSLIM LAND WHICH GOD BLESSED, AND WHICH THE COMPANIONS (TN:  OF THE PROPHET) IRRIGATED WITH THEIR BLAMELESS BLOOD.  THEY ARE AN ATTACKING ENEMY, ONE WHICH CORRUPTS RELIGION AND THE WORLD.  (TN:  WORD PLAY.  RELIGION 'DIN' WORLD 'DUNYA'). THE WORDS OF SHAYKH-AL-ISLAM (TN:  ROUGHLY THE GRAND MUFTI) IBN TAYMIYAH (MAY GOD HAVE MERCY ON HIM) ARE APPROPRIATE.  "THE ATTACKING ENEMY WHO CORRUPTS THE RELIGION AND THE WORLD MUST, IN KEEPING WITH THE FAITH, BE REPELLED. · THERE ARE NO (LIMITING) CONDITIONS.  RATHER HE MUST BE REPELLED IF AT ALL POSSIBLE."  THE ULEMA, OUR COMPANIONS, AND OTHERS, HAVE STIPULATED THIS."  A.H. (JURIDICAL SELECTIONS, PP. 209-210)

IT IS RELIGIOUSLY REQUIRED TOWARD PALESTINE AND OUR OPPRESSED PALESTINIAN BROTHERS THAT MEN, WOMEN, AND CHILDREN WHO ARE NOT ABLE TO ESCAPE AND ARE NOT GUIDED.  IT IS JIHAD IN THE WAY OF GOD, AND URGING THE UMMAH TO IT UNTIL PALESTINE IS LIBERATED COMPLETELY, AND RETURNS TO MUSLIM CONTROL.

SUCH FATWAS THAT FORSAKE JIHAD AND INCLINE TOWARDS THE GROUND DISPENSE WITH PALESTINE.  THESE FATWAS ACKNOWLEDGE THE ENEMY'S OCCUPATION OF THE HOLIEST OF HOLY PLACES, AFTER THE TWO NOBLE HOLY PLACES.  THESE FATWAS ALSO APPLY A VENEER OF LEGITIMACY TO THE OCCUPATION AND FORCIBLY SUPPORT THE EFFORTS OF THE ENEMY TO STRIKE ISLAMIC EFFORTS THAT SEEK TO LIBERATE PALESTINE THROUGH JIHAD.  OPERATIONS OF THE STONE THROWING HEROES AND THE MUSLIM YOUTH OF JIHAD IN PALESTINE IS THE ONLY USEFUL WAY TO CONFRONT THE ENEMY AND GUARANTEE THE LIBERATION OF PALESTINE, IF GOD WILLS.

HERE WE REMIND YOU OF YOUR PREVIOUS FATWAS IN THIS REGARD.  WHEN YOU WERE ASKED ABOUT THE WAY TO LIBERATE PALESTINE, YOU SAID, "I THINK THAT IT IS NOT POSSIBLE TO SOLVE THIS ISSUE EXCEPT BY CONSIDERING IT AN ISLAMIC ISSUE, AND BY MUSLIMS STANDING SHOULDER TO SHOULDER TO RESCUE IT.  JIHAD AGAINST THE JEWS IS A MUSLIM JIHAD UNTIL THE LAND IS RETURNED TO ITS PEOPLE, AND UNTIL THESE JEWISH FOREIGNERS JEWS RETURN TO THEIR COUNTRY." (THE COLLECTED FATWAS OF SHAYKH 'ABD-AL-'AZIZ BIN BAZ, 1/281)

(2) ASSUMING THAT THIS JEWISH ENEMY IS AN ENEMY WITH WHOM PEACE MAY BE MADE, AND THERE ARE CONDITIONS FOR IT, SHOULD THE FALSE, ALLEGED PEACE THAT TYRANNICAL, DEFEATIST GOVERNMENTS AND ORGANIZATIONS MAKE WITH THE JEWS BE CONSIDERED A PEACE WHICH CAN BE MADE WITH THE ENEMY?

EVERYONE IS AWARE THAT THIS IS NOT THE CASE.  THIS ALLEGED PEACE

WHICH BROKEN DOWN RULERS AND TYRANTS HAVE STUMBLED INTO WITH THE
JEWS IS NOTHING BUT A GRAND BETRAYAL.  THIS IS REPRESENTED IN THE
SIGNING OF THE SURRENDER DOCUMENTS AND THE SURRENDER OF JERUSALEM
AND ALL OF PALESTINE BY THESE GOVERNMENTS TO THE JEWS, AND THE
RECOGNITION OF THEIR PERPETUAL CONTROL OVER THEM.

(3) THESE APOSTATE RULERS WHO WAGE WAR ON GOD AND HIS MESSENGER
HAVE NEITHER LEGITIMACY, NOR SOVEREIGNTY OVER MUSLIMS.  THEY DO
NOT LOOK TOWARDS THE INTERESTS OF THE UMMAH.  BUT YOU, IN YOUR
FATWA, GAVE LEGITIMACY TO THESE SECULAR ORGANIZATIONS AND
RECOGNIZED THEIR SOVEREIGNTY OVER MUSLIMS.  THIS CONTRASTS WITH
YOUR WELL-KNOWN PAST DECLARATIONS THAT THEY ARE INFIDELS.  THE
ELITE ULEMA AND PREACHERS HAVE MADE THIS CLEAR TO YOU IN THEIR
EARNEST APPEALS TO YOU IN THE PAST TO REFRAIN FROM THIS FATWA.
WE WILL ATTACH A COPY OF THIS APPEAL TO REMIND YOU AND MAKE YOU
AWARE.

YOUR FATWA DECEIVED PEOPLE WITH ITS DISGRACEFUL SUMMARY AND
MISLEADING GENERALIZATION.  THE FATWA DID NOT CORRECTLY DEAL WITH
A JUST PEACE, LET ALONE THIS FALSE PEACE WITH THE JEWS WHICH IS A
MAJOR BETRAYAL OF ISLAM AND MUSLIMS.  EVEN AN ORDINARY MUSLIM
WOULD NOT ALLOW THIS FALSE PEACE, LET ALONE A SCHOLAR LIKE YOU
WHO IS SUPPOSED TO BE VIGILANT FOR THE RELIGION AND THE UMMAH.

FOR ANY FATWA THAT DEALS WITH GREAT AND SERIOUS MATTERS, IT IS
NECESSARY FOR THE UMMAH TO HAVE KNOWLEDGE OF IT IN ALL ITS
DIMENSIONS, INCLUDING THE HARM AND DANGER WHICH MIGHT RESULT.
THIS KNOWLEDGE IS AN INDISPENSABLE PART OF THE CONDITIONS FOR A
FATWA.  IMAM IBN-AL-QAYYIM - MAY GOD HAVE MERCY ON HIM - SAYS
"NEITHER A MUFTI AND NOR A JUDGE CAN REACH A CORRECT RULING
WITHOUT TWO KINDS OF UNDERSTANDING.  THE FIRST IS UNDERSTANDING
OF THE SITUATION AND HOW JURISPRUDENCE RELATES TO IT, AND
LEARNING THE FACTS OF WHAT IS HAPPENING, BY EVIDENCE, SIGNS, AND
INDICATIONS UNTIL HE COMPREHENDS IT.  THE SECOND THING IS
UNDERSTANDING OF THE OBLIGATION, WHICH IS UNDERSTANDING OF GOD'S
DECREE BY WHICH IT IS ORDAINED IN HIS BOOK OR UPON THE TONGUE OF
HIS MESSENGER (MAY GOD BLESS HIM AND GRANT HIM PEACE.).  THEN HE
APPLIES ONE TO THE OTHER."  A. H. (TEACHING OF SIGNERS 87/1)

SINCE THESE CONDITIONS ARE NECESSARY FOR A FATWA IN GENERAL, IT
IS CERTAINLY SO FOR A FATWA RELATED TO JIHAD AND PEACE AND THE
LIKE.  IMAM IBN TAYMIYAH - MAY GOD HAVE MERCY ON HIM - SAYS
"OBLIGATION IS TO BE CONSIDERED IN MATTERS OF JIHAD ACCORDING TO
THE OPINION OF UPRIGHT MEN OF RELIGION WHO HAVE EXPERIENCE IN
WHAT PEOPLE OF THIS WORLD DO, RATHER THAN THOSE WHO MAINLY LOOK
AT A MATTER FROM THE VIEWPOINT OF RELIGION.  DO NOT ADOPT THEIR
OPINION - NOT THE OPINION OF MEN OF RELIGION WHO HAVE NO
EXPERIENCE IN THE WORLD."  A. H. (JURIDICAL SELECTIONS, P. 211)

IF THE PREVIOUS FATWAS WERE ISSUED BY SOMEONE OTHER THAN YOU, LET

IT BE SAID THAT WHOEVER ISSUED IT DID SO ON FALSE PRETENCES. BUT IF IT WAS ISSUED BY YOU, DEFICIENCIES DUE TO GAPS IN YOUR SHARI'AH KNOWLEDGE ARE NOT THE CAUSE OF FAULTS IN IT, BUT RATHER A LACK OF AWARENESS OF THE TRUE NATURE OF THE SITUATION, AND OF THE EFFECTS OF SUCH FATWAS. IF THE FATWA AT THAT TIME DID NOT TAKE INTO ACCOUNT THE CONDITION, THEN IT WAS NOT CORRECT TO ISSUE IT. THIS REQUIRES THE MUFTI THEN TO VOID THE FATWA OR TRANSFER IT TO SPECIALISTS WITH KNOWLEDGE OF SHARI'AH, AND OF THE FACTS OF THE SITUATION. IT IS CLEAR THAT IMAM AHMAD BIN HANBAL DID NOT PROCEED WITH MANY QUESTIONS AS DID IMAM MALIK WHEN HE WAS ASKED ABOUT READINGS (TN: VARIATIONS IN THE TEXT OF THE QURAN) HE TURNED TO IMAM NAFI', MAY GOD HAVE MERCY ON ALL OF THEM.

DEAR SHAYKH: OUR GREAT CONCERN FOR THE CONDITION OF THE UMMAH AND ULEMA LIKE YOU IS THAT WHICH IMPELS US TO REMIND YOU THAT WE CONSIDER YOU AND THOSE LIKE YOU TO BE ABOVE BEING EXPLOITED BY THE RULING REGIME SO DETESTABLY. THEY THREW YOU INTO THE FACE OF EVERY PREACHER AND REFORMER. YOUR FATWAS AND POSITIONS SILENCED EVERY WORD OF TRUTH AND TRUE DA'WAH. OUR REPLY WAS ALSO DISCUSSED BY THE "ADVISORY," THE COMMITTEE FOR THE DEFENSE OF LEGITIMATE RIGHTS, AND OTHERS.

DEAR SHAYKH: YOU ARE ADVANCED IN YEARS AND YOU WERE SKILLED IN THE SERVICE OF ISLAM PREVIOUSLY. FEAR GOD AND KEEP YOUR DISTANCE FROM THESE TYRANTS AND WRONGDOERS WHO HAVE PROCLAIMED WAR ON GOD AND HIS MESSENGER. BE WITH THE SPEAKERS OF TRUTH. YOU HAVE IN THE PIOUS ANCESTORS OF THE UMMAH AND THEIR RIGHTEOUS SUCCESSORS A GOOD EXAMPLE. AMONG THE MOST PROMINENT CHARACTERISTICS OF THE TRUE ULEMA WAS KEEPING DISTANT FROM SULTANS. IMAM ABU HANIFAH – MAY GOD HAVE MERCY ON HIM – AND OTHERS FLED FROM WORKING WITH THE RULERS OF THEIR AGE DESPITE THE RULERS' GREAT PROBITY IN RELIGION WHEN COMPARED WITH THE RULERS OF TODAY, WHO DO NOT CONCEAL THE CORRUPTION OF THEIR RELIGION AND THEIR EVIL CONDITION. IN OUR TIME WHEN THE LEARNED SHAYKH 'ABDALLAH BIN HAMID – MAY GOD HAVE MERCY ON HIM – PERCEIVED THE DANGER OF THE PATH ALONG WHICH THE RULING SAUDI GOVERNMENT WAS PROCEEDING, AND THE DANGER AND HARM ATTENDANT UPON IT FOR ANYONE WHO PARTICIPATED OR BECAME MIXED UP IN IT. HE IMMEDIATELY ESCAPED WITH HIS RELIGION AND RESIGNED FROM THE PRESIDENCY OF THE SUPREME COURT. IMAM AL-KHATABI – MAY GOD HAVE MERCY ON HIM – SAID, CONCERNING CALLING ON THESE RULERS, "I WISH I KNEW WHO CALLS UPON THEM TODAY AND DOES NOT CORRECT THEIR LIES AND WHO SPEAKS OF JUSTICE WHEN HE SEES THEIR COUNCILS AND WHO GIVES ADVICE AND IS ADVISED BY THEM?" (BOOK OF SECLUSION). AN AUTHENTIC HADITH STATES "WHO COMES TO THE DOOR OF THE SULTAN IS SUBJECT TO TEMPTATION." BEWARE, DEAR SHAYKH, OF INCLINING TO THESE PEOPLE IN WORD OR DEED, "AND DO NOT INCLINE TO THOSE WHO ARE UNJUST, LEST THE FIRE TOUCH YOU AND YOU HAVE NO GUARDIANS BESIDES GOD, THEN YOU SHALL NOT BE HELPED." (TN: QURAN 11:113)

THOSE WHO COULD NOT PROCLAIM THE TRUTH AND SPEAK IT OPENLY, ARE NOT LESS THAN THOSE WHO REFRAIN FROM SPEAKING OTHER THAN THE TRUTH. HE (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAID, "HE WHO BELIEVES IN GOD AND THE LAST DAY, LET HIM SPEAK GOOD OR LET HIM BE SILENT." (AL-BUHAYRI RELATED IT).

FINALLY, WE ASK THAT YOU DO FIND IN YOURSELF THESE WORDS AND CONSIDER THEM POLITE ADVICE. DO NOT REQUIRE THEM TO BE MADE SECRET AND NOT ANNOUNCED. (TN: WORD PLAY. MADE SECRET 'ISRAR' AND ANNOUNCED 'ISHHAR' RHYME) THE PROBLEM IS THAT THERE ARE SERIOUS FAULTS, SOME OF THEM GREAT (TN: MORE WORD PLAY SERIOUS 'KHATIR' GREAT 'KABIR.'), FOR WHICH SILENCE IS NOT ALLOWED NOR IS DISREGARD PERMITTED.

WHAT WE HAVE MENTIONED TO YOU IS WELL KNOWN TO THE PEOPLE OF KNOWLEDGE. THE ELITE ULEMA AND PREACHERS OF THE UMMAH HAVE PREVIOUSLY MADE YOU AWARE OF THIS WHEN THEY PRESENTED TO YOU WITH NUMEROUS URGENT APPEALS IN THIS REGARD. THIS INCLUDES THEIR APPEAL TO YOU A WHILE AGO TO REFRAIN FROM ISSUING A FATWA PERMITTING THIS ALLEGED SURRENDER PEACE WITH THE JEWS, POINTING OUT THAT IT DOES NOT FULFILL THE CONDITION REQUIRED UNDER ISLAMIC LAW. THEY WARNED OF THE NUMEROUS RELIGIOUS AND WORLDLY DANGERS AS A CONSEQUENCE OF IT. AMONG THE SIGNATORIES OF THIS URGENT APPEAL WERE THE ESTEEMED SHAYKHS 'ABDALLAH BIN 'ABD-AL-RAHMAN ((BIN-JABRIN)), 'ABDALLAH BIN HASAN AL-((QU'UD)), HAMUD BIN 'ABDALLAH AL-((TUWAYJIRI)) – MAY GOD HAVE MERCY ON HIM, HAMUD BIN 'ABDALLAH AL-((SHU'AYBI)), 'ABD-AL-RAHMAN BIN NASIR AL-((BARRAK)), SALMAN AL-(('AWDAH)), IBRAHIM BIN SALIH AL-((KHUDAYRI)), 'ABD-AL-WAHHAB AL-NASIR AL-((TURAYRI)), IBRAHIM BIN MUHAMMAD AL-((DUBIAN)), 'ABDALLAH BIN HAMUD AL-((TUWAYJIRI)), 'ABDALLAH AL-((JALALI)), 'A'ID AL-((QARNI)), AND OTHER GREAT MEN – MAY GOD KEEP THEM ALL. YOU WILL FIND THE TEXT OF THEIR URGENT APPEAL WITH THIS LETTER, IF GOD WILLS.

IN THE RECENT YEMEN WAR WHEN THE PREVIOUSLY MENTIONED STATEMENT WAS ISSUED BY YOU, FIFTEEN ULEMA ISSUED A FATWA OPPOSING IT, EXPLAINING THE SHARI'AH JUSTIFICATION IN THIS MATTER. AMONG THESE ESTEEMED ULEMA WERE: 'ABDALLAH BIN SULAYMAN AL-((MAS'ARI)), HAMUD BIN 'ABDALLAH AL-SHU'AYBI, 'ABDALLAH AL-JALALI, SALMAN AL-'AWDAH, DR. SAFAR AL-((HAWALI)), DR. NASIR AL-(('UMAR)), YAHYA BIN 'ABD-AL-'AZIZ AL-((YAHYA)), DR. 'ABDALLAH BIN HAMMUD AL-TUWAYJIRI, AND OTHER GREAT MEN – MAY GOD KEEP THEM ALL.

IN CONCLUSION WE ASK GOD (MAY HE BE BLESSED AND EXALTED) TO SHOW US THE TRUTH AS TRUTH, AND GIVE US THE GRACE TO FOLLOW IT. SHOW US FALSEHOOD TO BE FALSEHOOD, AND GIVE US THE GRACE TO AVOID IT. MAY HE ESTABLISH FOR THIS UMMAH GUIDANCE BY WHICH PEOPLE WHO SUBMIT TO HIM MAY BE HONORED AND THE PEOPLE WHO DISOBEY HIM BE DEBASED. MAY THE GOOD BE COMMANDED AND THE BAD FORBIDDEN. MAY

DECEPTION COME TO AN END, AND MAY THEY BE RULED WITH JUSTICE AND SPEAKING THE TRUTH OPENLY. MAY THE RIPPLING FLAG OF JIHAD BE RAISED HIGH SO THAT THE UMMAH MAY RESTORE ITS HONOR AND DIGNITY. MAY THE FLAG OF UNITY BE RAISED ABOVE ALL THE STOLEN LAND OF ISLAM BEGINNING WITH PALESTINE AND CONTINUING TO ANDALUSIA, AND OTHER LANDS OF ISLAM LOST DUE TO THE TREACHERY OF RULERS AND THE HELPLESSNESS OF MUSLIMS.

WE ALSO ASK GOD TO LOOK OVER US AND KEEP EVIL FROM US. WE ASK HIM TO HELP US TO SPEAK CORRECTLY AND TO DO RIGHT, AND TO SUCCEED IN DOING WHAT HE LOVES AND WHAT PLEASES HIM SO THAT WE MAY BE SATISFIED IN LIFE AND COME TO A GOOD END IN DEATH. HE CONTROLS THIS AND HAS THE POWER TO DO IT. FINALLY WE PRAY 'PRAISE BE TO GOD THE LORD OF THE WORLDS.'

DATED:  27/7/1415 AH
CORRESPONDING TO 29 DECEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 39 - 42 (DUPLICATE COPY OF STATEMENT 11 ABOVE)**

**PAGE 43 - 46 (DUPLICATE COPY OF STATEMENT 12 BELOW)**

**PAGES 47-50 (STATEMENT NO. 12)**

REFORM AND ADVICE FOUNDATION
OFFICE BRANCH, LONDON

REPORT NO.   (12)
THE SECOND LETTER

TO SHAYKH ABD AL-AZIZ BIN BAZ
PRAISE TO ALLAH WHO PROVIDED THE HOLY BOOK TO LEAD PEOPLE FROM DARKNESS INTO LIGHT.

TO SHAYKH ABD AL-AZIZ ((BIN-BAZ)),

WE, AT THE REFORM AND ADVICE FOUNDATION, HAVE PROVIDED YOU WITH AN OPEN LETTER IN OUR REPORT (11) REMINDING YOU OF ALLAH AND YOUR RELIGIOUS OBLIGATION TOWARDS THE UMMAH/(NATION). WE ALSO CALLED YOUR ATTENTION TO A VARIETY OF FATWAS (TN: FORMAL RELIGIOUS LEGAL OPINIONS) AND POSITIONS REFLECTED BY YOU, WHICH INFLICTED HARM ON THE UMMAH AND THOSE WORKING FOR ISLAM, SUCH AS SCHOLARS AND PREACHERS.

THESE LATEST FATWAS HAVE SCARED MUSLIMS IN GENERAL AS WELL AS FREEDOM FIGHTERS, WEAKER MEN/WOMEN AND CHILDREN OF PALESTINE IN

SPECIFIC. THEY SHOWED A DISTINCTIVE RELIGIOUS ASPECT TO ARAB LEADERS' POLITICAL TREASON BETRAYING ALLAH AND HIS MESSENGER. YOU CONSIDERED WHAT THESE LEADERS DID, FROM SIGNING PEACE TREATIES CONSISTING OF TURNING PALESTINE OVER TO JEWS AND RECOGNIZING THEIR ETERNAL SOVEREIGNTY OVER IT, AS PERMISSIBLE RECONCILIATION WITH THE ENEMY.

WHEN THIS FATWA REACHES A DANGEROUS LEVEL AND SCHOLARS' VOICES INSIDE AND OUTSIDE THE COUNTRY DISCREDITED IT, ALONG WITH OUR PREVIOUS REPORT REGARDING THIS ISSUE, WE EXPECTED YOU TO TAKE A STAND AND REVERSE COURSE AFTER THE TRUTH CAME OUT AND EVIDENCE INDICATED THE INVALIDITY AND MISREPRESENTATION OF ITS CONTENTS.

EVERYONE WAS SURPRISED, NOT BECAUSE YOU CONFIRMED YOUR PREVIOUS FATWAS ACCORDING TO WHAT WAS PUBLISHED IN THE "AL-MUSLIMUN" (MUSLIMS) NEWSPAPER ON JANUARY 20, 1995, EDITION NO. 520, BUT RATHER BY THE ADDITIONAL EXPLANATIONS OF YOUR UNDERSTANDING OF HAVING PEACE WITH THE JEWS. THESE EXPLANATIONS CONTAINED CLAUSES THAT JEWS AND THEIR AGENTS DID NOT EVEN DREAM WOULD BE ISSUED WHEN THEY PRAISED AND CLAPPED THEIR HANDS AT YOUR PREVIOUS FATWA.

IN THIS LETTER WE WOULD LIKE TO BRIEFLY DRAW YOUR ATTENTION TO SOME ISSUES NOT COVERED IN OUR PREVIOUS REPORT AND OTHER MATTERS TRIGGERED BY YOUR SECOND FATWA. WHAT WE HAVE STATED EARLIER, IN ADDITION TO THE CONTENT OF SCHOLARS' LETTERS INSIDE AND OUTSIDE THE COUNTRY, POINTS OUT THE INVALIDITY OF THESE FATWAS. THIS IS SUFFICIENT ENOUGH NOT TO LENGTHEN OUR TOPIC BUT TO SUMMARIZE IT AS FOLLOWS:

1) EVIDENCES YOU PROVIDED IN YOUR FIRST AND SECOND FATWAS ARE THE ULTIMATE PROOF TO PERMIT A TRUCE WITH THE ENEMY BASED UPON THE AVAILABILITY OF NECESSARY CONDITIONS.

RELIGIOUSLY SPEAKING, SCHOLARS SHOWED THAT WHAT IS CURRENTLY GOING ON IN PALESTINE IS NOT A TRUCE BECAUSE CONDITIONS HAVE NOT BEEN MET, EXCEPT FOR WHAT THE ENEMY WANTS. THE SECOND PART OF THE DEAL CAME FROM A GROUP OF APOSTATE SECULAR ARAB LEADERS. THE AGREEMENT WAS MADE ON PALESTINIAN TERRITORY, AN ISLAMIC LAND, WHERE THE PROPHET ASCENDED TO HEAVEN. THE AGREEMENT'S CONTENT INDICATES THE JEWS' ETERNAL OWNERSHIP OF THIS LAND, -THUS PERMANENTLY CALLING OFF JIHAD. SINCE THE AGREEMENT WAS BASED ON AN INVALIDITY, IT MEANS THAT ANY AGREEMENT OF OWNERSHIP OF ANY PART OF ISLAMIC LAND IS VOID, KNOWING FULL WELL THAT THE SO-CALLED "PEACE" IS INVALID IN ITS ENTIRETY.

STRANGE IS YOUR DESCRIPTION OF THE PRESIDENT OF THE SO-CALLED "PALESTINIAN NATIONAL AUTHORITY" AND HIS SECULARISTS GROUP AS BEING "IN CHARGE OF MUSLIM AFFAIRS IN PALESTINE." FOR THIS REASON, IT HAS TO HONOR ITS OBLIGATIONS AND TREATIES WITH THE ENEMY. IT IS KNOWN THAT FATWAS FROM SCHOLARS INDICATE THAT

SECULARISM AMOUNTS TO ATHEISM; YOU WERE AMONG THOSE WHO CALLED FOR IT ON MANY OCCASIONS.  THOSE INDIVIDUALS NEVER DID CONCEAL THEIR SECULAR IDEOLOGY, WHETHER IN THEIR ACTIONS, SAYINGS OR WRITINGS.  HOW CAN THIS BE RIGHT IN LIGHT OF HOW THEY DESCRIBE THEMSELVES AS BEING IN CHARGE OF "MUSLIM AFFAIRS IN PALESTINE?"

2)  THIS FATWA'S CLAIM OF MUSLIMS' WEAKNESS AND INABILITY TO FIGHT JEWS IS INVALID, BECAUSE, ON THE ONE HAND, SUBJECT EXPERTS DID NOT ISSUE IT.  WHOEVER IS NOT KNOWLEDGEABLE IN THESE MATTERS DOES NOT HAVE THE RIGHT TO ARBITRATE, EVEN IF HE IS CORRECT.  ON THE OTHER HAND, IT DOES NOT MAKE SENSE, WHO AMONG THESE EXPERTS SAID THAT MORE THAN A BILLION MUSLIMS WHO OWN THE LARGEST NATURAL RESOURCES IN THE WORLD WITH STRATEGIC· LOCATIONS ARE UNABLE TO DEFEAT 5 MILLION JEWS IN PALESTINE?

TODAY, THE MUSLIMS' AILMENT IS NOT MILITARY WEAKNESS OR FINANCIAL POVERTY, BUT RATHER THEIR LEADERS' BETRAYAL, REGIMES' FAILURES, PLUS SCHOLARS' ACCEPTANCE OF CURRENT SITUATIONS AND BEFRIENDING BAD LEADERS.  THE ISLAMIC NATION DOES NOT HAVE A SHORTAGE OF MONEY, MANPOWER AND/OR EQUIPMENT.  IT DID NOT WIN ITS HISTORIC WARS BASED ON THAT; BUT IT IS MISSING SCHOLARS SUCH AS "BIN TAYMIYAH" AND LEADERS LIKE "SALAH AL-DIN" (VAR: SALADIN) , MAY ALLAH HAVE MERCY ON THEIR SOULS.

THE HEROIC OPERATIONS CONDUCTED BY YOUNG PALESTINIANS CONFIRM THIS THEORY.  IT HAS CREATED FEAR AND INFLICTED HARM ON THE ENEMY.  WHAT WOULD IT BE LIKE IF THE NATION'S EFFORTS WERE GEARED TOWARDS THIS OBJECTIVE?

3) REGARDING YOUR STATEMENT ABOUT HAVING PEACE WITH THE JEWS, INCLUDING AN EXCHANGE OF DIPLOMATIC REPRESENTATION AND ECONOMIC COOPERATION; THIS CONTRADICTS WHAT YOU DECLARED WHEN YOU SAID THAT JEWISH OWNERSHIP OF PALESTINE IS A "TEMPORARY ONE." ACCORDING TO INTERNATIONAL LAW, A DIPLOMATIC EXCHANGE, WHICH "PEACE" INCLUDES, IS CONSIDERED TO BE A LEGITIMATE REPRESENTATION FORBIDDING ONE COUNTRY FROM INTERVENING IN ANOTHER COUNTRY'S INTERNAL AFFAIRS, WHICH COULD UNDERMINE ITS SOVEREIGNTY AND TOTAL CONTROL OF ITS TERRITORIES.

JEWS NEVER DREAMED OF INVADING THE ISLAMIC NATION NOR EXPLOITING ITS RESOURCES MORE THAN WHAT YOU HAVE PROVIDED THEM BY GIVING RELIGIOUS CONSENT TO ESTABLISH EMBASSIES, ISLAMIC COMMERCIAL CENTERS IN FRONT OF THEIR EMBASSIES, ESPIONAGE CENTERS AND LAUNCHING IMMORALITY AND IDEOLOGIES.  THIS IS A NECESSARY STEP LEADING TO THE ESTABLISHMENT OF GREATER ISRAEL, EXTENDING FROM THE NILE TO THE EUPHRATES AND THROUGH LARGE PORTIONS OF THE ARABIAN PENINSULA.

4)  ACCORDING TO THIS ALLEGED PEACE, YOU STATED THAT JEWS' OWNERSHIP OF PALESTINE IS A "TEMPORARY ONE," WHICH CONTRADICTS

REALITY. MOST OF THESE TREATIES' CLAUSES INCLUDING THE CAMP
DAVID ACCORD WITH EGYPT, GAZA AND JERICHO ACCORDS WITH PALESTINE
LIBERATION ORGANIZATION AND WADI 'ARABA'S ACCORD WITH JORDAN,
INDICATE AN ETERNAL OWNERSHIP. MOST OF THESE ACCORDS WERE THE
ONES THAT CALLED FOR A RETURN OF WHAT WAS OCCUPIED IN PALESTINE
DURING THE 1967 WAR IN RETURN FOR ARAB RELINQUISHMENT OF WHAT WAS
OCCUPIED DURING THE 1948 WAR. THIS IS WHAT THEY MEAN BY "LAND
FOR PEACE." LET US ASSUME THAT JEWS GIVE UP WHAT THEY OCCUPIED
IN 1967, -WHICH IS UNLIKELY BECAUSE THEY INSIST THAT JERUSALEM,
OCCUPIED IN 1967, IS THEIR ETERNAL CAPITAL. UNDER WHAT AUTHORITY
CAN THEY INSIST ON HAVING WHAT WAS OCCUPIED IN 1948, KNOWING THAT
ANY AGREEMENT FOR WHICH MUSLIMS GIVE UP LAND IS INVALID?

IF YOU WANT TO CONFIRM THIS, YOU CAN REVIEW ALL ACCORDS; THEN YOU
WILL KNOW WHAT YOU ARE TALKING ABOUT. IT IS A DIRECT KNOWLEDGE
OF JEWISH ETERNAL SOVEREIGNTY OVER WHAT WAS OCCUPIED IN 1948.
WITHOUT SUCH RECOGNITION, JEWS WOULD NOT HAVE LAND; HENCE NO
COUNTRY WITH WHICH TO RECONCILE, HAVE DIPLOMATIC EXCHANGE,
COMMERCIAL COOPERATION, AND OTHER THINGS THAT YOU SAID WERE
PERMISSIBLE. IT IS KNOWN THAT ANY SO-CALLED ISRAELI LAND WAS
EITHER OCCUPIED IN 1948 OR 1967. IT DOES NOT POSSESS ANY
ADDITIONAL LAND. SO HOW COULD IT BE STATED THAT THEIR LAND
OWNERSHIP IS TEMPORARY KNOWING THAT ALL PARTIES DESCRIBE WHAT IS
GOING ON AS "TOTAL AND ETERNAL PEACE"?

THE UMMAH, IN GENERAL, AND PALESTINIAN PEOPLE, SPECIFICALLY, WERE
EXPECTING YOU TO HONOR YOUR RELIGIOUS DUTIES BY INSTIGATING JIHAD
AND SUPPORTING MEMBERS AND GROUPS BEHIND IT. THEY DID NOT EXPECT
YOU TO ANNOUNCE SUCH A FATWA THAT ACCUSES FREEDOM FIGHTERS OF A
SIN FOR WANTING TO LIBERATE JERUSALEM AND PALESTINE. YOU ACCUSED
THEM BECAUSE THEY CONDUCTED JIHAD OPERATIONS AGAINST JEWS
BREACHING THE GAZA AND JERICHO ACCORDS SIGNED BY "THE GOVERNOR OF
MUSLIM AFFAIRS IN PALESTINE" AS YOU CLAIMED. BREACHING SUCH AN
ACCORD SIGNED BY THE GOVERNOR WOULD BE PROHIBITED.

THIS FATWA HAS FRUSTRATED THOSE WHO PROVIDED THEIR SONS, BROTHERS
AND HUSBANDS AS MARTYRS FOR ALLAH'S SAKE TO LIBERATE JERUSALEM
AND PALESTINE. ACCORDING TO THIS FATWA, THESE INDIVIDUALS DIED
AS SINNERS SINCE THEY BREACHED AN ACCORD SIGNED BY "THE GOVERNOR
OF MUSLIM AFFAIRS IN PALESTINE." THAT IS WHAT YOUR FATWA MEANT.
ARE YOU AWARE OF WHAT YOU ARE SAYING? OR ARE YOU SAYING ABOUT
ALLAH WHAT YOU DO NOT KNOW? IF YOU HAPPEN NOT TO KNOW, THAT IS A
PROBLEM. HOWEVER, IF YOU KNEW, IT IS EVEN WORSE.

5) WHAT IS FRIGHTENING IS NOT THIS FATWA'S ISSUANCE, BUT RATHER
THE PROCEDURAL BASIS THAT YOU FOLLOWED IN SUCH ISSUANCE. WHAT
DISTINGUISHES THESE FATWAS IS THE FOLLOWING:

1) IT STARTS WITH THE PRINCIPLE OF CONFORMING WITH LEADERS IN
THEIR POLICIES AND APPROVING THEIR BEHAVIOR

2) FOR THIS REASON, TRUTH GETS TWISTED TO MEET THESE WISHES

3) IF IT IS NOT APPROPRIATE, LEADERS WOULD FIND A WAY AROUND IT

4) IT IS PROHIBITED TO ISSUE A FATWA THAT IS BASED ON LACK OF KNOWLEDGE

5) IN RESPONSE TO LEADERS' EVER-CHANGING DESIRES, THIS FATWA IS CHARACTERIZED BY CONTRADICTION AND OPPOSITION

WE HAVE STATED EXAMPLES IN OUR PREVIOUS LETTER THAT CONFIRM WHAT WE ARE SAYING.

THIS METHOD IS INVALID BECAUSE THE ISSUANCE OF A FATWA IS BASED ON ASPIRATION.  AS BIN AL-QA'IM SAID, GOD BLESS HIS SOUR, AND AS JUDGE ABU AL-WALID AL-BAJI NOTED TO HIS FRIEND ABOUT SOME PEOPLE DURING HIS TIME WHO CLAIMED CREDIT FOR ISSUING FATWAS, "IF SOMETHING GOOD COMES FROM IT, HE WOULD CLAIM TO HAVE ISSUED THE FATWA.  THIS IS NOT ACCEPTABLE.  THIS IS NOT ACCEPTABLE AS AGREED UPON BY THOSE WHO SPECIALIZE IN THIS AREA."

IF THIS WERE THE JUDGMENT OF THOSE WHO CHOOSE WHAT SERVES THEIR NEEDS, WHAT WOULD IT BE LIKE FOR THOSE WHO MAKE UP FATWAS THAT OPPOSE THAT WHAT SCHOLARS HAVE AGREED UPON?

THE PURPOSE OF THIS CRITIQUE IS TO SHOW MISTAKES TO BE AVOIDED. THIS IS THE SCHOLARS' RIGHT APPROACH.  IMAM AL-NAWAWI SAYS, "SHOW WHAT IS PREFERABLE, DISCREDIT WHAT IS NOT RIGHT, FALSIFY WHAT HAS ALREADY BEEN AND EXAGGERATED IN DISCREDITING ITS AUTHOR.  I MEAN TO WARN AGAINST DECEPTION."

WE ARE WARNING THE UMMAH OF THE DANGER OF SUCH DISCREDITED FATWAS THAT DO NOT MEET THE REQUIREMENTS.  WE ARE ASKING UMMAH TO GO BACK TO FATWAS THAT HAVE BEEN APPROVED BY THOSE WHO COMBINED RELIGIOUS KNOWLEDGE WITH CURRENT AFFAIRS, WHO BELIEVE IN THE WORD OF ALLAH AND WHO DID THE RIGHT THING AND DID NOT FEAR ANYONE BY NOT SPEAKING OUT.  THE REGIME BECAME UNCOMFORTABLE WITH THEM.  IT PUT THEM IN JAILS, EXPELLED THEM FROM THEIR JOBS AND BANNED THEM FROM VOICING THEIR CONCERNS.

WE ARE CALLING ON YOU TO STAY AWAY FROM THOSE CORRUPT LEADERS WHO USED YOU FOR THEIR OWN PURPOSES, AGAINST PREACHERS AND REFORMISTS.  WE ARE MAKING YOU FEAR WITH WHAT ALLAH HAS FRIGHTENED HIS MOST PREFERRED CREATURES AND HIS LAST MESSENGER WHEN HE SAID, "AND THEIR PURPOSE WAS TO TEMPT THEE AWAY FROM THAT WHICH HE HAS REVEALED UNTO THEE, TO SUBSTITUTE IN OUR NAME SOMETHING QUITE DIFFERENT (IN THAT CASE), BEHOLD! THEY WOULD CERTAINLY HAVE MADE THEE (THEIR) FRIEND!  AND HAD WE NOT GIVEN THEE STRENGTH, THOU WOULDST NEARLY HAVE INCLINED TO THEM A

LITTLE: IN THAT CASE WE WOULD HAVE MADE THEE TASTE A DOUBLE
PORTION (OF PUNISHMENT) IN THIS LIFE, AND AN EQUAL PORTION IN
DEATH: AND MOREOVER THOU WOULDST HAVE FOUND NONE TO HELP THEE
AGAINST US!"

IF THIS THREATENING LANGUAGE WAS FROM GOD TO HIS MOST PREFERRED
CREATURE SO HE WOULD NOT BEFRIEND THEM, EVEN LITTLE BIT, WHAT
WILL IT BE LIKE FOR THE ONE WHO BEFRIENDS THEM A LOT?

WE ALSO REMIND YOU OF THOSE OF WHOM ALLAH SAYS, "THEY MAY BEAR,
ON THE DAY OF JUDGMENT, THEIR OWN BURDENS IN FULL, AND ALSO SOME
OF THE BURDENS OF THOSE WHO ARE WITHOUT KNOWLEDGE, THOSE WHOM
THEY MISLEAD. ALAS, HOW GRIEVOUS THE BURDENS THEY WILL BEAR!"

DESPITE THE SERIOUSNESS OF THIS ISSUE, THE UMMAH BEGAN TO MOVE
AWAY FROM THESE FATWAS THAT YOU ISSUED AS MANY VOICES OF
CONDEMNATION AND REFUSAL ROSE AGAINST THEM, INSIDE AND OUTSIDE.
TRUST HAS BEEN PUT UPON THOSE SCHOLARS AND PREACHERS, THOSE
BEHIND BARS, UPON WHOM THESE FATWAS HAVE INFLICTED HARM FOR
SPEAKING OUT AGAINST THEM, SUCH AS SHAYKH SALMAN AL-(('AWDAH)),
SHAYKH SAFAR AL-((HAWALI)) AND THEIR BROTHERS, MAY ALLAH RELIEVE
THEM.

THIS DISINTEREST IN YOUR FATWAS, EVEN OF PEOPLE LESS DANGEROUSLY
(TN: THAN YOU) WHO ARE MISGUIDED, DOES NOT EXCUSE YOU FROM THE
RESPONSIBILITY THAT HAS BEEN PUT UPON YOU TO SPEAK THE TRUTH.

FINALLY, WE TELL YOU, IF YOU CANNOT BEAR THE CONSEQUENCES OF
SPEAKING THE TRUTH AND OF SUPPORTING THOSE WHO SPEAK OUT AGAINST
LEADERS, THEN YOU SHOULD REMOVE YOURSELF FROM OFFICIAL POSITIONS
IN WHICH THE REGIME HAS PLACED YOU, AND LEAVE THOSE LEADERS WHO
DECLARED WAR AGAINST ALLAH. IN THIS WAY YOU WILL NOT SUFFER AS
THEY WILL. FOLLOW THE RIGHT PATH AS DETERMINED BY THE PROPHET,
PEACE BE UPON HIM, WHEN HE SAID "WATCH YOUR TONGUE, LET YOUR
HOUSE BE SPACIOUS AND CRY OVER YOUR MISTAKES."

WE ASK ALLAH WITH HIS 99 ATTRIBUTED NAMES TO PROVIDE THIS UMMAH
WITH SINCERE SCHOLARS, IMAMS AND FREEDOM FIGHTERS SO THAT THIS
UMMAH WILL RECLAIM ITS GLORY AND BE THE BEST. WE ALSO ASK HIM TO
GUIDE US TO DO THE RIGHT THING.

USAMAH BIN MUHAMMAD BIN LADIN

DATE: JAN/29/1995

PAGE 51-52
(STATEMENT NO. 13)

PRINCE SALMAN AND RAMADAN' ALMS

THE SAUDI REGIME EXPLOITED THE NATION, BESIEGED ITS RESOURCES AND HAD ITS HANDS ON ITS CAPABILITIES (I.E. ASSETS) IN ORDER TO PREVENT IT FROM SERVING ISLAM AND ALLOWING MUSLIMS TO BENEFIT FROM IT.  ACCORDING TO THIS POLICY, THE REGIME HAS SEIZED ITS CITIZENS' LIBERTIES AND RELIGIOUS RIGHTS.  THE REGIME SILENCED, JAILED, AND DEPRIVED SCHOLARS AND THOSE SPEAKING THE TRUTH OF THEIR RIGHTS.  IT PUNISHES WHOEVER EXERCISED HIS RIGHTS AND HIS DUTIES IN DEFENDING THE UMMAH'S RELIGIOUS RIGHTS BY FACING THE REGIME'S INJUSTICE.

BESIDE THE REGIME'S POLITICAL AND IDEOLOGICAL BLOCKADE, IT ALSO EXERCISED A HARSH ECONOMIC AND FINANCIAL (POLICY) AS WELL.  PART OF THIS BLOCKADE WAS DISSOLVING CHARITABLE ORGANIZATIONS THAT USED TO DELIVER DONATIONS FROM CITIZENS TO THE MANY NEEDY PEOPLE INSIDE AND OUTSIDE THE COUNTRY.  IT REPLACED THEM WITH ORGANIZATIONS AND FOUNDATIONS SUBSERVIENT TO ROYAL FAMILY MEMBERS AND PARTICULARLY, PRINCE SALMAN.  IT IS AS THOUGH HE IS SAYING TO THE NATION, YOU ARE NOT WORTHY OF THESE DONATIONS.  TO GIVE IT A RELIGIOUS LEGITIMACY, HE (THE PRINCE) DESCRIBED IT AS A POPULAR ONE, AND A FATWA WAS ISSUED BY ONE OF THE REGIME'S MUFTI (TN: RELIGIOUS LEGAL ADVISORS WHO ISSUE RELIGIOUS/FORMAL LEGAL OPINIONS).  SHAYKH BIN BAZ CLAIMED THAT IT WAS RELIGIOUSLY LEGITIMATE AND URGED DONATIONS.  IT IS KNOWN THAT HEADING THESE FOUNDATIONS WITH PEOPLE LIKE SALMAN REMOVE ANY POPULAR LEGITIMACY FROM THEM.  IN ADDITION, BIN BAZ'S FATWA DOES NOT GIVE IT A RELIGIOUS LEGITIMACY BECAUSE OF WHAT WAS KNOWN ABOUT HIM (TN: BIN BAZ) REGARDING ISSUING FATWAS FAVORING THE REGIME.  SOME EXAMPLES HAVE BEEN PROVIDED IN OUR PREVIOUS REPONSES, SUCH AS THE LEGALITY OF PEACE WITH ISRAEL.

WE WOULD LIKE TO CLARIFY THE FOLLOWING:

1)  PRINCE SALMAN WAS NEVER KNOWN TO BE INTERESTED AND CARE FOR MUSLIMS' AFFAIRS.  ON THE CONTRARY, HE WAS KNOWN FOR WORKING AGAINST ISLAM AND ITS PEOPLE

2)  THE SAUDI REGIME IS KNOWN TO TAKE OVER ALL DONATIONS, SUCH AS THE CASE WHEN IT USED POPULAR DONATIONS FOR AFGHAN FREEDOM FIGHTERS AS A MEANS TO PRESSURE THEM TO SECURE WESTERN AND PARTICULARLY U.S. POLICIES.  IT ALSO USED IT FOR ITS OWN PERSONAL GAINS.  LARGE AMOUNTS OF MONEY COLLECTED FROM DONATIONS FOR PEOPLE IN BOSNIA HAVE BEEN GIVEN TO GERMAN CHRISTIAN FOUNDATIONS FOR DISTRIBUTION THERE.  IT IS KNOWN THAT THE SAUDI REGIME'S SPENDING GOES TO SUPPORTING COMMUNISM AND CHRISTIANS AGAINST MUSLIMS; SUCH AS THE CASE OF YEMENI COMMUNISTS, DUSTUM, AN AFGHAN COMMUNIST, THE "AL-KATA'IB" PARTY IN LEBANON AND OTHERS.

3)  THE REASON BEHIND THIS PROCEDURE DOES NOT ENCOURAGE GOOD DEEDS, AS THE REGIME CLAIMS, BUT RATHER THE FOLLOWING:

1) PREVENTS THESE FUNDS FROM BEING DELIVERED TO AREAS WHERE THEY COULD BE USED TO SERVE ISLAM AND MUSLIMS FOLLOWING THE PRINCIPLE "DO NOT SPEND ON THOSE WHO ARE WITH THE MESSENGER OF ALLAH TILL THEY DESIST." THIS EXPLAINS THE TIMING OF THE REGIME'S LATEST WAVE REGARDING THIS ISSUE AND THE US PRESIDENT'S DECISION TO FREEZE ISLAMIC FOUNDATIONS' ASSETS THAT OPPOSE THE "PEACE" PLAN IN THE MIDDLE EAST. THESE PROCEDURES ARE A PART OF THE JOINT POLICY OF BOTH COUNTRIES TO FREEZE SUPPORT RESOURCES INTENDED FOR ISLAM, MUSLIMS, FREEDOM FIGHTERS AND OTHERS. WE WOULD LIKE TO DRAW OUR BROTHERS' ATTENTION TO THE DANGER OF DEPOSITING THEIR MONIES INTO US BANKS BECAUSE IT COULD BE FROZEN, BASED ON THESE ALLEGATIONS.

2) THE REGIME TRIED TO CONCEAL ITS WRONGDOINGS AGAINST ISLAM AND MUSLIMS BUT ITS SUPPORT FOR THE ENEMIES AS WELL. IN ADDITION, IT FINANCIALLY SUPPORTED THE ALGERIAN REGIME WITH $2 BILLION TO SUPPRESS MUSLIMS THERE. ON ANOTHER FRONT, IT PROVIDED THE SOVIET COMMUNIST REGIME WITH $4 BILLION TO OPPRESS THE MUSLIM POPULATIONS THERE, AS IS THE CASE IN CHECHNYA. IT IS KNOWN AMONG SCHOLARS THAT SUPPORTING INFIDELS AGAINST MUSLIMS IS AGAINST ISLAM.

3) BASED ON WHAT WAS STATED, WE, AT THE REFORM AND ADVICE FOUNDATION, WHILE CELEBRATING THIS BLESSED MONTH AS A MONTH OF GIVING FOR ALLAH'S SAKE, WISH TO DRAW THE ATTENTION OF ALL DONORS TO THE DANGER OF DONATING FUNDS OR ZAKAT TO THESE FOUNDATIONS AND ORGANIZATIONS. THE REGIME IS USING THEM AGAINST ALLAH AND HIS MESSENGER. WE ARE ASKING THE DONORS TO PROVIDE THESE FUNDS DIRECTLY TO THE NEEDY, WHETHER, INSIDE OR OUTSIDE THE COUNTRY. THEY COULD ALSO PROVIDE IT TO THOSE TRUSTED INDIVIDUALS WHO WILL DELIVER THEM (TN: TO TRUSTED PEOPLE). THIS WAY, HEARTS WILL BE ASSURED THAT THESE DONATIONS ARE DELIVERED TO LEGITIMATE NEEDY PEOPLE, WITHOUT HAVING ABUSERS FROM THE AL-SA'UD (FAMILY) MEDDLE WITH IT. ALLAH SAYS, "ALLAH ORDERS YOU TO GIVE CONSIGNMENT TO HIS PEOPLE." IT IS KNOWN THAT THESE LEADERS CANNOT BE TRUSTED. THERE ARE OTHER SAFE WAYS YOU THAT CAN ASSIST IN DELIVERING FUNDS TO THOSE WHO DESERVE THEM. AMONG THEM ARE, BENEVOLENCE FOUNDATIONS IN QATAR, KUWAIT, JORDAN, YEMEN, SUDAN, AND OTHERS. TO ASSURE THAT THE FUNDS TRANSFER TO THESE FOUNDATIONS' BANK ACCOUNTS, WE DRAW YOUR ATTENTION TO THE IMPORTANCE OF TRANSFERRING THESE FUNDS OUTSIDE THE PENINSULA, AWAY OF THE PURSUING REGIME'S SPIES.

FINALLY, WE WOULD LIKE TO REMIND MUSLIMS OF THE BENEFIT OF GIVING FOR ALLAH'S SAKE, ESPECIALLY DURING THIS MONTH.

WE ASK ALLAH TO ACCEPT FROM US ALL OUR FASTING, OFFERINGS AND ALL WE DO, NOT ONLY IN THIS MONTH (RAMADAN), BUT OTHERS AS WELL. PRAISE BE TO ALLAH.

OSAMAH BIN MOHAMMAD BIN LADIN

DATE: FEB/12/1995

**PAGES 53-54**
**(DUPLICATE COPY OF STATEMENT 13 ABOVE.)**

**PAGE 55-58 (STATEMENT NO. 14)**

SAUDI ARABIA CONTINUES ITS WAR AGAINST ISLAM AND ITS SCHOLARS

FOLLOWING "'ID AL-FITR" OBSERVANCE, THE SAUDI REGIME DETAINED A
NEW GROUP OF SCHOLARS, PREACHERS AND REFORMISTS FOLLOWING A
SURPRISE RAID ON HOUSES AND MOSQUES.

AMONG THOSE DETAINED WERE SHAYKH MUHAMMAD BIN SA'ID
AL-((QAHTANI)), DR. SA'ID BIN ((ZU'AYR)) (VAR:  ((ZUHAYR)) )AND
DR. BASHAR AL-((BASHAR)).  THESE ARRESTS, WHICH BECAME A NORMAL
PROCEDURE FOR THE AL-SA'UD REGIME, HAVE A PROFOUND MEANING.  IT
CONFIRMS THAT THESE AGGRESSIVE ACTIVITIES CONDUCTED BY THE REGIME
AGAINST SCHOLARS AND PREACHERS IS A NEW CHAPTER OF AN OPEN WAR
AGAINST ISLAM AND THOSE CALLING FOR THE IMPLEMENTATION OF ITS
TEACHINGS.  IT IS A RESPONSE TO A STRATEGY PLANNED BY
INTERNATIONAL INFIDEL COUNTRIES THAT WORK VERY HARD TO ELIMINATE
ISLAM AND ITS PREACHERS.  THESE NEW ARRESTS EXPLAIN PREVIOUS
ARRESTS, SUCH AS OF SHAYKH SAFAR AL-((HAWALI)) AND SHAYKH SALMAN
BIN FAHD AL-(('AWDAH)), AS WELL AS PREACHERS.  IT BECAME EVIDENT
THAT THESE DETAINEES SHARED THE SAME CHARGES AND ACCUSATIONS,
WHICH WAS THEIR BELIEF IN ALLAH, SPEAKING OUT THE TRUTH,
INDICATING WHAT IS RIGHT, AND FORBIDDING WHAT IS WRONG.  THEY
CALLED FOR APPLYING ISLAMIC LAWS AND DISAVOWING THE REGIME'S
APPROVAL OF POSITIVE LAWS PERMITTING WHAT IS FORBIDDEN AND VICE
VERSA.  THEY CALLED FOR MEDIA REFORMS AND REMOVING IMMORAL
PROGRAMS.  THEY ALSO CALLED FOR THE RESPECT OF PEOPLE'S RELIGIOUS
RIGHTS AS WELL AS ADMINISTRATIVE REFORMS.  THEY WARNED AGAINST
THE COUNTRY'S FUTURE ECONOMIC CONDITIONS CAUSED BY INTEREST
BEARING LOANS (TN: USURY IS ILLEGAL UNDER ISLAMIC BANKING LAW)
AND THE REGIME'S FAMILY MEMBERS' LAVISH SPENDING.  THEY
(SCHOLARS) UNCOVERED THE DETERIORATING SOCIAL PROGRAMS AND CALLED
FOR REFORM.  IN ADDITION, THEY NOTED THE MILITARY'S POOR
CONDITIONS WHILE CALLING FOR ITS REORGANIZATION.  ON THE OTHER
HAND, THEY NOTED THE JUDICIAL SYSTEM AND HOW IT CHANGED MOST OF
ITS RELIGIOUS LAWS INTO LAWS IMPOSED BY THE REGIME.

SCHOLARS AND PREACHERS SPOKE OUT AGAINST THE GOVERNMENT'S FOREIGN
POLICY, WHICH CONSISTED OF SUPPORTING INFIDELS AGAINST MUSLIMS.
FOR EXAMPLE, THE SAUDI REGIME SUPPORTED THE APOSTASY AND INFIDEL
REGIME IN ALGERIA AND COMMUNISTS IN YEMEN.

THESE DEMANDS WERE INCLUDED IN "THE ADVICE MEMORANDUM," WHICH LED

TO THEIR DETENTION AND EXPULSION FROM WORK.

THE SAUDI REGIME HAS MANY REASONS FOR DETAINING SHAYKHS:

1- ITS PERSONAL HOSTILITY AGAINST ISLAM AND MUSLIMS, TO MAKE SURE THAT THESE TYPES OF SHAYKHS ARE STOPPED FROM CONDUCTING DA'WAH. THE REGIME THINKS THAT BY DOING SO, IT WILL FACILITATE ITS OBJECTIVE OF GETTING RID OF ISLAMIC DA'WAH, WHOSE POSITIVE OUTCOME HAS STARTED TO EMERGE.

2- ITS ADHERENCE TO IMPLEMENTING THE INFIDELS' PLANS TO DESTROY ISLAMIC DA'WAH AND PREACHERS. THE SHAYKHS, SALMAN AND SAFAR, WERE DETAINED AFTER THE US DELEGATION VISITED THE COUNTRY WITH THE INTENT TO REALIZE (PEACE) WITH THE JEWS.

THESE ARRESTS CAME AFTER NATO'S CALL TO THE COUNTRIES OF THE REGIONS TO COOPERATE IN ORDER TO ELIMINATE THE DANGER THAT THREATENS ITS INTERESTS AND DESIRES FOR HEGEMONY. THIS OBJECTIVE COULD BE ACCOMPLISHED VIA (PEACE, DEVELOPMENT, NEW MIDDLE EAST, ETC.) PROJECTS. BY ACTING THIS WAY, THE SAUDI REGIME IS DOING DA'WAH AND PREACHERS A FAVOR. IT SHOWS THAT THE OBJECTIVE BEHIND THESE DETENTIONS AND INJUSTICE TO THOSE WHO CALL FOR DA'WAH IS ISLAM. IT ALSO PROVIDES PROOF ABOUT THOSE WHO THOUGHT POSITIVELY ABOUT THE REGIME -THAT THEY HAVE MISPLACED THEIR JUDGMENT. THESE DETENTIONS HAVE INCREASED THE SPHERE OF THE REGIME'S OPPOSITION. PEOPLE SPOKE OUT AND BROKE THE BARRIER OF FEAR AND DESTROYED THE REGIME'S HEGEMONY. GLORY TO ALLAH FOR INCLUDING THIS REGIME'S DESTRUCTION IN HIS PLAN.

WE, AT REFORM AND ADVICE FOUNDATION, REPORT THE SHAYKHS' DETENTIONS AND SHOW THE REASONS BEHIND THEM:

1- THE REGIME SHOWS ANIMOSITY TOWARDS ISLAM. IT ALSO MISLED THOSE WHO HAD FAITH IN ITS JUDGMENT. IT CONFIRMS WHAT WE HAVE BEEN CALLING FOR REGARDING THE NEED TO SUPPORT THESE SCHOLARS, PREACHERS AND REFORMISTS. AS ALLAH SAYS "OH YOU BELIEVERS, BE FEARFUL OF ALLAH AND BE WITH THE TRUSTWORTHY." WE CONFIRM THAT, SPEAKING OUT THE TRUTH, SUPPORTING THOSE WHO DO, AND UNCOVERING ISLAM'S ENEMIES IS EVERYONE'S RESPONSIBILITY AND RELIGIOUS DUTY, NO MATTER WHAT THE CONSEQUENCES ARE. EVEN THOUGH THIS OBLIGATION IS EVERYONE'S RESPONSIBILITY, IT IS MAINLY FOR THOSE IN POSITIONS OF POWER AND INFLUENCE AMONG SCHOLARS, KNOWLEDGE SEEKERS, MERCHANTS, TRIBAL LEADERS, YOUNG PEOPLE AND OTHERS.

2- WE ARE ALSO WARNING THE UMMAH ABOUT THE VICIOUSNESS OF THOSE DECLARING AIMLESSLY FALSE AND UNFOUNDED POLITICAL STATEMENTS, WHETHER ON A PLATFORM OR ON TV. THEY ISSUE PREPARED FATWAS ON BEHALF OF THE REGIME TO SAVE FACE, WHICH HAS BEEN REVEALED TO THE UMMAH FOR ITS ANIMOSITY AGAINST ISLAM AND ITS PEOPLE. WE WARNED THESE PEOPLE OF THE CONSEQUENCES OF THEIR ACTIONS. THE PROPHET,

ONCE BEFORE ON HIGH, WAS ASKED WHAT IS THE GREATEST JIHAD. HE STOOD UP AND RESPONDED (IT IS PROVIDING UNTRUE STATEMENTS). HE KEPT REPEATING IT UNTIL HIS COMPANIONS SAID, WE WISH HE WOULD BE QUIET. AS FOR PRAYERS FOR OPPRESSORS, SUFYAN AL-THAWRI, MAY ALLAH BLESS HIS SOUL, SAID, "WHOEVER PRAYS FOR THE CONTINUANCE OF AN OPPRESSOR PREFERS TO DISOBEY ALLAH." WE WARN AGAINST THESE PEOPLE'S CALL AS THEY MEET THE REGIME HALF WAY IN ITS APPROACH THAT CONSTITUTES A DANGER TO DA'WAH.

3- WE CHALLENGE THE REGIME TO LET DETAINEES HAVE FAIR TRIALS AND PROVIDE EVIDENCE THAT ACCUSES THEM OF A CRIME. THIS WAY, THE REGIME COULD ACQUIT ITSELF AND CONVICT THEM IN FRONT OF THE UMMAH. AS LONG AS IT DOES NOT DO THAT, IT CONDEMNS ITSELF AND ACQUITS THEM OF ANY ACCUSATIONS.

4- TO THOSE SHAYKHS DETAINED IN PRISONS, WE ARE ADDRESSING THEM WITH ADMIRATION AND RESPECT FOR TAKING A STAND. WE TELL THEM THAT BECAUSE OF THEIR FAITH, THE REGIME'S ARROGANCE HAS BEEN DESTROYED, ITS TEMPTATIONS HAVE FAILED AND, BECAUSE OF YOUR TRUTHFULNESS, THEIR MEDIA HAS PROVEN UNRELIABLE. MAY ALLAH PROVIDE YOU WITH PATIENCE AS HE SAYS "DO NOT BE SAD, YOU ARE THE UPPERMOST, IF YOU BELIEVE."

THIS IS A TRIAL PERIOD AND A WAY OF DIFFERENTIATING BETWEEN METHODS. IN THE END, ALLAH'S PROMISE WILL BE TO THOSE WHO PREVAIL, "ALLAH HAS PROMISED, TO THOSE AMONG YOU WHO BELIEVE AND WORK RIGHTEOUS DEEDS, THAT HE WILL SURELY, GRANT THEM THE LAND INHERITANCE (OF POWER), AS HE GRANTED IT TO THOSE BEFORE THEM; THAT HE WILL ESTABLISH WITH AUTHORITY THEIR RELIGION-THE ONE WHICH HE HAS CHOSEN FOR THEM; AND THAT HE WILL CHANGE (THEIR STATE), AFTER THE FEAR IN WHICH THEY LIVED, TO ONE OF SECURITY AND PEACE. THEY WILL WORSHIP ME (ALONE) AND NOT ASSOCIATE WITH NONE OTHER THAN WITH ME."

PRIOR TO ACHIEVING THAT, THERE HAS TO BE A STRONG FAITH, HARD WORK, PATIENCE AND COMPLETE TRUST, "AND WE MADE THEM LEADERS GUIDING (MEN) BY OUR COMMAND AND WE BELIEVED IN OUR VERSES."

USAMAH BIN MUHAMMAD BIN LADIN

DATE: MARCH/9/1995

**PAGES 59-68 (STATEMENT NO. 15)**

SCHOLARS ARE THE PROPHET'S SUCCESSORS

SCHOLARS ARE SUCCESSORS OF THE PROPHET AND THE DEFENDERS OF RELIGION. THEY ARE THE ONES WHO DO NOTE DEVIATE FROM THE TRUTH, EMBRACING LIARS AND IGNORANT INTERPRETATIONS. THEY PLAY A MAJOR

DUE TO THE IMPORTANCE OF SCHOLARS IN ISLAM AND THE ROLE OF THEIR TASKED MISSION, ONE SHOULD BE AWARE OF THE DANGER OF NOT DISTINGUISHING BETWEEN SCHOLARS WORKING TO FURTHER THE WORD OF ALLAH AND THOSE PREFERRING EARTHLY THINGS AND MATERIALS.  IT IS NECESSARY TO DIFFERENTIATE BETWEEN THE TWO TYPES ACCORDING TO RELIGIOUS LAW IN OBEYING AND RESPECTING THESE SCHOLARS. FOLLOWING THE RELIGIOUS WAY OF ADDRESSING THEIR MISTAKES AND HOPING TO RECONCILE BETWEEN SCHOLARS AND THOSE WORKING FOR ISLAM, WE DECIDED TO APPROACH THIS SUBJECT AS FOLLOWS:

I.   SCHOLARS' STATUS IN ISLAM

IT IS KNOWN THAT RELIGIOUS KNOWLEDGE IS THE PROPHECY'S SUCCESSION AS SCHOLARS ARE TO PROPHETS.  FOR THIS REASON, THEY DESERVE CREDIT.  ALLAH DESCRIBES THEM IN HIS HOLY QURAN "ALLAH ELEVATES THOSE BELIEVERS AMONG YOU AND SCHOLARS."  HE ALSO MADE THEIR UNIQUENESS THIRD IN LINE, AFTER HIMSELF AND HIS ANGELS.  ALLAH SAYS, "ALLAH, HIS ANGELS AND SCHOLARS ARE WITNESSES THAT THERE IS NO ALLAH BUT HIM."  HE ALSO ADDED THAT THE PROPHET SAID, "THE PREFERENCE OF A SCHOLAR COMPARED TO AN AVERAGE PERSON, IS LIKE THE MOON COMPARED TO OTHERS STARTING ON A FULL-MOON NIGHT."  IN HADITH (TN: PROPHETIC STATEMENTS) ABU DA'UD AL-TARMIDI AND AL-DARQTANI STATED THE PROPHET'S SAYING, "PROPHETS DID NOT INHERENT MONEY BUT RATHER KNOWLEDGE, SO WHOEVER FOLLOWS THE SAME PATH, IS LUCKY."

THE CLASSIFICATION OF SCHOLARS IS DERIVED FROM THE IMPORTANCE OF THEIR ROLE AND RESPONSIBILITIES ASSIGNED TO THEM, ACCORDING TO WHAT ALLAH SAYS.  FOR THIS REASON, UNDERESTIMATING THEM OR TALKING NEGATIVELY ABOUT THEIR KNOWLEDGE IS ASSOCIATED WITH DANGER.  TALKING NEGATIVELY ABOUT SCHOLARS IS THE BEGINNING OF LAUNCHING DESTRUCTION OF THEIR CREDIBILITY AND CREATING A RELIGIOUS LEADERSHIP VOID IN THE UMMAH.  THIS WOULD LEAD IGNORANT LEADERS TO TAKE OVER AND MISLEAD THE UMMAH.

PEOPLE OF KNOWLEDGE HAVE WARNED AGAINST TALKING NEGATIVELY ABOUT SCHOLARS.  BIN 'ASAKIR SAID, "KNOW THAT SCHOLARS' BODIES ARE PIOUSNESS AND ALLAH HAS MADE IT KNOWN WHERE THE BOUNDARIES ARE. SO, WHOEVER TALKS POORLY ABOUT THEM, ALLAH WILL INFLECT HEART DISEASE ON HIM PRIOR TO HIS DEATH."

II.  DIFFERENCE BETWEEN GOOD AND BAD SCHOLARS

MOST OF THE READINGS TALK ABOUT SCHOLARS, THEIR BENEFITS, AND POSITIONS, WHILE WARNING AGAINST TARNISHING THEIR REPUTATION. ALLAH HAS ASSIGNED THEM WITH SPEAKING THE TRUTH LOUDLY.  IMAM SHAFI'I SAID THAT SCHOLARS IN THE RELIGIOUS SENSE ARE "ACTIVE SCHOLARS."

AS MUCH AS ALLAH HAS RAISED THEIR STATUS, HE HAS LOWERED THE STATUS OF BAD SCHOLARS.  THE QURAN HAS DESCRIBED A SCHOLAR WHOM ALLAH HAS BLESSED WITH KNOWLEDGE.  IN ORDER TO SPEAK THE TRUTH AND RAISE THE WORD OF ALLAH, HE (SCHOLAR) PREFERRED THE MATERIAL WORLD AND FOLLOWED HIS OWN MATERIALISTIC ASPIRATIONS.  RATHER THAN LEADING HIS PEOPLE ON THE RIGHT PATH, HE MISGUIDED THEM. ALLAH DESCRIBES HIM IN AS FOLLOWS, "TELL THEM ABOUT THE STORY OF THE ONE WHOM WE GRANTED OUR KNOWLEDGE BUT WHO DECIDED TO FOLLOW SATAN AND WAS ABERRANT.  IF WE WANTED, WE COULD HAVE RAISED HIS STATUS, BUT HE RESORTED TO MATERIALISTIC THINGS.  HE IS LIKE A DOG, IF YOU PUT SOMETHING ON HIM IT GASPS OR, IF YOU LEAVE IT ALONE, IT STILL GASPS."                    .

REGARDLESS OF WHO THE PERSON WAS, WHICH HAPPENED TO BE "BAL'AM BIN BA'AWRAI," AL-QURTUBI SAYS, "THIS QURANIC VERSE IS ADDRESSED TO THOSE WHO MEMORIZE THE QURAN AND DO NOT FOLLOW ITS TEACHINGS; NO ONE SHOULD BE IMPRESSED WITH HIS KNOWLEDGE."  ALLAH PROVIDED OTHER EXAMPLES OF JEWISH SCHOLARS WHO HAD BEEN ASSIGNED THIS TASK.   ALLAH SAYS, "THE EXAMPLE OF THOSE WHO WERE ASSIGNED WITH THE TORAH BUT DID NOT FOLLOW THROUGH ARE LIKE A DONKEY CARRYING ITEMS ON ITS BACK."  AS FAR AS THOSE WHO USE THEIR KNOWLEDGE FOR PERSONAL GAIN, ALLAH SAYS, "WOE UNTO THOSE WHO WROTE THE BOOK THEMSELVES TO PERSONALLY GAIN FROM IT.  WOE UNTO WHAT THEY WROTE AND WOE UNTO WHAT THEY EARNED."

A BAD SCHOLARS' DEPARTURE FROM THE RIGHT PATH IS DUE TO TWO MAIN FACTORS:

1- LACK OF ACTING UPON THEIR KNOWLEDGE; THIS IS ACTIVE DEVIATION FROM THE TRUTH BECAUSE PEOPLE FOLLOW THEIR EXAMPLE

2- CHANGING WHAT ALLAH SAID WHILE INTERPRETING LAWS FOR THEIR OWN BENEFIT

IN ADDITION TO WHAT ALLAH STATED REGARDING THIS CATEGORY OF SCHOLARS, HISTORY CONFIRMS THIS REALITY, SO WE DO NOT NEED TO GO INTO MORE DETAILS.  THE PAST AND THE PRESENT ARE FULL OF EXAMPLES THAT SUPPORT THIS CLAIM:

1ST EXAMPLE:
WHEN JAMAL ABD-AL-NASIR ADOPTED COMMUNISM AND FORCED HIS PEOPLE TO DO SO, SHAYKHS AT AL-AZHAR, (TN:  A PRESTIGIOUS ISLAMIC STUDIES UNIVERSITY IN EGYPT) WHO ARE HISTORICALLY KNOWN FOR DEFENDING ISLAM AND STANDING UP TO TYRANTS, SUPPORTED THIS NEW IDEOLOGY UNDER THE NAME OF ISLAM BECAUSE OF HIS DAILY BROADCASTING PROGRAM "COMMUNISM AND LIFE."  BECAUSE OF THAT, HE MISLED MANY MUSLIMS.

2ND EXAMPLE:

WHEN THE SAME TYRANT DECIDED TO EXECUTE GROUPS OF PREACHERS IN EGYPT (1954) SUCH AS ABD-AL-AQADIR 'AWDAH AND OTHER BROTHERS, AL-AZHAR UNIVERSITY ISSUED A FATWA SAYING, "THESE INFIDELS' REPENTANCE WILL NOT BE ACCEPTED." JAMAL ABD-AL-NASIR PICKED THIS MUFTI AFTER SHAYKH MUHAMMAD KHADHAR HUSAYN REFUSED TO DO SO. THIS IS AN EXAMPLE OF WHAT IS HAPPENING TODAY WITHIN THE GULF STATES AND ITS PREACHERS, SUCH AS SHAYKHS SALMAN AND SAFAR.

FOR EXAMPLE, THESE BAD SCHOLARS HAVE ALLOWED IGNORANCE TO GO ON, OPPRESSED THOSE SPEAKING THE TRUTH, AFFECTED THE PRINCIPLE OF ONENESS (MONOTHEISM) AND HELPED SPREAD THE WRONG TEACHINGS. ALL THIS WAS DONE FOR THE SAKE OF MONETARY GAIN. THESE TYPES OF SCHOLARS HAVE SOLD THEIR LIVES AND HEREAFTER FOR MATERIAL THINGS. ALI BIN TALIB, PEACE BE UPON HIS SOUL, WAS RIGHT WHEN HE SAID, "TWO TYPES OF PEOPLE BREAK MY BACK: DISSOLUTE SCHOLARS AND IGNORANT HERMITS."

RELIGION DISINTEGRATION STEMS FROM TWO TYPES OF PEOPLE: SCHOLARS AND RULERS. BIN AL-MUBARAK, PEACE BE UPON HIS SOUL, SAID, "KINGS AND BISHOPS HAVE RUINED RELIGION."
DISINTEGRATION OF RULERS IS CAUSED BY SCHOLARS' DISSOLUTION, WHICH IS CAUSED BY LOVE FOR MONEY AND MATERIAL THINGS. ABU HAMID DESCRIBED SCHOLARS DURING HIS TIME, "NOWADAYS, GREED HAS KEPT SCHOLARS QUIET; THEIR WORDS CONTRADICT THEIR ACTIONS. IF THEY HAD TRUE INTENTIONS AND AIDED THE TRUTH, THEY WOULD SUCCEED. DISINTEGRATION OF CITIZENS IS CAUSED BY KINGS, WHICH IN TURN IS CAUSED BY SCHOLARS WITH THEIR LOVE OF MONEY AND GLORY. WHOEVER IS CORRUPTED WILL NOT BE ABLE TO HOLD AVERAGE PEOPLE ACCOUNTABLE, SO HOW CAN THEY HOLD KING AND LEADERS RESPONSIBLE?

WHAT HAS BEEN STATED BEFORE CLEARLY SHOWS THAT STANDING UP TO THIS CATEGORY OF BAD SCHOLARS TO UNCOVER THEIR TRUTH AND PLANS IS A PRIORITY IN DEFENDING ISLAM. ISLAMIC SCHOLARS' MUST TAKE THE RESPONSIBILITY TO STAND UP TO THEM. AMONG THOSE WHO DID WERE FAMOUS ONES SUCH AS IMAM AHMAD AGAINST "AL-MU'TAZILA" (TN: ISLAMIC RELIGIOUS SECT), "BIN TAYMIYAH" AGAINST STRAYING GROUPS, AND SHAYKH AL-KHADHAR HUSAYN AGAINST SECULAR COMMUNISM AND EGYPTIAN TYRANTS OF THAT TIME.

RESPONDING TO THIS CATEGORY OF SCHOLARS DOES NOT CORRESPOND TO ADDRESSING MISTAKES MADE BY TRUE SCHOLARS BECAUSE BAD SCHOLARS ARE THOSE WHO ARE AGAINST ISLAM AND ARE NOT FULLY INTEGRATED WITHIN WHAT IS CALLED "PEOPLE OF KNOWLEDGE" WITHIN ITS RELIGIOUS CONTEXT. TRUE SCHOLARS ARE KNOWN FOR SPEAKING THE TRUTH AND NOT BEING AFRAID OF AN UNJUST KING OR INFIDEL RULER. IN ORDER TO AVOID ANY CONFUSION, DISTINCTION BETWEEN THE TWO CATEGORIES MUST BE MADE BEFORE TALKING ABOUT LAWS AND LIMITS OF OBEDIENCE IN ISLAM.

3RD EXAMPLE:
LIMITS OF SCHOLARS' OBEDIENCE AND THEIR GLORIFICATION IN ISLAM:

IT IS EVIDENT THAT MUSLIMS FOLLOW THE RECOMMENDATIONS OF
SCHOLARS.  ALLAH SAYS "OH YOU BELIEVERS, OBEY ALLAH, HIS
MESSENGER AND THOSE IN CHARGE OF YOU."  WE HAVE CLARIFIED EARLIER
THAT OBEYING ALLAH AND HIS MESSENGER CONSISTS OF OBEYING SCHOLARS
BECAUSE THEY ARE THE PROPHET'S SUCCESSORS.  ALLAH SAYS, "ASK
THOSE KNOWLEDGEABLE PEOPLE AMONG YOU, IF YOU DO NOT KNOW."

THERE IS MUCH WRITTEN ABOUT THIS ISSUE.  WHAT WE HAVE MENTIONED
SHOULD BE ENOUGH TO BUILD A FOUNDATION TO OBEY SCHOLARS.  A
MAJORITY OF PEOPLE BELIEVE THAT OBEYING SCHOLARS HAS NO LIMITS.
IT IS A MISTAKE TO THINK SO; IT IS AN EXORBITANT MISTAKE.
SCHOLARS ARE NOT PREVENTED FROM MAKING MISTAKES.  AL-IMAM MALIK
SAID "EVERY JUDGMENT CAN SWAY BACK AND FORTH, EXCEPT THOSE MADE
BY A PERSON IN HIS GRAVE" MEANING THE PROPHET, PEACE BE UPON
HIM."  IF SCHOLARS ARE FORGIVEN FOR MAKING MISTAKES AFTER THEY
RECTIFY THEM, PEOPLE ARE NOT FORGIVEN FOR FOLLOWING THESE
MISTAKES WITHOUT RECTIFYING THEM AS SOON AS POSSIBLE.  BIN MAS'UD
SAID "NO ONE SHOULD IMITATE ANYBODY, IF HE BELIEVES, HE BELIEVES
AND, IF HE DISBELIEVES, HE DISBELIEVES."  IMAM AHMAD SAID "YOU
CAN TELL THAT SOMEONE IS NOT KNOWLEDGEABLE WHEN HE IMITATES
SOMEONE ELSE."

TO LIMIT THIS BLIND IMITATION OF A SCHOLAR, RELIGIOUS LAWS WARN
AGAINST GLORIFYING SCHOLARS MORE THAN WHAT THEY ARE ENTITLED.
THE QURAN SAYS THAT, AMONG OTHER REASONS THAT PEOPLE OF THE BOOK
BECOME DISBELIEVERS, IS THEIR EXAGGERATED GLORIFICATION OF
SCHOLARS SO MUCH SO THAT IT DICTATES RIGHT AND WRONG WITHOUT
CHECKING WHAT ALLAH STATED.  ALLAH SAYS IN HIS HOLY QURAN "THEY
ADOPTED THEIR RABBIS AND PRIESTS AS THEIR GODS."  ADOPTING THIS
APPROACH IS "AL-TIRMIDI" AS OTHERS SAID IN THE HADITH.  MUSLIM
SCHOLARS HAVE WARNED AGAINST FALLING INTO WHAT PEOPLE OF THE BOOK
DID WHEN THEY FABRICATED THINGS.  AMONG THOSE WHO OPENED THE DOOR
BY DEBATING THIS WAS SHAYKH MUHAMMAD BIN ABD-AL-WAHHAB, MAY ALLAH
BLESS HIS SOUL.  IN HIS BOOK "AL-TAWHID" (TN: TERM FOR UNITY), HE
SAID, "THOSE WHO OBEY SCHOLARS AND RULERS IN FORBIDDING THAT WHAT
ALLAH ALLOWS AND VICE VERSA, PERCEIVE THEM AS GODS."

SCHOLARS' OBEDIENCE IS TIED TO THEIR COMMITMENT OF DEFENDING THE
TRUTH.  THE MORE THEY MOVE AWAY FROM SPEAKING THE TRUTH, THE MORE
ANIMOSITY IS GEARED TOWARDS THEM.  THIS IS THE RELIGIOUS TRUE
SCALE THAT CONFIRMED IN WRITING AND BY THE ACTIONS OF PREVIOUS
GENERATIONS.  BECAUSE SCHOLARS ARE PRONE TO MAKING MISTAKES, A
RELIGIOUS STYLE WAS ADOPTED TO CLARIFY THESE MISTAKES, WHICH IS
SUBJECT OF OUR FOURTH EXAMPLE.

4TH EXAMPLE:
RELIGIOUS STYLE IN CLARIFYING THE MISTAKES OF SCHOLARS

REASONS FOR MISTAKES BY SCHOLARS AND THEIR INFLUENCES DIFFER.
FOR THIS REASON, A DETERMINED RESPONSE AND STYLE ARE CHOSEN TO
CLARIFY THESE MISTAKES.  IF THE MISTAKE IS A MINOR, WHERE
EVIDENCE DOES NOT EXIST OR THERE IS A CONFLICT OF EVIDENCE, THEN
DRAWING ATTENTION TO THE CORRECT WAY IS THE APPROPRIATE APPROACH.

HOWEVER, IF THE MISTAKE IS ABOUT RELIGION AND THE "SHARI'AH"
CONFIRMS EVIDENCE, THEN HARSH WORDS ARE NEEDED AND A WARNING OF
HIS (SCHOLAR'S) JUDGMENT GOES INTO EFFECT.  THE PROPHET, PEACE BE
UPON HIM, SAID TO ABI-ZAR, WHEN THE LATTER INSULTED BILAL BY
MENTIONING HIS MOTHER, THE PROPHET SAID, "YOU ARE A MAN OF
IGNORANCE."  HE ALSO SAID TO AL-RAHT, WHO ISSUED A FATWA FOR HIS
FRIEND, WHO DIED, FOLLOWING THE FATWA TO WASH WITH CLEAN SAND OR
EARTH WHEN WATER WAS UNAVAILABLE, "THAT KILLED HIM; MAY ALLAH
KILL THEM, IF ONLY THEY HAD ASKED IF THEY DID NOT KNOW, THE
MEDICINE OF THE IMPOTENT IS TO ASK QUESTIONS."  HE ALSO SAID TO
ABU BAKR AND UMAR, MAY ALLAH BLESS THEIR SOULS, "POWERFUL DURING
PRE-ISLAM, COWARDS IN ISLAM."  BIN ABBAS SAID TO THOSE WHO
CONTRADICT HIS JUDGMENTS ABOUT THE PROPHET FOLLOWING WHAT ABU
BAKR AND OMAR DID, "IT LOOKS LIKE A STONE MIGHT FALL ON YOU FROM
THE SKY, I SAID THE PROPHET SAID THIS AND YOU SAID ABU BAKR AND
OMAR SAID THAT."

PEOPLE OF KNOWLEDGE CONTINUE IN THEIR PERSEVERANCE RESPONDING TO
THESE ISSUES.  IT IS SAID THAT IMAM AHMAD, MAY ALLAH BLESS HIS
SOUL, REFUSED TO SAY HELLO IN RETURN TO IMAM YAHYA ((BIN MU'IN)),
ALLAH BLESS HIS SOUL, WHEN HE VISITED HIM DURING HIS FINAL
MOMENTS.  UNDER PRESSURE FROM ABBASIDS, IMAM YAHYA BIN MU'IN SAID
SOME THINGS THAT CAME FROM MU'TAZILA, AND WHEN IMAM YAHYA(?)
CONCLUDED AMMAR'S SPEECH REGARDING DURESS, IMAM AHMAD DID NOT
ACCEPT IT AND SAID AFTER LEAVING "CONCLUDED WITH AMMAR'S SPEECH."
THERE IS ALSO WHAT IS SAID ABOUT BIN TAYMIYAH - REGARDING HIS
MODERATION WITH THOSE WHO OPPOSED HIM- THAT HE RESPONDED STRONGLY
TO THEM WHEN IT CAME DOWN TO DIFFERENCES ON SIMILAR ISSUES.  HE
SAID ABOUT THOSE WHO STATED THAT TATARS FOUGHT WRONGDOERS NOT
INFIDELS, "HE MADE A GRAVE MISTAKE."

BIN AL-JAZRI, MAY ALLAH BLESS HIS SOUL, COMMENTED ON IMAM ABI
SHAMA'S SPEECH, "BROTHER, LOOK AT THIS POOR AND CONTRADICTORY
WRITING THAT HAS NOT BEEN WELL THOUGHT OF.  I ASKED OUR IMAM ABA
MUHAMMAD BIN MUHAMMAD BIN MUHAMMAD AL-JAMALI AND HE SAID, THIS
BOOK (ABI SHAMA'S BOOK) MUST BE REMOVED.  I SAID, ALLAH IS OUR
WITNESS, WE DO NOT WANT TO UNDERESTIMATE IMAM ABI SHAMA, BUT
RATHER WARN PEOPLE ABOUT THESE MISTAKES."

IMAM NAWAWI SAID THAT IN HIS BOOK "AL-MAJMU'," IT IS NOT THE GOAL
TO EXAGGERATE MISTAKES MADE BY A PERSON, EVEN IF THAT PERSON IS
WELL RESPECTED, BUT INSTEAD, WARN ABOUT NOT FALLING FOR THAT
PERSON'S SPEECH."

WE COULD SAY THAT THESE SOURCES ARE ACCURATE AND SCHOLARS AND COMPANIONS (TN: THOSE WHO ACCOMPANY THE PROPHET AND REPORTED THINGS HE SAID) CLEARLY SHOW THE SEVERITY OF DEALING WITH THOSE WHO OTHERWISE DEVIATE FROM THIS. THE TRUTH SHALL BE FOLLOWED AND A SCHOLAR'S ERRORS SHALL NOT BE PURSUED. AL-SHATIBI SAID, ALLAH BLESS HIS SOUL, A SCHOLAR'S FAULT IS NOT TO BE TAKEN INTO CONSIDERATION BECAUSE IT IS BASED ON CONTRADICTING THE AL-SHARI' (TN: RELIGIOUS LAW). FOR THAT REASON IT IS CONSIDERED AN ERROR."

LENIENCY IN ADDRESSING MISTAKES IS REQUIRED AND SO IS A FIRM STAND. WISDOM IS TO USE THE RIGHT APPROACH AT THE RIGHT TIME.

PREVIOUS TEXTS HAVE SHOWN THE LEGITIMACY OF RESPONDING HARSHLY TO THOSE WHO ARE INCONSISTENT WITH THESE ISSUES. IT IS JUSTIFIED AGAINST THOSE WHO DO NOT SEEK THE TRUTH, BUT RATHER DECIDED ON IT INTENTIONALLY, AFTER IT HAS BECOME CLEAR TO THEM THAT THEY WERE ON THE WRONG SIDE. IT HAS BECOME EVIDENT THAT THEY SERVE RULERS WHO DECIDED TO FIGHT ALLAH. IF THE PROPHET, PEACE BE UPON HIS SOUL, SAID (THEY KILLED HIM MAY ALLAH KILL THEM) ABOUT THOSE WHO ISSUED A FATWA REGARDING THE PERSON WHO WASHED WITH SAND BECAUSE WATER WAS NOT AVAILABLE AND DIED, WHAT SHOULD BE SAID ABOUT THOSE WHO ISSUE FATWAS THAT RESULT IN THE DEATH OF THOUSANDS AND EVEN CAUSE THE ENTIRE UMMAH/NATION TO VANISH.
IT HAS BEEN SAID THAT THEY ALLOW ALLAH'S ENEMIES IN AL-HARAMAYN, JERUSALEM AND PALESTINE. WHAT IS THE RIGHT THING TO SAY TO THEM AS THEY ALIGN THEMSELVES WITH THE JEWS TO FIGHT MUJAHIDIN IN PALESTINE AND OTHER PLACES? BUT WHAT SHOULD BE SAID ABOUT THEM AS THEY COLLUDE WITH BAD RULERS TO BURY THE TRUTH AND STAND UP TO THOSE WHO SPEAK THE TRUTH AMONG THOSE WHO WE THINK OF THEM AS TRUE SCHOLARS, REFORMERS, AND PREACHERS. THEY PARTICIPATED IN WHAT THESE PEOPLE ARE SUFFERING, RANGING FROM PRISON TO OPPRESSION.

THESE PEOPLE, WHO ISSUED FATWAS AND THOSE WHO ALLOWED UNJUST REGIMES TO USE THEM AS SHIELDS, DEFEND THEIR POSITIONS AND DECIDED TO STAND SHOULDER TO SHOULDER WITH THEM IN THE SAME TRENCH, SHOULD NOT FEEL BAD IF AL-SHARI' (TN: RELIGIOUS LAW) DICTATED OR UNCOVERED THE ILLEGITIMACY OF THESE REGIMES AND THE REMOVAL OF THEIR OPPRESSION ON PEOPLE.

THERE MAY BE TIMES WHEN PEOPLE WILL SAY THAT THE REGIMES TOOK ADVANTAGE OF THEM SO THEY (SCHOLARS) COULD ISSUE FATWAS FOR THE BENEFIT OF THESE RULERS. THIS SUGGESTION -IF CORRECT- DOES NOT CHANGE THE DANGEROUS IMPLICATIONS RESULTING FROM THESE FATWAS. THIS MEANS THAT RELIGIOUS LAW MUST REMOVE IT. THIS APPLIES TO THOSE WITH GOOD INTENTIONS WHO HAPPEN TO BE TAKEN ADVANTAGE OF. HOWEVER, THIS DOES NOT BECOME PERMISSIBLE FOR THOSE WHO INTENTIONALLY HAVE REFUSED TO REVERSE COURSE AFTER THE TRUTH CAME OUT AND EVIDENCE WAS ESTABLISHED AGAINST THEM. EVEN IF IT IS

SAID THAT THEY HAVE BEEN TAKEN ADVANTAGE OF, IT IS A PROOF AGAINST THEM OF LOSING ONE OF THE MAIN CONDITIONS OF FATWA, WHICH IS BEING AWARE OF WHAT IS GOING ON.  SO, ISSUING A FATWA WHEN MISSING THIS CONDITION, IS NOT RELIGIOUSLY ACCEPTABLE AND THEY MUST BE REPRIMANDED FOR THAT.

THIS CATEGORY OF SCHOLARS WHO ISSUE THESE FATWAS AND SUPPORT INJUSTICE IS WHAT PUSHED THE MAJORITY OF PEOPLE, WHO FOLLOWED THE TRUTH, TO WITHDRAW THEIR TRUST IN THEM AND CUT OFF THEIR TIES. IT WAS ONE OF THE REASONS OF TENSION BETWEEN THOSE WHO CATEGORIZE SCHOLARS ON THE ONE HAND AND THOSE WORKING FOR ISLAM ON THE OTHER HAND.

SOLVING THIS ISSUE IS THE SUBJECT OF THE FOLLOWING PARAGRAPH.

IV:  THE RIGHT WAY TO RESOLVE THIS ISSUE

TO OVERCOME THIS STAGE OF CURRENT TENSION, THE FOLLOWING MUST BE TAKEN INTO CONSIDERATION.  MOST OF THESE ISSUES SHAYKH DR. NASSER AL-(('UMR)) -MAY ALLAH GRANT HIS RELEASE ALONG WITH OTHER BROTHERS- IN HIS LETTER "SCHOLARS' PIOUSNESS BODIES," CLARIFIED THE SCHOLARS' RESPONSIBILITIES AND SUMMARIZED AS FOLLOWS.  THERE ARE SOME ADDITIONS AND MODIFICATIONS:

1- A SCHOLAR MUST BE A ROLE MODEL NOT ONLY IN HIS KNOWLEDGE BUT ACTIONS AS WELL.  ALLAH SAYS, "YOU ARE ASKING PEOPLE TO DO GOOD DEEDS, BUT YOU FORGET TO DO THEM YOURSELVES.  HOW COULD YOU BE RIGHT?

2- A SCHOLAR NEEDS TO MAKE SURE OF ALL CONDITIONS OF A FATWA.  IF HE IS ASKED TO ISSUE A FATWA, HE NEEDS TO THINK VERY HARD ABOUT THE PURPOSE OF THE PERSON ASKING HIM TO ISSUE IT ALONG WITH ITS CONSEQUENCES.  A SCHOLAR COULD THEN ISSUE HIS FATWA AFTER ALL CONDITIONS HAVE BEEN MET ACCORDING TO AL-SHARI' AND REALITY.

3- A SCHOLAR NEEDS TO BE AWARE OF THE POSSIBILITY OF BEING LED INTO TEMPTATION, EXPLOITATION AND DECEIT, ESPECIALLY BY RULERS WHO DECLARE WAR AGAINST ALLAH.

4- A SCHOLAR NEEDS TO HAVE COURAGE TO SPEAK OUT, NO MATTER WHAT. HIS COURAGE IS WHAT SETS HIM APART FROM OTHERS AS A ROLE MODEL FOR OTHERS.  HE NEEDS TO SAY TO WHOEVER IS/WAS OFFENSIVE, THAT HE IS/WAS WRONG.  PAST SCHOLARS ARE THE PERFECT EXAMPLE.  AMONG THEM ARE, SAID BIN AL-((MUSAYIB)), IMAM AHMAD, AL-AZ BIN ((ABD-AL-SALAM)), BIN TAYMIYAH AND OTHERS.  MAY ALLAH BLESS THEIR SOULS.

5- A SCHOLAR SHOULD STAY AWAY FROM SUSPICIOUS WAYS OF RULERS OF WHICH THE PROPHET, PEACE UPON HIM, AND HIS COMPANIONS HAVE WARNED AGAINST.  THE PROPHET SAID (WHOEVER GETS CLOSER TO RULERS WILL BE

INFATUATED, THE CLOSER A PERSON GETS TO A RULER, THE FARTHER HE
GETS AWAY FROM ALLAH), HADITH REPORTED BY AHMED.  ABU HUDAYFA,
MAY ALLAH BLESS HIS SOUL, SAID "IF YOU SEE A SCHOLAR BY THE
RULER'S DOOR, DOUBT HIS FAITH, THEY WILL NOT TAKE FROM THEIR LIFE
ON THIS EARTH AS MUCH AS THEIR WOULD TAKE FROM THEIR FAITH TWICE
THE AMOUNT."

IF SCHOLARS DO THAT, THEN WE OUGHT TO RESPECT AND HONOR THEM, AS
CLARIFIED AT THE BEGINNING OF THIS REPORT.  THE PROPHET, PEACE
UPON HIS SOUL, SAID, "THERE IS NOT AMONG US THOSE WHO DO NOT
RESPECT OUR ELDERLY PERSONS, BE COMPASSIONATE TO YOUNG ONES AND
RECOGNIZE OUR SCHOLARS." HADITH REPORTED BY AHMAD AND AL-HAKIM.
AS A RESULT, SCHOLARS HOLD A WELL-DESERVED POSITION IN GUIDING
THE UMMAH AND ITS LEADERSHIP IN THE RIGHT DIRECTION.

FINALLY, WE WOULD LIKE TO PRAISE THOSE SCHOLARS FOR THEIR
COURAGEOUS STAND FOR SPEAKING THE TRUTH, SUCH AS SHAYKH SALMAH
AL-(('AWDAH)), SHAYKH SAFAR AL-((HAWALI)), AND OTHER SCHOLARS
WORKING INSIDE AND OUTSIDE OF THE ARABIC PENINSULA.  THEIR
POSITIONS HAVE RAISED THE UMMAH HIGHER AND BROKEN THE ARROGANCE
OF INJUSTICE.  WE ASK ALLAH FOR THEIR RELEASE AND GRANT US ALL
PATIENCE AND GUIDANCE.  ALLAH SAYS, "MAY ALLAH GRANT PATIENCE AND
LET US DIE AS MUSLIMS."

USAMAH BIN MUHAMMAD BIN LADIN

DATE: MAY/6/1995

**PAGE 69 (STATEMENT NO. 16)**

PRINCE SULTAN AND THE AIR AVIATION COMMISSIONS

PRAISE GOD AND PRAYERS AND PEACE UPON THE MOST NOBLE OF PROPHETS
AND MESSENGERS.

OUR DIFFERENCES WITH THE RULING SAUDI REGIME SURPASS IMPORTANT
INCIDENTAL MATTERS LIKE THE ECONOMIC COLLAPSE, ADMINISTRATIVE
CORRUPTION, OPPRESSING THE PEOPLE, AND CONFISCATING THEIR LEGAL
RIGHTS.  THESE DIFFERENCES BECOME MORE IMPORTANT, GREATER, AND
DEEP-ROOTED MATTERS.  IT IS CONCERNED WITH THE BASIC MATTER OF
THE REQUIREMENTS OF MONOTHEISM AND WITNESSING THAT (THERE IS NO
GOD BUT GOD AND THAT MUHAMMAD IS THE MESSENGER OF GOD).  THE
SAUDI REGIME HAS ABANDONED THESE CONCEPTS, AND THUS IT HAS
COMPLETELY LOST ITS LEGITIMACY.  HOWEVER, ON OUR PATH OF REFORM,
WE ARE FACED WITH THE MATTER OF BRINGING THE REGIME'S DANGERS TO
THE ATTENTION OF THE PEOPLE, SUCH AS THE ECONOMIC PROBLEMS THAT
DIRECTLY AFFECT THE LIVES OF THE PEOPLE.  FOR THIS REASON, THIS
STATEMENT HAS BEEN RELEASED.

THE COLLAPSE OF THE SAUDI ECONOMY HAS BECOME APPARENT AND CANNOT

BE CONCEALED EXCEPT BY SOMEONE ARROGANT. ECONOMIC, FINANCE AND BUSINESS EXPERTS INTERNALLY AND ABROAD HAVE AGREED ON THIS FACT. THE BUSINESS CIRCLES REALIZE MORE THAN ANYONE ELSE THAT THE SITUATION LOOKS LIKE IT WILL LEAD TO THE BANKRUPTCY OF THE LARGEST ECONOMIC ESTABLISHMENT AND THE OLDEST BUSINESS FAMILY. THE PROPAGANDA CAMPAIGN BY THIS REGIME TO DENY THIS FACT WILL BE OF NO VALUE. THE REALITY OF THIS COLLAPSE IS NOW TOUCHING THE PEOPLE AND AFFECTING THE BASIC NECESSITIES OF THEIR DAILY LIFE, SUCH AS FOOD, MEDICINE, GAS, ELECTRICITY, FUEL, EDUCATION, AND THE REST OF THE REQUIREMENTS IN GENERAL.

THIS LEVEL OF COLLAPSE IN THE ECONOMY (ASSUMING THAT IT HAPPENS) OF ONE OF THE RICHEST COUNTRIES IN THE WORLD DID NOT OCCUR FOR NO REASON. IN FACT, IT OCCURRED AS A RESULT OF THE ACCUMULATION OF A NUMBER OF FACTORS, EACH OF WHICH IS SUFFICIENT TO DESTROY THE ECONOMY OF THE MOST POWERFUL AND WEALTHIEST COUNTRIES. ONE OF THESE FACTORS IS THE ACCUMULATION OF INTEREST DEBT. GOD DECREED THAT THIS WOULD CAUSE THE DESTRUCTION AND COLLAPSE OF THE ECONOMY OF THOSE COMMITTING IT. GOD SAID, "GOD SHALL DESTROY USURY AND MULTIPLY ALMS."

ALSO AMONG THESE FACTORS IS THE PLUNDERING OF PUBLIC WEALTH BY THE EXECUTORS FROM THE RULING ROYAL FAMILY. AFTER THEY HAD REPEATEDLY PLUNDERED THE STATE BUDGET AND ROBBED ITS TREMENDOUS RESERVES, THEY THEN MORTGAGED ITS OIL AND WEALTH WITH INTEREST DEBTS THAT THEY ALSO PLUNDERED. HERE THEY ARE TODAY - GOING TO THE EXTREME IN THEIR GREED - COMING UP WITH A NEW METHOD TO PLUNDER WHAT IS LEFT IN THE POCKETS OF THE PEOPLE WHO ARE ALREADY SUFFERING FROM HIGH PRICES AND A HIGH COST OF LIVING. THIS METHOD IS REPRESENTED IN THE SELLING OF STATE ESTABLISHMENTS TO THE PUBLIC IN THE NAME OF (PRIVATIZATION). ONE OF THE REGIME'S LATEST MEASURES IN THIS REGARD IS ITS ANNOUNCEMENT THAT IT WILL SELL THE SAUDI AIRLINES TO THE PRIVATE SECTOR. THE REGIME'S OBJECTIVE FROM THIS MEASURE IS ABUNDANTLY CLEAR IN THE FOLLOWING:

FIRST: THE REGIME INTENDS TO GET NEW MONEY FROM THE HANDS OF THE PEOPLE AFTER THE BANKRUPTCY OF THE STATE TREASURY.

SECOND: IT WANTS TO GET RID OF THE LOSSES AND DEBTS THAT THE AIRLINES ASSUMED IN THE PAST, IN ADDITION TO 7.5 BILLION DOLLARS THAT WILL BE ADDED TO THE DEBT IN ORDER TO PURCHASE A NEW FLEET OF AMERICAN-MADE AIRCRAFT FOR THE AIRLINES. THIS COMES DESPITE THE FACT THAT THE AIRLINE DOES NOT NEED TO RENEW ITS FLEET WITH THIS LARGE NUMBER OF AIRCRAFT (60 AIRCRAFTS), IN ADDITION TO THE FACT THAT THIS NUMBER IS NOT THE ACTUAL COST OF THE DEAL.

THE FRENCH PRESENTED AN OFFER THAT CONTAINED SUFFICIENT AND ACCEPTABLE SPECIFICATIONS AT A MUCH LOWER PRICE. HOWEVER, THE COMMISSION OF THE KING AND THE EXECUTOR PRINCES, SPECIFICALLY PRINCE SULTAN, ARE THE REASON BEHIND THIS OUTRAGEOUS INCREASE IN

THE COST.   IN ADDITION, THEY ARE VERY KEEN ON PURCHASING DEAL
BECAUSE THEY KNOW IT WILL PLEASE THE AMERICANS.   IT WILL PROVIDE
20 THOUSAND JOBS TO THE AMERICAN AIRCRAFT INDUSTRY, THUS RESCUING
IT AND KEEPING IT OPERATIONAL FOR FIVE YEARS.   AT THE SAME TIME,
UNEMPLOYMENT HAS BEEN RAMPANT IN THE COUNTRY AMONG COLLEGE
GRADUATES AND YOUTH FOR THE PAST 10 YEARS.

THE STATE OF BANKRUPTCY THAT THE SAUDI AIRLINES AND OTHER STATE
ESTABLISHMENTS ARE IN NOW WAS THE INEVITABLE RESULT OF THE
PRACTICES OF A HANDFUL OF THE KILLER POLITICIANS FROM THE
EXECUTORS OF THE RULING FAMILY WHO CONTROL THESE PUBLIC
ESTABLISHMENTS.   HOW LONG WILL THESE DECEITFUL PEOPLE CONTINUE TO
PLUNDER THE NATION'S WEALTH AND FORCE. FUTURE GENERATIONS TO BEAR
THESE DEBTS IN ORDER TO LAVISHLY SPEND THE NATION'S GENERAL
WEALTH TO SATISFY THEIR PERSONAL DESIRES AND FANCIES?

THESE ESTABLISHMENTS (THE SAUDI AIRLINES AND OTHERS) ARE
CONSIDERED DEAD ECONOMICALLY AND COMMERCIALLY.   IN ORDER TO
CONFIRM THIS FACT, IT IS SUFFICIENT TO REMIND THE PUBLIC THAT THE
STATE AND ITS PRINCES OWE BILLIONS OF SAUDI RIYALS TO THESE
ESTABLISHMENTS.   THIS AMOUNT HAS ACCUMULATED OVER THE PAST
SEVERAL YEARS, AND THERE IS NO HOPE OF COLLECTING IT OR STOPPING
IT IN THE FUTURE UNDER THIS REGIME.   WE DO NOT KNOW WHO WILL BEAR
THE COST OF THE SAUDI AIRLINES AIRCRAFT THAT ARE BEING USED BY
THE PRINCES, AFTER FORCING THE PRIVATE SECTOR TO PURCHASE THEM.
WHO WILL PAY THE COST OF GOVERNMENT AIR TRAVEL VOUCHERS?

THE FINANCIAL LOSS IN PURCHASING THE STOCKS OF THESE
ESTABLISHMENTS IS ABUNDANTLY CLEAR, NOT TO MENTION THE
CONSEQUENCES RESULTING FROM ASSISTING THESE RULERS TO UNJUSTLY
PLUNDER MORE OF THE MUSLIMS WEALTH.

THEREFORE, WE - AS AN OFFER OF ADVICE - WARN EVERYONE OF THE
DANGER OF ENTERING INTO ANY DEAL OF THIS SORT WITH THE REGIME,
BECAUSE THE COMPONENTS OF LOSS ARE CLEAR.   WE ADVISE OUR BROTHERS
WHO ARE WORKING FOR SUCH ESTABLISHMENTS TO BE CONSERVATIVE IN
THEIR EXPENDITURE AND TO LOOK FOR ANOTHER HONORABLE SOURCE OF
LIVING.   MANY OF THEM WILL BE SUBJECT TO LOSING THEIR JOBS AFTER
THE PRIVATIZATION OF SUCH ESTABLISHMENTS.   THIS PRIVATIZATION
COMES AS A RESPONSE AND SUBMISSION BY THE GOVERNMENT TO THE
ORDERS AND INSTRUCTIONS OF THE INTERNATIONAL MONETARY FUND THAT
ARE USUALLY IMPOSED ON ALL COUNTRIES EXPERIENCING ECONOMIC
COLLAPSE.

IN CLOSING, WE PRAY TO GOD TO GOVERN US BY OUR BEST, PROTECT US
FROM OUR VILLAINS, AND GUIDE US TO THE RIGHTEOUS PATH.

DATED:   13/2/1415 AH
CORRESPONDING TO 11 JULY 1995 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 70 (DUPLICATE COPY OF STATEMENT 16 ABOVE)**

**PAGE 71 -79, 89 (STATEMENT NO. 17)**

AN OPEN MESSAGE TO KING FAHD

ON THE OCCASION OF THE LAST MINISTERIAL SHUFFLE
(TN:  THIS PHRASE PROBABLY MEANS CHANGES OR REFORM WITHIN THE
CABINET OR MINISTRY).

PRAISE TO ALLAH AND PEACE AND PRAYERS UPON THE MESSENGER OF ALLAH
AND HIS FOLLOWERS AND ALL WHO FOLLOW HIS GUIDANCE.

TO KING OF NAJAD AND AL-HIJAZ, FAHD BIN (('ABD-AL-'AZIZ)), PEACE
BE UPON THOSE THAT FOLLOW THE GUIDANCE.  THIS IS AN OPEN MESSAGE
THAT WE ARE SENDING YOU, AWAY FROM THE KINGLY COURTESIES AND
TITLES OF GLORIFICATION.  THIS IS A FRANK EXPRESSION TO YOU OF
SOME OF THE THINGS THAT WE CAN RELEASE ABOUT THE GRAVE MATTERS
THAT YOU AND THOSE AROUND YOU HAVE COMMITTED AGAINST THE
ENTITLEMENTS TO ALLAH, HIS RELIGION, HIS CREATURES, HIS COUNTRY,
HIS HOLY PLACES, AND HIS NATION.  WE WILL WRITE TO YOU WITH
CLARITY AND TRUTHFULNESS IN THIS STATEMENT, IN THE HOPE THAT WE
WILL PIERCE THE VEIL WITH WHICH YOU HAVE SURROUNDED YOURSELF SO
THAT YOU DO NOT HAVE TO LISTEN TO THE TRUTH.  WE ALSO HOPE TO
BREAK THROUGH THE WALL THAT YOU HAVE BUILT AROUND YOURSELF THAT
STOPS THE TRUTH FROM GETTING TO YOU.

OH KING:  THE REASON FOR THIS MESSAGE IS TO ADDRESS THE WAYS IN
WHICH YOU AND YOUR INFLUENTIAL PRINCES HAVE DECEIVED THE PEOPLE
AND ATTEMPTED TO PLAY WITH THEIR MINDS.  YOU SOUGHT TO ABSORB
THEIR ANGER AGAINST YOU AND THEIR RESENTMENT FOR YOUR RULE BY
ESTABLISHING MARGINAL AND DECEPTIVE REFORMS, WHICH WERE NOTHING
MORE THAN TEMPORARY SEDATIVES FOR THE PEOPLE'S ANGER AND
TEMPORARY TRANQUILIZERS FOR THEIR RESENTMENT.  ONE OF THE THINGS
YOU ACCOMPLISHED WAS THE ESTABLISHMENT OF AN ADVISORY COUNCIL,
WHICH THE NATION HAD AWAITED FOR THE LONGEST TIME.  BUT THE
PEOPLE'S HOPES WERE DASHED WHEN THE COUNCIL WAS BORN DEAD.  IN
ADDITION, THE MOST RECENT MINISTERIAL SHUFFLE THAT YOU PERFORMED
WAS MARGINAL.  IT DID NOT TOUCH THE TIP OF THE AILMENT OR THE
ROOT OF THE AFFLICTION WHICH IS YOU, YOUR MINISTERS OF DEFENSE
AND INTERIOR, THE PRINCE OF RIYADH, AND THE LIKES OF YOU.

THE REASON FOR THIS IMPORTANT MESSAGE WILL NOT PUSH US TO
OVERLOOK THE TRUE REASON FOR OUR DISAGREEMENT WITH YOU AND THE
BASIS OF THE CONFLICT WITH YOUR REGIME.  THE ESSENCE OF THE
CONFLICT AND ITS BASIS IS NOT WHAT SPRINGS TO MIND WHEN YOU

CONSIDER THE INJUSTICES AGAINST THE BELIEVERS AND HOW YOU CURBED THE RIGHTS OF RELIGIOUS SCHOLARS, PREACHERS, REFORMERS, MERCHANTS, AND TRIBAL SHAYKHS.  YOU WORKED TO SPREAD THIS INJUSTICE DURING YOUR REGIME, AND YOU ALLOWED IT TO CONTINUE AFTER THAT.  YOU GENERALLY EXPOSED THE NATION TO INSULTS ON ITS DIGNITY.  YOU DESECRATED ITS HOLY PLACES, PLUNDERED ITS WEALTH, AND LOOTED ITS RICHES.  ALSO DURING YOUR REIGN, BRIBES AND COMMISSIONS BECAME COMMON PRACTICE.  FAVORITISM, ADMINISTRATIVE CORRUPTION, AND MORAL CORRUPTION HAVE BECOME WIDESPREAD.  YOU LED THE NATION TO AN INCREDIBLE ECONOMIC DECLINE THAT DROVE IT TO THE BRINK OF BANKRUPTCY.  WE SHALL REVIEW SOME OF THESE IMPORTANT MATTERS LATER, AFTER WE REVEAL THE ESSENCE OF OUR DISAGREEMENT WITH YOU.  THE BASIS OF THE PROBLEM IS THAT YOU AND YOUR REGIME STRAYED FROM THE REQUISITES OF MONOTHEISM AND ITS OBLIGATIONS. WE ARE GOING TO RELEASE A RESEARCH PAPER VERY SOON - ALLAH WILLING - THAT WILL ADDRESS THE ISSUE OF YOUR DEVIATION IN MORE DETAIL.  IN THIS MESSAGE, WE WILL SUMMARIZE ONLY TWO ASPECTS OF THE ISSUE:

FIRSTLY: YOUR REGIME CHANGED WHAT WAS SENT DOWN BY ALLAH AND YOUR LEGISLATION OF IT.

THE TEXT OF THE QURAN, THE SUNNA, AND THE SAYINGS OF THE NATION'S SCHOLARS ALL SAY THAT ANYONE WHO LEGISLATES HUMAN LAWS THAT ARE CONTRARY TO THE LAWS OF ALLAH IS AN INFIDEL AND IS OUTSIDE THE FAITH.

(TN:  THE NEXT SEVERAL PARAGRAPHS ARE REFERENCES TO AND INTERPRETATIONS OF THE QURAN.  THE DISCUSSION CAN BE SUMMARIZED BY SAYING THAT THE RULERS OF ISLAMIC STATES MUST RULE BY THE LAWS OF ALLAH, AND NOT BY THE LAWS OF MAN.  IF THE RULERS DO NOT FOLLOW THIS MAXIM, THEN THEY ARE INFIDELS AND ARE OUTSIDE THE MUSLIM FAITH.  THEY SHOULD BE FOUGHT UNTIL THEY RETURN TO THE LAWS OF ALLAH).

SUCH PROOFS FROM THE REVELATION ARE CORRECT AND FRANKLY COMMUNICATED BY SCHOLARS TOWARDS THE AREA OF DISPUTE.  THESE PROOFS SEVER THE DIFFERENCES, SILENCE THE ARGUMENT, AND MUTE THE STUBBORNNESS.  WE COULD HAVE FOUND MORE PROOFS AND COMMUNIQUÉS, BECAUSE THIS TOPIC FORMS THE MAIN SUBJECT IN THE ENTIRE HOLY QURAN, BUT WE DID NOT WANT TO BELABOR THE POINT.  WE THINK THAT WHAT WE HAVE MENTIONED IS SUFFICIENT FOR ONE WHO HAS A HEART OR FOR A PERSON WHO LISTENS AND IS A WITNESS.

WHAT REMAINS IS THAT WE MUST REMIND YOU THAT YOU AND YOUR REGIME ARE PRACTICING THE ARBITRATION OF THESE INFIDEL LAWS, AND YOU ARE BREAKING THE LEGITIMATE LAWS OF ALLAH.  A NORMAL PERSON - APART FROM A SCRUTINIZING RESEARCHER - WOULD NOT HAVE ANY PROBLEM PROVING THAT YOU AND YOUR REGIME HAVE LEGISLATED AND GOVERNED BY POSITIVE LAW AND THAT THE PEOPLE ARE BOUND BY THEM.  A QUICK LOOK

AT THE BULLETIN BOARDS OF TRADE COURTS AND THE INFIDEL LAWS (LAWS THAT LEGALIZE AND ALLOW INTEREST IN BANK TRANSACTIONS, LABOR LAWS, LAWS OF THE ARAB SAUDI ARMY, AND OTHERS) CONFIRMS THE EXTENT TO WHICH THESE INFIDEL LAWS HAVE EXPANDED AND GAINED INFLUENCE IN THE INTERIOR OF THE COUNTRY.

THE MEMORANDUM OF ADVICE MENTIONS THAT THERE ARE SEVERAL LEGAL CENTERS THAT ATTEMPT TO ARBITRATE BETWEEN THOSE WHO ARE USING THE POSITIVIST LAWS, WHICH LEAD TO THE DECAY OF BOTH THE COUNTRY AND ITS FAITHFUL PEOPLE FROM THE INSIDE, AND THOSE WHO GOVERN THE LAND IN ITS FOREIGN RELATIONS.  ONE EXAMPLE IS THE ROLE THESE LEGAL CENTERS TAKE IN ARBITRATING DISPUTES BETWEEN THE STATES OF THE GULF COUNCIL OF COOPERATION.  THE LEGAL GROUPS FACILITATE RESOLUTION BETWEEN THE COUNCIL MEMBERS AND ITS HEAD, THE STATE OF THE CONFESSOR (SAUDI ARABIA).  THESE LEGAL COMMITTEES ARE POSITIVIST AND INFIDEL ASSOCIATIONS, WITHOUT A DOUBT.  THEY ISSUE STATEMENTS DELINEATING THEIR SOURCES AND THEIR LAWS.  FOR EXAMPLE, IN THE NINTH ARTICLE OF THE BASIC SYSTEM, IT SAYS, "THE BODY ISSUES ITS RECOMMENDATIONS AND FATWAHS (TN: LEGAL DECISIONS) ACCORDING TO THE FOLLOWING:  1) - THE BASIC LAWS OF THE COUNCIL OF COOPERATION, 2) - INTERNATIONAL LAW, 3) - WORLD CONVENTIONS, AND 4) - PRINCIPLES OF THE ISLAMIC SHARI'A."  IT GOES ON TO SAY THAT IT FORWARDS ITS DECISIONS TO THE HIGHER COUNCIL TO TAKE APPROPRIATE ACTION AS IT SEES FIT.  WHAT MOCKERY TO THE RELIGION OF ALLAH AND WHAT CONTEMPT TO HIS SHARI'A?

DID YOU NOT HAVE ENOUGH GODLESSNESS AND ERROR?  YOU PLACED ALLAH'S HEAVENLY SHARI'A AND HIS QURANIC LAWS AT THE BOTTOM OF YOUR LIST OF SOURCES FOR YOUR ARBITRATION.  YOU PLACED THE SCUM OF HUMAN POSITIVIST THOUGHTS, THE CUSTOMS AND TRADITIONS OF THE PRE-ISLAMIC EPOCH, AND THE LAWS OF INFIDEL JUDICIAL SYSTEMS ABOVE THE SHARI'A.  YOU PLACED ALL OF THIS AT THE MERCY OF YOUR HIGH COUNCIL SO THAT IT COULD TAKE FROM IT WHATEVER IT PLEASES.

WHAT WOULD THE PROTECTORS OF THE RELIGION, THE GUARDIANS OF THE FAITH, AND THE PREACHERS OF MONOTHEISM SAY IF THEY HAD TO GO BEFORE A JUDGE OF SUCH BODIES AND COURTS, OH SERVANT OF THE TWO HOLY MOSQUES?

THE ANSWER IS AS CLEAR AS THE FOUR O'CLOCK SUN, NO LOITERING, NO STUTTERING, NO FLATTERY.  AS WE HAVE POINTED BEFORE, THIS IS A REVELATION OF DISBELIEF (IN ALLAH) AND EXPULSION FROM THE FAITH, AS PROVED BY THE WRITERS, THE SUNNA, AND THE ENTIRE NATION OF ISLAM.

HERE ARE SOME OF THE FATWAS FROM LEARNED SCHOLARS THAT PROVE THE EXISTENCE OF SUCH LAWS AND HOW THEY CAN BE IMPLEMENTED IN ACCORDANCE WITH THE SHARI'A.

SHAYKH MUHAMMAD BIN-((IBRAHIM)) - MAY ALLAH REST HIS SOUL - WROTE

A MESSAGE ABOUT THE LAWS OF THE TRADE COURTS. IT WAS ADDRESSED TO THE PRINCE OF RIYADH OF HIS TIME, AND HE LEFT A COPY ENTITLED "THE SYSTEM OF THE TRADE COURT IN THE KINGDOM OF SAUDI ARABIA." WE STUDIED ALMOST HALF OF IT AND DISCOVERED THAT IT CONTAINS LEGITIMATE POSITIVIST SYSTEMS BUT NO LEGAL SYSTEMS... SOME OF THE LAWS SAY THAT GOVERNMENT SHOULD BE RUN BY FEWEST PEOPLE POSSIBLE. NO DOUBT THESE LAWS DO NOT SATISFY THE LAWS OF ALLAH AND HIS PROPHET... THIS SORT OF BLASPHEMY AGAINST ALLAH CARRIES YOU AWAY FROM THE FAITH (FROM THE FATWA OF THE SHAYKH 12/251).

IN A MESSAGE ADDRESSED TO THE CHIEF JUSTICE OF THE HIGH COURT IN RIYADH, SHAYKH BIN-IBRAHIM - MAY ALLAH REST HIS SOUL - WROTE ABOUT THE LAW OF THE SYSTEM OF LABOR AND LABORERS THAT IS CONTROLLED BY THE OFFICE OF LABOR AND LABORERS. HE ADDRESSED WHAT THE JUDICIAL COURT FACES. "FROM MUHAMMAD BIN-IBRAHIM TO THE HONORABLE CHIEF JUSTICE OF THE HIGH COURT IN RIYADH, PEACE, MERCY AND BLESSINGS OF ALLAH BE UPON YOU. WE HAVE REVIEWED YOUR LETTER CONCERNING THE TRANSACTIONS THAT CAME FROM THE OFFICE OF LABOR AND LABORERS. THIS LETTER SHOULD BE EARMARKED FOR FOLLOW-UP. IN THIS INSTANCE, I ASK THE COURT TO LOOK INTO IT AND TAKE ACTION ON IT. THE COURT SHOULD LOOK INTO IT AS PART OF ITS INTEGRAL WORKING. THE COURT MAY EXECUTE A DIRECTIVE FROM THE OFFICE OF LABOR, THEN RETURN TO IT LATER TO COMPLETE ACTION ON IT IN ACCORDANCE WITH THE INSTRUCTIONS AND WAYS THAT WERE SENT DOWN BY ALLAH. THE COURT IS NOT PERMITTED TO BE WRAPPED IN THIS DIRECTIVE BECAUSE THAT WOULD BE CONSIDERED NOT ONLY AS CONSENT BY THE COURT, BUT AS HELP TO ARBITRATE IN A WAY THAT IS NOT IN ACCORDANCE WITH WHAT ALLAH HAS REVEALED." CHIEF JUSTICE, 23/10/1379H
(FROM THE FATWA OF THE SHAYKH 12/251).

AND ON THE SAME SUBJECT OF THE LABOR AND LABORERS' SYSTEM, THE SCHOLAR SHAYKH ABDALLAH BIN-((HAMID)), CHIEF JUSTICE - MAY HIS SOUL REST IN PEACE - STATED IN A WELL KNOWN MESSAGE THAT ARBITRATION BY THE LAWS OF THIS REGIME IS AN ERROR AGAINST ALLAH AND CALLS FOR EXPULSION FROM THE FAITH. HERE ARE SOME OF THE FATWAS THAT PROVE THE EXISTENCE OF THESE LAWS AND CONTRAST THEM WITH THE LEGITIMATE LAWS. THERE IS NO REASON FOR DIGRESSION, BECAUSE THE MATTER IS VERY CLEAR.

IT IS WELL KNOWN THAT THERE IS A CLEAR DIFFERENCE BETWEEN THE ONE WHO COMMITS A GRAVE SIN BY ACCEPTING INTEREST KNOWING THAT IT WAS FORBIDDEN AND THE ONE THAT LEGISLATES LAWS THAT ALLOW THIS SIN. FOR EXAMPLE, THE ONE THAT WAS AWARE THAT IT WAS FORBIDDEN TO ACCEPT INTEREST AND GOES AHEAD AND DOES IT, HE HAS COMMITTED ONE OF THE GRAVEST SINS, ALLAH PROTECT US; HOWEVER, THE ONE WHO LEGISLATES THE LAWS THAT ALLOW INTEREST IS AN INFIDEL.

WE DO NOT NEED TO DRAW THE ATTENTION OF THE PEOPLE TOWARDS THE BANK TOWERS THAT DEAL WITH INTEREST. THESE BANK TOWERS RIVAL THE

TOWERS OF THE TWO HOLY MOSQUES AND OPERATE UNDER THE LAWS OF POSITIVISM. (TN:  THE AUTHOR QUOTES THE QURAN TO SUPPORT HIS VIEWS, SAYING THAT PEOPLE DO NOT LISTEN TO THE WORD OF ALLAH).

THE SECOND SIDE:   SUPPORT OF THE INFIDELS AND ANIMOSITY TOWARDS THE MUSLIMS

THE MOST SIGNIFICANT CHARACTERISTIC OF YOUR REGIME'S FOREIGN POLICY IS THAT IT IS TIED WITH THE INTERESTS OF THE WESTERN AND CRUSADER NATIONS AND WITH THOSE MUSLIM COUNTRIES THAT ARE GOVERNED BY TYRANTS.   PROVING THIS DOES NOT REQUIRE TOO MUCH EFFORT.   EVERYONE IS AWARE OF THIS RELATIONSHIP.   YOUR REGIME BOASTS ABOUT PROTECTING THE FAITH AND SERVING THE TWO HOLY MOSQUES.   YET THIS IS THE SAME REGIME THAT ANNOUNCED THE PAYMENT OF FOUR BILLION DOLLARS IN AID TO THE FORMER SOVIET UNION, A COUNTRY THAT HAS NOT YET WASHED ITS HANDS WHICH ARE STILL STAINED WITH THE BLOOD OF THE MUSLIM PEOPLE OF AFGHANISTAN, AND THAT WAS IN 1991.   YOUR REGIME, THE PROTECTOR OF THE FAITH, WAS ALSO THE ONE WHO PAID BILLIONS OF DOLLARS TO THE SYRIAN GOVERNMENT IN 1982 AS A REWARD FOR SLAUGHTERING TENS OF THOUSANDS OF MUSLIMS IN THE CITY OF HAMMAH.   YOUR REGIME WAS THE ONE THAT SUPPORTED THE CHRISTIAN MARONITES OF THE LEBANESE KTAIB PARTY AGAINST THE MUSLIMS OVER THERE.   YOUR (WISE) REGIME WAS THE ONE THAT PAID BILLIONS OF DOLLARS TO THE TYRANNICAL STATE THAT IS GRINDING ISLAM AND THE MUSLIMS IN ALGIERS.   THIS IS THE SAME REGIME THAT SUPPORTED THE CHRISTIAN REBELS IN SOUTHERN SUDAN WITH MONEY AND ARMS.

WITH ALL THESE GREAT THINGS THAT YOUR REGIME HAS ACCOMPLISHED AND THE CRIMES THAT YOU COMMITTED AGAINST THE RELIGION AND THE NATION OF ISLAM, YOUR REGIME SUCCEEDED TO A CERTAIN EXTENT IN DECEIVING SOME OF ITS PEOPLE, AND IT LED THEM AWAY FROM THE TRUTH.   BUT ALLAH WANTED TO UNCOVER THE REAL YOU WITH THE LATEST EVENTS IN YEMEN, WHICH TORE THE LAST OF THE VEILS THAT YOU HAD BEEN USING AS CAMOUFLAGE WHILE MISLEADING YOUR PEOPLE FROM BEHIND IT.   YOUR MILITARY AND POLITICAL SUPPORT OF YEMENI COMMUNISTS WAS THE BACK BREAKER THAT BROKE YOUR BACK POLITICALLY, AND IT WAS THE SHAVER THAT SHAVED YOUR FRIENDSHIP ISLAMISTICALLY…   THE YEMENI EVENTS HAVE REVEALED A TREMENDOUS CONTRADICTION.   YOUR SUPPORT FOR THE AFGHANI MUJAHIDIN WAS NOT FOR THE LOVE OF ISLAM; RATHER IT WAS FOR THE PROTECTION OF THE WESTERN INTERESTS THAT WERE THREATENED BY A RUSSIAN VICTORY OVER THERE.   THE AFGHANI COMMUNIST IS NO DIFFERENT THAN THE YEMENI COMMUNIST, AND THE YEMENI MUSLIM IS NO DIFFERENT THAN THE AFGHANI MUSLIM.   SO HOW DO WE INTERPRET YOUR SUPPORT FOR THE MUSLIMS AGAINST THE COMMUNISTS IN AFGHANISTAN AND YOUR SUPPORT FOR THE COMMUNISTS AGAINST THE MUSLIMS IN YEMEN?!

NO ONE CAN UNDERSTAND THIS CONTRADICTION EXCEPT THOSE WHO KNOW THAT WESTERN AND CRUSADER COUNTRIES DICTATE YOUR POLICIES TO YOU FROM THE OUTSIDE, BECAUSE YOU HAVE TIED YOUR DESTINY WITH THEIR

INTERESTS. FOR THIS REASON, EVEN WHEN YOU SOMETIMES SUPPORT SOME ISLAMIC CAUSES, YOUR MOTIVE - AS WE POINTED OUT - IS NOT YOUR LOVE FOR ISLAMIC CAUSES AND HELPING ITS PEOPLE. YOUR TRUE MOTIVE IS PROTECTING THE INTERESTS OF THE INFIDEL WESTERN COUNTRIES THAT ENCOUNTER THOSE ISLAMIC CAUSES, AS IT HAPPENED IN AFGHANISTAN.

THE PROOF IS THIS: IF ISLAMIC CAUSES CONFLICT WITH WESTERN INTERESTS, YOU HAVE ALWAYS STOOD UP TO SUPPORT THE WESTERN INTERESTS AT THE EXPENSE OF THE PEOPLE WITH ISLAMIC CAUSES. THIS OCCURRED WITH THE PEOPLE OF MUSLIM SOMALIA, WHERE YOU STOOD AGAINST ITS INTERESTS, AND YOU SIDED WITH AMERICAN POLICY. YOU SQUANDERED THE COERCED NATION'S WEALTH AND ITS ESTEEMED MEN. BEFORE AND AFTER THAT, HERE IS THE PALESTINIAN CAUSE THAT IS THE MOTHER OF ALL ISLAMIC CAUSES. YOU BLESSED THE JOURNEY OF NORMALIZATION OF RELATIONS, THE JOURNEY OF BOWING DOWN, AND THE JOURNEY OF FORFEITURE THAT IS BEING FOLLOWED. YOU WENT INTO A SERIES OF PEACE AND SURRENDER ACTIONS THAT WERE ORDAINED TO YOU. YOU VOLUNTEERED TO PAY A LARGE PORTION OF THE OPERATIONAL COSTS DESPITE THE ECONOMIC CRISIS THAT THE COUNTRY WAS EXPERIENCING. YOU DONATED ONE HUNDRED MILLION DOLLARS TO THE SECULAR AUTHORITIES OF YASSER (('ARAFAT)), WHO WAS BROUGHT IN TO ACCOMPLISH WHAT THE ISRAELI OCCUPATION FORCES HAD FAILED TO DO, WHICH WAS REPRESSION OF THE MUSLIM PALESTINIAN PEOPLE, FIGHTING AGAINST ITS JIHAD MOVEMENTS, ESPECIALLY THE HAMAS ISLAMIC MOVEMENT. WHAT STOPPED YOU FROM SUPPORTING 'ARAFAT AND RECEIVING HIM IN RIYADH? IT WAS HIS HOSTILE POSITION TOWARDS YOU, BECAUSE OF HIS SUPPORT OF SADDAM ((HUSSAYN)) DURING THE GULF WAR. YOU SWALLOWED THAT INSULT FROM HIM FOR THE SAKE OF YOUR AMERICAN MASTERS IN ORDER TO ALLOW THE ALLEGED PEACE PROCESS TO MOVE ON.

THERE IS NO DECEPTION IN THIS, EVEN IF YOU WERE NOT PERSONALLY CONVINCED WITH THE ALLEGED PEACE PROCESS. YOU HAVE NO ALTERNATIVE IN FRONT OF YOU EXCEPT FOR COMPLIANCE WITH THE WISHES OF YOUR AMERICAN MASTERS. WHEN PRESIDENT ((CLINTON)) VISITED SAUDI ARABIA, WHY DID HE REFUSE TO VISIT YOU IN RIYADH AND INSIST THAT YOU SUBSERVIENTLY AND INFERIORLY MEET WITH HIM AT THE AMERICAN BASE AT HAFR AL-YATIN? BY BEHAVING THIS WAY, THE AMERICAN PRESIDENT WAS AFTER TWO THINGS! THE FIRST WAS TO CONFIRM THAT THE BASIS OF HIS VISIT WAS HIS FORCES THAT ARE STATIONED ON THAT BASE. THE SECOND WAS TO TEACH YOU A LESSON IN SUBSERVIENCE AND INSULT, SO THAT YOU WOULD KNOW THAT HE WAS IN CHARGE, EVEN INSIDE YOUR ALLEGED KINGDOM, WHICH IN REALITY IS NO MORE THAN AN AMERICAN PROTECTORATE SUBJECT TO AMERICAN LAWS.

THERE IS NO DOUBT AND THERE IS NO DISPUTE AMONG THE SCHOLARS THAT STANDING BY THE INFIDELS AND HELPING THEM AGAINST THE MUSLIMS IS DEFINITELY ONE OF THE VIOLATIONS OF ISLAM. IT WAS MENTIONED BY THE SHAYKH OF ISLAM IBN-((TYMYA)) AND SHAYKH MUHAMMAD BIN ABD-AL-((WAHAB)) IN THE TEN VIOLATIONS OF ISLAM. (TN: THE AUTHOR QUOTES THE QURAN TO SUPPORT HIS POINT OF VIEW, SAYING THAT

STANDING BY THE INFIDELS AND HELPING THEM IS ONE OF THE MAJOR
VIOLATIONS OF ISLAM).

OH KING, WHAT DO THE PEOPLE OF PURE FAITH AND SINCERE MONOTHEISM
SAY ABOUT YOUR INFIDEL ACTS?  WHAT FALSE ARGUMENTS DO THE PEOPLE
THAT DEFEND YOU USE?  (TN:  THE AUTHOR QUOTES THE QURAN TO
SUPPORT HIS POINT OF VIEW, SAYING THAT IF YOU ARGUED FOR THEM ON
THIS EARTH, WHO IS GOING TO ARGUE FOR THEM WITH ALLAH AT THE END
OF THE WORLD).

IT HAS BECOME APPARENT THAT YOUR REGIME IS OUT OF STEP WITH THE
ESSENTIALS OF MONOTHEISM AND THE FAITH WHICH YOU ALWAYS CLAIM TO
PROTECT.  LET US REVIEW YOUR ACCOMPLISHMENTS IN THE RELIGIOUS
FIELD, SINCE WE HAVE UNCOVERED WHO YOU REALLY ARE ON THE SHARI'A
SCALE.

WE WILL DISCUSS THE FOLLOWING POINTS WITH YOU:

FIRSTLY:  THE ECONOMIC SITUATION

THERE IS NO DOUBT THAT WE ARE ALL AWARE OF THE FACT THAT THE
COUNTRY LIES ON A LAKE OF PETROLEUM THAT IS EQUIVALENT TO ONE
QUARTER OF THE WORLD'S RESERVES, AND NO ONE DENIES THE
SIGNIFICANCE OF THIS.  WE ALSO REALIZE THAT THE COUNTRY PRODUCES
ONE THIRD OF THE OPEC OIL PRODUCTION.  IN ADDITION, THE AVERAGE
INCOME OF THE COUNTRY DURING THE PAST FEW YEARS WAS EQUIVALENT TO
ONE HUNDRED MILLION DOLLARS A DAY FROM THE PROCEEDS OF THE
PETROLEUM.  BESIDES THAT, THERE WAS A CASH RESERVE THAT WAS
ESTIMATED AT THE START OF YOUR REGIME TO BE ONE HUNDRED AND FORTY
BILLION DOLLARS, WHICH WAS AT THAT TIME MORE THAN THE RESERVES OF
THE UNITED STATES, BRITAIN, AND FRANCE COLLECTIVELY.

THE COUNTRY WAS DECEIVED BY THE SHADOW OF THE PREVIOUS ECONOMIC
DATA.  WITH THE RELATIVE SCANTINESS OF ITS INHABITANTS, THE
COUNTRY SHOULD HAVE FORMED AN ECONOMIC PHENOMENON (TN:  A VERY
SOUND ECONOMY).  THERE WERE THOSE WHO THOUGHT THAT THE DAY WOULD
NEVER COME WHEN THE ECONOMY OF THE LAND WOULD COLLAPSE, AND THAT
THE COUNTRY WOULD BECOME ONE OF THE MOST INDEBTED COUNTRIES IN
THE WORLD.  BUT YOUR SUICIDAL POLICIES DISAPPOINTED THOSE PEOPLE
AND OTHERS.  LESS THAN A DECADE SINCE YOU ASSUMED POWER, ALL THE
SCALES WERE TURNED UPSIDE DOWN AND EVERYTHING CHANGED.  THE
COUNTRY BECAME INDEBTED BY MORE THAN EIGHTY PERCENT OF ITS
NATIONAL GROSS INCOME.  THE CITIZENS OF A COUNTRY THAT USED TO
HAVE THE BIGGEST CASH RESERVES WERE TRANSFORMED INTO THE CITIZENS
OF A COUNTRY THAT IS THE MOST INDEBTED IN THE WORLD.

THE COLLAPSING ECONOMIC SITUATION HAS PLACED A GREAT BURDEN ON
THE LIFE OF THE CITIZENS AND THE RESIDENTS.  THEIR BACKS ARE
CARRYING A HEAVY WEIGHT IN TAXES AND DUTIES, AND THEIR POCKETS
ARE BEING CHOKED BY THE EXPENSIVE COST OF WATER, ELECTRICITY, AND

FOOD. THE PRICES OF THESE COMMODITIES HAVE GONE SKY-HIGH AND HAVE CRAZILY GONE UP LIKE NOTHING BEFORE. THE EDUCATIONAL SITUATION IS NOT FAR FROM BEING CATASTROPHIC. THE SCHOOLS ARE SUFFERING FROM OVER-CROWDEDNESS IN THE CLASSROOM. THE STUDENTS, TEACHERS, AND ADMINISTRATORS ARE ALSO SUFFERING. WHAT WORSENED THE SITUATION WAS THE INABILITY OF THE MINISTRY OF EDUCATION TO MAINTAIN THE EXISTING CLASSROOMS AND ALSO ITS INABILITY TO BUILD NEW ONES.

THE SITUATION OF THE HOSPITALS IS NOT BETTER THAN THE SITUATION OF THE SCHOOLS. THE GOVERNMENT IS UNABLE TO MAINTAIN THE HOSPITALS. SEVERAL OF THE WINGS OF THE HOSPITALS WERE TRANSFORMED INTO WHAT LOOKS LIKE HUMAN SLAUGHTERHOUSES, IN THE SHADOW OF THE LACK OF MEDICINES AND PROPER MEDICAL CARE, NOT TO MENTION THE INABILITY OF THIS MINISTRY TO BUILD NEW HOSPITALS.

ANOTHER THING THAT WORSENED THE CONDITION OF THE COUNTRY WAS THE INCREASED UNEMPLOYMENT RATE, ESPECIALLY AMONG YOUNG PEOPLE AND COLLEGE GRADUATES. THE NUMBER OF UNEMPLOYED IS ESTIMATED TO BE ONE HUNDRED AND FIFTY THOUSAND. THIS FIGURE KEEPS RISING EVERY YEAR BECAUSE THE JOB MARKET CONTINUES TO SHRINK, OWING TO THE CURRENT ECONOMIC CRISIS THAT CONTINUES TO GO FROM BAD TO WORSE.

WITH THE INTENSIFICATION OF THE CRISIS AND THE WORSENING OF THE SITUATION, ARE YOU AND YOUR GOVERNMENT NOT ASHAMED TO URGE THE PEOPLE TO SAVE ENERGY AND OTHER THINGS AT A TIME WHEN YOUR CONDUCT WAS THE WORST EXAMPLE TO THE CITIZENS, ENCOURAGING THEM TO LAVISH LEVELS OF WASTE? HOW DO YOU URGE PEOPLE TO SAVE ENERGY WHEN EVERYONE CAN SEE YOUR LIGHTED MAGICAL PALACES AND THE AIR CONDITIONING RUNNING DAY AND NIGHT?

HOW DO THE PEOPLE ACCEPT YOUR URGING THEM TO REDUCE THEIR SPENDING WHEN EVERYONE SEES YOUR PALACES THAT FILL THE COUNTRY AND DISTANT PARTS OF THE WORLD? EVERYONE HEARS ABOUT YOUR OVER-STUFFED BANK ACCOUNTS IN THE INTERIOR AND THE EXTERIOR OF THE COUNTRY, FILLED WITH MONEY THAT BELONGS TO THE NATION.

THE SIZE OF YOUR EXPENDITURES OF THE NATION'S MONEY ON THOSE PALACES INSIDE AND OUTSIDE THE COUNTRY, IS INCREDIBLE AND SCARY. THE AMOUNT OF SPENDING IS ESTIMATED TO BE IN THE THOUSANDS OF MILLIONS OF DOLLARS. THE CONVERSATION ABOUT IT IS VERY LENGTHY, AND THE ONE TALKING ABOUT IT DOES NOT KNOW WHERE TO START. DOES HE START WITH THE CITY OF JEDDAH AND THE ARTIFICIAL MAGICAL ISLANDS ON WHICH YOU BUILT THE MOST LUXURIOUS PALACES ON THE WIDEST PIECES OF LAND ON THE COAST? OR SHALL HE START WITH THE CITY OF RIYADH, IN WHICH YOU WERE NOT SATISFIED WITH MERELY BUILDING PALACES ON TOP OF ITS LANDS, BUT YOU ALSO BUILT BENEATH IT? OR SHALL HE START WITH YOUR PALACES IN MUNA, AL-TAIF, AL-HUDA, AL-SHIFA, MECCA "MUKARAMAH," MEDINA "MUNAWARA," AND THE REST OF THE CITIES OF THE COUNTRY? OR DOES HE LEAVE ALL THAT AND

START WITH YOUR PALACES IN ALL THE WORLD'S CAPITALS AND THE WESTERN RESORTS?  YOU HAVE PROBABLY NOT EVEN STEPPED IN MANY OF THOSE PALACES DURING YOUR LIFETIME, AND YOU PROBABLY WILL NOT DO SO IN THE REMAINDER OF YOUR LIFE.

IF THIS TALK CAME FROM ANYONE BESIDES US, MAYBE YOU WOULD DISMISS IT AS A LIE.  BUT YOU KNOW WHO IS TALKING TO YOU, AND YOU KNOW THAT THEY ARE THE MOST KNOWLEDGEABLE WITH ALL THE FACTS WHICH ARE NO LONGER HIDDEN FROM THE PUBLIC, IN SPITE OF ALL YOUR DODGING.

YOUR PASSION, AND THE PASSION OF THOSE AROUND YOU, WAS BUILDING PALACES, AMASSING WEALTH, AND COMPETING AMONGST YOURSELVES.  THAT WAS THE MAIN REASON BEHIND SPENDING MOST OF YOUR TIME AND EFFORT TOWARDS THAT END.  THE COMPETITION BETWEEN YOU HAS TORN DOWN YOUR INTERNAL RELATIONS, AFTER HAFIZAH (TN:  UNCLEAR MEANING, POSSIBLY A PROPER NAME, POSSIBLY A REFERENCE TO THOSE WHO MEMORIZE THE QURAN) EXCITED SOME OF YOU AND ITS ANGER AFFECTED YOU AND THE PRIVILEGED ONES THAT ARE CLOSE TO YOU.  (TN: THE AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET TO PROVE HIS POINT OF VIEW.  "THE SLAVE OF THE DINAR IS MISERABLE, THE SLAVE OF THE DIRHAM IS MISERABLE, THE SLAVE OF MARIGOLD IS MISERABLE, THE SLAVE OF VELVET IS MISERABLE. HE IS SATISFIED IF HE IS GIVEN, AND IF HE IS NOT GIVEN, HE IS MISERABLE AND DETERIORATED.  IF TESTED HE DOES NOT HAVE TO WORRY" (AS NARRATED BY BUKHARI).  THE AUTHOR SAYS THAT THIS STATEMENT APPLIES TO THE KING AND THOSE AROUND HIM).

YOU WERE SQUANDERING AND SPENDING OF THE NATION'S PUBLIC WEALTH, AND THE ONLY THING YOU WERE WORRIED ABOUT WAS YOUR PERSONAL INTERESTS AND THE COMPETITIVENESS BETWEEN THE MEMBERS OF THE RULING FAMILY.  THIS IS ONE OF THE MOST OBVIOUS REASONS THAT THE COUNTRY ENDED UP ON THE BRINK OF BANKRUPTCY, WHICH OCCURRED IN THE SHADOW OF YOUR (WISE) POLICIES.  (TN: THE AUTHOR QUOTES FROM THE QURAN TO PROVE HIS POINT, SAYING THAT THE SQUANDERERS ARE SATAN'S BROTHERS).

THE CURRENT ECONOMIC CRISIS, WITH ALL OF ITS DANGERS, DID NOT COME WITHOUT ADVANCE WARNING.  IT WAS LOADED WITH A NUMBER OF ACTIONS AND MURDEROUS POLICIES THAT YOU AND THE INFLUENTIAL MEMBERS OF YOUR RULING FAMILY COMMITTED.

BESIDES WHAT WE HAVE ALREADY POINTED OUT, SUCH AS THE SQUANDERING AND SPENDING THAT YOU PRACTICE, THE MOST IMPORTANT CAUSES OF THE CURRENT ECONOMIC CRISIS ARE AS FOLLOWS:

1 - YOUR ROLE IN THE TUMBLING OF OIL PRICES:

THE OIL PRICES STARTED THEIR TUMBLE IN THE EIGHTIES, BUT THAT TUMBLING DID NOT PUBLICLY IMPACT THE ECONOMY OF THE COUNTRY UNTIL THE NINETIES.  YOU ALWAYS RESORTED TO THE RESERVE OF THE COUNTRY TO COVER THE CONTINUING BUDGET DEFICIT.  THIS WAS A FOOLISH

POLICY THAT BLED THE COUNTRY'S FINANCIAL RESERVE, AND IT DID NOT
OFFER ANY SOLUTIONS TO END THE CRISIS THAT WAS GETTING WORSE
EVERY DAY.

AS A REMINDER, YOU ARE WELL AWARE THAT YOUR TOTAL SUBORDINATION
AND DEPENDENCE ON WESTERN POLICIES FORCED YOU TO FOLLOW THEIR
DIRECTIONS.  YOU WERE TOLD TO SUPPORT YOUR PREVIOUS FRIEND SADDAM
((HUSSAYN)) WITH TWENTY FIVE BILLION DOLLARS AND WITH INCREASING
OIL PRODUCTION.  THIS FORCED THE PRICE OF OIL DOWN, THUS HURTING
IRAN DURING ITS WAR WITH IRAQ.  THAT HAD A GREAT DEAL OF IMPACT
ON THE TUMBLING OF OIL PRICES TO THE CURRENT LEVELS, WHICH SERVED
THE INTERESTS OF WESTERN CONSUMERS.  ALTHOUGH THE WEST IS CAREFUL
ABOUT NOT KILLING THE SAUDI HEN THAT LAYS BLACK GOLD FOR THEM,
THEY ARE MORE CAREFUL TO KEEP THE PRICE OF THESE EGGS AT THE
LOWEST POSSIBLE LEVEL.

2 - NO EFFORT TO FIND ALTERNATIVE SOURCES OF INCOME:

IT IS COMMON KNOWLEDGE THAT OIL IS A SOURCE OF INCOME THAT IS
SUBJECT TO DEPLETION AND CONSTANT PRICE FLUCTUATIONS.  THE
COUNTRY IS CAPABLE OF DEVELOPING ALTERNATIVE SOURCES OF INCOME
THAT ARE READILY AVAILABLE, BUT YOUR REGIME HAS FAILED TO DEVELOP
THOSE SOURCES.  THE COUNTRY HAS REMAINED TOTALLY DEPENDENT ON THE
PROCEEDS FROM OIL ONLY.

3- THE CRAZY EXPENDITURES ON THE ALLIED FORCES IN THE GULF WAR:

DESPITE THE FINANCIAL PROBLEMS THAT THE COUNTRY WAS GOING THROUGH
DURING THE GULF WAR AND THE FACT THAT DESTROYING THE IRAQI FORCES
AND ITS MUSLIM POPULATION WAS A SET OBJECTIVE OF THE WESTERN
COUNTRIES, THE COALITION FORCES FOUND AN OPPORTUNE TIME TO FLEECE
YOU BY TAKING ADVANTAGE OF YOUR FEAR AND COWARDICE.  THEY
INSISTED THAT YOU PAY THE COST OF THE ENTIRE WAR.  YOU SPENT
APPROXIMATELY SIXTY BILLION DOLLARS ON THAT WAR, WITH THIRTY
BILLION GOING INTO THE POCKET OF THE AMERICANS.  HALF THAT AMOUNT
WENT TO THE COALITION FORCES, AND THE REST OF THE MONEY WAS SPENT
LOCALLY ON COMMISSIONS, DEALS, AND BRIBES.

THE WAR EXPENSES DID NOT END THERE.  YOUR LOYALTY TO THE
COALITION COUNTRIES PUSHED YOU TO COMPLETE OTHER DEALS WITH THEM
AS A REWARD AFTER THE WAR.  THOSE DEALS COST YOU APPROXIMATELY
FORTY BILLION DOLLARS, THE SUPPOSED PRICE FOR MILITARY AND
CIVILIAN DEALS WITH JUST THE AMERICANS.  IN ADDITION, YOU MADE A
DEAL FOR THE PURCHASE OF BRITISH "TORNADO" AIRCRAFT, AS A
COURTESY TO THE PRIME MINISTER OF BRITAIN JOHN ((MAJOR)).  YOU
DID NOT EVEN HAVE THE MANPOWER IN THE SAUDI ARMY TO USE THESE
AIRCRAFT, AS WAS PROVEN DURING THE GULF WAR, NOT TO MENTION THE
AIRCRAFT'S UNWORTHINESS, AS ATTESTED TO BY A TECHNICAL COMMITTEE
IN THE ARMY.  WE WILL PROVIDE MORE DETAILS ON THIS SUBJECT LATER.

INSTEAD OF ESTABLISHING A BENEFICIAL POLICY TO AVERT THE
SITUATION AND TO CORRECT THE ECONOMIC COLLAPSE, YOU AND YOUR
REGIME HAVE UNDERTAKEN SUICIDAL POLICIES THAT MADE THINGS WORSE.
THESE POLICIES ARE AS FOLLOWS:

1)   DEPLETION OF THE NATION'S FINANCIAL RESERVE IN THE EXTERIOR:

WE PREVIOUSLY MENTIONED THAT THE FINANCIAL RESERVE OF THE NATION
IN THE EXTERIOR WAS ESTIMATED TO BE APPROXIMATELY ONE HUNDRED AND
FORTY BILLION DOLLARS AT THE START OF YOUR REGIME.  THE NATION'S
ANNUAL INCOME AT THAT TIME WAS ESTIMATED TO BE NINETY-SEVEN
BILLION.  YOU CAN IMAGINE WITH US THE DEGREE OF STUPIDITY IN
SPENDING, IF YOU RECALL THAT THIS RESERVE WAS COMPLETELY DEPLETED
AFTER ONLY SEVEN YEARS.

2)   BORROWING WITH INTEREST FROM LOCAL AND INTERNATIONAL BANKS:

YOU HAVE BEEN WARNED THAT DEALING WITH INTEREST IS AN OFFENSE
AGAINST ALLAH (TN:  THE AUTHOR QUOTES FROM THE QURAN TO MAKE HIS
POINT, SAYING THAT WHEN YOU ARE DEALING IN INTEREST, ALLAH AND
HIS PROPHET ARE AGAINST IT).  ALSO, THE FACTS HAVE PROVEN THAT
THE SYSTEM OF BORROWING WITH INTEREST THAT THE BANKS OFFER TO THE
PUBLIC MAKES THE POOR POORER, DAY AFTER DAY.  DESPITE BOTH OF
THESE CONSIDERATIONS, YOU AND YOUR REGIME HAVE DROWNED THE NATION
IN A SEA OF DEBT, AND THERE ARE NO SIGNS ON THE HORIZON THAT
SHOWS ANY POSSIBILITY OF GETTING RID OF THAT DEBT.  THE NATION
CANNOT EVEN PAY JUST THE INTEREST CHARGES ON THE DEBT.  TO GIVE
YOU AN EXAMPLE OF THE SIZE OF THOSE LOANS, IN 1991 ALONE, YOU
BORROWED TENS OF BILLIONS OF DOLLARS FROM LOCAL AND INTERNATIONAL
BANKS.  THESE LOANS, WITH THEIR COMPLEX INTEREST RATES, BECAME
DUE IN 1994, AND THE COUNTRY WAS UNABLE TO MEET ITS OBLIGATIONS.
THIS MEANS THAT REPAYMENT OF JUST THE INTEREST IS GOING TO REMAIN
A HEAVY BURDEN ON THE COUNTRY'S BUDGET, PROHIBITING YOU FROM
REPAYING THE ORIGINAL LOAN.  THUS YOU ARE HOLDING THE FUTURE OF
THE NATION AND ITS FUTURE GENERATIONS CAPTIVE IN THE HANDS OF
INTERNATIONAL INSTITUTIONS WHOSE INFLUENCE DOES NOT STOP IN THE
ECONOMIC DOMAIN OF THE INDEBTED NATIONS.  THEIR INFLUENCE EXTENDS
TO THE POLITICAL DOMAIN OF THOSE NATIONS AND CONTROLS THEIR
POLITICAL DECISIONS.

THIS DOES NOT INCLUDE THE TWO HUNDRED BILLION RIYALS THAT THE
GOVERNMENT OWES TO MORE THAN THREE THOUSAND MERCHANTS AND
CONTRACTORS, WHICH THE GOVERNMENT IS HAVING A HARD TIME REPAYING.

WITH YOUR BEHAVIOR, YOU HAVE BROKEN EVERY STATISTICAL RECORD IN
SQUANDERING AND SPENDING OF THE PUBLIC FUNDS.  YOU HAVE SURPASSED
THOSE BEFORE YOU AND THOSE WHO WILL COME AFTER YOU.  SO, OUR
CONGRATULATIONS TO YOU ON SUCH ACCOMPLISHMENT!  THIS IS NOT
UNEXPECTED OF YOU.  PEOPLE LIKE YOU DO NOT CARE ABOUT THE FUTURE
OF THEIR COUNTRY AS MUCH AS THEY CARE ABOUT FULFILLING THEIR

PERSONAL DESIRES AND THEIR SELFISH WHIMS.  AS YOU WERE CONDUCTING THAT BEHAVIOR, YOU JOINED MEAN SUCH AS THE SHAH OF IRAN, MARCUS OF THE PHILIPPINE, TCHACHISKU OF ROMANIA, AND OTHERS WHO SUCKED THE BLOOD OF THEIR PEOPLE AND WHO DID NOT CARE ABOUT THE FATE OF THEIR COUNTRIES.

THE NATION IS TRULY PASSING THROUGH ITS MOST DANGEROUS ECONOMIC CRISIS.  THE FIRST CRISIS WAS IN 1964/65, WHICH WAS DUE TO THE ANARCHICAL MANAGEMENT OF KING SA'UD.  THIS CRISIS WAS ENDED BY HIS REMOVAL FROM THE THRONE.  THE SECOND ECONOMIC CRISIS WAS IN 1986, AND IT WAS DUE TO THE SUDDEN COLLAPSE OF OIL PRICES.

THE FIRST CRISIS WAS SOLVED BY THE REMOVAL OF KING SA'UD AND HIS COURT FROM OFFICE, AND THE SECOND CRISIS WAS HANDLED BY RESORTING TO THE COUNTRY'S ENORMOUS FINANCIAL RESERVES AT THAT TIME.  IN LIGHT OF THE TOTAL DEPLETION OF THE COUNTRY'S FINANCIAL RESERVES, AND THE LOSS OF ITS CREDIBILITY INSIDE AND OUTSIDE THE COUNTRY, THERE DOES NOT SEEM TO BE ANY PROMISE THAT WE WILL FIND RELIEF FROM THE CURRENT CRISIS IN THE FORESEEABLE FUTURE.

YOU WERE UNABLE TO HANDLE THE CRISIS AT THE TIME WHEN THE COUNTRY HAD A FINANCIAL RESERVE ESTIMATED AT ONE HUNDRED AND FORTY BILLION DOLLARS AND DID NOT HAVE ANY DEBTS.  THIS IS PROOF THAT YOU WOULD EVENTUALLY FAIL IN YOUR EFFORTS TO TREAT THE CRISIS AFTER ALL THE RESERVE WAS DEPLETED AND THE COUNTRY WAS DROWNING IN ROUGH SEAS FROM THE LOAN INTEREST.  THE POET SAID:  IF YOU ARE UNABLE TO MANAGE WHEN THINGS ARE UNDER CONTROL, THEN MANAGING WHEN THINGS ARE NOT UNDER CONTROL IS NOT GOING TO HAPPEN.

IT IS NOT BENEFICIAL THAT YOUR MASS MEDIA HAS LED THE PEOPLE ASTRAY AND MADE THEM THINK THAT THE CRISIS IS ALMOST OVER.  THE LIES THAT YOUR MASS MEDIA SPREADS ARE NOT DECEIVING A NATION WHOSE AWARENESS HAS REACHED A LEVEL WHERE SUCH EXPOSED LIES ARE NOT BELIEVED.

YOUR SENSELESS SPENDING OF THE NATION'S WEALTH AND YOUR SQUANDERING AND WASTING IT AND LYING ABOUT IT, HAS ALL OF THE QUALITIES FOR WHICH ALLAH WOULD PASS JUDGEMENT.  (TN:  THE AUTHOR QUOTES THE QURAN TO MAKE HIS POINT, SAYING THAT ALLAH DOES NOT GIVE GUIDANCE TO A SENSELESS SPENDER WHO IS A LIAR, BUT ALSO A MERE COMMON PERSON.  BUT A LYING KING WILL GET A LOT MORE PUNISHMENT FROM ALLAH THAN A LYING COMMON PERSON).

(TN: THE AUTHOR PROVIDES FURTHER QUOTES FROM THE SAYINGS OF THE PROPHET, DISCUSSING THE THREE TYPES OF PEOPLE THAT ALLAH WILL NOT TALK TO ON JUDGMENT DAY.  ALLAH WILL NOT COMMEND THEM, HE WILL NOT LOOK AT THEM, AND THEY WILL RECEIVE PAINFUL PUNISHMENT.  THESE THREE TYPES OF PEOPLE ARE AN ADULTEROUS SHAYKH, A LYING KING, AND AN ARROGANT DESTITUTE).

IN LIGHT OF THE PREVIOUS FACTS, IT SEEMS THAT THE CRISIS OF KING
SA'UD WAS SOLVED BY REMOVING HIM FROM POWER, AND THAT WAS THE
BEST OF THE BASIC SOLUTIONS THAT WERE OFFERED.

YET THE ONLY SOLUTIONS THAT YOU HAVE LEFT TO CHOOSE FROM ARE AS
BITTER AND HARSH AS THEY ARE USELESS AND INEFFECTIVE.  ARE YOU
GOING TO DEPEND ON REDUCING THE INTEREST, FOR EXAMPLE?  THIS
ACTION COULD GIVE TEMPORARY RELIEF, ALTHOUGH THIS STEP HAS
POLITICAL IMPACTS THAT ARE MORE DANGEROUS THAN THE ECONOMIC
EFFECTS.  ARE YOU GOING TO RISK YOUR AMBITIOUS POSITION OF
LEADING THE COUNCIL OF COOPERATION AND DEVALUE THE RIYAL AGAINST
OTHER WORLD CURRENCIES?  YOUR POLITICAL AMBITION AND YOUR LOVE OF
LEADERSHIP PROHIBITS YOU FROM DOING THAT.  THIS IS ESPECIALLY
TRUE BECAUSE LEADING THOSE NATIONS IS A DREAM OF YOURS THAT WAS
DISPELLED DUE TO YOUR FAILURE TO ACHIEVE ANY RESPECTABLE STATUS
IN THE ARAB AND ISLAMIC WORLD.  THIS IS SOMETHING THAT THE NATION
TALKED ABOUT AND HOPED TO RESUME THAT LEADERSHIP ROLE DURING THE
REIN OF KING FAISAL.  OR ARE YOU GOING TO RAISE TAXES AND IMPOSE
MORE DUTIES ON THE CITIZENS AND RESIDENTS, IN ORDER TO SAVE MORE
MONEY FOR THE TREASURY OF A BANKRUPT NATION?  THIS STEP, NO
DOUBT, WILL BE SUCCESSFUL IN SAVING PART OF THE LIQUIDITY, BUT
ITS POLITICAL TAILS WILL PROHIBIT YOU FROM CONTINUING WITH IT TO
THE END.  THE CITIZENS ARE COMPELLED TO KEEP QUIET ABOUT HOW YOU
SQUANDERED THE NATION'S PUBLIC WEALTH.  HOWEVER, THEY WILL NOT BE
SILENT WHEN THEY SEE THEIR TAXES AND DUTIES, PAID FOR WITH THE
SWEAT OF THEIR BROWS, BEING SPENT TO SATISFY THE PLEASURES AND
DESIRES OF THE RECKLESS INFLUENTIAL MEMBERS OF THE RULING FAMILY.

ANOTHER SOLUTION REMAINING IN FRONT OF YOU IS THE SALE OF
GOVERNMENT PROPERTIES TO THE PRIVATE SECTOR.  ALTHOUGH YOU HAVE
TAKEN SOME STEPS TOWARDS THAT PURPOSE, THERE ARE SOME
DIFFICULTIES FACING YOU, WHICH WE APPRECIATE FROM OUR END.
EMBARRASSMENT AND INSULTS WILL FOLLOW YOU FOR SELLING THIS
PROPERTY, THESE ITEMS THAT YOU CONSIDER TO BE FURNITURE AND PART
OF YOUR PRIVATE RESIDENCE.  ANNOUNCING THE SALE OF THIS FURNITURE
IS MAKINGS THE DEGREE OF YOUR BANKRUPTCY PUBLIC.  SUCH MATTERS
ARE APPRECIATED AND CONSIDERED BY THOSE WHO ARE AWARE OF YOUR
GREAT CONCERN FOR POMP, APPEARANCES, ARROGANCE, AND SELF-DECEIT.
YOUR PROBLEM IN THESE PARTIAL SOLUTIONS WITH THEIR BITTERNESS AND
HARSHNESS IS FOR YOU THE BETTER OF THE TWO MATTERS.  THE FIRST
THING THAT THE ROOT SOLUTION WILL ADDRESS IS ERADICATING THE
CAUSES OF THE CRISIS, AND AT THE TOP OF THESE CAUSES IS THAT FACT
THAT YOU ARE IN CHARGE OF THE GOVERNMENT.  THE DIFFICULT PARITY
IS THAT YOUR STAYING WILL BE THE CAUSE OF YOUR EXTINCTION, AND
YOUR CONTINUING ON WILL BE THE CAUSE OF YOUR END.

SECONDLY: THE MILITARY SITUATION:

PERHAPS YOU WOULD AGREE WITH US THAT THE ARMY OF THE NATION HAS
FOR DECADES CONSUMED ONE THIRD OF THE NATIONAL BUDGET.  AT THE

SAME TIME, A NUCLEAR POWER LIKE FRANCE SPENDS ONLY ONE PERCENT OF ITS BUDGET ON ITS ARMY. YOU WOULD ALSO AGREE WITH US THAT DESPITE THESE ASTRONOMICAL FIGURES THAT WERE SPENT ON THE ARMY, THE TRUTH IS THAT IT IS NOTHING BUT HEAPS OF WEAPONS AND EQUIPMENT, WITH NO HUMAN RESOURCES TO USE THEM AND THERE IS NO GLUTTONY IN THAT. WHAT WAS SPENT ON THIS ARMY WAS NOT SPENT TO STRENGTHEN AND PREPARE IT. INSTEAD IT WAS AN EXPENSE THAT BECAME A SOURCE OF INCOME FOR THE INFLUENTIAL PRINCES. IT BECAME A PUMP OF COMPENSATIONS TO PROTECT YOUR THRONE AND YOUR WESTERN MASTERS, WITH WHOM YOU HAVE STRUCK MANY DEALS AS A TAX OF HUMILIATION AND SUBORDINATION TO THEM. AN EXAMPLE OF THAT WAS BUYING SEVENTY F-15 AIRCRAFT FROM AMERICA TO SUPPORT GEORGE ((BUSH)) IN HIS ELECTION CAMPAIGN AFTER THE GULF WAR.· NEXT CAME THE DEAL OF THE SAUDI ARABIAN AIRLINE FLEET AND THE DEAL TO EXPAND THE TELEPHONE SYSTEM FOR THE SAKE OF ((CLINTON)), WHO LOST BECAUSE OF YOUR SUPPORT TO HIS COMPETITOR GEORGE BUSH (TN: INCORRECT HISTORY). YOU ALSO BOUGHT 48 TORNADO AIRCRAFT FROM BRITAIN FOR THE SAME REASONS.

AND IF WE REALIZE WHAT WAS BEHIND THOSE DEALS, THEN WE WOULD REALIZE THE SECRET OF THE SHAMEFUL ACTION BY THE MINISTER OF DEFENSE DURING THE GULF WAR.

THE AIR FORCE, WHICH POSSESSES FIVE HUNDRED FIGHTER PLANES, DID NOT PERFORM ANYTHING WORTH MENTIONING DURING THE WAR EXCEPT DOWNING TWO IRAQI AIRCRAFT THAT WERE FLYING WITHOUT AIR COVER!

AS FOR THE NAVY, WHICH OWNS THIRTY SHIPS INCLUDING TWENTY MISSILE LAUNCHERS, THEY DID NOT FIRE A SINGLE SHOT DURING THE WAR. THE REGULAR ARMY DID NOT FARE ANY BETTER THAN THE PREVIOUS TWO. IN ORDER TO PREPARE ONE BRIGADE OF ARMORED CARS, THEY HAD TO BRING THE REQUIRED TECHNICIANS FROM PAKISTAN. THAT IS HOW THOSE BILLIONS OF DOLLARS THAT WERE SPENT ON THIS ARMY WENT WITH THE WIND.

IT IS BEWILDERING WHEN YOU LOOK AT THE INCREDIBLE NUMBER OF DOLLARS THAT WERE SPENT ON THE MINISTRY OF DEFENSE, WHICH IS HEADED BY THE OLDEST MINISTER OF DEFENSE IN THE WORLD, PRINCE SULTAN. HE HAS TAKEN CARE OF IT FOR THE PAST THIRTY-TWO YEARS, AND HE IS STILL ASKING FOR THE OPPORTUNITY TO PROVE HIS QUALIFICATIONS AFTER HIS FAILURE THAT WAS UNCOVERED BY THE GULF WAR.

IN ORDER TO GET A COMPARATIVE VIEW OF THE AMAZING EXPENDITURES OF THIS MINISTRY, WE SHOULD NOTE THAT CITIZENS OF THE ARABIAN PENINSULA HAVE BORN THE SPENDING OF ITS ARMY MORE THAN WHAT CITIZENS OF TEN OTHER COUNTRIES HAVE BORN. THESE COUNTRIES ARE THE UNITED STATES OF AMERICA, GERMANY, ITALY, EGYPT, ROMANIA, POLAND, SPAIN, ECUADOR, URUGUAY, AND IRELAND. IN 1992, THE CITIZENS OF THE PENINSULA SPENT MORE THAN THE CITIZENS OF THOSE

TEN COUNTRIES COLLECTIVELY, TAKING INTO CONSIDERATION THAT AMONGST THEM ARE NUCLEAR POWERS WHO ARE MEMBERS OF NATO.  WE ALSO FOUND ANOTHER AMAZING COMPARISON.  MORE MONEY HAS BEEN SPENT ON EACH MEMBER OF THE ARMED FORCES IN THE ARABIAN PENINSULA THAN WHAT WAS SPENT COLLECTIVELY ON A MEMBER OF THE ARMED FORCES IN THE FOLLOWING NINE COUNTRIES: THE UNITED STATES OF AMERICA, GERMANY, BELGIUM, ARGENTINE, CHINA, IRAN, THE ENEMY ISRAEL, SOUTH KOREA, AND TANZANIA.

OH KING, DON'T YOU THINK THAT IT IS OUR RIGHT TO ASK YOU WHERE ALL THAT MONEY WENT?  YOU DO NOT HAVE TO ANSWER, BUT IF YOU KNEW THE RATIO OF COMMISSIONS AND BRIBES THAT YOU AND YOUR INFLUENTIAL PRINCES RECEIVED (AND ON TOP OF ALL OF THEM IS THE MINISTER OF DEFENSE SULTAN) FROM COMPANIES THAT SELL WEAPONS, CONTRACTS FOR BUILDING CITIES AND MILITARY BASES.  WE WILL NOT BURDEN OURSELVES TO ASK ABOUT THE FATE OF THE REST OF THE MONEY THAT WAS SPENT. IT BECOMES OBVIOUS THAT YOU AND THE BAND OF INFLUENTIAL PRINCES SEIZE BETWEEN 40 TO 60 PERCENT OF THE VALUE FROM EVERY DEAL.

THE GREATER PERCENTAGE OF THE BALANCE OF THE MONEY IS SPENT ON BUILDING MILITARY BASES AND FACILITIES THAT ARE WAY TOO BIG FOR THE SIZE OF THE NATION'S ARMY AND ITS QUALIFICATIONS.  IT TELLS US SOMETHING THAT THESE FACILITIES WERE NOT BUILT FOR YOUR ARMY, BUT FOR THE USE OF THE AMERICAN AND WESTERN FORCES THAT ARE ALREADY STATIONED IN SEVERAL OF THEM.  SPEAKING OF THESE FORCES, DON'T WE HAVE THE RIGHT TO ASK ABOUT THE REASON THAT THEY HAVE STAYED SO LONG, WITH ALL THEIR AMAZING NUMBERS AND EQUIPMENT, IN THE LAND OF THE TWO MOSQUES?  IS IRAQ STILL AN EMINENT THREAT TO YOUR THRONE, EVEN AFTER THE DESTRUCTION OF ITS FORCES AND THE STARVING OF ITS PEOPLE?  ALL THE FACTS ATTEST TO THE OPPOSITE. THE DANGER IS NOT FROM A BROKEN AND STARVING IRAQ, BUT FROM THE ISLAMIC DANGER IN THE INTERIOR AS THE EXPERTS SAY.  THE COUNTRY IS EXPERIENCING AN ESCALATING BLESSED ISLAMIC AWAKENING IN ALL CIVILIAN AND MILITARY SECTORS.  THERE IS NO GOOD REASON FOR THE ARMY TO BE CRIPPLED AND INCAPABLE WHEN IT IS SUPPOSED TO BE PROTECTING THE ISLAMIC COUNTRIES, DEFENDING THEIR CAUSES, AND PROTECTING THE HOLY LANDS.  IT IS UNIMAGINABLE TO KEEP QUIET AND HAVE THIS LAND BECOME AN AMERICAN PROTECTORATE, SO THAT THE SOLDIERS OF THE CROSS DEFILE IT WITH THEIR UNCLEAN FEET TO PROTECT YOUR TUMBLING THRONE AND THE SOURCES OF OIL IN THE KINGDOM.

OH KING, IN LIGHT OF CURRENT EVENTS, IS IT NOT THE RIGHT OF THE NATION TO QUESTION WHO IS RESPONSIBLE FOR THE SHAKING OF THE PEACE AND THE CAUSE OF CONFUSION?  IS IT THE SYSTEM THAT DELIVERED THE COUNTRY TO A CONDITION OF CHRONIC MILITARY CRIPPLING IN ITS EFFORT TO TOLERATE THE CRUSADER AND JEWISH FORCES WHO ARE DEFILING THE HOLY PLACES?  IS THE SYSTEM RESPONSIBLE?  OR IS IT THE PROPAGANDIST THAT CALLS THE NATION TO ARMS SO THAT IT CAN TAKE CARE OF ITSELF AND HAVE THE HONOR OF

PROTECTING ITS RELIGION AND DEFENDING ITS HOLY PLACES AND
DEFENDING ITS LAND AND ITS REPUTATION?

THE TRUTH IS THAT YOU AND YOUR DEFENSE MINISTER ARE TO BLAME IN
THIS MATTER, NOT THE MEMBERS OF THE ARMY OR THE GUARD, WHOSE
GOODNESS, GALLANTRY, AND BRAVERY HAVE BEEN WITNESSED BY MANY.
YOU WERE AFRAID OF BRINGING IN ANY REFORMS TO THE ARMED FORCES
AND OF PLANTING SPIES IN THEIR MIDST.  YOU WERE ALWAYS AFRAID
THAT ANY COORDINATION BETWEEN THE ARMED FORCES (LAND, SEA, AND
AIR) WOULD BRING REFORMS AGAINST YOU, AND THAT WAS THE REASON WHY
YOU WOULD NOT ALLOW ANY COORDINATION BETWEEN THEM, NOT EVEN
ALLOWING THEM TO GET TO KNOW ONE ANOTHER.  ALL OF THIS DESPITE
THE FACT THAT COORDINATION WAS ESSENTIAL FOR ANY SUCCESSFUL
MILITARY OPERATION.  THE PRICE FOR PRESERVING YOUR THRONE AND
YOUR PUSHING AWAY ILLUSIONS OF FEAR THAT FOLLOW YOU IS WHAT
AFFLICTED THE NATION AND ITS CITIZENS WITH SHAME, DISGRACE, AND
COLLAPSE BECAUSE OF THE GULF WAR.

SUMMARY AND CONCLUSIONS:

OH KING, WE HAVE PROVEN ABOVE THAT YOUR REGIME HAS COMMITTED SINS
AGAINST ISLAM THAT NEGATE ITS GUARDIANSHIP IN THE EYES OF ALLAH.
WE PROVED THE RAPID FAILURE AND REPULSIVE CORRUPTION THAT MUST BE
ISOLATED FROM THE PEOPLE.  WE LISTED THE INFIDEL LAWS THAT YOUR
REGIME LEGISLATED AND FORCED THE PEOPLE TO BE JUDGED BY.  WE
SHOWED ITS SUBORDINATION TO THE INFIDELS.  ITS SUPPORT OF THE
INFIDELS AGAINST THE MUSLIMS IS A SIN AGAINST ISLAM.  THEREFORE,
THAT REGIME MUST BE ISOLATED AND DEALT WITH.

ITS REPULSIVE CORRUPTION AND UGLY FAILURE IN THE AREAS OF
DEFENSE, ECONOMICS, AND OTHERS HAS PROVEN THE KING'S INABILITY TO
RUN THE NATION, EVEN IF HE HAD NOT SINNED AGAINST ISLAM AND BEEN
REJECTED BY THE RELIGION.  OH KING, YOU HAVE BROUGHT DOWN ON THE
PEOPLE EVIL THINGS THAT THEY NEED PROTECTION FROM, AND THAT IS
NON-BELIEF IN ALLAH AND POVERTY.

AMONG WHAT WE PRESENTED, IT IS APPARENT THAT THE DIFFERENCE
BETWEEN THE YOUR REGIME AND THE NATION LED BY THE RELIGIOUS
SCHOLARS, PREACHERS, REFORMERS, MERCHANTS, AND TRIBAL SHAYKHS IS
NOT ONE OF DISAGREEMENT OR PASSING CONFLICT.  RATHER IT IS A
STRUGGLE THAT IS ROOTED BETWEEN TWO SYSTEMS AND A DEEP STRUGGLE
BETWEEN TWO IDEOLOGIES.  IT IS A STRUGGLE BETWEEN A GODLY SYSTEM
THAT IS WHOLE AND THAT PLACES ALL MATTERS IN THE HANDS OF ALLAH.
(TN:  THE AUTHOR QUOTES FROM THE PROPHET'S SAYINGS TO PROVE HIS
POINT, SAYING THAT MUSLIMS PLACE EVERYTHING IN THE HANDS OF
ALLAH).

BASED ON WHAT WAS PRESENTED, THE NATION WITH ITS RELIGIOUS
SCHOLARS, REFORMERS, MERCHANTS, AND TRIBAL SHAYKHS AT THE FRONT
ARE GOING TO GO AGAINST YOUR REGIME.  IT WILL NEVER BE CONSIDERED

AS A PROHIBITED ABANDONMENT OF THE RULERS, BECAUSE YOUR REGIME LACKS LEGITIMACY, AS WE POINTED OUT. WHAT DOES NOT EXIST LEGALLY, DOES NOT EXIST AT ALL, AS WAS DECIDED BY THE SCHOLARS.

IF THE RULER APOSTATIZES, THEN THE WHOLE NATION MUST GO AGAINST HIM. HOWEVER, THIS DOES NOT MEAN THAT ALL BEHAVIOR OF THIS TYPE IS NECESSARILY CORRECT, BECAUSE FOR EVERY STAGE OF THE CHANGE, THE PROCESS HAS ITS WORK ELEMENTS, ITS MEANS, AND ITS OBJECTIVES.

IT IS NOT POSSIBLE TO LIMIT THAT COMPLETELY BY A QUICK PERSONAL DILIGENCE, OR BY A PROVOCATIVE INDIVIDUAL DECISION. INSTEAD, IT IS DONE ON BEHALF OF THE LEADERSHIP OF THE NATION, WHICH IS MADE UP OF THE TRUTHFUL RELIGIOUS SCHOLARS, PREACHERS, AND REFORMERS WHO PROVED THEMSELVES DURING THE ORDEALS AND TRIBULATIONS OF THEIR ABILITY TO TACKLE SUCH GRAVE MATTERS.

THERE IS NO DOUBT THAT AT THE FOREFRONT OF THE TASKS FOR THE CURRENT STAGE IS THE PUBLIC DISCLOSURE OF THE TRUTH AND THE ISSUANCE OF A STATEMENT EXPLAINING THE MEANING AND REQUISITES OF "THERE IS NO ALLAH BUT ALLAH." THIS STATEMENT WILL EXPLAIN THE CONSEQUENCES FOR DEVIATING FROM IT, SO THAT THE NATION WILL HAVE INSIGHT INTO ITS RELIGION AND WILL BE AWARE OF ITS MATTERS.

AND FAR FROM THIS AND THAT, WE SEE THAT YOU HAVE ADVANCED IN AGE AND YOU THAT YOU ARE SICK. CRISIS HAS SURROUNDED YOU FROM THE INSIDE AND THE OUTSIDE. FOR YOUR OWN PERSONAL WELFARE, OH KING, AND FOR THE WELFARE OF YOUR FAMILY AND THOSE AROUND YOU, WE ASK THAT YOU SPARE THE NATION, THE COUNTRY, AND THE CITIZENS. SPARE THEM THE TROUBLE AND THE CRISIS AND THE TRIBULATIONS. WE ASK THAT YOU TENDER YOUR RESIGNATION, SO THAT YOU CAN PROVIDE COMFORT. AT THE SAME TIME, YOU WILL BE COMFORTED. YOU WILL ALLOW THE NATION TO ASSUME ITS RIGHTS THROUGH THOSE PEOPLE THAT CAN TIE AND UNTIE THINGS. YOU WILL ALLOW FOR THE SELECTION OF SOMEONE THAT CAN SAVE THE NATION FROM THIS ABYSS THAT YOU HAVE LED HER TO. IT HAS BECOME HOPELESS FOR YOU TO REFORM YOURSELF, SINCE YOU ARE SO ADVANCED IN AGE. A LONG TIME AGO, A POET SAID, "THERE IS NO DREAM AFTER A SHAYKH HAS BECOME SILLY AND THAT THE YOUTH DREAMS ABOUT SILLINESS."

PERHAPS YOU REMEMBER HOW KING SA'UD WAS IN THE SAME POSITION THAT YOU ARE NOW, ALTHOUGH HE WAS TEN TIMES MORE CORRUPT THAN YOU ARE. AT THAT TIME, YOU WERE THE ONE AT THE FOREFRONT FOR HIS REMOVAL FROM OFFICE. WELL DONE THAT DAY, AND I WISH THAT TODAY YOU WOULD NOT ONLY TENDER YOUR PERSONAL RESIGNATION, BUT ALSO RID THE NATION OF ALL OF YOUR MINISTERS AND YOUR COURT, SINCE YOU BEAR THE RESPONSIBILITY OF PLACING THEM AROUND THE NECKS OF THE CITIZENS AND THE NATION'S INTERESTS. YOU CAN TRY TO GAIN THE MERIT OF SAVING THE NATION FROM THE MINISTERS' POLYTHEISM AND THEIR EVILNESS. ESPECIALLY THAT LOSER, YOUR DEFENSE MINISTER, WHO NEVER HANDLED ANY MATTER THAT BROUGHT GOOD OUT OF IT, WHETHER

IT WAS POLITICAL OR MANAGERIAL. HE BLEW THE BORDERS FILE WITH THE NATION OF QATAR, AND HE ALMOST STARTED A WAR WITH YEMEN. THIS IS IN ADDITION TO HIS FAILURE TO MANAGE THE DEFENSE MINISTRY, AND THE FACT THAT THE AIR FORCE AND THE SAUDI AIRLINES WENT BANKRUPT UNDER HIS MANAGEMENT.

THERE IS NO GLORY IN THIS SITUATION. IN THE END, THE PATCHY MINISTERIAL ADJUSTMENTS THAT YOU MAKE ONLY BRING IN MINISTERS THAT ARE TIED TO THE SHIP OF CORRUPTION. THESE MINISTERS RESIDE AT THE ROOT AND AT THE TOP OF THE RULING REGIME, AND THEY ROTATE AROUND IT. THEY DO NOT HAVE ANY SAY IN ANY OF THE MATTERS. EVEN IF THEY HAD GOOD INTENTIONS AND SOUGHT REFORMS, THEIR MARGINAL COMPETENCE AND YOUR ABSOLUTE AUTHORITY OVER THEM WOULD PRESENT THEM WITH NO CHANCE TO INTRODUCE ANY REFORMS. THE SHADOW OF THE STICK CANNOT BE STRAIGHT IF THE STICK IS BENT.

THESE DEMANDS FOR RESIGNATION AND DISMISSAL ARE NOT IMPOSSIBLE DEMANDS. IT IS THE SAME THING THAT YOU AND YOUR BROTHERS CALLED FOR WITH REGARDS TO THE DEPOSED KING SAUDI IN THE PAST.

AND BEFORE WE PUT DOWN THE PEN, WE ASK YOU TO FULLY THINK THIS OVER. GO BACK AND REVIEW ALL THE FACTS BEFORE YOUR SENSE OF HONOR FORCES YOU TO REFUSE. DO NOT DECIDE TO PUNISH EVERYONE WHO TRIES TO DELIVER THIS MESSAGE TO YOU. THINK CAREFULLY BEFORE THIS MESSAGE PUTS YOU IN A FOWL MOOD, AS WAS THE CASE WITH SEVERAL OF THE PROPOSALS AND ADVICE MEMOS THAT WERE SENT TO YOU. THE MOST FAMOUS EXAMPLE OF THIS WAS THE ONE THAT IDENTIFIED THE MOST IMPORTANT AND NECESSARY REFORMS, POINTING OUT THE ILLNESSES AND EXPLAINING THE REMEDIES FOR EACH OF THE ILLNESSES WITH THE PRECISION OF A SCHOLAR, THE CANDOR OF THE PREACHERS, AND THE COMPASSION OF THE ADVISOR. THE MESSAGE WAS VERY POLITE AND FULL OF REVERENCE. YOU IGNORED THE ADVICE, AND YOU CLOSED YOUR EYES TO THOSE GIVING THE ADVICE. YOU DECIDED TO PUNISH THE CREAM OF THE NATION'S ULEMA (TN: RELIGIOUS SCHOLARS), PREACHERS, AND REFORMERS THAT HAD BROUGHT IT UP TO YOU. YOU CAME DOWN HARD ON THEM WITH YOUR HORSES AND YOUR MEN, THE CUSTODIANS AND HENCHMEN OF YOUR REGIME, OF ITS OPPRESSIVE AUTHORITIES AND ITS ENTOURAGE OF MISGUIDED AND HYPOCRITICAL PEOPLE. YOU ISSUED FATWA THAT SLANDERED THE NATION'S ELITE ULEMA WITH UTTER FALSEHOODS. THE ULEMA ARE POSTED WITH ALL PATIENCE AND STEADFASTNESS IN THE DUNGEONS OF YOUR PRISONS AND BEHIND ITS IRON GATES. WE PRAY TO ALLAH THAT THEY WOULD BE SET FREE AND THAT THEIR SITUATION BE EASED. WE ASK ALLAH TO CONFIRM THEM AND US IN THE PATH OF HIS CALL AND STRENGTHENING THE PATH OF HIS RELIGION. (TN: THE AUTHOR QUOTES THE HADITH, SAYING THAT THERE WOULD BE NO DISTURBANCE AND THAT RELIGION IS ALL FOR ALLAH). WE BESEECH HIM TO HELP US TO KEEP OUR PROMISE TO HIM TO AVENGE HIS RELIGION AND HIS HOLY MEN IN GENERAL, AND THOSE WHO ARE FACING ALL KINDS OF SUFFERINGS AND VIOLENCE ON THE HANDS OF YOUR PRISON FLOGGERS IN PARTICULAR.

AND THE LAST OF OUR SUPPLICATIONS IS THANKS BE TO ALLAH LORD OF THE TWO WORLDS.

DATED:   5/3/1416 AH
CORRESPONDING TO 3 AUGUST 1995 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 80 - 88, 90 (DUPLICATE COPY OF STATEMENT 17 ABOVE)**

**PAGE 91 - 92 (STATEMENT NO. 18)**

THE BOSNIA TRAGEDY AND THE DECEPTION OF THE SERVANT OF THE TWO MOSQUES

THANKS TO ALLAH AND PRAYERS AND MERCY UPON THE MESSENGER OF ALLAH AND THOSE THAT WERE RIGHTLY GUIDED BY HIS GUIDANCE.

IT IS NO LONGER HIDDEN THAT THE SAUDI REGIME PERSISTENTLY SOUGHT TO BLOCK ALL THE ABILITIES AND CAPABILITIES OF THE UMMAH BY PLACING CONTROL OVER IT.  BUT THE REGIME WAS NOT SATISFIED WITH ITS UNJUST POLICIES; IT HAD TO GO FURTHER BY IMPOSING CONTROL ON THE MINDS AND POLITICS OF THE NATION.  MOREOVER, THE REGIME SOUGHT TO IMPOSE ECONOMIC CONTROL.  THIS RESULTED IN THE CLOSURE OF CHARITABLE ORGANIZATIONS THAT DELIVERED THE CONTRIBUTIONS OF THE BENEFACTORS FROM THIS COUNTRY TO ITS DESERVING LAWFUL OWNERS. THE REGIME REPLACED THESE CHARITABLE ORGANIZATIONS WITH ASSOCIATIONS AND ORGANIZATIONS THAT WERE SUPERVISED BY MEMBERS OF THE RULING FAMILY, SUCH AS PRINCE SULTAN AND PRINCE SALMAN.  THIS REVEALED A SCHEME BY WHICH THEY MONOPOLIZED THE CHARITABLE CONTRIBUTIONS IN SUCH A WAY THAT IT PREVENTED ISLAM AND THE MUSLIMS FROM BENEFITING FROM THEM.  THE REGIME USED THE CONTRIBUTIONS THE SAME WAY IT USED THE MONEY OF THE AFGHANI MUJAHIDIN.  THAT MONEY WAS USED TO PRESSURE THE MUJAHIDIN AND INFLUENCE THEIR POLICIES IN A WAY THAT WOULD BENEFIT THE INTERESTS OF THE WEST.  SOMETIMES THESE CONTRIBUTIONS WERE USED FOR THE PRIVATE INTERESTS OF THE PRINCES.

DESPITE THE SCANDALS OF THE REGIME IN FINANCIAL MATTERS, PARTICULARLY IN HOW IT HANDLED CONTRIBUTIONS, THE REGIME STILL TRIES TO GRASP EVERY OPPORTUNITY TO TAKE ADVANTAGE OF EVERY OCCASION WHICH WOULD ALLOW IT TO REPEAT WHAT IT HAD DONE PREVIOUSLY.  ALL OF THESE SCANDALS HAVE BECOME PUBLIC KNOWLEDGE, BUT THE REGIME IGNORES THE LEVEL OF AWARENESS THAT THE NATION HAS ATTAINED.  THERE HAVE BEEN A NUMBER OF INTERNAL AND EXTERNAL CRISES THAT HAVE SURROUNDED KING FAHD, SOME OF WHICH HAVE UNCOVERED HIS ANIMOSITY TOWARDS ISLAM AND THE MUSLIMS.  HIS

OPPOSITION TO THE WILL OF ALLAH IS MADE CLEAR BY HIS USE OF THE LAWS OF POSITIVISM TO GOVERN THE KINGDOM, HIS LOYALTY TO THE INFIDELS, AND HIS ANIMOSITY TOWARD THE MUSLIMS, ESPECIALLY THE RELIGIOUS SCHOLARS, PREACHERS, AND REFORMERS AMONGST THEM.  OTHER EXAMPLES OF PROBLEMS UNDER KING FAHD'S RULE INCLUDE THE HIGH PRICES, THE INCREASED TAXES AND DUTIES, THE SPREAD OF UNEMPLOYMENT, AND THE COLLAPSE OF THE NATION'S ECONOMY AFTER IT DROWNED IN A ROUGH SEA OF INTEREST DEBTS.  ALL OF THIS HAS PULLED THE NATION INTO A REAL TRAGEDY THAT CONTINUES TO ESCALATE.  THE KING IS ATTEMPTING TO ESCAPE FROM THE INTERNAL FACTS BY DRAWING ATTENTION AWAY FROM HIS PROBLEMS TO THOSE GOING ON OUTSIDE THE COUNTRY.  HE IS CREATING A DIVERSION, TICKLING THE NATION'S EMOTIONS BY RAISING THE SHIRT OF THE SUPPORT FOR BOSNIA HERZEGOVINA AND ALL THE CONTRIBUTIONS TO ITS PEOPLE.

OUR COMMENTS ON WHAT TRANSPIRED ARE SUMMARIZED AS FOLLOWS:

FIRSTLY:  FROM OUR PREVIOUS STATEMENTS, PARTICULARLY STATEMENT NUMBER 17, IT IS CLEAR TO US THAT THIS REGIME HAS DEVIATED FROM ISLAM, AND IT HAS COMMITTED APOSTASY.  THE REGIME HAS DISAPPOINTED US IN ITS BIG CAUSES, ESPECIALLY THE PALESTINIAN CAUSE, WHICH IS THE MOTHER OF ISLAMIC CAUSES.  THESE FACTS ARE SUFFICIENT TO REFUTE ANY LAWSUIT THE REGIME MIGHT RANT ABOUT ON BEHALF OF ITS ASPIRATION TO SERVE AND ACHIEVE VICTORY FOR THE BOSNIA AND HERZEGOVINA CAUSE.  HOW CAN THIS REGIME BRING VICTORY TO ISLAM WHEN IT IS APOSTATE?  HOW CAN VICTORY BE BROUGHT TO THE MUSLIMS BY A REGIME THAT CONSPIRES AGAINST THEIR CAUSES AND SUPPORTS THEIR ENEMIES, MAKING THE COUNTRY OF THE TWO HOLY MOSQUES A THEATER FOR PLUNDERING AND LOOTING?

WE HAVE NOT YET FORGOTTEN THE CONTRIBUTIONS THAT WERE COLLECTED ON BEHALF OF THE PALESTINIAN CAUSE, WHICH AT THE END WERE GIVEN TO THE EXTORTIVE JEWS AS A TOKEN OF FRIENDSHIP AND AS A PRESENT OF CORDIALITY.  IS THE BOSNIAN CAUSE GOING TO BE MORE IMPORTANT TO THIS REGIME THAN THE PALESTINIAN CAUSE?  HOW ARE WE GOING TO BELIEVE THE REGIME WHEN IT SAYS THAT IT WILL SUPPORT ISLAM AND THE MUSLIMS IN BOSNIA, WHEN THE BEST OF THE SCHOLARS, THE PREACHERS OF THE NATION, AND THE CREAM OF ITS YOUTH REMAIN IN THE PRISONS OF THIS REGIME?  (TN:  THE AUTHOR QUOTES FROM THE HADITH, SAYING THAT IF SOMEONE BECAME MY GUARDIAN THEN I HAVE GIVEN HIM PERMISSION TO WAGE WAR).

SECONDLY:  THE SPECIAL OFFICIAL RECORD OF THE BOSNIA CAUSE IS A BLACK RECORD FULL OF DECEIT AND DISAPPOINTMENTS AS SHOWN BY THE FOLLOWING POSITIONS:

1 - THE SAUDI REGIME HOSTED A BROAD ISLAMIC CONFERENCE TO SPECIFICALLY DISCUSS THE BOSNIAN CAUSE THREE YEARS AGO IN JEDDAH. AFTER EMPTY HEROIC SPEECHES, THE CONFERENCE DELEGATES GAVE THE UNITED NATIONS A LAST CHANCE TO SAVE THE SITUATION IN BOSNIA.

OTHERWISE, THE ISLAMIC WORLD, LED BY THE SAUDI REGIME (THE CONFERENCE ORGANIZER), WOULD INTERFERE. IN SPITE OF THIS, THE UNITED NATIONS PERSISTED ON ITS DEATHLY PLAN FOR THE DESTRUCTION OF BOSNIA AND HERZEGOVINA. THE DECISIONS MADE IN THAT CONFERENCE WERE PLACED ON THE SHELVES OF FORGETFULNESS, BECAUSE IT WAS FOR LOCAL CONSUMPTION ONLY. THIS LEFT THE MUSLIMS OF BOSNIA TO THEIR OWN FRIGHTFUL FATE, AND THEY SURRENDERED TO THE SERBIAN MONSTER TO BE DEVOURED IN FRONT OF THE EYES AND EARS OF THE ENTIRE WORLD, FORBIDDEN FROM THE RIGHT OF LEGALLY DEFENDING THEMSELVES ACCORDING TO THE DECISIONS OF THE UNITED NATIONS!!

2 - WHEN THE CITIZENS OF THE COUNTRY TRIED TO RESPOND TO THE DISASTER OF THEIR BOSNIAN BRETHREN, THE REGIME PROCEEDED TO PUT ROAD BLOCKS IN FRONT OF THEM IN SEVERAL WAYS, SOME OF WHICH ARE:

(A) THE REGIME PROHIBITED THE TRAVEL OF SEVERAL INDEPENDENT LEADERSHIP PERSONALITIES THAT HAD INFLUENCE AND EFFECTIVENESS IN PURCHASING ARMS FOR THE MUJAHIDIN IN BOSNIA. THIS WAS IN RESPONSE TO PRESSURE FROM THE WESTERN NATIONS THAT DID NOT WANT THE ARMS TO REACH THE MUSLIMS IN BOSNIA. HOWEVER, THOSE WHO SLIPPED AWAY FROM THE CLUTCHES OF THE REGIME AND JOINED THEIR BRETHREN IN BOSNIA IN THE DEFENSE OF THEIR RELIGION AND THEMSELVES WERE IMMEDIATELY ARRESTED UPON THEIR RETURN.

(B) THE REGIME DELIVERED SOME OF THE CONTRIBUTIONS THAT WERE COLLECTED FOR THE BOSNIANS TO SOME CRUSADER ORGANIZATIONS FOR DISTRIBUTION UNDER THE BEST OF CONDITIONS. THESE CONTRIBUTIONS WERE TO BE SHARED AMONG THE CROATIANS, THE SERBIANS, AND THE MUSLIMS, THAT IS BETWEEN THE VICTIM AND THE BUTCHER.

SUCH ACTIVITIES BECAME APPARENT TO THOSE WHO HAVE EYES THAT CAN SEE THAT THE REGIME'S PROPAGANDA OF SHOWING SUPPORT TO THE MUSLIMS IN BOSNIA WAS NOTHING MORE THAN CROCODILE TEARS AND DECEIT. THE REGIME WAS USING THIS SHOW OF SUPPORT TO RAISE THE VALUE OF ITS DECLINING POLITICAL STOCK DUE TO ALL THE CRISES SURROUNDING THE REGIME FROM THE INTERIOR AND THE EXTERIOR. HOWEVER, THE CITIZENS ARE NOT FOOLED ANYMORE BY SUCH OBVIOUS PLOYS. HOW CAN THEY ENTRUST THE CONTRIBUTIONS OF THE MUSLIMS FROM THE OUTSIDE TO A REGIME THAT HAS BETRAYED THEIR TRUST WITH THE MONEY OF THE NATION FROM THE INSIDE?

THE PREVIOUS BETRAYALS AND TREACHERY OF THE REGIME HAVE CAUSED IT TO LOSE ALL CREDIBILITY IN THIS MATTER. THIS IS PART OF THE IMMEDIATE PUNISHMENT OF THIS PRACTICE IN THIS WORLD. (TN: THE AUTHOR QUOTES FROM THE HADITH, SAYING THAT EVERY TREACHERY WILL BE PUNISHED AT RESURRECTION DAY).

AS FOR THE BOSNIANS, THEY KNOW WHO THEIR REAL SUPPORTERS ARE IN THE ARABIAN PENINSULA. THEIR REAL SUPPORTERS ARE THE CREAM OF THE CROP YOUTH WHO HAVE SLIPPED AWAY FROM THE GRASP OF THE RULING

REGIME, AND WHO MIXED THEIR BLOOD WITH THAT OF THE BOSNIANS. THE CHARITABLE BENEFACTORS WHO DELIVERED THE MONEY DIRECTLY TO THEM OR PLACED THE MONEY IN SAFE HANDS THAT DELIVERED IT TO THEM ALSO SUPPORT THE BOSNIANS. ROYAL REGIMES AND COERCIVE GOVERNMENTS HAVE DISAPPOINTED THE BOSNIANS, AND THEIR HOPE REMAINS, AFTER ALLAH, IN THE ISLAMIC PEOPLE.

BEFORE THOSE MEASLY HANDOUTS WHICH THE REGIME MALICIOUSLY STOPPED, BOSNIA WAS IN NEED OF MEN AND ARMS, IN ORDER TO BREAK THE UNJUST SIEGE WHICH THE CRUSADER NATIONS HAD IMPOSED ON HER THROUGH THE UNITED NATIONS. IT WAS LOW AND SHAMEFUL FOR THOSE WHO BRAG ABOUT PROTECTING ISLAM AND DEFENDING ITS PEOPLE, AND THE SAUDI RULING REGIME IS AT THE FOREFRONT OF THIS GROUP. NATIONS FROM FAR AWAY VOLUNTEERED TO UNDERTAKE THAT TASK AT A TIME WHEN THE OTHERS WERE ASCERTAINING THE NECESSITY OF COMPLYING WITH THE INTERNATIONAL LEGAL DECISIONS!! IN ADDITION, CHRISTIAN CROATIA LIFTED THE SIEGE FROM THE MUSLIM JAYB-BIHATCH. THAT SIEGE LASTED FOR THREE YEARS (UNDER THE PROTECTION OF THE UNITED NATIONS!!) THIS REPRESENTS A BLACK SPOT OF SHAME ON THE FOREHEAD OF THE RULERS OF THE ISLAMIC WORLD, ESPECIALLY THE SERVANT OF THE TWO HOLY MOSQUES!! WITHOUT REGARD TO ITS OBJECTIVES, THAT CROATIAN ACTION HAS PRACTICALLY PROVEN THAT ANYONE WHO WANTS TO ACCOMPLISH ANYTHING AND POSSESSES THE POWER CAN DO IT, BUT THERE IS NO TRUE WILL OVER THERE.

THE BOSNIAN CAUSE, WITH ALL ITS BITTERNESS, CONTAINED GREAT LESSONS, AMONGST WHICH ARE THE FOLLOWING:

1 - IT UNCOVERED THE RULING REGIMES OF MUSLIM COUNTRIES AND EXPOSED THEM AS MERE TOOLS IN THE HANDS OF THE GREAT AND POWERFUL CRUSADERS. THOSE REGIMES DO NOT REPRESENT THEIR PEOPLE WHO SUPPORTED THE MUSLIMS OF BOSNIA.

2 - THE HUMAN RIGHTS AND EQUALITY SLOGANS THAT THE WEST RAISES ARE NOTHING BUT DEAD SLOGANS, WHEN IT COMES TO MUSLIM MATTERS.

3 - THE UNITED NATIONS IS NOTHING BUT A TOOL TO IMPLEMENT THE CRUSADERS' PLAN TO KILL THE CAUSES OF THE NATION OF ISLAM AND ITS PEOPLE.

4 - COMPLYING WITH THE ARTICLES OF THE UNITED NATIONS IS A JOINT PRACTICAL OPERATION TO CONSPIRE AGAINST MUSLIM CAUSES.

WE ARE NOT IN NEED OF ANY ADDITIONAL STATEMENTS ON WHAT THE SAUDI REGIME HAS COMMITTED AGAINST THE CAUSES OF ISLAM AND MUSLIMS IN GENERAL, AND THE DISAPPOINTING ROLE THEY PLAYED IN BOSNIA AND HERZEGOVINA IN PARTICULAR. BASED ON WHAT HAS TRANSPIRED, AT THIS TIME WE ARE URGING MUSLIMS TO CONTRIBUTE GENEROUSLY TO SUPPORT THEIR BRETHREN IN PALESTINE, BOSNIA AND HERZEGOVINA, AND ELSEWHERE. WE ARE DRAWING THEIR ATTENTION TO THE RISK OF

FORWARDING THOSE CONTRIBUTIONS THROUGH THE RULING REGIMES AND ITS ORGANIZATIONS. WE ARE ADVISING THEM TO DELIVER THEIR CONTRIBUTIONS DIRECTLY TO THE PEOPLE OR THROUGH SAFE HANDS OF INDIVIDUALS, ORGANIZATIONS, AND SOCIETIES THAT ARE TRUSTED, SUCH AS THE CHARITABLE SOCIETIES IN QATAR, KUWAIT, SUDAN, YEMEN, AND JORDAN. WE ARE ADVISING THEM TO BE CAREFUL THAT THEIR CONTRIBUTIONS STAY FAR FROM THE PURSUIT OF THE SERVANT OF THE TWO HOLY MOSQUES AND HIS AGENTS, AND TO MAKE SURE THAT THE MONEY WILL REACH THE PEOPLE IT IS INTENDED FOR. THEY MUST BE SURE THAT THE MONEY DOES NOT FALL INTO THE HANDS OF THE SHAMELESS MEMBERS OF THE SAUDI FAMILY. ALLAH PROHIBITED THEM FROM BEING IN CONTROL OF THEIR PRIVATE WEALTH AND THE WEALTH OF THE MUSLIMS. (TN: THE AUTHOR QUOTES THE QURAN TO PROVE HIS POINT, SAYING THAT ONE SHOULD NOT GIVE MONEY TO THE SHAMELESS). CONTRIBUTIONS ARE A FORM OF TRUST, AND ALLAH ORDERS EVERYONE TO ENSURE THAT THESE CONTRIBUTIONS GO TO THEIR LAWFUL OWNERS. THE SAUDI REGIME IS MOST DEFINITELY NOT THE RIGHTFUL OWNER OF THIS MONEY. IF IT WAS, THE REGIME'S ACCOUNTS IN THE WEST WOULD NOT HAVE SWELLED WITH THE STOLEN MONEY OF THE NATION. THE AMOUNT IN POSSESSION OF THE KINGS IS ESTIMATED AT FORTY BILLION (40,000,000,000) DOLLARS. IF THIS AMOUNT WERE TO BE RETURNED TO THE NATION, IT WOULD BE ENOUGH TO SATISFY THE NEEDS OF THE POOR IN THE ARABIAN PENINSULA, IN BOSNIA, AND ALL THE OTHER ISLAMIC CAUSES.

WE WOULD LIKE TO REMIND OUR BRETHREN, THE MOSQUE PREACHERS, NOT TO BE DANGEROUSLY SWEPT AWAY BEHIND THE PREVIOUS PLANS OF THE REGIME. WE REMIND THEM NOT TO BE DECEIVED BY THE REGIME, AND NOT TO HELP IT TO SUCK MORE WEALTH OUT OF MUSLIMS, SINCE THIS MONEY IS BEING SPENT ILLEGALLY. WE URGE THEM NOT TO BE HELD CAPTIVE BY THE INFORMATION DIRECTIVES OF THE REGIME, WHICH MAKE THE COUNTRY LOSE BALANCE IN DEALING WITH ITS DIFFERENT CAUSES BOTH INTERNALLY AND EXTERNALLY. (TN: THE AUTHOR QUOTES FROM THE HADITH, SAYING THAT ANYONE WHO WISHES A TYRANT TO STAY IN POWER IS DISOBEYING ALLAH ON THIS EARTH).

FINALLY, WE BESEECH ALLAH TO DRIVE AWAY THE SUFFERING OF THIS NATION AND REMOVE ITS WORRIES AND SADNESS. WE BESEECH ALLAH TO LET THE CREAM OF THE CROP TAKE CARE OF IT, AND TO DO AWAY WITH ITS EVIL ONES, SUCH AS KING FAHD AND THE OPPRESSORS FROM HIS FAMILY. FOR YOU ARE THE PROTECTOR AND YOU ARE MOST CAPABLE. THE LAST OF OUR SUPPLICATION IS THAT WE THANK ALLAH, LORD OF THE TWO WORLDS.

DATED: 15/3/1416 AH
CORRESPONDING TO 11 AUGUST 1995 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

PAGE 93 - 94 (DUPLICATE COPY OF STATEMENT 18 ABOVE)

PAGE 95 - 96 (STATEMENT NO. 19)

THE SAUDI REGIME AND THE REPEATED TRAGEDIES OF THE PILGRIMS

THANKS TO ALLAH, LORD OF THE TWO WORLDS.  PRAYERS AND PEACE UPON THE MOST NOBLE OF PROPHETS AND MESSENGERS, OUR PROPHET MUHAMMAD, AND UPON HIS DISCIPLES AND ALL HIS FOLLOWERS:

IT HAS BECOME FAMILIAR, WELL KNOWN, AND CUSTOMARY THAT EVERY YEAR THE PILGRIMS TO THE SACRED HOUSE OF ALLAH ARE FACED WITH CATASTROPHES AND TRAGEDIES THAT CLAIM THOUSANDS.  HUNDREDS OF THOSE PILGRIMS ARE HURT OR KILLED, AND THERE IS NO MIGHT OR POWER EXCEPT WITH ALLAH.

IN ACCORDANCE WITH THIS TREND, A HUGE FIRE ERUPTED ON TUESDAY THE EIGHTH DAY OF PILGRIMAGE OF THIS YEAR, IN THE CAMPS OF THE PILGRIMS.  THE FIRE ENGULFED SEVENTY THOUSAND TENTS, LEAVING TWO THOUSAND DEAD AND WOUNDED, ACCORDING TO THE SAUDI REGIME.  THE FINAL COUNT COULD BE A LOT HIGHER.

WITH THAT, A RENEWED PICTURE OF THE SEASONAL TRAGEDY OF EACH PILGRIMAGE YEAR COMES TO MIND.  IT CARRIES WITH IT IMAGES OF TERROR THAT ARE REPRESENTED BY THE SCATTERED BODIES OF THE DEAD AND THE WOUNDED AT MUNA CAMPS ONCE, AT JAMARAT ANOTHER TIME, AND AT AL-MU'ISAM TUNNEL OR OTHER LOCATIONS IN THE HOLY CITY.

IF WE LOOK INTO THE DIRECT CAUSES OF THESE ACCIDENTS, WE WILL FIND SEVERAL REASONS.  ONE REASON IS THE LIMITED SPACE IN PUBLIC ACCOMMODATIONS FOR THE PILGRIMS, WHICH LEADS TO OVER CROWDEDNESS. THIS HUSTLE AND BUSTLE IS WHAT OCCURRED AT JAMARAT SEVERAL TIMES. THE OTHER REASON IS THE LACK OF SECURITY PROCEDURES OR THE BAD HANDLING OF EVENTS, AS WAS THE CASE IN THE PILGRIMAGE YEAR 1407H AND AT AL-MU'ISAM TUNNEL FOLLOWING THAT.  ANOTHER REASON FOR THESE ACCIDENTS IS OVERALL NEGLIGENCE OF THE SAFETY OF THE PILGRIMS AND FAILURE TO TAKE THE NECESSARY PRECAUTIONS FOR THEIR SAFETY.  THIS NEGLIGENCE IS THE CAUSE OF MOST OF THE REPETITIVE FIRES IN THE TENTS OF THE PILGRIMS.

ANOTHER CAUSE IS THE INCREASING NUMBER OF PILGRIMS.  HOWEVER, ACCIDENTS COULD BE AVOIDED BY TAKING THE NECESSARY PRECAUTIONS AND ELIMINATING THE OTHER CAUSES.  LARGE GATHERINGS TAKE PLACE IN THE ENTIRE WORLD.  SOME ARE OFFICIALLY SPONSORED BY THE GOVERNMENT, SUCH AS SPORTING EVENTS.  OTHERS ARE SPONSORED BY UNOFFICIAL GROUPS THAT DO NOT HAVE ONE TENTH OF ONE TENTH OF THE CAPABILITIES OF THE SAUDI GOVERNMENT, AND YET WE NEVER SEE OR HEAR ABOUT ACCIDENTS SIMILAR TO THE CATASTROPHES AND TRAGEDIES THAT TAKE PLACE ALMOST EVERY PILGRIMAGE YEAR.

WE HAVE LISTED THE MOST IMPORTANT DIRECT CAUSES FOR THE INCIDENTS AND THE TRAGEDIES THAT OCCUR EVERY PILGRIMAGE YEAR.  ALL OF THESE REASONS POINT TO ONE BASIC PRINCIPAL CAUSE WHICH THE NATION OF ISLAM HAS GENERALLY BEEN PLAGUED WITH, ESPECIALLY THE LAND OF THE TWO MOSQUES.  THIS REASON IS THE DOMINANCE OF THE RULERS AND PRINCES OF THE SAUDI FAMILY ON THIS HOLY LAND.  WE ARE REFERRING TO THEIR DESPOTISM IN ALL MATTERS AND THEIR INSENSITIVITY TO THE FEELINGS OF ONE BILLION MUSLIMS IN THE FIVE CONTINENTS WHO FACE THE HOLY HOUSE OF ALLAH AND HIS PEACEFUL CITY WITH THEIR HEARTS AND THEIR FACES FIVE TIMES A DAY.

IF WE LOOK AT ALL THE PREVIOUSLY MENTIONED CAUSES, WE WILL FIND THAT GETTING RID OF THEM IS AN ASSUMED RESPONSIBILITY OF THIS REGIME THAT RULES THE LAND.  ITS PRINCES MONOPOLIZE FOR THEMSELVES THE RESPONSIBILITY FOR ALL ITS AFFAIRS, WHETHER SMALL OR LARGE, AND THEY MONOPOLIZE THE PILGRIMAGE AFFAIRS IN PARTICULAR.

SUFFICIENTLY EQUIPPING THE FACILITIES, MAINTAINING THEM IN AN APPROPRIATE MANNER, AND GETTING THEM READY FOR THE NEEDS OF THE PILGRIMS IS AN ASSUMED RESPONSIBILITY OF THE RULERS OF THE LAND. THEY HAVE ENORMOUS RESOURCES AND HUGE BUDGETS THROUGH THE VIRTUE OF ALLAH.

THERE IS NO INTERCESSION FOR THOSE WHO BUILT THE FACILITIES AND OFFERED THE VARIOUS SERVICES THAT ARE ACCOMPANIED BY HARM, HYPOCRISY AND REPUTATION.  THESE FACILITIES AND THE SERVICES, THROUGH TESTS AND INCIDENTS, HAVE PROVEN THAT THEY DO NOT MEET THE REQUIRED SUFFICIENT STANDARDS.  THE AMOUNT OF MONEY SPENT ON THEM DOES NOT COMPARE TO WHAT THE PRINCES AND THE RULERS OF THE SAUDI FAMILY SPEND ON THEIR PALACES, THEIR PLEASURES, AND THEIR APPETITES ON THE INSIDE AND THE OUTSIDE.  IN ADDITION, AMERICA AND ITS ALLIES STEAL AND LOOT FROM THE WEALTH AND RICHES OF THIS COUNTRY, EVEN THOUGH THEIR WEEKLY INCOME EXCEEDS WHAT THE PILGRIMAGE FACILITIES COLLECTIVELY NEED FOR THE ENTIRE YEAR.

TAKING THE REQUIRED SECURITY PRECAUTIONS AND DEALING APPROPRIATELY WITH THESE INCIDENTS IS PART OF THE ASSUMED RESPONSIBILITY OF THOSE WHO ARE STILL FILLING THE WORLD WITH THEIR BOASTING ABOUT THEIR ACCOMPLISHMENTS AND THEIR SECURITY CAPABILITIES.

GETTING RID OF THE NEGLIGENCE WHICH WAS THE CAUSE OF SEVERAL OF THE FIRES IN THE PILGRIMS' CAMPS IS ALSO PART OF THAT RESPONSIBILITY.  THE FIRES COULD HAVE BEEN AVOIDED AND THEIR EFFECTS MINIMIZED IN ANY NUMBER OF WAYS.  PEOPLE OFFERED THEIR OPINIONS AND ADVICE AS POTENTIAL SOLUTIONS, BUT THE RULERS THREW THEM (TN:  THE SOLUTIONS) ACROSS THE WALL.

THE PROBLEM IS NOT IN THE ABILITY TO FIND SOLUTIONS THAT WILL

SPARE THE GUESTS OF THE MOST MERCIFUL AND THE PILGRIMS TO HIS ANCIENT HOUSE THESE TRAGEDIES AND CATASTROPHES THAT THEY ARE EXPOSED TO EVERY YEAR.  NOR IS THE PROBLEM THE APPLICATION OF THOSE EASY SOLUTIONS WHICH WERE PRESENTED TO THE RULING REGIME A LONG TIME AGO.  THE AMOUNT OF MONEY THAT IS NEEDED TO IMPLEMENT THE SOLUTIONS IS NOTHING WORTH MENTIONING COMPARED TO THE MONEY THEY SPEND ON INTELLIGENCE AND SPYING ON THE PILGRIMS.  THIS SURVEILLANCE ANNOYS THE PILGRIMS AND TRIES TO EMPTY THE PILGRIMAGE OF ITS CONTEXT AND MEANING.  CAN ANYONE BELIEVE THAT THIS REGIME WITH ALL ITS PALACES AND HOUSES IS COMPETING WITH THE PILGRIMS FOR HOLY SITES?  CAN ANYONE BELIEVE THAT THIS REGIME THAT SPENDS BILLIONS IS UNABLE TO PROVIDE APPROPRIATE LODGING FOR THE PILGRIMS, SPARING THEM THE DANGER OF THE REPETITIVE FIRES? CAN ANYONE BELIEVE THAT THIS REGIME CANNOT PROVIDE THE PILGRIMS WITH SAFETY SO THAT THEY CAN PERFORM THEIR PILGRIMAGE?

THE TRUTH IS THAT PROVIDING COMFORTABLE FACILITIES FOR THE PILGRIMS AND GIVING THEM PEACE OF MIND DOES NOT PRESENT A PROBLEM.  THE PROBLEM IS IN THE SAUDI REGIME THAT WANTS TO MONOPOLIZE EACH OF THESE MATTERS FOR ITS PRINCES, WITHOUT TASKING ITSELF TO COMPLY WITH THE SIMPLEST BASICS OF THIS RESPONSIBILITY. CAN ANYONE IMAGINE OR FATHOM IN ANY RELIGION, SECT, OR SYSTEM OF LAW, THAT THESE TRAGEDIES ARE REPEATED EVERY YEAR WITHOUT ANYONE BEING ASKED OR TRIED OR FIRED, AND WITHOUT DETERMINING WHOSE SHORTCOMING WAS THE CAUSE?

THESE TRAGEDIES CONTINUE, PLAYING WITH THE MINDS OF THE MUSLIMS AMD NUMBING THEIR FEELINGS.  PEOPLE IN POSITIONS OF RESPONSIBILITY CONTINUE WITHOUT ANY QUESTIONS BEING ASKED, AND THEY DO NOT TAKE SUFFICIENT ACTIONS TO STOP THE REPETITION OF SUCH TRAGEDIES.  THEY ARE STUPIDLY SATISFIED IN OFFERING COLD CONDOLENCES TO THE FAMILIES AND GOVERNMENTS OF THE VICTIMS FROM THE GUESTS OF THE MOST MERCIFUL.  THIS IS NEGLIGENCE, WITHOUT CARING ABOUT THE LIVES OF THOUSANDS OF GUESTS OF THE MOST MERCIFUL AND THE PILGRIMS OF HIS HOUSE.  ALL OF THIS IS DONE AT A TIME WHEN THE SAUDI REGIME IS PAYING UNUSUAL ATTENTION TO THE LIVES OF THE ENEMIES OF THE NATION, BOTH JEWS AND CHRISTIANS. AFTER THE DEATH OF SIXTY OCCUPYING JEWS IN PALESTINE, THE REGIME HASTENED TO GO TO THE SHARM AL-SHAYKH CONFERENCE TO OFFER ITS CONDOLENCES TO A BAND OF OCCUPYING ZIONISTS IN PALESTINE.  THE REGIME HAS SHOWN FRIENDSHIP TOWARDS THEM, AND IT HAS ENDORSED THE DECISIONS OF THE CONFERENCE TO CONDEMN JIHAD AND THE MUJAHIDIN. THE REGIME IS MAKING A BIG DEAL ABOUT THE KILLING OF A HANDFUL OF AMERICAN MILITARY PERSONNEL.  TO SATISFY THE AMERICANS, THE REGIME OFFERED THE HEADS OF A GROUP OF PURE YOUTH WHO ARE ZEALOUS ABOUT THEIR BELIEF, THEIR COUNTRY, AND THEIR NATION.  THE REGIME ALSO PUT THOUSANDS IN PRISON AND REMOVED HIGH RANKING MILITARY LEADERS WHO WERE ACCUSED OF NOT DOING ENOUGH TO PROTECT THE OCCUPYING AMERICANS.  EIGHTY-ONE PRECAUTIONARY STEPS WERE TAKEN TO PREVENT THE REPETITION OF THOSE INCIDENTS.  THE AMERICAN

GOVERNMENT ACKNOWLEDGED THAT IN COOPERATION WITH THE SAUDI REGIME, SEVENTY-NINE OF THOSE STEPS WERE IMPLEMENTED.

SINCE WHEN ARE A HANDFUL OF DEFILED JEWISH SOULS AND THE CONQUERING AMERICANS MORE PRECIOUS THAN THOUSANDS OF GUESTS OF THE MOST MERCIFUL AND THE PILGRIMS OF HIS ANCIENT HOUSE? THOSE PILGRIMS CAME FROM EVERYWHERE AND EVERY DIRECTION, BEARING THE PAINS OF TRAVEL AND BURDEN THEMSELVES. THOSE PILGRIMS HAVE PAID THE HIGH COSTS, AND THEY HAVE ENDURED ALL KINDS OF INSULTS FROM DEGRADATION, DISCRIMINATION, BIAS, AND ANNOYANCE THAT THE SAUDI REGIME IMPOSES ON THEM. THEY BEAR ALL OF THIS FOR THE SAKE OF PERFORMING THIS DUTY, THIS GREAT PILLAR FROM THE PILLARS OF ISLAM. AFTER ALL OF THIS, THEY FIND THEMSELVES AS FUEL FOR A FIRE THAT WAS CAUSED BY THE NEGLIGENCE AND LACK OF CARING OF THIS REGIME FOR THE LIVES OF THOUSANDS OF VICTIMS, AND THE REGIME'S INDIFFERENCE TO THE FEELINGS OF DOUBLE THAT NUMBER OF WIDOWS, ORPHANS, AND CHILDREN. FAMILIES JOYFULLY AWAITED THE RETURN OF THEIR FAMILY MEMBERS FROM THE TRIP OF A LIFETIME, AND INSTEAD, THEY RECEIVED MOTIONLESS BODIES IN A BIG INTERNATIONAL FUNERAL. AND THAT WAS ONLY IF THEY WERE LUCKY ENOUGH TO RECEIVE THE BODY AT ALL. IN SEVERAL INSTANCES, THE SAUDI REGIME HAS KEPT THE BODIES AS AUTOPSY MATERIALS. THE REGIME OFTEN KEEPS THE BODIES OF THE PILGRIMS THAT DIE IN PILGRIMAGE INCIDENTS WHEN IT DOES NOT FIND ANYONE CLAIMING THEIR BODIES. THESE BODIES BECOME MATERIAL FOR EXPERIMENTATION BY PROFESSORS AND STUDENTS OF MEDICAL UNIVERSITIES (AND THERE IS NO POWER OR FORCE EXCEPT WITH ALLAH).

AT THIS TIME, WE OFFER OUR DEEP CONDOLENCES TO THE NATION OF ISLAM IN GENERAL, AND TO THE FAMILIES OF THE VICTIMS IN PARTICULAR. WE CONFIRM THE RIGHT OF THOSE PEOPLE TO ASK FOR JUST COMPENSATION THAT IS PROPORTIONATE TO THE ENORMITY OF THE CRIME AND THE HORRIBLENESS OF THE HARMS TO WHICH THEY WERE EXPOSED.

WE CONFIRM THE INNOCENCE OF THE COUNTRYMEN OF THE BEHAVIOR OF THE REGIME. THIS REGIME IS A STRANGER TO OUR RELIGION, OUR CUSTOMS, AND OUR GOOD CHARACTER. AS THE MEN OF THE RELIGION HAVE POINTED OUT, THIS REGIME HAS LOST ITS LEGITIMACY. WE CHARGE THE REGIME WITH THE RESPONSIBILITY FOR THESE REPETITIVE AND RENEWED TRAGEDIES DURING ALMOST EVERY PILGRIMAGE SEASON. THE EXPENSES FOR PROVIDING SAFETY TO THE GUESTS OF THE MOST MERCIFUL AND WHAT IS NEEDED FOR THEIR COMFORT AND SAFETY IS THE ASSUMED RESPONSIBILITY OF THIS REGIME. THE REGIME HAS FULL RESPONSIBILITY FOR FINANCES AND SECURITY. HOWEVER, MAYBE ITS EXCUSE FOR NEGLECTING ITS SECURITY RESPONSIBILITY WAS THAT IT WAS BUSY CHASING THE PREACHERS, THE RELIGIOUS SCHOLARS, AND THOSE WHO ARE WORKING FOR ISLAM AND FIGHTING THEM AND LOCKING THEM UP BY THE THOUSANDS IN THEIR PRISONS. OR MAYBE THE REGIME WAS BUSY PROTECTING THE OCCUPYING AMERICAN FORCES AND THEIR BASES THAT HAVE BECOME EXPOSED TO THE RESENTMENT OF THE MUSLIMS. THE MUSLIMS BECAME RESENTFUL AFTER THEIR HOLY PLACES WERE OCCUPIED,

THE WEALTH OF THEIR COUNTRY WAS STOLEN, AND THEIR RICHES WERE PILLAGED. PERHAPS THE REGIME'S EXCUSE FOR NEGLECTING ITS FISCAL RESPONSIBILITY IS THAT IT EXHAUSTED ITS BUDGET BY SPENDING ON THE COMMUNISTS IN YEMEN, THE CHRISTIANS IN THE SOUTH OF SUDAN, AND THE TYRANTS IN EGYPT, ALGERIA, ELSEWHERE.

(TN: THE AUTHOR QUOTES FROM THE HADITH, AND THE GIST IS THAT WHAT PEOPLE PERCEIVED FROM THE WORDS OF THE FIRST PROPHESY IS THAT IF YOU ARE NOT ASHAMED, THEN DO WHAT YOU WANT).

DATED: 8/12/1417 AH
CORRESPONDING TO 16 APRIL 1997 AD

(TN: THIS STATEMENT IS NOT SIGNED).

**PAGE 97 - 98 (DUPLICATE COPY OF STATEMENT 19 ABOVE)**

**PAGE 99 - 100 (STATEMENT NO. 20)**

THANKS TO ALLAH, AND PEACE AND PRAYERS BE UPON THE MESSENGER OF ALLAH AND UPON HIS DISCIPLES AND THOSE ENLIGHTENED BY HIS GUIDANCE.

THE SAUDI REGIME DEVOTED ITSELF TO GOING TO EXTREMES IN FIGHTING ISLAM AND ITS PEOPLE, AND IT PROCEEDED TO DISTORT AND CHASE THE TRUTHFUL RELIGIOUS SCHOLARS AND THE FAITHFUL PREACHERS. THE REGIME WAS BRILLIANT IN DOING THAT BECAUSE OF ITS DEEP-ROOTED HATE AND ANIMOSITY TOWARDS ISLAM. BY VIRTUE OF ITS IMPORTED FOREIGN EXPERIENCE IN THIS FIELD, IT WAS ABLE TO BENEFIT FROM THE EXPERIENCES OF THE ALLIED TYRANNICAL REGIMES.

THE LATEST THING THAT THIS REGIME ACCOMPLISHED IN THIS RESPECT WAS THAT IT DEFILED THE SANCTITY AND THE DIGNITY OF A GROUP OF ISLAMIC RELIGIOUS SCHOLARS AND GUESTS OF THE MOST MERCIFUL FROM THE MUSLIM NATION OF PAKISTAN. THESE SCHOLARS WERE ARRESTED DURING THEIR STAY IN THE COUNTRY TO PERFORM THE RITUALS OF PILGRIMAGE AND MINI PILGRIMAGE. THEY WERE EXPOSED TO HARASSMENT, AND PURSUIT AND ARREST BY THE SAUDI INTELLIGENCE FOR THE FOLLOWING CHARGE: THAT SOME OF THEM GAVE A FATWA, LIKE OTHER ORGANIZATIONS AND GROUPS OF RELIGIOUS SCHOLARS IN PAKISTAN DID, IN WHICH THEY SAID THAT THE AMERICANS MUST BE FORCED OUT OF THE LAND OF THE TWO HOLY MOSQUES. THESE SCHOLARS MADE THESE STATEMENTS IN ORDER TO BE FAITHFUL TO THE COVENANT THAT ALLAH ACCEPTED FROM THE RELIGIOUS SCHOLARS, PLEDGING THAT THEY WOULD SHOW THE TRUTH TO THE PEOPLE AND NOT KEEP IT A SECRET FROM THEM. THIS IS THE TRUTH OF THIS CAUSE. THE PROPHET, MAY ALLAH'S PEACE AND PRAYERS BE UPON HIM, POINTED THIS OUT BY SAYING, "FORCE OUT THE INFIDELS FROM THE ARABIAN PENINSULA."

THESE FATWAS, SIGNED BY SOME OF THE RELIGIOUS SCHOLARS, DID NOT

MENTION ANYTHING NEGATIVE ABOUT THE SAUDI REGIME, NOR DID THEY INTERCEDE FOR THE REGIME. THIS IS DESPITE THE FACT THAT THIS REGIME IS THE FIRST ONE RESPONSIBLE FOR THE OCCUPATION OF THE CRUSADERS IN THE LAND OF THE TWO HOLY MOSQUES. THE REGION HAD NOT WITNESSED ANYTHING SIMILAR TO THIS OCCUPATION EITHER BEFORE OR AFTER ISLAM.

THE ARREST OF THOSE SCHOLARS, WHO CAME TO PERFORM THE RITUALS OF THE PILGRIMAGE AND THE MINI PILGRIMAGE IN THE HOLY LAND OF ALLAH DURING HIS HOLY MONTH, CONFIRMS THAT THIS REGIME IS FIGHTING THE WORD OF TRUTH AND THOSE THAT DECLARE IT. THIS INCLUDED THE PREACHERS OF ALLAH AND THOSE WHO WORK FOR ISLAM. THIS REGIME DOES NOT SEEM TO BE SATISFIED WITH WHAT IT IS DOING AGAINST THE CITIZENS OF THE NATION THAT IS UNDER ITS RULES OF REPRESSION AND COERCIVENESS. THE REGIME IS SEEKING TO GENERALIZE THESE RULES ON ALL THAT DECLARE THE TRUTH, THE RELIGIOUS SCHOLARS OF ISLAM AND ITS PREACHERS WHEREVER THEY ARE.

FOR THE SAKE OF THIS MORE UNIVERSAL GOAL, THE REGIME DOES NOT REFRAIN FROM USING THE MEANEST METHODS AND MOST VILE WAYS, WAYS THAT NO RELIGION CAN DETER AND NO CREATURE CAN STOP. PREVIOUSLY, THE REGIME TERMINATED THE CONTRACTS OF SEVERAL SELECT GROUPS OF PROFESSORS AND DOCTORS FROM THE UNIVERSITIES OF THE NATION, IN A LOWLY AND MEAN WAY. THE REGIME ORDERED THEIR IMMEDIATE TRANSFER, AFTER IT FAILED TO BUY THEIR CONSCIOUSNESS AND THEIR LOYALTY. THERE WAS NO INTERCESSION FOR THEM AFTER SPENDING THE BLOSSOM OF THEIR LIVES SPREADING KNOWLEDGE IN THE SERVICE OF THE NATION.

TODAY, THE REGIME CONTINUES TO TAKE ADVANTAGE OF ITS DOMINANCE OVER THE LAND OF THE HOLY TWO MOSQUES, MAKING IT A POLICE TRAP FOR ANYONE WHO ISSUES A SHARI'A FATWA, OR ANYONE WHO MAKES A STATEMENT THAT DOES NOT SUIT THE REGIME'S TASTE OR ITS MOOD, OR ANYONE WHO ANNOYS THE AMERICAN MASTERS, THE OCCUPIERS OF THE LAND OF THE TWO HOLY MOSQUES.

WITH THE REGIME'S LOWLY EXPLOITATION, ITS DOMINANCE OVER THE LAND OF THE TWO HOLY MOSQUES, AND ALL OF THE HARM THAT IT HAS INFLICTED ON THE MUSLIMS, THIS REGIME EMPHASIZES AN IMPORTANT TRUTH. THAT TRUTH IS THAT THIS STRUGGLE BETWEEN THE REGIME AND ISLAM AND THE MUSLIMS EXCEEDS THE NARROW BORDERS FOR THE LAND OF THE TWO HOLY MOSQUES, TO INCLUDE THE ENTIRE NATION OF ISLAM. EACH MUSLIM ON THE FACE OF THE EARTH MUST FACE IT (TN: THE LAND OF THE TWO HOLY MOSQUES) WITH HIS HEART AND HIS MIND FIVE TIMES IN HIS PRAYERS. ALSO, EVERY MUSLIM BY SHARI'A MUST PERSONALLY GO TO IT HIMSELF TO PERFORM THE PILGRIMAGE OBLIGATION WHICH IS THE FIFTH PILLAR OF ISLAM.

THIS COUNTRY HAS TWO PILLARS OF THIS RELIGION. THERE IS NO WAY THAT A NATION THAT HAS IN EXCESS OF ONE AND ONE QUARTER BILLION PEOPLE CAN REMAIN SILENT ABOUT THE OCCUPATION AND OPPRESSION AND

WHAT THE GUESTS OF THE MOST MERCIFUL SUFFER FROM IN TERMS OF INSULTS, HUMILIATION, LACK OF ATTENTION, AND NEGLIGENCE. THE GUESTS OF THE MOST MERCIFUL ARE OFFERED BY THIS REGIME AS FUEL TO THE FIRES THAT TAKE PLACE DURING THE PILGRIMAGE ALMOST EVERY YEAR. THIS REGIME LEADS THE CREAM OF WHAT IS LEFT TO PRISONS AND DUNGEONS, ONLY BECAUSE THEY ISSUED A FATWA SHOWING THE TRUTH, WHICH ALLAH HAS ORDERED THEM TO DO. THE UMMAH HAS NOT MOVED AGAINST THIS SITUATION AND THESE ACTIONS. SO WHEN IS THE UMMAH GOING TO ACT?

THE SAUDI REGIME, BY MOVING TO ARREST THOSE RELIGIOUS SCHOLARS, REMINDS THE UMMAH OF WHAT THE REGIME HAD DONE IN PREVIOUS DAYS, WHEN THEY ARRESTED THE CREAM OF THE NATION, ITS RELIGIOUS SCHOLARS, AND ITS SONS LIKE SHAYKH SAFR AL-((HAWALY)) AND SHAYKH SALMAN AL-(('AWDAH)), AND THEIR BRETHREN, WHO ARE STATIONED AT THE MOUTHS OF THE TRUTH, AND WHO ARE STEADFAST IN THE TYRANTS' PRISONS. THESE SCHOLARS ARE LOFTY MOUNTAINS THAT SHATTERED IN THEIR HARDNESS ON THE TRUTH. THEY HAVE STOOD AGAINST ALL MANNERS OF SEDUCTION, ALLUREMENT, AWAKENING OF DESIRE, AND TERROR. THOSE HEROES REVIVED THE NATION'S FAITH FROM DEATH, STIRRED THE SENSE OF HONOR, AND EXPEDITED THE SPIRIT OF REFUSAL AND RESISTANCE TO FALSEHOOD. WE BESEECH ALLAH TO CONFIRM THEM AND US IN THE TRUTH AND TO BRING RELIEF TO ALL.

IF THE SAUDI REGIME THINKS THAT THESE ACTIONS CAN HIDE THE TRUTH FROM THE NATION, OR THAT THESE ACTIONS WILL ACQUIRE PRESTIGE FOR THE REGIME, IT IS FANTASIZING… WORDS AND SUPPLICATIONS DO NOT WIN FRIENDS WHEN THAT FRIENDSHIP CAUSES HURT AND WHEN THEY WATER ITS TREE WITH THEIR SWEAT AND BLOOD.

NOTHING SETS THE LEADERS OF THE NATION APART AS MUCH AS THE TRIALS AND TRIBULATIONS, THE ORDEALS, AND THE PRISONS AND DETENTION CAMPS. THE REGIME, WITH ITS SINFUL ACTIONS AGAINST THE RELIGIOUS SCHOLARS, IS WORKING TO SPREAD AND DEEPEN THE ISLAMIC VIEW THAT THEY ARE PROCLAIMING. IT IS WORKING ON PRESENTING MATURE LEADERS FOR THE NATION, GRADUATES FROM THE SCHOOL OF YUSIF, PEACE BE UPON HIM.

EVEN IF THE SAUDI REGIME ACCEPTS RESPONSIBILITY FOR THE CRIMES THAT THEY HAVE COMMITTED AGAINST ISLAM AND ITS SCHOLARS, WE STILL CANNOT EXCUSE SOME OF THE GROUPS FROM RESPONSIBILITY. WE CANNOT EXCUSE THE SCHOLARS AND OTHER INFLUENTIAL PEOPLE OF HIGH STANDING WHO COULD HAVE ASSISTED AND DEFENDED THE VICTIMS OF INJUSTICE WITH A STATEMENT OF TRUTH ABOUT THEM. HELPING A BROTHER MUSLIM IS AN OBLIGATION. (TN: THE AUTHOR QUOTES SEVERAL OF THE SAYINGS OF THE PROPHET TO PROVE HIS POINT, SAYING THAT A MUSLIM IS THE BROTHER OF A MUSLIM. HE DOES NOT DO HIS BROTHER INJUSTICE, AND HE DOES NOT DELIVER HIS BROTHER TO THE ENEMY. HE DOES NOT BETRAY HIS BROTHER, HE DOES NOT LIE TO HIS BROTHER, AND HE DOES NOT LET HIS BROTHER DOWN).

THE POLICE FORCE CAN DO A LOT TO HELP THEIR SCHOLARS AND SHAYKHS AND LIFT THE OPPRESSION FROM THEM.  IF THEY CANNOT ACCOMPLISH THIS ENTIRE DUTY, THEY SHOULD AT LEAST STOP THEMSELVES FROM BEING THE HAND OF VIOLENCE THAT THE SAUDI REGIME USES TO FIGHT THE CHOSEN PEOPLE OF ALLAH AND BECOME THEIR ENEMY.  (TN:  THE AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET, SAYING THAT HE WHO MAKES ENEMIES WITH THE CHOSEN PEOPLE OF ALLAH, THEN I ALLOW HIM TO GO TO WAR).  WE REMIND THEM OF THE STRONG THREAT TO THOSE WHO DO HARM TO THE BELIEVERS, MEN AND WOMEN.  (TN:  THE AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET, SAYING THAT THOSE WHO HURT THE BELIEVERS HAVE COMMITTED A GRAVE SIN).

WE CAN MANAGE HERE WITHOUT THE PROTEST AGAINST OBEYING THE RULER, BECAUSE THE SAUDI REGIME IS NOT A LEGITIMATE RULER.  IT IS ILLEGITIMATE DUE TO ITS SINS AGAINST ISLAM, SUCH AS RULING CONTRARY TO WHAT ALLAH HAS REVEALED, FIGHTING ISLAM AND THE MUSLIMS, AND ALLEGIANCE TO THE INFIDELS AND THEIR COUNTRIES.  WE HAVE DETAILED ALL OF THESE SINS AND MENTIONED ALL THE PROOFS FROM THE HOLY BOOK AND SUNNA AND THE SAYINGS OF THE RELIGIOUS SCHOLARS OF THE NATION IN OUR PREVIOUS STATEMENTS, SPECIFICALLY STATEMENT NUMBER SEVENTEEN.

EVEN IF WE ACT ON THE SUPPOSITION OF THE LEGITIMACY OF THIS REGIME, THERE IS STILL NO OBEDIENCE TO A CREATURE THAT IS IN DISOBEDIENCE OF THE CREATOR.  (TN:  THE AUTHOR QUOTES FROM THE PROPHET'S SAYINGS, NARRATED BY AHMED, SAYING THAT THE RULER IS WITH THE COMPREHENSIVE TRUTH).

THE MUSLIMS IN PAKISTAN, AND THOSE WHO ARE RELIGIOUS SCHOLARS AMONGST THEM, MUST UNDERTAKE THEIR SHARI'A DUTY CONCERNING THIS CAUSE, BY PROVIDING ASSISTANCE TO THE OPPRESSED AND ARMOR AGAINST THE OPPRESSORS.  THESE CRIMES AGAINST THE RELIGIOUS SCHOLARS WHO ARE THE INHERITORS OF THE PROPHETS, PEACE BE UPON THEM, SHALL NOT BE REPEATED.

THIS IS WHAT WE WANTED TO STATE ON THIS OCCASION, AND ALLAH SAYS THAT TRUTH IS WHAT LEADS THE WAY.

(TN: THIS STATEMENT IS NOT SIGNED OR DATED).

**PAGE 101 - 102 (DUPLICATE COPY OF STATEMENT 20 ABOVE)**

**PAGE 103 (STATEMENT NO. 21)**

SUPPORTING THE FATWA BY THE AFGHANI RELIGIOUS SCHOLARS OF EJECTING THE AMERICAN FORCES FROM THE LAND OF THE TWO HOLY MOSQUES

THANKS BE TO ALLAH WHO MADE IN THE TRUTH AND ITS DISCLOSURE THE

DESTRUCTION OF FALSEHOOD AND ITS FOLLOWERS.  PRAYERS AND PEACE BE UPON OUR PROPHET MUHAMMAD WHO SAID THAT WE SHOULD EJECT THE INFIDELS FROM THE ARAB PENINSULA, AS NARRATED BY BUKHARI.

THE NATION OF ISLAM IS STILL FACED WITH THE CASE OF THE INVASION OF THE AMERICAN FORCES INTO THE LAND OF THE TWO HOLY MOSQUES. THE REACTION IS ESCALATING AND DEEPENING, AND ITS ROOTS ARE WIDENING AND SPREADING.  THE LATEST EVIDENCE OF THIS REACTION IS THE GREAT FATWA THAT WAS ISSUED BY THE UNITED RELIGIOUS SCHOLARS OF AFGHANISTAN, STRESSING THE NECESSITY OF EJECTING THE AMERICAN FORCES FROM THE ARAB PENINSULA AND THE LAND OF THE HOLY TWO MOSQUES.  THIS FATWA INCLUDED THE ABSOLUTE SHARI'A PROOFS SHOWING THAT THE ENTRANCE OF THESE FORCES INTO THIS COUNTRY IS FORBIDDEN, AND THAT THEIR EJECTION IS ABSOLUTELY NECESSARY.  THE RESPONSIBILITY OF EJECTING THEM AND DECLARING JIHAD AGAINST THE AMERICAN OCCUPIERS OF THE LAND OF THE TWO HOLY MOSQUES LIES WITH THE ENTIRE NATION OF ISLAM, AND IT IS NOT ONLY THE RESPONSIBILITY OF THE PEOPLE OF THE ARABIAN PENINSULA AND THE LAND OF THE TWO HOLY MOSQUES.

THIS FATWA FROM THE RELIGIOUS SCHOLARS OF AFGHANISTAN, WHICH CALLS FOR THE EJECTION OF THE AMERICAN FORCES FROM THE LAND OF THE HOLY TWO MOSQUES, IS THE SAME FATWA THAT THE RELIGIOUS SCHOLARS AND THE TRUTHFUL STUDENTS OF RELIGION ISSUED EIGHT YEARS AGO WHEN THESE FORCES ENTERED THE COUNTRY.  AT THE FOREFRONT OF THOSE WHO WROTE THE FATWA WERE SHAYKH SALMAN AL-(('AWDAH)) AND SHAYKH SAFR AL-((HAWALI)).  THEY AND THEIR BRETHREN BROKE OUT THE TRUTH, AT A TIME WHEN OTHERS WERE TALKING FALSELY AND INFLUENCING OTHERS TO DEVIATE FROM THE TRUTH.  THEY HAVE WILLINGLY PAID THE PRICE OF THEIR TRUTHFULNESS.  THE SAUDI REGIME THREW THEM INTO THE DARKNESS OF PRISONS, AN ACT INTENDED TO WIPE OUT THE TRUTH AND TO HIDE THE FACTS FROM THE NATION.  MOTIVATED BY DECEPTION, FRAUD, AROUSAL OF INTEREST, AND TERRORISM, ANOTHER FATWA WAS ISSUED BY SOME OF THE REGIME'S RELIGIOUS ENTOURAGE DECLARING THE LEGALITY OF SUMMONING THOSE FORCES, UNDER THE PRETENSE OF GETTING ASSISTANCE FROM THE INFIDELS.  THE FALSEHOOD OF THIS PRETENSE HAS BEEN UNCOVERED BY THE EVENTS THAT FOLLOWED.  THE TRUTHFULNESS OF WHAT THE ARRESTED SHAYKHS WERE CALLING FOR BECAME APPARENT TO EVERYONE.  THESE FORCES WERE FORCES OF FLAGRANT OCCUPATION, NOTHING MORE AND NOTHING LESS.  ALLAH - GLORY BE TO HIM - WANTED NOTHING BUT TO UNCOVER THE CONSPIRACY OF THE SAUDI REGIME AND THE OTHER CONSPIRATORS AROUND IT.  THE TRUTH WILL APPEAR EVEN IF THE INFIDELS HATE IT.

ALLAH HAS PREORDAINED THAT THE TRUTH WOULD COME OUT IN THIS MATTER AND THAT MANY WOULD STAND UP, MANY TIMES MORE THAN WHAT THE SAUDI REGIME HAS THROWN IN PRISON.  THE CIRCLE OF INTEREST IN THIS MATTER BY THE NATION OF ISLAM IS STILL GROWING DAY BY DAY, BOTH INSIDE AND OUTSIDE THE ARABIAN PENINSULA.

THE LAST HOMILY OF THE IMAM OF THE PROPHET'S HOLY MOSQUE WAS NOTHING BUT A MODEL FOR EXPRESSING THE LEVEL OF REJECTION THAT THE NATIONS FEELS ABOUT THE PRESENCE OF THE INFIDELS.  IN HIS HOMILY, THE IMAM OF THE MOSQUE DISPLAYED THE TRUTH ABOUT THE RELIGIOUS ANIMOSITY OF THE AMERICANS TOWARDS THE MUSLIMS, THE LEVEL OF INFLUENCE OF THE JEWS IN AMERICA, THE REFUSAL OF THE MUSLIMS TO THE PRESENCE OF THE AMERICAN FORCES, AND THE NECESSITY OF FORCING THEM OUT.  THE IMAM SAID, "SERVANTS OF ALLAH, THE ANIMOSITY IS RELIGIOUS AND AMERICA IS NOT IN COMMAND OF ANYTHING, BECAUSE SHE IS TOTALLY SUBMISSIVE TO THE JEWS WHO LEAD HER ANYWHERE THEY WANT.  THE MUSLIMS DO NOT BY ANY MEANS ACCEPT ITS MILITARY PRESENCE OR THE PRESENCE OF ANY OTHER INFIDEL COUNTRY." (TN: AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET TO PROVE HIS POINT, SAYING THAT THERE CANNOT BE TWO RELIGIONS IN THE ARAB PENINSULA).  THE PROPHET'S LAST WISH, MAY ALLAH'S PRAYERS AND PEACE BE UPON HIM, IS TO DRIVE THE JEWS AND THE CHRISTIANS OUT OF THE ARABIAN PENINSULA, AND THIS MUST BE ACTED ON.

REGARDING THE ALLEGATIONS THAT THESE FORCES CAME FOR PEACEFUL PURPOSES TO HELP THE INHABITANTS OF THE REGION, HE SAID, "THE SECURITY OF THE REGION IS FOR THE NATIONS OF THE REGION, AND THAT THIS IS THEIR RIGHT.  THE BIG COUNTRIES ARE THE CAUSE OF PROBLEMS AND INSTABILITY IN THE REGION, AND THEY ARE THE ONES THAT CREATE THE INCIDENTS.  THEY SHOW UP EVERY TIME THERE IS AN INCIDENT UNDER THE PRETENSE THAT THEY WILL IMPROVE THE SITUATION AND ELIMINATE THE DANGER, YET THEY ARE THE BIGGEST DANGER OF ALL. HOW CAN THE FOX BE THE SHEPPARD FOR THE SHEEP?"

WE HAVE BACKED THE FATWAS OF THE IMPRISONED SHAYKHS BEFORE, AND WE HAVE WARNED ABOUT THE DANGERS OF THE EXISTENCE OF THESE FATWAS.  IF WE WANT THIS FATWA THAT HAS NO DUST ON IT TODAY, WE INVITE EVERYONE TO CONFORM AND EXECUTE THIS FATWA, BECAUSE BEFORE IT IS NOT JUST A FATWA FROM THE RELIGIOUS SCHOLARS OF THE NATION, IT IS A BEQUEST FROM THE MESSENGER OF ALLAH.  MAY ALLAH'S PRAYERS AND PEACE BE UPON HIM, WHERE HE SAID ON HIS DEATHBED, "DRIVE THE POLYTHEISTS OUT OF THE ARABIAN PENINSULA," NARRATED BY AL-BUKHARI.

DATED:  1/1/1419 AH
CORRESPONDING TO 7 MAY 1998 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN