# EXHIBIT 92

## Strong, Bruce

| | |
|---|---|
| **From:** | Krause, Andrew (USANYS) 1 <Andrew.Krause@usdoj.gov> |
| **Sent:** | Tuesday, September 17, 2019 2:31 PM |
| **To:** | Strong, Bruce; Normand, Sarah (USANYS); Vargas, Jeannette (USANYS) |
| **Cc:** | Goldman, Jerry S.; SCarter1@cozen.com; Haefele, Robert (rhaefele@motleyrice.com); WTC[jkreindler@kreindler.com] (jkreindler@kreindler.com); WTC[amaloney@kreindler.com]; Steven R. Pounian (Spounian@kreindler.com); Megan Benett (Mbenett@kreindler.com); Tarbutton, J. Scott; Eubanks, John (jeubanks@motleyrice.com); Armstrong, Arthur |
| **Subject:** | RE: 03 MDL 1570 (GBD) (SN) -- Jamal al Fadl |

Bruce,

We can confirm that Jamal al Fadl has been served with the deposition subpoena.

Our understanding is that you should expect to hear from Mr. al Fadl's counsel regarding the subpoena in the near future.

Regards,
Andrew

Andrew E. Krause
Assistant U.S. Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2769
Facsimile: (212) 637-2786