**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977
*Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 03-cv-05071
*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279
*Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, 1:23-cv-02845

**DECLARATION OF OMAR T. MOHAMMEDI TRANSMITTING EVIDENCE**
**IN SUPPORT OF DEFENDANTS WORLD ASSEMBLY OF MUSLIM**
**YOUTH'S AND WORLD ASSEMBLY OF MUSLIM YOUTH**
**INTERNATIONAL'S RULE 56 MOTION FOR SUMMARY JUDGMENT**

I, Omar T. Mohammedi, pursuant to 28 U.S.C. §1746, state as follows:

1.      I am an attorney admitted to practice in the above-captioned matter, counsel for the Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth International in this MDL matter and am associated with the Law Firm of Omar T. Mohammedi LLC or OTM Law.

2.      I submit this Declaration to identify and transmit into evidence the exhibits referenced in Defendants' Rule 56.1 Statement of Undisputed Facts.

3.      Attached hereto are true and correct copies of the Exhibits identified below:

**EXHIBITS**

1

1.    Exhibit 1 is Jamal Barzinji Dep. Transcript Excerpts.

2.    Exhibit 2 is Saleh Wohaibi 2026 Declaration.

3.    Exhibit 3 is WAMYSA1248923.

4.    Exhibit 4 is Saleh Wohaibi Deposition Transcript Excepts.

5.    Exhibit 5 is Abdul Wahab Noorwali Dep. Transcript Excerpts.

6.    Exhibit 6 is WAMY-SA E001045-052 and 056.

7.    Exhibit 7 is WAMY SA E001104-112.

8.    Exhibit 8 is WAMYSA051643-654.

9.    Exhibit 9 is Saleh Wohaibi November 2005 Declaration.

10.    Exhibit 10 is Adel Batterjee 2004 Declaration.

11.    Exhibit 11 is Mustafa Ismail 2022 Declaration.

12.    Exhibit 12 is Ibrahim Anwar Dep. Transcript Excerpt.

13.    Exhibit 13 is Khalid Blankinship Report.

14.    Exhibit 14 is Abdul Wahab Noorwali 2019 Declaration.

15.    Exhibit 15 is WAMY Intl E001543.

16.    Exhibit 16 is PEC-WAMY014980-982.

17.    Exhibit 17 is WAMYSA051692-698.

18.    Exhibit 18 is Ibrahim Anwar Declaration.

19.    Exhibit 19 is WAMYSA189661-663.

20.    Exhibit 20 is WAMYSA399014-028.

21.    Exhibit 21 is WAMYSA175985-6006.

22.    Exhibit 22 is WAMYSA173386-399.

23.    Exhibit 23 is WAMYSA036043.

24.    Exhibit 24 is WAMYSA065181-185.

2

25.    Exhibit 25 is WAMYSA028403-414.

26.    Exhibit 26 is WAMYSA047326-329.

27.    Exhibit 27 is WAMYSA028040-041.

28.    Exhibit 28 is WAMYSA049368 – 373.

29.    Exhibit 29 is Ziaul Haq Amarkhil Declaration.

30.    Exhibit 30 is Assadullah Sahil Declaration.

31.    Exhibit 31 is Jonathan Winer Dep. Transcript Excerpts.

32.    Exhibit 32 is Ibrahim Abdullah Dep. Transcript Excerpts.

33.    Exhibit 33 is WAMYSA031622-623.

34.    Exhibit 34 is WAMYSA058095.

35.    Exhibit 35 is WAMYSA036431-432.

36.    Exhibit 36 is WAMYSA036914.

37.    Exhibit 37 is WAMYSA051057-059.

38.    Exhibit 38 is WAMYSA031804.

39.    Exhibit 39 is WAMY Intl E002177-241.

40.    Exhibit 40 is Marc Sageman Report, Excerpts.

41.    Exhibit 41 is WAMYSA1248770.

42.    Exhibit 42 is WAMYSA1249453.

43.    Exhibit 43 is WAMYSA1333-341.

44.    Exhibit 44 is Khalid Blankinship Dep. Tr. Excerpts.

45.    Exhibit 45 is MR/ARA001079-083.

46.    Exhibit 46 is 9/11 Commission Report Excerpts.

47.    Exhibit 47 is Government Exhibit 2800-A in *U.S. v. Salameh.*

48.    Exhibit 48 is Excerpt of trial testimony in *U.S. v Salameh*.

3

49.    Exhibit 49 is FED-PEC0250105.

50.    Exhibit 50 is PEC-WAMY000534-549.

51.    Exhibit 51 is FED-PEC0236400.

52.    Exhibit 52 is FED-PEC0233836 – 843.

53.    Exhibit 53 is WAMYSA1249537.

54.    Exhibit 54 is WAMYSA1249281.

55.    Exhibit 55 is WAMYSA1235395.

56.    Exhibit 56 is WAMYSA1235988.

57.    Exhibit 57 is WAMYSA1248831.

58.    Exhibit 58 is WAMYSA1248777-782.

59.    Exhibit 59 is WAMYSA1409-1410.

60.    Exhibit 60 is WAMYSA1249556.

61.    Exhibit 61 is WAMYSA1248744.

62.    Exhibit 62 is WAMYSA035241.

63.    Exhibit 63 is WAMYSA030975.

64.    Exhibit 64 is WAMYSA1231266

65.    Exhibit 65 is WAMYSA065359-367

66.    Exhibit 66 is WAMYSA189733-734

67.    Exhibit 67 is WAMYSA036894-895

68.    Exhibit 68 is WAMYSA584328.

69.    Exhibit 69 is WAMYSA585072.

70.    Exhibit 70 is WAMYSA585077-078.

71.    Exhibit 71 is WAMYSA605353.

72.    Exhibit 72 is WAMYSA 173786-87

73.    Exhibit 73 is WAMYSA059981-992.

74.    Exhibit 74 is WAMYSA 044943-946.

75.    Exhibit 75 is WAMYSA0548428-433.

76.    Exhibit 76 is ECF 4240-1: Statistical Report.

77.    Exhibit 77 is Appendix A: WAMY Financial and Project Documents Produced.

78.    Exhibit 78 is WAMYSA062981-997.

79.    Exhibit 79 is WAMYSA1233979-984.

80.    Exhibit 80 is WAMYSA018575-755.

81.    Exhibit 81 is WAMYSA061716-726.

82.    Exhibit 82 is WAMYSA066972-7030.

83.    Exhibit 83 is WAMYSA066752-802.

84.    Exhibit 84 is WAMYSA067482-515.

85.    Exhibit 85 is Jonathan Winer Ex 913 (2021 Annual Report).

86.    Exhibit 86 is WAMYSA082520-521.

87.    Exhibit 87 is Jonathan Marks Dep. Transcript Excerpt.

88.    Exhibit 88 is WAMYSA176925-926.

89.    Exhibit 89 is WAMYSA529024.

90.    Exhibit 90 is WAMYSA528993-997.

91.    Exhibit 91 is Rustum Mahmand Declaration.

92.    Exhibit 92 is WAMYSA038647-655.

93.    Exhibit 93 is WAMYSA035262-282.

94.    Exhibit 94 is WAMYSA038629-636.

95.    Exhibit 95 is WAMYSA036944.

96.    Exhibit 96 is WAMYSA038614-620.

97.    Exhibit 97 is WAMYSA1235619-621.

98.    Exhibit 98 is WAMYSA1235779-782.

99.    Exhibit 99 is WAMYSA1235703-708.

100.    Exhibit 100 is WAMYSA1235836-841.

101.    Exhibit 101 is WAMYSA031288-314.

102.    Exhibit 102 is WAMYSA018655.

103.    Exhibit 103 is WAMYSA029920.

104.    Exhibit 104 is Ibrahim Abdullah 2026 Declaration.

105.    Exhibit 105 is WAMYSA1235455-459.

106.    Exhibit 106 is WAMYSA032006.

107.    Exhibit 107 is WAMYSA061345-346.

108.    Exhibit 108 is WAMYSA1235429-434.

109.    Exhibit 109 is WAMYSA034224-245.

110.    Exhibit 110 is FEDPEC0157372.

111.    Exhibit 111 is FED-PEC0049416-422.

112.    Exhibit 112 is WAMYS057782.

113.    Exhibit 113 is WAMYSA034246.

114.    Exhibit 114 is WAMY029936-937.

115.    Exhibit 115 is WAMYSA027707.

116.    Exhibit 116 is FED-PEC0114420.

117.    Exhibit 117 is OFAC SDN List April 3, 2026.

118.    Exhibit 118 is Press Release, January 15, 2023, U.N. Security Council.

119.    Exhibit 119 is Press Release, U.N. Security Council, December 28, 2004.

120.    Exhibit 120 is WAMYSA027804.

121.    Exhibit 121 is WAMYSA032014-020.

122.    Exhibit 122 is WAMY065184.

123.    Exhibit 123 is WAMYSA061342.

124.    Exhibit 124 is WAMY029513-514.

125.    Exhibit 125 is WAMYSA028295.

126.    Exhibit 126 is WAMYSA031524.

127.    Exhibit 127 is WAMYSA0208403-414.

128.    Exhibit 128 is WAMSYSA028040-041.

129.    Exhibit 129 is WAMYSA029901-902.

130.    Exhibit 130 is WAMYSA016310.

131.    Exhibit 131 is WAMYSA027758-762.

132.    Exhibit 132 is WAMYSA061651.

133.    Exhibit 133 is WAMYSA029787-791.

134.    Exhibit 134 is BUR-PEC-045900-913.

135.    Exhibit 135 is U.N. Security Council Consolidated List.

136.    Exhibit 136 is WAMYSA1235460-480.

137.    Exhibit 137 is WAMYSA031064.

138.    Exhibit 138 is WAMYSA031240.

139.    Exhibit 139 is WAMYSA031061-062.

140.    Exhibit 140 is WAMYSA031232.

141.    Exhibit 141 is WAMYSA031231.

142.    Exhibit 142 is WAMYSA031233-239.

143.    Exhibit 143 is WAMYSA038604-613.

144.    Exhibit 144 is WAMYSA041410-413.

145.    Exhibit 145 is WAMYSA035413-417.

146.    Exhibit 146 is WAMYSA031831.

147.    Exhibit 147 is Adel Hamad Declaration.

148.    Exhibit 148 is WAMYSA9760-770.

149.    Exhibit 149 is WAMYSA429154.

150.    Exhibit 150 is WAMYSA E001088-091.

151.    Exhibit 151 is WAMYSA571177-186.

152.    Exhibit 152 is WAMYSA E001084.

153.    Exhibit 153 is WAMYSA056757.

154.    Exhibit 154 is Col. Lawrence Wilkerson 2020 Declaration.

155.    Exhibit 155 is WAMYSA571217.

156.    Exhibit 156 is Col. Lawrence Wilkerson 2010 Declaration.

157.    Exhibit 157 is JTF-GTMO Hamad Detainee Assessment.

158.    Exhibit 158 is FED-PEC0197473.

159.    Exhibit 159 is FED-PEC0216815.

160.    Exhibit 160 is Human Rights First (HRF) December 2016 Fact Sheet.

161.    Exhibit 161 is Abdullah Bin Ladin 2005 Declaration.

162.    Exhibit 162 is WAMY Intl E00718-720.

163.    Exhibit 163 is Ibrahim Abdullah 2018 Declaration.

164.    Exhibit 164 is WAMYSA028295.

165.    Exhibit 165 is WAMY Intl E000263.

166.    Exhibit 166 is WAMY Intl E001366-370.

167.    Exhibit 167 is WAMY Intl E007022.

168.    Exhibit 168 is PEC-WAMY030080-081.

169.    Exhibit 169 is WAMYSA 1519.

170.    Exhibit 170 is WAMYSA030079-081.

171.    Exhibit 171 is WAMY Intl E000249.

172.    Exhibit 172 is WAMYSA 4484.

173.    Exhibit 173 is Mohammed Khatib 2018 Declaration.

174.    Exhibit 174 is WAMYSA057575-579.

175.    Exhibit 175 is Talha Al-Jarad 2019 Declaration.

176.    Exhibit 176 is WAMYSA057580-581.

177.    Exhibit 177 is WAMYSA9972.

178.    Exhibit 178 is WAMYSA9976-978.

179.    Exhibit 179 is PEC-WAMY031318-430.

180.    Exhibit 180 is WAMYSA061885.

181.    Exhibit 181 is Canadian Revenue Authority Website Homepage.

182.    PEC-WAMY031447-468.

183.    Exhibit 183 is FED-PEC0218170-203

184.    Exhibit 184 is Evan Kohlmann Dep. Transcript Excerpt.

185.    Exhibit 185 is PEC-WAMY031431-441.

186.    Exhibit 186 is ECF 2775-1.

187.    WAMYSA036741-745.

188.    Exhibit 188 is WAMYSA036716.

189.    Exhibit 189 is PEC-WAMY008110.

190.    Exhibit 190 is WAMYSA036860-862.

191.    Exhibit 191 is WAMYSA184530-542.

192.    Exhibit 192 is WAMYSA036754-759.

193.   Exhibit 193 is WAMYSA036781-786.

194.   Exhibit 194 is WAMYSA036765.

195.   Exhibit 195 is WAMYSA036766.

196.   Exhibit 196 is WAMYSA036746-753.

197.   Exhibit 197 is WAMYSA036812.

198.   Exhibit 198 is WAMYSA036945-946.

199.   Exhibit 199 isWAMYSA036717.

200.   Exhibit 200 is WAMYSA036796-797.

201.   Exhibit 201 is H. Res. 134 of the 109th Congress.

202.   Exhibit 202 is WAMYSA062007.

203.   Exhibit 203 is WAMYSA057615.

204.   Exhibit 204 is WAMYSA1248468.

205.   Exhibit 205 is WAMYSA175144-196.

206.   Exhibit 206 is WAMYSA524798-807.

207.   Exhibit 207 is WAMYSA524838-842.

208.   Exhibit 208 is WAMYSA488388.

209.   Exhibit 209 is WAMYSA044850-851.

210.   Exhibit 210 is WAMYSA061135-140.

211.   Exhibit 211 is FED-PEC028912.

212.   Exhibit 212 is FED-PEC0213792-854.

213.   Exhibit 213 is WAMYSA042102-105.

214.   Exhibit 214 is WAMYSA586734, 736-737.

215.   Exhibit 215 is WAMYSA1235382.

216.   Exhibit 216 is WAMYSA1235383.

217. Exhibit 217 is WAMYSA1235384.

218. Exhibit 218 is WAMYSA036333-337.

219. Exhibit 219 is WAMYSA1231298-299.

220. Exhibit 220 is WAMYSA1231313-314.

221. Exhibit 221 is WAMYSA1231294.

222. Exhibit 222 is WAMYSA1232834.

223. Exhibit 223 is WAMYSA1232830.

224. Exhibit 224 is WAMYSA1232840.

225. Exhibit 225 is PEC-WAMY014754.

226. Exhibit 226 is PEC-WAMY014834-841.

227. Exhibit 227 is WAMYSA040883-888.

228. Exhibit 228 is WAMYSA040889.

229. Exhibit 229 is WAMYSA059993-60000.

230. Exhibit 230 is WAMYSA060026-032.

231. Exhibit 231 is WAMYSA523714-725.

232. Exhibit 232 is WAMY SA 1488.

233. Exhibit 233 is CIA_000720-804.

234. Exhibit 234 is U.S. Dept. of Treasury, OFAC Memorandum 00001-2.

235. Exhibit 235 is United States Department of State website re E.O.13224.

236. Exhibit 236 is Jimmy Gurule Dep. Transcript Excerpt.

237. Exhibit 237 is Testimony of OFAC Director R. Richard Newcomb, Senate Governmental Affairs Committee hearing on Terrorism Financing, July 31, 2003, at User Clip: Terrorism Financing Hearing 2003 | C-SPAN.org; (https://www.c-span.org/video/?c4938961/user-clip-terrorism-financing-hearing-2003).

238.   Exhibit 238 is Warrant and search inventory in case no 04-190-MG.

239.   Exhibit 239 is CIA_00370-00376.

240.   Exhibit 240 is CIA00182-196.

241.   Exhibit 241 is National Commission on Terrorist Attacks Upon the United States, Monograph on Terrorist Financing, Staff Report to the Commission.

242.   Exhibit 242 is CIA_00000377-384.

243.   Exhibit 243 is CIA_00807-848.

244.   Exhibit 244 is CIA_000178-189.

245.   Exhibit 245 is CIA_000143-158.

246.   Exhibit 246 is Mohammad Al-Juhani 2022 Declaration.

247.   Exhibit 247 is CIA000210-236.

248.   Exhibit 248 is FBI EO14040-000001-EO14040-000014.

249.   Exhibit 249 is Harmony Database.

250.   Exhibit 250 is DCI Counterterrorist Center, Intelligence Report.

251.   Exhibit 251 is Matthew Levitt Dep. Transcript Excerpt.

252.   Exhibit 252 is Executive Order 13099.

253.   Exhibit 253 is ECF 7351-4.

254.   Exhibit 254 is ECF 9060 Excerpt.

255.   Exhibit 255 is Jonathan Marks Report Excerpt.

256.   Exhibit 256 is Jonathan Marks Reliance Material.

257.   Exhibit 257 is Sherman Jackson Report Excerpt.

258.   Exhibit 258 is CIA_000021.

259.   Exhibit 259 is Sherman Jackson Dep. Transcript Excerpt.

260.   Exhibit 260 is Maher Hanania 2004 Declaration.

261.    Exhibit 261 is April 8, 2004, Omar Mohammedi letter.

262.    Exhibit 262 is June 29, 2004, Omar Mohammedi letter.

263.    Exhibit 263 is September 7, 2004 Motley Rice letter.

264.    Exhibit 264 is June 30, 2011 Motley Rice.

265.    Exhibit 265 is Judge Casey's September 15, 2005 Order.

266.    Exhibit 266 is December 1, 2004 HCBS letter.

267.    Exhibit 267 is December 6, 2004, Omar Mohammedi letter.

268.    Exhibit 268 is December 30, 2004 HCBS endorsed letter.

269.    Exhibit 269 is June 26, 2005 and July 15, 2005 Omar Mohammedi letters.

270.    Exhibit 270 is July 28, 2005 Omar Mohammedi letter.

271.    Exhibit 271 is September 1, 2005 Omar Mohammedi letter without enclosures.

272.    Exhibit 272 is FED-PEC0217659.

273.    Exhibit 273 is November 29, 2004, Omar Mohammedi letter.

274.    Exhibit 274 is December 23, 2002, Commonwealth of Virginia, State Corporation Commission, Statement of Registered Agent.

275.    Exhibit 275 is WAMYSA027610-611.

276.    Exhibit 276 is WAMYSA037743-774.

277.    Exhibit 277 is WAMYSA059929-930.


New York, New York, April 15, 2026


/s/ Omar T. Mohammedi

_____

Omar T. Mohammedi, Esq.


13

# LAW FIRM OF
# OMAR T. MOHAMMEDI, LLC

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 X101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

April 16, 2026

**VIA ECF**

The Honorable Sarah Netburn
Magistrate Judge, United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 219
New York, NY 10007

Re:        ***In Re: Terrorist Attacks on September 11, 2001***, 03 MDL 1570 GBD-SN

Dear Judge Netburn:

On behalf of Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA) collectively known as ("WAMY"), we write to respectfully advise the Court of a technical issue encountered during the filing of our summary judgment motion.

While uploading the supporting exhibits and my declaration, the volume of the attachments required several hours to complete. Upon completion of the upload and at the final step of filing, the ECF system appears to have crashed, requiring us to restart the process. We subsequently attempted to file the declaration and exhibits the second time. However, we encountered the same technical issue, which prevented the successful filing of the exhibits.

As a result of this technical difficulty, the declaration and the exhibits were not successfully filed. We respectfully request the Court's permission to file my declaration and the complete set of exhibits on April 16, 2026.

We sincerely apologize for any inconvenience to the Court and appreciate the Court's consideration of this request.

Respectfully Submitted,

*/s/Omar Mohammedi*

Omar T Mohammedi

Cc: The Honorable George Daniels