UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
IN RE:  The Matter of Terrorist   )
Attacks of September 11th, 2001,  )  Case No. 157
------------------------------------X

** CONFIDENTIAL **

Deposition of JAMAL BARZINJI, PH.D.
Herndon, VA
Thursday, October 27, 2011

Thursday, October 27, 2011
1:47 p.m.

Deposition of JAMAL BARZINJI, PH.D. held at the law offices of:

Luque, LLC
500 Grove Street, Suite 212
Herndon, VA 20170

Pursuant to notice, before Denise Vickery, Registered Merit Reporter, Certified Realtime Reporter, Registered Professional Reporter and a Notary Public in and for the Commonwealth of Virginia.

A P P E A R A N C E S:



EXHIBIT

WAMY EX. 1

PEC-WAMY028880

Q.    And who else cofounded that with you?
A.    It was a group of investors, professors, faculty.  One of them was Professor Faruqi, who passed away about 10 years later.  One of them is Professor Abu Sulayman, who's now in Saudi Arabia.  One is Professor Al-Alwani, who's now in Egypt.  They were the founders.
Q.    Anyone else you can remember?
A.    One of us was Mr. Anwar Ibrahim who then became -- replaced prime minister in Malaysia.  I

0018
JAMAL BARZINJI, PH.D. - CONFIDENTIAL
think that's probably all the names.
Q.    In what year was it founded?
A.    1981.
Q.    And what was its mission?  What was the purpose for it?
A.    The mission was to address what we call the crisis of Muslim thought.  That after years of discussing the phenomenon of underdevelopment and the backwardness in third world countries we call and particularly the Muslim world formed the bulk of third world countries, and the way they came from the glory and into decline and inability to reform themselves despite repeated attempts of reform movements over the last -- it's more than one century.  There have been several reform movements, and they failed.
So we have many -- obviously many, many seminars, discussions, groups, conferences.  What is wrong?  What does it take to develop and reform this world?  And we came to say that one -- one element is the mind-set of people in those countries.  They are not able to look at their history objectively.  They're not able to relate to world civilization, western civilization objectively.  They're so antagonized by western civilization, they cannot see

0019
JAMAL BARZINJI, PH.D. - CONFIDENTIAL
anything wrong with their history.
The way they look at the scripture is extremely narrow.  They do not see that it is really like there to guide them to be better society and better individuals.  So that was the mission of IIIT was this crisis of Muslim thought.
Q.    Was there money that was necessary to get it started and to continue its operation?
A.    Yeah.  From the beginning, we knew that when we went eventually into a think tank, you need the ability to think freely.  In order to be think freely, you cannot be dictated by anybody who supplies funds to you.  So we were extremely concerned that we should have our own funding sources and that can happen by establishing our own endowment, investment, and that investment would supply or support the

PEC-WAMY028888

organization.  So -- and that's how we started by actually.

Q.    Where did the endowment come from?  Where did the money come from?

A.    We raised funds from whoever we knew, whoever appreciated this approach, which is really people from many countries around the world.  From Malaysia where this gentleman was and quite prominent.

0020

JAMAL BARZINJI, PH.D. - CONFIDENTIAL

He helped us with some business people there.

Q.    Who is that?

A.    Mr. Anwar Ibrahim who was board member, founding member.  He helped put us in touch with the people to go make a presentation.  This is what we want to do.  If you believe in this cause, you give us the money.  Trust us.  We are not going to control you.  This is going to be invested and the income would be spent on the activities.

Q.    What did you invest the money, the endowment in?

A.    Initially we want to be conservative by investing mostly in real estate in this area, mostly in this area.  So we bought the land that this building sits on, the land across the street, and we sold it and so on.  At that time, real estate was booming.  So it was also good to invest in it, and then eventually we diversified into whatever opportunities came up really as we went along.

I mean, we had no restriction here.  Just anything that makes good decent money, we went into it.

Q.    Did you create subsidiaries under the IIIT to do -- to carry out some of those investments?

0021

JAMAL BARZINJI, PH.D. - CONFIDENTIAL

A.    I don't know that you can call it subsidiaries.  That's a term that is mean in IRS terms could be because it's the trust that has subsidiaries, not IIIT as an operating think tank.  Yeah.

Q.    Well, what was -- the trust is an IIIT trust or --

A.    No.  It's the Safa Trust.

Q.    The Safa Trust?

A.    Yeah.  Safa Trust, yeah.

Q.    So the Safa Trust was created to provide the endowment for IIIT?

A.    Yeah.

Q.    At the same time it was done?

A.    Correct.  Same time, yeah.

Q.    Okay.  So you mentioned some real estate investments or holdings.  Was that done through the Safa Trust --

A.    Yeah.

PEC-WAMY028889