**wamy** الندوة العالمية للشباب الإسلامي World Assembly of Muslim Youth

Ref. No: **1C26498**

Date: **12 -03-2026**

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | **03-MD-1570 (GBD)(FM)** <br> **ECF Case** |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923
*Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978

## DECLARATION OF SALEH AL-WOHAIBI IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH

In the Name of God, the Merciful, the Compassionate, I, Saleh Al-Wohaibi, declare that the following statements are true and correct under penalty of perjury under the laws of the United States of America:

1. I am a citizen of the Kingdom of Saudi Arabia

2. I submit this declaration in support of Defendant World Assembly of Muslim Youth's ("WAMY") motion for summary judgment.

3. I am over 18 years of age and competent to testify to the matters set forth below from my personal knowledge.

4. I received a Masters in Educational Psychology at Indiana University. I then received a Ph.D. in Arabic linguistics at Indiana University.

5. I was Secretary General of WAMY from 2002 to 2025. and have held this position since 2002.

**Member of the United Nations - NGOs**

Tel.: +966 11 2050000 - Fax: +966 11 2050011 - wamy.org
P.O Box 10845 Riyadh 11443 - Buildng 1079 - King Fahd Road - Muhammadiah Dist. - KSA

**920011000**
**8001244400**
**info@wamy.org**

EXHIBIT

WAMY EX. 2

**wamy**
النــدوة العالميـــة
للشبـاب الإسلامـي
World Assembly
of Muslim Youth

Ref. No: **1C26498**

Date: **12 -03-2026**

As such, I have personal knowledge of WAMY's history including its founding, its principles and ideologies, its programs and work, its organization and structure, and relationship with the Kingdom of Saudi Arabia, the Saudi Royal family, and the Saudi government.

6. I was succeeded as Secretary General of WAMY by Dr. Saleh Ibrahim Babear in 2025.

7. I make this declaration in supplementation of my declaration dated November 19, 2005 and my deposition of October 23, 2019.

8. WAMY is one of the world's largest Muslim youth organizations with schools, youth camps, orphanages, and educational charities established in several countries across the world. WAMY's role, both domestically and internationally, is to educate Muslim youth in Islamic principles and practices. This is important not only for the individual youth but also for the broader Saudi society in general to keep it safe and to prevent religious extremism of the sort propagated by Osama Bin Laden and Al Qaeda

9. WAMY was established in 1972 by Royal Decree of the then king of Saudi Arabia, King Faisal bin Abdulaziz Al Saud. The idea for WAMY came largely from students from the Kingdom of Saudi Arabia ("KSA") who studied in the West, including in the United States and Great Britain, and became familiar with student organizations including the Muslim Student Association ("MSA") in the United States.

10. WAMY was established in the KSA through a Royal decree to make it a legitimate and official organization. WAMY's leadership has always been and is Saudi citizens of integrity and patriotism committed to upholding and furthering the values of Islam.

11. WAMY's primary objectives are to call the youth to Islam ("Da'wah"); deepen a sense of pride in the youth; properly explain Islam ideology to the youth, promote unity among the Muslim youth; impart the importance of the youth in world by eliminating sectarian stagnancy and

**Member of the United Nations - NGOs**

Tel.: +966 11 2050000 - Fax: +966 11 2050011 - wamy.org
P.O Box 10845 Riyadh 11443 - Buildng 1079 - King Fahd Road - Muhammadiah Dist - KSA

920011000
8001244400
info@wamy.org

**wamy** النـــدوة العالميـــة
للشبـاب الإسلامـي
World Assembly
of Muslim Youth

Ref. No: **1C26498**

Date: **12 -03-2026**

backwardness; support scientific, cultural and other institutions for the welfare of the youth; coordinate with other associations working to benefit the youth; and to economically and culturally care for the youth.

12. These objectives are achieved by proper means such as lectures, cultural competitions, youth camps, courses, lending material and moral support to the youth, participating in international assemblies, giving scholarships, establishing and funding learning institutions all to develop the Muslim youth's potential so that they can contribute positively to their communities.

13. The learning institutions established and funded by WAMY are for both boys and girls, in needy countries including Afghanistan, from kindergarten to university.

14. WAMY youth camps and institutes of learning, as memorialized in our constitution, are intended, among other things, to uplift the youth and invoke in them a sense of religiosity and morality, being proud of the Muslim contribution to advancement of this world, oppose terrorism, encourage peaceful dialogue.

15. The materials that are taught at youth camps are standardized and used in all or youth camps. At no time did WAMY propose, draft, or publish any document calling for attack against the West in general or the United States in particular. In fact, WAMY continues to operate in the West, including in the United States, till today.

16. Materials taught at WAMY schools are also standardized and include Quran studies, English, French, Arabic, computer studies and modern Islam studies. The curricula are intended to train future leaders who came from humble beginnings, such as refugees, and with little means to attend schools.

17. Many high ranking WAMY officers, past and present, were educated in the United States as were many of our children. I know that within WAMY at the highest official levels there has

3

**Member of the United Nations - NGOs**

Tel.: +966 11 2050000 - Fax: +966 11 2050011 - wamy.org
P.O Box 10845 Riyadh 11443 - Buildng 1079 - King Fahd Road - Muhammadian Dist - KSA

920011000
8001244400
info@wamy.org

**wamy**

النـــدوة العالميـــة
للشبـــاب الإسلامـــي
**World Assembly
of Muslim Youth**

Ref. No:  **1C26498**

Date:  **12 -03-2026**

always been a sense of good will and positive views towards the United States even during times of political tension.

18. WAMY had no connection with Al Qaeda in any capacity. It has nothing to do with 9/11 terrorist attacks as it has never been indicted or designated even in the U.S. as it is still operating as not for profit organization to date and applies and accepted for charitable statue renewal every year. WAMY has been recognized widely by various countries and heads of state for its exemplary work in the field of relief work, refugee assistance, education of unprivileged students in the remote areas and poor countries.

19. I am aware that WAMY's office in Falls Church Virgina, United States, was searched by law enforcement in 2004. To my knowledge, neither WAMY nor anyone associated with WAMY was ever charged with any offense in the United States as a result of this search.

20. WAMY is also a respected humanitarian organization, has been at the forefront of many humanitarian efforts and has worked hand-in-hand in the past fifty years of its existence with other international organizations to date including:

    a.  United Nations High Commissioner for Refugees (UNHCR)

    b.  World Health Organization ("WHO")

    c.  World Food Program("WFP")

    d.  United Nations Children's Fund ("UNICEF")

    e.  United Nations Relief and Works Agency for Palestine Refugees ("UNRWA")

21. WAMY has chapters and offices around the world. Though the number of chapters and offices has changed over the years, it has been a constant in WAMY's world-wide mission to promote understanding among people of different communities.

22. WAMY is also engaged in relief and humanitarian work around the world. The relief work

4

**Member of the United Nations - NGOs**

Tel.: +966 11 2050000 - Fax: +966 11 2050011 - wamy.org
P.O Box 10845 Riyadh 11443 - Buildng 1079 - King Fahd Road - Muhammadiab Dist - KSA

920011000
8001244400
info@wamy.org

**wamy**

النـــدوة العالميــــة
للشبـــاب الإسلامــي

World Assembly
of Muslim Youth

Ref. No: **1C26498**

Date: **12 -03-2026**

WAMY provided is to assist people who are displaced by natural disaster, wars or armed conflict. The relief work includes medical caravans, provision of temporary shelter, food, and clothes for the affected peoples. The humanitarian work includes helping the needy build vital infrastructure including wells, schools, hospitals and medical clinics, and mosques.

23. WAMY is an organization that has always called for understanding and co-existence amongst people of all religions and cultures. This is Islam. All people were created by God and should learn from each other. We are all different. The challenge is how to live together with these differences whether one is Muslim, Christian, Jewish or atheist.

24. WAMY has always stood against terrorism by educating youth on the importance of respect of other cultres and participation in the development of their socities.

25. WAMY had never knowingly supported in any way or been associated with, directly or indirectly, or assisted any intermediary that is associated with Al Qaida or its associates. As a youth organization, WAMY has never supported the loss of innocent lives. WAMY has never and will never support the loss of lives.

26. WAMY has never participated in any armed conflict.  It has never sent any employees or members to support or fight with any military forces.

27. WAMY has never allowed terrorists to use the WAMY name for any purpose.  WAMY does not provide cover for any such groups or persons.

28. WAMY never knowingly supported any designated terrorist organization or facilitated the help of one through an intermediary or otherwise. When WAMY senses lack of transparency or lack of compliance of its volunteer or employee whether in the KSA or around the world it takes action. The most prominent examples are dismissing Adel Batterjee in 1993 and Al Khatib in 2000.

29. WAMY never knowingly supported terrorists or terrorist causes anywhere including Bosnia,

**Member of the United Nations - NGOs**

Tel.: +966 11 2050000 - Fax: +966 11 2050011 - wamy.org
P.O Box 10845 Riyadh 11443 - Buildng 1079 - King Fahd Road - Muhammadiah Dist. - KSA

920011000
8001244400
info@wamy.org



النــدوة العالميــة
للشبـاب الإسلامـي
World Assembly
of Muslim Youth

Ref. No: 1C26498

Date: 12 -03-2026

Kashmir, Philippines, Pakistan, Afghanistan, Kosovo, Sudan, South East Asia, Chechnya or the United States.

30. WAMY never raised funds or laundered funds knowingly, under the guise of charitable relief or otherwise, for Al Qaeda or terror organizations associated with or intermediaries for Al Qaeda.

31. WAMY has never knowingly assisted with the movement of fighters during any conflict or funded or established training camps, created training manuals, performed recognizance missions or served recruitment vehicles, or provided logistic assistance to Al Qaeda, its associated or intermediaries.

32. WAMY is a non-political organization with policies in line with those of the KSA and stands against Al Qaeda's ideology and any other ideology that supports Al Qaeda. WAMY does not share the same goals as Al Qaeda. To support Al Qaeda, which opposed the Kingdom of Saudi Arabia by whom WAMY was decreed, would mean the end of WAMY. Neither the Kingdom of Saudi Arabia nor WAMY has anything in common with the beliefs, goals, or ideology of Al Qaeda. To the contrary, through its work and mission WAMY seeks to aid and further the Kingdom's defense of Islam against Al Qaeda and other like-minded entities or groups, all of which are the enemies of Islam and the Kingdom.

33. For WAMY to provide any support to Al Qaeda would be contrary to everything it stands for. For WAMY or any one associated with WAMY to support Al Qaeda would rightly be viewed as a treasonous act against the Kingdom of Saudi Arabia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 12/0 3/2026

_____
Saleh Al-Wohaibi

6

Member of the United Nations - NGOs

Tel.: +966 11 2050000 - Fax: +966 11 2050011 - wamy.org
P.O Box 10845 Riyadh 11443 - Buildng 1079 - King Fahd Road - Muhammadiah Dist. - KSA

920011000
8001244400
info@wamy.org