(14)

## THE WORLD ASSEMBLY'S RELATIONSHIP WITH MINISTRY OF ISLAMIC AFFAIRS, ENDOWMENTS, DA'WAH, AND GUIDANCE

The Royal Decree, under which the World Assembly of Muslim Youth in 1392 AH (1972 AD) was established as an independent agency and Islamic forum gathering the efforts of those working in the field of the Islamic youth and students' organizations in the world, shall be put into effect.

Since its foundation, the World Assembly has been honored to be presided by His Eminence Sheikh Hasan bin Abdullah Al Sheikh, Minister of Education, then by His Excellency Minister of Higher Education in the Kingdom of Saudi Arabia. When Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance was established in 1414 AH (1993 AD), the World Assembly's affairs were transferred to it due to its specialism in the Islamic affairs and given the similar activities.

In the meeting of the General Secretariat's Council of the World Assembly, held in Jumada II, 1415 AH (November 1994 AD), His Excellency Dr. Abdullah bin Abdulmohsen Alturki, Minister of Islamic Affairs, Endowments, Da'wah, and Guidance, was nominated and selected to be the President of the World Assembly of Muslim Youth.

S./M./Assembly

WAMYSA1248923





( ١٤ )

## علاقة الندوة بوزارة الشئون الاسلامية
### والاوقاف والدعوة والارشاد

يدخل المرسوم الملكى الذى أسست بموجبه الندوة العالمية للشباب الاسلامى فى عام ١٣٩٢هـ على أنها (هيئة مستقلة ، وملتقى اسلامى ، يجمع جهود العاملين فى حقل منظمات الشباب والطلاب الاسلامية فى العالم .

تشرفت الندوة منذ تأسيسها برئاسال الشيخ حسن بن عبد اللـــــه آل الشيخ وزير المعارف ثم وزير التعليم العالى فى المملكة العربيـــــة السعودية وعندما أنشئت وزارة الشئون الاسلامية والاوقاف والدعـــــــوة والارشاد عام ١٤١٤هـ تم نقل ارتباطات الندوة اليها لاختصاصها بالشئـــون الاسلامية وتشابه النشاطات .

وفى اجتماع مجلس الأمانة العامة للندوة المنعقد فى شهر جمـــــادى الثانية ١٤١٥هـ بالرياض تم ترشيح واختيار معالى الدكتور عبد اللـه بن عبد المحسن التركى ، وزير الشئون الاسلامية والاوقاف والدعوة والارشـــاد رئيسا للندوة العالمية للشباب الاسلامى .

س/م ــ ندوة

WAMYSA1248923



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1248923

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:   Farah Alshekhli

**Qualifications**:   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 2, 2019

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095