CERTIFIED COPY

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST     :

ATTACKS ON           :       03-MDL-1570

SEPTEMBER 11, 2001   :       (GBD)(SN)

---------------------------------------------

- - -

Wednesday, October 23, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Videotaped deposition of SALEH AL WOHAIBI, Ph.D., Individually and as 30(b)(6) designee for World Assembly of Muslim Youth, taken pursuant to notice, was held at the NH Collection Madrid Abascal Hotel, Calle de Jose' Abascal, 47, 28003 Madrid, Spain, beginning at 9:37 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com



EXHIBIT

WAMY EX. 4

This Transcript Contains Confidential Material

MR. MOHAMMEDI:  "Produced by WAMY."

THE WITNESS:  (In English.)

Produced by WAMY.

INTERPRETER:  Okay.

A.  Third, to discuss with its lawyers about the many topics around this case.

Q.  And is your testimony on behalf of WAMY today informed at all by your experiences working for WAMY?

A.  The question is not clear.

Q.  Dr. Al Wohaibi, am I correct that you are currently the Secretary General of WAMY?

A.  Yes.

Q.  And is the Secretary General responsible for the day-to-day direction of the WAMY organization?

A.  Yes.

Q.  And can you summarize for me the history of your affiliation with WAMY leading up to today?

A.  My relationship with WAMY started in 1405 Hijri.  I was responsible or in charge of one of the committees of the 6th conference

This Transcript Contains Confidential Material

INTERPRETER:  I'm not sure of this concept.  I don't know --

THE WITNESS:  (Speaking Arabic.)

(In English.)  Means that all people approve it.

MR. MOHAMMEDI:  Just answer the question "yes" or "no."  Just answer the question.

THE WITNESS:  (In English.)  Okay.

INTERPRETER:  It's a kind of unanimous election.

Q.    Yeah.  But you've been the Secretary General since 2002?

A.    Yes.

(Exhibit Wohaibi-315 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.    Dr. Al Wohaibi, I want to show you a declaration that was filed from a WAMY representative in the lawsuit.  And I've marked that Exhibit 315.

Dr. Al Wohaibi, this is a declaration submitted by Mutaz Saleh Abu Unuq.

This Transcript Contains Confidential Material

Page 30

(In English.)  Would be around '13, 2013, '14.

(Through interpreter.)  It would be around 2013, '14.  In Saudi Arabia, we follow the Hijri calendar, so that's why converting to the Gregorian calendar needs time.

Q.    And in around 2013 or '14, what happened that resulted in the presidency no longer being occupied by the Minister of Islamic Affairs?

A.    So what happens, that WAMY signs with the government --

INTERPRETER:  I think the witness means "headquarters agreement."

A.    -- in 1434, and by virtue of which the president's position was abolished or cancelled.

Q.    Mr. Abu Unuq's declaration, in that same paragraph, later states, The government of Saudi Arabia funds a large portion of WAMY's budget.

Dr. Al Wohaibi, between the years 1992 and 2002, did WAMY receive an annual grant from the government of Saudi Arabia?

This Transcript Contains Confidential Material

A.   Yes.

Q.   And during those years, did the amount of the annual grant vary, or was it consistent?

A.   It was consistent.

Q.   Do you know what the amount of that annual grant was during those years?

A.   So 5,250,000 riyals yearly.

(Exhibit Wohaibi-316 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.   I'm marking as Exhibit 316 a document that was produced by WAMY-Saudi Arabia at 1235988, and it includes both the Arabic and an English translation.

Dr. Al Wohaibi, is this a letter transmitting the government of Saudi Arabia's annual grant check for Hijri year 1419 to WAMY?

A.   Yes.

Q.   And the check was transmitted to WAMY's Secretary General by the Minister of Islamic Affairs, correct?

A.   Correct.

This Transcript Contains Confidential Material

Affairs?

A.    It was before the establishment of the Ministry.

Q.    This letter references 4 million riyals donated to WAMY from the Ministry of Education, and 101,750,000 riyals donated by the Ministry of Higher Education.

Do you see that?

A.    Yes.

Q.    Prior to the establishment of the Ministry of Islamic Affairs, did WAMY receive its donations from the government through the Ministry of Education and then the Ministry of Higher Education?

A.    Yes.

Q.    And am I correct that WAMY was established in 1972?

A.    Correct.

Q.    So the donations summarized in this letter would have covered a period of approximately 20 years?

A.    Correct.

Q.    Dr. Al Wohaibi, in addition to the annual grant from the government of Saudi

This Transcript Contains Confidential Material

Page 43

Arabia that we've discussed, did WAMY at times receive particular donations from the government of Saudi Arabia for specific projects?

A.   Yes.

MR. GOETZ:   Object to form.

Q.   Was that something that happened in each of the years between 1992 through 2002?

A.   No.

Q.   Do you know how many times something like that occurred between 1992 and 2002?

A.   It occurred twice or three times, from the High Council of Islamic Affairs that gives grants for the Islamic organizations in many subjects or many sectors.

Q.   So the instances that you're aware of all involved contributions from the Supreme Council for Islamic Affairs?

MR. SHEN:   Objection to form.

A.   Correct.

Q.   And if we go back and we look at the declaration of Mr. Abu Unuq, which was Exhibit 315, I believe he refers to two

This Transcript Contains Confidential Material

examples of such contributions, correct?

MR. SHEN:   Objection to form.

A.   Correct.

Q.   And in particular, in paragraph 4, he says that WAMY did receive two grants of 100,000 Saudi riyals from the Saudi Ministry of Finance upon the recommendation of the Supreme Council for Islamic Affairs, correct?

A.   Correct, but it's from the Supreme Council for Islamic Affairs.

Q.   And are those the two examples of funding received from the Saudi government other than the annual grant you referenced earlier?

A.   Correct.

Q.   And are you familiar with the role of the Supreme Council for Islamic Affairs during this time period?

MR. GOETZ:   Objection, scope.

A.   The main role of the Supreme Council is to receive -- it receives the requests from Islamic organizations.  It studies these requests and decides whether it recommends donations or not to these

organizations.

Q.    Other than the two donations from the Supreme Council described in Mr. Abu Unuq's declaration, are you aware of any other instances in which the government provided a contribution to WAMY separate from the annual grant between 1992 and 2002?

A.    I do not remember such thing.

(Exhibit Wohaibi-321 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.    I've marked as Exhibit 321 a document produced by WAMY-Saudi Arabia at 1248793.  And there's an English translation and the original Arabic.

Dr. Al Wohaibi, is this a letter that you sent?

A.    Yes.

Q.    And this was directed to the Minister of Islamic Affairs, correct?

A.    Correct.

Q.    And it is acknowledging receipt of a letter from the Minister of Islamic Affairs

This Transcript Contains Confidential Material

Q.   He did?

A.   Yes.

Q.   And the text of this letter indicates that in addressing this correspondence to Prince Abdulaziz bin Fahd, Dr. Al-Johani mentioned his role as State's Minister, Advisor at the Royal Diwan and President of the Office of the Council of Ministers, correct?

A.   Correct.

Q.   And the letter indicates that Dr. Al-Johani is seeking a donation for The Islamic Information and Culture Institute in Chicago and mentions that Dr. Al-Johani has been president of the board of trustees of that organization since 1987.

Do you see that?

A.   Yes, I do.

Q.   Did you ever hold any positions with The Islamic Information and Culture Institute in Chicago?

A.   No.

Q.   The letter indicates that the entity in Chicago was established in 1985 to

This Transcript Contains Confidential Material

Page 73

introduce the right of Islam to non-Muslim Americans. And later in the letter indicates that the Institute's efforts had led more than 40,000 Americans to convert to Islam.

Do you see that?

A. Yes, I see it. I saw it.

Q. Do you know why Secretary General Al-Johani referenced that information in this funding request to Prince Abdulaziz bin Fahd?

A. The letter says here that the Institute suffers from a lack of sources or funding, and given that responsibilities are getting more important, and the mission of the Institute, as far as I can remember from Dr. Maneh, is to provide information about Islam to people.

And this is what is mentioned here. The text says, to introduce Islam, or to present Islam.

Q. Do you know whether WAMY representatives ever had discussions with Prince Abdulaziz bin Fahd about supporting organizations dedicated to converting non-Muslims to Islam?

This Transcript Contains Confidential Material

Page 74

A.    I have no knowledge of this.

Q.    **Do you know whether WAMY ever received information indicating that Prince Abdulaziz bin Fahd had a particular interest in that issue?**

A.    I have no knowledge about this.

Q.    **Do you know whether Prince Abdulaziz bin Fahd made a contribution to the organization in Chicago in response to this request?**

A.    I have not seen anything that proves this.

(Exhibit Wohaibi-329 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.    **Dr. Al Wohaibi, I've marked as Exhibit 329 a document produced by WAMY at 1248770.  And the text indicates that it is a 2001 letter from Secretary General Al-Johani to the director of the Office of Prince Abdulaziz bin Fahd bin Abdulaziz for Research and Studies, correct?**

A.    Correct.  But the date is not

This Transcript Contains Confidential Material

Page 78

these books because they are many and we give away many of them.

Q.    Do you know why Prince Abdulaziz' Office of Research and Studies was interested in obtaining copies of WAMY publications?

A.    As they said here, they wanted to provide publications to the library.  The office has a library.  And it's a center for research and studies.  That's why they need resources, sources, references, in order to make -- to carry out studies according to the name of the office.

Q.    Do you know what field it was a research -- an office for research and studies for?

MR. GOETZ:  Objection, scope.

A.    I do not know.

(Exhibit Wohaibi-330 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.    I've marked as Exhibit 330 a document produced by WAMY at 1248767.

Dr. Al Wohaibi, this document

This Transcript Contains Confidential Material

A.    I'm looking at the Arabic version.

Q.    That's fine.

A.    What's the subject?

Q.    It's in the section that discusses the election at the previous meeting of the Minister of Higher Education.  And this document indicates that the Minister of Higher Education had been elected chairman because WAMY was affiliated at the time with the Minister of Higher Education, but that when the Ministry of Islamic Affairs was created in the Kingdom, and given that Islamic and proselytization work is more closely related to that ministry's work, a Royal directive was issued transferring WAMY's affiliation to the Ministry of Islamic Affairs.

Do you see that?

MR. MOHAMMEDI:  I will suggest that he would take his time to review, because this is a voluminous document that has a translation that we have not seen.  I think it would be good for Dr. Wohaibi to take some time to review this first, if you don't mind.

This Transcript Contains Confidential Material

MR. CARTER:  Okay.

MR. MOHAMMEDI:  I'm confused myself with this between the two.  I mean, himself, he's trying to find the place where you're talking about.  Because you're talking about the English version.  This is the Arabic version he's looking at.

MR. CARTER:  That's fine.  The questioning I think is going to be limited and relatively straightforward, and he may know it from his own knowledge.

MR. MOHAMMEDI:  Okay.  All right.  You can ask him without referring --

MR. GOETZ:  Are you able to find for the Arabic text --

MR. CARTER:  Well, the reason I gave you the Bates is because I think that the Bates should correspond on both.

MR. MOHAMMEDI:  Okay, so the 46 you're talking about, right?

MR. CARTER:  51646.

This Transcript Contains Confidential Material

Page 93

MR. MOHAMMEDI:  Okay.  And number 2, right?

MR. CARTER:  Correct.

MR. MOHAMMEDI:  Number 2?  Okay.

This one here.

Thank you.

Q.   Dr. Al Wohaibi, is it your understanding that when the Ministry of Islamic Affairs was established, a Royal decree issued transferring WAMY's affiliation from the Ministry of Higher Education to the Ministry of Islamic Affairs?

A.   Yes.  I have lived this phase.  But I do not recall a Royal decree.

Q.   But the transfer of affiliation did, in fact, occur?

MR. SHEN:  Objection to form.

MR. GOETZ:  Join in the objection as to form.

BY MR. CARTER:

Q.   And the answer was?

A.   Correct.

(In English.)  Correct, yes.

Q.   And do you know whether, as

This Transcript Contains Confidential Material

reflected in this document, after creation of the Ministry of Islamic Affairs, steps were taken by WAMY to replace the Minister of Higher Education with the Minister of Islamic Affairs as president?

A.   Yes, this is what is stipulated or mentioned by this paragraph.  And this is what was done by WAMY.  And it is mentioned here that the Minister of Islamic Affairs is closer to the da'wah issues and work -- closer than the Ministry of Financial Affairs -- sorry, of Higher Education, regarding WAMY's work.

MR. CARTER:  I'm about to transition to a bit of a different area, so let's take a lunch.  So why don't we do that.

MR. MOHAMMEDI:  Yeah, it's 1:25, so that's good.

VIDEO OPERATOR:  We are now going off the video record.  The time is 1:24.

(Recess from 1:24 p.m. until 3:03 p.m.)

VIDEO OPERATOR:  We are now going back on the video record.  The time is

This Transcript Contains Confidential Material

Page 123

Affairs, the Ministry of Higher Education, Muslim World League, and the governmental and non-governmental establishments such as the Al-Haramain charity foundation and others, correct?

A. Correct.

Q. And do you know whether this committee was, in fact, formed?

A. It was not actually formed. In the letter, Mr. Sadiri himself says that the committee of coordination of foreign activities that was formed was going to be in charge of the training or workshop matter.

Q. And is that the foreign activities committee you described earlier that you served as a member of?

A. Correct.

Q. Dr. Al Wohaibi, do you know whether any WAMY offices in Pakistan were raided by authorities subsequent to the September 11th attacks?

A. This is not correct.

Q. Do you know whether any WAMY employees in Pakistan were arrested following

This Transcript Contains Confidential Material

Page 126

employee.

Q.     Do you know what his duties were as a normal employee?

A.     A normal employee with no specific role.  He was a clerk.

Q.     Do you know whether he had access to WAMY funds?

A.     He had no way of access to that.

Q.     Do you know whether he had any role in distributing aid on behalf of WAMY?

MR. GOETZ:  Objection, form.

A.     I ask you to specify the question.

Q.     Did WAMY's branch in Pakistan engage in distribution of aid to communities as, for instance, food or supplies?

A.     What kind of supplies?

Q.     Well, I'll give you examples, like food supplies or medicine or --

A.     Yes.

Q.     Do you know whether Mr. Hamad had any involvement in that kind of process?

A.     Yes.

Q.     So he did?

MR. GOETZ:  I'm going to object at

This Transcript Contains Confidential Material

this point as to scope.  I don't believe this witness has been designated for that topic.

MR. MOHAMMEDI:  Yes, I believe Dr. Noorwali was the one designated for this, not him, not Dr. Saleh Wohaibi.

MR. CARTER:  Okay.  Well, since he knows about it, we can reinstall him in his capacity as a fact witness or we could just do it now as a fact witness since we're in the middle of it.

MR. GOETZ:  It is -- it would be fact witness testimony because he's not been designated on this topic.

MR. MOHAMMEDI:  Yeah, because he didn't have exact knowledge -- direct knowledge what's happened, so...

MR. CARTER:  Okay.  Well, do you want to re-empanel him or do you want to --

MR. GOETZ:  Just keep going, to a limited -- just for efficiency.

MR. CARTER:  Okay.  Yeah.

Q.    **Dr. Al Wohaibi, I believe you said**

This Transcript Contains Confidential Material

Page 128

that Mr. Hamad did have involvement in aid distribution for the WAMY office in Pakistan, correct?

A. Not in Pakistan. He distributed aid in Afghanistan.

Q. Did WAMY, to your knowledge, conduct an investigation, as a result of his arrest, into his activities?

A. Yes.

Q. Do you know what the findings of that investigation were?

A. Yes.

Q. What were the findings?

A. The findings of the investigation were that Adel Hamad was an employee in any relief-related matters, and he had no relation to anything else except for providing relief and aid, medical aid or supplies, follow up schools, and follow up agricultural programs.

Q. Did WAMY look into whether he had diverted any aid materials under his control to parties other than those they were supposed to go to?

A. No. He hadn't -- he didn't have

This Transcript Contains Confidential Material

Page 148

Q.   And just to clarify the record, when I asked if my statement was correct, the answer is, my statement was correct.  Is that right?

MR. CARTER:  Objection, form.

A.   Correct.

Q.   And is it a correct statement that the Ministry of Education and the Ministry of Higher Education in Saudi Arabia never had day-to-day control over WAMY?

MR. MALONEY:  Objection.

A.   It is a correct statement.

Q.   And is it a correct statement that no ministry or office of the Saudi government controlled the day-to-day operations of WAMY?

MR. CARTER:  Objection.

MR. MALONEY:  Same objection.

A.   Correct.

Q.   Turning your attention back to Exhibit 315, the next sentence states that the government of Saudi Arabia funds a large portion of WAMY's budget.

Do you see that?

A.   This is not correct.

This Transcript Contains Confidential Material

Page 149

Q.    The statement is not correct?

A.    (In English.)  No, this --

Q.    The statement in Exhibit --

A.    (In English.)  In the exhibit, yes.

Q.    -- 315 is not correct?

A.    (In English.)  Yeah, the government of Saudi Arabia --

Q.    That's what you're saying?

A.    The statement is not correct.

Q.    Let me ask you some specific questions about that.  From 1992 until 2002, is it correct that the Saudi Arabian government provided an annual grant to WAMY in the amount of 5.25 million riyals per year?

A.    Correct.

Q.    Prior to the establishment of the Ministry of Islamic Affairs, that amount came from the Ministry of Education and the Ministry of Higher Education; is that correct?

A.    Correct.

Q.    And once the Ministry of Islamic Affairs was formed, the amount came from the Ministry of Islamic Affairs, correct?

A.    Correct.

This Transcript Contains Confidential Material

Q.    Now, this 5.25 million Saudi riyals, what percentage of WAMY's total annual budget does this constitute?

MR. CARTER:  Objection, form.

A.    2 to 3 percent or less.

Q.    So a tiny fraction of WAMY's annual budget, right?

MR. CARTER:  Objection to form.

MR. MALONEY:  Objection.

A.    Correct.

Q.    And is that the reason why you stated that the statement in the exhibit, that the government of Saudi Arabia funds a large portion of WAMY's budget, is an incorrect statement?

A.    Yes.  I said that, that this sentence is not correct.  And the reality is that there is a specific amount, 5.250 million, and this amount is received yearly.

Q.    Now, this annual grant of 5.25 million riyals, once it was provided to WAMY, did WAMY put it in its own bank account?

A.    Yes.

Q.    And did the Saudi government have