This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST     :

ATTACKS ON          :     03-MDL-1570

SEPTEMBER 11, 2001  :     (GBD)(SN)

---------------------------------------------

- - -

Tuesday, July 23, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Day 1 of the videotaped deposition of ABDUL WAHAB NOORWALI, Ph.D., Individually and as 30(b)(6) designee for World Assembly of Muslim Youth, taken pursuant to notice, was held at the InterContinental Hotel Madrid, Paseo de la Castellana, 49, 28046 Madrid, Spain, beginning at 9:38 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

EXHIBIT
WAMY EX. 5

This Transcript Contains Confidential Material

introduction, did you begin volunteering for WAMY?

A.   Yes.

Q.   And the declaration indicates that you volunteered particularly in the areas of education and youth empowerment.  Is that correct?

A.   Yes.

Q.   In the following years, did you oversee activities in the field, including in Africa, as indicated here?

A.   Yes.

Q.   And what kind of activities in the field were those in Africa?

A.   As I mentioned and it's mentioned here, there were activities in education, in youth, youth empowerment.

Q.   Were there also camps held for youth in Africa?

A.   Yes.

Q.   And in what countries in Africa did you participate in these activities during this time period?

A.   As far as I can recall, I

This Transcript Contains Confidential Material

participated in Kenya, Niger, Chad, Mali, Tanzania.

Q.   And in connection with the camps, did you work with any Islamic scholars who were affiliated with WAMY?

A.   I do not understand this question.

Q.   Were any Islamic scholars from Saudi Arabia involved with any of the camps that you worked in?

A.   We normally in these camps -- normally in these camps we invite scholars and teachers from the same countries because in these countries, people do not speak or know English or Arabic.

Q.   Do you recall whether there were Saudi scholars who were invited to any of these camps in Africa?

A.   I don't remember.

Q.   Were you involved in reviewing the curriculum for these camps?

A.   WAMY had a curriculum about certain subjects.  So we would go to the field and carry out the curriculum.

Q.   Do you have any understanding who

This Transcript Contains Confidential Material

A.   I do not know.

Q.   Was this document in force throughout the time you were Assistant Secretary General?

A.   Yes.

Q.   Turning to the articles within this document, Article 3 identifies the aims and objectives of the World Assembly of Muslim Youth; is that correct?

A.   Yes.

Q.   And the first aim and objective identified is, To serve the Islamic da'wah (calling to Islam) in matters of aqidah, Sharia and social behavior among the Muslim youth of the world.

Do you see that?

A.   Yes.

Q.   And was that one of WAMY's aims and objectives during the time you served as Assistant Secretary General?

A.   Yes.

Q.   And for people who aren't familiar with Islamic terms, what does "aqidah" refer to?

This Transcript Contains Confidential Material

A.   Should I give a lecture?

Q.   Well, I don't want you to have to give a lecture, but if there is a shorthand way to explain it, that would be fine.

(The witness and interpreter conferred in Arabic.)

A.   So aqidah is considered to be the core of Islam.  So the aqidah is, first of all, a belief that Allah, or God, is one; that Mohammed, may peace be upon him, is his prophet; and that this aqidah or belief states that Islam is built on five pillars that start with (speaking Arabic), meaning in English, there's only one God, who is Allah, and Mohammed is the prophet of Allah; the prayer --

MR. MOHAMMEDI:  Just correction, objection, "messenger of Allah."

INTERPRETER:  "Messenger," yes.

A.   To do the prayer; zakat, charity; to fast a month of Ramadan; and to do the pilgrimage Hajj.  So these are the pillars of Islam.

Q.   And that paragraph also refers to Islamic da'wah and in parentheses says, calling

This Transcript Contains Confidential Material

to Islam.

What, as you understand it, is da'wah?

A.   So da'wah in Islam does not mean that I'm calling the non-Muslims to Islam.  I am calling upon Muslims.  So I'm calling the Muslims or the Muslim people or masses to this aqidah.  And many people in the Muslim world, especially among the Muslim youth, they do not understand essentially what is this aqidah or what are these pillars.

Q.   And so was one of WAMY's objectives to educate the Muslim youth concerning those issues?

A.   Yes.

Q.   The next paragraph indicates that another of WAMY's objectives is, To deepen a sense of pride in Islam among the Muslim youth through emphasizing the supremacy of Islamic social system and explaining to them the importance of adherence to Islamic teachings in their personal and social life.

Was that one of WAMY's objectives during the term -- time you served as Assistant

This Transcript Contains Confidential Material

Secretary General?

A.   Yes.

Q.   Okay.  And the third is, To elucidate the true Islamic ideology which should be followed by the Muslims as mentioned in the Holy Quran and the Sunnah of the prophet (peace be unto him) and as was explained and followed by the worthy ancestors (Salaf Salih) of ummah.

Was that one of WAMY's objectives during the time that you were Assistant Secretary General?

A.   Yes.

Q.   And the remaining objectives identified in paragraphs 4 through 8 of Article 3, are you able to tell me, without going through translations of each, whether or not those were, in fact, objectives of WAMY during the time you served as Secretary General?

A.   Yes.

Q.   Yes, they were?

A.   Yes, they were.

Q.   And as I understand it, Article 4 describes the means through which WAMY would

This Transcript Contains Confidential Material

try to achieve its objectives.

Do you see that section?

A.   What's the question?

Q.   Oh.   Just, do you see the section
I'm referring to?

A.   Yes.

Q.   And this section refers to
organizing conferences, meetings, lectures,
publishing books, and producing audio and video
cassettes.

Are all those things that WAMY did
during your time as Secretary General in
furtherance of its goals?

A.   As far as I can recall about this
information, not all of them were actually
carried out.  Some of them, yes.

Q.   Well, during your tenure as
Secretary General, did WAMY organize
conferences?

INTERPRETER:  "Assistant Secretary
General"?

MR. CARTER:  Yes.

A.   Yes.

Q.   And when conferences were held, was

This Transcript Contains Confidential Material

there any sort of record maintained of the subject matter of the conference?

A.   Yes.

Q.   And did WAMY, during your time as Assistant Secretary General, retain those materials for its files?

A.   I think, yes, in their headquarters in Riyadh, they have records of the conferences.

Q.   Have you ever visited the headquarters in Riyadh where those records are located?

MR. GOETZ:  Object to the form of the question.  Are you asking the building or the room?

MR. CARTER:  Well, the location in Riyadh where they're located.

MR. GOETZ:  Same objection.

A.   The question is not clear.

Q.   Have you ever been present in the room in Riyadh where these records are located?

A.   I have not been present.

Q.   The next paragraph refers to producing video and audio cassettes that

This Transcript Contains Confidential Material

introduce Islam as an ideology.

Is that something that WAMY did during the time that you were Assistant Secretary General?

A.   I mentioned previously that not all of these objectives were actually carried out, but such activities, we did not -- we did not achieve.

Q.   So during the time that you were Assistant Secretary General, you do not believe that WAMY produced any video or audio cassettes?

A.   What do you mean by, I do not believe?  I remember or I don't believe?

Q.   Well, I was trying to get clarification of your prior answer.  Am I correct that you said that WAMY did not produce video or audio cassettes during the time that you were Assistant Secretary General?

A.   So as far as I can remember, not all of these activities were carried out during the period I was working as Assistant Secretary General, and I cannot decide for sure whether this happened or not regarding the video and

This Transcript Contains Confidential Material

audio cassettes' production.

Q.   The paragraph 3 in Article 4 refers to organizing camps, courses, and da'wah caravans for the Muslim youth in the Muslim countries or in countries where Muslim minorities and communities live.

Was WAMY active in those areas during the time that you were Assistant Secretary General?

A.   Yes.

Q.   In the next paragraph, during the time that you were Assistant Secretary General, was WAMY involved in lending material and moral support to the Muslim youth and student organizations and associations?

A.   What do you mean by "material support"?

Q.   Well, I think that -- well, did WAMY, during the time that you were Assistant Secretary General, provide financial support to other Muslim youth and student organizations?

A.   So the General Assembly or general association of the WAMY is composed of youth --

MR. MOHAMMEDI:   Correction,

This Transcript Contains Confidential Material

"General Assembly."

INTERPRETER:  It's "General Assembly," okay.

A.   So the General Assembly of WAMY is composed of youth organizations.  So these associations or youth organizations, they present programs to the WAMY.  And WAMY supports these programs.

Q.   During the time that you were Assistant Secretary General, did WAMY provide financial support to any Islamic organizations that were not part of the WAMY General Assembly?

A.   The WAMY does not provide direct material support -- material financial support. But it supports programs.  And these associations or organizations -- for example, the WAMY has an office in Kenya, let's say.  So some youth organizations are part of the WAMY, and some of them are not.  So it studies the situation and supports the programs of these youth organizations, and it supports the programs that are in compliance or -- yes, with the aims and objectives of WAMY.

This Transcript Contains Confidential Material

Q.   In order to support those programs, did WAMY ever transfer funds to a Muslim youth organization that was not part of the General Assembly, during the time that you were Assistant Secretary General?

A.   So it's the WAMY's office in a given country, and as I mentioned before, let's say Kenya, it supports the programs of youth organizations, even if they are not a member of WAMY, under the supervision of WAMY's office.

Q.   And in those circumstances, were there ever occasions when WAMY's supervising office would transfer funds to those organizations?

MR. MOHAMMEDI:   (Speaking Arabic.)

Correction.

A.   So the funds transfer is a regulated operation.  First of all, the operation must be approved by the WAMY's office; for example, my office in Jeddah must approve the operation, and it must be included in the budget.  And then the funds are transferred to the office, and the office is the one who actually carries out the program

This Transcript Contains Confidential Material

for the organization.

Afterwards, when the program is achieved or completed, it is closed, and reports about it are sent.  Then receipts of the money spent in the program are also sent to the main office, let's say my office in Jeddah.  Then the financial report is sent to the financial administration, and then the program report is sent to the relevant administration supervising the program.

Q.   And was WAMY strict about compliance with that system you just described during the time that you were Assistant Secretary General?

MR. GOETZ:  Objection, vague, "strict."

A.   Please, would you clarify the question further?

Q.   Well, in your -- during the time that you were Assistant Secretary General, was that system you just described enforced by the WAMY organization?

INTERPRETER:  "The question is over?" he said.  "Yes."

This Transcript Contains Confidential Material

that I asked is simply, was this statement in your declaration truthful?

MR. GOETZ:  Objection, asked and answered.  The witness directly responded to that question.  If you want to --

MR. CARTER:  The question, "is it truthful," was not answered.  It's a yes-or-no question.

MR. GOETZ:  And he responded, "yes."

MR. HAEFELE:  No, he hasn't.

MR. GOETZ:  He did.  Check your record.

MR. HAEFELE:  No, he has not.

INTERPRETER:  The witness is telling me --

A.  Didn't I say "yes"?  I said that the WAMY establishes a few rules and -- that must be abided by, and this means a "yes." It's not necessary to pronounce the word "yes" in order to be positive about my answer.

Q.  Thank you.  During the time that you were Assistant Secretary General, did you

This Transcript Contains Confidential Material

ever receive information indicating that branch offices outside of Saudi Arabia were frequently failing to provide the required project reports and financial reports to the relevant headquarter office?

A. So I would like to clarify this point. I worked with more than -- many international institutions. So when these institutions have any programs that must be implemented on the field, delays might happen for unknown reasons. That's why I expect, for example, to receive a report in one month, and I might receive it after six months. And these reasons might differ from one country to another.

But the main office in Saudi Arabia tries to follow up these programs and to make sure that the funds were actually transferred to the program and to its implementation. And it follows up the reporting -- the financial report and the report about the program itself. And even if some delays occurs, it follows up with the delay, and until a report is actually sent. And in case the program is not

This Transcript Contains Confidential Material

A.   Yes.

Q.   The means described in this Article 4 section seem mostly to involve educational-oriented activities.  Is that a fair characterization?

A.   Yes.

Q.   And each of these activities is centered on Muslim youth in Article 4; is that correct?

A.   Yes.

Q.   And during the time that you were Assistant Secretary General, did WAMY also engage in welfare or relief activities?

A.   Welfare?

Q.   Or relief.

(The witness and interpreter conferred in Arabic.)

A.   Social care?  In reference to "welfare."

Q.   Let's break it apart.  During the time you were Assistant Secretary General, did WAMY engage in relief activities?

A.   Yes.

Q.   And were those focused solely on

This Transcript Contains Confidential Material

Muslim youth populations, or did they extend more broadly?

A.   The Muslim society.

Q.   Given the focus of activities described in the constitution, do you know how it came about that WAMY became involved in relief activities focused on the population more generally?

A.   In times of disaster, be it natural disasters or as a result from wars, the youth or society or the population in the affected areas -- and so they are affected by the impact of these disasters, which means we cannot distinguish between them and the rest of the society.  So the whole society is in need, whether they are youth or not.  And help or assistance is provided to the society as a whole.

For example, the hunger epidemic in Somalia would lead to a victim's death, whether among youth or children or else.  That's why food is provided for everyone.

Q.   And do you know when WAMY first began to become active in providing relief

This Transcript Contains Confidential Material

assistance?

A.   I don't remember the date, but it began providing relief to the Afghan refugees, then in other areas affected by disasters.  And there are many.

Q.   Do you know during what time period WAMY began providing relief to the Afghan refugees, as you just described?

A.   I don't remember the exact date, but approximately it's 1990.

Q.   Turning to the section beginning with Article 6, which describes the organizational structure of WAMY.  Then it indicates that WAMY shall consist of the General Assembly.

Was there a General Assembly during the time you were Assistant Secretary General?

A.   Yes.

Q.   And did the General Assembly include representatives of the member organizations of WAMY?

A.   Yes.

Q.   And how often did the General Assembly meet during the time that you were

This Transcript Contains Confidential Material

then also a Secretary General who effectively headed the General Secretariat?

A.   Yes.

Q.   And during the time that you were Assistant Secretary General, who was the Secretary General?

A.   So two Secretaries General.  First, Dr. Maneh Al-Johani, and when he passed away, he was followed by Dr. Saleh Al-Wohaibi.

Q.   Do you recall when Dr. Al-Johani passed away?

A.   Difficult to remember the date.

Q.   During the time Dr. Al-Johani was serving as Secretary General and you were Assistant Secretary General, was Dr. Al-Johani also a member of the Kingdom's Shura Council?

A.   Yes.

Q.   And before he took over as Secretary General after Dr. Al-Johani's passing, do you know what Dr. Al-Wohaibi was doing professionally?

A.   He was Assistant Secretary General to him.

Q.   How many Assistant Secretary

This Transcript Contains Confidential Material

A.   Yes.

Q.   And was that financial assistance provided through an annual budget grant?

MR. SHEN:  Objection to form.

A.   So it's an assistance provided once a year, and it is included in the WAMY's budget.

Q.   During the time that you were Assistant Secretary General, what percentage of WAMY's budget was provided via the annual assistance from the Saudi government?

A.   I cannot recall the exact percentage of the assistance, but I can say it was equivalent to 2 or 3 percent.

(Reporter interruption.)

Q.   Of the total budget?

A.   Yes.

(Exhibit Noorwali-256 marked for identification and attached to the transcript.)

THE WITNESS:  (In English.)  I need to take a little break.

MR. CARTER:  Okay.  We can take a break.  Why don't we just do lunch.  We

This Transcript Contains Confidential Material

was the Minister of Islamic Affairs.  That's accurate, correct?

A.   I don't know when this was filed, but I do know that the Minister of Islamic Affairs was the president.

Q.   At the end of that paragraph, Mr. Unuq states that, The government of Saudi Arabia funds a large portion of WAMY's budget.

Is that statement, in your view, accurate?

A.   No, it's not.

Q.   So you believe Mr. Unuq, the financial director, was incorrect in this testimony?

A.   So I do not know whether what he said was correct or not.  But I do know that the fact that the Saudi government is paying the major part of WAMY's budget is incorrect.

Q.   In paragraph 4, he indicates that WAMY had received two grants of 100,000 Saudi riyals from the Ministry of Finance, based on a recommendation of the Supreme Council for Islamic Affairs.

Do you know whether the grants he's

This Transcript Contains Confidential Material

referring to there were separate from the

annual government funding you referred to

previously?

A.   So I do not know of these

donations, but the government funding comes

once or it happens once.  So it's a blunt

transfer, one check or one money transfer.

Q.   And do you recall what the

approximate amount of that annual transfer was

during the time that you were Assistant

Secretary General?

MR. MOHAMMEDI:  Objection.  He

didn't say "transfer."  He said "check."

INTERPRETER:  (Speaking Arabic.)

MR. MOHAMMEDI:  "Check."

INTERPRETER:  Okay.  So the witness

said "check."  He did not say "money

transfer."

Q.   So during the time you were

Assistant Secretary General, WAMY would receive

a check each year from the Saudi government; is

that correct?

A.   Yes.

Q.   Do you recall the approximate

This Transcript Contains Confidential Material

Muslims spread around across the different regions in India.  And I do know that a part of Kashmir is in India and another part is in Pakistan.

Q.   Are you aware that there has been combat in that area over the course of many years?

A.   We see and hear this in the media outlets.

Q.   Did you ever have any role in WAMY activities in that area?

MR. GOETZ:  Objection, form.

A.   Which area?

Q.   During the time that you served as a volunteer and then Assistant Secretary General of WAMY, was WAMY involved in carrying out work in the Kashmir region?

MR. GOETZ:  Objection, form.

A.   In which region?

Q.   Kashmir.

MR. GOETZ:  Same objection.

A.   So I said that Kashmir is comprised of two regions.  One is in India and one is in Pakistan.

This Transcript Contains Confidential Material

Q.   How about within Pakistani Kashmir?

A.   Yes.

Q.   Do you recall whether scholars ever issued any views on whether the Muslims who were fighting in that region were engaged in a self-defensive jihad?

A.   So the previous -- so your first question was, did you work in Kashmir.  Then I asked [sic] you that Kashmir was two regions, and I asked which region of them.  And you replied, the Pakistan Kashmir.  And now you changed the question to ask about jihad.

So if you ask me about my work in Kashmir, I would reply accordingly.  But if you are asking about jihad, I have nothing to do with jihad.

Q.   Okay.  Do you recall anyone in WAMY calling for donations for jihad in Kashmir?

A.   So I previously mentioned, before the break, that WAMY follows certain principles and rules, and it does not work in areas or fields that are not part of its competencies.

(The witness and interpreter conferred in Arabic.)

This Transcript Contains Confidential Material

A.   So they work in programs and activities related to youth.

Q.   To your knowledge, did WAMY ever provide assistance of any kind to military factions fighting in Kashmir?

MR. MOHAMMEDI:  Just answer the question.

A.   So I already said, and here I'm being generous, and I'm repeating, that the WAMY follows clear principles, clear rules and policies, and it operates on a clear basis, which is the youth population.

Q.   So within WAMY's framework, it would be inappropriate for anyone within WAMY to deliver support to a military faction?

A.   There is no question.

Q.   I'm sorry, it was framed as a question.  The intonation conveyed the question.  And that was not translated.

A.   Yes.  Because we reviewed a while ago the constitution, and the constitution is clear about that.

Q.   In response to a request -- a procedural request by the plaintiffs, WAMY

This Transcript Contains Confidential Material

designated you to address issues relating to three organizations in Kashmir.  The first was whether or not WAMY ever financially supported an organization named Lashkar-e-Taiba.

A.   I don't know this organization, and the WAMY did not support it.

INTERPRETER:  I'm not sure if I spelled it correctly.

Q.   Did you conduct any investigation to determine whether or not there was any information within WAMY relating to the Lashkar-e-Taiba organization?

A.   So the office present in Kashmir was in Muzaffarabad, which is the Pakistani part.  And this office was part -- was under my supervision.  And this office, we knew the programs it followed and what activities it implemented, and we followed up thoroughly and in details any activity -- any of its activities.

MR. HAEFELE:  Objection, nonresponsive.

A.   So I'm only saying that this office was in Muzaffarabad.  And it was working

This Transcript Contains Confidential Material

exclusively for the WAMY.  It did not support or provide any support to any other organizations like Lashkar-e-Taiba.

Q.   I think you told me a second ago you've never heard of Lashkar-e-Taiba; is that correct?

A.   It's correct, because it was not part of the work of the WAMY, so I did not hear of it.

Q.   Aside from what you know from the time you were working with WAMY years ago, did you conduct any inquiry to see if WAMY had records or information concerning this organization?

A.   So I do not inquire --

(The witness and interpreter conferred in Arabic.)

A.   I do not --

INTERPRETER:  I'm telling him to answer it by part.

(The witness and interpreter conferred in Arabic.)

INTERPRETER:  I forgot.

A.   I do not inquire in an activity

This Transcript Contains Confidential Material

that is outside of the WAMY's framework or work, and that wasn't part of WAMY's work.

Q. Did you request any review of documents by WAMY to see if there were any references to this organization that perhaps you were unaware of based on your personal experience?

A. So I would like to clarify a bit. So the programs implemented in Muzaffarabad's office included Quran recitation courses, grants for students for university, iftar dinners, orphans' kafala. So these programs, we have a specific department at the office who reviews in details these programs. And the financial administration reviews everything that was spent in each program based on receipts. So as a consequence, reports are not arbitrary reports but reports concerning these programs, and each riyal that is spent, we know where it's spent in.

Q. Did you, in preparation for today, request that someone at WAMY review those reports to make sure that there were no references to the Lashkar-e-Taiba organization?

This Transcript Contains Confidential Material

A.   So I personally did not review all the reports.  I reviewed some of them to freshen up my memory.  And I did not find in these reports any references to what you call Lashkar-e-Taiba.

Q.   But there were reports that you did not review?

A.   If you can show them to me, I can review them.

Q.   Dr. Noorwali, WAMY has designated you to testify as to any information WAMY possesses, as an organization, concerning any possible support to Lashkar-e-Taiba.

INTERPRETER:  This is a continuation of the last?

MR. CARTER:  Yes.

Q.   And I'm just trying to find out what steps you undertook to determine what information the WAMY organization may have concerning that issue.

A.   So it's true the WAMY designated me about the Kashmir issue part, and I reviewed all the files, programs, activities, information that were sent from the office to

This Transcript Contains Confidential Material

the departments, and I did not find any references to Lashkar-e-Taiba in them.  If you have any reports mentioning it, I would like you to show them to me.

Q.   I'm just trying to find out what you did to prepare.  And when you say you reviewed the reports, can you explain to me what reports you reviewed?

A.   So I -- first of all, it's still present in my mind, that date, and I'm talking about the work we have done and the situation back then.  I still recall them.

So I also reviewed the reports of the different programs and the financial affairs, and I found out that our framework was appropriate.  So you are asking me a question, and I can only say that this was not referred to in our reports.

Q.   And what years did the reports you reviewed cover?

A.   So they cover from 1998 until 2006.

Q.   Did you review any reports for years prior to 1998?

A.   So I did not review them now, but

This Transcript Contains Confidential Material

when I was working at the office, I was aware of the activity, and I have seen the reports, and I did not notice any inappropriate activity.

Q.   And when you say when you were working at the office, are you referring to your time as Assistant Secretary General?

A.   Yes.

Q.   And as I recall, that began in 1998, correct?

A.   Yes.

Q.   And did you -- you don't have any knowledge of the reports from the time before you were Assistant Secretary General, do you?

MR. GOETZ:  Objection, form.

A.   So the work at the office was very simple.  So we took knowledge of what was done at the office, and based on that, we established our work.  So we were aware of any activities done back then, and under the testimony of all the departments we worked with.

MR. MOHAMMEDI:  Objection.

Objection.

This Transcript Contains Confidential Material

A.   And under the departments under my supervision.

MR. MOHAMMEDI:   Objection, "reviewed" instead of "took knowledge," (speaking Arabic).

INTERPRETER:   Okay.

Q.   Dr. Noorwali, just so I'm clear, you testified that during the time you were Assistant Secretary General from 1998 through 2006, you received and reviewed the reports relating to this region, correct?

A.   So let's be even more clear about that.  Okay, so I said that in the -- at this office, its president reviewed all of its activities, and we have built our work according to this knowledge.  And all the other departments under my supervision, we took knowledge and we were aware and we reviewed all the activities, and we as well have built our work according to this knowledge.

Q.   I'm just trying to find out if you have ever reviewed the reports relating to the Kashmir office for years before you became Assistant Secretary General in 1998.

This Transcript Contains Confidential Material

INTERPRETER:  He's asking me --
he's saying, "And I didn't mention
that?"

(The witness and interpreter
conferred in Arabic.)

A.   So maybe that was not clear in the
translation.  I said that we have reviewed all
the activities that were actually simple before
I -- that were before me, and we have built our
work according to this basis.

Q.   When did you last review the
reports relating to the periods before you took
your post as Assistant Secretary General?

A.   So I have to stop here to make a
clarification.  When I took the post of
Assistant Secretary General, there was, under
my supervision, 23 international offices.  And
in every and each office, I reviewed anything
that would happen there, and thoroughly, in
details.  I reviewed the programs, the
employees, the activities, and everything that
was going on in these offices.  So I started my
career based on a knowledge; in other words, I
didn't start my career based on ignorance.

This Transcript Contains Confidential Material

Q. Okay. And the very simple question I'm trying to ask is, when is the last time you reviewed reports that covered WAMY's activities in Kashmir for years before 1998?

A. So when I first took the post in the office, I reviewed them. So which month in 1998, I cannot recall.

Q. But it was when you took the position as Assistant Secretary General?

A. Yes.

Q. WAMY has also designated you to address whether it provided any support to the Hizb-ul-Mujahideen.

A. Where? Where is that?

Q. In the Kashmir region.

A. So in Kashmir Pakistan, I did not know that there is something called Hizb-ul-Mujahideen.

Q. You had not heard of it before I mentioned it today?

A. I do not know that there is a party called Hizb-ul-Mujahideen in Pakistan.

Q. You've also been designated to address whether WAMY provided any support to an

This Transcript Contains Confidential Material

confirm that WAMY did not have any dealings with SIM?

        A.   I did not do anything.

             MR. CARTER:  Can we take just five minutes?

             MR. MOHAMMEDI:  Sure.

             VIDEO OPERATOR:  We are now going off the video record.  The time is 5:01.

             (Recess from 5:01 p.m. until 5:09 p.m.)

             VIDEO OPERATOR:  We are now going back on the video record.  The time is 5:09.

BY MR. CARTER:

        Q.   Dr. Noorwali, WAMY also designated you to testify as to whether WAMY was in possession of any information that an individual named Nazir Qureshi had provided money or other assets to Al Qaida-associated groups in Kashmir.

             Have you ever heard of a person named Nazir Qureshi?

        A.   Yes.

        Q.   And as you understand it, who is

This Transcript Contains Confidential Material

Nazir Qureshi?

A.   Nazir Qureshi worked as a simple employee in our office in Jeddah.

Q.   Did he work in the Jeddah office during the time that you were Assistant Secretary General?

A.   Yes.

Q.   Was he working as an employee in the Jeddah office the entire time you were Assistant Secretary General?

A.   Yes.

Q.   Was he working in the Jeddah office before you assumed the role of Assistant Secretary General?

A.   Yes.

Q.   Do you know when he began working for WAMY in the Jeddah office?

A.   Nazir Qureshi?

Q.   Yes.

A.   I do not remember exactly when.

Q.   What was Nazir Qureshi's job in the Jeddah office?

A.   So he was a common clerk who worked in office work in Jeddah.

This Transcript Contains Confidential Material

Q.   Did he ever travel outside of Saudi Arabia in relation to his work for WAMY?

A.   I do not remember because his work was administrative.

Q.   Did his administrative work include any handling of finances?

INTERPRETER:  I have a question.  "Finances" -- you mean by "finances" financial documents, or actually delivering funds?  So I know how to translate this for him.

Q.   Did he have any involvement in the process through which funds were transferred from the Jeddah office elsewhere?

A.   No, because funds were transferred on an official basis through the bank.

Q.   Did he have any involvement in the transfer through that official mechanism?

A.   So no.  This official mechanism was done through the financial administration with the bank, and it was directly transferred to the office in Muzaffarabad.

Q.   Did Mr. Qureshi have any involvement in reviewing proposals from the

This Transcript Contains Confidential Material

external offices?

A.   So the proposals, the programs, and the reports were reviewed by the departments at our office, and not by Nazir Qureshi.

Q.   So as I understand it, he would not have had any role in reviewing a proposed project for approval?

A.   No, he did not have any role.

Q.   What steps did you take to investigate whether WAMY had any information as to whether Nazir Qureshi had provided money to Al Qaida-associated groups in Kashmir?

A.   So I would like to ask a question, what is the source of this information?

MR. HAEFELE:  Objection, nonresponsive.

A.   I would answer the question.

So there is an Indian newspaper that mentioned such claims, and my office directly contacted a person in Dammam.

So there was a feedback, an explanation from Dr. Abdulrahman Al Rabiah --

MR. SUDAIRY:  "Inquiry."

A.   -- who was -- an inquiry from

This Transcript Contains Confidential Material

Abdulrahman Al Rabiah --

MR. SUDAIRY:  "Explanation."

A.   -- in Dammam --

MR. MOHAMMEDI:  Objection,
"explanation."

INTERPRETER:  Sorry, but he talks
really fast, and --

MR. MOHAMMEDI:  "Requesting
explanation."

A.   A request for explanation --

MR. MOHAMMEDI:  Yes.

A.   -- from Abdulrahman Al Rabiah in
Dammam, who was the Assistant Secretary
General, and I contacted the Saudi ambassador
in India and told them that this -- these
statements are actually --

MR. MOHAMMEDI:  "Fake."

A.   -- fake, and I told
Dr. Abdulrahman -- I told that to
Dr. Abdulrahman, and he also replied to the
newspaper saying that this is fake.

(The witness and interpreter
conferred in Arabic.)

A.   So that was the Saudi Embassy who

This Transcript Contains Confidential Material

answered the newspaper saying it's fake; the words, these statements are fake.

MR. HAEFELE:  It would probably go faster if you would just answer it in English.

INTERPRETER:  Or just a bit slower, because --

MR. MOHAMMEDI:  And I'm objecting to the translation.  Sometimes it's very confusing.

Q.   Dr. Noorwali, just so I can try to understand, as I understand your testimony, there was some report in an Indian newspaper suggesting that Nazir Qureshi was involved in illegal activity, correct?

A.   So it was not suggesting the -- yes, the newspaper published this news.  So based on that, we contacted the Embassy in Delhi, and the Embassy replied to such reports or such statements to the newspaper that this was fake news.

(The witness and interpreter conferred in Arabic.)

A.   And I also wrote an official letter

This Transcript Contains Confidential Material

MR. MOHAMMEDI:  But these are specific questions related to 30(b)(6).

MR. CARTER:  Okay.

Q.   Dr. Noorwali --

(The witness and interpreter conferred in Arabic.)

INTERPRETER:  Should he answer your question?  He didn't answer it.

A.   So the WAMY had an office in Muzaffarabad.

Q.   Is that sometimes referred to as Azad, A-Z-A-D?

A.   So the office was in Muzaffarabad. And people, inhabitants of this region, calls this region Azad Kashmir.

Q.   I'm asking because some of the letterhead I've seen includes the words, Azad Kashmir.  And I wanted to make sure it's the same office.

A.   So this region, people who live in this region call it that way, and we, of course, are obliged to mention -- to write it that way, to mention that.

Q.   But just to be absolutely clear,

This Transcript Contains Confidential Material

there was one WAMY office in Pakistani Kashmir, correct?

A.   Yes.

Q.   And was that office open throughout the time you were Assistant Secretary General?

A.   So if the question is, did this office exist, yes, it existed throughout the time, throughout that time.

Q.   You seem to be drawing a distinction between whether the office was open and whether it existed.  Is that correct?

MR. MOHAMMEDI:  Objection, there is a translation -- hold on.  I think the distinction because of the translation was not correct.

MR. CARTER:  I understand.  Okay.

Q.   So throughout the time you were Assistant Secretary General, WAMY had an office in Pakistani Kashmir, correct?

A.   Correct.

Q.   And was that an operational office throughout the time you were Assistant Secretary General?

A.   Yes.

This Transcript Contains Confidential Material

Q.   Do you know when that office was first opened?

A.   I don't remember.

Q.   And you've been designated by WAMY to testify on behalf of WAMY about its relationship with that office.

Do you know whether that office remains open today?

A.   Yes.

Q.   Yes, it is open today?

A.   Yes.

Q.   Has it ever been closed?

A.   It was not -- it has not been closed.

Q.   And you testified earlier about the reporting procedures applicable in WAMY.  Was the protocol you described earlier in your testimony the same for the Kashmir office?

A.   So the same procedures and mechanisms followed in all the offices are the same ones for Kashmir office.

Q.   And during the time that you were Assistant Secretary General, did the Jeddah office have supervisory authority over the

This Transcript Contains Confidential Material

A.   I did not understand the question.

Q.   I don't remember what exhibit it was marked, but you discussed some of these issues in your declaration.

MR. MOHAMMEDI:  Do you know the page number?

MR. CARTER:  It is 3.

MR. MOHAMMEDI:  Thank you.

Q.   And paragraph 15.  You testified, It is WAMY's policy to not send any funds unless they are being allocated for specific projects and activities.

Is that correct?

A.   Yes, true.

Q.   And in your declaration, you said that when a project is complete, the chapter overseeing the project is required to send a project report and a financial statement back to the WAMY office responsible for that chapter or project.

Is that correct?

INTERPRETER:  Can I know which chapter it is?  (Rendering interpretation.)

This Transcript Contains Confidential Material

I'm not sure how to translate "the chapter" here.

MR. CARTER:  "Office."

INTERPRETER:  (Rendering interpretation.)  I'm translating literally.

A.   What is the question?

INTERPRETER:  (Rendering interpretation.)

A.   Yes.

Q.   And those protocols were all applicable to the Kashmir office during the time you were Assistant Secretary General, correct?

A.   Correct.

Q.   Were there occasions when the Riyadh office might be responsible for funding a project in Kashmir?

A.   Yes.  I mentioned this a while ago, that if the office, let's say, proposes ten programs, I can support five of these programs, and if the opportunity for other offices to support the rest of these programs, and that way, Riyadh's office --

This Transcript Contains Confidential Material

and then to be implemented by the employees.

Q.   If Secretary General Johani had made these remarks during the time that you were Assistant Secretary General, would you have objected?

A.   Yes, I would object.

Q.   Why would you object?

A.   Because the policy of WAMY is clear and known, and this is outside the WAMY's policies, and --

(The witness and interpreter conferred in Arabic.)

A.   -- and we cannot talk about issues that are not part of WAMY's policy so to avoid any confusion.

Q.   Dr. Noorwali, during the time that you were Assistant Secretary General, did WAMY support da'wah and educational camps in Kashmir?

A.   Yes.

(Exhibit Noorwali-260 marked for identification and attached to the transcript.)

BY MR. CARTER:

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST      :

ATTACKS ON           :     03-MDL-1570

SEPTEMBER 11, 2001  :    (GBD)(SN)

--------------------------------------------

- - -

Wednesday, July 24, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Day 2 of the videotaped deposition of ABDUL WAHAB NOORWALI, Ph.D., Individually and as 30(b)(6) designee for World Assembly of Muslim Youth, taken pursuant to notice, was held at the InterContinental Hotel Madrid, Paseo de la Castellana, 49, 28046 Madrid, Spain, beginning at 9:33 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

This Transcript Contains Confidential Material

Benevolence International Foundation.

Is that accurate?

A.   Yes, correct.

Q.   At the time you signed this declaration, were you aware that the United States government had designated Adel Batterjee as a specially designated global terrorist?

A.   I do not know in details what is this -- I do not know accurately what this designation was, but I heard that he was said to be a global terrorist.

Q.   Were you aware that the United States government had accused Batterjee of being a financier of Osama bin Laden and Al Qaida?

A.   I do not know what the United States government had said about Batterjee in an accurate way, but I did know that he was one of the designated people as a global terrorist.

Q.   In your declaration, you testified that you served as a board member of Lajnat al-Birr al-Islamiyyah from 1993 to 1995; is that correct?

A.   Yes, correct, and even before that.

This Transcript Contains Confidential Material

Q.   When did you commence serving on the board of Lajnat al-Birr al-Islamiyyah?

A.   So I think, and as far as I can recall, in 1991.

Q.   Is there any reason why your declaration stated that you served from 1993 to 1995 instead of indicating the accurate commencement date of 1991?

A.   So it's an old cause or question, and I cannot maybe remember accurately the dates.

Q.   But sitting here today, you're confident it was earlier than 1993?

A.   Before '93.

Q.   How did it come about that you became a board member of Lajnat al-Birr al-Islamiyyah in or around 1991?

A.   Dr. Maneh Al-Johani invited me to be a member, a board member, board member of Lajnat al-Birr al-Islamiyyah.

Q.   Was Dr. Al-Johani serving as the Secretary General of WAMY at the time he extended that invitation?

A.   Yes.

This Transcript Contains Confidential Material

Q.   And what was Dr. Al-Johani's relationship with Lajnat al-Birr al-Islamiyyah?

A.   He was the board chairman.

Q.   Of Lajnat al-Birr al-Islamiyyah?

A.   Of Lajnat al-Birr al-Islamiyyah.

Q.   Do you know when Dr. Al-Johani first became the board chairman of Lajnat al-Birr al-Islamiyyah?

A.   He actually -- he was the one who constituted it.

Q.   So Dr. Al-Johani was responsible for founding Lajnat al-Birr al-Islamiyyah?

A.   So the story is different.  Adel Batterjee comes from a rich family.

(Reporter interruption.)

A.   So he was from a wealthy family, and he came to Dr. Maneh Al-Johani in order to use the WAMY as an umbrella for -- to work with the Afghan refugees.  And he came with the idea of Lajnat al-Birr.  So the work included to gather donations for the Afghan refugees by --

(The witness and interpreter conferred in Arabic.)

A.   -- by Lajnat al-Birr, and also

This Transcript Contains Confidential Material

field work in the Afghan refugee camps.  And based on this request, Dr. Maneh accepted the project and formed a board under the name of Lajnat al-Birr so to work on an independent basis under the name of --

(In English.)  Auspices.

INTERPRETER:  "Auspices"?

(The witness and interpreter conferred in Arabic.)

A.   -- under the umbrella or auspices of WAMY.

Q.   Do you know when that happened?

A.   Approximately in 1990.  And Lajnat al-Birr was registered in Pakistan in 1991.

Q.   Did the Lajnat al-Birr al-Islamiyyah organization exist prior to the conversation between Abdel Batterjee and Dr. Al-Johani that you just described?

A.   It did not exist.  The idea started, and it was registered in 1991 in Pakistan.

MR. MOHAMMEDI:  Can we go off the record for a second?

MR. CARTER:  Yeah, it would be a

This Transcript Contains Confidential Material

good time.

VIDEO OPERATOR:  We are now going off the video record.  The time is 10:54.

(Recess from 10:54 a.m. until 11:13 a.m.)

VIDEO OPERATOR:  We are now going back on the video record.  The time is 11:13.

(Exhibit Noorwali-264 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.  Dr. Noorwali, I've marked as Noorwali Exhibit 264 a number of documents or a collection of documents we received from WAMY in discovery and would ask if you can take a look at those and tell me if you recognize them.

Dr. Noorwali, do you recognize those documents?

A.  So the first paper or the first page has no relation with the rest of the pages or --

This Transcript Contains Confidential Material

(The witness and interpreter conferred in Arabic.)

A.   Yes.

Q.   Okay.  So as I understand it, the first page does not belong to the remaining pages in this group, correct?

A.   Yes.

Q.   And putting aside the first page, do the remaining pages relate to the formation and registration of Lajnat al-Birr al-Islamiyyah?

A.   Yes.

Q.   And am I correct that the last page reflects that Lajnat al-Birr al-Islamiyyah was registered in Pakistan in March of 1991?

A.   Yes.

Q.   And at the time of the registration, you were designated as one of the board members of Lajnat al-Birr al-Islamiyyah, correct?

A.   So the board of Lajnat al-Birr al-Islamiyyah registered in Pakistan.  This page does not indicate that these are the board members.

This Transcript Contains Confidential Material

(In English.)  57748.

(Through interpreter.)
WAMYSA057748.

Q.   What does your designation on page 57748 indicate?

A.   So this is a committee from the General Secretary's council in order to follow up the work with Adel Batterjee in Jeddah.

Q.   In your declaration, you said that you were a board member of Lajnat al-Birr al-Islamiyyah.  Did you take that position in 1991 at the time these documents were filed?

A.   So these documents do not form one document.  They are separate.  And I was in Lajnat al-Birr since its foundation.  And I recall that talks about founding Lajnat al-Birr started, as I mentioned, in between 1998 --

(In English.)  1989 to '90.

(Through interpreter.)  Between 1989 until 1990.  And Lajnat al-Birr was formed, and WAMY tried to register it in Pakistan.

Q.   Did WAMY succeed in registering it in Pakistan in 1991?

This Transcript Contains Confidential Material

Do you recall when the relationship with LBI and Batterjee ended?

A.   So as far as I can recall right now, it's in 1993.

Q.   What brought about that circumstance?

A.   Which circumstance?

Q.   The separation with Adel Batterjee.

A.   It was not a separation.  He was drawn out of the --

MR. MOHAMMEDI:  "Dismissed."

A.   -- dismissed of the -- of Lajnat al-Birr.

Q.   By whom?

A.   So the decision was issued by the WAMY's Secretary General's council.  So based on the decision of WAMY's Secretary General's council, Dr. Maneh took this decision.

Q.   So the WAMY Secretary General's council decided that Adel Batterjee should be removed, and Dr. Al-Johani executed the decision, correct?

A.   Yes.

Q.   And again, do you know why WAMY's

This Transcript Contains Confidential Material

al-Birr, so to follow up the work or activities

of the committee with Adel Batterjee.

(The witness and interpreter

conferred in Arabic.)

INTERPRETER:  He's saying, "to

follow up the work of Lajnat al-Birr."

A.   So Adel Batterjee did not comply

with meeting -- with the meeting of Lajnat

al-Birr.  So Adel Batterjee did not invite this

work group in order to work with him and follow

up.  And he was working on an individual basis.

(In English.)  One-man show.

(Through interpreter.)  One-man

show.  And there were some behavior that were

inappropriate and that did not comply with the

WAMY's activities, gathering donations in

public spaces.  That's why the WAMY's Secretary

General council took the decision to dismiss

Adel Batterjee.

Q.   So would it be fair to say that

Adel Batterjee was acting on an independent

basis and violated WAMY rules relating to

fundraising activities?

A.   Yes, this is correct, but also, he

This Transcript Contains Confidential Material

used to run Lajnat al-Birr on his own.

Q.   And because of those things, the WAMY Secretary General's council issued a decision to remove him from Lajnat al-Birr al-Islamiyyah, correct?

A.   Yes.

Q.   And at some point thereafter, was Lajnat al-Birr al-Islamiyyah merged into WAMY itself?

A.   So we must clarify.  There are two faces.  So at one stage, Lajnat al-Birr worked as an independent --

MR. MOHAMMEDI:  Objection, "two stages," not "two faces."

THE WITNESS:  (In English.)  Two stages.  (Speaking Arabic.)

INTERPRETER:  Okay.

A.   So the first stage, Lajnat al-Birr worked independently, but still under the umbrella of WAMY.  So with an independent administration without Adel Batterjee.  And the director's name is mentioned here on the first page, 057745, Hassan Bahafzallah.  So this is the first stage.

This Transcript Contains Confidential Material

referring to in the Arabic document?"

MR. SHEN:  But the witness said

something that needs to be translated.

MR. MOHAMMEDI:  I understand that,

but the witness said something and it

was not translated properly.  That was

my point.

INTERPRETER:  I was not finished

with my translation.

A.   So I need to clarify this sentence

you are mentioning.  So the answer, it's not

simply yes or no.

MR. HAEFELE:  Either he does or he

doesn't see the sentence.

Q.   My only question was, do you know

what I'm referring to?

MR. SHEN:  Can we translate what

the witness said previously, please?

INTERPRETER:  Yeah, I wanted to

finish my translation.

MR. CARTER:  Sorry.

A.   So the dismissal of Adel Batterjee

provoked some tension in Lajnat al-Birr.  And

Adel Batterjee himself introduced some people

This Transcript Contains Confidential Material

to interfere --

MR. MOHAMMEDI:  "Intervene."

Objection, "intervene."

A.   -- intervene and help with the conciliation.  And in this process of intervention for reconciliation by some people, the executive director actually also participated.

Q.   The sentence refers to a meeting the executive director, Bahafzallah, had with some sheikhs and honorable brothers.

Do you know the names of the people he's referring to?

A.   I don't remember them, no.

Q.   I take it you don't recall the names of any of the people he was referring to?

A.   I don't remember.

(Exhibit Noorwali-267 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.   Dr. Noorwali, I'm marking as Exhibit Noorwali-267 an administrative resolution that was produced by WAMY Saudi

This Transcript Contains Confidential Material

Arabia at 27804.

Dr. Noorwali, does this document relate to the 1996 dissolution of Lajnat al-Birr al-Islamiyyah you referenced previously?

A.   Yes.

Q.   And again, at the top right of this document, does it include Lajnat al-Birr al-Islamiyyah's logo and name, and beneath that in parentheses, World Assembly of Muslim Youth?

A.   Yes.

Q.   And through this decision, does it indicate that Lajnat al-Birr al-Islamiyyah is to be merged with its main institution, World Assembly of Muslim Youth?

A.   Yes, Lajnat al-Birr al-Islamiyyah is to be merged with -- its activities with the World Assembly of Muslim Youth and its activities, and Lajnat al-Birr al-Islamiyyah would be dissolved.

Q.   And does it say that with the merger, the name to be used would, going forward, be the World Assembly of Muslim Youth?

A.   Yes.

This Transcript Contains Confidential Material

Q.   And did it indicate that all abroad assets, properties, offices and projects of Lajnat al-Birr would be transferred in favor of the World Assembly of Muslim Youth?

A.   Yes.  Abroad and in the country, inside.

MR. CARTER:  Does everyone mind if we take two minutes?

MR. MOHAMMEDI:  Sure.

VIDEO OPERATOR:  We are now going off the video record.  The time is 11:59.

(Recess from 11:59 a.m. until 12:16 p.m.)

VIDEO OPERATOR:  We are now going back on the video record.  The time is 12:16.

BY MR. CARTER:

Q.   Dr. Noorwali, before we took the break, we were talking about the administrative resolution marked as Exhibit 267.  Were all of the decisions listed at numbers 1 through 8 in that resolution carried out?

MR. SUDAIRY:  (Speaking Arabic.)

This Transcript Contains Confidential Material

INTERPRETER:  Were all decisions listed or were all decisions carried out?

MR. CARTER:  Carried out.

INTERPRETER:  Okay.  (Rendering interpretation.)

A.    Yes.

(Exhibit Noorwali-268 marked for identification and attached to the transcript.)

BY MR. CARTER:

Q.    Dr. Noorwali, I've marked as Noorwali Exhibit 268 documents produced by WAMY relating to reports from Al-Rajhi Bank about several Lajnat al-Birr al-Islamiyyah accounts.

MR. MOHAMMEDI:  Just not to repeat this again over and over again, so we're just going to concentrate on the Arabic version.  I'm not going to say this again.  So moving forward, that's what we're going to do as we don't know about the translation.

Q.    Dr. Noorwali, these are dated to 1994 and are addressed to an individual named

This Transcript Contains Confidential Material

Mr. Abdel Razzak Wali Seit, who is identified as a public accountant.  Do you know who that is?

A.   Yes.

Q.   Who was he?

A.   He was an account auditor, local, present in Jeddah.

Q.   Do you know why these reports relating to Lajnat al-Birr al-Islamiyyah accounts were provided to him at this time period?

A.   He was an accounts auditor for WAMY.  That's why these reports were addressed to him.

Q.   Do you know whether he was conducting some sort of audit at this time relating to Lajnat al-Birr?

A.   I don't -- so I do not remember now that, but he was an auditor, and he used to audit the accounts for WAMY as a local auditor.

Q.   The documents on their face relate to Lajnat al-Birr alms, zakat, orphans, endowments, and monthly deduction accounts at Al-Rajhi Bank.

This Transcript Contains Confidential Material

it is.

Q.   You offered that statement in your declaration, correct?

A.   Yes.

Q.   Were you yourself aware at that time in 1993 that Adel Batterjee had started an organization called Benevolence International Foundation?

A.   Okay.  It came to our knowledge, that.

Q.   And when you say it came to our knowledge, did you receive that information at the time in 1993?

A.   Yes.

Q.   Do you recall who communicated that to you?

A.   I do not know exactly, but when the relationships became tense with WAMY and when Adel Batterjee was dismissed, it came to our knowledge that he started an organization named Monathamat El Birr A Doualia or Benevolence International Foundation.

Q.   In the declaration, you indicate that WAMY sent him a letter advising him it was

This Transcript Contains Confidential Material

inappropriate for Batterjee to start an organization under that name.

Do you recall that?

A.   Yes.

Q.   Were you involved in preparing that letter?

A.   No.

Q.   In the declaration, you say that that letter was sent by WAMY, correct?

A.   Yes.

Q.   Do you recall who signed it?

A.   Yes.

Q.   Who signed that letter?

A.   Dr. Maneh Johani.

Q.   And was the concern expressed that there might be confusion because of the similarity of the names and logos of Lajnat al-Birr al-Islamiyyah and the organization, Benevolence International Foundation, Batterjee was forming?

A.   What's the exact question?

Q.   Well, was the concern raised in the letter that the similarity of the names and logos of Lajnat al-Birr al-Islamiyyah and

This Transcript Contains Confidential Material

States under the name of Benevolence

International Foundation.

And the relationship with Adel

Batterjee was cut, ended, and he used to carry

out his activities in Benevolence International

Foundation, of which we do not know any

details.  And our offices in the field, whether

in Pakistan or other regions, did not deal with

Benevolence International Foundation.

As for the Canada branch, I did not

review it in details.

Q.   Did you make any inquiries with

current employees or representatives of WAMY to

determine whether there were any records of

financial transfers from WAMY to Benevolence

International Foundation?

A.   So in the entity present in Saudi

Arabia and based on the financial -- and the

review of the financial transactions, no

financial transfers were done from WAMY to

Benevolence International Foundation.

Q.   And who did you speak with to

receive that information?

A.   With the administration present in

This Transcript Contains Confidential Material

EXAMINATION

BY MR. SHEN:

Q.   Good afternoon, Dr. Noorwali.

A.   Good afternoon.

Q.   My name is Andy Shen.  I'm a lawyer for the Kingdom of Saudi Arabia, and I have with Ziad Al Sudairy, who is our Saudi counsel. I have just a few questions for you.

Can you take out Exhibit 257, please.  Exhibit 257 is a document that Mr. Carter showed you yesterday.  It states at the top, The World Assembly's Relationship With Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance.

Do you recall being asked questions about this document yesterday?

A.   Yes.

Q.   And the first sentence of the document says that The Royal Decree, under which the World Assembly of Muslim Youth in 1392 AH was established as an independent organism.

Do you see that?

A.   Yes.

This Transcript Contains Confidential Material

Q.   Is it a true statement that WAMY is independent of the Saudi government?

A.   Yes.

Q.   And WAMY operated independently of the Saudi government, correct?

A.   Yes.

Q.   And the Saudi government did not operate day-to-day control over WAMY, correct?

MR. HAEFELE:  Objection to form.

A.   Yes.

Q.   While you were serving as Assistant Secretary General of WAMY, you testified that you were also employed at the King Abdulaziz University in Jeddah; is that correct?

A.   Yes.

Q.   And during that time period, when you were serving as Assistant Secretary General of WAMY, when you were conducting WAMY business, were you acting in your capacity as Secretary General of WAMY or were you acting in your capacity as an employee of King Abdulaziz University?

MR. HAEFELE:  Objection to form.

A.   In my capacity as Assistant