



الندوة العالمية للشباب الاسلامي

**World Assembly of Muslim Youth**

الرقـم
التاريخ

*In the name of Allah, Most Gracious, Most Merciful.*

# The Constitution
## of
## The World Assembly of Muslim Youth (WAMY)

### Article 1 :

The World Assembly of Muslim Youth (WAMY) is an Independent International Islamic Organisation and an Islamic Forum that supports the efforts of the Islamic workers of Muslim Youth organisations in the world, their institutions and associations.

### Article 2 :

The headquarters of the World Assembly of Muslim Youth (WAMY) shall be based in the city of Riyadh, the capital of Saudi Arabia. It shall open sub-offices and branches in and outside the Kingdom of Saudi Arabia.

### Article 3 :

The World Assembly of Muslim Youth (WAMY) shall try to achieve the following aims and objectives :

1. To serve the Islamic Da'wah (calling to Islam) in matters of Aqeedah, Shariah and social behavior among the Muslim youth of the world.
2. To deepen a sense of pride in Islam among the Muslim Youth through emphasizing the supremacy of Islamic social system and

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ,  · Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA



EXHIBIT

WAMY EX. 6



EXHIBIT
NOORWALI
255
LVF  07-23-19

WAMY-SA E001045





**الندوة العالمية للشباب الأسلامي**
World Assembly of Muslim Youth

الرقـم
التاريخ

explaining to them the importance of adherence to Islamic teachings in their personal and social life.

3. To elucidate the true Islamic ideology which should be followed by the Muslims as mentioned in the holy Qur'an and the Sunnah of the prophet (pbuh) and as was explained and followed by the worthy ancestors (Salaf Salih) of Ummah.

4. To deepen the Islamic culture among the Muslim youth and protect the means of Islamic unity that unite them according to the Qur'an and Sunnah.

5. To explain the role of the Muslim youth in the construction of the Islamic society and its social, economic and scientific institutions, and to eliminate the causes of backwardness, sectarianism and stagnancy in the Muslim societies.

6. To support the scientific, cultural and vocational institutions established for the welfare of the Muslim youth and students all over the world and assist them in the implementation of projects that are in accordance with the objectives of WAMY.

7. To coordinate and cooperate with institutions and associations that work for the benefit of the Muslim Youth and students all over the world.

8. To look after the brilliant Muslim students and care for them economically and culturally.

### Article 4 :

The World Assembly of Muslim Youth (WAMY) shall try to achieve its objectives by the proper means; such as the following:

1. Organising conferences, meetings, lectures and religious and cultural competitions for the purpose of introduction and religious and cultural awakening among the Muslim Youth.

2. Publishing books, conducting researches and producing video & audio cassettes that introduce Islam as an ideology and social system

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx:. 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص. ب ١٠٨١٥ الرياض ١١١٤٣ - شــارع الأمير عبدالعزيز بن مســاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس ٤٠٠٥٢٢. / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيـا    إسـلاميــة الريـــاض

WAMY-SA E001046





## الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

الرقـــم

التاريخ

to be distributed among the Muslim youth in the important languages of the world.

3. Organizing camps, courses and Da'wah caravans for the Muslim youth in the Muslim countries or in countries where Muslim minorities and communities live in order to develop youth potentials, polish their abilities and direct their efforts for the service of the Muslim Ummah and their societies.

4. Lending material and moral support to the Muslim youth and students organisations and associations of the world.

5. Participating in international assemblies to represent the Muslim youth and students and express their views and introduce their problems as well as try to find out solutions in the light of Islamic guidance.

6. Giving scholarships and assistance to the Muslim Youth.

### Article 5 :

A. There shall be various types of Members in the World Assembly of Muslim Youth (WAMY)

1. Active Members : Islamic institutions, organisations and associations that serve Muslim Youth and students.

2. Associate Members : Islamic institutions, organisations and associations, which are not established basically for the youth and students activities.

3. Advisory Members : Leading Islamic personalities in the fields of Da'wah, thought and knowledge as well as persons who have the interest, capability and readiness to serve the Muslim youth.

B. Membership shall be granted by the decision of the General Council on the recommendation of the Secretary General. Its rules and conditions shall be determined according to the rules of this constitution.

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

WAMY-SA E001047





**الندوة العالمية للشباب الاسلامي**
World Assembly of Muslim Youth

الرقم

التاريخ

### Article 6 :

The organisational structure of The World Assembly of Muslim Youth (WAMY) shall consist of the General Assembly, the President and the Vice President, the General Council, the Secretary General and the Assistant Secretary General(s).

### Article 7 :

The President shall be selected from the country of the Headquarters and he must be a Saudi and among the distinguished Islamic personalities.

The President shall nominate a vice President from among those names that will be proposed by the General Assembly for this post.

### Article 8 :

The President of WAMY shall have general supervision on WAMY and its activities for the implementation of its aims, preside over its General Assembly and endeavor to provide resources and material and moral support for it.

### Article 9 :

❖ The General Assembly of WAMY shall consist of the representatives of the active member organisations, associations and institutions of WAMY.
❖ The General Assembly shall hold its general meeting once every four years. The General Council after the approval of the President of WAMY may call for an exceptional meeting if it is deemed necessary.

---

P.O Box 10845 Riyadh 11443 - Pnnce Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

4

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ١٦٠٠٤٣١
تلكس ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيا · إسلامية الرياض

WAMY-SA E001056



بسم الله الرحمن الرحيم

## الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

الرقــم
التاريخ

### Article 10 :

The General Assembly shall particularly do the following :

1. Approval and amendments of the constitution of WAMY.
2. Proposing the name of the Vice President of WAMY
3. Appointing the Secretary General of WAMY
4. Election of the members of the General Council for the current term.
5. Approval of the general structure of the necessary programs of WAMY for the current term upon the recommendation of the General Council.

The decisions of the General Assembly shall be adopted by the majority of the present votes of the active members except the amendment to the constitution of WAMY that shall be done at least by two thirds of the members.

### Article 11 :

WAMY shall have a General Council which will be presided over by the Secretary General. It shall implement the decisions and recommendations of the General Assembly.

The General Council shall consist of twenty three members who will be selected by the General Assembly of WAMY . Their names will be announced in the concluding session of the conference as per the following :

Twelve members shall be proposed by the active member youth organisations and associations on the recommendation of the President to work as WAMY representatives for the following twelve regions :

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شــارع الأمير عبـدالعزيز بن مسـاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس ٤٠٠٤١٣ / ٤٠٥٢٢٠ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيا   إسلامية الرياض

WAMY-SA E001048



بسم الله الرحمن الرحيم

الندوة العالمية للشباب الاسلامي

**World Assembly of Muslim Youth**

الرقم

التاريخ

Central Asia/ South East Asia / Indo-Pak Sub Continent / Arab World / West Africa / North Africa / Central & South Africa / West Europe / East Europe / North America / South America / Australia & Pacific.

Eleven members from the country of the headquarters who will be selected from among the nominees of the standing General Council upon the approval of the President of WAMY. They should be known for their uprightness and activities in the field of Islamic Da'wah and in the service of the youth.

If a seat of a member of the General Council becomes vacant, the General Council on the approval of the President shall nominate a member in his place from among three standby members selected by the General Assembly.

**Article 12 :**

The General Council shall particularly do the following :

1. Approval of executive plans for the work of WAMY, and its projects.
2. Formation of the Committees needed for the work of WAMY.
3. Approval of the names of heads of the delegations and their members to attend the General Conference of WAMY.
4. Acceptance of gifts, financial assistance, contributions, endowments and wills that are in conformity with WAMY aims.
5. Investment of excess capital in ways that are in agreement with WAMY's aims.
6. Endorsement of the budget and approval of WAMY closing financial statement in accordance with the financial and accounts report prepared by a registered legal auditing office in the country of the headquarters.

P.O. Box 10845 Riyadh 11443 - Prince Abdulazız Bin Mosaid Bin Jelewi St. Sulaimaniya - Saudi Arabia · Tel. (01) 4641669 (4) Lines / 4655431 Tlx.: 400413 / 405220 ISLAMI SJ. - Fax.: (01) 4641710 Cable . ISLAMIYAH RIYADH E-Mail : WAMY@KACST.EDU.SA

6

من.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية - المملكة العربية السعودية - هاتف ١٢٤١١٦٦٩ (٠١) أربع خطوط / ١٦٥٥٤٣١ تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ١٢٤١٧١٠ (٠١) برقيا : إسلامية الرياض

WAMY-SA E001049





الندوة العالمية للشباب الاسلامي

**World Assembly of Muslim Youth**

الرقـم

التاريخ

7. Endorsement of rules and regulations for the financial and administrative affairs on the recommendation of the Secretary General of WAMY.
8. Proposal of programs and activities of WAMY for the next term.
9. Proposal of amendment in WAMY constitution
10. Approval of the agenda of meetings of the General Assembly.

## Article 13 :

The General Council shall meet at least once a year on the invitation of the Secretary General. The recommendations of the Council shall be adopted by the majority of the votes of the participants. In the case of equal votes, the chairman's opinion shall be decisive. The President of WAMY may invite the General Council for an emergency meeting to discuss whatever matters he may want to be discussed. Hence, he shall preside over the meeting.

## Article 14 :

The Secretary General shall present the recommendations of the General Council to the President of WAMY within fifteen days after adoption. These recommendations will be considered effective if the President makes no objection to them during thirty days after receiving them.

## Article 15 :

WAMY shall have a Secretary General. He shall be elected by the General Assembly of WAMY on the proposal of the General Council and the approval of the president of WAMY for one term of four years renewable for other terms. The Secretary General shall represent WAMY at international organisations and associations, and shall manage its affairs under the supervision of its president.

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax. (01) 4641710
Cable · ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شــارع الأمير عبدالعزيز بن مســاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ ( ٠١ ) أربع خطوط / ٤١٥٥٤٣١
تلكس ٤٠٠٤٢٢ / ٤٠٠٤١٣ إسلامي إس جي - فاكس ٤٦٤١٧١٠ ( ٠١ )
برقـا   إســلاميــة الريـــاض

WAMY-SA E001050





بسم الله الرحمن الرحيم

# الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

الرقــم

التاريخ

The Secretary General shall have one assistant or more who will be selected by the General Council from among its members on the recommendation of the Secretary General and approval of the President of WAMY.

The Assistant Secretary Generals shall assist the Secretary General in discharging his responsibilities. He shall assign to them any work related to WAMY's aims.

## Article 16 :

The Secretary General shall prepare rules and regulations for financial and administrative affairs that will be implemented after the endorsement of the General Council and approval of the President of WAMY on the Council resolution.

## Article 17 :

The Secretary General, with the cooperation of Islamic personalities as well as Islamic organisations and associations which are active in the service of Islamic work, shall try to implement WAMY's aims and programs in the light of the resolutions of the General Assembly and the General Council of WAMY.

## Article 18 :

The Secretary General shall be in charge of the preparation of the annual budget and present it to the General Council for study and approval. The Secretary General shall also submit an annual report on WAMY's activities and achievements in implementation of WAMY's aims to the president of WAMY.



P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـارع الأمير عبدالعزيز بن مسـاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقباً     إسلامية الرياض

8

WAMY-SA E001051





## النَّدوة العالمية للشباب الاسلامي
### World Assembly of Muslim Youth

الرقـم

التاريخ

### Article 19 :

The Secretary General of WAMY shall appoint necessary staff to work for the General Secretariat. They shall be recruited according to the Rules of Employment in WAMY. The Secretary General shall organise the works of the General Secretariat, its offices and WAMY branches in and outside (the Kingdom of Saudi Arabia).

### Article 20:

WAMY's finance will consist of:

1. The assistance offered by the Government of Saudi Arabia.
2. Any assistance, gifts, donations, endowments and wills that the General Council of WAMY decides to accept.
3. Returns from investments in projects that are in conformity with WAMY's aims.



P.O Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail : WAMY@KACST.EDU.SA

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـارع الأمير عبـدالعزيز بن مسـاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس ٤٠٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس ٤٦٤١٧١٠ (٠١)
برقياً       إسـلامية الريـاض

WAMY-SA E001052