

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـــم ....................................

التاريخ ....................................

*Authorised English Translation*
of
**The Constitution**
of the
*World Assembly of Muslim Youth* (WAMY)
A Not-For-Profit, Non-Political Charity

(Incorporating amendments made during the Seventh General Assembly in January 1993)

## Preamble

In accordance with the recommendations of the first conference of WAMY (International Youth Conference on ISLAMIC DAWAH) held in Riyadh on 15.11.1392 H and implementing a resolution of the second conference in Riyadh on 23.11.1393, a permanent assembly for Da'wah activities among the youth has been established under the name of 'World Assembly of Muslim Youth' (WAMY). The word 'WAMY' used in this document means this organization. WAMY will henceforward be an independent international Islamic forum for bringing together the efforts of the Muslim youth and student organizations aimed at cooperating and coordinating in thought, planning and implementation of various activities. This preamble shall constitute a part of this constitution.

## Article I :  Objectives of WAMY
A. GENERAL

1.  To cooperate with various national and international youth organizations/societies with a view to creating a better understanding of Islam among various ethnic or religious communities and groups and finding common grounds for promoting world peace and betterment of mankind.

2.  To strive for guaranteeing the basic human rights for all people of the world irrespective of their race, color, belief or ethnic background.

3.  To fight crime, immoral behavior, use of drugs and all sorts of intoxicants, smoking, illicit (extramarital) sex, pornography, use of women as an object of publicity, and all other forms of vices in youth in particular and all people in general.

4.  To oppose terrorism, hostage taking and violence as a means of solving disputes and to encourage peaceful dialogue, mediation and arbitration as the first choice before resorting to the use of force.

EXHIBIT

WAMY EX. 7

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for Southern District of New York

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi - Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines 4655489

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـــارع الأمير عبدالعزيز بن مساعد بن جلوي - السليمانية - المملكة العربية السعودية - هاتف ١٦٦٩ هاتف

WAMY SA E001104



# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

.............................................. الرقـــم

.............................................. التاريخ

5.   To support programs and schemes aimed at making the earth environmentally and ecologically cleaner both for human and natural life and discourage the production and use of toxic gases, chemicals and other material injurious to human, animal and plant life.

6.   To cooperate with UN and similar organizations working for peace, prosperity, and betterment of mankind, and to oppose apartheid, tyranny, discrimination, injustice and hegemony of bigger nations (aimed at subjugating smaller, weaker and poorer nations).

## B. SPECIFIC TO MUSLIM YOUTH

I.   To serve Islamic thought through elucidation of faith based on pure Tawheed free from idolatry, materialism and atheism.

2.   To strengthen the sense of Islamic dignity among the Muslim youth and arm them with the proofs and conviction to instill full confidence in the supremacy of Islamic system over all other systems in confronting other systems and help them implement Islamic values in all their activities.

3.   To deepen the sense of Islamic and ideological unity among Muslim youth on the sound bases of the Holy Quran and the Sunnah of the Prophet (pbuh).

4.   To work towards proposing and providing all possible and practical means for the implementation of the resolutions adopted by WAMY and its General Secretariat.

5.   To work for introducing Islam to the world on a large scale employing all suitable and modern means like holding conferences and seminars, organizing camps, preparing papers, publishing literature and using all means of publicity and information for the Dawah work with a view to correcting the picture of Islam drawn by the enemies of Islam and ignorant people.

6.   To represent Muslim youth and students, give expression to their feelings and understand the problems they face in order to solve them in the light of the Islamic Shariah.

7.   To support Islamic organizations, specially those of youth and students, in all parts of the world and help them implement their programs wherever possible.

8.   To participate in the efforts being made by Muslim youth and students as individuals or organizations for coordination in the Islamic work among the youth.

2

Confidential - This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for Southern District of New York

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقــم ................................................

التاريخ ................................................

9.    To highlight the positive role of youth and students in building the society and establishing social, economic and technical institutions for the Ummah by eradicating the causes of backwardness, disunity, and stagnation in the contemporary Muslim communities.

10.    To guide Muslim youth to set up professional institutions and organizations and to play a positive role in the existing institutions.

## MEANS OF ACHIEVING THE OBJECTIVES:

WAMY will adopt all suitable and appropriate means to achieve its objectives. In particular, it will:

1.    Publish suitable literature in the form of flyers, handbills, pamphlets, books, newsletters, magazines and journals in different languages.

2.    Make use of various print and electronic media, like newspapers, magazines, TV, video, audio cassettes, BBS, Electronic mail, on-line information service etc..

3.    Hold local, national, regional and international youth camps, conferences, symposia, etc..

4.    Organize caravans aimed at education, dawah, primary health awareness, agricultural advises, etc..

5.    Participate in and hold exhibitions and fairs to promote its objectives.

6.    Devise educational assistance programs for the needy students.

7.    Cooperate and coordinate with other organizations/agencies working for similar objectives whenever and wherever possible and appropriate.

8.    Arrange Exchange Visits Programs among the youth.

9.    Engage in investment ventures to support its programs but not for the personal benefit of its trustees.

## Article II:  Membership

3

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mossaid Bin Jelewi St. ... ص.ب ٤٥٨٠١ الرياض ١١٤٤٣ – شــــارع الأمير عبدالعزيز ١١
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines ... السليمانية – المملكة العربية السعودية – هاتف ١٦٦٩ ٤٦٤ (٤)
Tlx : 400413 / 405220 ISLAMI S I    Fax : (01) 4641 ...

This document is subject to a Protective Order regarding confidential information in 03-MDL-1570(GBD), United States District Court for Southern District of New York

WAMY SA E001106



**World Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

............................ الرقـــم

............................ التاريخ

1.   Member Islamic organizations, foundations and personalities shall be required to abide by the Islamic Shariah in its belief, conduct and morals; they will also be expected to propagate, spread  and defend it and  to cooperate in  achievinge WAMY's objectives in accordance with its constitution.

2.   There shall be three types of membership:
   a) Active; b) Associate & c) Advisory.

   a) *Active Members:* This category of membership shall be for those Islamic organizations and associations which basically concentrate on activities among Muslim students and youth.

   b) *Associate Members*: Under this category shall come such Islamic organizations that have not been established basically for youth and student activities.

   c) *Advisory Members:* This catetgory of membership shall be for distinguished Muslim personalities in the fields of Dawah, Islamic Thought and Science with commitment, concern and sense of sacrifice for the cause of Islam.

3.   Conditions of eligibility shall be determined by executive statutes.

## Article III:   The International Conference:

A)   WAMY shall hold an intellectual international conference every three years to discuss issues confronting the Muslim Ummah.

B)   Active, Associate and Advisory members of WAMY as well as those selected by the members of the General Secretariat will be invited to attend the conference.

C)   The General Secretariat of WAMY shall work as the Conference secretariat.

D)   The General Secretariat shall decide the theme, date and venue of the conference.

## Article IV:   The Organizational Structure

1.   *The General Assembly:*

   A) The General Assembly shall consist of the representatives of active members of WAMY.

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Musaid Bin Jelewi St
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines - 9465543
Tlx : 400413 / 405230 ISLAMI S.J.

This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY SA E001107
ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – شــارع الأمير عبدالعزيز بن مساعد بن جلوي ٤٦٤١٦٦٩ هاتف ١٦٦٩
السليمانية – المملكة العربية السعودية – هاتف

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـــم ............................................

التاريخ ............................................

B) The General Assembly shall meet periodically once every three years. The Secretary General shall be authorized, on approval from the General Secretariat, to convene an extraordinary meeting when the need arises.

C) The Secretary General or his authorized representative shall preside over the meetings of the Assembly.

D) The General Secretariat of WAMY shall function as the Secretariat of the General Assembly during its meeting.

E) The General Assembly shall look into the following matters:

1 - Approval and amendment of the constitution of WAMY;
2 - Approval of the programs, proposals and resolutions necessary for WAMY activities;
3 - Discussion on the reports presented by the WAMY Secretariat for the previous Term and their approval;
4 - Election of the President of WAMY from the names proposed by the General Secretariat;
5 - Election of the Regional Representatives for the membership of the General Secretariat for the new Term.

F) The resolutions shall be passed by simple majority.

2. *The President of WAMY*

A) The General Assembly shall elect the President of WAMY for one Term renewable for a similar period, from the names proposed by the General Secretariat.

B) Duties of the President

1 - Supervising local as well as international activities of WAMY.
2 - Representing WAMY at official ceremonies.
3 - Working to solicit material and moral support for WAMY.

C) The President will have the right to delegate some of his powers to any of his assistants or members of General Secretariat as and when needed in the interest of the work.

This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for Southern District of New York

WAMY SA E001108

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – شــــارع الامير عبدالعزيز بن مساعد بن جلوي
السليمانية – المملكة العربية السعودية – هاتف ١٦٦٩ ٤٦٤١



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـــم ................................................

التاريخ ................................................

3.  *Assistants to the President*

A) The President shall select, from among the nominees of the General Secretariat, some renowned Islamic personality(ies) as Vice President(s) with a view to realizing WAMY's objectives and strengthening its public relations.

B) The Vice President(s) shall represent the President as well as WAMY before governmental bodies within the scope of the responsibilities delegated to him/them.

C) The Vice President(s) shall help the President in his work and the President has the right to ask them to assist WAMY in fulfilling some specific responsibilities to achieve its objectives.

4.  *The General Secretariat*

A) WAMY shall have a General Secretariat that will supervise and plan the implementation of the resolutions and recommendations of the General Assembly according to the provisions of the WAMY's constitution and executive by-laws and as required in the general interest of the Organisation.

B) The General Secretariat shall consist of at least twenty one members.

C) The General Secretariat shall propose name(s) for the office of the President of WAMY.

D) The General Secretariat shall formulate and adopt the executive by-laws.

E) The General Secretariat shall adopt plans of WAMY's activities and projects.

F) The General Secretariat shall set up the different committees that have relations with WAMY's activities.

G) The General Secretariat shall formulate general policy defining WAMY's relations with other organizations and foundations.

H) The General Secretariat shall decide the names of heads and members of the delegations participating in the International Conference of WAMY.

I) The General Secretariat shall approve the final budget of WAMY and verify its

6

CONFIDENTIAL. This document is subject to a Protective Order regarding confidential information entered in 03 MDL 1570 (GBD), United States District Court for Southern District of New York.

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jalewi St. Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines - 4655543 Tlx : 400413 / 405220 ISLAMI S.J. - Fax : (01) 4641

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شــارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ ٤٦٥٥٥٤٣

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

.......................................... الرقـــم

.......................................... التاريخ

final accounts.

J) The General Secretariat shall constituted according to the following formula:

A - Twelve members proposed by the students and youth (member) organisations of WAMY, each representing one of the follwing twelve regions:
i)      The Arab world
ii)     Central Asia
iii)    South and East Asia
iv)     Indo-Pak subcontinent
v)      Austaralia and Pacific
vi)     East Africa
vii)    Central and South Africa
viii)   West Africa
ix)     Eastern Europe
x)      Western Europe
xi)     North America, and
xii)    South America

2 - Nine members from the country of WAMY's headquarters will be nominated by the General Secretariat from among the persons known for their honesty, sincerity and active interest in da'wah, who are expected to help in fulfillment of WAMY's aims and objectives and carrying out responsibilities at the headquarters.

3 - Two members elected by the General Secretariat from among the nonominees of the Secrertary Genreal, who could help him in carrying out his duties at the HQ.

K.) If the post of any of WAMY Secretariat members falls vacant due to any reason, the assembly of the General Secretariat will nominate his replacement;

L) The General-Secretariat may delegate some of its powers to the Secretary General or to some of its members;

M) The General Secretariat shall call a meeting of the General Assembly if it deems necessary, provided 50% of the Secretariat members approve it.

5.   *The Secretary General and Assistant Secretaries General*

7

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jalewi St. - ١١٤٤٣ الرياض - ١٠٨٤٥ ص.ب
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines - 4641655 - هاتف - ١٦٦٩ ٤٦٤ السليمانية - المملكة العربية السعودية
Tlx.: 400413 / 405220 ISLAMI S.J. - Fax : (01) 4641

WAMY SA E001110
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for Southern District of New York

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـــم ...........................................

التاريخ ...........................................

A) <u>The Secretary General:</u>

1 - The Secretary General will be elected by the General Secretariat from among its members.

2 - He will represent WAMY before governmental bodies and act as the legal person. He will be responsible for the day to day running of the Secretariat and administration of WAMY's affairs.

3 - He will exercise his powers in accordance with the constitution and by-laws of WAMY.

B) <u>The Assistant-Secretaries:</u>

1 - The Secretary General will propose the names of Assistant Secretaries for their approval by the General Secretariat.

2 - The Assistant Secretaries will help the Secretary General in fulfilling his responsibilities to achieve WAMY's objectives in the field of general, financial and administrative affairs, and in matters related to the member organizations and the regions and the activities of camps, and all other affairs concerned with WAMY's works and responsibilities or whatever responsibilities are delegated to them by the Secretary General.

6. *The Executive Office*

A) The General Secretariat shall implement and follow-up its recommendations and decisions as well as those of the General Assembly through its Executive Office, and the WAMY's branch offices in the country and outside.

B) The functions of the WAMY offices and branches shall be organized by the directives of the Secretary General.

7. *The Advisory Boards*

A) WAMY regional and branch offices inside the country as well outside will appoint advisory boards consisting of a number of Islamic and youth personalities cooperating with WAMY.

B) The General Secretariat will elect a Higher Advisory Board from among the members of advisory boards of the regional and branch offices to help achieve WAMY's objectives.

C) The by-laws will decide the functions and powers of the Advisory Boards.

8

This document is subject to a Protective Order regarding confidential information in 03-MDL-1570(GBD), United States District Court for Southern District of New York

WAMY SA E001111

# World Assembly of Muslim Youth

الندوة العالمية للشباب الاسلامي

............................................... الرقــم
............................................... التاريخ

## Article V:  Finance

1.  WAMY's finance will consist of:
     A) the assistance offered to it by the government of Saudi Arabia
        B) any aid, donation or endowment that the General Secretariat of WAMY decides to accept.
     C) Returns from investments.

2.  The Secretary General shall take up preparation of the yearly budget and statements of yearly expenditures in light of the recommendations and decisions of General Secretariat, and shall submit it to the President for approval.

## Article VI:  Relations with Other Organizations

WAMY shall cooperate with all sincere Islamic organizations and personalities who agree with WAMY's objectives with a spirit of mutual understanding and cooperation to achieve WAMY's objectives for the cause of Islamic Da'wah.

## Article VII:  Amendments to the Constitution

Proposals for amendments to WAMY's constitution shall be submitted to the General Secretariat and such proposals shall be circulated among the members of the General Assembly for their information and study at least three months prior to the meeting of the General Assembly in which the amendments are to be discussed and put for the vote.

------------**********------------

Verified :



( Dr Maneh Hammad al Johani )
Secretary General,
World Assembly of Muslim Youth

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jalewi St's documents subject to a Protective Order
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines - 4655643 Confidential information in 03-MDL-1570(GBD)
Tlx.: 400413 / 405220 ISLAMI S.J - Fax : (01) 4641 United States District Court for Southern District of New York

WAMY SA E001112