In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

No. _____

Date _____

-1-

## Minutes of the Second General Secretariat Board Meeting Held
## During Its Eighth Session

Thanks be to Allah the Lord of all creation, and peace and blessings be upon His servant and prophet, Muhammad, his family, his companions and those who follow in his path until the Day of Judgment.

During its eighth session, the Board of the General Secretariat of the World Assembly of Muslim Youth held its second meeting from 10:00 am on Wednesday, 11/16/1414 A.H. (corresponding to 04/27/1994 A.D.) to 02:45 pm on Friday, 11/18/1414 A.H. (corresponding to 04/29/1994 A.D.) in Riyadh. The meeting was attended by the following:

| | |
|---|---|
| 1- Dr. Mane' Bin Hammad Al-Jahni | Secretary General |
| 2- Dr. Ibrahim Bin Hamad Al-Qa'eed | Assistant Secretary General / Riyadh |
| 3- Dr. Oweish Harbi Al-Ghamedi | Assistant Secretary General / Jeddah |
| 4- Dr. Mohammed Bin Majed Al-Farraj | Board Member |
| 5- Dr. Khalid Bin Ibrahim Al-Awwad | Board Member |
| 6- Dr. Mohammed Anwar Taher | Representative of East Asia |
| 7- Dr. Sayyid Abdullah Taher | Representative of the Indo-Pakistani Subcontinent |
| 8- Dr. Saleh Bin Suleiman Al-Wahibi | Board Member |
| 9- Mr. Khalid Bin Abdul Rahman Al-Ajimi | Board Member |
| 10- Dr. Mohammed Salem Badmana | Representative of East Africa |
| 11- Sidi Ghali Lou | Representative of West Africa |
| 12- Dr. Ibrahim Milazi | Representative of Middle & South of Africa |
| 13- Dr. Mohammed Balkharshoush | Representative of Western Europe |
| 14- Mohammed Abdul Rahman Siyarla | Representative of South America |

[signature]

CONFIDENTIAL



WAMYSA051643

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH



EXHIBIT
WAMY EX. 8

In the Name of Allah, the Beneficent, the Merciful

[logo]

"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**          **World Assembly of Muslim Youth**

No. _____

Date _____

-2-

The following Members were unable to attend:

| | |
|---|---|
| 1- Abdullah Bin Ladin | Representative of North America |
| 2- Hassan Al-Dokki | Representative of the Arab World |
| 3- Sheikh Abdul Rahim Rasheed | Representative of Australia, New Zealand and the Pacific Islands |
| 4- Dr. Mohammed Abdullah Al-Qari | Board Member |
| 5- Dr. Suleiman Basahel | Board Member |

The following esteemed individuals were invited to the World Assembly's offices for the meeting:

| | |
|---|---|
| 1- Dr. Abdullah Abu Youssef Al-Jahni | General Supervisor of the World Assembly's Office in Medina |
| 2- Dr. Abdul Rahman Al-Dhahyan | General Supervisor of the World Assembly's Office in the Southern Province (Abha) |
| 3- Dr. Mohammed Bin Ibrahim Al-Jarallah | General Supervisor of the World Assembly's Office in the Eastern Province |

Dr. Abdul Nasser Batouq, the Assistant General Supervisor of the World Assembly's office in Abha, also attended the meeting.

His Excellency the Secretary General, Dr. Mane' Al-Jahni, welcomed the attendees, and wished them a pleasant stay and a productive meeting. The Secretary General stated that the meeting is important for reasons that include the following:

1- It comes at a time when the Muslim Ummah in general and Muslim youth in particular are facing special circumstances.
2- It is the first expanded meeting since the meeting held in Kuala Lumpur last year.
3- During its meeting in Kuala Lumpur, the World Assembly's general assembly decided to expand the World Assembly's offices and activities, which means that planning, resources and implementation must also be expanded.

The Secretary General stated that, despite the enormity of the work, there are significant financial resources. He added that – after Almighty Allah – the World Assembly relies on the support of the following: The government of the Custodian of the Two Holy Mosques, King Fahd Bin Abdulaziz, His Highness Crown Prince Abdullah Bin Abdulaziz, Second Deputy His Highness Prince Sultan Bin Abdulaziz, His Highness the Prince of the Riyadh Province, Prince Salman Bin Abdulaziz, and His Excellency the Minister of Islamic Affairs, Dr. Abdullah Al-Torki. The Secretary General wished everyone success and support.

[signature]

CONFIDENTIAL                                                        WAMYSA051644

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]

"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**                    **World Assembly of Muslim Youth**

No. _____

Date _____

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel:  4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]

**World Assembly of Muslim Youth**

"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

No. _____
Date _____

-3-

The Board Members then began discussing the following matters:

First: Minutes of the first meeting:
The Members reviewed the minutes of the first meeting held on 08/08/1413 A.H. corresponding to 01/30/1993 A.D. at the headquarters of the World Assembly's Seventh World Conference in Kuala Lumpur – Malaysia. The Members approved the minutes.

Second: Appointment of new members to the Board:
During their general meeting held on the afternoon of Friday, Sha'ban seventh, 1413 A.H. (corresponding to 01/29/1993 A.D.), the general assembly members were unable to elect representatives for the following regions: (1) Middle and South of Africa, (2) Western Europe, and (3) Eastern Europe because there was not enough information about the candidates or because the regions had been created after the (aforementioned) amendment. Accordingly, they decided to wait. They also decided to authorize the General Secretariat Board to select competent representatives for these regions in consultation with the Islamic associations and organizations there.
The Secretary General submitted a list of nominees, and the Board Members approved the following:
1- Appointment of Mr. Ibrahim Milazi to be the representative for Middle and South of Africa.
2- Appointment of Dr. Mohammed Balkharshoush to be the World Assembly's representative in Western Europe.
3- Appointment of Engineer Ali Al-Amoudi to be the World Assembly's representative in Central Asia (to succeed Mr. Bahauddine Daghestani).
4- Appointment of Dr. Hameed Al-Shaiji to be the Assistant Secretary General at the World Assembly's office in Riyadh to succeed Dr. Khalid Al-Awwad (as per Article (Four), paragraph (10-b), of the World Assembly's bylaws).
5- Authorization of the Secretary General to select the World Assembly's representative in Eastern Europe, provided that the World Assembly's activities continue there through the Europe Committee at the Chairman's office.
6- Authorization of the Secretary General to visit the United Arab Emirates in order to activate the World Assembly's Arab World Office, which is located there, and resolve the difficulties it is experiencing.

[signature]

CONFIDENTIAL

WAMYSA051645

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**          **World Assembly of Muslim Youth**

No. _____
Date _____

-4-

### Second [sic: Third]: The World Assembly's Chairman:

The Secretary General indicated that, during its previous meeting, the World Assembly's general assembly elected His Excellency Dr. Khalid Al-Anqari, the Minister of Higher Education, as Chairman of the current session of the World Assembly because the World Assembly was affiliated, at that time, with the Ministry of Higher Education. When the Ministry of Islamic Affairs, Endowments, Da'wa and Guidance was created in the Kingdom, and given that Islamic and proselytization work is more closely related to that ministry's work, a royal directive was issued transferring the World Assembly's affiliation thereto. Accordingly, the Secretary General proposed that His Excellency Dr. Abdullah Al-Torki, the Minister of Islamic Affairs, be the World Assembly's Chairman for reasons that include the following:

1- The World Assembly's affiliation with the Ministry of Islamic Affairs after its creation.

2- His Excellency Dr. Abdullah Al-Torki's experience in Islamic work, which will help the work of the World Assembly and the Islamic organizations operating in the Kingdom, with Allah's help.

As stipulated in the World Assembly's bylaws, the General Secretariat's general assembly members nominate the World Assembly's Chairman. The general assembly members authorized the Secretariat's Board Members to complete the matters not decided at the assembly. Indeed, the Board Members agreed to select His Excellency Dr. Abdullah Torki as the World Assembly's Chairman during this current session. This is provided that notice of this decision is provided to the members of the World Assembly's assemblies, and that, if no objection is received within one month of the date this decision is sent to them, it goes into effect as approved.

### Third [sic: Fourth]: Report about the meetings held by the Secretariat Board Members in the country of residence:

The Secretary General submitted a report about the consultative meetings that the Secretariat Board Members held in the country of residence or in Riyadh alone. He indicated that they were consultative meetings, and that the most important of these meetings was the meeting held in the evening of Tuesday, 07/22/1414 A.H. (corresponding to 01/04/1994 A.D.), to discuss the developments in the World Assembly's affiliation following creation of the Ministry of Islamic Affairs in the Kingdom.

His Excellency the Secretary General indicated that some of the consultative meetings held by the members in the country of residence may include decisions that are within the scope of the General Secretariat's authorities. In that instance, he proposes that the meeting minutes be circulated among the other members for approval.

[signature]

CONFIDENTIAL                                                  WAMYSA051646

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**          **World Assembly of Muslim Youth**

No. _____
Date _____

-5-

The Board approved His Excellency the Secretary General's proposal subject to the following terms and conditions:

1- That this occurs within the narrowest of limits and in cases of necessity only.

2- That the decision has been approved by the members of the country of residence.

3- That consultation occurs with the members from outside the country of residence via telephone as much as possible.

4- That the approval is unanimous among the Secretariat's Board Members.

Fourth [sic: Fifth]: The system for the World Assembly's regional and branch offices, and the functions of their personnel:

The Board discussed the two memoranda submitted by the General Secretariat Office regarding the "system for the World Assembly's regional/branch offices" and the "functions and responsibilities of the World Assembly's representatives abroad – main and branch offices." The Board decided the following:

1- The matter will be referred to a committee consisting of the following:

(1) Dr. Ibrahim Al-Qa'eed          (Rapporteur)
(2) Dr. Khalid Al-Awwad            (Member)
(3) Mr. Khalid Al-Ajimi            (Member)
(4) Dr. Saleh Al-Wahibi            (Member)

The Committee will then do the following:

a- Merge the content of both memoranda and eliminate repetitive text.

b- Rearrange the elements in each section, and affix secondary titles that describe similar elements (such as administrative, financial, social, etc.).

c- Highlight the important points, such as focus on benefiting from the proselytizers' experience through a consultant board, develops plans to obtain local support for each office, and ensure that periodic reports are sent.

2- The Board Members and the office supervisors will have to send their remarks and opinions about the two memoranda to the Secretary General within three months of this date.

3- This memorandum will be submitted to the Board at its next meeting, Allah willing.

[signature]

CONFIDENTIAL                                        WAMYSA051647

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin        P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi
Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel:  4655431 /        St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 /
4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH        4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH
RIYADH
Telex: 400413 – [cut off]

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**                          **World Assembly of Muslim Youth**

No. _____
Date _____

-6-

6

Fifth [sic: Sixth]: Financial compensation for executives at the offices:

The Board discussed the payments that the World Assembly makes as compensation for some of the representatives and office supervisors. The Secretary General stated that the World Assembly was and continues to be a volunteer organization, and that salaries therein are limited to full-time employees who work at the World Assembly's offices.

The Board decided to forward the issue of compensation of part-time employees at the World Assembly, including representatives and supervisors, to the Committee mentioned in the (Fourth) item above so standards can be developed to guide the Secretary General.

7

Sixth [sic: Seventh]: The offices' reports:
a- The report [about] the World Assembly's Main Office (Riyadh):

The Board reviewed the report submitted by the Secretary General about the activities of the World Assembly's Main Office (Riyadh). This included: the report by the General Secretariat, then the report about the General Secretariat's Executive Management, and then the report about the World Assembly's supporting committees.

After reviewing the report, the Members thanked the brethren for their efforts in improving the work at the World Assembly and for their efforts in preparing the report. The Members then made a number of decisions:

1- They tasked the Branches Committee (under the chairmanship of Board Member Dr. Mohammed Al-Farraj) with reviewing the World Assembly's proposed organizational structure all the while benefiting from the experiences of the specialists.

2- They approved turning West Africa into two sections: French-Speaking West Africa (represented by Board Member Sheikh Sidi Ghali Lou, with an office headquartered in Dakar – Senegal), and English-Speaking West Africa (to be overseen by the World Assembly's office in Lagos – Nigeria).

3- The Board authorized the Secretary General to select a supervisor for the World Assembly's office in Lagos.

b- The report [about] the World Assembly's office in Jeddah:

The Assistant Secretary General / Dr. Oweish Harbi presented the report he had prepared about the activities of the World Assembly's office in Jeddah during the past year. It included: an introduction about the work assigned to the office, a brief overview of the educational and proselytization programs, the branch offices affiliated with the [Jeddah] office, last year's action plan, a list about what has been accomplished, the financial report, and a report about the information center's activities.

The Members thanked Dr. Oweish for his efforts in planning and implementing the activities with his brethren at the Jeddah

[signature]

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Rivadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin     P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi
Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 /     St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 /
4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH     4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH
RIYADH
Telex: 400413 – [cut off]

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**                                    **World Assembly of Muslim Youth**

No. _____

Date _____

CONFIDENTIAL                                                            WAMYSA051648

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**                    **World Assembly of Muslim Youth**

No. _____
Date _____

-7-

office. The Board decided to reconsider the distribution in African countries based upon the distribution of the World Assembly's three representative offices in Africa as follows:

→ 1- The World Assembly's office in East Africa (Kenya): To handle the following countries: Sudan, Chad, Eritrea, Central Africa, Ethiopia, Ogaden, Somalia, Kenya, Rwanda, Burundi, Tanzania, and Uganda.

2- The Middle and South of Africa Office (Malawi): To handle the following countries: Madagascar, Mozambique, Angola, Malawi, Zambia, Zimbabwe, South Africa, Lesotho, Swaziland, Batswana, and Namibia.

3- The West Africa Office: To handle the following countries: Senegal, Mauritania, The Gambia, Guinea Conakry, Guinea Bissau, Liberia, Sierra Leone, Cape Verde Islands, Nigeria, Burkina Faso, Ghana, Togo, Benin, Cameroun, Equatorial Guinea, Congo, Niger, and Cote d'Ivoire. This is provided that Dr. Oweish – in cooperation with Sheikh Sidi Ghali Lou – distributes the countries into two groups based upon the previous West Africa division in (Sixth).

c- Report about the World Assembly's office in the Eastern Province:

The General Supervisor of the World Assembly's office in the Eastern Province, Dr. Mohammed Al-Jarallah, presented the report he had prepared about the activities of the World Assembly's office during the period from Sha'ban 1413 A.H. [January 1993 A.D.] to Dhul Qa'dah 1414 A.H. [April 1994 A.D.]. The report indicated some of the accomplishments and activities, a summary of its committees' work, and a report about the permanent exhibition of the World Assembly in Ahsa.

The Members thanked Dr. Jarallah and his colleagues at the office for their efforts even though the office is less than two years old since its inauguration.

The Secretary General commented that the office should do the following:

1- Provide the Main Office with a financial report about the elapsed period.

2- Develop an action plan for the office for the next year, and send it to the Main Office within three months.

[signature]

CONFIDENTIAL                                        WAMYSA051649

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

**World Assembly of Muslim Youth**

No. _____

Date _____

-8-

d- Report [about] the World Assembly's office in Medina :

Dr. Abdullah Abu Seif Al-Jahni, the General Supervisor of the World Assembly's office in Medina, presented the report he had prepared about the office's activities during the period from Sha'ban 1413 A.H. [January 1993 A.D.] to date. The report indicated the activities that the office had executed in the area of proselytization, publication, support, as well as the special activities that the office had engaged in during the blessed month of Ramadan.

The Members thanked Dr. Abdullah Abu Seif and his colleagues at the office for their efforts. His Excellency the Secretary also stated that the office should provide the Main Office with a financial report about the elapsed period.

e- Report [about] the World Assembly's office in the Southern Province (Abha):

Dr. Abdul Rahman Al-Dhahyan, the General Supervisor of the World Assembly's office in the Southern Province, presented a report about the office. Therein, he stated that the office has been open for about two months, and that one fulltime employee works there. Dr. Al-Dhahyan chose Dr. Abdul Nasser Batouq as an assistant supervisor [for the office]. Dr. Dhahyan added that the office is in the process of creating work committees and advocacy committees, and that it had carried out some cultural activities during the past month of Ramadan. He also indicated that he would soon – Allah willing – submit an action plan for the office for next year. The Members wished the office and the brethren who work there success.

f- Report [about] the World Assembly's office in West Africa (Tias – Senegal):

Sheikh Sidi Ghali Lou, the Board Member and representative of the World Assembly in West Africa, presented the report he had prepared about the situation in West Africa, as well as the administrative and capability requirements needed for the work there. The report also set forth the general framework for the work that the office will be performing.

The Board forwarded the matter to the World Assembly's office in Jeddah, and Sheikh Ghali Lou recommended visiting the Jeddah Office and reaching an understanding with the Assistant Secretary General, Dr. Oweish, before leaving Saudi Arabia.

g- Report [about] the World Assembly's office in East Africa (Nairobi – Kenya):

Dr. Mohammed Salem Badmana prepared a brief overview of what he intends to accomplish through the World Assembly's office in East Africa, Allah willing. In brief, the office will be opening a library, sponsoring some lectures, as well as holding a number of sessions, camps and caravans for youth of both sexes in

[signature]

CONFIDENTIAL

WAMYSA051650

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 – Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]

"And who is better in speech than one who invites to Allah and does righteousness and says, "Indeed, I am of the Muslims."
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

**World Assembly of Muslim Youth**

No. _____

Date _____

-9-

the countries within the representative's territory.

The Board advised the office to diversify its activities to include one-day activities, as well as benefit from the Islamic agencies and centers present, rather than suffice itself with annual or sporadic periodic activities.

h- Report [about] the World Assembly's office in Central and Southern Africa (Zimbabwe – Malawi):

Mr. Ibrahim Milazi, the World Assembly's representative to Middle and Southern Africa, presented the report he had prepared about the office's activities from October 1993 A.D. to 01/10/1994 A.D. This included a visit by some prominent Muslims to the region, financial grants to 271 male and female students, short-term sessions and camps, and support to some Muslim youth organizations. The second part included the activities proposed for next year and their expected budgets.

The Board recommended the following:

1- The office should diversify its activities, such as holding one-day activities.

2- It should benefit from the Islamic agencies and centers present, rather than suffice itself with annual or sporadic periodic activities.

3- Each office should provide the Main Office with the most important projects targeting youth along with complete information so the World Assembly's offices in the Kingdom can look for a donor.

i- Report about the World Assembly's office in East Asia (Kuala Lumpur – Malaysia):

Dr. Mohammed Anwar Taher, the World Assembly's representative in East Asia and Board Member, presented the report he had prepared about the office's activities during the period from February 1993 A.D. to April 1994 A.D. The report included a brief summary of the representative's own activities as well as the office's activities, such as the representative's visit to China, Indonesia, Singapore, and Thailand, and what was accomplished in the office's regions.

The Board Members noticed that the East Asia Office's activities have diminished over the past few years. They decided to give the office six months. If its activities do not pick up, the Board will discuss moving it to another region.

[signature]

CONFIDENTIAL                                    WAMYSA051651

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]

**World Assembly of Muslim Youth**

"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

No. _____

Date _____

-10-

j- Report about the World Assembly's office in the Indo-Pakistani Subcontinent (Bangladesh):

Dr. Sayyid Abdullah Taher, the World Assembly's representative to the Indo-Pakistani Subcontinent, presented the report submitted to the Board about the office's activities during the period of 1988-1994 A.D. The report included a presentation of the most important activities that the office carried out or participated in during that period, including the camps, meetings of the branch offices' directors, the representative's trips to some countries, the activities carried out during the month of Ramadan, and the provision of financial assistance to youth organizations. The Board also reviewed the plan that Dr. Sayyid Abdullah proposed and forwarded to the Secretary General for formulation within the scope of the budget that can be provided.

The Members thanked Dr. Sayyid Abdullah Taher and his colleagues at the office for the activities they have carried out, and prayed that Allah grant them success.

The Board made the following decisions:

1- To direct the advocacy committees at the World Assembly's offices to provide assistance to Muslims in afflicted regions, and most importantly Burma, Cambodia, Nepal and Tibet.

2- To authorize the Secretary General to form a committee at the Main Office to review and evaluate the plans of the World Assembly's offices (the Main Office and the branch offices).

k- Report about the World Assembly's office in South America (Argentina):

The World Assembly's representative in South America, Mr. Mohammed Abdul Rahman Siarla, presented a brief report about the office, which does not yet have a location.

The Board recommended the following:

1- The representative should form a consultative committee comprised of proselytizers in the region so he can consult with them about the office's activities, as well as to plan for them and implement them.

2- The office should focus on short-term programs, such as day camps at Islamic centers in order to attract and educate youth.

3- The office's activities should be distributed throughout the continent, rather than just focus on the country in which the office is located.

[signature]

CONFIDENTIAL

WAMYSA051652

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**                    **World Assembly of Muslim Youth**

No. _____

Date _____

-11-

1- Report about the World Assembly's office in Western Europe (Britain):

Dr. Mohammed Balkharshoush, the World Assembly's representative in Western Europe, presented a report about the office's activities over the past period. The activities were divided into three areas: the area of proselytization, the area of administration, and the area of media. The office participated in a number of Islamic activities in the region (Britain, Ireland, Germany, France, Ukraine, and Italy).

The representative presented a preliminary action plan for the office for next year. Dr. Balkharshoush also proposed establishing an Islamic center so as to act as headquarters for the World Assembly and a meeting place for Muslim youth activities in the region. The Board tasked Dr. Balkharshoush with providing a vision for the project.

*8*

Tenth [sic: Eighth]: The budget of the World Assembly and its branch offices:

The Board reviewed the plan to distribute the current budget over the offices, and approved it all the while providing the following recommendations:

1- Each office should work to collect donations for the youth projects and activities it plans.

2- Each office (including the Main Office) should prepare a financial report that covers the period extending from the last meeting in Kuala Lumpur to the date of this meeting for presentation to the Secretariat Board during its next session in preparation for developing the final budget for each office.

*9*

Eleventh [sic: Ninth]: The World Assembly employee regulations:

The branches should provide their remarks or suggestions about the employee regulations so they can be presented in the future to the Secretariat Board for the sake of evaluating and reviewing the regulations.

*10*

Twelfth [sic: Tenth]: The date for the Secretariat Board's third meeting:

Allah willing, the third meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth will be held on Wednesday, Friday 05/08-09/1415 A.H. (corresponding to 10/12-14/1994 A.D.).

[signature]

CONFIDENTIAL                                        WAMYSA051653

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)
P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin      P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi
Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 /    St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 /
4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH          4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH
RIYADH
Telex: 400413 – [cut off]

In the Name of Allah, the Beneficent, the Merciful

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.

**World Assembly of Muslim Youth**

**World Assembly of Muslim Youth**

No. _____

Date _____

-12-

*11*

Thirteenth [sic: Eleventh]: General closing remarks:

The Secretary General and the Assistant Trustees made some general remarks:

1- The branch offices should provide the Main Office with the news, articles and studies for publication in the Al-Mustaqbal Al-Islami magazine, which the office issues.

2- The Main Office and the World Assembly's office in Jeddah should send to the representatives in the regions lists of the names of the World Assembly member associations so they are aware and can provide special services to these organizations. The World Assembly should also update these lists every three years with the representatives' assistance.

3- Emphasis should be placed on the importance of camps and their significant impact on youth, as well as the need to focus on them, even if they are held for short periods of time.

4- The local and foreign offices should be urged to focus on women's activities, on women's committees active in the area of proselytization, and on creating committees for that purpose if they do not currently exist.

5- Thought should be given to developing a strategic plan for the World Assembly during the upcoming years.

The meeting was adjourned at 2:45 pm on Friday... Allah's blessings be upon our Prophet Muhammad, and upon his honorable family and companions, and those who follow his path in good faith... Thanks be to Allah alone.

### Secretariat Board Members who attended the Board's second meeting

| | | | |
|---|---|---|---|
| Dr. Mane' Bin Hammad Al-Jahni | [signature] | Dr. Ibrahim Bin Hamad Al-Qa'eed | [signature] |
| Dr. Oweish Harbi Al-Ghamedi | [signature] | Dr. Mohammed Bin Majed Al-Farraj | [signature] |
| Dr. Khalid Bin Ibrahim Al-Awwad | [signature] | Dr. Mohammed Anwar Taher | |
| Dr. Sayyid Abdullah Taher | [signature] | Dr. Saleh Bin Suleiman Al-Wahibi | [signature] |
| Mr. Khalid Bin Abdul Rahman Al-Ajimi | [signature] | Dr. Mohammed Salem Badmana | [signature] |
| Mr. Sidi Ghali Lou | | Dr. Ibrahim Milazi | |
| Dr. Mohammed Balkharshoush | [signature] | Dr. Mohammed Abdul Rahman Siyarla | |

CONFIDENTIAL

WAMYSA051654

Minutes of the Second Meeting of the Board of the General Secretariat of the World Assembly of Muslim Youth – Riyadh – 11/16-18/1414 A.H. (corresponding to 4/27-29/1994 A.D.)

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. – Sulaimaniya – Kingdom of Saudi Arabia – Tel: 4655431 / 4624615 / 4628975/ 4641669/ 4641663 - Cable: ISLAMIYAH RIYADH
Telex: 400413 – [cut off]

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. - Sulaimaniya – Saudi Arabia – Tel: (01) 4655431 / 4624615 / 4628975/ 4641669/4641663 – Cable: ISLAMIYAH RIYADH



**World Assembly of Muslim Youth**  الندوة العالمية للشباب الاسلامي

الرقـم ..........................
التاريخ ..........................

– ١ –

<div dir="rtl">

## محضر الاجتماع الثاني لمجلس الأمانة العامة
## في دورته الثامنة

الحمد لله رب العالمين ، والصلاة والسلام على عبده ونبيه محمد وعلى آله وصحبه ومن سار على هديه إلى يوم الدين .

عقد مجلس الأمانة العامة للندوة العالمية للشباب الإسلامي في دورته الثامنة اجتماعه الثاني بدءا من الساعة العاشرة من صباح يوم الإربعاء ١٤١٤/١١/١٦هـ ( الموافق ١٩٩٤/٤/٢٧م ) حتى الساعة ٢.٤٥ من بعد صلاة الجمعة ١٤١٤/١١/١٨هـ ( الموافق ١٩٩٤/٤/٢٩م ) في الرياض . وقد حضر الاجتماع كل من الأخوة :-

١- د. مانع بن حماد الجهني ... الأمين العام
٢- د. إبراهيم بن حمد القعيد ... الأمين العام المساعد /الرياض
٣- د. عويش حربي الغامدي ... الأمين العام المساعد /جدة
٤- د. محمد بن ماجد الفراج ... عضو المجلس
٥- د. خالد بن إبراهيم العواد ... عضو المجلس
٦- د. محمد أنور طاهر ... ممثل شرق آسيا
٧- د. سيد عبدالله طاهر ... ممثل شبه القارة الهندية الباكستانية
٨- د. صالح بن سليمان الوهيبي ... عضو المجلس
٩- أ. خالد بن عبدالرحمن العجيمي ... عضو المجلس
١٠- د. محمد سالم بادمانا ... ممثل شرق أفريقيا
١١- سيدي غالي لو ... ممثل غرب أفريقيا
١٢- د. إبراهيم ميلازي ... ممثل وسط وجنوب أفريقيا
١٣- د. محمد بلخرشوش ... ممثل غرب أوربا
١٤- محمد عبدالرحمن سيَّارْلا ... ممثل أمريكا الجنوبية

</div>



<div dir="rtl">
محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦-١٨/ ١١/ ١٤١٤هـ ( الموافق ٢٧-٢٩/٤/١٩٩٤م )

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية - المملكة العربية السعودية - هاتف: ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
</div>
P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.; (01) 4655431 / 4624615 / 4628975
4641669 / 4641663   Cable: ISI AMIYAH RIYADH

CONFIDENTIAL   WAMYSA051643

Case 1:03-md-01570-GBD-SN    Document 11997-8    Filed 04/16/26    Page 16 of 27



الرقـم ................................

التاريخ ................................

— ٢ —

ولم يتمكن من حضور الاجتماع الأخوة الأعضاء :

١- عبدالله بن لادن     ممثل أمريكا الشمالية

٢- حسن الدقي          ممثل العالم العربي

٣- الشيخ عبدالرحيم رشيد     ممثل أستراليا ونيوزيلاندة وجزر الباسيفيك

٤- د. محمد عبدالله القري     عضو المجلس

٥- د. سليمان باسهل          عضو المجلس

ودعي إلى الاجتماع الأخوة المشرفون على مكاتب الندوة في الداخل :

١- د. عبدالله أبو سيف الجهني     المشرف العام على مكتب الندوة في المدينة المنورة

٢- د. عبدالرحمن الضحيان     المشرف العام على مكتب الندوة في المنطقة الجنوبية ( أبها )

٣- د. محمد بن إبراهيم الجار الله     المشرف العام على مكتب الندوة في المنطقة الشرقية

وحضر الاجتماع أيضا الدكتور عبدالناصر باطوق مساعد المشرف العام على مكتب الندوة في أبها .

وقد رحب سعادة الأمين العام د. مانع الجهني بالإخوة الحاضرين ورجا لهم إقامة طيبة ولقاء مثمرا . وذكر الأمين العام أن هذا اللقاء مهم لأسباب منها :

١- أنه يأتي في ظروف خاصة تمر بها الأمة الإسلامية عامة والشباب خاصة .

٢- أنه اللقاء الموسع الأول بعد اللقاء الذي عقد في كوالالمبور في العام الماضي .

٣- أن الجمعية العمومية للندوة في لقائها في كوالالمبور قد قررت التوسع في مكاتب الندوة ونشاطاتها مما يستدعي التوسع في التخطيط والموارد والتنفيذ .

وذكر الأمين العام أنه على الرغم من ضخامة العمل فإن الآمال كبيرة ، والندوة تعتمد – بعد الله تعالى – على دعم حكومة خادم الحرمين الشريفين الملك فهد بن عبدالعزيز وسمو ولي العهد الأمير عبدالله بن عبدالعزيز وسمو النائب الثاني الأمير سلطان بن عبدالعزيز وسمو أمير منطقة الرياض الأمير سلمان بن عبدالعزيز ، ومعالي وزير الشؤون الإسلامية الدكتور عبدالله التركي ، ودعا الله للجميع بالتسديد والمعونة .

محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦–١٨ /١١/١٤١٤هـ ( الموافق ٢٧–٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975 4641669 / 4641663    ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية – المملكة العربية السعودية – هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥ ٤٦٤١٦٦٩

CONFIDENTIAL    Cable: ISLAMIYAH RIYADH    WAMYSA051644



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقــم ..........................

التاريخ ..........................

- ٣ -

ثم شرع أعضاء المجلس في مناقشة الموضوعات حيث ناقشوا ما يأتي :

أولا : محضر الاجتماع الأول :

قرأ الأعضاء محضر الاجتماع الأول الذي عقد في ١٤١٣/٨/٨هـ الموافق ١٩٩٣/١/٣٠م في مقر المؤتمر العالمي السابع للندوة في كوالمبور – ماليزيا . وقد أقر الأعضاء المحضر .

ثانيا : تعيينات جديدة لأعضاء جدد للمجلس :

لم يتمكن أعضاء الجمعية العمومية في لقائهم العامّ بعد ظهر يوم الجمعة السابع من شهر شعبان من عام ١٤١٣هـ ( الموافق ١٩٩٣/١/٢٩م ) من انتخاب ممثلين للمناطق الآتية : (١) وسط وجنوبي أفريقيا ، و (٢) غرب أوروبا ، و(٣) شرق أوروبا ، لعدم وجود معلومات كاملة عن المرشحين أو لاستحداث مناطق بعد التعديـل ( المذكور أعلاه ) . لذا قرروا التريث ، وفوضوا مجلس الأمانة العامة اختيار الممثلين الأكفاء لهذه المناطق بالتشاور مع الجمعيات والمنظمات الإسلامية فيها .

وقد تقدم الأمين العام بمجموعة من الأسماء المرشحة فوافق أعضاء المجلس على مايأتي :-

١- تعيين الأخ إبراهيم ميلازي ممثلا لوسط وجنوب القارة الأفريقية .

٢- تعيين الدكتور محمد بلخرشوش ممثلا للندوة في غرب أوربا .

٣- تعيين المهندس علي العمودي ممثلا للندوة في وسط آسيا ( خلفا للأخ بهاء الدين داغستاني ) .

٤- تعيين الدكتور حميد الشايجي أمينا عاما مساعدا في مكتب الندوة الرياض خلفا للدكتور خالـد العـواد ( وفقا لما نصت عليه المادة ( رابعا ) فقـر ( ١٠ - ب ) من النظام الأساسي للندوة .

٥- تفويض الأمين العام اختيار ممثل الندوة لأوربا الشرقية على أن يستمر نشاط الندوة هناك من خلال لجنة أوربا في المكتب الرئيس .

٦- تفويض الأمين العام زيارة دولة الإمارات العربية المتحدة لتنشيط مكتب الندوة للعالم العربي الذي يوجد هناك وحل ما يواجهه من صعوبات .



محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦-١٨ /١١/١٤١٤هـ ( الموافق ٢٧-٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641669 CONFIDENTIAL – Cable: ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف : ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / اسلامية الرياض WAMYSA051645



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقــم ..........................

التاريخ ..........................

— ٤ —

**ثانيا : رئيس الندوة :**

أوضح الأمين العام أن الجمعية العمومية للندوة في لقائها الماضي قد انتخبت معالي الدكتور خالد العنقري وزير التعليم العالي رئيسا للندوة في دورتها الحالية لارتباط الندوة حينئذ بوزارة التعليم العالي . ولما أنشئت في المملكة وزارة الشؤون الإسلامية والاوقاف والدعوة والارشاد التي هي الصق بالعمل الاسلامي والدعوي صدر التوجيه السامي بنقل ارتباطات الندوة اليها . ولذا اقترح الأمين العام أن يكون معالي الدكتور عبدالله التركي وزير الشؤون الإسلامية رئيسا للندوة لأسباب منها :

١- ارتباط الندوة بوزارة الشؤون الإسلامية بعد إنشائها .

٢- خبرة معالي الدكتور عبدالله التركي في العمل الإسلامي مما سوف يكون عوناً لعمل الندوة والهيئات الإسلامية العاملة في المملكة بعون الله .

وحيث أن ترشيح رئيس الندوة يتم من قبل أعضاء مجلس الأمانة للجمعية العمومية ، كما ينص على ذلك النظام الأساسى للندوة ، وحيث فوضت الجمعية العمومية أعضاء مجلس الأمانة لاستكمال ما لم تبت فيه الجمعية فقد وافق أعضاء المجلس على اختيار معالي الدكتور عبدالله التركي رئيسا للندوة في الدورة الحالية على أن يبلغ هذا القرار إلى الجمعيات الأعضاء في الندوة ، واذا لم يرد أي إعتراض خلال شهر من تاريخ ارسال هذا القرار اليهم فيعتبر ساري المفعول بالموافقة.

**ثالثا : تقرير عن اللقاءات التي عقدها أعضاء مجلس الأمانة في بلد المقر :**

قدم الأمين العام تقريرا عن اللقاءات الاستشارية التي عقدها أعضاء مجلس الأمانة في بلد المقر أو في الرياض وحدها ، وأنها كانت لقاءات استشارية ؛ وأهمها اللقاء الذي خصص لمناقشة ما طرأ على ارتباط الندوة بعد إنشاء وزارة الشؤون الإسلامية في المملكة ، وقد عقد مساء يوم الثلاثاء ١٤١٤/٧/٢٢هـ ( الموافق ١٩٩٤/١/٤م ) .

وقد بين سعادة الأمين العامّ أن بعض الاجتماعات الاستشارية لأعضاء بلد المقر قد تشتمل على قرارات من صلاحيات مجلس الأمانة ، وفي مثل هذه الحالة يقترح تمرير المحضر على الأعضاء الآخرين للموافقة .



محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦-١٨/ ١١/ ١٤١٤هـ ( الموافق ٢٧-٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 Cable ISLAMIYAH RIYADH

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
٤٦٤١٦٦٩/ ٤٦٤١٦٦٣ ... برقياً اسلامية الرياض

CONFIDENTIAL

WAMYSA051646



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الإسلامي

الرقـم ....................................

التاريخ ....................................

– ٥ –

وقد وافق المجلس على اقتراح سعادة الأمين العام وفقا للشروط الآتية :

١– أن يتم ذلك في أضيق الحدود وفي حالات الضرورة فقط .

٢– أن يكون القرار قد وافق عليه أعضاء بلد المقر .

٣– أن يتم التشاور مع الأعضاء من خارج بلد المقر بالهاتف قدر الإمكان .

٤– أن تكون الموافقة الممرّرة بإجماع أعضاء مجلس الأمانة .

<u>رابعا : نظام المكاتب الإقليمية والفرعية للندوة ومهمات أعضائها :</u>

ناقش المجلس المذكرتين المقدمتين من مكتب الأمانة العامة عن « نظام المكاتب الإقليمية / الفرعية للندوة » و « مهام ومسؤوليات ممثلي الندوة في الخارج – المكاتب الرئيسية والفرعية » . وقد قرر المجلس ما يلي :

١– إحالة الموضوع إلى لجنة أعضاؤها هم :

(١) د. إبراهيم القعيد ( مقررا )

(٢) د. خالد العواد ( عضوا )

(٣) أ. خالد العجيمي ( عضوا )

(٤) د. صالح الوهيبي ( عضوا )

على أن تقوم اللجنة بما يأتي :

أ– دمج محتويات المذكرتين مع استبعاد المكرر .

ب–إعادة ترتيب العناصر في كل قسم ووضع عنوانات جانبية تصنَّف فيها العناصر المتشابهة ( كالإدارية ، والمالية ، والاجتماعية ..إلخ )

ج– إبراز النقاط المهمة كالحرص على الاستفادة من خبرات الدعاة من خلال مجلس استشاري ، ووضع خطط للحصول على الدعم المحلي لكل مكتب ، والعناية بإرسال التقارير الدورية .

٢– على أعضاء المجلس والمشرفين على المكاتب إرسال ملاحظاتهم وآرائهم فيما يختص بالمذكرتين إلى الأمين العام ثلاثة أشهر من هذا التاريخ .

٣– تعرض هذه المذكرة على المجلس في لقائه القادم بإذن الله .



محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦–١٨/ ١١/ ١٤١٤هـ. ( الموافق ٢٧–٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ – شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية – المملكة العربية السعودية – هاتف: ٤١٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
١١ : ن . ١

CONFIDENTIAL

WAMYSA051647



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـم ..........................

التاريخ ..........................

- ٦ -

خامسا : المكافآت المالية للتنفيذيين في المكاتب :

ناقش المجلس مـا تدفعـه النـدوة مـن مكافـآت لبعـض الممثلين والمشرفين على المكاتب ، وذكر الأمين العام أن الندوة مؤسسة قامت على العمل التطوعي ، ومـا زالت كذلك إذ إن الـرواتب تقتصر فيها على الموظفين المتفرغين للعمل في مكاتب الندوة .

وقـد قـرر المجلس إحالة مـوضوع مكافأة غيـر المتفرغين للعمل في الندوة من الممثلين والمشرفين إلى اللجنة السابقة في ( رابعا ) لوضع معايير يستنير بها الأمين العام .

سادسـا : تقاريـر المـكاتـب :

أ- تقرير المكتب الرئيس للندوة ( الرياض ) :

استـعرض المجلس التقـرير المـقدم من الأمين العـام عن نشاطات المكتب الرئيس للندوة ( الرياض ) . ويشتمل على : تقرير الأمانة العامة ، فتقرير عن الإدارة التنفيذية في الأمانة العامة ، فتقرير عن لجان المناصرة في الندوة .

وبعد الاطلاع على التقرير شكر الأعضاء للإخوة جهدهم في النهوض بمستوى العـمل في الندوة وجهدهم في إعداد التقرير ، ثم اتخذ الأعضاء عددا من القرارات :

١- تكليف لجنة الفروع ( برئاسـة عضو المجلس د. محمـد الفراج ) بمراجعـة الهيكل التنظيمي المقترح للندوة مع الاستفادة من خبرات أهل الاختصاص .

٢- الموافقة على جعل غرب أفريقيا قسمين : غرب أفريقيا الناطق بالفرنسية ( ويمثله الشيخ سيدي غالي لو عضو المجلس ، ومقر المكتب في دكار – السنغال . ) وغرب أفـريقيا الناطق بالإنجليزية ( ويختص به مكتب الندوة في لاجوس – نيجيريا ) .

٣-يفوض المجلس الأمين العام اختيار مشرف على مكتب الندوة في لاجوس .

ب- تقرير مكتب الندوة في جدة :

استعرض الأمين العام المساعد / د. عويش حربي التقرير الذي أعده عن نشاط مكتب الندوة في جدة خـلال العام المنصرم . وهو يشتمل على : تعريف بالأعمال الموكلـة إلى المكتب ، ونبذة عن البرامج التربوية والدعوية ، والمكاتب الفرعية المرتبطة بالمكتب ، وخطة النشاط للعام الماضي وبيان ما أنجز منها ، والتقرير المالي ، وتقرير عن نشاط مركز المعلومات .

وقد شكر الأعضاء للأخ د. عويش جهده في التخطيط والتنفيذ مع إخوانه في مكتب

محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي -الرياض ١٦-١٨ /١١/ ١٤١٤هـ ( الموافق ٢٧-٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663  Cable: ISLAMIYAH RIYADH

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعـد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤١٥٥٤٣١/ ٤١٥٥٤٣١/ ٤٦٢٨٩٧٥
ـ اف. : .N .L : ٨ اا.

CONFIDENTIAL                    WAMYSA051648



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

الرقُم ..................................

التاريخ ..................................          – ٧ –

جدة . ثم قـرر المجلس إعـادة النـظـر في تـوزيع الـدول الأفـريقـيـة وفـاقـا لـتـوزيع مكـاتب المـمـثلين الثـلاثة للنـدوة في أفـريقـيا على النـحو الآتي :

١– مكتب النـدوة في شـرق أفـريقـيا ( كـيـنـيا ) : تتـبعه الـدول الآتـيـة : الـسـودان وتـشـاد وأرتـيريا وأفـريقـيـا الـوسـطى ، وأثـيـوبـيـا وأوغـادين والـصـومـال وكـيـنـيا ورواندا وبروندي وتنزانيا وأوغندا .

٢– مكتب وسـط وجنوب أفـريقـيا ( مـلاوي ) : تتـبعه الـدول الآتـيـة : مدغـشقر ومـوزمـبيق وأنـجـولا ومـلاوي وزامـبـيا وزمـبابـوي وجنـوب أفـريقـيا ولـوسـوتو وسـويـزيـلاند وبـتـسوانيا ونـامـيـبيا .

٣– مكتب غـرب أفـريقـيا تتبـعه الـدول الآتـيـة : السنـغال ومـوريتـانيا وجـامـبيا وغـيـنـيا كـوناكري وغـيـنـيا بـيـساو ولـيـبـيريا وسـيـراليون وجـزر الـرأس الأخـضـر ، ونيجـيـريا وبـوركـينافـاسـو وغـانا وتـوجو وبـنين والكـامـيرون وغـيـنيا الاسـتوائـية والكونـغو والنيجـر وسـاحل العـاج . على أن يقـوم الـدكتـور عـويـش – بالتـعـاون مـع الشـيخ سيـدي غـالي لـو – بتـوزيـع الـدول إلى مجمـوعتين وفقا لتـقسـيم غرب أفريقـيا السـابـق في ( سـادسا ) .

<u>ج– تقريـر مكتب النـدوة في المنطقة الشـرقيـة :</u>

استـعرض المشـرف الـعـام على مكتب النـدوة في المنطقـة الشـرقـية الـدكتـور محـمد الجـار الله التـقـريـر الذي أعـده عن نشـاط مكتب النـدوة خلال المـدة من شعـبـان ١٤١٣هـ حتى ذي القـعدة ١٤١٤هـ . وقـد اشتـمل التـقـريـر على ذكـر بعـض الإنجـازات والنشـاطـات ، ومـوجز بعـمل اللجـان القـائمة فيـه ، وتقـريـر عن المـعرض الدائم المقام للنـدوة في الأحسـاء .

وقـد شكـر الأعضـاء الدكتـور الجار الله وزمـلاءه في المكتب على جهـودهم على الـرغـم من قصـر عمـر المكتب الذي لم يكمـل السنتين منذ افتتـاحـه .

وقـد علق الأمـين العـام بأن على المكتب أن يفـعل ما يأتي :

١– تزويـد المكتب الرئـيس بتـقرير مالي عن الفتـرة المنصـرمة .

٢– وضع خطـة لنشـاط المكتب للعـام القـادم وإرسـال ذلك للمكتب الرئيس خلال مـدة أقصاها ثلاثة أشهر .



محـضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦–١٨ /١١/١٤١٤هـ ( المـوافـق ٢٧–٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663    ISI AMIYAH RIYADH

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ – شارع الأمير عبدالعزيز بن مساعـد بن جلوي
السـليمانية – المملكـة العربية السعودية – هاتف: ١٤٦٠٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥

CONFIDENTIAL

WAMYSA051649



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

الرقــم ............................

التاريخ ............................

– ٨ –

**د– تقرير مكتب الندوة في المدينة المنورة :**

استعرض الدكتور عبدالله أبو سيف الجهني المشرف العام على مكتب الندوة في المدينة المنورة التقرير الذي أعده عن نشاط المكتب منذ شهر شعبان من عام ١٤١٣هـ حتى الآن . ويتضمن التقرير بيانا بالنشاطات التي نفذها المكتب في مجال الدعوة والنشر والدعم ، وما قام به من نشاط خاص خلال شهر رمضان المبارك .

وقد شكر الأعضاء الدكتور عبدالله أبو سيف وزملاءه في المكتب على جهودهم ، وذكر سعادة الأمين أن على المكتب أن يقوم بتزويد المكتب الرئيس بتقرير مالي عن الفترة المنصرمة .

**هـ– تقرير مكتب الندوة في المنطقة الجنوبية ( أبها ) :**

قدم الدكتور عبدالرحمن الضحيان المشرف العام على مكتب الندوة في المنطقة الجنوبية تقريرا عن المكتب ، وذكر فيه أنه مرّ على وجود المكتب ما يقرب من شهرين ، وأن فيه موظفا واحدا متفرغا للعمل . وقد اختار الدكتور الضحيان الدكتور عبدالناصر باطوق مشرفا مساعدا . وذكر الدكتور الضحيان أن المكتب قد شرع في تأليف لجان العمل ولجان المناصرة ، وأنه نفذ بعض النشاطات الثقافية في شهر رمضان الماضي . وذكر أنه سوف يتقدم عما قريب – بإذن الله – بخطة لنشاط المكتب للعام القادم . وقد رجا الأعضاء للمكتب وللإخوة العاملين فيه كل توفيق وسداد .

**و– تقرير مكتب الندوة في غرب أفريقيا ( تياس – السنغال ) :**

استعرض الشيخ سيدي غالي لو عضو المجلس وممثل الندوة في غرب أفريقيا التقرير الذي أعده عن الوضع في غرب أفريقيا وما يتطلبه العمل هناك من إمكانات ودراية . واشتمل التقرير على الخطوط العامة للعمل الذي سيقوم به المكتب .

وقد أحال المجلس الموضوع إلى مكتب الندوة في جدة ، وأوصى الشيخ غالي لو بزيارة مكتب جدة والتفاهم مع الأمين العام المساعد د. عويش قبل مغادرة السعودية .

**ز– تقرير عن مكتب الندوة في شرق أفريقيا ( نيروبي – كينيا ) :**

أعد الدكتور محمد سالم بادمانا تصورا مختصرا عما ينوي إنجازه من خلال مكتب الندوة في شرق أفريقيا بإذن الله . ويتلخص ذلك في فتح مكتبة للمطالعة ، وتبني بعض المحاضرات ، وإقامة عدد من الدورات والمخيمات والقوافل للشباب من الجنسين في

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663    Cable: ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف : ٤١٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣

CONFIDENTIAL    WAMYSA051650



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـم ........................

التاريخ ........................

‎- ٩ -

الدول التي تقع ضمن نطاق الممثل .

وقد أوصى المجلس المكتب بتنويع النشاط ؛ وذلك كإقامة النشاطات التي تستمر يوما واحدا مع الاستفادة من الهيئات والمراكز الإسلامية الموجودة ، وعدم الاكتفاء بالنشاطات السنوية أو الدورية المتباعدة .

ح- تقرير مكتب الندوة في وسط وجنوب أفريقيا ( زومبا – ملاوي ) :

استعرض الأخ إبراهيم ميلازي ممثل الندوة لوسط وجنوب أفريقيا التقرير الذي أعده عن نشاط المكتب منذ أكتوبر ١٩٩٣م حتى ١٩٩٤/١/١٠م . ويشمل ذلك زيارة بعض الشخصيات الإسلامية للمنطقة ، والمنح المالية المقدمة لـ٢٧١ طالب وطالبة ، وإقامة مخيمات ودورات قصيرة ، ودعم بعض المنظمات الشبابية الإسلامية . ويشتمل الشق الثاني على النشاطات المقترحة للعام القادم وميزانيتها المتوقعة .

وقد أوصى المجلس بما يأتي :

١- على المكتب تنويع النشاط ؛ وذلك كإقامة النشاطات التي تستمر يوما واحدا

٢- الاستفادة من الهيئات والمراكز الإسلامية الموجودة بدلا من النشاطات السنوية أو الدورية المتباعدة .

٣- على كل مكتب أن يمد المكتب الرئيس بأهم المشروعات الموجهة للشباب مع معلومات كاملة لتقوم مكاتب الندوة في المملكة بالبحث عن متبرع لها .

ط- تقرير عن مكتب الندوة في شرق آسيا ( كوالالمبور – ماليزيا ) :

استعرض الدكتور محمد أنور طاهر ممثل الندوة في شرق آسيا وعضو المجلس التقرير الذي أعده عن نشاط المكتب خلال المدة من فبراير ١٩٩٣م حتى أبريل ١٩٩٤م . واشتمل التقرير على موجز لنشاط الممثل نفسه ونشاط المكتب كزيارة الممثل للصين وأندونيسيا وسنغافورة وتايلند ، وما تم إنجازه من عمل في الأقطار التابعة للمكتب .

وقد لاحظ أعضاء المجلس أن مكتب شرق آسيا قد ضعف نشاطه خلال السنوات القليلة الماضية ، وقرروا إمهال المكتب ستة أشهر فإن لم ينشط عمله فسوف يناقش المجلس نقله إلى منطقة أخرى .



محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي -الرياض ١٦-١٨/ ١١/١٤١٤هـ - الموافق ٢٧-٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975 4641669 / 4641669

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥

CONFIDENTIAL ISLAMIYAH RIYADH    WAMYSA051651



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

الرقــم ........................................

التاريخ ........................................    – ١٠ –

ي- تقرير عن مكتب الندوة في شبه القارة الهندية الباكستانية ( بنغلاديش ) :

عرض الدكتور سيد عبدالله طاهر ممثل الندوة لشبه القارة الهندية الباكستانية التقرير المقدم إلى المجلس عن نشاطات المكتب خلال المدة ١٩٨٨-١٩٩٤م . وقد اشتمل التقرير على عرض لأهم النشاطات التي قام بها المكتب أو شارك فيها خلال هذه المدة . ومن ذلك المخيمات والتقاء رؤساء المكاتب الفرعية ، وجولات الممثل في بعض البلدان والنشاط الخاص خلال شهر رمضان ، وتقديم المساعدات المالية لبعض المنظمات الشبابية . واستعرض المجلس أيضا الخطة التي اقترحها الدكتور سيد عبدالله ، وأحالها إلى الأمين العام لصياغتها في نطاق الميزانية التي يمكن توفيرها .

وقد شكر الأعضاء الدكتور سيد عبدالله طاهر وزملاءه في المكتب على النشاط الذي بذلوه ، ويسألون الله لهم التسديد .

واتخذ المجلس القرارات الآتية :

١- توجيه لجان المناصرة في مكاتب الندوة لتقديم مساعدات إلى المسلمين في المناطق المنكوبة في المقام الأول كبورما وكمبوديا ونيبال والتبت .

٢- تخويل الأمين العام تأليف لجنة في المكتب الرئيس لمراجعة خطط مكاتب الندوة وتقويمها ( المكتب الرئيس والمكاتب الفرعية ) .

ك- تقرير عن مكتب الندوة في أمريكا الجنوبية ( الإرجنتين ) :

عرض ممثل الندوة في أمريكا الجنوبية الاخ محمد عبدالرحمن سيأرلا تقريرا موجزا عن المكتب الذي لم يتخذ له مقرا بعدُ .

وقد أوصى المجلس بما يأتي :

١- أن يؤلف الممثل لجنة استشارية من الدعاة في المنطقة للتشاور معهم في نشاط المكتب والتخطيط له وتنفيذه .

٢- الاهتمام بالبرامج القصيرة كإقامة مخيمات ليوم واحد في المراكز الإسلامية لجذب الشباب وتربيتهم .

٣- توزيع نشاط المكتب على كل القارة ، وعدم الاقتصار على البلد الذي يوجد فيه المكتب .



محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي –الرياض ١٦-١٨ /١١/١٤١٤هـ ( الموافق ٢٧-٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥

CONFIDENTIAL    WAMYSA051652



**World Assembly of Muslim Youth**
الندوة العالمية للشباب الاسلامي

الرقــم ....................
التاريخ ....................

‏- ١١ -

**ل- تقرير عن مكتب الندوة في غرب أوربا ( بريطانيا ) :**

قدم الدكتور محمد بلخرشوش ممثل الندوة في غرب أوربا تقريرا عن نشاط المكتب خلال المدة الماضية . وقد توزع النشاط على ثلاثة محاور : المحور الدعوي ، والإداري ، والإعلامي . فقد شارك المكتب في مجموعة من النشاطات الإسلامية في المنطقة ( بريطانيا وإيرلندا وألمانيا وفرنسا وأوكرانيا وإيطاليا ) .

وعرض الممثل خطة مبدئية لنشاط المكتب للعام القادم . وقد اقترح الدكتور بلخرشوش إقامة مركز إسلامي يكون مقرا للندوة وملتقى لنشاطات الشباب المسلم في المنطقة . وكلف المجلس الدكتور بلخرشوش بتقديم تصور عن المشروع .

**عاشرا : ميزانية الندوة ومكاتبها الفرعية :**

اطلع المجلس على خطة توزيع الميزانية الحالية على المكاتب ، وأقر ذلك موصيا بما يأتي :

١- على كل مكتب أن يسعى لجمع تبرعات للمشروعات والنشاطات الشبابية التي يخطط لها .

٢- على كل مكتب ( بما في ذلك المكتب الرئيس ) أن يعد تقريرا ماليا يغطي الفترة الممتدة من اللقاء الماضي في كوالالمبور حتى موعد هذا اللقاء لعرض ذلك على مجلس الأمانة في جلسته القادمة تمهيدا لوضع الميزانية النهائية لكل مكتب .

**أحد عشر : لائحة العاملين في الندوة :**

تبلغ الفروع بإبداء ما لديها من ملاحظات على لائحة العاملين أو اقتراحات لعرض ذلك مستقبلا على مجلس الأمانة لتقويم اللائحة ومراجعتها .

**ثاني عشر : موعد اللقاء الثالث لمجلس الأمانة :**

موعد اللقاء الثالث لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي بإذن الله هو : الإربعاء - الجمعة ٨-٩/٥/١٤١٥هـ ( الموافق ١٢-١٤/١٠/١٩٩٤م ) .



محضر الجلسة الثانية لمجلس الأمانة العامة للندوة العالمية للشباب الإسلامي - الرياض ١٦-١٨ /١١/١٤١٤هـ ( الموافق ٢٧-٢٩/٤/١٩٩٤م )

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف : ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ ـ برقيا : اسلامية الرياض

CONFIDENTIAL

WAMYSA051653



**World Assembly of Muslim Youth**     الندوة العالمية للشباب الاسلامي

الرقـم ..........................

التاريخ ..........................

– ١٢ –

ثالث عشر : ملاحظات ختامية عامة :

أبدى الأمين العام والأمناء المساعدون بعض الملاحظات العامة :

١- أن تزود المكاتبُ الفرعية المكتبَ الرئيس بالأخبار والمقالات والدراسات لنشرها في مجلة المستقبل الإسلامي التي يصدرها المكتب .

٢- أن يرسل المكتب الرئيس ومكتب الندوة في جدة إلى الممثلين في المناطق بيانات بأسماء الجمعيات الأعضاء في الندوة ليكون على بينة وليقدم خدمات متميزة لتلك المنظمات . ولتجدد الندوة هذه القوائم كل ثلاث سنوات مستعينة بالممثلين .

٣- التنبيه على أهمية المخيمات وعظيم أثرها في الشباب ووجوب العناية بها ولو عقدت لفترة قصيرة .

٤- حث المكاتب الداخلية والخارجية على الاهتمام بالنشاط النسائي ، ونشيط اللجان النسائية العاملة في مجال الدعوة ، وتأليف لجان لهذا الغرض إن لم تكن قائمة فعلا .

٥- التفكير في وضع خطة إستراتيجية للندوة خلال السنوات القادمة .

هذا ، وقد انتهى الاجتماع الساعة ٢.٤٥ بعد ظهر يوم الجمعة ... وصلى الله على نبينا محمد وعلى آله وصحابته الكرام ومن تبعهم بإحسان ... والحمد لله أولا وآخرا .

### أعضاء مجلس الأمانة الحاضرون في الاجتماع الثاني للمجلس

د. إبراهيم بن حمد القعيد          د. مانع بن حماد الجهني

د. محمد بن ماجد الفراج          د. عويش حربي الغامدي

د. محمد أنور طاهر          د. خالد بن إبراهيم العواد

د. صالح بن سليمان الوهيبي          د. سيد عبدالله طاهر

د. محمد سالم بادمانا          أ. خالد بن عبدالرحمن العجيمي

د. إبراهيم ميلازي          أ. سيدي غالي لو

د. محمد عبدالرحمن سيّارلا          د. محمد بلخرشوش

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 — Cable: ISLAMIYAH RIYADH
Tlv. 400412 CONFIDENTIAL

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤١٥٥٤٣١/ ٤١٢٤٦١٥/ ٤١٢٨٩٧٥
٤١٤١٦٦٩/ برقيا: اسلامية الرياض

WAMYSA051654


**TRANSPERFECT**

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):

| | | | |
|---|---|---|---|
| a7a76aba-f0bf-42e1-9685-e9bccfb6a5b0 | d9041112-a95c-e211-bb8c-002219c0fbbe | IIRO 284663 | IIRO096423 |
| WAMYSA060846 | WAMYSA082523 | IIRO111255-111268 | IIRO112079 |
| IIRO277332-277333 | IIRO277336 | IIRO278744-278751 | IIRO280522 |
| IIRO283166 | IIRO283369 | IIRO283660 | IIRO283890 |
| IIRO284748 | IIRO285616 | IIRO287198 | IIRO287514 |
| Letter from Foreign Minister to Chief of Royal Court | Letter from MWL Secretary General to Minister of Foreign Affairs | Letter from Saudi Foreign Minister to MWL Secretary General | MWL052287 |
| MWL059236 | MWL059241 | MWL059276 | MWL059353 |
| MWL059354 | WAMYSA002683 | WAMYSA016209 | WAMYSA057667 |
| WAMYSA057668 | WAMYSA051643-51654 | Al Alam Al Islami (February 3, 1992) (Highlighted Text) | Al Alam Al Islami (July 27, 1992) (Highlighted Text) |
| Al Alam Al Islami (May 3, 1993) (Highlighted Text) | Al Alam Al Islami (November 11, 1991) (Highlighted Text) | Al Jazeera - February 2, 2001 (Highlighted Text) | Al Jazeera - July 31, 2001 |
| JT-MWL00035, 36. 116-124 | Okaz (Highlighted Text) | IIRO278606 | IIRO278615 |
| IIRO278645 | IIRO278661 | MWL059021 | MWL059031 |
| MWL059033 | MWL059041 | MWL059042 | MWL059043 |

Source Language(s): Arabic

Target Language(s). English

Authorized Signature:

Signature, Notary Public:

Name:    Sherry Amster

Title:    Project Assistant

Date:    November 8, 2017

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GRG352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

Stamp: Notary Public

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS