UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923

### FOREIGN DECLARATION OF MUSTAFA OSMAN ISMAIL

I, Mustafa Osman Ismail, being duly sworn, hereby declare under penalty of perjury that the following is true and correct:

1. I am not a party in the above captioned matter.

2. I am a Sudanese citizen and a member of the Parliament of Sudan in the African Sub-Committee.

3. I graduated from Khartoum University Faculty of Medicine with a Doctorate of Medicine (M.D.) degree in 1978. I then became a teaching assistant at Khartoum University Faculty of Medicine in the Biochemistry department. In 1982, I received a government grant to go pursue my Master's degree in Biochemistry at Leeds University. While at Leeds, I was awarded the overseas research student award.

1

EXHIBIT

WAMY EX. 11

4. In 1984, I became a beneficiary of World Assembly of Muslim Youth ("WAMY") educational program. WAMY helped fund my Ph.D. studies at Bristol University, and in 1987, I completed my Ph.D in __1988__ .

5. Upon completing my Ph.D. I became a research lecturer at Bristol University and became very active in youth and student activities. I even served at a President for the Federation of Student of Islamic Society ("FOSIS"), a national umbrella organization aimed at supporting and representing Islamic societies at colleges and universities in the United Kingdom and Ireland, with its headquarters in London.

6. In 1988, I got an opportunity to attend The International Islamic Federation of Student Organizations (IIFSO) General Assembly. IIFSO is an international student and youth federation with a membership rate of about 100 student and youth organizations in more than 60 countries. The 1988 General Assembly was held in Malaysia. At the Assembly, I was elected as a Secretary General for IIFSO.

7. A Secretary General of IIFSO automatically becomes a member of the General Secretary of WAMY; therefore, I became one, too.

8. In my new capacity as a member of the General Secretary, I began working and dealing with WAMY, beyond being a recipient of WAMY's educational grants.

9. One of the major activities of IIFSO was to host two camps per year, one in the summer and one in the winter. Islamic scholars were invited from all over the world to present at the camps about the understanding of Islam. The camps were supported by WAMY. While in the UK between 1983 and 1987, I attended almost all the camps. I also attended WAMY camps in Italy, Spain, USA, Indonesia, South Africa, and Nigeria.

2

10. All the camps had three main objectives: (1) to give students and student leaders a chance to know each other, (2) unify the understanding of Islam, and (3) coordinate experience together. The camps had nothing to do with military training or any indoctrination. The camps never trained students on the use of weapons nor provided any weapons. Instead, these camps are used to train the youth to become productive members of their respective society. I am a product of the aim of those camps, and I became a Minister for the Sudanese government.

11. At the request of IIFSO, WAMY translated its booklets into almost fifty different languages and used them at the camps. The booklets were on topics such as salat, zakat, hajj, the Prophet's life, the Prophet's wives, hygiene, and fasting. None of the booklets dealt with anything related to military or terrorism.

12. From my years of working with WAMY and attending numerous WAMY programs around the world I know that WAMY's interpretation of Sharia is very pragmatic. For what I have seen and heard over the years I know that WAMY's view is that Prophet Muhammad said a Muslim should not be an extremist, and if one is going to be an extremist, they cannot follow Islam. WAMY informs students of the real understanding of Islam, which is that Islam is not an extremist's religion. In fact, Islam is against extremism. In one of WAMY's books, there is a story (Hadith) of the Prophet saying, if you cause any harm to a Christian, I am your enemy in the Day of Judgment." This is also mentioned in other holy books. Islam is a human religion. Any lectures on jihad at WAMY camps were provided for explanation of religious purposes only and not for political purposes.

3

13. There is a very wrong understanding of Jihad, in the world today. Jihad is not to bomb innocent people or use suicide attacks.

14. In 2012, I became involved with the International University of Africa, in Khartoum, Sudan. The university was established in 1977. The University has an African Islamic Center, which was started in the late 1970s, with financial support and contributions from The Kingdom of Saudi Arabia, Morocco, Egypt, Kuwait, Qatar, and the United Arab Emirates.

15. The University now has sixteen faculties in Sharia, Education, Art, Economics, Science, Computer, Engineering, Medicine, Pharmacy, Nursing, Oral, Metals, Communication, Laboratory, Islamic Studies and Agriculture. It has approximately thirteen thousand students, fifty percent of whom are African students.

16. From 2012 to 2015, I taught humanitarian subjects at the University, such as media and history, as part of the Art Department's faculty. I currently serve as the Chair of the Board of Trustees at the University.

17. WAMY has been involved with the University since its inception. All Secretary Generals of WAMY have been part of the University's Board of Trustees. At the moment, both Khalid Al Ojaimi and Saleh Al Wohaibi are on the University's Board of Trustees.

18. The Muslim World League ("MWL") is also represented on the Board of Trustees. However, MWL is separate from WAMY.

19. WAMY's contributions to the University include providing financial assistance to students for tuition, building lecture halls, providing equipment and material for both

4

the medical and dental faculties, providing books for the library, and supplying students with academic books.

20. In 2015, WAMY Secretary General Saleh Al Wohaibi invited me to give a lecture at WAMY's headquarter in Saudi Arabia.

21. Besides their educational programs, which also include education for women, I am aware of WAMY's other relief efforts and programs, such as the assistance to orphans, creation of mobile hospitals, and financial assistance to individuals for Umrah and Hajj.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on date: 29/11/2022

_Mustafa Osman_

Mustafa Osman Ismail

5