CERTIFIED COPY

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST      :

ATTACKS ON            :      03-MDL-1570

SEPTEMBER 11, 2001  :      (GBD)(SN)

--------------------------------------------

- - -

Thursday, November 7, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Day 1 of the videotaped deposition of IBRAHIM ANWAR IBRAHIM, taken pursuant to notice, was held at the Park Hyatt Jeddah, Al Hamra District, Southern Corniche, Jeddah, Saudi Arabia, 21432, beginning at 2:50 p.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com



EXHIBIT

WAMY EX. 12

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 60

in Pakistan in early 1990 in order to work for the International Islamic Relief Organization; is that right?

A.   Yes.

Q.   And you began working in 1990 for the IIRO in Peshawar?

A.   Yes.

Q.   And how long did you work at the IIRO in Peshawar, Pakistan?

A.   **For about five years.**

Q.   So from about 1990 until about 1995?

A.   **Yes.**

Q.   And then what happened in 1995 to change that?

A.   **I moved to work for WAMY.**

Q.   So in 19 -- in about 1995, you moved from IIRO to work for WAMY?

A.   **Well, I began my work in WAMY in early '96 for a few months.**

Q.   All right.  So in 1996, you began working for WAMY in Peshawar?

A.   **At that time, it was called al-Birr committee.**

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 61

Q.   All right.   And did that come to change, that it changed from al-Birr committee to WAMY?

A.   **After a few months, it changed.   It became WAMY.**

Q.   So sometime later in 199 -- I'm sorry.   You started working with al-Birr in early 1996; is that right?

A.   **In '96, I do not recall the months exactly, but it was in '96.**

Q.   And then a few months after you began working for al-Birr, al-Birr changed its name from al-Birr to WAMY?

A.   **Yes, yes.**

Q.   And was that still in 1996?

A.   **Yes.**

Q.   And have you worked for WAMY ever since then?

A.   **Yes.**

Q.   And you worked with WAMY's office in Peshawar from early 1996 until about 2002?

A.   **Until now.**

Q.   Well, just to be clear, you're not in the Peshawar office anymore, right?

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

A.    Yes, right.

Q.    I'm trying to clarify, you were in the Peshawar branch office for WAMY from 1996 until about 2002, correct?

A.    Yes.

Q.    And then since 2002 until the present, you've been at the Islamabad office of WAMY, correct?

A.    Yes.

Q.    And other than IIRO from 1990 until about 2000 -- I'm sorry, from -- about 1995, and WAMY since 1996, have you worked at any other organizations?

A.    No.

Q.    When you left Baghdad in 1989, and traveled through Iran to Pakistan to work for IIRO in 1990, what was your job with IIRO?

A.    The orphans section.  It is the social department, the section of orphans.

Q.    When you arrived in Peshawar in 1990, was there an office that you went to?

A.    Yes.

Q.    And what was that office called?

A.    Islamic relief organization.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

administrative for the offices and the other part was faculty for teaching, teaching Arabic.

Q.   And that faculty for teaching Arabic was a WAMY facility too?

A.   Yes.

Q.   Did it have a name?

A.   Abu Hanifa.  It started as an institute, and then it became a faculty or a college.

INTERPRETER:  In Arabic, both "faculty" or "college" are the same.

Q.   So it started as the Abu Hanifa Institute and then became the Abu Hanifa College?

A.   Yes.

Q.   So the Abu Hanifa Institute was a -- or Abu Hanifa College continued to be something of a WAMY presence in Peshawar after the WAMY office moved to Islamabad; is that right?

A.   Yes.

Q.   Is that entity Abu Hanifa still present at that location in Peshawar?

A.   Yes, it is still there.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 132

furthering these objectives.

Q.    Can you explain like one or two of those projects so I can understand specifically how a project you're identifying furthers the aims and objectives?

A.    For example, Abu Hanifa College, it provides educational services, raising -- bringing, sorry, related to the behavior and morals.

Q.    Anything else?

A.    We have programs for the da'wah activities for youth and teachers.  Educational materials are provided as well as behavioral and moral ones.

Q.    What do you understand da'wah activities to include?

A.    Education and upbringing.

Q.    What kind of education and upbringing?

A.    All kinds of education.

Q.    Give me some of the kinds of education you're talking about.

A.    For example, in Abu Hanifa, we teach Arabic language.  We teach also the

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 133

**Sharia science in relation to the Quran and the Sunnah.**

Q. Did most all of the education revolve around teaching Islamic principles?

**A. Primarily.**

Q. The World Assembly of Muslim Youth Pakistan office -- the World Assembly of Muslim Youth Pakistan office, or WAMY-Pakistan, is a component of the WAMY-International organization headquartered in Jeddah and then in Riyadh, right?

**A. Yes.**

Q. And the WAMY office in Pakistan was originally registered in Pakistan in 1989 under the name Lajnat al-Birr al-Islamiyyah, right?

**A. Yes.**

Q. And in about 1995, the entity asked to change its name from the Lajnat al-Birr al-Islamiyyah to the World Assembly of Muslim Youth Pakistan office, right?

**A. Yes.**

Q. And that name change to WAMY-Pakistan happened in about '95, '96?

**A. Yes.**

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 137

WAMY-Pakistan came from WAMY in Saudi Arabia, correct?

A.    Yes.

Q.    While you were employed at WAMY offices in Pakistan, the Pakistan office was required to send periodic reports and annual reports to the headquarters in the Kingdom, correct?

A.    Yes.

Q.    And did you report on the Pakistan office's activities of the WAMY office in Pakistan?

A.    Yes.

Q.    And did you report on all the projects that the office was doing in Pakistan?

A.    Yes.

Q.    And did you report on all the financial bank accounts -- all the financial information related to the Pakistan WAMY office?

A.    Yes.

Q.    Were there donors received --

MR. MOHAMMEDI:  Objection, translation.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 138

Q.    -- donations received from donors directly into the WAMY office in Pakistan?

MR. MOHAMMEDI:  Robert, I object to the translation.

The bank, "the financial bank accounts" that (speaking Arabic).

INTERPRETER:  (Speaking Arabic.)

MR. MOHAMMEDI:  "The bank statement."  You're talking about the accounts.

INTERPRETER:  "Accounts."  I said that.  (Speaking Arabic.)

(Reporter interruption.)

Q.    I'm not sure that I heard or understood the objection, but I am asking him whether or not -- well, let me ask the witness.

MR. MOHAMMEDI:  Thank you.

Q.    Mr. Ibrahim, when you reported to the headquarters, did you report all financial information to the headquarters?

A.    Yes.

Q.    Were you required to provide them with the financial statements from institutions where the Pakistan office held financial

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 139

accounts?

A.    We were sending the financial auditing reports.

Q.    I think we're talking about two separate things.  Did you provide them with the bank statements or the financial institution statements that you received?

A.    Annually we send the reports.  We don't send the statements.

Q.    And at times the Pakistan office had audits performed of the financial accounts.  Is that what I understood you to say?

A.    Yes.

Q.    And would you provide those audits to the headquarters?

A.    Yes.

Q.    And would you provide the information that underlie the auditor reports?

MR. GOETZ:  Objection, form.

A.    No.  We send the report only.

Q.    And what happened to the information that was provided to the auditors for the auditors to perform the auditing reports?

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

A.   We keep it.

Q.   And so all of the information that was provided to the auditors was kept in a file in the Pakistan office?

A.   Yes.

Q.   Were they kept along with the audit reports?

A.   Yes.

Q.   So if I wanted to understand how an audit was performed on a particular -- in a particular year, there would be a file that you could go and you could pull the audit report along with the underlying documents; is that right?

A.   Yes.

Q.   And how are those documents stored? Are they stored in that warehouse in Peshawar?

A.   Yes, yes.

Q.   And are all of the audit reports kept in a particular location together?

A.   Yes.

Q.   And are they kept by year such that the audit report and the supporting documents or the underlying documents are kept together?

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 141

A.    Yes, by year.

Q.    And how far back do they go?

A.    **They are kept -- we do not have a specific period of time it's kept.**

(Interruption.)

Q.    Do they go back into the 1990s?

A.    **Yes.**

MR. HAEFELE:  Let's take a break and figure out whether or not we are extending or we're ending today.  Let's go off the video record and talk.

MR. MOHAMMEDI:  Robert, can you tell us approximately how long we have today --

MR. HAEFELE:  We're going to go into tomorrow for sure.  The question I really had is, do you want to break and come back tomorrow at this point, or do you want to try and get through some more today?  It's up to you folks.

MR. MOHAMMEDI:  We'd like to know where we are -- are we halfway, are we less than half -- for us to be able to make that decision.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 147

employees in the offices outside the Kingdom were set based on the General Secretariat's office inside the Kingdom, correct?

A.    Yes.

MR. DORRIS:    Objection, foundation to this question and the last one.

Q.    And looking back -- I'm sorry, looking back to the page 1131, and looking back to the text where it talked about the Makkah office having responsibility for supervising the Peshawar office, what happened when the Peshawar office moved to Islamabad?  Did the Makkah office continue to have responsibility of supervising the Islamabad office?

A.    Yes.

Q.    So what does it mean that the Makkah office had the responsibility of supervising the offices of WAMY in Pakistan?

A.    **It means that the direct administrative relationship is with Makkah office.**

Q.    So you had indicated that there was reporting that went back and forth between Peshawar and Saudi Arabia, and I thought that

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

we had indicated that the reporting went to the -- in many instances, to the offices department in -- I thought it was either Jeddah or Riyadh.  Is that true or not true?  In other words, is it in Jeddah, Riyadh, or Makkah?

A.   **It goes to Makkah, to Jeddah -- to the Makkah office that is located in Jeddah.**

Q.   Was there a particular person in the Makkah office that was responsible for supervising the Pakistan office of WAMY?  And if it was a person or persons, and changed over time, please describe it.

MR. GOETZ:  Object to form.

A.   **The Jeddah office had a manager responsible for the department of offices, so it had the same structure.**

Q.   Was there a person that -- by name that was in either Jeddah or Makkah that had the responsibility for supervising the Pakistan offices?

A.   **It is not a person.  It is the position, the manager of the offices -- or the director of the offices department in Jeddah or Makkah.  And the person can change.**

CERTIFIED COPY

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST        :

ATTACKS ON             :        03-MDL-1570

SEPTEMBER 11, 2001  :        (GBD)(SN)

-------------------------------------------

- - -

Friday, November 8, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Day 2 of the videotaped deposition of IBRAHIM ANWAR IBRAHIM, taken pursuant to notice, was held at the Park Hyatt Jeddah, Al Hamra District, Southern Corniche, Jeddah, Saudi Arabia, 21432, beginning at 2:14 p.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 216

within WAMY include overseeing the Kashmir office?

    A.    There are two stages here.  In the past, in the first stage, no.  Kashmir office was under the General Secretariat.

    Q.    And who ran the Kashmir office?

    A.    It was a person whose name was Abdul Ghayath.

    Q.    Do you know -- how well do you know Mr. Shah?

    A.    It's work knowledge.

    Q.    Have you spoken to him?

    MR. GOETZ:  Objection, form.

    A.    Yes.

    Q.    Do you know whether he speaks or writes English?

    A.    Hidiatullah?

    Q.    Yeah.

    A.    I don't know.

    Q.    Do you know who Abdul Ghayas is?

    A.    Abdul Ghayath, yes.

    Q.    Who is Abdul Ghayas?

    A.    He was the supervisor for Kashmir office.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 239

instruction from the bank to us.

Q.    Mr. Ibrahim, take a look at Exhibit 354 again.  Let's turn our attention back to Exhibit 354.  Do you have that in front of you?

You noted to me earlier that within Exhibit 354 there is a series of pages that are audits of the WAMY offices from 1994 to 2002, correct?

A.    From '92 to 2002.

Q.    Well, if you flip to the next page, am I correct that the audit reports go from 1994 to 2002, the first bullet?

A.    Maybe it's a typing error.

Q.    Well --

MR. GOETZ:  Robert, in order --

BY MR. HAEFELE:

Q.    If you're going to make me go through it, I'll refer you to WAMYSA018672.  And I'm going to ask you -- they're in sequential order from 2002 to the earliest.  I'll tell you, Mr. Ibrahim, I'll represent that there is no annual audit report earlier than 1994 in this series.  It goes from the audit reports straight through to 18684, which is the

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 246

that the translator is saying to you?

MR. GOETZ:  Objection, form.

A.    **Yes, I hear.**

Q.    And do you have any reason to dispute the auditors' note that they were unable to independently verify expenditures within Afghanistan?

A.    **No.**

Q.    And in fact, what the note indicates is that in those circumstances where they were unable to independently verify expenditures within Afghanistan, what they did was they took the word of WAMY's regional director, right?

MR. GOETZ:  Objection, form.

A.    **Yes.**

Q.    And who was WAMY's regional director at that point?

A.    **Mohammed Mustafa.  For all this period, I was not responsible for it, and I cannot respond to anything related to it.  If I was in charge of it, yes, I would have provided justifications to you.**

Q.    For all of the years of the audit

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 247

reports that are part of Exhibit 354, from '94 through 2001, the audits were performed and reported by an external auditing company named Sidat Hyder Qamar Maqbool & Company, Chartered Accountants, and the report from 2002 was done by M. Almas & Company from Lahore, Pakistan.

Was there a reason for the change of auditors from the 2001 audit to the 2002 audit?

A.    I don't know.

Q.    Who would know that?

A.    The director.

Q.    Who is the director?

A.    Mohammed Mustafa.

Q.    Now, when you comprised what is Exhibit 354 to provide it to the Secretariat General, did you go to the warehouse and pull out the files that had the audit reports in it to collect them together to provide as part of 354?

A.    Yes.

Q.    And as part of those files -- if we look at, for example, page 18578, it's an indication that there's a folder here that

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 261

language where the auditors indicate that where independent confirmation of the completeness of accounting records was not available, the auditor accepted the assurance from the director general, or in some cases the regional director, that all the WAMY's transactions were reflected in the records?

MR. GOETZ: Objection, form and foundation.

A. **I have no knowledge.**

Q. Just for the record, those statements are at pages that end in 593, 605, 617, 628, 639, 651, 663, and 675.

And I'd ask you to look, Mr. Ibrahim, at pages that end in -- well, it's 18669. 18669. And just for the record, it's also referenced similarly at Bates ending in 681. Where the auditing report mentions assets of WAMY-Pakistan maintained inside Afghanistan, it references those assets including orphanages, the al-Birr Hospital, and Jaji, J-A-J-I, Hospital. Are those assets of WAMY-Pakistan that you recall from during your tenure at WAMY-Pakistan?

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 262

A.    Yes.

Q.    How many orphanages were there in Pakistan?

A.    No, these assets are for projects in Afghanistan.

Q.    How many orphanages were there in Afghanistan?

A.    There was a hospital.  All these things mentioned here in this report are for Afghanistan.

Q.    I understand that.  My question was, how many orphanages were there in Afghanistan?

A.    At that time?

Q.    Yes.

A.    Approximately six or seven.

Q.    And how many have there been during your tenure?

A.    Say nine or ten.  Nine or ten.

Q.    What was the al-Birr Hospital?

A.    Al-Birr Hospital was the only hospital for WAMY in Afghanistan.  It is a big hospital.  It has surgical operations in it as well as beds for patients.  It's a complete

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 263

hospital.

Q. And what was the population that that hospital served?

MR. GOETZ: Objection to form.

A. **This hospital was in Paktika state, and it almost serves three or four neighboring states as well. It might be the only hospital in that region. A hospital that provides complete services.**

Q. And it was a hospital that WAMY was responsible for its activities?

A. **Yes.**

Q. And it's the same case for the other hospital, the Jaji Hospital that's referenced there, J-A-J-I?

A. **Yes.**

Q. Where is the al-Birr Hospital?

A. **In Afghanistan.**

Q. Where in Afghanistan?

A. **In Paktika.**

Q. Where is the Jaji Hospital?

A. **It is the same. It was al-Birr Hospital, and then changed to Jaji.**

Q. So the two hospitals that are

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 264

referenced on page ending in 669 in the two separate columns, they're both the same hospital?

MR. DORRIS:  Objection to form.

A.    **Two different columns?  Two names?**

Q.    Yeah, they are.  They're listed in two different columns, two names.

MR. GOETZ:  I ask that the translator translate the columns in the document.

INTERPRETER:  (Rendering interpretation.)

A.    **What I know is Jaji Hospital, which continued with WAMY until 2005 and then was closed.**

Q.    You're not aware of a distinct Jaji Hospital separate and apart from al-Birr, from al-Birr Hospital?

A.    **Based on my information, I just know one hospital.  I don't know about the other.**

Q.    Looking at page -- give me a second.

(Reporter interruption.)

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 316

A.    Yes, I have no information.

Q.    And the last point on this area, a similar question, you don't have any personal knowledge or information as to how much money private Saudi businessmen may be contributing to WAMY on an annual basis, correct?

A.    Yes, yes.

Q.    Okay.  Moving to a different topic, you mentioned, I think it was yesterday, that in Pakistan, WAMY sends money to, sponsors, and helps run schools in Pakistan.  Did I hear that right?

A.    In Pakistan?

Q.    Yes, in Pakistan.

A.    In Pakistan, we have only Abu Hanifa College.

Q.    Only -- is that the only school you ever -- WAMY had ever helped finance in Pakistan?

A.    Yes.

Q.    Okay.  I want to show you --

MR. MALONEY:  Actually, Lisa, I'm going to -- the second document, it's going to be -- I'm going out of order

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

from the three that I gave you.

For counsel on video, we're going to have documents sent.  They're on PDF. I think there's three on an e-mail you're about to get.  I'm only -- I'm sorry, there's six documents on that, but I'm only going to use three of them. So I'm going to read you the PDF numbers so you know which one to open, and I'll also read for the record to identify it.

So the document for people in the room is going to be WAMYSA1164048, and I believe on my PDF e-mail it's 17382. The top of the page says, Government of Pakistan.

(Exhibit Ibrahim-360 marked for identification and attached to the transcript.)

BY MR. MALONEY:

Q.   Mr. Ibrahim, I know this is in English.  I don't know, frankly, if we had this translated or not.  It's two pages.  And I'll ask the interpreter to translate anything you need on there.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 318

But my question is, is this a permission slip, if you will, from the government of Pakistan to allow WAMY to cross the border from Pakistan into Afghanistan and back?

A.    Yes.

Q.    Why did you need permission from the Pakistani government for WAMY officials to go into Afghanistan in 1999 and 2000?

A.    The system is like that.

Q.    I understand they had this requirement.  Do you know why they had the requirement?  Let me rephrase it.

Maybe you can help me by understanding what the border crossing is like.

MR. MALONEY:  Translate that before I get to my question, please.

INTERPRETER:  (Rendering interpretation.)

Q.    On where it says, Border crossing points, under subheading 1(c), there are three border crossing points listed there.  Two of them are crossed out.  And I'm happy to have the translator translate all three of them.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 319

My question is why those two are crossed out. Were those crossings closed or not authorized for WAMY? Does he know?

MR. GOETZ: Objection, foundation.

A.    **This is something for the government of Pakistan. They do not allow the crossing except for the identified crossing point.**

Q.    So they only authorized WAMY officials to cross at the one point, the Torkham, the Khyber Agency crossing point? Is that correct?

A.    **Torkham, yes, Torkham.**

Q.    Did you need permission to leave Pakistan or only permission to come back into Pakistan, or both?

A.    **For both, for the departure and the entry.**

Q.    Was there anybody -- sorry.

A.    **You must have a permit and a validity for the departure and the entry.**

Q.    Understood. Was there anybody on the Afghan side that you had to get permission to go in and out of Afghanistan?

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 320

A.   No.

Q.   So at the border, it was only Pakistani government officials, correct?

A.   Yes.

Q.   I notice on the next page, which is WAMY 1164049, you're listed as one of the four -- five people from WAMY that has permission to go in and out at the border crossing between Pakistan and Afghanistan, correct?

A.   Yes.

Q.   There's four other people listed from WAMY.  Do you know those other four individuals?

A.   Yes.

Q.   I also note that it looks like from this page that there had been previous permission given at earlier time intervals, and this is a renewal of that permission.  Fair?

A.   Yes, correct.

Q.   When did you first start going in and out of Afghanistan for WAMY?

A.   After I was appointed, mid-'96, '97.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 321

(Exhibit Ibrahim-361 marked for identification and attached to the transcript.)

BY MR. MALONEY:

Q.   I want to show you the next exhibit.  It's a photograph of a person.  And my question is, do you recognize that person?  And if so, who is he?

MR. MALONEY:  And there's no Bates number, but for counsel on video, it's the PDF that ends in 383.

MR. GOETZ:  Andrew, for the record, I'm advised it's been 16 minutes, so let's make this the last line of inquiry.

MR. MALONEY:  Yeah, this is the last topic.  It'll just take a couple of minutes.

A.   I don't know him.

MR. MALONEY:  Okay.  The last exhibit is WAMYSA018684, and for the PDF -- by the way, it goes through WAMY 690.  And the PDF on the e-mail ends in 384.  And on the front page it says,

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 322

Names of Employed WAMY/LBI.

(Exhibit Ibrahim-362 marked for identification and attached to the transcript.)

THE COURT REPORTER:  It's marked as 362, and the witness has the document.

**THE WITNESS:  Yes.**

BY MR. MALONEY:

Q.  Did WAMY/LBI help fund and run schools in Afghanistan in the late '90s?

**A.    WAMY, not LBI.**

Q.  Okay.  And so the answer is, WAMY did help fund and run schools in Afghanistan in the late '90s, correct?

**A.    Yes, yes.**

Q.  Is one of the schools in the Kabul area the Imam Malik School?

**A.    (In English.)  Yes.**

**(Through interpreter.)  Yes.**

Q.  And if you look at the last page of that document, on page 690, that school is listed there, and there's a name -- there's names of teachers, principals, employees for that school, correct?

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

Page 323

A.    Yes.

Q.    Are those people considered employees of WAMY?  In other words, they're being funded by WAMY, working for WAMY, operating the school?

A.    Yes.

Q.    Do you know any of the people that are listed there?  There's nine people listed. Do you know any of those folks or used to know them?

A.    In Imam Malik School?

Q.    Yes.

A.    I don't know.

Q.    Did you visit that school when you were going in and out of Afghanistan?

A.    I did not visit this school.

Q.    Did others from WAMY-Pakistan visit the school, since they were helping to fund it?

A.    Yes.  We had a supervisor for that, Mr. Elsidig Ibrahim.  He is one of those mentioned, the five mentioned in the permit. Number 3 on the list, Elsidig Ibrahim.

MR. MOHAMMEDI:  And that's Bates stamp number ending with 049.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

MR. MALONEY:  Got you.

Q.   The third person, the other Mr. Ibrahim, correct?

A.   **Yes, the third person.  He was the supervisor for the schools.**

MR. GOETZ:  All right --

Q.   By the way, I wasn't sure what "do" for his nationality stood for.  What is "do"?

A.   **Sudanese.**

Q.   Sudanese, okay.

MR. GOETZ:  Okay.  So that will end the direct.

MR. MALONEY:  My last question.

Q.   On that list for the school people, the principal is listed as Abdul Zahir.  Do you know who he is?  Have you ever met him?  Are you familiar with his name?

A.   **I don't know him.  These are local staff.  I haven't seen him.**

MR. MALONEY:  Okay.  I don't have anything further.  Thank you.

MR. MOHAMMEDI:  Thank you, gentlemen.

Thank you.