# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(SN) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923

## DECLARATION OF DR. ABDUL WAHAB NOORWALI IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH

I, Dr. Abdul Wahab Noorwali, declare that the following statements are true and correct under penalty of perjury under the laws of the United States and upon my personal knowledge:

1.      I am not a party in the above captioned matter.

2.      I am a citizen of Saudi Arabia.

3.      I was born on December 6, 1953 in Jeddah, Kingdom of Saudi Arabia.

1

EXHIBIT

WAMY EX. 14


4.　　I have a Baccalaureate degree in Pharmacy in 1977 from King Saud University Riyadh and a PhD. in Clinical Biochemistry from the University of Sheffield in 1982.

5.　　I am currently employed as a Professor at King Abdul Aziz University Medical School in Jeddah, Saudi Arabia. I started teaching there after graduating in 1982 and have been teaching clinical biochemistry for the past 35 years. I give six lectures per week on proteins and endocrinology. I am also leading a team of researchers, 11 Ph. D. colleagues and 10 masters and PhD. students, focusing on cancer biology and cancer therapy and stem cell therapy.

6.　　I first became involved with the World Assembly of Muslim Youth ("WAMY") in 1984. I met Dr. Sulaiman Nassir Basahel who was Assistant Secretary General of WAMY Jeddah at the time. He introduced me to the activities and projects WAMY carries out, and I began to volunteer for WAMY, particularly in the areas of education and youth empowerment. By youth empowerment I mean developing skills for youth in leadership and Islamic background and education. We also look to help students with graduate and post-graduate scholarships in a wide variety of fields e.g. medicine, engineering and law.

7.　　I volunteered from time to time on various projects for four to five years. I oversaw activities in the field, mostly in Africa. I led educational workshops

2

and directed youth camps. I worked to improve teacher quality at schools in a number of African countries including Kenya, Malawi, Chad, Niger and Nigeria.

8.      Through my volunteer work, I became familiar with WAMY's work and operations.

9.  At one time WAMY operated several offices in the Kingdom of Saudi Arabia. The larger offices were in Jeddah/Mecca, Dammam and Riyadh. Riyadh is the main headquarters of WAMY. There were smaller branch offices in Medina, Taif, and Abha. As of 2016, all of the offices have been consolidated into the main office in Riyadh.

10.      The different branch offices oversaw the humanitarian work and finances of WAMY in different countries around the world. Each branch office outside the Kingdom of Saudi Arabia had to report their activities to one of the Saudi Arabian branch offices; they get their funds directly from the Saudi offices and had to get approval for all programs from the overseeing office. The Jeddah/Mecca office oversaw the following areas: Africa including Egypt, Kenya, Somalia, Sudan, Tanzania, South Africa, Malawi, Chad, Cameroon, Nigeria, Niger, Senegal, Gambia, and Guinea; Central Asia including Pakistan and Afghanistan. Now, the main office in Riyadh oversees all of the branches around the world.

11.    Prior to establishing a WAMY branch in any country, WAMY first obtains permission from the government of the host country to open a branch.

12.    After almost ten years of volunteering, I started working for WAMY as its Assistant Secretary General in or around 1996. I ended my executive responsibilities with WAMY around 2004. Even as an executive, I was volunteering my time.

13.    As Assistant Secretary General, I worked with the Secretary General in managing the administration of WAMY as a whole. This included financial operations (i.e. the coordination and tracking of donations and expenditures), supervising publications, overseeing scholarships, and organizing projects like youth camps around the world.

14.    While working at WAMY, I became familiar with the process for developing and funding various humanitarian projects around the world.

15.    WAMY often receives ideas for potential projects from WAMY's overseas offices in various countries. These proposals must detail why the money is being requested and where it is going specifically. WAMY reviews all such proposals closely. If a project fits with WAMY policies, WAMY will seek funding for that project. If not, it is not funded. At times, the cost for the project exceeds what WAMY can allocate to that branch or project type. In this case, WAMY will prioritize the projects that can reach the most people and do the most good in the most cost effective manner. The policies that

4

WAMY seeks to promote through projects include community development according to the needs of the community (wells, mosques), education (schools, scholarships, teacher training courses); and youth empowerment.

16.     If WAMY cannot fund a certain project under the budget, donors are sought to fund that project. WAMY has a fundraising department to achieve this end. WAMY offices cannot fundraise on their own, per WAMY policy, so WAMY headquarters handles fundraising and donations for all chapters.

17.     It is WAMY's policy to not send any funds unless they are being allocated for specific projects and activities. Operational costs for WAMY's offices are covered by deducting approximately 12% to 18% from project costs.

18.     Before the start of any project, a Needs Assessment is performed annually for proposed projects. During this process, the needs of a given community are evaluated (i.e. determining the resources needed to dig wells or to build mosques, the number of orphan children who need financial support, etc.).

19.     Based on the Needs Assessment, a budget is developed for the year. The Assistant Secretary General, together with the administrative committee in the overseeing WAMY office in the Kingdom, is very involved in setting the budget for that year.

20.     If and when a given project is funded, the money is sent from a WAMY bank account in Saudi Arabia to the project or the chapter carrying out the

5

project. During my tenure as Assistant Secretary General, WAMY bank accounts for the Jeddah office were mostly with National Commercial Bank.

21. When the project is completed, the chapter overseeing the project sends a project report and a financial statement.

22. Between 1992 to 2002, the main WAMY branch offices in Saudi Arabia had their own finance departments. WAMY also had a Finance Department in the Riyadh office. The Jeddah office where I worked had a finance department consisting of a chief accountant with several accountants working underneath. The Finance Department reviews all incoming funds and deposits and properly allocates them to projects based on the annual budget. Additionally, the Department reviews all invoices, requested transactions, and project finance documentation, including the provision of aid to individuals or funding of projects. For the Jeddah office, the field offices would send all project invoices to the office in Jeddah, Saudi Arabia to confirm the expenditures. WAMY's accountants review these documents and submit their approval. Once the Finance Department gives its approval, the Chief Accountant reviews and has to give approval before a project is funded or a check sent.

23. There was also a monthly meeting held at the Riyadh office in Saudi Arabia every month to discuss the progress of humanitarian projects. Throughout the course of the projects run by the chapters, WAMY Saudi

6

Arabia would follow up on every project, including field review if necessary. If project reports and financial reports were not received, WAMY would send someone from Jeddah to review the project on the ground and get financial records.

24.     An annual audit is performed by external auditors each year in order to authenticate WAMY's accounting procedures and track where WAMY spends its money. The audits are based upon financial reports, project reports, bank statements, receipts, donations, etc. All projects are audited and yearly reports are issued. One annual report is issued for WAMY Headquarters, as well as one report per year for two regional offices (Medina and Abha). These reports are reviewed by the Assistant Secretary General and then sent to Riyadh. Throughout my term as Assistant Secretary General, there were never any financial concerns nor were questions about WAMY's activities posed by the external auditors.

25.     I am aware of one incident that impacted the storage and retention of records at the Jeddah office. At this office, many of the older paper records were stored in the basement of the building that housed WAMY's Jeddah office. In 2008 there was a massive flood in Jeddah. Unfortunately, WAMY's office was in the path of the flood. I know that WAMY lost many records in this flood. I do not know exactly which records were lost.

26.     Prior to serving as Assistant Secretary General of WAMY, I was a Board Member of Lajnat Al-Birr Al-Islamiyyah ("LBI") in Pakistan from 1993 - 1995. As such, I am familiar with its work and operations during this time.

27.     LBI worked in mostly refugee camps in Pakistan and Afghanistan. Extensive and thorough reports were kept by Mr. Adel Batterjee, the founder of LBI, regarding LBI's activities initially. LBI's focus was educational projects in Peshawar and in Afghanistan, including a school for girls. LBI also operated a 100-bed hospital in Baktia, Afghanistan. LBI was also involved with orphanage centers inside Afghanistan.

28.     Mr. Batterjee routinely provided written operation reports for LBI projects for discussion at annual LBI Board meetings.

29.     The day-to-day operations of LBI were overseen by Adel Batterjee during my tenure. I am familiar with Adel Batterjee. He is the one who had the idea for LBI. Around 1989, the idea was proposed to the then Secretary General of WAMY and the decision was made that LBI could operate as a separate charity under WAMY's auspices and charter. By the time I was on the board of LBI, the organization was under the umbrella of WAMY.

30.     As a member of the LBI Board, I was not involved in the daily operations, only the setting of broader policy. An annual board meeting would be held wherein the Board would review proposed projects for the year and grant approval if warranted.

8

31.     From 1992 to 1996, LBI had offices in Peshawar, Pakistan and did work in Afghanistan through that office.

32.     LBI engaged in various projects throughout Afghanistan, including health projects (hospital), educational programs, and assistance to orphans.

33.     The purpose and goal of LBI's work was to provide assistance and support programs for the needy in the areas of social welfare, orphanage establishment and support, schools and educational programs, hospitals and primary health care, university scholarships, technical and vocational training programs, and special education programs.

34.     Activities of LBI during my tenure on the Board included operating camps for refugees and operating a hospital in Afghanistan. The hospital was open to the public and contained one hundred (100) beds. The hospital was a general hospital serving all the medical needs of the community.

35.     Operational reports from the hospital was provided, including reports on the number of patients and budget reports. These reports would be sent to LBI's Financial Department, which had an office in Jeddah, Saudi Arabia. LBI had their own bank accounts and their own offices.

36.     WAMY agreed to LBI's hospital project, on the condition that LBI would follow WAMY policies and protocols. This occurred prior to the Government of Afghanistan assuming control of the hospital operations from WAMY.

9

37.     LBI undertook fundraising activities on its own to support its projects. WAMY was not involved in any LBI fundraising.

38.     The WAMY Pakistan office eventually took over all of LBI's projects. At this point WAMY funded the projects.

39.     During this time, WAMY engaged in mainly educational activities and development projects in Afghanistan.

40.     These educational activities included five thousand (5,000) all-female schools in Kabul, Afghanistan. This occurred during the time of the Taliban. Though the Taliban were informed of these schools, they did not comment or object to the operation of the all-female schools.

41.     WAMY also engaged in agricultural projects at this time.

42.     WAMY was further involved with charity work in Kosovo, Albania as part of the Saudi Joint Relief Commission. Together with the International Islamic Relief Organization (IIRO) and the Saudi Red Crescent, WAMY worked with these organizations doing relief work in Kosovo, which included providing refugee camps, running temporary hospitals for refugees, and bringing in United States-based experts (i.e. Dr. Abdul-Rahman Alswailim) to treat refugees' psychologically related ailments.

43.     The Saudi Red Crescent Society, which directed the relief work, retained documents regarding the Saudi Joint Relief Commission.

44.    WAMY performed relief work in Kosovo and Chechnya. LBI was not involved with WAMY's relief work (i.e. refugee projects) in Chechnya.

45.    Over time, as WAMY's relationship with Adel Batterjee and LBI progressed, WAMY had some financial, administrative, and report delivering disagreements with Adel Batterjee. WAMY is very strict with regards to reporting. Field visits must be conducted during an activity, and a project report must be issued whenever an activity or program is completed.

46.    Mr. Batterjee often disregarded these procedures and was not very clear with the operations he conducted. There was lack of clarity with what he was doing and a lack of reporting to confirm operations (i.e. ambiguity in receivables and expenditures). He routinely started to give the LBI Board incomplete evidence of projects performed or would only report on activities after the fact.

47.    Mr. Batterjee also wanted to conduct all of LBI's operations alone and did not want a team for support. He had a financial management team, which included me, but Mr. Batterjee would not cooperate with the team and never spoke to me about finances. Batterjee was determined to be a one-man show.

48.    There were several other LBI board members who worked with Mr. Adel Batterjee including Mazen Bahareth and Shahir Batterjee. Mr. Bahareth and

11

Mr. Shahir Batterjee left LBI because they did not agree with how Adel Batterjee operated and managed LBI programs.

49.    Mr. Batterjee also attempted to raise money for LBI at mosques during Friday prayers without WAMY's knowledge or permission and against WAMY policy as well as Saudi Arabian law. WAMY was reprimanded by the Kingdom of Saudi Arabia as a result of Batterjee's actions.

50.    WAMY did not agree with the way Adel Batterjee was operating the LBI projects and was concerned at his lack of transparency, and so WAMY decided that he had to be dismissed or resign.

51.    I was present at a WAMY Board of Trustees meeting in 1993 when Dr. al Johani asked Adel Batterjee to resign.

52.    When asked to resign, Mr. Batterjee did not seem upset, likely because he had already arranged other things for himself.

53.    He told me at some point after he left WAMY that he was working on his own, that he had an organization in Chicago, Illinois, U.S.A., and that he was doing some work in Sudan. That organization had nothing to do with WAMY and was completely separate. We did not know what was going on with this organization and did not ask as we, WAMY, did not want to have any involvement with this organization.

12

54.    I never had any personal knowledge of the Benevolence International Foundation ("BIF"), nor have I ever had any access to documents involving BIF. WAMY Pakistan at no time shared its office with BIF.

55.    Around the time of Mr. Batterjee's termination in 1993, WAMY became aware that Adel Batterjee had started an organization named BIF. WAMY sent him a letter on February 26, 1993 advising him that it is inappropriate for him to start this organization. Donors may be confused and think that BIF is affiliated with LBI (Benevolence Islamic Committee), as the names – and the logo Batterjee created for BIF- are very similar. WAMY did not condone such behavior and demanded that he cease and desist.

56.    LBI was eventually dissolved altogether on July 14, 1995 following an administrative decision by the WAMY Board. This was done in order to clearly cut ties with Adel Batterjee and to ensure that his activities with BIF were not attributed to or affiliated with WAMY.

57.    I am not aware of any activity by LBI or WAMY wherein travel documents were procured for anyone who was not doing WAMY or LBI related work.

58.    I have no suspicion that LBI was giving any kind of support to al Qaeda.

59.    WAMY would never allow LBI to continue work on its projects if WAMY were to find out they were engaged in al Qaeda-related activities. That would certainly not be a part of WAMY's mission of helping communities.

13

60.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/3/2019

Dr. Abdul Wahab Noorwali