

بسـم الله الرحمن الرحيـم

﴿ إنَّهُمْ فِتْيَةٌ آمَنُوا بِرَبِّهِمْ وَزِدْنَاهُمْ هُدًى ﴾

"They were young men who believed in their Lord (Allah),
and We increased them in guidance." (Qur'an 18:13)



WAMY

# World Assembly of Muslim Youth

الندوة العالمية للشباب الإسلامي

## 500 ORGANIZATIONS AS MEMBERS AND AFFILIATES AND 26 BRANCHES WORLD WIDE.

- International, regional, and local Muslim youth camps.
- Books, magazines, and pamphlets on different Islamic issues of importance to the Muslim youth.

- Conferences and lectures by famous Muslim scholars.
- Facilitating HAJJ and 'Umra for the Muslim youth.
- Training courses, seminars and many other activities.

visit our web site at:
## www.wamyusa.org

Tel: (703) 820-6494/6656 • Fax: (703) 783-8409
P.O. Box 8096 • Falls Church, VA 22041 – U.S.A.
E-mail: info@wamyusa.org

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E001543

EXHIBIT
WAMY EX. 15