

203
captures
11 Nov 98 - 19 Jul 11

Oct **NOV** DEC
◄ **11** ►
1997 **1998** 2000

Close

Help



- ABOUT US
- ACTIVITIES
- SERVICES
- PUBLICATIONS
- WAMY LEAFLETS
- ASK THE SCHOLAR
- INTRODUCING ISLAM
- ANNOUNCEMENTS
- PRESS RELEASE
- OUR MEMBERS
- LINKS
- CONTACT US



 **About Us**

**(In the Name of Allah, the Beneficent, the Merciful)**
**Assalamu Alaikum and welcome to the web site of the**
**World Assembly of Muslim Youth**
**(Western Europe Office)**
**WAMY is a charitable organization**
**Established in 1972 (1392H), in Riyadh (Saudi Arabia)**
**A quarter of a century in the service of Muslim youth**
**WAMY is a member of the UN NGO's.**

## OUR AIMS



1- Serving the true Islamic ideology based on Taw'heed (Oneness of Allah, the Creator).

2- Consolidating the factors of ideological unity and strengthening the fraternal relationship among the Muslim Youth.

3- Introducing Islam to the world using all appropriate and available means.

4- Crystallizing and supporting the constructive role of youth and students in developing an Islamic society.

5- Assisting Islamic youth organizations all over the globe through effective co-ordination among their activities and helping them to implement their projects.

## OUR MEANS

1- Holding international, regional and local Muslim youth and student camps.

2- Organizing conferences, meetings and research circles.

3- Publishing books in different languages written by renowned writers and research teams on various issues related to the both the Muslim community and youth.

4- Distributing books, magazines and leaflets to WAMY members and individuals.

5- Publishing a periodical to express and promote the aims of WAMY.

6- Holding exchange visit programs amongst the Muslim youth.

7- Co-operating with our member organizations and other established associations to further the cause of WAMY.

8- Providing all available support needed by the youth Islamic organizations in executing their activities and projects.

## WAMY INTERNATIONAL

## CONFERENCE

WAMY holds its International conference every three years. The conference is attended by prominent Muslim scholars and leaders of the various Islamic youth organizations. Up until now, WAMY had held seven international conferences under the following themes:

**Islamic Student Organizations: Their Role and Problems**
Riyadh 1392 H (1972).

**Islamic Fundamentals versus The Ideological Challenges**
Riyadh 1393 H (1973).

**Mass Media and Human Relations: Theory and Practice**
Riyadh 1396 H (1976).

**Islamic Da'wah Means, Strategies and Approaches**
Kenya 1402 H (1982).

**Islam, Civilization and the Role of Muslim Youth**
Riyadh 1399 H (1979).

**Muslim Minorities in the World: Their Current Situation, Problems and Aspiration**
Riyadh 1406 H (1986).

**Islamic Unity: Theoretical Framework and Practical Steps**
Malaysia 1413 H (1993).



About us | Activities | Services | Publications | Wamy Members
Ask the Scholar | Introducing Islam | WAMY Leaflets | Links | Press Release | Announcements
Email: wamy@wamy.co.uk

Copyright of WAMY

Design by  MDnet



**EXHIBIT**

**WAMY EX. 16**

PEC-WAMY014980



13 captures
2 Dec 98 - 23 Dec 05

Nov **DEC** MAR
◄ **2** ►
1997 **1998** 2000

Close

Help





- **ABOUT US**
- **ACTIVITIES**
- **SERVICES**
- **PUBLICATIONS**
- **WAMY LEAFLETS**
- **ASK THE SCHOLAR**
- **INTRODUCING ISLAM**
- **ANNOUNCEMENTS**
- **PRESS RELEASE**
- **OUR MEMBERS**
- **LINKS**
- **CONTACT US**



 About Us

(In the Name of Allah, the Beneficent, the Merciful)
Assalamu Alaikum and welcome to the web site of the
World Assembly of Muslim Youth
(Western Europe Office)
WAMY is a charitable organization
Established in 1972 (1392H), in Riyadh (Saudi Arabia)
A quarter of a century in the service of Muslim youth
WAMY is a member of the UN NGO's.

## OUR AIMS



1- Serving the true Islamic ideology based on Taw'heed (Oneness of Allah, the Creator).

2- Consolidating the factors of ideological unity and strengthening the fraternal relationship among the Muslim Youth.

3- Introducing Islam to the world using all appropriate and available means.

4- Crystallizing and supporting the constructive role of youth and students in developing an Islamic society.

5- Assisting Islamic youth organizations all over the globe through effective co-ordination among their activities and helping them to implement their projects.

## OUR MEANS

1- Holding international, regional and local Muslim youth and student camps.

2- Organizing conferences, meetings and research circles.

3- Publishing books in different languages written by renowned writers and research teams on various issues related to the both the Muslim community and youth.

4- Distributing books, magazines and leaflets to WAMY members and individuals.

5- Publishing a periodical to express and promote the aims of WAMY.

6- Holding exchange visit programs amongst the Muslim youth.

7- Co-operating with our member organizations and other established associations to further the cause of WAMY.

8- Providing all available support needed by the youth Islamic organizations in executing their activities and projects.

## WAMY INTERNATIONAL
## CONFERENCE

WAMY holds its International conference every three years. The conference is attended by prominent Muslim scholars and leaders of the various Islamic youth organizations. Up until now, WAMY had held seven international conferences under the following themes:

Islamic Student Organizations: Their Role and Problems
Riyadh 1392 H (1972).

Islamic Fundamentals versus The Ideological Challenges
Riyadh 1393 H (1973).

Mass Media and Human Relations: Theory and Practice
Riyadh 1396 H (1976).

Islamic Da'wah Means, Strategies and Approaches
Kenya 1402 H (1982).

Islam, Civilization and the Role of Muslim Youth
Riyadh 1399 H (1979).

Muslim Minorities in the World: Their Current Situation, Problems and Aspiration
Riyadh 1406 H (1986).

Islamic Unity: Theoretical Framework and Practical Steps
Malaysia 1413 H (1993).



About us | Activities | Services | Publications | Wamy Members
Ask the Scholar | Introducing Islam | WAMY Leaflets | Links | Press Release | Announcements
Email: wamy@wamy.co.uk

Copyright of
**WAMY**

Design by

PEC-WAMY014981

WAMY: World Assembly of Muslim Youth: Muslim, Islam, Dawah, Mohammad, Qur'an, Allah

INTERNET ARCHIVE
WayBackMachine
BETA

30 captures
1 Dec 98 - 15 Feb 06

Nov  DEC  NOV
◄  1  ►
1997  1998  2000

Close
Help





**OUR ACTIVITIES**

1- Forming a data-base of all existing Muslim student and youth organisations, and other organisation of similar interests.

2- Finding a spirit of co-operation and consultation amongst the presidents and leaders of these organisations, and try to reduce their differences by means of visiting them. Also, inviting them to WAMY's Office in order to identify their activities and problems, and try helping them to solve these problems.

3- Planning a number of new activities and trying to implement them through these existing organisations.

4- Help to provide Islamic books written in their native languages, which would explain the Islamic creed in its pure form and present Islam in its comprehensive nature.

5- Identifying the members who possess leadership qualities and da'wah skills within organisations, to provide them with encouragement and development training.

6- Analyze the weak and strong factors amongst the Muslims- especially amongst the youth - and identify their causes. Also, to analyze their degree of education and finding the means to elevate their standards.

7- Studying the economic situation of the Muslims in the region in order to identify their problems and the means to solve them.

8- Observing the various political occurrences and changes within the region. Then informing the Secretariat General of theses events and suggesting the appropriate responses .

9- Introducing WAMY's objectives and activities to the various Muslim student and youth organisations.

10- Exploring the possibility of sponsoring some of the talented members of these organiastions through WAMY's sponsorship program.

11- Recommending the most effective projects that organisations do, in order for them to gain support and help.



Holding an exhibition at a spiritual conference, London 1997



Sponsoring Ibn Battuta Camp,

Holland 1997



Sponsoring the sisters camp for the Cultural Association of Muslim Women in Switzerland, Switzerland 1997





Sponsoring the National Education Conference,

London 1997

About us | Activities | Services | Publications | Wamy Members
Ask the Scholar | Introducing Islam | WAMY Leaflets | Links | Press Release | Announcements
Email: wamy@wamy.co.uk

Copyright of
WAMY


Design by MDnet

PEC-WAMY014982