In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

No. _____

Date _____

[document background:] [logo] World Assembly of Muslim Youth
WAMY 1392 A.H. – Riyadh – 1972 A.D.

Minutes of the Eighth Meeting of the Seventh Session of the Members

of the General Secretariat of the World Assembly of Muslim Youth held on

Wednesday and Thursday, 05/25-26/1419 A.H. [09/16-17/1998 A.D.]

Thanks be to Allah the Lord of all creation, and peace and blessings be upon His servant and prophet, Muhammad, his family, his companions and those who follow in his path until the Day of Judgment.

The members of the General Secretariat of the World Assembly of Muslim Youth held the eighth meeting of their seventh session at 6:00 pm on Wednesday and Thursday, 05/25-26/1419 A.H. corresponding to 09/16-17/1998 A.D., at the Assembly's office in Jeddah.

**The meeting was attended by the following:**

| | | |
|---|---|---|
| 1- Dr. Mane' Bin Hammad Al-Jahni | The Assembly's Secretary General | |
| 2- Dr. Ibrahim Bin Hamad Al-Qa'eed | Assistant Secretary General of Executive Affairs [signature] | |
| 3- Dr. Humaid Bin Khalil Al-Shaiji | Assistant Secretary General of Planning and Follow-up | |
| 4- Dr. Oweish Bin Harbi Al-Ghamedi | Assistant Secretary General of the Jeddah Office | |
| 5- Dr. Mohammed Bin Ahmed Al-Farraj | Member of the Secretariat's Board | |
| 6- Dr. Khalid Bin Abdul Rahman Al-Ojaimi | Member of the Secretariat's Board | |
| 7- Dr. Suleiman Bin Nasser Basahel | Member of the Secretariat's Board | |
| 8- Dr. Saleh Bin Ibrahim Al-Sanee' | Member of the Secretariat's Board [signature] | |
| 9- Dr. Abdul Rahman Bin Hadi Al-Sharmani | Member of the Secretariat's Board | |
| 10- Dr. Saleh Bin Suleiman Al-Wahibi | Member of the Secretariat's Board | |
| 11- Dr. Saleh Bin Omar Badahdah | Member of the Secretariat's Board [signature] | |
| 12- Dr. Abdullah Sayyid Taher | Board Member and the Assembly's Representative in the Indian Subcontinent | |
| 13- Dr. Mohammed Abdul Rahman Siyarla | Board Member and the Assembly's Representative in South America | |
| 14- Mr. Sidi Ghali Lou | Board Member and the Assembly's Representative in West Africa | |
| 15- Mr. Ibrahim Milazi | Board Member and the Assembly's Representative in South Africa | |

CONFIDENTIAL

WAMYSA051692

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH



EXHIBIT

WAMY EX. 17



EXHIBIT
ABDULLAH
281
LVF 10-21-19

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

| No. _____ | [document background:] [logo] World Assembly of Muslim Youth |
| Date _____ | WAMY 1392 A.H. – Riyadh – 1972 A.D. |

**The meeting was also attended by the following:**

1- Dr. Saad Bin Saeed Al-Humaidi — General Supervisor of the Assembly's Office in the Southern District

2- Dr. Abdul Rahman Bin Abdul Aziz Al-Rabia — General Supervisor of the Assembly's Office in the Eastern District

3- Dr. Khalid Bin Youssef Al-Bayaajan — Deputy General Supervisor of the Assembly's Office in the Eastern District

4- Dr. Jamal El-Din Bin Youssef Silaghour — Resource Development Officer at the Assembly's Office in the Eastern District

**The following Members were unable to attend:**

1- Dr. Salem Badmanah — Board Member and the Assembly's Representative in East Africa

2- Mr. Abdul Rahim Rashid — Board Member and the Assembly's Representative in Australia

3- Mr. Abdullah Bin Laden — Board Member and the Assembly's Representative in North America

4- Mr. Hussein Mihdar — Board Member and the Assembly's Representative in Western Europe

5- Dr. Abdullah Abu Seif Al-Jahni — General Supervisor of the Assembly's Office in Medina

His Excellency the Assembly's Secretary General, Dr. Mane' Bin Hammad Al-Jahni, chaired the meeting. He brought the meeting to order by thanking Allah and praising Him, wishing peace and blessings upon Prophet Muhammad, his family and his companions, and thanking Almighty Allah for granting success and facilitating the Assembly and its staff's service of Islam and Muslims. He also thanked the Board members for attending the meeting. The Secretary General apologized to the Secretariat's Board members abroad for the undue delay in the Board meeting, and indicated that the Assembly bears responsibility for that. He added that some of the reasons for the delay were beyond its control. The Secretary General also sincerely thanked the staff at the Assembly's office in the Western District for doing a good job arranging and preparing for the meeting. The Board then discussed the agenda items, which were as follows:

**First: The seventh meeting's agenda items:**

The Board reviewed the minutes of the Assembly Board's seventh meeting and approved them. The Board stressed the importance of translating the meeting minutes and sending them to the foreign offices on a consistent basis.

**Second: The Secretary General's report:**

The Secretary General presented a brief report about the accomplishments achieved during the past period, as well as the Board members' official and unofficial visits and meetings. He then thanked everyone for the efforts they exerted to achieve these accomplishments.

CONFIDENTIAL                                                    WAMYSA051693

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431 Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710 Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431 Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710 Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

No. _____        [document background:] [logo] World Assembly of Muslim Youth
Date _____                 WAMY 1392 A.H. – Riyadh – 1972 A.D.

### Third: The foreign offices' reports:

The Assembly's representatives abroad, who attended the meeting, presented reports about their offices' activities and accomplishments. These regions were as follows:

1- The West Africa region                    2- The South Africa region
3- The Indian subcontinent region            4- The South America region

The presentations pertained to the activities and accomplishments that were achieved in the areas of da'wa, intellectual endeavors, education and aid, such as digging wells, building mosques, and helping the victims of wars and floods in these regions. The presentations also pertained to the relationship between each office and the local official authorities. Indeed, the offices in Malawi and the Senegal stated that they have a good and close relationship with the local authorities. In contrast, the Bangladesh Office stated that it had not been able to officially register the office with the Bangladeshi government to date, despite submitting two requests to that effect and paying the registration fees.

After discussing the reports presented, the Board recommended the following:

1- Approval should be granted to officially register the foreign offices with the local authorities, as non-governmental charitable organizations, in order to protect these offices and their employees, and the General Secretariat in Riyadh should do everything it can to facilitate this process.

2- The Embassy of Bangladesh in Riyadh should be contacted in order to facilitate the process of registering the Assembly's office with the Non-Governmental Organizations Council in Bangladesh.

3- An office's activity should cover the entire regional area under its administration and not just the town wherein the office is headquartered.

4- Approval should be granted to implement a full-day program of educational and da'wa activities because this approach has a positive effect on participants and results in cost savings.

5- The offices should send monthly summary reports about the office's activities as well as other detailed quarterly reports, along with photos and film footage (if possible) to each entity to which the office reports in the Kingdom and to the General Secretariat. These reports should be sent on a consistent basis so they can be used in the Assembly's media publications and in the annual report.

CONFIDENTIAL                                      WAMYSA051694

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims."
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

No. _____

Date _____

[document background:] [logo] World Assembly of Muslim Youth
WAMY 1392 A.H. – Riyadh – 1972 A.D.

6- The offices should systematically and consistently send financial reports that are separate from the activity reports, along with invoices and receipts. The office's budget should also be divided into two parts: The first part would pertain to the office's administrative expenses and the second part would pertain to the sums spent on cultural, da'wa and educational activities. Moreover, administrative expenses should be no higher than 25% of the approved budget.

7- Attention should be paid to the Youth Mail Bulletin, and it should focus on the news and activities undertaken by the offices so as to be an effective means of transmitting program and activity information among the offices and a source for the Assembly's periodic reports about each office's day-to-day activities.

8- The Assembly's foreign offices and advocacy committees within the domestic offices should coordinate and cooperate with each other in the area of implementing activities and programs in the regions covered by the office.

9- When supporting any project, one must ensure that the project is registered as a charitable endowment and that it is not privately owned so as to avoid potential future problems and disputes, in the event a dispute among the heirs, resulting in a waste of Muslims' assets.

10- The South America Office should focus on media publications that are issued in Spanish (Al-Qasr) so they can reach the level required of publications bearing the Assembly's name and provide correct Islamic education. Moreover, a good distribution plan should be developed so these publications can be distributed continuously to Muslims in Spanish-speaking countries and not just in Argentina.

**Fourth: The Foreign Office Evaluation Committee's report:**

The Board reviewed the Foreign Office Evaluation Committee's report (which was submitted during the seventh meeting) and recommended the following:

1- The second paragraph on the fourth page of the report should be revised to read as follows: "one must ensure that the Assembly's offices are independent from any political or factional connections."

2- The tenth article on the fifth page of the report should be deleted.

3- The twelfth article should be forwarded to the General Secretariat so it can be studied in light of the Assembly's Articles of Association.

4- The General Secretariat should follow up on the implementation of the recommendations set forth in the report and circulate them to the offices.

CONFIDENTIAL                                          WAMYSA051695

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims."
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

| No. _____ | [document background:] [logo] World Assembly of Muslim Youth |
| Date _____ | WAMY 1392 A.H. – Riyadh – 1972 A.D. |

### Fifth: The Membership Committee's report:

The Board discussed the report submitted by the Membership Committee, which was formed pursuant to the Board of Trustee's decision during its seventh meeting, and recommended the following:

1- The Committee's recommendations should be approved and implemented.

2- The membership requirements set forth in the report should be amended in accordance with the attached [document].

### Sixth: The Eighth Global Conference Committee's report:

The Chairman of the Preparatory Committee and the Chairman of the Program Committee submitted a report about the arrangements and procedures pertaining to the conference. After discussing the report, the Board recommended the following:

1- The proposed structure for the conference's program should be approved.

2- A paragraph about the workshop on regional areas should be added to the program so a meeting can be set for the associations and entities that represent a specific work area to discuss the affairs that are important to their region and so a work paper can be presented to the general assembly.

3- A general committee should be created for the exhibition and its members should consist of one person from each of the Assembly's domestic offices, provided that one of the chief executives of the General Secretariat's Exhibition Committee makes an urgent field visit to the domestic offices in order to conduct final coordination in preparation for the exhibition, view the items in their possession that could be exhibited, and choose the appropriate items from among them.

### Seventh: The seventh session report:

The Board reviewed the seventh session report submitted by the Reports Committee and approved its structure. It also recommended correcting the spelling mistakes and completing the missing information.

### Eighth: The proposed Articles of Association:

The Board discussed the proposed Articles of Association and recommended the following:

1- Some slight formatting modifications should be made to the fifth, eighth, tenth, eleventh, twelfth, fifteenth, sixteenth, and twenty first articles as indicated in the attached memorandum.

2- Once modified, the Articles of Association should be translated into English.

3- The Articles of Association should be sent to the member associations for review in preparation for their presentation to the general assembly, with an explanation of the reason for the delay in sending them and an attempt to convince them to accept the Secretariat's excuse.

CONFIDENTIAL                    WAMYSA051696

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who invites to Allah and does righteousness and says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

No. _____

Date _____

[document background:] [logo] World Assembly of Muslim Youth
WAMY 1392 A.H. – Riyadh – 1972 A.D.

The meeting was adjourned at 7:30 pm on Thursday, 05/26/1419 A.H. [09/17/1998 A.D.].

Allah is the source of success and the guide to the righteous path.

| Attendees | Signature |
|---|---|
| 1- Dr. Mane' Bin Hammad Al-Jahni | [signature] |
| 2- Dr. Ibrahim Bin Hamad Al-Qa'eed | [signature] |
| 3- Dr. Humaid Bin Khalil Al-Shaiji | [signature] |
| 4- Dr. Oweish Bin Harbi Al-Ghamedi | [signature] |
| 5- Dr. Mohammed Bin Ahmed Al-Farraj | |
| 6- Dr. Khalid Bin Abdul Rahman Al-Ojaimi | [signature] |
| 7- Dr. Suleiman Bin Nasser Basahel | |
| 8- Dr. Saleh Bin Ibrahim Al-Sanee' | [signature] |
| 9- Dr. Abdul Rahman Bin Hadi Al-Sharmani | |
| 10- Dr. Saleh Bin Suleiman Al-Wahibi | [signature] |
| 11- Dr. Saleh Bin Omar Badahdah | [signature] |
| 12- Dr. Abdullah Sayyid Taher | |
| 13- Dr. Mohammed Abdul Rahman Siyarla | |

CONFIDENTIAL

WAMYSA051697

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

In the Name of Allah, the Beneficent, the Merciful

**World Assembly of Muslim Youth**

[logo]
"And who is better in speech than one who
invites to Allah and does righteousness and
says, 'Indeed, I am of the Muslims.'
World Assembly of Muslim Youth
WAMY
1392 A.H. – Riyadh – 1972 A.D.
25 YEARS IN SERVICE OF MUSLIM YOUTH

No. _____        [document background:] [logo] World Assembly of Muslim Youth
Date _____        WAMY 1392 A.H. – Riyadh – 1972 A.D.

| Attendees | Signature |
|---|---|
| 14- Mr. Sidi Ghali Lou | |
| 15- Mr. Ibrahim Milazi | |
| 16- Dr. Saad Bin Saeed Al-Humaidi | [signature] |
| 17- Dr. Abdul Rahman Bin Abdul Aziz Al-Rabia | [signature] |
| 18- Dr. Khalid Bin Youssef Al-Bayaajan | |
| 19- Dr. Jamal El-Din Bin Youssef Silaghour | |

CONFIDENTIAL                    WAMYSA051698

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH

P.O. Box 10845, Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel: (01) 4641669 (4) Lines / 4655431
Telex: 400413 / 405220 ISLAMI SJ – Fax: (01) 4641710
Cable: ISLAMIYAH RIYADH



بسم الله الرحمن الرحيم

# الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth

الرقــم ................................
التاريخ ................................

محضر الاجتماع الثامن لأعضاء مجلس الأمانة للندوة العالمية للشباب الإسلامي

الدورة السابعة والمنعقد في يومي الأربعاء والخميس ٢٥ – ٢٦ / ٥ / ١٤١٩هـ

الحمد لله رب العالمين والصلاة والسلام على عبده ونبيه محمد ( وعلى آله وصحبه ومن سار على هديه إلــى يوم الدين .

عقد أعضاء مجلس الأمانة اجتماعهم الثــامن للــدورة الســابعة فــي يومـي الأربعــاء والخميـس ٢٥ - ٢٦ / ٥ / ١٤١٩ هـ الموافق ١٦ - ١٧ / ٩ / ١٩٩٨م في تمام الســاعة السادسـة مســاءً وذلـك بمكتب الندوة في مدينة جدة .

وقد حضر الاجتماع كل من :

| | |
|---|---|
| ١ - الدكتور مانع بن حمّاد الجهني | الأمين العام للندوة |
| ٢ - الدكتور إبراهيم بن حمد القعيد | الأمين العام المساعد للشؤون التنفيذية |
| ٣ - الدكتور حميد بن خليل الشايجي | الأمين العام المساعد للتخطيط والمتابعة |
| ٤ - الدكتور عويش بن حربي الغامدي | الأمين العام المساعدة لمكتب جدة |
| ٥ - الدكتور محمد بن أحمد الفراج | عضو مجلس الأمانة |
| ٦ - الدكتور خالد بن عبد الرحمن العجيمي | عضو مجلس الأمانة |
| ٧ - الدكتور سليمان بن ناصر باسهل | عضو مجلس الأمانة |
| ٨ - الدكتور صالح بن إبراهيم الصنيع | عضو مجلس الأمانة |
| ٩ - الدكتور عبدالرحمن بن هادي الشمراني | عضو مجلس الأمانة |
| ١٠- الدكتور صالح بن سليمان الوهيبي | عضو مجلس الأمانة |
| ١١- الدكتور صالح بن عمر بادحدح | عضو مجلس الأمانة |
| ١٢- الدكتور عبد الله سيد طاهر | عضو المجلس وممثل الندوة في شبه القارة الهندية |
| ١٣- الدكتور محمد عبدالرحمن سيار لا | عضو المجلس وممثل الندوة في قارة أمريكا الجنوبية |
| ١٤ - الأخ / سيدي غالي لو | عضو المجلس وممثل الندوة في غرب القارة الإفريقية |
| ١٥ - الأخ / إبراهيم ميلازي | عضو المجلس وممثل الندوة في جنوب القارة الإفريقية |

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH Riyadh

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – شــارع الأمير عبدالعزيز بن مســاعد بـن جلـوي
السليمانية- المملكة العربية السعودية – هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - لاكس : ٤٦٤١٧١٠ (٠١)
برقيا : إسـلامـــة الـ ــاط

CONFIDENTIAL

WAMYSA051692

بسم الله الرحمن الرحيم



# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

الرقــم ...............................

التاريخ ...............................

**كما حضر الاجتماع كل من :**

١ - الدكتور سعد بن سعيد الحميدي      المشرف العام على مكتب الندوة بالمنطقة الجنوبية

٢ - الدكتور عبدالرحمن بن عبدالعزيز الربيعة      المشرف العام على مكتب الندوة بالمنطقة الشرقية

٣ - الدكتور خالد بن يوسف البيعجان      نائب المشرف العام على مكتب الندوة بالمنطقة الشرقية

٤ – الدكتور جمال الدين بن يوسف سيلاغور      مسئول تنمية الموارد في مكتب الندوة بالمنطقة الشرقية

**واعتذر عن الحضور كل من :**

١ - الدكتور سالم بادمانه      عضو المجلس وممثل الندوة في شرق القارة الإفريقية

٢ - الأخ / عبدالرحيم رشيد      عضو المجلس وممثل الندوة في قارة استراليا

٣ - الأخ / عبد الله بن لادن      عضو المجلس وممثل الندوة في قارة أمريكا الشمالية

٤ - الأخ / حسين محضار      عضو المجلس وممثل الندوة في أوربا الغربية

٥ - الدكتور / عبدالله أبو سيف الجهني      المشرف العام على مكتب الندوة بالمدينة المنورة

وترأس الاجتماع سعادة الدكتور / مانع بن حمّاد الجهني الأمين العام للندوة . وافتتح الاجتماع بحمـــد الله والثناء عليه والصلاة والسلام على نبيه محمد وعلى آله وصحبه أجمعين ، وشكر الله تعالى على توفيقــــه وتيسيره للندوة والقائمين عليها لخدمة الإسلام والمسلمين . ثم شكر أعضاء المجلس على حضورهم الاجتمـــاع وقد الأمين العام الاعتذار للأخوة أعضاء مجلس الأمانة في الخارج لتأخر اجتماع المجلس أكثر ممـــا ينبغــي وبين أن الندوة تتحمل المسئولية ، وإن كان بعض أسباب ذلك خارجة عن إرادتها . كما وجه الأميـــن العـــام شكراً خالصاً للقائمين على مكتب الندوة في المنطقة الغربية على حسن الترتيب والإعداد للاجتماع . ثم شـــرع المجلس في مناقشة الموضوعات المدرجة على جدول الأعمال وكانت كالتالي :

**أولاً : الموضوعات المدرجة في جدول الاجتماع السابع :**

استعرض المجلس محضر الاجتماع السابع لمجلس الأمانة وتمت المصادقة عليـــه . وقـــد أوصـــى المجلس بضرورة الالتزام بترجمة محاضر الاجتماعات وإرسالها للمكاتب الخارجية بصفة مستمرة -

**ثانياً : تقرير الأمين العام :**

قدم الأمين العام تقريراً مختصراً عما تم إنجازه خلال الفترة الماضية والزيـارات واللقـاءات الرسـمية وغير الرسمية التي قام بها أعضاء المجلس . ثم قدم شكره للجميع على ما قاموا به من جهد في سبيل تحقيـق تلك الإنجازات .

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 40522O ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ – شـارع الأمير عبـدالعزيز بن مسـاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقياً : إسلامية الرياض

CONFIDENTIAL

WAMYSA051693



بسم الله الرحمن الرحيم

الندوة العالمية للشباب الاسلامي

**World Assembly of Muslim Youth**

الرقـم ...................

التاريخ ...................

**ثالثاً : تقارير المكاتب الخارجية :**

قدم ممثلو الندوة في الخارج الذين حضـــروا الاجتمــاع تقــاريرعن مناشـط وإنجــازات مكاتبهـم وهي كالتالي :

١ - منطقة غرب القارة الإفريقية .          ٢ – منطقة جنوب القارة الإفريقية .

٣ - منطقة شبه القارة الهندية .          ٤ – منطقة أمريكا الجنوبية .

حيث تم استعراض المناشط والإنجازات التي تمت فـي المجــالات الدعويــة والفكريــة والتربويــة والتعليمية والبرامج المساندة كحفر الآبار وبناء المساجد ومساعدة متضرري الحروب والفيضانات فـي تلـك المناطق . كما تم استعراض العلاقة بين كل مكتب والجهات الرسمية المحلية حيث أفاد كل من مكتب مـــلاوي والسنغال بأن العلاقة جيدة ووطيدة مع السلطات المحلية . بينما أفاد مكتب بنغلاديش بعدم التمكن من تسـجيل المكتب رسمياً لدى الحكومة البنغلاديشية حتى الآن على الرغم من تقديم طلبين بهذا الخصوص ودفع رسـوم التسجيل .

وبعد مناقشة التقارير المقدمة أوصى المجلس بالآتي :

١ - أن يتم اعتماد تسجيل المكاتب الخارجية رسمياً لدى السلطات المحلية كمنظمات خيريــة غـير حكوميـة حماية للمكتب والعاملين فيه ، وأن تقدم الأمانة العامة في الرياض كل التسهيلات المطلوبة لهذا الغرض .

٢ - مخاطبة السفارة البنغلاديشية في الرياض لتسهيل عملية تسجيل مكتب الندوة لدى مجلس المنظمات غـير الحكومية في بنغلاديش .

٣ - يجب أن يغطى نشاط كل المكتب كل المنطقة الإقليمية التي تحت إدارته وليس البلد مقر المكتب فقط .

٤ - اعتماد تطبيق برنامج اليوم الكامل في الأنشطة التربوية والدعوية لما لهذا الأسلوب من مردود جيد علــى المشاركين وتوفير في التكاليف .

٥ - يجب أن ترسل المكاتب تقارير مختصرة عن أنشطة المكتب بشكل شهري وأخرى مفصلة كل ثلاثة أشهر مدعومة بالصور والأفلام ( ما أمكن ) إلى كل من الجهة التي يتبع لها المكتب في المملكة وإلــى الأمانــة العامة . ويجب إرسال هذه التقارير بصفة منتظمة من أجل الاستفادة منها في منشورات الندوة الإعلاميـة وفي التقرير السنوي .

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ - شــارع الأمير عبـدالعزيز بن مســاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ ( ٠١ ) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ ( ٠١ )
بـرقـا : إسلاميـة الرياض

CONFIDENTIAL

WAMYSA051694



بسم الله الرحمن الرحيم

# الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

الرقـم ..........................

التاريخ ..........................

٦ - على المكاتب إرسال التقارير المالية بصفة دورية ومستمرة وبشكل منفصل عن تقارير الأنشطة مدعومة بالفواتير وإيصالات الصرف ، كما يجب أن تكون ميزانية المكتب مقسومة إلى قسمين: القسم الأول يتعلـق بالمصاريف الإدارية للمكتب والقسم الآخر يتعلق بما يصرفه على المناشط الثقافية والدعوية والتربويــة . كما ينبغي أن لاتزيد نسبة المصاريف الإدارية عن ٢٥% من الميزانية المعتمدة .

٧ - يجب الاهتمام بنشرة بريد الشباب وأن تركز على الأخبار والمناشط التي تقوم بها المكاتب لتكون وسيلة فعالة لنقل معلومات البرامج والأنشطة بين المكاتب ومصدر لتقارير الندوة الدورية عن المناشـط اليوميــة لكل مكتب .

٨ - ضرورة التنسيق والتعاون بين مكاتب الندوة الخارجية ولجان المناصرة الموجودة في المكاتب الداخلية فـي مجال تنفيذ الأنشطة والبرامج في المناطق التي يغطيها المكتب .

٩ - عند دعم أي مشروع يجب التأكد من أن المشروع مسجل كوقف خيري وليس مملوكـاً ملكيـة خاصــة لتنجب المشاكل والخلافات المستقبلية التي قد تنتج عن الاختلاف بين الورثة وتكون سبباً في إهدار أمـوال المسلمين .

١٠ - على مكتب أمريكا الجنوبية الاهتمام بالمطبوعة الإعلامية التي يقوم بإصدارها باللغة الأسبانية (القصـر) لترقى إلى المستوى المطلوب كمطبوعة إعلامية تحمل اسم الندوة وتوفر الثقافة الإسلامية السليمة . كمــا يجب وضع خطة توزيع جيدة حتى يتسنى توزيعها بشكل مستمر على المسلمين في الدول الناطقــة باللغة الأسبانية وليس الأرجنتين فقط .

**رابعاً : تقرير لجنة تقييم المكاتب الخارجية :**

استعرض المجلس تقرير لجنة تقييم المكاتب الخارجيــة ( الـذي قُـدم فـي الاجتمــاع السـابـع ) وأوصى بالآتي :

١ - تعديل الفقرة الثانية من التقرير الواردة في الصفحة الرابعة إلى الآتي ( ضرورة التأكيد على استقلالية مكاتب الندوة عن أي ارتباطات سياسية أو حزبية ) .

٢ - إلغاء المادة العاشرة الواردة في الصفحة الخامسة من التقرير .

٣ - إحالة المادة الثانية عشرة إلى الأمانة العامة لدراستها في ضوء النظام الأساسي للندوة .

٤ - تتولى الأمانة العامة متابعة تنفيذ التوصيات الواردة في التقرير وتعميمها على المكاتب .

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : (٠١) ٤٦٤١٧١٠
برقيا : إسلامية الرياض

CONFIDENTIAL

WAMYSA051695



بسم الله الرحمن الرحيم

الندوة العالمية للشباب الاسلامي
**World Assembly of Muslim Youth**

الرقــم ..............................................
التاريخ ..............................................

**خامساً : تقرير لجنة العضوية :**

ناقش المجلس التقرير المقدم من لجنة العضوية المشكلة بناء على قرار مجلس الأمانة فـي اجتماعـه السابع ، وقد أوصى بالآتي :

١ - الموافقة على توصيات اللجنة والعمل على تنفيذها .

٢ - تعديل شروط العضوية الوارده في التقرير حسب ما هو مرفق .

**سادساً : تقرير لجنة المؤتمر العالمي الثامن :**

قدم كل من رئيس اللجنة التحضيرية ورئيس لجنة البرنامج تقريــراً عـن الترتيبـات والاجـراءات الخاصة بالمؤتمر . وبعد مناقشة التقرير أوصى المجلس بالآتي :

١ - الموافقة على هيكل برنامج المؤتمر المقترح .

٢ - إضافة فقرة ورش عمل المناطق الإقليمية للبرنامج ، بحيث يخصص وقت لاجتماع الجمعيات والـهيئات التي تمثل منطقة عمل محددة للمداولة في الشئون التي تهم منطقتهم لتقديم ورقة عمل للجمعية العمومية .

٣ - تشكيل لجنة عامة للمعرض تكون بعضوية شخص من كل مكتب من مكاتب الندوة الداخلية على أن يقـوم أحد المسئولين الرئيسين من لجنة المعرض في الأمانة العامة بزيارة ميدانية عاجلــة للمكـاتب الداخليـة للتنسيق النهائي في إعداد المعرض والاطلاع على مالديها من مواد قابلة للعرض واختيار المناسب منها .

**سابعاً : تقرير الدورة السابعة :**

استعرض المجلس تقرير الدورة السابعة المقدم من لجنة التقــارير ووافـق علـى هيكلـه وأوصـى بتصويب الأخطاء الإملائية وإكمال المعلومات الناقصة .

**ثامناً : النظام الإساسي المقترح :**

ناقش المجلس النظام الأساسي المقترح وأوصى بالآتي :

١ - إجراء بعض التعديلات الشكلية الطفيفة على المادة الخامسة والثامنة والعاشرة والحادية عشــرة والثانيـة عشرة والخامسة عشرة والسادسة عشرة والحادية والعشرين ، كما هو مبين في المذكرة المرفقة .

٢ - ترجمة النظام بعد تعديله للغة الإنجليزية .

٣ - إرسال النظام إلى الجمعيات الأعضاء للاطلاع عليه تمهيداً لعرضه على الجمعية العمومية مــع توضيـح سبب التأخير في الإرسال ومحاولة إقناعهم بقبول عذر الأمانة .

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

ص .ب ١٠٨٤٥ الرياض ١١٤٤٣ - شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
دقا : إسلامية رياض

CONFIDENTIAL

WAMYSA051696



بسم الله الرحمن الرحيم

# الندوة العالمية للشباب الاسلامي
## World Assembly of Muslim Youth



الرقـم ...........................

التاريخ ...........................

هذا وقد أختتم الاجتماع في تمام الساعة السـابعة النصـف مـن مسـاء يـوم الخميـس الموافـق
٢٦ / ٥ / ١٤١٩هـ .

والله الموفق والهادي إلى سواء السبيل .

**الحضور**

التوقيع

١ - الدكتور مانع بن حمّاد الجهني

٢ - الدكتور إبراهيم بن حمد القعيد

٣ - الدكتور حميد بن خليل الشايجي

٤ - الدكتور عويش بن حربي الغامدي

٥ - الدكتور محمد بن أحمد الفراج

٦ - الدكتور خالد بن عبد الرحمن العجيمي

٧ - الدكتور سليمان بن ناصر باسهل

٨ - الدكتور صالح بن إبراهيم الصنيع

٩ - الدكتور عبدالرحمن بن هادي الشمراني

١٠ - الدكتور صالح بن سليمان الوهيبي

١١ - الدكتور صالح بن عمر بادحدح

١٢ - الدكتور عبد الله سيد طاهر

١٣ - الدكتور محمد عبدالرحمن سيارلا

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH
E-Mail :

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـارع الأمير عبدالعزيز بن مسـاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ ( ٠١ ) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ ( ٠١ )
برقيا : إسلامية الرياض

CONFIDENTIAL
WAMYSA051697



بسم الله الرحمن الرحيم

## الندوة العالمية للشباب الإسلامي
## World Assembly of Muslim Youth

الرقــم ........................
التاريخ ........................

| التوقيع | الحضور |
|---|---|
| | ١٤ - الأخ / سيدي غالي لو |
| | ١٥ - الأخ / إبراهيم ميلازي |
| ✍ | ١٦ - الدكتور سعد بن سعيد الحميدي |
| ✍ | ١٧ - الدكتور عبدالرحمن بن عبدالعزيز الربيعة |
| | ١٨ - الدكتور خالد بن يوسف البيجان |
| | ١٩ - الدكتور جمال الدين بن يوسف سيلاغور |

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ - شـارع الأمير عبدالعزيز بن مسـاعد بـن جلـوي
السليمانية - المملكة العربية السعودية - هاتف ٤٦٤١٦٦٩ (٠١) أربع خطوط / ٤٦٥٥٤٣١
تلكس : ٤٠٥٢٢٠ / ٤٠٠٤١٣ إسلامي إس جي - فاكس : ٤٦٤١٧١٠ (٠١)
برقيـا : إسـلاميـة الريـاض.

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH Riyadh

CONFIDENTIAL                                                    WAMYSA051698



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):

1_WAMYSA01519_EN-US
2_WAMYSA030079-81 (Aulaqi)_EN-US
3_WAMYSA167861_EN-US
4_WAMYSA189391_EN-US
5_WAMYSA190249_EN-US
6_WAMYSA341489_EN-US
7_WAMYSA341490-341492_EN-US
8_WAMYSA341500-341502_EN-US
9_WAMYSA341503-341505_EN-US
WAMY SA 222029_EN
WAMYSA051692-51698-EN
WAMYSAE001124-1133-EN

Source Language(s)    Arabic

Target Language(s)    English(US)

Authorized Signature:

Name:    Paola Valenti

Title:    Project Assistant

Date:    Tuesday, February 27, 2018

Signature, Notary Public:

MARGARET GRIFFIN
Notary Public - State of New York
No. 01GR6352403
Qualified in KINGS County
Commission Expires DEC 27, 2020

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

TP-PM-401-W037-F001 Certification with Notary v.1
Effective: 16-March-2017

Page 1 of 1
© 2018 TransPerfect Translations International, Inc. (TransPerfect).