UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923

## DECLARATION OF IBRAHIM ANWAR IBRAHIM IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH

I, Ibrahim Anwar Ibrahim, declare that the following statements are true and correct under penalty of perjury:

1. I am not a party in the above captioned matter.

2. I am an Iraqi citizen.

3. I am an employee of the World Assembly of Muslim Youth, Pakistan office ("WAMY Pakistan") and am familiar with its work and operations.

1



EXHIBIT

WAMY EX. 18

4. WAMY Pakistan coordinates humanitarian projects in a variety of countries. WAMY Pakistan's projects are organized into four divisions: Health, Orphans, Education, and Architecture (for the construction of mosques and wells).

5. WAMY's old mailing address in Peshawar was Peshawar Town, Spingay, P.O. Box 1055, Pakistan. Mail was collected from this address and bought back to the WAMY office. Everyone employed by WAMY Pakistan had access to this mailbox. WAMY Pakistan moved from Peshawar, Pakistan to Islamabad, Pakistan in 2003 to House # 267 B Sector # F-10, Islamabad, Pakistan.

6. The address P.O. Box 1055 in Peshawar Pakistan was also used by individual employees of WAMY Pakistan to receive their mail for their convenience. This was also the address for an organization that was at one time part of WAMY Pakistan, Lajnat Al-Birr Al-Islamiyyah ("LBI"). This was never the address for any other organization.

7. I started my employment with WAMY Pakistan in Hijri Year 1416 (1996) with the Orphans Division. The organization I first worked for was called Lajnat Al-Birr Al-Islamiyyah ("LBI") which, while it had its own name, was part of WAMY. At the time, I was in charge of Kunar Province, Afghanistan. One year later, I became responsible for the social

2

department which deals with feeding orphans in all provinces of Afghanistan.

8. I am now the Executive Director of WAMY Pakistan, a position I have held since 2002.

9. In addition to working in the Orphans Division, I have also worked with refugees. Most of the refugee work done by WAMY Pakistan is facilitated by the United Nations ("UN"), the Pakistan government Ministry, the Agency Coordinating Body for Afghan Relief (ACBAR), and the Office of the Commission of Afghan Refugees ("Commission"). All charitable work done in Peshawar, Pakistan has always been regulated by either the UN or the Commission.

10. At all times WAMY Pakistan had joint projects with the UN including providing health services and food relief (in conjunction with the World Food Program). In these instances, WAMY Pakistan would propose the plan for the project to the UN which would then review it and, when approved, provide financing for the project. Plans would be reviewed, renewed and financed annually by the UN.

11. WAMY Pakistan also had joint projects with the United Nations Children's Fund (UNICEF). WAMY Pakistan had ten schools in Afghanistan from 1996 to 2017. These schools educated orphans. The schools were private, run by WAMY, but the curriculum was public,

3

approved by the government of Afghanistan. WAMY would submit proposals for assistance for these schools to UNICEF. When these were approved, UNICEF would finance the printing of school books and for school supplies. The schools are for boys and girls with a total of approximately 3,000 students.

12. One particular WAMY Pakistan project of note is the Abu Hanifa Institute in Peshawar, Pakistan. The Institute is still in operation now. Abu Hanifa is a WAMY-run school that provides a comprehensive secondary education to disadvantaged and poverty-stricken youth. There was a large Afghan refugee presence in Peshawar, and as a result, a great deal of Abu Hanifa's students, were Afghan refugees who had no other access to quality education.

13. Abu Hanifa Institute was initially established by LBI. At the time that LBI was subsumed into WAMY in approximately 1997, WAMY took over LBI's active relief projects.

14. Anyone who graduates from Abu Hanifa Institute receives a diploma equivalent to a Baccalaureate degree in a concentration of their choosing. Abu Hanifa enrolls 200 to 220 students, mostly of Afghan origin with some from Pakistan. It has become an accredited school, widely recognized in Islamic Studies and the study of the Arabic language. The Institute has the same curriculum as and is now under the auspices of Peshawar

4

University, a public research university that is among the highest ranked schools in Pakistan.

15.    Additionally, LBI was operating its own orphan projects prior to transitioning into WAMY Pakistan. However, LBI's orphan projects comprised of simply giving individual financial donations to orphans. When WAMY Pakistan took over management of LBI's projects, WAMY determined that just giving donations to orphans was not helpful. Instead, the focus of the orphan projects shifted to building schools and orphanage houses in order to educate orphans. These schools, which are full boarding schools, are still in existence in Afghanistan.

16.    Other WAMY projects include the placement of 2,000 Afghan orphans[1] in various schools, educational projects, religious projects, and week-long camps serving 80 – 100 students. The camps consist of religious discussions, sports activities, and educational activities. WAMY also will distribute food and clothes to participating students. The families of orphans will also receive small financial contributions.

17.    WAMY Pakistan also operates a school for girls. There were two schools in Afghanistan. The schools are still in existence.

---

[1] "Orphan" as used in this document means a child without a father.

18.    The schools run by WAMY follow a standard curriculum focusing on math, science, philosophy, languages in addition to basis religious studies provided by the government of Afghanistan such has how to pray and the teaching of the prophet known as Sunnah.

19.    Another WAMY project was a hospital established by LBI in the Paktika Province in Afghanistan. The hospital was the main hospital in the region consisting of three provinces. WAMY operated this hospital for approximately ten (10) years, giving treatment to all in need. It provided health care for women, surgery, preventive care and general medicine. However, WAMY eventually faced budgetary restrictions, and the management of the hospital was transitioned to the Afghanistan government in 2005 – 2006. The hospital is still owned by WAMY, but it is not currently operated or supported by WAMY. The hospital is now supported by donations from local organizations. The Afghan government has stated that WAMY may operate the hospital again if and when it is ready to do so.

20.    There are currently no WAMY Pakistan projects in India. I have no knowledge of any WAMY Pakistan projects in the Kashmir region of India in the early 1990s. WAMY Pakistan did have projects, and still does have, projects in the Kashmir region of Pakistan.

6

21.    WAMY is a member of the Islamic Coordination Institute. The purpose of this organization is to coordinate the services provided by its member organizations in Peshawar, Pakistan. All of the organizations involved specifically perform relief work. There are no joint projects – just coordination. No money is diverted to the Islamic Coordination Institute from any member organization, including WAMY. The purpose of the Islamic Coordination Institute is to avoid duplication of work amongst the various Islamic relief organizations operating in Afghanistan.

22.    WAMY Pakistan, to my knowledge, has never been involved in joint programs with Wael Julaidan or the Muslim World League.

23.    Prior to working for WAMY, I worked at the International Islamic Relief Organization ("IIRO") from 1991 – 1996. I never worked for both organizations at same time and I am unaware of any joint projects between IIRO and WAMY Pakistan.

24.    I have heard of an organization called the Benevolence International Foundation ("BIF"); I believe that they are a refugee relief organization. However, I have never, to my knowledge, met anyone related to or employed by BIF. In the course of my tenure with WAMY Pakistan, we have never conducted any work, programs, or other business with BIF. From what I understand, BIF was a small organization that did not have the credibility of LBI or WAMY. No one knew about BIF having any

employees. From what I knew, BIF had no physical office, had no address, and did not share the other characteristics of legitimate charities such as WAMY and LBI operating in Pakistan and Afghanistan at the time.

25.   Also, for the entire time I have been with WAMY, and before that LBI, BIF never had mail going to the P.O. Box 1055 in Peshawar Pakistan. Part of my responsibilities was going through all of the mail sent to this post office box and there was never any mail sent there addressed to BIF.

26.   I do not know Adel Batterjee. I had never heard of him including in anything to do with LBI. Whenever I had to communicate with LBI, I spoke Abu Bilal, who was then the head of the social department of LBI.

27.   I have worked with a WAMY Pakistan employee named Adel Hassan Hamad in the Peshawar, Pakistan office for one year. I made no decisions in hiring him. Mr. Hamad was an administrative manager for the WAMY hospital from May 19, 2000 to May 7, 2002.

28.   In 2002, I learned that Adel Hamad was arrested. I understand the claimed basis for the arrest was he was accused of delivering a tape made by Osama Bin Laden. To my knowledge, Mr. Hamad went on vacation to Sudan in June 2002 with his family. He returned in July 2002 to Peshawar. When he returned I met with him about his return to the hospital the following day. I later heard he was detained that evening.

8

29. I knew Adel Hamad to be a very humble, peaceful man devoted to his family. He came from Sudan to work and support his family, nothing more. I was shocked and surprised to hear that he was later in Guantanamo. He is not the type of person that should be there.

30. WAMY Pakistan has never been involved in any *jihad* training. WAMY Pakistan has never approved of organizations conducting any *jihad*-related activities or advocating any such terroristic or militarist beliefs. No one employed by LBI or WAMY was a member of al Qaeda or similar organizations. Additionally, WAMY Pakistan never provided travel documents, equipment, or monetary aid for anyone not directly affiliated with WAMY, LBI, or their projects, especially not for the material support of terroristic or militaristic aims. WAMY was simply involved in the education and relief work for poor civilians.

31. In order to support the relief work, WAMY Pakistan sends annual budget requests to the main WAMY office in Jeddah, Saudi Arabia.

32. WAMY Pakistan's yearly budget is 1,500,000 SR (Saudi riyals).

33. WAMY Pakistan never did any fundraising. It received all its funds from WAMY Saudi Arabia.

34. I interacted with a few members of the WAMY financial office in Jeddah, Saudi Arabia, namely Omar Badahdah, Dr. Abdul Wahab Noorwali, and Dr. Owaish.

9

35. In order to further ensure sound financial practices, a full financial audit of WAMY Pakistan is performed every year. Internal audits and external audits are performed of donations, deposits, financial transfers, expenditures, and project costs. To my knowledge, no internal or external audit ever resulted in financial findings or recommendations that were out of the norm.

36. The Pakistani government always makes sure that non-governmental organizations ("NGOs") like WAMY are abiding by the law. Every year WAMY Pakistan must submit a report to the Pakistan government in order to continue to work in Pakistan as a charitable organization. Employees of WAMY Pakistan who are not Pakistan citizens must also submit annual applications to stay and work in the country.

37. To the best of my knowledge, the government of Pakistan never raided WAMY Pakistan's office.

38. I am aware that Rustam Shah Mahamand, Pakistan's Minister of Internal Affairs, is familiar with and supportive of the humanitarian work done by WAMY Pakistan. He was at one time the head of the commission that reviewed the work and operations of WAMY and other NGOs operating in Pakistan.

39. WAMY Pakistan is in good standing and has a great relationship with the Pakistani government. Just one month ago, WAMY Pakistan again

received approval and a license from the Pakistani government to continue its humanitarian and educational work in Pakistan. Before this type of license is issued, WAMY Pakistan was subject to and passed review by the Pakistan army, Pakistan intelligence and the Pakistan police under both the Ministry of the Interior and the Ministry of Defense.

40.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4-3-2019

Ibrahim Anwar Ibrahim