

بسم الله الرحمن الرحيم

الصندوق الخيري لدعم الطلاب الأكراد

## Kurdish Students Benevolent Support Fund

To the World Assembly of Muslim Youth / Abha Office His Eminence Dr. Saad bin Saeed Al-Humaidi, may God protect him
Peace be upon you, God's mercy and blessings

Sponsorship Project (5) five students

Introduction :
The Charitable Fund for the Support of Kurdish Students is a charitable and educational institution established in 1998 to provide opportunities for Kurdish students to complete higher university studies, and the administrators of this fund put the project of sponsoring (5) five students in your hands to contribute to it with the available financial support to help Kurdish students coming to Sudan for the purpose of study in order to secure housing and appropriate living for them, and there is no doubt that this project contributes significantly in completing the severe shortage of specialized staff, as there are still great and urgent needs for social leaders in these two fields with high scientific qualifications from the sons of the Islamic Awakening, which

Project goals:
1. Facilitating the admission of (5) male and female students and finding scholarships for them in postgraduate studies of master's, doctorate and undergraduate studies whose specializations are not available in the universities of Iraqi Kurdistan.
2. Providing monthly sponsorships and assistance for living, housing, school supplies, and medical treatment.

CONFIDENTIAL

EXHIBIT

WAMY EX. 19

WAMYSA189661

Project requirements:
The project includes sponsoring (5) five students in Sudan with the costs of sending them from Iraqi Kurdistan. Care was taken when preparing the project to select a number of married students whose wives have scientific qualifications to complete their studies in order to optimize the use of sponsorships, rationalize expenses, and ensure the qualification of sisters.
Bail and travel costs were estimated as follows:

First: Travel:

Travel costs from Kurdistan to Sudan are estimated at $500 per student, i.e:
(5) Students x $500 = $2500

Second: Housing and living costs:

1. Single student dormitory furnishing costs $1000
2. The sponsorship of a single student for housing and living is estimated at ($150) per month, and the costs of two students for 12 months are as follows:
   (2) Student x $150 x 12 months = $3600
3. The sponsorship of a married student for housing and living is estimated at (300$) per month, so the amounts required to sponsor (3) married students are as follows:
   3 students x $300 x 12 months = $10800
4. The total amount required to sponsor (5) students with the adaptation of sending them to Sudan is ($17,900)

Address

Sudan - Khartoum - P.O. box: 11656 zip code: 11111
Telefax: 0024911229924
Bank account: Faisal Islamic Bank of Sudan - Expatriate Branch - Account No. 5003178
Email: suhaib974@hotmail.com

CONFIDENTIAL

WAMYSA189662

In the name of God, the Merciful, the Compassionate
Honorable Brother Dr. Hussein Abdulhadi (may God preserve him)
Peace be upon you, God's mercy and blessings

I ask Allah to grant you and all the brothers good health and happiness.

We send you herewith some explanations about the (Charitable Fund to Support Kurdish Students) and some of its achievements and needs for information and follow-up in (The World Assembly of Muslim Youth - Abha Office) according to your kind guidance and we apologize for the delay in its delivery due to many circumstances that cannot be explained. We always look forward to your kind support, advice, and above all, your sincere prayers. Please accept the greetings of all brothers and students of science and their deepest appreciation.

Sheikh Ahmed and the rest of the Syrian brothers greet you with peace and greetings.

As for me, I'm preparing to travel to the country now and maybe in ten days (inshallah)

May God's peace, mercy and blessings be upon you,

Your brother,
Muthanna Amin Nader
July 28, 2001

CONFIDENTIAL

WAMYSA189663

بسم الله الرحمن الرحيم



الصندوق الخيري لدعم الطلاب الأكراد

**Kurdish Students Benevolent Support Fund**

إلى : الندوة العالمية للشباب الاسلامي / مكتب ابها

فضيلة الدكتور سعد بن سعيد الحميدي   حفظه الله

السلام عليكم ورحمة الله وبركاته

# مشروع كفالة ( ٥ ) خمسة طلاب

**مقدمة :**

إن الصندوق الخيري لدعم الطلاب الأكراد مؤسسة خيرية تربوية تأسست في ســنة ١٩٩٨م ، لتهيئــة الفرص للطلبة الأكراد لإكمال الدراسات الجامعية والعليا ، وإذ يضع القائمون على هذا الصنــدوق مشـروع كفالة ( ٥ ) خمسة طلاب بين أيديكم للمساهمة فيه بما يتيسر من الدعم المادي لمساعدة الطلبة الأكراد الوافدين إلى السودان لغرض الدراسة وذلك لتأمين المسكن والمعيشة المناسبة لهم ، ولا شك بان هذا المشروع يساهم بشــكل كبير في إكمال النقص الشديد في الكادر التدريسي الملتزم والمؤهل في الجامعات الثلاث في كردستان وكذلــك في رفد المؤسسات الأخرى بالكادر المتخصص حيث ما زالت هناك حاجات كبيرة وملحة للقيادات الاجتماعيــة في هذين المجالين من ذوي المؤهلات العلمية العالية من أبناء الصحوة الإسلامية والتي عمت جميع شـــرائح المجتمــع الأخرى .

**أهداف المشروع :**

١-   تسهيل قبول ( ٥ ) طالب وطالبة وإيجاد المنح الدراسية لهم في الدراسات العليا من الماجستير والدكتــوراه والدراسات الجامعية التي لا تتوافر تخصصاتها في جامعات كردستان العراق .

٢-   تأمين كفالات شهرية ومساعدات للمعيشة والسكن ومستلزمات الدراسة والعلاج الصحي .

CONFIDENTIAL



WAMYSA189661

**متطلبات المشروع :**

يتضمن المشروع كفالة ( ٥ ) خسة طلاب في السودان مع تكاليف إيفادهم من كردســـتان العــراق ، وتم الحرص عند إعداد المشروع على اختيار عدد من الطلبة المتزوجين ممن تكون لزوجاتهم مؤهلات علمية لإكمـــال الدراسة وذلك للاستثمار الأمثل للكفالات وترشيد النفقات والحرص على تأهيل الأخوات .

وتم تقدير تكاليف الكفالات والسفر كالآتي :

**أولاً : السفر :**

تقدر تكاليف السفر من كردستان الى السودان للطالب الواحد ( ٥٠٠ $ ) فقط ، أي :

( ٥ ) طلاب × ٥٠٠ $ = ٢٥٠٠ $ .

**ثانيا : تكاليف السكن والمعيشة :**

١-  تكاليف تأثيث سكن الطلاب العزاب ١٠٠٠ $ .

٢-  تقدر كفالة الطالب الأعزب للسكن والمعيشة بـ ( ١٥٠ $ ) شهريا ، وتصبح تكاليف طالبين لمـــدة ( ١٢ ) شهرا كالآتي :

( ٢ ) طالب × ١٥٠ $ × ١٢ شهرا = ٣٦٠٠ $

٣-  تقدر كفالة الطالب المتزوج للسكن والمعيشة بـ ( ٣٠٠ $ ) شهريا ، وبهذا تكون المبالغ المطلوبة لكفالة ( ٣ ) طلاب متزوجين كالآتي :

٣ طلاب × ٣٠٠ $ × ١٢ شهرا = ١٠٨٠٠ $ .

٤-  مجموع المبالغ المطلوبة لتامين كفالة (٥) طلاب مع تكاليف إيفادهم إلى السودان يبلــــغ ( ١٧٩٠٠ $ ) ثمانية وأربعون ألفا وخمسمائة دولار فقط .

**العنوان**

السودان – الخرطوم – ص . ب : ١١٦٥٦  الرمز البريدي : ١١١١١

تيلفاكس : ٠٠٢٤٩١١٢٢٩٩٢٤

الحساب البنكي : بنك فيصل الإسلامي السوداني – فرع المغتربين – حساب رقم ٥٠٠٣١٧٨

E-mail: suhaib974@hotmail.com

CONFIDENTIAL

WAMYSA189662

بسم الله الرحمن الرحيم

فضيلة الأخ الأكرم  الدكتور حسين عبد الهادي        ( حفظه الله )

السلام عليكم ورحمة الله وبركاته

أسأل المولى أن تكون وجميع الاخوة على على خير ما يحب ربنا ويرضى , وان تنعموا دومـــا بالصحة والسعادة .

نرسل لكم مرفقا بعض التوضيحات عن (الصندوق الخيري لدعم الطلاب الأكراد) وبعـــض انجازاتـــه وحاجياته للتفضل بالعلم والاطلاع ومتابعتها في ( الندوة العالمية للشباب الاسلامي–مكتب أبها )حسب توجيهكم الكريم ونأسف لتاخير إيصالها لظروف كثيرة لامجال لشرحها ..

ننتظر دوما دعمكم الكريم ونصحكم وقبل ذلك كله دعائكم الخالص . وتقبلـــوا تحيـــات جميـــع الإخوان وطلاب العلم ووافر تقديرهم .

والشيخ أحمد وبقية الاخوة السوريين يهدونك السلام والتحية ..

بالنسبة  لي أتجهز للسفر للبلد الآن وربما يكون ذلك بعد عشرة أيام (انشأالله )

والسلام عليكم ورحمة الله وبركاته

اخوك

مثنى أمين نادر

٢٠٠١-٧-٢٨

CONFIDENTIAL

WAMYSA189663



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Alain Alameddine is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA189637-WAMYSA189827 ( from189661-663 and 733-734)**

Sworn to before me this

_22_ day of _March_ of 2026

Translation Manager

Notary





Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling