

Date: October 12, 1997
Ref:
Honorable Dr. Maneh bin Hamad Al-Johani  May Allah preserve him
Peace, mercy, and blessings of Allah be upon you.

It is well known to you the activity of the Women's College and its role in spreading the sciences of the Qur'an and the Sunnah. The college currently has 900 students, of whom 500 study in the residential section, as they are fully devoted to memorizing the Book of Allah and studying Qur'anic exegesis, Hadith, the prophetic biography, and other religious sciences. This work is among the most virtuous deeds in the sight of Allah, the Exalted.

The college administration also constructs mosques and schools, and it currently supervises more than one hundred branches. May Allah bless you — you have taken a noble stance in supporting the construction of this educational institution, which stands as a beacon of monotheism, the Sunnah, and the call to Allah in a region where ignorance, innovations, superstitions, and the worship of other than Allah have become widespread.

I ask Allah the Most High and Almighty to make this college and its charitable works a continuing charity (sadaqah jariyah) for you and for your parents, to bless your family and wealth, and to guide your descendants. Amen.

As for the students who study in the residential section, most of them come from poor families eligible for zakat. Educating and raising them is among the most beloved deeds to Allah the Almighty, as our Prophet and beloved (peace and blessings be upon him) said to his cousin Ali ibn Abi Talib, may Allah be pleased with him:

"If Allah guides even one man through you, it is better for you than red camels." He also said: "Whoever follows a path seeking knowledge, Allah will make easy for him a path to Paradise."

The Prophet (peace and blessings be upon him) was also asked: Which form of Islam is best? He said: "You feed people and greet with peace those you know

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف:(٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس:٦٢٦٢٠

Khyabaan-e-Sarwar Block A , P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                          WAMYSA399014

CONFIDENTIAL

EXHIBIT

WAMY EX. 20

WAMYSA399014





Date:

Ref:

and those you do not know." Therefore, spending on these students brings two rewards: the reward of feeding people and the reward of education, upbringing, and correcting belief.

The monthly budget of the college is approximately 30,000 Saudi riyals, of which 14,000 riyals are allocated for the students' living expenses. We kindly ask you to write to some benefactors — especially Al-Jamee' Company — to assist the college in supporting its budget and in establishing a charitable endowment for the benefit of the Women's College.

May Allah place this in the scale of your good deeds, compensate you abundantly, and grant you success in every righteous and accepted deed. Amen.

Your brother,
Abdul Karim Qadir Bakhsh

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف:(٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس:٦٢٦٢٠

Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL

WAMYSA399015

٦٢١٢٧

CONFIDENTIAL                                                                     WAMYSA399015

  

Date:

Ref:

Brief Study of the Project:

# Al-Hijaz Charitable Farm Project

A charitable endowment for the benefit of the Women's College

Supervised by  Women's College for Islamic Studies

City of Dera Ghazi Khan – Punjab – Pakistan

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ١٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block ٨ , P.O. Box: ٣٩ Dera Ghazi Khan
Ph  0641- 62100, 64550 Fax: 62620

CONFIDENTIAL                                                    WAMYSA399016

CONFIDENTIAL                                                    WAMYSA399016

 

كلية البنات
للدراسات الإسلامية

**ISLAMIC GIRLS COLLEGE**

Date:
Ref:

### Qur'anic Verses and Prophetic Traditions

Allah the Almighty says:

"The example of those who spend their wealth in the cause of Allah is like a grain that produces seven ears; in each ear are one hundred grains. And Allah multiplies for whom He wills, and Allah is All-Encompassing and Knowing."
And He says:

"Whatever you spend of anything, He will replace it; and He is the best of providers."
The Prophet (peace be upon him) said:

"When a person dies, his deeds come to an end except for three:  a continuing charity, knowledge from which people benefit, or a righteous child who prays for him."  Narrated by Imam Muslim.

He also said:
"Every person will be under the shade of his charity on the Day of Resurrection until judgment is passed among the people."

Narrated by Imam Ahmad and Al-Hakim – Sahih Al-Jami', No. 4510.

ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠
Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                                 WAMYSA399017

CONFIDENTIAL                                                                 WAMYSA399017





كلية البنات
للدراسات الإسلامية

Date:
Ref:

**Al-Hijaz Farm Production Project**

**A continuing charity for the Women's College for Islamic Studies**

This project involves raising buffaloes and cows for production within one year. The animals will be purchased at approximately two years of age, which is the stage when female buffaloes begin breeding and enter the production phase. They will then be fed and given proper veterinary care before calving, after which they will be offered for sale.

At the purchase stage, the buffalo or cow is relatively inexpensive because it is not yet productive and is generally used only for meat. At the sale stage, it will be at the beginning of its productive life, when its market price reaches its best level.

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block ٨, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                                                    WAMYSA399018

CONFIDENTIAL                                                                                    WAMYSA399018



 كلية البـنـات
للدراسات الإسلامية

## Project Requirements

1. Buffaloes and cows
2. Barns for buffaloes and cows
3. A farm for producing fodder
4. Labor to care for the animals in terms of health and nutrition
5. Medicines and vaccines
6. Auxiliary equipment (such as a cart for transporting waste, hoof-trimming tools, etc.)



ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠
Khyabaan-e-Sarwar Block A , P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                            WAMYSA399019

CONFIDENTIAL                                                            WAMYSA399019

Date:
Ref:

## ** Details of Requirements:

### 1. Buffaloes and cows
Available in the market at an average price of 11,000 rupees.

### 2. Barns
We already have barns available, but they require some repairs and renovations.

### 3. Fodder farm
We have a farm covering approximately 143,000 square feet (about 50,000 square meters) as an endowment. Producing fodder there is feasible and inexpensive.

### 4. Labor
One worker is sufficient for every 20 buffaloes, meaning five workers plus a supervisor for the project.

### 5. Medicines and vaccinations
Provided free by the government or at a nominal cost, and they can also be purchased from the market.

### 6. Auxiliary equipment
Some equipment must be purchased or technicians hired when necessary.

ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                                 WAMYSA399020

CONFIDENTIAL                                                                 WAMYSA399020





# كلية البنات
# للدراسات الإسلامية

Date:
Ref:

## ** Project Costs for 100 Buffaloes:

1.  Buffalo purchase at average cost of 11,000 rupees per head.
    $$11,000 \times 100 = 1,100,000$$

2.  Buffalo barns Each buffalo requires 4 × 12 feet
    $$4 \times 12 = 48 \times 100 = 4,800 \text{ square feet}$$
    Land cost: 4,800 × 5 = 24,000 rupees
    Construction cost: 4,800 × 100 = 480,000 rupees

3.  Fodder - average consumption: 20 kg per meal, two meals daily.
    $$100 \times 20 \times 2 = 4,000 \text{ kg per day}$$
    $$4,000 \times 30 \times 12 = 440,000 \text{ kg annually}$$
    Price per kg: 0.5 rupees = 1,440,000 ÷ 0.5 = 720,000 rupees

4.  Labor One worker per 20 buffalos in addition to a supervisor:
    $$5 \times 1,500 = 7,500 \times 12 = 90,000$$
    $$1 \times 2500 \times 12 = 30,000$$

5.  Medicines and vaccines provided for free or at a nominal cost by the government:
    100 × 100 × 12 = 36,000 rupees

6.  Auxiliary equipment and machines @ 1000 a month:
    $$1,000 \times 12 = 12,000 \text{ rupees}$$

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

**Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan**
Ph· 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                      WAMYSA399021

CONFIDENTIAL                                                      WAMYSA399021

 

# ISLAMIC GIRLS COLLEGE

كلية البنات للدراسات الإسلامية

Date:
Ref:
Total Cost:

| Item | Description | Cost |
|------|-------------|------|
| 1. | Buffalo purchase | 1,100,000 |
| 2. | Barn construction | 480,000 |
| 3. | Land price | 24,000 |
| 4. | Fodder | 720,000 |
| 5. | Labor | 120,000 |
| 6. | Medicines and vaccines | 36,000 |
| 7. | Equipment | 12,000 |
| | Total | 2,416,000 |

### Explanation of Production Costs

1. The price of buffaloes is relatively stable.
2. Barns already exist and only require repairs not exceeding 180,000 rupees, resulting in savings of 300,000 rupees.

3. The land already exists and does not need to be purchased, saving 24,000 rupees.

4. Fodder can be produced on our land using existing labor and equipment, saving at least two-thirds of the cost (480,000 rupees).

5. Labor, medicines, and equipment costs are relatively fixed.
   Total expected savings: 804,000 rupees

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ - ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL WAMYSA399022

CONFIDENTIAL WAMYSA399022

  

Date:
Ref:

## Sale of Production and Expected Profit

Each buffalo can be sold one week before or one week after calving for no less than 22,000 rupees.

22,000 × 100 = 2,200,000 rupees

Add savings from barns and fodder: 804,000

Total annual income: 3,004,000 rupees

Total annual expenses: 2,416,000 rupees

Expected profit:  588,000 rupees
     This represents approximately 36% profit of the total project cost, God willing.

## ** Request:
**The required capital for the project (100 buffaloes) is: 1,613,000 Pakistani rupees**
     Equivalent to approximately: 150,000 Saudi riyals
     **And Allah is the One who grants success and guidance.**

ص ب ٣٩ خيابان سرور ، ديرة غازی خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠
Khyabaan-e-Sarwar Block ٨, P.O. Box: ٣٩ Dera Ghazi Khan
Ph 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL

WAMYSA399023

CONFIDENTIAL

WAMYSA399023





CONFIDENTIAL    WAMYSA399024





CONFIDENTIAL





CONFIDENTIAL





CONFIDENTIAL                                                        WAMYSA399027

CONFIDENTIAL                                                        WAMYSA399027





CONFIDENTIAL

CONFIDENTIAL

WAMYSA399028





# ISLAMIC GIRLS COLLEGE

كلية البنات
للدراسات الإسلامية

| Date | التاريخ | ١٤١٨ / ٦ / ١١ |
| Ref | الرقم | |

المكرم فضيلة الدكتور / مانـع بـن حماد الجهنى        حفظه الله

السلام عليكم ورحمة الله وبركاته        وبعد

لايخفى عليكم نشاط كلية البنات ودورها في نشر علوم الكتـاب والسـنه ويدرس فيها ( ٩٠٠ ) تسعمائه طالبة منهن (٥٠٠) يدرسن في القسم الداخلى حيث أنهن متفرغات لحفظ كتاب الله ودراسة التفسير والحديث والسيرة النبويـه وغيرها من العلوم الدينية وهذا العمل من أحسـن الأعمـال الـى الله سبحانه وتعالى.

كما تقوم إدارة الكلية ببناء المساجد والمدارس وتشرف الان على أكثر من مئـه فرع وأنتم بارك الله فيكم وقفه طيبة في بناء هذا الصرح العلمي الذي هـو منارة التوحيد والسنه والدعوة الى الله في منطقة عـم فيـها الجـهل والبـدع والخرافات وعبادة غير الله تعالى .

أسال الله العلى القدير أن يجعل هذه الكلية واعمالها الخيريه صدقه جاريه لكـم ولوالديكم وأن يبارك لكم في اهلكم ومالكم ويصلح ذريتكم .. أمين / أما الطالبات اللواتي يدرسن في القسم الداخلي أكثرهن من العوائل الفقيرة المستحقين للزكاة، فتعليمهن وتربيتهن من أحسن الاعمال وأحبه الى الله تعالى كما قال نبينا وحبيبنا عليه الصلاة والسلام لإبن عمه علي بن أبي طالب رضي الله عنه .

{ لئن يهدى الله بك رجلاً واحداً خير لك من حمر النعم } وقال ايضاً : " من سلك طريقاً يلتمس فيه علماً سهل الله له طريقاً الى الجنه " وقد سئل عليه الصـلاة والسلام أى الإسلام خير ؟ قال : ( تطعم الطعام وتقرأ السلام على من عرفت



ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف:(٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس:٦٢٦٢٠

**Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan**
**Ph: 0641- 62100, 64550 Fox: 62620**

CONFIDENTIAL

WAMYSA399014





# ISLAMIC GIRLS COLLEGE

# كلية البنات للدراسات الإسلامية

Date ――――――――――――    التاريخ ――――――

Ref ――――――――――――    الرقم ――――――

ومن لم تعرف ) فالانفاق عليهن فيه اجران أجر إطعام الطعــام وأجــر التعليـــم والتربيه وإصلاح المعتقد .

ويبلغ ميزانية الكلية حوالى ( ٣٠٠٠٠ ألف ريال ) شهرياً منها ( ١٤٠٠٠ الف ريال ) مصرف إعاشه الطالبات نرجو منكم الكتابة الى بعض المحسنين وخاصـة الى شركة الجميع لمساعدة الكلية في ميزانيتها وفى الوقف الخيرى لصالح كلية البنات .

جعل الله ذلك فى ميزان حسناتكم وأخلف عليم ووفقكم لكل عمل صالم مقبول

أمين

أخوكم

عبد الكريم قادر بخش

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف:(٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس:٦٢٦٢٠

Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL    WAMYSA399015



# ISLAMIC GIRLS COLLEGE

# كلية البنات
# للدراسات الإسلامية

التاريخ .............

الرقم .............

Date

Ref ............



**دراسة موجزة عن :**

**مشروع مزرعة الحجاز الخيرية**

**" وقف خيري لصالح كلية البنات "**



بإشراف كلية البنات للدراسات الإسلامية

بمدينة ديرة غازي خان – البنجاب – الباكستان

ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph 0641- 62100, 64550 Fax: 62620

CONFIDENTIAL                    WAMYSA399016



# ISLAMIC GIRLS COLLEGE

## كلية البنات للدراسات الإسلامية

| التاريخ | Date |
|---|---|
| الرقم | Ref |



**آيات وأحاديث**

\* قال تعالى :

﴿ مثل الذين ينفقون أموالهم في سبيل الله كمثل حبةٍ أنبتت سبع سنابل في كل سنبلة مائة حبة والله يضاعف لمن يشاء والله واسع عليم ﴾ .

\* وقال سبحانه :

﴿ وما أنفقتم من شيءٍ فهو يخلفه وهو خير الرازقين ﴾ .

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

\* قال صلى الله عليه وسلم :

" إذا مات الإنسان انقطع عمله إلا من ثلاث : صدقة جارية أو علم ينتفع به أو ولد صالح يدعو له " .            رواه الإمام مسلم .

\* وقال عليه الصلاة والسلام :

" كل امرئ في ظل صدقته يوم القيامة حتى يقضى بين الناس " .

رواه الإمام أحمد والحاكم ـ صحيح الجامع برقم ( ٤٥١٠ ) .

---

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block A, P.O. Box: 39 Dera Ghazi Khan
Ph 0641- 62100, 64550 Fax: 62620

CONFIDENTIAL                                                    WAMYSA399017



# ISLAMIC GIRLS COLLEGE

كلية البنات
للدراسات الإسلامية

| | |
|---|---|
| Date | التاريخ |
| Ref | الرقم |

## مشروع مزرعة الحجاز للانتاج

وهي صدقة جارية لصالح كلية البنات للدراسات الإسلامية

هذا المشروع يقوم بإعداد الجواميس والبقر للانتاج في مدة أقصاها عام واحد ويتم بشراء الجواميس والبقر في عمر سنتين تقريباً وهذا العمر الذي يبدأ فيه تلقيح الجاموسة ودخولها مرحلة الانتاج . ومن ثم يتم تعليفها والعناية بها من الناحية الصحية لفترة ما قبل الوضع ثم يبدأ عرضها للبيع .

في مرحلة الشراء تكون الجاموسة أو البقرة بسعر رخيص حيث أنها غير منتجة ولايمكن الاستفادة منها إلاّ للأكل فقط ، وفي مرحلة البيع تكون في بداية العمر الانتاجي حيث يكون سعرها في أحسن مراحله .



ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block ٨, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL

WAMYSA399018



# ISLAMIC GIRLS COLLEGE

كلية البنات
للدراسات الإسلامية

| | التاريخ _____ |
|---|---|
| Date _____ | الرقم _____ |
| Ref _____ | |

** مقومات المشروع :

١ – جواميس وبقر .

٢ – حظائر للجواميس والبقر .

٣ – مزرعة لانتاج الأعلاف .

٤ – عمالة للعناية بالحيوانات من النواحي الصحية والغذائية .

٥ – أدوية ولقاحات .

٦ – معدات مساعدة ( عربة لنقل المخلفات أو تقليم أخلاف الجاموسة وغيرها ) .



ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block ٨, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL

WAMYSA399019





# ISLAMIC GIRLS COLLEGE

# كلية البنات للدراسات الإسلامية

| | |
|---|---|
| Date | التاريخ |
| Ref | الرقم |

** تفصيل المقومات :

## ١ – الجواميس والبقر :

متوفرة بالسوق وبأسعار متوسطها ( ١١,٠٠٠ ) روبية .

## ٢ – الحظائر :

يوجد لدينا حظائر جاهزة وتحتاج إلى بعض الترميمات والاصلاحات .

## ٣ – مزرعة لانتاج الأعلاف :

يوجد لدينا مزرعة بمساحة ( ١٤٣,٠٠٠ ) حوالي خمسون ألف متر مربع وقف وانتاج الأعلاف متيسر ولا يكلف إلاّ قليل .

## ٤ – العمالة :

يكفي لكل عشرين جاموسة عامل واحد أي بمعدل خمسة عمال مع مشرف .

## ٥ – أدوية وتطعيمات :

تقدم مجاناً من قبل الحكومة أو بسعر رمزي ( يمكن شرائها من السوق ) .

## ٦ – معدات مساعده :

يلزم شراء بعض المعدات أو استئجار بعض الفنيين لعمل بعض الأشياء الطارئة .

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف:(٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠
Khyabaan-e-Sarwar Block ٨ , P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL

WAMYSA399020



# ISLAMIC GIRLS COLLEGE

# كلية البنات
# للدراسات الإسلامية

التاريخ _____          الرقم _____

Date _____

Ref _____

** تكاليف المشروع لعدد ( ١٠٠ ) جاموسة :

١ – الجواميس بمتوسط السعر حوالي ( ١١,٠٠٠ ) روبية :

١١,٠٠٠ × ١٠٠ = ١,١٠٠,٠٠٠

٢ – حظائر الجواميس : من المتعارف عليه أن كل جاموسة تأخذ مساحة ٤ × ١٢ قدم

٤ × ١٢ = ٤٨ × ١٠٠ = ٤٨٠٠ متر مربع .

وسعر القدم خمسة روبية ٤٨٠٠ × ٥ = ٢٤,٠٠٠

سعر البناء بواقع ١٠٠ للقدم المربع ٤٨٠٠ × ١٠٠ = ٤٨٠,٠٠٠

٣ – الأعلاف بمتوسط استهلاك ٢٠ كيلو في كل وجبة بمعدل وجبتين .

١٠٠ × ٢٠ × ٢ = ٤,٠٠٠ كيلو

٤,٠٠٠ × ٣٠ × ١٢ = ١,٤٤٠,٠٠٠ كيلو

سعر الكيلو ٠,٥ روبية = ١,٤٤٠,٠٠٠ ÷ ٠,٥ = ٧٢٠,٠٠٠

٤ – العمالة : بواقع عامل لكل ٢٠ جاموسة إضافة إلى المشرف

٥ × ١٥٠٠ = ٧٥٠٠ × ١٢ = ٩٠,٠٠٠

١ × ٢٥٠٠ = ٢٥٠٠ × ١٢ = ٣٠,٠٠٠

٥ – أدوية ولقاحات تقدم مجاناً أو بسعر رمزي من قبل الحكومة :

ويعتمد مبلغ ٣٠ × ١٠٠ × ١٢ = ٣٦,٠٠٠

٦ – معدات مساعدة وآلات بمعدل ١٠٠٠ شهرياً :

١٠٠٠ × ١٢ = ١٢,٠٠٠

ص ب ٣٩ خيابان سرور ، ديرة غازى خان، باكستان هاتف:(٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block ٨, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                WAMYSA399021



بسم الله الرحمن الرحيم

# ISLAMIC GIRLS COLLEGE

# كلية البنات للدراسات الإسلامية

| التاريخ | ———————————— |
| الرقم | ———————————— |

Date ....................................

Ref ————————————

** التكلفة الإجمالية :

| التكلفة | البيان | الرقم |
|---|---|---|
| ١,١٠٠,٠٠٠ | سعر الجواميس | ١ – |
| ٤٨٠,٠٠٠ | الحظائر مع البناء | ٢ – |
| ٢٤,٠٠٠ | سعر الأرض | ٣ – |
| ٧٢٠,٠٠٠ | الأعلاف | ٤ – |
| ١٢٠,٠٠٠ | العمالة | ٥ – |
| ٣٦,٠٠٠ | الأدوية واللقاحات | ٦ – |
| ١٢,٠٠٠ | المعدات والأدوية | ٧ – |
| ٢,٤١٦,٠٠٠ | الإجمالي | |

** شرح تكاليف الانتاج :

١ – سعر الجواميس ثابت إلى حد ما .

٢ – الحظائر موجودة ويلزمها إصلاحات وتعديلات لاتتجاوز ( ١٨٠,٠٠٠ ) روبية

فيكون الوفر يعادل = ٣٠٠,٠٠٠

٣ – الأرض موجودة – ولانحتاج لشرائها –

فيكون الوفر بهذا البند = ٢٤,٠٠٠

٤ – الأعلاف يمكن انتاجها على الأرض الموجودة لدينا بواسطة العمالة والمعدات المتوفرة ويمكن

توفير ثلثي المبلغ على الأقل إن شاء الله = ٤٨٠,٠٠٠

٥ – العمالة والأدوية والمعدات من المحتمل أن تكون ثابتة علماً بأن التوفير فيها لا يشكل شيء يُذكر .

** وبذلك يكون إجمالي المتوفر يعادل = ٨٠٤,٠٠٠

ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠

Khyabaan-e-Sarwar Block ٨, P.O. Box: 39 Dera Ghazi Khan
Ph: 0641- 62100, 64550 Fox: 62620

CONFIDENTIAL                                                     WAMYSA399022



# ISLAMIC
# GIRLS COLLEGE

بِسْمِ اللهِ الرَّحِيم

كلية البنات
للدراسات الإسلامية

التاريخ ـــــــــــــــــــــــــــــــــــــ

Date

الرقم ـــــــــــــــــــــــــــــــــــــ

Ref ........................................

\*\* *بيع الانتاج مع الوفر والأرباح :*

يمكن بيع الجاموسة الواحدة في مرحلة الوضع أو بعد الوضع مباشرة أي في مدة أسبوع قبل الوضع أو أسبوع بعده بسعر لا يقل عن ٢٢,٠٠٠ روبية إن شاء الله .

$$٢٢,٠٠٠ × ١٠٠ =$$

٢,٢٠٠,٠٠٠

يضاف المتوفر من سعر الحظائروالأعلاف

٨٠٤,٠٠٠

الوارد الإجمالي خلال عام

٣,٠٠٤,٠٠٠

المنصرف الإجمالي خلال عام

٢,٤١٦,٠٠٠

الأرباح إن شاء الله

٥٨٨,٠٠٠

أي بمعدل ( ٣٦ % ) تقريباً إن شاء الله من السعر الإجمالي للتكلفة .

\*\* <u>والمطلوب :</u>

رأس مال المشروع لعدد ( ١٠٠ ) جاموسة و مقداره ( ١,٦١٣,٠٠٠ ) روبية .

و يعادل بالريال السعودي    ( ١٥٠,٠٠٠ ) ريال .

**والله ولي التوفيق والسداد ...**

ص ب ٣٩ خيابان سرور ، ديرة غازي خان، باكستان هاتف: (٠٦٤١) ٦٢١٠٠ ـ ٦٤٥٥٠ فاكس: ٦٢٦٢٠
Khyabaan-e-Sarwar Block ٨, P.O. Box: 39 Dera Ghazi Khan
Ph 0641- 62100, 64550 Fax: 62620

CONFIDENTIAL

WAMYSA399023





CONFIDENTIAL

WAMYSA399024





CONFIDENTIAL
WAMYSA399025





CONFIDENTIAL





CONFIDENTIAL                                                                WAMYSA399027





CONFIDENTIAL

WAMYSA399028



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English  language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA399014-WAMYSA399028**

Sworn to before me this

22 day of ___March___ of 2026

_____
Translation Manager

_____
Notary

