In the name of Allah, the Most Gracious, the Most Merciful

World Assembly of Muslim Youth (WAMY)        Organization No.: 610 M
Islamic Projects Support Committee             Incoming No.: 177

Summary Information

Organization Name:  Al-Manar Charitable Association

Activity:  Establishment of a Vocational Center for Muslim Girls (Sewing and Secretarial Training)

Continent:  Africa  Country:  Ethiopia  City:  Ogaden

Requested Support:  Financial assistance

Attached Recommendations:   Faculty member at the College of Qur'an, Sheikh Muhammad Ibn al-Shafqati

Name of Representative (Arabic): Noor Mohammed Gata, Director of the Association

Passport number of the representative: _____  Date of issue: ___ / ___ / ___

Date of entry into the Kingdom: ___ / ___  Duration of visit: _____

Address: _____

Bank account number: _____

Authorization (number and date): _____

Has the organization previously dealt with the institution?  No ( )  Yes ( )   Number of times: _____  Last support date: _____  Receipt No.: _____  Donor: _____

Notes: Dr. Mani' directed that the association's projects be studied and that the recommendations be reviewed.

Hassan

Committee Members' Opinion:

Five recommendations should be written for them.  May 31, 1994

CONFIDENTIAL

EXHIBIT
WAMY EX. 21

WAMYSA175985

**Islamic Benevolence Committee
(World Assembly of Muslim Youth)**



Ahmed Sheikh Hassan
Al-Manar Charitable Association

8262082

CONFIDENTIAL
WAMYSA175986

Islamic Projects Support Committee  Please review and consider the recommendation regarding the association's projects.  Thank you.

25/2/15

CONFIDENTIAL

WAMYSA175987





**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

Ref. No.

Date:

| | |
|---|---|
| Project Title: | Establishment of a Vocational Center for Muslim Girls (Sewing and Secretarial Training) |
| Project Location: | Degehabur City (Ogaden) |
| Submitted to: | Those concerned with the affairs of Muslims |
| Implemented by: | Al-Manar Charitable Association |

[stamp: World Assembly of Muslim Youth
Islamic Projects Support Committee
Incoming No.: 177
Date: 25/2/1415 AH ]

Tel. 159602 P.O. Box 80157 - Addis Ababa, Ethiopia - Fax (00251 1) 511455

CONFIDENTIAL                                                                 WAMYSA175988

CONFIDENTIAL                                                                 WAMYSA175988

 

**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

جمعية المنـــــار الخيرية
في أوغادنيـــا
በእ*ጋዴኒያ* አልመናር
የበጎ አድራጎት ድርጅት

No. JMC / 94 / 72
Date: 20 July 1994
Subject: Establishment of a Vocational Center for Muslim Girls (Sewing and Secretarial Training) in the Ogaden Region

To:  His Excellency the Secretary General  World Assembly of Muslim Youth
Peace, mercy, and blessings of Allah be upon you.

Al-Manar Charitable Association in Ogaden is honored to express its sincere thanks and deep appreciation for your efforts in serving Islam and Muslims.

Enclosed with this letter is a proposal for establishing a vocational center for Muslim Girls (sewing and secretarial training) in the Ogaden region. The purpose of this project is to prepare productive mothers who are knowledgeable in matters of their religion and worldly affairs.

We hope for your contribution to this project and that your generosity will play a role in its success. May Allah reward you on behalf and on behalf of the Muslims with the best reward and grant you success in what pleases Him.

    Signed
    [signature]
    Noor Mohammed Gata
    Director of the Association

Tel 159602    P.O. Box 80157 - Addis Ababa, Ethiopia - Fax    (002511) 511455
CONFIDENTIAL
WAMYSA175989

CONFIDENTIAL    WAMYSA175989



**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

جمعية المنــــــار الخيرية
في اوغادنيـــا
በኦጋዴኒያ አልመናር
የበጎ አድራጎት ድርጅት

Ref No:
Date:

I.  Sewing Department (Sewing – Garment Tailoring – Embroidery)
This department can be established easily with relatively low cost and may be funded by a charitable individual or organization concerned with Muslim women.

| | |
|---|---|
| 1. Purchase and preparation of 45 sewing machines. Price per unit: $585  Total: $26,352 | |
| 2. 45 embroidery tools  Unit price: $40  Total: | $1,800 |
| 3. Spare parts for the 45 machines. Total: | $1,875 |
| 4. Furniture  45 chairs × $15 = $675  22 tables × $50 = $1,100  Total:  $1,775 | |
| 5. Fabrics, threads, and supplies  Total: | $1,550 |
| Total equipment cost: | $33,352 |
| 1. Director of the institute  $150/month × 12 = | $1,800 |
| 2. Two trainers  $120/month × 12 = | $2,880 |
| 3. Two guards  $75/month × 12 = | $1,800 |
| Note: the institute principal is the one supervising this department. | |
| Total annual salaries:  $6,480 | $6,480 |
| Total Cost (equipment + salaries) | $39,832 |
| 1. Construction of the institute building: | $20,000 |
| 2. Utilities (electricity and water)  $150/month × 12 = $1,800 annually | |
| Total cost of Sewing Department including building: | $61,632 |

## II. Secretarial Training Department:

Opening this department requires the following:
A. Tools:

| | |
|---|---|
| 1. 30 English typewriters.  Unit price: $600  Total: | $18,000 |
| 2. 20 Arabic typewriters.  Total: | $12,000 |
| 3. Furniture  50 desks × $40 = $2,000  50 chairs × $15 = $750  Total: | $2,750 |
| 4. Paper and training materials | $675 |
| Total equipment cost: | $33,425 |

B. Administrative Expenses:

To be continued

Tel 159602 P.O. Box 80157 · Addis Ababa, Ethiopia · Fax (002511) 511455

CONFIDENTIAL                                                                    WAMYSA175990

CONFIDENTIAL                                                                    WAMYSA175990

**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA



جمعية المنـــــــار الخيرية
في اوغادنيـــا
 በኦጋዴኒያ አልመናር
የበጎ አድራጎት ድርጅት

Ref No.
Date:

1. Supervisor salary  $130/month × 12 =                                    $1,560
2. Two trainers  $150/month each × 12 =

                                                                            $3,600
3. Stationery and necessary supplies  $300/month =              $3,600 annually
4. Maintenance, oils, and spare parts (annual estimate)              $2,500
Total annual operating costs for the secretariat:                    $11,260
Total cost of purchases - transferred from page 2                    $33,425
   Total Cost of Secretarial Department (First Year)    $44,685
   Sewing Department + Building:                          $61,632
   Transport of equipment to Degehabur:                   $1,500
Total Project Cost (First Year):                                    $107,817
Emergency reserve (5% price fluctuation):                            $5,390
Total Final Cost                                                $113,207 USD
Written in words:  One hundred thirteen thousand two hundred seven US dollars

90 female students can be accepted in one group in the sewing department, 45 in the morning session and 45 in the evening session. Each session would be 3 hours.
100 female students can be accepted in one group in the secretarial department, 50 in the morning session and 50 in the evening session. Each session would be 3 hours.
Students will also study Islamic education and other subjects alongside the vocational training. Training would be for 6 consecutive months

Project duration: 1 year, after which it is expected to become self-sustaining from its income.

Direct beneficiaries: 380 beneficiaries per year across both departments. There are other beneficiaries that can benefit from this indirectly.

Implementing body: Al-Manar Charitable Association in Ogaden.
Addis Ababa June 1994

Prepared by:
Al-Manar Charitable Association

Tel.159602 P.O. Box 80157 Addis Ababa, Ethiopia - Fax  (002511)  511455

CONFIDENTIAL                                                            WAMYSA175991

CONFIDENTIAL                                                            WAMYSA175991

ሕ ያ ት የኩራት መኪናና መለዋወጫ
**HAYAT** Sewing Machines & Parts
☎ 13 11 51    ✉ 50210
አ.ዲ.ፍ አዲስ አበባ Addis Ababa

ቀን _1 /16 /84_
Date

**ጥሪ ማቅረቢያ**
**PROFORMA**    № 0086

ለ/To _____

| ተራ ቁ<br>No. | የዕቃው ዓይነት<br>DESCRIPTION | ብዛት<br>Quantity | ያንዱ ዋጋ<br>Unit Price | | መቅዳሳ ዋጋ<br>AMOUNT | |
|---|---|---|---|---|---|---|
| 1 | BlueBiRD ZIGZAG Sewing machine with motor | 35 1 | 35 00 | . | 35 00 | — |
| | | | | | | |

ይህ የጥሪ ማቅረቢያ ከ _____ ቀን በኋላ
አያገለግልም ።

| | | | |
|---|---|---|---|
| ድምር TOTAL | | | |
| የሽያጭ ታክስ T. O. T. 2% | | | |
| መቅዳሳ ድምር Grand Total | 35.0 | | — |

በ ፊ ደ ል ════════════
In Words ════════════

CONFIDENTIAL    WAMYSA175992    175992

# User Manual



ماكنــــة

## YZ-808

Fully automatic Zigzag sewing machine

الخيــاطة المتعرجة
*ZIGZAG SEWING*

الجيــاطة المكـــ :
*Reverse sewing*

الاضافات
*ACCESSORIES*

موضــع الابـــرة
*NEEDLE POSITION*

اليمــ
*Right*

الوســط
*Center*

الشــال
*Left*

اليمـن : زيــادة
*Right : Increase*

الشــال : نقصــان
*It : Decrease*

اليمـن : زيــادة
*Right : Increase*

الشــال : نقصـان
*Left : Decrease*

تنظــــيم تـوتـر الخـــيط
*REGULATING THREAD TENSION*

CONFIDENTIAL

WAMYSA175993



موتـور
مثبت داخليـا
BUILT-IN MOTOR
YZ-818

نـاتـب الازرار الاوتـومـاتـيكي
AUTOMATIC BUTTONHOLER

CONFIDENTIAL                    WAMYSA175994

Name of Association: Al-Manar Charitable Association – Ogaden
Address: Addis Ababa – Ethiopia
 P.O. Box 80157
Fax: 511455
Responsible person: Noor Mohammed Gana
T: 159602
Reference contact: Ahmed Sheikh Hassan Bazl
 Medina
Tel: 8262082 Home

CONFIDENTIAL  WAMYSA175995

**Almanar Welfare Association**

in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA





Ref.
Date:

| | |
|---|---|
| Project Title: | Installation of Grain Mills in Some Cities and Villages of the Ogaden Region |
| Location: | City    Village |
| Submitted to: | Those concerned with the affairs of Muslims |
| Implementing body: | Al-Manar Charitable Association |

Tel 159602    P.O. Box 80157 · Addis Ababa, Ethiopia · Fax (002511) 511455

CONFIDENTIAL                                      WAMYSA175996

CONFIDENTIAL                                      WAMYSA175996

  

**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

No. JMC / 94 / 65
Date: 14 July 1994

Subject: <u>Installation of grain mills in several cities and villages in the Ogaden region</u>
To: His Excellency the Secretary General  World Assembly of Muslim Youth

Peace and blessings of Allah be upon you.
Al-Manar Charitable Association expresses its appreciation for your service to Islam and Muslims and asks Allah that you continue to be a source of goodness and benefit for Muslims in the Ogaden region.
Enclosed is a proposal for the project of installing grain mills in several towns and villages of the region.
We hope for your participation and support in making this project successful.
May Allah reward you abundantly for helping us and Muslims, and may he guide to doing what is good and satisfies him.

Signed
[signature]
Noor Mohammed Gata
Director of the Association

Tel 159602    P.O. Box 80157 · Addis Ababa, Ethiopia · Fax  (002511) 511455
CONFIDENTIAL                                                    WAMYSA175997

CONFIDENTIAL                                                    WAMYSA175997

**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA





جمعية المنـــــار الخيرية
في اوغادنيــا
በኦጋዴኒያ አልመናር
የበጎ አድራጎት ድርጅት

Project Title: Installation of grain mills in several cities and villages in the Ogaden region.

Project Objectives
1. Create financial resources to support Islamic activities run by the association such as schools, Qur'an centers, feeding centers, and development projects.
2. Provide essential services to the population and reduce the burden on women in cities and rural areas.
3. Encourage farmers to continue agricultural work by providing tools to process their crops effectively.

Project implementation steps:
1. Purchase 15 medium-size grain mills with diesel electricity generators, since electricity is unavailable in the region (The model of the mill, electricity generator, and pro-forma invoice are attached).
2. Construct shelters for the 15 mills.
3. Install each mill in its designated city or village.
4. Train local residents to operate the mills.

Project Cost:
1. Purchase of 15 mills  $7,167 each  Total: $107,505
2. Purchase of 15 generators,  $1,500 each,  Total: $22,500
3. Construction of 15 mill facilities,  $1,500 each,  Total: $22,500
4. Purchase of electrical wiring and installation for the 15 mills $5,250
5. Transportation of mills to installation sites with the generators. Total: $15,000
6.  Wages for 30 workers (two per mill) for 3 months  $100/month × 30 × 3 months = $9,000

A. Total Project Cost $181,755
B. Emergency reserve (5%): $9,088
Total Final Project Cost $190,843

Beneficiaries: Each mill can serve an entire village or approximately 300 families per day in densely populated cities.

Implementing organization: Al-Manar Charitable Association – Ogaden
Addis Ababa June 1994

Prepared by:
Al-Manar Charitable Association – Ogaden

Tel. 159602    P.O. Box 80157 - Addis Ababa, Ethiopia - Fax  (002511) 511455

CONFIDENTIAL                                                        WAMYSA175998

CONFIDENTIAL                                                        WAMYSA175998



MOHAMED A. TURE

Import & General Merchant

P. O. Box 2103—Tel. 116279

Addis Ababa

93-12-  19 93

Nº 4557

CASH INVOICE

PROFORMA

Mr. ALMANAR WELFARE ASS

| Quantity | DESCRIPTION | Unit Price | AMOUNT |
|---|---|---|---|
| 1 | DISK MILLS MODEL FFC-37 | | |
| 1 | DIESEL ENGI. NS 195 12 hP | | 43000 |
| 1 | PUMP SET WITH DIESE ENG INS 175 GHP 4" PUMP | | 9000 |
| | | TOTAL ETH. | |

PROFORMA

CONFIDENTIAL          WAMYSA175999

CONFIDENTIAL          WAMYSA175999





A disk mill without gearing

## 用途 APPLICATION

The FFC Mill Models FFC-45 & FFC-37 are a seventh kind of pulverizer, capable of effectively grinding or reducing a very wide range of raw materials, either wet or dry.

The mills are especially ideal for the even grinding of cereals and feeding stuffs such as maize, soya bean, sorghum, sun-dried sweet potato chips, oil cakes and other similar products, and will rapidly take and reduce them all to a given degree in one operation, with no residue left in the machine.

Apart from the above mentioned application, they can also be used for the rapid beating of paper pulp, reduction of chemical materials and wet grinding of watery foodstuffs such as fresh fruits, fresh sweet potato, wet soya bean, etc. Efficiency is good and they are always free from being clogged.

CONFIDENTIAL                                          WAMYSA176000

CONFIDENTIAL                                                          WAMYSA176000



# PRECIOUS HORSE DIESEL ENGINE

# 中華人民共和國阜陽柴油機總廠

FUYANG DIESEL ENGINE GENERAL FACTORY THE PEOPLE'S REPUBLIC OF CHINA

CONFIDENTIAL

WAMYSA176001

CONFIDENTIAL                                                   WAMYSA176001







የኢትዮጵያ የእስልምና
للـشـؤون الإسلامـية
THE ETHIOPIAN ISLAMIC

ጠቅላይ ኢስላሚክ ጉባኤ
المجلـس الأعلـى
SUPREME COUNCIL

Date: 15/6/1411
Corresponding to: 8 January 1991
Ref. MA / 6 / 712 / 85

Addis Ababa

In the name of Allah, the Most Gracious, the Most Merciful

To: Noor Mohammed Gata

T: 8262082 Medina

Recommendation

The Supreme Council for Islamic Affairs certifies that Al-Manar Charitable Association in Ogaden is a well-known organization engaged in raising awareness among Muslims and youth in the region. It contributes to the construction of preparatory schools and Qur'anic schools that provide services for Muslim children in the region. The association currently manages 50 Islamic schools.

The association has requested a recommendation from the council to present to concerned parties due to its urgent needs. Therefore, the council supports this request and calls upon benefactors to provide financial and moral assistance.

May Allah grant success.



እስ መሐመድ ሀሰን መሐመድ ኑር
የኢትዮጵያ የእስልምና ጉዳይ ጠቅላይ ጉባኤ
1ኛ ም/ ሊቀ መንበር

الشيخ محمد حسن محمد نور
النائب الأول لرئيس المجلس الأعلى للشؤون الإسلامية بإثيوبيا

Haji Mohammed Hassen Mohammed Noor
1st Vice Chairman of the Ethiopian
Islamic Affairs Supreme Council

---

CONFIDENTIAL

WAMYSA176002

بسم الله الرحمن الرحيم

*Mohamed Abu Al-Fath Bayanoni*

(P.H.D. of Islamic Shari'a)

محمد أبو الفتح البياني

دكتوراه في الشــريعَة الاسلامية

To whom it may concern

Praise be to Allah, Lord of the Worlds, and peace and blessings be upon our master Muhammad, his family, and all his companions.

Al-Manar Charitable Association in Ogaden, Ethiopia, is an emerging Islamic charitable organization whose various activities are carried out by a group of educated and aware Muslim youth. I visited the association at its headquarters in Addis Ababa and toured the area with some of its members. I was pleased by their activities, their awareness, their sincerity, and their diligence in the fields of Islamic outreach and charitable work.

Therefore, I appeal to all people of goodwill to cooperate with and support this association morally and financially so that it may carry out its great mission in that country. May Allah make us all among those who cooperate in seeking His pleasure at all levels and in all fields.

And Allah is the Grantor of success. Praise be to Allah, Lord of the Worlds.
Written by:

Dr. Muhammad Abu Al-Fath Al-Bayanooni
Associate Professor, College of Da'wah,   Islamic University of Madinah
20 Muharram 1414 AH
10 July 1993

College of Da'wah

CONFIDENTIAL

WAMYSA176003

In the name of Allah, the Most Gracious, the Most Merciful

Praise be to Allah, and peace and blessings be upon the Messenger of Allah. Al-Manar Charitable Association in Ogaden is an Islamic organization established upon a clear and sound methodology based on the Qur'an, the Sunnah, and the approach of the righteous predecessors. It is known for its activities in the Ogaden region, and we know with certainty that its members are trustworthy, honest, righteous, upright, and active in calling people to Allah. The association represents the hopes of Muslims in that region and is trusted by the Muslim community there. Because of our full knowledge of its methodology, mission, and administrators, we write this recommendation for all who read it and who are concerned with Islam and Islamic outreach, whether individuals, institutions, or organizations, so that they may place their trust in these brothers who manage the association and rise to assist and support them in their mission.

And Allah is the One who grants success and guides to the straight path.

Written by:
Musa bin Muhammad al-'Atari
20/10/1412 AH
Faculty Member, College of Sharia,    Islamic University of Madinah

Your brother,
Abdullah bin Ali bin Muhammad Abu Saif

CONFIDENTIAL                                                                                  WAMYSA176004

In the name of Allah, the Most Gracious, the Most Merciful

Praise be to Allah, and peace and blessings be upon our master, the Messenger of Allah.

Al-Manar Charitable Association in Ogaden is an Islamic association established upon a sound methodology. It works in the fields of Islamic outreach, education, and assisting needy families. Those responsible for it are people of trustworthiness and uprightness, distinguished by activity and dedication. Therefore, I call upon people of goodness and means among the Muslims to extend a helping hand to their brothers in that remote and isolated region, who are in great need of assistance in all areas of life, schools, mosques, hospitals, and other essential services. Allah aids His servant as long as the servant aids his brother.

Written by: Abdullah bin Sheikh Muhammad Ibn al-Shafqati
Faculty Member, College of the Qur'an
19/9/1414 AH

CONFIDENTIAL                                                                                          WAMYSA176005



**MUSLIM WORLD LEAGUE**
Secretariat General
World Supreme Council for Mosques
Makkah al-Mukarramah



Ref: 183 [illegible]
Date: 21/9/1412 AH
Attachments:
Subject:

His Excellency the Secretary General of the Organization of the Islamic Conference

Peace, mercy, and blessings of Allah be upon you.

Al-Manar Charitable Association in Ogaden, Ethiopia, is one of the organizations actively and diligently engaged in the field of Islamic outreach and in assisting Muslim orphans. Those responsible for it are sincere workers in this field.

We kindly request that you provide whatever assistance is possible to support this association.

May Allah preserve you.
Assistant Secretary-General for Mosque Affairs
Abdullah Aqeel Suleiman Al-Aqeel

[illegible stamp]

CONFIDENTIAL

بسم الله الرحمن الرحيم

· الندوة العالمية للشباب الإسلامي
رقم الجهة : ٦١٠ ٣م
لجنة دعم المشاريع الإسلامية
رقم الوارد : ١٧٧

( ملخص معلومات )

اسم الجهة : جمعية المنار الخيرية

النشاط : اقامة مركز تأهيل الفتيات السرات (خياطة وكرتارية)

القارة : افريقيا     الدولة : أثيوبيا     المدينة : اوناد نيا

الدعم المطلوب : دعم مادي

التزكيات المرفقة : حضور هيئة التدريس من كلية القرآن الشيخ عبد الله بن شقفل

اسم الممثل وصفته بالعربية : نور محمد عاشا / مدير الجمعية

بالإنجليزية واضحاً حسب الجواز : _____

رقم جواز سفر الوكيل : _____

تاريخ دخول المملكة :  /  /     تاريخه :  /  /

مدة الزيارة : _____

العنوان : _____

رقم الحساب البنكي : _____

التوكيل ورقمه وتاريخه : _____

هل سبق التعامل مع المؤسسة ؟ ( لا ) ( نعم : عدد المرات
بتاريخ     / وصل رقم     / المتبرع     / آخر دعم )

ملاحظات : توجيه دعم بالدراسة النظري تزكية شاريع الجمعية حسن

رأي أعضاء اللجنة

كتب لهم ٢٤/٥/١٩ م

CONFIDENTIAL                                                    WAMYSA175985

# لجنة البـر الإسلامية

(الندوة العالمية للشباب الإسلامي)

احمد شيخ حسن

جمعية المنار الخيرية

٢٤ ٦٢ ٦٢ ٨٢

CONFIDENTIAL WAMYSA115986



CONFIDENTIAL WAMY SA175987

# Almanar Welfare Association

in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA



جمعية المنـــــار الخيرية
في أوغادينـــا

ሳስ ማማ

**Ref. No.** .                                                                    الرقم

**Date**                                                                          التاريخ

اسـم المشـــــروع :   اقامة مركز تأهيل الفتيات المسلمات(خياطة وسكرتارية )

مـوقـع المشــروع :   مدينـة دقـحبور (أوغـاديـن )

مقــــدم الــي :   من يـهـمـه أمـر المسلمين

تـنفـيـــــذ :   جمعية المنـار الخـيريـة

الندوة العالمية للشباب الإسلامي
لجنة دعم المشاريع الإسلامية
رقم الوارد : ١٧٧
التاريـخ : ١٢١٠/٦/٢٥

CONFIDENTIAL                                                    WAMYSA175988



**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

جمعية المنار الخيرية
في أوغادنيا
በኦጋዴያ አልመናር
የበጎ አድራጎት ድርጅት

Ref. No.             الرقم  ج م خ/٧٢/٩٤

Date             التاريخ  ١٩٩٤/٧/٢٠ م

الموضوع: اقامة مركز تأهيل الفتيات المسلمات(خياطة وسكرتارية) في منطقة أوغادين .

الى: سعادة الأمين العام للندوة العالمية للشباب الاسلامي حفظه الله تعالى

السلام عليكم ورحمة اللّه وبركاته، ،،،،،،، وبعد:-

يشرف جمعية المنار الخيرية في أوغادين ان تعبر عن شكرها الجزيل وتقديرها الفائق لما تقومون به من خدمة الاسلام والمسلمين .

ومرفقا طيّ هذا الخطاب نود أن نقدم لكم صورة عن مشروع اقامة مركز تأهيل القتيات المسلمات ( خياطة وسكرتارية ) في منطقة أوغادين وذلك لاعداد الأم المنتجة العالمة بأمور دينها الحنيف و أمور دنياها .

آملين مساهمتكم فيه، وان يكون لاحسانكم يد في انجاحه، وجزاكم اللّه عنا وعن المسلمين خير الجزاء ووفقكم لما يحبه ويرضاه .

امضـــاء



نور محمد غاتا
مدير الجمعية

CONFIDENTIAL            WAMYSA175989



**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

جمعية المنــــار الخيرية
في أوغادنيـا
በኦጋዴኒያ አልመናር
የበጎ አድራጎት ድርጅት

Ref. No.    الرقم

Date    التاريخ

( ٢ )

اولا : قســم الخيـاطـة (الخياطـة ــ تــفصيل الملابـ.س ــ التـطريـز)

يمكن بـدأ هـذا القسـم بسـهولة وبتكلفـة بسيطـة جـدا يمكن لمحـسـن أو لمؤســســـة
خيـريــة يـهمها أمـر المسلمات القيام بتمويلـه، وفـيما يـلي نوضـح التكلفـة المطلوبـة:-

| | | | |
|---|---|---|---|
| ٢٦٫٣٥٢/- دولار | المجموع ٤٥ x ٥٨٥/- سعـر الوحدة | ١) شــراء وتجـهيز ٤٥ ماكنـة خياطـة تـعريـج | |
| ١٫٨٠٠/- " | دولار ٤٠/- ٤٥ أدات تطريـز سعـر الوحـدة | ٢) " | |
| ١٫٨٧٥/- " | قطـع غيار للمـاكنات الـ ٤٥ قيمة مجموعـه ............. | ٣) " | |
| ١٫٧٧٥/- " | ٤٥ كرسي × ١٥ دولار = ٦٧٥/- دولار مع ٢٢ طاولة × ٥٠ =/-١٫١٠٠ دولار | ٤) " | |
| ١٫٥٥٠/- " | اللوازم من الأقمشـة والخيـوط ونحوهما بتكلفـة ،،،،،،،،،،،، | ٥) " | |
| ٣٣٫٣٥٢/- دولار | مجمـوع المشـتريات ،،،،،،،،،،،،، | | |

| | | |
|---|---|---|
| ١٫٨٠٠/- دولار سنويا | ١) راتب شـهرى لناظرة المعهـد ١٥٠/- دولار شهريـا × ١٢ شهر | |
| ٢٫٨٨٠/- " " | ٢) " " لمدربتين لكل منهما ١٢٠/- دولار شهريا ١٢× | |
| ١٫٨٠٠/- " | ٣) " " لحارسين " ٧٥/- " " ١٢× | |

علما بان نـاظرة المعهد هي المشرفة علي هذا القسـم .

| | |
|---|---|
| ٦٫٤٨٠/- دولار سنويا | مجموع الرواتب ســنويا |
| ٦٫٤٨٠/- دولار | =============== |

| | |
|---|---|
| ٣٩٫٨٣٢/- دولار | مجمـوع المشـتريات والرواتب ............. |
| ٢٠٫٠٠٠/- " | ١) تكلفـة بنـاء المعهـد.......... |
| ١٫٨٠٠/- " | ٢) مصاريف كهـرباء ومياه شهريا ١٥٠/- دولار × ١٢ شهرا ومصاريفها السنوية |

| | |
|---|---|
| ٦١٫٦٣٢/- دولار | مجمـوع تكاليـف قسـم الخياطـة بمصاريفـه السنويـة وبنا المعهد |
| =============== | |

ثانيـا : قسـم اعـداد السـكرتاريـة :-

يحتاج افتتاح هـذا القسـم الي مايلي:-

(أ) الأدوات :-

| | |
|---|---|
| ١٨٫٠٠٠/- دولار | ١)- آلات كاتبـة انجليزى عـدد ٣٠ آلـة سعـر الوحـدة ٦٠٠/- دولار |
| ١٢٫٠٠٠/- " | ٢)- " " " عـربـي " ٢٠ " " " " " " |
| ٢٫٧٥٠/- " | ٣)- خمسين (٥٠) منضدة × ٤٠ دولار = ٢٫٠٠٠/- دولار وخمسين كرسي ١٥ × ٥٠= ٧٥٠ دولار |
| ٦٧٥/- " | ٤)- اوراق وادوات اخـرى مثل مطبوعات التدريب علي الآت ،،،،،،،،،،، |

| | |
|---|---|
| ٣٣٫٤٢٥/- دولار | مجمـوع تكاليـف المشـتريـات ............. |

(ب)- المصـاريـف الاداريـة:-

......./........... يتبـع (٣)

Tel 159602  P.O. Box 80167 · Addis Ababa, Ethiopia · Fax ( 002511)  511455

CONFIDENTIAL    WAMYSA175990



**Almanar Welfare Association**
in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

جمعية المنــــار الخيرية
في أوغـادنيــا
ሽአ ጋ ፔ አልመናር
የበጎ አድራጎት ድርጅት

Ref. No.

الرقم

Date

التاريخ

( ٣ )

| | | |
|---|---|---|
| ١)- راتب المشرفة على القسم ، ١٣٠/- دولار شهريا × ١٢ = ١ر٥٦٠/- دولار |
| ٢)- رواتب مدربتين للقسم ، ١٥٠/- لكل منهما شهريا × ١٢ = ٣ر٦٠٠/- " |
| ٣)- أوراق وأدوات أخرى ضرورية ، ٣٠٠/- شهريا = ٣ر٦٠٠/- " |
| ٤)- الصيانة والزيوت وقطع الغيار سنويا ... (تقريبا) = ٢ر٥٠٠/- " |

مجموع المصاريف الجارية لقسم السكرتارية سنويا   ١١ر٢٦٠/- دولار   ١١ر٢٦٠/- دولار

مجموع تكاليف المشتربات(منقول من صفحة (٢) ..............   ٣٣ر٤٢٥/- دولار

مجموع تكاليف قسم السكرتارية في السنة الأولي   ٤٤ر٦٨٥/- دولار

مجموع تكاليف قسم الخياطة في السنة الأولي وبدءا المعهد   ٦١ر٦٣٢/- "

مصاريف نقل الأدوات الي موقع المشروع (دقحبور)   ١ر٥٠٠/- "

الدجموع الاجمالي لتكلفة المشروع ومعهده في السنة الأولي ...........   ١٠٧ر٨١٧/- دولار

احتياطي للطوارئ وتأرجح الأسعار (نسبة ٥% التكلفة الكلية) ........   ٥ر٣٩٠/- "

مجموع تكلفة المشروع   ١١٣ر٢٠٧/- دولار

المبلغ كتابة (مئة و ثلاثةعشرألفاو مئتان و سبعة) دولار أمريكي .

هذا ويمكن قبول ٩٠ طالبة دفعة واحدة في قسم الخياطة ، ٤٥ في الفترة الصباحية

و٤٥ في الفترة المسائية  ولمدة ثلاث ساعات في كل فترة .

كما يمكن قبول ١٠٠ طالبة دفعة واحدة في قسم السكرتارية ، ٥٠ في الفترة الصباحية

و٥٠ في الفترة المسائية و لنفس المدة ـ ثلاث ساعات في كل فترة ـ .

وسوف تدرس مواد التربية الاسلامية والعلوم الأخرى الي جانب هذه التدريبات العملية

لرفع مستوى الفتيات الثقافي العلمي ، .

ومدة التدريب ستة أشهر متتالية .

مدة المشروع :- سنة واحدة ، بحيث يصل بعد ذلك الي مرحلة الاكتفاء ، ويمكن تسييره

من دخله .

عدد المستفيدين:- ٣٨٠ مستفيدات في كل سنة بطريقة مباشرة في القسمين معا وهناك

جماهير أخرى يمكنها الاستفادة منهذا المشروع بطريقة غير مباشرة .

الجهة المنفذة : جمعية المنار الخيرية في أوغـادين .

أديس أبابا : يونية ١٩٩٤ م

اعــداد

جمعية المنار الخيرية في أوغادين

Tel.159602 P.O. Box 80157 Addis Ababa, Ethiopia - Fax (002511) 511455

CONFIDENTIAL

WAMYSA175991

ሕይወት የሳፌ መኪናና መለዋወጫ
Sewing Machines & Parts
HAYAT ☎ 13 11 51   ☒ 50210
አዲስ አበባ Addis Ababa

ዋጋ ማቅረቢያ
**PROFORMA**   № 0086

ለ/To _____

| ተራ ቁ<br>No. | የዕቃው ዓይነት<br>DESCRIPTION | ብዛት<br>Quantity | ያንዱ ዋጋ<br>Unit Price | | መቅለላ ዋጋ<br>AMOUNT | |
|---|---|---|---|---|---|---|
| 1 | BlUEBIRD ZIGZAG Sewing machine with motor | 1 | 35 00 | . | 35 00 | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ይህ የዋጋ ግቅረቢያ ከ _____ ቀን በኋላ
አያገለግገልም ።

| | ድምር TOTAL | | |
|---|---|---|---|
| | የሽያጭ ታክስ T. O. T. 2% | | |
| | መቅለላ ድምር Grand Total | 350 | — |

በፊደ A
In Words ═══════════

CONFIDENTIAL

WAMYSA175992

دليـــل الاســـتعمال



# ماكنــة

## خياطة متعرجة كاملة الأوتوماتيكية YZ-808

**(8)**

الخيــاطة المتعرجة
ZIGZAG SEWING

الخيــاطة العكـس :
Reverse sewing

**(10)**

الاضافات
ACCESSORIES

**(9)**

موضـع الابــرة
NEEDLE POSITION

| L M R | L M R | L M R |
| الييمــين Right | الوسـط Center | الشـمال Left |

**(11)**

اليمـين : زيـادة
Right : Increase

اليمـين : زيـادة
Right : Increase

تنظـــيم تـوتر الخــيط
REGULATING THREAD TENSION

الشـمال : نقصـان
Left : Decrease

الشـمال : نقصـان
Left : Decrease



موتور
مثبت داخليا
BUILT-IN MOTOR
YZ-818

ثاقب الازرار الاوتوماتيكي
AUTOMATIC BUTTONHOLER

CONFIDENTIAL

WAMYSA175994

٢٦ / كجرية / حقيبة المنابر الخيرية زؤدعادسها

الجزائر / اذيس ايابا - الشوبيا

م.ن.ب / ٨٠١٥٧

النكس / ٥١١٤٠٠

٢٧ / اسقل / نور محمد ك٢٦

ق / ٢٠٩٥٥٦

٢٨ / الاربع / وأمتثر حميل د

المدينة المنورة

ك: ٢٨٠٦٧٢٨ ٨٢٦٢٠١٨ منل.

CONFIDENTIAL

WAMYSA175995



# Almanar Welfare Association

### in Ogadenia
### URURKA SAMAFAIKA
### (Almanar)
### EE OGADEENIYA

جمعية المنار الخيرية
في اوغادينيا
URURKA SAMAFAIKA
የቦን አደሪቶች ድርጅት

---

Ref. No.    .                                                                                      الرقم

Date                                                                                            التاريخ

اسـم المـشروع   :   تـركيب طاحونات في بعض مدن وقرى منطقـة أوغادين

المـوقــــــع   :   مـدیـنة  ............  .  قـرية  ...........

مقـدم الــي   :   مـن یـهـمـه أمـر المسلمین

المنفـــــــذ   :   جمعيـة المنار الخـیریـة في أوغـادین

---

Tel 159602        P.O. Box 80157 - Addis Ababa, Ethiopia - Fax (002511) 511455

CONFIDENTIAL                                                                   WAMYSA175996



**Almanar Welfare Association**

in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA

جمعية المـــــنار الخيرية
في أوفــادنيـــا
በአጋዴኒያ አልመናር
የበጎ ተራ*ዎት ድርጅት

Ref. No.                             الرقم   ج م خ / ٩٤/٦٥

Date                            التاريخ   ١٩٩٤/٧/١٤ م

الموضوع تـركيب طاحونات في بـعض مـدن وقـرى منطقـة أوغـاديـن .

الي : سعادة الرئيس العام للندوة العالمية للشباب الاسلامي حفظه الله



السلام عليكم ورحمة اللّه وبركاتـه ، وبعـــد :-

يشــرف جمعيـة المنار الخيريـة في أوغـاديـن ان تعبـر عـن شكرهـا وتقـديرهـا لما تقومـون بـه مـن خـدمـة الاسـلام والمسلمين ، وتسـأل اللّـه أن تكونـوا منـار خيـر ونفـع للمسلمين في منطقـة أوغـاديـن .

ومـرفـقا طـيّ هـذا الخطـاب نـود أن نقـدم لكم صـورة عـن مشروع تـركيب طاحونات في بعض مـدن وقـرى المنطقـة .

آمـلين مسـاهمتكم فيـه ، وأن يكون لاحسـانكم يـد في انجـاحـه .

وجـزاكم اللّه عنـا وعن المسلميـن خيـر الجـزاء ووفقكم لما يـحبـه ويـرضـاه في الداريـن .

امضـــاء

نـور محمـد غــاتا
مديـر الجمعيـة

Tel 159602     · · P.O. Box 80157 · Addis Ababa, Ethiopia · Fax    (002511) 511455

CONFIDENTIAL                                                            WAMYSA175997

**Almanar Welfare Association**

in Ogadenia
URURKA SAMAFAIKA
(Almanar)
EE OGADEENIYA



جمعية المنار الخيرية
في أوغادنيا
በኢጋዴኒያ አልመናር
የበጎ አድራጎት ድርጅት

اســـم المشــروع: تـركيب طـاحونـات في بعـض مـدن وقـرى منطقـة أوغـاديـن .

أهـــداف المشــروع :-

١ـ ايجـاد مصادر تـمويـلية للعـمل الاسـلامي الـذى تـقوم بـه الجمعيـة من مـدارس وخـلاوى ومـراكـز تغـذيـة ومشاريـع انمائية وغـيرها .

٢ـ تـوفير الخـدمات الأسـاسـية للأهـالي وتخفيف المعـانـاة عـن المـرأة في المـدن والأريـاف بصفة خـاصـة .

٣ـ تـشجيـع المزارعين عل الاستمرار في مـزاولة أعمالهم الـزراعيـة بـتوفيـر الوسـائل التي تمكنهم من حسـن الاسـتفادة من محـصـولاتهم الـزراعيـة .

الخـطوات اللّازمـة للمشروع :-

١ـ تحصيل خمسـة عشـرة طـاحونـة متوسطـة الحجـم مـع مـولدات الطاقـة الكهـربائيـة ديـزل حيث ان الطاقـة الكهربائيـة معـدومـة في المنطقـة ( نـوعيـة الطاحونـة والمـولـد الكهـربـائـي والفـاتـورة المبـدئية مـرفقات طـيـه ) .

٢ـ بنـاء مظلـة لكل مـن الطاحونات الـ ١٥ .

٣ـ تـركيب كل طاحونـة في مكان تـشغيلها في المـدن والقـرى .

٤ـ تـدريـب بعـض الأفـراد مـن الأهـالي علي تـشغيل تلك الطاحونات .

تـكاليف المشـروع :-

| | | |
|---|---|---|
| ١ـ ثمـن شـراء ١٥ طاحونـة  ثمن الواحـدة  = ٧ر١٦٧/- دولار | ١٠٧ر٥٠٥/- | دولار |
| ٢ـ ثمـن شـراء ١٥ مولد كهربائي  ثمـن الواحـد = ١ر٥٠٠/- دولار | ٢٢ر٥٠٠/- | " |
| ٣ـ تـكلفة بنـاء ١٥ حوش تـكلفة بنـاء الواحـد= ١ر٥٠٠/- دولار | ٢٢ر٥٠٠/- | " |
| ٤ـ ثمن أسـلاك كهربائية ومصاريـف تـركيب الطاحونات الـ ١٥ | ٥ر٢٥٠/- | " |
| ٥ـ تـكلفة نـقل الطاحونات الي مـواقـع التـركيب مع المولدات الكهـربائية اجمالا | ١٥ر٠٠٠/- | " |
| ٦ـ رواتب عاملين اثنين لكل طاحونة لمدة ٣ أشهر فقط (١٠٠/- دولار٣٠x عامل٣x أشهر | ٩ر٠٠٠/- | " |

| | | |
|---|---|---|
| أ ) مجـمـوع تـكاليف المشروع .............................. | ١٨١ر٧٥٥/- | دولار |
| ب) احتيـاطي للطـوارىء وتأرجـح الأسـعار ٥% .................... | ٩ر٠٨٨/- | " |
| مـجمـوع التكلفة الاجمـالية للمشـروع ............... | ١٩٠ر٨٤٣/- | دولار |

عـدد المستفيـديـن : بـامكان الطاحونـة الواحـدة تغـطيـة حاجـة قـريـة كـاملة في التطحـين كما يمكنها تـقديم نـفس الخـدمـة يـوميا لـ ٣٠٠ أسـرة تقـريبا في المـدن الكثيـفة الســكان في المنطقـة .

الجـهـــة المنفـذة : جمعية المنـار الخـيريـة في أوغـاديـن .

إعـداد
جمعية المنـار الخـيـريـة في أوغـادين

أديـس أبابا : يـونيـة ١٩٩٤ م

Tel. 159602    P.O. Box 80157  - Addis Ababa, Ethiopia - Fax    (002511) 511455

CONFIDENTIAL

WAMYSA175998

4557

MOHAMMED ...
Import & General Merchant
P. O. Box 2105—Tel. 116279
Addis Ababa

93-12- 19 93

CASH INVOICE
PROFORMA

Λ
Mr. ALMANAR WELFARE ASS

| ብዛት Quantity | የዕቃው ዓይነት DESCRIPTION | የያንዱ ዋጋ Unit Price | በጠቅላላ ዋጋ AMOUNT |
|---|---|---|---|
| 1 | DISK MILLS MODEL FFC-37 | | |
| 1 | DIESEL ENGI NS 195 12 hP | | 43,000 |
| 1 | PUMP SET Wi Th DIESE ENG INS 175 6HP 4" PUMP | | 9000 |

PROFORMA

ተቁ ሳ.ቅ. ብር TOTAL ETH.

ሳ.ቅ ብር ETH.



# 粉碎机
# DISK MILLS
## Models
## FFC-45 & FFC-37



大轴无齿轮式分离机
A disk mill without gearings

# 用途 APPLICATION

The DISK Mill Models FFC-45 & FFC-37 are a versatile kind of pulverizer, capable of effectively grinding or reducing a very wide range of raw materials, either wet or dry.

The mills are especially ideal for the even grinding of cereals and feeding stuffs such as maize, soya bean, sorghum, sun-dried sweet potato chips, oil cakes and other similar products, and will rapidly take and reduce them all to a finer degree in one operation, with no residue left in the machine.

Apart from the above-mentioned application, they can also be used for the rapid beating of paper pulp, reduction of chemical materials and wet grinding of watery foodstuffs such as fresh fruits, fresh sweet potato, wet soya bean, etc. Efficiency is good and they are always free from being clogged.

CONFIDENTIAL

WAMYSA176000



# 寶馬牌系列

# S1100型柴油機

# PRECIOUS HORSE DIESEL ENGINE



# 中華人民共和國阜陽柴油機總廠

## FUYANG DIESEL ENGINE GENERAL FACTORY THE PEOPLE'S REPUBLIC OF CHINA

廠址：安徽省阜陽市潁河西路6號　郵政編碼：236036　ADD: N.6 Yinghe Road, West Fuyang Anhui China　Postal Code: 236036

電話：62513 63974 63371　電報掛號：6993　Tel: 62513 63974 63371　Cable: 6993

CONFIDENTIAL

WAMYSA176001

٣-٣

بسم الله الرحمن الرحيم

የኢትዮጵያ የእስልምና

للشـؤون الإسلامية

THE ETHIOPIAN ISLAMIC

የኢስላማዊ ጉዳዮች ጠቅላይ ምክር ቤት

المجلس الأعلـى

SUPREME COUNCIL

التاريخ ١٤١١/٦/١٥هـ

المتوافق ١٩٩١/١/٨م

الرقم ٨٥/٧١٢/٦/أ

እዲስ አበባ ኢትዮጵ

أديس أبابا

Addis Ababa-Ethiopia

لبســـم اللــــه الرحمن الرحيم

( )
( ) توصيـة عـــــام ( )
( )

====================

يشهــد المجلس الأعلــى للشئون الاسلامية فى اتيوبيا بان جمعية منار الخيرية فى اوجبادين هى جمعية معروفة بانشطتها فى توعية المسلمين والشـباب فى المنطقـة سواء فى بناء مدارس اعـدادية وخلاوى قرانية التى تقـوم بكافـة احتياجات ابناء المسلمين فى المنطقـة وعده الجمعية تديـــر خمسين مدرسة اسـلامية .

وقـد تقدمت هذه الجمعية الى المجلس تطلب التوصية منه نعرضهنا الى من يهمـه الامـر نظرا لحاجة الجمعيــة الماسـة وتجاوبـا مـع الجمعية يهـم المجلس رجاؤه الى رجالهم فى تقـديم العـون والمسـاعدة ماديا ومعنويا ودلت لمواصلة سـير العمل ولاهميــة هذه المنطقـة نرجو من كل من يتعـاون معهـم الوقـوف بجانبهم .

واللـــه ولـــى التوفيـق .



ከዚ መሕመድ ሀሰን መሕመድ ኑር
የኢትዮጵያ የእስላማዊ ጉዳዮች ጠቅላይ
ምክር ቤት ም/ም/ሊ/መንበር

الشيخ حمد حسن محمد نور
النائب الأول لرئيس المجلس الأعلى للشئون الإسلامية باثيوبيا

Haji Mohammed Hassen Mohammed Nour
1st Vice Chairman of the Ethiopian
Islamic Affairs Supreme Council

CONFIDENTIAL

WAMYSA176002

بسم الله الرحمن الرحيم

**Mohamed Abu Al-Fath Bayanoni**

(P.H.D. of Islamic Shari'a)

محمد أبو الفتح البيانوني

دكتوراه في الشريعة الاسلامية

إلى من يهمه الأمر ...

الحمد لله رب العالمين ، والصلاة والسلام على سيدنا محمد ، وعلى آله
وصحبه أجمعين ، وبعد :

فإن جمعية المنار الخيرية في أوكا دينيا (أثيوبيا) جمعية خيرية
إسلامية ناشئة ، يقوم على نشاطها المتنوعة مجموعة من الشباب المسلم
المثقف الواعي ، وقد زرتها في مقرها في أديس أبابا ، وجلست طويلاً مع
بعض أعضائها هناك ، فتعرفت على نشاطها ، ووعي شبابها ، وإخلاصهم
وجدهم في مجال الدعوة والخير ...

لذا ، أرجو من جميع أهل الخير التعاون معها ، ودعمها معنوياً ومادياً لتتمكن
من القيام بمهمتها الكبرى في تلك البلاد - جعلنا الله جميعاً من المتعاونين في سبيل
تحقيق مرضاته ، على جميع المستويات ، وفي مختلف الميادين -

والله ولي التوفيق ، والحمد لله رب العالمين .

كتبه :

د. محمد أبو الفتح البيانوني

الاستاذ المشارك بكلية الدعوة
في المدينة المنورة

٢٠ / محرم ١٤١٢ هـ.
١٠ / ٧ / ١٩٩٢ م.

كلية الدعوة -
CONFIDENTIAL
الطائف ، ص.ب - ٤٤٠٧ - المدينة المنورة - المملكة العربية السعودية
WAMYSA176003

بسم الله الرحمن الرحيم

الطيبة والصلاة والسلام على رسول الله ، وبعد فإنه جمعية لمنار
الخيرية في أوجادريه جمعية إسلامية قائمة على منهج صحيح وأضع
معتمد على القرآن والسنة ومنهج السلف الصالح ولها ... معروف
في منطقة الأوجادسيه و نعرف القائمين عليها معرفة صحيحة بأنهم أهل
ثقة وأمانة وصلاح واستقامة و ... ط في الدعوة إلى الله
وهي الممثل لآمال المسلمين في المنطقة ، وموثوقة لدى جماهير المسلمين
هنالك ، و لمعرفتنا الكاملة بمنهجها ودعوتها والقائمين عليها بذلك ...
فإننا نكتب هذه التوصية لمن يطلع عليها ممن يهمه أمر الإسلام
والدعوة اليه فرداً أو مؤسسة أو هيئة أن يشفوا هؤلاء الإخوة
القائمين على أن طيبة وينهضوا لمساعدتهم وإعانتهم في وطنهم
والله الموفق والهادي الى سواء السبيل ،

كتب
مسعود بن محمد القرني

٢٠ / ١ / ١٤٢٢ هـ

عضو هيئة تدريس بالقسم التربية
بجامعة إبراهيم بالمدينة المنورة

أخوكم
محمد بن محمد أبو سيف المرني

الحمد لله والصلاة والسلام على سيدنا رسول الله وبعد

نيابة جمعية المنار الخيرية في أوحيا رسم .

جمعية اسلامية قائمة في مشاريع خيرية تعمل في مجال الدعوة والتعليم ومساعدة الاسر المحتاجة والعاجزة على أداء نفقة واستغفارهم من شظف وتعبه . لذا إذ تنبه الى أهل الخير واليسر من المسلمين أن يمدوا يد العون لما هو من تلك النقطة لنا ثبة المعزول ودعم من انتسبى الى ما أو الى المساعدة من جميع ما لات الكبار فمن مدارس ومناجد ومستشفيات الى غير ذلك .

وله من عون العبد ما دام العبيد في عون أخيه منه .

ولب عبد الله من البنك محمد الرحيم الشفق حستوجب الاردني لله القرآن

١٢/٩/١٩ م

CONFIDENTIAL

WAMYSA176005

**MUSLIM WORLD LEAGUE**
Secretariat General
World Supreme Council for Mosques
Makkah al-Mukarramah

بسم الله الرحمن الرحيم
واعتصموا بحبل الله جميعاً ولا تفرقوا

رابطة العالم الاسلامي
الامانة العامة للمجلس الاعلى العالمي للمساجد
مكة المكرمة

الرقم ........... ١٨٢/ أ.ا.م. ك.س ...........

التاريخ ........... ١٩٩٠/٩.٧/عم ٢٤ ...........

المرتقات ........................................

الموضوع ........................................

المؤتر                                   معالى الامين العام لمنظمة المؤتمر الاسلامى

السلام عليكم ورحمة الله وبركاته . وبعد :-
فان جمعية البنار الخيرية فى أوجادين باثيوبيا هى من الجمعيات
العاملة بجد ونشاط فى مجال الدعوة الاسلامية ومساعدة الايتــــــام
المسلمين . والقائمون عليها من العاملين المخلصين فى هذا الجـــال
نرجو تقديم المساعدة المكنة لها .
والله يحفظكــم ،،،

الامين العام المساعد لشئون المساجد

عبدالله النصيل سليمان العتيل



Phone ٥٤٤٢٢٧٣    فاكس ٥٤٤٢٦١٩    NWOSJ ٥٤٠٣٩٠    برقياً : رابطة مكة .    ٥٢٧
Fax: ٥٤٤٢٦١٩    Telex ٥٤٠٠٠٦ SJ    Cable: (Rabta-Mecca)

WAMYSA 76006

CONFIDENTIAL



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)   §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA175985-WAMYSA176006**

Sworn to before me this

22 day of March of 2026

Translation Manager

Notary





**ata MEMBER**
American Translators Association

Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling