

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

*South Asia Regional Office*: E-3, Abul Fazal Enclave, New Delhi 110 025, India
Tel. 91-11-6929354  Fax 3282834, Email : wamy@satyam.net.in

01 December 2001

Dr. Maneh Al-Johani
Secretary General
World Assembly of Muslim Youth
P.O. Box – 10845
Riyadh – 11443
Saudi Arabia

Respected Brother in Islam,
*Assalamu Alaikum wa Rahmatullahi wa Barakatuh!*

May Allah bestow you with strength and spirit to serve *His* cause, *Ameen!*

We feel pleasure to forward herewith the Project of **Umme Kulsum Girls High School,** Kolhi Ghareeb, P.O. Bangawan, Gonda, Uttar Pradesh, managed under the auspices of Al-Ghorrah Jamiat-us-Salehat Committee.

It is personally witnessed by the representative of this office that the committee is playing a very crucial role for the educational uplift of a remote Muslim concentration area although with meager resources at its disposal. The school is presently elevated to upper primary level and will be soon promoted as high school. The over all performance and working of the school has been appreciable since its foundation in 1997.

We strongly recommend that every support and cooperation be extended to the august cause taken up by the committee and its school.

*Jazakumullahu Khairan w Khairan Jaza.*

Thanking you and with best regards,

Sincerely yours,

**Amanullah Khan**
Representative, SAARC Region



EXHIBIT
WAMY EX. 22



امّ كلثوم نسوان هائی اسكول

# UMME-E- KULSOOM GIRLS HIGH SCHOOL

Established under **Al-Ghorrah Jamiat-us-Salehat Committee (Regd. under Societies Act 1860)**

23 November 2001

Dr. Maneh Al-Johani
Secretary General
World Assembly of Muslim Youth
P.O. Box – 10845
Riyadh – 11443
Saudi Arabia

Respected Brother in Islam,
***Assalamu Alaikum wa Rahmatullahi wa Barakatuh!***

May Allah bestow you with strength and spirit to serve *His* cause, *Ameen!*

We most humbly introduce "**Umme Kulsum Girls High School**" Kolhi Ghareeb, P.O. Bangawan, Gonda, Uttar Pradesh, run by **Al-Ghorrah Jamiat-us-Salehat Committee**.

**Kolhi Ghareeb** is a Muslim village in the eastern U.P. with a total population of nearly 10,000. Actually Muslims constitute approximately 98% of the inhabitants. This is a remote village and it is backward in educational and economic fields.

The local maktab caters only primary education to the boys and girls upto 5th standard and after that, for obtaining secondary education, the students have to travel nearly 20 kilometers every day.

Keeping in view of the safety and security of Muslim girl students, the committee has established this high school in the village in **1998** and its present students' strength is 76 as per the following break-up:

| | | |
|---|---|---|
| Class VI | 30 | girl students |
| Class VII | 26 | girl students |
| Class VIII | 20 | girl students |
| **Total** | **76** | girl students |

The committee with great difficulty has managed to construct a building with free classrooms where the school is now running. Due to upgrading of class structure in the coming academic years and for conducting vocational training courses in tailoring and type writing, more classrooms have to be constructed in addition to the already existing ones.

The cost of this construction of new classrooms, furniture and equipment for these classrooms and staff salaries for one year altogether amounts to **Rs. 1661800/=** which we are unable to raise. Hence, we most earnestly appeal to your goodself to make a generous grant in order to fulfill our requirements.

We eagerly look forward to receive a favourable response of your goodself in this connection.

Wassalam and with best regards,

Sincerely yours,

**Zameeruddin**
Manager

CONFIDENTIAL                                                              WAMYSA173387

Village : Kolhi Ghareeb, P.O. : Bangawan, Via : Sadullah Nagar, Distt. : Gonda, Pin : 271307 ( U.P. ) (INDIA)

# BUDGET ESTIMATE

**(A)   Financial help needed for the Construction of the Ground and 1st Floor for Umm-e-Kulsum Girls High School.**

| | | |
|---|---|---|
| Proposed Covered Area at Ground Floor. | 1455.55 | sq. ft. |
| Proposed Covered Area at First Floor. | 3305.75 | sq. ft. |
| Net Plinth Area of Building. | 442.49 | sq. ft. |

Approximate Construction Cost.          **1393,800.00**

*(Cost estimate by M/s Real value and Associates enclosed)*

**(B)   Furniture**

| Qty | Item | Calculation | Cost |
|---|---|---|---|
| 10 | Tables | 10X2500/= | 25,000.00 |
| 10 | Chairs | 10X400/= | 4,000.00 |
| 3 | Almirah | 3X3000/= | 9,000.00 |
| 20 | Sewing Machines | 20X1200/= | 24,000.00 |
| 1 | Typewriter | 1X8000/= | 8,000.00 |
| | | **Total Cost Rs.** | **70,000.00** |

**(C)   Salaries**

| | | |
|---|---|---|
| Principal | 1XRs. 2500/=X12 | 30,000.00 |
| Teachers | 6XRs. 1500/=X12 | 108,000.00 |
| Vocational Instructor | 2XRs. 1200/=X12 | 28,800.00 |
| Clerk cum Typist | 1XRs. 1000/=X12 | 12,000.00 |
| Peon Female | 1XRs. 800/=X12 | 9,600.00 |
| Chowkidar | 1XRs. 800/=X12 | 9,600.00 |
| | **Total for one year Rs.** | **198,000.00** |

| | | | |
|---|---|---|---|
| (A) | Construction | Rs. | 1393,800.00 |
| (B) | Furniture | Rs. | 70,000.00 |
| (C) | Staff Salaries | Rs. | 198,000.00 |
| | | **Total Rs.** | **1661,800.00** |
| | | **Equivalent to US $** | **34,620/=**   approx. |

CONFIDENTIAL

# Real Value & Associates

### 3, RAJA DEVI BAKHSH SINGH MARKET
### CHOWK BAZAR. GONDA.

23193 Rest.
- DESIGNER
- PLANNER
- BUILDER
- VALUER &
- ARCHITECTS

Regd. No. 08/RA/GD/01-02

Ref.

Date 30.08.2001

Proposed Estimated Cost For UMME KALSOOM NISWAN HIGH SCHOOL
Situated at KOlhi Ghareeb, Post- Bangawan,Tehsil-Mankapur
Distt.Gonda (U.P.) INDIA

| | | |
|---|---|---|
| TOTAL PLOT AREA | = | 5668-25 Sq. ft. |
| Proposed Covered Area at(G.F.) | = | 1455.55 |
| Proposed Covered Area at (F.F.) | = | 3305.75 |
| Net Plinth Area of Building | = | 442.49 |

Plint. Area Rate of Building as per Chief Engi eer(Building)
U.P.P.W.D., Lucknow vide letter No. 1572 VP/69-VP Wing Dated
27.06.95 Lucknow W.e.f. 1.07.2000 @ Rs. 3150/- per Sqm.

Approximate Construction Cost = 3150x442.49

= Rs. 1393843.50

Say Rs. 13,93,800.00

( Thirteen Lakhs Ninty Three eight hundred only)

Er. S. K. Pal
Dip. Civil Eng.

CONFIDENTIAL

WAMYSA173389

# **ATTACHMENTS**

01.  APPLICATION.

02.  BUDGET ESTIMATE.

03.  TWO RECOMMENDATION LETTERS.

04.  PHOTOGRAPHS SHOWING SCHOOL ACTIVITIES.

05.  COMMITTEE'S REGISTRATION CERTIFICATE (Registered Under Societies Act 1860).

06.  MEMORANDUM AND RULES AND REGULATIONS OF THE COMMITTEE.

07.  DOCUMENT REGARDING PROSSESSION OF THE LAND FOR SCHOOL.

08.  EXISTING AND PROPOSED BUILDING PLAN OF SCHOOL.

CONFIDENTIAL                                                                                  WAMYSA173390

FAX 011- 3282834
PHONE : 6927004

# ALL INDIA EDUCATIONAL MOVEMENT
### E-3, Abul Fazal Enclave, New Delhi- 110 025, India



Dated ..................
13 November 2001

## TO WHOMSOEVER IT MAY CONCERN

We feel pleasure to solicit generous support of your esteemed organisation favouring **Umme Kulsum Girls High School,** *Village - Kolhi Ghareeb, P.O. Bangawan, Distt. – Gonda, Uttar Pradesh.* The institution is catering crucial need of educationally one of the most backward areas in North India with thumping Muslim population. Very appreciable results have been shown by the institution in a short period in all its activities, in spite of very meager resources at its disposal.

In the wake of your remarkable interest in the over all development of the community, we recommend that the institution should receive your kind favour.

With sincere regards and salam,

Yours Sincerely,

**Abdul Rashid Agwan**
Assistant Secretary General

CONFIDENTIAL                                                                 WAMYSA173391



بسم الله الرحمن الرحيم

# وقف الطلبة الإسلامي

اى–٣، ابو الفضل انكليو ، نيودلهى ١١٠٠٢٥، الهـند

# STUDENTS ISLAMIC TRUST

14 November 2001

## <u>TO WHOMSOEVER IT MAY CONCERN</u>

It is to verify and appreciate that Al-Ghorrah Jamiat-us Salehat Committee, a registered charitable society, is running **Umme Kulsum Girls High School** in a remote and backward village Kolhi Ghareeb in Gonda district of Uttar Pradesh province. This institution is providing a very sincere and long needed service for the advancement of the area, which is having a Muslim majority population. The village Kolhi Ghareeb is almost a complete Muslim village with a population of more than 10,000 people.

We are confident that this school is going to serve the local Muslim community in a great way in future if sufficient resources may be provided to it. It is especially strategic for the education of Muslim girls who are considered to be far behind to their male counterparts.

Therefore, we strongly recommend that all possible help and cooperation should be provided to it in its cherished objectives.

Yours Sincerely,

**Tariq Ikramullah**
Secretary

CONFIDENTIAL

ام کلثوم نسوان ھائی اسکول

# UMME-E- KULSOOM GIRLS HIGH SCHOOL

Established under **Al-Ghorrah Jamiat-us-Salehat Committee (Regd. under Societies Act 1860)**

## SCHOOL ACTIVITIES
## THROUGH
## PHOTOGRAPHS

CONFIDENTIAL
WAMYSA173393

Village : Kolhi Ghareeb, P.O. : Bangawan, Via : Sadullah Nagar, Distt. : Gonda, Pin : 271307 ( U.P. ) (INDIA)

# A VIEW OF THE INCOMPLETE SCHOOL BUILDING





CONFIDENTIAL

WAMYSA173394





CONFIDENTIAL

WAMYSA173395



A View of the Incomplete School Building



Students Lined up for Dua'



Students Reciting Dua'

CONFIDENTIAL

WAMYSA173396

## A View of the Class Room







CONFIDENTIAL

WAMYSA173397

## Group Photo of the Teachers & Students







CONFIDENTIAL

WAMYSA173398

## A View of the Cutting & Tailoring Class







CONFIDENTIAL

WAMYSA173399

संख्या ——— २०२४ ——— पत्रावली सं०-एफ-8633    दिनांक ...........

# सोसाइटी-रजिस्ट्रीकरण
## का
## प्रमाण-पत्र
## (अधिनियम संख्या 21,1860 के अधीन)

संख्या ——— 1252 ——— 1997 ——— 1998

एतद्द्वारा प्रमाणित किया जाता है कि आलगौरी जमीनात स्वालि-

हात समिति, ग्राम- कोल्हीगराीन पोस्ट-नगवां तहसील-

मनकापुर, जिला- गोण्डा ।

को आज उत्तर प्रदेश में अपनी प्रवृत्ति के संबंध में यथासंशोधित सोसाइटीज रजिस्ट्रेशन अधिनियम, 1860 ई० के अधीन सम्यक् रूप से रजिस्ट्रीकृत किया गया है। यह प्रमाण-पत्र ०4/11/2002 तक विधिमान्य होगा।

आज दिनांक ०5 नवम्बर ——— उन्नीस सौ 97 ——— को मेरे हस्ताक्षर से दिया गया।

सोसाइटी के रजिस्ट्रार,
उत्तर प्रदेश।

पस्थान संस्था का नाम व पता उपर्युक्त ।

CONFIDENTIAL

WAMYSA173400

नियमावली

1. संस्था का नाम : अल गौरी जागिया तुर्सवालिहात समिति।

2. संस्था का पता : ग्राम- कोल्हीगरीव, पोस्ट- बनगवां तहसील- मनकापुर जिला- गोण्ड [उ०प्र०]

3. संस्था का कार्यक्षेत्र : सम्पूर्ण उत्तर प्रदेश।

4. संस्था की सदस्यता तथा सदस्यों के वर्ग:

आजीवन सदस्य:

जो व्यक्ति संस्था को एक बार में दस हजार रूपया या उतने ही मूल्य की चल या अचल सम्पत्ति निःस्वार्थ भाव से देगा वह आजीवन सदस्य होगा।

सामान्य सदस्य:

जो व्यक्ति संस्था के उद्देश्यों में आस्था रखते होंगे व संस्था को एक हजार रूपये निःस्वार्थ भाव से सदस्यताशुल्क देंगे व सामान्य सदस्य होंगे।

5. सदस्यता की समाप्ति:

1. मृत्यु हो जाने पर।
2. पागल या दीवालिया हो जाने पर।
3. संस्था विरोधी कार्य करने पर।
4. न्यायालय द्वारा दण्डित होने पर।
5. लगातार तीन बैठकों में अनुपस्थित होने पर।
6. त्यागपत्र देने या अविश्वास प्रस्ताव पारित होने पर।
7. नियम रूप से सदस्यताशुल्क न देने पर।

6. संस्था के अंग:

[अ] साधारणसभा

[ब] प्रबन्धकारिणी समिति

7. साधारणसभा:

गठन:

साधारणसभा का गठन सभी प्रकार के सदस्यों को मिलाकर किया जायेगा।

बैठकें:

साधारणसभा की सामान्य बैठक साल में एक बार व विशेष बैठक आवश्यकतानुसार कभी भी बुलाई जा सकती है।

....2.

CONFIDENTIAL

WAMYSA173401

−2−

**सूचना अवधि:**

साधारण सभा की सामान्य बैठक की सूचना 15 दिन पूर्व व विशेष बैठक की सूचना 7 दिन पूर्व सदस्यों को लिखित रूप से दी जायेगी

**गणपूर्ति:**

कुल सदस्य संख्या का 2/3 भाग उपस्थिति बहुमत कोरम होगा परन्तु स्थगित बैठक के लिए कोरम का प्रतिबन्ध न होगा।

**वार्षिक अधिवेशन की तिथि:**

साधारणसभा का वार्षिक अधिवेशन वर्ष में एक बार होगा जिसकी तिथि प्रबन्धकारिणी समिति के 2/3 सदस्यों के बहुमत से तय की जायेगी।

**साधारणसभा के अधिकार व कर्तव्य:**

1. प्रबन्धकारिणी समिति का चुनाव करना।
2. संस्था का वार्षिक बजट पास करना।
3. संस्था का वार्षिक रिपोर्ट पास करना।
4. संशोधन प्रक्रिया 2/3 सदस्यों के बहुमत से करना।

**७. प्रबन्धकारिणी समिति:**

**गठन:**

1 − गेबलाल म/बद

2 − रमेशा आहमद

3 − अब्दुल रउफ

साधारणसभा द्वारा निर्वाचित सदस्यों के आधार पर प्रबन्धकारिणी समिति का गठन किया जायेगा जिसमें अध्यक्ष-एक, उपाध्यक्ष-४५, दो, प्रबन्धक-एक, सहप्रबन्धक-एक, सेक्रेटरी-एक, ज्वाइंटसेक्रेटरी-एक कोषाध्यक्ष-एक तथा 7 सदस्य होंगे इस प्रकार कुल ४५ संख्या−15 होगी।

**बैठकें:**

प्रबन्धकारिणी समिति की सामान्य बैठक वर्ष में तीन बार व विशेष बैठक आवश्यकतानुसार किसी भी समय बुलाई जा सकती है।

**सूचना अवधि:**

प्रबन्धकारिणी समिति की सामान्य बैठक की सूचना 7 दिन पूर्व व विशेष बैठक की सूचना 24 घन्टे पूर्व लिखित रूप से दी जायेगी।

**गणपूर्ति:**

कुल सदस्य संख्या का 2/3 भाग सदस्यों की उपस्थिति गणपूर्ति मान्य होगी परन्तु स्थगित बैठक के लिए कोरम का प्रतिबन्ध न होगा।

**रिक्त स्थानों की पूर्ति:**

प्रबन्धकारिणी समिति के अन्दर कोई स्थान रिक्त होने पर उसकी पूर्ति साधारणसभा के 2/3 सदस्यों के बहुमत के आधार पर शेष अवधिक के लिए की जायेगी।

**प्रबन्धकारिणी समिति के अधिकार एवं कर्तव्य:**

1. संस्था के विकास के लिए आवश्यक कार्य करना।
2. संस्था का वार्षिक बजट तैयार करना।

...3.

-२-

3. संस्था का वार्षिक रिपोर्ट तैयार करना।
5. उद्देश्यों की पूर्ति हेतु राज्य सरकार, केन्द्र सरकार, समाज कल्याणविभाग, शिक्षाविभाग, व्यक्तियों, संस्थानों आदि से दान, अनुदान एवं सहायता आदि प्राप्त करना।

xxxxxxx
**कार्यकाल:**

प्रबन्धकारिणी समिति का कार्यकाल 5वर्ष के लिए होगा।

9. प्रबन्धकारिणी समिति के पदाधिकारियों के अधिकार एवं कर्तव्य:

**अध्यक्ष:**

1. सभी प्रकार की बैठकों की अध्यक्षता करना।
2. बैठकों के लिए दिनों का अनुमोदन करना।
3. समान मत होने पर एक निर्णायक मत देना।
4. सदस्यों के नामांकन पर विचार करना।
5. संस्था की ओर से पत्र व्यवहार करना।

**उपाध्यक्ष:I**

अध्यक्ष की अनुपस्थिति में उनके कार्य करना तथा उनके कार्यों में सहयोग प्रदान करना।

**उपाध्यक्ष:II**

उपाध्यक्ष के कार्यों में सहयोग देना।

**प्रबन्धक:**



1- Abdul Matt:

2 -शेखऊ अहमद

3. अलबल खर्

1. प्रबन्धकारिणी समिति के निर्णयों को कार्यान्वित करना।
2. बैठक की सूचना सदस्यों को देना।
3. पारित बजट के अन्तर्गत व्यय को स्वीकृति प्रदान करना।
4. संस्था की अचल सम्पत्ति की देखरेख करना।
5. बैठक में शान्ति व्यवस्था कायम रखना।
6. सदस्यों एवं पदाधिकारियों के विरुद्ध अनुशासनात्मक कार्यवाही करना यदि उनके विरुद्ध अनुशासनहीनता पायी जाये।
7. पिछली कार्यवाही पढ़कर सुनाना।

**सह्यप्रबन्धक:**

प्रबन्धक की अनुपस्थिति में उनके कार्य करना तथा उनके कार्यों में सहयोग प्रदान करना।
Ax

1. संस्था के बिल एवं वाउचरों पर हस्ताक्षर करना।
2. सदस्यों का नाम सदस्यता रजिस्टर पर नोट करना।
3. कार्यवाही को कार्यवाही रजिस्टर पर नोट करना।
4. कर्मचारियों की नियुक्ति, निष्कासन, पदोन्नति एवं वेतनवृद्धि करना।
5. संस्था के सम्बन्धित शिक्षा समस्याओं के देखरेख करना।
6. संस्था के विकास के लिए अन्य आवश्यक कार्य करना।

**सेक्रेटरी:**

सेक्रेटरी की अनुपस्थिति में उनके कार्य करना तथा उनके कार्यों में सहयोग प्रदान करना।

**ज्वाइंटसेक्रेटरी:**

...... 4.

सत्य प्रतिनिधि

प्रबन्धक
(बहुल पदाधिकारियों का मिट्ठा
देहरादून (उ0 प्र0)

शान्तिमित्र
ज्ञान एजे... 06/12/97

CONFIDENTIAL

WAMYSA173403

-4-

कोषाध्यक्ष:

1. संस्था के आय-व्यय का लेखा-जोखा तैयार करना।
2. सदस्यों से चन्दा, दान, अनुदान आदि प्राप्त करना।
3. सेक्रेटरी द्वारा हस्ताक्षरित बिलों का भुगतान करना।

10. संस्था के नियमों एवं विनियमों में संशोधन प्रक्रिया:

साधारणसभा के 2/3 सदस्यों के बहुमत से संस्था के नियमों एवं विनियमों में संशोधन, परिवर्तन व परिवर्धन किया जायेगा।

11. संस्था का कोष:

संस्था का कोष किसी मान्यता प्राप्त स्थानीय बैंक या पोस्टआफिस में संस्था के नाम खाता खोलकर जमा किया जायेगा जो कोषाध्यक्ष एवं सेक्रेटरी के संयुक्त हस्ताक्षर से आहरित किया जायेगा।

12. संस्था के आय-व्यय का लेखापरीक्षण (आडिट):

संस्था के आय-व्यय का लेखापरीक्षण प्रतिवर्ष किसी सुयोग्य आडीटर द्वारा कराया जायेगा।

13. संस्था द्वारा अथवा उसके विरुद्ध अदालती कार्यवाही के संचालन का उत्तरदायित्व:

संस्था के अदालती कार्यवाही के संचालन का दायित्व प्रबन्धक समिति पर होगा।

14. संस्था के अभिलेख:

(1) सदस्यता रजिस्टर
(2) कार्यवाही रजिस्टर
(3) स्टाक रजिस्टर
(4) कैशबुक आदि।

15. संस्था के विघटन एवं विघटित सम्पत्ति के निस्तारण की कार्यवाही सोसाइटीज रजिस्ट्रेशन अधिनियम की धारा 13 व 14 के अन्तर्गत की जायेगी।

दिनांक:

5-10-97

हस्ताक्षर

1 - Abdul Mati

2 - र(को)न, अहमद

3 - अब्दुल रब

स्वीकृति-पत्र
--------

1. संस्था का नाम : अलशेरिदा जामिया तहरीबालबनात समिति ।

2. संस्था का पता : ग्राम-कोल्हिगरांव, पो0-मनाबर्, तह0मनकापुर, जिला गोण्डा ।उ0प्र0।

3. संस्था का कार्यक्षेत्र : समस्त उत्तर प्रदेश ।

4. संस्था का उद्देश्य
------------------------



1. ...........
2. ...........
3. Abdul @aci
4. Zamiruddin
5. ...........
6. Abdul Malik
7. ...........
8. ...........
9. M. Adil
10. Md. Haroon
11. ...........
12. ...........
13. ...........

1- अल्प संख्यक समुदाय के शिक्षा सामाजिक एवं सांस्कृतिक सुधार के लिए कार्य करना।

2- अल्पसंख्यक समुदाय के लिए प्रारम्भिक से लेकर उच्च स्तरीय शिक्षा प्रदान करना।

3- शिक्षा के चारित्रिक, आध्यात्मिक के ... का प्रचार राष्ट्रीय भावना ना तथा ............ में वृद्धि किये .......... वाले का प्रयास करना।

4- यथा सम्भव विभिन्न समितियों तथा स्कूलों जो अल्प संख्यक समुदाय की शिक्षा सामाजिक तथा सभ्यता के सुधार के लिए काम करें उनके साथ पूर्ण सहयोग देना ।

5- ज्ञानवर्धन के लिए पुस्तकालय एवं वाचनालय की व्यवस्था करना ।

6- विद्यार्थियों को हिन्दी, उर्दू, अरबी, फारसा, अंग्रेजी आदि भाषाओं के माध्यम से शिक्षा का व्यवस्था करना।

7- क्षेत्र के असहाय व र्निर्धन वर्ग के लोगों को आत्मनिर्भर बनाने के लिए सिलाई, कढ़ाई, बुनाई, शिल्पकला, हस्तकला आदि की शिक्षा का नि:शुल्क व्यवस्था करना ।

5. संस्था के प्रबन्धकारिणी समिति के सदस्यों एवं पदाधिकारियों के नाम, पता, पद तथा व्यवसाय जिनको संस्था के नियमानुसार कार्यभार सौंपा गया है ।

सत्य प्रतिलिपि

...2.

-2-

| क्र0 नाम/पिता का नाम | पता | पद | व्यवसाय |
|---|---|---|---|
| 1. श्री शकील अहमद पुत्र श्री अदील अहमद | ग्राम-कोलुई गरीब पो0 बनगवां जिला- गोण्डा | अध्यक्ष | व्यापार |
| 2. श्रीमती आदाब्रुन्निशा पत्नी श्री निजामुद्दीन | ,, | ,, | उपाध्यक्ष गृहणी |
| 3. श्री मास्टर अब्दुल वली पुत्र श्री अब्दुल सत्तार | ,, | ,, | उपाध्यक्ष नौकरी |
| 4. श्री जमालुद्दीन पुत्र मो0 अतीक | ,, | ,, | प्रबन्धक कृषि |
| 5. श्री मो0 मुश्ताक पुत्र श्री मोहम्मद आरिफ | ,, | ,, | सहप्रबन्धक नौकरी |
| 6. अब्दुल मतीन पुत्र श्री मोहम्मद अमीन | ,, | ,, | सेक्रेटरी व्यापार |
| 7. श्री अब्दुल मतीन पुत्र श्री मो0 रजा | ,, | ,, | ज्वाइंट सेक्रेटरी व्यापार |
| 8. श्री अब्दुल रब पुत्र श्री अली अहमद | ,, | ,, | कोषाध्यक्ष नौकरी |
| 9. श्री मो0 अदील पुत्र श्री मोहम्मद हुसैन | ,, | ,, | सदस्य नौकरी |
| 10. श्री मो0 हारून पुत्र श्री मो0 युनुस | ,, | ,, | सदस्य नौकरी |
| 11. श्री वहीदुद्दीन पुत्र श्री मो0 गाफिर | ,, | ,, | सदस्य नौकरी |
| 12. श्री अखलाक खान पुत्र श्री सबहान अल्लाह | ,, | ,, | सदस्य व्यापार |
| 13. श्री अब्दुल कलाम पुत्र मो0 यासीन | ,, | ,, | सदस्य व्यापार |
| 14. श्री गयासुद्दीन पुत्र श्री मैनुद्दीन | ,, | ,, | सदस्य कृषि |
| 15. श्री अतीउल्लाह पुत्र श्री आस मुहम्मद | ग्राम0 रघुनन्दनपुर पो0 बनगवां जिला- गोण्डा | सदस्य व्यापार |

6. हम निम्नहस्ताक्षरकर्ता घोषित करते हैं हमने उपरोक्त स्मृति-पत्र तथा संलग्न नियमावली के अनुसार सोसाइटीज रजिस्ट्रेशन एक्ट 1860 के अन्तर्गत एक समिति का गठन किया है।

दिनांक: 5-10-97                                         हस्ताक्षर

सत्य प्रतिलिपि

प्रतिलप कार्यवाही

| दिनांक | सदस्य के नाम | प्रस्ताव संख्या | की गयी कार्यवाही | उपस्थित सदस्य के हो गयात कालम |
|---|---|---|---|---|
| १ | २ | ३ | ४ | ५ |
| 23.7.2001 | श्री डामोदधीन प्रधान | २ | पूर्व बैठक दिनांक 16-7-2001 की कार्यवाही का ... दिनांक 23.7.2001 को ग्राम प्रधान श्री डामोद्दीन की अध्यक्षता में उनके चयन सामने कार्यालय की ... है। आज की कार्यवाही प्रारम्भ की जाती है। ... | |

*(बाकी पाठ हस्तलिखित एवं अस्पष्ट है)*

CONFIDENTIAL

WAMYSA173407