World Assembly of Muslim Youth                    [illegible WAMY stamp]

Media Department – Information Center

Jeddah Office

Source:  WAMY      Issue No.: 12917
Date: 21/01/1422H, Corresponding to: April 5, 2001
Subject: Educational Programs

Miscellaneous

### WAMY Establishes Girls' Training Center in Indonesia

**Jeddah – WAMY**

The World Assembly of Muslim Youth (WAMY) has established a modern training center for women and girls in the city of [Ranca Bentang], Indonesia for SAR 30,000.  The Assistant Secretary General of WAMY's Jeddah Office, Dr. Abdul-Wahhab Noorwali, stated that this center was named after WAMY, and that the Women's Committee collected donations to establish it. The center will  provide training for girls in sewing, home economics, and various handicrafts. The World Assembly of Muslim Youth has established numerous centers across the Islamic world, including in Sudan, Kenya, Pakistan, Somalia, Kurdistan, Indonesia, Mali, Senegal, and Malawi, to provide youth with training in computer skills and beneficial trades such as sewing, carpentry, metalwork, and upholstery.

CONFIDENTIAL

WAMYSA036043

EXHIBIT

WAMY EX. 23

الندوة العالميه للشباب الإسلامي

إدارة الإعلام – مركز المعلومات

مكتب جدة

المصدر : الندوة           رقم العدد ( ١٤٩١٧ )

التاريخ : ١/٢١/ ١٤٢٢ هـ الموافق : ١٥/٤/ ٢٠٠١م

الموضوع : البرامج التعليميه

## متفرقات

# الندوة العالمية تقيم مركزاً لتدريب الفتيات في أندونيسيا

**جدة– الندوة**

أقامت الندوة العالمية للشباب الاسلامي مركزاً حديثاً للتدريب النسوي في مدينة رانتشا بينتانغ الاندونيسية بمبلغ ٣٠ الف ريال سعودي.وأوضح الامين العام المساعد للندوة بمكتب جدة الدكتور عبدالوهاب نور ولي أن هذا المركز حمل اسم الندوة وقامت اللجنة النسائية بجمع التبرعات لانشائه ويهدف إلى تدريب الفتيات على الخياطة والتدبير المنزلي والحرف اليدوية المختلفة.

يذكر أن الندوة العالمية للشباب الاسلامي أقامت العديد من المراكز في العالم الاسلامي شملت دول السودان وكينيا والباكستان والصومال وكردستان واندونيسيا ومالي والسنغال وملاوي لتعليم الشباب على الكمبيوتر والحرف النافعة مثل الخياطة والنجارة والحدادة والتنجيد.

CONFIDENTIAL

WAMYSA036043



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036043**

Sworn to before me this

22 day of _____March_____ of 2026

_____
Translation Manager

_____
Notary





**MEMBER**
American Translators Association



ACCREDITED BUSINESS

Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling