

**WAMY**
Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia



الندوة العالمية للشباب الإسلامي
جـــدة – تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جـــدة ٢١٤٩٢
المملكة العربية السعودية

| Date: 23/01/1418H <br> Corresponding to:  /  /19    G | **[Accounting] Entry Voucher** <br> 120 | Corresponding to:  /  /19 G |
|---|---|---|

| Debit | | Credit | | Description | Debit Account No. | Credit Account No. |
| Riyals | Halalahs | Riyals | Halalahs | | | |
|---|---|---|---|---|---|---|
| 2,400 | - | | | From: Pakistan Office | [206-8204100] | |
| | | | - | Remuneration of three teachers at Imam Abu Hanifah Institute | | |
| | | 2,400 | -- | To: Al-Ahli Bank – [140] | | 900-1203100 |
| | | | | Telex Transfer No. 14000319797 in an amount | | |
| | | | | equivalent to USD 640 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2,400 | -- | 2,400 | -- | Total: *Two thousand, four hundred Saudi riyals only* | | |

Accountant: [signature]                                    Head Accountant: [no entry]

CONFIDENTIAL

WAMYSA047326

**EXHIBIT**

**WAMY EX. 26**

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

شركة تضامنية مركزها الرئيسي – جدة
سجل تجاري ١٥٨٨

**طلب حوالة بالتلكس**
**TELEX TRANSFER APPLICATION**

23/1

التاريخ _____ Date _____

الفرع _____ Branch _____

---

الرجاء - اصدار حوالة تلكسية مقابل الدفع

PLEASE EFFECT TELEX TRANSFER AGAINST

| | |
|---|---|
| (Please tick ☑ ) | خصما من حسابي DEBIT MY ACCOUNT ☐ / نقدأ CASH ☐ / (الرجاء التأشير ☑ ) |

| | | |
|---|---|---|
| CUSTOMER NAME | إسم المحول | Account No. رقم الحساب |
| TOWN & COUNTRY WHERE PAYABLE | المدينة والبلد حيث يتم الدفع | Currency of transfer عملة الحوالة |
| AMOUNT IN WORDS | المبلغ بالحروف | Amount in figures المبلغ بالارقام |

إسم المستفيد
Beneficiary's Name

العنوان ورقم الهاتف
Address & Tel. No.

إسم بنك المستفيد
Beneficiary's Bank

رقم حساب المستفيد
Beneficiary's Account No.

عنوان ورمز البنك
Bank's Address & Swift Code

تفاصيل اخرى
Other Details

---

The applicant must fill in : اكمل ما يلي :
Name : _____ إسم المحول :
ID No. : _____ رقم الهوية :
Place & Date of issue : _____ محل وتاريخ الاصدار :
Sponsor's Name : _____ إسم الكفيل :
Sponsor's Address : _____ عنوان الكفيل :
Tel. No. : _____ رقم الهاتف :

I / We agree to the conditions printed on reverse.
انا / نحن نوافق على جميع الشروط المطبوعة خلف النموذج

Applicant's Signature    توقيع مقدم الطلب

**PURPOSE OF REMITTANCE**
( Please tick ☑ )

Import Finance Payments ☐
Remittance by Foreign Firms :
  For Import of Goods ☐
  Other Purposes ☐
Personal Remittance by individuals :
  Saudi ☐
  Non-Saudi ☐
  Foreign Travel Requirements ☐
  Investments Outside Kingdom ☐
  Sales to Money Exchangers ☐
  Sales to Government Agencies ☐
  Others ☐

This information is required for statistical purposes only

الغرض من التحويل
( الرجاء التأشير ☑ )
تمويل الواردات
حوالات شركات اجنبية لغرض :
  الاستيراد
  اغراض اخرى
حوالات شخصية من قبل :
  السعوديين
  الاجانب
  حوالات لاغراض السفر
  استثمارات خارج المملكة
  مبيعات للصيارفة
  مبيعات للمؤسسات الحكومية
  أخرى
تطلب هذه المعلومات للاغراض الاحصائية فقط

---

**FOR BANK USE ONLY** — لاستعمال البنك فقط

| | | |
|---|---|---|
| FCY | العملة الاجنبية | T.T. No. رقم الحوالة |
| FCY Amount | مبلغ العملة الاجنبية | Value Date(32A) تاريخ الاستحقاق |
| Rate | سعر العملة | Deal / Ref. No. رقم القطع/المرجع |
| SAR Amount | المبلغ بالريال | Intermediatery Bank البنك الوسيط |
| Commission | العمولة | |
| Telex Charges | مصاريف التلكس | Validation المصادقة |
| SAR Total | المجموع بالريال | |

Authorized Signature    توقيع المسؤل

CUSTOMER COPY

WAMYSA047327



<div dir="rtl">

الندوة العالمية للشباب الأسلامي

</div>

**World Assembly of Muslim Youth**

**Internal Memo**

Dr. [illegible],

Peace, mercy and the blessings of Allah be upon you

Attached is [a request for] Imam Abu Hanifa Institute to approve the remuneration of three teachers who participated after their contracts were terminated until exams were completed. The participation period was 15 days. Please approve USD 300 for each participant for a total of USD 900 only. [I witnessed theirparticipation.]

Best,

[signature] 15/01/1418H

Disburse to them the amount of
two thousand, four hundred riyals (SAR 2,400)

[signature] 18/01/[illegible]

11/01-2

Jeddah Office, P.O. Box 8856, Jeddah 21492 – Tel.: 6672833 – 3301878 – 6891112 – Fax: 6602645

CONFIDENTIAL                                                                WAMYSA047328



World Assembly of Muslim Youth
"WAMY"

الـنـدوة العـا لميـة للشـباب الإسـلامي

مكتب باكستان

Date: 11/01/1418H

Corresponding to: 18/05/1997G

No. /175/1418H

**In the Name of Allah, the Beneficent, the Merciful**

Dr. Hamdi Al-Morsi Al-Sayed, Director of External Offices

Peace, mercy, and the blessings of Allah be upon you

Please find attached the request of the representative of Imam Abu Hanifa Higher Institute for Teacher Training. We request that remuneration be issued to the teachers whose services were terminated but who continued working until the completion of the academic year at the Institute.

We propose, if feasible, the disbursement of a half-month salary (USD 900), or the amount you deem appropriate.  We wish to note that the remuneration is limited to the following three teachers: Bashar Tannish, Marwan Mohammed, and Ahmad Yusuf (USD 300 for each).

May Allah reward you with goodness.

Peace, mercy, and the blessings of Allah be upon you

Mohammed Mustafa Mohammed

[signature]

Acting Director, Pakistan Office

مكتب باكستان : ص.ب. ١٠٥٥ بشاور– المدينة الجامعية – منطقة سفيد ديري – منزل رقم ٣٣٠٤/٥ – هاتف – ٤١٤٨٥ – ٨٤٠٢٤٩ – فاكس ٨٤٠٣٨٥

WAMY Pakistan Office U-P-O Box - 1055 Sufaid Dheri Plot 3304 /5 U-T Tel: 41485 - 840249 - Fax: 840385

CONFIDENTIAL

WAMYSA047329

**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.

Tel. : 6672833 / 6601878 / 6613761

Fax : 6602645

P. O. Box 8856 - Jeddah 21492

Kingdom of Saudi Arabia

النـدوة العالمية للشباب الإسلامي

جــدة – تقاطع شارع فلسطين مع الستين

ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١

فاكس : ٦٦٠٢٦٤٥

ص.ب ٨٨٥٦ – جــدة ٢١٤٩٢

المملكة العربية السعودية

سنـد قيـد

التاريخ ٢٢/ ١ /١٤١٨هـ

الموافق / / ١٩م

الموافق / / ١٩م

| رقم الـدائن | رقم المدين | البيــان | دائـن | | مديـن | |
|---|---|---|---|---|---|---|
| | | | ريـال | هـ | ريـال | هـ |
| | ٢٠٦<br>٨٥٠٢١٠٠ | صندوق مكتب باكستان | | | ٢٤٠٠ | – |
| ١٥<br>١٠٢٣١٠٠ | | معهد الإمام مسلم بمهر الإمام أبي حنيفة<br>١٤١٨/٥/٠ لبنك أهلي ١٢٠<br>حوالة تكميلية رقم ٢١٩٧٥٨٠٠١٢ بمبلغ<br>يعادل ٦٢٠ دولار | ٢٤٠٠ | – | | |
| | | | | | | |
| | | الإجمالي / قصر أدينم درريمـن ريال لا غير | ٢٤٠٠ | – | ٢٤٠٠ | – |

المحاسب ............................

رئيس الحسابات ............................



CONFIDENTIAL

WAMYSA047326

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK

شركة تضامنية مركزها الرئيسي – جدة
سجل تجاري ١٥٨٨

طلب حوالة بالتلكس
**TELEX TRANSFER APPLICATION**

١/ع٣

التاريخ .................................................... Date

الفرع .................................................... Branch

الرجاء اصدار حوالة تلكسية مقابل الدفع

**PLEASE EFFECT TELEX TRANSFER AGAINST**

| | | | |
|---|---|---|---|
| (Please tick ✓ ) | خصما من حسابي DEBIT MY ACCOUNT ☐ | نقداً CASH ☐ | (الرجاء التأشير ✓ ) |

| | | | |
|---|---|---|---|
| CUSTOMER NAME | إسم المحول | Account No. رقم الحساب | |
| TOWN & COUNTRY WHERE PAYABLE | المدينة والبلد حيث يتم الدفع | Currency of transfer عملة الحوالة | |
| AMOUNT IN WORDS | المبلغ بالحروف | Amount in figures المبلغ بالارقام | |

إسم المستفيد
Beneficiary's Name

العنوان ورقم الهاتف
Address & Tel. No.

إسم بنك المستفيد
Beneficiary's Bank

رقم حساب المستفيد
Beneficiary's Account No.

عنوان ورمز البنك
Bank's Address & Swift Code

تفاصيل اخرى
Other Details

CUSTOMER COPY

The applicant must fill in : اكمل ما يلي :

Name : .................................... إسم المحول :

ID No. : .................................... رقم الهوية :

Place & Date of issue : .................................... محل وتاريخ الاصدار :

Sponsor's Name : .................................... إسم الكفيل :

Sponsor's Address : .................................... عنوان الكفيل :

Tel. No. : .................................... رقم الهاتف :

I / We agree to the conditions printed on reverse.

انا / نحن نوافق على جميع الشروط المطبوعة خلف النموذج

Applicant's Signature    توقيع مقدم الطلب

**PURPOSE OF REMITTANCE**

( Please tick ✓ )

| | |
|---|---|
| Import Finance Payments | ☐ |
| **Remittance by Foreign Firms :** | |
| For Import of Goods | ☐ |
| Other Purposes | ☐ |
| **Personal Remittance by individuals :** | |
| Saudi | ☐ |
| Non-Saudi | ☐ |
| Foreign Travel Requirements | ☐ |
| Investments Outside Kingdom | ☐ |
| Sales to Money Exchangers | ☐ |
| Sales to Government Agencies | ☐ |
| Others | ☐ |

This information is required for statistical purposes only

الغرض من التحويل
( الرجاء التأشير ✓ )

تمويل الواردات
حوالات شركات اجنبية لغرض :
الاستيراد
اغراض اخرى
حوالات شخصية من قبل :
السعوديين
الاجانب
حوالات لاغراض السفر
استثمارات خارج المملكة
مبيعات للصيارفة
مبيعات للمؤسسات الحكومية
أخرى

تطلب هذه المعلومات للاغراض الاحصائية فقط

لاستعمال البنك فقط

**FOR BANK USE ONLY**

| | | |
|---|---|---|
| FCY | العملة الاجنبية | |
| FCY Amount | مبلغ العملة الاجنبية | |
| Rate | سعر العملة | |
| SAR Amount | المبلغ بالريال | |
| Commission | العمولة | |
| Telex Charges | مصاريف التلكس | |
| SAR Total | المجموع بالريال | |

| | | |
|---|---|---|
| T.T. No. | رقم الحوالة | |
| Value Date (32A°) | تاريخ الاستحقاق | |
| Deal / Ref. No. | رقم القطع/المرجع | |
| Intermediatery Bank | | البنك الوسيط |
| Validation | | المصادقة |

Authorized Signature    توقيع المسؤل

BANCS -- 001

CONFIDENTIAL

WAMYSA047327



النـدوة العالمية للشباب الاسلامي
**World Assembly of Muslim Youth**

—— مذكرة داخلية ——

صادرة المكتب / الموحد      سلمه الله

السلام عليكم ورحمة الله وبركاته .

نزفيد سيادتكم بأنه عبد الطلاب إلى حصة تجول
العباد مكافأة لشرتهم مع المدرسين لنزحيم
شاركوا بعد أنهاء عقدهم من تسليم
امتحانات وكانت مدة المشاركة ( ١٥ يوماً )
فندفع العباد $ ٢٠٠ لكل مشارك
بإجمالي $ ٩٠٠ فئة لما علم .
وقد رأيت بنفسي والملبت من المشاركة .

والله الموفق،،،

المحب

جبرل حمدان

١٥ / ١١ / ١٤١٨هـ

يصرف لهم مع
شكري الفاسم وليسعه
" شئ " بيك زيمر

مكتب جدة : ص . ب ٨٨٥٦ جدة ٢١٤٩٢ ت ٦٦٧٢٨٣٣ – ٦٦٠١٨٧٨ ٢ / ٦٦١٨٩١٩ فاكس ٦٦٠٢٦٤٥

CONFIDENTIAL

WAMYSA047328

World Assembly of Muslim Youth
"WAMY"



الـندوة العـا لميـة للشبـاب الإسـلامي

مكتب باكستان

التاريخ : ١٤١٨/١/١١هـ

الموافق : ١٩٩٧/٥/١٨م

الرقم : ٠ /١٧٥/١٤١٨هـ

بسم الله الرحمن الرحيم

الأخ الفاضل / د. حمدي المرسي السيد/ مدير المكاتب الخارجية          حفظه ا لله

السلام عليكم ورحمة ا لله وبركاته

مرفق طلب وكيل معهد الامام ابي حنيفة العالي لتأهيل المعلمين – نرجو التكرم بمكافأة الاخوه المعلمين الذين انهيت خدماتهم وبقوا على رأس العمل الى حين اكمال العام الدراسي بالمعهد:

ونقترح ان امكن صرف راتب نصف شهر (مبلغ ٩٠٠دولار) أوحسب ماترونه مناسبا ونفيـد بأن تقتصر المكافأة على ثلاثة من الاخوة هم / بشار طنيش/ مروان محمد/ واحمـد يوسف (٣٠٠ لكـل منهم).

وجزاكم الله خيراً

والسلام عليكم ورحمة الله وبركاته

محمد مصطفى محمد

مدير مكتب باكستان بالانابة

مكتب باكستان : ص.ب. ١٠٥٥ بشاور- المدينة الجامعية – منطقة سفيد ديري – منزل رقم ٣٣٠٤/٥ – هاتف – ٤١٤٨٥ – ٨٤٠٢٤٩ فاكس ٨٤٠٣٨٥
WAMY Pakistan Office U-P-O Box - 1055 Sufaid Dheri Plot 3304 /5 U-T  Tel: 41485 - 840249 - Fax: 840385

CONFIDENTIAL                                                WAMYSA047329



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA047326-WAMYSA047329**

Sworn to before me this
___ day of _____ of 2026

_____
Translation Manager

_____
Notary

ata MEMBER
American Translators Association



Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling