*4089*

**WAMY**
Jeddah - Sitteen St. Crossing With Palestine St.
Tel. : 6672833 / 6601878 / 6613761
Fax : 6602645
P. O. Box 8856 - Jeddah 21492
Kingdom of Saudi Arabia

الندوة العالمية للشباب الإسلامي
جـــدة – تقاطع شارع فلسطين مع الستين
ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١
فاكس : ٦٦٠٢٦٤٥
ص.ب ٨٨٥٦ – جـــدة ٢١٤٩٢
المملكة العربية السعودية

Date: 01/07/1421H

Corresponding to:  /  /19   G

70736 [illegible]

**[Accounting] Entry Voucher**

Corresponding to:  /  /19
G

| Debit | | Credit | | Description | Debit Account No. | Credit Account No. |
|---|---|---|---|---|---|---|
| Riyals | Halalahs | Riyals | Halalahs | | | |
| 197,628 | 75 | | | From Imam Abu Hanifa Institute in Pakistan | 2020020600 | |
| | | 197,628 | 75 | To [Acct.]: Ahli Bank [140] | | 120101010 |
| | | | | | | |
| | | | | *Allowance for Imam Abu Hanifa Institute in Pakistan | | |
| | | | | for the period from 01/01-30/06/1421H | | |
| | | | | | | |
| | | | | | | |
| | | | | *[Acct.] 1400255200 in the amount of | | |
| | | | | USD 52,701 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 197,628 | 75 | 197,628 | 75 | **Total:** One hundred ninety-seven thousand, six hundred twenty-eight Saudi riyals only | | |

Accountant: [signature]                                    Head Accountant:

CONFIDENTIAL

WAMYSA049368

**EXHIBIT**

**WAMY EX. 28**

**Proposed Budget for Imam Abu Hanifa Higher Institute for Teacher Training
for the Year 1421H**

**1. Salaries:**

| No. | Position | Number | Monthly Salary (USD) | Monthly Salary (SAR) | Total Annual Salary (SAR) |
|---|---|---|---|---|---|
| 1 | Institute Director (Contracted) | 1 | 735 | 2,756 | 33,072 |
| 2 | Teacher (Contracted) | 5 | 636.5 | 2,387 | 143,220 |
| 3 | Teacher (Local) | 5 | 134 | 502.5 | 30,150 |
| 4 | Academic Affairs Officer (Secretariat) | 1 | 110 | 412.5 | 4,950 |
| 5 | Student Affairs and Activities Officer | 1 | 110 | 412.5 | 4,950 |
| 6 | Librarian | 1 | 78.5 | 295 | 3,540 |
| 7 | Driver | 2 | 70 | 263 | 6,300 |
| 8 | Support Staff | 2 | 65 | 244 | 5,850 |
| 9 | Cook | 2 | 70 | 263 | 6,300 |
| **Total** | | **20** | **2,009** | **7,535.5** | **238,332** |

CONFIDENTIAL

WAMYSA049369

**2. Current Expenses**

| No. | Description | Monthly Rate (USD) | Monthly Rate (SAR) | Annual Rate (SAR) |
|---|---|---|---|---|
| 1 | Educational Activities | 83 | 321 | 3214 |
| 2 | Food | 2,000 | 7,500 | 75,000 |
| 3 | Fuel | 85 | 318.75 | 3,187.5 |
| 4 | Book Printing | 74 | 0 | 2,778.75 |
| 5 | Vehicle and Equipment Maintenance | 193 | 724 | 7,500 |
| 6 | Stationery | 78 | 292 | 3,000 |
| 7 | Cleaning | 60 | 225 | 2,250 |
| 8 | Medical Treatment | 100 | 375 | 3,750 |
| 9 | Electricity and Gas | 370 | 1,256 | 12,563.5 |
| 10 | Student Graduation Ceremony | 648 | 0 | 1500 |
| 11 | Student Awards | 667 | 2,531.25 | 25,313 |
| 12 | Travel Tickets for Contracted Staff (Qty. 6) | 0 | 0 | 16,875 |
| | **Total** | **4,358** | **13,543** | **156,930.75** |

| No. | Description | Total (SAR) |
|---|---|---|
| 1 | Salaries and wages | **238,332** |
| 2 | Administrative expenses | **156,930.75** |
| | **Total** | **395,262.75** |

WAMYSA049370

In the Name of Allah, the Beneficent, the Merciful



**orld Assembly of Muslim Youth**                                    ندوة العالمية للشباب الاسلامي

No. ABT/MT/56                                          Date: 21/06/1421H

### Disbursement Request

**Mr. Abdul-Majid**

Director, Finance Department

Peace, mercy, and the blessings of Allah be upon you.

### Please issue the necessary instructions to disburse the amount of SAR 197,631

**Only:** one hundred ninety-seven thousand, six hundred thirty-one only

**In the name of:** Mr. Mohammed Moustapha Mohammed, WAMY Director – Pakistan

**Address:** WAMY Office, Pakistan

**For the following items:** Allowance for Imam Abu Hanifa Institute in Pakistan, for the first period, from 01/01 – 30/06/1421H, for six (6) months, in the amount of SAR 197,631 per period.

### Our deepest thanks and appreciation.

**Abdullah Sadaqa Abu Zaid**

[signature]

**Director, Educational Programs Department**

* Original to: Finance Department * * Copy to: Educational Programs Department * Copy to: [Educational] Institutions Department

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨(٠٢)_فاكس : ٦٦٠٢٦٤٥(٠٢)_برقياً : رامي جدة-- ص.ب ٨٨٥٦ جدة ٢١٤٩٢

eddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL                                                              WAMYSA049371

طلب حوالة خارجية/ شيك مصرفي
**TRANSFER/ DRAFT APPLICATION**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**

*04/07/14[2]1H* لتاريخ:

*WAMY – [Jeddah]* الفرع:

Date: ..................   Ref. No. | | | | | | | | |   مرجع الحوالة

Branch: ................

**Please Issue:** International transfer حوالة دولية ☑   Draft شيك مصرفي ☐   :الرجاء اصدار

| عملة التحويل Transfer Currency | المبلغ بالأرقام Amount in figures | المبلغ بالحروف Amount in words |
|---|---|---|
| USD | 52,701.-- | *Fifty-two thousand, seven hundred one U.S. dollars only* |

| **BENEFICIARY DETAILS** | | بيانات المستفيد |
|---|---|---|
| Beneficiary's Name : | WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY) | اسم المستفيد |
| Address &/ or Phone No. : | TEL : 91955 - 800248 | عنوان و/ أو رقم الهاتف |
| Beneficiary A/C No. : | USD : 1166 - 528611 - 082 | رقم حساب المستفيد |
| Beneficiary Bank : | EMIRATES BANK INTERNATIONAL / DTSC | بنك المستفيد |
| Branch Name & Address : | PESHAWAR - ISLAMIA ROAD | اسم الفرع وعنوانه |
| Town - Country : | PAKISTAN | مدينة - البلد |

**Against payment by:**   ذلك مقابل:

14-1-850000105

التقيد على حسابي/حسابنا رقم ☑   **DEBIT MY/ OUR A/C**   شيك رقم ......... ☐   **CHEQUE NO.**   نقدا ☐   **CASH**

| **REMITTER DETAILS** | | بيانات المحول |
|---|---|---|
| Remitter's Name : | *World Assembly of Muslim Youth – [Jeddah]* | اسم المحول |
| ID No., Type, Date, Place of Issue : | | رقم الهوية/ نوعها/ تاريخ مكان الإصدار |
| Address : | *[Jeddah]* | عنوان |
| Phone No. : | 6601878 | رقم الهاتف |

**Other Details:**   فاصيل أخرى للحوالة:

**PURPOSE OF REMITTANCE:**   غرض من التحويل:

Please see overleaf and write relevant code number in the box. 98   يرجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf.   أوافق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: _____   توقيع المحول:   [illegible]

| **FOR BANK USE ONLY:** | | | | مستعمل البنك فقط: |
|---|---|---|---|---|
| Currency | نوع العملة | 1 MD | Correspondent Bank .......... [illegible] | بنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | = 52701 = | Value date تاريخ الاستحقاق | / / / |
| Rate | سعر العملة | 3.25 | Deal/ Ref. No. رقم القطع/ المرجع | |
| SAR Equivalent | المعادل بالريال | | Validation | مصادقة |
| Commission/ Fees | رسوم/ عمولة | — | [illegible] | |
| Telex Charges | مصاريف التلكس | — | | |
| SAR Total | المجموع بالريال | = 197623 | 75 | |

*One hundred ninety-seven thousand, six hundred [illegible] only*

P ....83 **EFT ISSUE 1[....[001..
USD 052701.00
BJRN 22285.9 ...

Authorized Signature: _____   توقيع المسئول:

BANCS -001A1

CONFIDENTIAL

WAMYSA049372



الــنـــدوة العــالميــة للشــبــاب الإســلامي

## World Assembly of Muslim Youth

مكتب منطقـة مكة المكرمـة
**Office of Makkah Region**

Date:

No.:

**Mr. Mohammed Moustapha Mohammed**

**WAMY Office Representative, Pakistan**

**Peace and the blessings of Allah be upon you**

**I hope that you are well, in a manner pleasing and beloved to our Lord.**

**Please** find attached to this letter Check/Transfer No. *14000255200,* dated *07/10*/2000G, in the amount of one hundred ninety-seven thousand, six hundred thirty-one Saudi riyals (SAR 197,631.00) only, equivalent to approximately fifty-two thousand, seven hundred one U.S. Dollars (USD 52,701.00), drawn on [*Chase Manhattan*] *Bank, New York.*

**For:** Allowance for Imam Abu Hanifa Institute in Pakistan, for the first period, from 01/01 – 30/06/1421H, for six (6) months, for the amount of SAR 197,631 per period.

[illegible] *21/06/21*

May Allah guide us toward all that is good.

Best regards,

**Abdullah Sadaqa Abu Zaid**

[signature]

**Director, Educational Programs Department**

cc: With greetings to the General Supervisor of Programs and Projects

cc: Educational Programs Department

cc: Educational Institutions Department

المملكة العـــربية الســـعـــوديـــة – جـــدة – هـــاتف ٦٦٠٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فـــاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جـــدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_JED@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL

WAMYSA049373



٤.٨٩

**WAMY**

Jeddah - Sitteen St. Crossing With Palestine St.

Tel. : 6672833 / 6601878 / 6613761

Fax : 6602645

P. O. Box 8856 - Jeddah 21492

Kingdom of Saudi Arabia

النـدوة العالمية للشبـاب الإسلامي

جـدة – تقاطع شارع فلسطين مع الستين

ت. : ٦٦٧٢٨٣٣ / ٦٦٠١٨٧٨ / ٦٦١٣٧٦١

فاكس : ٦٦٠٢٦٤٥

ص.ب ٨٨٥٦ – جـدة ٢١٤٩٢

المملكة العربية السعودية

سنـد قيـد

٧.٧٣٦

التاريخ ٨٠/ ٧ /١٤ ٢١هـ

الموافق   /   / ٢٠٠م

الموافق   /   / ٢٠٠م

| رقم الـدائن | رقم المدين | البيـان | دائــن | | مديــن | |
|---|---|---|---|---|---|---|
| | | | ريـال | هـ | ريـال | هـ |
| | ٢.٢.٠٠ ٢.٦.٠٠ | منه ها مغير الكاظم أبو مينه بباكستان | | | ١٩٧٦٢٨ | ٧٥ |
| ١٥.١.١.١٠٠ | | والد ها ليتاله كلاهان ١٢٠ | ١٩٧٦٢٨ | ٧٥ | | |
| | | * خصص معهد الكاظم أبو مينه بباكستان المبلغ من ١/١ – ٢/١٥ ١٤٢١/ هـ | | | | |
| | | * ٢ ٢٠٠٥٥٢٠٠ ١٤٠٠٠٠ بيــــع ١٠٧٥ دولار | | | | |

الإجمالي / فقط مائة ريبعه و تسعون ألف و سبعة كابر وستون ريال ولا ...

| | | الإجمالي | ١٩٧٦٢٨ | ٧٥ | ١٩٧٦٢٨ | ٧٥ |

المحاسب ............    رئيس الحسابات ............

CONFIDENTIAL

WAMYSA049368

CONFIDENTIAL

WAMYSA049369

## الميزانية المقترحة لمعهد الإمام أبي حنيفة العالي لتأهيل المعلمين للعام ١٤٣١هـ

أ- الرواتب :

| م | الوظيفة | العدد | الراتب الشهري بالدولار | الراتب الشهري بالريال | الإجمالي السنوي بالريال |
|---|---|---|---|---|---|
| ١ | مدير المعهد ( متعاقد ) . | ١ | ٧٣٥ | ٢٧٥٦ | ٣٣٠٧٢ |
| ٢ | مدرس ( متعاقد ) . | ٥ | ٦٣٦.٥ | ٢٣٨٧ | ١٤٣٢٢٠ |
| ٣ | مدرس ( محلي ) . | ٥ | ١٣٤ | ٥٠٢.٥ | ٣٠١٥٠ |
| ٤ | مسئول شئون التدريس ( السكرتارية ) . | ١ | ١١٠ | ٤١٢.٥ | ٤٩٥٠ |
| ٥ | مسئول شؤون الطلاب والأنشطة . | ١ | ١١٠ | ٤١٢.٥ | ٤٩٥٠ |
| ٦ | أمين المكتبة . | ١ | ٧٨.٥ | ٢٩٥ | ٣٥٤٠ |
| ٧ | سائق . | ٢ | ٧٠ | ٢٦٣ | ٦٣٠٠ |
| ٨ | مستخدم . | ٢ | ٦٥ | ٢٤٤ | ٥٨٥٠ |
| ٩ | طباخ . | ٢ | ٧٠ | ٢٦٣ | ٦٣٠٠ |
| | الإجمالي | ٢٠ | ٢٠٠٩ | ٧٥٣٥.٥ | ٢٣٨٣٣٢ |

## ٢- المصروفات الجارية :

| م | البيــان | المعدل الشهري بالدولار | المعدل الشهري بالريال | المعدل السنوي بالريال |
|---|---|---|---|---|
| ١ | أنشطة تربوية . | ٨٣ | ٣٢١ | ٣٢١٤ |
| ٢ | طعام . | ٢٠٠٠ | ٧٥٠٠ | ٧٥٠٠٠ |
| ٣ | محروقات . | ٨٥ | ٣١٨,٧٥ | ٣١٨٧,٥ |
| ٤ | طباعة كتب . | ٧٤ | . | ٢٧٧٨,٧٥ |
| ٥ | صيانة سيارات وأجهزة . | ١٩٣ | ٧٢٤ | ٧٥٠٠ |
| ٦ | قرطاسية . | ٧٨ | ٢٩٢ | ٣٠٠٠ |
| ٧ | نظافة . | ٦٠ | ٢٢٥ | ٢٢٥٠ |
| ٨ | علاج . | ١٠٠ | ٣٧٥ | ٣٧٥٠ |
| ٩ | كهرباء وغاز . | ٣٧٠ | ١٢٥٦ | ١٢٥٦٢,٥ |
| ١٠ | حفل تخرج الطلاب . | ٦٤٨ | . | ١٥٠٠ |
| ١١ | مكافآت طلاب . | ٦٦٧ | ٢٠٣١,٢٥ | ٢٥٣١٣ |
| ١٢ | تذاكر سفر للمتعاقدين عدد ٦ . | . | . | ١٦٨٧٥ |
| | الإجمـالي | ٤٣٥٨ | ١٣٥٤٣ | ١٥٦٩٣٠,٧٥ |

| م | البيــان | الإجمالي بالريال |
|---|---|---|
| ١ | الرواتب والأجور . | ٢٣٨٣٣٢ |
| ٢ | المصروفات الإدارية . | ١٥٦٩٣٠,٧٥ |
| | الإجمـالي | ٣٩٥٢٦٢,٧٥ |

CONFIDENTIAL

WAMYSA049370



**orld Assembly of Muslim Youth**

ندوة العالمية للشباب الاسلامي

الرقم : ١/ب ت / م ت / ٥٦

التاريخ : ١٤٢١/٦/٢١هـ

**طلب صرف**

سعادة الأخ الفاضل / السيد عبدالمجيد        سلمه الله ...
مدير الإدارة المالية

السلام عليكم ورحمة الله وبركاته ،،،

نرجو الإيعاز لمن يلزم نحو صرف مبلغ وقدره  ( ١٩٧٦٣١ ) ريال .

فقط : مائة وسبعة وتسعون ألفاً وستمائة وواحد وثلاثون ريالاً سعودياً لاغير .

باسم : أ/ محمد مصطفى محمد – مدير الندوة في باكستان .

عنوانه : مكتب الندوة في باكستان .

للبنود التالية : مخصص معهد الإمام أبوحنيفة في باكستان ، وذلك للفترة الأولـى ، مـن : ١٤٢١/٦/٣٠ هـ  ولــ ٦ أشهر ، بواقع ( ١٩٧٦٣١ ر.س ) للفترة الواحدة .

ولكم جزيل الشكر والتقدير ،،

عبد الله صدقة أبوزيد

مدير إدارة البرامج التعليمية

\* الأصل للإدارة المالية  \* صورة لإدارة البرامج التعليمية  \* صورة لقسم المؤسسات .

جدة- الشمال الغربي لتقاطع الستين مع شارع فلسطين- هاتف : ٦٦٧٢٨٣٣ /٦٦٠١٨٧٨(٠٢)- فاكس : ٦٦٠٢٦٤٥(٠٢) -برقياً : رامي جدة- ص . ب ٨٨٥٦ جدة ١٤٩٢
eddah : North west of Al-Sitten Crossing with Palestine St. - Tel. (02) 6672833/ 6601878 - Fax (02) 6602645 - Cable : WAMY Jeddah - P.O. Box 8856 Jeddah 21492

CONFIDENTIAL

WAMYSA049371

طلب حوالة خارجية/ شيك مصرفي
**TRANSFER/ DRAFT APPLICATION**

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**

كة مساهمة سعودية مركزها الرئيسي – جدة – سجل تجاري ١٥٨٨
ن المال المصرح به والمدفوع (٦٠٠٠) مليون ريال

لتاريخ: ٤/ ٧/ ١٤٠١

لفرع: الليبرة – صرف

Date: ..................    Ref. No. | | | | | | | | | |    مرجع الحوالة

Branch: ..................

| Please Issue: | International transfer حوالة دولية ✓ | Draft شيك مصرفي ☐ | الرجـــاء اصدار: |
|---|---|---|---|

| المبـلغ بالحـروف<br>Amount in words | المبـلغ بالأرقـام<br>Amount in figures | عملة التحويل<br>Transfer Currency |
|---|---|---|
| مبلغ إثنان وعشرون ألف وسبعمئة وواحد وثلاثون دولار أمريكي ودولار | = ٥٧٠.١ | دولار أمريكي |

## BENEFICIARY DETAILS                                   بيانـــات المستفيد

| | |
|---|---|
| Beneficiary's Name : WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY) | سـم المستـفيد |
| Address &/ or Phone No. : | عنوان و/ أو رقم الهاتف |
| TEL : 41455 - 840249 | |
| Beneficiary A/C No. : U$D : 1166- 528611 - 082 | قم حساب المستفيد |
| Beneficiary Bank : EMIRATES BANK INTERNATIONAL / DJSC | ك المستفيد |
| Branch Name & Address : DESHAWAR - ISLAMIA ROAD | سـم الفرع وعنوانه |
| Town - Country : PAKISTAN | مدينـة – البلـد |

Against payment by:                                              ذلك مقابل :

| | | | |
|---|---|---|---|
| N | ٩ | ٦ | ١ | ١ | ٨ | ٥ | ١ | - | ٢ | - | ١ | ٢ | القيد على حسابي/حسابنا رقم ل | شيك رقـم ☐ | نقـدا ☐ |
| | DEBIT MY/ OUR A/C | CHEQUE NO. | CASH |

## REMITTER DETAILS                                        بيانـــات المحـــول

| | |
|---|---|
| Remitter's Name : الندوة العالمية للشباب الاسلامي – صرف | سـم المحول |
| ID No., Type, Date, Place of Issue : | قم الهوية/ نوعـها/ تـاريخ<br>مكان الإصدار |
| Address : صرف | عنـوان |
| Phone No. : ٦٦ - ١٨٧٨ | قـم الهاتف |

Other Details:                                            فاصيل أخرى للحـوالة:

**PURPOSE OF REMITTANCE:**                          غرض من التحويل:

Please see overleaf and write relevant code number in the box. [98]    رجى الإطلاع على المدون خلف النموذج ووضع الرمز في الحقل.

I/ We agree to the terms printed overleaf.                  أفق/ نوافق على الشروط والأحكام المبينة خلف الطلب.

Remitter's Signature: ..................    توقيـع المحـــول:

## FOR BANK USE ONLY:                                  ستعمال البنك فقط:

| | | | | |
|---|---|---|---|---|
| Currency | نوع العملة | USD | Correspondent Bank .................. | بنك المراسل |
| FCY Amount | مبلغ العملة الأجنبية | = 52701 | Value date | تاريخ الاستحقاق / / |
| Rate | سعر العملة | 8.75 | Deal/ Ref. No. | رقم القطع/ المرجع |
| SAR Equivalent | المعادل بالريال | | Validation | مصادقة |
| Commission/ Fees | رسوم/ عمولة | — | | |
| Telex Charges | مصاريف التلكس | — | | |
| SAR Total | المجموع بالريال | = 197625 75 | | |

P 0001AT ##EFT ISSUE 15000(00500
1401050000021
لسيد/ الندوة العالمية للشباب الإسلامي
USD 05,701.00

فرع الكندرة 1#0430
BJRN 22285000/10/07 50477 NRLG

Authorized Signature: ..................    توقيع المسئول:

BANCS -001A1

CONFIDENTIAL                                          WAMYSA049372

صورة العميل / CUSTOMER COPY



الندوة العالمية للشباب الإسلامي

# World Assembly of Muslim Youth

مكتب منطقة مكة المكرمة
**Office of Makkah Region**

التاريخ : .......................

الرقــم : .......................

سعادة الأخ الفاضل / محمد مصطفى محمد          حفظه الله

مندوب مكتب الندوة في باكستان

السلام عليكم ورحمة الله وبركاته
آمل أن تكونوا على خير ما يحب ربنا ويرضه .. وبعد ،،

**يسرني** أن أرفق لكم بطي هذا الخطاب شيكا / حوالة رقــم (——— ٥٥٥ ٠ ٠٠٠ ١٤ )
وتاريخ : ٧/١٠/٢٠٠٠ م . بمبلغ وقــدره ( ١٩٧٦٣١ ر.س ) " فقط مائة وسبعة وتسعون ألفــا
وستمائة وواحد وثلاثون ريالا سعوديا لاغير " بما يعادل ( ٥٢٧٠١ دولار أمريكــي تقريبــا )
والمسحوب بواسطة على بنك تشيز منهاتن – نيويورك .

**وذلك** عبارة مخصص معهد الإمام أبوحنيفة في باكستان ، وذلك للفــترة الأولى ، مــن :
١٤٢١/٦/٣٠-١/١ هـ ولـ ٦ أشهر ، بواقع ( ١٩٧٦٣١ ر.س ) للفترة الواحدة .

وفقنا الله وإياكم لكل خير ،،
وتقبلوا خالص تحياتي ،،

عبد الله صدقة أبوزيد

مدير إدارة البرامج التعليمية

– مع التحية للمشرف العام على البرامج والمشروعات .
– إدارة البرامج التعليمية .
– قسم المؤسسات التعليمية .

المملكة العربية السعودية – جدة – هاتف ٦٦٥٣٣٠٠ / ٦٦٠١٨٧٨ (٠٢) – فاكس ٦٦٠٢٦٤٥ – ص . ب ٨٨٥٦ جدة ٢١٤٩٢
Kingdom of Saudi Arabia - Jeddah - Tel. (02) 6653300 / 6601878 Fax 6602645 - P. O. Box 8856 Jeddah 21492
E-mail : wamy_JED@yahoo.com & wamyjed@ogertel.com

CONFIDENTIAL                                                    WAMYSA049373



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)       §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA049368 - WAMYSA049373**

Sworn to before me this
_22_ day of ___March___ of 2026

_____
Translation Manager

_____
Notary



American Translators Association



Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling