UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923

## DECLARATION OF ZIAUL HAQ AMARKHIL

I, Ziaul Haq Amarkhil, being duly sworn, hereby declare under penalty of perjury that the following is true and correct:

1. I am not a party in the above captioned matter.

2. I am a citizen of Afghanistan.

3. In          , my family immigrated to a Pakistan refugee camp during the Afghanistan war. There were approximately 100,000 people at the

1

EXHIBIT

WAMY EX. 29

refugee camp where my family was. In total there were over 7 million Afghan refugees in Pakistan. I have spent most of my life in Pakistan.

4. While a refugee, I attended the Abu Hanifa Institute from 1999-2001 in Peshawar Pakistan. The Abu Hanifa Institute is directly supported by the World Assembly of Muslim Youth ("WAMY"), and it was through this school that I first interacted with and came to know about WAMY. I had to take an entry exam to qualify to attend Abu Hanifa.

5. Abu Hanifa accepts only 80-100 students and provides dormitories to house the students while at school; it also provided medical care when students got sick. Since we stayed at the school, WAMY would provide assistance with transportation costs for students to visit their families every 2-3 months. For me, the refugee camp was almost 90 kilometers from the school.

6. The curriculum at Abu Hanifa was between twenty one (21) to twenty two (22) subjects, including Islam, languages (Arabic and English), computer, math, and social science. The religious curriculum included teaching Quran, Hadiths, Fiqh, Arabic, and Arabic grammar.

7. There wasn't any teaching about infidels or fighting for infidels in the religious classes, nor was there any teaching at Abu Hanifa urging to take arms against the West. Upon completion of the courses, students graduate

2

with baccalaureate degrees. To my knowledge, no one from Abu Hanifa went on to join an extremist group or fight against the government.

8. The teachings of Islam are very clear on how to treat each other – always be peaceful and respect all. In Islam, you must respect all religions, must respect humanity. Under Islam, we are first human beings and then we are Muslims second. This was part of WAMY's religious curriculum.

9. Most Abu Hanifa graduates got accepted for higher education in Western countries, and in Pakistan at the International Islamic University. The majority of them go on to hold senior positions in their respective careers. Most now work for the United Nation in Libya, Sudan, and Tunisia. Others work in embassies, such as the U.S. Embassy in their home countries (like my former classmate who works for the United States Embassy in Afghanistan), or are teachers and academicians. Others went to work for WAMY.

10. My first job after graduation was with the United Nations in Nepal as a Political Officer. From there, I returned to Afghanistan to work with the election commission in 2003. I now have my own political group – The National Stability Movement.

11. WAMY is very well respected. It is respected by both the Jihadi leaders and the non-Jihadi leaders.

3

12. WAMY has had an official affiliation with the government of Afghanistan since 2001. Almost all other non-governmental organizations (NGOs) that used to be in Afghanistan were there temporarily and have left, but WAMY is still there, providing humanitarian aid to those in need.

13. Abu Hanifa Institute was registered with the new Afghan government in 2001. To my knowledge, Abu Hanifa has never had students associated with Al Qaeda.

14. WAMY is a great organization both religiously and socially.

15. WAMY was and is invested in building Mosques, digging wells, supporting orphans, building hospitals, including in remote places such as Panjshir, Balkh, Paktika, and Paktia where there were no other hospitals at that time. WAMY also provided vocational training to help people become self-reliant.

16. The Panjshir Hospital was constructed by WAMY years back during the Russian invasion of Afghanistan. Treatment was provided to all fairly. After the war in 2002/2003, this hospital, along with the WAMY constructed hospitals in Paktia and Balkh, was handed over to the

4

Afghanistan government. The hospitals are still operations and are now public hospitals.

17. WAMY's support for orphans was without any limitations. WAMY supported all orphans. WAMY was not involved in any ethnic or political issues.

18. WAMY's support for the Afghani refugees was also without limitation. There two type of Afghani refugees, those who left because of the Russians and those who left due to internal fights in Afghanistan between the years 1993-1995. WAMY supported all the refugees indiscriminately.

19. Corruption has been a huge problem in Afghanistan since 2000. However, to my knowledge, WAMY has never been involved in any corruption. For instance, one of the schools constructed by WAMY had a budget of $80,000. If the same amount of money had been given to another organization or school, it would only construct a room, not an entire school.

20. I have no knowledge whether WAMY did any fundraising in Afghanistan or in Pakistan. I have no knowledge, nor have I ever heard of claims, that WAMY is supporting the Kashmir border issue.

21. I have read WAMY publications, and they have nothing in them dealing with military training or calling for youth or people to join al Qaeda. They are all about education.

22. To my knowledge, there two types of Taliban: (1) those seeking and respecting Islam, and (2) those fighting against the government, against civilization, causing destruction at schools, Mosques, and killing teachers and people.

Dated: 11/06/2020

Ziaul Haq Amarkhil

Sworn to before me this_____

day of 14/06/ , 2020

Notary Public

Note: Provided information has been taken based on physical presence of documents and existed merits only.

6