UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-1923

### DECLARATION OF ASSADULLAH SAHIL IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH

I, Assadullah Sahil, declare that the following statements are true and correct under penalty of perjury:

1. I am not a party in the above captioned matter.

2. I am an Afghan citizen.

3. I am currently working for the United States Institute of Peace ("USIP") as a Senior Program Officer.

1

EXHIBIT

WAMY EX. 30

4. In my tenure with the USIP, I have facilitated in the writing of two books: "Peaceful Life in Islam" and "Youth Legal Awareness," which is a project I designed and worked on for two (2) years in the Nangarhar Province in Afghanistan. I am also currently working on a counter violent extremism (CVE) project, which is receiving funding from United States Agency for International Development ("USAID").

5. I was born in Ningrahar Province, Afghanistan. Kunar Province is located in the eastern portion of Afghanistan in an area known as "Mashriqi." Mashriqi consists of four (4) provinces: Laghman, Kunar, Nangarhar, and Nuristan.

6. In 1978, I was an Afghan refugee in Peshawar, Pakistan, having fled from the civil war in Afghanistan. This was during the time of Taliban rule. As a young student with no other resources or opportunities, I was enrolled in a traditional *madrassa*. The course of study I was forced to undertake focused exclusively on Islamic Studies, with no other curriculum being taught.

7. The educational system, especially for refugees, in Peshawar was limited. Schooling was divided into three categories: 1) high school, 2) *madrassa*, and 3) *maahat* (universities).

8. The high school curriculum was developed by the University of Nebraska, made into textbooks, and disseminated by the United States in the 1980s. The curriculum in these high schools was highly regulated by the Taliban and was aimed to promote violence rather than to educate youth. For example, a simple mathematics equation would be explained in the context of violence, i.e. 1 bullet + 1 bullet =

2

2 bullets, or B is for "baba," as in "My baba has a gun which he uses to fight."

9. During this time period, refugees would also be taught about *jihad* (meaning "to fight for your country") as part of the high school curriculum.

10. My "education" proceeded with my enrollment in a *madrassa*. In *madrassa*, students were only exposed to narrow-minded teaching. We were not allowed to have any understanding about the world or about peaceful Muslims. There was no discussion of peace. Instead, religion and custom were used to encourage young people to fight.

11. In *madrassa*, students were instructed about Islam from outdated textbooks and were not being taught about the real Islam. There was no education by actual religious scholars.

12. At this time, I heard from a friend about *maahat*, of which I was previously unaware. I learned that a *mahaat* is a two-year program that provides a standard, non-religious education, wherein a student can learn a variety of topics like Arabic, Mathematics, Science, etc.

13. When I learned this, I strove to obtain admission into a *maahat*. In order to do so, I had to take an entry level exam, which I passed. I applied to Abu Hanifa Institute, which was a *maahat* registered with the Pakistani and new Afghan governments. I was ultimately accepted as a student at Abu Hanifa Institute.

14. The Institute was located in the modern town of Peshawar, Pakistan. Abu Hanifa was a school operated and sponsored by the World Assembly of Muslim Youth ("WAMY").

15. Unlike the other types of schooling, Abu Hanifa Institute had a complete and varied curriculum that far surpassed the violent,

3

biased high schools and madrassas I had previously attended. At the Institute, I learned Modern Islam, English, Arabic, Computer Studies, Newspaper, Da'wah, the Quran, hadiths, and Peace Studies. Abu Hanifa Institute trained their students to work for a better life, to study diligently, and to love our country.

16. Abu Hanifa Institute had a diverse student population. The students all lived together in a collegial environment. I never faced any ethnic or ideological conflicts, despite the diversity of backgrounds. Every Friday evening, the students would watch educational and informative movies, which contributed to the open and affable atmosphere of the Institute.

17. During the course of my education at Abu Hanifa Institute, WAMY was working to build mosques and schools and engaged in various other humanitarian projects. Abu Hanifa Institute was their biggest educational center at that time in Peshawar, Pakistan, enrolling about 500 students.

18. To the best of my knowledge, Abu Hanifa Institute did not have any political affiliations with any organization during my course of study. I never saw any political figures at Abu Hanifa Institute trying to convey their political message to the students. This was expressly disallowed. Additionally, I never saw that WAMY employees had any political affiliation. They only provided educational programs to students.

19. Neither I nor any of my classmates, friends, or teachers, to the best of my knowledge, ever participated in or observed any terrorist or violent activities.

20. After two (2) years, I graduated from Abu Hanifa Institute with a degree in Sharia Studies. I attribute a great deal of the personal and career successes that followed to the Abu Hanifa Institute and to WAMY, which aided in my education and the education of other disadvantaged students.

Dated: 16 - 05 / 2020

Assadullah Sahil

Sworn to before me this 16

day of ____May____, 2020

Notary Public

دار الوكالة    نوى آريانا
"5115"
شمار و جواز
موقعيت : ناحيه دهم - شهركابل
1398/06/13

Note: Provided information was based physical presence of documents and merits existed only.

5