This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS    )   03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001       )
                            )

— — —

Tuesday, July 13, 2021

— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

— — —

Remote video-recorded deposition of JONATHAN M. WINER, held at the location of the witness, commencing at 10:04 a.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

EXHIBIT
WAMY EX. 31

This Transcript Contains Confidential Material

of me, I'll try to explain as best I can.

Q.    Go ahead.

A.    Subject to further explanation when I look at the document for a footnote 197, because I believe it to be relevant.

The way in which the U.S. government works, when it talks about something like a Tier 1 NGO, and its definition, or a statement about an organization like WAMY in connection with Guantanamo is it's taking essentially a summary of findings, which can be at various levels of certainty, but are finding that someone is a Tier 1 NGO, it has a particular national security implication.

The United States government as a government, involving coordination by the National Security Counsel at the White House, the U.S. military and U.S. intelligence agencies, the State Department, treasury, other agencies participate, but it's in particular driven by the NSC and whoever the National Security Council wants to have, goes through a process for intelligence purposes and for national security purposes of providing tiers of focus in various categories for collection and analysis.  And so that has -- it's a very formal process for a formal meeting.

This Transcript Contains Confidential Material

answer.

Q.   Okay.  I appreciate that.

Now, let me ask you, Mr. Winer, which is the standard for a tiered designation conducted?

A.   I'm sorry?

Q.   Which is the standard for a tier designation conducted?

A.   It's a national security standard.  It reflects our national security judgment being made by the national security components of the United States government.

Q.   Okay.  Is there a burden of proof for a Tier 1 designation?

A.   It's not an adversarial legal proceeding with a judge.  With an outside judge.  There is typically on any of these designations, including the big national security designations, very extensive legal review by lawyers from multiple agencies looking at it in connection with the president's apparent constitutional authorities, any delegations of authority such as delegations of authority made to the president following 9/11 by the Congress, and whatever other legal standards are in place, depending on the use of the information --

Q.   And can it -- sorry.

This Transcript Contains Confidential Material

that for us.

[Exhibit 912 - video played]

SEN. ARLEN SPECTER:  We will now proceed with questioning, five-minute rounds, and the chairwoman has deferred to me for the first round.

Mr. Newcomb, in interviews by staff preparatory to your coming here, you advised that a good many of your recommendations for sanctions are rejected.  Would you amplify what has happened on that?

RICHARD NEWCOMB:  Yes, Senator.  In identifying key nodes, our responsibility is to identify how these terrorist organizations fit their activities together.  Who are --

SEN. ARLEN SPECTER:  After you've identified them and made the recommendation -- I only have five minutes, so I want to focus very sharply on the rejections on the recommendations which involve Saudi sources.  Precisely what has happened on that?

RICHARD NEWCOMB:  Well, the designation, as we indicated in our discussions, is not the only possible action.  There's also law enforcement, intelligence.

This Transcript Contains Confidential Material

4:18 p.m.

Q.    (BY MR. MOHAMMEDI)   Mr. Winer, are you aware of any person who attended madrassas, as you mentioned from WAMY, WAMY madrassas, that became a member of al-Qaeda?

A.    I don't know who attended WAMY madrassas and who did not.

Q.    But you are not aware of anyone who was at the madrassas that became a member of al-Qaeda?

A.    I do not know what madrassas incubated which fighters and which terrorists, period.

Q.    Okay.  So the question you are not aware of anyone who attended madrassas, it doesn't matter which type of madrassas, that became a member of al-Qaeda.

A.    I know that there are people who became members of al-Qaeda who attended madrassas.

Q.    What about WAMY?

A.    I don't know which madrassas they attended, whether they were related to WAMY or any other organization that sponsored a madrassas.

Q.    So as you sit here, you don't "know" know; correct?

A.    That's correct.

Q.    Let's go to your report, Section 12,

This Transcript Contains Confidential Material

Q.    It's a primary source; correct?

A.    Yes.

Q.    And it's dated May 11, 1993; correct?

A.    Yes.

MR. MOHAMMEDI:  Can we get Exhibit 27?

(Winer Deposition Exhibit 917, 6-14-1996 Minutes of Islamic Benevolence Committee dissolution and merging with World Assembly of Muslim Youth, was marked for identification.)

Q.    (BY MR. MOHAMMEDI)  As of May 28, 1996, LBI merged with WAMY; correct?

A.    Yes.  I am familiar with this.

Q.    You are familiar with this one, right?

MR. HAEFELE:  Omar, just so we're keeping consistent with the markings here, this is already Noor Wali Exhibit 267, I think.

MR. MOHAMMEDI:  Okay, yeah.  That's fine.  Yes.  Thank you, Robert.

A.    I do not remember whether I saw this document or not.  I think I did, but I'm not positive, but I'm certainly familiar with the action

This Transcript Contains Confidential Material

suspect it has.  I don't know.

MR. MOHAMMEDI:  The CRA report.

MR. HAEFELE:  Pardon me?

MR. MOHAMMEDI:  The Canadian Revenue Agency report.

MR. HAEFELE:  Oh, CRA report.  I'm sorry.

MR. MOHAMMEDI:  Right.

MR. HAEFELE:  I suspect it has been. I don't recall.

MR. MOHAMMEDI:  Why don't you put it in now, since we're not.

MR. HAEFELE:  That's fine.  Let's put it in as a new one.  925.

(Winer Deposition Exhibit 925, Letter to Ayman Al-Taher, Subj: Notice of Intention to Revoke the World Assembly of Muslim Youth, FED-PEC0218170-218203, was marked for identification.)

Q.   (BY MR. MOHAMMEDI)  I assume, Mr. Winer, that you've seen this one, since you refer to it many times in your report?

A.   Your assumption is correct.

Q.   You'd agree with me this is not an

This Transcript Contains Confidential Material

intelligence report; right?

A.    It is not an intelligence report; that is correct.

Q.    It is not a law enforcement report; correct?

A.    It's a report of the Canada Revenue Agency, notice of intention to revoke the WAMY registration in connection with the Income Tax Act.

Q.    What type of registration that WAMY Canada was -- CRA was trying to invoke WAMY Canada?

A.    I believe it was its registration for charter.

Q.    It's fair to say its not-for-profit status; correct?

A.    Yes.

Q.    So not revoking registration of WAMY Canada altogether, just not-for-profit status; correct?

A.    I'd have to look at it again to address that issue.

Q.    Okay.  I guarantee that's what happened.

A.    I accept your representation on that.

Q.    What do you understand the consequences of revoking WAMY Canada's status of charity for Canadian tax purposes?

This Transcript Contains Confidential Material

relevant to interpreting a financial report.  In fact, essential.  Particularly in a field where there is assistance being provided in a conflict zone, for example.

So it's of great relevance and importance.  The fact that an audit report -- an audit has not been undertaken, its significance is going to be different in different circumstances.  In the circumstances of this case, it's very important.

Q.    Is a not-for-profit organization obligated to issue a report?

A.    It depends on the laws of the country in which it's operating, and the laws of the country in which it's charted, what's it required to do.

Q.    And are you an expert on financial aspects of income in Saudi Arabia?  On the standard?

A.    It depends what question you're asking. I am very familiar with the lack of controls in accounting, auditing -- please let me answer your question -- and money laundering controls that were in place at the time that I did my investigations of BCCI in the senate.  I was also familiar with the lack of accountability in the Kingdom of Saudi Arabia as of the time I left the Department of State

This Transcript Contains Confidential Material

---------

EXAMINATION (continued)

---------

BY MR. MOHAMMEDI:

Q.   Good morning, Mr. Winer.  I just have like two or three -- three questions that are direct questions, and then I will turn it over to counsel from Muslim World League and IIRO.

When was TWRA dissolved?

A.   I'm not sure.  Sometime in the '90s, I believe.

Q.   Was TWRA designated before being dissolved?

A.   No.

Q.   Has Hassanein ever been designated?

A.   I don't believe so.

MR. MOHAMMEDI:  Thank you.  I'm done with my questioning, and then I'm going to turn it over to -- I think to Muslim World League and IIRO counsel.

---------

EXAMINATION

---------

BY MR. LEWIS:

Q.   Good morning, Mr. Winer.  I think BCCI

This Transcript Contains Confidential Material

relates to allegations of torture which did not take place at Guantanamo but took place elsewhere.  It's more difficult for me to evaluate what took place at Guantanamo itself, having not studied it.

Q.    Well, I can -- I've spent a lot of time in Guantanamo, I can share that with you, but that's for another day.  How about at Bagram prison in Afghanistan, was there torture there?

A.    I've read that there's torture there. It's not something that I have explored in order to come to a full understanding of it, but I've read them.

Q.    And how about the black site prisons in Europe and Asia?

A.    Yes, I read about those.  It's not something -- torture is not something that the United States government should ever have anything to do with, period, nonstop.  And the use of torture, I believe, is one of the reasons why the ringleader of the 9/11 plot, other than Bin Laden, Khalid Sheikh Mohammed has not been tried.  He should be tried, and they need to figure out how to manage what actually -- what they did to him.  But he needs to be tried.  They all should be tried and brought to trial.  That would be the right outcome.