This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

IN RE: TERRORIST      :

ATTACKS ON            :      03-MDL-1570

SEPTEMBER 11, 2001  :     (GBD)(SN)

-------------------------------------------

- - -

Monday, October 21, 2019

- - -

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

- - -

Videotaped deposition of IBRAHIM ABDULLAH, Ph.D., as 30(b)(6) designee for World Assembly of Muslim Youth-International, taken pursuant to notice, was held at the NH Collection Madrid Abascal Hotel, Calle de Jose' Abascal, 47, 28003 Madrid, Spain, beginning at 9:50 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

EXHIBIT
WAMY EX.32

This Transcript Contains Confidential Material

Q.   I don't need an exact amount.  You say "limited."  A few thousand dollars, or was it more than that?  Just to get an estimate.

A.   A few thousand.

Q.   I think you might have already said this.  There were no other WAMY employees in the U.S. at that time besides Abdullah bin Laden and yourself, and then eventually he left and it was just you?

A.   Correct.

MR. GOETZ:  Objection to form.

Q.   When you first took over, was WAMY conducting activities and projects at that time?

A.   No.

Q.   What was your understanding by 2000, when you took over WAMY-USA, of the WAMY-USA's relationship with WAMY headquarters in Saudi Arabia?

(Interruption.)

(Mr. Shen and Mr. Nassar entered the deposition room.)

A.   So the Saudi Arabia was the source of financing to the office, and the office

This Transcript Contains Confidential Material

committed to the directives and guidelines of WAMY-Saudi Arabia.

MR. MALONEY:  Okay.  Take a break.

VIDEO OPERATOR:  We are now going off the video record.  The time is 11:46.

(Recess from 11:46 a.m. until 11:50 a.m.)

VIDEO OPERATOR:  We are now going back on the video record.  The time is 11:50.

BY MR. MALONEY:

Q.   Dr. Abdullah, you mentioned a minute ago that the financing for WAMY-USA came from WAMY-Saudi Arabia, the headquarters; is that correct?

A.   Correct.

Q.   And you also said that the WAMY headquarters in Saudi Arabia issued guidelines and directives for WAMY-USA.  Did I get that right?

A.   Correct.

Q.   For you to become the director of WAMY-USA, did Abdullah bin Laden need to get

This Transcript Contains Confidential Material

permission from WAMY headquarters?

A.   Correct.

(Exhibit Abdullah-281 and Exhibit Abdullah-282 marked for identification and attached to the transcript.)

BY MR. MALONEY:

Q.   I've marked two documents in front of you.  The first one is Exhibit 280 -- it was 281, I'm sorry, 281.  And 282.  And 281 is -- it's a large document, and there are within there -- let me just see if I can ask you before we even delve into the document, we may not even need to go into it.

Was WAMY-USA required to submit monthly summary reports about the office's activities as well as detailed quarterly reports?

A.   They were not monthly reports; they were quarterly reports or each semester.

Q.   Did you have to get approval for projects that WAMY-USA wanted to implement?  Did you have to get those approved from WAMY headquarters in Saudi Arabia?

A.   Yes.

This Transcript Contains Confidential Material

Q.   Did you have to submit financial reports to WAMY headquarters in Saudi Arabia regarding how the money was being used that they were sending to WAMY-USA?

A.   Correct.

Q.   Can you tell me what projects WAMY-USA did during your tenure for the three or four years that you were running WAMY-USA?

A.   We organized youth camps, training sessions, sports activities, support for Islamic education institutions, printing publications to introduce or to -- about Islam, distributions of Islamic books and Qurans, and educational audio material about Islam.  That's all.

Q.   Where did you get the material that you were distributing?  Where did you get that from?

MR. GOETZ:  Objection, form.

A.   So the printed material, we used to contract with local printing -- printers, and sometimes we received the shipments from Saudi Arabia.  From the Saudi Embassy we used to obtain the Qurans.  And as for the audio

This Transcript Contains Confidential Material

additional material that WAMY was distributing?

A.   Yes, possible.

Q.   I think you said you attended at various times the mosque in Falls Church, Dar Al-Hijrah?  I don't know if I'm pronouncing it the right way.

INTERPRETER:  Dar Al-Hijrah.

MR. MALONEY:  Dar Al-Hijrah.

Q.   Did I get that correct?

A.   (In English.)  Yes.

(Through interpreter.)  Correct.

Q.   Is one of the Imams there that you were familiar with Anwar al-Awlaki?

INTERPRETER:  Can you please spell it?

MR. MALONEY:  Al-Awlaki, A-L, A-U-L-A-Q-I [sic].

A.   Yes, correct.  I met him in Dar Al-Hijrah.

Q.   Did you hear Imam al-Awlaki do Friday prayers on occasion?

A.   Correct.

Q.   Do you know if Imam al-Awlaki had any kind of title at that mosque, at the Dar

This Transcript Contains Confidential Material

Al-Hijrah mosque in Falls Church?

A.   He was one of its Imams.

(Exhibit Abdullah-283 marked for identification and attached to the transcript.)

BY MR. MALONEY:

Q.   I'm going to show you what I've marked as Exhibit 283.  It's WAMY SA 1519 and there is an Arabic translation attached to it. I'm sorry, there is an English translation of the Arabic -- original Arabic.

My first question is -- I don't have the Gregorian calendar date of this document, but the Hijri date I think -- no, it's not dated.  At least I don't see a date.

Do you recognize this letter --

MR. MOHAMMEDI:  Do you want to take time to read it?

Q.   -- Dr. Abdullah?

A.   Yes.

Q.   Is this a letter you wrote to Anwar al-Awlaki?

A.   Correct.

Q.   By the way, there's more than one

This Transcript Contains Confidential Material

spelling we've seen for Imam al-Awlaki.  This is a little bit different.  But it's the same person we're talking about, the Imam at the Falls Church mosque, correct?

A.   Correct.

Q.   And you've addressed this letter to Anwar al-Awlaki, and I think there's a title here, it looks like a title here, chairman of the cultural committee at Dar Al-Hijrah?

A.   (In English.)  Yes.

Q.   Did he have a title of chairman of the cultural committee there?

A.   Correct, yes.

Q.   You signed this letter as deputy inspector of the WAMY-USA office.  Was this letter sent before you became director in I think it was March 2000?

MR. MOHAMMEDI:  Objection.  I think the translation is not correct.  It's deputy director.

MR. MALONEY:  Deputy director, okay.

A.   In March 2000, I was not director. I was deputy director.

This Transcript Contains Confidential Material

Q.   The letter we had from Abdullah bin Laden to "To whom it May Concern" says you are vice president.  Is that the equivalent of a deputy director?

A.   Yes, it's the same title.

Q.   Did there come a point in time where your title changed to become director or president of WAMY-USA?

A.   Correct.

Q.   When did that occur?

A.   End of the year 2000.

Q.   So at the time this letter was written, Abdullah bin Laden was the director or president of WAMY-USA?  And you were the deputy?

A.   As far as I know, yes.

Q.   Okay.  The reason I was asking that is because I was trying -- there's no date on this letter that I've seen.  But it would appear to be sometime in early -- or sometime in 2000, before July of 2000.  Is that a fair reading of this?

A.   Yes, it's a fair reading, yes.

Q.   And you were inviting Imam

This Transcript Contains Confidential Material

mosque?

A.   Because he was the head of the cultural committee.

Q.   Okay.  And did they host Dr. Saeed to come and lecture at the mosque in July of 2000?

A.   I do not remember.

Q.   Did you send a similar letter to other mosques in the United States regarding Dr. Saeed, to maybe host him to come visit for a lecture?

A.   It's possible, maybe.

Q.   I haven't seen any other letters. I just -- I don't know if they've been produced or not, but I haven't seen them and I don't know if you remember one way or the other if you were inviting other mosques to host Dr. Saeed while he was in the U.S.  Do you recall?

A.   I don't recall.

Q.   Did you have Anwar al-Awlaki participate in any of the WAMY-USA camps for young students?

A.   Yes.

This Transcript Contains Confidential Material

Q.   Do you recall when and which camps?

A.   I don't recall.

Q.   Was it more than one time, one camp?

A.   Yes, maybe.

Q.   Why did you ask Imam al-Awlaki to participate in any of those camps and what did you want him to do?

A.   So he had good skills in -- and capacities with speech, speaking capacity, he was a good speaker.  He had skills in storytelling and lectures, giving lectures, and communicating with youth.

Q.   And in what regard?  In Islamic teachings, religious teachings?

A.   Yes.  He had very good capacities -- extraordinary capacities in telling stories about prophets and messengers.

Q.   Did you attend any of the camps yourself?  When you began working in -- from '99 to 2004, when you began working for WAMY-US, did you also attend the camps?

A.   Yes, I attended them.

Q.   So you got to see Sheikh al-Awlaki

This Transcript Contains Confidential Material

speak and lecture at the camps to the young students?

MR. GOETZ:  Object to form.

A.    Correct.

Q.    I'm not sure of the basis for the objection but I want to ask you, I used the word "Sheikh."  What does "Sheikh" mean to you?

A.    Imam, in general.

Q.    All Imams are Sheikhs?

A.    Correct.

(Exhibit Abdullah-284 marked for identification and attached to the transcript.)

MR. MALONEY:  I'm going to show you Exhibit 284.  This is a WAMY-Saudi Arabia document 30079 through 30081 in Arabic, and it was translated into English.  And the date of it is May 18, 2002.

MR. MOHAMMEDI:  I'd like to make an objection to the translation because we do not have time to review them, so they were not produced to us, so we want to make sure that we have that on record.

This Transcript Contains Confidential Material

I got to know him, and he was there.

Q.   When you first came to the region in the early '90s to get your master's, or the second time working on your Ph.D.?

A.   I do not recall in the first period whether I knew him or not.

Q.   But in any event, by 2002 you knew him for many years.  Is that fair?

A.   Yes.

Q.   And for how many years did you know Sheikh al-Awlaki by 2002?

A.   I suppose for a few months.

Q.   You only knew him for a few months and you invited him to lecture at the WAMY summer camp in summer of 2002?

MR. GOETZ:  Objection, repetitive.

Q.   Is that your testimony?

A.   Because he represented Dar Al-Hijrah mosque.

Q.   Well, when was the first time you either met or heard Sheikh al-Awlaki speak?

A.   In Friday prayer at Dar Al-Hijrah.

Q.   When?  What year?  When you first returned to the region in '99?

This Transcript Contains Confidential Material

interpretation.)

A.   I do not remember the chronological order.

Q.   Okay.  Sir, a little while ago we spent some time on this letter, and you testified, because you signed this as deputy director of WAMY-USA, about an upcoming visiting Islamic scholar, Dr. Saeed, that this letter would have been written by you sometime in 2000 before the July visit.

Do you recall that testimony, sir?

A.   Yes.

Q.   Yes?

A.   Yes.

Q.   So you knew who Anwar al-Awlaki was at least by the summer of 2000, fair?

A.   Correct.

Q.   Did you know, in 2000, or any time thereafter, that he had -- that Imam al-Awlaki had come from San Diego, California?

INTERPRETER:  He's asking me to repeat the question.  (Rendering interpretation.)

A.   I don't know.

This Transcript Contains Confidential Material

Q.   Did you learn at any time that Anwar al-Awlaki had been an Imam in San Diego prior to coming to Virginia?

A.   From reviewing the documents, I learned that.

Q.   What document did you review that told you that?

A.   I reviewed many documents, but I do not recall one in particular.

(In English.)  Media newspapers or articles.

(Through interpreter.)  Even media newspapers and articles.

Q.   Did you know, in the 2000 or 2002 time frame, that Imam al-Awlaki had been an Imam in San Diego and then came to Virginia?

A.   I do not know.

Q.   Do you know how long Imam al-Awlaki had been at the Dar Al-Hijrah mosque by the summer of 2000 when you wrote this letter to him?

MR. MOHAMMEDI:  I'm sorry, can we make this correction.  It's "I did not know"; it was not, "I do not know."

This Transcript Contains Confidential Material

INTERPRETER:  Yeah, like, his answer was, "I did not know."  It's not like he doesn't know the answer.  He said, "I do not know" --

MR. MALONEY:  Yeah, in that time frame, he did not know --

THE WITNESS:  (In English.)  Yes.

MR. MALONEY:  -- about al-Awlaki's past, is what I understood.

INTERPRETER:  Yeah, yeah.

Q.   So my last question was, and I'll just read it right from the text here, do you know how long Imam al-Awlaki had been at the Dar Al-Hijrah mosque by the summer of 2000 when you wrote this letter to him?

A.   I do not know.

Q.   How did you learn that Sheikh al-Awlaki was the chairman of the cultural committee at Dar Al-Hijrah mosque in the summer of 2000 when you wrote this letter to him?

A.   (In English.)  I always attend Dar Al-Hijrah activities, so I know.

(Through interpreter.)  He always attended Dar Al-Hijrah activities, so I know

This Transcript Contains Confidential Material

that.

Q.   Well, when was the first time you met al-Awlaki at Dar Al-Hijrah or anywhere else?

A.   It was in Dar Al-Hijrah, but I do not remember the date.  Because Imams are many in Dar Al-Hijrah.  Each week, one Imam might come.

Q.   Well, was al-Awlaki assigned to that mosque?  In other words, working at that mosque and that you saw him regularly at that mosque?

A.   I used to see him in -- during the prayers or the lectures there.  Besides that, I do not know.

Q.   Well, you wrote the letter that we're talking about to Imam al-Awlaki sometime in the summer of 2000, it appears.  Did you have -- did you know who he was prior to writing the letter?  Had you met him or seen him speak before writing this letter to him?  And if so, how long before that letter, if you can recall, if you -- first came to know him?

MR. GOETZ:  Objection to form.

This Transcript Contains Confidential Material

WAMY Intl, is WAMY-USA.  That's your office.

MR. MOHAMMEDI:  Yeah, I think the witness does not understand the terminology of "produced" in the --

MR. MALONEY:  Yeah, let me see if I can rephrase.

Q.   Have you seen that document before?

A.   For reviewing, yes.

Q.   The document was in the offices of WAMY-US at some point in time and it was produced from that office during this lawsuit.  And so my question is, why did WAMY-US, why did your office have the employment contract between Imam al-Awlaki and Dar Al-Hijrah mosque?

A.   I do not know.

Q.   What was the relationship between WAMY-US and the Falls Church mosque?

A.   (In English.)  We cooperate or share in projects, partner in projects.  That's all.

(Through interpreter.)  So we cooperated in projects, and we were partners in some projects.

This Transcript Contains Confidential Material

front of me.  It's the one -- yes, yes, that's it.  Yes.

A.   It is possible.

Q.   And you said you attended each of the camps when WAMY had summer camps for students, correct?

A.   I did not attend each of the camps. I attended those in Virginia, in the area.

Q.   At any of the camps that you attended, did al-Awlaki speak or lecture?

A.   I do not remember anything in particular.

Q.   Did WAMY-US distribute tape-recorded sermons by al-Awlaki?

A.   Maybe.  Possible.

Q.   Did you listen to those tapes before distributing them?

A.   Yes, I did.

Q.   So I want to show you what I marked as Exhibit 286.  And it's WAMY Intl E00249.

MR. MALONEY:  And I do have multiple copies.

Q.   Sir, do you recognize that document?

This Transcript Contains Confidential Material

WAMY-International, same thing, speaks about the objective:  To make da'wah to Chinese-origin (Mandarin-speaking) immigrants in the United States by distributing Chinese translation of WAMY's brochures 'Series on Islam' to the Chinese people.

Do you see that at the top of the page?

A.   (In English.)  Yes.

Q.   Does that refresh your recollection that WAMY was involved in distributing Islamic material to Chinese immigrants in the United States?

A.   Yes, it refreshes my recollection.

Q.   And as part of the distribution of materials to Chinese, WAMY translated Sheikh al-Awlaki's sermons and distributed those tapes translated into Chinese to Chinese immigrants, according to this document?

MR. GOETZ:  Objection to form.

A.   WAMY did not translate al-Awlaki's tapes.  It distributed tapes to four translators, containing al-Awlaki's speeches, and the cost was $25 each, $100 in total.

This Transcript Contains Confidential Material

Q.   I think you answered my question that WAMY sent al-Awlaki's tapes, tapes of his sermons, to somebody to translate them into Chinese, and then WAMY distributed those tapes to the Chinese community in the U.S.?

MR. GOETZ:  Objection, form.  It misstates the document.

MR. MALONEY:  It's not the document.  I'm asking about his answer to that last question.

MR. MOHAMMEDI:  You make it sound like this is what the document says.

MR. MALONEY:  I would like to know what the witness just stated a moment ago.

MR. GOETZ:  Objection, repetitive as well.

A.   No.  So the fact is that these translators were voluntary -- were volunteers to translate al-Awlaki's teachings into Chinese, and these tapes were given to them as a gift.  So these translators actually did not work to translate al-Awlaki's speeches.  They were translators of Islamic teaching material.

This Transcript Contains Confidential Material

(In English.)  WAMY brochures.

(Through interpreter.)  WAMY brochures.  So since they speak Arabic, as a gift for them, they were given these tapes.

Q.   Al-Awlaki's sermons, correct?

A.   So the -- al-Awlaki's speeches were given to these translators as a gift, and not in order to be translated.  They were given to them after the project.

Q.   Did WAMY-US distribute al-Awlaki tapes to the Chinese community?

A.   No.  Impossible.  They do not understand Arabic.

Q.   Were al-Awlaki's sermons in English or Arabic, or both?

A.   Both.

Q.   Just -- I don't want to beat a dead horse here, but I think what you just said is the tape -- the al-Awlaki tapes we were referring to in that document were given as gifts to the translators for doing other work for WAMY-US?  Is that what you're saying?

A.   Yes.  The translation -- the mission of the translators was to translate

This Transcript Contains Confidential Material

reviewed.

Q.   Do you remember her or anything about her or the documents you reviewed?

A.   As a person, I do not remember her. But according to the documents, we actually gave her a scholarship to study.

Q.   Why did WAMY give her a scholarship to study?

A.   So the WAMY has a scholarship program all over the world, according to which it gives the scholarships to students in need according to their circumstances.

Q.   Where does WAMY in Saudi Arabia get the money to fund those types of things?

MR. GOETZ:  Objection, foundation, scope.

A.   So WAMY has a program for donations collection in Saudi Arabia.

Q.   Does the Saudi government provide any funding for WAMY-Saudi Arabia and the other WAMY branches?

MR. GOETZ:  Same objection, scope and foundation.

A.   As far as I know, no.

This Transcript Contains Confidential Material

WAMY in Saudi Arabia expected WAMY-US to supervise WAMY-Canada.  What did that entail?

A.   It was known, according to the practices, that we reviewed WAMY's programs in --

Q.   Canada?

A.   In Canada, and we had to make sure of their implementation according to the WAMY's directives and procedures.

Q.   Were they required to provide periodic reports on their projects and accounting for their finances to WAMY-USA?

A.   Correct.  We asked -- we used to ask them that.

Q.   Well, they were required by their -- I guess the policy, the WAMY policy; that was a requirement, that WAMY-Canada was supposed to report to WAMY-USA directly, correct?

A.   Correct.

Q.   And then WAMY-USA would in turn report about WAMY-USA and WAMY-Canada to headquarters in Saudi Arabia periodically, correct?

This Transcript Contains Confidential Material

A.   Correct.  WAMY-USA and WAMY-Canada.

Q.   I just want to make it a little bit clearer.  Canada was supposed to report to you in the U.S., and then you would do a report for both entities to headquarters in Saudi Arabia, correct?

A.   Correct.

Q.   Did you review WAMY-Canada accounting records or banking records or anything to do with their financing?

MR. GOETZ:  Objection, form.

A.   Can you clarify "banking records," financing of -- which financing?

Q.   Okay.  How did WAMY-Canada get its funding?

A.   So there are two types of financing or funding.  There's funding for the office that comes from the U.S.A., and there is funding for projects that is given according to the needs.

Q.   Did WAMY-Canada get its funding entirely through you at WAMY-USA?

A.   Not all of the projects.

Q.   Okay.  Tell me which projects the

This Transcript Contains Confidential Material

money came from WAMY-USA and which projects came from elsewhere, and where did the money come from?

A.   So the small projects are funded by WAMY-USA.

Q.   Small Canadian projects are funded by WAMY-USA?

A.   Small Canadian projects are funded by WAMY-USA, and then there are big projects, and they are made as proposals that are sent to Riyadh, which in its turn sends up the funding either to WAMY-USA or to WAMY-Canada.

Q.   Well, how does the communication work or the chain of command?  Was WAMY-Canada authorized to communicate directly to Riyadh on a bigger project to get funding, or do they go through WAMY-USA?

A.   They had to go through WAMY-USA.

Q.   So when WAMY-Canada wanted a project that was -- that would require larger amounts of money, they would submit a proposal to you at WAMY-USA, and then you would submit that proposal to Riyadh at the headquarters, correct?

This Transcript Contains Confidential Material

A.   Yes.

Q.   How many employees did you have working, either paid or volunteer, at WAMY-USA during the five years you were there, in any given year?

MR. GOETZ:  Object to form.

A.   Two maximum, generally.

Q.   There's a line item here for Canada -- for WAMY-Canada for $12,000.  Is that the typical amount that WAMY-USA would send to WAMY-Canada each year that you were there?

A.   Correct.

Q.   So in each of the five years you were working at WAMY-USA, you were sending approximately $12,000, give or take, to WAMY-Canada, correct?

A.   Correct.

Q.   Did WAMY-Canada get any other money aside from the money that WAMY-USA was sending to them?  And by that I mean, did they do their own fundraising, did they get money directly from headquarters in Riyadh, any other source other than through WAMY-USA?

A.   Mostly it received money through

This Transcript Contains Confidential Material

WAMY-USA office.  But afterwards, when I read the reviews, I found out that sometimes they would receive money from headquarters in Riyadh.

Q.   How many people worked for WAMY-Canada during the time that you were working for WAMY-USA?

MR. GOETZ:  Objection, form.

A.   One person.

Q.   And that person, when you started, was Mohammed Al Khatib?

A.   Correct.

Q.   And he had been hired by Abdullah bin Laden, correct?

A.   Correct.

Q.   And in 1999, I'm not sure if it's before you started or after you started, Abdullah bin Laden fired Mr. Khatib; is that correct?

A.   Correct.

Q.   And you hired Mr. Khatib back the following year, in 2000; is that correct?

A.   Correct.

Q.   How well did you know Mr. Khatib?

This Transcript Contains Confidential Material

he started in '97 up until '99 when he was fired?

A.   (In English.)  Organizing youth camp, sports activity.

(Through interpreter.)  Organizing youth camps, sports activities.

(In English.)  Youth programs.

(Through interpreter.)  Youth programs.

Q.   And that was on the $12,000 budget that WAMY-USA gave them each year?

A.   Correct.

Q.   It's my understanding Mr. Khatib had the WAMY office at his house, at his home. Is that correct?  Did you know that?

A.   I did not know that.  I knew it from the reviews.

Q.   Well, did you ever look at any accounting statement or records on what the $12,000 per year was being spent on by WAMY-Canada?

A.   Bank account, no.  But the activities statement and accounts -- activities accounts.

This Transcript Contains Confidential Material

you should give him a second chance, he's great for all these reasons?

A.   No.  I didn't know any specific person in Canada back then.

Q.   But you didn't know Mr. Khatib personally either, correct?

A.   Correct.

Q.   Did you look for anybody else to take over WAMY-Canada in 2000, or just Mr. Khatib?

A.   In the beginning, I did not look for someone else.

(Exhibit Abdullah-294 marked for identification and attached to the transcript.)

BY MR. MALONEY:

Q.   I want to show you Exhibit 294.

MR. MALONEY:  I think I have another copy somewhere, but I'm running low.  I'm sorry, I don't want to stop to look.

Q.   Dr. Abdullah, Exhibit 294 purports to -- it has a WAMY-Saudi Arabia Bates number of 001885, and it purports to be the business

This Transcript Contains Confidential Material

banking statement for WAMY also operating as BIF in North York, Ontario, Canada for a period ending April 5, 2001.  Do you see that at the top of the page?

A.   I see at the top of the page the name "WAMY."

Q.   Okay.  And this is a bank statement from the Bank of Montreal, correct?

A.   Correct.

Q.   Did you know that WAMY-Canada kept an account for WAMY-Canada at the Bank of Montreal?

A.   Back then, I did not know that. But when I reviewed, yes.

Q.   So in April 2001, the date of this statement, you were president of WAMY-USA, correct, or director?

A.   Correct.

Q.   When you sent money to WAMY-Canada, how did you send it and where did you send it to?

A.   So I used to send it to WAMY-Canada's account, but not this one, a different account.

This Transcript Contains Confidential Material

years you were at WAMY-USA, the approximate budget for WAMY-Canada was around $12,000; is that right?

A.   Correct.

Q.   There are several deposits made in 2001 to the account we're looking at for Bank of Montreal under the WAMY account numbers on this page.  You see that?

MR. GOETZ:  Objection to form.

Q.   I'm just asking so far if you see those deposits being made --

A.   (In English.)  I see it.

Q.   -- on particular dates on this document.

A.   I see them.  They are on the page.

Q.   There are some handwritten notes on this typed document.  Do you know who wrote those handwritten notes?

A.   I don't know.

Q.   Do you know where the money was coming from that was being deposited into this WAMY account on these occasions, starting in March of 2001 through -- I guess it's just the month of March of 2001?

This Transcript Contains Confidential Material

A.   I do not know.

Q.   You mentioned in your declaration that Mr. Khatib, despite your requiring and requesting him to do so, did not send you periodic reports about what he was doing with WAMY-Canada after you rehired him.  Is that correct?

A.   Correct.

Q.   According to your declaration, that began sometime around 2000 after you rehired him; is that correct?

A.   Correct.

Q.   I don't recall; you said that you rehired Mr. Khatib I think spring of 2000?  Is that right?

A.   Correct.

Q.   And then sometime shortly after that, in 2000, he stopped -- or he failed to report back to you, despite the request to do so, and then you cut off funding to WAMY-Canada?

A.   Correct.

Q.   And after you cut him off, did Mr. Khatib again reach out to WAMY headquarters

This Transcript Contains Confidential Material

essentially still your problem, WAMY-USA, to send funds to WAMY-Canada?

A.   Again?

Q.   I'm trying to find out what happened to the funding of WAMY-Canada in 2000 after you cut him off.

A.   Okay, so the funding, the amount, was suspended, and it was in WAMY-USA office. It was suspended there.

Q.   Do you know if WAMY-Canada got funding from anywhere else?

A.   I do not know.

Q.   And how long did you suspend funding for WAMY-Canada?

A.   Maybe seven or eight months.

Q.   Into 2001?

A.   Correct.

Q.   Beyond the time -- well, withdrawn.

Did you keep the money suspended from WAMY-Canada up through the point in time where Mr. Khatib was fired for the second time?

INTERPRETER:  I'm sorry, I didn't understand the question.

Q.   I want to know, if you can't

This Transcript Contains Confidential Material

remember dates, how long the suspension lasted. It started sometime in 2000 and lasted for eight months, approximately. Did it continue up until the point that you fired Mr. Khatib?

A. Yes, correct, he was fired before the suspension stopped.

Q. Right. You started funding WAMY-Canada after Mr. Khatib was gone, correct?

A. Correct.

Q. So any money that WAMY-Canada was getting in, say, March of 2001 didn't come from WAMY-USA, correct?

A. As far as I know, yes, correct.

Q. And any money WAMY-Canada was getting in March of 2001, as far as you know, did not come from WAMY in Riyadh, correct?

A. I do not know about that.

Q. Nobody at WAMY-Saudi Arabia told you what was going on with WAMY-Canada as far as funding from the point where you suspended it to the point where you fired Mr. Khatib?

A. No. There was no debate or -- with Riyadh about that.

Q. In your declaration you indicated

This Transcript Contains Confidential Material

in March of 2001 you learned that Mr. Khatib, while he was working for WAMY in Canada, was also representing the Muslim World League, the MWL.  Is that correct?

          A.   Correct.

          Q.   How did you learn that?

          A.   I do not remember the source of the information, but I asked Mr. Khatib.

          Q.   And what did he tell you?

          A.   And he told me that it was correct.

          Q.   What is the Muslim World League, or what was it in 2001?

                    MR. NASSAR:  Objection, foundation.

          A.   It's a Saudi organization, a nongovernmental organization, such as WAMY.

          Q.   Did you complain -- did you tell Mr. Khatib to stop representing the Muslim World League?

          A.   No.  I asked him to resign.

          Q.   Why did you ask him to resign?

          A.   Because it is an unacceptable behavior among organizations.

          Q.   Why do you consider it to be unacceptable to work for two different

This Transcript Contains Confidential Material

organizations that are doing Islamic works?

A.   Because it might create a confusion to the people receiving the information or participating in the occasions.

Q.   Is there -- withdrawn.

Do you know if Mr. Khatib was doing fundraising in Canada or the U.S. on behalf of either WAMY or the Muslim World League?

A.   No, I do not know.  I knew that from the reviews I made.

Q.   You reviewed documents at some point and discovered that he was obtaining money from different sources?

A.   I mean from reviewing these documents.

Q.   Okay.  When was the first time you learned that Mr. Khatib was raising money from other sources outside of WAMY-USA?

A.   I'm not sure.

Q.   Was it in 2001?

A.   No.  That was now, this year or last year.

Q.   So you fired Mr. Khatib in March of 2001 exclusively because he was also

This Transcript Contains Confidential Material

representing Muslim World League, and that is all?

A.   Correct.

Q.   But you later learned that Mr. Khatib was receiving money on behalf of the Benevolence International Foundation, also known as BIF, while he was still working as president for WAMY-Canada?

INTERPRETER:  I'm not sure of the name in Arabic.

MR. GOETZ:  Objection as to form.

A.   I did not know that.  I did not know that.  Before preparing the deposition, I did not know that.

Q.   You knew at least by March of 2018, correct?

A.   I knew what?

Q.   That Mr. Khatib was raising money or receiving money on behalf of BIF while he was working for WAMY-Canada.

A.   Yes, while preparing this deposition, I learned that.

Q.   Did you speak to Mr. Khatib about that at any time?

This Transcript Contains Confidential Material

WAMY-USA, correct?  On the front page.

A.   Yes, I see that.

Q.   And if you turn to the next page, which is 001822 -- it's part of the same document; I just spared you all the other pages -- there is a section H, Gifts to Qualified Donees, that WAMY-Canada was purportedly making in 2001.  Do you see that box?  Do you see the box I'm referring to, sir?

A.   Yes.

Q.   There's one item there for $50,246 that is purportedly an amount of a gift to an orphan program in the United States.  Do you see that?

A.   Yes.

Q.   That's very similar to the amount that we saw on the Bank of Montreal statement from March of 2001 that was deposited on March 20th.  Do you see that?

MR. GOETZ:  Object to form.

A.   Yes.

Q.   Do you know anything about the deposits on that Bank of Montreal statement, which is Exhibit 294, or the donations that

This Transcript Contains Confidential Material

WAMY-Canada reported it was making in the year 2001 totalling over $208,000?

MR. GOETZ:  Object to form.

A.    I do not know about this.

Q.    After you fired Mr. Khatib in March of 2001, do you know -- did you learn anything about the bank accounts that he had up there or any of the money that he had up in the bank accounts in Canada in 2001?

A.    No.

Q.    Do you know what happened to any of that money that we see under the WAMY account in Canada in 2001?

A.    I do not know.

Q.    I'm going to move on to my last topic.  If you'll just give me a minute.  Maybe we'll take a five minute break, I'll get organized and try to get through it quickly.

VIDEO OPERATOR:  We are now going off the video record.  The time is 6:23.

(Recess from 6:23 p.m. until 6:48 p.m.)

VIDEO OPERATOR:  We are now going back on the video record.  The time is