[truncated handwriting]

**Arab Scout Center Club**

**Kingdom of Saudi Arabia**

**World Assembly of Muslim Youth**

**Islamic Benevolence Committee**

### Agreement to Implement a Project to
### Assist Expatriate Students Studying at
### Al-Azhar Al-Sharif

The Islamic Benevolence Committee in the Kingdom of Saudi Arabia wishes to implement a project to assist the expatriate students studying at Al-Azhar Al-Sharif whose names are listed in the schedule attached to this agreement, and who have submitted requests to the Committee to disburse monthly grants to help them continue their studies at Al-Azhar Al-Sharif.

The Arab Scout Center Club's administration has expressed its willingness to implement this project, which is consistent with the club's social and educational goals, and the two parties, having reached a mutual agreement, have agreed to the following:

1. The above preamble shall be deemed an integral part of this agreement.

2. This project will be implemented for the beneficiaries whose names, nationalities, and Al-Azhar faculty enrollments are set forth in the detailed schedule attached hereto. At a later stage, additions or changes to the beneficiaries may be made in accordance with the decisions of the committee established to administer the project's activities.

3. The Islamic Benevolence Committee will  provide the financial support necessary to implement this project, in the amount of SAR 140,400.00 annually. Following is a detailed breakdown:

| Number of Students | Monthly Grant Amount | Total Amount |
|---|---|---|
| 63 single | SAR 100 | SAR 6,300 |
| 17 married | SAR 150 | SAR 2,550 |
| 4 married | SAR 300 | SAR 1,200 |
| 11 single | SAR 150 | SAR 1,650 |
| **Total Monthly Grant** | | SAR 11,700 |

Total annual grant: one hundred forty thousand, four hundred Saudi riyals (SAR 140,400.00)

4. The Islamic Benevolence Committee shall have the right to monitor and supervise the implementation of this project.

CONFIDENTIAL

WAMYSA031622

**EXHIBIT**

**WAMY EX. 33**

5.  The International Arab Scout Center Club will be entrusted with the financial and administrative implementation of this project. It will also disburse funds for this project from the funding banks provided by the Islamic Benevolence Committee, in accordance with the schedules attached to the Agreement and any amendments made thereto by the Second Party.

6.  A current account shall be designated at an accredited bank in the Arab Republic of Egypt to disburse funds for the project in accordance with the terms set forth above.

7.  Technical oversight of this project and changes to the names of student beneficiaries in line with changing circumstances and developments and the disbursement of any budgetary surplus toward the needs of the students, shall be undertaken by a committee composed of the following:

    1. Mr. Fawzi Mahmoud Farghali          Chairman
    2. Dr. Ahmed Hassanein Hashad          Member
    3. Mr. Mohammed Ezzideen Farid,        Member
    Accountant
    4. Mr. Mostapha Ahmed Wali             Member

8.  The parties agree that this Agreement shall be renewed on an annual basis, in light of its results and subject to the available financial resources.

Allah knows our true intentions.

Islamic Benevolence Committee          Arab Scout Center Club
[signature] [illegible date]                    [signature]
Dr. Issam Yami Al-Filali               Fawzi Mahmoud Gharfali

CONFIDENTIAL                                              WAMYSA031623

نادى المركز الكشفى العربى

المملكة العربية السعودية

الندوة العالمية للشباب الإسلامى

لجنة البر الإسلامية

## عقد إتفاق لتنفيذ مشروع

## مساعدة الطلاب المغتربين الدارسين

## بالأزهر الشريف

ترغب لجنة البر الإسلامية بالمملكة العربية السعودية فى تنفيذ مشروع مساعدة الطلاب المغتربين الدارسين بالأزهر الشريف الوارد أسماؤهم بالكشف المرفق بهذا الإتفاق والذى سبق أن تقدموا إلى اللجنة بطلبات لصرف منح شهرية لهم لمساعدتهم عل مواصلة الدراسة بالأزهر الشريف.

وأبدت إدارة نادى المركز الكشفى العربى إستعدادها لتنفيذ هذا المشروع الذى يتفق والأهداف الإجتماعية والتربوية للنادى وحيث تلاقت ارادة الطرفين فقد إتفقا على ما بأتى :

أولاً : يعتبر التمهيد السابق جزءاً لايتجزأ عن هذا الإتفاق.

ثانياً : أن يتم تنفيذ هذا المشروع على المستفيدين المبين أسماؤهم وجنسياتهم والكليات الأزهرية الدارسين بها بالكشف التفصيلى المرفق – ويجوز فى مرحلة لاحقة إضافة وتعديل المستفيدين وفقاً لما تقرره اللجنة المشكلة لمباشرة أعمال المشروع.

ثالثاً : تتولى لجنة البر الإسلامية توفير الدعم المالى لتنفيذ هذا المشروع والذى بلغ ١٤٠٤٠٠,٠٠ ريال سعودى سنوياً فيما يلى بيان تفصيلى به :

| عدد الدارسين | قيمة المنحة الشهرية | القيمة الإجمالية |
|---|---|---|
| ٦٣ أعزب | ١٠٠ ريال | ٦٣٠٠ ريال |
| ١٧ متزوج | ١٥٠ ريال | ٢٥٥٠ ريال |
| ٤ متزوج | ٣٠٠ ريال | ١٢٠٠ ريال |
| ١١ أعزب | ١٥٠ ريال | ١٦٥٠ ريال |
| إجمالــــــــى المنحـــــة الشهـــــريـــــة | | ١١٧٠٠ ريال |

إجمالى المنحة السنوية ١٤٠٤٠٠,٠٠ ريال (مائة وأربعون ألف وأربعمائة ريال سعودى) رابعـاً

: يكون للجنة البر الإسلامية الحق فى المتابعة والإشراف على تنفيذ هذا المشروع.

CONFIDENTIAL

WAMYSA031622

خامساً : يسند إلى نادى المركز الكشفى العربى الدولى تنفيذ هذا المشروع مالياً وإدارياً كما

يتولى الصرف على هذا المشروع من خلال مصارف التمويل الواردة من لجنة البر

الإسلامية وفقاً للكشوف المرفقة بالإتفاق وما يطرق عليها من تعديلات يغيرها  الطرف

الثانى.

سادساً : يخصص حساب جارى لدى أحد البنوك المعتمدة بجمهورية مصر العربية للصرف

على هذا المشروع وفقاً للبنود المقدمة.

سابعاً : يتولى الإشراف الفنى على هذا المشروع وتغيير أسماء الطلاب المستفيدين منه وفق

المتغيرات والمستجداتوالصرف من أى فائض للميزانية على إحتياجات الطلاب لجنة

تتكون من :

١– السيد الأستاذ / فوزى محمود فرغلى    رئيساً

٢– السيد الأستاذ الدكتور / أحمد حسنين حشاد    عضواً

٣– السيد المحاسب / محمد عزالدين فريد    عضواً

٤– السيد الأستاذ / مصطفى أحمد والى    عضواً

ثامناً : إتفق الطرفان على أن يتم تجديد هذا الإتفق سوياً فى ضوء ما يسفر عنه من نتائج وفى

ضوء الإمكانيات المالية المتوفرة.

**والله من وراء القصد**

لجنة البر الإسلامية    نادى المركز الكشفى العربى
فرع عمر ضرعلى
(د. عصام يحى الفيلالى)    (فوزى محمود غرغلى)

CONFIDENTIAL    WAMYSA031623



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English  language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031622-WAMYSA031623**

Sworn to before me this

___ day of _____ of 2026

_____
Translation Manager

_____
Notary



American Translators Association



Translation        Interpretation        Transcription        DTP        Voice-over        Subtitling