Institute of Islamic and Arabic          [logo]
Sciences in America (IIASA)

8500 Hilltop Road – Fairfax, VA 22031 – Tel (703) 641-4890/ (703) 641-4891 – Fax (703) 641-4899
Website: http://www.iiasa.org – email: info@iiasa.org

Date: 23/3/1422 AH
Corresponding to: 15 June 2001

**HE the Secretary General, World Assembly of Muslim Youth**
**Dr. Mani bin Hammad Al-Jahni          May Allah keep him safe**

Peace and the blessings of Allah be upon you,

I pray to Allah to help you and reward you for your good deeds to Muslim youth all over the world, such as advice, guidance and assistance in good deeds.

I am writing about our student sister Azza bint Hashim Al-Imam, who is studying medicine at George Washington University in Washington DC. She is a good student and has good manners – thanks be to Allah – and her father is a good man and a respected teacher who has been working at the IIASA for seven years. I hope you can help her with an educational grant that would assist her in paying her school fees or some of them. She is willing to commit herself to working in a Muslim country such as Sudan after her graduation for the same number of years for which she receives help.

Thank you for your assistance and help, good deeds are never wasted with Allah.

Peace and the blessings of Allah be upon you,

Director, Institute of Islamic and Arabic Sciences in America
[signature]
Dr. Ahmed bin Saifuddin Al-turkistani



EXHIBIT
WAMY EX. 34



EXHIBIT
AB DULLAH
288
LVF    10-21-19



**INSTITUTE OF ISLAMIC AND ARABIC
SCIENCES IN AMERICA**

مَعْهَدُ الْعُلُومِ الْإِسْلَامِيَّةِ وَالْعَرَبِيَّةِ
فى أمْرِيكا

**IIASA**

8500 Hilltop Road • Fairfax, Virginia 22031 • Telephone: (703) 641-4890/(703) 641-4891 • Fax: (703) 641-4899
Internet web: http://www.iiasa.org/ • Internet Email: info@iiasa.org

التاريخ: ٢٣/٠٣/١٤٢٢هـ
الموافق: ١٥/٠٦/٢٠٠١م

فضيلة الأمين العام للندوة العالمية للشباب الإسلامي
الدكتور مانع بن حماد الجهني                    سلمه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد:

فأسأل الله أن يعينكم ويثيبكم على ما تفعلونه تجاه الشباب المسلم في جميع أنحاء المعمورة من إسداء للنصح والتوجيه والإعانة على الخير.

يسرني أن أكتب إليكم عن الأخت الطالبة عزة بنت هاشم الإمام التي تدرس الطب في جامعة جورج واشنطن بواشنطن العاصمة. إنها طالبة مجتهدة وسيرها – بحمد الله – حسن في دراستها كما أن والدها رجل فاضل ومعلم قدير يعمل في معهد العلوم الإسلامية والعربية منذ سبع سنوات. آمل منكم مساعدتها بمنحة تعليمية تعينها على تسديد الرسوم الدراسية أو بعضها كما أن لديها استعداداً بالتعهد على نفسها أن تعمل في بلد إسلامي كالسودان مثلاً بعد تخرجها قدر السنوات التي سوعدت فيها.

شكر الله لكم حسن مساعدتكم وعونكم، إن الله لا يضيع أجر المحسنين.
والسلام عليكم ورحمة الله وبركاته.

مدير معهد العلوم الإسلامية والعربية فى أمريكا

د. أحمد بن سيف الدين التركستاني

CONFIDENTIAL

WAMYSA058095