World Assembly of Muslim Youth    ☎ 00441716367080    ☎20/04/95    07⁑13    ⅟2

**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

West Europe Office
Ref: HQ/Report letter
Date: 05/04/1994

[Handwritten: Dear Brother Dr. [name unclear] — with regards / for editorial attention,
I believe a letter should be sent to brother Balkharshoush, encouraging him and asking him,
after the office has now become established, what the work plan will be. The letter should
request that he outline the activities he intends to implement during this year, and that this plan
must reach the General Secretariat so it can be discussed at the next meeting. Participation in
conferences alone is not sufficient without a specific program. Therefore, what is the program
for each visit, etc.?

Dr. Maneh bin Al-Johani  Secretary General of the World Assembly of Muslim Youth
Peace, mercy, and blessings of Allah be upon you.

We pray that you and all the brothers are in the best of health and well-being.
We would like to reassure you regarding our situation. Our office has now settled in the Muslim
World League building and has become known among associations and individuals. We are
receiving increasing requests for support of youth and student activities, praise be to Allah.
We are also receiving requests for various scholarships, as well as invitations to attend different
activities.

We have endeavored, to the best of our ability, to provide support for youth activities wherever
possible. Our support has reached Ireland, Italy, Switzerland, Germany, and, of course, the
United Kingdom.

Within the framework of visits, we have received invitations and intend to participate in youth
conferences in Germany and Poland, as well as in Italy.

There is also a growing demand for the Assembly's publications, especially those in European
languages (English and French).

Among our future projects is the publication of a periodic newsletter across Europe, specializing
in news of youth and student activities, for guiding and motivating youth and student work.
You have already received a press cuttings sample, which we intend to continue issuing so that
you remain informed about developments taking place in the Western arena.

Due to the relocation of the office, the furnishings required, and the hiring of an assistant, in
addition to the increasing activities undertaken by the office independently and in cooperation
with other parties this year, our budget has been exhausted.
 We are therefore in urgent need of at least one quarter of this year's budget.

We kindly ask you to transfer to us whatever amount you are able to provide as soon as
possible.
May Allah reward you abundantly.
Your brother,  Dr. Muhammad Balkharshoush
Representative of the World Assembly of Muslim Youth in Western Europe

[stamp: WAMY incoming number: 6939, Date: 22/11/1415]

CONFIDENTIAL                                                                WAMYSA036431



**EXHIBIT**

**WAMY EX. 35**



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

Office of the Secretary-General
Ref:  8508
Date: 8/12/1415 AH

Dear Brother  Dr. Muhammad Balkharshoush
Representative of the Assembly in Western Europe – London. May Allah preserve him

Peace, mercy, and blessings of Allah be upon you.
I pray that you are in good health and well-being.
I have reviewed your message (sent by fax) to the General Secretariat dated 04/20/1995, and I was pleased by the commendable enthusiasm you expressed following your relocation and settlement in the Muslim World League building in London. I pray that Allah makes it a blessed place and that it becomes the beginning of further fruitful and beneficial work.

In your letter, you mentioned the many requests you receive for support, scholarships, invitations to attend activities, and other beneficial initiatives that you referred to. While I pray for your success and achievement, I hope you will kindly prepare a detailed work plan outlining: the activities you intend to carry out, their dates, their locations, and their programs.  This plan should be sent to the General Secretariat of the Assembly in Riyadh so that it can be discussed at the next meeting of the Secretariat Council. With regard to the visits and participation in youth conferences that you mentioned, it is necessary to prepare a prior program for each visit, as planning before implementation is expected to yield better results and maximize the benefits of those activities.

With my sincere wishes for your success and achievement.
I ask Allah the Almighty to protect and care for you.
Peace, mercy, and blessings of Allah be upon you.



Secretary General
World Assembly of Muslim Youth
[signature]
Dr. Maneh bin Hamad Al-Johani

S/M 4.9

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ ـ (٠١) ـ برقيا: إسلامية الرياض
تلكس: ٤٠٠٤١٣ / ٤٠٥٢٢٠ إسلامي اس جي، فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL    WAMYSA036432

CONFIDENTIAL    WAMYSA036432



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

Ref: HQ/Report letter                                    WEST EUROPE OFFICE

Date: 05/04/1995                                        مكتب أوروبا الغربية

الدكتور    **مانع الجهني**    الأمين العام للندوة العالمية للشباب الإسلامي

السلام عليكم ورحمة الله وبركاته

وبعد نسأل الله تعالى أن تكونوا وجميع الإخوة على أحسن ما يرام:

نود أن نطمئنكم على أحوالنا، لقد استقر مكتبنا في بنابة الرابطة وأصبح معروفاً لدى الجمعيات والأفراد

وتأتينا طلبات لدعم الأنشطة الشبابية والطلابية وهي في زيادة والحمد لله.

وكذلك طلبات لمنح دراسية مختلفة، ودعوات لحضور الأنشطة المختلفة.

ولقد حرصنا أن نقدم دعمنا قدر الإستطاعة لكل الأنشطة الشبابية، فوصل دعمنا إلى كل من ايرلندا، ايطاليا،

سويسرا، ألمانيا، وبريطانيا طبعاً.

وفي إطار الزيارات جاءتنا دعوات وننوي المشاركة في مؤتمر الشباب في ألمانيا و بولونيا وكذلك في ايطاليا.

هناك طلب متزايد على مطبوعات الندوة، وخاصةً المنشورات باللغات الأوروبية (الأنجليزية/الفرنسية)

مشاريعنا المستقبلية اصدار نشرة دورية على مستوى أوروبا متخصصة في أخبار العمل الشبابي والطلابي

هدفها توجيه وتحفيز العمل الشبابي والطلابي.

لقد وصلكم نموذج    Press Cuttings    ننوي أن يكون مستمراً حتى يجعلكم على إطلاع بمايحدث في

الساحة الغربية.

نضراً لإنتقال المكتب وما احتاجه من تأثيث وكذلك توظيف أخ مساعد. وتزايد الأنشطة التي قام بها المكتب

منفرداً وبالتعاون مع جهات أخرى هذا العام فلقد نفذت ميزانيتنا، ونحن الآن في أمس الحاجة إلى (ربع

الميزانية لهذا العام) على الأقل.

نرجوا منكم أن تحولوا لنا ما تستطيعونه في أقرب وقت ممكن.

وجزاكم الله خيرا

أخوكم/ د. محمد بلخرشوش                    الأمانة العامة

ممثل الندوة في اوروبا الغربية

CONFIDENTIAL                                                            WAMYSA036431



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقم .......... م . ـ . ٨٥

التاريخ .......... ١٤١٥/١٢/٨

مكتب الأمين العام

*Office of the Secretary General*

سعادة الأخ الفاضل الدكتور / محمد بلخرشوش          حفظه الله
ممثل الندوة فى أوروبا الغربية ـ لندن

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد .

اطلعت على رسالتكم (بالفاكس) للامانة العامة فى ١٩٩٥/٤/٢٠م وسرنى ما لمست فيها من حماسكم الطيب اثر انتقالكم واستقراركم ببناية الرابطة بلندن ، أسأل الله تعالى أن يجعله منزلا مباركا وان يكسون فاتحة خير لمزيد من العمل المثمر النافع .

اشرتم فى خطابكم الى كثرة ما يردكم من طلبات الدعم والمنح الدراسية والدعوات لحضور أنشطة مختلفة وغير ذلك من الانشطة الطيبة التى المحتم اليها ، واننى اذ ادعو الله تعالى لكم بالتوفيق والنجاح لآمل التكرم باعداد خطة عمل تفصيلية بالأعمال والأنشطة التى تعتزمونها ومواعيدها وأماكنها وبرامجها ، وارسال تلك الخطة الى الأمانة العامة للندوة بالرياض ليجرى مناقشتها فى اللقاء القادم لمجلس الأمانة ، وفيما يتعلق بالزيارات والمشاركة فى المؤتمرات الشبابية التى اشرتم اليها يلزم اعداد برنامج مسبق لكل زيارة اذ أن التخطيط قبل التنفيذ يرجى أن يثمّر ويضاعف الافادة من تلك الأنشطة .

مع خالص تمنياتى لكم بالتوفيق والنجاح ، أسأل الله تعالى أن يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته ...،،،

الأمين العام
للندوة العالمية للشباب الاسلامى



د . مانع بن حماد الجهنى

س/م ـ ٤٠٩

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMI SJ, Fax.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
٤٦٤١٦٦٩/ ٤٦٤١٦٦٣ (٠١) ـ برقيا: إسلامية الرياض
تلكس: ٤٠٠٤١٣/ ٤٠٥٢٢٠ إسلامي اس جي، فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL                                        WAMYSA036432



Nova Languages, Inc.
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)     §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036431 - WAMYSA036432**

Sworn to before me this

22 day of March _____ of 2026





Translation Manager

Notary



ata MEMBER
American Translators Association

BBB ACCREDITED BUSINESS

Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling