In the Name of Allah, the Beneficent, the Merciful



**World Assembly of Muslim Youth**                    الندوة العالمية للشباب الاسلامي

| Office of the Assistant Secretary General | No. 5615 |
|---|---|
| | Date: October 19, 1999 |

**Dr. Majed Abdulaziz Al-Turki**

**Secretary General of the Saudi Joint Committee for the Relief of Kosovo and Chechnya (SJCRKC)**

Peace, mercy and the blessings of Allah be upon you.

I ask Allah Almighty for your good health and well-being.

Based on your Letter No. 2/A/371/4, dated October 19, 1999, requesting that the SJCRKC General Secretariat be provided with a list of projects and requirements given the funds available therewith. We wish to advise you of the following, in accordance with the operational plan of the Office of the World Assembly of Muslim Youth in Kosovo:

1.  Reconstruction (support for the following projects is requested in order of priority):

    a.  Construction of the Islamic Mashikhah [Religious Authority] building in the Ferizaj District, for which DEM 300,000 has been allocated. The building will contain administrative offices, a school, and residential accommodation.

    b.  Reconstruction of mosques that were completely destroyed in the Ferizaj District, estimated at a total cost of DEM 4,788,000 (a detailed schedule of the mosques with their costs is attached; certain of them may be selected and designated).

    c.  Restoration of two residential complexes that can accommodate a minimum of 100 families, which may also be utilized to house orphans and widows of war casualties. The estimated cost of restoring these two complexes is DEM 1,000,000.

2.  Relief:

    We propose the urgent formation of a committee consisting of the institutions currently operating on the ground in Kosovo, to convene in Pristina to discuss urgent relief needs, given their knowledge of such matters thanks to their work in the region, with their proposals to then be submitted to you for consideration and approval.

3.  Da'wah [Islamic Outreach] and Education: Following are the most significant projects planned for implementation, in order of priority:

| No. | Project | Cost in DEM |
|---|---|---|
| 1. | Academic scholarships | 251,000 |
| 2. | Training courses | 200,000 |
| 3. | Educational Materials | 40,000 |
| Total cost of aid programs | | 491,000 |

The total cost of the projects mentioned in this letter (excluding relief operations) is DEM 1,791,000 (SAR 3,710,952

With thanks and appreciation in advance for your kind attention to this matter. May Allah protect you and keep you in His care.

Peace, mercy, and the blessings of Allah be upon you.

[illegible WAMY Pakistan stamp]                    Assistant Secretary General

World Assembly of Muslim Youth

[signature]

Dr. Saleh bin Suleiman Al-Wohaibi

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St. Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975 4641669 / 4641663 – Cable: ISLAMIYAH RIYADH Tlx: 400413 / 405230 ISLAMI SJ Fax: (01) 4641710

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي ـ السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥ / ٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ (٠١) ـ برقـيـا: إسـلاميـة الـريـاض

CONFIDENTIAL

WAMYSA036914

**EXHIBIT**

**WAMY EX. 36**



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

الرقـــم ........................٥٠١٥

التاريخ ........................

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

سعادة الأخ الدكتور/ ماجد بن عبدالعزيز التركي

الأمين العام للجنة السعودية المشتركة لإغاثة شعب كوسوفا                 سلمه الله

السلام عليكم ورحمة الله وبركاته .

أسأل الله العلي القدير أن تكونوا بخير حال وعافية .. وبعد:

بناءً على خطابكم رقم ( ٢ / أ / ٣٧١ / ٤ ) بتاريخ ١٤٢٠/٧/٩ هـ والمتضمن طلب موافاة الأمانة العامة للجنة السعودية بالمشروعات والاحتياجات في ضوء المبالغ المتوفرة لدى اللجنة نفيدكم بالتالي حسب خطة عمل مكتب الندوة العالمية للشباب الإسلامي في كوسوفا:

١- في مجال الإعمار ( نأمل دعم هذه المشاريع حسب الأولوية ):

أ- بناء مبنى المشيخة الإسلامية في إقليم فيرزاي وقد تم تخصيص مبلغ ( ٣٠٠,٠٠٠ ) مارك، ويحتوي على مبنى للإدارة ومدرسة وسكن.

ب- إعادة بناء المساجد التي دمرت بالكامل في إقليم فيرزاي، تقدر تكلفة تلك المساجد بمبلغ ( ٤,٧٨٨,٠٠٠ ) مارك ( مرفق جدول تفصيلي بالمساجد وتكلفتها ويمكن اختيار جزء منها مع التحديد ).

ج- ترميم مجمعين سكنيين يمكن أن يؤويا على الأقل ( ١٠٠ ) عائلة، ويمكن أن يستفاد منهما لإيواء أيتام وأرامل قتلى الحرب، وتقدر التكلفة لترميم هذين المجمعين بمبلغ ( ١,٠٠٠,٠٠٠ ) مارك.

٢- في مجال الإغاثة:

نقترح على سعادتكم تشكيل لجنة بشكل عاجل مكونه من المؤسسات العاملة في الساحة في كوسوفا للاجتماع في برشتينا ومناقشة الاحتياجات الإغاثية المطلوبة بشكل عاجل وذلك لمعرفتهم بهذه الأمور بحكم عملهم في المنطقة، ومن ثم رفع مقترحاتهم لكم لدراستها واعتمادها.

٣- في مجال الدعوة والتعليم: نتقدم لكم بأهم المشاريع المزمع تنفيذها مرتبة حسب الأولوية:

| التكلفة بالمارك الألماني | المشروع | م |
|---|---|---|
| ٢٥١,٠٠٠ | المنح الدراسية | ١- |
| ٢٠٠,٠٠٠ | الدورات | ٢- |
| ٤٠,٠٠٠ | الحقيبة المدرسية | ٣- |
| ٤٩١,٠٠٠ | التكلفة الإجمالية للمشاريع الإغاثية | |

والتكلفة الإجمالية للمشروعات المذكورة في الخطاب ( عدا أعمال الإغاثة ) هي ( ١,٧٩١,٠٠٠ ) مارك ألماني ( ٣,٧١٠,٩٥٢ريال سعودي ).

شاكراً ومقدراً لكم سلفاً كريم اهتمامكم .. والله يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام المساعد

للندوة العالمية للشباب الإسلامي

د. صالح بن سليمان الوهيبي

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx : 400413 / 405230 ISLAMI S I Fax : (01) 4641710

ص . ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١/ ٤٦٢٤٦١٥/ ٤٦٢٨٩٧٥
٤٦٤١٦٦٩/ ٤٦٤١٦٦٣ (٠١) ـ برقيا: إسلامية الرياض

CONFIDENTIAL

WAMYSA036914



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA036914**

Sworn to before me this

_22_ day of _MARCH_ of 2026

_____
Translation Manager

_____
Notary

ROGER ANTHONY BROWN
STATE OF NEW YORK
☆
NOTARY PUBLIC
01BR6253070
EXP. 12.19.2027
KINGS COUNTY

**ata MEMBER**
American Translators Association



Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling