In the name of Allah, the Beneficent, the Merciful



**World Assembly of Muslim Youth**    الندوة العالمية للشباب الاسلامي

**Office of the Assistant Secretary General**        No. *5[51]78*
Date: 18/07/1421H

**Manager, Al Rajhi Banking & Investment Corp.**

**Al-Thalatheen Street Branch, Olaya**

Peace, mercy, and the blessings of Allah be upon you.

Please order the necessary instructions for the issuance of a check according to the schedule below and pursuant to the details stated by language.

Kindly charge the amount to World Assembly of Muslim Youth (WAMY) Account No.: 362-3015/5

| العنوان | العملة | المبلغ | اسم الطالب | م |
|---|---|---|---|---|
| ADDRESS | CURR | AMOUNT | NAME | NO |
| UK | $ | 900 | NASSER A. | ١ |

Thank you for your kind cooperation. Peace, mercy, and blessings of Allah be upon you.

Assistant Secretary General

World Assembly of Muslim Youth

[signature] [WAMY seal]

Dr. Saleh bin Suleiman Al-Wohaibi

[illegible]                                         [signature seals]

P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Seudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 405220 ISLAMY SJ, FAX: (01) 4641710

CONFIDENTIAL

CONFIDENTIAL                                         WAMYSA051057

EXHIBIT

WAMY EX. 37

In the name of Allah, the Beneficent, the Merciful



**World Assembly of Muslim Youth**　　　　　　　الندوة العالمية للشباب الاسلامي

| | |
|---|---|
| **Office of the Assistant Secretary General** | *2201*<br>No. *2201*<br>Date: *16/03/1427H* |

Br. Nasser A.　　　　　　　　　　　　File # 490
UK

Dear brother /sister in Islam

Assalamo Alaikum Wa Rahmatullah Wa Barakatuh

It is my pleasure to write to you hoping that you are in good health and keeping well.

With reference to your letter seeking renewal of scholarship, we are pleased to inform you that your request has been considered for further period of *One Year* effective from 1st *July*, 2000.

The amount of scholarship is US$(300), per month, *as a loan payable after your graduation,* will be sent to you every (3) months starting from 1/10/2000

The scholarship is renewable (on demand) for each year according to your good performance in the study. To ensure the renewal, you supposed to send us your last statement of marks or a letter from your supervisor duly attested by the University/College and certified by an Islamic organization.

May Allah the Almighty reward your educational efforts with success. Ameen

Wassalam

Dr. Saleh S. Al - Wohaibi
Asst. Secretary General

App/Hasan

.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
ulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
641669 / 4641663 – Cable: ISLAMIYAH RIYADH
lk.: 400413 / 405526 ISLAMI-SE, Fax: (04) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣ ـ برقياً إسلامية الرياض
فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL



[*I received the original of the check above*]

[signature] 21/07

[*Hassan*] [illegible]

CONFIDENTIAL

WAMYSA051059



**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

الرقم: ٠٥٧٨

التاريخ: ١٤٢١/٧/١٨هـ

سعادة الأخ الفاضل/   مدير شركة الراجحي المصرفية للاستثمار   حفظه الله

فرع شارع الثلاثين - العليا

السلام عليكم ورحمة الله وبركاته .. وبعد ،

رجاء التكرم بالإيعاز لمن يلزم بإصدار شيك حسب الجدول أدناه وفقا للبيانات الموضحة حسب اللغة .

كما يرجى قيد المبلغ على حساب الندوة العالمية للشباب الإسلامي رقم :(٣٠١٥/٥ – ٣٦٢)

| العنوان ADDRESS | العملة CURR | المبلغ AMOUNT | اسم الطالب NAME | م NO |
|---|---|---|---|---|
| UK | $ | 900 | NASSER A. | ١ |

شاكرين حسن تعاونكم .. والسلام عليكم ورحمة الله وبركاته..،

الأمين العام المساعد
للندوة العالمية للشباب الإسلامي

د. صالح بن سليمان الوهيبي



P.O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
4641669 / 4641663 – Cable: ISLAMIYAH RIYADH
Tlx.: 400413 / 406220 ISLAMY SN, Fax.: (01) 4641710

ص. ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤١٥٥٤٣١ / ٤٦٢٤٦١٥ / ٤٦٢٨٩٧٥
٤٦٤١٦٦٩ / ٤٦٤١٦٦٣
تلكس: ٤٠٠٤١٣

CONFIDENTIAL

WAMYSA051057



بسم الله الرحمن الرحيم

## World Assembly of Muslim Youth

الندوة العالمية للشباب الإسلامي

الرقم ........................ ٢٢٠١

التاريخ ..................... ١٤٢٧/٣/١٦

مكتب الأمين العام المساعد

*Office of the Assistant Secretary General*

Br. Nasser A.                    File # 490

UK

**Dear brother /sister in Islam**

**Assalamo Alaikum Wa Rahmatullah Wa Barakatuh**

It is  my pleasure to write to you hoping that you are in good health and keeping well.

With reference to your letter seeking renewal of scholarship, we are pleased  to inform  you that  your  request  has been  considered  for further period of *One Year* effective from 1st *July*, 2000.

The    amount    of  scholarship  is  US$(300),  per    month, *as a loan payable after your graduation,* will  be  sent  to  you every (3) months starting from 1/10/2000

The  scholarship  is renewable (on demand) for each year according to  your  good  performance  in  the  study. To ensure the renewal, you supposed to send us your last statement of marks or a letter from your supervisor  duly attested by the University/College and certified by an Islamic organization.

May  Allah  the  Almighty  reward  your  educational  efforts  with success. Ameen

Wassalam



**Dr. Saleh S. Al - Wohaibi**
**Asst. Secretary General**


p/Hasan

O.Box 10845 Riyadh 11443 – Prince Abdulaziz Bin Mosaid Bin Jelewi St.
ulaimaniya – Saudi Arabia – Tel.: (01) 4655431 / 4624615 / 4628975
641669 / 4641663 – Cable: ISLAMIYAH  RIYADH
lx.: 400413 / 405920 ISLAMI ST. No.: (01) 4641710

ص.ب ١٠٨٤٥ الرياض ١١٤٤٣ ـ شارع الأمير عبدالعزيز بن مساعد بن جلوي
السليمانية ـ المملكة العربية السعودية ـ هاتف: ٤٦٢٨٩٧٥ /٤٦٢٤٦١٥ /٤٦٥٥٤٣١
٤٦٤١٦٦٩ /٤٦٤١٦٦٣ ـ برقياً إسلامية الرياض
تلكس: ٤٠٠٤١٣ /٤٠٥٩٢٠ فاكس: ٤٦٤١٧١٠ (٠١)

CONFIDENTIAL

WAMYSA051058





WAMYSA051059



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following documents from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA051057 - WAMYSA051059**

Sworn to before me this

_22_ day of _March_ of 2026

_____
Translation Manager

_____
Notary





Translation     Interpretation     Transcription     DTP     Voice-over     Subtitling