In the Name of Allah, the Beneficent, the Merciful



Worlb  Assembly Of Muslim Youth
:WAMY: .

الندوة العالمية للشباب الإسلامي

| On: February 6, 1997        Corresponding to: | To: [Abu Billal] |
|---|---|
| No. [illegible]/1/17 | Department: Officer, Social [Affairs] Department |
| Subject: Scholarhips | From: Abu Asmaa |
| for orphans (Dar Al-Arqam) | Department: Director, Dar Al-Arqam for [illegible] and Rehabilitation of Orphans |

Text: Peace, mercy, and the blessings of Allah be upon you.

[Following is a] clarification of the disbursement of scholarships for Dar Al-Arqam orphans [illegible]

| No. | Classes | No. of Students | Basic Grant | Amount Received | Amount Deducted | Notes |
|---|---|---|---|---|---|---|
| 1 | Class 1 | 33 | 33,000 | 32,656 | 344 | |
| 2 | Class 2 | 35 | 35,000 | 31,760 | 3,240 | |
| 3 | Class 3 | 35 | 35,000 | 33,904 | 1,096 | |
| 4 | Class 4 | 32 | 32,000 | 29,904 | 2,096 | |
| 5 | Class 5 | 27 | 27,000 | 26,904 | 96 | |
| 6 | Class 6 | 25 | 25,000 | 23,848 | 1,152 | |
| 7 | Total | 187 | 187,000 | 178,976 | 8,024 | |

Amount received from Finance [Department]     =          200,000    R-S

Disbursed                                     =          187,000

Remaining                                     =           13,000

Deduction                                     =            8,024    Abu Asmaa

Amount returned to Finance [Department]       =           21,024    [signature] Feb. 6, 1997

(Twenty-one thousand, twenty-four Pakistani rupees only)     Director, Dar Al-Arqam [for Orphans]

CONFIDENTIAL

WAMYSA031804

EXHIBIT

WAMY EX. 38





Worlb Assembly Of Muslim Youth
:WAMY: .

الندوة العالمية للشباب الإسلامي

| في: ٨٧/٩/١٧ه الموافق: | إلى: ؟/؟/ أبي بلال حفظه لمه |
| رقم: د م/٥/١/١٧ | قسم: مسؤول لقسم الاجتماعي |
| الموضوع: المنحة الدراسية | من: اث/ أسماء |
| للأيتام (دار الأيتام) | قسم: مدير دار الأيتام للطلبة والأصول (ستا) |

النص: السلام عليكم ورحمة الله وبركاته

الرقم: توضيح لصرف المنحة الدراسية لأقسام دار الأيتام الـ ١٧ ه

| الملاحظات | المخصوم | المستلم | المنحة الأساسية | عدد الطلاب | الفصول | م |
|---|---|---|---|---|---|---|
| | 344 | 32,656 | 33,000 | 33 | الفصل الأول | ١ |
| | 3,240 | 31,760 | 35,000 | 35 | الفصل الثاني | ٢ |
| | 1,096 | 33,904 | 35,000 | 35 | الفصل الثالث | ٣ |
| | 2,096 | 29,904 | 32,000 | 32 | الفصل الرابع | ٤ |
| | 96 | 26,904 | 27,000 | 27 | الفصل الخامس | ٥ |
| | 1152 | 23,848 | 25,000 | 25 | الفصل السادس | ٦ |
| | 8,024 | 178,976 | 187,000 | 187 | الإجمالي | ٧ |

المبلغ المستلم من المالية = 200,000 R-S

المصرف = 187,000

المتبقي = 013,000

الخصم = 8 024

مبلغ مسترد للمالية = 21,024

(فقط واحد وعشرون الف وأربعة وعشرون روبية باكستانية)

أبو أسماء

مدير دار الأيتام للأيتام الـ ١٧ ه

CONFIDENTIAL

WAMYSA031804



**Nova Languages, Inc.**
340 W 42nd St., # 818
New York, NY 10108
Tel: 646 707 0923
info@novalanguages.com
www.novalanguages.com

## CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
William Tierney is a translator affiliated with Nova Languages, Inc., a member of the American Translators
Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following documents from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**WAMYSA031804**

Sworn to before me this

_22_ day of _MARCH_ of 2026

_____
Translation Manager

_____
Notary





Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling