

# ISLAMIC CAMPS

*Objectives, Program Outlines, Preparatory Steps*



£2.00

**World Assembly of Muslim Youth (WAMY)**
**Riyadh, Saudi Arabia**

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002177

**WAMY EX. 39**

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002178

# ISLAMIC CAMPS

*Objectives, Program Outlines, Preparatory Steps*

Prepared by the

**Camps & Conference Unit**

of the

**WORLD ASSEMBLY OF MUSLIM YOUTH**

1987 / 1407H

Translated (with additions) by

**Abu-Bakr M. Asmal**

1990G / 1411H

P.O.Box 10845  Riyadh 11443, Kingdom of Saudi Arabia
Phone 01-4641663, Telex 400413 ISLAMI SJ

WAMY WESTERN EUROPE
46 Goodge Street
LONDON W1P 1FJ - UK
Tel: 020-7636 7010
Website: www.wamy.co.uk
E-mail: wamy@wamy.co.uk

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

*In the Name of Allah the Beneficient the Merciful*

«And who is better in speech than one who invites to Allah, acts righteously, and says: Verily I am of the Muslims?».
*Al-Qur'an Chapter 41 Verse 33*

**WAMY WESTERN EUROPE**
46 Goodge Street
LONDON W1P 1FJ - UK
Tel: 020-7636 7010
Website: www.wamy.co.uk
E-mail: wamy@wamy.co.uk

WAMY INTL E002179

## CONTENTS        PAGE

|  |  | PAGE |
|---|---|---|
|  | Forward | 7 |
| 1. | Introduction to Camps | 11 |
| 1.1 | Definition of Camps | 13 |
| 1.2 | Types of Camps | 14 |
| 1.3 | WAMY and Camps | 16 |
| 1.4 | Types of WAMY Camps | 18 |
| 1.5 | WAMY's Achievements with regard to Camps | 20 |
| 2. | Organising Camps | 23 |
| 2.1 | How to Organise Camps | 25 |
| 2.2 | Objective of the Camp | 26 |
| 2.3 | Place, Time & Duration of the Camp | 27 |
| 2.4 | The Participants or Campers | 28 |
| 2.5 | Camps Within a Larger Framework | 29 |
| 2.6 | Background of Campers | 30 |
| 2.7 | Levels (Stages) of Camps | 31 |
| 2.8 | Camp Follow-up | 31 |
| 3. | Camp Programmes | 35 |
| 3.1 | Importance of Camp Programmes | 37 |
| 3.2 | Spiritual Aspect | 37 |
| 3.3 | Mental & Cultural Aspect | 38 |
| 3.4 | Bodily & Sporting Aspect | 40 |
| 3.5 | The Behavioural And Character Aspect | 41 |
| 3.6 | Leisure And Relaxation Aspect | 43 |
| 3.7 | Types of Accompaying Activities | 47 |
| 4. | Practical Steps for Holding Camps | 51 |
| 4.1 | Implementing The Camp | 53 |
| 4.2 | The Opening Ceremony | 53 |
| 4.3 | Camp Supervisory (Implementation) Committee | 54 |
| 4.4 | The Camp Leader | 58 |

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002180

## CONTENTS          PAGE

4.5     Camp Committees ................................................ 59

4.5.1.  Reception & Transport Committee ........................... 59

4.5.2.  Finance & Purchasing Committee ............................ 59

4.5.3.  Food & Services Committee ................................. 60

4.5.4.  Culture & Information Committee ........................... 61

4.5.5.  Sports Committee .......................................... 62

4.5.6.  The Camp Doctor ........................................... 63

4.5.7.  The Secretariat ........................................... 63

        The Overall Report ........................................ 65

5.1.    Sample of an Overall Report ............................... 67

        Appendices ................................................ 71

6.1.    Request for Aid to hold Islamic Camps ..................... 73

6.2.    Preparatory Checklist for Holding Camps ................... 78

6.3.    Examples of Typical Daily Programmes ...................... 79

6.4.    Application for Prospective Participants .................. 82

6.5.    Camp Registration Form .................................... 83

6.6.    Camp Evaluation Form ...................................... 84

6.7.    Du'a for All Occasions .................................... 89

6.8.    General Etiquette ......................................... 95

6.9.    Some Selected Camp Chants ................................. 104

6.10.   Essentials to be carried by each Participant .............. 109

6.11.   Medical Essentials for the Camp ........................... 109

6.12a.  Books (Arabic) for the Camp Library ....................... 112

6.12b.  Books (English) for the Camp Library ...................... 114

6.13a.  Suggested Themes or Camp Objectives ....................... 115

6.13b.  Suggested Topics or Talks ................................. 116

6.13c.  Skills & Crafts ........................................... 117

6.14.   WAMY - Assisted Camps (up to 1410 H) ...................... 119

**NOTE :** Chapters Marked with an ( * ) are Additions made by the Translator.

## FOREWORD

All praise is for Allah the Lord of the worlds; may peace and blessings be upon our leader and last of the Prophets Muhammad, his family, his companions, and upon whoever invites to Islam until the Day of Judgement.

It pleases us at WAMY to present to the Muslim Youth and all Muslim Organisations this booklet «**ISLAMIC CAMPS : Objectives, Program Outlines, Preparatory Steps**» as it is a true expression of an aspect of Islamic work which seeks to serve our youth and brothers in all corners of the world.

If the youth are today's trust and tomorrow's promise, then duty necessitates that we give them the care that they deserve and every effort or expenditure in this regard is considered an investment and will give the most blessed returns by Allah's will.

And youth is a susceptible stage in the life of a human being wherein he is overcome by phsiological and psychological changes, it has become vital for workers in the field of Islamic Da'wah to work in co-operation with parents and educators to encompass Muslim youth with concern, care and proper guidance so that they develop into balanced, disciplined personalities of sound character and who sense the responsibility and love to serve their religion and their country.

But if we abandon the youth to grapple with the dark stains of alien civilisations on their own, and do not find the means to fortify and protect their Imaan (Beliefs), they will most probably grow up rebellious against themselves and their society, extreme in their behaviour and direction, as is witnessed by western societies, and their accompanying behavioral manifestations like the cult and pop groups eg. «Hippies», «Beetles», «Lost Generation» as they are called.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for Southern District of New York

WAMY INTL 002131

WAMY has become aware that holding camps for youth in a well organised manner is one of the most important methods of influencing their behaviour, of implanting noble ideals in their souls, and of «baptising» them with the Islamic touch. Further, the camp gives them a chance of truly living an islamic life, of regularly performing their daily salah in congregation, of listening to invaluable lectures which seek to cure current problems, of participating in fruitful quiz competitions and different sport events. In addition, the camp also gives them a golden opportunity to acquire useful skills, of satisfying wants, of interacting with the natural environment, of adapting to prevailing conditions, of physically exercising in clean, unpolluted air - all of this in an atomsphere of brotherhood, affection, and of moral excellence.

Therefore, camps - from an educational viewpoint - are not considered to be a place of pleasure activity only or a pastime or merely sports concerned with the body, but in reality they assist and encourage the youth to practice acts of worship, habits and activities which strengthen the body, soul, mind and heart and from there to the progress of the individual and the society, and to participate in acts of righteousness, goodness and social service.

Our Prophet (Allah's peace and blessings be with him) has said: «A strong mu'min (Believer) is better and more loved by Allah than the weak mu'min, and in each of them is goodness» (1). Thus, a strong, intelligent youth is one who puts a lofty objective before his eyes and strives to realise it while not becoming a slave or prisoner of his whims and desires which can exhaust his energies. And Allah's Prophet has entrusted us with goodness towards the youth, saying: «I commission you all to be good to the youth, for verily they are tender-hearted»(2).

_____
(1) Sahih Muslim (Abridged) p 486 Chapter: Ordering with Authority.
(2) Narrated by Al-Bukhari.

So we, in response to this valuable advice and concerned about our Ummah's future, are exerting our efforts in taking up every means and simple ways possible to raise our youth in a balanced, Islamic way, to develop their skills and abilities, and to protect them from detrimental influences and frivolous trends.

We expect that this booklet will assist Islamic Youth Organisations in holding camps according to the basic steps that have been concentrated upon so as to realise its expected benefits. WAMY has thus far, over the past 15 years, been able to hold close to 360 camps in all parts of the world and has sensed the purposeful activities which are well-liked by the youth and which must be concentrated upon and which must be widely applied.

And we hope that our summarised experience, enclosed in this booklet, is true in objective, by Allah's Will, and realises the benefits which we expect will be taken advantage of by all Islamic youth organisations which are supported by WAMY all over the world, and have a beneficial impact upon the Muslim youth in every place.

Perhaps also this booklet will give parents and educationists a good impression of the lofty objectives which WAMY has in holding camps, and so encourage their children and the «apples of their eye» to participate in these camps, and so give their children this chance to live in a pure, Islamic environment, as per studied programmes based on sound educational foundations with selected specialists of sound heart and character to supervise over them.

There's nothing left in this foreword except to thank the WAMY Camps and Conference Unit and all those Brothers who shared in this booklet in its present form.

I turn to Allah the Most High with sincere supplication to protect our leadership and keep them in the service of Islam and Muslims, and all those concerned Muslims and patrons for their care, noble

CONFIDENTIAL. This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for Southern District of New York

WAMY INTL E002182

support and encouragement, for it has contributed greatly to the success of WAMY's mission.

For Allah is the Goal and He is the Guide to the straight path.

DR. MANEH HAMMAD AL-JOHANI
*Sec-General — WAMY*

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002183

# PART I

# INTRODUCTION

CAMPS
* What are Camps?
* Types of Camps
* WAMY and Camps — across a wide spectrum

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002184

# 1 · C A M P S

## 1 · 1 Definition of Camps :

Camping is an expression for spending a portion of time, long or short, as per circumstances — it could be a day, a weekend, a whole week, or more - in the outdoors with fresh air and with limited equipment, like a tent or awning or anything else for shade in summer or for protection from the cold in winter, together with the basic necessities for living and camping. The Encyclopaedia Brittanica has defined camping as: «spending a portion of time outdoors far from noise».

Camping is old, as old as Man: since thousands of years man has been eating, drinking, sleeping and living under the open skies or beneath crude shelters far from any means of comfort. But today camping is a means of relaxation, leisure, sports and temporary recreation much more than a way of living as was the case in the past except that there are groups of people that still rely on camping as a way of life as has been noticed amongst the nomads and some rejectionists of modern life or amongst those forced by circumstances like refugees and victims.

Camping in its present form started at the beginning of this century and the number of campers in the seventies is estimated at 60 million - half of them in North America and Europe, the other half in the remaining countries of the world. And the factors which have aided the increase in the number of campers throughout the world are: the population explosion; means of communication to transport the needs and necessities of camping; in addition to increasing air and noise pollution in cities; fast-moving life and the consequential psychological pressures.

And generally the sites that are chosen for camping are: the open countrysides; hilly, mountainous areas; lake sides; and also near beaches on the sea-side or near river-banks and in oases.

## 1 · 2 Types of Camps :

a. Most are camps known by the names of organisations that are holding them eg. there are Scouts camps, Ministry of Youth camps, University camps, etc. The closeness of the ages of participants is carefully screened while the duration of the camp varies between three days to four weeks, and might increase or decrease as per the objectives and the programme, wherein the campers fully enjoy camp activities like: swimming, archery, fishing, rowing, mountaineering, and sports like long-distance walking, running, soccer, volleyball, ... etc. Reflecting upon nature is also an important consideration in many camps. And these activities operate side-by-side with group leisure activities like drama and plays through which the campers learn many skills and the practice of many other activities like camp-fire cooking using firewood and practising it; selecting suitable sites for camping; first-aid; and others on a long list. All these activities are controlled by supervisors and organisers of the camp.

b. Another type of camp is the «Private Camp». This type is not held by any organisation or society but by individuals. It is usually smaller than camps of organisations but the campers might spend long periods - the entire summer holidays for example. The prime purpose of such camps is relaxation, leisure and the search for peace.

c. In recent years some families have resorted to holding «Family Camps» whereby members of a family go out to the outskirts of the city or to public parks or even to nearby nature reserves and countries to spend summer holidays or national festivals. Some families might even resort to touring and travelling between countries.

This type of camp has become so widespread that all types of equipment and necessary tools have been made available for the comfort, leisure and relaxation of campers: like waterproof tents,

inflatable covers, portable cooking utensils, canned foods, etc.

As for the tents used today for camping, they are unlike those used in the past, for they are light, portable and easily erected in just a few minutes .. while others have windows covered with soft screens and doors which can be opened and closed by means of sliding zippers, and others still which have ground-sheets to prevent the entry of insects, and other small pests.

d. A fourth type of camp is «Health Camps» wherein are put the sick who are suffering from different illnesses eg. leprosy, heart and chest diseases, crippling diseases, nervous and psychological disorders, .. etc .. and here the responsibility rests on the shoulders of specialist health agencies, doctors, nurses, psychologists, and those specially trained to attend to and care for such patients. Activities of these camps are similar in many respects to those of other types of camps except for special programmes for mental and physical treatment.

e. As for those countries which are faced with upheavals due to wars or political changes in recent years, another type of camp has appeared .. «Camps for Refugees and the Disaster-stricken» especially in Africa and Asia which are supervised by countries' and international agencies like the United Nations. These camps have special programmes as some of them continue for many years, and it is not surprising to find that schools have been established near them. Further, these camps have become widespread in all parts of the world with their sizes differing in response to the problem or the disaster.

If we consider the camps which are held by societies, organisations, universities, religious groups, youth federations or workers, we find most of them are designed to serve and realise limited objectives: like self - reliance, living, eating and drinking together in harmony with experienced individuals, and other such objectives.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002185

## 1 · 3 WAMY and Camps :

We can summarise from the afore-mentioned that the camp in general is «an organised get-together between a group of persons having links or limited, mutual objectives - a common-interest group - to carry out some activities or achieve a specific aim as per pre-planned programmes. And usually there's a committee or trained leadership to oversee the implementation of the camp as per desired objective».

As for the camps already mentioned which have become quite popular with people, the purpose and objectives for which they're being held have also diversified. So they are classified as (FORMAL) with specific plans and programmes or (INFORMAL).

Thus WAMY, as an Islamic youth organisation whose aim is to train the youth Islamically, considers camps to be the most effective educational means to attain its noble objectives. This is because of their effectiveness in training the Muslim youth based on correct understanding of the fundamentals of Islam and its sound beliefs. Camps further entrench the understanding of Islam by direct interaction, exchange of experiences and real bonding between the participants, just as it works in the long term in maintaining the factors for united Islamic thought amongst the youth.

So WAMY has gone ahead in holding Islamic Youth Camps which realise its objectives and implement a large portion of the resolutions passed at many international meetings convened by WAMY(1). The camps which are held by WAMY - while considered to be one of the means of Islamic training - seek to realise the following objectives:

1) to emphasise the mutual links and solidarity between Muslim youth, to deepen the bonds of brotherhood, love and mutual co-operation, to instill a social spirit and preference for others in them as Allah, the Most High, says in Surah 49 : 13.

( .. and we have made you into nations and tribes so as to know each other ..) by creating an atmosphere conducive to acquaintance and companionship between youth from different parts of the world, and to develop a sense of responsibility in building the Muslim society which we are searching after. All this in response to what the Prophet s.a.w. says : (Whoever is not concerned about the affairs of Muslims is not one of them).

2) Correcting misunderstandings about Islam and removing doubts, sowing Tauheedi values, sensing Allah's watchfulness over all things and actions, promoting correct Islamic thought, and getting a sound idea of Islam and Muslims in the areas in which the camps are held.

3) Carrying out compulsory Islamic duties and rites in a group promotes a concern for the group (jama'ah), adhering to upright behaviour and advising each other to truth and perseverance, for Allah, Most High, says in Surah 41 : 33 (And who is better in speech than one who invites to Allah, acts righteously and says: Verily I am of the Muslims). And likewise, recalling the applied practices of the Prophet (sunnah) together with the recommended "zikr" for different occasions, and practicing some of it in a group until the souls take it in and become accustomed to it in their private lives.

4) Leadership training for the youth both theoretically and practically to prepare a dynamic leadership for Islamic work.

5) Accustoming the youth to self-reliance, practising Islamic habits, characteristics and behaviour practically, in addition to carrying out responsibility by gaining new experiences.

6) Offering Muslim youth a chance to discuss the problems and challenges facing the Muslim Ummah, especially the problems

---

(1) these are meetings held by WAMY over periods of time, attended by thinkers and workers in the field of Islamic da'wah from all over the world and usually its a conference with a single theme.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information, filed 03/20/2007, in 03 MDL 1570 (GBD), in the United States District Court for the Southern District of New York

INTL E002186

affecting youth, and seeking out the means to overcome them, for the Most High says in Sura 42 : 38 (and their affairs are run by consultation between themselves).

7) Living in a purely Islamic environment far from hated tribalism, narrow nationalism, rising extremism and class distinction.

8) Physical training and relaxation in a sound Islamic climate.

9) Knowing the history, geography and characteristics of the area in which the camps are held and their role in Islamic history.

10) Participating in social service programmes or Da'wah efforts by inviting to Islam, removing harm from the way, lecturing in nearby mosques, offering assistance to those living near the camp, sending research teams to nearby areas to assess the conditions of the Muslims,...etc.

11) holding seminars, lectures, exhibitions and distributing publications.

**· 4 Types of WAMY Camps:**

The youth camps which WAMY holds to realise the aforementioned objectives are divided into 2 main categories: permanent and temporary.

**Permanant Camps :**

These are camps owned by WAMY and are equipped with all the necessary equipment for all camp activities. WAMY allows Islamic organisations, societies and active student associations the use of its camp-sites for campings, meetings or special Islamic exhibitions so as to be utilised throughout the year. WAMY itself holds one or more international camps at these sites.

Thus far, WAMY has established the following Permanent Camps:

* in Abha, Kingdom of Saudi Arabia

* in Cyrenia, Cyprus
* in Malaysia
* in Bangladesh
* in Rabat, Kingdom of Morroco

These camps are ideal for hosting large groups of youth from different parts of the world or from neighbouring regions, spending suitable periods of time of about a week. Intensive programmes in Islamics are held at such camps in addition to spiritual, physical and relaxation activities. These camps are held yearly and special budgets are allocated for them eg. the Eighth Permanent camp for youth in Cyprus was held in Shawwal 1405H and in the years before it seven camps were held; the First International Youth Camp was held in Abha Saudi Arabia in conjunction with OIC in 1397H where 200 youth representing about 100 countries attended in addition to representatives of OIC member states and Islamic communities from different countries .. and thereafter the First Scout Camp for Gulf Universities was held in the same place hosted by King Abdul Aziz University of Jeddah.

In 1400H a camp was held in Dhaka, Bangladesh from 14-22 Rabi Al-Awwal attended by 150 youth from the Indian sub-continent, South East Asia and the Pacific in co-operation with OIC and the Bangladeshi Ministry of Youth ... this camp has been converted to a permanent camp.

And in the year 1401H a camp was held in Moreef, Malaysia from 9-19 Shawwal in conjunction with the Malaysian Ministry of Youth and this camp has also been converted to a permanent camp for WAMY.

**Temporary Camps :**

These camps are held over short periods of not more than two weeks and usually include youth from the very same country (**Local Camps**). Sometimes youth from neighbouring countries or even

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002187

from the same continent may participate in them **(Regional Camps)**. WAMY, for its part, has held a number of such temporary camps both local and regional .. namely:

- 3 Camps in Jordan during the summer holidays in conjunction with the Yarmuk Cultural Club of Amman with about 200 Arab youth attending every camp, the first being held in 1397H.

- In the year 1399H a camp was held in Bamako, Republic of Mali from 10-24 Shawwal in co-operation with OIC and the Malian Ministry of Youth attended by about 150 African youth.

- In the United States a camp was held from 1 - 5 Safar 1400H with youth from the USA and Canada participating.

In addition, WAMY has held many camps and regional conferences in different parts of the world eg. North America, Caribbean Islands, Australia, Europe, Africa (eg. Morroco, Nigeria, Sierra, Leone, Kenya, Mauritius, Comorres Islands, South Africa) and in Asia (eg. Hong Kong, Indonesia, Sri Lanka,Nepal, India, Pakistan, Korea, Japan, etc), attended by large numbers of Muslim youth, and all this in addition to those held in Malaysia, Turkey and Brazil - South America.

## 5 WAMY's Achievements in the area of Camps:

WAMY, believing in its mission of training and raising the Muslim youth on the basis of Tauheed, free from all paganistic, materialistic, atheistic infestations and other false, misleading ideological influences ... and working to kindle feelings of Islamic pride, to deepen the understanding of Islamic work so that the word of Allah is uppermost in the ranks of Muslim youth, to increase mutual acquaintance and deepen bonds of Islamic brotherhood, and to strengthen the motives for united thought between them on the basis of Qur'an and Sunnah;

.. seeking to create a pure, Islamic environment by making available a good climate for exercise and necessary Islamic relaxation activities wherein there is no straying nor deviation, and through which their activism is rejuvenated, so that they work with each other, and meet with some leading Islamic thinkers to analyse some of the issues affecting them;

.. and WAMY believing in the importance of mutual co-operation between all forces working for Islam towards a better future .. has, in co-operation with OIC (Organisation of Islamic Conference) after the First International Camp in Abha (Saudi Arabia) in 1397H wherein it realised the expected results with great success, has hastened to hold many youth and student camps at all levels-local, regional and international - led by Muslim youth from all parts of the world.



*Participants in Cyprus Camp*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002188

WAMY has succeded in this regard in that it has realised many of its hopes and expectations by the grace of Allah.

For the reader to appreciate the efforts exerted in this regard, all he has to do is to refer to the attached statistics at the end of this book (Appendix 6.14) ... for with Allah is success.

2- HOW  TO  ORGANIZE  CAMPS

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002189

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002190

## 2 · ORGANISING CAMPS

### 2 · 1 How to Organise a Camp:

Holding camps is an art with its own principles which must be known well and the camp must be a task well organised and studied so as to benefit from it fully. The following are some aspects which must be considered in holding camps.

Firstly, the following questions must be answered before holding a camp:
— Why is the camp being held (i.e the purpose of the camp)?
— How will it be held? Are all its needs prepared and ready?
— Who will take responsibility for holding it?
— When and where will it be held? Have all the necessary formalities and steps been taken to get the permission of the authorities to hold the camp on their premises?

For these questions to be answered, and for the camp to be a success the following steps must be followed:

### Formation of an Organising Committee For The Camp:

This committee takes responsibility for the steps, important details and correspondence up until the camp starts and is officially opened (eg up to the Opening Ceremony). The function of the Organising Committee could be summarised as:

— Selecting the site of the camp and the proposed objective in holding it.
— Preparing the overall and daily programmes (cultural, physical, spiritual, leisure, ... etc)
— Choosing the time and length of the camp
— Choosing the speakers and guests, contacting them and planning their trips.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD)(SN), United States District Court for Southern District of New York

— Suggesting topics for study in each camp whereby the programme will incorporate some of them and they must be topics of joint interest and great benefit to the youth in the field of reformation. Useful reference works must be mentioned and should even be made avaiblable at the camp for the participants to devote a portion of their time for studying the camp topics and being enlightened by information which makes it easy for them as happens in conferences.

— Distributing application forms, selecting participants, arranging their arrival at the camp site where they are met by the Camp Implementation Committee, and their distribution into rooms or tents in groups which carry the names of Sahaaba (Prophet's Companions) or famous Islamic battles.

The size of the Organising Committee depends on the duration of the camp, its objective, and the number of campers: so it's upon the organisers to choose a suitable Organising Committee. By referring to the **Application for Aid to Hold a Camp Form** for Islamic organisations **(see Appendix 6.1)** the task of the Organising Committee becomes clearer.

**Formation of The Implementation Committee:**

This committee is responsible for implementing the camp programme: i.e. all the cultural, physical, spiritual, leisure and ideological activities as laid out by the Organising Committee. Its work starts with welcoming the campers and guests- ie. the work of the Implementation Committee starts where the work of the Organising Committee ends at the Opening Cermony when the Camp starts.

**2 · 2 Objective of the Camp:**

Defining the objective of the camp depends on the society or organisation holding it. So its for the Organising Committee, in consultation with the organisers, to define a clear, Islamic aim which will be evident to all participants ie. the leadership, the individuals and guests. In addition, the various committees must simplify the main objective into simpler, behavioural objectives which can observably be realised within the duration of the camp or even after it. So all the activities of the sub-committees administering the camp must assist the overall programme which aims, by necessity, in a clear manner to produce an **Islamic personality,** individually and collectively which is needed to confront the challenges ie. the overall objective could be attained through cultural, physical, spiritual, social, leisure, scouting and other activities. **(see Appendix 6 · 13 a and b** for suggested themes and topics).

**2 · 3 Place, Time and Duration of The Camp:**

In choosing a site for the camp the following are some essential conditions that the Organising Committee must ensure the availability of:
— Abundance of sweet (drinkable) water at or near the camp
— Ease of transport to and from the camp site.
— Ease of communication internally and externally.
— Availability of all other accompanying necessities like toilets, a kitchen, dining hall, place for salaah, lecture hall (sometimes this is achieved in the form of a camp using many tents).
— Availability of suitable open areas like a field for games and other physical training.

It is better to hold such camps in schools, colleges or universities which already have all these facilities .. and whenever the camp location is remote on the outskirts of cities so much the better. Sometimes the camp can be held in a hotel, rented building or elsewhere just as it might be in a forest or a hilly undulating region. As for choosing the time and duration of the camp, it is for the Organising Committee to consider the summer seasons, school and official holidays and national festivals, so as to give the biggest number of youth a chance to participate. It is also prefe-

WAMY INTL E002191

rable to have the camp opening over a week-end to allow participation by citizens of the region. This is because realising the camp's objectives and the success of its programme depend on choosing a time that suits the type of participants.

For example it must be held in the summer holidays if it is planned for students, and in religious and national holidays if it is for families. As for the duration of the camp, that depends on its objective, its budget and the type of participants.

## 2 · 4 The Participants or Campers:

Defining the participants for a camp and the category from which they come has a great effect on the programme and objectives of any camp. The camp could be for students, for leaders, for children, or for more than one category of the above-mentioned. So it is in accordance with the objective that the Organising Committee would draw up the **Camp Membership Application Form (see Appendix 6-4),** and define conditions of membership. Take as an example: if we want to hold a camp for high school students with the objective being «Enlightening the youth about Ibaadaat of Islamic character, and urging them to mutual co-operation, righteousness, taqwa, and developing a good social spirit», then the Organising Committee can lay down the following conditions:

AGE: between 14 and 18 years.

ACADEMIC  LEVEL : not below high school.

RECOMMENDATION : from any source, society or personality known to the Committee

FEE : to be paid or not (as the situation demands).

The youth or campers are to be chosen according to the following principles:

— The extent of his attachment to Islam and nobility of character
— A definite desire to work in the field of Islamic Da'wah
— Careful examination of the participants' ages so that there's no

great age difference between them; for experience has confirmed the difficulty of administering such a camp, and possible failure, because of the large age difference between the participants.
— To be free from all mental, crippling and stomach diseases which hinder the camper from benefitting from the camp.

And just as it has been noticed that the objective determines the type of participant, the type of programme, .. etc. so there are many ways by which to define and choose the participants:

— By means of an essay-writing competition on a topic. This method of choosing participants could be done at a local, provincial or even country-wide level ... with a committee being set up to examine and give marks upon which the successful ones are chosen for participation in the camp.
— Or the selection could be purely by observing his activism in Islamic work in the area and his dedication to the Islamic programme in his personality .. for most of the youth are selected for their activism and practice of Islamic teachings.
— Or it could be by contacting the area representatives of the society holding the camp by letter, telegram, telex or phone, and it is preferable that other trusted societies and islamic organisations be contacted .. and they in turn contact their members in cities and villages .. with the heads of these organisations selecting who will represent them from amongst the youth .. and their selection must be in accordance with the pre-announced conditions for acceptance of participants at the camp.

Thereafter, the youth gather at the camp at the specified place and time.

## 2 · 5 Camps Within a Larger Framework:

A camp is not an end in itself nor is being able to plan, orga-

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information, as issued on MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002192

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMYNTL E002193

nize and hold a camp the main objective or aim. But, as stated previously, it is a means to an end, i.e. the camp must be just one part of the overall program of the society or group to mould the character of the youth. So, camps are a means towards developing an Islamic personality and a place where Tarbiyyah (training) of individuals can take place.

Other means that are used to develop character are "nafl" (extra) acts of salah, siyam and charity, lectures and seminars; active participation in various organized activities like collection and distribution of zakah, Eid meat and winter clothing; welfare of the poor, the orphans, the widows and the aged; doing research and publications; inviting non-Muslims to Islam, etc. All of these activities, in addition to camps, help to develop the Islamic personality in accordance with the Quran and Sunnah. So, encourage the youth to be actively involved in them also.

## 2 - 6 Background of Campers :

Camps and camp programs must take into account the social, political, educational and economic realities of the country in which they are held. Further, the background and environment from which each of the campers comes must also be considered. In other words, the camp program must supplement the positive aspects of the society with something new while trying to correct or replace the negatives with alternatives. Never waste time with what they already know or are practising except for brief emphasis. For example: don't focus on economics when education is the problem of society; nor talk about the «Dynamics of the Islamic Movement» when the campers don't even know what salah is; nor waste time teaching the basic Islamic principles and practices when they already know the «Inner Dimensions of Islamic Worship». In this way, the campers will feel they have benefitted by attending the camp and will look forward to coming to the next

one. They might even influence their friends to attend. Otherwise, they will feel they have wasted their time, nor come to the next camp and most probably discourage their friends from attending.

## 2 - 7 Levels (Stages) of Camps :

The campers cannot be taught everything in just one camp nor can they become perfect Islamic personalities overnight. Nor do people remain the same all their lives - instead they grow physically and mentally all the time. Therefore, all the topics, concept and skills must be graded and grouped into different levels to suit the mental and physical capacity of each particular age group. In this way, each camp and its program will suit campers of one particular age group who have already acquired certain skills and concepts by attending previous camps. So there could be Initiation camps, Basic camps, Intermediate camps and Advanced camps. campers could be awarded merit badges or certificates for excelling in certain skills or for passing from one level to the next. Thus a camper will have attended 10-20 camps before adulthood whereby he would have acquired many concepts and skills which will benefit him as an individual and also equip him to benefit the Muslim Ummah. In other words, he will be fully prepared as a Muslim to play the next role of his life viz. adulthood.
(see 6 - 13 c for practical skills and crafts that could be taught at camps).

## 2 - 8 Camp Follow-Up

Camp follow-up is as important as planning and organizing a camp, if not more important. All the effort, time and money spent on having a camp could be entirely wasted if the campers did not learn anything by attending it, nor acquire a new skill, nor change a bad habit. Therefore, the organizers must plan a «follow-up» to ensure maximum benefit to the campers as well as to the organizers:

**Firstly :** The name, address, telephone number, age, school, class, camps attended and performance must be recorded on computer or filed.

**Secondly :** The Evaluation Forms must be assessed so that the suggestions and advice of the campers could be considered for the next camp.

**Thirdly :** Notes, articles, booklets could be posted to them to reinforce and remind them of what they have already learnt at the last camp or to prepare them for the next camp.

**Fourthly :** Newsletters, questionnaires or invitations to the next camp could be posted to them. This continous contact will raise the campers' esteem amongst his family and friends and so gain their confidence.

**Fifthly :** To remind the campers of some of the personal and social duties or projects that were assigned to him at the last camp eg. performance of salah, reading of Quran, organizing a scout's group, collecting winter clothing for the poor, practising first-aid, etc.

This kind of «follow-up» needs systematic and continous attention from the organizers if the desired effects are to be achieved on the personality of the camper.



*Setting up a Camp*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002194

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

# 3 - PROGRAMMES FOR CAMPS

WAMY INTL E002195

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002196

## 3 - PROGRAMMES FOR CAMPS

### 3 - 1 Importance of Camp Programmes:

There's no doubt that any desired objective needs key elements that work closely together for its realisation, and this necessitates knowledge of the available means throughout a programme that is well-studied and whose items are known in detail.

Further, the important and fundamental role played by Islamic camps in the training of Muslim youth necessitates prolonged thought about the programme of these camps so that they produce the expected fruits. So, in view of these considerations, we reckon that camps, whether permanent or temporary, or whether international, regional or local, must encompass in their programmes the following broad aspects to realise the Islamic training objective which is considered to be the common factor between all camps:

### 3 - 2 The Spiritual Aspect:

This is a fundamental aspect in Islamic work, for improvement of this aspect which is linked to the belief system improves the Muslim and thereby the Muslim society. Therefore, in our opinion, concern with this aspect should be of the utmost, which the camp must seek to realise in the following manner:

— Reciting the Noble Qur'an, perfecting its recitation and explaining it.
— Ensuring that salaah is offered on time in congregation, standing for the night prayer, remembering Allah, the Most High, in word and deed through Quranic verses as Allah says in Surah 73:1-4 (O you the wrapped-up one! Stand the night, except a little, in prayer; half of it or little, less or a little, more; and recite the Qur'an without haste).
— Adhering to Islamic teachings in general behaviour and projecting the ideal Islamic model.
— Advising each other, ordering the good and forbidding the evil.

— Recalling the practical sunnah and the recommended zikr for different occasions and doing it more than once until the souls have absorbed it and are accustomed to doing it even in their private lives.

Examples of these are :

The recommended, recorded supplications and their daily and nightly repetition like du'a on getting up from sleep, on wearing or removing clothes, on leaving home or entering it, on walking to masjid, entering or leaving it, on entering or leaving the toilet, du'a for wudhu, ghusl and azaan, du'a before and after meals, du'a for night-prayer, insomnia and dreams, du'a after salaah or a sitting, du'a for choosing, need or travel, du'a during natural events, for weddings or births, du'a for visions, greetings, salutations, or problems of life, du'a during sickness or death, - see **Appendix 6 -**

**3 · 3 Mental and Cultural Aspect :**

Being concerned with the thinking and ideology of Muslim youth, it is considered to be the cure and protection from the many ideological challenges which are conspiring against Islam and Muslims; for ideologies in the market-place are many .. while social, political and ideological trends are more than can be counted. So guiding the youth by fortifying them with correct, Islamic thought and protecting them from destructive trends is one of the most important activities which must be incorporated in any camp programme. This could be through Islamic libraries, purposeful, well-researched lectures, and many other ways:

*Lectures, Seminars, Debates and Research Circles:*

— **A Lecture** is a talk before a group of people on a specific topic by a knowlegeable person well-acquainted with the topic. (**see appendix 6 · 13 a and b** for suggested themes and talks).
— **A Seminar** is where a group of 2-8 persons discuss a specific

topic before an audience with a chairman to supervise the discussions, summarise them and entertain questions from the audience.
— **A Debate** is a discussion between two parties each taking an opposing position on a specific topic or particular problem, each side can be represented by 2 or more persons and it is an important means to stir up thought and develop the ability to defend one's view-point.

The idea of holding a camp necessitates prior agreement with the selected lecturers, arranging the times of their arrival and their topics. And it would be great if these topics could be printed and ready for distribution to the participants before the talk itself, in addition to tape-recording these talks for distribution to the participants and to WAMY to add to its audio library and to benefit by it whenever necessary by sending it to other societies and Islamic youth organisations.

*Reading :*

This is achieved by providing printed matter like books, magazines, pamphlets, reports, guides,...etc. So, the presence of a library, however small, at the camp incorporating the source books, basic reference works and books on science, general knowledge and ideology is considered to be a matter worthy of concern. So, for far-reaching benefits from the library (see **Appendix 6 · 12 a and b** regarding the important Islamic books), the following observations are necessary:
— the presence of the library in a suitable place at the camp.
— it must contain a selection of books and magazines suitable for varying tastes, ages and abilities.
— ease of borrowing while at the camp.
— guiding individuals in their reading through competitions eg by summarising books, or organising seminars or debates on a theme in a particular book.

CONFIDENTIAL-This Document is Subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002197

— Taking care in arranging the arrival of magazines and papers, especially the Islamic ones, at suitable times in an organised manner.

*Writing :*

Writing is one of the means of acquiring culture and knowledge and this could be encouraged in the following way:
— By producing a pamphlet or newsletter (daily, weekly, or all the time) for the entire camp or for different groups and encouraging the production of wall-magazines.
— Directing the participants to write on topics that they are interested in and have the ability for, like writing Qur'anic verses and ahadith, translating, analyses, or writing in foreign languages that one excels in, and using religious and other contemporary occasions as topics to write on.

*Other Mental - Cultural Activities :*

— Another beneficial activity of camp training is **Speech-making.**
— It is preferable that a fixed camp Imaam be chosen who excels in Qur'an recitation and attends the camp regularly to lead the prayers, answer the queries of the youth, be well-equipped to deliver religious advice and warnings after prayers and be able to take the place of any lecturer who cannot attend.
— by giving out Islamic books, magazines, publications and gifts wherever possible.

### 3 - 4 The Bodily and Sports Aspect:

Sports is a method to train a sound, healthy body in addition to it being a means of developing mutual co-operation and direct contact in an ideal, loving, Islamic environment. Thus, attention to those sports which encourage group participation must have priority in camp sporting activities especially group competitions.

Examples of these sports are:
— Soccer.
— Volleyball.
— Athletic Competitions.
— Basketball.
— Table-tennis.
— Gymnastics and Body-building.
— Etc.
— Swimming and Rowing.
— Horse-riding.
— Karate.
— Archery.
— Mountaineering.
— Judo and Wrestling.

Also there are many local indigenous games that could be practised, so the choice of suitable ones is left to the committee responsible for sports at the camp.

Note that the allowable period for sports should not exceed three hours a day spread over a morning and afternoon session.

The Camp Administration must also see to it that all the necessary equipment for any sport is adequately provided for all.

### 3 - 5 The Behavioural And Character Aspect:

No doubt this aspect is one of the most important ingredients of a complete personality which leads to social interaction between groups. Therefore it is necessary that the participating youth at the camp be put into situations that enhance their assimilation of these behavioural features; that programmes be set so as to develop in them correct Islamic behaviour and character; and that they be trained while practising it in different situations. This method leads towards getting rid of bad habits, values and leanings while helping to adopt good habits. It also helps in studying the psychology and mentality of the youth and gives an insight into the problems facing them as a prelude towards offering useful solutions for them.

Care must be given to this aspect from the initial preparatory stages and the planners must keep it clearly in focus in each of the

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002198

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002199



*Sports activities : Volleyball - Swimming*



camp activities whether it is the general or daily programme.

Some important factors to be considered in the behavioural aspect are :

— Good recitation of Qur'an, listening to it, contemplating its meanings, and having sessions (halqaat) for it.
— Being faithful to promises, words and pledges and never to break them whatever the circumstances.
— Trying to revive Islamic habits in all aspects of life eg. greeting and salutation, talking only in Arabic wherever possible, ensu-'ring Islamic dress, and adopting pure sunnah practices in every affair.
— Seeking nearness to Allah by extra acts of devotion like nafl fasting, getting up for the night prayer, keeping up with the congregational prayers at the masjid, .. etc.
— Attending all sessions and other activities whether social, spiritual or sports without falling behind except for a compelling excuse.

— Taking advantage of some of the facilities permitted by Islam during travel especially in the initial days like wiping over socks, joining and shortening the fardh salah, .. etc.

### 3 - 6 The Leisure And Relaxation Aspect :

Every community in the world faces the problem of managing and benefitting from the spare time of its members in a fruitful and useful manner ... especially when modern life has made available large amounts of time giving it social, ideological and psychological importance.

And since Islam is the ideal system which directs the values and thoughts of every aspect of life and offers a comprehensive, all-embracing and all-encompassing approach, we are then obliged to present a few basics which would help guide the leisure and relaxation activities within the programme of Islamic camps.

It is no secret that relaxation activities are of far-reaching importance in developing a Muslim personality, in guiding his behaviour and in sharing in its becoming balanced, settled and integrated .. in addition to introducing joy, happiness and rejuvenation of activity just as it enriches the individual's culture through a mutual exchange of information in the different branches of knowledge.

And Islam permits those leisure activities and ways which agree with its values, character and discipline and has not made the objective of practising the different leisure activities to be a waste of free time or satisfying selfish desires and lusts but to be the fruitful use of time so as to benefit the Muslim bodily, mentally and spiritually .. and to assist him in carrying the burdens of life. So this means that Islam has not made leisure an end in itself but a means towards a life of earnestness and continuity .. and as an encouragement towards greater effort and worship. Our Prophet (PBUH) has said: «By Allah, if you all continue with what you are doing from me (of my sunnah) and with dzikr (remembering Allah), angels will shake your hands (in greeting) while you are in your beds and in your streets, but my dear Hanzalah, a time (for worship and dutiful acts) and a time (for relaxation) "- reported by Muslim, whereby our Prophet repeated the phrase "a time and a time" three times.

And when the human soul is beset with boredom from repetitive work and continous effort .. and perhaps weariness from exertion and fatigue has caught up with it .. then there comes the all-comprehensive Islamic camp programme with relaxation activities, leisure, light talk and permissable vanities within the following conditions and general guidelines:

— Concern with what helps to develop the personality of the youth.

— Emphasing those aspects which are related to the valiant history of the Muslims and their civilisation.
— Eliminating from existing leisure activities that which is bad and contradicts Islamic values.
— Adhering to the principle of enjoining the good and forbidding the evil.
— That the leisure activity be beneficial, for our Prophet (PBUH) has forbidden all sport which has no benefit in addition to the absolute prohibition by Islam of games which hurt either the individual or the group.
— That the leisure activity does not take up a major portion of time, effort, care or attention from the rest of the programme.
— Rejecting talk which is of no benefit and avoiding vulgar language.
— Carefully monitoring activities so that they don't turn into mere jesting nor does the frivolous spirit outweigh that of earnestness which naturally weakens the elements of strength.
— Not hurting others by making their shortcomings and behavioural or physical defects a subject for laughter, scorn and back-biting while not permitting jokes which cover the characteristics of nations, countries, languages or colours.
— Avoiding sadness, depression and pessimism while facing life with happiness, optimism and cheerfulness.
— Ensuring the manliness of the males from manifestations of weakness, frailty and meekness while ensuring the feminity of the females and discouraging imitation of the opposite sex.

With this in mind, the types of leisure activities are many and varied: physical, mental, social, economic, aesthetic, tours .. etc. What concerns us here is clarifying HOW to work out a leisure programme within the general programme of Islamic camps especially the nightly Variety programme.

So, after ensuring the general guidelines mentioned above, the Variety programme can be worked out by a committee selected for

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002200

— 44 —

— 45 —

this purpose from the supervisors and active participants.

## Considerations For The Nightly Variety Programme:

— It must not exceed an hour.
— Choose group games which permit maximum participation of those present.
— To consist of narrations and riddles which stir thinking and work the mind.
— Not to put serious episodes with jocular and fun-type ones.
— Not to have too many talks or narratives nor have them following each other.
— To end off always on a purposeful, serious note.
— To rehearse the episodes in good time before the presentation so as to achieve perfection.

An example of an evening variety programme:

| TOPIC / EPISODE | TIME ( min ) |
|---|---|
| Recital of Holy Qur'an | 2 |
| Introducing the Variety Show | 3 |
| Comedy Scene | 4 |
| Riddles | 6 |
| An Islamic Chant/Recital (nasheed) | 5 |
| Do your know? | 3 |
| A Play (purposeful/serious) | 10 |
| Games (national / tribal) | 12 |
| Sudden Quiz | 4 |
| Seminar on Destructive Movements and Ideologies | 12 |
| Closing Dua | 2 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002201

## 3 · 7 Types of Accompanying Activities:

Of the activities that kindle the natural talents of Muslim youth and uncover the uniquely gifted are those that accompany the camp programme. Their aim is to achieve and develop spiritual well-being, mental balance, stronger relationships between individuals and within the group, mutual co-operation, love of volunteer work, and other such behavioural and social qualities. In addition, it helps the individual to attain sound knowledgeable abilities in different fields and hobbies while increasing general and specialist knowledge, information and understanding and thus acquiring a variety of abilities and techniques. So here are some accompanying activities:



*Relaxing on the Beach-front*

— Qur'an competitions (listening, reading rules, meanings, .. etc).
— Competitions on the Seerah of the Prophet and his Companions.
— Sports competitions (individual and group).
— Cultural competitions.
— Art and drama Competitions.
— Speech and poetry competitions.
— Islamic chants ie. anasheed (**See Appendix 6 · 9**).
— Cleanliness and orderliness competitions.
— Brief field study of the country in which the camp is being held outlining the position of the Muslims by forming research teams for this purpose. This greatly assists in sensing the problems facing the local Muslims, and knowing their needs in addition to some practical interaction with the community.
— Building masaajid (mosques) in the vicinity of the camp, visiting Qur'anic schools and other Islamic organisations.
— Scouting expeditions around the camp.
— Interacting with the local citizens around the camp, visiting the sick and poor, and offering them whatever assistance possible.
— First-aid techniques (**see Appendix 6 · 11**).
— Inventions, creativity .. etc.

The success of the above-mentioned depends on the quality of the camp supervisors, their experience and their educative expertise in addition to the enthusiasm, activism, sincerity and preparedness of the participating youth.

For more information on implementing camp programmes refer (**Appendix 6 · 2**) and (**Appendix 6 · 3**).



*Walking Exercise and Contemplation*

CONFIDENTIAL - This Document is subject to the Protective Order regarding confidential Information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002202

— 48 —

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002203

4- PRACTICAL STEPS FOR HOLDING CAMPS

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002204

# 4 · PRACTICAL STEPS FOR HOLDING CAMPS

## 4 · 1 Implementing The Camp :

After a careful consideration of all that has been mentioned, acting upon it and implementing it in general, the Organising Committee works with the Reception and Transport Committee (which is also one of the supervisory committees of the camp) and the Implementation Committee to receive the guests and delegations, to facilitate their arrival at the camp site, accomodate them and to divide them into groups which are given names of either the Prophet's Companions or that of famous Islamic battles, personalities or places. The Camp Registration Forms also have to be filled **(see Appendix 6 · 5).**

All this is to be done after having ensured that the camp is fully equipped with the afore-mentioned basics (see Chapter 2.3) in addition to the availability of cooks, food supplies, .. etc.

## 4 · 2 The Opening Ceremony :

Here the participants, lecturers and guests are welcomed. It is the formal beginning of the camp where the work of the Organising Committee ends for the Implementation Committee to take over its affairs. The Organising Committee in co-operation with the Implementation Committee prepares for this Opening Ceremony which, in addition to the presence of the participants and lecturers, is completed by inviting important personalities known for their Islamic activism and some state officials together with a group of citizens from the area around the camp.

The Opening Ceremony programme could consist of the following:
— A recitation from the Holy Qur'an.
— A word from WAMY (if it is a WAMY camp).
— A word from the Organisers or Society hosting the camp.

— A word from the Organising Committee - consisting of information about the camp and its preparation.
— Some words from the guests.
— A concluding word.
— A party with tea and cool-drinks.
— Ending with a recitation from the Holy Qur'an.

Immediately after this the Organising Committee meets with the Implementation Committee to hand over all the important affairs and to clarify all the steps for implementation whereat its work ends and the task of the Implementation Committee actually begins. The Organising Committee is to submit a written report of activities to the camp leader who will use it to write a General Report at the end of the camp. Details of this will follow.

### Camp Supervisory Committee (Implementation Committee):

The realisation or achievement of the objectives hoped for or expected in holding a camp is not possible except through an administrative or supervisory structure which is organised, cohesive and co-operative .. and whenever the camp administrative and implementative machinery is limited to its function, clear in its role and plans with consultation and decentralisation then the camp objective can easily be realised within the specified time. Also, whenever the activities, programmes and committees are organised and limited to time and place with a cohesive, well-knit group of administrators and supervisors overseeing it, then the chances of success are greater.

Most of the camps held or hosted by Islamic groups all over the world are poorly lacking in good organisation where most of its programmes are spontaneous, on the spot, without there being any previous planning, arrangement or organisation. This is the factor which undermines the camp and decreases its chances of success if not causing its failure.

It could be said that the most important factors for the success of camps are represented in the interaction and complementary role of the different units as in the accompanying diagram:



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARMY INTL E002205

**Members of The Camp Supervisory Council (Implementation Committee):**

The Implementation Committee is the structure responsible for all camp events and programmes together with their implementation as per what they were set down for.

The Implementation Committee consists of the following:
— Camp Leader.
— Deputy Camp Leader.
— Heads of the following Camp Committees :
  a- Reception and Transport Committee.
  b- Finance and Purchases Committee.
  c- Food and Services Committee.
  d- Culture and Information Committee[1].
  e- Sports Committee.
  f - Secretariat.
— Group Supervisors (from each group).
  a- Group One.
  b- Group Two.
  c- Group Three.
  d- Etc.

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002206

_____
(1) Also sees to translations at regional and international camps.



## 4 · 4 The Camp Leader:

He is the one who heads the Implementation Committee and runs the camp and he has a deputy to assist him in this. So, any person chosen for this responsibility must have the following qualities:
— A strong Imaan and strict adherence to the Qur'an and Sunnah in his behaviour both privately and publicly.
— Sincerity in the work, systematic, co-operative and consultative.
— Sacrificing and persevering.
— A sound understanding of human nature, mindful of individual differences and subtleties at the various social and personal levels, and the ability to communicate and lecture in several languages.
The responsibilities of the camp leader and his deputy entail the following points:
— Appointing individuals and workers whenever the need arises so that the camp proceeds in accordance with the steps laid down by the Organising Committee).
— Supervising the overall and daily programmes for the camp and ensuring their correct implementation.
— Authorising any changes or amendments to the daily camp programme.
— Signing all requests for cash, invoices, verified documents of the camp budget and any expenditure therefrom together with the Head of the Finance and Purchases Committee.
— Meeting with the Implementation Committee every night for evaluation, consultation and exchange of views.
— Presenting prizes and gifts, starting or ending the camp, and following-up the travel arrangements of the guests and delegates.
— Writing an overall report on the camp and handing over all the files, documents and records related to the camp to the organisers responsible for the camp. And usually, a copy of this report, for example, is also sent to the Camps and Conferences Unit of WAMY.

## 4 · 5 The Camp Committees :

### 4 · 5 · 1 Reception and Transport Committee:

The work of this Committee is outlined in the following:
— Facilitating the reception and transport of the participants and guests during the camp and at the end of it.
— Taking the participants to the camp site, welcoming them and settling them in co-ordination with the Organising Committee.
— Ensuring the availability of necessary transport for all the sub-committees.
— Receiving the guests who visit the camp for short periods only, arranging special programmes for them and familiarising them with the camp and the different activities therein.
— writing a complete report on transport and the places visited by the participants which is to be fowarded to the Camp Leader.

### 4 · 5 · 2 Finance And Purchasing Committee :

The responsibilities of this Committee entail the following:
— Receiving all monies for the camp.
— Buying all the necessaries for the camp and the needs of the Committees.
— Keeping accounts, preparing all financial records, lists and verifiable documents.
— Making payments on valid invoices which carry the signatures of the Camp Leader and the Finance Secretary (ie. the head of this Committee).
— Preparing a list of prizes and gifts in keeping with financial practices as agreed upon with the Implementation Committee.
— Writing a Financial Report, closing all accounts of the camp, fowarding the Balance Sheet, producing evidence of payments, and thereafter handing over the Report to the Camp Leader.

CONFIDENTIAL: This document contains confidential information regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York Produced by Order of the Court

WAMY INTL E002207

## 4 · 5 · 3 Food And Services Committee:

On this Committee falls the responsibility of feeding and other services. It must carefully monitor the preparation of the meals so that they consist of carbohydrates, fats, proteins, salts, vitamins and sugars. So, this committee must vary the meals so as to satisfy the bodily needs of the participants for these substances. The following menus are examples of breakfast, lunch and supper whereby the participants can choose at least three types of food from each category:

**Breakfast:**
Tea, Milk, Beans, Bread, Cheese, Honey, Eggs, Sweets, Butter, Jam, .. etc.

**Lunch:**
Cooked vegetables, meat or fish, rice, macaroni, salads, bread, fruits,..etc.

**Supper:**
Cheese, olives, yoghurt, fruit, sweets, bread,..etc.

Obviously, the type of foods will vary from place to place but what is essential is a balanced diet so that the body's needs for necessary substances are met.

Some of the major functions of this committee are:
Facilitating the preparation and service of meals at specified times and supervising over it.
Ensuring cleanliness of the food and that it contains all the necessary nutrients.
Honoring the guests by offering them meals and soft drinks in co-operation with the Reception Committee.
— Being responsible for arranging and preparing the lecture halls.
— Providing medical services through a doctor assisted by a medical team **(see Chapter 4-5-6 for more details).**
— Writing a Food and Services Report together with the doctor at the end of the camp and fowarding it to the camp leader.

## 4 · 5 · 4 Culture And Information Committee :

In conjunction with all the other committees, it is responsible for:

— Implementing the camp's ideological programme and supervising it so that it is in line with the objective laid down in holding the camp.
— Presenting booklets and pamphlets about Islam, preparing a useful library for use during periods of rest, relaxation and leisure, preparing a list of the most important Islamic books which cover topics related to youth and to modern sciences, and distributing these to the participants.
— Collecting useful information from inside and outside the Camp and producing a newsletter in the name of the camp which highlights its most important activities, observations and special comments.
— Arranging cultural competitions between the youth to know their potential in:
 *Essay and Speech.
 *Memorisation, tajweed rules and explanation.
 *Poetry and chants.
 *Fiqh, Ibaadaat and Prophet's Life.
 *Stories and plays.
 *Specific and general knowledge.
 * .. etc.
— Arranging seminars, lectures and debates, presenting them, supervising the collection of questions and queries from the participants and fowarding them to the speaker for answering after the lecture.
— Organising plays and sketches in the evenings in conjunction with the group supervisors and the Implementation Committee.
— Carefully recording the most important activities of the camp like lectures, seminars, competitions, plays, sports, leisure activities .. etc. wherever possible by means of videos, audio cassettes, and ordinary photographs.

CONFIDENTIAL. This document is subject to a Protective Order regarding Confidential information in 03 MDL1570(DBD) United States District Court for Southern District of New York

ARMY INTL E002208

CONFIDENTIAL This document subject to Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002209

— Giving the camp leader a detailed report on the activities of this Committee immediately after the camp. And for it to carry out all these duties, it could use the help of some of the participants by including them into sub-committees like:
  *Recording and Verifying Comm.
  *Drama and Play Comm.
  *Night Leisure and Competitions Comm.
  *Lecture and Seminar Comm.
  *Photography and Media Coverage Comm.
  *..etc.

## 4 - 5 Sports Committee:

Physical training, as is well known, is one of the activities that Islam urges leading to its inclusion in the camp programme. The Committee that is responsible for it is the Sports Committee which acts as an organiser and administrator for all sports activities at the camp. And among its responsibilities is the selection of group sports which suit the ages of participants and their physical abilities, allocating the sports complexes, and supervising the competitions and heats.

This Committee, after organising the participants into teams with the help of the group supervisors, must develop the spirit of honorable competetiveness. In this way the basic aim will be reached: ie. to get the Muslim youth together, urging them to compete honorably, and to instil the spirit of group work in an ideal Islamic environment. We have listed (on page 39) examples of group sports which could be held at the camp. It is also the duty of this Committee to ensure that the morning physical workouts are held at the specified times as part of the daily programme. This Committee can also form sub-committees to assist it in covering the different sporting activities.

And at the end of the camp, this committee prepares a complete written report on all sporting activities and competitions completed.

## 4 - 5 - 6 The Camp Doctor :

The responsibility here is obvious whereby the doctor and his assistants do the the following :
— Caring for the camp's participants medically and dispensing relevant cures to those needing it.
— Monitoring the health situation and taking care of any eventualities that might occur.
— Familiarising some of the participants theoretically in simple first-aid in case of cuts and injuries and some idea of treating severe injuries and cases of drowning.
— Working with the Food Committee to ensure the quality and quantity of the food served.
— Writing a Medical Report and fowarding it to the Camp Leader.

## 4 - 5 - 7 The Secretariat :

This Committee is concerned with the following:
— Ensuring a professional performance at the camp and co-ordinated work between the committees of the camp.
— Co-ordinating with the Implementation and Cultural Committees to announce all lectures, programmes, rules and special camp regulations.
— Printing the Overall Programme and drawing the participants' attention to it.
— Distributing ID (name) tags, preparing lists of participants and their addresses and distributing these for familiarity .. etc ..
— Performing all administrative duties, taking care of meetings, recording minutes, and seeing to the implementation of resolutions and recommendations.

— Finding out the needs of the Committees and making them available

— Assisting the Camp Leader and his Deputy to carry out all office work and taking care of statistics especially related to the camp.

**An Important Observation:**

Really, co-ordination, co-operation, consultation, non-intefe-rence in the affairs of other committees in a haphazard manner is one of the most important reasons for the administrative success of the camp, and from there the success of the camp itself.

5 · THE OVERALL REPORT

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002210

## 5 - THE OVERALL REPORT

**5 - 1 Sample of an Overall Camp Report :**

The Overal Camp Report must cover the following sections:

**Firstly : General Information**

1 - Theme of the camp:
2 - Objectives of the camp:
3 - Date and Duration of the camp :
4 - Place of the camp and its Address:
5 - The Participants :
   a - Names :
   b - Nationalities :
   c - Ages :
   d - Representing Organisation or Country:
6 - The Lecturers:
   a - Names :
   b - Nationalities :
   c - Topics :
7 - Camp Rules and Regulations :
8 - The General Programme (Daily and Cultural Programmes) :
9 - Camp Publications (Whatever possible):
   a - Photographs as mementoes.
   b - Lectures (recorded or printed)
   c - Competitions.
   d - Notices used at the camp.
   e - Camp Newsletter (or magazine).
   f  - Videocassettes of camp activities.
10 - Any Additional Information:

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002211

**Secondly : Administrative Aspects :**

1 - Group or organisation responsible for holding the camp:
2 - Group or organisation participating in the camp:
3 - Administrative structure for the camp :
   a - Names of Organising Committee members :
   b - Names of Implementation Committee members :
4 - Any other observations :

**Thirdly : General Activities :**

1 - Spiritual Activity :
2 - Cultural / Ideological Activity :
3 - Sports Activity :
4 - Leisure Activity :
5 - Any other activity :
6 - Results of the Opinion Survey (Evaluation Forms) :

**Fourthly : The Budget :**

1 - The Estimated Budget (detailed) :
2 - The Actual Budget (detailed) :
3 - Attaching original invoices relating to Actual Expenditure :
4 - Any other observations :

**Fifthly : Future Plans :**

1 - Suggestions and Ideas :
2 - Considerations for another camp :
3 - Any other additions :

**Note :**

The head of each camp committee helps in preparing this complete report by fowarding a report on his committee or group to the camp leader who then prepares the overall report and sends it to the Camps and Conferences Unit of WAMY (if WAMY is sponsoring and supervising Camp).

— 68 —

— 69 —

CONFIDENTIAL : This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002212

# 6 · APPENDICES

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002213

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002214

6 - 1 Request For Aid by Islamic Organisations to Hold a Camp :

**Firstly - General Information :**

1 - Proposed name for the camp (or Organisation holding it) : .........
................................................................................................................

2 - Proposed Date : ............................... Hijra ................................ AD

3 - Location (Address) : ................................................................................
Number ............................................. P.O.Box : .................................
Street ................................................ City ........................................
Province / State ............................... Country ...................................
Telephone..................................... Telex / Fax...............................

4 - General Membership of the Society (total) : ...................................

5 - Administrative Council (of the Society) & the Implementation
Committee :

| Name | Description |
|------|-------------|
| a - .......................................... | ............................................ |
| b - .......................................... | ............................................ |
| c - .......................................... | ............................................ |

6 - Areas of Major Concern (of the Society) :

a - ............................................................................................................
................................................................................................................
b - ............................................................................................................
................................................................................................................
c - ............................................................................................................
................................................................................................................

7 - Camps or conferences held by the society in the past 3 years :

| Theme | Date | Place | No of Attendees |
|-------|------|-------|-----------------|
| a - ................... | ............ | ............... | ..................... |
| b - ................... | ............ | ............... | ..................... |
| c - ................... | ............ | ............... | ..................... |

8 - Has the society co-operated with WAMY previously? YES (    )
NO (    ) If the answer is YES ... mention the occasions & their
Dates :-

| Occasion | Date |
|----------|------|
| a - ................................... | ........................... |
| b - ................................... | ........................... |
| c - ................................... | ........................... |

**Secondly - Specific Details Regarding the Proposed Camp :**

**Notes :** Please fill in the required details accurately, and if the space provided is insufficient you may do so on additional pages & attach them to this form.

1 - Site of proposed camp : ............. City : ............. Country : ...........

2 - Date of the Camp - From : ......................... To : ......................

3 - Theme of the camp : ..................................................................

4 - Objectives of the camp :
- ...........................................................................................
- ...........................................................................................
- ...........................................................................................

5 - No. of Participants : ............................

| Country / City | Number |
|----------------|--------|
| a - ........................................... | ..................... |
| ............................................... | ..................... |

c - ...................................................................... ..........................
d - ...................................................................... ..........................
The Guests : ...............................................
...............................................
...............................................

Total : ............................................

6 - How to reach the camp and its address : ..............................
By air : From Airport : ......................... To : ..........................
...........................................................
...........................................................
By sea : From Port : ..................... To : ..........................
...........................................................
...........................................................

| Telephone | Telex | Fax. / Telegram |
|-----------|-------|-----------------|
| ..................... | ..................... | ..................... |

7 - Proposed daily and cultural programmes (these answers must be on seperate sheets to be attached to this Form ) :

8 - Proposed lecturers :

| Name | Country | Topic |
|------|---------|-------|
| a - ....................... | ..................... | ..................... |
| b - ....................... | ..................... | ..................... |
| c - ....................... | ..................... | ..................... |
| d - ....................... | ..................... | ..................... |
| e - ....................... | ..................... | ..................... |

9 - Proposed committee to organise the camp ( it would be good to include in this committee members of other organisations ) :

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03-MDL-1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002215

|      Name      |      Position      |
|----------------|--------------------|
| a - .................. | .......................... |
| b - .................. | .......................... |
| c - .................. | .......................... |

10 - Proposed camp budget : ....................... US Dollars

    (Details of this to be attached on a seperate sheet).

11 - Names of personalities recommended for invitation to the Opening Ceremony :

|     Name     | Occupation (official) |  Address  |
|--------------|-----------------------|-----------|
| a - ............ | ........................ | ............... |
| b - ............ | ........................ | ............... |
| c - ............ | ........................ | ............... |
| d - ............ | ........................ | ............... |

12 - Type of camp proposed :

    Local (  )        Regional (  )        International (  )

    And why? (details please) : ............................................

...........................................................................................

...........................................................................................

...........................................................................................

...........................................................................................

...........................................................................................

**Note** : Please send this form after completion to **WAMY not less than 6 months before** the proposed date of the camp :

**To :  Camps & Conferences Unit**
**World Assembly of Muslim Youth**
P.O.Box 10845
Riyadh  11443
Kingdom of Saudi Arabia

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002216

## 6 · 2 Preparatory Checklist for Holding Camps (1) :

1 - Forming an Organising Committee.
2 - Selecting a theme for the Camp.
3 - Choosing the Time & Duration of the Camp.
4 - Choosing a Site for the Camp.
5 - Preparing the Overall Programme :
   a - The Daily Programme.
   b - The Cultural Programme (ie. Lectures, Seminars, Films, Competitions, Contests, Quizzes, .. etc.)
6 - Media Coverage of the Camp & its Objectives.
7 - Distributing Forms & Conditions for Participation.
8 - Selecting Participants & Lecturers.
9 - Arranging «Operation Arrival» of the Participants, Lecturers & Guests to reach the Camp site.
10 - Despatching the Invitations to attend the Opening Ceremony.
11 - Preparing the Camp site & completing its readiness.
12 - Forming a Camp Supervisory (Implementation) Committee (2).
13 - Purchasing the needs of the Camp.
14 - The Opening Ceremony.
15 - Implementing the Daily Programme (3).
16 - Distributing the Opinion Survey (Evaluation) Forms to the participants.
17 - The Closing Ceremony.
18 - Writing the Overall Camp Report and submitting it to the Organisers or to WAMY (4) if it is a WAMY Camp.

---

( 1 ) The preparations for the Camp must begin not less than 6 months before the proposed date.
( 2 ) Consists of the camp leader, his deputy & heads of committees.
( 3 ) Meeting the group supervisors nightly to discuss the day's events, realise any mistakes & to review the next day's programme.
( 4 ) To include results of the opinion survey (Evaluation), the financial report, copies of the lectures, cassettes, films & photographs covering activities of the camp.

## 6 · 3 Examples of Typical Daily Programmes :

The following are examples of the way in which a typical daily camp programme can be organised. Care must be taken to ensure a balance and also to attain educational, behavioural, cultural, and health objectives for the participants.

### 6 · 3 · 1 Sample Programme 1 :

| | |
|---|---|
| 5:00 - 6:00 | Wake-up & Fajr Salaah. |
| 6:00 - 6:30 | Pep-talk & Qur'an Reading. |
| 6:30 - 7:30 | Exercise. |
| 7:30 - 9:00 | Breakfast. |
| 9:00 - 9:30 | Programme Briefing. |
| 9:30 - 12:00 | Ideological Activity (Lectures, Seminars) with a half-hour Break. |
| 12:00 - 12:30 | Zuhr Salaah. |
| 12:30 - 1:15 | Lunch. |
| 1:15 - 2:45 | Rest & Light Nap. |
| 2:45 - 3:45 | Group Discussions. |
| 3:45 - 4:15 | 'Asr Salaah. |
| 4:15 - 5:30 | Sports. |
| 5:30 - 6:00 | Maghrib Salaah. |
| 6:00 - 7:30 | Holy Qur'an (Memorisation & Rules). |
| 7:30 - 8:00 | 'Eshaa Salaah. |
| 8:00 - 9:00 | Supper. |
| 9:00 - 10:00 | Variety (Leisure) Programme. |
| 10:00 - 5:00 | Sleep. |

### 6 · 3 · 2 Sample Programme 2 :

| | |
|---|---|
| 4:15 | Awake (Suhoor for optional Fasting). |
| 4:50 | Fajr Salaah. |
| 5:10 | Exercise. |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information Filed March 10, 2005 in Re: Terrorist Attacks on September 11, 2001 (03 MDL 1570) (GBD) United States District Court for Southern District of New York

WAMY INTL E002217

5:30 Wash & Breakfast.
7:00 First Lecture.
8:50 Second Lecture.
10:30 Free Time.
10:50 Third Lecture.
1:15 Zuhr Salaah.
1:45 Lunch.
2:15 Rest.
4:00 Fourth Lecture - A.
5:30 'Asr Salaah.
5:45 Memorising Qur'an & Hadeeth.
6:15 Fourth Lecture - B.
7:06 Maghrib Salaah
7:30 Supper.
9:00 'Eshaa Salaah.
9:30 Open Lecture : Questions & Answers.
10:30 Evaluation.
11:00 Sleep.

**6 - 3 - 3 Sample Programme 3 :**

5:15 Azaan/Wudhu.
5:45 Fajr Salaah.
6:00 Usrah (Group) Meetings/Short Lecture.
6:30 Morning Exercises.
7:30 Breakfast.
8:15 First Lecture.
9:45 Sports (Rowing, Archery, Hunting, Mountain Climbing,..Etc).
12:00 Lunch.
1:00 Zuhr Salaah.
1:30 Second Lecture.
3:00 Tea & Soft-Drinks.
3:30 Group Discussion (on the first & second lecture).

4:30 'Asr Salaah following by Qur'an Memorisation.
6:00 Supper.
6:45 Maghrib Salaah.
7:15 Islamic Film/Seerah/Library/Wall Magazine.
7:45 'Eshaa Salaah
8:30 Third Lecture.
10:00 Soft-Drinks/Preparing for Sleep/Free Time.
10:45 Lights off & sleep in the care of Allah.

**6 - 3 - 4 Sample Programme 4:**

4:15 Awake (Suhoor for optional Fasting).
5:00 Fajr Salaah.
6:00 Studies in Qur'an.
7:00 Morning Exercises & Tea.
8:30 Breakfast.
9:30 Main Session.
12:00 Lunch.
1:15 Zuhr Salaah.
1:30 Rest & Relaxation.
3:00 Group Discussion & Soft-Drinks.
4:45 'Asr Salaah.
5:00 Sports (Soccer, Volleyball, Baseball, Table-Tennis, Basket-Ball,..Etc.).
6:05 Maghrib Salaah.
7:45 Supper/Free Time.
8:30 'Eshaa Salaah.
9:00 Plays, Quiz Competitions, Films, Variety Programme.
10:30 Rest & Sleep.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002218

## 6 - 4 Application Form For Participating in The Camp :

Name .......................................................

Date of birth ........................... Occupation ..........................................

Nationality ............................... Passport No. .............................

Date of issue ............................ Place of issue ..............................

Permanent Address ...................................................................

Postal address .....................................................

.........................................Telephone ...................................

Nearest relative to be contacted in need ..................................

Signature of applicant : ..............................................................

Recommended by : ...................................................................

Organisation & position : ........................................................

Telephone ...............................................

Signature ...........................................................

For Use of Organising Committee :

Accepted (    )        Rejected (    )

As authorised,

........................................................
Head of Organising Committee

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 01570 (GBD), United States District Court for Southern District of New York.

WAMY INTL E002219

## 6 - 5 CAMP REGISTRATION FORM :

1 - Name ......................................     ......................................
   Family Name                                    First & Middle Names

2 - Nationality : ...................................................

3 - Passport/identity no. ...................................

   Date of issue ..............................................

   Place of issue ..............................................

4 - Representing ..............................................

5 - Postal address :

   Street ................................. P.O.Box ................................

   City ................................. Country ................................

6 - Telephone ................................

7 - Arrival date ................................

10 - Signature ................................

For Official use only :

| Group No. | Group name | Approval of camp leader |
|---|---|---|
| | | |

## 6 · 6 Camp Programme Evaluation (Opinion Survey) Form :

Dear brother/sister

Assalaamu Alaikum ... May the peace, mercy and blessings of Allah be with you.

We have been delighted by your participation in this camp organised to prepare Muslim youth conscious of their mission and responsibility in life before Allah. So, for us to raise our levels of performance, be assured of the fruits of the efforts exerted, and reach greater heights, we put before you the «Evaluation Form». So please fill it in for us to know your opinion regarding the spiritual, ideological, physical and leisure programmes which were covered in this camp.

Just as we have been concerned with providing you with a truly Islamic environment, so are we extremely concerned in knowing your opinion, observations & suggestions so that we may improve in the future, with Allah's permission. Therefore, we expect you to read the attached questions & mark the answers you think suitable, your opinion is valued by all of us. You may leave out your name if you so wish...For Allah is the End of all aims, and He is the Guide to the Correct path..

Wassalaamu alaikum

Camp Organising Committee

Name of participant : ..............................................................

Nationality ........................................................ Age ......................

Representing (state your organisation) : ...............................

Important Note :

— Some of the questions have numbered answers provided (eg. 1, 2, 3, 4); so all you have to do is draw a circle around the ONE you feel most suitable.

— Some of the questions have several empty brackets as answers; so all you have to do is put a tick between the brackets most suitable as an answer.

— Please answer the remaining questions in the space provided.

|  | Excellent | Very Good | Good | Not Good |
|---|---|---|---|---|
| **A· General Impression of the Camp:** | | | | |
| Its site | 1 | 2 | 3 | 4 |
| Its duration | 1 | 2 | 3 | 4 |
| Its overall programme | 1 | 2 | 3 | 4 |
| Its organisation | 1 | 2 | 3 | 4 |
| Its administration | 1 | 2 | 3 | 4 |
| Supervisor's relationship with his group members | 1 | 2 | 3 | 4 |
| **B· Islamic Ideological Activities:** | | | | |
| General lectures | 1 | 2 | 3 | 4 |
| Their duration | 1 | 2 | 3 | 4 |
| Their number | 1 | 2 | 3 | 4 |
| Benefits from them | 1 | 2 | 3 | 4 |
| Standard of the lecturers | 1 | 2 | 3 | 4 |
| Adherence to salah in Jama'ah | 1 | 2 | 3 | 4 |
| Qur'an reading and rules lessons | 1 | 2 | 3 | 4 |
| **C· Meals:** | | | | |
| Duration of meal times | 1 | 2 | 3 | 4 |
| Variety of meals | 1 | 2 | 3 | 4 |
| Meal times in the programme | 1 | 2 | 3 | 4 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York ·

WAMY INTL E002220

## D· Sports and Trips:

| | | | | |
|---|---|---|---|---|
| Morning pep-up Exercises | 1 | 2 | 3 | 4 |
| Times allocated for sports | 1 | 2 | 3 | 4 |
| Sports in general | 1 | 2 | 3 | 4 |
| Relations between groups | 1 | 2 | 3 | 4 |
| Visits to neighbouring cities | 1 | 2 | 3 | 4 |
| Trips and open-air outings | 1 | 2 | 3 | 4 |
| Variety (Nightly) programmes | 1 | 2 | 3 | 4 |

## E· General Questions :

1- To what extent was the quality of the camp programmes suitable for you ?

( )       ( )       ( )       ( )       ( )
Perfect   Suitable  Average   Less than Average   Unsuitable

2- Were the camp programmes successful in increasing your overall Islamic and Ideological Knowledge?

( )       ( )       ( )
Yes       No        Partially

3- Have you acquired new ideas, values and habits?

( )       ( )
Yes       No

If the answer is **YES**, mention them below :

a - ................................................................................
b - ................................................................................
c - ................................................................................
d - ................................................................................

4- Did you face any problems at the camp?

( )       ( )
Yes       No

If the answer is **YES**, mention them below:

a - ................................................................................

b - ................................................................................
c - ................................................................................

5- Which activities do you feel need to be increased or improved?

a - ................................................................................
b - ................................................................................
c - ................................................................................
d - ................................................................................
e - ................................................................................

6- Do you have any suggestions, ideas or thoughts which you would like to add? Please list them

a - ................................................................................
b - ................................................................................
c - ................................................................................
d - ................................................................................
e - ................................................................................

And so, until we meet again at another camp, we leave you, your Deen, your safety & your good actions in the care of Allah ..

Wassalaamu Alaikum :

May the peace, mercy & blessing of Allah be with you ..

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002221

## ٧ – ٦ أدعيــة اليــوم والليلــة :

من أدعية السفر :

يقول المقيم للمسافر : ( استودع الله دينك، وأمانتك، وخواتيم عملك، وأقرأ عليك السلا ) . الترمذي والنسائي من حديث عبد الله بن عمر .

ثم يوصيه فيقول : ( عليك بتقوى الله، والتكبير على كل شَرَف، اللهم أطو له البعد عليه السفر ) رواه الترمذي والنسائي من حديث أبي هريرة .

ثم يدعو له بقوله : ( زودك الله التقوى، وغفر ذنبك، ويسّر لك الخير حيثما كنت ) الترمذي والنسائي من حديث أنس .

ويقول المسافر للمقيم : (أستودعك الله الذي لا تضيع ودائعه) رواه الطبراني عن أبي هريرة.

ثم يدعو الله بقوله : ( اللهم بك أصول وبك أجول، وبك أسير . اللهم إني أني هذا البر والتقوى، ومن العمل ما ترضى، اللهم هوّن علينا سفرنا هذا وأطو عنا بُعده الصاحب في السفر والخليفة في الأهل. اللهم اني أعوذ بك من وعثاء السفر وسوء المنقلب في المال والأهل والولد، وإذا رجع قالهن وزاد فيهن : (آيبون تائبون عابدون لربّنا حامدون) رواه أحمد والبزار ومسلم وغيرهم من حديث علي وابن عباس وابن عمر وجابر وأنس وابن الزبير ونحو عشرين من الصحابة منهم سرجس وغيرهم.

فإذا بدأ الركوب قال : (بسم الله) فإذا استوى على مركبه قال : الحمد لله هذا وما كنا له مقرنين وانا إلى ربنا لمنقلبون) رواه أبو داود والترمذي من حديث علي رضي الله عنه .

## دعاء الاستيقاظ من النــوم :

عن حذيفة بن اليمان وأبي ذر رضي الله عنهما قالا : كان رسول الله صلى الله عليه وسلم إذا استيقظ قال : (الحمد لله الذي أحيانا بعد ما أماتنا واليه النشور) رواه البخاري .

## دعاء لبس الثوب وخلعه :

عن أبي سعيد الخدري رضي الله عنه أن النبي صلى الله عليه وسلم كان إذا لبس باسمه قميصا أو رداء أو عمامة يقول : (اللهم أني أسألك من خيره وخير ما هو له وأعوذ بك من شره وشر ما هو له). رواه ابن السني.

---

## 6 · 7 Daily and Nightly Supplications (Du'a for All Occasions):

### Du'a for Travel :

— One says to the traveller : «I entrust to Allah your Deen, your safety and your actions, and wish you peace and safety».

— Then one advises him : «Be conscious of Allah and say (Allah is Great) at every high place. O Allah, shorten the distance for him and ease his journey».

— Then one prays for him : «May Allah equip you with Taqwa, forgive your sins and avail you with good wherever you are».

— So the traveller says : «I also entrust you to Allah Who does not abandon that which is entrusted to Him»

— Then the traveller prays : «O Allah, by your (help) I arrive, return and move. O Allah, I ask of you in this journey of ours righteousness, Taqwa and deeds which please You. O Allah, lighten our journey and shorten its distance. O Allah, You are our Companion in journey and Guardian of our family. O Allah, protect me from the hardships of travel, from depressing scenes and from misfortunes in wealth, family and children».
On returning, he says the same and adds to it : «(We) return, repenting, worshipping and praising our Lord».

— When mounting, one says : «In the Name of Allah» and says, when settled in : «All praise is for Allah Who has subjugated this for us for we would never have had power over it; and we are most certainly returning to our Lord».

### Du'a on waking up from sleep :

— The Prophet used to say on waking up: «All praise is for Allah who gave us life after taking it and to Him is the Resurrection»

### Du'a on wearing and taking off clothes :

— The Prophet used to say on wearing a shirt or turban : «O Allah, I ask You for its good and the good that is for it, and I seek Your protection from its evil and the evil that is for it»

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for the Southern District of New York

WAMY INTL E002222

CONFIDENTIAL: This document is subject to a Protective Order regarding Confidential Information in 03 MDL 1570(GBD)(SN) United States District Court for Southern District of New York

WAMY INTL E002223

<div dir="rtl">

وعن معاذ بن أنس رضي الله عنه أن رسول الله صلى الله عليه وسلم قال : (من لبس ثوبا جديدا فقال : الحمد لله الذي كساني هذا الثوب ورزقنيه من غير حول مني ولا قوة، غفر له ما تقدم من ذنبه) رواه ابن السني .

**دعاء الخروج من المنزل :**

عن أبي مالك الأشعري رضي الله عنه قال : قال رسول الله صلى الله عليه وسلم : (إذا ولج الرجل بيته فليقل : اللهم أني أسألك خير المولج وخير المخرج، بسم الله ولجنا وبسم الله خرجنا وعلى الله ربنا توكلنا، ثم ليسلم على أهله) رواه أبو داود .

**دعاء المشي إلى المسجد ودخوله والخروج منه :**

عن عبد الله بن عباس رضي الله عنهما أن النبي صلى الله عليه وسلم خرج إلى المسجد يقول : (اللهم اجعل في قلبي نورا، وفي بصري نورا، وفي سمعي نورا، وعن يميني نورا وعن يساري نورا، وفوقي نورا، وتحتي نورا، وأمامي نورا، وخلفي نورا، واجعل لي نورا) رواه البخاري .

عن أبي حميد أو عن أبي أسيد رضي الله عنهما قال : قال رسول الله صلى الله عليه وسلم (إذا دخل أحدكم المسجد فليسلم على النبي صلى الله عليه وسلم ثم ليقل : اللهم افتح لي رحمتك، فإذا خرج فليقل : اللهم أني أسألك من فضلك) رواه مسلم وأبو داود والنسائي .

**دعاء التخلي :**

عن أنس بن مالك رضي الله عنه أن رسول الله صلى الله عليه وسلم يقول عند دخول الخلاء (اللهم إني أعوذ بك من الخبث والخبائث) . رواه الشيخان .

وعن عبد الله بن عمر رضي الله عنهما قال : كان رسول الله صلى الله عليه وسلم اذا خرج من الخلاء قال : (الحمد لله الذي أذاقني لذته، وأبقى فيّ قوته، ودفع عني أذاه) رواه السني والطبراني .

**دعاء الوضوء والغسل والأذان :**

عن عمر بن الخطاب رضي الله عنه قال : قال رسول الله صلى الله عليه وسلم : (من توضأ فأحسن الوضوء ثم قال : أشهد أن لا اله إلا الله وحده لا شريك له، وأشهد أن محمدا عبده ورسوله، اللهم أجعلني من التوابين، وأجعلني من المتطهرين فتحت له ثمانية أبواب الجنة يدخل من أيها شاء) رواه مسلم والترمذي .

</div>

— 90 —

— The Prophet said: «Whoever wore new clothing and said (All praise is for Allah Who has clothed and provided me this with no effort from me nor power) then his previous sins will be forgiven».

**Du'a on entering/leaving the house :**

— The Prophet said : «When a person returns to his home let him say (O Allah, I ask You for the best entry and the best exit. In the Name of Allah we enter, in the Name of Allah we leave and on our Lord we depend). Thereafter he salutes his family».

**Du'a on going to the musjid, entering it or leaving it:**

— the Prophet on leaving for the Masjid said : «O Allah, enlighten my heart, my vision and my hearing; also my right, my left, above me, below me, before me and behind me; and for me Light».

— The Prophet said : «If any of you enters a musjid then greet the Prophet and say (O Allah, open for me the door of Your Mercy) and if you leave, then say ( O Allah, I ask You of Your bounties)».

**Du'a on entering/leaving the toilet :**

— The Prophet said on entering the toilet : «O Allah, I seek Your protection from the corruptive devils and their corruption» and said on leaving it : «(I seek) Your forgiveness».

— The Prophet used to say on leaving the toilet : «All praise is for Allah Who made me taste it (food), left its goodness in me and removed its harm from me».

**Du'a for ablution, bath and prayer call :**

— The Prophet has said : «Whoever makes ablution, perfects it and says (I testify that there is no deity except Allah alone, no partner has He, and I testify that Muhammad is His Messenger and Servant; O Allah, make me of those who repent and of those who are cleansed) then eight doors of heaven are opened for him to enter whichever one he pleases».

— The Prophet said: «Whoever says on hearing the Call (O Allah, Lord of this perfect Call and established Salaah, give

— 91 —

وعن جابر بن عبد الله رضي الله عنهما أن رسول الله صلى الله عليه وسلم قال : (من قال حين يسمع النداء : اللهم رب هذه الدعوة التامة، والصلاة القائمة آت محمداً الوسيلة والفضيلة، وأبعثه مقاماً محموداً الذي وعدته، حلت له شفاعتي يوم القيامة) رواه البخاري .

### دعاء التهجد والأرق والرؤيا :

عن عبد الله بن عباس رضي الله عنهما قال : كان النبي صلى الله عليه وسلم اذا قام من الليل يتهجد قال : اللهم لك الحمد أنت قيوم السموات والأرض ومن فيهن ولك الحمد، أنت نور السموات والأرض ومن فيهن ولك الحمد، أنت الحق، ووعدك حق، ولقاؤك حق، وقولك حق والجنة حق والنار حق، والنبيون حق، ومحمد صلى الله عليه وسلم حق، والساعة حق، اللهم لك أسلمت، وبك امنت، وعليك توكلت، واليك أنبت، وبك خاصمت، واليك حاكمت، فاغفر لي ما قدمت وما أخرت، وما أسررت وما أعلنت وما أنت أعلم به مني، أنت المقدم أنت المؤخر، لا اله الا أنت، ولا حول ولا قوة الا بالله) رواه البخاري .

وعن أبي سعيد الخدري رضي الله عنه، أنه سمع رسول الله صلى الله عليه وسلم يقول : رأى أحدكم الرؤيا يحبها فانما هي من الله فليحمد الله عليها وليحدث بها، وإذا رأى مما يكره فإنما هي من الشيطان فليستعذ بالله من شرها ولا يذكرها لأحد فانها لا تضرها البخاري ومسلم .

وعن عمرو بن شعيب عن أبيه عن جده رضي الله عنهم، أن رسول الله صلى الله عليه وسلم قال : (اذا فزع أحدكم في النوم فليقل : أعوذ بكلمات الله التامات من غضبه وعقابه وشر عباده، ومن همزات الشياطين وأن يحضرون، فإنها لن تضره) رواه أبو داود والنسائي وقال الترمذي : حديث حسن .

### دعاء ختام الصلاة وختام المجلس :

عن أبي هريرة رضي الله عنه عن رسول الله صلى الله عليه وسلم قال : (من سبح دبر كل صلاة ثلاثا وثلاثين، وحمد الله ثلاثا وثلاثين، وكبر الله ثلاثا وثلاثين، فتلك تسعة وتسعون، وقال تمام المائة : لا اله الا الله وحده لا شريك له، له الملك وله الحمد وهو على كل شيء قدير، غفرت خطاياه وإن كانت مثل زبد البحر) رواه مسلم .

وعن معاذ بن جبل رضي الله عنه، أن رسول الله صلى الله عليه وسلم أخذ بيده وقال : (يا معاذ والله إني لأحبك، وأوصيك يامعاذ لا تدعن في دبر كل صلاة أن تقول : اللهم أعني على ذكرك، وشكرك وحسن عبادتك) رواه أبو داود .

— 92 —

---

Muhammad intercession and honour, and raise him with the honored status You promised him) then my intercession is permitted for him on the Day of Resurrection».

**Du'a for night prayer, insomnia and dreams:**

— The Prophet used to say on getting up for night prayer: «O Allah, for You is all praise, You are the Guardian of the Heavens, the Earth and whatever is in them, and for You is all praise; You are the Light of the heavens, the Earth and whatever is in them, and for You is all praise; You are the Truth, Your promise is true, meeting You is true, Your Word is true, Heaven and Hell are true, the Prophets are true, Muhammad (PBUH) is true and the Hour (of Judgement) is true; O Allah, to You I submit, in You I believe, upon You I depend, to You I turn, with You I plead, to You I turn for Judgement so forgive me what I have done and what I am still to do, what I have hidden and what I have revealed, and what You are more aware of than me; You are ahead and You are behind, no deity is there except You; no might, nor power except with Allah».

— The Prophet said : « If anyone of you saw a vision pleasing to him then it is from Allah, so praise Allah and talk about it; otherwise it is from Satan, so seek Allah's protection from its evil and mention it to no-one for it will not harm him».

— The Prophet said: «If anyone of you was frightened in his sleep then say (I seek protection with the perfect words of Allah from His anger and punishment and from the evil of His creatures, and from the devils' whisperings) and even if they are present they cannot harm him».

**Du'a on completing Salaah or a meeting :**

— The Prophet said : «Whoever glorifies Allah after every Salaah 33 times, praises Him 33 times and exalts Him 33 times, making it 99, then completes it with (there is no deity except Allah alone no partner has He, His is the dominion and for Him is the praise,

— 93 —

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information, 03 MDL 1570 (GBD) United States District Court for Southern District of New York

SAAMI INTL E0022224

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002225

وعن أبي برزة رضي الله عنه قال : كان رسول الله صلى الله عليه وسلم يقول بأخرة ( أي في آخر الأمر ) إذا أراد أن يقوم من المجلس : (سبحانك اللهم وبحمدك، أشهد أن لا إله إلا أنت، أستغفرك وأتوب إليك) فقال رجل : يا رسول الله أنك لتقول قولا ما كنت تقوله فيما مضى؟ قال : (ذلك كفارة لما يكون في المجلس) رواه أبو داود والحاكم في المستدرك .

وعن علي رضي الله عنه قال : (من أحب أن يكتال بالمكيال الأوفى فليقل في آخر مجلسه أو حين يقوم : سبحان ربك رب العزة عما يصفون، وسلام على المرسلين والحمد لله رب العالمين) رواه أبو نعيم في الحلية .

## ٨ – آداب عامـة :

### آداب الطـعـام :

– أن نبدأ طعامنا ببسم الله فإن نسى أحد التلفظ بها ثم ذكرها فليقل : (بسم الله أوله وآخره) ففي الحديث : (إذا أكل أحدكم فليذكر اسم الله تعالى فان نسى أن يذكر اسم الله في أوله فليقل بسم الله أوله وآخره) رواه أبو داود والترمذي – حديث حسن صحيح .

وإذا كان صائما بدأ بالأدعية المأثورة : (اللهم لك صمت وعلى رزقك أفطرت، الظمأ وابتلت العروق وثبت الأجر ان شاء الله) ثم يسم الله ويفطر .

– أن ينهي طعامه بحمد الله فقد روي أنه (من أكل طعاما فقال : (الحمد لله الذي أطعمني هذا ورزقنيه من غير حول مني ولا قوة) غفر له ما تقدم من ذنبه) . قال الترمذي حسن .

– يجب أن نغسل أيدينا قبل الطعام حيث رغبنا رسول الله صلى الله عليه وسلم بالوضوء فقال : (بركة الطعام الوضوء قبله والوضوء بعده) .. رواه أبو داود والترمذي .

and He is over all things Powerful) then his faults are forgiven even though they are as much as the foam of the sea».

— The Prophet took Mu'az ibn Jabal by the hand and said : «O Mu'az, by Allah, I love you dearly so I advise you after every Salaah not to stop saying : O Allah, help me in remembering You, thanking You, and worshipping You in the best way».

— The last thing the Prophet used to say before rising from a meeting was : «Glory be to You O Allah and praise, I testify that there is no deity except You, I seek Your forgiveness and turn to You in repentance». Then he said: «That is an expiation for whatever (wrong) that may have been said at the meeting».

— Ali reported that : «Whoever wants to be weighed with a just scale must say at the end of a meeting, or when he stands up: glorified is my Lord, the Lord of Might and Dignity, from what they attribute to Him; and peace be upon the Messengers, and praise is for Allah the Lord of the worlds».

## 6 - 8 General Etiquette:

### Etiquette of eating :

1- To start eating by saying (in the name of Allah) or if we forget this then to say (in the name of Allah in its beginning and end). The hadith says : «If any of you eats then mention Allah's Name and if he forgets then to mention Allah's name immediately by saying (in the name of Allah in its beginning and end)». And if he was fasting, he starts eating with a du'a : « O Allah, I have fasted for You and broken it with Your provisions, so the thirst has gone, the veins have been moistened and the reward has been fixed as Allah wills».

2- To complete one's meal by praising Allah, for a hadith says: «Whoever ate a meal and said (All praise is for Allah Who has fed and provided me this without any effort or strength from me) then his past sins are forgiven».

3- We must wash our hands before meals because our Prophet

أن يتناول الطعام بيده اليمنى وأن يأكل من أمامه ومن حافة القصعة لا من وسطها لحديث رسول الله صلى الله عليه وسلم : (يا غلام سم الله وكل بيمينك وكل مما يليك) متفق عليه .

– إذا كان الطعام باليد فيفضل أن يكون باليد اليمنى وبأصابع ثلاثة لا يلوث غيرها . فعن كعب قال : (رأيت رسول الله صلى الله عليه وسلم يأكل بثلاثة أصابع فاذا فرغ لعقها) رواه مسلم . ولا مانع في عصرنا الحاضر من استعمال الملعقة والشوكة والسكين ولا بأس باستخدام اليدين معا في القطع .

– أن نُصغّر اللقمة ولا نأكل بنهم ولا ننهض جائعين . ففي الحديث : (ما ملأ آدمي وعاء شرا من بطنه . بحسب ابن آدم لقيمات يقمن صلبه، فان لم يفعل، فثلث طعام وثلث شراب وثلث نفس) رواه النسائي وابن ماجه والترمذي .

– ألا نبدأ الطعام قبل اكتمال عدد الطاعمين أو انتظار اشعار من المسئول بالبدء بالطعام .

– عدم التكلف في الطعام، فنقدم الموجود ولا نتكلف المفقود .

– ألا نعيب طعاما، فقد روى عن أبي هريرة رضي الله عنه : (ما عاب رسول الله صلى الله عليه وسلم طعاما قط، اذا اشتهاه أكله واذا كره تركه) متفق عليه .

– أن نجلس جلسة صحيحة متواضعة فلا نأكل متكئين، ففي حديث أبي ابن كعب (أن النبي صلى الله عليه وسلم كان يجثو على ركبتيه وكان لا يتكىء) حديث حسن .

– ويستحسن التحدث أثناء الطعام بأحاديث ترويحية وحكم مفيدة، فقد ورد في «تحدثوا ولو بثمن أسلحتكم» .

— 96 —

urged us to be clean saying: «The blessing of food is (attained by) washing before it and after it».

4- To eat with his right hand, to eat what lies before him, and from what is on the edge of the tray, not from its centre, as a hadith says: «My young man, name Allah, eat with your right and eat what is closest to you».

5- If the meal is eaten by hand, then the right hand is preferred with only 3 fingers without messing the others. For Ka'b said: «I saw the Messenger of Allah eating with 3 fingers and thereafter licking them». In our time there is no objection to using forks, knives and spoons, nor to using both hands for them.

6- To eat in smaller bites, not greedily, nor undereat, for a hadith says: «Man has not filled up a container more harmful than his stomach; small bites which keep up his strength suffice him, otherwise a third for food, a third for liquid and a third for breathing».

7- Not to start eating until the arrival of all the diners or until an indication is given by the host.

8- Not to overspend on food; but to offer what is available and not to spend on that which is unavailable or exotic.

9- Not to find fault with the food, for Abu Hurairah said: «The Messenger of Allah never faulted food; he ate it if he liked it and left it if he didn't.

10- To sit correctly, humbly, and not to recline, for Ubay ibn Ka'b said: «The Prophet used to sit on his knees and never recline».

11- Conversation during meals is recommended like light talk or sayings of the wise, for it is said: «Converse, even though it be about the price of your weapons».

### Etiquette of Drinking:

1- To begin by saying (In the Name of Allah) and to finish by saying

— 97 —

CONFIDENTIAL: This document is subject to a Protective Order regarding Confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002226

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD), United States District Court for Southern District of New York

WAMY INTL E0022227

باب الشـراب :

– أن يبدأ بسم الله وينهيه بحمد الله . فعن أبي هريرة رضي الله عنه (أن النبي صلى الله عليه وسلم كان يشرب في ثلاثة أنفاس . إذا أدنى الاناء إلى فيه يسمي الله، وإذا أخره حمد الله، يفعل ذلك ثلاث) رواه الطبراني بإسناد حسن .

– أن يشرب وهو قاعد لأنه الوضع الصحي المناسب وأدعى إلى الراحة والاستمتاع بالماء . فعن أبي سعيد الخدري (أن النبي صلى الله عليه وسلم نهى عن الشرب قائما) رواه أحمد ومسلم .

– الاهتمام بنظافة الماء وعدم تركه مكشوفا ومعرّضا للغبار والهواء، ففي الحديث : (غطوا الاناء – الطعام – وأوكوا السقاء، وأغلقوا الأبواب، وأطفئوا السراج، قبل النوم فإن الشيطان لا يحل سقاء ولا يفتح بابا ولا يكشف اناء، فان لم يجد أحدكم الا أن يعرض على انائه عوٓدا ويذكر اسم الله، فليفعل . فان الفويسقة تضرم على أهل البيت بيتهم) مسلم .

– ان لا يتنفس داخل الاناء أو ينفخ فيه فان وجد به جسما غريبا فليصب من الماء ما يزول الكدر ولا يصح أن يزيله بالنفخ . فعن أبي قتادة قال : قال رسول الله صلى الله عليه وسلم : (اذا شرب أحدكم فلا يتنفس في الاناء) متفق عليه .

(All praise is for Allah). Abu Hurairah said: «the Prophet used to drink in 3 gulps; when he drew the cup to his mouth he took the Name of Allah and when he drew it away he praised Allah, doing this three times».

2- To be seated while drinking because it is the ideal, healthy posture and allows for relaxed and enjoyable drinking of water. Abu Saeed al-Khudri said: «The Prophet forbade drinking of water while standing».

3- Care with cleanliness of water by not leaving it uncovered or exposed to dust and air, because a hadith says: «Cover the dishes (of food), seal the water-jars, close the doors and put out the lamps before sleeping, for then Satan cannot approach the water, nor open doors, nor uncover the dishes. And if you don't find anthing except a block of wood to put on the dishes then do so and remember Allah because mice roam about the house of the (sleeping) people».

4- Not to breathe or blow into a vessel; and if a strange body is found in it, then pour out the water until the polluted part is removed but not by blowing it. The Prophet said: «If anyone drinks, let him not blow in the container (to cool it)».

5- Drink by sipping without hurry or sounds for the Prophet said: «Sip the water and don't gulp it continously, for al-kubbaab (a liver ailment) is from gulping without a break».

6- One who serves water to his guests must start from the right with his right hand and also when he drinks it himself, for the Prophet «used his right hand for eating, drinking and wearing clothes, and his left hand for everything else».

7- To drink upto the residue and not leave in the cup anything useful.

8- To praise Allah after drinking. A reported du'a for after a drink is «All praise is for Allah Who made it sweet and palatable by His

CONFIDENTIAL. This document is subject to a Protective Order regarding Confidential information, as MDL 03-1570 (GBD), United States District Court for Southern District of New York

WAMY INTL E002228

٥ – أن يكون الشرب بيسر دون تعجل أو اخراج صوت. فقد روي عن أنس عن رسول الله صلى الله عليه وسلم قوله : (مصوا الماء مصا ولا تعبّوه عبّا فانما الكباب «مرض الكبد» من العب).

٦ – أن يبدأ الساقي بالسقاية من اليمين وأن يقدم الكأس لضيوفه باليد اليمنى وإذا شرب أن يشرب باليمنى لحديث حفصه : (ان رسول الله صلى الله عليه وسلم كان يجعل يمينه لطعامه وشرابه وثيابه ويجعل يساره لما سوى ذلك) رواه أبو داود وغيره.

٧ – أن يشرب الكأس حتى الثمالة وأن لا يترك فيه شيئا يستفاد منه.

٨ – أن يحمد الله بنهاية الشرب. ومن الأدعية المأثورة في نهاية الشرب : (الحمد لله الذي جعله عذبا فراتا برحمته ولم يجعله ملحا اجاجا بذنوبنا) اخرجه الطبراني. وأن للساقي بقوله : (اللهم أسق من سقانا).

٩ – أحب الأشربة للرسول صلى الله عليه وسلم : الحلو البارد والحليب. كما روت عائشة عن ابن عباس مرفوعا : (من أطعمه الله طعاما فليقل اللهم بارك لنا فيه وأطعمنا خيرا منه وزدنا منه فانه ليس شيء يجزىء مكان الطعام والشراب غير اللبن).

اداب النـوم :

١ – النوم المبكر : يعين على الاستيقاظ بنشاط للعبادة ولبدء العمل بهمة وعزيمة عائشة (أن رسول الله صلى الله عليه وسلم كان ينام في أول الليل ويقوم آخره فيصلي).

٢ – يسن الوضوء قبل النوم ثم الاضطجاع على الشق الأيمن وأن ندعو بالدعاء المأثور لحديث البراء بن عازب قال : قال رسول الله صلى الله عليه وسلم : (اذا أتيت مضجعك فتوضأ وضوءك للصلاة، ثم اضطجع على شقك الأيمن وقل : اللهم أني أسلمت اليك، وفوضت أمري اليك، وألجأت ظهري اليك، رغبة ورهبة إليك لا ملجأ منك الا اليك، آمنت بكتابك الذي أنزلت، ونبيك الذي أرسلت، فان مت من ليلتك فأنت على الفطرة واجعلهن آخر ما تتكلم به) أخرجه الجماعة.

٣ – يستحسن أن يحاسب المسلم نفسه قبل النوم عما بدر منه من أعمال خلال النهار، فان الله يعلم خائنة الأعين وما تخفي الصدور، فان وجد خيرا حمد الله تعالى أن هداه للخير، وان وجد غير ذلك استغفر وأناب. وقال عمر بن الخطاب رضي الله عنه : (حاسبوا أنفسكم قبل أن تحاسبوا وزنوها قبل أن توزن عليكم).

mercy and not salty or brackish because of our sins) and to pray for the water-server by saying «O Allah, quench the thirst of the one who quenches ours».

9- Most preferred of drinks to the Prophet were cool, sweet ones and milk. It has been reported that: Whoever is fed some food by Allah must say (O Allah, bless us in it, feed us its goodness, and increase us from it); and nothing makes up for food and drink except milk».

### Etiquette of Sleeping:

1- Sleeping early : this helps in getting up fresh for worship and work with resolution and determination. Aa'isha said that: «the Prophet used to sleep in the early portion of the night and stand the latter portion of it in salaah».

2- It is sunnah to make wudhu before sleeping then to lie down on the right side and to supplicate, for the Prophet said: «Whoever comes to bed having made wudhu like the wudhu of salaah, lies down on his right side, and says (O Allah, I submit my face to You, entrust my affairs to You, seek refuge with You in hope and fear of You, for there's no refuge except with You, I believe in the Book which You have revealed and in the Prophet whom You have sent), and if he dies that same night then he dies upon fitrah (Islam); so make it the last of your words».

3- It is preferable that a Muslim takes account of himself before sleeping and of his actions that day, for Allah knows the deceiver of eyes and what hearts conceal; so if he finds good he praises Allah the Most High for guiding him to it or else he seeks forgiveness and repents. The Prophet said: «Examine your selves before you are, and weigh (your actions) before they are done for you».

4- It is preferable to check the bedding before getting into it to ensure its cleanliness and freedom from insects especially in the open, gardens, camps or wherever there's many insects.

CONFIDENTIAL - This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002229

— يستحسن أن ينفض فراشه قبل اضطجاعه حتى يتيقن من نظافته وخلوه من الحشرات. وضرورة ذلك في الريف وفي البساتين والمخيمات وفي المناطق التي تكثر فيها الحشرات أكثر من المدن.

— يكره النوم على البطن لمخالفته قواعد الصحة في النوم واعاقته للتنفس. فقد روى الإمام البخاري عن يعيش الغفاري قال : (قال أبي : بينما أنا مضطجع في المسجد على بطني اذا رجل يحركني برجله فقال : أنّ هذه ضَجعة يبغِضها الله. قال : فنظرت فإذا رسول الله صلى الله عليه وسلم) رواه أبو داود.

— اذا تعذر على النائم النوم، وداهمته الهواجس فليقرأ ما تيسر من القرآن وليدع الله بهذا الدعاء : (اللهم رب السموات وما أظللن، ورب الأرضين وما أقللن، ورب الشياطين وما أضللن، كن لي جارا من شر خلقك أجمعين أن يفرط على أحد منهم أو أن يطغى عزّ جارك ولا حول ولا قوةَ إلا بك).

— اذا رأى النائم حلما حسنا فليحمد الله تعالى وليحدث به أصحابه وإذا رأى حلما فليستعذ بالله من الشيطان الرجيم، فقد روى عن أبي سعيد الخدري أنه سمع رسول الله صلى الله عليه وسلم يقول : (اذا رأى أحدكم رؤيا يحبها فانما هي من الله تعالى فليحمد الله عليها وليحدث بها : (وفي رواية فلا يحدث بها الا من يحب) وإذا رأى غير ذلك يكرهه فانما هي من الشيطان فليستعذ من شرها ولا يذكرها لأحد فانها لا تضره) عليه.

وفي حديث آخر : (أصدقكم رؤيا أصدقكم حديثا، ومن رأى رسول الله صلى الله عليه وسلم في المنام فقد رآه حقا لأن الشيطان لا يتمثل بنبي).

— اذا استيقظ النائم من نومه فليدع الله بهذا الدعاء المأثور : (الحمد لله الذي أحيانا أماتنا واليه النشور) رواه البخاري.

5- Sleeping on the stomach is discouraged because it contravenes health rules and restricts breathing. Yaeesh al-Ghiffari reports that his father said: As I was lying down on my stomach in the musjid, a man shook me with his leg and said «This lying down is disliked by Allah». I looked up and saw that it was the Prophet.

6- If one cannot sleep and thoughts are troubling him, then he must read what he can of the Qur'an and supplicate to Allah with this du'a: «O Allah, Lord of the skies and what they shade, Lord of the worlds and what they contain, Lord of even the evil ones and what they misguide, be my Protector from the harms of all Your creation lest one of them abuses or oppresses me, for great is Your Protection, no power nor strength is there except with You».

7- If one sees a good dream let him praise Allah and speak about it to his friends and if he sees a bad dream let him seek Allah's protection from Satan the rejected one. It is reported that Abu Saeed Al-Khudri heard the Prophet say: «If one of you sees a dream which he likes then it is from Allah Most High, so he must praise Allah for it and speak about it (in another narration: he must speak about it to those whom he loves), and if he sees a dream which he dislikes, then it is from Shaitaan so let him seek protection from its evil and not mention it anyone, and so it will not harm him».

Another hadeeth says: «The most truthful of you in dreams is the most truthful in speech; so whoever saw the Prophet in his dream has seen him truly, because Shaitaan cannot imitate a Prophet».

8- If one wakes up from his sleep, let him supplicate Allah with this reported du'a: «All praise is for Allah who brought us to life after making us die and to Him is the resurrection».

## 6 - 9 Some Selected Camp Chants:

### 6 - 9 - 1 Our Lord! You Alone we ask:

Our Lord! You alone we ask; Our Lord!
Give us the victory You promised us
Truly we seek Your pleasure; Truly
We are pleased with what pleases You for us
Our souls are purified like the Haram
They fill history with grandeur and nobility
Faithful to our pledges and obligations
Rising to loftiness and aspirations

Greatness, Truly Greatness      Is the duty of Muslims
The best of creation has gone   He used to belong to us
On to Greatness, for we are     The Nation of progress
On to Greatness, for here I am  With my life and my blood

* * * *

Youth of the Islamic World!
Guided Youth alone can build the world
So show off your Deen so that
The Deen of mind, heart and hand is followed
Youth of firm determination
Teach the world greatness and nobility
Acquaint the world with guidance and mercy
Acquaint the world with souls that submit
Greatness, truly greatness      ............... REPEAT ...............

* * * *

Always in my heart is the Prophet's voice
Saying: Strive, Sacrifice and Toil
Shouting: Overcome, Seek and Persevere
Crying out: Be forever proudly free
Be the same in private and in public
Be strong in heart and body

Be honorable to friend and country
Be stately with people and time
Greatness, truly greatness      ............... REPEAT ...............

* * * *

My Lord! to Islam have You guided me
My Lord! from Your Light have You given me
Upon a pledge have You given me life
Either I guard the treasure You have given me
as a gift
Or I die beside it a brave death
Firm, more lively, with a mountain-like heart
Shining, more lively, with a wholesome spirit
Striving, more lively, with a strong body
Greatness, truly greatness      ............... REPEAT ...............

### 6 - 9 - 2 Muslims .. Muslims .. Muslims

Muslims! Muslims! Muslims!
Wherever there is truth and justice we are
there
We prefer death and refuse to be belittled
For the Cause of Allah;
O! how sweet a destiny!

* * * *

We have decided and sworn an oath
To live or die as Muslims
Holding fast to the clear truth
Challenging the errors of the corrupt ones
Striving for Muslims to rule
Muslims! Muslims! Muslims!
We, with Islam were the best of nations
And with it conquered Kisraa and Caesar

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002230

We, have sown Justice in the world
　So reap & spread amongst the people «Allahu Akbar»
　　　Ask if you still don't know who
　　　Muslims! Muslims! Muslims!

Ask History what it knows of us :
　who protected the rights of the oppressed which were lost?
And who built for science loftier castles?
　And who established together religion and worldly life?

　　　So ask it .. And it will reply: The Muslims
　　　Muslims! Muslims! Muslims!

We, with Imaan have enlivened hearts
And with Islaam have liberated nations
We with Qur'aan have corrected defects
And have spread out northwards and south-
wards

　　　Spreading light and wiping out disgrace
　　　Muslims! Muslims! Muslims!

We with Qur'aan have lit up life
And with tauheed have raised up foreheads
We with sharpened swords have straightened tyrants
And are callers to Truth and guardians of it

　　　That is our history, O You Questioners
　　　Muslims! Muslims! Muslims!

O my brother in India or Morocco
　I am from you and you are from me; you are with me
Don't ask about my race or lineage
　Really it is Al-Islaam — it alone is my mother and my father

　　　A brotherhood are we and by it we are joined
　　　Muslims! Muslims! Muslims!

O Muslim brother in every place
Come let us free the chains for the time has come

CONFIDENTIAL: This document is subject to a Protective Order regarding Confidential information in In re MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002231

— 106 —

Climb the hill and call out the Azaan
　Raise the Qur'aan as the constitution of our time
　　　And fill the horizons with: We are Muslims
　　　Muslims! Muslims! Muslims!
Come let's repeat the era of the Rightly-guided
　Come let's reach the grandeur of our conquering forefathers
People are complaining of life without a deen
　So let us restore it as a mercy to all

　　　And don't say...How?  For we are Muslims
　　　Muslims! Muslims! Muslims!

### 6 · 9 · 3 Youth of the True (Religion)

Youth of the True Deen are the guided youth
　Come! Come to a final decision : —
The Prophet has called out and so has the Qur'an
　So blessed is the servant who responds when he is called

　　　　To Allah we supplicate and to Him is the Return

To Allah Alone the Lord of creation
　To the Deen after which there's none
To the Chosen (Prophet) whose era we contemplate

　　To the Truth whose love we ask for

　　　　To the Most Holy and Sacred we ask for repen-
　　　　tance

Here is Madinah and here is Makkah
　Here is the Deen that cares and here is honor
Here is purity, eminence and virtuosity
Here is strength, resoluteness and invincibility

　　　　So where, where else do we need to go ?!

Bring back the glory to its lions
　And restore the zeal to its soldiers
Flatten evil in its cradle

— 107 —

And     unsheath     the     swords

And don't be concerned here with difficulties

Ask the kuffaar: who repelled their tyrants?

And ask the mushrikeen: who terrified their supporters?

Ask the world: who shook its monarchs?

And ask truth who preserved its authority?

You will find in Badr enough for an answer!

Ask Uhud and ask Khaibar

Ask the blood which reddened the face of the earth

Ask King Kisra and ask Caesar

Ask Truth, for over them both it was all-conquering

Ask the Desert: how many secrets has it uncovered?!

Ask Ignorance : who has toppled it on this Earth?

And ask oppression: who has disciplined it on this planet?

Ask the East of this Dominion (Muslim Empire) or its West

And ask glorious Baghdad or Cordoba

You will see that your Dominion is far above the clouds!

Alas, we have forgotten our position here (now)

And we've abandoned the shariah and our role

For has built in our territory whatever it has

And it has built nothing but weakness and ruin

And we nurture nothing but desires and falsehoods!

Hail! Hail! O sacrificing soldiers!

To us! To us! So we may defend the flag

O this Day of Jihad, are you miserly with your blood?!

And has life become dearer to you? And staying behind sweeter?

Is staying in this world of torment more pleasing to us?

You are amongst those called upon by Destiny

Come! So we may revive the times of our predecessors

And establish Truth amongst the successors .

Come! Allah forgives that which has passed

For Allah never abandons one who supplicates and repents!

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03-MDL 1570(GBD) United States District Court for Southern District of New York

WAMMNTL E002232

— 108 —

---

## 6 - 10 Essentials that must be Carried by each Participant:

1- Copy of the Holy Qur'aan.
2- Towel.
3- Shaving razor and blades.
4- Toothpaste, toothbrush and miswaak.
5- Hairbrush and comb.
6- Small-sized alarm clock.
7- Simple mending equipment: needles and thread.
8- Camera (if he wants).
9- Small torch (and enough batteries).
10- Sunglasses.
11- Folding umbrella.
12- Notebook and pen.
13- Some small books (du'aas, regular recitations, chants).
14- Plastic sandals.
15- Deoderants and perfumes.
16- Special medicines.
17- Multi-purpose pocket-knife.
18- Underwear, a few sets of clothes and socks.
19- Small radio and tape-recorder (if he wants).
20- Magnifying glass and compass.
21- Sports equipment for each speciality.
22- Sports clothing and boots.
23- Swimming clothes and equipment.

## 6 - 11 Medicines and Medical Essentials Needed at the Camp:

1- Cottonwool, spirits, iodine, plaster strips for wounds (like BAND-AID), local anaesthetics, sprays, antiseptics (like DETTOL, SAFCOL), ammonia, medical thermometer, disposable injections (different sizes).

2- Anti-Histamines:
   a- for sea, air and travel sickness.

— 109 —

b- PHENERGAN (PROMETHAZINE) is used for insect and snakebites, sea-sickness and upset feeling that occurs with some foods.

c- PLASIL - which is used in cases of vomiting.

3- Antibiotics:

Used for microbial infections, bacterial or fungal, like inflammed throats and tonsilitis.

a- Natural Antibiotics: MYCOSTATINE (ointment).

b- Bacteriocides (oral):
1-. AMPICILLINE 500mg std dose.
2- AMPICLOX 500mg std dose.
3- TETRACYCLINE 500mg std dose.
4- SEPTRIN D.S. 500mg std dose.

c- Bacteriocides (oinment):
1- GENTRAMYCINE
2- TETRACYCLINE

d- Bacteriocides (drops):
1- CHLOROAMPHENICOL

e- Antiparasitics:
1- FLAGYL.

4- Medications for treating symptoms like:
a- Coughing.
b- Diaorrhea.
c- Constipation eg. DULOLOAX.
d- Nausea or dizziness eg. REDOVAN.
e- Allergies and Itching eg. KALAMINA, CALADRYL or tablets eg. TAVAGYL TAB.

5- Vitamins (variety).

6- Medications for treating general weakness:
a- ATROPINE 0,4mg std dose.
b- ADRENATINE.
c- NALLCOZ
d- Glucose solution (drip).

e - Ammonia.

7- Cures for poisoning by insects, food or reptiles:
a- HYDROCORTIZONE 100mg
b- ANTIHISTAMINE
c - Stomach pumps
d- ATROPINE

8- Local anaesthetic for wounds and injuries XYLOCAIN (in bottles and syringes).
Local anaesthetic for burns and scrapes eg. FLAMAZINE (in tubes).
Local Antiseptics:
a - Syringes
b- Iodine
c - Spirits

9- Bronchal Ventilators for respiratory problems VENTOLINE spray
For nasal congestion DELTARHINOL (spray).
For throat congestion ANTISEPTIC LOZENGES.

10- For other symptoms:
a - KAOMYCIN (drink) for diarrhoea
b- ACTIFED for painful coughs.
c - DOLCULAX (tablets) for constipation.

GENERAL MEDICATIONS:

ASPIRIN, PANADOL, PROTAIN, CALAMINE, Hot water bottle, Eye Drops (NAPHCON or PREZOLINE), OCUSOL (for red eyes), Tranquilisers, Medications for migraines and headaches, CAFERGET (for pressure), CRANFEL (for teeth).
CORICIDIN-D for colds.
TRI-AMINIC, ASCORNADE, CALCIBON for runny nose.
CHARCOL for troublesome gases and also poisoning.

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002233

## General Suggestions:

1- The participants must be advised to carry with them medical prescriptions if they are being treated for any illness.

2- They must carry with them what confirms their blood group in case of need during blood transfusion or unconciousness.

3- And also carry their optical prescription in case their glasses break or are lost and have to be replaced.

4- Also what indicates that the participant is suffering from diabetes or any attacks of fainting or epilepsy.

It would be best if complete medical examination equipment is made available in a fixed place at the Camp.

## B-12 a Books (Arabic) which must be made available at the Camp:

1- At-Tafseer Al-Waadhih ............................... Sh. Dr. Hijazi
2- Fi Zilaal Al-Qur'aan ................................... Sayyid Qutb
3- Al-Mu'jam Al-Mufahras li Alfaaz Al-Qur'aan
4- Tafseel Aayaat Al-Qur'aan Al-Kareem
5- An-Naba' Al-Azeem ............................... Dr. Abdullah Diraz
6- Tahzeeb Seerat Ibn Hishaam
7- Fiqh As-Seerah ..................................... Sh. Al-Ghazzaali
8- Al-Manhaj Al Haraki Lis-Seerah
   An-Nabaweeyah ..................................... Muneer Al-Ghadhbaan
9- Suwar min Hayaat Ar-Rasul ....................... Ameen Duwaydaar
10- At-Targheeb Wat-Tarheeb ........................ Sh. Al-Munziri
11- Riyaadh As-Saaliheen ............................. Sh. An-Nawawi
12- Tabseet Al-Aqaaid Al-Islaamiyyah ............. Hasan Ayub
13- Al-Aqeedah Al-Islaamiyyah ...................... Dr. Sayyid Saabiq
14- Fathul Majeed: Sharh Kitaab Al-Tawheed
15- As-Sunnah wa Makaanatuha ...................... Dr. Subaaei
16- Fiqh As-Sunnah ..................................... Dr. Sayyid Saabiq
17- Al-Halaal wal Haraam fil Islaam ................. Dr. Y. Al-Qardhaawi
18- Jundullahi: Thaqaafatan wa Akhlaakan ...... Saeed Hawa
19- As-Sahwah Al-Islaamiyyah ....................... Dr. Y. Al-Qardhaawi
20- As-Sulook Al-Ijtimaa'iy fil Islaam ............... Hasan Ayub
21- Adab Al-Muslim ..................................... M. Saeed Mabeedh
22- Ruh Ad-Deen Al-Islaami .......................... Afeef At-Tabbaarah
23- Al-Hadhaarah Al-Islaamiyyah ................... Abul Ala Maududi
24- Nazariyyat Al-Islaam wa hadyuhu .............. Abul Ala Maududi
25- Al-Islaam wal Mar'ah Al-Mu'aasarah .......... Al-Bahaa Al-Khaulaa
26- Min Rawaai' Hadhaaratul Islaam .............. Dr. Subaaie
27- Sifat Salaat An-Nabi Ka annaka taraahaa'... Sh. Al-Albaani
28- Khasaais Tasawwur Al-Islaami ................. Sayyid Qutb
29- Muqawwamaat At-Tasawwur Al-Islaami ..... Sayyid Qutb
30- As-Siraa' bainal Fikrah Al-Islaamiyyah wal Fikrah Al-Gharbiyyah ............................... Abul Hasan A. Nadwi
31- Dustoor Al-Wuhdah Ath-Thaqaafiyyah ....... M. Al-Ghazzaali
32- Ba'dhul Qisas Al-Islaamiyyah wal Masrahiyyaat mithlu:
   a- Waa Islaamaah .................................. Bakatheer
   b- Hamazaat Ash-Shayaateen ................. As-Sehaar
   c- Al-Yaum Al-Mau'ood .......................... Dr. Al-Kelaani
   d- Nurullaah ......................................... Dr. Al-Kelaani
   e- 'Aalim wa Taaghiyah ......................... Dr. Al-Qardhaawi
33- Hayaatus Sahaabah ............................... Ad-Dahlawi
34- Shubuhaat haul Al-Islaam ........................ Muhammad Qutb
35- Muftarayaat 'alal Islaam ........................... Ahmad Jamaal
36- Zaad Al-Ma'aad .................................... Ibnul Qayyim
37- Al-Fikr Al-Islaami wa Silatuhu bil Isti'maar Al-Gharbi ............................................. Dr. Al-Bahaa
38- Maaza Khasira Al-'Aalam bi Inhitaat Al-Muslimeen ........................................ Abul Hasan A. Nadwi
39- Harakaat wa Mazaahib ........................... Fathi Yakan
40- Mazaahib Fikriyyah Mu'aasarah ............... Muhammad Qutb
41- Usool Ad-Da'wah .................................. Dr. Abdul K. Zaidaan

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information, 03 MDL 1570 (GBD), United States District Court for Southern District of New York

FAY INTL E002234

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002235

42- Tarbiyyatul Awlaad fil Islaam ....................... Abdullah 'Alwan
43- Shakhsiyyatul Muslim Kama Yasughuha Al-Islaam .................................. Dr. Al-Haashimi
44- An-Nazariyaat As-Siyaasiyyah Al-Islaami-yyah ................................... Dr. Dhiyaa Ad-Deen Ar-Rais
45- Rihlatul Khulood .................................... Hasan Ayub
46- Suwar min Hayaatus Sahaabah .................. Dr. Al-Baasha
47- Shuhadaa Al-Islaam fi 'Ahd An-Nubuwwah Dr. An-Nishaar
48- Rasaail As-Shaikh Hasan Al-Banna
49- Maaza Ya'ni Intimaaiy lil Islaam .................. Fathi Yakan
50- Muzakkiraat Ad-Da'wah wa Ad-Daa'iyah ..... Hasan Al-Banna
- Tahaddiyaat Al-'Asr Al-Jadeed Wash-Shabaab ...................................... Maududi
52- Al-Imaan wal Hayaah ............................ Dr. Al-Qardhaawi
53- Ma'aalim fil-Tareeq ............................... Sayyid Qutb
54- Aqeedatul Muslim ............................... Sh. Al-Ghazzaali
55- Usool Al-Hewaar ............................... WAMY Publication

## 6 - 12b Books (English) That Must be Available at the Camp:

1- WAMY Series on Islaam
2- The Holy Qur'aan (with English or other translation ...................................... A. Yusuf 'Ali
3- In the Shade of the Qur'aan ........................ Sayyid Qutb
4- The Meaning of the Qur'aan (10 Vols) ........ Maududi
5- The Way to the Qur'aan ............................ Khuram J. Muraad
6- Towards Understanding Islaam ................. Maududi
7- Call to Islam and How the Prophet Preached........................................ Amin Ahsan Islahi
8- Witness unto Mankind ............................. ed. Khuram Muraad
9- Purdah and Status of Women in Islaam ..... Maududi
10- Morals and Manners in Islaam .................... Marwan Al-Kayel
11- The Lawful and Probihited in Islaam .......... Dr. Y. Al-Qardawi
12- Islaam at a Glance ........................... Sadruddin Islahi

13- Saviours of Islamic Spirit (2 Vols) ............... Abul Hasan Nadawi
14- Let us be Muslims ........................................ Maududi
15- Why we embraced Islaam (2 parts) ............. Al-Ashi
16- Everyday Fiqh (2 Vols) ................................. A. A. Kamal
17- Mishkaat-ul-Masaabih ............................. Translated by Abdul Hameed Siddiqi
18- Truth about Jesus ........................................ Dr. Maneh Al-Johani
19- The Life of Muhammad ................................ Abdul Hameed Siddiqi
20- Jesus : Prophet of Islaam ............................ Ataur Rahmaan
21- Islaam in Focus ............................................ Hammudah Abdul Ati
22- Islaam and Christianity ............................... Ulfat Abdus Samad
23- Qur'aan, Bible and Science ......................... Maurice Bucaille
24- What everyone should know about Islaam and Muslim ............................................... Suzanne Haneef
25- Gleanings from the Glorious Qur'aan ........ A. Ahmad

## 6 - 13a: Suggested Themes

1- Al-Islam - A Complete Way of Life.
2- The Prophet of Islam - A Model for all.
3- Al-Quran - Guideline for Mankind.
4- The Muslim Ummah - Leaders of Mankind/Born to Lead.
5- Al-Islam - the way to Peace and Success.
6- Al-Islam - Past, Present and Future.
7- Al-Islam - the only Solution.
8- Muhammad (SAW) - the Revolutionary Prophet.
9- Al-Quran - the Everlasting Miracle.
10- Al-Quran - the Living Constitution.
11- The Dawah and the Da'ee.
12- Re-Establishing Islam - Why and Who?
13- Jihad - the Comprehensive Way

14- Muslim Revival : Movements and Personalities - Since the Last two Centuries.

15- The Role of Muslim Youth/Students.

16- The Role of Muslim Women.

17- Towards an Islamic Society.

18- Establishing an Islamic Movement.

19- Training a Dynamic Islamic Leadership.

20- Al-Islam Vs the Religions of the world.

21- Al-Islam Vs the-Isms: (Capitalism, Communism, Zionism etc.).

22- Al-Islam: Ideology and Practice; Shariah and Ibadah.

23- Living Islam in a Non-Muslim Country/In the 21st Centrury.

24- Islam and the Environment.

25- Planning for Islamic work: Moves and Strategies.

## 6 - 13b: Suggested Topics:

1- Islamic Social System (Also Economic, Political, Moral and Educational etc.).

2- Justice and Human Rights in Islam.

3- Islamic Beliefs and Practices.

4- Ibadah - A Comprehensive Approach.

5- Developing an Islamic Personality.

6- The First Quranic Generation.

7- Universality of Islam - For All Times, Places and People.

8- Shariah: Its Sources and Principles.

9- Quran and its Role.

10- Sunnah and its Function.

11- Impact of the Shahadatain (Kalimah).

12- Dawah: Mission of the Prophets.

13- Dawah: Ways and Means for Today.

14- Ukhuwwa: The Implication of Islamic Brotherhood.

15- Al-Islam: Aqeedatan wa Manhajan (Ideology and Methodology).

16- Al-Islam: Ilman wa Amalan (Knowledge and Action).

17- Islamic Concepts (Amanah, Sidq, Akhlaq, Tawhid, Jihad, Ukhuwwa, Ibadah, Adl, Ikhlas, Niyyah, ... etc.).

18- Islam, Iman, Ihsan.

19- Islamic Pillars in Practice (Salah, Siyam, Zakah, Hajj).

20- Meaning of Halal and Haram.

21- Boys and Girls: Their Roles, Rights and Duties.

22- Islam and Science; Islam and Progress.

23- Rights and Duties of Father, Mother, and Child.

24- Our Environment and us; Caring for Nature Because Nature Cares for us.

25- Our Prayer as an Amanah.

26- Our Body as an Amanah.

27- Kabaa'ir and Saghaa'ir. ie. Major and Minor Sins.

28- Some un-Islamic Habits and their Remedy (In Society and Individuals).

## 6 - 13c SKILLS and CRAFTS

1- First Aid.

2- Reading, Writing, Speech and Study Skills.

3- Journalism and Broadcasting.

4- Swimming and Life-Saving.

5- Dawah Techniques (Theory and Practice).

6- Interviews and Debates.

7- Social Services: (Literacy Classes; Assisting Orphans, Widows and the Aged; Building Schools and Clinics; Charitable Collections of Money, Food and Clothing).

8- Outdoor Camping, Scouting, Hiking.

9- Wood Craft, Welding, Knitting and Sewing.

10- Imam and Khatib Training.

11- How to Organize Islamic Work - Administration and Implementation.

12- Time and Health Management.

13- Winning Friends and Influencing Others.

14- Making Wudhu, Ghusl and Salah (In Actual Practice).

— 116 —

— 117 —

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for Southern District of New York

WAMY INTL E002236

15-Ghusl, Kafan and Janazah for the Dead.
16-Computer Skills.
17-Play-Writing and Acting.
18-Learning Arabic; Memorizing Quran and Hadith.
19-Library Services (Setting up and Running an Islamic Library).
20-Anti-Smoking, Anti-Alcohol and Anti-Drug Campaigns.
21-Islamic Adaab and Dua for all Occasions.
22-Basic Electronics and Mechanics for Car and Home.
23-Typing and Calligraphy.
24-Preparing and Publishing Posters, Newsletters and Pamphlets.
25-Home Agriculture and Farming Techniques.
26-Home Economics and Cooking.
27-Muslim Census and Fact-Finding Mission (Especially in Non-Muslim countries to find out how many Muslims in the area, their problems, needs, and services they can offer to other Muslims).

## 6 - 14 Statistics of WAMY-Implemented Camps
### From 1396H To 1410H

Most Important Camps held by WAMY or In which it participated:

| No. | Country | Date | Type | Remarks |
| --- | --- | --- | --- | --- |
| 1 | Jordan | 1396 | Regional | for Jordanian Youth |
| 2 | Jordan | 1397 | Permanent | for Youth from Arab World |
| 3 | Abha (S. Arabia) | 1397 | Intrntl/Perm | for Muslim World Youth |
| 4 | Cyprus | 1398 | Permnt | for Muslim World Youth |
| 5 | Jordan | 1398 | Regional | for Gulf Countries Youth |
| 6 | Mali | 1399 | Regional | for Muslim World Youth |
| 7 | America | 1399 | Regional | for American Countries |
| 8 | Jordan | 1399 | Regional | for Jordanian Youth |
| 9 | Janaglia (Turkey) | 1400 | Intrntl | for Muslim World Youth |
| 10 | Cyprus | 1400 | Regn/Perm | for Gulf Countries Youth |
| 11 | America | 1400 | Regional | for American Countries |
| 12 | Bangladesh | 1400 | Intrntl/Perm | for Asian Countries |
| 13 | Morive (Malaysia) | 1401 | Permnt | for Asian Countries Youth |
| 14 | Cyprus | 1401 | Permnt | for Arab & some African Countries Youth |
| 15 | Sao Paulo (Brazil) | 1401 | Intrntl | for S. & N. American Youth |
| 16 | Abha (S. Arabia) | 1401 | Regn/Perm | for S. & N. American Youth |
| 17 | Vancouver (Canada) | 1402 | Regional | for Canadian Youth |
| 18 | Toronto (Canada) | 1402 | Regional | for US & Canadian Youth |
| 19 | Australia | 1402 | Local | for Victoria State Youth |
| 20 | Hong Kong | 1402 | Regional | for Asian Countries Youth |
| 21 | Nairobi (Kenya) | 1402 | Regional | for Youth from English-speaking Africa |
| 22 | Britain | 1402 | Regional | for Muslim Students in Europe |

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002237

| No | Country | Date | Type | Remarks |
|---|---|---|---|---|
| 23 | Cyprus | 1402 | Permanent | for Turkish & Arab Youth |
| 24 | Tetuan (Morroco) | 1402 | Intrntl | for Youth from French-speaking Africa |
| 25 | Madinah | 1402 | Regional | for Saudi Varsities Youth |
| 26 | Suva (Fiji Islands) | 1403 | Regional | for Fijian & Asian Youth |
| 27 | Cyprus | 1403 | Permnt | for Turkish & Arab Youth |
| 28 | Brikama (Gambia) | 1403 | Regional | for African Countries Youth |
| 29 | Buenos Aires | 1403 | Local | for Argentinian Youth |
| 30 | Zamboanga (Phlpn) | 1403 | Regional | for Asian Countries Youth |
| 31 | Seoul (S. Korea) | 1403 | Regional | for Korean & Japanese Youth |
| 32 | Paris (France) | 1403 | Regional | for French Youth |
| 33 | Port Novo Benin | 1403 | Regional | for Benin & Nigerian Youth |
| 34 | Khartoum (Sudan) | 1403 | Regional | for Sudan & C Africa Youth |
| 35 | Vicht (Holland) | 1403 | Regional | for Dutch & German Youth |
| 36 | Mauritius | 1403 | Regional | for Indian Ocean Islands |
| 37 | Ilorian (Nigeria) | 1404 | Regional | for Nigeria, Ghana, Liberia |
| 38 | Dares Salaam | 1404 | Regional | for C Africa & Zimbabwe |
| 39 | Blantyre (Malawi) | 1404 | Regional | for Malawi, Tanzania & South Africa |
| 40 | Khshm Qirba (Sudan) | 1404 | Local | for Eritrean Youth |
| 41 | Sierra Leone | 1404 | Local | for Sierra Leoni Youth |
| 42 | Granada (Spain) | 1404 | Regional | for Spanish, French, English & Moroccan Youth |
| 43 | Holland | 1404 | Local | for Dutch Muslims |
| 44 | Frankfurt | 1404 | Local | for German-speaking Youth |
| 45 | Piratnagar (Nepal) | 1404 | Regional | for Nepal & India |
| 46 | Sheepa City (Japan) | 1404 | Regional | for Japan, Hong Kong, Korea & Taiwan |
| 47 | Taipei | 1404 | Local | for Chinese Youth |
| 48 | Kampala (Uganda) | 1404 | Local | for Uganda Varsity Youth |
| 49 | Mauritius | 1404 | Local | for Indian Ocean Islands |
| 50 | Balistan (Pakistan) | 1404 | Local | for Soviet Border Area Yth. |
| 51 | Sao Paulo (Brazil) | 1404 | Regional | for Brazil & Argentine |
| 52 | Buenos Aires | 1404 | Local | for Argentinian Youth |
| 53 | Georgetown (Guyana) | 1404 | Regional | for Guyana, Trinidad, Surinam & Canada |
| 54 | Cyrena (Cyprus) | 1404 | Permnt | for Gulf Countries Youth |
| 55 | Seoul (Korea) | 1404 | Local | Korean Youth |
| 56 | Tetuan (Morocco) | 1405 | Regional | for Youth from N W Africa |
| 57 | Raja (Sudan) | 1405 | Local | For Youth from Southern Sudan & Ugandan Refugees |
| 58 | Balistan (Pakistan) | 1405 | Local | for Central Balistan Youth |
| 59 | Kenya | 1405 | Regional | for East Africa Youth |
| 60 | Burkina Faso | 1405 | Regional | for West Africa Youth |
| 61 | India | 1405 | Local | for Indian Youth |
| 62 | Fiji Islands | 1405 | Regional | for S. E. Asia & Pacific Ocean Islands Youth |
| 63 | Hong Kong | 1405 | Regional | for East Asian Countries |
| 64 | Australia | 1405 | Local | for New South Wales State |
| 65 | Indonesia | 1405 | Regional | for Pacific Ocean Islands |
| 66 | Bangladesh | 1405 | Local | for Bangladeshi Youth |
| 67 | Singapore | 1405 | Local | for Asian Countries Youth |
| 68 | Pakistan | 1405 | Regional | for Asian Students |
| 69 | Korea | 1405 | Local | for Korean Youth |
| 70 | Argentine | 1405 | Regional | for S American Youth |
| 71 | Brazil | 1405 | Regional | for S. American Youth |
| 72 | Canada | 1405 | Local | for Canadian Youth |
| 73 | Holland | 1405 | Local | for Dutch Youth |
| 74 | France | 1405 | Local | for French Children |
| 75 | Sweden | 1405 | Local | for Swedish Youth |
| 76 | England | 1405 | Local | for London Youth |
| 77 | Cyprus | 1405 | Regional | for Arab Countries Youth |
| 78 | Spain | 1405 | Local | Children's Camp |
| 79 | Sudan | 1406 | Local | for Central Western & Eastern Sudan |
| 80 | Korea | 1406 | Regional | for Far East Asian Youth |
| 81 | New Zealand | 1406 | Regional | for Youth from Australia & South Pacific Islands |
| 82 | Holland | 1406 | Local | for Dutch Youth |
| 83 | Morocco | 1406 | Regional | for Moroccan, French & Spanish Youth |
| 84 | Ghana | 1406 | Local | for Youth of Tamale Area |
| 85 | Cyprus | 1406 | Regional | for Gulf Countries Youth |
| 86 | France | 1406 | Regional | for France & W Europe |
| 87 | Spain | 1406 | Local | for Spanish Children & Youth |
| 88 | Australia | 1406 | Local | for New South Wales Youth |
| 89 | England | 1406 | Local | for English Youth |
| 90 | Philippines | 1406 | Local | for Philippine Varsity Youth |
| 91 | Kenya | 1407 | Regional | for East African Youth |
| 92 | Pakistan | 1407 | Intrntni | for Islamic Varsity Youth |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002238

| No. | Country | Date | Type | Remarks |
|---|---|---|---|---|
| 93 | W. Germany | 1407 | Regional | for European Student Fed |
| 94 | Sudan | 1407 | Local | for S. Sudan & Ugandan Youth |
| 95 | Australia | 1407 | Local | for Australian Youth |
| 96 | Mozambique | 1407 | Regional | for Southern Africa Youth |
| 97 | Philippines | 1407 | Local | for Philippino Youth |
| 98 | Argentine | 1407 | Regional | for S. American Youth |
| 99 | Malaysia | 1407 | Regional | for Malay Archipelago Youth |
| 100 | France | 1407 | Local | for French Youth |
| 101 | Brazil | 1407 | Regional | for Brazil & Argentine Youth |
| 102 | England | 1407 | Local | for English Youth |
| 103 | Pakistan | 1407 | Local | for Belistan Youth |
| 104 | Korea | 1407 | Local | for Korean Youth |
| 105 | Pakistan | 1407 | Local | for Pakistani Youth |
| 106 | Morroco | 1407 | Regional | for Gulf Countries Youth |
| 107 | Germany | 1408 | Local | for German Muslim Women |
| 108 | UAE | 1408 | Regional | for Gulf Countries Youth |
| 109 | Italy | 1408 | Regional | for Central European Youth |
| 110 | Indonesia | 1408 | Local | for Islamic Studies Course |
| 111 | Kenya | 1408 | Regional | for East African Youth |
| 112 | Senegal | 1408 | Regional | for West African Youth |
| 113 | Mali | 1408 | Regional | for West African Youth |
| 114 | Nigeria | 1408 | Local | for Nigerian Youth |
| 115 | Sudan | 1408 | Local | for Aromo Youth |
| 116 | Sudan | 1408 | Local | for Malawian Students |
| 117 | Sudan | 1408 | Local | for Inviting non-Muslims |
| 118 | Sudan | 1408 | Local | for Holy Qur'an Camp |
| 119 | Sudan | 1408 | Regional | for Students of 11 Countries |
| 120 | Ghana | 1408 | Local | for Ghanaian Youth |
| 121 | Bangladesh | 1408 | Local | for Burmese Youth |
| 122 | Denmark | 1408 | Regional | for Scandinavian Youth |
| 123 | Holland | 1408 | Local | for Youth & Students |
| 124 | England | 1408 | Local | for Da'wah & Its Means |
| 125 | England | 1408 | Local | The 27th Camp |
| 126 | France | 1408 | Local | Islamic Media & its Application |
| 127 | China | 1408 | Local | for Sinkiang Youth |
| 128 | Makkah | 1408 | Local | for Patani (Thai) Students |
| 129 | Brazil | 1408 | Regional | for Brazil & Argentine Youth |
| 130 | Chile | 1408 | Local | for Chilean Youth |
| 131 | Australia | 1408 | Local | for Australian Youth |
| 132 | Colombia | 1408 | Local | for Colombian Youth |
| 133 | Greece | 1408 | Regional | for West Europe & Greece |
| 134 | Phillipines | 1408 | Local | for Philipino Youth |
| 135 | Japan | 1408 | Regional | for Far East Youth |
| 136 | England | 1408 | Regional | Training Du'at for Europe |
| 137 | Argentine | 1408 | Local | for Argentinian Youth |
| 138 | Burundi | 1408 | Regional | for Central Africa Youth |
| 139 | Brazil | 1408 | Local | for Muslim Women |
| 140 | Peru | 1408 | Local | for Peruvian Youth |
| 141 | Bolivia | 1408 | Local | for Bolivian Youth |
| 142 | Senegal | 1409 | Local | for Ibadur Rahman Youth |
| 143 | Mauritania | 1409 | Regional | for Maghribi Youth |
| 144 | Guinea Bissau | 1409 | Local | for Guinea Bissau Youth |
| 145 | Tanzania | 1409 | Local | for 13 Islamic Societies |
| 146 | Kenya | 1409 | Local | for Young Muslim Assoc. |
| 147 | England | 1409 | Local | for Leceister Youth |
| 148 | India | 1409 | Local | All India Student Fed |
| 149 | Uruguay | 1409 | Local | for Uruguayian Students |
| 150 | Pakistan | 1409 | Local | for Belistani Youth |
| 151 | Liberia | 1409 | Local | Muslim Students Fed. |
| 152 | Taiwan | 1409 | Local | for Taiwanese Youth |
| 153 | Zambia | 1409 | Regional | 6th Regional Conference |
| 154 | Holland | 1409 | Local | for Dutch & Belgian Youth |
| 155 | Indonesia | 1409 | Regional | for Indonesian Youth |
| 156 | America | 1409 | Regional | for Arab American Youth |
| 157 | Pakistan | 1409 | Regional | for Gulf Countries Youth |
| 158 | Indonesia | 1409 | Regional | Scientists & Engineers Conference |
| 159 | New Zealand | 1409 | Regional | for N. Zealand & Pacific Island Youth |
| 160 | Greece | 1409 | Regional | for East European Youth |
| 161 | Italy | 1409 | Regional | for Central Europe Youth |
| 162 | Malaysia | 1409 | Local | for Malay Archipelago Youth |
| 163 | Bangladesh | 1409 | Local | for Bangladeshi Students & Youth |
| 164 | Holland | 1409 | Local | for Dutch Youth |
| 165 | Germany | 1409 | Local | for Muslim Scouts |
| 166 | Austria | 1409 | Regional | East European Conference |

CONFIDENTIAL SUBJECT TO Protective Order regarding confidential information in 03 MDL 1570 GBD United States District Court for Southern District of New York

WAMY INTL E002239

| No. | Country | Date | Type | Remarks |
|-----|---------|------|------|---------|
| 167 | Belgium | 1409 | Local | for Belgian Youth |
| 168 | Ivory Coast | 1409 | Regional | for West Africa Youth |
| 169 | Morocco | 1410 | Local | for North Maghrib Youth |
| 170 | Liberia | 1410 | Local | for Muslim Students Fed |
| 171 | Gambia | 1410 | Local | for Leadership Training Prog. |
| 172 | Sudan | 1410 | Intrntnl | International Muslim Women's Organisation |
| 173 | Sudan | 1410 | Local | for Aromo Youth |
| 174 | Ivory Coast | 1410 | Local | for Ivorian Youth |
| 175 | Thailand | 1410 | Local | for Thai Youth |
| 176 | Jordan | 1410 | Intrntnl | for Muslim Scouts |
| 177 | Fiji | 1410 | Regional | for Pacific Islands Youth |
| 178 | Ghana | 1410 | Local | for Ghanaian Students |
| 179 | Nigeria | 1410 | Local | for Nigerian Youth |
| 180 | Benin | 1410 | Local | for Benin Youth |
| 181 | Gabon | 1410 | Local | for Gabonese Youth |
| 182 | Uganda | 1410 | Local | for Ugandan Youth |
| 183 | Sudan | 1410 | Regional | Leadership Training Prog. |
| 184 | Qatar | 1410 | Regional | for Gulf Countries Youth |
| 185 | Burundi | 1410 | Regional | for Youth from Burundi Rwanda & Zaire |

CONFIDENTAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002240

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570(GBD) United States District Court for Southern District of New York

WAMY INTL E002241





NOTE

## WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY)

**Founded :** 1392 H (1972 CE)
**Headquarters :** Riyadh - Saudi Arabia
**Nature :** First International Islamic Organization dealing specially with youth affairs embracing over 450 Islamic youth/students organizations in the five continents.
**Aims :**
1 - Serving the true Islamic ideology based on Tawheed.
2 - Consolidating the factors of ideological unity and strenghthening the Islamic fraternal relationship among the Muslim Youth.
3 - Introducing Islam to the world using all available means.
4 - Crystallizing and supporting the constructive role of youth and students in developing an Islamic society.
5 - Assisting Islamic youth organizations all over the globe through effecting a coordination in their activities and helping them to implement their projects.

**International Conference :** WAMY holds its international conference every three years. Six such conferences have already taken place - five of them in Riyadh in the years 1972, 1973, 1976, 1979 and 1986 and one in Nairobi, Kenya in 1982. They were attended by representatives of Islamic youth / student organizations from all over the world. The participants selected members of WAMY General Secretariat and discussed issues concerning the Muslim youth.

WAMY also holds / assists in holding local and regional youth camps in different parts of the world all the year round to train the Muslim youth in leadership and organization.