Marc Sageman, M.D., Ph.D.
402 King Farm Blvd, Ste 125-222
Rockville, MD 20850

August 6, 2020

### *In Re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (GBD)

Dear Mr. Omar Mohammedi,

You have retained me in the above litigation as an expert to address certain issues beyond the ken of the factfinder. My qualifications are outlined in my attached C.V. I have been qualified as an expert witness on terrorism in multiple federal jurisdictions including the SDNY. In the process of attaining opinions in this matter, I have reviewed the complete discovery material produced by all seven sets of plaintiffs as well as the World Assembly of Muslim Youth (henceforth WAMY) that you have sent me on a hard drive, which total more than hundreds of thousands of pages. These documents are too numerous to list.

This report is divided into four parts. The first describes my methodology and that of two of the plaintiffs' experts used to address the relevant issues. The second outlines the evolution of al Qaeda and the 9/11 terrorists in order to provide a chronological context to plaintiffs' allegations. The third addresses the plaintiffs' multiple allegations against WAMY in chronological order in order to assess them in their respective contexts. The fourth provides my opinion on the pertinent issues in this litigation concerning WAMY in terms of the 9/11 attacks.

### I.     Methodology

An expert report meant to educate a factfinder must reach its opinions based on accepted scientific methodology according to the *Daubert* standard. This section covers the methodology used in deriving the opinions proffered in this report. This is basically the same methodology that I have used in multiple scientific peer-reviewed publications.[1]

---

[1] See Marc Sageman, 2017, *Turning to Political Violence: The Emergence of Terrorism*, Philadelphia: University of Pennsylvania Press, at xiv–xxii; and Marc Sageman, 2019, *The London Bombings*, Philadelphia: University of Pennsylvania Press, at 3–8.

EXHIBIT

WAMY EX. 40

1

entitled *Youth of the True (Religion)*. Kohlmann manages to include a few errors in his quote, where the relevant passage is, "Bring back the glory to it's [sic, but correctly translated as its in original] lions/ And restore the zeal to its soldiers/ Flatten evil in its cradle/ And unsheath [sic, incorrect as well in original] the swords…. Hail! Hail! O sacrificing soldiers!/ To us! To us! So we may defend the flag. [no period in original]/ On this Day of Jihad, are you miserly with your blood?!"[437] Winer adds more of the refrain, "And has life become dearer to you? And staying behind sweeter? Is staying in this world of torment more pleasing to us? You are amongst those called upon by Destiny. Come! So we may revive the times the times [sic, Winer repeats Kane's error of repeating the phrase the times, which is not in the original] of our predecessors!"[438]

Both Kohlmann and Winer take these excerpts out of context in order to suggest that the song encourages young Muslims to become al Qaeda suicide bombers. But this is not the meaning of the song when read in its entirety. The song advocates the youth to return to the right path after veering off course. "Alas, we have forgotten our position here (now)/ And we've abandoned the shariah and our role/ Error has built in our territory whatever it has/ And it has built nothing but weakness and ruin/ And we nurture nothing but weakness and ruin." After the beginning of the refrain that hails and glorifies the past soldiers of Islam, the song ends not as Winer writes "So we may revive the times of our predecessors!" but in a longer sentence, "So we may revive the times of our predecessors/ and establish Truth amongst the successors/ Come! Allah forgives that which has passed/ For Allah never abandons one who supplicates and repents!"[439] There is no exclamation point after predecessors as Kane declared. The song simply glorifies past Muslim heroes but only calls young people to adopt a Salafi version of Islam. The passage just before the refrain and its ending give the true meaning of the song, which can only be misinterpreted when excerpts are taken out of context, as Kane, Winer, and Kohlmann do. Again, as argued in the methodological part of this report, one must put documents in their proper context. The original document, not a secondary version like Kane's, is the start of the investigation, not its end.

---

respectively) at PEC-WAMY001712. This creates circular citation: Kane cites Winer, who cites Kane…

[437] Kohlmann report, at 48, original is WAMY INTL E002231–2.

[438] Winer report, at 102; *U.S. v. Biheiri*, 2003, Kane's declaration, at 8.

[439] WAMY INTL E002232.

Laden or that he had ever served as any executive of WAMY, let alone as its Secretary General.[482] At the time, an allegation had surfaced that Batterjee (who was identified as a former Secretary General of WAMY) under the pseudonym of Basil Muhammad had written and published via LBI and WAMY *Al Ansar al Arab fi Afghanistan* (The Arab Helpers in Afghanistan)[483], which I used liberally in part II of this report. In fact, even the usually reliable *9/11 Commission Report* states, "For a particularly useful insight into the evolution of al Qaeda – written by an early bin Ladin associate, Adel Batterjee, under a pseudonym – see Basil Muhammad, Al Ansar al Arab fi Afghanistan (The Arab volunteers in Afghanistan) (Benevolence International Foundation (BIF) and World Association of Muslim Youth, 1991)."[484] In his expert report, Kohlmann refers to this book and still gives its publisher as "The Committee for Islamic  Benevolence Publications."[485]

Basil Muhammad is actually a real person, quite different from Adel Batterjee. He was a Syrian journalist exiled to the United Arab Republic and came periodically to Peshawar in the late 1980s to report on the Soviet Afghan War. He decided to record the activities of the ansar in Peshawar for posterity through a series of interviews with its prominent members, including Mustafa Hamid and Abdullah Anas. Hamid refers to him occasionally in his contemporaneous diaries, now preserved on the website of West Point's Combating Terrorism Center. As intended, Muhammad's book is invaluable and has been used by many scholars,[486] including myself in part II of this report and Kohlmann in his. I called Abdullah Anas in London and asked him about both Batterjee and Basil Muhammad. He assured me that they were two different people. He said that Batterjee did indeed write a book on Afghanistan, but about the battle for Kabul in 1992 and that the book was bizarrely inaccurate and quite biased in favor of Gulbuddin Hekmatyar.

Basil Muhammad's book is available on the Internet, posted by Thomas Hegghammer.[487] It is not a biography of bin Laden, although he figures prominently in the book. It is rather a

---

[482] Paragraphs 9 and 8 respectively, FED-PEC0049569.

[483] See PEC-WAMY033600. This is the start of some carefully selected translated excerpts of the book, PEC-WAMY033600–40, also BUR-PEC-063170–210.

[484] *9/11 Commission Report*, FN 25, at 467.

[485] Kohlmann report, FN 5, at 8.

[486] For example, see Hamid and Farrall, 2015, and Hegghammer, 2020.

[487] Muhammad, Basil, 1991, *Safahat min sijill al-ansar al-arab fi Afghanistan* (Pages from the Registry of the Arab Helpers in Afghanistan), Second Edition, Jeddah: House of Learning

history of the Arab ansar in Pakistan and Afghanistan from its early days in early 1980s to about 1987, when the book ends. On the second page of the book, it states, "Published by House of Learning printing press Co" and gives its address as "P.O. Box 4797, Jeddah 21412, Kingdom of Saudi Arabia."[488] What may have caused the confusion is that on the very next page, it stated, "Checked and Revised by the Documentation and Studies Administration at Lajnat al-Birr Islamiyyah."[489] So it seems that LBI or WAMY did not publish it but LBI's staff reviewed it and revised it. There is no sign of its first edition.

Coming back to Kohlmann's first affidavit, he swore that he had read an article in *Arab News* that stated that "Batterji has written another book, which is under print, on Afghan jihad."[490] He also swore that on June 23, 2000, he sent an e-mail to Batterjee under a pseudonym (Youcef Abdelkader) stating, "I simply wish to know if your book on Afghan jihaad is still in print, and where it may be purchased from. I have been told it is one of the best accounts of the struggle, and I very much wish to read it." Batterjee replied to him a day later, did not confirm that he was its author, but offered to send him the book, "If you provide me with a mailing address, I will send you a copy." Kohlmann did so and received the book in the mail in July 2000.[491] He attached to the affidavit the first five pages of the book he had received. I suspect that they correspond to five unlabeled copies of the first five pages of an Arabic book in the discovery material.[492] Pages one, three, four, and five correspond to the first four pages of Muhammad's book posted by Hegghammer. Page two consisting of a single Arabic calligraphy[493] is not present in the book posted by Hegghammer on the Internet. Kohlmann apparently assumed that his receipt of Muhammad's book was Batterjee's confirmation that he had written the book. Of course, another explanation is that Batterjee immediately understood that Kohlmann meant Muhammad's book and not his and sent him Muhammad's book.

---

Printing Press Co, available at https://azzambooknet.files.wordpress.com/2019/07/al-ansar-al-arab-fi-afghanistan.pdf.

[488] Muhammad, 1991, at 2.

[489] Muhammad, 1991, at 3.

[490] FED-PEC0056595–6.

[491] FED-PEC0056596. The e-mail chain is at FED-PEC0055693.

[492] FED-PEC0055486–90.

[493] FED-PEC0055487. The calligraphy probably means, "In the Name of the Lord the most Gracious most Forgiving."

The "WAMY" "arrest" google search also turned up a story on Ahmad Ajaj. On February 26, 1993, the same day when WAMY sent a letter to Batterjee to tell him to cease and desist from deceptively mimicking LBI, a truck bomb exploded in the basement parking lot of the World Trade Center in New York. One of the convicted conspirators involved in this terrorist act was Ahmed Ajaj. Kohlmann seems to implicate WAMY in this terrorist act: "When … Ahmed Ajaj was arrested in New York, authorities seized an envelope from him containing Arabic-language terrorist training manuals. The envelope was marked with the letterhead of BIF, with the notation explaining that BIF is a branch of the 'World Assembly of Muslim Youth.'" His citation for this claim was the 2001 trial of "*U.S. v. Usama bin Laden et al*, S(7) 98 Cr. 1023 (LBS) United States District Court, Southern District of New York. Government Exhibit 2800-A."[596]

Ahmad Ajaj was indeed arrested on September 1, 1992 when he arrived at John F. Kennedy International Airport as he was proceeding through immigration. He was carrying in his bag manuals and notebooks on bomb making and clandestine tradecraft.[597] After the World Trade Center bombing, the FBI arrested him in relation to that bombing since he had been traveling with the master-bomber, Ramzi Yousef. He was convicted on nine counts of having played a role in the early stages of the conspiracy to bomb the World Trade Center and sentenced to 240 years in prison. The manual and the envelope containing the manual were entered into evidence at his trial as government exhibit 2800-A.

The exhibit number is consistent with Kohlmann's paragraph, but the rest of Kohlmann's information is false. Ajaj was tried in *U.S. v. Mohammad Salameh*, et al, S.D.N.Y., No S593CR.180 (KTD). He was the fourth defendant listed at that trial, which took place between October 4, 1993 and May 24, 1994. This was the trial about the 1993 World Trade Center bombing. The trial that Kohlmann cites was the trial of the 1998 East Africa U.S. Embassies' bombings, *U.S. v. Usama bin Laden, et al*, S.D.N.Y., S(7) 98 Cr. 1023 (LBS), which took place between February 5, 2001 and July 10, 2001.[598] There was also a manual entered in that trial,

---

[596] Kohlmann report, paragraph 195, FN 295, at 58.
[597] *U.S. v. Salameh et al*, S.D.N.Y., S593CR.180 (KTD), October 4, 1993, at 21–2.
[598] *U.S. v. Usama bin Laden, et al*, S.D.N.Y., S(7) 98 Cr. 1023 (LBS).

Three weeks later, at a Senate testimony on July 31, 2003, Emerson added in the name of the trial in his citation, "United States of America v. Usama bin Laden, et al, S5 93 CR 180, Government Exhibit 2800-A."[606] I am not sure why Emerson added the name of the wrong case in his second testimony, but Kohlmann followed him in his error. However, Kohlmann knew the correct cite for *U.S. v. Usama bin Laden et al* and so corrected his mention in his report, not realizing that the original case number was right, but the name of the case was wrong.

Although Kohlmann's citation is to a primary source, it is obvious that he did not really look it up or he would have seen that he referred to the wrong trial. Nor did he see BIF on the envelope or any notation on it explaining that BIF was a branch of WAMY. I suspect that Kohlmann just quoted Emerson and put the correct case number for *U.S. v. Usama bin Laden et al*, not realizing that it was the wrong case. What is disturbing is his attempt to disguise his taking a shortcut by citing a primary source which he did not consult, as he preached that he would do whenever possible in his methodology section.

The fact that LBI and WAMY are shown as the return address on the envelope carrying a terrorist manual does not necessarily imply that WAMY had anything to do with the manual or Ajaj or the World Trade Center bombing. At the Salameh trial, there was no mention of any LBI or WAMY marking on the manual itself. Even though I have not been able to inspect the exhibit, I suspect that it is an envelope large enough to include a more than a hundred-page manual. Such large envelopes were rare in Peshawar and Ajaj or whoever gave him the manual took one of the few large envelopes available and put the manual in it. Such manuals were common in Peshawar at the time and not necessarily associated with a specific organization or training camp. As Hamid recalled, "Training notes on explosives and other topics proliferated to the extent that they were sold in photocopy centres in Peshawar. The owners of these shops were holding their own copies–without the knowledge of the owners of the notes–and then sold them to young Arabs. The copies they held included various types of notes, papers and books. One day, in a moment of humour, one of the Arabs said, 'Young people are taking photocopies of everything that falls into their hands, even a copy of the Qur'an.'"[607] As we do not know the origin of either the manual or the envelope containing it, it is too much of a stretch to implicate WAMY for the 1993 World Trade Center bombing or even the 9/11 Terrorists since the perpetrators of that

---

[606] FN 257, at PEC-WAMY000111.
[607] Hamid and Farrall, 2015, at 141.

After the 9/11 attacks, al-Awlaki emailed his younger brother about the attacks: "I personally think it was horrible. I am very upset about it." When the FBI came to interview him on September 15, he "stated that he absolutely 'strongly condemns the attacks'."[678] When the FBI returned two days later with photographs, he recognized Nawaf al-Hazmi from San Diego but not the others.[679] The FBI file later revealed that one of the mosque regulars remembered that al-Hazmi and another 9/11 terrorist, Hani Hanjour, had come to the mosque earlier that summer to ask whether al-Awlaki could help them find an apartment. The FBI started a second full field investigation on al-Awlaki and conducted electronic (emails and telephone) and physical surveillance on him starting September 26, 2001 and continuing until he left the United States at the end of March 2002. As al-Awlaki was articulate, he became the focus of many media interviews and appeared on multiple television channels. His sermons from that period were taped (and monitored by the FBI) and some are still available on the Internet. I listened to some of his early lectures dating from 2000 to 2002: they have a Salafi bent and start with stories from either the Quran, the hadith, or the lives of his companions. Al-Awlaki advocated a type of moral equivalence that disturbed many Americans: he simultaneously condemned the terrorist attacks on the United States, which killed 3,000 innocent Americans and the U.S. attacks on Muslims, which also killed many innocent Muslims. He saw himself as a bridge between Muslims and non-Muslims.[680]

Al-Awlaki became one of the most sought-after Muslim speakers in the country. In July 2001, he preached at the regular Friday Muslim prayer at the U.S. Capitol and in February 2002, he spoke at the Pentagon. No one was scandalized by his lectures.[681] He was constantly on the move, as he told the FBI. "Over the past six months, Aulaqi has traveled quite extensively. In mid-August [2001], he took a three-week trip to Sanaa… For the past three weeks, Aulaqi traveled every weekend. Over the weekend of 9/1/01, he traveled to Chicago to attend the Islamic Society of America Conference [His lecture there was "Tolerance: A Hallmark of Muslim Character."[682]]. He was also in the United Kingdom on the weekend of 8/25/01, and last

---

[678] FBI 302 of Aulaqi, dated 9/15/2001, at 2.
[679] FBI 302 of Aulaqi, dated 9/17/2001, at 1–2.
[680] Shane, 2015, at 82–105.
[681] Shane, 2015, at 99, 101–2.
[682] Shane, 2015, at 99.

weekend, 9/9/01 he spoke in San Diego at a conference … organized by the Muslim Student Association."[683]

In March 2002, a multi-agency task force conducted Operation Green Quest over a two-day period in northern Virginia raiding Muslim institutions, businesses and homes. In one home, federal agents handcuffed the wife and daughter of a prominent Muslim leader at gunpoint and held them for four hours, not allowing them to get their head scarves. Al-Awlaki reacted in his next sermon: "So this is not now a war on terrorism…. This is a war against Muslims… it is happening here in America, that is claiming to be fighting this war for the sake of freedom while it's infringing on the freedom of its own citizens–because they're Muslim, for no other reasons." But instead of a violent response to this provocation, al-Awlaki advocated a civil right struggle for Muslims to stand for their rights against government intervention: "there are no rights unless there is struggle for those rights. And the history of America in that sense is very clear. African Americans in this country had to go through a struggle. Their rights were not handed to them."[684]

So, even though Kohlmann tries to build a case against WAMY USA through guilt by association, his various attributes of al-Awlaki up to the 9/11 terrorist attacks do not stand up to scrutiny. Al-Awlaki later became a leader of AQAP, but this probably happened around 2008, about seven years after the 9/11 attacks. As far as being a "spiritual mentor" to five 9/11 terrorists, "[t]he label that later came to be paired with Awlaki's name–'spiritual advisor' to one [al-Hazmi] or both [and al-Midhar] future hijackers–appears in early FBI documents but seems to be based on nothing more specific than the vague recollections of worshippers who thought they had seen the men, or at least Hazmi, in the imam's office."[685] I have not seen any evidence of al-Awlaki interacting with either Ahmed al-Ghamdi or Majed Moqed, and Kohlmann does not provide any in this report. Al-Awlaki seems to have had a close association with WAMY USA for a few months when he was the imam of Dar Al-Hijrah, which was located about seven minutes away from the WAMY USA office. WAMY may have distributed his early sermons, but they were not radical, extreme, or neo-jihadi. In fact, I learned a lot from them when I listened to them. He only started having controversial lectures when he released *Constants on the Path of Jihad* four years later from Yemen. WAMY invited him to lecture at several WAMY USA

---

[683] FBI 302 of Aulaqi, dated 9/15/2001, at 1–2.
[684] Quoted in Shane, 2015, at 104, 118.
[685] Shane, 2015: 114.