*Prince Abdulaziz bin Fahad's File*

**World Assembly of Muslim Youth**       In the name of Allah, the Gracious, the Merciful       **[Duplicate Text]**
**Member of the UN NGO'S**

[Logo of WAMY]

[Duplicate Text]
Office of the Secretary General                 No. 103
                                                Date: 01/06/1422 AH (03/31/2001 AD)

**His Excellency Director of Office of His Highness Abdulaziz bin Fahad bin Abdulaziz for Research and Studies, may Allah bless him**

May the peace, mercy, and blessings of Allah be upon you.
I ask Allah the almighty that you are doing well.

This is with reference to your letter No. 14434/9/B, dated 12/19/1421 AH (03/15/2001 AD), to provide your library with two copies of the publications of the World Assembly of Muslim Youth (in Arabic). Thank you very much for your trust in the World Assembly. We appreciate and cherish your trust. We are pleased to offer you two copies of what is available with us currently of the World Assembly' publications in Arabic according to the enclosed list.

I ask Allah the almighty to lead you to what he likes and wants.
May the peace, mercy, and blessings of Allah be upon you.

[**SEAL**: *World Assembly of Muslim Youth,*              Secretary General
*Secretariat General, Riyadh*]                            Of the World Assembly of Muslim Youth
                                                          And Member of the Shura Council
                                                          Dr. Manei bin Hammad Al Juhani
                                                          [*Signed*]

M/Al Astal/28

01/08/1422 AH (04/02/2001 AD)

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street       [Duplicate Text]
Sulaymaniya – Saudi Arabia          Tel. (01) 464 1669 (10) Lines/465 5431
Cable: ISLAMIYAH RIYADH             Fax: (01) 464 1710

WAMYSA1248770





EXHIBIT

WAMY EX. 41







**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية ـ هيئة الأمم المتحدة

الرقـم : ١٠٣

التاريخ : ٦ / ١ / ١٤٤٢هـ

مكتب الأمين العام

*Office of the Secretary General*

سعادة الأخ الفاضل / مدير مكتب سمو الأمير عبد العزيز بن فهد بن عبد العزيز

للبحوث والدراسات                                      حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد

أشير إلى خطابكم الكريم ذي الرقم ٩/١٤٤٣٤/ب المؤرخ ١٤٢١/١٢/١٩هـ لتزويد مكتبتكم العامرة بنسختين من إصدارات الندوة العالمية للشباب الإسلامي ( باللغة العربية ) ، وأشكركم جزيـل الشكر لثقتكم بالندوة التي نقدرها ونعتز بها ، ويسرنا أن نهديكم نسختين من المتوفر لدينا حاليـاً مـن مطبوعات الندوة باللغة العربية حسب القائمة المرفقة .

والله تعالى أسأل لكم دوام التوفيق لما يحب ويرضى .

والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام
للندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى

د. مانع بن حماد الجهني



م/الأسطل /٢٨

P.O. Box 10845 - Riyadh 11443 - Prince Abdulaziz Ibn Mosaad Ibn Jalawi Street
Sulaimaniya  ·  Saudi Arabia  ·  Tel. (01) 464 1669 (10) Lines / 465 5431
Cable :  ISLAMIYAH RIYADH          ·          Fax.: (01) 464 1710

ص.ب : ١٠٨٤٥ ـ الرياض : ١١٤٤٣ ـ شارع الأمير عبد العزيز بن مساعد بن جلوي
لسليمانية ـ المملكة العربية السعودية ١٤١٦٩ (٠١) ٤٦٤ ١٦٦٩ (١٠) عشرة خطوط ٤٦٥ ٥٤٣١
برقياً : إسلامية الرياض    ـ    فاكــس : ٤٦٤ ١٧١٠ (٠١)



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1248770

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 2, 2019