In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia

No. 5/4/44875

Ministry of Finance and National Economy

Date: 09/11/1422 AH (11/27/2001 AD)

Riyadh 11177

Attachments: ----

Economic Affairs

Development Cooperation

His Excellency the Secretary General of the World Assembly of Muslim Youth
May the peace, mercy, and blessings be upon you.

This is with reference to the Royal Order No. 9/275/M, dated 03/14/1422 AH (06/06/2001 AD), addressed to His Excellency Minister of Islamic Affairs, Endowments, Da'wah, and Guidance, of which this Ministry was sent a copy. The Royal Order approves the recommendations of the minutes of the Supreme Council for Islamic Affairs, No. 98/H.T., dated 01/22/1422 AH (04/16/2001 AD). This includes Section No. 3 about holding Da'wah courses and Islamic book and media fairs in South Korea by the World Assembly of Muslim Youth. This shall be carried out by Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance in cooperation with the World Assembly or other agencies.

This is with reference to your related letter No. 4/65, dated 09/02/1422 AH (11/18/2001 AD), stating that the World Assembly of Muslim Youth is willing to carry out those activities and that it had requested to receive the assigned payment.

I would like to state that the Ministry had sent the payment. It was sent in a check to His Excellency Minister of Islamic Affairs, Endowments, Da'wah, and Guidance, as attached to the letter of His Excellency Minister of Finance and National Economy, No. 5/4/6543, dated 05/17/1422 AH (08/07/2001 AD).

For your review and update. Please accept my greetings.

Signature

Ministry's Undersecretary for Economic Affairs
Hamad bin Soliman Al Bazei
[Signed]

World Assembly of Muslim Youth
Secretary General
[Illegible Date]
Incoming No. 7763
Identification No. 11307

7F/9

WAMYSA1249453





EXHIBIT

WAMY EX. 42

بسم الله الرحمن الرحيم

رقم/٥ ٧٨٥/١٢/٤٨٢٢

تاريخ ١١/١٩/١٤٢٢

مرفقات

المملكة العربية السعودية

وزارة المالية والاقتصاد الوطني

الرياض ١١١٧٧

الشئون الاقتصادية

التعاون الإنمائي

سعادة الأمين العام للندوة العالمية للشباب الإسلامي

السلام عليكم ورحمة الله وبركاته :-

إشارة للأمر السامي رقم ٩/٢٧٥/م وتاريخ ١٤٢٢/٣/١٤هـ الموجه لمعالي وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد والمعطى لهذه الوزارة نسخه منه القاضي بالموافقة على توصيات محضر المجلس الأعلى للشئون الإسلامية رقم ٩٨/ح ت وتاريخ ١٤٢٢/١/٢٢هـ ومنها ما ورد بالبند رقم (٣) من إقامة دورات دعوية ومعارض للكتاب والشريط الإسلامي في كوريا الجنوبية عن طريق الندوة العالمية للشباب الإسلامي وأن يكون تنفيذها بإشراف وزارة الشئون الإسلامية والأوقاف بالتعاون مع الندوة أو غيرها .

وإشارة لخطابكم رقم ٤/٦٥ وتاريخ ١٤٢٢/٩/٢هـ بهذا الخصوص المتضمن إستعداد الندوة العالمية للشباب الاسلامي تنفيذ تلك المناشط وطلب صرف المبلغ المعتمد لها .

أود الإفادة أنه سبق ان قامت هذه الوزارة بصرف المبلغ وأرسل بشيك لمعالي وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد رفق خطاب معالي وزير المالية والإقتصاد الوطني رقم ٥٤٣/٤/٥ وتاريخ ١٤٢٢/٥/١٧هـ .

نأمل الإطلاع والأحاطة ... وتقبلوا تحياتي . ،،،

وكيل الوزارة للشئون الاقتصادية

حمد بن سليمان البازعي



٧ف/٩

WAMYSA1249453



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20190625_EKC (WAMYSA files)

**Language**: Arabic > English

**Document title**: WAMYSA 1249453

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:   BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: July 1, 2019