





**EXHIBIT**

WAMY EX. 43   **WAMY SA 1333**



A NOTE ON

# Fasting

AND

# Zakat Al-Fitr

By

Sheikh Mohammad bin Saleh Al-Othaimeen

WORLD ASSEMBLY
OF MUSLIM YOUTH

WAMY SERIES ON ISLAM NO. 11



the

# CONCEPT

of GOD

in ISLAM

WORLD ASSEMBLY
OF MUSLIM YOUTH

WAMY SERIES ON ISLAM NO. 9

WAMY SA 1334



THE
# Sword
OF
# Islam

ARE YOU STILL IN DOUBT
ABOUT THE POPULAR
NOTION THAT ISLAM WAS
SPREAD BY SWORD?

**Read And You Will Come To Believe**

**WORLD ASSEMBLY
OF MUSLIM YOUTH**

WAMY SERIES ON ISLAM NO. 13



# WHAT THEY SAY ABOUT ISLAM

**WORLD ASSEMBLY
OF MUSLIM YOUTH**

WAMY SERIES ON ISLAM NO. 3

**WAMY SA 1335**





WAMY SA 1336





WAMY SA 1337





WAMY SA 1338



# MUSLIM-CHRISTIAN DIALOGUE

H. M. BAAGIL, M.D.

WORLD
ASSEMBLY
OF
MUSLIM
YOUTH

WAMY SA 1339



# THE QUR'AN AND MODERN SCIENCE: CORRELATION STUDIES

KEITH L. MOORE
ABDUL-MAJEED A. ZINDANI
MUSTAFA A. AHMED

WORLD ASSEMBLY OF MUSLIM YOUTH

WAMY SA 1340



ISLAM: AN OVERVIEW

MUHAMMAD IBRAHIM H. I. SURTY

WAMY SA 1341