This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

— — —

IN RE: TERRORIST ATTACKS     : 03-MDL-1570

ON SEPTEMBER 11, 2001        : (GBD)(SN)

— — —

JUNE 22, 2021

THIS TRANSCRIPT CONTAINS

CONFIDENTIAL MATERIAL

— — —

Remote Videotaped Deposition, taken via Zoom, of KHALID BLANKINSHIP, commencing at 9:04 a.m., on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

— — —

GOLKOW LITIGATION SERVICES

877.370.3377 ph| 917.591.5672 fax

deps@golkow.com

EXHIBIT

WAMY EX. 44

This Transcript Contains Confidential Material

you understood it.

So if I ask something and you're not clear what I'm asking, just either ask me to repeat it or say, I don't understand, and then I will try to reword it in some form or fashion that, hopefully, you'll be able to understand.

Sometimes I have questions written down in front of me, sometimes I don't, sometimes the ones that are a little bit on the fly aren't quite as clear as they might want to be.

How did you come to be an expert in this case?

A.   Through many years of study, both practical experience, living in the Middle East, and, of course, through the process of obtaining my doctorate and then functioning, for the last 31 years, as a professor at Temple University.

Q.   And this is one of those circumstances where my question may not have been particularly clear, but I appreciate that answer.

This Transcript Contains Confidential Material

In terms of your appearing today as an expert witness on behalf of the World Assembly of Muslim Youth, how were you retained as an expert in this case, without -- without telling me the discussions you had with counsel?

A.   Well, I was contacted and asked to be an expert witness, and I agreed.

Q.   And is the scope of your testimony, as set forth in your expert report, is that the scope that was agreed upon between you and counsel?

A.   Yes.

Q.   Okay.  And who was it that, amongst the defense counsel, who approached you?

A.   I believe it was Mr. Mohammedi.

Q.   And throughout the day today, I will be asking you questions that refer to the World Assembly of Muslim Youth.

What do you understand that

This Transcript Contains Confidential Material

state, which could be a democratic state

or not, makes the political decisions.

And so the political decisions, when they

are made they, then, in general, unless

they are commanding something that is

prohibited, needs to be or should be

obeyed.

Q.    So could the ulema provide

the justification for engaging in such a

defensive jihad and not a ruler or the

state?

MR. MOHAMMEDI:  Objection.

THE WITNESS:  They could

provide the justification for the

ruler to make Decision A or B.

But they would, themselves, not be

doing that.

BY MR. EUBANKS:

Q.    And am I correct in that it

is your expert opinion that someone who

attempts to co-opt the concept of jihad

without authority is acting outside of

Islam?

MR. MOHAMMEDI:  Objection.

This Transcript Contains Confidential Material

THE WITNESS:  Yes.

MR. EUBANKS:  If we can turn to Page 11.  The paragraph at the bottom of the page.  So starting, While it is true.

BY MR. EUBANKS:

Q.    It states here, While it is true that jihad should always be waged only with pure intentions, in keeping with the doctrine of just war, and that these intentions include fighting to establish justice, which is a supreme goal, that does not mean nor imply that it is not subject to many, many other conditions, which include defense not offense.

Now there's a footnote here, Footnote 27.  And it refers to a statement attributed to Fadel Soliman, WAMY executive director in the U.S. from October of 2002, in a PowerPoint presentation.

And then there's a citation to documents produced by WAMY

This Transcript Contains Confidential Material

relation to the September 11th, 2001,

terrorist attacks, correct?

A.    Yes.

Q.    You understand that this is not an esoteric lawsuit related to a definitional dispute over what terrorism means, per se, but rather is specifically about whether or not the World Assembly of Muslim Youth, among others, provided the necessary level of support for the terrorist attacks at issue?

Do you understand that?

A.    Yes.

Q.    Okay.

A.    When I'm called to discuss this, because it is part of the case, the definition of the word is relevant.  And I have to put out there what I think about this.  And there it is.

I mean, the idea that the term is disputed is obvious.  It's even stated in the American press.  It's even stated by people who are in the anti-Muslim camp.  Everyone has said

This Transcript Contains Confidential Material

this.  Not everyone in the world, of course, but a very large number of people have said, yes, it is not something that there's an agreed-upon definition of.

          So academically discussing it, it becomes somewhat problematic.  So we have to talk about, what is it?  And so I've done that, showing that a degree of -- well, an amount of disagreement exists about this.  That's all.

     Q.    Is there any disagreement in your mind that the targeting of civilians by flying planes into buildings constitutes an act of international terrorism?

          MR. MOHAMMEDI:  Objection.
     Scope.

          THE WITNESS:  If I'm using
     this word, and I would use it
     sometimes, it would seem to me
     acts of violence against
     civilians, period; and that would
     include what you just said.

BY MR. EUBANKS:

This Transcript Contains Confidential Material

literalism is not possible.  This
is a subject of a lecture by me,
and I don't want to give that
right now.  So I'll leave it at
that for the moment, unless you
want me to elaborate.

BY MR. EUBANKS:

Q.    No, I think that's fine.
But I appreciate that.

Turning back to the concept
of jihad under your heading of jihad on
Page 9.

In the middle of the page
after where it says, World War II, it
says, In classical Muslim doctrine on
war, just as in the Geneva Conventions,
genuine noncombatants are not to be
harmed.  These categories of
noncombatants not to be harmed in Muslim
law specifically include women, minors,
servants and slaves who do not take part
in the fighting; the blind; monks;
hermits; the aged; those physically
unable to fight; the insane; the

This Transcript Contains Confidential Material

delirious; farmers who do not fight;

traders; merchants; and contractors.

In -- where you say that the

genuine noncombatants include women,

minors, servants and slaves who do not

take part in the fighting, does the "do

not take part in the fighting" portion

apply to everyone before that or solely

to the slaves at the end?

MR. MOHAMMEDI:  Objection.

THE WITNESS:  It applies to

everyone.

BY MR. EUBANKS:

Q.    So if women, minors,

servants and slaves take part in the

fighting, then are they genuine

noncombatants or are they still off

limits?

A.    Well, I would think that the

terminology of it, or the decision would

be that if someone was actually fighting

in the other categories, then you would

have to fight them, too.

And so if somebody was

This Transcript Contains Confidential Material

actually engaging in combat, then that would vitiate their otherwise protected status on this point.

And I think that that, furthermore, would jive with the rest of the ideas of this international law as well.

Q.    Now, on Page 10, you address the concept of jihad as aggressive warfare.

And am I correct that your conclusion is that the aggressive warfare of jihad was truly constrained to the early centuries of the spread of Islam and is not nearly as prevalent today?

A.    Yes.  In fact, not prevalent at all.  And one does not see any recent declarations of this is a jihad by Muslim states since 1914.

Q.    And you say on Page 11 that, The scholars of Islam have taken steps to define jihad clearly as defensive only.

MR. EUBANKS:  Sorry.  It's in the second full paragraph,

This Transcript Contains Confidential Material

second half of the first sentence.

THE WITNESS:  Yes.

BY MR. EUBANKS:

Q.    So has it been -- let me start that over again.

Has aggressive warfare as jihad been taken out completely or is it simply a rare occurrence that hasn't happened since the early 1900s?

A.    Well, in practice, it's been taken out completely.  In the discussions of it, of course, you would have to refer to the particular scholars.

Here I cited the efforts of Wahbah al-Zuhaylî, the recently deceased Syrian scholar, and Mahmûd Shaltût, the Egyptian scholar Al Azhar.

MR. EUBANKS:  Sorry, a document did not make it into the folder that I was going for.  Bear with me for a second.

I'm putting in front of you what was previously marked as Noorwali Exhibit-258.

This Transcript Contains Confidential Material

little bit more sense?

A.   Well, either one, it's okay. You know, there is a possibility of saying quietism, religious quietism. That would be a term that could be used in religious studies.

Q.   What would you understand as religious quietism within the Wahhabi point of view?

A.   It would seem to me that it would refer to concentrating on one's own self, one's own self-cultivation, one's own religion and religiosity and did not bother others.

Q.   And does it have any relationship to the ruling powers and their impact or nonimpact on religious practice?

A.   That question is quite complicated.

MR. MOHAMMEDI:  Can you repeat the question, please?

BY MR. EUBANKS:

Q.   Sure.

This Transcript Contains Confidential Material

BY MR. EUBANKS:

Q.    Would this be what you had seen, or it looks like the publisher here is 'iidara Soliman?

A.    Maybe I have a copy of that in my electronic library.  I'm not sure whether I do.  I could look for it.

Q.    But this appears to be the same document that you were referring to, with the same translation, Translator Ibrahim M. Kunna?

A.    Yes.

Q.    It's the same thing you have in your report.

So sitting here today, do you know, one way or the other, whether you looked at the -- at the translation in the English version or not?

A.    Yeah, I don't know that I did.

Q.    And much like you state on the first page of your report, documents in Arabic you read in the original Arabic; is that correct?

This Transcript Contains Confidential Material

A.   Yes.  I would consider the Arabic as more important, because that's the original text.

MR. EUBANKS:  I'd like to pull up one of the pages from the English language translation. This is Exhibit-804.

- - -

(Whereupon, Exhibit Blankinship-804, No Bates, Page Excerpt, Islamic Guidelines for Individual and Social Reform, was marked for identification.)

- - -

BY MR. EUBANKS:

Q.   And, unfortunately, the manner in which --

MR. EUBANKS:  Sorry.  Let me go back.  This is Number 15, Jon.

BY MR. EUBANKS:

Q.   The manner in which we were able to obtain this document was a little unorthodox as well.  So this is the Cloud version, so it's not a PDF or something

This Transcript Contains Confidential Material

way of propagation or, in your version,

whoever blocks its path should be fought

until the word of God is the highest.

     A.    Yes.

     Q.    What does that mean to you?

     A.    Well, what it means, to me,

is that there is an old-fashioned idea of

this, which you can find in old books,

which is completely inappropriate in the

modern world, and which produces, also, a

contradiction, where the word of God

cannot be the highest if it is brought

about through fighting.

     Q.    So this would be an

aggressive jihad, would it not?

     MR. MOHAMMEDI:  Objection.

     THE WITNESS:  Well,

     aggressive, proactive.

BY MR. EUBANKS:

     Q.    Offensive as opposed to

defensive?

     A.    Yes.

     Q.    And on Page 37 of your

report -- let's see where exactly it

This Transcript Contains Confidential Material

is -- so about halfway through the first

paragraph under Number 3, it states, Only

a tiny number of which -- and these are

publications of WAMY -- have been

mentioned or criticized by the

plaintiffs.

And then you state, The fact

that WAMY's publications are so many and

those the plaintiffs have attacked are so

few completely refutes the idea that WAMY

primarily existed to promote any hidden

agenda.

So is this saying that

there's an acceptable level of incitement

that can be published and that plaintiffs

simply haven't pointed out enough

examples?

MR. MOHAMMEDI:  Objection.

Vague.

THE WITNESS:  Well, this is

not incitement; this is, rather,

actually the opposite.  Zainab is

trying to eliminate this old point

by placing it there and citing it

This Transcript Contains Confidential Material

because of his literalism, but then saying that if the religion can be preached, then that doesn't apply.

And he lists, then, also the other kinds of jihad, including the seventh one, which is the struggle against the self that he actually discusses with a couplet, or a piece of poetry in his book. And it seems, to me, that he's actually trying to de-emphasize this.

The other thing is also that this is not actually originally a WAMY publication.  It is a publication that was published by Zainab years earlier, before it was reprinted by WAMY, and it was reprinted by many others in many countries also.

BY MR. EUBANKS:

Q.    So is that to say that because WAMY wasn't the one who published

This Transcript Contains Confidential Material

it first, they're absolved from any role of republishing it?

MR. MOHAMMEDI:  Objection.

THE WITNESS:  It is just saying that they were not publishing this book as part of some kind of hidden agenda.

And contrary to what Emerson said, WAMY did not create the book at all.  And it's true that it contains this old-fashioned teaching that was on the books in Islamic history from an early date.  And it doesn't receive any emphasis in this book, particularly, either; it's mentioned in passing.

BY MR. EUBANKS:

Q.    Now, looking at the --

MR. EUBANKS:  If we can go back to the translated copy of the -- this page of the book about jihad, I wanted to look at the section on jihad as an individual

This Transcript Contains Confidential Material

objectionable in these texts.

That said, it is not an exceptional theme in Arabic writing, and especially the farther back you go, toward 1948, maybe it's a little less now than it was, but it's not absent now either.  So it's not something that is exclusive to any country or particular group in the way of describing things.

And one has to own, also, that the settlers also described themselves as Jews and referred to it as the Jewish settlement and so on and had institutions called the Jewish National Fund and so forth that would use the same term.

So that also is something that exists.

And the other thing is, of course, that it does not have anything to do specifically with WAMY or the case of September

This Transcript Contains Confidential Material

I came up, he looked at me and said, oh,
I saw a video of your talk in Morocco,
which was in front of the King of
Morocco, and he was referencing my C.V.

So I thought, oh, that's
nice, to be known by someone like that.
But that did not lead to anything.

Q.    Right.  But, to your
knowledge, that was really your only
one-on-one discussion with a member of
the Saudi government?

A.    I think so.

Q.    So do you believe that the
Saudi government has managed to retain
power by following the Wahhabi tradition
and conforming to the Wahhabi teaching
that the political ruler must be obeyed
as long as he upholds Islam?

MR. MOHAMMEDI:  Objection.

THE WITNESS:  It is a
     general question.  But, obviously,
     this is part of their
     legitimatization.

BY MR. EUBANKS:

This Transcript Contains Confidential Material

its collocation of Zionism,
Freemasonry, the Lions Club, the
Rotary club, and so on.

But the question of why they
would publish such a thing, I did
also explain that.

In my estimation, this has
to do with the clash of the
previously isolated Nadjis with
the outside world, and that led
them to try to validate themselves
by invalidating everybody else.

And this book, which is an
encyclopedia of world religions,
not just of Judaism, while the
statements about Judaism are
indeed objectionable, also
contains objectionable material
about other groups and religions.

And so it makes invidious
comparisons that would be
undermining to the possibilities
of interreligious dialogue.  And
in that sense, it's very negative

This Transcript Contains Confidential Material

in its contribution to world literature.

On the other hand, it doesn't express any idea of, therefore, we should have violence against any of these other groups. And it has to be recognized that it is talking about the whole rest of the world versus Saudi Arabia. And so, obviously, there can't be anything here except an attempt to put a mental or intellectual dissidence between the Saudi Arabians and their youth and their children and all of these outside influences that are perceived as threatening their own universe, their own thought universe.

And so that is how I would perceive it in that sense.  I don't see it as incitement, especially because if one carefully looks at the section about Judaism, one does not really

This Transcript Contains Confidential Material

find anything about Zionism or the history of Zionism after Theodor Herzl.

One does not find any mention of or denunciation of the state of Israel or any going-on about that.  Rather, it is just a going-on about the Jews in this indubitably prejudicial way.

And that is something, I think, that is quite plainly not acceptable.  And I said that.  But they -- nevertheless, that is my assessment of it.

BY MR. EUBANKS:

Q.    In the 1999 time period, if you know, would Saudis necessarily recognize that Israel exists?

MR. MOHAMMEDI:  Objection. Scope.

THE WITNESS:  Yes.  It would be -- well, of course they recognize that Israel exists.  I mean, any person that -- who would