7390

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

    v.                   S593CR.180(KTD)

MOHAMMAD A. SALAMEH, a/k/a
"Kamal Ibraham," NIDAL AYYAD,
MAHMUD ABOUHALIMA,
AHMAD MOHAMMAD AJAJ, a/k/a
"Khurram Khan," RAMZI AHMED
YOUSEF, a/k/a "Kamal Ibraham,"
a/k/a "Abdul Basit," and
"ABDUL RAHMAN YASIN, a/k/a
"Aboud,"

      Defendants.

------------------------------x

                January 31, 1994
                  10:00 a.m.

Before:

        HON. KEVIN THOMAS DUFFY,

            District Judge

         APPEARANCES

MARY JO WHITE,
    United States Attorney for the
      Southern District of New York
J. GILMORE CHILDERS,
HENRY J. DE PIPPO,
LEV L. DASSIN,
MICHAEL J. GARCIA,
    Assistant United States Attorneys

PEC-WAMY044819

EXHIBIT

WAMY EX. 48

PLASHT.002.0001.000088

ROBERT E. PRECHT,
JOHN J. BYRNES,
    Attorney for Defendant Salameh

ATIQ R. AHMED,
MAHMOUD RAMADAN,
    Attorneys for defendant Ayyad

7391

HASSEN IBN ABDELLAH
MUHAMMAD IBN BASHIR
CLARENCE FAINES, III,
    Attorneys for defendant Abouhalima
AUSTIN V. CAMPRIELLO,
    Attorney for Defendant Ajaj
SANNA AZMI,
AZIA ISMAIL,
    Interpreters
            * * * *

(In open court; jury present)

SALIM DANIEL, witness, resumed.

THE COURT:  Hopefully none of you lost any money on the Super Bowl.  If you went to a party I hope you enjoyed it.

Anyway, here we are back at the same old stand.  Remember we were talking about translations.  We'll go from there.

DIRECT EXAMINATION

BY MR. CHILDERS: (Continued)

MR. CHILDERS:  Your Honor, if I may speak with counsel for one second?

THE COURT:  Sure.

(Pause)

Q.   Last Thursday when we left I believe we were

PEC-WAMY044820

PLASHT.002.0001.000088

also a double edged sword.  Communication serves us if we use it properly.  It can also be most harmful if we do not take extra care.

MR. CHILDERS:  That concludes the government's portion of that text, your Honor.

MR. CAMPRIELLO:  This is 2800-A?

MR. CHILDERS:  Yes.

7453

MR. CAMPRIELLO:  The cover sheet, page 1, World Assembly of Muslim Youth.  Jeddah, PO box 7600, Jeddah, 21472, Saudi Arabia, telephone, 6832836, fax 6833094, telex 605813 Riad.  I'm going to skip the rest of that and go down a couple of lines.  Peshawar, Pakistan, University Town, 77D slash B Park Road.  Telephone  42249 slash 41485.  Fax 42385.

Page 3.  Preface.  The martyrs have fallen. Women became widows dozen, children became orphans.

Page 6.  Elements of a military organization. There are three elements in a military organization.

1.  The leader and assembly.

2.  The soldiers individuals.

3.  A clear strategy.

Page 7, the importance of a military organization.  Bottom part of the page.

Under 1.  The leadership structure of the enemies

PEC-WAMY044883

PLASHT.002.0001.000088