15

## AROUND THE MUSLIM WORLD

**15**

### The Indian scene :

## The narrow-mindedness of Hindutva champions

Henry Fielding, the English novelist, made an interesting comment in "Tom Jones" to describe the Rev. Thwackum (Book III, chapter III) and to show how deductive logic breeds narrowness of mind: "When I mention religion, I mean the Christian religion and not only the Christian religion but the Protestant religion; and not only the Protestant religion, but the church of England."

Presumably, the BJP leadership suffers from the same problem of narrowness. By equating Bharatiyatva (Indianness) with (Hinduness) they have cut off Indian culture from its rich mosaic of diverse cultural elements, reducing it to a strictly Hindu phenomenon.



*Fozail Aqdas Ghazali*

*India's persecuted Muslim minority: What fate awaits them under Hindutva ?*

"A Hindu should be proud of his Hindu religion, a non-Hindu of his belonging to India," thus clarifies the BJP leader, Mr. Lal Krishna Advani. He further claims that while there should be no minority appeasement, not any allergy to Hinduism in the name of secularism, Hindutva must not be misconstrued as Hindu fundamentalism.

In view of the fact that Hindus constitute nearly 75 per cent of India's population, this appeal to Hindutva may not at first sight appear to be as narrow as the case of Fielding's priest. But if one tries to ascertain the components of this Hindutva, it will be seen that it excludes Muslims, Christians, Sikhs, Parsis, Jains and Buddhists among others. The Ramayana and Mahabharata may appeal to these Indians as ancient literary traditions, but the moment these epics are identified with Hinduism as a religion, no matter whatever logic is used, non-Hindus are bound to be distanced.

Even among Hindus, most of the lower caste people, Dalits, untouchables, tribals, the communities that ethnically belong to the non-Aryan races and culturally to non-Indo-European language families, also find themselves outside the pale of the literary-religious tradition of Hinduism. Most of the venerated Hindu *Shastras* were found to be instruments of coercion in the hands of the upper caste Hindus, more particularly the Brahmins and Kshatriyas. Buddhism, Sikhism, the Vaishnav Dharma, the Bhakti Cult, Tantra, etc., were all revolts against the Vedic and Brahminical domination in the different parts of the country at different historical junctures. It is also observed that the phenomenal conversion of Hindus to Islam or Christianity is mainly because of the repulsion they felt against Hinduism.

The priesthood has often been blamed for this degeneration of Hindu religion. The fact remains that priests have vitiated all religious system — Christianity, Buddhism and to some extent Islam — just as much as Hinduism. Yet, these other faiths became world religions, spread over large stretches of the globe, while Hinduism, the so-called most liberal, tolerant and virtuous of all religions, became more and more confined even within the shrinking communities in the land of its genesis. Whoever tried to reform Hinduism, and cleanse it of the scourges of casteism and untouchability, ended up either in giving birth to a new religion (Buddhism, Sikhism, etc.) or being gradually swamped in the mire of the same obnoxious practices of a new sect of Hinduism (Vaishnava and Brahma Dharma).

The sacred fig-tree, Bodhidrum, at Gaya (North India) was said to have been felled by the Sankara's followers. The Jagannath temple of Puri (South-East India), as even Vivekananda acknowledged, belonged originally to the Buddhists. How did it become a Hindu temple? Will the Hindutva probe into all these facts before taking up the cudgels to correct the historical error of the Babri Mosque?

Philosophically, different schools of Hindu religion were seen to contradict each other. The question, therefore, arises which Hindutva India should inherit. Should the country follow the precepts of the Vedas or the Vedanta? Should it accept the religious philosophy of the Gita or the Upnishads? Which Vedanta should be universally acceptable— the monist system of Sankara preaching *mayavada* and abstract Brahma as the only reality or the concrete monist system of Ramanuj recognizing both Brahma and the reality of the world— or a combination of both?

Which interpretation of Gita should be considered valid: the derivation of non-violence by Gandhi or the inspiration for the armed struggle against wrong-doers, as felt by most of the revolutionary freedom fighters? The idea of Hindutva, therefore, as a national ideal is more puzzling than convincing.

Thus analyzed, Hindutva as a state religion does not embrace even all Hindus, let alone India as a whole. It merely represents the views and interest of a small section of the Brahmin priesthood somehow subsisting under present conditions. If their fanaticism for Sanskrit and Hindi is taken together, this Brahmin priesthood is confined to Hindi-speaking upper caste Hindus in the so-called "cow belt." Hence, the proposition that the religious ideals of Hindutva will ensure the unity and integrity of the country is the hallucination of a few self-styled politicians and an illusion of the vast mass of ignorants.

## Wamy calls for Jihad to free Kashmir

Muslims should come forward to wage Jihad to liberate Kashmir, said the Secretary-General of the World Assembly of Muslim Youth, Dr. Maneh al-Johani

The Wamy chief was addressing the Kashmiri expatriates, in Riyadh, on 16 May, at the auditorium of the Muslim World League. The meeting was sponsored by the Riyadh section of the World Kashmir Freedom Movement. A large number of Kashmiri expatriates working in the central province, were present at the gathering.

Speaking further, Dr. Johani said that according to the Islamic faith, Jihad could be performed in many forms. Muslims can go to the battlefield to wage a war against the enemies of Islam or ==they can give their moral, physical and financial support the cause of Jihad.== The Muslims in the Kingdom, particularly the Kashmiris, should have a sense of responsibility to help their brethren to secure their freedom through Jihad, he said. They can extend financial support, create an awakening among Muslims on the problems of Kashmiris and prepare literature to project the cause of the Kashmiris.

Dr. Johani pointed out that there is an organised effort to crush the Muslims in many parts of the world. Some of these destructive



*Dr. Maneh al-Johani*

elements could be seen while others cannot be seen, he said. "Jihad is the only way out for us to get emancipated from these cruel hands," he added.

The Wamy chief said it was unfortunate that India is insensitive to any of the demands of the world's Muslims regarding the Kashmir issue, whereas the Pakistani government has been more sympathetic towards the demand for peaceful solution of the problem.

"Whatever the case may be, the Muslims in all parts of the world should be united to fight against the atrocities committed against the Muslim minorities," he said.

## Burmese Muslims forced to convert to Buddhism

Burmese soldiers tortured Muslims in western Burma to force them to convert to Buddhism, causing more than 1,000 others to flee to the Thai-Burmese border, Thai officials said recently.

A Muslim eyewitness said Lt. Aung Naing Swe, chief of Burmese military soldiers in Nabu town, 65 miles (104 km) southwest of the Thai border district of Mae Sot, arrested and tortured two Imams. The Imams, who are Muslim community's religious leaders, were identified as Morabee Yusuf and Morabee Yamaruddin.

The eyewitness, who said they took refuge in Mae Sot, said Naing Swe, ordered Yusuf, Yamaruddin and other Muslims at Nabu to pay respect to a Buddha image and convert to Buddhism. "The two rejected the command," he said.

The eyewitness said Naing Swe and eight soldiers arrested Yusuf and Yamaruddin, locked them with chains and shaved their mustaches.

He said more than 1,000 Muslims were frightend by the incident and fled Nabu to the Burmese border towns of Myawadi and Kaw Kareik. "Some joined insurgent groups to fight against the Burmese government," he said. About 100 others managed to cross into Mae Sot, he said.

Abdul Razzak, chairman of the All Burma Muslim Union, confirmed the accusation. Razzak said he would consult with ethnic insurgent groups in the democratic alliance of Burma for possible retaliation.

## Africans live 20 years below average

Africa has the most widespread health problems of any continent, with an average life expectancy more than 20 years below developed nations, the World Health Organisation reported recently.

A WHO analysis found that an African woman is 25 times more likely to die of a pregnancy-related cause than her European counterpart.

Although life expectancy in Africa has been slowly rising over the past several decades, it still lags behind other regions of the world, the WHO said.

The average African baby born in 1990 can expect to live 53 years, compared with an average life expectancy of 74 years for developed nations and 64 years worldwide, the study showed.

About 385 million of the approximately 661 million people on the African continent live in regions without appropriate measures to control malaria, WHO said.

About 250 million Africans are infected by malaria parasites, at least 90 million cases of malaria occur annually on the continent and at least 750,000 African children die each year from the mosquito-borne disease, the analysis found.

About 150 million Africans lack access to safe drinking water, and about 141 million people are infected with water-borne parasites that cause the disease schistosomiasis, a disease that contributes to malnutrition.

## EC raps Jewish settlements

The European Community has said the recent creation by Israel of two new settlements in occupied Arab territories was illegal and harmed current efforts to start Middle East peace talks.

### U.N. report irks Israelis

The Israeli government dismissed as "scandalous" a United Nations report which it says indirectly draws a comparison between the Nazi holocaust and the Palestinian Intifada (uprising) in the occupied territories.

De Guido Marco, president of the U.N. General Assembly, visited the region on orders from Secretary-General Javier Perez de Cuellar.

His trip came after the Security Council condemned Israel for its treatment of the Palestinians and asked Perez to draw up a report on the situation in the territories.

Israeli radio said De Marco compiled the 40-page report after a six-day visit to annexed Arab East Jerusalem, the occupied territories and Jordan earlier this year.

A joint statement issued by the 12 EC governments on 3 May said the EC was gravely concerned about the Revava and Talmon Keva settlements set up last month and deplored that the Israeli government had approved them. "The community and its member states reaffirm their long-standing position that Jewish settlements in the territories occupied by Israel since 1967, including East Jerusalem, are illegal under international law and under the 4th Geneva Convention in particular," it said.

The statement, which echoed U.S. criticism, strongly urged the Israel government not to allow or encourage settlements in the occupied West Bank or Gaza Strip.

"They also consider that the establishment of new settlements in the occupied territories, which is in any case illegal, is especially harmful at a time when all parties should show flexibility and realism so as to bring about a climate of confidence favourable to the starting of (peace) negotiations."

The EC said it fully supported the latest initiative by U.S. Secretary of State James Baker to prepare the ground for a peace conference.

Irael's policy in the occupied territories is expected to be discussed when EC foreign ministers hold talks with their Israeli counterpart, David Levy, in Brussels on May 14.

U.S. Ambassador to Israel William Brown also criticized Israel's settlement policies, and warned that billions of dollars in aid to absorb immigrants was not assured. "Tremendous priority has been given to providing housing in the territories," Brown told business leaders in Tel Aviv recently.

### Data on mosques

The Secretary-General of the Muslim World League, Dr. Abdullah Omar Nasseef, has called on Ministers of Endowments and Islamic Affairs in the Islamic states and Muslim organisations in non-Muslim countries to compile comprehensive data relating to the mosques in their countries.

Dr. Nasseef has urged officials concerned to include in the survey sources of financial revenue accruing from the properties earmarked for maintenance of the mosques.

**Exhibit 2022**
4/8/2021
Matthew Levitt

**EXHIBIT**

**WAMY EX. 49**