# Bosnian Muslims:

## Their History, Culture and Present Tragedy

**Dr. Mozammel Haque**

Throughout history, continuous attempts have been made to turn Bosnian Muslims into the Christians, and bring Bosnia-Herzegovina into the 'Greater Serbia' or 'Greater Croatia' plan. In the following paragraphs Bosnia-Herzegovina, and its people, will be seen, first from the religious point of view and then from the political angle, as well as how their religion got identified with the national identity during Tito's Yugoslav federation.

Three religious groups are predominant in what was known as Yugoslavia: the Orthodox to which belong Serbs, Macedonians and Montengrins; the Catholic sect to which belong Croats, Slovenians and Hungarians; the Muslims, who are mainly divided among Albanians and Turks, and a considerable number of Macedonians, Montenegrins, Croats and Serbs, and also some gypsies and other Yugoslavs. Religion in Yugoslavia was separated from the State.

The population of Yugoslavia was estimated to be 3.99 million, according to 1981 census, which was 43 percent of the total population. This is an approximation since there was no official religious census in Yugoslavia.

With more than four and a half million Muslims out of a total population of about 35 million, according to 1991 census, Yugoslavia used to boast of hosting Europe's largest Muslim community outside the Soviet Union. The Muslims formed 43 percent, the Greek Orthodox Serbs 23.5 percent and the Roman Catholic Croats 17 percent of the total population of 23 million.[1]

There are two main groups of the Muslims in Yugoslavia who are mainly concentrated in southern and western provinces. The first is that of the Albanian Muslims, who number 1,807,920, according to the official census of 1981, that is 8 percent of the total population. They are mainly concentrated in the Kosovo province, which enjoys an autonomous status, where they are 80 percent of the total population of the province. There are also some Albanians in other parts of the south. The Albanians themselves claim that they are about 2.5 million in Yugoslavia and that they form half of the Muslim population in the country. Coming next are the Croatian Muslims, found mainly in the central part of the country. In addition, there are 235,990

Turkish Muslims in Yugoslavia mostly found in the Republic of Macedonia.

But the Muslims were most numerous in the Republic of Bosnia where they formed 43.7 percent of its population according to official figures, although some Muslim organisations claimed that the figure was much higher at about 50 percent. The capital of Bosnia is Sarajevo, 80 percent of whose population was Muslim. In Kosovo, the Albanian Muslims constituted 80 percent of the province's population.

The majority of the Muslims are found in the Republic of Bosnia. They are 43.7 percent of the total population of this republic and probably more. This percentage is higher than the percentage of the other two non-Muslim nationalities in the Republic, the Serbs who are Greek Orthodox and constitute 37 percent of the population, and the Croats, who are Roman Catholics and form 20 percent of the population. The Bosnian Muslims are not Yugoslavia's only Muslims since the state is inhabited by Albanians, Turks, Macedonians and gypsies, who profess the Islamic faith.

### WHO ARE BOSNIAN MUSLIMS?

Although Islam first entered

EXHIBIT

WAMY EX. 50

PEC-WAMY000534

Yugoslavia through the Arab traders, who controlled the Mediterranean and its Adriatic islands up to the coast of Yugoslavia. The advent of the Bashnak and Bulgar tribes from the Volga river basin in the 10th century and later the spread of the Ottoman rule after the Battle of Sandy in 1364, strengthened the roots of Islam in Yugoslavia. The practice of Islamic tolerance and equality on the part of the Ottoman rulers had a significant impact and was a major factor in the spread of Islam among the Yugoslav population.

Bosnia-Herzegovina belonged to the Muslim cultural and historical sphere of influence. During the Ottoman period when the Caliphate extended over the southern part of Yugoslavia in the 15th century, a group of the Christians known as Bogomali used to live in Bosnia who were unitarian, believed in Allah but not in the revelation. A majority of these people around 1000,000 voluntarily embraced Islam.[2]

Thus, the Bosnian Muslims are descendants of a Slavonic tribe. They have been a distinct cultural community in Yugoslavia, with remarkable achievement in arts and science, in literature and scholarship. During the Ottoman period, Bogomalis were treated gently. They are the biggest ethnic group of Bosnia constituting about 44 percent of the population of the region which numbers 4.4 million but also includes large number of Croat and Serb nationalities. The Muslims constitute a majority of the population in Bitt, Sandzak. Kosovo, Macedonia and, to a lesser extent, in Serbia, Montenegro, Croatia and Slovenia. In one word, the Muslims were second class citizens and without equal human rights.

## HISTORICAL BACKGROUND

**From Ottomans to Present**



*The flag of the Muslim Republic of Bosnia-Herzegovina hoisted in a minaret of a mosque.*

Times

### Ottoman Period (1463-1878)

Bosnia's Muslims are the descendants of those Bosnians who converted to Islam after the arrival of the Ottomans in 1463. They had their own courts and judges to deal with their matters of family, marriage and religious life. Although de facto the Ottoman rule ended in 1878 the Muslim Shariah courts continued to function in Bosnia throughout the Austro-Hungarian rule (1878-1918) and only after World War II and the birth of Socialist era the Shariah courts were finally closed down.

### Austro-Hungarian period (1878-1918)

But in 1887 when Austria captured Bosnia, the Muslims were not allowed to follow their religious and cultural traditions. Their ancient books written in Arabic letters were prohibited, and Salani language written in Roman letters was introduced.

### Between the Wars

The major problem for the



Muslims in the region started after the First World War which ended in the creation of the Kingdom of Serbs, Croats and Slovenians in 1918. The Muslims resisted the policies of injustice and oppression through the Yugoslav Islamic Party, which was formed in 1919 under the leadership of Dr. Muhammad Sabahu, who headed many Yugoslav governments prior to World War II.

The first Yugoslavia, which was created in 1918 as the Kingdom of Serbs, Croats and Slovenians disappeared at the beginning of 1941, immediately after Nazi occupation. Two years later, during the liberation war, a second Yugoslavia was formed under the Communists and Tito. The dictatorship that took over the new state in 1929 abrogated the statute for autonomous management of Islamic institutions and Awqaf, and abolished the Chief Mufti's office in Belgrade. However, a year later, a new law and a new constitution for the entire Islamic community were promulagated. The Supreme Islamic Presidency was stationed in Belgrade.

In the wake of World War II, the Muslims were thrown into a terrible plight. They had to face mass murder, displacement and deprivation of their properties and means of livelihood under the cruel Communist regime that took over the reigns of government. The period 1941-1945 was thus one of severe trials for the Muslims of Yugoslavia.

Moreover, the Muslims could not forget the betrayal of Serbs after the victory in the war between Serbs and Austrians in which the Muslims had fought on the side of the Serbs. Most Muslims suffered under the Serbian-dominated pre-War regime. During the World War II, the Muslims had been massacred by both Serbian Chetniks and by Tito's Partisans. In fact, hundreds of thousands of Muslims fled from the country

out of fear once the war ended.[3] Even before the collapse of Communism, the Muslims were steam-rollered under of Serbian domination.

### In Tito's Yugoslavia

The People's Republic of Yugoslavia was founded on November 29, 1945 under the leadership of Marshal Tito.

Like the Communist governments elsewhere, the first targets of Marshal Tito were the Muslims, whose leaders were subjected to show trials and thrown into prisons. 24,000 Muslims lost their lives, Mosques and schools were closed, Islamic education prohibited, and circulation of Islamic literature banned. As a result, many Muslims were forced to migrate to Turkey and Europe. Many in the Republics formed popular fronts to resist the injustice and oppression of the Communist Government.

During Ottoman rule, there were 3,500 mosques, 1,500 schools (madrasahs) and 400 nurseries for poor children and widows throughout the country. But in 1990, just before disintegration of the federation, there were only 2,186 small and big mosques 360 centres and 225 Turkish baths. The most important Islamic institutions in Yugoslavia were : (a) Islamic College in Sarajevo, (b) Ghazi Husrew Beg Islamic Institute for Girls and Boys in Sarajevo, (c) Alauddin Islamic Institute in Pristina, and (d) Ghazi Husrevbegova Dzamija in Sarajevo.[4]

Despite their clear majority in Bosnia, the Muslims comprised only five percent of the total employment force, only low ranking jobs being available to them. All positions of authority and influence were occupied by Serbs. As a result the number of unemployed Muslims had increased and their economic and social conditions deteriorated.

In former Yugoslavia, there was little freedom for organizing Islamic activity. Outside the mosques, the Muslims were subject to a great deal of cultural, economic and political pressures in their daily life. These pressures related to such matters as circumcision, encouragement of intermarriages between the Muslims and Christians, forcing the Muslim children to eat pork in public schools and exposing them to intensive Communist indoctrination in academic institutions throughout the country. The Muslim girls were conscripted and transferred to military training camps against their will.[5]

Added to these were political tensions arising out of the denial of representative positions to the Muslims even in areas where they formed a significant component of the population. Until recently, the Republic of Bosnia-Herzegovina was a clear example of the denial of political rights to the Muslims, although they formed close to 40 percent of the population. All positions of influence and political patronage were reserved for Serbs. It was these factors that led to the outbreak of trouble in Bosnia in April in 1983 and in the province of Kosovo in 1984.

For a better understanding of the background of the tension, it should be mentioned that two outside events probably led to this disturbed relationship between Islam and the Government. The projects by the Islamic Council of Europe, with its seat in London, to hold an all-European Conference in 1980, at Sarajevo, and that of the Muslim World League of Makkah to organise a Seminar for all European Imams, near Sarajevo, were seen as evidence of the Yugoslav Ulema's pan-Slavist affiliations." Attacks were mainly directed against the Ulema and also against the former Muslim leaders and several scientists, in particular, against the philosopher

*minaret of*

*he Shariah*
*ed down,*

*iod*

*\ustria cap;*
*slims wer*
*their relig-*
*ions. Their*
*in Arabic*
*and Salani*
*man letters*

*in for the*

PEC-WAMY000536

Muhammad Filipovic and the historian of civilization, Muhammad Hadzijahic. In August 1983, 11 prominent Muslim intellectuals, including an Imam, a poet, two writers, and a University professor, were sentenced to an imprisonment of total 90 years. "The trial has offered", writes *The Observer*, London, of 21 August 1983, "a horrific picture of Bosnian police methods. The case raises the whole question of freedom of opinion and expression, which, as one lawyer pointed out in his final summing up, is guaranteed by the country's internationally signed agreement obligations and the Constitution." [6]

Lack of proper utilization of natural and mineral resources of the two Muslim-dominated provinces made the Muslims among the poorest provinces not only in Yugoslavia but in Europe as a whole. The province of Bosnia-Herzegovina is one of the most fertile regions in the country, whose exports includes crude gold and petroleum. Similarly, rich mineral deposits and energy resources in Kosovo, another Muslim majority province, are still exported to other parts of the country at low prices. No effort was made to build factories or invest in agriculture.

### After Tito's Death

With Tito's death in 1980, his strongly paternalistic rule ended and his political legacy began to disintegrate owing, mainly, to an overweening ambition of Slobodan Milosevic, the Serbian leader. For several years, a loose-lipped demagogue, Milosevic has been whipping up Serbian nationalist emotions, though he has no constructive policies to offer.

In 1987, a group of Serbian academics produced a plan for a new, revamped Yugoslavia which was in reality a blueprint for a Greater Serbia. [7] This plan, which was mooted by the Serbian Acad-



*A Bosnian child victim of the Serb aggression wounded by the mortar shelling*

emy of Sciences, is what is presently being implemented, using an induced civil war as cover.

After the collapse of Communism in 1990, multi-party system was allowed in Bosnia. The Serbian bully-boy tactics led to a sorry imbroglio. Serbia, under its President Slobodan Milosevic, blocked

Croat representative Stipe Mesic from taking his rightful turn as chairman of Yugoslavia's eight-member Presidency.

Despite the institution of constitutional government and distribution of portfolios, the country was plagued by internecine warfare between the Serbs and the

PEC-WAMY000537



Croats which pushed it towards disintegration.

The election of presidency chairmanship has always been a ceremonial routine, the succession to the post fixed by a pre- determined order among the six republics and two provinces. This time it was Croatia's turn. Mesic needed five votes, but got only four. The result of Serbian blocking of approval was the deadlock and the fighting.

## THE PRESENT TRAGEDY

The Serbs formed more than a third of Yugoslavia's population (23.5 million) and other republics would have resented Serbian hegemony even without Milosevic, who combines hardline Communism with fierce Serbian nationalism giving the impression of wanting to recreate the "Greater Serbia of the Middle Ages." He triggered fears about a Serbian-dominated Yugoslavia, and started behaving as though he should determine as to how Serbs in other republics should be treated while dismissing the minorities in his republic.

Thus, the fighting in Croatia had created increased restiveness among Bosnia's Serbs, Croats and the Muslims.

### Disintegration of the Federation

Croatia, Slovenia and Macedonia three of Yugoslavia's six republics - voted for independence, in June, 1991. Both Croatia and Slovenia wanted independence, while the former, ruled by centre-rightists, wanted Yugoslavia to become a loose association of sovereign states if it was not to break away. Serbia, the largest republic, wanted a centralised federation. Serbs and the army were the two groups most opposed to changes in Yugoslavia. In Serbia's southern province of Kosovo, ethnic Albanians announced they would begin voting on inde-

pendence.

The formal disintegration of the federation started almost two years ago, in the summer of 1991, when Slovenia and Croatia declared their independence on June 25, that-year.

### Civil War

Slovenians and Croats wanted to be fully independent states. They separated from Yugoslavia and had their formal independence in early October. Croatia and Slovenia were recognised by the European Community and two dozen other countries. Four of the six republics, Croatia, Slovenia, Macedonia and Bosnia-Herzegovina, also appealed to the EC to be recognised as independent states.

Bosnia was not a party to the eight-month -old war between the Serbs and Croats. The party, Alija Izetbegovic, was able to maintain strict neutrality during the conflict.

## AGGRESSION IN BOSNIA

The problem arose after the dismemberment of the former Yugoslav federation with the recognition of the independence and sovereignty of Slovenia and Croatia. The six republics that formed the federation fell apart from the Yugoslav state in 1991.

Bosnia-Herzegovina also declared its independence on 3 March, 1992 which was recognised by the European Community in April, 1992 and became a member of the United Nations in the following month. Serbia started taking action against Bosnia, initially blocking its economic lines and, within a few months, started capturing its different areas.

At the earlier stage of the crisis, just after the declaration of independence by Bosnia and aggression by Serbia in April last year, the European Community,

the United States and Canada, which blamed and condemned Serbia for aggression and bloodbath in Bosnia-Herzegovina, recalled their ambassadors from Belgrade. The EC imposed trade sanctions against Serbia and Montenegro, which was also supported by the US. Washington also banned flights by Yugoslavia's national airlines JAT. Canada demanded an urgent meeting of the UN Security Council to cut off Serbia's trade links and the UN imposed economic sanctions.[8]

It is interesting to note that aggression against Bosnia is confused with civil war. What is going on in Bosnia is not civil war but aggression. Bosnia Herzegovina is neither a part of Serbia nor part of the rump Yugoslavia. It is an independent sovereign republic duly recognised by the European Community and also as a member of the United Nations. Bosnia is a state recognised by the UN, whose government enjoyed the support of the large majority of its people, but as a country it has now almost been destroyed by external aggression.

It is not civil war: it is a clear violations of the territorial integrity and sovereignty of the Republic of Bosnia-Herzegovina. It is an aggression and invasion by Serbia. The tanks and heavy artillery, which have pounded the cities of Bosnia and sent millions into exile, are not the private property of the Bosnian Serb minority, nor were grown in the gardens. They are the tanks, and guns of the old Yugoslav army placed at the disposal of Karadicz by Milosevic.

Serbia is a fascist state directing its aggression against other ethnic groups and is hellbent on destroying all manifestations of their culture and social institutions. Fascism cannot be appeased - after Bosnia, the Serbian government will turn its attention to Kosovo, Vojvodina and Macedonia with far-reaching and serious implications for Greece and other

rtar shelling

Stipe Mesic tful turn as ivia's eigh-

tion of con n and distri the county mecine war rbs and the

 

PEC-WAMY000538

states in the region.

Bosnia has applied to the UN and the EC for help , and neither has done anything significant to curb aggression. The world's response to aggression has been a charade - melodramatic visits of politicians for a few hours to Sarajevo and the inept sending of ships to the Adriatic to monitor sanction-breaking, when no one in his senses imagines that sanctions are not being violated.

Serbian aggression and atrocities in Bosnia demand world-wide condemnation and effective steps on the part of the United Nations Security Council to restore peace in the republic. From the United States and the United Nations down to the Croatian government and Muslim leaders of the republic, everyone blamed and condemned Serbs and declared the situation as shocking and alarming. The United Nations representative, Cyrus Vance, expressed serious concern over the situation. The then United States Secretary of State, James Baker, called the situation "extra-ordinarily tragic." The United States in a strongly-worded statement condemned "the use of force, intimidation and provocation to nationalist violence by militant nationalist Serbian, and to a lesser extent, Croatian leaders in Bosnia." Countries of the European Conference on Security and Cooperation in Europe (CSCE) "condemned the violation by Serbian irregular forces – and by the Yugoslav Nationalist Army – of the independence and territorial integrity and human rights in Bosnia-Herzegovina."[9]

All agree that Serbia is at fault, but beyond that there is confusion. The French would like to send in peacekeeping forces, the Germans want economic sanctions against Serbia, the Dutch would like expanded EC monitoring operations to take place in Croatia, while Britain would like to talk to the United Nations. Notwithstanding all these different ideas, the EC has accepted that it has a unique political responsibility to solve the Yugoslav crisis.

## CONCENTRATION CAMPS

From the very beginning of the aggression, the Bosnian government informed the world that the defenceless Muslims cannot fight back the Serbs who have the heavy artillery and tanks from the Yugoslavia Federal Army and hense appealed for arms. But the United Nations, instead of helping the Bosnian government, imposed arms embargo and thereby placed the Bosnian Muslims at the mercy of the Serbian warlords which resulted in the total realization of Serbian dream of "Greater Serbia" by the forceful and brutal expulsion of the indigenous Bosnian Muslims from their hearths and homes. Out of 4.5 million population of Bosnia, 2 million have been displaced, one million exiled, 37,000 have been killed, according to one estimate in August 1992, while 50,000 are missing.

The ultimate outcome of this large-scale attack on Bosnia is the mass displacement of human beings who are now living in trains, boats and on the borders, the consequence of which is now revelation of genocide, horrifying tales of mass massacre and holocaust.

The Serbian forces, who are now engaged in cleansing and emptying parts of Bosnia of Muslims and Croats, established death camps in which inhuman acts of cruelty have been committed. In these concentration camps in which tens of thousands of civilians have been executed or starved and thousands more are being held until they die, according to two prisoners, who survived this ordeal.[10]

Thousands of Muslims have been imprisoned and tortured, and some executed, in a large number of Serb-run and till recently inac-cessible concentration camps in Serb-controlled areas. Only 1,350 people were slaughtered between mid-May and mid-June. Prisoners were not brought from the battlefields but were evicted from their homes. Among them were men, women and old men. Civilians were being held in metal cages without sanitation, adequate food or access to the outside world at Omarska, a former mining complex. They were either shot dead by firing squads or had their throats slit by guards.[11]

Practically all had to go through various kinds of torture, beatings with iron-bars, wooden planks, and truncheons, being kept in closed, hot and suffocating premises. They were denied drinking water, and use of toilet.

Though the Government of Bosnia-Herzegovina has sent a list of 104 Serb-run detention camps to the UN High Commissioner for Refugees in April last year, though Washington was quite aware of the existence of and atrocities in the concentration camps run by the Serbs as early as June last year, and though a UN memo dated July 3 noted the existence of concentration camps and a policy of purging Muslims from the region, it was known to the public just a few days ago when the television pictures of ITV and the reports of the London-based Guardian appeared. The world was kept in the dark for long six months about what was going on in the Serbs-run concentration camps. No international agency including the Red Cross, and no journalists were able to visit and inspect either Omarska or Brcko concentration camps.[13]

The International Committee of the Red Cross, after visiting and inspecting the concentration camps, described the systematic brutality against human beings and condemned "massive and forced transfers of population

characte
use of bi

Ms.
Commis
spoke c
and sai
peared t
result (
Harzego
based da
ly com
they co
gramme
bombard
cities, w
all thos
Within
equally
bush of
45 orph
ample o
the gunr

Lord

PEC-WAMY000539



*A Bosnian Muslim soldier is taken to the grave yard for burial.*

characterized by the systematic use of brutality."[14]

Ms. Sadako Ogata, UN High Commissioner for Refugees spoke of "horrifying atrocities" and said that displacement appeared to be the goal, not just the result of the war in Bosnia-Harzegovina.[15] The London-based daily *Independent* editorially comments, "More publicly, they continue their pitiless programme of "ethnic cleansing" by bombarding Sarajevo and other cities, with the aim of driving out all those not of Serbian stock. Within the towns, snipper fire is equally deadly: the weekend ambush of a Sarajevo bus laden with 45 orphans was just another example of the utter callousness of the gunmen."[16]

Lord David Owen, observed,

"The annexation of territory, the concentration camps, even the jargon is the same with racial purity being replaced by the even more odious "ethnic cleansing." We have been spared the gas chambers, but tales of death and brutality make it no exaggeration to warn of a holocaust."[17]

## KILLING OF CHILDREN

In their orgy of blood, the Serbs in Bosnia have not spared the blood of the Bosnian babies. The inhuman attack on the orphan bus shows that Hobbesian "Law of the Jungle" is now ruling the twentieth century "civilised Europe" where even the babies are not spared the bullets of the bandits. Snipers killed refugee babies and at their funeral mortar bombs rained upon the mourners. Night after night, the screams and wails

of Muslim and Croat women and children, detained by Serbians in Bosnia, can be heard, where innocent children were the worst victims of the aggression. Thousands of Muslim children find themselves orphaned due to the brutality of the modern-day Crusaders who have vowed to keep Islam out of Europe.

"In the past few months, more than 700 children have been killed and 5,000 wounded in Sarajevo alone, while about 80,000 children and teenagers remain trapped. Nobody really knows how many children are orphaned, dead or wounded, in areas outside the capital where fighting still rages . Serbian forces daily rained down a barrage of death and destruction in the areas around Brcko, Visegrad and the besieged town of Goradze, where condi-

PEC-WAMY000540

tions are reported to be horrific with corpses littering the streets."[18]

A psychiatric survey conducted by the United Nations Children's Emergency Fund in refugee centres and hospitals in Bosnia and neighbouring Croatia on August 13, 1992, reveals the barbarity of militia forces in bombarding population centres and expelling communities has been especially hard on children.

Hundreds of thousands of children were killed, wounded and traumatised in Bosnia and another large number of children became orphaned. Since fighting began in March, last year, UNICEF says "1,417 children have been confirmed killed in addition to the 8,081 adult fatalities. Of 116,676 people wounded in Bosnia, 29,169 are children. In Sarajevo, where 85,000 children are trapped, 6,969 youngsters are in need of urgent medical attention."[19]

An entire generation of children has been traumatised by the bloody civil war in Bosnia with hundreds of thousands suffering permanent psychological scars, according to a report published by Unicef, the United Nations Children Fund. The war trauma has already affected nearly a million children, and particularly "the estimated 150,000 who, with their families (or the remnants of families) have been exposed to prolonged periods of terrorization." Unicef also estimates that 900,000 children have been psychologically traumatised by the war. It is particularly concerned about 150,000 who may suffer permanent mental damage because of prolonged exposure to terror.

Unicef also had reported that deaths from starvation are expected within three weeks. Already some of the classic starvation-related diseases, such as measles, chest infections and scurvy, are

taking an increasing daily toll. "Half the children have seen death, and, according to a Unicef survey, two-thirds think that they themselves are going to die in this war. Thirty thousand children have been wounded or injured, 10,000 in Sarajevo alone."[20]

Many organisations are working among the refugees to help. Some are trying to take the orphans out of the country with good intentions. There are Red Cross, church groups, the doctors' and nurses' "without frontiers" organisations, other non-governmental aid agencies, and charity groups such as Children's Embassy, Save the Children, Balkans Relief, Caritas and the Catholic Charity. The UN people in the field are from the High Commissioner for Refugees and the UN Children's Fund, Unicef.

Muslim organisations such as London-based Muslim Aid, Birmingham-based Islamic Relief and Jeddah-based, MWL-sponsored International Islamic Relief Organisation are also trying to help the distressed Muslims. The Muslim community of Britain is also organising a massive campaign to bring 1,000 orphans into the United Kingdom from the devastated state of Bosnia-Herzegovina. In Leicester, 150 families have come forward, 100 in Manchester, and 120 in London to take care of the orphans. Malaysia's 1,000 families have offered to take care of Bosnian children.

This aggression, brutality and genocide in the recently recognised independent republic of Croatia and Bosnia could have been avoided long ago if the Western powers had issued a sincere and real threat of use of force to the Belgrade government. The timely action against Hitler during the world War II proved beyond doubt that if the aggression of a dictator were to the halted, it should be nipped in the bud. The Western powers also demonstrated in 1990 how the aggression on

Kuwait by the Iraqi dictator Saddam Hussein could be stopped by taking action without any delay. But what was the attitude of the Western leaders to the Serbian aggression on Bosnia? What action did they take? The Western leaders made it clear through their actions and utterances that whatever may have taken place in the Balkans, no military action will be taken against the Belgrade government.

After receiving such a clearcut "green signal" from the West, Milosevic and his barbaric armed forces, heavily armed with the modern sophisticated weapons, committed genocide, mass massacre and holocaust and captured two-thirds of the territory of Bosnia. *The New York Times* of 13 December 192 wrote under the caption "Rape after Rape" about the horrific crime of rape of Muslim women.[23] It is said in that essay that Serb militiamen raped daughters in front of their mothers in the concentration camps. Recently, European Community-appointed investigators said that uptill now, more than 20,000 Muslim women of Bosnia fell victims to Serb brutalities. On the other hand, according to Bosnian government statistics, this figure is more than 50,000. It is also revealed from the report of the investigators that, raping of the Muslim women was part of the Serbian war strategy. That means, through rape and, killings, they wanted to terrorise and create panic in the minds of the Bosnian Muslims so that the Muslim refugees dare not return to their homes.[24]

The West, which could have played an important role to stop this aggression and atrocities, and which claims itself to be the torch-bearer and protector of democracy and humanity, have shown shameless reluctance, unwillingness and silence in the face of the Bosnian genocide. This proves that the humanitarian ul-

PEC-WAMY000541

ictator Sad.
stopped by
any delay
itude of the
Serbian ag.
What action
estern lead.
gh their ac.
at whatever
in the Bal.
ion will be
lgrade gov.

ch a clear
n the West
baric armed
d with the
! weapons,
nass massa-
id captured
ory of Bos-
'imes of 13
under the
'ape" about
ape of Mus-
1 in that es-
imen raped
ieir mothers
camps. Re-
Community-
s said that
ian 20,000
inia fell vic-
.es. On the
to Bosnian
this figure
t is also re-
t of the in-
ing of the
part of the
That means.
llings, they
and create
the Bosnian
1uslim refu-
n to their

could have
role to stop
rocities, and
to be the
ector of de-
mity, have
ietance, un-
e in the face
ocide. This
initarian ut-

lerances and slogans of the Western leaders are a mask worn to serve their own interests like the Kuwait oil. The continuous peace negotiation in Geneva and inter-mittent shelling and fighting in Bosnia exposes an entire set of wrong assumptions and outright hypocrisy which have surrounded the peace process at Geneva.

The steps already taken have done little. UN economic sanctions against Belgrade were violated. Oil-laden barges brazenly move up the Danube river to Serb-dominated Yugoslavia in violation of UN sanctions imposed to punish Belgrade. A no-fly zone was proclaimed in Bosnia in last October, but the war-planes of Belgrade have violated that UN resolution more than 300 times according to the UN. Though UN trade sanctions and no-fly zone were violated, no action has been taken to implement the resolution or to punish the Serbs as it was done against Iraq. On the other hand, the 'peace' negotiators are now proposing to allow the Serbs to retain large chunks of Bosnian territory.

The arms embargo imposed on Bosnia has not been lifted on the ground that it will escalate war. David Owen, the Co-Chairman of the Geneva Peace Conference, said: "It would be literally pouring-fuel on the flames." Now the question is why this reluctance and apathy on the part of the Western powers towards the barbaric actions of Serbia in Bosnia? The New York Times wrote editorially, "Probably there is no oil like Kuwait in Bosnia. That's why the West has no headache."

## INTERNATIONAL COMMUNITY'S ROLE

It is well-known that the international community is conscious and very active to protect human rights, to monitor human rights abuses and to redress the wrong by using world force to restore the territorial integrity and sovereign-

ty of an ndependent state if invaded. But what the international community did in the face of the annexation of territory of the sovereign republic of Bosnia-Herzegovina, whose independence and sovereignty was recognised by the United States, the European Community and many other states? What action did they take to stop death and brutality?

In the greatest human upheaval since the Second World War the international community is vacillating over ways to halt the fighting.[21] When the aggressor, Serbia, started capturing and plundering towns, cities and villages of Bosnia-Herzegovina one after another and forcing large number of Muslims from territories adjacent to Serbia, the International Community, instead of taking action against the aggressor, started discussing how to tackle the problem of large-scale human displacement and provide humanitarian relief and a solution sought and proposed in the division of the republic on the ethnic lines.

"Thus did Nero fiddle while Rome burned", so commented The London Times editorially.[22] The whole of Bosnia is now burning and brutality continues unabated and every day a new case of torture and persecution is coming out.

The UN representing the international community bears the responsibility of maintaining world peace. It has, therefore, a wide-ranging obligations towards humanity. It is duty-bound to protect

human rights and deter aggression of any form. If an aggression takes place, it has to punish the aggressor. The Bosnian crisis, however, clearly demonstrates that the World Body has lamentably failed to discharge its obligations. What the Serbs are doing is a flagrant violation of the UN's Charter. Yet, sadly, no effective step has been taken to penalise them. Are not the Serbs' victims

human beings?

Even the role of the United Nations in the face of aggression is that of a silent spectator. Commenting on the role of Security Council, the Bosnian Ambassador to the United Nations, Muhammad Sacirbey, described the Security Council's two resolutions on Bosnia as "public relations."[23] Wolfgong Von Geldern, a Christian Democrat MP of Germany, described the role of the UN as "excessively bureaucratic."[24] The US-based human rights group, Helsinki Watch, accused the United Nations of "disorganisation and political indecision" in its peace-keeping efforts in Bosnia.[25] The US Senate report also criticised the UN for their slow response.[26] The Helsinki Watch also observed that the EC has been "slow and divided" in its response to the war and described US policy as "inert, inconsistent and misguided."[27]

Inspite of this the world community has taken no serious action to halt the aggression and silence the guns of the Serbian warlords.

## Military Intervention

When diplomacy and discussions failed to produce fruitful results, the only alternative left is to strike with force. Serbia only understands the language of force, not that of negotiations, persuasion and diplomacy.

Some independent-minded international politicians and statesmen think that nothing can restore sovereignty and bring peace in the war-torn Bosnia without the use of force as it was demonstrated in the case of Kuwait. While it seems that Serbia is now ready to make cease-fire and attend peace conference and negotiate, as it has achieved whatever it wanted it in Bosnia. British leaders of stature such as Lady Margaret Thatcher, Lord David Owen, and Paddy Ashdown, Liberal-Democrat lead-

PEC-WAMY000542



# DAR AL-MAAL AL-ISLAMI (DMI) TRUS

## the vital link with the Islamic wor

The Group benefits from an extensive network with a strong foothold in the major international financial centers. Its subsidiaries – Banks, insurance and investment companies – are rooted regionally to respond more rapidly and effectively to clients needs. The synergetic relationship between the subsidiaries gives DMI the leading edge.

DMI combines professionalism and adherence to the tenets of Islam. Clients have access to a wide range of modern financial services yielding good returns.

For further information, please contact:
DAR-AL-MAAL AL-ISLAMI SA

er, have spoker military force t

The Indepe editorially ob stage, the Wes to provide son support for the lims. who fort the population arms embargo lims the mean: homes. A com would be poss

Is the inter still ready to independence the EC and th a multi-ethnic tablished bord mistake if inte ty recognised slightest inter the territoria country that I by it.

Vance-O

On the ot jevo came un bombardmen ing and rapi ued, the Wo the auspices and the Fi forced Bosni with the agg inals to find to the Bosni tion and pea from prejudi

The Gene first week o out with a n viding the

into ten auti ethnic lines aggressor v ries who ha law and in the indepen lic of Bosn by the wor mitted as a Nations.

The "p

Vol. 21

PEC-WAMY000543

**US**

**world**

er, have spoken in favour of using military force to halt the fighting.

*The Independent* of London editorially observes, "At this stage, the West has two choices: to provide some form of military support for the dispossessed Muslims, who formed 40 per cent of the population; or to lift the UN arms embargo and give the Muslims the means to regain their old homes. A combination of the two would be possible.[28]

Is the international community still ready to save Bosnia, whose independence was recognised by the EC and the US, on April 7, as a multi-ethnic state within its established borders ? It was a grave mistake if international community recognised Bosnia without the slightest intention of standing by the territorial integrity of the country that had been recognised by it.

### Vance-Owen Peace Plan

On the other hand, when Sarajevo came under intermittent Serb bombardment and fighting, killing and raping in Bosnia continued, the Western leaders under the auspices of the United Nations and the European Community forced Bosnian government to sit with the aggressors and war criminals to find out political solution to the Bosnian crisis. This mediation and peace process is not free from prejudice and bias.

The Geneva peace talks in the first week of January 1993 came out with a new map of Bosnia dividing the independent republic into ten autonomous provinces on ethnic lines thereby rewarding the aggressor with occupied territories who has violated international law and invaded the territory of the independent, sovereign republic of Bosnia recently recognised by the world and which was admitted as a member of the United Nations.

The "peace" plan prepared by David Owen and Cyrus Vance, would have mainly legitimised the military gains of the Orthodox Serbs and Catholic Croats. The demerits of the plan are as follows:

Firstly, in the plan, Bosnia has been divided into ten autonomous provinces under a weak central government, where Muslims, who formed 44 per cent of the total population of pre-war Bosnia, were given only three provinces out of 10 : whereas Serbs, who were 31 per cent of the pre-war total population, are given two-thirds territory under their control. The Bush administration had refused to accept similar proposals last summer (1992) on the ground that to accept this would mean to allow the aggressor to enjoy the fruits of his aggression. In order to satisfy Serbs, the Vance-Owen plan has agreed to leave all those occupied territories under their control. In other words, the barbaric aggression by Serbs has been legitimized under the Vance-Owen plan.

Secondly, it is stipulated in the plan that heavy weapons have to be left under the supervision of the United Nations. In this case, only the Serbs have heavy weapons. But there is no provision in the plan for punitive measures in case of violation by any side.

Thirdly, the most important defect of the plan is that no provision has been made to protect the minority groups in the different provinces. Now the question is: would the Muslim refugees be ready to return to their homes from where they have been expelled by their neighbour Serbs through rape and killings unless an effective provision was made to protect their lives and properties. The absence of the provision to protect the minority community in the Vance-Owen plan would indirectly help realize the principal objectives of the Serbs, i.e , to exterminate other ethnic communities.

Fourthly, another disadvantage of the plan is that though it talks about the formation of a special court for war crimes trials but no powers have been accorded to the court to punish the criminals.

The Geneva Conference failed to consider aggression, genocide and deportation of a large number of Muslims from their homes and hearths. The Muslims are the victims of Serbian aggression, while the Serbs have committed genocide, gang-rape and other war crimes in Bosnia, after having invaded the republic. The plan does not talk about this nor provides for handing over of the heavy weaponry as decided in the London Peace Conference in August 1992, nor does it tackle the rehabilitation of the large number of refugees, who are the victims of aggression and ethnic cleansing. Now will the international community reward the Serbians with their captured territories?

The Serbs have violated all norms and rules of international law. They have committed the most horrible crimes in Bosnia, fired on the UN aid flights to Sarajevo, attacked humanitarian aid convoys, sought to wreck the UN relief efforts and violated the UN "no-fly" resolutions. Lord Owen's repeated warnings and ultimatums to the Serbs to surrender their planes were ignored. The Serbs have also threatened International Community and peace negotiators so many times. Last October, Karadzic had threatened to withdraw from an international peace conference if the United Nations imposed a military no-fly zone over Bosnia.

It is interesting to note that the big powers are thinking in terms of rewarding the aggressors with their captured territory instead of asking them to vacate the occupied lands.

During one of his visits to the United States, the President of the

PEC-WAMY000544

Republic of Bosnia-Herzegovina, had complained to the Bush administration and the newly constituted Clinton administration that Messrs. Owen and Vance had put pressure on him to accept their mediation; otherwise, the Bosnian government would be responsible for the consequences. Now the question is, why were Owen and Vance exerting pressure only on the Bosnian Muslims and government to accept their biased and partial mediation?

The acceptance of the principles of cantonization, as unveiled by Lord Owen and Cyrus Vance, means surrender and the end of the independent, sovereign republic of Bosnian-Herzegovina.

In spite of that, the Bosnian Muslims, who found themselves under pressure at the Geneva Conference to agree to the United Nations plan to decentralise the embattled republic, accepted the constitutional and ceasefire proposals, but had reservations on the map. President Alija Izetbegovic of the Republic of Bosnia demanded that the Serbs agree: (i) to an independent, sovereign, democratic and internationally recognised state, and (ii) to put all their heavy weapons, tanks and aircraft under the effective control of the United Nations. And the Bosnian foreign minister said: "The international community did not support the Bosnian government position that Bosnia should be a democratic, civic state without ethnic overtones. Why Europe is not supporting a modern, democratic state instead of some kind of a tribal state?"

If the political settlement fails, the responsibility will lie with the Serbs. Because now the main sticking point is the Serbs' insistence on establishing a state within a state. Bosnian Muslims, who were the largest nationality before the war with 44 percent of the 4.4 million total population of the republic and who have suffered

greatest losses during the fighting, have every reason to believe that a settlement is being imposed at their expense. Mr. Somun, a senior Bosnian official, said: "They imposed the war and now they are trying to impose on us the peace."

The latest flare-up proved the futility of the Geneva peace talks. Now there is growing pressure in the West for some form of military intervention to stop the Bosnian war. Even the US Secretary of State, Warren Christopher, has questioned the peace plan's workability. The world body would probably press enforcement of a no-fly zone over Bosnia and lifting of arms embargo against Bosnian Muslims. The peace negotiators have at so many times expressed that if peace fails, then force will be used against Serbia. But now David Owen has starting praising Belgrade's recent contribution to negotiations.

## INEFFECTIVENESS OF "SAFE AREAS" STRATEGY

In their latest attempt to alleviate the plight of Bosnian Muslims, the five big powers have simply and shamefully abandoned the newly recognised independent Bosnian republic. The legitimate rights of the government of Bosnia and the people it represents have been abandoned and instead the territorial gains of the Serbs from the ethnic cleansing and out of the 14-months-old aggression have been recognised. The US-supported peace initiative failed to do anything about Serbian aggression.

The Washington plan, which was agreed to by the US, Russia, Britain and France, appeared, according to The Guardian,[29] to penalise the victim while encouraging the aggressor.

The plan has been denounced and came under fire from both Muslim and international quarters. The Organisation of Islamic

Conference, has condemned the plan for legitimising aggression against Bosnia's Muslims.

The new plan has been described as "betrayal of Bosnia," and "shameful retreat", "moment of shame," "scandal," and "appeasement" and ranks as "one of the most ignominious betrayals in recent history" for the following reasons:

Firstly, the allies have quietly and effectively dumped the Vance-Owen Plan, at least in its present form. The Vance-Owen Peace Plan, which proposed to divide Bosnia into 10 ethnically-based provinces and which was signed by Muslims and Croats and rejected by the Serbs, was scrapped after the Serbs made it clear they will not reverse the position to pre-war situation.

Secondly, the agreement has inevitably served to consolidate the Serbian territorial gains in Bosnia because it does not contain an explicit commitment to preserving the territorial integrity of a multinational, multi-ethnic and multi-faith Bosnia as a unified state within its pre-war borders. It gave an international seal of acceptance to the ill-gotten gains from ethnic cleansing.

The Bosnian Muslims, who are the victims of incompetent Western diplomacy, have every right to denounce this outcome. A Bosnian government statement denounced Western "procrastination and the complete ineffectiveness of the international community."[30]

Thirdly, the plan marks a US retreat from earlier demands to arm the Bosnian government and "roll back" Serbian conquests. It backs out of the idea of bombing Bosnian Serbs to persuade them to withdraw from their present positions.

President Clinton's preferred policy of 'lift and strike', bomb-

ing the Serbs ... num· Muslir His announc "stronger p bombardmer threat again: til might e their intransi

Fourthly, a multi-nat within its plan aims declared, so for Bosnian currently t rebels - Sa Srebrenica, Sarajevo, B

We have this concer practicable all, the ide first raised David Steel Democrats, ground of till few we was, agains havens as th egy for Bo: want to see ting in a pe creating N non or Cyp

It has i with Kurd upon: "Saf havens" lik led allies manner to of the se down Iraq Iraqi air de qis do so n get.[33]

To rub lim wound clear that as" in Bo he allowe of UN for and not t thousands side.

PEC-WAMY000545

lemned the aggression ms.

; been de of Bosnia," ; "moment and "ap as "one of betrayals in : following

ave quietly mped the least in its ance-Owen osed to di ethnically which was and Croats Serbs, was bs made it erse the po ion.

ement has consolidate l gains in es not con mitment to al integrity nulti-ethnic a as a uni re-war bor ational seal : ill-gotten ising.

slims, who ncompetent have every outcome. A statement procrastina ineffective al commu

narks a US lemands to rmment and onquests. It of bombing suade them present po

s preferred ike', bomb

ing the Serbs and arming the Bosnian Muslims thus evaporated. His announcement of adopting a "stronger policy" through aerial bombardment proved an empty threat against the Bosnian Serbs (it might even have encouraged their intransigence).

Fourthly, instead of supporting a multi-national Bosnian state within its pre-war borders, the plan aims to set up six UN-declared, so-called "safe areas" for Bosnian Muslims in enclaves currently besieged by Serbian rebels - Sarajevo, Tuzla, Bihac, Srebrenica, Zepa, Gorazde and Sarajevo, Bosnia's capital.

We have to see again how far this concept of "safe areas" is practicable and feasible. First of all, the idea of safe havens was first raised in last August by Sir David Steel, leader of the Liberal Democrats, but rejected on the ground of impracticality.[31] Even till few weeks ago, Mr. Clinton was against the concept of safe havens as the basis of a new strategy for Bosnia. He said : "I don't want to see the United States getting in a position where we're recreating Northern Ireland, Lebanon or Cyprus or anything else."[32]

It has been rightly compared with Kurdistan and commented upon: "Safe areas" are not "safe havens" like Kurdistan where US-led allies still react in a deadly manner to any Iraqi transgressions of the security zone, shooting down Iraqi planes and taking out Iraqi air defence radars if the Iraqis do so much as illuminate a target.[33]

To rub salt into Bosnian Muslim wounds, the new plan makes clear that to protect the "safe areas" in Bosnia, force would only be allowed to safeguard the lives of UN forces patrolling the zones and not the lives of the tens of thousands of Muslims trapped inside.



*An innocent minor girl wounded in Sarajevo recently by the Serb's shelling to the capital city.*

The Western allies and Russia have agreed to defend "safe areas" around six Muslim towns and cities." To protect the Muslim enclaves as many as 40,000 troops may be needed. The UN commander in Bosnia, Lt-Gen. Phillippe Morillon, was requesting extra troops to defend the so-called "safe areas." No one knows where the extra troops will come from. The United States says it will not provide any ground troops in Bosnia. Western nations did not agree to deploy ground troops to "roll back" Bosnian Serb aggggression. Britain and France said they cannot afford to supply any more.

The "safe areas" are to be safe only for the UN forces, not for the terrified civilians trapped inside the "safe areas" who may still be killed with impunity.

The fact that the six towns and cities are being called "safe areas" and not "safe havens" indicates that there are limits to what the outside powers are willing to do to provide basic security, as observed by international observers.

According to Washington agreement reached by the United States, Russia and Western Europe, six so-called "safe areas" were to be set up for Bosnian Muslims. The population of these areas would be hopelessly overcrowded, sandwiched between hostile Serbs and Croats, poverty-stricken and thus entirely dependent on international aid. More

PEC-WAMY000546

than half a million Bosnian Muslims in the five small "safe areas" will depend on international charity for years to come.

The proposed so-called safe areas would be pathetically inadequate enclaves to accommodate the majority of the population of Bosnia-Herzegovina displaced from their homes, nor would they be able to feed themselves.

In no way will these Muslim zones be able to feed themselves. Conditions in battered, but still beautiful, Bosnia are appalling. The water for drinking and washing is scarce, and food, mainly handouts from relief agencies, is barely sufficient. So, like those in Palestinian camps, they will suffer the humiliation of leading an aimless and jobless life and of dependence on aid dispensed by UN agencies.

It would not only be betrayal but also be a short-sighted plan to accept the six designated, so-called "safe areas" in Bosnia as the sole and permanent home of the majority population of the independent republic of Bosnia-Herzegovina.

The future of these so-called "safe areas" has been predicted by those who are concerned. Commander Marcel Chevaria, head of the Canadian contingent of UN forces assigned to protect Srebrenica, said about its trapped inhabitants, "They cannot live for the next 20 years like this. You cannot solve this and then other places like Zepa and then Gorazde. You need a global solution for all of Bosnia."[34]

Hamida Fazic, the deputy mayor, said, "It is a death camp with a peaceful air in it." "These people will die a slow and awful death," a UN aid worker said." Without regular water supplies and with people defecating in the streets and living off poor diet we are going to see mass outbreaks of cholera and typhoid."[35]

Bosnia's Muslims fear that the latest international peace plan will lead to the death of their nation by economic and military strangulation. Except Sarajevo, all other safe areas are nothing but "squalid, overcrowded refugee camps entirely dependent on international aid for the foreseeable future." They will remain a chronic source of conflict.

The so-called "safe areas" will be less like American Indian reservations and more like detention camps. "They will be ghettos where there is nothing to do and which are totally dependent on outside assistance."

Mr. Izetbegovic said that the plan had "three bad aspects," citing the lack of guarantees for safe passage of aid, no provisions for stopping Serbian aggression, and no time frame for the Serbs to relinquish land.

So the strategy adopted to establish six so-called "safe areas" in Bosnia will not only create more problems but will also encourage the aggressor and penalise the victims. "Safe areas" strategy cannot bring final and permanent solution to a war of aggression. Aggression has to be reversed with strategy and plan backed up by force. Diplomacy without a threat of force can achieve nothing.

## ROLE OF MUSLIM UMMAH

The Muslims all over the world are very much worried and they have every reason to be worried. The former Yugoslav Army, now entirely controlled by Serbs, had already killed or wounded more than 300,000 Bosnians and made some two million homeless. About 80 percent of the victims were Muslims and even Muslim worshippers are being killed inside mosques while the attackers are singing through loudspeakers used to broadcast prayer calls and raising the Serbian flag from min-

arets. The London *Times* captioned this sacrilege as "cultural genocide - Serbs are deliberately destroying Bosnia's mosques." Mosques had been specifically targeted by the estimated 300,000 rounds of artillery that had rained on Sarajevo alone.[36] In all about 700 had been destroyed and an equal number heavily damaged.[37]

The reluctance and complacency of the international community to end the carnage and holocaust in Bosnia and the total failure of the United Nations to maintain the territorial integrity and sovereignty of its member state, which was just recently recognised, have left the defenseless, oppressed and persecuted Muslims of Bosnia-Herzegovina at the mercy of the Serbian war-lords.

The Muslim community in both the Muslim majority and minority countries of the world, particularly the Muslims living in the West, are enquiring: Can't the Muslim world stop the Serbs from eliminating the Muslims in Bosnia-Herzegovina?

The Muslims of beleaguered Bosnia-Herzegovina need only three things immediately from the Islamic world: continued political support, financial and medical aid, temporary shelter for Bosnian children, mothers and the elders.

The initial response of the Muslim world was to send aid and relief to their Muslim brethren in Bosnia-Herzegovina. The Custodian of the Two Holy Mosques King Fahd has donated SR30 million ($8 million) from his personal account while the Kuwait Emir Shaikh Jaber al-Ahmad al-Sabah and United Arab Emirates head of state Zayed ibn Sultan al-Nahayan have contributed $3 million each.[38]

In June last year, King Fahd set up a support committee, headed by the Governor of Riyadh province, Prince Salman bin Abdulaziz, which has already col-

lected SR105 [million]. The Co[...] $114 million which was d[...] at the end of[...] and a represe[...] Red Crescent[...]

Besides t[...] Muslim cour[...] help Bosnia[...] tributed aid t[...] tion since fi[...] are followed[...] Emirates witl[...] cine and fooc[...] from Iran a[...] Kuwait.. Pak[...] million in ai[...] ed $1.5 mill[...] lected some[...] tions in a[...] Muslims.[40] more than 7[...] to Bosnia.[41]

Turkey[...] 15,000 and[...] gees and p[...] arms embai[...] Yugoslavia[...] nia.[42] Turke[...] United Nati[...] Ankara is p[...] 1,000 men[...] force in Bo[...]

So far i[...] concerned,[...] Islamic or[...] quivocally[...] sion and a[...] against th[...] Muslims a[...] their solid[...] in Bosnia[...] matic ties[...] bargo on[...] Malaysia t[...] with Belg[...] Arabia sla[...] Yugoslavi[...] ernment p[...] ic support[...]

The N[...] strongly c[...] tion of th[...] and expi[...]

PEC-WAMY000547

Times cap-
as "cultural
deliberately
mosques,"
specifically
ated 300,000
t had rained
In all about
yed and an
damaged."

nd compla-
onal commu-
je and holo-
d the total
Nations to
al integrity
ts member-
ecently rec-
defenseless,
cuted Mus-
;ovina at the
var-lords.

nmunity in
rity and mi-
world, par-
living in the
Can't the
: Serbs from
ms in Bos-

beleaguered
need only
:ly from the
ied political
nd medical
for Bosnian
the elders.

nse of the
o send aid
aslim breth-
;ovina. The
Two Holy
aas donated
illion) from
while the
i Jaber al-
Jnited Arab
; Zayed ibn
'e contribut-

King Fahd
littee, head-
of Riyadh
aan bin Ab-
dready col-

jected SR105 million ($28 mil-
lion). The Committee has donated
$114 million in emergency aid,
which was distributed in Bosnia
at the end of June by its members
and a representative of the Saudi
Red Crescent Society.[39]

Besides the personal efforts,
Muslim countries are anxious to
help Bosnia. Saudi Arabia con-
tributed aid totalling US $65 mil-
lion since fighting erupted. They
are followed by the United Arab
Emirates with $5 million in medi-
cine and food supplies, $5 million
from Iran and $3 million from
Kuwait. Pakistan has pledged $30
million in aid. Malaysia contribut-
ed $1.5 million. Malaysia has col-
lected some $250,000 in dona-
tions in aid of the Bosnian
Muslims.[40] Iran says it has sent
more than 700 tonnes of relief aid
to Bosnia.[41]

Turkey has accepted between
15,000 and 20,000 Bosnian refu-
gees and proposed that the UN
arms embargo against the former
Yugoslavia should exclude Bos-
nia.[42] Turkey's Ambassador to the
United Nations has confirmed that
Ankara is prepared to send around
1,000 men as part of a military
force in Bosnia-Herzegovina.[43]

So far the political support is
concerned, Muslim countries and
Islamic organisations have une-
quivocally condemned the aggres-
sion and atrocities by the Serbs
against the defenceless Bosnian
Muslims and have demonstrated
their solidarity with the Muslims
in Bosnia by breaking off diplo-
matic ties and slapping total em-
bargo on the rump Yugoslavia.
Malaysia broke off diplomatic ties
with Belgrade in August.[44] Saudi
Arabia slapped total embargo on
Yugoslavia[45] and Pakistan gov-
ernment pledges moral, diplomat-
ic support to Bosnian Muslims.[46]

The Muslim World League
strongly condemned the continua-
tion of the bloody war in Bosnia
and expressed surprise at the

vague international position on
halting Serbian aggression in ac-
cordance with international agree-
ments and United Nations and Se-
curity Council resolutions and
called on the UN , the Security
Council especially, and on all in-
ternational organisations to inter-
vene to halt the Serbian attack on
Bosnia.[47]

Dr. Maneh al-Johani, Secre-
tary-General of the WAMY,
strongly supported the resolution
of the International Islamic Coun-
cil for Dawah and Relief for arm-
ing the Bosnian Muslims to ena-

ble them to defend themselves.[48]

Islamic Relief of Birmingham
called for new priorities in Bosnia
tragedy and "question the ratio-
nale of focussing all of their atten-
tion on food and humanitarian aid
and little attention on taking steps
that would halt the war itself," El-
banna, an official of the organisa-
tion, asked from the Islamic Re-
lief head office in Birmingham:
What is the point of feeding
someone if they are going to be
killed the next day by a Serbian
shell."[49] He added : "We simply
cannot keep sheltering and feed-
ing people forever. The interna-
tional community must act to stop
the cause of the starvation which
is the Serbian war against Bosni-
ans."[50]

The Bosnian Foreign Minister,
Haris Silajdzic, who has recently
toured the Muslim and Gulf
States, has appealed for military
support than money. "What's the
use of sending humanitarian aid
to Bosnia if the horrible massacre
carried out by Serbians in Bosnia
continues as part of a plan aimed
at annihilating its Muslims," the
daily Al-Wehda of the UAE
asked."[51]

Demand for military interven-
tion, both from the leaders and the
public, is mounting all over the
world. When diplomacy and dis-
cussions failed to produce posi-
tive results, the only alternative

left is to strike with force. Serbia
only understands the language of
force, not negotiations, persuasion
and diplomacy. International poli-
ticians and statesmen think that
nothing can restore sovereignty
and bring peace to the war-torn
Bosnia without the use of force as
it was demonstrated in the case of
Kuwait. Lady Margaret Thatcher,
Lord David Owen, and Paddy
Ashdown, the three British lead-
ers expressed their views in fa-
vour of using military force to
halt the fighting.

The ambassadors of the 51-
member Organisation of Islamic
Conference, as a solution of the
crisis, seek a resolution allowing
Bosnia to buy weapons authoris-
ing UN military action against
Serb forces under Article 42 of
the UN Charter.[53]

As early as June, the Foreign
Ministers of the OIC agreed to
back international intervention in
Bosnia, if UN sanctions failed to
end the war.[54]

Even the Turkish plan which
envisaged that "Serbian forces
would be given two weeks to stop
their ill-treatment of detainees and
hand over any weapons in case of
a cease fire and, if that fails, a
limited air strike first in Bosnia
and then if necessary in Serbia it-
self"[55] has been ignored.

OIC, particularly its member-
states Iran, Pakistan and Turkey
believes that there is a need to act
to stop the aggression. Hamid al-
Gabid, its Secretary-General of
the OIC told the London talks re-
cently that if the Bosnian war
could not be ended peacefully the
United Nations should back up its
resolutions with force.[56]

If the world is really serious
not to create a precedent of help-
ing an aggressor to quench his
greed of territorial expansion by
remaining silent spectator, then
the United Nations should imme-
diately allow Bosnia to buy weap-
ons, lift arms embargo against it

PEC-WAMY000548

and pass resolutions asking the aggressor, Serbia, to withdraw from the occupied and captured territory within a fortnight failing which the UN should authorise military action against Serb forces. Measures should also be taken not only for the restoration of the territorial integrity and sovereignty of the independent Republic of Bosnia-Herzegovina but also for the safe return and rehabilitation of the indigenous inhabitants of Bosnia, in their homes under the supervision of the United Nations.

Now is also the time for the Muslim countries to take a decision unilaterally to help their brethren in Islam to defend themselves against the aggressor which has hatched plans to exterminate Muslims from the heartland of Europe. They must resolve and make it known that the Muslim world is really feeling disturbed and worried over the way the United Nations and the world community are moving and over their indifference to the world public opinion which is demanding military action against Serbia, if it fails to stop the guns and vacate the occupied territory of Bosnia-Herzegovina within a fortnight.

A serious consideration should be given without losing any time to the suggestion of Dr. Maneh Al-Johani, who urges on the "OIC not to lose any more time in calling an emergency meeting of its defence ministers and formulate a unified plan of action. Instead of just begging others to act on their behalf, the OIC states should think of sending troops to join in the Bosnian defence, supply the needed defence equipment to the Republic of Bosnia-Herzegovina and form a Muslim Rapid Deployment Force to meet such situations in the future."

## NOTES & REFERENCES

1. R. Mahmutcehajic, *Bosnia and the Bosnian Muslims*, Sarajevo, 1992, page 2.

2. N. Kuzmany, "Notes on the Moslems in Bosnia", *Moslem World*, April, 1925, pages 177-181.

3. Dr. Mozammel Haque, "Muslims in Yugoslavia Caught in Between," *The Journal of The Muslim World League (JMWL)*, Makkah, Vol. 19, No.6, December 1991, pages 12-15.

4. Muhammad bin Nasir al-Aboudi, "Muslim Experience in Eastern Europe: A Report", *Journal of the Muslim Minority Affairs (JIMMA)*, London, Vol. 7, No. 1, January, 1986, pages 88-116.

5. ibid., and see also Abdullah Dedic, "The Muslim Predicament in Yugoslavia: An Impression", *JIMMA*, London, Vol. 8, No. 1, January 1987, pages 121-131.

6. *The Observer*, London, 21 August 1993.

7. Dr. Mozammel Haque, *op. cit.*

8. Dr. Mozammel Haque, "Bosnian Muslims Blood lies Spilled on its" Soil", *Saudi Gazette*, Jeddah, 27 April 1992."

9. Dr. Mozammel Haque, "Serb Atrocities on Muslims in Bosnia-Herzegovina", *Muslim World League Weekly*, Makkah, 27 April 1992.

10. *The Times of London*, 6 August 1992.

11. *The Independent*, London, 10 August 1992; see also "Bosnia: Genocide in Broad Daylight", *Impact International*, London, 14 Aug.-10 Sept. 1992.

12. *The Times of London*, 7 August 1992 and The Guardian, London, 4 August 1992.

13. *The Guardian*, London, 7 August 1992.

14. *The Independent*, London, 14 August 1992.

15. *The Independent*, London, 5 August 1992.

16. *Ibid.*

17. *The Times of London*, 4 August 1992.

18. *The Times of London*, 3 August 1992.

19. *The European*, London, 8-11 October 1992.

20. *International Heral Tribune*, Paris, 26-27 September 1992.

21. Dr. Mozammel Haque, "Muslim Must Now Wake Up", Guest editorial, *Saudi Gazette*, Jeddah, 3 June 1992.

22. *The Times of London*, 3 July 1992.

23. *The Independent*, London, editorial, August 1992.

24. *The Guardian*, London, 4 August 1992.

25. *The Guardian*, London, 19 August 1992.

26. *The Guardian*, London, 20 August 1992.

27. *The Guardian*, London, 19 August 1992.

28. *The Independent*, London, editorial, August 1992.

29. *The Guardian*, London, 25 May 1993.

30. *The Independent*, London, 24 May 1993.

31. *The Independent*, London, 25 May 1993.

32. *The Independent*, London, 25 May 1993.

33. *The European*, London, 27-30 May 1993.

34. *The Independent*, London, 26 May 1993.

35. *The Independent*, London, 27 May 1993.

36. *New Strait Times*, Malaysia, 12 August 1992.

37. *New Strait Times*, Malaysia, 12 August 1992 and *Arab News*, Jeddah, 28 August 1992.

38. *Arab News*, Jeddah, 15 August 1992.

39. *Saudi Gazette*, 15 August 1992.

40. *New Strait Times*, Malaysia, 16 March 1992.

41. *The Guardian*, London, 13 August 1992.

42. Dr. Mozammel Haque, "Help Bosnian Muslims", *The Universal Message*, Karachi, Vo.14, No.7, December, 1992.

43. *The Guardian*, London, 11 August 1992.

44. *Ibid.*

45. *Arab News*, Jeddah, 18 August 1992.

46. *The Pakistan Times*, Lahore, 21 August 1992.

47. *Saudi Gazette*, Jeddah, 22 August 1992.

48. *Saudi Gazette*, Jeddah, 15 August 1992.

49. *Arab News*, Jeddah, 20 August 1992.

50. *Ibid.*

51. Quoted in *Saudi Gazette*, Jeddah, 15 August 1992.

52. *The Independent*, London, editorial, 15 August 1992.

53. *Saudi Gazette*, Jeddah, 28 August 1992.

54. Dr. Mozammel Haque, "Help Bosnian Muslims to Defend", *The Universal Message*, Karachi, Vol. 14, No. 7, December 1992, pages 9-10.

55. *Ibid.*

56. *Saudi Gazette*, Jeddah, 29 August 1992.

Co

In keebuler home Yugoslavia lenge as the into social instability. C oldest Islam rope, the Y had a very since the d man Turks area for al Muslims, i South Slavs slavia mean hardships, atrocities an they manag deft adjust

PEC-WAMY000549