Switch Client | Preferences | Help | Sign Out

**Search**      **Get a Document**      **Shepard's®**      **More**                          **History**      **Alerts**

FOCUS™ Terms [                    ]    Search Within  Original Results (1 - 2)    **Go**    Advanced...    View Tutorial

All Results - (2)    News - (2)

Source: **Combined Source Set 60** [i] **- News, All (English, Full Text)**
Terms: **"Kashmiri leader thanks WAMY for help"**  (Edit Search)

Select for FOCUS™ or Delivery

*Kashmiri leader thanks WAMY for help Moneyclips December 8, 1995*

Copyright 1995 Moneyclips (GCC) Ltd.
Moneyclips

December 8, 1995

**LENGTH:** 360 words

**HEADLINE: Kashmiri leader thanks WAMY for help**

**BYLINE:** By FURQAN AHMED, Riyadh Daily Staff

RIYADH DAILY

**BODY:**
RIYADH--A Kashmiri leader has lauded the efforts of the World Assembly of Muslim Youth (WAMY) and other charitable organizations in helping the mujahideen in their struggle for independence from India.

Chaudhry Mohammad Yaqub, a member (senator) of Azad Kashmir Council said here Wednesday evening that WAMY in particular is supporting the cause of Kashmiris through its Kashmir Committee in its Riyadh headquarter.

Addressing a press conference at Shalimar Restaurant here Wednesday, Chaudhry Yaqub said he met with the WAMY Secretary General Dr. Maneh H. Al Johani and exchanged views on the present situation in Kashmir and the Indian security forces' alleged high handedness and atrocities against the people struggling for their right of self-determination.

He said about 50,000 people have been killed during their five years struggle and over 75,000 people have been handicapped or crippled during this period.

He said the freedom movement has now entered its crucial stage and the international community is well aware of the gravity of situation. He said peace and security can be realized only after giving the birth right to the people of Kashmir through a plebescite, as guaranteed by the UN Security Council. He said people from the Kingdom have donated generously to help the suffering people in Kashmir. Now, in the winter season, he added, they needed more help including money, blankets, tents and food supplies.

In reply to a question Yaqub, an elected member of the council, said he would support the demand of Kashmiris living abroad to cast their votes in general election of Azad (independent) Kashmir. He said if Pakistan is made politically stable and strong, the cause of Kashmiris would be easily fulfilled. He, therefore, urged the gathering to ensure the stability of Pakistan by all means.

**LOAD-DATE:** December 18, 1995

Source: **Combined Source Set 60** [i] **- News, All (English, Full Text)**



FED-PEC0236400

Terms:  **"Kashmiri leader thanks WAMY for help"**  (Edit Search)
View:  Full
Date/Time:  Wednesday, May 11, 2011 - 3:58 AM EDT

In    About LexisNexis   | Privacy Policy   | Terms & Conditions   | Contact Us
Copyright ©  2011 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

FED-PEC0236401